**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to: ALL ACTIONS** | Case No. 23 C 818<br><br>MDL No. 3060<br><br>Judge Mary M. Rowland |

**PLAINTIFFS' STEERING COMMITTEE'S REPORT AND
UPDATE ON BANKRUPTCY PROCEEDINGS**

As set forth during the hearing on March 2, 2023 hearing, the Plaintiffs' Leadership Committee (hereinafter "PLC") submits this update and notice to the Court regarding Revlon, Inc. a manufacturer of hair straightening products. Revlon filed for bankruptcy before personal injury claims were filed and before this MDL was formed, respectively.

The PLC is monitoring the bankruptcy case, *In re: Revlon, Inc., et al.*, filed in the Southern District of New York (Case No. 22-10760 (DSJ), closely and has engaged bankruptcy counsel. It is likely that discovery as well as litigation-based efforts will be necessary to ensure fair treatment for potential tort claimants in any notice, Claim Form process, Plan of Reorganization, and/or other bankruptcy proceeding. The PLC will continue to keep the Court apprised of the status of the Revlon bankruptcy and respectfully submits that the placing of this status report on the MDL docket with the specific deadlines as set forth below is meaningful information for any interested claimants and counsel who may wish to further investigate this matter. Accordingly, for the convenience of the Court and any interested parties, the specifics of the status of Bankruptcy proceedings are as follows:

1

On March 7, 2023, the Bankruptcy Court for the Southern District of New York approved the Debtors' Hair Straightening Proof of Claim Form and Notice, attached to the Order as **Exhibit 1** and **Exhibit 2**, respectively.

The Order, Proof of Claim Form, Notice, claim submission and ballot links can all be found at the Kroll website (https://cases.ra.kroll.com/Revlon) and provides as follows:

**Who MUST file a Hair Straightening Proof of Claim Form**:

Any person or entity that holds or seeks to assert a claim against the Debtors alleging prepetition claims arising out of or related to the use of or exposure to chemical hair straightening or relaxing products produced, manufactured, or sold by Revlon Inc. or its affiliated Debtors, including without limitation those hair straightening or relaxing products marketed under the brands "Crème of Nature," "African Pride," "French Perm," "Fabulaxer," "Revlon Professional," "Revlon Realistic," "Herbarich," or "All Ways Natural Relaxer" that arose prior to June 15, 2022 (the "Petition Date"), *no matter how remote, contingent, unliquidated, manifested or unmanifested*.

**Deadline to file Hair Straightening Proof of Claim AND BE ENTITLED TO VOTE: March 23, 2023, at 4:00 pm Eastern Time**

Hair Straightening Claimants that file a Proof of Claim through Kroll's online portal on or prior to **March 23, 2023, at 4:00 pm Eastern Time**, may submit a vote to accept or reject the Plan online at the time they submit their Proof of Claim Form.

**What to file on Hair Straightener Proof of Claim Form to be ENTITLED TO VOTE:** Hair Straightening Proof of Claim Form parts 1, 2, and 7.

Each Hair Straightening Claimant must file a separate Proof of Claim

**In order to vote**, Hair Straightening Claimants are **not required to complete Parts 3, 4, 5, 6 of the Proof of Claim** in order to submit a timely claim sufficient for purposes of casting a vote, *provided* that each Hair Straightening Claimant **must amend or supplement its Proof of Claim** to provide complete responses to each part of the Proof of Claim to the best of such claimants' ability **on or prior to the Bar Date**, **April 11, 2023 at 3:00pm, Eastern Time**.

Hair Straightening Proofs of Claim Forms submitted by mail, hand delivery, or courier shall not be entitled to submit a vote.

2

**How to file Hair Straightening Proof of Claim AND BE ENTITLED TO VOTE:** Online ONLY at https://cases.ra.kroll.com/Revlon by **March 23, 2023 at 4:00 pm Eastern Time**

If a Hair Straightening Claimant files a Proof of Claim through Kroll's online portal on or prior to **March 23, 2023, at 4:00pm Eastern Time**, they may submit a vote to accept or reject the Plan online at the same portal at the time they submit their Proof of Claim.

**Deadline to amend or supplement or file Hair Straightening Proof of Claim and be ENTITLED TO SHARE IN ANY DISTRIBUTIONS BY THE DEBTORS' ESTATE: April 11, 2023, at 5:00pm, Eastern Time** ("Hair Straightening Bar Date")

Must properly amend or supplement a Proof of Claim form that was filed by March 23, 2023 in order to submit a vote OR file a Hair Straightening Proof of Claim Form on or before **April 11, 2023 at 5:00pm, Eastern Time** in order to share in any distributions by the Debtors' estate.

Any Proof of Claim form filed after March 23, 2023 at 4pm ET shall not be entitled to vote on the plan. However, if a Proof of Claim form is filed on or before April 11, 2023, at 5:00pm ET that claimant is entitled to share in any distributions by the Debtors' estate.

*Any entity or person who is required to file, but fails, to file a Hair Straightening Proof of Claim in accordance with this order on or before April 11, 2023, at 5pm ET shall be prohibited from participating in any distribution in these chapter 11 cases on account of such Hair Straightening Claim.*

**How to amend or supplement or file Hair Straightening Proof of Claim and be ENTITLED TO SHARE IN ANY DISTRIBUTIONS BY THE DEBTORS' ESTATE:**

**Online** at https://cases.ra.kroll.com/Revlon by April 11, 2023, at 5:00pm ET

**Overnight mail, courier service, hand delivery, regular mail, in person** – actually received by Kroll prior to April 11, 2023, at 5:00pm ET.

**What to file on Hair Straightener Proof of Claim Form to be ENTITLED TO SHARE IN ANY DISTRIBUTIONS BY THE DEBTORS' ESTATE:**

**Requirements for a Hair Straightening Proof of Claim to be considered properly and timely filed:**
- Received by the Hair Straightening Bar Date, April 11, 2023, at 5:00pm ET
- Signed by Claimant or authorized agent
- Written in English Language
- Conform substantially to the Hair Straightening Proofs of Claim Form
- Set forth with specificity the legal and factual basis for the alleged Hair Straightening Claim including substantially all of the information requested in the Hair Straightening Proof of Claim Form

- Include supporting documentation or an explanation as to why such documentation is not available

**Publication of Notice of Bar Date**:

Kroll shall publish Bar Date Notice no later than March 17, 2023, in the national editions of NY Times, USA Today, and the national editions of The Globe and Mail in Canada. The Debtor shall provide internet notice through the worldwide web and social media outlets.

Dated**:**  March 13, 2023  Respectfully Submitted,

/s/Edward A. Wallace
Edward A. Wallace
**WALLACE MILLER**
150 N. Wacker Dr., Suite 1100
Chicago, Illinois 60606
Tel: 312-261-6193
eaw@wallacemiller.com

*Plaintiffs' Liaison Counsel*

Diandra "Fu" Debrosse Zimmermann
**DıCELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: 312-214-7900
fu@dicellolevitt.com

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
Tel.: 401-457-7728
ffitzpatrick@motleyrice.com

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
Tel.:212-566-7500
mlondon@douglasandlondon.com

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street

4

Tallahassee, Florida 32301
Tel.: 850-224-2020
ben@bencrump.com

***Plaintiffs' Co-Lead Counsel***