# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: In Re:Hair Relaxer Marketing Sales Practices and Products Liability Litigation

Case Number: 23-CV-818

An appearance is hereby filed by the undersigned as attorney for:

Terry Moore - Plaintiff

Attorney name (type or print): Mark R. Miller

Firm: Wallace Miller

Street address: 150 N. Wacker Drive, Suite 1100

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6283542
(See item 3 in instructions)

Telephone Number: 312-261-6193

Email Address: mrm@wallacemiller.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/15/2023

Attorney signature: S/ Mark R. Miller
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015