Filed date: 3/27/2023
Presiding Judge: Mary M. Rowland
Magistrate Judge: Sheila M. Finnegan
Lead Case No. 23-cv-818
AEE


FILED
3/27/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: HAIR RELAXER MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION     MDL No. 3060

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −8)**

On February 6, 2023, the Panel transferred 4 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2023). Since that time, 51 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Rowland.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Rowland.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of February 6, 2023, and, with the consent of that court, assigned to the Honorable Mary M. Rowland.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.
Mar 27, 2023
CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION                                            MDL No. 3060

### SCHEDULE CTO−8 − TAG−ALONG ACTIONS

| | DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|
| | **CALIFORNIA CENTRAL** | | | |
| 1:23-cv-01911 | CAC | 5 | 23−00348 | Jacqueline Griffin v. LOreal USA, Inc. et al |
| | **NEW YORK SOUTHERN** | | | |
| 1:23-cv-01912 | NYS | 1 | 23−01566 | Harvey v. L'Oreal USA, Inc. et al |
| 1:23-cv-01913 | NYS | 1 | 23−01991 | Ingram et al v. L'Oreal USA, Inc. et al |
| 1:23-cv-01914 | NYS | 1 | 23−02087 | Foster et al v. L'Oreal USA, Inc. et al |
| | **OHIO NORTHERN** | | | |
| 1:23-cv-01915 | OHN | 1 | 23−00401 | Spencer v. L'Oreal USA, Inc. et al |
| | **PUERTO RICO** | | | |
| 1:23-cv-01916 | PR | 3 | 23−01123 | Rodriguez v. Strength of Nature, LLC et al |
| | **VIRGINIA EASTERN** | | | |
| 1:23-cv-01917 | VAE | 3 | 23−00174 | Burney v. L'Oreal USA, Inc et al |