# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: **ALL ACTIONS** | Case No. 1:23-cv-00818<br><br>MDL No. 3060<br><br>Hon. Mary M. Rowland |

## DEFENDANTS' STATUS REPORT AND DESIGNATION OF LIAISON COUNSEL

As instructed by the Court's April 6, 2023 Minute Order, the Defendants designate Donna Welch as Defendants' Liaison Counsel for this matter. Ms. Welch's contact information is as follows:

>Donna Welch, P.C.
>KIRKLAND & ELLIS LLP
>300 North LaSalle, Chicago, IL 60654
>T +1 312 862 2425
>M +1 773 550 1743
>F +1 312 862 2200
>donna.welch@kirkland.com

Defendants request that any time-sensitive communications intended for the full defense group be sent to the following email address, which contains at least one representative from each Defendant served in the case: MDL3060_DefenseLiaison@kirkland.com

DATED: April 11, 2023          Respectfully Submitted,

<u>*/s/ Donna M. Welch*</u>
Donna M. Welch
KIRKLAND & ELLIS, LLP
300 N. LaSalle
Chicago, IL 60654
(312) 862-2425
dwelch@kirkland.com

*Counsel for Defendant Namasté Laboratories, LLC and Specially Appearing Defendant Dabur International Limited*