# Exhibit A

```
                                                              Page 1
 1   UNITED STATES BANKRUPTCY COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   Case No. 22-10784-dsj
 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - x
 5   In the Matter of:
 6
 7   RML, LLC,
 8
 9            Debtor.
10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x
11                    United States Bankruptcy Court
12                    One Bowling Green
13                    New York, NY  10004
14
15                    June 29, 2023
16                    10:00 AM
17
18
19
20
21   B E F O R E :
22   HON DAVID S. JONES
23   U.S. BANKRUPTCY JUDGE
24
25   ECRO:   UNKNOWN
```

Page 2

1  HEARING re Reorganized Debtors Third Omnibus Objection to
2  Cross-Debtor Duplicate Claims, No Liability Claims,
3  Incorrect Amount And Priority Claims, Incorrect Amount
4  Claims, Incorrect Priority Claims, Amended Claims, Amended
5  Hair Straightening Claims, Duplicate Hair Straightening
6  Claims, Late-Filed Claims, and Late-Filed Hair Straightening
7  Claims

9  HEARING re Objections Filed

25  Transcribed by:  Sonya Ledanski Hyde

```
 1  A P P E A R A N C E S :

 2

 3  PAUL WEISS RIFKING WHARTON GARRISON LLP

 4       Attorneys for RML, LLC

 5       1285 Avenue of the Americas

 6       New York, NY 10019

 7

 8  BY:  IRENE BLUMBERG

 9       ALANA PAGE

10

11  BROWN RUDNICK LLP

12       Attorneys for Hair Straightening MDL

13       One Financial Center

14       Boston, MA 02111

15

16  BY:  TRISTAN GANS AXELROD

17

18  OTTERBOURG PC

19       Attorneys for Hair Straightening MDL

20       230 Park Avenue

21       New York, NY 10169

22

23  BY:  JAMES DREW

24

25
```

```
                                                    Page 4
 1   LIEFF CABRASER HEIMANN BERNSTEIN LLP
 2        Attorneys for Mariana del Pilar Montanez, et al.
 3        275 Battery Street, 29th Floor
 4        San Francisco, CA 94111
 5
 6   BY:  ROBERT NELSON
 7
 8   UNITED STATES DEPARTMENT OF JUSTICE
 9        Attorneys for the U.S. Trustee
10        One Bowling Green
11        New York, NY 10004
12
13   BY:  SHARA CORNELL
14
15   ALSO PRESENT:
16   MATT ROER
17   MITCHELL TOUPS
18   TOM BEHNKE
19   ROBERT BRITTON
20   JESSICA CHOI
21   KELLY M. DERMODY
22   SETH FIER
23   JEANNE FINEGAN
24   VINCENT INDELICATO
25   ANDREW KIDD
```

Page 5

1. REUVEN KLEIN
2. BRIAN MASUMOTO
3. LISA NORMAN
4. PAUL PATERSON
5. ELISE QUINONES
6. LARRY FRANCES TAYLOR
7. AMANDA TERSIGNI
8. JOSEPH TISCH
9. FABRICE N. VINCENT
10. MEGAN VOLIN
11. FRANK J. WHITE, JR.
12. NOVA A. ALINDOGAN
13. SHAQUETTA BARKSDALE
14. DANAE N. BENTON
15. DARRON BERQUIST
16. KIRSTEN ANDREA BISCHOFF
17. LUCAS BROWN
18. RAUL BUSTO
19. VINCENT CAHILL
20. JAYNE CONROY
21. MICHAEL COSTELLOE
22. JOHN DIBATTISTA
23. DIMITRI DUBE
24. DENVER EDWARDS
25. ALLEN CRAIG EILAND

Page 6

1  NICHOLAS FARNOLO
2  MEGAN L. FOGGIA
3  ELLA GASPAR
4  JULIE DYAS GOLDBERG
5  KENDRA GOLDHIRSCH
6  JULIA HEASLEY
7  BILL HENRY
8  MEYER HOFFMAN
9  ELLYN HURD
10 STEPHEN LAM
11 HOLLY NIGHBERT
12 KRISTIN PADDEN
13 MASON PALISSERY
14 ZICHONG PENG
15 E. DEAN H. PORTER
16 LAILA RAZZAGHI
17 BENJAMIN RHODE
18 RENE ROCHA
19 PETER J. SPROFERA
20 VINCE SULLIVAN
21 SHIRA WEINER
22 BECKY YERAK
23 KAILA ZAHARIS
24 HELEN ZHANG
25

