**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 23 C 818<br><br>MDL No. 3060<br><br>Judge Mary M. Rowland |

**DEFENDANT SALLY BEAUTY SUPPLY LLC'S JOINDER IN**
**DEFENDANTS' JOINT MOTION TO DISMISS**
**MASTER LONG FORM PERSONAL INJURY COMPLAINT**

Defendant Sally Beauty Supply LLC ("Sally Beauty") joins in Defendants' Joint Motion to Dismiss Master Long Form Personal Injury Complaint [ECF 143]. In support thereof, Sally Beauty states as follows:

1.  On July 3, 2023, Sally Beauty Holdings, Inc. ("Sally Beauty Holdings") filed an Unopposed Motion for Extension of Deadline to Answer or Otherwise Plead [ECF 132]. As a named defendant at the time, Sally Beauty Holdings sought this extension to provide Plaintiffs and Sally Beauty Supply LLC ("Sally Beauty") time to meet and confer as to the correct legal entity to be identified as the proper defendant in the Master Long Form Complaint and any corresponding underlying complaints.

2.  On July 5, 2023, the Court granted Sally Beauty Holdings' Unopposed Motion for Extension of Deadline to Answer or Otherwise Plead, giving Sally Beauty Holdings until August 21, 2023 to respond to the Master Long Form Complaint [ECF 139].

3.  On July 5, 2023, several Defendants filed a Joint Motion to Dismiss Master Long Form Personal Injury Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [ECF 143].

4. On August 21, 2023, Plaintiffs filed a Joint Stipulation Between Plaintiffs and Sally Beauty to substitute Sally Beauty in place of Sally Beauty Holdings [ECF # 189].

5. The arguments and facts referenced to in Defendants' Joint Motion to Dismiss Master Long Form Personal Injury Complaint are identical to arguments and facts as they relate to and would be made by Sally Beauty.

WHEREFORE, Sally Beauty joins, incorporates by reference, and reasserts the entirety of Defendants' Joint Motion to Dismiss Master Long Form Personal Injury Complaint as pertaining to Sally Beauty.

Dated: August 21, 2023

Respectfully submitted,

/s/ Kara L. McCall
Kara L. McCall
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
kmccall@sidley.com

Yvette Ostolaza (*pro hac vice pending*)
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
yvette.ostolaza@sidley.com

Heidi Levine (*pro hac vice pending*)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
(212) 839-5599
hlevine@sidley.com

Lisa Gilford (*pro hac vice pending*)

**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000
(213) 896-6600
lgilford@sidley.com

*Counsel for Defendant Sally Beauty Supply LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 21, 2023, I caused the foregoing to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

                */s/ Kara L. McCall*
                Kara L. McCall
                SIDLEY AUSTIN LLP
                One South Dearborn
                Chicago, IL 60603
                (312) 853-7000
                kmccall@sidley.com

                *Counsel for Defendant Sally Beauty Supply LLC*