# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation

Case Number: 1:23-cv-00818

An appearance is hereby filed by the undersigned as attorney for:
Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC

Attorney name (type or print): Robert A. Britton

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Street address: 1285 Avenue of the Americas

City/State/Zip: New York, NY 10019

Bar ID Number: 4575031

Telephone Number: 212-373-3615

Email Address: rbritton@paulweiss.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 22, 2023

Attorney signature: S/ Robert A. Britton
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015