IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 23 C 818<br><br>MDL No. 3060<br><br>Judge Mary M. Rowland |

**JOINT STATUS REPORT BY PLAINIFF'S CO-LEAD COUNSEL**
**AND DERMOVIVA SKIN ESSENTIALS, INC.**

Co-Lead Counsel for Plaintiffs and counsel for specially appearing Defendant Dermoviva Skin Essentials, Inc. ("Dermoviva") provide this joint status report in accordance with the Case Management Conference ("CMC") held on August 23, 2023.

As contemplated during the August 23rd CMC and the Court's subsequent Minute Entry, Co-Lead Counsel conferred with Dermoviva's counsel concerning the remaining MDL cases where Dermoviva is a named defendant: *Roy v. L'Oréal USA, Inc.*, No. 1:23-cv-4106 (N.D. Ill.); *Mask v. L'Oréal USA., Inc.*, No. 1:23-cv-04103 (N.D. Ill.); *Fuggetta v. L'Oréal USA, Inc.*, No. 1:23-cv-04450 (N.D. Ill.); *Brown v. L'Oréal USA Inc.*, No. 1:23-cv-04569 (N.D. Ill.); *Hendrix v. L'Oréal USA, Inc.*, No. 1:23-cv-04695 (N.D. Ill.); *Patterson v. L'Oréal USA, Inc.*, No. 1:23-cv-04722 (N.D. Ill.) and *Allen v. L'Oréal USA, Inc.*, No. 1:23-cv-04767 (N.D. Ill.). Co-Lead Counsel advised Dermoviva that they are currently contacting counsel in each individual case to discuss the issue currently pending before the Court and will provide an update within the next seven (7) days, once those contacts have been made.

Dated: August 29, 2023

Respectfully submitted,

*/s/ Edward A. Wallace*
Edward A. Wallace
**WALLACE MILLER**

1

150 N. Wacker Dr., Suite 1100
Chicago, Illinois 60606
Tel.: 312-261-6193
Email: eaw@wallacemiller.com

*Plaintiffs' Liaison Counsel*

Diandra "Fu" Debrosse Zimmermann
**DICELLO LEVITT LLP**
505 20th Street North - Suite 1500
Birmingham, Alabama 35203
Tel.: 312-214-7900
Email: fu@dicellolevitt.com

*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
Tel.: 401-457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
Tel.:212-566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
Tel.: 850-224-2020
Email: ben@bencrump.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Mark C. Goodman*_____
Mark C. Goodman
Baker & McKenzie LLP
Two Embarcadero Center, Suite 1100
San Francisco, CA 94111

2

T: (415) 576-3080
mark.goodman@bakermckenzie.com

Barry Thompson
Baker & McKenzie LLP
10250 Constellation Boulevard Suite 1850
Los Angeles, California 90067
T: (310) 201-4728
barry.thompson@bakermckenzie.com

Mark D. Taylor
Baker & McKenzie LLP
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
T: (214) 978-3089
mark.taylor@bakermckenzie.com

Maurice A. Bellan
Teisha Johnson
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, District of Columbia 20006
T: (202) 452-7057
maurice.bellan@bakermckenzie.com
teisha.johnson@bakermckenzie.com

Laura A. Kelly
Baker & McKenzie LLP
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
T: (312) 861-2510
laura.kelly@bakermckenzie.com

Kelechi E. Okengwu
Baker & McKenzie LLP
452 Fifth Avenue
New York, New York 10018
T:  (212) 626-4100
Email: kelechi.okengwu@bakermckenzie.com

*Counsel for Specially Appearing Defendant Dermoviva Skin Essentials Inc.*