**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No. 23 C 818<br><br>MDL No. 3060<br><br>Judge Mary M. Rowland |

## JOINT STATUS REPORT BY PLAINTIFF'S CO-LEAD COUNSEL AND MCBRIDE RESEARCH LABORATORIES, INC.

Co-Lead Counsel for Plaintiffs and counsel for Defendant McBride Research Laboratories, Inc. ("McBride") provide this joint status report in accordance with the Case Management Conference ("CMC") held on August 23, 2023.

On August 21, 2023, Defendant McBride filed a Motion to Dismiss [Doc. 192] the Plaintiffs' Complaint [Doc. 106]. As contemplated during the August 23 CMC and the Court's subsequent Minute Entry, Co-Lead Counsel conferred with McBride's Counsel concerning McBride's Motion to Dismiss ("Motion") [Doc. 192] and the omnibus motion to dismiss [Doc. 142], and the Parties' briefing schedule.

The Parties believe that the filing of Short Form Complaints leading up to the September 14, 2023 Revlon filing deadline may alleviate individualized issues in McBride's Motion to Dismiss. Given the same, Co-Lead Counsel for Plaintiffs and Counsel for McBride agree that no separate Response to the Motion to Dismiss is required as the response to the omnibus motion to dismiss encompasses the issues set forth in McBride's Motion. However, McBride requests an opportunity to file a Reply to the response to the omnibus motion to dismiss, should the Short Form Complaints not alleviate the individualized issues. Co-Lead Counsel for Plaintiffs does not believe that a Reply is warranted, however if the Court is inclined to allow for a Reply, Co-Lead Counsel for Plaintiffs believes it should be limited to five pages. The Parties will inform the Court

1

no later than September 26, 2023, if any issues remain which require the Court's attention beyond the omnibus motion to dismiss, and McBride requests a corresponding deadline of October 3, 2023, to file its reply to the response to the omnibus motion if needed.

Dated: August 30, 2023

Respectfully submitted,

*/s/ Edward A. Wallace*
Edward A. Wallace
**WALLACE MILLER**
150 N. Wacker Dr., Suite 1100
Chicago, Illinois 60606
Tel.: 312-261-6193
Email: eaw@wallacemiller.com

*Plaintiffs' Liaison Counsel*

Diandra "Fu" Debrosse Zimmermann
**DICELLO LEVITT LLP**
505 20th Street North - Suite 1500
Birmingham, Alabama 35203
Tel.: 312-214-7900
Email: fu@dicellolevitt.com

*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
Tel.: 401-457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
Tel.: 212-566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

2

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
Tel.: 850-224-2020
Email: ben@bencrump.com

*Plaintiffs' Co-Lead Counsel*


*/s/ Thomas M. Wolf*
Thomas M. Wolf
**Lewis Brisbois Bisgaard & Smith LLP**
550 W. Adams Street, Ste. 300
Chicago, Illinois 60661
Thomas.wolf@lewisbrisbois.com
*Counsel for McBride Research Laboratories, Inc.*