# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

In RE: Hair Relaxer Marketing, Sales Practices, And
Products Liability Litigation, et al.

                                             Plaintiff,

v.                                                      Case No.:
1:23−cv−00818

Honorable Mary M. Rowland

L'Oreal USA, Inc., et al.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 12, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: In light of the September 14, 2023 deadline set for certain complaints to be filed, those complaints may be filed without the requisite attorney appearance forms. However, counsel MUST continue to add themselves to the docket when filing the cases via the PARTY ADDITION SCREEN. Failure to do that will result in the complaint being stricken. Further, the requisite attorney appearance form must be filed within 21 days of the filing of the complaint and must be filed in the appropriate underlying member case. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.