IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:23-CV-00818<br><br>MDL No. 3060<br><br>Judge Mary M. Rowland |
| KAREN DARKENWALD,<br><br>       Plaintiff,<br>vs<br><br>KERATIN COMPLEX and KERATIN HOLDINGS, LLC.<br><br>       Defendants, | Case No. 1:23-CV-04099 |

**DEFENDANTS KERATIN COMPLEX AND KERATIN HOLDINGS, LLC JOINDER IN DEFENDANTS' JOINT MOTION TO DISMISS MASTER LONG FORM PERSONAL INJURY COMPLAINT**

Defendants Keratin Complex and Keratin Holdings, LLC ("Keratin") join in Defendants' Joint Motion to Dismiss Master Long Form Personal Injury Complaint [ECF 143]. In support thereof, Keratin states as follows:

1. On February 6, 2023 the United States Judicial Panel on Multidistrict Litigation ordered the transfer of various related actions to this Court, forming this Multi-District Litigation.

2. On May 15, 2023, Plaintiffs filed their Master Long From Complaint [ECF 106] naming various defendant entities.

3. On June 28, 2023, Plaintiff Karen Darkenwald filed an individual complaint "pursuant to CMO No. 2" in this MDL naming Keratin Defendants.

4. Plaintiff Karen Darkenwald served complaint on August 25, 2023. However, the Keratin Defendants, not yet familiar with the MDL, secured an extension until October 30, 2023 to respond.

5. On July 5, 2023, Defendants filed Defendants' Notice of Joint Motion and Joint Motion to Dismiss Master Personal Injury Long Form Complaint and Memorandum of Law in Support of Defendants' Joint Motion to Dismiss Master Long Form Personal Injury Complaint [ECF 142 and 143] (collectively, "Motion to Dismiss").

6. Plaintiffs filed their opposition to the Motion to Dismiss on August 4, 2023 [ECF 176] and Defendants filed their reply in support of the Motion to Dismiss on August 25, 2023 [ECF 214].

7. Neither Plaintiffs' Master Long From Complaint nor its Short Form Complaint, adopted by this Court on August 3, 2023 pursuant to Case Management Order No. 7 [ECF 175] ("CMO No. 7"), names the Keratin Defendants.

8. CMO No. 7 also requires that plaintiffs for any case transferred to or filed in the MDL before the entry of CMO No. 7 file the "Short Form Complaint (as an Amended Complaint) within 75 days of the entry of this Order or transfer to this MDL."

9. On September 13, 2023, the Court entered Case Management Order No. 8 stating, in relevant part, that "Defendants' obligation to file any Master Answer or Answers to individual SFCs is stayed until a decision is issued on the pending" Motion to Dismiss [ECF 249].

10. The allegations in Plaintiff's complaint against Keratin Defendants are materially identical to the allegations raised in the Master Long Form Complaint.

11. For this reason, Keratin Defendants join the Joint Motion to Dismiss Master Personal Injury Long Form Complaint and Memorandum of Law in Support of Defendants' Joint Motion to Dismiss Master Long Form Personal Injury Complaint, and, pursuant to CMO Nos. 7 and 8 stating that plaintiffs shall file a SFC as an amended complaint and that "Defendants' obligation to file any Master Answer or Answers," will not respond to Plaintiff Darkenwald's complaint other than by joining the Motion to Dismiss until this Court has issued a ruling on the Motion to Dismiss and, if necessary, Plaintiff Darkenwald has properly filed a Short Form Complaint.

12. Further, should the Keratin Defendants later be required to file an Answer, they reserve the right to raise any and all additional arguments and defenses as may be available to them to the extent they are not already raised in the Motion to Dismiss.

WHEREFORE, Keratin Defendants join, incorporate by reference, and reassert the entirety of the Motion to Dismiss as pertaining to Keratin Defendants.

Dated: October 10, 2023                    Respectfully submitted,

/s/ *Seth A. Litman*
Seth Litman
GA Bar No. 454060
Irvin Hernandez
GA Bar No. 757661
**Thompson Hine LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA 30326
Phone: (404) 541-2900
Seth.Litman@ThompsonHine.com
Irvin.Hernandez@ThompsonHine.com

*Counsel for Defendants Keratin Complex and Keratin Holdings, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023, I caused the foregoing to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ *Seth A. Litman*
Seth A. Litman
GA Bar No. 454060
**Thompson Hine LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA 30326
Phone: (404) 541-2900
Seth.Litman@ThompsonHine.com

*Counsel for Defendants Keratin Complex and Keratin Holdings, LLC*