IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: ALL ACTIONS | Case No. 23 C 818<br><br>MDL No. 3060<br><br>Judge Mary M. Rowland |

**RESPONSE OF PLAINTIFFS' CO-LEAD COUNSEL TO DEFENDANT KERATIN'S JOINDER IN DEFENDANTS' JOINT MOTION TO DISMISS**

Co-Lead Counsel for Plaintiffs do not object to joinder by Defendants Keratin Complex and Keratin Holdings, LLC [Doc. 263] in Defendants' Joint Motion to Dismiss the Master Personal Injury Long Form Complaint [Doc. 143]. That motion should be denied for the reasons' set forth in Plaintiffs' opposition [Doc. 176].

Dated: October 23, 2023    Respectfully submitted,

/s/ Edward A. Wallace
Edward A. Wallace
**WALLACE MILLER**
150 N. Wacker Dr., Suite 1100
Chicago, Illinois 60606
Tel.: 312-261-6193
Email: eaw@wallacemiller.com

*Plaintiffs' Liaison Counsel*

Diandra "Fu" Debrosse Zimmermann
**DiCELLO LEVITT LLC**
505 20th Street North - Suite 1500
Birmingham, Alabama 35203
Tel.: 312-214-7900
Email: fu@dicellolevitt.com

*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor

1

Providence, Rhode Island 02903
Tel.: 401-457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
Tel.:212-566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
Tel.: 850-224-2020
Email: ben@bencrump.com

*Plaintiffs' Co-Lead Counsel*