## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No. 23 C 818<br><br>MDL No. 3060<br><br>Judge Mary M. Rowland |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO PROVIDE THE COURT WITH A BELLWETHER PLAN IN ACCORDANCE WITH CASE MANAGEMENT ORDER NO. 6

Pursuant to the initial scheduling Order set forth in Case Management Order No. 6 (CMO 6) (Docket No. 168), the parties are supposed to meet and confer on a plan for moving cases towards trial, including the methodology that will be used to select representative cases to serve as bellwether cases in this MDL. This includes a plan for the type and scope of bellwether discovery, as well as the number of cases initially selected for limited discovery and a subset of remaining cases that will undergo additional discovery and trial.

CMO 6 contemplates that this plan will be submitted to the Court via a Case Management Order by November 10, unless otherwise agreed by the parties and approved by the Court. While Plaintiffs Leadership received a proposal from Defendants on Tuesday, November 7th, the parties are not yet in agreement as contemplated by CMO 6.

Further, CMO 6 contemplates a singular proposal. As of November 9, Defendants plan to submit their own proposal via attachment to the forthcoming Joint Status Report (JSR). Plaintiffs Leadership respectfully submits CMO 6 does not contemplate or allow for such a submission, nor will said submission be productive given the limited opportunity Plaintiffs Leadership has had to review that proposal.

1

Plaintiffs Leadership respectfully requests an extension of time, up to and including December 11, 2022, to provide the Court with the bellwether plan contemplated by CMO 6. The additional time sought will allow the parties to make every effort to have an agreed upon case management order, or if there is disagreement, a working document that precisely outlines any differences that require the Court's intervention (including one that fully addresses each of the issues outlined in CMO 6). Plaintiffs' Leadership has provided this Motion to counsel for Defendants. Counsel for Defendants has indicated that Plaintiffs "do not have [Defendants'] permission to represent to the Court at this point that the proposed motion is unopposed."

Dated: November 9, 2023                    Respectfully Submitted,

                                           */s/ Edward A. Wallace*
                                           Edward A. Wallace
                                           **WALLACE MILLER**
                                           150 N. Wacker Dr., Suite 1100
                                           Chicago, Illinois 60606
                                           Tel.: 312-261-6193
                                           Email: eaw@wallacemiller.com

                                           *Plaintiffs' Liaison Counsel*

                                           Diandra "Fu" Debrosse Zimmermann
                                           **DiCELLO LEVITT LLC**
                                           505 20th Street North - Suite 1500
                                           Birmingham, Alabama 35203
                                           Tel.: 312-214-7900
                                           Email: fu@dicellolevitt.com

                                           *Plaintiffs' Co-Lead Counsel*

                                           Fidelma L. Fitzpatrick
                                           **MOTLEY RICE LLC**
                                           40 Westminster Street, Fifth Floor
                                           Providence, Rhode Island 02903
                                           Tel.: 401-457-7700
                                           Email: ffitzpatrick@motleyrice.com

                                           *Plaintiffs' Co-Lead Counsel*

                                           Michael A. London

2

**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
Tel.:212-566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
Tel.: 850-224-2020
Email: ben@bencrump.com

*Plaintiffs' Co-Lead Counsel*