**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Master Docket No. 1:23-cv-00818<br><br>MDL No. 3060<br><br>Hon. Mary M. Rowland |

**DEFENDANTS' NOTICE OF LODGING
PROPOSED BELLWETHER SELECTION SCHEDULE AND PROCEDURE**

Pursuant to Case Management Order No. 6 (Doc. No. 168), Defendants hereby submit their proposed Belllwether Selection Schedule and Procedure. Defendants are aware that on November 9, 2023, the plaintiffs filed a Motion seeking an extension of time beyond the November 10, 2023 deadline to provide the Court with a bellwether plan. (Doc. No. 287.) As the Court has not ruled on this Motion, and as Defendants previously advised the plaintiffs they would do, Defendants hereby submit their proposed Bellwether Selection Schedule and Procedure, which Defendants previously provided to Plaintiffs on November 7, 2023. Defendants will be prepared to discuss this proposal with the Court at the November 17, 2023 Status Conference.

| | |
|---|---|
| Dated: November 10, 2023 | Respectfully submitted,<br><br>/s/ Mark C. Goodman<br>Mark C. Goodman<br>Baker & McKenzie LLP<br>Two Embarcadero Center, Suite 1100<br>San Francisco, CA 94111<br>T: (415) 576-3080<br>mark.goodman@bakermckenzie.com<br><br>Barry Thompson<br>Baker & McKenzie LLP<br>10250 Constellation Boulevard Suite 1850<br>Los Angeles, California 90067<br>T: (310) 201-4728<br>barry.thompson@bakermckenzie.com<br><br>Mark D. Taylor<br>Baker & McKenzie LLP<br>1900 North Pearl Street, Suite 1500<br>Dallas, Texas 75201<br>T: (214) 978-3089<br>mark.taylor@bakermckenzie.com<br><br>Maurice A. Bellan<br>Teisha Johnson<br>Baker & McKenzie LLP<br>815 Connecticut Avenue, N.W.<br>Washington, District of Columbia 20006<br>T: (202) 452-7057<br>maurice.bellan@bakermckenzie.com<br>teisha.johnson@bakermckenzie.com<br><br>Laura A. Kelly<br>Baker & McKenzie LLP<br>300 East Randolph Street, Suite 5000<br>Chicago, Illinois 60601<br>T: (312) 861-2510<br>laura.kelly@bakermckenzie.com<br><br>Kelechi E. Okengwu<br>Baker & McKenzie LLP<br>452 Fifth Avenue<br>New York, New York 10018<br>T: (212) 626-4100<br>Email: kelechi.okengwu@bakermckenzie.com |

*Counsel for Defendants Namasté Laboratories, LLC and Specially Appearing Defendants Dabur International Limited and Dermoviva Skin Essentials Inc.*

/s/ Lori B. Leskin
Lori B. Leskin
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019
T: (212) 836-8641
F: (212) 836-8689
Lori.leskin@arnoldporter.com

Rhonda R. Trotter
Arnold & Porter Kaye Scholer, LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199

*Counsel for Defendants Strength of Nature LLC; Strength of Nature Global LLC; and Godrej SON Holdings*

/s/ Dennis S. Ellis
Dennis S. Ellis
Katherine F. Murray
Nicholas J. Begakis
Ellis George Cipollone O'Brien LLP
2121 Avenue of the Stars, Suite 3000
Los Angeles, CA 90067
T: (310) 274-7100
F: (310) 275-5697
dellis@egcfirm.com
kmurray@egcfirm.com
nbegakis@egcfirm.com

Jonathan Blakley (6308603)
Gordon Rees Scully Mansukhani LLP
1 N. Franklin St., Suite 800
Chicago, IL 60606
T: (312) 565-1400
F: (312) 565-6511
jblakley@grsm.com

Peter Siachos (68465)
Gordon Rees Scully Mansukhani LLP
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
T: (973) 549-2500
F: (973) 377-1911
psiachos@grsm.com

*Counsel for Defendants L'Oréal USA, Inc.; L'Oréal USA Products, Inc.; SoftSheen-Carson LLC and SoftSheen-Carson (W.I.), Inc.*

*/s/ R. Trent Taylor*
R. Trent Taylor
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T: (804) 775-1182/F: (804) 225-5409
rtaylor@mcguirewoods.com

*/s/ Patrick P. Clyder*
Patrick P. Clyder
Royce B. DuBiner
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
T: (312) 849-8100/F: (312) 849-3690
pclyder@mcguirewoods.com
rdubiner@mcguirewoods.com

*Counsel for Defendant House of Cheatham LLC*

*/s/ Joseph P. Sullivan*
Joseph P. Sullivan (6206202)
Kevin A. Titus (6217520)
Bryan E. Curry (6255803)
Litchfield Cavo LLP
303 W. Madison, Suite 300
Chicago, IL 60606
T: 312-781-6677
F: 312-781-6630
sullivanj@litchfieldcavo.com
titus@litchfieldcavo.com

curry@litchfieldcavo.com

*Counsel for Defendant Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc.*

*/s/ Richard J. Leamy, Jr.*
Richard J. Leamy, Jr.
Kristen A. Schank
Wiedner & McAuliffe, Ltd.
1 N. Franklin St., Suite 1900
Chicago, Illinois 60606
312.855.1105
rjleamy@wmlaw.com
kaschank@wmlaw.com

*Counsel for Defendant Avlon Industries, Inc.*

*/s/ Melissa Fallah*
Melissa Fallah
Robert W. Petti
Alyssa P. Fleischman
191 N. Wacker Drive – Suite 2950
Chicago, Illinois 60606
(312) 579-2018 (ofc)
mfallah@maronmarvel.com
rpetti@maronmarvel.com
afleischman@maronmarvel.com

*Counsel for Defendant Luster Products, Inc.*

*/s/ Robert A. Atkins*
Robert A. Atkins
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
ratkins@paulweiss.com

Randy Luskey
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
(628) 432-5112
rluskey@paulweiss.com

David E. Cole
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223-7348
dcole@paulweiss.com

*Counsel for Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC*

<u>*/s/ Richard D. Grossman*</u>
Richard D. Grossman
Law Offices of Richard D. Grossman
211 West Wacker Drive, Suite 710
Chicago, IL 60606
(312) 750-9308
rgat135@gmail.com

*Counsel for Defendant AFAM Concept Inc. and JF Labs*