IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>**ALL CASES** | **MDL 3060**<br><br>**Master Docket No.**<br><br>**Judge Mary M. Rowland** |

**PLAINTIFFS' NOTICE OF FILING PROPOSED
BELLWETHER SELECTION SCHEDULE AND PROCEDURE**

On November 9, 2023, Plaintiffs filed their Motion For Extension Of Time To Provide The Court With A Bellwether Plan In Accordance With Case Management Order No. 6 [Dkt 287]. As the Court has not ruled on that Motion, out of an abundance of caution, Plaintiffs attach hereto their draft bellwether plan. As noted in their Motion, Plaintiffs' Leadership understood that any such proposal should be a singular document that has been subject to a meet and confer between the parties. Plaintiffs' Leadership will be prepared to report further on these issues at the upcoming status conference on November 17, 2023.

Dated: November 10, 2023

Respectfully Submitted,

*/s/ Edward A. Wallace*
Edward A. Wallace
**WALLACE MILLER**
150 N. Wacker Dr., Suite 1100
Chicago, Illinois 60606
Tel.: 312-261-6193
Email: eaw@wallacemiller.com

*Plaintiffs' Liaison Counsel*

Diandra "Fu" Debrosse Zimmermann
**DICELLO LEVITT LLC**
505 20th Street North - Suite 1500
Birmingham, Alabama 35203
Tel.: 312-214-7900

1

Email: fu@dicellolevitt.com

*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
Tel.: 401-457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
Tel.:212-566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
Tel.: 850-224-2020
Email: ben@bencrump.com

*Plaintiffs' Co-Lead Counsel*