UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) | Case No. 1:23-cv-00818 MDL No. 3060 |
| SHAQUITA DAVIS, Plaintiff, v. L'OREAL USA, INC., L'OREAL USA PRODUCTS, INC., SOFT SHEEN-CARSON LLC, STRENGTH OF NATURE, LLC GODREJ SON HOLDINGS, INC., PDC BRANDS, PARFUMS DE COEUR, LTD, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:22-cv-06560 Hon. Judge Rowland |

**This Document Relates to 1:22-cv-06560**

| | | |
|---|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) | Case No. 1:23-cv-00818 MDL No. 3060 |
| DENISHA FREEMAN, Plaintiff, v. L'OREAL USA, INC., L'OREAL USA PRODUCTS, INC., SOFT SHEEN-CARSON LLC, DABUR INTERNATIONAL, Ltd. d/b/a DABUR USA INC., STRENGTH OF NATURE, LLC GODREJ SON HOLDINGS, INC., And PARFUMS DE COEUR, LTD D/B/A PDC BRANDS, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:23-cv-10039 Hon. Judge Rowland |

**This Document Relates to 1:23-cv-10039**

## DECLARATION OF MATTHEW WAGNER

I, Matthew Wagner, being duly sworn, hereby state the following:

1. I am General Counsel of Parfums de Coeur, Ltd, d/b/a PDC Brands ("PDC"), and have been since October, 2018.

2. Prior to joining PDC as General Counsel in 2018, I was in private practice and had represented PDC since at least 2008 in various matters, including as outside litigation and IP Counsel.

3. In 2015, PDC purchased certain assets from Advanced Beauty Inc. ("ABI") relating to a brand known as Cantu.

4. In Connection with the purchase of those assets, PDC and ABI executed an Asset Purchase Agreement ("APA"), which laid out all of the terms of the purchase.

5. The Asset Purchase Agreement ("APA") attached hereto as Exhibit A is a true and accurate copy of the APA entered into between Parfums de Coeur, Ltd. and ABI though various agreed to prices have been redacted.

6. I was one of the lawyers who represented PDC in connection with the APA, in the capacity as outside IP counsel.

7. As such, I am familiar with PDC's purchase of certain Cantu brand assets from ABI.

8. The APA was an arm's length transaction through which PDC and ABI negotiated market value for PDC's purchase of certain assets related to the Cantu Brand.

9. ABI had owned Cantu's Shea Butter Relaxer product. However, PDC did not purchase Cantu's Shea Butter Relaxer product or any inventory attendant thereto.

10. In fact, ABI had discontinued the sale of the Cantu Shea Butter Relaxer product prior to PDC acquiring certain Cantu brand assets through the APA.

284390809v.1

11. PDC did not purchase any relaxer product from ABI or any inventory attendant thereto.

12. PDC did not sell Cantu Shea Butter Relaxer or any relaxer product under any brand.

13. PDC did not design, develop, manufacture, test, package, promote, market, label, provide, or sell any of the products identified in Plaintiff's initial Complaint or the Master Long Form Complaint.

14. PDC did not, nor has it ever, sold, designed, or manufactured any relaxer product.

15. As such, PDC has never sold a relaxer product in the state of Illinois or Michigan.

16. As such, PDC has never sold any relaxer product allegedly used by Plaintiff in the state of Illinois or Michigan.

17. Pursuant to Section 2.5 of the APA, PDC expressly did not assume any liability relating to ABI's sale of any products prior to the closing date of the APA, including Cantu's Shea Butter Relaxer product. (See, APA at §2.5 p 14, Exhibit A)

18. Pursuant to Section 2.5 of the APA, ABI expressly retained liability for all products ABI sold prior to the closing date of the APA, which included Cantu's Shea Butter Relaxer Product. (See, APA at §2.5 p 14, Exhibit A)

19. Parfums de Coeur, Ltd. does business as PDC Brands, but PDC Brands is not a separate legal entity. (See trade name filings with Darien and Stamford City Clerk's Office, Exhibit B).

20. PDC was incorporated in the State of Connecticut in 1981 and maintains its principal place of business in Connecticut.

21. PDC is not registered to do business in Illinois or Michigan, and does not maintain a registered agent in Illinois or Michigan

22. PDC does not own real property in Illinois or Michigan

284390809v.1

23. PDC does not maintain any offices in Illinois or Michigan

24. PDC does not maintain any facilities in Illinois or Michigan

25. PDC does not maintain a bank account in Illinois or Michigan

26. PDC does not have an Illinois or Michigan mailing address.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2023.

_____
Matthew Wagner

284390809v.1