**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No. 23 C 818 MDL No. 3060 Judge Mary M. Rowland |

<u>**STRENGTH OF NATURE, LLC AND GODREJ SON HOLDINGS, INC.'S**</u>
<u>**ANSWER TO PLAINTIFFS' MASTER LONG FORM COMPLAINT**</u>

Defendants Strength of Nature, LLC ("Strength of Nature") and Godrej SON Holdings, Inc. ("SON Holdings," and, together with Strength of Nature, "SON"), by and through their undersigned counsel, submit this Answer and Defenses to Plaintiffs' Master Long Form Complaint ("Complaint") and respond, on their own behalf and for no other defendant, as follows:

**PRELIMINARY STATEMENT**

SON incorporates by reference the following matters into its response to each paragraph of the Complaint:

• SON submits this Answer and Defenses on its own behalf only. When allegations are made against "Defendants" as a group, however described, SON's responses are on behalf of only SON.

• The Complaint contains references to documents and third-party publications and statements that have often been excerpted, paraphrased, characterized, and otherwise taken out of context. These documents and third-party publications and statements should be considered in context and in unmodified form, and SON respectfully refers the Court to the respective materials for their accurate and complete contents.

• For convenience, the headings, subheadings, and paragraphs in this Answer correspond to the headings, subheadings, and paragraphs listed in the Complaint. SON nonetheless expressly denies and disclaims the characterizations in the Complaint headings and denies any allegations implicit in their terms.

• Except as otherwise expressly stated herein, SON expressly denies each and every allegation contained in the Complaint, including without limitation any allegations contained in the preamble, unnumbered paragraphs, headings, subheadings, table of contents, footnotes, and exhibits, and specifically denies any liability to Plaintiffs.

• SON expressly reserves and does not waive the right to amend and supplement this Answer, including to assert any counterclaims or cross-claims or modify its defenses, as may be appropriate or necessary, consistent with applicable rules and the Court's orders.

## DEFENSES

SON asserts the following defenses to the allegations and claims in the Complaint. All defenses asserted herein are pleaded in the alternative. No defense asserted herein constitutes an admission that SON is liable to any Plaintiff in any way, that any Plaintiff has been or will be injured, that Plaintiffs are relieved of their burden to prove each element of each of their claims and the damages or relief sought, or that the Plaintiffs are entitled to any relief whatsoever.

Subject to those limitations, and without assuming any burden of proof that it would not otherwise bear, SON hereby asserts the following defenses to the Complaint and each and every allegation therein as to the claims of each individual Plaintiff. SON may also assert other defenses that become available or appear during the course of additional investigation or discovery in this case, and to assert the same or additional defenses to the complaint of any individual Plaintiff at

the time of bellwether section, pursuant to Case Management Order 9.  SON reserves the right to amend this Answer, including to assert any such additional defenses.

## FIRST DEFENSE
### (Federal Preemption)

To the extent they sound in various state laws, Plaintiffs' claims are expressly preempted by federal law.  21 U.S.C. § 379s(a); 21 C.F.R. § 701.3(a), (l).

## SECOND DEFENSE
### (Statute of Limitations)

Plaintiffs' Complaint, and each claim for relief alleged therein, is barred by the applicable statutes of limitations.

## THIRD DEFENSE
### (Statute of Repose)

Plaintiffs' claims, to the extent they sound in various state laws, are barred by applicable statutes of repose.

## FOURTH DEFENSE
### (Comparative Negligence)

Plaintiffs' Complaint, and each claim for relief alleged therein, is barred because their own lack of reasonable care in using any alleged products they claim caused injury was a substantial factor in causing the alleged injuries.

## FIFTH DEFENSE
### (Contributory Negligence)

Plaintiffs' Complaint, and each claim for relief alleged therein, is barred because their own lack of reasonable care in using any alleged products they claim caused injury was a factor in causing the alleged injuries.

3

### SIXTH DEFENSE
**(Assumption of Risk)**

Plaintiffs' Complaint, and each claim for relief alleged therein, is barred because their injuries, if any, were sustained by voluntarily and unreasonably proceeding to encounter a known risk.

### SEVENTH DEFENSE
**(Third Party Fault or Negligence)**

Plaintiffs' Complaint, and each claim for relief alleged therein, is barred because Plaintiffs' alleged injuries were the result of the negligence and/or fault of a person or entity other than Plaintiffs or SON.

### EIGHTH DEFENSE
**(Uncertainty)**

Plaintiffs' Complaint, and each cause of action asserted therein, is uncertain and therefore defective in that it is impossible to determine exactly what alleged actions Plaintiffs contend violate the laws cited and when the violations allegedly occurred. The allegations in the Complaint are so vague, ambiguous, and uncertain as to render SON unable to determine the manner in which the Plaintiffs allege SON failed to comply with the cited legal requirements.

### NINTH DEFENSE
**(Apportionment of Damages)**

Plaintiffs' damages, if any, must be reduced in proportion to their fault.

### TENTH DEFENSE
**(Unforeseeable Product Misuse)**

Plaintiffs' Complaint, and each claim for relief alleged therein, is barred because they or individuals otherwise entrusted to act on their behalf misused or altered the alleged products in a manner that was not reasonably foreseeable to SON.

4

## ELEVENTH DEFENSE
### (Intervening and Superseding Cause)

Plaintiffs' Complaint, and each claim for relief alleged therein, is barred because their alleged injuries were the result of an intervening and/or superseding cause.

## TWELFTH DEFENSE
### (Notice)

SON lacked adequate notice either of the type of conduct that could warrant an award of punitive damages under any applicable state or federal law, or of the amount of such damages that could be awarded.

## THIRTEENTH DEFENSE
### (Sophisticated User)

Plaintiffs' Complaint, and each claim for relief alleged therein, is barred because they or individuals otherwise entrusted to act on their behalf are sophisticated users of the alleged product and therefore knew or should have known of any alleged inherent risks.

