**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: In Re: Hair Relaxer Marketing …

Case Number: 1:23-cv-00818 (MDL) 3060

An appearance is hereby filed by the undersigned as attorney for:

GIB, LLC

Attorney name (type or print): John H. Scheid, Jr.

Firm: Pretzel & Stouffer, Chartered

Street address: 200 S. Wacker Drive, Suite 2600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6226015
(See item 3 in instructions)

Telephone Number: (312) 578-7503

Email Address: jscheid@pretzel-stouffer.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 18, 2024

Attorney signature: S/ John H. Scheid, Jr.
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023