IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 23 C 818<br><br>MDL No. 3060<br><br>Judge Mary M. Rowland |

**KELLER POSTMAN'S MOTION TO STRIKE THE PLAINTIFFS' EXECUTIVE COMMITTEE'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 10 ESTABLISHING COMMON BENEFIT FEE AND EXPENSE PROTOCOLS**

On December 11, 2023, the Court entered a simple order governing the briefing of the Plaintiffs' Executive Committee's (the "PEC") Motion for Entry of Case Management Order No. 10 ("CMO") Establishing Common Benefit Fee and Expense Protocols ("CBO"). (Dkt. 326 – Minute Entry). In adopting the parties' proposed briefing schedule, the Court limited the briefs to 10 pages, including the PEC's reply brief. *Id*. Inexplicably, the PEC filed a 13-page reply memorandum last night. (Dkt. 411 – PEC's Reply).

In addition to alleging facts and asserting legal arguments it did not raise in its motion, the PEC's reply is a clear-cut violation of this Court's order. Page limits require litigants to make strategic choices about which points to emphasize, build out, or cut. Keller Postman followed this Court's rules. The PEC did not. The PEC did not even offer an explanation for its defiance or seek permission to exceed the page limit ordered by the Court. The Court should enforce its order and strike the PEC's reply.

Dated: January 25, 2024                     Respectfully submitted,

                                            KELLER POSTMAN LLC

                                            */s/ Ashley Keller*_____

1

                Ashley Keller (IL Bar #1029118)
                150 N. Riverside Plaza, Suite 4100
                Chicago, Illinois 60606
                (312) 741-5220 Telephone
                ack@kellerpostman.com