**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>Case No. 23 C 818<br>Judge Mary M. Rowland<br><br>**This document relates to:**<br>All Cases |

**PLAINTIFFS' RESPONSE TO KELLER POSTMAN'S MOTION TO STRIKE THE PLAINTIFFS' EXECUTIVE COMMITTEE'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 10 ESTABLISHING COMMON BENEFIT FEE AND EXPENSE PROTOCOLS**

Plaintiffs respectfully submit this brief in response to Keller Postman's motion to strike (Dkt. 412) their reply brief in support of the entry of proposed CMO 10 (establishing common benefit fee and expense protocols). Dkt. 411.

Plaintiffs acknowledge that, due to an error on their part, Plaintiffs' filing was in excess of the page limits set forth in the Court's minute entry relating to this briefing. *See* Dkt. 326. Plaintiffs sincerely apologize for their error and any inconvenience it caused the Court and Keller Postman. Plaintiffs respectfully request that they be granted leave, *nunc pro tunc*, to have filed their reply brief in excess of those page limits, despite Keller Postman's objection. Alternatively, Plaintiffs ask for the opportunity to file a corrected (10 page) brief within 48 hours of the Court's entry of an order on this motion.

Dated: January 26, 2024

Respectfully submitted,

*/s/ Edward A. Wallace*
Edward A. Wallace
**WALLACE MILLER**
150 N. Wacker Dr., Suite 1100
Chicago, Illinois 60606
Tel.: 312-261-6193
Email: eaw@wallacemiller.com

*Plaintiffs' Liaison Counsel*

1

Diandra "Fu" Debrosse Zimmermann
**DICELLO LEVITT LLP**
505 20th Street North - Suite 1500
Birmingham, Alabama 35203
Tel.: 312-214-7900
Email: fu@dicellolevitt.com

*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
Tel.: 401-457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
Tel.:212-566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
Tel.: 850-224-2020
Email: ben@bencrump.com

*Plaintiffs' Co-Lead Counsel*