**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br><br>Master Docket No. 1:23-cv-00818<br><br>Hon. Mary M. Rowland<br><br>Hon. Sheila M. Finnegan |

**JOINT STATUS REPORT REGARDING**
**THE APPOINTMENT OF A SPECIAL MASTER**

Pursuant to the Court's February 13, 2024 minute entry (ECF No. 447), the parties jointly submit this status report regarding the appointment of a Special Master to oversee ESI discovery disputes.

I.  **INTRODUCTION**

While Defendants continue to object to the appointment of a Special Master as unnecessary (*see* ECF No. 436), the parties conferred regarding candidates for the role and Plaintiffs have agreed to a Special Master suggested by Defendants: the Honorable Paul Grimm (ret.). The parties therefore respectfully request the appointment of the Judge Grimm as Special Master on ESI discovery disputes in this matter and further respectfully request that the Court allow the parties to jointly contact Judge Grimm to determine his availability and willingness to serve as Special Master and to request his hourly rate or, in the alternative, that the Court make these inquiries of Judge Grimm. To the extent that Judge Grimm is unable to serve as Special Master, the parties request an opportunity to further confer and submit briefing on additional candidates before the Court appoints a Special Master in this litigation.

2948562.1

## II. SPECIAL MASTER FEES

The parties have agreed that Plaintiffs and Defendants should share any special-master fees and costs equally, with Plaintiffs paying 50% and Defendants paying 50% of those expenses. Separately, Defendants continue to discuss among themselves an equitable approach for sharing their 50% of the special-master fees and costs among Defendants.

**Defendants' Position Proposing a Fee Cap**: Defendants propose that special master fees and costs be capped at $10,000 per month. Defendants maintain that, pursuant to Rule 53, "[i]n appointing a master, the court must consider the fairness of imposing the likely expenses on the parties and must protect against unreasonable expense or delay." Fed. R. Civ. P. 53(a)(3). One tool to ensure compliance with this mandate is a fee cap, limiting what a special master may charge in a case. *See, e.g.*, *Vodanovich v. BOH Bros. Constr. Co.*, No. 05–4191, 2013 WL 1155219, at *2 (E.D. La. Mar. 19, 2013). If special circumstances exist, Defendants further propose that the parties may consent to the fees and costs exceeding that cap for a particular month or, following submissions from Plaintiffs and Defendants, the Court may order that the fees and costs may exceed that cap for a particular month.

**Plaintiffs' Position Opposing a Fee Cap**: Plaintiffs object to this proposal because a cap contravenes the interests of justice and is inherently unfair and unwarranted. No Special Master should be limited in the amount of time they may be permitted to arrive at a decision on complex and detailed disputes and varying positions raised or taken by the parties. These are not straightforward or simple issues. Plaintiffs understand that Judge Grimm's rates at JAMS are likely approximately $750 per hour, assuming a cap (and assuming this hourly rate), this would limit Judge Grimm to approximately 13 hours of work in the case each month. It will most likely take the parties longer than that to draft and write their briefs on the issues and positions

they are asserting. Plaintiffs oppose such an approach as inviting unnecessary time and wasted expense spent litigating the satellite issue of whether a cap should be exceeded.

### III. CONCLUSION

If a Special Master is appointed to oversee ESI discovery disputes in this MDL, the parties respectfully request that the Court appoint the Honorable Paul Grimm (ret.). The parties further request that the Court order that Plaintiffs bear one-half of the special master fees and costs while Defendants split the other one-half among them.

Defendants seek a further order that such fees and costs be capped at $10,000 per month, unless the parties consent otherwise or after briefing and a Court order. Plaintiffs oppose the notion of any cap of fees for the Special Master, and instead if the costs become too burdensome for the Defendants here, the parties can revisit the Special Master's services.

Dated: February 20, 2024

Respectfully Submitted,

/s/Edward A. Wallace
Edward A. Wallace
**WALLACE MILLER**
150 Wacker Dr., Suite 1100
Chicago, Illinois 60606
Tel/: 312-261-6193
Email: eaw@wallacemiller.com

*Plaintiffs' Liaison Counsel*

Diandra "Fu" Debrosse Zimmermann
**DICELLO LEVITT LLC**
505 20TH Street North - Suite 1500
Birmingham, Alabama 35203
Tel.: 312-214-7900
Email: fu@dicellolevitt.com

*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
Tel.: 401-457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
Tel.: 212-566-7500

*Plaintiffs' Co-Lead Counsel*

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
Tel.: 850-224-2020
Email: ben@bencrump.com

Tel.: 401-457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*


Respectfully Submitted,

*/s/Mark C. Goodman*
Mark C. Goodman
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, Suite 1100
San Francisco, California 94111
T: (415) 576-3080
mark.goodman@bakermckenzie.com

*Defense Liaison Counsel and Counsel for Defendant Namasté Laboratories, LLC*

Maurice Bellan
**BAKER & MCKENZIE LLP**
815 Connecticut Avenue, NW
Washington DC 2000g
T: (202) 452-7057
maurice.bellan@bakermckenzie.com

