# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

| | | | |
|---|---|---|---|
| Case Title: | In Re: Hair Relaxer Marketing Sales Practices and Products Liability Litigation | Case Number: Master Docket: | MDL No. 3060 1:23-cv-00818 |

An appearance is hereby filed by the undersigned as attorney for:

Defendant, GIB, LLC d/b/a/ BRAZILIAN BLOWOUT

Attorney name: DANIEL R. WOODS

Firm: GOLDBERG SEGALLA

Street address: 222 West Adams Street, Suite 2250

City/State/Zip: Chicago, IL 60606

Bar ID Number: Illinois - 6217587            Telephone Number: 312-572-8427

Email Address: dwoods@goldbergsegalla.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.     ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 11, 2024

Attorney signature:     S/ *Daniel R. Woods, Esq.*
                        (Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023