**FILED UNDER SEAL IN ACCORDANCE WITH LOCAL RULE 26.2**