# Exhibit D

Delivering to Boydton 23917
Update location

Hair Relaxers ▾

Search Amazon

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

🛒 0

All    Medical Care ▾    Best Sellers    Amazon Basics    Prime ▾    New Releases    Customer Service    Music    Today's Deals          Shop women-owned businesses

All Beauty    Premium Beauty ▾    Makeup ▾    Skin Care ▾    Hair Care ▾    Fragrance ▾    Tools & Accessories ▾    Personal Care ▾    Oral Care ▾    Men's Grooming ▾

19 results

Sort by:  Featured

### Department

Beauty & Personal Care
Hair Care Products
Hair Perms, Relaxers & Texturizers
**Hair Relaxers**

### Customer Reviews

⭐⭐⭐⭐ & Up
⭐⭐⭐⭐ & Up
⭐⭐⭐ & Up
⭐⭐ & Up

### Brands

REVLON

### Price

$50 to $100

| $ Min | $ Max | Go |

### Item Form

Cream

### Top Brands in Beauty Products

Top Brands

### Seller

BoxBeauty

### Availability

Include Out of Stock



Shop now

Sponsored

## Results

Amazon's Choice



Revlon Realistic Professional Conditioning Cream, 15 Oz

16.76 Ounce (Pack of 1)

491

100+ bought in past month

$9.19 ($0.61/Ounce) List: $13.42
Save more with Subscribe & Save

FREE delivery **Sat, Mar 16** on $35 of items shipped by Amazon
Or fastest delivery **Tomorrow, Mar 12**



Revlon Professional Conditioning Creme Relaxer Regular 15oz

1.04 Pound (Pack of 1)

29

$14.29 ($0.85/Ounce)
Save more with Subscribe & Save

FREE delivery **Sat, Mar 16** on $35 of items shipped by Amazon
Or fastest delivery **Tomorrow, Mar 12**



Revlon Realistic Conditioning Crme Relaxer No Base Formula Mild (Pack of 1)

41

50+ bought in past month

$18.91 ($18.91/Count)
Typical: $19.99

FREE delivery **Sat, Mar 16** on $35 of items shipped by Amazon
Or fastest delivery **Tomorrow, Mar 12**



Revlon Realistic Conditioning Crme Relaxer No Base Formula Mild (Pack of 4)

4

$39.97 ($0.60/Ounce)

FREE delivery **Sat, Mar 16**
Or fastest delivery **Wed, Mar 13**
Only 12 left in stock - order soon.



Revlon Realistic Conditioning CrMe Relaxer No Base Formula Regular (Pack of 2)

16

$25.97 ($0.77/Ounce)

FREE delivery **Sat, Mar 16** on $35 of items shipped by Amazon
Or fastest delivery **Wed, Mar 13**
Only 14 left in stock - order soon.



Revlon Realistic Conditioning CrMe Relaxer No Base Formula Super (Pack of 4)

2

$37.59 ($2.35/Count)

FREE delivery **Mar 18 - 19**



**Revlon Realistic Conditioning Crme Relaxer No Base Formula Mild (Pack of 2)**

8



**Revlon Realistic Conditioning CrMe Relaxer No Base Formula Super (Pack of 2)**

5



**Revlon Realistic No Base Relaxer 60Oz [Reg] (Pack of 2)**

8

$63$^{86}$ ($15.97/Count)



**Revlon Realistic Conditioning CrMe Relaxer No Base Formula Regular (Pack of 3)**

3

$30$^{40}$ ($0.60/Ounce)

FREE delivery **Mar 18 - 19**



**Revlon Realistic No Base Relaxer 60Oz [Reg] (Pack of 3)**

$89$^{88}$ ($9.99/Count)

FREE delivery **Mar 18 - 19**
Only 7 left in stock - order soon.



**Revlon Realistic Conditioning Crme Relaxer No Base Formula Mild (Pack of 3)**

2

$34$^{05}$ ($0.68/Ounce)

FREE delivery **Mar 18 - 19**



**Revlon Realistic Conditioning CrMe Relaxer No Base Formula Regular (Pack of 4)**

5

$40$^{49}$ ($0.60/Ounce)

FREE delivery **Mar 18 - 19**



**Revlon Realistic Conditioning Crme Relaxer No Base Formula Mild (Pack of 6)**

$53$^{01}$ ($0.53/Ounce)

FREE delivery **Mar 18 - 19**



**Revlon Realistic Conditioning CrMe Relaxer No Base Formula Regular (Pack of 6)**

1

$53$^{01}$ ($0.53/Ounce)

FREE delivery **Mar 18 - 19**

  



Revlon Realistic No Base Relaxer 60Oz [Reg] (Pack of 6)

$176¹³ ($4.89/Count)

FREE delivery **Mar 18 - 19**

Only 3 left in stock - order soon.

