Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br>*All Cases* | Case No. 23 C 818<br><br>MDL No. 3060<br><br>Judge Mary M. Rowland |

**CASE MANAGEMENT ORDER NO. __**
**(Dismissals Without Prejudice)**

### I.      Dismissal Without Prejudice for Newly Filed Cases

Notwithstanding the provisions of CMO 8, a plaintiff who files a Short Form Complaint ("SFC") after the entry date of this CMO shall be permitted to dismiss his or her case without prejudice provided that a Notice of Dismissal Without Prejudice is filed more than twenty-one (21) days prior to the due date for his or her Plaintiff Fact Sheet as set forth in CMO 9. An agreed upon template Notice of Dismissal is attached as Exhibit A.

### II.      Dismissal Without Prejudice for Good Cause

For any plaintiff with a case currently filed in the MDL, or plaintiff otherwise not covered by Section I, requests for dismissal without prejudice for good cause shown shall be reasonably considered by Defendants and permitted only upon agreement of the parties to that SFC or upon Order of the Court.

### III.      Refiling of Cases Dismissed without Prejudice

Should any plaintiff whose case is dismissed without prejudice under this CMO wish to re-file their case in the future, such filing shall be made only in federal court and within this MDL,

as long as there is jurisdiction to file in the MDL.[1] Nothing in this order shall impact the running of the statute of limitations as to any individual case.


       Ordered this _____ day of March 2024.


                                             _____

                                             Mary M. Rowland
                                             United States District Judge

---

[1] Nothing in this Order waives or supersedes the requirements for properly asserting hair straightening claims against Revlon as set by the U.S. Bankruptcy Court for the Southern District of New York in Case No. 22-10760-dsj (Bankr. S.D.N.Y.).

Exhibit A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No. 23 C 818 |
| | MDL No. 3060 |
| **This document relates to:** | Judge Mary M. Rowland |
| **[INSERT CASE & DOCKET NO.]** | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## FOR CASES FILED AFTER [DATE OF ORDER]

Pursuant to CMO No. XX [Dkt. XX], Plaintiff [    ] hereby dismisses all claims as to all Defendants without prejudice, and with each party bearing its own costs, attorneys' fees, and expenses.

Plaintiff filed [his/her] case on [      ], and pursuant to CMO No. 9, her Plaintiff Fact Sheet is currently due on [   ].  Accordingly, this Notice is filed more than 21 days prior to the due date for [his/her] Fact Sheet.

Plaintiff acknowledges that should [he/she] wish to re-file [his/her] case in the future, such filing shall be made only in federal court and within this MDL, as long as there is jurisdiction to file in the MDL.


Dated: [    ]

[plaintiff attorney signature block]