# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

In RE: Hair Relaxer Marketing, Sales Practices, And Products Liability Litigation, et al.

Plaintiff,

v.

Case No.: 1:23−cv−00818

Honorable Mary M. Rowland

L'Oreal USA, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 22, 2024:

MINUTE entry before the Honorable Mary M. Rowland: Plaintiffs' Executive Committee and Co−Lead Counsel motion for extension of time to Perfect Service on Foreign Defendant WellaAG [528] is granted. The Court set a date of 3/21/24 by which a second waive of defendants needed to be served. WellaAG, as a foreign defendant, will take time to serve. Plaintiffs shall file a status report on service by 5/15/24. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.