**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>Case No. 23 C 818<br>Judge Mary M Rowland<br><br>**This document relates to:**<br>All Cases |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT HOUSE OF CHEATHAM LLC**
**TO COMPLY WITH COURT DISCOVERY ORDERS**

## I.     INTRODUCTION

Plaintiffs move to compel Defendant House of Cheatham LLC ("House of Cheatham") by April 15, 2024 to complete, and certify the completion of, its production in response to Plaintiffs' First Set of Requests for Production of Documents. In particular, although House of Cheatham manufactured, marketed, and/or sold hair relaxer products overseas, House of Cheatham is not able to confirm whether or not it has completed production of foreign regulatory documents. There is no doubt these materials are relevant and should have been produced by the February 29, 2024 deadline. *See, e.g.*, ECF 353 at 9 (ordering production of foreign regulatory documents).[1]

## II.     BACKGROUND AND ARGUMENTT

In June 2023, Plaintiffs served House of Cheatham with initial discovery requests, including requests for foreign regulatory documents, as follows:

**REQUEST NO. 5.** ALL DOCUMENTS, including but not limited to COMMUNICATIONS, memoranda, reports, and studies, submitted to any Regulatory Agency by YOU or on YOUR behalf, or received by YOU or anyone on YOUR behalf from any Regulatory Agency in the United States or outside of the United States concerning YOUR HAIR RELAXER PRODUCT(S)

---

[1] Given the gaps in Set One and the lack of any progress by House of Cheatham on subsequent document requests and interrogatories served by Plaintiffs almost four months ago, in December 2023, Plaintiffs respectfully submit that it would assist the parties to stay on track if the Court would set deadlines for Defendants to respond and produce documents responsive to Plaintiffs' document requests Sets Two through Seven, and to serve verified responses to Plaintiffs' interrogatories Sets Three through Eight.

*See* Ex. A (Plaintiffs' First Set of Requests for Production).  The Court previously rejected the objections of Defendants to producing foreign regulatory documents and noted House of Cheatham "agreed without objection to search for and provide responsive materials related to their products manufactured in the U.S. and sold internationally." *See* ECF 353, at 9. However, since the November 2023 hearing, House of Cheatham has neither produced responsive materials nor confirmed it is not in possession of any additional responsive materials.

Over the past eight months, House of Cheatham has produced 18,446 documents (as of February 29, 2024) in response to Plaintiffs' First Set of Requests. Of those, only 18 documents concern foreign regulatory submissions; more specifically, all 18 documents consist of safety assessments performed for submission to foreign regulatory agencies and were produced before House of Cheatham represented to the Court it would "search for and provide responsive materials related to their products manufactured in the U.S. and sold internationally." House of Cheatham has not produced any communications with any foreign regulatory agencies. Because House of Cheatham has informed Plaintiffs that it manufactured, marketed, or sold hair relaxer products internationally during the relevant discovery period and has advised Plaintiffs as recently as March 22, 2024, that it is still investigating whether more documents exist, Plaintiffs reasonably believe that the absence of foreign regulatory documents reflects that House of Cheatham failed to complete its document collection by the February 29, 2024 deadline despite the Court's clear instruction to the parties at the January 25, 2024 Case Management Conference:  "All this stuff on the first set [of requests for production], it has to be done by February 29th. *There's no more extensions on that*." *See* ECF 421 at 4-5 (hearing transcript) (emphasis added).

Plaintiffs are concerned about being prejudiced by a record that might change significantly months past when deadlines for production ran. Accordingly, Plaintiffs seek an Order compelling

House of Cheatham by April 15, 2024 to complete its production responsive to Plaintiffs' First Set of Requests for Production and certify in writing that its production is complete.

To ensure the parties stay on track with subsequent outstanding discovery, Plaintiffs further request that the Court set deadlines for House of Cheatham (and all Defendants) to complete document productions pursuant to Plaintiffs' document requests Sets Two through Seven, and a date by which to provide verified responses to interrogatories Sets Three through Eight.

## III.    CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request that the Motion be granted.

Dated:  March 25, 2024                        Respectfully submitted,

*/s/ Edward A. Wallace*
Edward A. Wallace
**WALLACE MILLER**
150 N. Wacker Dr., Suite 1100
Chicago, Illinois 60606
Tel.: 312-261-6193
Email: eaw@wallacemiller.com
*Plaintiffs' Liaison Counsel*

Diandra "Fu" Debrosse Zimmermann
**DICELLO LEVITT LLC**
505 20th Street North - Suite 1500
Birmingham, Alabama 35203
Tel.: 312-214-7900
Email: fu@dicellolevitt.com
*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
Tel.: 401-457-7700
Email: ffitzpatrick@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
Tel.:212-566-7500
Email: mlondon@douglasandlondon.com
*Plaintiffs' Co-Lead Counsel*

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
Tel.: 850-224-2020
Email: ben@bencrump.com
*Plaintiffs' Co-Lead Counsel*