**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 23 C 818<br><br>MDL No. 3060<br><br>Judge Mary M. Rowland |

**STATUS UPDATE REGARDING THE REVLON BANKRUPTCY PROCEEDINGS
AND NOTICE OF FILING TO ENFORCE INJUNCTION PROVISIONS**

Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings, LLC (together, "Revlon") respectfully submit this Status Update and Notice of Revlon's Omnibus Motion to Enforce Injunctive Provisions of the Plan and Confirmation Order ("Motion"), which Revlon filed in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") on April 4, 2024.

As the Court is aware, as part of Revlon's bankruptcy proceedings, the Bankruptcy Court entered a Confirmation Order (the "Confirmation Order") confirming Revlon's plan of reorganization ("Confirmed Plan") under which a potential plaintiff must satisfy certain requirements and deadlines in order to assert Hair Straightening Claims against Revlon. *See* Orig. BK Dkt. Nos. 1746, 1860.[1]

On April 4, 2024, Revlon moved the Bankruptcy Court to enforce the Confirmation Order, the Confirmed Plan, its discharge provision, and related injunction by requiring certain Plaintiffs to dismiss their Hair Straightening Claims against Revlon asserted in this MDL, where such Plaintiffs (1) failed to file a timely Hair Straightening Proof of Claim form in the bankruptcy

---

[1] Prior to May 30, 2023, the lead bankruptcy case was *In re Revlon, Inc., et al.*, Case No. 22-10760 (DSJ) (Bankr. S.D.N.Y.). Docket entries filed in *In re Revlon, Inc.* are cited in this memorandum as "Orig. BK Dkt."

1

proceedings; and/or (2) failed to file their complaints in this MDL on or before the MDL filing deadline of September 14, 2023.[2]

Revlon's motion seeks relief as against 552 Plaintiffs who filed complaints in this MDL that name one or more Revlon entities as a defendant.[3] A copy of that motion is attached hereto as Exhibit 1.

---

[2] The September 14, 2023 deadline applies to Hair Straightening Claimants asserting present claims (*i.e.*, claimants whose injuries had manifested by April 11, 2023). Article IX.6.A of the Plan provides that the deadline by which a Hair Straightening Claimant may commence a Hair Straightening Liquidation Action is "the later of (a) September 14, 2023, (b) 90 days after entry of the MDL Direct Filing Order, and (c) solely with respect to a Hair Straightening Claimant who is diagnosed after the Hair Straightening Bar Date, six (6) months from the date of applicable diagnosis by a licensed medical doctor." Orig. BK Dkt. No. 1860, Art. IX.6.A.

[3] Revlon reserves the right to seek any further relief or sanctions available from the Bankruptcy Court, including for any additional or continuing violations of the Confirmation Order and Confirmed Plan, including its injunctions, by Plaintiffs or their counsel. Revlon notes that, as its review of the complaints in this MDL progresses, if additional issues or non-compliant complaints are found, Revlon may move for additional or further relief from the Bankruptcy Court as may be necessary.

Dated: April 5, 2024            Respectfully submitted,

*/s/ Daniel H. Levi*
Robert A. Atkins
Daniel H. Levi
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
ratkins@paulweiss.com
dlevi@paulweiss.com
sxu@paulweiss.com

Randall S. Luskey
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
(628) 432-5112
rluskey@paulweiss.com

David E. Cole
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223-7348
dcole@paulweiss.com

Edward P. Abbot
Erich J. Gleber
Melissa He
HAWKINS PARNELL & YOUNG LLP
275 Madison Avenue, 10th Floor
New York, NY 10016
(212) 897-9655
eabbot@hpylaw.com
egleber@hpylaw.com
mhe@hpylaw.com

*Counsel for Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC*