# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

In RE: Hair Relaxer Marketing, Sales Practices, And Products Liability Litigation, et al.

          Plaintiff,

v.

Case No.: 1:23−cv−00818

Honorable Mary M. Rowland

L'Oreal USA, Inc., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 18, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held 4/18/24 to discuss the status of the second wave defendants. Seven defendants appeared: Advanced Beauty, RNA Corp., Wella, Murrays International, John Paul Mitchell, Walgreens, and Dudley Beauty. The parties discussed the process for bringing "second−wave" defendants into the MDL. The Court rules as follows: 1) Plaintiffs' second−wave longform complaint due 5/28/24 will be individualized and a separate long firm complaint will be filed against each new Defendant. Named Defendants must answer or file an otherwise responsive pleading by 7/12/24. 2) Any pending deadlines for the aforementioned Defendants to respond to SFCs are stayed until 6/28/24. 3) Individual motions to dismiss by the following Defendants are denied as moot: John Paul Mitchell [438] and Wella (filed in individual dockets 23−cv−08237; 23−cv−10476; 23−cv−11227). Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.