# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

In RE: Hair Relaxer Marketing, Sales Practices, And Products Liability Litigation, et al.

                                Plaintiff,

v.

                                Case No.: 1:23−cv−00818

                                Honorable Mary M. Rowland

L'Oreal USA, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 14, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court is receiving several motions to dismiss or stipulations of dismissal from plaintiffs because duplicate cases have been filed by other plaintiffs' law firms. Some of these request dismissal with prejudice and some request dismissal without prejudice. The court can discern no reason to dismiss a plaintiff's case without prejudice when she is represented in another case by capable counsel. If that counsel becomes unable to represent the plaintiff, substitute counsel may appear. But there will be no reason to reinstate the previously dismissed case. Going forward, all such dismissals will be WITH prejudice, regardless of the request made. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.