UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION,**<br><br>Gere Burrell;<br>Rachel Elabbar;<br>Naquisha Gipson;<br>Cynthia Harris;<br>Chimere Jackson;<br>Rae Jones;<br>Carol King;<br>Martina Lockard;<br>Danisha Smith;<br>Latress Smith;<br>Marta Ramirez-Rodriguez;<br>Lillian Rice;<br>Lori Rieger;<br>Lissett Rivera;<br>Dubrae Phillips;<br>Martha Servin;<br>Naimah Scott;<br>Christieann Schuchman;<br>Leeann Scott;<br>Ivie Rivers;<br>Kelsey Robinson;<br>Ryann Robinson;<br>Beckie Palfreyman;<br>Sadie Parker;<br>Linda Smith;<br>Tiffany Pinkley;<br>Tamie Stalions;<br>Nicole Stewart;<br>Alyssa Stone;<br>Tikira Sylvester;<br>Maurisha Thomas;<br>Vanessa Rodrguez; | **MDL NO. 3060**<br><br>**JUDGE MARY M. ROWLAND**<br><br>Civil Action No. 23-CV-00818 |

1

| |
|---|
| Nicole Rugkit; <br> Tylisha Thomas; <br> Trealmia Walker; <br> Kanice Weaver; <br> Shareda Ward; <br> Synamon Waters; <br> Grace Williams; <br> Lolita Williams; <br> Quadavia Williams; <br> Patricia Wilson; and <br> Virgie White, <br><br>             Plaintiffs, <br><br> v. <br><br> L'ORÉAL USA, INC, et al., <br><br>             Defendants. |

## PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW MOTION TO DISMISS

Come now Plaintiffs, by and through his undersigned counsel of record and for their Motion for Leave to Withdraw Motion To Dismiss (Doc 654) states:

1. Plaintiffs' counsel filed a motion to dismiss without prejudice those plaintiffs that have been unresponsive based on CMO 10 (Doc. 654).

2. Plaintiff's counsel misunderstood that non-responsive plaintiffs would be handled through the Court's PFS deficiency procedure set forth in CMO 9.

2

Wherefore, Plaintiff respectfully requests that Motion for Dismissal Without Prejudice (Doc. 654) be withdrawn.

Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

/s/ Anthony G. Simon
Anthony G. Simon, #62090556
Erica B. Slater #6307675
800 Market Street, Suite 1700
St. Louis, MO 63101
(314) 241-2929
(314) 241-2029 (Fax)
asimon@simonlawpc.com
eslater@simonlawpc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 21st day of May 2024, a true and accurate copy of the foregoing was served via electronic mail upon all counsel of record via this Court's CM/ECF system.

/s/ Anthony G. Simon