Exhibit B

| Priority RFP Go-Gets Addressed in Plaintiffs' Letter | L'Oreal | L'Oreal - Add'l Comments | Revlon | Revlon - Add'l Comments | SGN | SGN - Add'l Comments | HOC/Beauty Bell | HOC/BB - Add'l Comments | Sally Beauty | Sally Beauty - Add'l Comments | Luster | Luster - Add'l Comments | Avlon | Avlon - Add'l Comments | Namaste | Namaste - Add'l Comments | McBride | McBride - Add'l Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. All formularies for all Hair Relaxer Products ("HRPs") [See RFP Set 5] | Produced in Part; Unclear if additional Production is forthcoming | L'Oreal's position: "To the extent this request is a 'go-get,' L'Oreal USA will produce documents, if any, to extent they have not already been produced." Plaintiff's position: On April 30, 2024, L'Oreal USA disclosed 88 new hair relaxer products and 21 new hair relaxer brands. Plaintiffs continue to seek all formularies for all Hair Relaxer products, inclusive of these newly identified products. | Already Produced | N/A | Already Produced | N/A | Already Produced | HOC produced formularies on May 3, 2024. By MAY 21, 2024, will produce missing batch sheets that are "go-gets," to the extent actually missing and found | Already Produced Some + Will Produce More Go Gets | BY MAY 1, 2024, will produce for Sally Beauty Silk Elements and Proclaim hair relaxer products | Will Produce | On or before June 7, 2024 | Will Produce | On or before July 16, 2024 | Will Produce Some Go Gets + Will Supplement with ESI Search | Will produce formula cards by June 14, 2024. All other requested documents are not "go-gets" and will require an ESI search. | Discovery has not yet advanced to this stage | N/A |
| 2. All Safety Testing Done on HRPs [See RFP Set 5] | Produced in Part; Unclear if additional Production is forthcoming | L'Oreal's position: "To the extent this request is a 'go-get,' L'Oreal USA will produce documents, if any, to extent they have not already been produced." Plaintiff's position: On April 30, 2024, L'Oreal USA disclosed 88 new hair relaxer products and 21 new hair relaxer brands. Plaintiffs continue to seek all safety testing performed on Hair Relaxer products, inclusive of these newly identified products. | Already Produced | N/A | Already Produced | SGN has finished product testing in physical form at its Savannah, GA warehouse available for copy/inspection. | Already Produced | Already produced, but will supplement by MAY 21, 2024 to the extent that there are additional "go-get" documents | Will Produce, in part (unclear whether it already has been produced, in part) | BY MAY 1, 2024, will produce records of any testing of Sally Beauty Silk Elements or Proclaim hair relaxer products | Complete (may have ESI supplement) | LusterD432 - LusterJ494, LusterJ3068 - LusterB516 | None | In the response letter of 4/23/24, Avlon was silent on this. But Avlon has repeatedly told us they didn't perform safety testing. | Will Produce Some Go Gets + Will Supplement with ESI Search | Will produce testing documents by June 14, 2024. All other requested documents are not "go-gets" and will require an ESI search. | Discovery has not yet advanced to this stage | N/A |
| 3. Reports, data compilations, presentations from Third Parties regarding development and testing of its HRPs [See RFP Set 5] | ESI | Did not agree to produce go-gets. L'Oreal's position: This request seeks information from custodial files or databases which may contain responsive materials and is therefore not a "go get." | None, subject to comments | Revlon is not aware of the use of any third parties regarding development and testing of its HRPs. Revlon is engaged in a continuing investigation and reserves the right to amend/supplement its response. | Will Produce if located | Further investigation is required as to whether readily available go-gets exist concerning the following categories of documents. If it exists, will produce/make available for inspection within 90 days. | Will Produce if located | Will produce go gets by JULY 2, 2024 to the extent go-gets exist. | Silent | Silent as it relates to Set 5 RFP 9 specifically, but referenced RFP 14 and said it would produce "records of any testing" | Will Produce | Luster requested additional information to correlate RFP language but did not stand on objections | None | N/A | Will Produce Some Go Gets + Will Supplement with ESI Search | Will produce testing documents by June 14, 2024. All other requested documents are not "go-gets" and will require an ESI search. | Discovery has not yet advanced to this stage | N/A |
