**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>Case No. 23-cv-0818<br><br>Judge Mary M. Rowland |

# ORDER

Between February 9, 2023 and April 30, 2024, the Court entered an order dismissing one of more defendant(s) in the following cases on the dates listed.

1:23-cv-1181      Sanders v. Luster Products      4/3/2024
Terminated: Chemcho Corporation

1:23-cv-6623      Andrews v. Loreal USA Inc.      4/2/2024
Terminated: Carol Cosmetics, LLC d/b/a Posner Cosmetics, Dudley Beauty Corporation, LLC, and Dudley Products Company, LLC

1:23-cv-6650      Scott et al v. LOreal USA Inc. et al      4/2/2024
Terminated: Dudley Products, Inc.

1:23-cv-07278 Adams-Woods v. L Oreal USA, Inc. et al      4/2/2024
Terminated: Carol Cosmetics, LLC d/b/a Posner Cosmetics

1:23-cv-07306 Alexander v. AFAM Concept, Inc. et al      4/2/2024
Terminated: Agave Products, Inc., Carol Cosmetics d/b/a Posner Cosmetics, Chapman Products, Inc., Essations, Inc., and She Bee Stingin, Inc.

1:23-cv-07483 Allison v. Beauty Bell Enterprises LLC      4/3/2024
Terminated: Straight Request

1:23-cv-07553 Banks-Brown v. Godrej SON Holdings, Inc.      4/2/2024
Terminated: Dudley Products Company, Inc

1:23-cv-07568 Barken v. Beauty Bell Enterprises LLC et al      4/2/2024
Terminated: Carol Cosmetics d/b/a Posner Cosmetics

1:23-cv-07590 Barr v. AFAM Concept, Inc. et al                                   4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics, Chapman Products Company, Inc.,
Dudley Products, Inc. and Essations, Inc.

1:23-cv-07861 Bolden v. AFAM Concept, Inc. et al                                 4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics, Chapman Products Company, Inc.,
Dudley Products, Inc., and She Bee Stingin, Inc.

1:23-cv-07888 Boone  v. Avlon Industries et al                                   4/2/2024
Terminated:   Chapman Products Company, Inc.;

1:23-cv-07939 Britt v. AFAM Concept, Inc. et al                                  4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics and Dudley Products, Inc.

1:23-cv-07979 Brooks v. AFAM Concept, Inc. et al                                 4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics, Nutrine, Ltd., and She Bee Stingin,
Inc.

1:23-cv-08170 Brooks v. AFAM Concept Inc. et al                                  4/2/2024
Terminated:  Agave Products, Inc., Carol Cosmetics d/b/a Posner Cosmetics, Chapman
Products, Inc., Chemco Corporation, Essations, Inc., Dudley Beauty Corporation, LLC, JBC
Distributors, Inc., She Bee Stingin, Inc. and Straight Request

1:23-cv-08293 Brown  v. AFAM Concept, Inc. et al                                 4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-08297 Carson v. AFAM Concept, Inc. et al                                 4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics

1:23-cv-08303 Carter v. AFAM Concept Inc. et al                                  4/2/2024
'Terminated:  Carol Cosmetics d/b/a Posner Cosmetics and Dudley Products, Inc.

1:23-cv-08307 Clark v. AFAM Concept Inc. et al                                   4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics

1:23-cv-08311 Clinton v. AFAM Concept Inc. et al                                 4/2/2024
Terminated:  Agave Products, Inc., Carol Cosmetics d/b/a Posner Cosmetics, Chapman
Products, Inc., Kenra Professional, LLC d/b/a Elucence Products, Dudley Beauty
Corporation, LLC, JBC Distributors, Inc., She Bee Stingin, Inc. and Straight Request

1:23-cv-08323 Craig  v. AFAM Concept Inc. et al                                  4/2/2024
Terminated:  Agave Products, Inc., Carol Cosmetics d/b/a Posner Cosmetics, Chapman
Products, Inc., Chemco Corporation, Kenra Professional, LLC d/b/a Elucence Products,
Dudley Beauty Corporation, LLC, She Bee Stingin, Inc. and Straight Request

1:23-cv-08335 Davis v. AFAM Concept Inc. et al                                   4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics, Chapman Products Company, Inc.,
and JBC Distributors, Inc

1:23-cv-08340 Davis  v. Avlon Industries et al                                4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-08454 Ruffin-Wilson v. Beauty Bell Enterprises al                     4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-08465 Roe v. Avlon Industries et al                                   4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics

1:23-cv-08473 Roberson  v. Beauty Bell Enterprises LLC                        4/2/2024
Terminated:  Dudley Products, Inc. and She Bee Stingin, Inc.

1:23-cv-08480 Pippen v. AFAM Concept, Inc.                                    4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics, Chemco Corporation, She Bee
Stingin, Inc., and Straight Request

1:23-cv-08560 Parker v. AFAM Concept, Inc.                                    4/2/2024
Terminated:   Carol Cosmetics d/b/a Posner Cosmetics, Chapman Products, Company, Inc.,
Chemco Corporation, Dudley Products, Inc., and JBC Distributors, Inc.

1:23-cv-08566 Murry v. AFAM Concept, Inc.,  et al                             4/2/2024
Terminated:  Chapman Products Company, Inc.

1:23-cv-08597 Miles v. AFAM Concept, Inc. et al                               4/2/2024
Terminated:  Chapman Products Company, Inc. and Dudley Products, Inc.

1:23-cv-08615 McCall v. Avlon Industries Inc. et al                          4/2/2024
Terminated:  Chapman Products Company, Inc.

1:23-cv-08625 Maull v. Avlon Industries et al                                4/2/2024
Terminated:  Agave Products, Inc., Carol Cosmetics d/b/a Posner Cosmetics, Chemco
Corporation, Dudley Products, Inc., Essations, Inc., JBC Distributors, Inc., Kenra
Professional, LLC d/b/a Elucence Products, Luciano Brothers, LLC d/b/a Dominican Magic,
She Bee Stingin', Inc. and Straight Request

1:23-cv-08776 Diaz v. Avlon Industries et al                                 4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics and Chapman Products Company,
Inc.

