UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br><br>Master Docket Case No. 1:23-cv-00818<br><br>Honorable Mary M. Rowland |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY CONCERNING REVLON'S MOTION TO STRIKE CLASS ALLEGATIONS UNDER RULE 23(d)(1)(D) AND DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

The Plaintiffs' Leadership Committee (hereinafter, "PLC") respectfully moves the Court to file the transcript of a May 30, 2024 hearing in the Revlon Bankruptcy before United States Bankruptcy Judge David S. Jones ("Tr.", attached as Exhibit A) as supplemental authority. The PLC further moves the Court to file two orders in the Revlon Bankruptcy, dated May 31, 2024 and June 3, 2024, BR Dkt. Nos. 957 and 959, respectively (attached as Exhibits B-C, excluding their schedules), as supplemental authority.

The issues raised during the Revlon Bankruptcy hearing, including in the Court's oral rulings (Tr. at 61:24-68:20), and in the orders, are directly relevant to Revlon's Motion to Strike Class Allegations Under Rule 23(d)(1)(D) and Dismiss the Consolidated Class Action Complaint (the "Motion"). Dkt. No. 434 *et seq.* The Motion is fully briefed.[1]

The transcript and orders are relevant to whether and to what extent certain categories of claims against Revlon may be considered barred with finality pursuant to orders entered in the Revlon Bankruptcy. The transcript is relevant to (i) treatment of claims based on recent or future

---

[1] Dkt. Nos. 435 (Revlon's memorandum in support of Motion, "Br."), 521 (Plaintiffs' opposition, "Opp."), and 592 (Revlon's reply).

- 1 -

medical diagnoses (*compare, e.g.*, Tr. at 22:17-23:2, 28:19-29:9, 35:19-36:13, 38:2-22, 51:6-53:15, 64:15-19, 66:2-15, 68:3-13, 69:4-14 *with* Br. at 3-4, 7-8 *and* Opp. at 3, 7-10), and (ii) the potential for individuals to seek relief from applicable deadlines based on qualifying individualized circumstances such as illness, inadequate notice, or other grounds (*compare, e.g.*, Tr. at 51:6-18, 64:1-15, 66:2-22, 68:3-69:18 *with* Br. at 3-4, 7-8 *and* Opp. at 3, 7-10).

The two Revlon Bankruptcy orders are relevant to whether individual claimants may seek relief from the Hair Straightening Bar Date or the MDL Filing Deadline based on individual circumstances. *Compare* Ex. B ¶ 9, Ex. C ¶ 8 *with* Br. at 3-4, 7-8 *and* Opp. at 3, 7-10.

The PLC anticipates filing a status update in this Court further addressing Judge Jones's comments at the May 30, 2024 hearing, the orders, and related implications for this MDL.

Dated: June 4, 2024                    Respectfully submitted,

                                       */s/ Edward A. Wallace*
                                       Edward A. Wallace
                                       **WALLACE MILLER**
                                       150 N. Wacker Dr., Suite 1100
                                       Chicago, Illinois 60606
                                       Tel.: 312-261-6193
                                       Email: eaw@wallacemiller.com

                                       *Plaintiffs' Liaison Counsel*

                                       Diandra "Fu" Debrosse Zimmermann
                                       **DICELLO LEVITT LLCP**
                                       505 20th Street North - Suite 1500
                                       Birmingham, Alabama 35203
                                       Tel.: 205-855-5700
                                       Email: fu@dicellolevitt.com

                                       *Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
Tel.: 401-457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
Tel.:212-566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
Tel.: 850-224-2020
Email: ben@bencrump.com

*Plaintiffs' Co-Lead Counsel*