IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br><br>*Related to: All Cases on Exhibit A* | MDL No. 3060<br><br>Master Docket Case No. 1:23-cv-00818<br><br>Honorable Mary M. Rowland |

## **PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

Plaintiffs' Counsel on behalf of the Plaintiffs identified on Exhibit A, files this Motion for Leave to Amend Short Form Complaints, pursuant to Federal Rule of Civil Procedure 15. In support, Plaintiffs' Counsel states the following:

1. Plaintiffs filed their Short-Form Complaints in September of 2023.

2. Plaintiffs' original Short-Form Complaints were filed against only the Revlon defendants to preserve claims pursuant to the bankruptcy filing deadline of September 14, 2023.

3. Defendants filed their respective answers and defenses on or about January 12, 2024.

4. Plaintiffs seek to amend their respective Short-Form Complaints to add additional information, Defendants and or products manufactured by these defendants.

5. Allowing Plaintiffs to file their Amended Short-Form Complaints would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility.

WHEREFORE, the Plaintiffs respectfully request this Honorable Court grant their Motion for Leave to File Amended Complaints.

Respectfully Submitted,

/s/*Tim K. Goss*

Tim K. Goss
Texas Bar No. 08222660
FREESE & GOSS, PLLC
3500 Maple Ave., Ste. 1100
Dallas, TX 75219
P: 214.761.6610
F: 214.761.6688
tim@freeseandgoss.com


*/s/Kimberly B. Massey*

Kimberly B. Massey
Bar No. ASB-8496-U60R
FREESE & GOSS, PLLC
Regions Harbert Center
1901 6th Ave N., Suite 3120
Birmingham, AL 35203
P:  205.871.4144
kimberly@freeseandgoss.com

*Attorneys for Plaintiffs*

Exhibit A

| Cause Number | Case Caption | Plaintiff Name |
|---|---|---|
| 1:23-cv-07587 | Allen v. Revlon, Inc., et al. | Paula Allen |
| 1:23-cv-11369 | Almond v. Revlon, Inc., et al. | Margaret Almond |
| 1:23-cv-07604 | Alverson v. Revlon, Inc., et al. | Edith Alverson |
| 1:23-cv-08077 | Anselme v. Revlon, Inc., et al. | Wanda Anselme |
| 1:23-cv-08088 | Archie v. Revlon, Inc., et al. | Kenya Archie |
| 1:23-cv-07625 | Belt v. Revlon, Inc., et al. | Naomi Belt |
| 1:23-cv-11327 | Billings v. Revlon, Inc., et al. | Lonye Billings |
| 1:23-cv-07691 | Brown v. Revlon, Inc., et al. | Molly Brown |
| 1:23-cv-11448 | Byer v. Revlon, Inc., et al. | Marie Byer |
| 1:23-cv-08093 | Carter v. Revlon, Inc., et al. | Darcel Carter |
| 1:23-cv-07674 | Clark v. Revlon, Inc., et al. | Pamela Clark |
| 1:23-cv-08095 | Clark-Easterling v. Revlon, Inc., et al. | Jessica Clark-Easterling |
| 1:23-cv-07735 | Cohen v. Revlon, Inc., et al. | Hinesta Cohen |
| 1:23-cv-07745 | Cole v. Revlon, Inc., et al. | Tammy Cole |
| 1:23-cv-11540 | Cooper v. Revlon, Inc., et al. | Genevise Cooper |
| 1:23-cv-07906 | Cooper v. Revlon, Inc., et al. | Laurie Cooper |
| 1:23-cv-07916 | Corrales v. Revlon, Inc., et al. | Julie Corrales |
| 1:23-cv-07927 | Cosby v. Revlon, Inc., et al. | Angelina Cosby |
| 1:23-cv-07950 | Cox v. Revlon, Inc., et al. | Carale Cox |
| 1:23-cv-07982 | Daramola v. Revlon, Inc., et al. | Sherrlyn Daramola |
| 1:23-cv-07966 | Day-Phillips v. Revlon, Inc., et al. | Robin Day-Phillips |
| 1:23-cv-07992 | Dennis v. Revlon, Inc., et al. | Kimberly Dennis |
| 1:23-cv-11659 | Duball v. Revlon, Inc., et al. | Denise Duball |
| 1:23-cv-11710 | Eweka v. Revlon, Inc., et al. | Olabisi Eweka |
| 1:23-cv-07999 | Finley v. Revlon, Inc., et al. | Mary Finley |
| 1:23-cv-11435 | Fisher v. Revlon, Inc., et al. | L'Quaita Fisher |
| 1:23-cv-08012 | Gardner v. Revlon, Inc., et al. | Lillian Gardner |
| 1:23-cv-08017 | Gatlin v. Revlon, Inc., et al. | Dyann Gatlin |
| 1:23-cv-08031 | Gordon v. Revlon, Inc., et al. | Pamela Gordon |
| 1:23-cv-08037 | Green v. Revlon, Inc., et al. | Collis Green |
| 1:23-cv-11760 | Hardy v. Revlon, Inc., et al. | Meatrice Hardy |
| 1:23-cv-08046 | Harvey v. Revlon, Inc., et al. | Gussie Harvey |
| 1:23-cv-08053 | Hawthorne v. Revlon, Inc., et al. | Doris Hawthorne |
| 1:23-cv-08070 | Hughes v. Revlon, Inc., et al. | Fertima Hughes |
| 1:23-cv-07929 | Hunter v. Revlon, Inc., et al. | Rosemary Hunter |
| 1:23-cv-11789 | Hymison v. Revlon, Inc., et al. | Sherene Hymison |
| 1:23-cv-07945 | Jackson v. Revlon, Inc., et al. | Charlotte Jackson |
| 1:23-cv-08009 | James v. Revlon, Inc., et al. | Mona James |
| 1:23-cv-07902 | Johnson v. Revlon, Inc., et al. | Rosie Johnson |
| 1:23-cv-08073 | Largie v. Revlon, Inc., et al. | LaChaunda Largie |
| 1:23-cv-07853 | Livingston v. Revlon, Inc., et al. | Joan Livingston |
| 1:23-cv-08064 | Mancini v. Revlon, Inc., et al. | Ann Mancini |

