# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL No. 3060<br>Case No. 1:23-cv-00818<br>Judge Mary M. Rowland<br><br>This document relates to:<br>1:23-cv-01046 and 1:23-cv-10258 |

### PLAINTIFF BARBARA MASSARI'S STATUS UPDATE
### PURSUANT TO DOCKET ENTRY No. 696

Plaintiff Barbara Massari, by and through undersigned counsel, hereby submits this Case Status Update pursuant to the Court's June 4, 2024, Minute Order (Dkt. 696).

**A. Relevant Procedural Background**

On January 16, 2023, Plaintiff filed a complaint in the Southern District of California against L'Oreal USA, Inc., L'Oreal USA Products, Inc., Godrej SON Holdings Inc., Strength of Nature, LLC, and Soft Sheen-Carson LLC (Case No. 2:23-cv-00296) ("CA Case"). On February 22, 2023, the CA Case was transferred to this Court and into the MDL as Case No. 1:23-cv-01046 ("Transferred Case").

On September 12, 2023, in an effort to fulfill CMO 7 (Section II.B.), Plaintiff direct-filed her short form complaint into the MDL (Case No. 1:23-cv-10258) ("SFC Case"), adding defendants Revlon Consumer Products Corporation, Revlon Group Holdings LLC, Revlon Inc., and Namaste Laboratories LLC. The SFC Case was not formally associated with Transferred Case. These duplicate cases were made known to Plaintiff as part of the parties' discovery-related meet-and-confer discussions. Plaintiff subsequently sought Court assistance in determining how best to resolve this issue, culminating in the Court's June 5, 2024 Minute Order. (Dkt. 696) in which it directed submission of this status report.

B. **Status Update**

*Service.* Plaintiff confirms that she completed service for the CA Case upon all defendants before it was transferred to the MDL. Those defendants executed waivers of service as follows: L'Oreal USA, Inc. on 2/16/2023; L'Oreal USA Products, Inc. on 2/16/2023; Godrej SON Holdings Inc. on 2/14/2023; Strength of Nature, LLC on 2/14/2023; and Soft Sheen-Carson LLC on 2/16/2023. Plaintiff will file these waivers in the Transferred Case if the Court deems it appropriate. As the Court noted in Dkt. 696, Plaintiff also effectuated service on all defendants in the SFC Case, including those not named in the CA Case, pursuant to CMO 11.

*PFS Requirements.* Plaintiff fulfilled the CMO 9 PFS requirements in the SFC Case.

*Dismissal of the SFC Case.* Though the Court's Minute Order effectuated filing of the short form complaint into the Transferred Case, it did not clarify whether (a) service of the short form complaint in the SFC Case, (b) Plaintiff's compliance with the PFS requirements in the SFC Case, and (c) Plaintiff's status in the bellwether pool pursuant to the SFC Case are similarly applied to the Transferred Case.

Plaintiff is amenable to dismissal of the SFC Case and pursuit of her claims via the surviving Transferred Case if her status in the SFC Case as to service, PFS completion, and the bellwether pool is applied to the Transferred Case. Ultimately, Plaintiff seeks to ensure that she remains in substantially the same position in the surviving Transferred Case as she is in the SFC Case.

However, dismissal of the SFC Case *with* prejudice is not warranted or appropriate under the Federal Rules of Civil Procedure ("Rules") or these circumstances. Plaintiff's SFC Case filing was merely a clerical error. This case is in its early procedural stages, no merits determinations have been made, dismissal with prejudice could prejudice Plaintiff's pursuit of her surviving matter, and a dismissal without prejudice does not prejudice Defendants. Dismissal of the SFC

Case *without* prejudice is what is reasonable, appropriate, and consistent with Rule 41.

Plaintiff respectfully awaits further guidance from the Court and appreciates its assistance.

Dated: June 10, 2024

Respectfully Submitted,

**MAY JUNG LLP**

*/s/ Nicola Larmond-Harvey*
Nicola Larmond-Harvey
2006 MLK Jr., Ave SE, Suite 210
Washington, DC 20020
(202) 938-3524
nicola@mayjung.com

*Attorneys for Plaintiff*