# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>Master Docket Case No.<br>1:23-cv-00818<br>Honorable Mary M. Rowland<br><br>This document relates to:<br>Second Wave Defendants |

## STATUS REPORT OF REMAINING DEFENDANTS

Pursuant to the Court's minute order on July 11, 2024 [Dkt. No. 769], the following Second Wave Defendants submit this status report indicating an email where Plaintiffs can effectuate service pursuant to CMO 8 as follows:

i. **ROUX LABORATORIES, INC.:** Plaintiffs can effectuate service on Roux Laboratories, Inc. by emailing a completed waiver of service, Civil Cover Sheet and SFC to **eabbot@hpylaw.com / tmccann@hpylaw.com**, which mailbox shall respond with acknowledgment of same. The subject line of the email shall include the caption and civil action number of the case being served. The responsive email acknowledgement shall include the statement that "Service of this responsive email shall serve as proof that Defendant, Roux Laboratories, Inc., has received actual notice of the legal action brought against

them and service of process is complete." Plaintiffs shall not be required to serve a summons. Under no circumstances shall Roux Laboratories, Inc.'s willingness to accept service via e-mail be deemed as a waiver of service, or willingness to forfeit ordinary service requirements pursuant to the Federal Rules of Civil Procedure, as to any affiliated entity.

    ii.    **MURRAYS WORLDWIDE, INC.:** Plaintiffs can effectuate service on Murray's Worldwide, Inc. by emailing a completed waiver of service, Civil Cover Sheet and SFC to **murraysworldwideservice@maronmarvel.com**, which mailbox shall respond with acknowledgment of same. The subject line of the email shall include the caption and civil action number of the case being served. The responsive email acknowledgement shall include the statement that "Service of this responsive email shall serve as proof that Defendant, Murray's Worldwide, Inc., has received actual notice of the legal action brought against them and service of process is complete." Plaintiffs shall not be required to serve a summons. Under no circumstances shall Murray's Worldwide, Inc.'s willingness to accept service via e-mail be deemed as a waiver of service, or willingness to forfeit ordinary service requirements pursuant to the Federal Rules of Civil Procedure, as to any affiliated entity.

    iii.    **JOHN PAUL MITCHELL SYSTEMS:** Plaintiffs can effectuate

service on John Paul Mitchell Systems by emailing a completed waiver of service, Civil Cover Sheet and SFC to **JPMSMDL3060Service@morganlewis.com**, which mailbox shall respond with acknowledgment of same. The subject line of the email shall include the caption and civil action number of the case being served. The responsive email acknowledgement shall include the statement that "Service of this responsive email shall serve as proof that Defendant, John Paul Mitchell Systems, has received actual notice of the legal action brought against them and service of process is complete." Plaintiffs shall not be required to serve a summons. Under no circumstances shall John Paul Mitchell Systems' willingness to accept service via e-mail be deemed as a waiver of service, or willingness to forfeit ordinary service requirements pursuant to the Federal Rules of Civil Procedure, as to any affiliated entity.

iv. **DUDLEY BEAUTY CORP.:** Plaintiffs can effectuate service on Dudley Beauty Corp. by emailing a completed waiver of service, Civil Cover Sheet and SFC to **HRLDudley@swiftcurrie.com**, which mailbox shall respond with acknowledgment of same. The subject line of the email shall include the caption and civil action number of the case being served. The responsive email acknowledgement shall include the statement that "Service of this responsive email shall serve as proof that Defendant, Dudley Beauty Corp., has received

actual notice of the legal action brought against them and service of process is complete." Plaintiffs shall not be required to serve a summons. Under no circumstances shall Dudley Beauty Corp.'s willingness to accept service via e-mail be deemed as a waiver of service, or willingness to forfeit ordinary service requirements pursuant to the Federal Rules of Civil Procedure, as to any affiliated entity.

Dated: July 25, 2024

Respectfully submitted,

**COUNSEL FOR ROUX LABORATORIES, INC.:**

*/s/ Edward P. Abbot*
Edward P. Abbot
Timothy M. McCann
HAWKINS, PARNELL & YOUNG, LLP
375 Madison Avenue, 10th Floor
New York, NY 10016
(212) 897-9655
eabbot@hpylaw.com

*Counsel for Defendant Roux Laboratories, Inc.*

-5-

**COUNSEL FOR MURRAYS WORLDWIDE, INC.:**

*/s/ Leslie A. Federer*
Leslie A. Federer, ARDC #6325614
**Maron Marvel Bradley Anderson & Tardy LLC**
191 N. Wacker Drive – Suite 2950
Chicago, Illinois 60606
(312) 767-1314
lfederer@maronmarvel.com


**COUNSEL FOR JOHN PAUL MITCHELL SYSTEMS:**

By: */s/ Nancy L. Patterson*
Nancy L. Patterson
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Telephone:  +1.713.890.5195
Facsimile:   +1.713.890.5001
nancy.patterson@morganlewis.com

Mark A. Fiore
Morgan, Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19103-3007
Telephone:  +1.215.963.4685
Facsimile:   +1.215.963.5001
mark.fiore@morganlewis.com

Monica C. Pedroza
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606-1511
Telephone:  +1.312.324.1484
Facsimile:   +1.312.324.1001
monica.pedroza@morganlewis.com

**COUNSEL FOR DUDLEY BEAUTY CORP. LLC:**

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Hallie E. Richards*

_____
Ashley C. Webber
ashley.webber@swiftcurrie.com
Elizabeth P. Pittman
elizabeth.pittman@swiftcurrie.com
Hallie E. Richards
hallie.richards@swiftcurrie.com
**Swift, Currie, McGhee & Hiers, LLP**
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
404-874-8800


4893-4744-9555, v. 1