**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>**Case No. 23 C 818**<br>**Judge Mary M. Rowland**<br><br>**This document relates to:**<br>**All Cases** |

**ORDER**

The Plaintiff Steering Committee ("PSC") and Defendant J. Strickland & Co. d/b/a Nature's Protein, Inc. ("J. Strickland"), have stipulated and agreed that all claims as to J. Strickland have been dismissed without prejudice, and with each party to bear its own costs, attorneys' fees, and expenses. Plaintiff acknowledges that should [he/she] wish to refile [his/her] case in the future, such filing shall be made only in federal court and within this MDL, as long as there is jurisdiction to file in the MDL.

Plaintiffs have served discovery requests on J. Strickland that cannot be obtained from Defendants named in the Master Complaint [ECF No. 106], J. Strickland agrees to answer the served discovery requests, and will not object to answering the served discovery requests on the ground that J. Strickland will no longer be named as defendants in the litigation. Plaintiffs may serve additional discovery requests after the entry of this order only by agreement with J. Strickland. J. Strickland does not waive other objections to any discovery that Plaintiffs may serve, including, but not limited to, relevancy, proportionality, privacy, confidentiality, privilege, competency, admissibility, burden and other good faith objections. However, J. Strickland stipulates and agrees that any documents, information, including ESI, and materials produced by J. Strickland will be certified to be authentic under Fed. R. Evid. 902(11) and/or (12) and meet the requirements of Fed. R. Evid. 803(6)(A)-(C), subject to the Case Management Order 4.

J. Strickland further agrees to follow their preservation obligations as of the date of reasonable anticipation of litigation and will continue to meet and maintain their preservation obligations as if they were still parties to the litigation.

Ordered this 1st day of August 2024.

_____
Mary M. Rowland
United States District Judge