Exhibit D

# ELLIS GEORGE LLP

Ellis George LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, CA 90067

Noah S. Helpern
424.202.5562
nhelpern@ellisgeorge.com

July 23, 2024

**Via Electronic Mail Only**

Temitope Leyimu                                  Mark Abramowitz
Motley Rice LLC                                  Dicello Levitt LLP
28 Bridgeside Blvd.                              8160 Norton Parkway
Mt. Pleasant, South Carolina 29464              Mentor, Ohio 44060
tleyimu@motleyrice.com                          mabramowitz@dicellolevitt.com

Re:     ***In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation***; MDL No. 3060; Master Docket No. 1:23-cv-00818

Dear Counsel:

I write to follow up regarding the parties' ongoing discussions about the Motion for Issuance of Request for International Judicial Assistance and related materials. On July 1, 2024, Plaintiffs requested that the language "about non-U.S. hair relaxer products" be removed from the clause regarding "foreign regulatory communications" on page 2 of the draft joint motion. As stated in my July 1 email response to this request, L'Oréal USA's position is that Plaintiffs' proposed change does not align with the relevant order (ECF No. 353) and instead reflects an attempt to expand the scope of that order.

Nonetheless, solely in an effort to compromise and to avoid burdening the Court with additional discovery disputes, L'Oréal USA will agree to Plaintiffs' proposed change to the language of the draft joint motion while expressly reserving all rights as to Plaintiffs' currently-requested discovery and as to any future discovery requests relating to documents in the possession, custody, or control of L'Oréal S.A. or L'Oréal USA. To be clear, L'Oréal USA continues to believe that this proposed change does not align with the relevant order and, as such, could potentially create issues down the line with the Commissioner's processing of the documents sought by Plaintiffs. It is your decision whether Plaintiffs are willing to take this risk with respect to documents Plaintiffs are seeking. Moreover, L'Oréal USA's position in opposition to Plaintiffs' motion to compel the production of certain custodial files (ECF No. 710) is unchanged, and L'Oréal USA will continue to oppose any effort by Plaintiffs to expand the scope of the Court's December 27, 2023 Order (ECF No. 353).

2441675.1

ELLIS GEORGE LLP

Temitope Leyimu
Mark Abramowitz
July 23, 2024
Page 2

     Please confirm as soon as possible that once Plaintiffs' proposed change is made to the draft joint motion, the motion and supporting materials may be jointly filed.

     Regards,

     Noah S. Helpern

2441675.1