IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060 <br> Case No. 23 C 818 <br> Judge Mary M. Rowland <br><br> **This document relates to:** <br> All Cases |

**STATUS REPORT**

The Plaintiff Leadership Committee ("PLC") submits this Status Report to the Court and provides the Court with this update as directed by this Court's Minute Entry dated May 31, 2024 [Dkt. 691], and later amending the deadline in this Court's Minute Entry dated August 2, 2024 [Dkt. 785].

The PLC, for the reasons set forth below, has determined that the filing of a Master Complaint against Walgreens Co. ("Walgreens") and CVS Pharmacy ("CVS") is not warranted. Specifically, the only short form complaint filed in the MDL against Walgreens was filed by a *pro se* litigant on February 21, 2024. The PLC notes also that CVS has also been named in one short form complaint filed in the MDL on June 24, 2024. Of note, CVS is represented by the same counsel as Walgreens. To date, after a year and a half of litigation and over 10,000 cases filed in the MDL, one filed case has named Walgreens and one filed case has named CVS - no other Plaintiff has named either Walgreens or CVS as a defendant.

Accordingly, the PLC believes that the better course for the submission of any short form complaint in the future that may name Walgreens and/or CVS is through the processes set forth in CMO 8 (the Direct Filing CMO). CMO 8 permits plaintiffs (either represented by counsel or *pro*

1

*se*) to write in a defendant in the short form complaint who was not named as a defendant in the Master Complaint, and assert allegations against said defendant in the write-in section on the agreed to short form complaint. This process allows any future Plaintiff to name Walgreens or CVS – and assert allegations – if they so choose. However, the PLC does not believe that a Master Complaint is warranted at this juncture given the paucity of cases pending against these two defendants. Furthermore, Walgreens' and CVS' legal interests are protected because they can – as with any defendant the PLC has not named in a Master Complaint – file a motion to dismiss or have the matter addressed in some other manner, for example as was done with newly identified defendant J.Strickland. [1]

The PLC respectfully submits through this Status Report that its intention is *not* to file a Master Complaint against Walgreens and CVS.

Date: August 12, 2024                               Respectfully Submitted,

                                                    */s/Edward A. Wallace*
                                                    Edward A. Wallace
                                                    **WALLACE MILLER**
                                                    150 N. Wacker Dr., Suite 1100
                                                    Chicago, Illinois 60606
                                                    Tel.: 312-261-6193
                                                    Email: eaw@wallacemiller.com

                                                    *Plaintiffs' Liaison Counsel*

                                                    Diandra "Fu" Debrosse Zimmermann
                                                    **DICELLO LEVITT LLP**
                                                    505 20th Street North - Suite 1500
                                                    Birmingham, Alabama 35203
                                                    Tel.: 312-214-7900
                                                    Email: fu@dicellolevitt.com

                                                    *Plaintiffs' Co-Lead Counsel*

---

[1] Or a newly identified defendant may agree to be dismissed without prejudice, conduct informal discovery and provide those plaintiffs with a tolling agreement, as was done with J. Strickland. [Dkt 783].

2

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
Tel.: 401-457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
Tel.:212-566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
Tel.: 850-224-2020
Email: ben@bencrump.com

*Plaintiffs' Co-Lead Counsel*