# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

In RE: Hair Relaxer Marketing, Sales Practices, And Products Liability Litigation, et al.

           Plaintiff,

v.

           Case No.: 1:23−cv−00818

           Honorable Mary M. Rowland

L'Oreal USA, Inc., et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 29, 2024:

    MINUTE entry before the Honorable Mary M. Rowland: Plaintiffs' motion to compel [814] Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC (collectively "Revlon") is granted in part and denied in part. Revlon to produce the documents that are at issue in [814] by 9/26/2024. At this time, the Court denies Plaintiffs' request to require Revlon to certify productions. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.