# EXHIBIT A

Bryan F. Aylstock (FL, MS)*
Justin G. Witkin (FL, MS)*
Douglass A. Kreis (FL)*
Neil D. Overholtz (FL)* (1972-2022)
R. Jason Richards (FL, CO)*
Bobby J. "Brad" Bradford (FL, AL)*
Stephen H. Echsner (FL)*
Daniel J. Thornburgh (FL, MN)*
Alexandra B. Echsner-Rasmussen (FL)*
Reagan Charleston Thomas (LA)*
Savannah Green (FL)*

* States in which attorney is licensed to practice law
† Of counsel

**AYLSTOCK WITKIN KREIS OVERHOLTZ**
www.AWKOLAW.com

17 East Main Street, Suite 200 • Pensacola, Florida 32502
Phone: (850) 202-1010 • Fax: (850) 916-7449

Samuel ("Sam") Geisler (FL, IL)*
Jennifer M. Hoekstra (LA)*
Chelsie R. Warner (MT, NV, WA)*
S. Mary Liu (CA, FL)*
Samantha M. Katen (FL, NC, CO)*
Caitlyn P. Miller (FL, AL, DC)*
D. Nicole Guntner (FL, NY)*
Hannah R. Pfeifler (FL)*
Catherine A. Mitchell (AL)*
Maury S. Goldstein (FL)*
Nathan C. Bess (FL)†*
Marybeth Putnick (DE, NJ)†*

April 16, 2024

**BY .PDF EMAIL rhonda.trotter@arnoldporter.com**

Rhonda R. Trotter
Arnold & Porter Kaye Scholer, LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844

Re: *MDL No. 3060*—Plaintiffs Priority Document Requests

Rhonda:

Consistent with the Court's April 12, 2024 order below are Plaintiffs' priority document requests:

1. All formularies for all Hair Relaxer Products ("HRPs") (See RFP Set 5)
2. All Safety Testing Done on HRPs (See RFP Set 5)
3. Reports, data compilations, presentations from Third Parties regarding development and testing of HRPs (See RFP Set 5)
4. All Interaction Testing Done on HRPs (See RFP Set 5)
5. MSDS for all ingredients in HRPs (See RFP Set 5)
6. Consumer Complaint Files and Databases for HRPs (See RFP Set 5)
7. All IFUs for all HRPs (See RFP Set 5)
8. All Regulatory filings (foreign or domestic) for all HRPs (See RFP Set 6)
9. All labels for all HRPs over the relevant time period (See RFP Set 5)
10. All ingredients for all fragrances in all HRPs (or name of Third Party Fragrance suppliers) (See RFP Set 2)
11. All Market recalls or withdrawal of any HRPs (See RFP Set 2)
12. All Asset Purchase Agreements between Defendant and any other entity relation to HRPs (See RFP Set 2)
13. All Business plans / analyses of market share of HRPs (See RFP Set 7)
14. SOP for Training Salespersons or third parties to promote HRPs (See RFP Set 7)
15. Identity of all third parties involved in
    - manufacture,
    - testing,
    - quality assurance,
    - sourcing,
    - supply chain,
    - risk assessment,
    - product and ingredient monitoring,

- medical and clinical assessments,
- regulatory activities,
- communications with regulatory agencies,
- distribution,
- production,
- packaging,
- labeling,
- sale,
- marketing, and
- publication for YOUR HAIR RELAXER PRODUCT(S).

(See RFP Set 2 and 5)

16. FOIA requests related to HRPs or any facts, claims, defenses, allegations related to the action. (See RFP Set 3)
17. Marketing Plans / Strategic Marketing Plans for HRPs (See RFP Set 4)
18. Analyses run on Marketing Plans for HRPs (See RFP Set 4)
19. Marketing / Consumer Research Reports for HRPs (See RFP Set 4)
20. Final Versions of Advertisements used across all platforms for HRPs (See RFP Set 4)
21. Final Version of Commercials used on television or radio and name of the media buyer / agency for HRPs (See RFP Set 4)
22. Contracts w/ third party marketing agencies/brand awareness consultants for HRPs (See RFP Set 4)
23. Final SOPs relating to: (1) marketing; (2) communications; (3) public relations; (4) media relations; and (5) advertising with regard to YOUR HAIR RELAXER PRODUCT(S). (See RFP Set 4)
24. ALL post-marketing surveillance activities involving YOUR HAIR RELAXER PRODUCT(S), including but not limited to:
    1. Any causality assessments submitted to foreign regulatory agencies;
    2. Periodic regulatory submissions regarding adverse events;
    3. Periodic Benefit-Risk Evaluation Reports;
    4. Safety Evaluation and Risk Management meetings;
    5. Safety Review Team meetings;
    6. Company Core Data Sheets;
    7. Company Core Safety Information Sheets;
    8. Material Safety Data Sheets;
    9. Safety Data Sheets;
    10. Justification Documents;

    11. Any and all protocols relating to adverse event adjudication and reporting;
    12. The evaluation or adjudication of adverse events;
    13. Any compilations or analyses of adverse events;
    14. Safety Signal Review or Analyses;
    15. Risk Assessments;
    16. Hazard Assessments;
    17. Audits
  (See RFP Set 6)

25. The following documents related to the "4 step" evaluation of your HRP's: ingredient origins, ingredient identify cards, conditions and frequency of use analysis, ingredient dosage, maximum safe concentrations, microbiological analyses, tolerance verifications, toxicologist reports. (See RFP Set 5)

Please also include responsive documents from the following file paths:
- Holmes, Maryann\Maryann.Holmes\New Desktop Folders\Audit\2019 Management Review Audit and Uterine Study
- Latasha|OneDrive_2023-10-18.zip\Uterine Study
- Uterine Study\Discovery Phase\

By April 23, 2024, please identify the responsive documents that are available and can be produced without the use of search terms, along with the additional documents that can be located with the use of search terms. We continue to be available to meet and confer about the complete set of RFPs, search terms and custodial productions at SON's convenience.

Finally, with respect to future document production from Strength of Nature, including but not limited to any supplemental productions, please confirm that you will identify each responsive document by Bates Number.

    Sincerely,

    Jennifer M. Hoekstra