# **EXHIBIT C**

Bryan F. Aylstock (FL, MS)*
Justin G. Witkin (FL, MS)*
Douglass A. Kreis (FL)*
Neil D. Overholtz (FL)* (1972-2022)
R. Jason Richards (FL, CO)*
Bobby J. "Brad" Bradford (FL, AL)*
Stephen H. Echsner (FL)*
Daniel J. Thornburgh (FL, MN)*
Alexandra B. Echsner-Rasmussen (FL)*
Reagan Charleston Thomas (LA)*
Savannah Green (FL)*
* States in which attorney is licensed to practice law
† Of counsel

AYLSTOCK WITKIN
KREIS OVERHOLTZ
www.AWKOLAW.com

17 East Main Street, Suite 200 • Pensacola, Florida 32502
Phone: (850) 202-1010 • Fax: (850) 916-7449

Samuel ("Sam") Geisler (FL, IL)*
Jennifer M. Hoekstra (LA)*
Chelsie R. Warner (MT, NV, WA)*
S. Mary Liu (CA, FL)*
Samantha M. Katen (FL, NC, CO)*
Caitlyn P. Miller (FL, AL, DC)*
D. Nicole Guntner (FL, NY)*
Hannah R. Pfeifler (FL)*
Catherine A. Mitchell (AL)*
Maury S. Goldstein (FL)*
Nathan C. Bess (FL)†*
Marybeth Putnick (DE, NJ)†*

July 24, 2024

Dean Harris Porter
Arnold & Porter Kaye Scholer LLP
250 W. 55th Street, 14th Floor
New York, NY 10019
Dead.Porter@arnoldporter.com

**Re: Hair Relaxer Marketing Practices and Products Liability Litigation (MDL No. 3060) – Strength of Nature, LLC's Open Discovery Issues Regarding Plaintiffs' Priority "Go-Gets" Document Requests**

Dean,

I am writing to discuss the timing for Strength of Nature's ("SON") production of outstanding priority document requests. Since our last discussion regarding SON's continuing document production, Plaintiffs have received limited production within the 90-day period allocated for the "go-gets" production, and time is running out. Plaintiffs request confirmation of a deadline by which SON will complete its production of any and all remaining priority documents, as identified in Plaintiffs' April 16, 2024 letter and SON's subsequent response on April 23, 2024.

With respect to several categories of specific priority documents requested, Plaintiffs are unable to confirm that all relevant documents have been produced to date as indicated by SON.

Instructions for Use

For example, for each product's Instructions For Use ("IFU")—*see* RFP set 5—Plaintiffs have only been able to locate "universal" IFUs for each brand but not specific IFUs for each product. SON has not yet confirmed whether the "universal" IFUs are the only IFUs used for each product or if each product within every brand has its own IFU.

Specifically, Plaintiffs have identified the following "universal" IFUs:
- Ultrasheen (Supreme)- Anti-Damage No-Lye Relaxer
- SmartPerm- Anti-Breakage No-Lye New Growth Relaxer
- Profectiv (MegaGrowth)- Anti-Damage No-Lye Relaxer
- tcb Naturals No Lye Relaxer
- Soft & Beautiful Botanicals- Texturizer
- Motions- No-Lye Relaxer
- African Pride- No-Lye Relaxer

- African Pride- Texture Softening- Elongating System
- Dream Kids- No-Lye Conditioning Crème Relaxer (Super/Regular)
- Gentle Treatment- No-Lye Conditioning Crème
- Dr. Miracle's Anti-Damage No-Lye Relaxer
- Just for Me, Soft & Beautiful, Soft & Beautiful Botanicals- No-Lye Relaxer
- Just for Me- Texture Softener System

Plaintiffs request clarification as to this point. Please advise if a further meet and confer on this point would be useful. Plaintiffs request a written response regarding the IFU request by August 7, 2024.

Cosmetic Product Safety Reports

Plaintiffs additionally request confirmation that **all** "Cosmetic Product Safety Reports," "Product Disclosure Forms," and "Safety Data Sheets" have been produced for *each product within each brand*, as identified in SON's Second Amended Objections and Reponses to Plaintiffs' First Set of Interrogatories Nos. 2 and 3.

