# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

In RE: Hair Relaxer Marketing, Sales Practices, And Products Liability Litigation, et al.

Plaintiff,

v.

Case No.: 1:23−cv−00818

Honorable Mary M. Rowland

L'Oreal USA, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 11, 2024:

MINUTE entry before the Honorable Mary M. Rowland: Status hearing held on 10/10/2024. The Court rules as follows: (A) Written discovery to close on February 28, 2025. Oral fact discovery to be completed by September 30, 2025. (B) The deadline for the parties to submit a proposed CMO to address pro se Plaintiffs is extended to October 22, 2024. (C) The Court reviewed pending motions. All motions to amend complaints have been ruled upon. By October 18, 2024, Plaintiffs are to file a status report identifying any pending motions to amend and the case number in which each motion is pending. (D) The deadline for Defendants to answer the Consolidated Class Action Complaint [185] is extended to November 12, 2024. (E) All counsel present remotely for this hearing who wish to have their appearance reflected of record are directed to provide their name and firm to their respective liaison counsel, who shall provide that information to the official court reporter by email, Laura_Renke@ilnd.uscourts.gov, by 11:00 a.m. Tuesday October 15, 2024. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.