**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>Master Docket Case No. 1:23-cv-00818<br>Honorable Mary M. Rowland |
| PLAINTIFF,<br>v.<br>DEFENDANT(S) | Civil Action No. 1:24-cv-00001<br><br>MDL-C Plaintiff ID No. 000001 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**FOR CASES NEWLY FILED AFTER 3/15/2024**

Pursuant to Amended CMO No. 10, Plaintiff [insert name] hereby dismisses all claims as to all Defendants without prejudice, and with each party bearing its own costs, attorneys' fees, and expenses.

Plaintiff filed her case on [insert date], and pursuant to CMO No. 9, her Plaintiff Fact Sheet is currently due on [insert date]. Accordingly, this Notice is filed more than 21 days prior to the due date for her Fact Sheet.

Plaintiff acknowledges that should she wish to re-file her case in the future, such filing shall be made only in federal court and within this MDL, as long as there is jurisdiction to file in the MDL. Pursuant to Amended CMO 10, Plaintiff has completed and updated her Registration in MDL-Centrality and provided the required demographic information, including her full name, social security number, date of birth and current address.

Dated: [date]

                                        */s/ Attorney Name*
                                        Attorney Signature block

                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on[date], I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record including via Case Retriever on MDL-Centrality.

                                        */s/ Attorney Name*
                                        Attorney Name