**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>Master Docket Case No. 1:23-cv-00818<br>Honorable Mary M. Rowland |
| PLAINTIFF,<br>v.<br>DEFENDANT(S) | Civil Action No. 1:24-cv-00001<br><br>MDL-C Plaintiff ID No. 000001<br><br>**FILED UNDER SEAL** |

**NOTIFICATION OF PLAINTIFF CONTACT INFORMATION**

Pursuant to CMO No. 13, Plaintiff's Counsel [insert name] hereby provides the required contact information for Plaintiff [insert name]. This is information known as of [date].

**Name of Attorney(s); and Law Firm Submitting Motion to Withdraw:**

_____

**Full Name of Client: [First] [Middle] [Last]**

_____

**Mailing Address of Client [Including City/State/Zip]:**

_____

**Phone Number of Client: [Type of Phone – Home/Cell/Work]**

_____

**Email Address(es) of Client:**_____

_____

1

Pursuant to CMO 13, Counsel submits this Contact Information Form with the Motion to Withdraw as Counsel by filing it under seal with the Court.

Dated: [date]

*/s/ Attorney Name*
Attorney Signature block

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on [Date], I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record including via Case Retriever on MDL Centrality.

*/s/ Attorney Name*
Attorney Name