**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>Case No. 23 C 818<br>Judge Mary M. Rowland<br><br>**This document relates to:**<br>All Cases |

**COURT CALL LIST FOR THE
NOVEMBER 13, 2024 COURT CALL HEARING**

Co-Lead Counsel for Plaintiffs and counsel for Defendants hereby provide the Plaintiff Fact Sheet (PFS) Court Call List for the November 13, 2024 Court Call Hearing (November Court Call List). The November Court Call List is attached hereto as Exhibit A and contains 428 Plaintiffs who Defendants assert are in violation of CMO 9. Documentation supporting the inclusion of these Plaintiffs on the November Court Call List is attached hereto as Exhibit B. The parties can make electronic versions of this supporting documentation available at the Court's request.

Defendants seek the dismissal with prejudice of 275 Plaintiffs who have either failed to submit a PFS and/or at least one authorization or who submitted a PFS that Defendants allege is not substantially complete and failed to engage in the CMO 9 deficiency process. For the remaining 153 Plaintiffs who submitted a PFS but for whom discovery disputes remain regarding the sufficiency of their responses, Defendants ask the Court to enter an order compelling Plaintiffs to cure their noticed PFS deficiencies by December 13, 2024.

In compliance with CMO 9, the Parties held a five (5) hour virtual Compliance Meet and Confer on November 1, 2024, whereby each Plaintiff's counsel had the opportunity to voice their position or speak with their Designated Defendant regarding the alleged PFS delinquencies and

1

deficiencies. Of the 428 total Plaintiffs on the November Court Call List, 214 (24 Plaintiffs' firms) seek to be heard at the November 13, 2024 hearing.

The November Court Call List is organized as described below and is intended to serve as a framework for the hearing. The Parties propose the hearing proceed in the order of the Schedules (Schedule 1 first and so on) and in the order each Plaintiff who seeks to be heard (as noted in column N titled "Want to be heard at CMO 9 Hearing").

CMO 9 sets out a negotiated process for Defendants to seek an appropriate remedy as to Plaintiffs who Defendants allege fail to comply with their discovery obligations under the Order. The Court Call Hearing provides Plaintiffs the opportunity to address the Court and establish good cause for their alleged failures to make discovery disclosures as required under CMO 9 or be subject to an order to show cause, an order compelling production, dismissal with or without prejudice, or be subject to any other relief as the Court may order. In accordance with the CMO 9 process, Plaintiffs on the November Court Call List are separated into 12 Schedules.

### I. Dismissal with Prejudice is Sought by Defendants and Plaintiffs Agree

Schedule 1 includes Plaintiffs who are delinquent and/or deficient under CMO 9 and either (a) affirmatively state that they do not object to dismissal *with* prejudice or (b) stated they do not object to dismissal *with* prejudice during the Compliance Meet and Confer. This Schedule includes 21 Plaintiffs, none of whom want to be heard.

### II. Plaintiffs Seek Extensions to Cure Noticed Delinquencies and/or Deficiencies

Schedule Category 2 includes Plaintiffs who seek an extension to cure the noticed delinquency and/or deficiency. Defendants have denied these requests because these Plaintiffs have had several months (*e.g.*, 9 months) to comply with CMO 9 and provide no extenuating circumstances that would warrant further time to comply. Defendants seek an order compelling

2

these Plaintiffs to cure their noticed delinquency and/or deficiency(ies) by December 13, 2024 or be dismissed. To assist in streamlining the hearing, Defendants further break down the Schedule Category 2 Plaintiffs as follows:

> **(1)** Schedule 2(a) – These are Plaintiffs who state in their positions in column M (or if no position has been provided, who stated at the Compliance Meet and Confer) that they are seeking an extension of thirty (30) days; that they need an extension but do not specify the length; or that they can cure by December 13, 2024. Schedule 2(a) includes **187** Plaintiffs, of whom **96** want to be heard.
>
> **(2)** Schedule 2(b) – These are Plaintiffs who state in their positions in column M (or if no position has been provided, who stated at the Compliance Meet and Confer) that they are seeking an extension of sixty (60) days. Schedule 2(b) includes **62** Plaintiffs, of whom **58** want to be heard.

