**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br><br>Master Docket No. 1:23-cv-00818<br><br>Hon. Mary M. Rowland |

**L'ORÉAL USA'S UNOPPOSED MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE, APPOINTMENT OF COMMISSIONER AND DIRECTION OF SUBMISSION OF HAGUE CONVENTION APPLICATION**

Pursuant to the Court's Orders dated December 27, 2023 (ECF No. 353) and March 4, 2024 (ECF No. 499) regarding Plaintiffs' request for documents maintained by L'Oréal S.A., the French parent company of Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc. and SoftSheen-Carson LLC (collectively, "L'Oréal USA"), L'Oréal USA hereby moves, unopposed, for an Order:

1. Issuing a Request for International Judicial Assistance ("Request for Assistance") pursuant to 28 U.S.C. § 1781 and Chapter II of the Hague Convention on the Taking of Evidence Abroad in Civil Commercial Matters, March 18, 1970, T.I.A.S. No. 7444, 28 U.S.T. 2555 (the "Hague Convention") in the form annexed as **Exhibit A** to the Declaration of Dennis S. Ellis ("Ellis Declaration"), filed concurrently herewith;

2. Appointing Ms. Noëlle Lenoir as commissioner ("Commissioner") pursuant to Article 17 of the Hague Convention, pending the approval of the French Ministère de la Justice, to (a) receive documents from L'Oréal S.A. that are responsive to Plaintiffs' Requests for Production of

2484921.1

        Documents directed to L'Oréal USA that are also responsive to this Court's December 27, 2023 Memorandum Opinion and Order (ECF No. 353), which consists of the following categories of documents related to hair relaxer products sold both inside and outside of the United States: (1) foreign regulatory communications; (2) foreign hair relaxer product labels and usage instructions; (3) foreign safety studies and testing documents; and (4) foreign scientific journal articles commissioned by L'Oréal S.A. regarding hair relaxer products (collectively, the "Documents"); (b) transmit the Documents to L'Oréal USA for review and production in this action pursuant to Article 17 of the Hague Convention and in performance of her appointment as Commissioner and duties thereunder; and (c) upon completion to inform the French Ministère de la Justice;

3. Directing submission of the Order and Request for Assistance to the French Ministère de la Justice, for the purpose of approving the appointment of the Commissioner;

4. Granting the additional relief set forth in the Proposed Order attached as **Exhibit B** to the Ellis Declaration; and

5. Granting such other and further relief as this Court may deem just and proper.

2484921.1

A Proposed Order is annexed as Exhibit B to the Ellis Declaration. As is reflected in the Ellis Declaration, Plaintiffs do not oppose this motion.

| | |
|---|---|
| Dated: December 4, 2024 | By: /s/ Dennis S. Ellis |
| | Dennis S. Ellis |
| | Katherine F. Murray |
| | Noah S. Helpern |
| | Serli Polatoglu |
| | ELLIS GEORGE LLP |
| | 2121 Avenue of the Stars, 30th Floor |
| | Los Angeles, CA 90067 |
| | T: (310) 274-7100 |
| | F: (310) 275-5697 |
| | dellis@ellisgeorge.com |
| | kmurray@ellisgeorge.com |
| | nhelpern@ellisgeorge.com |
| | spolatoglu@ellisgeorge.com |
| | |
| | Jonathan Blakley (6308603) |
| | Gordon Rees Scully Mansukhani LLP |
| | 1 N. Franklin St., Suite 800 |
| | Chicago, IL 60606 |
| | T: (312) 565-1400 |
| | F: (312) 565-6511 |
| | jblakley@grsm.com |
| | |
| | Peter Siachos (68465) |
| | Gordon Rees Scully Mansukhani LLP |
| | 18 Columbia Turnpike, Suite 220 |
| | Florham Park, NJ 07932 |
| | T: (973) 549-2500 |
| | F: (973) 377-1911 |
| | psiachos@grsm.com |
| | |
| | *Counsel for Defendants L'Oréal USA, Inc.; L'Oréal USA Products, Inc.; and SoftSheen-Carson LLC* |

2484921.1