**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*Clemons v. AFAM Concept, Inc. d/b/a JF Labs, Inc., et al.*, Case No. 1:24-cv-02526 | MDL No. 3060<br><br>Master Docket Case No. 1:23-cv-00818<br><br>Case Number 1:24-cv-2526<br><br>Honorable Mary M. Rowland |

**L'ORÉAL S.A.'S MOTION TO DISMISS PURSUANT TO**
**FEDERAL RULES OF CIVIL PROCEDURE 4, 12(b)(2), AND 12(b)(5)**

Defendant L'Oréal S.A., through its undersigned counsel, files this Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 4, 12(b)(2), and 12(b)(5).

1. On March 28, 2024, Plaintiff Lillian Clemons ("Plaintiff") filed her Amended Short-Form Complaint against numerous defendants, including L'Oréal S.A. Clemons Dkt. 1.

2. On July 2, 2024, Plaintiff served L'Oréal S.A. with her Amended Short-Form Complaint through the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention").

3. On September 16, 2024, L'Oréal S.A. moved to dismiss Plaintiff's Amended Short-Form Complaint. MDL Dkt. 838.

4. On October 11, 2024, the Court permitted Plaintiff to file an amended complaint and denied L'Oréal S.A.'s motion to dismiss without prejudice. MDL Dkt. 883.

5. On October 18, 2024, Plaintiff filed the Master Long Form Complaint Against L'Oréal S.A. (MDL Dkt. 899) and Second Amended Short-Form Complaint (Clemons Dkt. 7).

6. L'Oréal S.A. now moves to dismiss the Master Long Form Complaint Against L'Oréal S.A. and all of Plaintiff's claims against L'Oréal S.A., including her Second Amended

Short-Form Complaint, pursuant to Federal Rules of Civil Procedure 4, 12(b)(2), and 12(b)(5), and expressly adopts its accompanying Memorandum of Law in Support of Its Motion to Dismiss, and all supporting declarations and materials, as if fully set forth herein.

Defendant L'Oréal S.A. respectfully requests that this Court grant its Motion to Dismiss pursuant to Federal Rules of Civil Procedure 4, 12(b)(2), and 12(b)(5) and enter an order dismissing L'Oréal S.A. from this case and these proceedings with prejudice and providing for any other just relief.

Dated: December 6, 2024

                                                                                       Respectfully submitted,

                                                                                       */s/ Theodore E. Tsekerides*

                                                                                      **WEIL, GOTSHAL & MANGES LLP**
                                                                                      Theodore E. Tsekerides
                                                                                      Aaron J. Curtis
                                                                                      Elaina K. Aquila
                                                                                      767 Fifth Avenue
                                                                                      New York, New York 10153
                                                                                      Telephone: (212) 310-8000
                                                                                      Facsimile: (212) 310-8007
                                                                                      Email: theodore.tsekerides@weil.com

                                                                                      *Counsel for L'Oréal S.A.*