# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*Clemons v. AFAM Concept, Inc. d/b/a JF Labs, Inc., et al.,* Case No. 1:24-cv-02526 | MDL No. 3060<br><br>Master Docket Case No. 1:23-cv-00818<br><br>Case Number 1:24-cv-2526<br><br>Honorable Mary M. Rowland |

**DECLARATION OF THEODORE E. TSEKERIDES**
**IN SUPPORT OF L'ORÉAL S.A.'S MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, I, Theodore E. Tsekerides, hereby declare under penalty of perjury as follows:

1. I am a partner at Weil, Gotshal & Manges LLP ("Weil"), counsel for L'Oréal S.A. in the above captioned proceeding. I respectfully submit this declaration in support of L'Oréal S.A.'s Motion to Dismiss for improper service and lack of personal jurisdiction. I have previously entered a limited appearance in this matter (Dkt. 773). In submitting this Declaration, L'Oréal S.A. does not intend to submit itself to personal jurisdiction in the United States.

2. Plaintiff's counsel in this proceeding also represents plaintiffs in two additional proceedings against L'Oréal S.A., *Watts v. AFAM Concept, Inc. d/b/a JF Labs, Inc.,* No. 24A01169 ("the *Watts* Case") and *Lowe v. AFAM Concept, Inc. d/b/a JF Labs, Inc.*, No. 24A01165 ("the *Lowe* Case"), both pending in the State Court of Dekalb County, Georgia.

**Procedural History in this Action**

3. The plaintiffs filed the original Master Long Form Complaint in this MDL on May 15, 2023. Over a year later, on July 2, 2024, Plaintiff Lillian Clemons, served L'Oréal S.A. with the summons and Amended Short-Form Complaint. Plaintiff did not serve the Master Long Form Complaint on L'Oréal S.A.

4. On September 16, 2024, L'Oréal S.A. moved to dismiss the original filings in this case for insufficient service, lack of personal jurisdiction, and failure to state a claim.

5. Attached as **Exhibit 1** is a true and correct copy of the transcript from the October 10, 2024 hearing before this Court, during which Plaintiff informed the Court that she intended to serve a more "robust" master long form complaint with allegations against L'Oréal S.A. The parties agreed on a schedule in open court according to which Plaintiff would file her revised complaint on October 18, 2024, and L'Oréal S.A. would have until December 6, 2024 to move to dismiss.

6. On October 18, 2024, Plaintiff filed the Master Long Form Complaint Against L'Oréal S.A. ("LSA Master Complaint") and her Second Amended Short-Form Complaint ("Second Amended SFC"). Plaintiff did not serve the LSA Master Complaint or the Second Amended SFC on L'Oréal S.A. through the Hague Convention.

**Documents and Facts Regarding Jurisdiction**

7. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the L'Oréal Groupe's website (last accessed December 6, 2024), which provide an overview of various L'Oréal-related entities and brands, including L'Oréal USA and Dark & Lovely. *See* https://www.loreal.com/en/group/. None of the L'Oréal Groupe webpages sell, advertise, or even mention any hair relaxer products. The L'Oréal Groupe website does not sell products.

8. Typing "L'Oréal USA" into Google returns a reference to "L'Oréal USA" as its top result, and that link takes one to a webpage on the L'Oréal Groupe website (last accessed December 6, 2024), that provides an overview of L'Oréal USA. The overview identifies that entity's headquarters as 10 Hudson Yards in New York City. The L'Oréal Groupe webpages do not sell or advertise any products and do not mention hair relaxer products. *See* Ex. 2 (https://www.loreal.com/en/usa/).

9. Attached hereto as **Exhibit 3** is a true and correct copy of the Global Privacy Policy for the L'Oréal Groupe website (last accessed December 6, 2024). The Privacy Policy indicates that data shared with L'Oréal S.A. may be shared with affiliates, but the Privacy Policy does not mention hair relaxer products. *See* https://www.loreal.com/en/group/global-privacy-policy/.

10. Attached hereto as **Exhibit 4** is a true and correct copy of the Terms of Use page for the L'Oréal Groupe's website (last accessed December 6, 2024), which provides specific links for the subsidiaries and divisions of L'Oréal, including L'Oréal USA and the Americas. *See* https://www.loreal.com/en/group/global-terms-of-use/. A click on the L'Oréal USA link takes one to the Terms of Use for L'Oréal USA (last accessed December 6, 2024), a true and correct copy of which is attached hereto as **Exhibit 5**, which state that the site "is owned and operated by L'Oréal USA, Inc." *See* https://www.loreal.com/en/usa/pages/group/term-of-use-usa/.

11. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the SoftSheen-Carson website (last accessed December 6, 2024). *See* https://www.softsheen-carson.com/.

12. Attached hereto as **Exhibit 7** is a true and correct copy of the Terms of Use for the SoftSheen-Carson website (last accessed December 6, 2024), which state that the site is "owned and operated by L'Oréal USA S/D, Inc." *See* https://www.softsheen-carson.com/terms-of-use.

3

13. Attached hereto as **Exhibit 8** is a true and correct copy of the Summary Privacy Notice & Notice at Collection Policy for the SoftSheen-Carson website (last accessed December 6, 2024), which states, "This brand is a member of the L'Oréal USA family of brands. When we say 'Us', 'Our', 'We', or 'L'Oréal', we are referring to L'Oréal USA S/D, Inc." The Notice goes on to describe the products sold on the site, including Dark & Lovely products, as "Our products." *See* https://www.softsheen-carson.com/privacy-policy.

14. Attached hereto as **Exhibit 9** is a true and correct copy of the Contact Us page for the SoftSheen-Carson website (last accessed December 6, 2024), which states that it is "for US consumers only" and that "[n]on-US consumers should visit the country website serving their region." *See* https://www.softsheen-carson.com/contact-us.

15. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from L'Oréal S.A.'s 2023 Universal Registration Document. *See* https://www.loreal-finance.com/eng/universal-registration-document.

16. As shown in the 2023 Universal Registration Document, the L'Oréal Groupe refers to all of the entities and brands around the world that make up the L'Oréal brand. The glossary of the 2023 Universal Registration Document refers to L'Oréal S.A. as "the parent company." *See* Ex. 10 at 446.

17. The 2023 Universal Registration Document states that L'Oréal S.A. has a board of directors composed of 16 members, none of whom are American and none of whom work for L'Oréal USA. *See* Ex. 10 at 13.

18. As further described in the 2023 Universal Registration Document, the L'Oréal S.A. executive committee consists of 19 members, including the CEO of L'Oréal USA, David Greenberg. The 2023 Universal Registration Document states that the members of the executive

committee are responsible for their own divisions and geographic zones. Mr. Greenberg is responsible for North America. Other members of the executive committee are responsible for other regions or divisions and have their own separate titles of either President or CEO of the various other regions or divisions. *See* Ex. 10 at 15.

19. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the transcript of the deposition of Kent Weiss held on December 14, 2023.

20. Attached hereto as **Exhibit 12** is a true and correct copy of the November 17, 2023 L'Oréal Groupe's Statement in Response to Hair Straightening Product Lawsuits in the US. *See* https://www.loreal.com/en/statement/group/response-to-hair-straightening-product-lawsuits-in-the-us/.

21. Attached hereto as **Exhibit 13** is a true and correct copy of the Cosmetic Facts sheet from the U.S. Food and Drug Administration. *See* https://www.fda.gov/media/92917/download.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2024
New York, New York

*/s/ Theodore E. Tsekerides*
THEODORE E. TSEKERIDES