# Exhibit 1

```
 1                    IN THE UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF ILLINOIS
 2                             EASTERN DIVISION

 3    IN RE:  HAIR RELAXER MARKETING,   )  MDL No. 3060
      SALES PRACTICES, AND PRODUCTS     )  Master Case No. 23 C 818
 4    LIABILITY LITIGATION.             )
                                        )  Chicago, Illinois
 5    This Document Relates to          )  October 10, 2024
      All Cases                         )  1:00 p.m.
 6

 7            TRANSCRIPT OF PROCEEDINGS - CASE MANAGEMENT CONFERENCE
                    BEFORE THE HONORABLE MARY M. ROWLAND
 8

 9    SPECIAL MASTER:      MAURA GROSSMAN LAW
                           BY:  PROFESSOR MAURA R. GROSSMAN (remote)
10                         Suite 1400, #233
                           50 Fountain Plaza
11                         Buffalo, New York   14202

12    APPEARANCES:

13    For Plaintiffs:

14                         Plaintiffs' Co-Lead Counsel:

15                         DiCELLO LEVITT, LLC
                           BY:  MS. DIANDRA "FU" DEBROSSE
16                         10 N. Dearborn Street, 6th Floor
                           Chicago, Illinois   60602
17
                           DOUGLAS & LONDON, PC
18                         BY:  MR. MICHAEL A. LONDON
                           59 Maiden Lane, 6th Floor
19                         New York, New York   10038

20                         MOTLEY RICE, LLC
                           BY:  MS. FIDELMA L. FITZPATRICK
21                         40 Westminster Street, 5th Floor
                           Providence, Rhode Island   02903
22
                           WALLACE MILLER
23                         BY:  MR. EDWARD A. WALLACE
                                MR. MARK R. MILLER
24                         150 N. Wacker Drive, Suite 1100
                           Chicago, Illinois   60606
25
                                   *  *  *
```

```
 1   APPEARANCES (Cont'd):
 2
                    Plaintiffs' Executive Committee:
 3
                         AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
 4                       BY:  MS. JENNIFER M. HOEKSTRA
                         17 E. Main Street, Suite 200
 5                       Pensacola, Florida  32502

 6                       BEASLEY ALLEN
                         BY:  MR. NAVAN WARD, JR.
 7                       2839 Paces Ferry Road SE, Suite 400
                         Atlanta, Georgia  30339
 8
                         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
 9                       BY:  MS. KELLY M. DERMODY
                         275 Battery Street, 29th Floor
10                       San Francisco, California  94111

11                              *  *  *

12                  Plaintiffs' Steering Committee

13                       ROMANUCCI & BLANDIN, LLC
                         BY:  MR. DAVID A. NEIMAN
14                       321 N. Clark Street, Suite 900
                         Chicago, Illinois  60654
15
                                *  *  *
16
                         ASHCRAFT & GEREL, LLP
17   (remote)            BY:  MR. PATRICK LYONS
                         1825 K Street, N.W., Suite 700
18                       Washington, D.C.  20006

19                       DINSMORE & SHOHL
     (remote)            BY:  MS. RAVIKA RAMESHWAR
20                       Southeast Financial Center
                         200 S. Biscayne Boulevard, Suite 2401
21                       Miami, Florida  33131

22                       ENVIRONMENTAL LITIGATION GROUP, PC
     (remote)            BY:  MR. JORDAN A. CADE
23                       2160 Highland Avenue
                         Birmingham, Alabama  35205
24

25
```

```
 1    APPEARANCES (Cont'd):

 2
                            KELLER POSTMAN
 3    (remote)              BY:  MS. REBECCA KING
                            150 N. Riverside Plaza, Suite 4100
 4                          Chicago, Illinois  60606

 5                          MS. TEMITOPE O. LEYIMU
                            28 Bridgeside Boulevard
 6                          Mount Pleasant, South Carolina  29464

 7                          SCHLICHTER BOGARD, LLP
      (remote)              BY:  MS. JA'MECIA LAWS
 8                          100 S. Fourth Street, Suite 1200
                            St. Louis, Missouri  63102
 9
                                    *   *   *
10
      For Defendants:       ARNOLD & PORTER KAYE SCHOLER, LLP
11                          BY:  MS. RHONDA R. TROTTER
                            777 S. Figueroa Street, 44th Floor
12                          Los Angeles, California  90008

13                          ARNOLD & PORTER KAYE SCHOLER, LLP
                            BY:  MS. LORI BLAKE LESKIN
14                          250 W. 55th Street
                            New York, New York  10019
15
                            BAKER & McKENZIE, LLP
16                          BY:  MS. COLLEEN E. BAIME
                            300 E. Randolph Street, Suite 5000
17                          Chicago, Illinois  60601

18                          BAKER & McKENZIE, LLP
      (remote)              BY:  MR. MAURICE A. BELLAN
19                          815 Connecticut Avenue, N.W.
