# Exhibit 2

Case: 1:23-cv-00818 Document #: 978-4 Filed: 12/06/24 Page 3 of 7 PageID #:30946



  

Case: 1:23-cv-00818 Document #: 978-4 Filed: 12/06/24 Page 4 of 7 PageID #:30947





Case: 1:23-cv-00818 Document #: 978-4 Filed: 12/06/24 Page 6 of 7 PageID #:30949



