# Exhibit 4



Term of Use

# Term of Use

Learn about our term of use around the world

Term of Use

## For detailed information concerning L'Oréal's Term of Use, select your preferred country below:

Select your country:

Term of Use

# For detailed information concerning L'Oréal's Term of Use, select your preferred country below:

Select your country:

- Global

## Americas

- L'Oréal Canada Terms of use

- L'Oréal USA: Term of use

- L'Oréal Central America / Panama

- L'Oréal Brasil

## Europe

- L'Oréal UK and Ireland

- L'Oréal Romania

## North Asia

- L'Oréal China

- L'Oréal Malaysia

- L'Oréal Singapore

Africa and Middle East

- L'Oréal Israel

- L'Oréal South Africa

Select your country:

- Global

## Americas

- L'Oréal Canada Terms of use

- L'Oréal USA: Term of use

- L'Oréal Central America / Panama

- L'Oréal Brasil

## Europe

- L'Oréal UK and Ireland

- L'Oréal Romania

## North Asia

- L'Oréal China

- L'Oréal Malaysia

- L'Oréal Singapore

Africa and Middle East

- L'Oréal Israel

- L'Oréal South Africa

Journalists     Suppliers     Investors & Shareholders

Group

Commitments

Brands

Beauty Science

Careers

