# Exhibit 6

Contact Us   Coupons   Search

**SoftSheen·Carson**

DARK & LOVELY | DARK & NATURAL | LET'S JAM | MAGIC | TIPS & TUTORIALS | VIRTUAL TRY-ON

WHERE TO BUY







# EXPERTLY MADE HAIR COLOR FOR TEXTURED HAIR
## Available in 3 new bold shades

   

**Fade Resist, Rich Conditioning Hair Color - Reality Red**

Permanent Hair Color, Superior Gray Coverage & Shine, with Argan Oil and Vitamin E

**Fade Resist, Rich Conditioning Hair Color - Poppin Pink**

Permanent Hair Color, Superior Gray Coverage & Shine, with Argan Oil and Vitamin E

**Fade Resist, Rich Conditioning Hair Color - Virtual Violet**

Permanent Hair Color, Superior Gray Coverage & Shine, with Argan Oil and Vitamin E

**Uplift, Hair Bleach Kit**

Delivers up to 8 levels of dramatic hair color lift while maintaining curly hair texture integrity.




# DISCOVER YOUR NEW GROOMING REGIMEN

SHOP MAGIC

# GET THE FRESHEST BEARD IN THE GAME
## Cover all your shaving & grooming needs






**Razorless Cream Shave - Extra Strength Shaving Cream, 6 oz.**

No-shave cream formula, depilatory

★★★★☆

**Razorless Cream Shave - Regular Strength Shaving Cream, 6 oz.**

No-shave cream formula, depilatory

★★★★☆

**Exfoliating Scrub, Men's Facial Grooming, 6.7 oz**

Smooth, Soften & Clarify - Face, Scalp & Beard with cocoa butter & cedarwood oil

★★★★☆

**Magic Sculpting Beard Butter, 3.4 oz.**

Sculpting Beard Butter to moisturize & condition-made with cocoa butter & cedarwood oil.

★★★★★



# BRING ON THE CURLS
## Try our flake-free, hydrating gels for long-lasting hold

   


**Lets Jam's Spiraling Curl Gel, 6.8 oz.**
Spiraling curl gel for all textured hair types, plus 48 hour hydration for curly hair



**Let's Jam Condition & Shine Gel - Extra Hold, 4.4 oz.**
Extra hold gel for all textured hair types, plus styling for braids & smooths edges


**Let's Jam Condition & Shine Gel - Regular Hold, 14 oz.**
Regular hold gel for all textured hair types, plus styling for braids & smooths edges


**Moisture & Shine Gel - Mega Hold, 9 oz.**
Mega hold gel for all textured hair types, plus styling for braids & smooths edges

## Make Bold Moves

Tag us @darkandlovely showing off your fierce looks for a chance to be featured on our site

**Share Now**







Powered by Bazaarvoice

Tag us @darkandlovely showing off your fierce looks for a chance to be featured on our site

Share Now






Powered by Bazaarvoice

ABOUT US

CONTACT US

CAREERS

WHERE TO BUY

SITE MAP

COUPONS

DARK & LOVELY

ACCESSIBILITY STATEMENT

CONSUMER HEALTH DATA NOTICE

DARK & NATURAL

NOTICE AT COLLECTION

PRIVACY POLICY

LET'S JAM

TERMS AND CONDITIONS

ONLINE PREFERENCES

MAGIC

YOUR PRIVACY CHOICES 

USER CONTENT PERMISSION TERMS

SMS TERMS & CONDITIONS

This site is intended for US consumers. Cookies and related technology are used for advertising. To learn more or opt-out, visit AdChoices and our Privacy Policy @2024 Softsheen-Carson. All Rights Reserved