# Exhibit 9



Home / Contact Us

## Contact Us

Have a question regarding a product or order? Please submit your questions and/or comments any time using the form below and be sure to provide your most recent contact information. We will respond to your questions as soon as possible.

### To best direct your question, choose a topic

Once you select a topic, we'll provide you with a way to get in touch.

Required*

Select a topic

For US consumers only. At L'Oreal, we care about your privacy. If you have questions or concerns about how we use your information, you may review our **Privacy Policy** here. Non-US consumers should visit the country website serving their region.





## To best direct your question, choose a topic

Once you select a topic, we'll provide you with a way to get in touch.

Required*

Select a topic

For US consumers only. At L'Oreal, we care about your privacy. If you have questions or concerns about how we use your information, you may review our **Privacy Policy** here. Non-US consumers should visit the country website serving their region.

| | | |
|---|---|---|
| ABOUT US | CONTACT US | CAREERS |
| WHERE TO BUY | SITE MAP | COUPONS |
| DARK & LOVELY | ACCESSIBILITY STATEMENT | CONSUMER HEALTH DATA NOTICE |
| DARK & NATURAL | NOTICE AT COLLECTION | PRIVACY POLICY |
| LET'S JAM | TERMS AND CONDITIONS | ONLINE PREFERENCES |
| MAGIC | YOUR PRIVACY CHOICES | USER CONTENT PERMISSION TERMS |
| | SMS TERMS & CONDITIONS | |

This site is intended for US consumers. Cookies and related technology are used for advertising. To learn more or opt-out, visit AdChoices and our Privacy Policy @2024 Softsheen-Carson. All Rights Reserved