# Exhibit 10

Case: 1:23-cv-00818 Document #: 978-12 Filed: 12/06/24 Page 2 of 11 PageID #:31039

2023 UNIVERSAL REGISTRATION DOCUMENT

# L'ORÉAL



INCLUDING THE ANNUAL FINANCIAL REPORT, THE INTEGRATED REPORT AND THE NON-FINANCIAL INFORMATION STATEMENT

# L'ORÉAL

# Universal Registration Document

## 2023

**INCLUDING THE ANNUAL FINANCIAL REPORT,
THE INTEGRATED REPORT AND THE NON-FINANCIAL
INFORMATION STATEMENT**



AUTORITÉ DES MARCHÉS FINANCIERS
AMF

The Universal Registration Document has been filed on March 19, 2024 with the French Financial Markets Authority (AMF), as competent authority under Regulation (EU) 2017/1129, without prior approval pursuant to article 9 of said regulation.

The Universal Registration Document may be used for the purposes of an offer to the public of securities or admission of securities to trading on a regulated market if completed by a securities note and, if applicable, a summary and any amendments to the Universal Registration Document. The whole is approved by the AMF in accordance with Regulation (EU) 2017/1129.

This Universal Registration Document, including the Annual Financial Report, is a reproduction in PDF, translated in English, of the official version established in ESEF format and is available on our website www.loreal-finance.com. This reproduction is available on the same website.

This document is a free translation of the original 2023 Universal Registration Document issued in French Language and is provided solely for information purposes. In case of discrepancy between the French and English versions, the French language version of the Universal Registration Document shall prevail.

## COMPOSITION OF THE BOARD AT 31 DECEMBER 2023

| | At 31 December 2023 | Age | Female/Male | Nationality | No. of directorships in listed companies* | Independence | Initial appointment date | Expiry date of term of office (AGM) | Seniority on the Board (years) | Board Committees — Strategy and Sustainability | Audit | HR and Remuneration | Nominations and Governance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Chairman** | Mr Jean-Paul Agon | 67 | M | French | | | 25/04/2006 | 2026 | 17 | C | | | | |
| **Chief Executive Officer** | Mr Nicolas Hieronimus | 59 | M | French | | | 20/04/2021 | 2025 | 2 | | | | | |
| **Françoise Bettencourt Meyers and her family** | Ms Françoise Bettencourt Meyers **Vice-Chair** | 70 | W | French | | | 12/06/1997 | 2025 | 26 | ● | | ● | ● | **57.8 YEARS** average age of Directors |
| | Mr Jean-Victor Meyers | 37 | M | French | | | 13/02/2012 | 2024 | 11 | ● | | | | |
| | Mr Nicolas Meyers | 35 | M | French | | | 30/06/2020 | 2024 | 3 | | ● | | | |
| **Directors linked to Nestlé** | Mr Paul Bulcke** **Vice-Chairman** | 69 | M | Belgian Swiss | 1 | | 20/04/2017 | 2025 | 6 | ● | | ● | ● | **50%** independent Directors*** |
| | Ms Béatrice Guillaume-Grabisch | 59 | W | French | | | 20/04/2016 | 2024 | 7 | | ● | | | |
| **Independent Directors** | Ms Sophie Bellon | 62 | W | French | 1 | ♦ | 22/04/2015 | 2027 | 8 | | | C | ● | |
| | Mr Patrice Caine | 53 | M | French | 1 | ♦ | 17/04/2018 | 2026 | 5 | ● | | | C | **50%** female Directors*** |
| | Ms Fabienne Dulac | 56 | W | French | 1 | ♦ | 18/04/2019 | 2027 | 4 | | ● | ● | | |
| | Ms Belén Garijo | 63 | W | Spanish | 2 | ♦ | 17/04/2014 | 2026 | 9 | | | ● | | |
| | Ms Ilham Kadri | 54 | W | French Moroccan | 2 | ♦ | 30/06/2020 | 2024 | 3 | | ● | | | |
| | Ms Virginie Morgon | 54 | W | French | | ♦ | 26/04/2013 | 2025 | 10 | | C | | | **50%** male Directors*** |
| | Mr Alexandre Ricard | 51 | M | French | 1 | ♦ | 20/04/2021 | 2025 | 2 | ● | | | | |
| **Directors representing employees** | Mr Thierry Hamel | 69 | M | French | | | 21/04/2022 | 2026 | 1 | | | ● | | |
| | Mr Benny de Vlieger | 59 | M | Belgian | | | 21/04/2022 | 2026 | 1 | | ● | | | |

♦ Independence within the meaning of the criteria of the AFEP-MEDEF Code as assessed by the Board of Directors ● *Member of the Committee* **C** *Chairman of the Committee*
\* Number of directorships (excluding L'Oréal) held in listed companies, including foreign companies, in accordance with the provisions of Article 20 of the AFEP-MEDEF Code (i.e. excluding directorships held in subsidiaries and affiliates, held alone or in concert, by an executive corporate officer of companies whose main activity is to acquire and manage such affiliates).
\*\* Mr Paul Bulcke was a Director of L'Oréal from 2012 to June 2014 and then again since 2017.
\*\*\* Excluding Directors representing the employees in accordance with the French Commercial Code (Code de commerce) and the AFEP-MEDEF Code.