Page 7

1                    P R O C E E D I N G S
2              THE COURT:  The next and final case on today's
3      calendar is RML, LLC, number 22-10784.  Who is here on that
4      case, please?
5              MS. BLUMBERG:  Good morning, Your Honor, Irene
6      Blumberg from Paul Weiss on behalf of the Organized Debtors
7      and I am joined by my colleague, Alana Page.
8              THE COURT:  Great, nice to see you.  And let's
9      see, okay, who else is appearing today?
10             MR. AXELROD:  Good morning, Your Honor, Tristan
11     Axelrod, Brown Rudnick, LLP, for the Plaintiff's Co-Lead
12     Counsel and Plaintiff's Executive Committee in the Air Waxer
13     Multi-District litigation.  I'm here with James Drew and in
14     the room with me Matt Sawyer for that same client.  Thank
15     you.
16             THE COURT:  Okay, great.  And let's see, Mr.
17     Nelson, are you appearing today as well?
18             MR. NELSON:  I am, Your Honor.  Robert Nelson
19     appearing on behalf of certain Hair Relaxer Cancer Claimants
20     who filed late.
21             THE COURT:  Okay.  And Ms. Cornell?
22             MR. TOUPS:  And Your Honor, --
23             THE COURT:  Oh, sorry, go ahead whoever that is on
24     the phone.
25             MR. TOUPS:  I'm sorry, Your Honor.  Mitchell

Page 14

1  So, I think it's probably appropriate for me to
2  let Brown Rudnick, not at length, but respond.  And again,
3  I'm not going to issue any ruling based on what you're
4  saying about MDL Lead Counsel's entitlement to be here and I
5  probably -- nor will I say anything about what MDL Lead
6  Counsel tells me about their entitlement to be here, but in
7  fairness I'm going to give them a chance to briefly respond.
8           MR. AXELROD:  Much appreciated, Your Honor, thank
9  you.  Tristan Axelrod, for the Plaintiff's Co-Lead Counsel
10 and Plaintiff's Executive Committee for the MDL.  Let me
11 start by saying we worked very hard to get here today on an
12 uncontested basis and I thought it was a bit of a victory
13 lap so I'm sorry to have to explain myself even this little
14 bit, but I will be brief.
15          The MDL is a mass tort MDL, there are tens of
16 thousands of Plaintiffs.  It's in the midst of doing what
17 the MDL is supposed to do.  I may get into that a little
18 bit.  But part of our role as MDL Lead Counsel is to be a
19 voice for the MDL Plaintiffs in related proceedings.  So,
20 the MDL Lead Counsel was here earlier in the case and
21 actually reached an agreement that's reflected in the plan
22 negotiated with the Debtors.
23          And our objection was about making sure that the
24 process here is consistent with that agreement and
25 consistent with the plan.  I think -- I would just say I

Page 15

1   disagree with statements that were made about what our
2   objection was saying and what it attempted to do.  We were
3   not saying the Court lacks authority to determine what's a
4   facially valid claim.
5           But we were very concerned with making sure that
6   no claims were being disallowed and effectively dismissed
7   due to in effect paperwork errors.  And we put an enormous
8   amount of effort to coordinate our constitute base to make
9   sure that that did not happen.  With the volume of claims at
10  issue, 3,000 hair straightening claims that were subject to
11  this objection, there was a lot of coordination that was
12  involved, but we got there.  We got to the point where with
13  this order that's been proposed, we have about as much
14  certainty as we could possibly get that no claims are being
15  substantively disallowed on the basis of what should be a
16  non-substantive process.
17          So, we are here on consent, it's an uncontested
18  matter.  There is no allegation that the Court lacks
19  authority to enter the order that is being entered, and I
20  think we can just leave it at that.  I did want to provide
21  the Court with an update regarding the MDL, I think that's
22  separate from the response that Your Honor just prompted
23  (indiscernible) could do that later.
24          THE COURT:  Thanks, I would appreciate -- yeah, I
25  would appreciate hearing that.

Page 16

1  MR. AXELROD: Oh, okay, great. So, the MDL was
2  commenced in February, it's referenced in the plan. As I
3  said, we are in full swing on that. So, it's --
4  THE COURT: I'm sorry, curiosity question. Where
5  is it pending again?
6  MR. AXELROD: It's in the Northern District of
7  Illinois, it's MDL Case number -- I don't want to get this
8  wrong I will pull it up. It's 23-818.
9  THE COURT: Okay.
10  MR. AXELROD: So, it was commenced in February,
11  it's referenced the plan. The plan states that claims will
12  be liquidated in the MDL. Among the things going on in the
13  MDL right now, there's a form of class complaint that's to
14  be submitted at the end of July, the Court is going to
15  approve at some point a short form of complaint.
16  And then, typically after those things occur, you
17  would have the Plaintiffs actually submit their individual
18  complaints through a class process. But we do expect tens
19  of thousands of Plaintiffs to do that. There are, I think,
20  about 30,000 hair straightening claims just in Revlon.
21  There will be motion to dismiss litigation that is being
22  teed up in the MDL.
23  It relates to, again, these forms of complaint
24  that are being filed. There's a status conference next week
25  where we're going to talk to the Court about sort of the