## FOURTEENTH DEFENSE
### (Primary Jurisdiction)

Plaintiffs' claims are barred by the doctrine of primary jurisdiction. Plaintiffs' claims are premised on the allegation that SON's hair-relaxer products were not safe and effective. Plaintiffs' allegations necessarily implicate medical and scientific issues that are outside the conventional experience of judges and/or jurors and particularly within the expertise, discretion, and regulatory authority of the United States Food and Drug Administration ("FDA"). This Court should defer this matter to the appropriate state agencies, in whole or in part, pursuant to the doctrine of primary jurisdiction.

## FIFTEENTH DEFENSE
### (No Express Warranty)

Plaintiffs' Complaint, and each claim for relief alleged therein, is barred because they did not rely on any statements made by SON in connection with their purchase of any alleged products and therefore no such statements forms the basis of any bargain between Plaintiffs and SON.

## SIXTEENTH DEFENSE
### (Lack of Privity and Learned Intermediary Doctrine)

Plaintiffs' Complaint, and each claim for relief alleged therein, is barred because they lack privity with SON because they did not purchase any alleged products from SON. Further, to the extent that Plaintiffs' use of SON's products occurred through sale to and/or application by a third party, Plaintiffs' suit is barred on the basis of the learned intermediary doctrine.

## SEVENTEENTH DEFENSE
### (Laches)

Plaintiffs' unreasonable delay in the filing and service of this action has operated to the detriment and prejudice of SON and, as a consequence, Plaintiffs are barred from seeking the relief sought, or any relief whatsoever, by laches. Plaintiffs' claims are, according to the Complaint, based on conduct from as early as the 1970s. According to their own allegations, Plaintiffs knew or reasonably should have known of the facts underlying their claims years ago and failed to file suit for years thereafter. Plaintiffs' failure to exercise diligence in bringing this action has prejudiced SON. As a matter of equity, therefore, the doctrine of laches should bar Plaintiffs from recovering on their claims.

## EIGHTEENTH DEFENSE
### (No Duty to Disclose)

Plaintiffs' Complaint, and each claim for relief alleged therein, is barred because SON has not concealed or failed to identify any material fact not known to Plaintiffs that SON was obligated to disclose.

## NINETEENTH DEFENSE
### (State of the Art)

Plaintiffs' Complaint, and each claim for relief alleged therein, is barred because at all relevant times SON acted in conformity with industry standards based upon the state of knowledge existing at the times alleged in Plaintiffs' Complaint and, therefore, Plaintiffs are barred from recovery in this action.

## TWENTIETH DEFENSE
### (Estoppel)

Plaintiffs are estopped by reason of their own conduct from recovering on the Complaint.

## TWENTY-FIRST DEFENSE
### (Failure to Mitigate Damages)

To the extent Plaintiffs have sustained damages, Plaintiffs have contributed in a direct and proximate manner to the same by failing to act reasonably and prudently to mitigate their damages. Plaintiffs' damages, if any, must be reduced by the extent to which those damages were proximately caused by Plaintiffs' failure to mitigate their own damages.

## TWENTY-SECOND DEFENSE
### (Waiver)

Plaintiffs, by their own conduct, have waived each of the claims alleged in the Complaint and, as a consequence thereof, Plaintiffs are barred from seeking the relief sought, or any relief whatsoever.

## TWENTY-THIRD DEFENSE
### (Punitive Damages)

Any award of punitive damages in this case would be impermissible under the standards established by the United States Supreme Court in *BMW of North America, Inc. v. Gore*, 517 U.S. 559 (1996), and would violate the Fifth and Fourteenth Amendments of the United States

Constitution and the several state constitutions. No act or omission of SON (or properly attributable to SON) was malicious, willful, outrageous, wanton, reckless, grossly negligent, intentional, immoral, unethical, oppressive, unscrupulous, or done with bad motives or in violation of public policy, and therefore, an award of punitive damages is barred.

### TWENTY-FOURTH DEFENSE
### (Limitation on Punitive Damages)

If punitive damages are recoverable in this case, which SON specifically denies, such an award is limited by state and federal law. Plaintiffs cannot establish that SON's alleged actions and/or inactions showed willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care.

### TWENTY-FIFTH DEFENSE
### (Speculative and Remote Injuries)

The alleged injuries Plaintiffs assert are too speculative and remote from the alleged wrongful conduct to be a basis for liability as a matter of law and due process. Plaintiffs have not alleged a complete accounting of the hair relaxers they used, and it is not clear when they used which hair relaxers, how Plaintiffs used those hair relaxers, or the frequency of such usage. Nor have they alleged that the injuries resulted from usage of hair relaxer products manufactured, sold or distributed by SON rather than another manufacturer or some alternative cause, including family health, environmental causes, or a different product.

### TWENTY-SIXTH DEFENSE
### (No Reliance)

Plaintiffs did not rely to their detriment upon any statement, let alone any misrepresentation, made by, or properly attributable to, SON.

**TWENTY-SEVENTH DEFENSE**
**(Good Faith/Established Practice)**

Plaintiffs' claims fail in whole or in part because SON's alleged conduct (or alleged conduct properly attributable to SON) with respect to the matters alleged in the Complaint was taken in good faith and in accordance with established practice. Any statements made by, or properly attributable to, SON were true and accurate at the time made and/or otherwise were made in good faith, with a reasonable belief as to their validity and accuracy and that SON's conduct (or conduct properly attributable to SON) was lawful. Facts showing SON's good faith, reasonable belief in the accuracy of their representations or statements include, but are not limited to, SON's good-faith reliance on and interpretation of clinical data, medical literature, and guidance for the products.

**ADDITIONAL DEFENSES**

SON asserts, to the extent applicable, each and every defense available to it pursuant to Fed. R. Civ. P. 8(c).