Barry Thompson
**BAKER & MCKENZIE LLP**
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
T: (310) 201-4703
barry.thompson@bakermckenzie.com

Collen Baime
Laura Kelly
**BAKER & MCKENZIE LLP**
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
T: (312) 861-2510
laura.kelly@bakermckenzie.com

*Counsel for Defendant Namasté Laboratories, LLC*

Dennis S. Ellis
Katherine F. Murray
Nicholas J. Begakis
Serli Polatoglu
**ELLIS GEORGE LLP**
2121 Avenue of the Stars, Suite 3000
Los Angeles, CA 90067
T: (310) 274-7100
F: (310) 275-5697
dellis@ellisgeorge.com
kmurray@ellisgeorge.com
nbegakis@ellisgeorge.com
spolatoglu@.com

Jonathan Blakley (6308603)
**GORDON REES SCULLY MANSUKHANI LLP**
1 N. Franklin St., Suite 800
Chicago, IL 60606
T: (312) 565-1400
F: (312) 565-6511
jblakley@grsm.com

Peter Siachos (68465)
**GORDON REES SCULLY MANSUKHANI LLP**
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
T: (973) 549-2500
F: (973) 377-1911
psiachos@grsm.com

*Counsel for Defendants L'Oréal USA, Inc.; L'Oréal USA Products, Inc.; SoftSheen-Carson LLC and SoftSheen-Carson (W.I.), Inc.*

Heidi Levine
**SIDLEY AUSTIN LLP**
787 7th Ave
New York, NY 10019
T: (212) 839-5300
hlevine@sidley.com

Lisa M. Gilford
**SIDLEY AUSTIN LLP**
555 W 5th St,
Los Angeles, CA 90013
T: (213) 896-6000
lgilford@sidley.com

Kara L. McCall
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
T: (312) 853-2666
kmccall@sidley.com

*Counsel for Sally Beauty Supply LLC*

Seth A. Litman
Irvin Hernandez
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA 30326
T: (404) 541-2900
Seth.Litman@ThompsonHine.com
Irvin.Hernandez@ThompsonHine.com

*Counsel for Keratin Defendants Keratin Complex and Keratin Holdings, LLC*

Lori B. Leskin
**ARNOLD & PORTER KAYE SCHOLER, LLP**
250 West 55th Street
New York, NY 10019
T: (212) 836-8641
F: (212) 836-8689
Lori.leskin@arnoldporter.com

Rhonda R. Trotter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199

*Counsel for Defendants Strength of Nature LLC; Strength of Nature Global LLC; and Godrej SON Holdings*

R. Trent Taylor
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T: (804) 775-1182
F: (804) 225-5409
rtaylor@mcguirewoods.com

Patrick P. Clyder
Royce B. DuBiner
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
T: (312) 849-8100
F: (312) 849-3690
pclyder@mcguirewoods.com
rdubiner@mcguirewoods.com

*Counsel for Defendant House of Cheatham LLC*

Joseph P. Sullivan (6206202)
Kevin A. Titus (6217520)
Bryan E. Curry (6255803)
**LITCHFIELD CAVO LLP**
303 W. Madison, Suite 300
Chicago, IL 60606
T: (312) 781-6677
F: (312) 781-6630
sullivanj@litchfieldcavo.com
titus@litchfieldcavo.com
curry@litchfieldcavo.com

*Counsel for Defendant Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc.*

Richard J. Leamy, Jr.
Kristen A. Schank
Anna Morrison Ricordati
**WIEDNER & MCAULIFFE, LTD**.
1 N. Franklin St., Suite 1900
Chicago, Illinois 60606
T: (312) 855-1105
rjleamy@wmlaw.com
kaschank@wmlaw.com

*Counsel for Defendant Avlon Industries, Inc.*

Melissa Fallah
Robert W. Petti
Alyssa P. Fleischman
**MARON MARVEL**
191 N. Wacker Drive – Suite 2950
Chicago, Illinois 60606
T: (312) 579-2018 (ofc)
mfallah@maronmarvel.com
rpetti@maronmarvel.com
afleischman@maronmarvel.com

*Counsel for Defendant Luster Products, Inc.*
Robert A. Atkins
Daniel H. Levi
Shimeng (Simona) Xu
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
T: (212) 373-3000
ratkins@paulweiss.com
dlevi@paulweiss.com
sxu@paulweiss.com

Randy S. Luskey
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
T: (628) 432-5112
rluskey@paulweiss.com

David E. Cole
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
T: (202) 223-7348
dcole@paulweiss.com

Abbot P. Edward
Melissa He
Erich J. Gleber
**HAWKINS PARNELL & YOUNG LLP**
275 Madison Avenue, 10th Floor
New York, NY 10016
eabbot@hpylaw.com
mhe@hpylaw.com
egleber@hpylaw.com

*Counsel for Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC*

        Joseph J. Welter
        Ryan M. Frierott
        **GOLDBERG SEGALLIA**
        665 Main Street
        Buffalo, NY 14203
        T: (716) 566-5457
        jwelter@goldbergsegalla.com
        rfrierott@goldbergsegalla.com

        *Counsel for AFAM Concept, Inc.*