## Need help?

Visit the help section or contact us

Sponsored

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell more with Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Help |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | |
| | Host an Amazon Hub | | |
| | › See More Ways to Make Money | | |

English     United States

**Amazon Music**
Stream
millions
of songs

**Amazon Ads**
Reach customers
wherever they
spend their time

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook
Publishing
Made Easy

**Sell on Amazon**
Start a Selling
Account

**Amazon Business**
Everything For
Your Business

**Amazon Fresh**
Groceries &
More
Right To Your
Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced Pros
Happiness Guarantee

**Amazon Web Services**
Scalable Cloud
Computing
Services

**Audible**
Listen to Books &
Original
Audio
Performances

**Box Office Mojo**
Find Movie
Box Office
Data

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals
Need

**Kindle Direct Publishing**
Indie Digital & Print
Publishing
Made Easy

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion
Brands

**Amazon Warehouse**
Great Deals on
Quality Used
Products

**Whole Foods Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security
Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart
Security
for Every
Home

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes –
right to your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

Conditions of Use     Privacy Notice     Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

Case: 1:23-cv-00818-Document #: 521-4 Filed: 03/12/24 Page 6 of 14 PageID #:8744

Delivering to Boydton 23917
Update location

Beauty & Personal Care ⌄

Search Amazon

EN ⌄

Hello, sign in
Account & Lists ⌄

Returns
& Orders

0

All    Medical Care ⌄    Best Sellers    Amazon Basics    Prime ⌄    New Releases    Customer Service    Music    Today's Deals    **Shop women-owned businesses**

All Beauty    Premium Beauty ⌄    Makeup ⌄    Skin Care ⌄    Hair Care ⌄    Fragrance ⌄    Tools & Accessories ⌄    Personal Care ⌄    Oral Care ⌄    Men's Grooming ⌄



Beauty & Personal Care › Hair Care › Hair Perms, Relaxers & Texturizers

Sponsored

# Creme of Nature Argan Oil Rel...
# Formula, Super

Visit the Creme of Nature Store

4.5                    25 ratings    |    Search this page

$35.00 ($35.00 / Count)

Get $10 off instantly: Pay $25.00 upon approval f...
Amazon Store Card.

| Brand | Creme of Nature |
|---|---|
| Hair Type | All |
| Item Form | Cream |
| Special Ingredients | Argan |

Report an issue with this product or seller

Sponsored

Click image to open expanded view

Refund or Replacement
within 30 days of receipt

Payment    Secure transaction

Add to List

New (2) from
$34.99  & **FREE Shipping**

## Frequently bought together

This item: Creme of Nature Argan Oil Relaxer Formula, Super
$34.99 ($34.99/Count)

+

Creme of Nature Hair & Scalp Conditioner With Argan Oil, 4.76 Ounce
$7.03 ($1.48/Ounce)

+

Creme of Nature Conditioner with Mango & Shea Butter, Ultra...
$6.80 ($0.57/Fl Oz)

Total price: $48.82

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

### Other Sellers on Amazon

$34.99 ($34.99 / Count)
& **FREE Shipping**
Sold by: GreatFinds704

Add to Cart

## Top rated similar items

Sponsored







**Creme Of Nature Argan Oil Perfect Edges Black 2.25 Ounce (6 Pack)**
1,652
$41.18 ($3.05/Fl Oz)
Get it as soon as **Tuesday, Mar 19**
FREE Shipping by Amazon
Only 1 left in stock - order…

**Ors Olive Oil Creme Relaxer Normal 18.75 Ounce Jar (555ml) (2 Pack)**
319
Amazon's Choice `|` in Hair Relaxers
$22.22 ($0.59/Ounce)
Get it **Mar 14 - 18**
FREE Shipping
Only 6 left in stock - order…

**Profectiv Mega Growth Anti Damage No Lye Hair Regular Strength Relaxer**
717
$14.32 ($2.39/Count)
Get it **Mar 19 - 20**
FREE Shipping

**Soft Sheen/carson, Inc Care Free Curl Super Strength Relaxer, 14.1 Oz**
193
$33.00 ($2.34/Ounce)
FREE Shipping
Only 10 left in stock - orde…

**SARANARA Morocco Ar Serum**
$18.00 ($5
Get it as soor
**Mar 16**
FREE Shippin
$35 shipped
Only 13 left i

## Product details

**Package Dimensions :** 11.1 x 7 x 5 inches; 3.35 Pounds

**Item model number :** PPAX1386650

**ASIN :** B01IAENC20

**Best Sellers Rank:** #542,291 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
#592 in Hair Perms, Relaxers & Texturizers