| 4. All Interaction Testing Done on HRPs [See RFP Set 5] | ESI | Did not agree to produce go-gets. L'Oreal's position: This request seeks information from custodial files or databases which may contain responsive materials and is therefore not a "go get." | M&C | Revlon requests a definition of "interaction testing". | Silent | Will address in Response Letter to SGN | Will Produce if located | Will produce go gets by JULY 2, 2024 to the extent go-gets exist. | Silent | Silent as it relates to Set 5 RFP 13, but referenced RFP 14 and said it would produce "records of any testing" | None | N/A | None | N/A | Will Produce Some Go Gets + Will Supplement with ESI Search | Will produce testing documents by June 14, 2024. All other requested documents are not "go-gets" and will require an ESI search. | Discovery has not yet advanced to this stage | N/A |
| 5. MSDS for all ingredients in HRPs [See RFP Set 5] | Will Produce Some Go Gets + Will Supplement with ESI Search | L'Oreal's position: Within 8 weeks - Willing to Produce (with caveat to waive CMO 4 as it relates to collection & production of documents to expedite production.) Plaintiffs have requested production in accordance with CMO 4 | Already Produced | N/A | Will Produce | Digital Responsive Go Gets: 45 Days; Physical Responsive Go Gets: 60 days. | Will Produce if located | Will produce go gets by JULY 2, 2024 to the extent go-gets exist. | Already Produced | N/A | Will Produce | On or before June 7, 2024 | Will Produce Some Go Gets + ESI Likely Required | Will produce "go gets" by July 16, 2024 but also believes some will be found only in ESI searches | Will Produce Some Go Gets + Will Supplement with ESI Search | Will produce MSDSs by June 14, 2024. All other requested documents are not "go-gets" and will require an ESI search. | Discovery has not yet advanced to this stage | N/A |
| 6. Consumer Complaint Files and Databases for HRPs [See RFP Set 5] | ESI | L'Oreal's position: This Request patently implicates ESI | Unclear | "Revlon has not received any Customer Complaints, prior to the filing of the proof of claims—if those fall within the undefined term "Customer Complaints" used in this request—that concern any cancer risks related to its HRPs." | Will Produce | Within 60 days | Will Produce if located | Will produce go gets by JULY 2, 2024 to the extent go-gets exist. | Silent | N/A | Will Produce | On or before June 28, 2024 | Will Produce Some Go Gets + ESI Likely Required | Will produce "go gets" by July 16, 2024 but also believes some will be found only in ESI searches | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |

| Priority RFP Go-Gets Addressed in Plaintiffs' Letter | L'Oreal | L'Oreal - Add'l Comments | Revlon | Revlon - Add'l Comments | SDN | SDN - Add'l Comments | HOC/Beauty Bell | HOC/BB - Add'l Comments | Sally Beauty | Sally Beauty - Add'l Comments | Luster | Luster - Add'l Comments | Avlon | Avlon - Add'l Comments | Namaste | Namaste - Add'l Comments | McBride | McBride - Add'l Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7. All IFUs for all HRPs (See RFP Set 5) | Produced in Part; Unclear if additional Production is forthcoming | L'Oreal's position: To the extent these documents are "go-gets," L'Oreal USA will produce documents, if any, to the extent they have not already been produced. Plaintiffs' position: On April 30, 2024, L'Oreal USA disclosed 88 new hair relaxer products and 21 new hair relaxer brands. Plaintiffs continue to seek all instructions for use for all Hair Relaxer products, inclusive of these newly identified products. | Already Produced | N/A | Already Produced | N/A | Already Produced | Already produced, but will supplement **BY MAY 21, 2024** to the extent that there are additional "go-get" documents | Already Produced | N/A | Complete (may have ESI supplement) | LusterO030 - LusterO060, LusterO118 - LusterO428, LusterO845 - Luster2929 | Already Produced | Will supplement if additional material is located | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |
| 8. All Regulatory filings (foreign or domestic) for all HRPs (See RFP Set 6) | Unclear if additional Production is forthcoming | L'Oreal's position: "To the extent these documents are "go-gets," L'Oreal USA will produce documents, if any, to extent they have not already been produced." Plaintiffs' position: On April 30, 2024, L'Oreal USA disclosed 88 new hair relaxer products and 21 new hair relaxer brands. Plaintiffs continue to seek all regulatory filings (foreign or domestic) for all Hair Relaxer products, inclusive of these newly identified products. | Already Produced | N/A | Already Produced | SDN produced international regulatory filings. SDN did not identify domestic filings and purport that none exist. | Already Produced | Already produced all regulatory filing documents "go-gets," but will supplement **BY JUNE 4, 2024** to the extent that there are additional "go-get" regulatory filing documents | Already Produced | N/A | Complete (may have ESI supplement) | Luster24872 - Luster25057 (may be additional ESI) | Already Produced | Will supplement if additional material is located | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |
| 9. All labels for all HRPs over the relevant time period (See RFP Set 5) | ESI | Did not agree to produce go-gets. L'Oreal's position: This request seeks information from databases which may contain responsive materials and is therefore not a "go get" | Already Produced | N/A | Already Produced | One issue is that SDN has produced but a lot are illegible. SDN stated they would work on legible copies. This will be addressed in Response letter to SDNs 4.23.24 letter. | Already Produced | Already produced "go-gets," but **BY JUNE 4, 2024** will supplement to the extent that there are additional "go-get" labels for hair relaxer products | Already Produced | N/A | Complete (may have ESI supplement) | LusterO030 - LusterO060, LusterO118 - LusterO428, LusterO845 - Luster2913 | Already Produced | Will supplement if additional material is located | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |
| 10. All ingredients for all fragrances in all HRPs (or name of Third Party Fragrance suppliers) (See RFP Set 2) | ESI | Did not agree to produce go-gets. L'Oreal's position: This request seeks information from databases which may contain responsive materials and is therefore not a "go get". | Already Produced | N/A | Will Produce | Within 45 days | Will Produce if located | By JUNE 4, 2024, will produce to the extent this fragrant ingredient information is contained within go-gets. | Already Produced Some + Will Produce More Go Gets | BY MAY 1, 2024, will produce for Sally Beauty Silk Elements and Proclaim hair relaxer products, if in Sally Beauty's control | Will Produce | Luster contracted with third parties and will supply names of those third parties by June 28, 2024 | Already Produced | Go gets have been produced, anticipates more will be located during ESI search. Also objects as outside scope of prior RFPs. | Will Produce Some Go Gets + Will Supplement with ESI Search | Will produce "Fragrance Supplier Certifications" by June 14, 2024. All other requested documents are not "go gets" and will require an ESI search. | Discovery has not yet advanced to this stage | N/A |
| 11. All Market recalls or withdrawal of any HRPs (See RFP Set 2) | Objection | Did not agree to produce go-gets. L'Oreal's position: N/A | None | Revlon is not aware of market recalls or withdrawals of its HRPs. | ESI | No responsive documents exist as readily available go-gets | Will Produce if located | By JUNE 18, 2024, will produce documents from Set 2 to the extent go gets exist. | Silent | N/A | Will Produce | Never recalled to HRP but did withdraw and will produce documents no later than June 28, 2024 | None | Objects that this does not relate back to an RFP, but states that, subject to objections, the answer is "none" | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |
| 12. All Asset Purchase Agreements between Defendant and any other entity relation to HRPs (See RFP Set 2) | "Already Produced" | Did not agree to produce go-gets. L'Oreal's position: This information has already been produced in response to prior request | M&C | Revlon is willing to meet and confer to discuss the scope of this request. | Will Produce | Within 45 days | Already Produced | Did not include in the "go get" letter because HOC produced within its first production. | Silent | N/A | None | N/A | None | N/A | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |
| 13. All Business plans / analyses of market share of HRPs (See RFP Set 7) | "Already Produced"; ESI | Did not agree to produce go-gets. L'Oreal's position: This information has already been produced in response to prior request. Any further documents, to the extent they exist, would be collected from custodial files and are therefore not "go-gets." | Will Produce Some Go Gets if located + ESI Likely Required | Revlon will search for and produce responsive documents to the extent available as "go-gets," but believes this inquiry is better suited for ESI. | Will Produce if located | Further investigation is required as to whether readily available go-gets exist concerning the following categories of documents. If it exists, will produce/make available for inspection within 90 days. | Will Produce if located | By JUNE 4, 2024, will produce documents from Set 7 to the extent go gets exist. | Silent | N/A | Will Produce | Will produce analysis of Market Share on or before June 7, 2024 | Will Produce Some Go Gets + ESI Likely Required | Will produce "go gets" by July 16, 2024 but also believes some will be found only in ESI searches | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |

| Priority RFP Go-Gets Addressed in Plaintiffs' Letter | L'Oreal | L'Oreal - Add'l Comments | Revlon | Revlon - Add'l Comments | SON | SON - Add'l Comments | HOC/ Beauty Bell | HOC/BB - Add'l Comments | Sally Beauty | Sally Beauty - Add'l Comments | Luster | Luster - Add'l Comments | Avlon | Avlon - Add'l Comments | Namaste | Namaste - Add'l Comments | McBride | McBride - Add'l Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14. SOP for Training Salespersons or third parties to promote HRPs (See RFP Set 7) | "Already Produced" | Did not agree to produce go-gets. L'Oreal's position: This information has already been produced in response to prior request. | M&C + Will Produce if located | Revlon requests a definition of "SOP." Revlon has produced training materials responsive to this request to the extent available following a reasonable search. Revlon will search for and produce any additional responsive documents to the extent available as "go-gets," but believes this inquiry is better suited for ESI. | Already Produced | N/A | Will Produce if located | By JUNE 4, 2024, will produce documents from Set 7 to the extent go gets exist. | Silent | N/A | Complete (may have ESI supplement) | Luster061 - Luster087 | Already Produced | Already produced, but anticipates more will be located via ESI search | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |
| 15. Identity of all third parties involved in - manufacture, - testing, - quality assurance, - sourcing, - supply chain, - risk assessment, - product and ingredient monitoring, - medical and clinical assessments, - regulatory activities, - communications with regulatory agencies, - distribution, - production, - packaging, - labeling, - sale, - marketing, and - publication of YOUR HAIR RELAXER PRODUCT(S). (See RFP Set 2 and 5) | Objection | Did not agree to produce go-gets. L'Oreal's position: these appear to be interrogatories that do not comply with the Federal Rules of Civil Procedure and violate the Court's Order requiring Plaintiffs to seek leave of Court before serving additional interrogatories. However, Plaintiff's position is: RFP Set 2 No. 7 and Set 5 Nos. 9, 14, 19 seek this information. | Will Produce Some Go Gets + ESI Likely Required | It is unclear what documents this request is seeking as it is merely asking to identify third parties involved in the various processes. Nonetheless, as written and as Revlon understands it, Revlon responds that it will search for and produce responsive documents to the extent available as "go gets," but believes this inquiry is better suited for ESI. | M&C + Will Produce if located | Requests a further meet and confer to better understand the nature of the documents sought — to determine whether readily available go-gets of responsive documents exist. If go gets exist, will produce 90 days after M&C | Will Produce if located | By JUNE 18, 2024, will produce documents from Set 2 to the extent go gets exist. | Objection | "The Letter improperly tries to ask interrogatories via a letter. This is improper under the FR and under the Court's ruling that Plaintiffs must first seek leave of Court before propounding any further interrogatories. DN. 452. For example, the Letter asks Sally Beauty to provide the "(I)dentity of all third parties involved in" various activities." | Will Produce | Will produce no later than June 28, 2024 | Will Produce Some Go Gets + ESI Likely Required | Will produce "go gets" by July 16, 2024 but also believes some will be found only in ESI searches | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |
| 16. FOIA requests related to HRPs or any facts, claims, defenses, allegations related to the action. (See RFP Set 3) | Objection | Did not agree to produce go-gets. L'Oreal's position: It is unclear which request this corresponds to. Plaintiff's position: RFP Set 3, No. 10 seeks this information | None | Revlon is not aware of FOIA requests related to HRPs. | ESI | No responsive documents exist as readily available go-gets | Will Produce if located | By JULY 2, 2024, will produce documents to the extent go gets exist. | Silent | N/A | None | N/A | None | N/A | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |
| 17. Marketing Plans / Strategic Marketing Plans for HRPs (See RFP Set 4) | ESI | Did not agree to produce go-gets. L'Oreal's position: This request seeks information from custodial files or databases which may contain responsive materials and is therefore not a "go get." | Will Produce Some Go Gets If Located + ESI Likely Required | Revlon will search for and produce responsive documents to the extent available as "go-gets," but believes this inquiry is better suited for ESI. | Will Produce if located | Further investigation is required as to whether readily available go-gets exist concerning the following categories of documents. If it exists, will produce/make available for inspection within 90 days. | Will Produce if located | By JUNE 18, 2024, will produce documents for Set 4 to the extent go gets exist. | Will Produce, in part (unclear whether it already has been produced, in part) | BY MAY 1, 2024, will produce for Sally Beauty Silk Elements and Proclaim hair relaxer products, if in Sally Beauty's control | Will Produce | Likely none | Will Produce Some Go Gets + ESI Likely Required | Will produce "go gets" by July 16, 2024 but also believes some will be found only in ESI searches | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |
| 18. Analyses run on Marketing Plans for HRPs (See RFP Set 4) | ESI | Did not agree to produce go-gets. L'Oreal's position: This request seeks information from custodial files and is therefore not a "go get." | Will Produce Some Go Gets If Located + ESI Likely Required | Revlon will search for and produce responsive documents to the extent available as "go-gets," but believes this inquiry is better suited for ESI. | Will Produce if located | Further investigation is required as to whether readily available go-gets exist concerning the following categories of documents. If it exists, will produce/make available for inspection within 90 days. | Will Produce if located | By JUNE 18, 2024, will produce documents for Set 4 to the extent go gets exist. | Silent | N/A | Will Produce | Likely none | Will Produce Some Go Gets + ESI Likely Required | Will produce "go gets" by July 16, 2024 but also believes some will be found only in ESI searches | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |
| 19. Marketing / Consumer Research Reports for HRPs (See RFP Set 4) | Will Produce Some Go Gets + Will Supplement with ESI Search | Within 8 WEEKS, will produce. | Will Produce Some Go Gets If Located + ESI Likely Required | Revlon will search for and produce responsive documents to the extent available as "go-gets," but believes this inquiry is better suited for ESI. | Will Produce if located | Further investigation is required as to whether readily available go-gets exist concerning the following categories of documents. If it exists, will produce/make available for inspection within 90 days. | Will Produce if located | By JUNE 18, 2024, will produce documents for Set 4 to the extent go gets exist. | Will Produce | BY MAY 1, 2024, will produce for Sally Beauty Silk Elements and Proclaim hair relaxer products. | Will Produce | Will produce by June 28, 2024 | Will Produce Some Go Gets + ESI Likely Required | Will produce "go gets" by July 16, 2024 but also believes some will be found only in ESI searches | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |

| Priority RFP Go-Gets Addressed in Plaintiffs' Letter | L'Oreal | L'Oreal - Add'l Comments | Revlon | Revlon - Add'l Comments | SON | SON - Add'l Comments | HOC/Beauty Bell | HOC/BB - Add'l Comments | Sally Beauty | Sally Beauty - Add'l Comments | Luster | Luster - Add'l Comments | Avlon | Avlon - Add'l Comments | Namaste | Namaste - Add'l Comments | McBride | McBride - Add'l Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20. Final Versions of Advertisements used across all platforms for HRPs (See RFP Set 4) | "Already Produced" | Did not agree to produce go-gets. L'Oreal's position: has already been produced in response to a prior request. Plaintiff's position: On April 30, 2024, L'Oreal USA disclosed 88 new hair relaxer products and 21 new