1:23-cv-08926 Dunn v. AFAM Concept, Inc. et al                               4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics, Chapman Products Company, Inc.,
and Straight Request

1:23-cv-09121 Eddins et al v. Dabur International  et al                      4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics

1:23-cv-09272 Flores v. Avlon Industries et al                               4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics

1:23-cv-09344 Faulkner v. AFAM Concept Inc. et al        4/2/2024
Terminated:  Agave Products, Inc., Carol Cosmetics d/b/a Posner Cosmetics, Chapman
Products, Inc., Chemco Corporation, Essations, Inc., Dudley Beauty Corporation, LLC,
Nutrine, Ltd., She Bee Stingin,Inc. and Straight Request

1:23-cv-09383 Webb v. AFAM Concept, Inc.        4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics and Straight Request

1:23-cv-09388 Foley  v. Dabur International  et al        4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-09406 Fowler  v. Avlon Industries et al        4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-09417 Wade v. AFAM Concept, Inc.        4/2/2024
Terminated:  Dudley Products, Inc. and Wella Operations US, LLC

1:23-cv-09466 Turner v. Avlon Industries et al        4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-09486 Tisdale v. Avlon Industries et al        4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-09592 Forrest v. Beauty Bell Enterprises LLC et al        4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-09606 Foxworth  v. Beauty Bell Enterprises LLC        4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics and Dudley Products, Inc.

1:23-cv-09664 Scott v. AFAM Concept, Inc.        4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics and Dudley Products, Inc.

1:23-cv-09677 Garduno  v. AFAM Concept, Inc, et al        4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics, Chapman Products Company, Inc.,
and Luciano Brothers LLC d/b/a Dominican Magic

1:23-cv-09724 Robinson v. AFAM Concept, Inc.        4/2/2024
Terminated:  Chapman Products Company, Inc.

1:23-cv-09860 Gioe v. AFAM Concept, Inc, et al        4/2/2024
Terminated:  Agave Products, Inc., Carol Cosmetics d/b/a Posner Cosmetics, Chapman
Products, Inc., Chemco Corporation, Essations, Inc., Dudley Beauty Corporation, LLC,
Nutrine, Ltd., She Bee Stingin, Inc. and Straight Request

1:23-cv-09894 Gorham v. AFAM Concept, Inc, et al        4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-09965 Tate v. AFAM Concept, Inc.                     4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-10155 Wallace v. AFAM Concept, Inc, et al        4/2/2024
Terminated:  Agave Products, Inc., Carol Cosmetics d/b/a Posner Cosmetics, Chapman Products Company, Inc., Dudley Products, Inc., JBC Distributors, Inc., Nutrine, Ltd., She Bee Stingin', Inc., and Straight Request

1:23-cv-10163 Green  v. AFAM Concept, Inc, et al          4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics, Chapman Products Company, Inc., Chemco Corporation, and Dudley Products, Inc

1:23-cv-10257 Stewart v. Dabur International Ltd.  et al      4/2/2024
Terminated:  Chapman Products Company, Inc. and Dudley Products, Inc.

1:23-cv-10367 Petty v. AFAM Concept, Inc, et al          4/2/2024
Terminated:  Agave Products, Inc. and Carol Cosmetics d/b/a Posner Cosmetics

1:23-cv-10386 Henderson v. AFAM Concept, Inc.          4/2/2024
Terminated:  Dudley Products, Inc

1:23-cv-10395 Morgan v. AFAM Concept, Inc, et al        4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics

1:23-cv-10409 Moore v. AFAM Concept, Inc, et al         4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-10427 Maddox v. AFAM Concept, Inc, et al       4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics, Chapman Products Company, Inc. and Dudley Products, Inc.

1:23-cv-10633 Ashley v. AFAM Concept, Inc.            4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics and Chapman Products Company, Inc

1:23-cv-10650 Harding v. Beauty Bell Enterprises LLC     4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-10747 Anderson v. AFAM Concept, Inc. et al       4/2/2024
Terminated: Carol Cosmetics, LLC d/b/a Posner Cosmetics, Dudley Beauty Corporation, LLC, and Dudley Products Company, LLC

1:23-cv-10815 Wiles  v. AFAM Concept, Inc, et al         4/2/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics, Chapman Products Company, Inc., Chemco Corporation and Essations, Inc.

1:23-cv-10857 Wiggins v. Avlon Industries et al           4/2/2024
Terminated:  Chapman Products Company, Inc.

1:23-cv-10867 Hudson v. Beauty Bell Enterprises LLC                                4/2/2024
Terminated:  Chapman Products Company, Inc., JBC Distributors, Inc. and Dudley
Products, Inc

1:23-cv-10954 Hurst v. Avlon Industries Inc et al                                  4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-10967 White v. AFAM Concept Inc. et al                                     4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-11163 Wilson v. AFAM Concept Inc. et al                                    4/2/2024
Terminated:  Agave Products, Inc. and Dudley Products, Inc.

1:23-cv-11439 Jackson v. AFAM Concept, Inc. et al                                  4/2/2024
Terminated:  Chemco Corporation and Dudley Products, Inc.

1:23-cv-11549 Johnson v. AFAM Concept, Inc. et al                                  4/2/2024
Terminated:  Chapman Products Company, Inc.

1:23-cv-11597 Williams v. Avlon Industries, Inc. et al                             4/2/2024
Terminated:  Dudley Products, Inc.

1:23-cv-11645 Jones v. AFAM Concept, Inc, et al                                    4/2/2024
Terminated:  Chapman Products Company, Inc., JBC Distributors, Inc. and Dudley
Products, Inc.

1:23-cv-11782 Jones v. Avlon Industries, Inc. et al                                4/3/2024
Terminated:  Dudley Products, Inc.

1:23-cv-11817 Williams v. AFAM Concept, Inc.                                       4/3/2024
Terminated:   Carol Cosmetics d/b/a Posner Cosmetics, and Dudley Products, Inc.

1:23-cv-11882 Williams v. AFAM Concept, Inc.  et al                                4/3/2024
Terminated:  Chapman Products Company, Inc. and Dudley Products, Inc.

1:23-cv-11977 Perry v. AFAM Concept, Inc.                                          4/3/2024
Terminated:  Dudley Products, Inc.

1:23-cv-12000  Knight v. Godrej SON Holdings, Inc. et al                           4/3/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics and Dudley Products, Inc.