| Cause Number | Case Caption | Plaintiff Name |
|---|---|---|
| 1:23-cv-07864 | Manderson v. Revlon, Inc., et al. | Paulet Manderson |
| 1:23-cv-11851 | Mazyck v. Revlon, Inc., et al. | Valerie Mazyck |
| 1:23-cv-11771 | McCabe v. Revlon, Inc., et al. | Helen McCabe |
| 1:23-cv-07754 | McGee v. Revlon, Inc., et al. | Diamonique McGee |
| 1:23-cv-11873 | McKoy v. Revlon, Inc., et al. | Pamela McKoy |
| 1:23-cv-11788 | McNutt v. Revlon, Inc., et al. | Winifred McNutt |
| 1:23-cv-08045 | Morris v. Revlon, Inc., et al. | Dolores Morris |
| 1:23-cv-07753 | Nash v. Revlon, Inc., et al. | Lorraine Nash |
| 1:23-cv-08035 | Nesbitt v. Revlon, Inc., et al. | Cynthia Nesbitt |
| 1:23-cv-07702 | Reed v. Revlon, Inc., et al. | Shelia Reed |
| 1:23-cv-08030 | Reid v. Revlon, Inc., et al. | Doret Reid |
| 1:23-cv-12683 | Rodriguez v. Revlon, Inc., et al. | Otila Rodriguez |
| 1:23-cv-12712 | Rogers v. Revlon, Inc., et al. | Emma Rogers |
| 1:23-cv-07689 | Rushin v. Revlon, Inc., et al. | Angela Rushin |
| 1:23-cv-07679 | Sartin v. Revlon, Inc., et al. | Veronica Sartin |
| 1:23-cv-07663 | Simmons v. Revlon, Inc., et al. | Rochelle Simmons |
| 1:23-cv-07655 | Singleton v. Revlon, Inc., et al. | Jean Singleton |
| 1:23-cv-07612 | Slocumb v. Revlon, Inc., et al. | Deirdre Slocumb |
| 1:23-cv-12439 | Stewart v. Revlon, Inc., et al. | Orinthia Stewart |
| 1:23-cv-07959 | Thomas v. Revlon, Inc., et al. | Ervene Thomas |
| 1:23-cv-07597 | Thompson v. Revlon, Inc., et al. | Wilma Thompson |
| 1:23-cv-08023 | Thornton v. Revlon, Inc., et al. | Miriam Thornton |
| 1:23-cv-12431 | Vann v. Revlon, Inc., et al. | Cynthia Vann |
| 1:23-cv-07583 | Walker v. Revlon, Inc., et al. | Semerian Walker |
| 1:23-cv-07581 | Ward v. Revlon, Inc., et al. | Cassandra Ward |
| 1:23-cv-08013 | Whitt v. Revlon, Inc., et al. | Shawn Whitt |
| 1:23-cv-07570 | Williams v. Revlon, Inc., et al. | Earline Williams |
| 1:23-cv-07562 | Williams v. Revlon, Inc., et al. | Eva Williams |
| 1:23-cv-07480 | Williams v. Revlon, Inc., et al. | Martha Williams |
| 1:23-cv-07465 | Wortham v. Revlon, Inc., et al. | Tammie Wortham |
| 1:23-cv-07456 | Wright v. Revlon, Inc., et al. | Hattie Wright |