Plaintiffs request clarification as to the applicability of the Cosmetic Product Safety Reports to each of SON's hair relaxer products identified. For example, these Reports include discussion of "component parts" which, presumably, based on the format of the Report, correspond to different components of the entire relaxer "kit." These are identified by Components 1A, 1B, etc. Plaintiffs have been unable to identify all of the component Cosmetic Product Safety Reports; thus, Plaintiffs request confirmation that all reports have been produced along with all component Reports—identified by Bates Numbers—for all SON products. If such Reports do not exist for component parts, Plaintiffs request SON confirm this by SON product.

Plaintiffs have been unable to identify the following Cosmetic Product Safety Reports and request confirmation that each Cosmetic Product Safety Report will be identified in SON's next production. Likewise, if SON has previously produced these documents, Plaintiff requests they be identified by their respective Bates Numbers:

- African Pride Dream Kids Olive Miracle (4) Touch-Up Relaxer Kit, Coarse
- African Pride Dream Kids Olive Miracle (4) Touch-Up Relaxer Kit, Regular
- African Pride Dream Kids Olive Miracle Touch-Up Relaxer Kit, Coarse
- African Pride Dream Kids Olive Miracle Touch-Up Relaxer Kit, Regular
- African Pride Olive Miracle Deep Conditioning Crème-on-Creme No-Lye Relaxer 8 Salon Pack Touch-Ups, Regular
- African Pride Olive Miracle Deep Conditioning Crème-on-Creme No-Lye Relaxer 8 Salon Pack Touch-Ups, Super
- African Pride Olive Miracle Deep Conditioning Curls & Coils Texturizer
- African Pride Olive Miracle Deep Conditioning Curls & Coils Texturizer With Aloe Deep Conditioner
- African Pride Olive Miracle Deep Conditioning No-Lye Relaxer One Complete Application, Regular
- African Pride Olive Miracle Deep Conditioning No-Lye Relaxer One Complete Application, Regular With Aloe Deep Conditioner

- African Pride Olive Miracle Deep Conditioning No-Lye Relaxer One Complete Application, Regular With Oil Moisturizer Lotion
- African Pride Olive Miracle Deep Conditioning No-Lye Relaxer One Complete Application, Super
- African Pride Olive Miracle Deep Conditioning No-Lye Relaxer One Complete Application, Super With Aloe Deep Conditioner
- African Pride Olive Miracle Deep Conditioning No-Lye Relaxer One Complete Application, Super With Oil Moisturizer Lotion
- African Pride Olive Miracle Deep Conditioning No-Lye Relaxer, One Complete Touch-Up, Regular
- African Pride Olive Miracle Deep Conditioning No-Lye Relaxer, One Complete Touch-Up, Super
- African Pride Olive Miracle Deep Conditioning No-Lye Relaxer, Regular With Aloe Deep Conditioner and Silky-Smooth Edges
- African Pride Olive Miracle Deep Conditioning No-Lye Relaxer, Super With Aloe Deep Conditioner and Silky-Smooth Edges
- African Pride Shea Miracle Texture Softening Elongating System
- Dr. Miracle's New Growth No-Lye Relaxer Kit Regular Kit
- Dr. Miracle's New Growth No-Lye Relaxer Kit Super Kit
- Dr. Miracle's No-Lye Relaxer Kit Regular Kit
- Dr. Miracle's No-Lye Relaxer Kit Super Kit
- Elasta QP Extra Body No-Base Regular Relaxer
- Elasta QP Extra Body No-Base Super Relaxer
- Elasta QP No-Base Relaxer Mild
- Elasta QP No-Base Relaxer Regular
- Elasta QP No-Base Relaxer Super
- Elasta QP Normal Relaxer Kit
- Elasta QP Normal Relaxer Kit 2 Applications
- Elasta QP Resistant Relaxer Kit
- Elasta QP Sensitive Scalp Kit - 4 Applications
- Elasta QP Sensitive Scalp Kit 12 Application Economy Pack
- Elasta QP SOY OYL 4 Application Anti-Dryness No Lye Relaxer Kit
- Elasta QP SOY OYL No-Base Relaxer Regular
- Elasta QP SOY OYL No-Base Relaxer Super
- Gentle Treatment No-Lye Relaxer Gray Kit
- Just For Me 1 Complete Touch Up Relaxer, Super
- Just For Me 4 Application Salon Pack Relaxer, Regular
- Just For Me 4 Application Salon Pack Relaxer, Super
- Just For Me No-Lye Conditioning Crème Relaxer Kit (Regular) with Coil & Curl Cream
- Just For Me No-Lye Conditioning Crème Relaxer Kit (Super) with Oil Moisturizer Lotion
- Just For Me No-Lye Texture Softener System with Hair & Scalp Butter
- Motions Classic Formula Smooth & Silken Hair Relaxer (MILD) 15 oz
- Motions Professional 12-Application Salon Pack, Regular