### III.     Dismissal with Prejudice is Sought by Defendants

Schedules 3 and 4 comprise the Plaintiffs for whom Defendants seek dismissal with prejudice because they failed to comply with basic obligations under CMO 9 as is described more fully below:

> **(1) Schedule 3: Failure to timely cure a noticed delinquency.** This Schedule includes those Plaintiffs who failed to serve a PFS and at least one authorization by their deadline to do so, received Warning Letters notifying them of their delinquency(ies), and failed to cure the delinquency(ies) within (at least) 30 days, in accordance with CMO 9. This Schedule includes **102** Plaintiffs, of whom **25** want to be heard.
>
> **(2) Schedule 4: Failure to timely respond to a Deficiency Letter.** This Schedule includes those Plaintiffs who submitted incomplete PFSs and then failed to respond within a minimum of 30 days of receiving Deficiency Letters noticing Plaintiffs' PFS deficiencies. This Schedule includes **15** Plaintiffs, of whom **5** want to be heard.

### IV.     Plaintiffs with Substantive Deficiencies

In an effort to continue to streamline oral arguments, each schedule below identifies a specific category of deficiency. Plaintiffs with more than one type of deficiency appear on more

than one of the following substantive deficiency schedules (5-11). In total, the substantive deficiency schedules (5-11) include **34** Plaintiffs, of whom 28 want to be heard.

### a. Defendants Seek an Order Directing Plaintiffs to Produce Responsive Photographs within 30 Days or Be Precluded From Future Use

Schedule 5 includes Plaintiffs who did not produce any photographs as required by the PFS. Under Section IX. Document Requests, the PFS asks Plaintiffs to produce photographs "relating to your hairstyle or your use of HAIR RELAXER PRODUCTS that you have in your possession, custody or control." It further says, "Please upload representative photographs of how you wore your hair for the ten years prior to your injury." In addition, the PFS asks for photographs "relating to your claimed injuries." Defendants seek an order compelling Plaintiffs to produce responsive photographs or, if they are unable to produce responsive photographs, to identify the steps taken to conduct the reasonable investigation required under Rule 26(g) by December 13, 2024. Additionally, if Plaintiffs are unable to produce responsive photographs by December 13, 2024, Defendants ask the Court to preclude those Plaintiffs from being able to utilize responsive photographs for any purpose in this litigation. This Schedule includes **11** Plaintiffs, of whom 8 want to be heard.

### b. Defendants Seek Court Order Directing Plaintiffs to Cure Noticed Deficiencies within 30 Days or Be Dismissed

Defendants seek an order compelling Plaintiffs on Schedules 6 through 11, below, to cure their noticed deficiency(ies) by December 13, 2024 or be dismissed. Plaintiffs' responses to this position are located in column M.

**(1) Schedule 6: Failure to produce responsive documents in Plaintiff's possession (not including representative photographs).** This Schedule includes **5** Plaintiffs, of whom 2 want to be heard.

4

    **(2) Schedule 7: Failure to include a validly signed declaration verifying the accuracy and completeness of Plaintiff's PFS.** This Schedule includes **2** Plaintiffs, of whom 1 wants to be heard.

    **(3) Schedule 8: Failure to produce completed and validly signed authorizations or healthcare provider information necessary to secure an authorization.** This Schedule includes **3** Plaintiffs, of whom 2 want to be heard.

    **(4) Schedule 9: Failure to adequately identify the specific injuries alleged in this litigation.** This Schedule includes **7** Plaintiffs, all of whom want to be heard.

    **(5) Schedule 10: Failure to adequately identify damages claimed in this litigation.** This Schedule includes **4** Plaintiffs, of whom 3 want to be heard.