                            Washington, D.C.  20006
20
                            BROWN GREER, PLC
21    (remote)              BY:  MR. JAKE WOODY
                            250 Rocketts Way
22                          Richmond, Virginia  23231

23                          ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUY, LLP
                            BY:  MR. DENNIS S. ELLIS
24                               MS. KATHERINE F. MURRAY
                                 MS. SERLI POLATOGLU
25                          2121 Avenue of the Stars, 30th Floor
                            Los Angeles, California  90067
```

```
 1    APPEARANCES (Cont'd):

 2
                          HAWKINS PARNELL & YOUNG, LLP
 3                        BY:  MR. EDWARD P. ABBOT
                          275 Madison Avenue, 10th Floor
 4                        New York, New York  10016

 5                        HAWKINS PARNELL & YOUNG, LLP
                          BY:  MS. DAISY DENIZARD
 6                        One E. Wacker Drive, Suite 400
                          Chicago, Illinois  60601
 7
                          HEYL ROYSTER VOELKER & ALLEN, PC
 8                        BY:  MS. ANN C. BARRON
                          105 W. Vandalia, Suite 100
 9                        Edwardsville, Illinois  62025

10                        ICE MILLER, LLP
      (both remote)       BY:  MS. ANECA E. LASLEY
11                             MS. ALLY M. PETRILLO
                          250 West Street, Suite 700
12                        Columbus, Ohio  43215-7509

13                        LITCHFIELD CAVO, LLP
                          BY:  MR. KEVIN A. TITUS
14    (remote)                 MR. JOSEPH P. SULLIVAN
                          303 W. Madison Street, Suite 300
15                        Chicago, Illinois  60606

16                        MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
                          BY:  MS. MELISSA M. FALLAH
17                             MR. ROBERT W. PETTI
      (remote)                 MS. LESLIE ANNE FEDERER
18                        191 N. Wacker Drive, Suite 2950
                          Chicago, Illinois  60606
19
                          MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
20    (remote)            BY:  MR. ROBERT E. DILLE
                          201 St. Charles Avenue, Suite 2411
21                        New Orleans, Louisiana  70170

22                        McGUIRE WOODS, LLP
                          BY:  MR. PATRICK P. CLYDER
23                             MR. ROYCE B. DUBINER
                          77 W. Wacker Drive, Suite 4100
24                        Chicago, Illinois  60601

25
```

```
 1    APPEARANCES (Cont'd):

 2
                          McGUIRE WOODS, LLP
 3                        BY:  MR. R. TRENT TAYLOR
                          800 E. Canal Street
 4                        Richmond, Virginia  23219

 5                        MORGAN LEWIS & BOCKIUS, LLP
                          BY:  MS. NANCY L. PATTERSON
 6                        1000 Louisiana Street, Suite 4000
                          Houston, Texas  77002
 7
                          MORGAN LEWIS & BOCKIUS, LLP
 8    (remote)            BY:  MR. MARK A. FIORE
                          502 Carnegie Center
 9                        Princeton, New Jersey  08540-6289

10                        SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
      (remote)            BY:  MS. SARAH LA PEARL
11                        233 S. Wacker Drive, Suite 5500
                          Chicago, Illinois  60606
12
                          SHOOK, HARDY & BACON, LLP
13    (remote)            BY:  MS. JESSE E. WEISSHAAR
                          1800 K Street, N.W., Suite 1000
14                        Washington, D.C.  20006

15                        SIDLEY AUSTIN, LLP
                          BY:  MS. HEIDI LEVINE
16                        787 Seventh Avenue
                          New York, New York  10019
17
                          SIDLEY AUSTIN, LLP
18                        BY:  MS. AMANDA L. CRAWFORD-STEGER
      (remote)                 MR. IMANI N. MAATUKA
19                        2021 McKinney Avenue, Suite 2000
                          Dallas, Texas  75201
20
                          SWIFT CURRIE McGHEE & HIERS
21    (remote)            BY:  MS. HALLIE E. RICHARDS
                          1420 Peachtree Street, N.E., Suite 800
22                        Atlanta, Georgia  30309

23                        THOMPSON HINE, LLP
      (remote)            BY:  MR. SETH A. LITMAN
24                        Two Alliance Center
                          3560 Lenox Road, Suite 1600
25                        Atlanta, Georgia  30326
```

```
 1   APPEARANCES (Cont'd):
 2
                         WEIL, GOTSHAL & MANGES, LLP
 3                       BY:  MR. THEODORE E. TSEKERIDES
                         767 Fifth Avenue
 4                       New York, New York  10153