### 1.1.3.3. Composition of the Executive Committee at 1 March 2024

The Executive Committee puts into practice the strategic orientations defined by the Board of Directors and directs L'Oréal's business activities all over the world. Its members head the Operational Divisions, the Support Divisions and the geographic zones, reflecting the complementarity of the Group's expertise.



**Nicolas Hieronimus**
Chief Executive Officer
**Nationality:** French
**Age:** 60



**Barbara Lavernos**
Deputy Chief Executive Officer, in charge of Research, Innovation and Technology
**Nationality:** French
**Age:** 55



**Christophe Babule**
Chief Financial Officer
**Nationality:** French
**Age:** 58



**Ezgi Barcenas**
Chief Corporate Responsibility Officer[1]
**Nationalité :** Cypriot/American
**Âge :** 39



**Vincent Boinay**
President North Asia Zone and Chief Executive Officer of L'Oréal China
**Nationality:** French
**Age:** 56



**Cyril Chapuy**
President – Luxe
**Nationality:** French
**Age:** 53



**Myriam Cohen-Welgryn**
President – Dermatological Beauty
**Nationality:** French
**Age:** 58



**Vianney Derville**
President – Europe Zone
**Nationality:** French
**Age:** 56



**Asmita Dubey**
Chief Digital and Marketing Officer
**Nationality:** Indian
**Age:** 50



**Emmanuel Goulin**
President – Travel Retail
**Nationality:** French
**Age:** 47



**David Greenberg**
President – North America & Chief Executive Officer L'Oréal USA
**Nationality:** American
**Age:** 61



**Omar Hajeri**
President – Professional Products
**Nationality:** French/Tunisian
**Age:** 47



**Blanca Juti**
Chief Corporate Affairs & Engagement Officer
**Nationality:** Finnish/Mexican
**Age:** 55



**Jean-Claude Le Grand**
Chief Human Relations Officer
**Nationality:** French/American
**Age:** 59



**Fabrice Megarbane**
Chief Global Growth Officer[2]
**Nationality:** French/Syrian
**Age:** 49



**Alexis Perakis-Valat**
President – Consumer Products
**Nationality:** French/Greek
**Age:** 52



**Ersi Pirishi**
President – Latin America Zone
**Nationality:** French/Cypriot
**Age:** 59



**Vismay Sharma**
President – South Asia Pacific, Middle East, North Africa Zones
**Nationality:** Indian
**Age:** 52



**Antoine Vanlaeys**
Chief Operations Officer
**Nationality:** French
**Âge:** 55

(1) Mrs Ezgi Barcenas joined the Group on 1 March 2024, succeeding to Mrs Alexandra Palt, as announced on 7 February 2024.
(2) On 1 February 2024, Mr Fabrice Megarbane succeeded Mr Frédéric Rozé as Chief Global Growth Officer, Mr Rozé having announced his intention to retire at the end of first quarter 2024.

## 1.3.4. A tailored, agile and responsive organisation

*The Group's organisation responds to a dual challenge: pursuing the strategy which has enabled L'Oréal to be successful over the last 110 years and at the same time inventing the new L'Oréal of the future, perfectly matched to an ever-changing world.*

From an organisational and managerial perspective, L'Oréal is strategically centralised and operationally decentralised with a strong entrepreneurial spirit. This unique model empowers its in-country teams and guarantees flexibility and excellence on the ground. This organisational structure is perfectly suited to the current environment, with Zones aligned more closely with consumers. During the 2020 crisis, it was a considerable asset in terms of putting in place measures that were tailored to the specific circumstances in each country.

The Group completed in 2021 the reorganisation of Zones it had announced in November 2020, aligning them more closely with consumers.

### L'Oréal S.A.

L'Oréal S.A. is a French company, with its head office in France. It acts as a holding company and provides strategic coordination, particularly for brands, as well as research, innovation and technical coordination for the L'Oréal Group throughout the world. At the same time, it performed a sales activity until this activity was subsidiarised on 1 July 2023 to the companies L'Oréal France and L'Oréal International Distribution, as approved by the Annual General Meeting of 21 April 2023 in its 19th and 20th resolutions.