**ANSWER**

Responding to the specific allegations of the numbered paragraphs in Plaintiffs' Complaint,[1] SON further responds as follows:

**NATURE OF THIS MASTER COMPLAINT**

1.      SON denies the allegations as they relate to it. SON further denies any wrongdoing as alleged in the Complaint, and denies that Plaintiffs have been injured by its conduct or products, or are entitled to any relief whatsoever. SON is otherwise without sufficient knowledge or

---

[1] To the extent that allegations in Plaintiffs' Complaint are not specifically denied, SON, in good faith, generally denies all allegations not specifically admitted herein subject to Fed. R. Civ. P. 8(b)(3).

information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 1 so as to admit or deny them, and on that basis denies them.

2.       SON denies the allegations as they relate to it.  SON Holdings further denies that it manufactures or sells hair relaxer products. SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 2 so as to admit or deny them, and on that basis denies them.

3.       To the extent that paragraph 3 contains factual allegations to which a response is necessary, SON denies the allegations as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 3 so as to admit or deny them, and on that basis denies them.

4.       SON denies the factual allegations in paragraph 4 as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 4 so as to admit or deny them, and on that basis denies them. SON further objects to the stated purpose of the Master Long Form Complaint as set forth in paragraph 4, to the extent that it conflicts with the directives of this Court or purports to contain an incomplete recitation of the facts and claims asserted by Plaintiffs in this MDL.

## NATURE OF THIS ACTION

5.       SON denies the allegations as they relate to it. SON further denies that Plaintiffs have been injured by its conduct or products, and that Plaintiffs are entitled to any relief whatsoever.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 5 so as to admit or deny them, and on that basis denies them.

6.      SON denies the allegations as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 6 so as to admit or deny them, and on that basis denies them.

7.      SON denies the allegations as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 7 so as to admit or deny them, and on that basis denies them.

8.      SON denies the allegations as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 8 so as to admit or deny them, and on that basis denies them.

9.      SON denies the allegations as they relate to it. SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 9 so as to admit or deny them, and on that basis denies them.

## I.      **PARTIES**

10.      SON denies the allegations as they relate to it. SON further denies that any Plaintiff has been injured or suffered any harm through use of any product manufactured or sold by SON. SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations in paragraph 10 so as to admit or deny them, and on that basis denies them.

11.      SON denies the allegations as they relate to it. SON further denies that any Plaintiff has been injured or suffered any harm through use of any product manufactured or sold by SON. SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations in paragraph 11 so as to admit or deny them, and on that basis denies them.

11

12.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 12 so as to admit or deny them, and on that basis denies them.

13.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 13 so as to admit or deny them, and on that basis denies them.

14.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 14 so as to admit or deny them, and on that basis denies them.

15.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 15 so as to admit or deny them, and on that basis denies them.

16.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 16 so as to admit or deny them, and on that basis denies them.

17.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 17 so as to admit or deny them, and on that basis denies them.

18.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 18 so as to admit or deny them, and on that basis denies them.

19.     SON admits that Strength of Nature, LLC is a limited liability company organized under the laws of the State of Georgia with its principal place of business and headquarters located

at 64 Ross Road, Savannah, Georgia 31405. SON further admits that Godrej SON Holdings, Inc. is a corporation duly existing under the laws of the State of Georgia with a principal place of business and headquarters located at 64 Ross Road, Savannah, Georgia 31405. SON further admits that Godrej SON Holdings, Inc. is the sole member of Strength of Nature, LLC.

20.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 20 so as to admit or deny them, and on that basis denies them.

21.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 21 so as to admit or deny them, and on that basis denies them.

22.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 22 so as to admit or deny them, and on that basis denies them.

23.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 23 so as to admit or deny them, and on that basis denies them.

24.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 24 so as to admit or deny them, and on that basis denies them.

25.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 25 so as to admit or deny them, and on that basis denies them.

13

26.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 26 so as to admit or deny them, and on that basis denies them.

27.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 27 so as to admit or deny them, and on that basis denies them.

28.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 28 so as to admit or deny them, and on that basis denies them.

29.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 29 so as to admit or deny them, and on that basis denies them.

30.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 30 so as to admit or deny them, and on that basis denies them.

## II.     JURISDICTION AND VENUE

31.     The allegations in paragraph 31 amount to a legal conclusion, to which an answer is neither necessary nor appropriate.  To the extent that a response is required, SON is without sufficient knowledge or information about the facts and circumstances underlying each individual Plaintiff's claims to form a belief as to the truth or falsity of the allegations in paragraph 31 so as to admit or deny them and on that basis denies them. Pursuant to Case Management Order 8, SON does not waive and reserves the right to assert challenges to subject matter jurisdiction of this Court over the claims of any individual plaintiff at the appropriate time.

32.     The allegations in paragraph 32 amount to a legal conclusion, to which an answer is neither necessary nor appropriate.  To the extent that a response is required, SON is without sufficient knowledge or information about the facts and circumstances underlying each individual Plaintiff's claims to form a belief as to the truth or falsity of the allegations in paragraph 32 so as to admit or deny them and on that basis denies them.  Pursuant to Case Management Order 8, SON does not waive and reserves the right to assert challenges to personal jurisdiction over them for any individual plaintiff at the appropriate time.

### III.     FACTS COMMON TO ALL COUNTS

A.     Market for Hair Relaxers

33.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 33 so as to admit or deny them, and on that basis denies them.

34.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 34 so as to admit or deny them, and on that basis denies them.

35.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 35 so as to admit or deny them, and on that basis denies them.

36.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or

information to form a belief as to the truth or falsity of the allegations in paragraph 36 so as to admit or deny them, and on that basis denies them.

37.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 37 so as to admit or deny them, and on that basis denies them

1.     History of Afro-Textured Hair and Hair Relaxers—The Framework for Defendants' Wrongful Marketing Practices

38.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 38 so as to admit or deny them, and on that basis denies them.