**Customer Reviews:**
4.5      25 ratings

## Compare with similar items

| | **This Item** | **Recommendations** | | |
|---|---|---|---|---|
| |  |  |  |  |
| | Creme of Nature Argan Oil Relaxer Formula, Super | Motions Smooth and Straighten Silkening Shine No-Lye Relaxer System | SoftSheen-Carson Dark and Lovely Triple Nourished Silkening Relaxer No-Lye Regular Strengt… | ORS Olive Oil Built-In Protection New Growth No-Lye Hair Relaxer - Extra Strength (Pack of 2) |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Price** | $34.99 | $13.48 | -25% $7.48 List: $9.99 | $16.61 |
| **Price Per Unit** | $34.99 / Count | $13.48 / Count | $7.48 / Count | $16.61 / Count |
| **Delivery** | — | Get it as soon as **Saturday, Mar 16** | Get it as soon as **Saturday, Mar 16** | Get it as soon as **Saturday, Mar 16** |
| **Customer Ratings** | 4.5   25 | 4.6   114 | 4.5   8,645 | 4.4   357 |
| **Sold By** | GreatFinds704 | HAVE A GREAT DAY! | Amazon.com | VIPNIMAR |

## Videos

Case: 1:23-cv-00818 Document #: 521-4 Filed: 03/12/24 Page 8 of 14 PageID #:8746

## Videos for this product



2:03

**Its Create That I Can Do This As Home.**

🌸 Cleotina Reviews

Upload your video

---

## Important information

To report an issue with this product or seller, click here.

---

## Products related to this item

Sponsored ⓘ

     

| Creme of Nature, Argan Oil for Hair, Perfect 7-in-1 Leave-in Treatment, for Healthy... | Creme of Nature, Leave In Conditioner, Butter Blend, Argan Oil, Flaxseed Oil, Rinse... | Keratin Conditioner – Sulfate and Paraben Free Deep Treatment for Dry, Damaged Hair... | MAREE Hair Styling Serum for Frizzy & Dry Hair - Keratin Styling & Moisturizing Cap... | LYW Hair Growth Oil, 57 | Coco & Eve Mira Elixir. Coconut O Hyaluronic Acid Condition... |
|---|---|---|---|---|---|
| 2,745 | 3,010 | 133 | 1,481 | $7.99  ($4.00/Fl Oz) | 1,7 |
| 1K+ bought in past month | 700+ bought in past month | 300+ bought in past month | 10K+ bought in past month | | 1K+ bought in pas |
| $8.98  ($1.76/Fl Oz) | $7.97  ($0.66/Fl Oz) | $14.99  ($0.94/Fl Oz) | Limited time deal | | $29.00  ($14.5 |
| | | | $18.99  ($15.83/Fl Oz) | | Extra 10% off  whe subscribe |
| | | | Extra 10% off  when you subscribe | | |
| | | | List: $24.95 (24% off) | | |
| | | | 🌱 Climate Pledge Friendly | | |

---

Add to cart

Sponsored

Sponsored

**I Belli Capelli**
Shop the Store on Amazon ›

**African Pride**
Shop the Store on Amazon ›

Case: 1:23-cv-00818 Document #: 521-4 Filed: 03/12/24 Page 9 of 14 PageID #:8747



I Belli Capelli Torrano Keratin Hair Treatment Straightening in 1 Step,…
161

African Pride Moisture Miracle Hydrate & Renew Curl Milk & Hair Detangler (3 Pac…
414

**DASHU**
Shop the Store on Amazon ›

**MAD HAIR CO.**
Shop the Store on Amazon ›

DASHU Premium Fast Down Perm 3.5 oz | Instant Hair Tamer Hair Straightener…
91
$22.99

MAD HAIR CO. Hyaluronic Acid, Squalane oil, Argan Oil Hair Health Serum | For…
13
$34.00

**MAREE**
Shop the Store on Amazon ›

MAREE Hair Styling Serum for Frizzy & Dry Hair - Keratin Styling & Moisturizing…
1,481
$18.99 Typical: $24.95

## Looking for specific info?

---

## Customer reviews

### 4.5 out of 5

25 global ratings

| | | |
|---|---|---|
| 5 star | | 81% |
| 4 star | | 9% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 10% |

⌄ How customer reviews and ratings work

Top reviews

### Top reviews from the United States

Latasha Burns

**Love**
Reviewed in the United States on September 24, 2019
**Verified Purchase**

Love it

One person found this helpful

Helpful        Report

Case: 1:23-cv-00818 Document #: 521-4 Filed: 03/12/24 Page 10 of 14 PageID #:8748

Nikki

**Item is as described**

Reviewed in the United States on October 12, 2022

**Verified Purchase**

Exactly what a pictured.