hair relaxer brands. Plaintiffs continue to seek final versions of advertisements used across all platforms for all Hair Relaxer products, inclusive of these newly identified products. | Will Produce Some Go Gets if Located + ESI Likely Required | Revlon will search for and produce responsive documents to the extent available as "go-gets," but believes this inquiry is better suited for ESI. | Will Produce | Digital Responsive Go Gets: 45 Days; Physical Responsive Go Gets: 60 days. | Will Produce if located | By JUNE 18, 2024, will produce documents for Set 4 to the extent go gets exist. | Already Produced Some + Will Produce More Go Gets | BY MAY 1, 2024, will produce for Sally Beauty Silk Elements and Proclaim hair relaxer products. (If in Sally Beauty's control. Will produce both draft and final versions. | Will Produce | Will produce by June 28, 2024 | Will Produce Some Go Gets + ESI Likely Required | Will produce "go gets" by July 16, 2024 but also believes some will be found only in ESI searches | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |
| 21. Final Version of Commercials used on television or radio and name of the media buyer / agency for HRPs (See RFP Set 4) | "Already Produced" | Did not agree to produce go-gets. L'Oreal's position: has already been produced in response to a prior request. Plaintiff's position: On April 30, 2024, L'Oreal USA disclosed 88 new hair relaxer products and 21 new hair relaxer brands. Plaintiffs continue to seek final versions of commercials used on television and radio and the name of the media buyer/agency for all Hair Relaxer products, inclusive of these newly identified products. | Will Produce Some Go Gets if Located + ESI Likely Required | Revlon will search for and produce responsive documents to the extent available as "go-gets," but believes this inquiry is better suited for ESI. | Will produce | Within 45 days | Will Produce if located | By JUNE 18, 2024, will produce documents for Set 4 to the extent go gets exist. | Silent | N/A | Will Produce | Will produce by June 28, 2024 | None | N/A | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |
| 22. Contracts w/ third party marketing agencies/brand awareness consultants for HRPs (See RFP Set 4) | Will Produce Some Go Gets + Will Supplement with ESI Search | Within 8 weeks will produce contracts with marketing agencies to the extent responsive to Set 4, No. 15. | Will Produce Some Go Gets if Located + ESI Likely Required | Revlon will search for and produce responsive documents to the extent available as "go-gets," but believes this inquiry is better suited for ESI. | Will Produce if located | Further investigation is required as to whether readily available go-gets exist concerning the following categories of documents. If it exists, will produce/make available for inspection within 90 days. | Will Produce if located | By JUNE 18, 2024, will produce documents for Set 4 to the extent go gets exist. | Will Produce, in part (unclear whether it already has been produced, in part) | BY MAY 1, 2024, will produce for Sally Beauty Silk Elements and Proclaim hair relaxer products | Will Produce | Will produced by June 28, 2024 | Will Produce Some Go Gets + ESI Likely Required | Will produce "go gets" by July 16, 2024 but also believes some will be found only in ESI searches | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |
| 23. Final SOPs relating to: (See RFP Set 4) (1) marketing; (2) communications; (3) public relations; (4) media relations; and (5) advertising with regard to YOUR HAIR RELAXER PRODUCT(S). | Will Produce Some Go Gets + Will Supplement with ESI Search | WITHIN 8 WEEKS, will produce to the extent responsive to Set 4. | Will Produce Some Go Gets if Located + ESI Likely Required | Revlon will search for and produce responsive documents to the extent available as "go-gets," but believes this inquiry is better suited for ESI. | Already Produced | N/A | Will Produce if located | By JUNE 18, 2024, will produce documents for Set 4 to the extent go gets exist. | Will Produce, in part (unclear whether it already has been produced, in part) | BY MAY 1, 2024, will produce for Sally Beauty Silk Elements and Proclaim hair relaxer products | Will Produce | Likely none | Already Produced | N/A | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |

| Priority RFP Go-Gets Addressed in Plaintiffs' Letter | L'Oreal | L'Oreal - Add'l Comments | Revlon | Revlon - Add'l Comments | SON | SON - Add'l Comments | HOC/ Beauty Bell | HOC/BB - Add'l Comments | Sally Beauty | Sally Beauty - Add'l Comments | Luster | Luster - Add'l Comments | Avlon | Avlon - Add'l Comments | Namaste | Namaste - Add'l Comments | McBride | McBride - Add'l Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24. All post-marketing surveillance activities involving YOUR HAIR RELAXER PRODUCT(S), including but not limited to: 1. Any causality assessments submitted to foreign regulatory agencies; 2. Periodic regulatory submissions regarding adverse events; 3. Periodic Benefit-Risk Evaluation Reports; 4. Safety Evaluation and Risk Management meetings; 5. Safety Review Team meetings; 6. Company Core Data Sheets; 7. Company Core Safety Information Sheets; 8. Material Safety Data Sheets; 9. Safety Data Sheets; 10. Justification Documents; 11. Any and all protocols relating to adverse event adjudication and reporting; 12. The evaluation or adjudication of adverse events; 13. Any compilators or analyses of adverse events; 14. Safety Signal Review or Analyses; 15. Risk Assessments; 16. Hazard Assessments; 17. Audits (See RFP Set 6) | ESI | Did not agree to produce go-gets. L'Oreal's position: This request seeks information from custodial files or databases and is therefore not a "go get." | None, subject to comments | Revlon does not retain third parties to investigate or otherwise conduct post-market surveillance concerning its HRPs. Revlon is engaged in a continuing investigation and reserves the right to amend/supplement its response. | M&C + Will Produce if located | Requests a further meet and confer to better understand the nature of the documents sought --to determine whether readily available go-gets of responsive documents exist. If go gets exist, will produce 90 days after M&C | Will Produce if located | By JUNE 18, 2024, will produce documents to the extent go gets exist. | Already Produced Some + Will Produce More Go Gets | BY MAY 1, 2024, will Produce Material Safety Data Sheets, Safety Data Sheets, and audits related to Sally Beauty SILK Elements or Proclaim hair relaxer products. | Will Produce | Will produce with other "go-gets" on or before June 7, 2024 | None | Avlon does not conduct post-market surveillance as it is understood from this priority for its hair relaxer products and does not possess much of the information requested. Avlon has previously produced its material safety data sheets. | ESI | Notes from (5/7) M&C: to get other documents or communications, they would need to conduct an ESI search. Not a "go-get" | Discovery has not yet advanced to this stage | N/A |
| Sally Beauty Specific: RFP Set 7, RFP 4: SEC Forms 10-K and 20-F | | | | | | | | | Already Produced | | | | | | | | | |
| Sally Beauty Specific: RFP Set 6, RFP 1: Voluntary Cosmetic Registration Program submissions related to Sally Beauty Silk Elements or Proclaim hair relaxer products. | | | | | | | | | Will Produce if located | | | | | | | | | |
| L'OREAL SPECIFIC: The following documents related to the "4 step" evaluation of your HRP's: ingredient origins, ingredient identify cards, conditions and frequency of use analysis, ingredient dosage, maximum safe concentrations, microbiological analyses, tolerance verifications, toxicologist reports. (See RFP Set 5) | ESI | Did not agree to produce go-gets L'Oreal's position: This request seeks information from custodial files and is therefore not a "go get." | | | | | | | | | | | | | | | | |
| L'OREAL SPECIFIC: Please also include responsive documents from the following file paths: Cambridge Group Study Data Material 39200-0029-418-DOC-543 7 Glynn, Joe - Joe Glynn 2\Pro Beauty Central\PBC Documentation HSR Filing Material 39-0029-5-HSR-1 R&I - US Applications R&I - US Patents | Objection; likely ESI | Did not agree to produce go-gets or even address this. L'Oreal's position: This appears to be a new document request that is untethered to any relevant subject matter. Additionally, any search of an entire filepath (which L'Oreal USA is not inclined to undertake) would require the use of a search methodology and therefore would not be a "go get." Plaintiff's position: File-paths are akin to a relevant filing cabinet drawer. Plaintiffs have identified specific cabinet drawers we believe have relevant information based on documents already produced. Thus, no searches or search methodologies is required to identify these documents, as the specific location has already been provided. As such, L'Oreal should produce the relevant documents from these specific drawers (file-paths). | | | | | | | | | | | | | | | | |