1:23-cv-12540 Jones v. AFAM Concept, Inc, et al                                    4/3/2024
Terminated:  Agave Products, Inc., Carol Cosmetics d/b/a Posner Cosmetics, and Chapman
Products, Inc.

6

1:23-cv-12696 Tubbs v. Beauty Bell Enterprises LLC et al                    4/3/2024
Terminated:  Chapman Products Company, Inc. and Kenra Professional, LLC d/b/a
Elucence Products

1:23-cv-12793 Keiser v. AFAM Concept, Inc, et al                           4/3/2024
Terminated:  Dudley Products, Inc.

1:23-cv-14643 Conley v. AFAM Concept Inc.                                   4/3/2024
Terminated:  Dudley Products, Inc.

1:23-cv-14752 Ross v. Avlon Industries, Inc. et al                         4/3/2024
Terminated:  Dudley Products, Inc.

1:23-cv-14760 Williams v. Godrej SON Holdings, Inc.                        4/3/2024
Terminated:  Dudley Products, Inc.

1:23-cv-14876 Miles v. Godrej SON Holdings LLC et al                       4/3/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics

1:23-cv-14957 Holmes v. AFAM Concept, Inc. et al                           4/3/2024
Terminated:  Dudley Products, Inc.

1:23-cv-16344 Daniels v. Avlon Industries, Inc. et al                      4/3/2024
Terminated:  Carol Cosmetics d/b/a Posner Cosmetics

1:23-cv-1640  Lejeune v. L'Oreal USA Inc. et al                            4/24/2024
Terminated:  Revlon defendants

1:23-cv-04450 Fuggetta v L Oreal USA, Inc. et al                           8/31/2023
Terminated:  Dermoviva Skin Essentials, Inc.

1:23-cv-06782 Anderson v. AFAM Concept, Inc.                               1/18/2024
Terminated:  Parfums de Coeur, Ltd. d/b/a PDC Brands

1:23-cv-7119  Oxford v. AFAM Concept, Inc.                                 1/19/2024
Terminated:  Parfums de Coeur, Ltd. d/b/a PDC Brands

1:23-cv-8050  Irving v. AFAM Concept, Inc.                                 1/19/2024
Terminated:  Parfums de Coeur, Ltd. d/b/a PDC Brands

1:23-cv-8132  Crumley v. Revlon                                            12/8/2023
Terminated:  Johnson & Johnson

1:23-cv-8331  Keto v. Dabur International Ltd.  et al          10/20/2023/11/14/2023
Terminated:  Rite Aid Corporation, PDC Brands, LLC

1:23-cv-8608  McVea v. AFAM Concept, Inc. et al                            4/19/2024
Terminated:  Straight Request

1:23-cv-8768  Marshall v. Beauty Bell Enterprises, LLC          1/19/2024
Terminated:  Parfums de Coeur, Ltd. d/b/a PDC Brands

1:23-cv-8799  Gray v. AFAM Concept, Inc.                        1/19/2024
Terminated:  Parfums de Coeur, Ltd. d/b/a PDC Brands

1:23-cv-8894  Barkus v. Revlon Consumer Products Corp           12/8/2023
Terminated:  Johnson & Johnson

1:23-cv-10623 Smith v. Beauty Bell Enterprises LLC             11/7/2023
Terminated:  Walmart, Inc.

1:23-cv-13496 Matthews v. Revlon Consumer Products             4/22/2024
Terminated:  Essations, Inc.

1:23-cv-14594 Olivari v. Beauty Bell Enterprises LLC           4/24/2024
Terminated:  Revlon defendants

1:23-cv-02586 Pierre-Louis v. LOreal USA Inc.                  3/22/2024
Terminated:  Dr. Miracle

1:23-cv-1058  Freeman v. L'Oreal USA, Inc                      7/11/2023
Terminated:  Parfums de Coeur LTD d/b/a PDC Brands

1:23-cv-9130  MOON v. L'Oreal USA, Inc.                        2/28/2024
Terminated:  Parfums de Coeur, Ltd. d/b/a PDC Brands

1:23-cv-16045 Robinson v. Loreal USA Products                  2/28/2024
Terminated:  Parfums de Coeur, Ltd. d/b/a PDC Brands

1:23-cv-16263 Carr v. Loreal USA, Inc.                         2/28/2024
Terminated:  Parfums de Coeur, Ltd. d/b/a PDC Brands

1:23-cv-16428 Lowder v. L'Oreal USA, Inc                       2/28/2024
Terminated:  Parfums de Coeur, Ltd. d/b/a PDC Brands

1:23-cv-12038 Young v. Revlon, Inc.                            2/21/2024
Terminated:  AFAM Concept, Inc. d/b/a JF Labs, Inc., Beauty Bell Enterprises LLC f/k/a
House of Cheatham, Inc., House of Cheatham LLC, Namaste Laboratories LLC, and Godrej
SON Holdings, Inc.

1:22-cv-6047  Smith v. L'Oreal USA                             3/2/2023
Terminated:  Parfums de Coeur, Ltd., d/b/a PDC Brands

1:23-cv-1054  May v. L'Oreal USA                               5/2/2023
Terminated:  PDC BRANDS, PARFUMS DE COEUR, LTD., and REVLON, INC

1:23-cv-4033  Johnson v. L'Oreal USA, Inc.                     7/26/2023
Terminated:  PARFUMS DE COEUR, LTD.

8

1:23-cv-04037 Burns v. L'Oreal USA, Inc. et al                                      8/8/2023
Terminated: Revlon defendants

1:23-cv-04038 Davis v. L'Oreal USA, Inc. et al                                      8/8/2023
Terminated: Revlon defendants

1:23-cv-04054 Johnson-Salaam v. L'Oreal USA, Inc.                                   8/8/2023
Terminated: Revlon defendants

1:23-cv-04490 Reaves v. LOreal USA Inc. et al                                       8/23/2023
Terminated: Revlon defendants

1:23-cv-04736 Summers v. LOreal USA Inc. et al                                      8/3/2023
Terminated: Revlon defendants

1:23-cv-05007 Moran v. L Oreal USA, Inc. et al                                      10/10/2023
Terminated: Dermovia Skin Essentials, Inc.