#16873.3

- Motions Professional 12-Application Salon Pack, Super
- Motions Silkening Shine No Lye Relaxer Kit (REGULAR)
- Motions Silkening Shine No Lye Relaxer Kit (SUPER)
- Profectiv Procision One-Touch Relaxer Super
- Profectiv MegaGrowth Anti-Damage No-Lye Relaxer 2 Touch Up Application, Regular
- Profectiv MegaGrowth Anti-Damage No-Lye Relaxer 2 Touch Up Application, Super
- Profectiv MegaGrowth Anti-Damage No-Lye Relaxer 1 Complete Touch Up Application, Regular
- Profectiv MegaGrowth Anti-Damage No-Lye Relaxer 1 Complete Touch Up Application, Super
- Profectiv MegaGrowth Anti-Damage No-Lye Relaxer Quatro Value Pack Regular
- Profectiv MegaGrowth Anti-Damage No-Lye Relaxer Quatro Value Pack Super
- Profectiv MegaGrowth Anti-Damage No-Lye Relaxer, 6 Salon Packs Regular
- Profectiv MegaGrowth Anti-Damage No-Lye Relaxer, 6 Salon Packs Super
- Profectiv Procision Relaxer Kit Regular
- Profectiv Procision One-Touch Relaxer Regular
- Profectiv Procision Relaxer Kit Super
- Profectiv Relax and Refresh Kit Auburn Spice
- Profectiv Relax and Refresh Kit Cherry Fusion
- Profectiv Relax and Refresh Kit Jet Black
- Profectiv Relax and Refresh Kit Mahogany Brown
- Profectiv Relax and Refresh Kit Silky Black
- Pro-Line Comb-Thru Texturizer Kit, Regular
- Pro-Line Comb-Thru Texturizer Kit, Super
- SmartPerm No-Lye Anti-Breakage Relaxer System, Regular
- SmartPerm No-Lye Anti-Breakage Relaxer System, Super
- SmartPerm Smart Valu No-Lye Anti-Breakage Relaxer Kit 4 Applications, Regular
- SmartPerm Smart Valu No-Lye Anti-Breakage Relaxer Kit 4 Applications, Super
- SmartPerm Smart Valu Smart Gro Stimulator New Growth No-Lye Relaxer with GroRehab 4 Applications, Regular
- SmartPerm Smart Valu Smart Gro Stimulator New Growth No-Lye Relaxer with GroRehab 4 Applications, Super
- S&B® Botanicals 2 Application Relaxer Coarse
- S&B® Botanicals 2 Application Relaxer Regular
- S&B® Botanicals Conditioner No-Mix Texturizer 2-App, Coarse with Deep Conditioner
- S&B® Botanicals Conditioner No-Mix Texturizer 2-App, Regular with Deep Conditioner
- S&B® Botanicals No-Lye Sensitive Scalp Relaxer 1-App, Coarse
- S&B® Botanicals No-Lye Sensitive Scalp Relaxer 1-App, Regular
- S&B® Botanicals No-Mix Texturizer 2-App, Regular
- S&B® Botanicals Relaxer 8-Touch Up Regular
- S&B® Botanicals Relaxer 8-Touch Up Coarse

- TCB Naturals Conditioning Argan Oil Vitamin E & Olive No-Lye Relaxer, Regular
- TCB Naturals Conditioning Argan Oil Vitamin E & Olive No-Lye Relaxer, Regular 2 Applications
- TCB Naturals Conditioning Argan Oil Vitamin E & Olive No-Lye Relaxer, Super
- TCB Naturals Conditioning Argan Oil Vitamin E & Olive No-Lye Relaxer, Super 2 Applications
- UltraSheen Supreme Conditioning No-Lye Relaxer, Regular
- UltraSheen Supreme Conditioning No-Lye Relaxer, Super
- UltraSheen Ultra Moisturizing No-Lye Relaxer, Regular
- UltraSheen Ultra Moisturizing No-Lye Relaxer, Regular with Keratin
- UltraSheen Ultra Moisturizing No-Lye Relaxer, Super
- UltraSheen Ultra Moisturizing No-Lye Relaxer, Super with Keratin

Product Disclosure Forms

Moreover, with respect to the Product Disclosure Forms, Plaintiffs request confirmation that each Product Disclosure Form will be identified in SON's next production. Further, if SON has previously produced these documents, Plaintiff requests they be identified by their respective Bates Numbers.