    **(6) Schedule 11: Failure to adequately and credibly narrow the identification of the specific products used by Plaintiff (by name, time period of use, and/or frequency of use), over a specific period of time for each product, for which s/he claims to have caused Plaintiff's alleged injury.** This Schedule includes **15** Plaintiffs, of whom 12 want to be heard.

**V.    Plaintiffs with Withdrawing Counsel**

Schedule 12 includes Plaintiffs who failed to meet their discovery obligations under CMO 9 but whose Counsel are seeking, or plan to seek, to withdraw representation. The Court entered a *Pro Se* Protocol (CMO 13) on November 8, 2024 to address Motions to Withdraw as Counsel. [ECF 937]. In accordance with Minute Order 938, the Parties understand the Court will address pending Motions to Withdraw on January 9, 2025. Defendants reserve their rights to pursue relief against these Plaintiffs under CMO 9. This Schedule includes **7** Plaintiffs, of whom 2 want to be heard.

Dated: November 8, 2024

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |

/s/Edward A. Wallace
*Edward A. Wallace*
Edward A. Wallace
**WALLACE MILLER**
150 N. Wacker Dr., Suite 1100
Chicago, Illinois 60606
T: (312) 261-6193
Email: eaw@wallacemiller.com

*Plaintiffs' Liaison Counsel*

Diandra "Fu" Debrosse Zimmermann
**DICELLO LEVITT LLC**
505 20th Street North, Suite 1500
Birmingham, Alabama 35203
T: (312) 214-7900
Email: fu@dicellolevitt.com

*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
T: (401) 457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
T: (212) 566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

/s/Mark C. Goodman
*Mark C. Goodman*
Mark C. Goodman
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, Suite 1100 San Francisco, California 94111
T: (415) 576-3080
mark.goodman@bakermckenzie.com

*Defense Liaison Counsel and Counsel for Defendant Namasté Laboratories, LLC*

Mark D. Taylor
**BAKER & MCKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
T: (214) 978-3000
mark.taylor@bakermckenzie.com

Maurice Bellan
Teisha C. Johnson
**BAKER & MCKENZIE LLP**
815 Connecticut Avenue, NW
Washington DC 20006
T: (202) 452-7057
maurice.bellan@bakermckenzie.com
teisha.johnson@bakermckenzie.com

Barry Thompson
**BAKER & MCKENZIE LLP**
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
T: (310) 201-4703
barry.thompson@bakermckenzie.com

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
T: (850) 224-2020
Email: ben@bencrump.com

*Plaintiffs' Co-Lead Counsel*

Colleen Baime
Laura Kelly
**Baker & McKenzie LLP**
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
T: (312) 861-2510
colleen.baime@bakermckenzie.com
laura.kelly@bakermckenzie.com

*Counsel for Defendant Namasté Laboratories, LLC*

Seth A. Litman
Irvin Hernandez
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA 30326
T: (404) 541-2900
Seth.Litman@ThompsonHine.com
Irvin.Hernandez@ThompsonHine.com

*Counsel for Keratin Defendants Keratin Complex and Keratin Holdings, LLC*

Dennis S. Ellis
Katherine F. Murray
Nicholas J. Begakis
Serli Polatoglu
**ELLIS GEORGE CIPOLLONE O'BRIEN LLP**
2121 Avenue of the Stars
Suite 3000, 30th Floor
Los Angeles, CA 90067
T: (310) 274-7100
F: (310) 275-5697
dellis@egcfirm.com
kmurray@egcfirm.com
nbegakis@egcfirm.com
spolatoglu@egcfirm.com

Jonathan Blakley
**GORDON REES SCULLY MANSUKHANI LLP**
1 N. Franklin St., Suite 800
Chicago, IL 60606
T: (312) 565-1400
F: (312) 565-6511
jblakley@grsm.com