 5                       WIEDNER & McAULIFFE, LTD.
                         BY:  MS. ANNA E. MORRISON-RICORDATI
 6                            MS. LIDIA G. PATITUCCI
                              MR. ANTHONY J. SASSAN
 7                            MS. KRISTEN A. SCHANK
                              MS. TOTIANA J. SUDDUTH
 8                       One N. Franklin Street, Suite 1900
                         Chicago, Illinois  60606
 9
                                 *   *   *
10

11

12

13

14

15

16

17

18

19

20   Court Reporter:     COLLEEN M. CONWAY, CSR, RMR, CRR
                         Official Court Reporter
21                       219 S. Dearborn Street, Room 1918
                         Chicago, Illinois  60604
22                       312.435.5594
                         colleen_conway@ilnd.uscourts.gov
23

24                         *   *   *   *   *
                      PROCEEDINGS REPORTED BY STENOTYPE
25       TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION
```

1  involve a short-form complaint with allegations against L'Oreal
2  S.A. in it, the long-form complaint, the civil cover sheets,
3  and the summonses.
4  　　　　　That second bigger package, we put that out for
5  service last December, December 7th. It got sent to the
6  Central Authority of France, which is how you go about the
7  service, on December 18th, and it was received in the Central
8  Authority of France on January 2nd.
9  　　　　　And there the trail goes cold. We don't know where
10 that package is. It never made it to L'Oreal S.A. And no one
11 in the Central Authority of France seems to know where it is.
12 So we've got those bigger packages that are kind of in no man's
13 land.
14 　　　　　THE COURT: Okay.
15 　　　　　MS. FITZPATRICK: And so we had -- we had discussed,
16 and we had some proposals for how we're going to -- how we
17 propose to go about doing this.
18 　　　　　THE COURT: Okay. Let me just say what I understand
19 so that I am sure that I'm clear of what's happened so far.
20 　　　　　So there's a short-form complaint filed by a woman
21 name Lillian Clemons. That's an individual complaint. That is
22 going to be thin on details because it's a short-form
23 complaint.
24 　　　　　(Counsel nod.)
25 　　　　　THE COURT: Right. And so that's what you filed a

```
 1    motion to dismiss on.
 2              MR. TSEKERIDES:  That's correct.
 3              THE COURT:  Okay.  So I have that.  And that's --
 4    basically, that motion has a lot of jurisdictional arguments.
 5              MR. TSEKERIDES:  Right.  It has -- the first argument
 6    is that it's insufficient process because there was no --
 7              THE COURT:  Okay.
 8              MR. TSEKERIDES:  Yeah.  But the meat is the personal
 9    jurisdiction.
10              THE COURT:  Okay.  And then did you raise a 12(b)(6)
11    argument?
12              MR. TSEKERIDES:  Yes, we did.
13              THE COURT:  Okay.
14              MR. TSEKERIDES:  Because there are no allegations.
15              THE COURT:  Yeah.  Okay.
16              So that's why I am raising it today for, because I
17    don't know whether to set briefing on the 12(b)(6) portion of
18    it or should we deal with the jurisdiction issue.
19              MS. FITZPATRICK:  So --
20              THE COURT:  So that's what you're addressing.
21              MS. FITZPATRICK:  Yes.
22              THE COURT:  Okay.
23              MS. FITZPATRICK:  So we don't believe, on the
24    12(b)(6) issue, that it makes sense to do briefing on the
25    12(b)(6) until -- it's not a question of if we get service.
```

1 It's when we have service of the long-form complaint and the
2 more robust allegations against L'Oreal S.A.; that when that
3 time comes, that that would be appropriate.
4 　　　　　What we believe -- and we have a bit of a difference
5 of an opinion on the service issue for L'Oreal S.A. We believe
6 that the short-form complaint was properly served through the
7 Hague, and that we can amend that short-form complaint to add
8 the more robust allegations against L'Oreal S.A., including,
9 you know, a lot of what would otherwise be in a long-form
10 complaint.
11 　　　　　And while we are within the 21 days of the service of
12 the complaint, what becomes an issue is there are other
13 defendants that are named in that complaint as well.
14 　　　　　THE COURT: Uh-huh.
15 　　　　　MS. FITZPATRICK: And we have that CMO that says once
16 they've filed an answer to a long-form, it's deemed an answer
17 to all.
18 　　　　　So it's a little bit mirky. But what we wanted to do
19 was to file with Your Honor a motion to amend in that
20 individual case. We propose that we file that motion to amend
21 next Thursday.
22 　　　　　And then, you know, I think with -- what that will
23 bring up is a lot of these, is there proper service, is there
24 not proper service, and how we go about untangling that
25 particular issue.

```
1                MR. TSEKERIDES:  Agreed.
2                THE COURT:  And I got to see you tell me whether
3    those cases are wrong or they don't apply.