The subsidiaries operate the Group's business activities in the countries or region(s) in which they are located, on the domestic or the export markets. To do so, they define the development strategy specific to their market(s), make the most suitable choices in terms of consumer targets and distribution channels, and manufacture, directly or indirectly, and market the brands they decide to sell on their market(s).

Almost all of the subsidiaries are owned by L'Oréal S.A., which has a holding or control percentage equal or close to 100%[(1)]. The detailed list of these subsidiaries is set out in the notes to the consolidated and parent company financial statements.

### Operational Divisions

The Group's business activities are organised into four Operational Divisions. In the markets, each of these Divisions develops and enhances its brand portfolio with consumers (see below).

By establishing the Group-wide Travel Retail governance subsidiary, the Group has given itself the resources to grow this influential segment using a global shopper strategy: a bespoke approach designed, at the destinations favoured by each nationality, to personalise the experience on the basis of the language, culture and beauty rituals of travellers.

### Geographic zones

The Group's international development led L'Oréal, from 1 January 2021, to change its organisation to give more coherence to each Zone, particularly in terms of consumer behaviour and market maturity, in order to create the conditions for a cross-functional transformation of the organisation and maximise growth.

The geographic zones, each of which has operational responsibility for the subsidiaries in their market, are as follows:

- Europe Zone;
- North America Zone;
- North Asia Zone brings together mainland China, Hong Kong SAR, Taiwan region, Japan and South Korea;
- SAPMENA – SSA Zone incorporates South Asia, the Pacific, the Middle East, North Africa and Sub-Saharan Africa; and
- Latin America Zone.

### Functional Divisions

Several specialist corporate departments provide their expertise and support to the Operational Divisions, to subsidiaries in their markets and to the other business activities (see subsection 1.3.2.).

---

(1) Furthermore, it should be noted, that pursuant to Article L. 232-1 of the French Commercial Code, L'Oréal S.A. has branches.

Case: 1:23-cv-00818 Document #: 978-12 Filed: 12/06/24 Page 7 of 11 PageID #:31044

**6 Parent Company Financial Statements**
Notes to the Financial Statements of L'Oréal S.A.

## Note 26. Net cash and cash equivalents at the end of the year

Cash and cash equivalents can be broken down as follows:

| € millions | 31.12.2023 | 31.12.2022 | 31.12.2021 |
|---|---|---|---|
| Cash and cash equivalents | 337.7 | 616.2 | 0.6 |
| Accrued interest receivable | 9.4 | 1.8 | - |
| Accrued interest payable | - | - | - |
| **NET CASH AND CASH EQUIVALENTS** | **347.1** | **618.0** | **0.6** |

## Note 27. Other information

Statutory audit fees are presented in note 16 to the Consolidated Financial Statements.

## Note 28. Subsequent events

In line with the Ambition France actions carried out over the 2023 financial year, the entity Soproréal merged into L'Oréal S.A. on 1 January 2024. On the same day, L'Oréal S.A. transferred the complete and autonomous branch of Soproréal's business activities to the entity New Soproréal.

## Note 29. Table of subsidiaries and holdings

DETAILED INFORMATION

| | Share capital | Reserves and retained earnings before appropriation of net profit | % holding | Carrying amount of shares held | | Profit or loss in last financial year | Dividends[1] booked during the financial year |
|---|---|---|---|---|---|---|---|
| | | | | Gross | Net | | |
| **A. Main French subsidiaries (Holdings of over 50%)** | | | | | | | |
| Azzaro Mugler Beauté France | 78,723 | 845 | 100.00% | 78,723 | 78,723 | 1,006 | 488 |
| Beauté, Recherche & Industries | 1,069 | 15,073 | 100.00% | 9,495 | 9,495 | 3,802 | 8,280 |
| Cosmétique Active International | 19 | 13,947 | 88.97% | 15,100 | 15,100 | 126,508 | 89,154 |
| Cosmétique Active Production | 186 | 23,104 | 80.13% | 5,081 | 5,081 | 13,755 | 9,097 |
| EpiSkin | 13,609 | 11,730 | 99.92% | 17,999 | 17,999 | 1,331 | 0 |
| Fapagau & Cie | 15 | 5,090 | 79.00% | 12 | 12 | 13,935 | 12,548 |
| Faproreal | 11,944 | 5,232 | 100.00% | 11,953 | 11,953 | 6,382 | 6,600 |
| Finval | 19,516 | 142,683 | 100.00% | 75,677 | 75,677 | 40,258 | 72,471 |
| Gemey Paris – Maybelline New York | 35 | 8,551 | 99.96% | 46 | 46 | 5,583 | 5,388 |
| Holdial | 1 | 4 | 98.00% | 1 | 1 | 1,249 | 769 |
| L & J Ré | 27,500 | 11,075 | 100.00% | 27,500 | 27,500 | 1,710 | 0 |
| La Roche-Posay Laboratoire Dermatologique | 380 | 4,437 | 99.98% | 27,579 | 27,579 | 46,805 | 37,668 |
| Noveal | 1,958 | 11,387 | 100.00% | 21,501 | 21,501 | 391 | 5,037 |
| Nutricos Technologies | 535 | -106 | 50.00% | 38,125 | 0 | -30 | 0 |
| L'Oréal France | 127,921 | 503,636 | 100.00% | 772,495 | 772,495 | 202,416 | 0 |
| L'Oréal International Distribution | 6,414 | -17,482 | 100.00% | 11,642 | 11,642 | 31,881 | 0 |
| L'Oréal Fund For Nature Regeneration | 75,000 | -2,996 | 100.00% | 75,000 | 69,100 | -2,956 | 0 |
| L'Oréal Produits de Luxe International | 98 | 55,384 | 99.85% | 73,814 | 73,814 | 66,072 | 64,662 |
| BOLD (Business Opportunities for L'Oréal Development) | 178,853 | 109,769 | 100.00% | 299,603 | 299,603 | -9,741 | 0 |