39.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 39 so as to admit or deny them, and on that basis denies them.

40.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 40 so as to admit or deny them, and on that basis denies them.

41.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 41 so as to admit or deny them, and on that basis denies them.

42.    SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 42 so as to admit or deny them, and on that basis denies them.

43.    SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 43 so as to admit or deny them, and on that basis denies them.

44.    SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 44 so as to admit or deny them, and on that basis denies them.

45.    SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 45 so as to admit or deny them, and on that basis denies them.

46.    SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 46 so as to admit or deny them, and on that basis denies them.

47.    SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or

information to form a belief as to the truth or falsity of the allegations in paragraph 47 so as to admit or deny them, and on that basis denies them.

### 2. The Invention of the Chemical Relaxer

48.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 48 so as to admit or deny them, and on that basis denies them.

49.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 49 so as to admit or deny them, and on that basis denies them.

50.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 50 so as to admit or deny them, and on that basis denies them.

51.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 51 so as to admit or deny them, and on that basis denies them.

52.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 52 so as to admit or deny them, and on that basis denies them.

3.     Defendants' Marketing Efforts

53.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 53 so as to admit or deny them, and on that basis denies them.

54.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 54 so as to admit or deny them, and on that basis denies them.

55.     Strength of Nature admits that it currently markets hair relaxer products.  SON Holdings denies that it markets any hair relaxer products.  SON denies that it "reinforc[es] the same historical Eurocentric standards of beauty" or that it relies heavily on marketing that "reinforce[s] straight hair as the standard."  SON further denies that it markets any products "worldwide."  SON further denies the remaining allegations in paragraph 55 to the extent they are directed at SON. Except as expressly admitted or denied herein, SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 55 so as to admit or deny them, and on that basis denies them.

56.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 56 so as to admit or deny them, and on that basis denies them.

57.     Strength of Nature admits that it has marketed hair relaxer products in the past. SON denies the allegations in paragraph 57(c) because SON Holdings does not and has not manufactured, marketed, distributed or sold any hair relaxer product. SON further denies the allegations in paragraph 57(e) and, because the images in paragraph 57 are incomplete, SON is unable to determine whether or when the packaging displayed was created and/or marketed by

SON.  SON denies the remaining allegations in this paragraph to the extent they are directed at SON.  Except as expressly admitted or denied herein, SON lacks sufficient information to form a belief as to the truth or falsity of the remainder of the allegations in paragraph 57 so as to admit or deny them, and on that basis denies them.

58.     SON denies the allegations as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 58 so as to admit or deny them, and on that basis denies them.

59.     SON denies the allegations in the first sentence of paragraph 59 as they relate to it, and is without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained within that sentence, and on that basis denies them.

(a)     SON Holdings denies the allegations in paragraph 59(a) in their entirety, as it does not manufacture, market, distribute, or sell hair relaxer products.  SON admits that the image depicted in paragraph 59(a) appears to be that of a Just For Me hair relaxer product, but, because the image is incomplete, SON is without sufficient knowledge or information to determine whether the image in question depicts a product manufactured or sold by Strength of Nature. SON denies the remaining allegations in paragraph 59(a).

(b)     SON denies the allegations in paragraph 59(b) as they relate to it, and is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained within paragraph 59(b), and on that basis denies them.

(c)     Strength of Nature admits that some of the labeling and marketing of Soft & Beautiful products may contain one or more of the statements contained in paragraph 59(c), and denies the remainder of the allegations in paragraph 59(c), including Plaintiffs' characterizations of what product labels or advertising "are intended to suggest" to consumers. Strength of Nature

admits that the image in paragraph 59(c) appears to reference Soft & Beautiful products, but, because the image is inserted into the Complaint in incomplete form and without context, Strength of Nature is unable to determine whether the image in question depicts a product manufactured or sold by Strength of Nature. SON Holdings denies the allegations in paragraph 59(c) in their entirety, as it does not manufacture, market, distribute, or sell hair relaxer products.

(d)     SON admits that the image of product packaging in paragraph 59(d) appears to reference Beautiful Textures, but, because both images are incomplete and inserted into the Complaint without context, SON is without sufficient knowledge or information to form a belief as to whether either image depicts a product manufactured or sold by Strength of Nature. SON denies the remaining allegations in paragraph 59(d), and denies that the inclusion of Beautiful Textures, a texturizer product that (1) is not a hair relaxer product, and (2) does not appear on Plaintiffs Short Form Complaint, is relevant to this lawsuit.

(e)     Strength of Nature admits that some of the labeling and marketing of Motions products may contain one or more of the statements contained in paragraph 59(e), and denies the remainder of the allegations in paragraph 59(e), including that the statements are false or Plaintiffs' characterizations of what the statements "imply" or "lead a user to believe." Strength of Nature admits that the image in paragraph 59(e) appears to reference a Motions product, but, because the image is inserted into the Complaint in incomplete form and without context, Strength of Nature is unable to determine whether the image in question depicts a product manufactured or sold by Strength of Nature. SON Holdings denies the allegations in paragraph 59(e) in their entirety, as it does not manufacture, market, distribute, or sell hair relaxer products.

(l)     Strength of Nature admits that some of the labeling and marketing of its products may contain one or more of the statements contained in paragraph 59(l), and denies the remainder

of the allegations in paragraph 59(l), including that the statements are false or Plaintiffs' characterizations of what the statements "impl[y]." Strength of Nature admits that the image in paragraph 59(l) appears to reference a Just For Me product, but, because the image is inserted into the Complaint in incomplete form and without context, Strength of Nature is unable to determine whether the image in question depicts a product manufactured or sold by Strength of Nature. SON Holdings denies the allegations in paragraph 59(l) in their entirety, as it does not manufacture, market, distribute, or sell hair relaxer products.