Helpful        Report

**See more reviews ›**

Sponsored

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell more with Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Help |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | |
| | Host an Amazon Hub | | |

Case: 1:23-cv-00818 Document #: 521-4 Filed: 03/12/24 Page 11 of 14 PageID #:8749

› See More Ways to Make Money

<table>
<tr><td>English</td><td>United States</td></tr>
</table>

| Amazon Music<br>Stream<br>millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on<br>Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Fresh<br>Groceries &<br>More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office<br>Mojo<br>Find Movie<br>Box Office<br>Data | Goodreads<br>Book reviews<br>&<br>recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle Direct Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion<br>Brands | Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products |
| Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart<br>Security<br>for Every<br>Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts |
| | | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

Case: 1:23-cv-00818 Document #: 521-4 Filed: 03/12/24 Page 12 of 14 PageID #:8750

Beauty / Here for Every Beauty / Hair Care & Hair Tools / Hair & Scalp Treatments

All Ways

## ALL WAYS NATURAL - No-Lye Conditioning Creme Relaxer SUPER

🔄 Free 30-day returns

### $5.99

Price when purchased online ⓘ

**Add to cart**

### How you'll get this item:

| 🚚 Shipping Arrives Mar 23 $5.99 | 🚗 Pickup Not available | 🏪 Delivery Not available |
|---|---|---|

Delivery to **Boydton, 23917**

Sold and shipped by **Zoebeautysupply.com**

🏪 View seller information | Visit seller store

★★★★☆ 712 seller reviews

🔄 Free 30-day returns  Details

♡ Add to list | 🎁 Add to registry

---

**Best seller**



Sponsored

**$5.98** 57.0 ¢/fl oz

Creme of Nature Curl Activator Styling Cream with Pure Honey 10.5 oz., Dry Hair, Moisturizing, Unisex

★★★★½ 1282

3+ day shipping

**+ Add**

---





♡ 🔍

---



+ Add

$5.39 +$3.90 shipping



♡

Options

+5 options

$9.00

Pcj Pretty N Silky Relaxer No Lye Course 1 Retouch



♡

+ Add

$15.95

MOTIONS - Smooth And Silken Hair Relaxer [ SUPER ]

Case: 1:23-cv-00818 Document #: 521-4 Filed: 03/12/24 Page 13 of 14 PageID #:8751

Kehuo New Protein Correcting Hair Straightening Cream - Silk & Gloss Hair Straightening Cream, Nourishing Fast Smoothing Collagen Hair Straightener Cream for All 60ML, Beauty & Personal Care

3+ day shipping

3+ day shipping

3+ day shipping

Clearance







Add

Add

Add

**$9.60**

**$10.74** +$4.95 shipping

**Now $6.70** ~~$7.60~~ +$2.90 shipping

Randolph Protein Hair Straightening New Protein Correcting Hair Straightening & Gloss Hair Straightening Hair Straightening For Curly Hair

Olive Oil Regular Relaxer

Kehuo Hair Straightening Cream Master Keratin Oil Eff

3+ day shipping

3+ day shipping

3+ day shipping

## About this item

### Product details

- **No-Lye Conditioning Creme Relaxer**
- **Gently Relaxes, Deeply Moisturizes, Naturally Protects**
- **Beauty of Straight, Silky Hair, Naturally**
- **SUPER**

ALL WAYS NATURAL - No-Lye Conditioning Creme Relaxer SUPER

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.     See our disclaimer

### Specifications

**Brand**

All Ways

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬  Report incorrect product information

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.     Learn more

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.     Learn more.







Add

Add

Add

**$29.99**

Etae Natural Products Carmelux Deep Penetrating Shampoo 12oz

3+ day shipping

**$9.99**

ORS Curls Unleashed Shea Butter & Mango Leave In Conditioner, 1.75 oz

3+ day shipping

**Now $17.19** $20.56

Design Essentials Natural 12 Oz. Coconut & Monoi Dee

★★★☆☆ 3

3+ day shipping

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

## Related pages

| | |
|---|---|
| Tgin Miracle Repair | Ag Balance Shampoo |
| Chemical Formulation | Congo Hair Products |
| Cibu Hair Products | Advanced Molecular Hair Root Treatment |
| Klorane | Amika |
| R+CO | Elasta QP |
| Bio Ionic | Hair Relaxer and Straighteners |