1:23-cv-05966 Greene v. Beauty Bell Enterprises LLC                                 8/29/2023
Terminated: Revlon defendants

1:23-cv-06195 Terrell Jr. v. AFAM Concept, Inc. et al                               11/29/2023
Terminated: Revlon defendants

1:23-cv-06210 Epperson v. Godrej SON Holdings, Inc.                                 11/29/2023
Terminated: Revlon defendants

1:23-cv-06576 Barrant et al v. Beauty Bell Enterprises LLC                          11/7/2023
Dismissed: Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-06674 Castille v. AFAM Concept, Inc.                                        11/7/2023
Dismissed: Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-06682 Clinkscales v. AFAM Concept, Inc. et al                               11/7/2023
Dismissed: Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-06710 Getachew v. L'Oreal USA, Inc. et al                                   10/20/2023
Dismissed: CVS Pharmacy, Inc., CVS, Inc., Rite Aid Corporation and Walmart, Inc.
formerly Wal-Mart Stores, Inc.

1:23-cv-07460 Williams-Wright v. Revlon Consumer Pr                                 4/19/2024
Dismissed: Chapman Products Co., Inc. and Essation Inc.

1:23-cv-07474 Burdex v. Avlon Industries, Inc. et al                                11/7/2023
Dismissed: Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-07525 Harvell v. AFAM Concept, Inc.                                      10/20/2023
Dismissed: Dollar General Corporation, Walgreen Co. and Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-07551 Hearn-Pellot v. AFAM Concept, Inc. et al                           10/20/2023
Dismissed: CVS Pharmacy Inc., CVS Inc., Walgreen Co., and Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-07608 Estrada v. Revlon Consumer Products                                4/19/2024
Dismissed: Essation Inc.

1:23-cv-07741 Henderson v. Beauty Bell Enterprises LLC                           10/22/2023
Dismissed: Walgreen Co. and Walmart, Inc. formerly WalMart Stores, Inc.

1:23-cv-07781 Davis v. AFAM Concept, Inc.                                        10/31/2023
Dismissed: Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-07790 Dushanska v. Dabur International Ltd. et al                        11/7/2023
Dismissed: Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-07810 Bryant-Hudson v. Loreal USA, Inc. et al                            4/19/2024
Dismissed: Chapman Products Co., Inc.

1:23-cv-07834 Cruz v. Avlon Industries, Inc. et al                              4/24/2024
Dismissed: Revlon defendants

1:23-cv-07857 Pittman v. Revlon Consumer Products                                4/19/2024
Dismissed: Chapman Products Co., Inc.

1:23-cv-07977 Morrison v. Revlon, Inc. et al                                     4/2/2024
Dismissed: Carol Cosmetics d/b/a Posner Cosmetics, Nutrine, Ltd., and She Bee Stingin, Inc.

1:23-cv-08074 Thompson v. AFAM Concept, Inc. et al                               10/20/2023
Dismissed: Dollar General Corporation and Family Dollar LLC

1:23-cv-08288 Garland v. Revlon Inc et al                                        2/26/2024
Dismissed: Revlon defendants

1:23-cv-08321 Holliday v. Beauty Bell Enterprises LLC                            11/7/2023
Dismissed: Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-08341 Mackins v. AFAM Concept, Inc.                                      10/20/2023
Dismissed: Dollar General Corporation, Family Dollar LLC, and Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-08349 Miller v. AFAM Concept, Inc.                                       11/14/2023
Dismissed: PDC Brands LLC

1:23-cv-08352 Munson v. Beauty Bell Enterprises LLC      11/6/2023
Dismissed: Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-08363 Parker v. Beauty Bell Enterprises LLC      11/7/2023
Dismissed: Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-08423 Ojemuyiwa v. Revlon Consumer Products      4/19/2024
Dismissed: Chapman Products Co., Inc.

1:23-cv-08436 Williams v. Revlon Consumer Products      4/19/2024
Dismissed: Chapman Products Co., Inc.

1:23-cv-08437 Coleman v. Revlon Consumer Products      4/19/2024
Dismissed: Naked by Essations and Chapman Products Co., Inc.

1:23-cv-08552 Harris v. AFAM Concept, Inc.      2/23/2024
Dismissed: Revlon defendants

1:23-cv-08554 Young v. AFAM Concept, Inc.      2/23/2024
Dismissed: Revlon defendants

1:23-cv-08561 Golden-Harper v. AFAM Concept, Inc.      10/20/2023
Dismissed: Target Corporation and Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-08567 Brown v. Revlon Consumer Products      2/26/2024
Dismissed: Revlon defendants

1:23-cv-08574 Rose v. Beauty Bell Enterprises LLC      11/7/2023
Dismissed: Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-08576 Burkett v. Revlon Inc et al      2/26/2024
Dismissed: Revlon defendants

1:23-cv-08586 Russell v. Dabur International Ltd. et al      11/7/2023
Dismissed: Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-08595 Smith v. AFAM Concept, Inc.      10/20/2023
Dismissed: CVS Pharmacy Inc., CVS Inc., and Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-08616 Taylor-Johnson v. Beauty Bell Enterprises      11/7/2023
Dismissed: Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-08658 Rivers v. Revlon Inc et al      2/26/2024
Dismissed: Revlon defendants

1:23-cv-08659 Roach-Alexis v. Revlon Inc et al      2/26/2024
Dismissed: Revlon defendnats

1:23-cv-08666 Sanders v. Revlon Inc et al                                    2/26/2024
Dismissed:  Revlon defendants

1:23-cv-08688 Whitehead v. Revlon Inc et al                                  2/26/2024
Dismissed:  Revlon defendants

1:23-cv-08803 Craig et al v. AFAM Concept Inc.                               3/4/2024
Dismissed:  Revlon defendants

1:23-cv-08848 Gandar v. Loreal USA, Inc. et al                              3/4/2024
Dismissed:  Revlon defendants

1:23-cv-08869 Gatling v. AFAM Concept Inc.                                   3/4/2024
Dismissed:  Revlon defendants

1:23-cv-08881 Gilford v. Beauty Bell Enterprises LLC                        3/4/2024
Dismissed:  Revlon defendants

1:23-cv-08895 Jones v. Revlon Consumer Products                             4/19/2024
Dismissed:  Chapman Products Co., Inc.