To date, Plaintiffs have only been able to identify the following Product Disclosure Forms:
- SON0000009701 - Product Disclosure Form - African pride olive miracle deep conditioning herbal fusion (packet)
- SON0000009706 - Product Disclosure Form - African pride olive miracle deep conditioning herbal fusion
- SON0000009719 - JFM No-Lye Conditioning Creme Relaxer Kit, Regular (packet)
- SON0000009725 - JFM No-Lye Conditioning Creme Relaxer Kit, Super (packet)
- SON0000009711 - S&B Botanicals Relaxer Base, Regular No-Lye Creme Relaxer (packet)
- SON0000009715 - S&B Botanicals Relaxer Base, Regular No-Lye Creme Relaxer (packet)
- SON0000009731 - S&B No-Lye Conditioning Relaxer System, Regular (packet)
- SON0000009737 - S&B No-Lye Conditioning Relaxer System, Super (packet)

Material Safety Data Sheets

With respect to the Safety Data Sheets, Plaintiffs are also unable to confirm if all Safety Data Sheets for each product within each brand has been produced. In SON's most recent production, at least 55 Safety Data Sheets were produced; however, Safety Data Sheets for products other than SON's identified hair relaxer products were included, including but not limited to the below:

- SDS for Dream Kids Miracle Cream (SON 13052) (SON0000020245) (Date revised June 17, 2014). The information within this Safety Data Sheet identifies this product as a "curl enhancer" product.
- SDS for Dream Kids Growth Oil (SON 15186) (SON0000020255) (Date revised June 17, 2014). The information within this Safety Data Sheet identifies this product as a hair styling product for "shine."

**#16873.5**

Therefore, Plaintiffs request confirmation that each Safety Data Sheet for each of SON's identified hair relaxer products will be identified in SON's next production. Likewise, if SON has previously produced these documents, Plaintiff requests they be identified by their respective Bates Numbers.

"File Name" Metadata

Further, Plaintiffs request clarification on with respect to Cosmetic Product Safety Reports, Product Disclosure Forms, and Safety Data Sheets is regarding the "File Name" each document is produced with. For example, Plaintiffs realized that the Safety Data Sheet for the Universal No Lye Relaxer Base includes the "file name" of "African Pride Olive Miracle No-Lye Relaxer Kit Regular 10-07-21." Plaintiff is unable to discern the relationship between the naming convention and the other products as relates to the Safety Data Sheet. We request clarification as to whether the Universal No Lye Relaxer Base is used with and/or if there is an applicability of each universal product with each hair relaxer product and/or brand as identified in SON's Second Amended Objections and Reponses to Plaintiffs' First Set of Interrogatories Nos. 2 and 3.

"File Path" Go-Get Request

Next, Plaintiffs request that SON respond to the File Path Request from Plaintiffs' April 16, 2024 letter, including: (1) Holmes, Maryann\Maryann.Holmes\New Desktop Folders\Audit\2019 Management Review Audit and Uterine Study; (2) Latasha|OneDrive_2023-10-18.zip\Uterine Study; and (3) Uterine Study\Discovery Phase\.

Supplemental Response to RFP Set 6 (Foreign Regulatory Filings)

Plaintiffs also request SON supplement its responses to identify all foreign regulatory filings readily available—*see* RFP Set 6—by their respective Bates Numbers.

"File Name" Metadata

Given the productive Hard Copy inspection in Brunswick, GA the week of July 22, Plaintiffs also request confirmation as to timing of the "Go-Gets" materials that were (a) unable to be removed from the facility for inspection due to the day-to-day use and (b) the lab notebooks which required special handling for production purposes. If SON can provide an update on production timeline no later than August 7, Plaintiffs would appreciate it.

Finally, following the scheduled hard-copy inspection and remaining production of the outstanding "Go-Gets" of all Safety Testing done by SON on each of their hair relaxer products/brands, Plaintiffs request that SON confirm that all current discovery response production is complete.

Sincerely,

Jennifer M. Hoekstra

**#16873.6**