Peter Siachos
**GORDON REES SCULLY MANSUKHANI LLP**
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
T: (973) 549-2500
F: (973) 377-1911
psiachos@grsm.com

*Counsel for Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc. and SoftSheen-Carson LLC*

Lori B. Leskin
**ARNOLD & PORTER KAYE SCHOLER, LLP**
250 West 55th Street
New York, NY 10019
T: (212) 836-8641
F: (212) 836-8689
Lori.leskin@arnoldporter.com

Rhonda R. Trotter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199

*Counsel for Defendants Strength of Nature LLC; Strength of Nature Global LLC; and Godrej SON Holdings*

R. Trent Taylor
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T: (804) 775-1182
F: (804) 225-5409
rtaylor@mcguirewoods.com

Patrick P. Clyder
Royce B. DuBiner
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
T: (312) 849-8100
F: (312) 849-3690
pclyder@mcguirewoods.com
rdubiner@mcguirewoods.com

*Counsel for Defendant House of Cheatham LLC*

Joseph P. Sullivan
Kevin A. Titus
Bryan E. Curry
**LITCHFIELD CAVO LLP**
303 W. Madison, Suite 300
Chicago, IL 60606
T: 312-781-6677
F: 312-781-6630
sullivanj@litchfieldcavo.com
titus@litchfieldcavo.com
curry@litchfieldcavo.com

*Counsel for Defendant Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc.*

Richard J. Leamy, Jr.
Kristen A. Schank
Anna Morrison Ricordati
**WIEDNER & MCAULIFFE, LTD.**
1 N. Franklin St., Suite 1900
Chicago, Illinois 60606
T: (312) 855-1105
rjleamy@wmlaw.com
kaschank@wmlaw.com
amricordati@wmlaw.com

*Counsel for Defendant Avlon Industries, Inc.*

Melissa Fallah
Robert W. Petti
Alyssa P. Fleischman
**MARON MARVEL**
191 N. Wacker Drive – Suite 2950 Chicago, Illinois 60606
T: (312) 579-2018 (ofc)
mfallah@maronmarvel.com
rpetti@maronmarvel.com
afleischman@maronmarvel.com

*Counsel for Defendant Luster Products, Inc.*

Robert A. Atkins
Daniel H. Levi
Shimeng (Simona) Xu
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
T: (212) 373-3000
ratkins@paulweiss.com
dlevi@paulweiss.com
sxu@paulweiss.com

Randy S. Luskey
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
T: (628) 432-5112
rluskey@paulweiss.com

10

David E. Cole
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
T: (202) 223-7348
dcole@paulweiss.com

Abbot P. Edward
Melissa He
Erich J. Gleber
**HAWKINS PARNELL & YOUNG LLP**
275 Madison Avenue, 10th Floor
New York, NY 10016
eabbot@hpylaw.com
mhe@hpylaw.com
egleber@hpylaw.com

*Counsel for Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC*

Heidi Levine
**SIDLEY AUSTIN LLP**
787 7th Ave
New York, NY 10019
T: (212) 839-5300
hlevine@sidley.com

Lisa M. Gilford
**SIDLEY AUSTIN LLP**
555 W 5th St,
Los Angeles, CA 90013
T: (213) 896-6000
lgilford@sidley.com

Colleen M. Kenney
Kara L. McCall
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
T: (312) 853-2666
ckenney@sidley.com
kmccall@sidley.com

Amanda Crawford-Steger
**SIDLEY AUSTIN LLP**
2021 McKinney Ave., Suite 2000
Dallas, TX 75201
T: (214) 981-3496
asteger@sidley.com

*Counsel for Sally Beauty Supply LLC*

Joseph J. Welter
Ryan M. Frierott
**GOLDBERG SEGALLIA**
665 Main Street
Buffalo, NY 14203
T: (716) 566-5457
jwelter@goldbergsegalla.com
rfrierott@goldbergsegalla.com

*Counsel for AFAM Concept, Inc.*