4                I'd like to also have the jurisdiction issue in
5    there, because I'd like to get to that, because it seems like
6    that's going to be a fight that we have to resolve and --
7                MR. TSEKERIDES:  When you say "in there," do you mean
8    in this circuit?
9                THE COURT:  In this next briefing that we're going to
10   have.
11               So they're going to amend their complaint.  You're
12   going to have a copy of it.  You're not accepting service of it
13   in any way.  You're not waiving any defense.  But you're going
14   to have a physical copy of it, because it's going to be
15   floating around.  It's going on the docket.  We're all going to
16   be able to read it.  You're going to tell your client you
17   haven't accepted service, and you're going to be able to file
18   your motion to dismiss.  And you're going to both argue that
19   it's improperly served.  I don't know if you're going to raise
20   a 12(b)(6) argument.  That's up to you.
21               MR. TSEKERIDES:  We'll have to see, yeah.
22               THE COURT:  Okay.  And you're going to make whatever
23   other personal jurisdiction arguments that apparently you've
24   already made.
25               Maybe this will change it; maybe it won't.  Whatever.
```

```
1    I'll see what you say about that.
2            MR. TSEKERIDES:  Uh-huh.
3            THE COURT:  And then the plaintiffs will have a
4    chance to respond to that.  Whether they, in the meantime,
5    pursue Hague service on Ms. Clemons' amended complaint or they
6    rattle some cages with the complaint that we've seemingly lost,
7    whatever happens in that regard you're free to do without me.
8    Okay?
9            MR. TSEKERIDES:  Yeah.  I think so.
10           THE COURT:  Okay.  So can I set some dates?
11           MS. FITZPATRICK:  Yes, Your Honor.  That'd be great.
12           THE COURT:  Okay.  You proposed something.
13           MS. FITZPATRICK:  We believe we can get the motion
14   for amend -- to amend done within a week, so next --
15           THE COURT:  I've already granted that.  So you're
16   going to file an amended complaint next week.
17           MS. FITZPATRICK:  Yes.  We will file an amended
18   complaint.  Let me look at the calendar.  We'll file an amended
19   complaint by Friday.
20           THE COURT:  Okay.
21           MS. FITZPATRICK:  The 18th.
22           THE COURT:  Okay.  Friday, the 18th.  Okay.  Amended
23   complaint, Friday, the 18th.
24           What would you like, counsel?
25           MR. TSEKERIDES:  Well, I would like at least 30 days,
```

1  but --
2          THE COURT:  Sure.
3          MR. TSEKERIDES:  -- you know, I'm dealing with people
4  in another country.
5          THE COURT:  Uh-huh.
6          MR. TSEKERIDES:  When is Thanksgiving?  The 2 --
7          THE COURT:  So the 28th is Thanksgiving.
8          So four weeks is the 22nd.  That's the Friday before
9  Thanksgiving.  And then the Friday after, of course, is the
10 29th, which is probably not an ideal day.
11         MR. TSEKERIDES:  I mean, with the Court's indulgence,
12 the 6th of December?  Is that too far?
13         THE COURT:  That's fine, that's fine.
14         MR. TSEKERIDES:  That's fine?  Thank you.  Yeah.
15         And, I'm sorry, you said they would do a reply, too,
16 right?  And then we'd have a --
17         THE COURT:  Yeah.  They're --
18         MR. TSEKERIDES:  Yeah.
19         THE COURT:  You're going to file a motion to dismiss,
20 and they're going to do full briefing.
21         MR. TSEKERIDES:  Yeah, yeah, yeah.  Okay.
22         THE COURT:  Yeah.  So I'm going to deny without
23 prejudice your pending motion to dismiss L'Oreal S.A.
24         MR. TSEKERIDES:  Okay.
25         THE COURT:  Understood?

```
 1              MR. TSEKERIDES:  Understood.
 2              THE COURT:  And then when they file their motion to
 3   dismiss, I'll just set a briefing.
 4              MS. FITZPATRICK:  That would be great, Your Honor.
 5   We'd like to take a look at it, and we'll let you know then.
 6              And we are not in front of you, I think, in December.
 7   You --
 8              THE COURT:  I think that's right.
 9              MS. FITZPATRICK:  -- gave yourself a Christmas
10   present.  So --
11              THE COURT:  Oh, that was nice.
12              MS. FITZPATRICK:  So if we could, maybe at some point
13   on the week of the 9th, either we can get in touch with the
14   defendants and work out a briefing schedule on that --
15              THE COURT:  That's fine.
16              MS. FITZPATRICK:  -- and report to you by the 13th
17   and --
18              THE COURT:  That's fine.  Take into account the
19   holidays --
20              MR. TSEKERIDES:  Yeah.
21              THE COURT:  -- and set a realistic schedule.  Okay.
22   And then, you know, I'll keep in touch.
23              If you pursue Hague Convention service as well, let
24   me know.
25              MS. FITZPATRICK:  Yes.
```