Case: 1:23-cv-00818 Document #: 978-12 Filed: 12/06/24 Page 8 of 11 PageID #:31045

**Parent Company Financial Statements** 6
Notes to the Financial Statements of L'Oréal S.A.

|  | Share capital | Reserves and retained earnings before appropriation of net profit | % holding | Carrying amount of shares held | | Profit or loss in last financial year | Dividends[1] booked during the financial year |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Gross | Net |  |  |
| Mugler Fashion | 8 | 71 | 100.00% | 3,929 | 1,493 | 719 | 0 |
| Real Campus by L'Oréal | 7,205 | -6,216 | 100.00% | 7,205 | 7,205 | -1,301 | 0 |
| Sciencemd | 13,005 | -4,933 | 100.00% | 13,005 | 3,535 | -3,950 | 0 |
| New Soproréal | 50 | -10 | 100.00% | 50 | 50 | -7 | 0 |
| LOA15 | 50 | -5 | 99.98% | 50 | 50 | -2 | 0 |
| Prestige & Collections International | 78 | 7,465 | 99.81% | 98,364 | 98,364 | 527,129 | 522,449 |
| Magic Holdings Group Limited | 33 | -105 | 100.00% | 63,411 | 11 | 400 | 0 |
| Sicôs & Cie | 375 | 11,948 | 100.00% | 1,076 | 1,076 | 9,642 | 11,525 |
| Soprocos | 8,250 | 9,013 | 100.00% | 11,904 | 11,904 | 8,792 | 3,789 |
| Soproréal | 15 | 4,372 | 100.00% | 116 | 116 | 8,448 | 10,777 |
| Sparlys | 7,378 | 16,219 | 100.00% | 18,553 | 18,553 | -8,146 | 0 |
| Thermes De Saint Gervais Les Bains Le Fayet | 1,047 | 2,845 | 100.00% | 22,942 | 16,942 | 191 | 0 |
| **B. Main French investments (Holdings of under 50%)** | | | | | | | |
| Euroapi |  | 94,027 | 5.47% | 74,535 | 29,454 |  | 0 |
| Sanofi[2] |  | 2,524,776 | 9.35% | 423,887 | 423,887 |  | 420,889 |

(1) Including profits distributed by the SNCs (general partnership), and Sociétés civiles (non trading companies), that are not tax consolidated.
(2) Listed company. At the end of the year, L'Oréal owned 118,227,307 shares with a market value of €10,612,083 thousand at 31 December 2023.