(m)     Strength of Nature admits that some of the labeling and marketing of its Dr. Miracle's products may contain one or more of the statements contained in paragraph 59(m), and denies the remainder of the allegations in paragraph 59(m), including that the statements are false or Plaintiffs' characterizations of what the statements "suggest." SON Holdings denies the allegations in paragraph 59(m) in their entirety, as it does not manufacture, market, distribute, or sell hair relaxer products.

SON denies the remaining allegations in paragraph 59, including those in paragraphs 59(f), (g), (h), (i), (j), (k), (n), (o), (p) and (q) as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in those paragraphs so as to admit or deny them, and on that basis denies them.

60.     SON denies the allegations as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 60 so as to admit or deny them, and on that basis denies them.

61.     SON denies the allegations as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 61 so as to admit or deny them, and on that basis denies them.

62.     SON denies the allegations as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 62 so as to admit or deny them, and on that basis denies them.

4.     Chemical Relaxer Use: From Adolescence into Adulthood

63.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 63 so as to admit or deny them, and on that basis denies them.

64.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 64 so as to admit or deny them, and on that basis denies them.

65.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 65 so as to admit or deny them, and on that basis denies them.

66.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 66 so as to admit or deny them, and on that basis denies them.

67.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or

information to form a belief as to the truth or falsity of the allegations in paragraph 67 so as to admit or deny them, and on that basis denies them.

68.     SON has no information related to the selective quotations and references selected by Plaintiffs for inclusion in the Complaint.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 68 so as to admit or deny them, and on that basis denies them.

69.     SON denies the allegations in paragraph 69 as they relate to it.  SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 69 so as to admit or deny them, and on that basis denies them.

     5.     Defendants' Hair Relaxer Products Contain Harmful, Toxic and Carcinogenic Ingredients

70.     SON denies the allegations as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 70 so as to admit or deny them, and on that basis denies them.

71.     SON denies the allegations as they relate to it.  SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 71 so as to admit or deny them, and on that basis denies them.

72.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 72 so as to admit or deny them, and on that basis denies them.

73.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 73 so as to admit or deny them, and on that basis denies them.

74.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 74 so as to admit or deny them, and on that basis denies them.

75.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 75 so as to admit or deny them, and on that basis denies them.

76.     SON denies the allegations as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 76 so as to admit or deny them, and on that basis denies them.

77.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 77 so as to admit or deny them, and on that basis denies them.

78.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 78 so as to admit or deny them, and on that basis denies them.

79.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 79 so as to admit or deny them, and on that basis denies them.

80.     Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations contained in paragraph 80 of the Complaint.

81.    Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations contained in paragraph 81 of the Complaint.

B.    Scientific Studies Confirm—Hair Relaxer Products Cause Uterine and Ovarian Cancer

1.    Uterine Cancer

82.    SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 82 so as to admit or deny them, and on that basis denies them.

83.    SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 83 so as to admit or deny them, and on that basis denies them.

84.    SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 84 so as to admit or deny them, and on that basis denies them.

85.    SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 85 so as to admit or deny them, and on that basis denies them.

86.    SON denies the allegations in paragraph 86 to the extent that they seek to mischaracterize the documents they cite or rely upon, the contents of which speak for themselves. SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 86 so as to admit or deny them, and on that basis denies them.

87.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 87 so as to admit or deny them, and on that basis denies them.

88.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 88 so as to admit or deny them, and on that basis denies them.

    2.      Ovarian Cancer

89.     SON denies the allegations in paragraph 89 to the extent that they seek to mischaracterize the documents they cite or rely upon, the contents of which speak for themselves. SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 89 so as to admit or deny them, and on that basis denies them.

90.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 90 so as to admit or deny them, and on that basis denies them.

91.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 91 so as to admit or deny them, and on that basis denies them.

92.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 92 so as to admit or deny them, and on that basis denies them.

93.     SON denies the allegations as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 93 so as to admit or deny them, and on that basis denies them.

94.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 94 so as to admit or deny them, and on that basis denies them.

95.     SON denies the allegations as they relate to it. SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 95 so as to admit or deny them, and on that basis denies them.

96.     SON denies the allegations as they relate to it. SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 96 so as to admit or deny them, and on that basis denies them.

C.      <u>Regulatory Framework</u>

97.     Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations contained in paragraph 97 of the Complaint, which contain partial recitations of law, regulations, or statutes, and Plaintiffs' self-serving interpretations or characterizations thereof.

98.     Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations contained in paragraph 98 of the Complaint, which contain partial recitations of law, regulations, or statutes, and Plaintiffs' self-serving interpretations or characterizations thereof.

99.     Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations contained in paragraph 99 of the Complaint, which contain

partial recitations of law, regulations, or statutes, and Plaintiffs' self-serving interpretations or characterizations thereof.

100.    Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations contained in paragraph 100 of the Complaint, which contain partial recitations of law, regulations, or statutes, and Plaintiffs' self-serving interpretations or characterizations thereof.

101.    Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations contained in paragraph 101 of the Complaint, which contain partial recitations of law, regulations, or statutes, and Plaintiffs' self-serving interpretations or characterizations thereof.

102.    Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations contained in paragraph 102 of the Complaint, which contain partial recitations of law, regulations, or statutes, and Plaintiffs' self-serving interpretations or characterizations thereof.

103.    Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations contained in paragraph 103 of the Complaint, which contain partial recitations of law, regulations, or statutes, and Plaintiffs' self-serving interpretations or characterizations thereof.

104.    Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations contained in paragraph 104 of the Complaint, which contain partial recitations of law, regulations, or statutes, and Plaintiffs' self-serving interpretations or characterizations thereof.

105.    Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations contained in paragraph 105 of the Complaint, which contain partial recitations of law, regulations, or statutes, and Plaintiffs' self-serving interpretations or characterizations thereof.

106.    Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations contained in paragraph 106 of the Complaint, which contain partial recitations of law, regulations, or statutes, and Plaintiffs' self-serving interpretations or characterizations thereof.