1:23-cv-08903 Morse v. Revlon Consumer Products                             4/19/2024
Dismissed:  Chapman Products Co., Inc.

1:23-cv-08907 Toni v. Beauty Bell Enterprises LLC et al                     3/4/2024
Dismissed:  Revlon defendants

1:23-cv-08969 Love v. AFAM Concept, Inc.                                     3/4/2024
Dismissed:  Revlon defendants

1:23-cv-09039 Maurer v. AFAM Concept, Inc.                                   3/4/2024
Dismissed:  Revlon defendants

1:23-cv-09043 Nicholas et al v. L'Oreal USA, Inc. et al                     2/26/2024
Dismissed:  Revlon defendants

1:23-cv-09082 McMillian v. Beauty Bell Enterprises                          3/4/2024
Dismissed:  Revlon defendants

1:23-cv-09119 Morales v. Loreal USA, Inc. et al                             3/4/2024
Dismissed:  Revlon defendants

1:23-cv-09135 Ned v. AFAM Concept, Inc.                                      3/4/2024
Dismissed:  Revlon defendants

1:23-cv-09151 Perry et al v. Loreal USA, Inc. et al                         3/4/2024
Dismissed:  Revlon defendants

1:23-cv-09202 Ward v. L'Oreal USA, Inc. et al     3/4/2024
Dismissed:  Revlon defendants

1:23-cv-09235 Beard v. Revlon Inc et al     2/26/2024
Dismissed:  Revlon defendants

1:23-cv-09247 Blackburn v. AFAM CONCEPT, INC     4/19/2024
Dismissed:  Revlon defendants

1:23-cv-09299 Durham-McCloud v. House Of Cheatham     4/19/2024
Dismissed:  Revlon defendants

1:23-cv-09328 Parker v. AFAM Concept Inc. et al     4/24/2024
Dismissed:  Revlon defendants

1:23-cv-09432 Green v. Avlon Industries, Inc. et al     10/22/2023
Dismissed:  Revlon defendants

1:23-cv-09484 Jackson v. Godrej SON Holdings, Inc.     2/23/2023
Dismissed:  Revlon defendants

1:23-cv-09494 Burgess v. Godrej SON Holdings, Inc.     11/7/2023
Dismissed: Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-09504 Goodman-Stevenson v. AFAM Concept     2/23/2024
Dismissed:  Revlon defendants

1:23-cv-09526 Hosea v. Revlon Consumer Products     4/19/2024
Dismissed:  Chapman Products Co., Inc.

1:23-cv-09532 Knox v. Revlon Consumer Products     4/19/2024
Dismissed:  Chapman Products Co., Inc.

1:23-cv-09590 Roberts v. Revlon Consumer Products     4/19/2024
Dismissed:  Phytochem USA Inc. and Chapman Products Co., Inc.

1:23-cv-09631 Morgan v. Revlon Consumer Products     4/19/2024
Dismissed:  Essations, Inc.

1:23-cv-09701 Gale v. Beauty Bell Enterprises LLC     10/20/2023
Dismissed:  CVS Pharmacy Inc., and CVS Inc

1:23-cv-09735 Sandle et al v. L Oreal USA, Inc. et al     4/25/2024
Dismissed:  Revlon defendants

1:23-cv-09762 Talley v. AFAM Concept Inc.     4/25/2024
Dismissed:  Revlon defendants

1:23-cv-09809 Coates v. Revlon Inc. et al      2/26/2024
Dismissed:  Revlon defendants

1:23-cv-09810 Jacques v. Revlon Consumer Products      4/19/2024
Dismissed:  Chapman Products Co., Inc.

1:23-cv-09814 Hall v. AFAM Concept, Inc.      10/20/2023
Dismissed:  Kroger Corporation and Walgreen Co.

1:23-cv-09857 Mason v. Revlon Inc. et al      2/23/2024
Dismissed:  Revlon defendants

1:23-cv-09859 Lindsay v. Revlon Consumer Products      4/19/2024
Dismissed:  Chapman Products Co., Inc.

1:23-cv-09879 Matthews v. Revlon Inc. et al      2/26/2024
Dismissed:  Revlon defendants

1:23-cv-09881 Butler-Gill v. Revlon Consumer Products      4/19/2024
Dismissed:  Essations, Inc.

1:23-cv-09895 Phillips  v. Revlon Consumer Products      4/19/2024
Dismissed:  Phytochem USA Inc.

1:23-cv-09945 Tiera Harrell on Behalf of the Estate of Alicia Harrell, Deceased v. AFAM
Concept, Inc. d/b/a JF Labs, Inc.      11/7/2023
Dismissed:  Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-10065 Hill v. AFAM Concept, Inc.      11/8/2024
Dismissed:  Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-10117 Lewis v. Beauty Bell Enterprises LLC et al      10/20/2023
Dismissed:  Meijer Inc. and Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-10175 Long v. AFAM Concept, Inc.  et al      10/22/2023
Dismissed:  Walgreen Co. and Walmart, Inc. formerly WalMart Stores, Inc.

1:23-cv-10180 Biggs v. Revlon Inc et al      2/26/2024
Dismissed:  Revlon defendants

1:23-cv-10195 Brown v. Revlon, Inc. et al      2/26/2024
Dismissed:  Revlon defendants

1:23-cv-10198 Pittman v. Revlon Inc. et al      2/26/2024
Dismissed:  Revlon defendants

1:23-cv-10234 Brooks-Lewis v. Beauty Bell Enterprises          4/25/2024
Dismissed:  Revlon defendants

1:23-cv-10245 Jones v. Revlon Consumer Products               4/19/2024
Dismissed:  Chapman Products Co., Inc.

1:23-cv-10274 Bryant v. Revlon, Inc. et al                    2/26/2024
Dismissed: Revlon defendants

1:23-cv-10287 Mattison v. Avlon Industries, Inc. et al        10/22/2023
Dismissed:  Walgreen Co.

1:23-cv-10336 McFarlin v. AFAM Concept Inc.                   4/24/2024
Dismissed:  Revlon defendants

1:23-cv-10349 Morin v. L Oreal USA Products, Inc. et al       4/25/2024
Dismissed:  Revlon defendants

1:23-cv-10361 Carter v. Revlon, Inc. et al                    2/26/2024
Dismissed:  Revlon defendants

1:23-cv-10442 McCohn v. Dabur International Ltd.              10/20/2023
Dismissed:  Rite Aid Corporation and Target Corporation

1:23-cv-10447 Hockless v. AFAM Concept, Inc.                  4/2/2024
Dismissed:  JBC Distributors, Inc.