|  | Share capital | Reserves and retained earnings before appropriation of net profit | % holding | Carrying amount of shares held | | Profit or loss in last financial year | Dividends[1] booked during the financial year |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Gross | Net |  |  |
| **A. Main foreign subsidiaries (Holdings of over 50%)** | | | | | | | |
| Aesop UK Limited (United Kingdom) | 0 | 39,776 | 100.00% | 968,211 | 804,911 | 45,189 | 0 |
| Atelier Cologne (Luxembourg) | 1,210 | 3,851 | 100.00% | 88,929 | 46,418 | 19,404 | 0 |
| Beautycos International Co. Ltd (China) | 52,482 | 32,657 | 73.46% | 46,195 | 46,195 | 16,968 | 8,981 |
| Beautylux International Cosmetics (Shanghai) Co. Ltd (China) | 5,629 | 111 | 100.00% | 16,871 | 4,871 | 158 | 0 |
| Biotherm (Monaco) | 152 | 16 | 99.80% | 3,545 | 3,545 | 8,314 | 8,003 |
| Canan Kozmetik Sanayi Ve Ticaret A.S. (Turkey) | -5,785 | 7,217 | 100.00% | 30,290 | 2,860 | 1,800 | 0 |
| Cosmelor Ltd (Japan) | 548 | 13,750 | 100.00% | 35,810 | 27,370 | 8,715 | 8,611 |
| Cosmephil Holdings Corporation (Philippines) | 171 | -123 | 100.00% | 400 | 14 | 0 | 0 |
| Egyptelor LLC (Egypt) | 6 | 14 | 99.80% | 7 | 7 | -112 | 0 |
| Elebelle (Proprietary) Ltd (South Africa) | 806 | 20,796 | 100.00% | 61,123 | 13,123 | 0 | 0 |
| Erwiton S.A. (Uruguay) | 147 | 42 | 100.00% | 3 | 3 | 18,991 | 14,108 |
| L'Oréal Israel Ltd (Israel) | 4,137 | 14,907 | 92.97% | 38,497 | 38,497 | 18,056 | 11,824 |
| Kosmepol Sp. z.o.o. (Poland) | 38,844 | 60,935 | 99.73% | 48,965 | 48,965 | 5,107 | 845 |
| L'Oréal Adria d.o.o. (Croatia) | 131 | 4,318 | 100.00% | 1,503 | 1,503 | 12,237 | 9,314 |
| L'Oréal Argentina S.A. (Argentina) | -44,397 | 141,995 | 96.82% | 183,864 | 61,964 | -9,688 | 0 |
| L'Oréal Australia Pty Ltd | 2,711 | 16,348 | 100.00% | 33,867 | 33,867 | 38,515 | 57,856 |
| L'Oréal Balkan d.o.o. (Serbia) | 1,283 | -453 | 100.00% | 1,285 | 1,285 | 4,649 | 2,845 |
| L'Oréal Baltic SIA (Latvia) | 387 | -1,361 | 100.00% | 529 | 529 | 2,187 | 0 |
| L'Oréal Bangladesh Ltd (Bangladesh) | 3,820 | -3,818 | 100.00% | 3,749 | 0 | 29 | 0 |