107.    Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations contained in paragraph 107 of the Complaint, which contain partial recitations of law, regulations, or statutes, and Plaintiffs' self-serving interpretations or characterizations thereof.

108.    Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations contained in paragraph 108 of the Complaint, which contain

partial recitations of law, regulations, or statutes, and Plaintiffs' self-serving interpretations or characterizations thereof.

109.    Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations contained in paragraph 109 of the Complaint, which contain partial recitations of law, regulations, or statutes, and Plaintiffs' self-serving interpretations or characterizations thereof.

110.    Allegations regarding the content and application of statutory and regulatory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations contained in paragraph 110 of the Complaint, which contain partial recitations of law, regulations, or statutes, and Plaintiffs' self-serving interpretations or characterizations thereof. SON specifically denies that it failed to perform any duty related to the regulation of hair relaxer products that it is legally required to perform.

111.    SON denies the allegations as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 111 so as to admit or deny them, and on that basis denies them.

112.    SON denies the allegations as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 112 so as to admit or deny them, and on that basis denies them.

113.    SON denies the allegations as they relate to it.  SON is otherwise without sufficient knowledge or information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 113 so as to admit or deny them, and on that basis denies them.

31

114.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 114 so as to admit or deny them, and on that basis denies them.

## CAUSES OF ACTION

### First Cause of Action
### Negligence and/or Gross Negligence

115.     SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 114.

116.     Allegations regarding duty and breach are legal conclusions to which no response is required.  SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 116 so as to admit or deny them, and on that basis denies them.

117.     Allegations regarding duty and breach are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 117 so as to admit or deny them, and on that basis denies them.

118.     Allegations regarding duty and breach are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 118 so as to admit or deny them, and on that basis denies them.

119.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 119 so as to admit or deny them, and on that basis denies them.

120.     Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding duty and breach are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 120 so as to admit or deny them, and on that basis denies them.

121.     Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding duty and breach are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 121 so as to admit or deny them, and on that basis denies them.

122.     Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding duty and breach are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 122 so as to admit or deny them, and on that basis denies them.

123.     Allegations regarding duty and breach are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 123 so as to admit or deny them, and on that basis denies them.

124.     Allegations regarding duty and breach are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 124 so as to admit or deny them, and on that basis denies them.

125.     Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding duty and breach are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 125 so as to admit or deny them, and on that basis denies them.

126.     Allegations regarding duty and breach are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 126 so as to admit or deny them, and on that basis denies them.

127.     Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding duty and breach are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 127 so as to admit or deny them, and on that basis denies them.

128.     Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding duty and breach are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 128 so as to admit or deny them, and on that basis denies them. SON denies that Plaintiffs have been injured by its products in any way, and thus denies that Plaintiffs are entitled to any relief whatsoever.

**Second Cause of Action**
**Negligent Misrepresentation**

129.     SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 114.

130.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

131.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

132.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

133.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

134.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

135.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

136.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

137.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

138.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

139.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

140.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

141.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

142.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

**Third Cause of Action**
**Negligence *Per Se***

143.    SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 114.

144.    Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 144 so as to admit or deny them, and on that basis denies them.

145.    Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 145 so as to admit or deny them, and on that basis denies them.

146.    Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required.  To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information

36

to form a belief as to the truth or falsity of the allegations in paragraph 146 so as to admit or deny them, and on that basis denies them.

147.     Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 147 so as to admit or deny them, and on that basis denies them.

148.     Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 148 so as to admit or deny them, and on that basis denies them.

149.     Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 149 so as to admit or deny them, and on that basis denies them. SON denies that Plaintiffs have been injured by its products in any way, and thus denies that Plaintiffs are entitled to any relief whatsoever.

**Fourth Cause of Action**
**Strict Liability: Design Defect**

150.    SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 114.

151.    Strength of Nature admits that it currently designs, markets and sells hair relaxer products. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 151 so as to admit or deny them, and on that basis denies them.

152.    Strength of Nature denies that any of its hair relaxer products are defective in any way.  SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 152 so as to admit or deny them, and on that basis denies them.

153.    Strength of Nature denies that any of its hair relaxer products are defective in any way.  SON further denies the allegations as they relate to it.  SON is therefore without sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the remaining allegations in paragraph 153 so as to admit or deny them, and on that basis denies them.

154.    SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 154 so as to admit or deny them, and on that basis denies them.

155.    SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 155 so as to admit or deny them, and on that basis denies them.

156.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 156 so as to admit or deny them, and on that basis denies them.

157.     Strength of Nature denies that any of its hair relaxer products are defective in any way.  SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 157 so as to admit or deny them, and on that basis denies them.

158.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 158 so as to admit or deny them, and on that basis denies them.

159.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 159 so as to admit or deny them, and on that basis denies them.

160.     Strength of Nature denies that any of its hair relaxer products are defective in any way.  SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 160 so as to admit or deny them, and on that basis denies them.

161.     Strength of Nature denies that any of its hair relaxer products are defective in any way.  SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 161 so as to admit or deny them, and on that basis denies them.

162.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 162 so as to admit or deny them, and on that basis denies

them. SON denies that Plaintiffs have been injured by its products or are entitled to any form of relief whatsoever.

**Fifth Cause of Action**
**Strict Liability: Failure to Warn**

163.     SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 114.

164.     Strength of Nature admits that it currently designs, markets, and sells hair relaxer products. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 164 so as to admit or deny them, and on that basis denies them.

165.     Strength of Nature denies that any of its hair relaxer products are defective in any way. SON further denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 165 so as to admit or deny them, and on that basis denies them.

166.     Strength of Nature denies that any of its hair relaxer products are defective in any way. SON further denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 166 so as to admit or deny them, and on that basis denies them.

167.     Strength of Nature denies that any of its hair relaxer products are defective in any way. SON further denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 167 so as to admit or deny them, and on that basis denies them.