1:23-cv-10453 Munyaka v. AFAM Concept, Inc.                   10/20/2023
Dismissed:  Family Dollar LLC and Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-10467 Nixon v. AFAM Concept, Inc.                     10/20/2023
Dismissed:  J.C. Penney Corporation Inc.

1:23-cv-10470 Timms v. Revlon Consumer Products              4/19/2024
Dismissed:  Alfaparf Milan

1:23-cv-10513 Richardson v. AFAM Concept, Inc et al          10/23/2023
Dismissed: Dollar General Corporation, Family Dollar LLC, and Walmart, Inc. formerly
Wal-Mart Stores, Inc.

1:23-cv-10533 Shipman v. Beauty Bell Enterprises LLC         10/23/2023
Dismissed:  Walgreen Co.

1:23-cv-10551 Kight v. Revlon Inc. et al                     2/26/2024
Dismissed:  Revlon defendants

1:23-cv-10555 Owens v. Revlon, Inc. et al                    2/26/2024
Dismissed:  Revlon defendants

15

1:23-cv-10565 Solamente v. Revlon Consumer Products     4/22/2024
Dismissed:  Chapman Products Co., Inc.

1:23-cv-10575 Black v. Revlon Consumer Products     4/22/2024
Dismissed:  Chapman Products Co., Inc.

1:23-cv-10601 Linson v. Revlon Inc. et al     2/26/2024
Dismissed:  Revlon defendants

1:23-cv-10627 Washington v. Beauty Bell Enterprises     11/7/2023
Dismissed:  Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-10630 Winfield v. AFAM Concept, Inc.     11/7/2023, 2/23/2024
Dismissed:  Walmart, Inc. formerly Wal-Mart Stores, Inc., Revlon defendants

1:23-cv-10632 Thomas v. AFAM Concept, Inc.     10/22/2023
Dismissed:  Walgreen Co. and Walmart, Inc. formerly WalMart Stores, Inc.

1:23-cv-10656 Rice v. Revlon Inc. et al     2/26/2024
Dismissed:  Revlon defendants

1:23-cv-10863 Shares v. Revlon Inc. et al     2/26/2024
Dismissed:  Revlon defendants

1:23-cv-10966 Norkin v. Revlon, Inc et al     3/28/2024
Dismissed:  Revlon defendants

1:23-cv-10991 Williams v. Revlon Consumer Products     4/19/2024
Dismissed:  Essations, Inc., Alfaparf Milano

1:23-cv-11038 Hayes v. Revlon, Inc. et al     2/26/2024
Dismissed:  Revlon defendants

1:23-cv-11040 Jackson et al v. Revlon Inc. et al     2/26/2024
Dismissed:  Revlon defendants

1:23-cv-11094 Bernard v. Revlon Consumer Products     4/22/2024
Dismissed:  Phytochem USA Inc.

1:23-cv-11123 Daniels v. Revlon Consumer Products     4/22/2024
Dismissed:  Chapman Products Co., Inc.

1:23-cv-11128 Rhodes v. Revlon, Inc et al     2/26/2024
Dismissed:  Revlon defendants

1:23-cv-11141 Harris v. Revlon Inc. et al     2/26/2024
Dismissed:  Revlon defendants

1:23-cv-11196 Tisdale v. Revlon Inc. et al                                           2/26/2024
Dismissed:  Revlon defendants

1:23-cv-11197 Jacobs v. Revlon, Inc. et al                                           2/26/2024
Dismissed:  Revlon defendants

1:23-cv-11219 Liddell v. Revlon Consumer Products                                    4/22/2024
Dismissed:  Essations, Inc.

1:23-cv-11223 Nooner v. AFAM Concept, Inc.                                           10/22/2023
Dismissed:  Walgreen Co. and Walmart, Inc. formerly WalMart Stores, Inc.

1:23-cv-11298 Mathews v. Revlon Inc. et al                                           2/26/2024
Dismissed:  Revlon defendants

1:23-cv-11323 Matos v. Revlon Inc. et al                                             2/26/2024
Dismissed:  Revlon defendants

1:23-cv-11353 McCloud v. Revlon Inc. et al                                           2/26/2024
Dismissed:  Revlon defendants

1:23-cv-11403 Pearson v. Revlon Consumer Products                                    4/22/2024
Dismissed:  Chapman Products Co., Inc.

1:23-cv-11498 Smith v. Revlon Consumer Products                                      4/22/2024
Dismissed:  Essations, Inc and Chapman Products Co., Inc.

1:23-cv-11613 Lymon v. Revlon, Inc. et al                                            2/26/2024
Dismissed:  Revlon defendants

1:23-cv-11684 Brown v. Revlon, Inc. et al                                            2/26/2024
Dismissed:  Revlon defendants

1:23-cv-11717 Tolbert v. Revlon Consumer Products                                    4/22/2024
Dismissed:  Chapman Products Co., Inc.

1:23-cv-11772 Mack v. L'Oreal USA, Inc. et al                                        11/7/2023
Dismissed:  Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-11838 Fannin v. AFAM Concept, Inc.                                           10/20/2023
Dismissed:  Dollar General Corporation and Walmart, Inc. formerly Wal-Mart Stores, Inc.

1:23-cv-11911 Caldwell v. L Oreal USA, Inc. et al                                    4/19/2024
Dismissed: Revlon defendants

1:23-cv-11915 Woodruff v. Revlon Inc. et al                              2/26/2024
Dismissed: Revlon defendants

1:23-cv-11925 Battles v. Revlon Inc. et al                               2/26/2024
Dismissed: Revlon defendants

1:23-cv-11948 Green-Thompson v. Avlon Industries Inc                     4/25/2024
Dismissed: Revlon defendants

1:23-cv-11978 Marasco v. Revlon Consumer Products                        4/22/2024
Dismissed: Syntonics International Ltd.