**6 Parent Company Financial Statements**
Notes to the Financial Statements of L'Oréal S.A.

| | Share capital | Reserves and retained earnings before appropriation of net profit | % holding | Carrying amount of shares held Gross | Carrying amount of shares held Net | Profit or loss in last financial year | Dividends[1] booked during the financial year |
|---|---|---|---|---|---|---|---|
| L'Oréal Brasil Comercial de Cosmeticos Ltda | 219,053 | -109,210 | 90.82% | 164,599 | 164,599 | 61,266 | 67,709 |
| L'Oréal Belgilux S.A. (Belgium) | 16,124 | 17,232 | 98.93% | 77,150 | 77,150 | 23,676 | 127,037 |
| L'Oréal Brasil Pesquisas e Inovacao Ltda | 45,887 | -8,846 | 99.99% | 45,654 | 45,654 | 950 | 0 |
| L'Oréal Bulgaria EOOD | 102 | 806 | 100.00% | 102 | 102 | 9,364 | 3,486 |
| L'Oréal Canada Inc. | 3,979 | 109,506 | 100.00% | 146,517 | 146,517 | 117,857 | 90,010 |
| L'Oréal Central America S.A. (Panama) | 8 | -8 | 100.00% | 8 | 0 | 130 | 0 |
| L'Oréal Central West Africa (Nigeria) | 3,443 | -3,439 | 99.91% | 18,106 | 8 | 0 | 0 |
| L'Oréal Ceska Republika s.r.o (Czech Republic) | 2,268 | -30 | 100.00% | 4,983 | 4,983 | 40,863 | 28,711 |
| L'Oréal Chile S.A. (Chile) | 6,173 | 5,000 | 100.00% | 43,784 | 43,784 | 31,997 | 31,110 |
| L'Oréal China Co Ltd (China) | 43,498 | -392,761 | 100.00% | 345,733 | 345,733 | 714,491 | 1,241,802 |
| L'Oréal Colombia S.A.S. (Colombia) | 11,658 | 37,759 | 100.00% | 80,419 | 49,419 | 4,030 | 978 |
| L'Oréal Cosmetics Industry S.A.E. (Egypt) | 58,382 | -43,186 | 100.00% | 58,363 | 23,363 | 8,263 | 0 |
| L'Oréal Danmark A/S (Denmark) | 270 | -2,558 | 100.00% | 8,336 | 8,336 | 66,895 | 45,253 |
| L'Oréal Deutschland G.m.b.H. (Germany) | 12,647 | 58,074 | 100.00% | 76,855 | 76,855 | 271,468 | 67,957 |
| L'Oréal East Africa Ltd (Kenya) | 204 | 4,980 | 99.98% | 66,650 | 7,820 | -5,382 | 0 |
| L'Oréal Espana S.A.U. (Spain) | 59,911 | 18,570 | 100.00% | 361,454 | 361,454 | 100,574 | 80,821 |
| L'Oréal Finland Oy (Finland) | 673 | -7,572 | 100.00% | 1,280 | 1,280 | 11,102 | 13,792 |
| L'Oréal Guatemala S.A. | 1,044 | 1,430 | 100.00% | 2,162 | 2,162 | 1,430 | 4,484 |
| L'Oréal Hellas S.A. (Greece) | 9,736 | 3,070 | 100.00% | 35,307 | 35,307 | 25,632 | 19,801 |
| L'Oréal Hong Kong Ltd | -77 | 19,684 | 100.00% | 24,276 | 24,276 | 49,617 | 57,881 |
| L'Oréal India Private Ltd (India) | 48,691 | -45,606 | 100.00% | 75,987 | 75,987 | 60,656 | 46,806 |
| L'Oréal Italia Spa | 1,680 | 48,121 | 100.00% | 226,469 | 226,469 | 80,024 | 60,140 |
| L'Oréal Kazakhstan Llp (Kazakhstan) | 422 | 273 | 100.00% | 422 | 422 | 5,058 | 759 |
| L'Oréal Korea Ltd (South Korea) | 1,991 | 20,737 | 100.00% | 20,794 | 20,794 | 7,986 | 4,677 |
| L'Oréal Liban SAL | -428 | 68 | 100.00% | 4,136 | 6 | 2,052 | 0 |
| L'Oréal Magyarorszag Kosmetikai Kft (Hungary) | 428 | -64 | 100.00% | 787 | 787 | 5,178 | 4,964 |
| L'Oréal Malaysia SDN BHD | 3,268 | 5,426 | 100.00% | 6,762 | 6,762 | 20,246 | 10,369 |
| L'Oréal Mexico S.A. de C.V. (Mexico) | 2,349 | 132,592 | 100.00% | 8,443 | 8,443 | 61,273 | 59,160 |
| L'Oréal Middle East (United Arab Emirates) | 7,761 | 1,742 | 100.00% | 54,379 | 53,379 | 83,204 | 43,864 |
| L'Oréal Nederland B.V. (Netherlands) | 1,178 | 228 | 100.00% | 22,014 | 22,014 | 33,358 | 34,667 |
| L'Oréal New Zealand Ltd (New Zealand) | 44 | 3,022 | 100.00% | 6,110 | 6,110 | 2,526 | 9,151 |
| L'Oréal Norge A/S (Norway) | 1,384 | 1,715 | 100.00% | 4,050 | 4,050 | 17,217 | 5,311 |
| L'Oréal Osterreich G.m.b.H. (Austria) | 2,915 | 1,435 | 100.00% | 3,818 | 3,818 | 4,694 | 3,864 |
| L'Oréal Pakistan Private Ltd | 22,111 | -27,827 | 100.00% | 23,734 | 0 | 2,138 | 0 |
| L'Oréal Panama S.A. | 135 | 3,069 | 100.00% | 168 | 168 | 20,533 | 4,465 |
| L'Oréal Peru S.A. (Peru) | 2,322 | 415 | 100.00% | 3,739 | 3,739 | 9,661 | 9,130 |
| L'Oréal Philippines Inc. | 3,696 | -3,464 | 99.53% | 39,107 | 1,917 | 691 | 0 |
| L'Oréal Polska Sp. Z.O.O. (Poland) | 405 | -147 | 100.00% | 707 | 707 | 61,676 | 44,902 |
| L'Oréal Portugal Unipessoal Lda | 495 | 541 | 100.00% | 6,459 | 6,459 | 7,992 | 65,938 |
| L'Oréal Romania SRL (Romania) | 799 | 81 | 100.00% | 974 | 974 | 21,496 | 16,627 |
| L'Oréal Saudi Arabia | 6,759 | 10,894 | 78.16% | 12,999 | 12,999 | 5,064 | 3,671 |