168.     Strength of Nature admits that it sells hair relaxer products. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 168 so as to admit or deny them, and on that basis denies them.

169.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 169 so as to admit or deny them, and on that basis denies them.

170.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 170 so as to admit or deny them, and on that basis denies them.

171.     Strength of Nature denies that any of its hair relaxer products are defective in any way.  SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 171 so as to admit or deny them, and on that basis denies them.

172.     Strength of Nature denies that any of its hair relaxer products are defective in any way.  SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 172 so as to admit or deny them, and on that basis denies them. SON further denies that Plaintiffs have been injured by its products or are entitled to any form of relief whatsoever.

**Sixth Cause of Action**
**Breach of Implied Warrant of Merchantability/Fitness for Particular Uses**

173.     SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 114.

174.     Strength of Nature admits that it currently designs, markets and sells hair relaxer products. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth

41

or falsity of the allegations in paragraph 174 so as to admit or deny them, and on that basis denies them.

175.    SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 175 so as to admit or deny them, and on that basis denies them.

176.    Strength of Nature denies that any of its hair relaxer products are defective in any way.  SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 176 so as to admit or deny them, and on that basis denies them.

177.    Strength of Nature denies that any of its hair relaxer products are defective in any way.  SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 177 so as to admit or deny them, and on that basis denies them.

178.    Strength of Nature denies that any of its hair relaxer products are defective in any way.  SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 178 so as to admit or deny them, and on that basis denies them.

179.    Strength of Nature denies that any of its hair relaxer products are defective in any way.  SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 179 so as to admit or deny them, and on that basis denies them.

180.    Strength of Nature denies that any of its hair relaxer products are defective in any way.  SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient

knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 180 so as to admit or deny them, and on that basis denies them.

181.    Strength of Nature denies that any of its hair relaxer products are defective in any way. SON further denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 181 so as to admit or deny them, and on that basis denies them.

182.    SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 182 so as to admit or deny them, and on that basis denies them.

183.    SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 183 so as to admit or deny them, and on that basis denies them.

184.    Strength of Nature denies that any of its hair relaxer products are defective in any way. SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 184 so as to admit or deny them, and on that basis denies them.

185.    Strength of Nature denies that any of its hair relaxer products are defective in any way. SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 185 so as to admit or deny them, and on that basis denies them.

186.    Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary, SON

43

denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 186 so as to admit or deny them, and on that basis denies them.

187. Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 187 so as to admit or deny them, and on that basis denies them.

188. Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 188 so as to admit or deny them, and on that basis denies them.

189. Strength of Nature denies that any of its hair relaxer products are defective in any way. SON further denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 189 so as to admit or deny them, and on that basis denies them.

190. Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information

to form a belief as to the truth or falsity of the allegations in paragraph 190 so as to admit or deny them, and on that basis denies them.

191.    Strength of Nature denies that any of its hair relaxer products are defective in any way. SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 191 so as to admit or deny them, and on that basis denies them.

192.    Strength of Nature denies that any of its hair relaxer products are defective in any way. SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 192 so as to admit or deny them, and on that basis denies them.

193.    Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 193 so as to admit or deny them, and on that basis denies them. SON further denies that Plaintiffs have been injured by its products or are entitled to any form of relief whatsoever.

**Seventh Cause of Action**
**Breach of Express Warranty under state law and the Magnuson-Moss Warranty Act, 15 U.S.C.**
**§ 2301 et. seq.**

194.    SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 114.

195.    Strength of Nature admits that it currently designs and markets hair relaxer products. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth

45

or falsity of the allegations in paragraph 195 so as to admit or deny them, and on that basis denies them.

196.    Strength of Nature denies that any of its hair relaxer products are defective in any way. SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 196 so as to admit or deny them, and on that basis denies them.

197.    Strength of Nature denies that any of its hair relaxer products are defective in any way. SON further denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 197 so as to admit or deny them, and on that basis denies them.

198.    Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 198 so as to admit or deny them, and on that basis denies them.

199.    Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 199 so as to admit or deny them, and on that basis denies them.

200. SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 200 so as to admit or deny them, and on that basis denies them.

201. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary, SON lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 201 so as to admit or deny them, and on that basis denies them.

202. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary, SON lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 202 so as to admit or deny them, and on that basis denies them.

203. Strength of Nature denies that any of its hair relaxer products are defective in any way. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 203 so as to admit or deny them, and on that basis denies them.

204. SON lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 204 so as to admit or deny them, and on that basis denies them.

205. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary,

SON lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 205 so as to admit or deny them, and on that basis denies them.

206.    Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 206 so as to admit or deny them, and on that basis denies them.

207.    Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 207 so as to admit or deny them, and on that basis denies them.

208.    Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 208 so as to admit or deny them, and on that basis denies them.

209.    Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is deemed necessary, SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 209 so as to admit or deny them, and on that basis denies them.

210. SON lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 210 so as to admit or deny them, and on that basis denies them.

211. SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 211 so as to admit or deny them, and on that basis denies them.

212. SON denies the allegations as they relate to it, and specifically denies that Plaintiffs suffered economic and noneconomic losses as a result of SON's acts and/or omissions. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 212 so as to admit or deny them, and on that basis denies them. SON further denies that Plaintiffs have been injured by its products or are entitled to any form of relief whatsoever.

**Eighth Cause of Action**
**Fraud/Fraudulent Misrepresentation**

213. SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 114.

214. Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

215. Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

216. Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

217. Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

218.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

219.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

220.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

221.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

222.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

223.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

224.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

225.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

226.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

227.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

### Ninth Cause of Action
### Fraudulent Concealment

228.    SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 114.

229.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

230.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

231.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

232.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

233.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

234.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

235.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

236.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

237.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

238.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

239.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed and no response is required.