1:23-cv-11982 Woods v. Revlon Inc. et al                                 2/26/2024
Dismissed: Revlon defendants

1:23-cv-12011 Curtis v. Revlon Consumer Products                         4/22/2024
Dismissed: Chapman Products Co., Inc.

1:23-cv-12053 Mattison v. L Oreal USA Products, Inc.                     4/25/2024
Dismissed: Revlon defendants

1:23-cv-12067 Norris v. Avlon Industries Inc et al                       4/24/2024
Dismissed: Revlon defendants

1:23-cv-12070 Simpson v. Revlon Consumer Products                        4/19/2024
Dismissed: Alfaparf Milan

1:23-cv-12154 Fowler v. Revlon Consumer Products                         4/22/2024
Dismissed: Syntonics International Ltd.

1:23-cv-12226 Thomas v. Revlon Consumer Products                         4/22/2024
Dismissed: Chapman Products Co., Inc.

1:23-cv-12265 Gainey v. Revlon Consumer Products                         4/22/2024
Dismissed: Essations and Chapman Products Co.

1:23-cv-12564 Evans v. Revlon Consumer Products                          4/22/2024
Dismissed: Chapman Products Co., Inc.

1:23-cv-12604 Grady v. L'Oreal USA, Inc. et al                           10/22/2023
Dismissed: Walgreen Co.

1:23-cv-12654 Hall v. Godrej SON Holdings, Inc. et al                    10/20/2023
Dismissed: Family Dollar GC LLC

1:23-cv-12769 Douglas v. Godrej SON Holdings, Inc.                       11/7/2023
Dismissed: Walmart, Inc. formerly Wal-Mart Stores, Inc.

| | | |
|---|---|---|
| 1:23-cv-12915 | Davis v. Revlon Consumer Products<br>Dismissed:  Chapman Products Co., Inc. | 4/22/2024 |
| 1:23-cv-12932 | O'Dell-Talburt v. L'Oreal USA, Inc.<br>Dismissed:  Chapman Products Co., Inc. | 4/22/2024 |
| 1:23-cv-12942 | Smith v. L Oreal USA Products, Inc.<br>Dismissed:  Revlon defendants | 4/25/2024 |
| 1:23-cv-13017 | Rismay v. L Oreal USA, Inc. et al<br>Dismissed:  Revlon defendants | 4/24/2024 |
| 1:23-cv-13132 | Santana v. Revlon, Inc. et al<br>Dismissed:  Revlon defendants | 2/26/2024 |
| 1:23-cv-13258 | Daniel Clark v. AFAM Concept, Inc.<br>Dismissed:  Dollar General Corporation, Family Dollar GC LLC, and Walmart, Inc.<br>formerly Wal-Mart Stores, Inc. | 10/20/2023 |
| 1:23-cv-14005 | Roebuck v. AFAM Concept, Inc.<br>Dismissed:  Revlon defendants | 4/17/2024 |
| 1:23-cv-14423 | Allen v. L Oreal USA, Inc. et al<br>Dismissed:  Revlon defendants | 4/19/2024 |
| 1:23-cv-14432 | Bennett v. AFAM Concept Inc.<br>Dismissed:  Revlon defendants | 4/19/2024 |
| 1:23-cv-14434 | Bess v. Avlon Industries Inc et al<br>Dismissed:  Revlon defendants | 4/25/2024 |
| 1:23-cv-14445 | Calloway v. AFAM Concept Inc.<br>Dismissed:  Revlon defendants | 4/19/2024 |
| 1:23-cv-14448 | Childs v. AFAM Concept Inc. et al<br>Dismissed:   Revlon defendants | 4/25/2024 |
| 1:23-cv-14449 | Copeland v. L Oreal USA, Inc. et al<br>Dismissed:  Revlon defendants | 4/19/2024 |
| 1:23-cv-14451 | Cox v. L Oreal USA Products, Inc.<br>Dismissed:  Revlon defendants | 4/25/2024 |
| 1:23-cv-14456 | Dallas v. AFAM Concept Inc.<br>Dismissed:  Revlon defendants | 4/19/2024 |

1:23-cv-14457 Daniels v. L Oreal USA Products, Inc.         4/19/2024
Dismissed: Revlon defendants

1:23-cv-14466 Deans v. NAMASTE LABORATORIES         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14479 DeLaTorre v. AFAM Concept Inc.         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14480 Delgardo v. AFAM Concept Inc.         4/19/2024
Dismissed: Revlon defendants

1:23-cv-14483 Dixon v. Beauty Bell Enterprises, LLC         4/19/2024
Dismissed: Revlon defendants

1:23-cv-14486 Dokes v. AFAM Concept Inc.         4/19/2024
Dismissed: Revlon defendants

1:23-cv-14495 Donaldson v. Beauty Bell Enterprises         4/19/2024
Dismissed: Revlon defendants

1:23-cv-14502 Duncan et al v. L Oreal USA Products, Inc.         4/19/2024
Dismissed: Revlon defendants

1:23-cv-14505 Evans v. AFAM Concept Inc.         4/19/2024
Dismissed: Revlon defendants

1:23-cv-14507 Figueroa v. L Oreal USA Products, Inc.         4/19/2024
Dismissed: Revlon defendants

1:23-cv-14509 Free v. L Oreal USA Products, Inc. et al         4/19/2024
Dismissed: Revlon defendants

1:23-cv-14511 Harris v. AFAM Concept Inc.         4/24/2024
Dismissed: Revlon defendants

1:23-cv-14512 Harris v. Luster Products, Inc. et al         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14513 Harrison v. L Oreal USA Products, Inc.         4/24/2024
Dismissed: Revlon defendants

1:23-cv-14516 Hinton v. Avlon Industries Inc et al         4/24/2024
Dismissed: Revlon defendants

1:23-cv-14518 Holmes v. AFAM Concept Inc. et al         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14522 Osaigbovo et al v. AFAM Concept Inc.                    4/25/2024
Dismissed:  Revlon defendants

1:23-cv-14537 Kegler v. AFAM Concept Inc.                             4/25/2024
Dismissed:  Revlon defendants

1:23-cv-14540 Kelly v. AFAM Concept, Inc. et al                       4/25/2024
Dismissed:  Revlon defendants

1:23-cv-14541 Kelly v. L Oreal USA Products, Inc. et al              4/25/2024
Dismissed:  Revlon defendants