**Parent Company Financial Statements** 6
Notes to the Financial Statements of L'Oréal S.A.

|  | Share capital | Reserves and retained earnings before appropriation of net profit | % holding | Carrying amount of shares held | | Profit or loss in last financial year | Dividends[1] booked during the financial year |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Gross | Net |  |  |
| L'Oréal Singapore Pte Ltd (Singapore) | 6,402,955 | -283,989 | 100.00% | 6,394,939 | 4,656,039 | 13,053 | 0 |
| L'Oréal Suisse S.A. | 346 | 24,214 | 100.00% | 160,311 | 160,311 | 210,960 | 18,919 |
| L'Oréal Sverige AB (Sweden) | 2,038 | -2,679 | 100.00% | 2,247 | 2,247 | 46,569 | 17,576 |
| L'Oréal Taiwan Co Ltd (Taiwan Region) | 187 | -168 | 100.00% | 17,881 | 17,881 | 29,278 | 28,276 |
| L'Oréal Thailand Ltd | 3,992 | 1,887 | 100.00% | 5,238 | 5,238 | 24,105 | 12,341 |
| L'Oréal Turkiye Kozmetik Sanayi Ve Ticaret Anonim Sirketi | 67,289 | -56,368 | 100.00% | 55,093 | 14,243 | 26,288 | 628 |
| L'Oréal UAE General Trading LLC (United Arab Emirates) | 21,638 | 12,155 | 100.00% | 34,523 | 34,523 | 7,693 | 7,194 |
| L'Oréal UK Ltd (United Kingdom) | 121,150 | -70,360 | 100.00% | 145,573 | 145,573 | 193,694 | 168,051 |
| L'Oréal Ukraine | 3,033 | 10,178 | 100.00% | 2,990 | 0 | 22,942 | 0 |
| L'Oréal Uruguay S.A. | 244 | 1,364 | 100.00% | 2,718 | 2,718 | 1,305 | 0 |
| L'Oréal USA Inc.[3] | 647,731 | 3,776,327 | 100.00% | 4,851,879 | 4,851,879 | 1,151,532 | 1,115,323 |
| L'Oréal Vietnam Co Ltd | 13,537 | -1,108 | 100.00% | 13,646 | 13,646 | 11,139 | 9,167 |
| L'Oréal West Africa Ltd (Ghana) | 21,278 | -21,031 | 100.00% | 25,260 | 0 | -495 | 0 |
| Masrelor LLC (Egypt) | 17,686 | -13,544 | 100.00% | 17,573 | 17,573 | 2,790 | 0 |
| Nanda CO Ltd. (Korea) | -705 | 42,002 | 100.00% | 486,139 | 486,139 | 22,424 | 14,309 |
| Nihon L'Oréal KK (Japan) | -17,697 | 103,275 | 100.00% | 351,504 | 351,504 | 20,766 | 0 |
| L'Oréal Travel Retail Americas Inc. (USA) | 40 | 1,611 | 100.00% | 100,317 | 100,317 | 24,646 | 20,892 |
| Procosa Productos de Beleza Ltda (Brazil) | 154,665 | -59,398 | 100.00% | 223,938 | 103,138 | 4,095 | 43,936 |
| P.T. L'Oréal Indonesia | 1,510 | 5,040 | 99.00% | 2,305 | 2,305 | 1,974 | 2,682 |
| P.T. Yasulor Indonesia | 70,936 | 477 | 99.99% | 110,022 | 79,022 | 3,330 | 3,846 |
| Scental Limited (Hong Kong SAR) | 5 | 199 | 100.00% | 8 | 8 | 0 | 0 |
| **B. Main foreign investments (Holdings of under 50%)** | | | | | | | |
| LIPP Distribution (Tunisia) | 3,561 | 4,766 | 49.00% | 9,009 | 9,009 | 1,982 | 0 |

(1) For foreign subsidiaries and investments, the capital, reserves and retained earnings have been translated into thousands of euros on the basis of year-end exchange rates, while profits and losses have been translated at average rate.
It is specified that the list above is not exclusive.
(2) Data from the sub-consolidation of subsidiary L'Oréal USA Inc.

**GLOBAL INFORMATION RELATING TO SUBSIDIARIES AND INVESTMENTS**

|  | Subsidiaries | | Other investments | |
|---|---|---|---|---|
|  | French | Foreign | French | Foreign |
| Book value of shares held: | | | | |
| • Gross (after revaluation) | 1,801,950 | 16,651,540 | 498,421 | 9,009 |
| • Net | 1,676,620 | 14,055,034 | 453,341 | 9,009 |
| Amount of loans and advances granted | 3,750,000 | 3,200 | | |
| Amount of guarantees and security granted | 6,275 | 1,834,026 | | |
| Amount of dividends booked | 860,702 | 3,894,824 | 420,889 | 0 |

## 9.8. Glossary

**Shareholder structure:** shareholders, whether individuals or legal entities, of L'Oréal, who own a portion of the capital of the company in the form of shares. (see subsection 1.1.3. and section 7.3).

**Registered shares:** shares registered in the shareholder's own name, enabling the issuing company to identify them by name. Pursuant to Article 15 of the Articles of Association of L'Oréal, any shareholder who can prove at the end of a financial year, that shares have been registered in their name for at least two calendar years and that they continue to be registered in their name at the date of payment of the dividend paid for that financial year, will be entitled to a preferential dividend on the shares that are thus registered, equal to 10% of the dividend.