**Tenth Cause of Action**
**U.S. State and Territory Statutory Consumer Protection and**
**Unfair or Deceptive Trade Practices Claims**

240.    SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 114.

241.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed to the extent it sounds in fraud. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 241 so as to admit or deny them, and on that basis denies them.

242.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed to the extent it sounds in fraud. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 242 so as to admit or deny them, and on that basis denies them.

243.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed to the extent it sounds in fraud. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 243 so as to admit or deny them, and on that basis denies them.

244. Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed to the extent it sounds in fraud. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 244 so as to admit or deny them, and on that basis denies them.

245. Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed to the extent it sounds in fraud. To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 245 so as to admit or deny them, and on that basis denies them.

246. Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed to the extent it sounds in fraud. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 246 so as to admit or deny them, and on that basis denies them.

247. Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed to the extent it sounds in fraud. To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 247 so as to admit or deny them, and on that basis denies them.

248.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed to the extent it sounds in fraud. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 248 so as to admit or deny them, and on that basis denies them.

249.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed to the extent it sounds in fraud. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 249 so as to admit or deny them, and on that basis denies them.

250.     Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], this cause of action has been dismissed to the extent it sounds in fraud. Allegations regarding the content and application of statutory requirements are legal conclusions to which no response is required. To the extent a response is required, SON denies the allegations as they relate to it. SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 250 so as to admit or deny them, and on that basis denies them. SON further denies that Plaintiffs have been injured by its products or are entitled to any form of relief whatsoever.

**Eleventh Cause of Action**
**<u>Unjust Enrichment</u>**

251.     SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 114.

252.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 252 so as to admit or deny them, and on that basis denies them.

253.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 253 so as to admit or deny them, and on that basis denies them.

254.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 254 so as to admit or deny them, and on that basis denies them.

255.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 255 so as to admit or deny them, and on that basis denies them.

256.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 256 so as to admit or deny them, and on that basis denies them.

### Twelfth Cause of Action
### Wrongful Death

257.     SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 114.

258.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 258 so as to admit or deny them, and on that basis denies them.

259.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 259 so as to admit or deny them, and on that basis denies them.

260.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 260 so as to admit or deny them, and on that basis denies them.

261.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 261 so as to admit or deny them, and on that basis denies them.

262.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 262 so as to admit or deny them, and on that basis denies them.

263.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 263 so as to admit or deny them. SON further denies that Plaintiffs have been injured by its products or are entitled to any form of relief whatsoever.

**Thirteenth Cause of Action**
**<u>Survival Action</u>**

264.     SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 263.

265.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 265 so as to admit or deny them, and on that basis denies them.

266.    SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 266 so as to admit or deny them, and on that basis denies them.

267.    SON denies the allegations as they relate to it and denies that Plaintiffs are entitled to any relief whatsoever.  SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 267 so as to admit or deny them, and on that basis denies them.

268.    SON denies the allegations as they relate to it and denies that Plaintiffs are entitled to any relief whatsoever.  SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 268 so as to admit or deny them, and on that basis denies them.

269.    SON denies the allegations as they relate to it and denies that Plaintiffs are entitled to any relief whatsoever.  SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 269 so as to admit or deny them, and on that basis denies them. SON further denies that Plaintiffs have been injured by its products or are entitled to any form of relief whatsoever.

**Fourteenth Cause of Action**
**Loss of Consortium**

270.    SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 269.

271.    SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 271 so as to admit or deny them, and on that basis denies them.

272.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 272 so as to admit or deny them, and on that basis denies them.

273.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 273 so as to admit or deny them, and on that basis denies them.

274.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 274 so as to admit or deny them, and on that basis denies them.

275.     SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 275 so as to admit or deny them, and on that basis denies them.

276.     SON denies the allegations as they relate to it.  SON otherwise lacks sufficient knowledge or information to form a belief as to the truth or falsity of the balance of the allegations in paragraph 276 so as to admit or deny them, and on that basis denies them.

277.     SON denies the allegations as they relate to it and denies that Plaintiffs are entitled to any relief whatsoever.  SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 277 so as to admit or deny them, and on that basis denies them. SON further denies that Plaintiffs have been injured by its products or are entitled to any form of relief whatsoever.

**Fifteenth Cause of Action**
**Punitive Damages**

278.     SON reasserts and incorporates by reference, as if fully set forth herein, its defenses and responses to paragraphs 1 through 277.

58

279.    SON denies the allegations as they relate to it and denies that Plaintiffs are entitled to any relief whatsoever.  SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 279 so as to admit or deny them, and on that basis denies them.

280.    Pursuant to this Court's Memorandum and Order dated November 11, 2023 [Doc. 291], many allegations made in support of this cause of action have been dismissed. SON denies the allegations as they relate to it and denies that Plaintiffs are entitled to any relief whatsoever. SON is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 280 so as to admit or deny them, and on that basis denies them.

281.    Any averment contained in the Complaint that has not been specifically and expressly admitted in this Answer is hereby denied.

## PRAYER FOR RELIEF

**WHEREFORE,** having fully answered Plaintiffs' Complaint, SON prays that it be discharged without liability, with all costs of this action cast upon Plaintiffs, that it be given a trial by jury as to all proper causes of actions and issues in this case, and such other and further relief as is just and proper.

This 12th day of January, 2024.

Respectfully submitted,

By: _/s/Lori B. Leskin_____
Lori B. Leskin
E. Dean Harris Porter
**ARNOLD & PORTER**
**KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019-9710
Phone: (212) 836-8044
lori.leskin@arnoldporter.com
dean.porter@arnoldporter.com

59

Rhonda R. Trotter
**ARNOLD & PORTER**
**KAYE SCHOLER LLP**
777 South Figueroa Street
Los Angeles, California 90017-5844
Phone: (213) 243-4153
rhonda.trotter@arnoldporter.com

*Attorneys for Defendants,*
*Strength of Nature, LLC and*
*Godrej SON Holdings, Inc.*