1:23-cv-14548 Lewis v. AFAM Concept Inc. et al                        4/24/2024
Dismissed:  Revlon defendants

1:23-cv-14550 Lindsey v. AFAM Concept, Inc. et al                     4/24/2024
Dismissed:  Revlon defendants

1:23-cv-14552 Love v. Beauty Bell Enterprises LLC                     4/25/2024
Dismissed:  Revlon defendants

1:23-cv-14554 Marshall  vs. AFAM Concept Inc. et al                   4/24/2024
Dismissed:  Revlon defendants

1:23-cv-14555 May v. AFAM Concept Inc.                                4/24/2024
Dismissed:  Revlon defendants

1:23-cv-14563 McTear v. AFAM Concept Inc.                             4/24/2024
Dismissed:  Revlon defendants

1:23-cv-14589 Moore v. Beauty Bell Enterprises LLC                    4/24/2024
Dismissed:  Revlon defendants

1:23-cv-14593 Mullen v. Loreal USA Inc et al                          4/24/2024
Dismissed:  Revlon defendants

1:23-cv-14599 Perry v. AFAM Concept Inc. et al                        4/24/2024
Dismissed:  Revlon defendants

1:23-cv-14600 Phillips-DeVane v. Beauty Bell                          4/24/2024
Dismissed:  Revlon defendants

1:23-cv-14601 Polk v. Loreal USA Inc et al                            4/24/2024
Dismissed:  Revlon defendants

1:23-cv-14603 Pugh et al v. AFAM Concept Inc. et al                   4/24/2024
Dismissed:  Revlon defendants

21

1:23-cv-14608 Qualles v. AFAM Concept Inc. et al         4/24/2024
Dismissed: Revlon defendants

1:23-cv-14609 Rahmaan v. Loreal USA Inc et al         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14612 Abellard-Beaubrun v. AFAM Concept Inc.         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14614 Roberts v. Beauty Bell Enterprises LLC         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14615 Perse v. AFAM Concept Inc. et al         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14618 Rusch v. AFAM Concept Inc. et al         4/24/2024
Dismissed: Revlon defendants

1:23-cv-14636 Sloan v. AFAM Concept Inc. et al         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14638 Thornhill v. AFAM Concept Inc. et al         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14645 Turner v. AFAM Concept Inc. et al         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14646 Vardeman v. Beauty Bell Enterprises LLC         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14653 Watson v. Avlon Industries Inc et al         4/24/2024
Dismissed: Revlon defendants

1:23-cv-14657 Watson v. AFAM Concept Inc. et al         4/24/2024
Dismissed: Revlon defendants

1:23-cv-14661 Weaver v. Avlon Industries Inc et al         4/24/2024
Dismissed: Revlon defendants

1:23-cv-14663 Wells v. AFAM Concept Inc. et al         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14664 Richardson v. Loreal USA Inc et al         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14666 Woods v. Avlon Industries Inc et al         4/25/2024
Dismissed: Revlon defendants

1:23-cv-14731 Lawson v. AFAM Concept Inc. et al                    4/25/2024
Dismissed:  Revlon defendants

1:23-cv-14735 McGriff v. Loreal  USA, Inc.  et al                  4/25/2024
Dismissed:  Revlon defendants

1:23-cv-14788 Irving v. L'Oreal USA, Inc. et al                    2/23/2024
Dismissed:  Revlon defendants

1:23-cv-14789 Lightfoot v. Avlon Industries et al                  2/23/2024
Dismissed:  Revlon defendants

1:23-cv-14790 Satchel v. L'Oreal USA, Inc. et al                   2/23/2024
Dismissed:  Revlon defendants

1:23-cv-14853 Crawford v. L'Oreal USA, Inc. et al                  2/26/2024
Dismissed:  Revlon defendants

1:23-cv-14883 Gary v. L' Oreal USA, Inc.  et al                    2/26/2024
Dismissed:  Revlon defendants

1:23-cv-14897 Lassiter v. Loreal USA, Inc. et al                   2/26/2024
Dismissed:  Revlon defendants

1:23-cv-14914 Waiters v. L'Oreal USA, Inc. et al                   2/23/2024
Dismissed:  Revlon defendants

1:23-cv-14927 Key v. AFAM Concept, Inc.  et al                     4/17/2024
Dismissed:  Revlon defendants

1:23-cv-14931 Ford v. AFAM Concept, Inc. et al                     4/17/2024
Dismissed:  Revlon defendants

1:23-cv-15048 Sanders v. AFAM Concept, Inc.                        1/11/2024
Dismissed:  PDC Brands

1:23-cv-15689 Lewis v. Avlon Industries, Inc. et al                4/25/2024
Dismissed:  Revlon defendants

1:23-cv-16325 Tucker Daniel v. Loreal USA, Inc. et al              4/4/2024
Dismissed:  Revlon defendants

1:23-cv-16503 Cabrera-Pequero v. Revlon, Inc. et al                4/4/2024
Dismissed:  Revlon defendants

1:23-cv-16540 Austin v. L'Oreal USA, Inc. et al                    4/5/2024
Dismissed: Revlon defendants

| | |
|---|---|
| 1:23-cv-16671 Wysinger et al v. Namaste Laboratories<br>Dismissed: Revlon defendants | 2/23/2024 |
| 1:23-cv-16673 McMurray v. Luster Products, Inc. et al<br>Dismissed:  Revlon defendants | 2/26/2024 |
| 1:23-cv-16825 Davis v. Revlon, Inc. et al<br>Dismissed:  Revlon defendants | 4/4/2024 |
| 1:24-cv-00119 Dowell v. Loreal USA, Inc. et al<br>Dismissed:  Revlon defendants | 4/17/2024 |
| 1:24-cv-00184 Coles v. AFAM Concept, Inc.<br>Dismissed:  Revlon defendants | 4/17/2024 |
| 1:24-cv-00247 Diggs v. L'Oreal USA Products, Inc.,<br>Dismissed:  Revlon defendants | 4/4/2024 |
| 1:24-cv-02373 Covert v. AFAM Concept, Inc., et al<br>Dismissed:  Revlon defendants, Strength of Nature, LLC | 4/12/2024 |

E N T E R:

Dated: May 30, 2024

_____
MARY M. ROWLAND
United States District Judge