*Autorité des Marchés Financiers* **(AMF):** an independent, public, stock-market authority, which is responsible for the protection of savings invested in financial products, investor information and the proper functioning of the markets.

**Beauty Tech**: new technologies for the cosmetics industry intended to enhance science via large-scale cutting-edge technologies and to offer unparalleled beauty experiences. (see paragraph 1.3.6.).

**Market capitalisation:** the market value of a company at a given moment. It is calculated by multiplying the market price by the number of shares comprising the share capital. On 31 December 2023, the market capitalisation of L'Oréal was €241 billion.

**"Carbon neutral":** at the end of 2023, the Group replaced the internal "carbon neutral" status with a commitment to achieving 100% renewable energy[(1)] for all operated sites by 2025. However, it is still monitored to ensure compliance with the commitments that have already been made. It is defined as follows: a site must meet the following requirements: Direct $CO_2$ (Scope 1) = 0, with the specific exception of the gas used for catering, the fuel oil used for sprinkler tests, the fuel oil (or diesel) used temporarily by backup units, fossil energy consumed during maintenance of on-site renewable facilities and cooling gas leaks if they are lower than 130 tonnes $CO_2$ eq./year; and indirect Market Based $CO_2$ (Scope 2) = 0. It should be noted that renewable energy sources no longer need to be located less than 500 kilometres from the site.

**CDP (formerly the "Carbon Disclosure Project"):** an independent, recognised, international not-for-profit organisation, offering a system for assessing a company's strategy, initiatives and results in the fight against climate change, sustainable water management and forest protection.

**Code of Ethics:** available in 30 languages, and as an audiobook in French and English, it is distributed to all employees worldwide. It enables employees to understand how Ethical Principles (Integrity, Respect, Courage and Transparency) need to be reflected in their behaviour and actions, by providing simple rules and a description of concrete situations they may encounter. The Code of Ethics applies to all employees, directors and corporate officers and members of the Executive and Management Committees of the Group and its subsidiaries worldwide. (see subsection 4.3.3.).

**AFEP-MEDEF Code:** a code of corporate governance comprising a set of recommendations drawn up by the *Association Française des Entreprises Privées* (AFEP) and the *Mouvement des Entreprises de France* (MEDEF), in the light of consultation with various market players on corporate governance issues. L'Oréal refers to this Code.

**Specialised committees of L'Oréal's Board of Directors:** the Board of Directors has set up four specialised committees to help all Directors carry out their principal duties in a collective manner: the Strategy and Sustainability Committee, the Audit Committee, the Human Resources and Remuneration Committee, and the Nominations and Governance Committee. The duties of these Committees are set out in detail in subsection 2.3.3.

**Consolidated financial statements:** the consolidated financial statements include the financial statements of all the companies within the L'Oréal Group.

**Financial statements:** the parent company financial statements correspond to the annual financial statements of the Company, L'Oréal S.A. (the parent company).

**Board of Directors:** the collegiate body that defines the Company's business strategy and monitors its implementation, in accordance with its corporate interest, taking into consideration the social and environmental challenges associated with its business activity.

**Create the beauty that moves the world:** L'Oréal's sense of purpose (raison d'être). It is defined in concrete actions made to consumers, employees, clients, suppliers, shareholders, service providers and communities. L'Oréal is committed to fighting climate change, by respecting biodiversity and preserving natural resources, and to championing the cause of women. A full explanation of L'Oréal's sense of purpose is given in subsection 1.1.1.

**CSRD (Corporate Sustainability Reporting Directive):** Directive (EU) 2022/2464 of 14 December 2022 on sustainability reporting standards. The CSRD will enter into force in 2025 for the financial year 2024 reporting period (Universal Registration Document 2024).

**Non-financial performance statement ("NFPS"):** the full range of information required by the regulations (European Directive of 22 October 2014 transposed into French law by the Order of 19 July 2017) on environmental, social and human rights, the fight against corruption and tax avoidance (see cross-reference table in section 4.6.). This information is reported alongside additional, non-mandatory information in chapter 4.

**Preferential dividend:** a dividend increase equal to 10% of the dividend granted to any shareholder who can prove at the end of a financial year, that shares have been registered in their name for at least two calendar years and that they continue to be registered in their name at the date of payment of the dividend (see "Registered Shares").

**EFRAG:** the European Financial Reporting Advisory Group, a european advisory group that provides the European view on financial reporting, appointed to fully prepare drafts of the EU Sustainability Reporting Standards (ESRS) as stipulated by the **CSRD**.

**Risk factors:** risks specific to L'Oréal that are key to making informed investment decisions. (see section 3.5.).

---

(1) On the Group's operated sites, excluding safety and security as defined in paragraph 4.5.1.3. Environmental data