# Exhibit 11

```
 1        IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                   EASTERN DIVISION
                         - - -
 3
     IN RE:  HAIR RELAXER    :  MDL NO. 3060
 4   MARKETING SALES         :
     PRACTICES AND PRODUCTS  :
 5   LIABILITY LITIGATION    :  CASE NO.
                             :  23-C-818
 6   _____  :
                             :  JUDGE MARY M.
 7   THIS DOCUMENT RELATES   :  ROWLAND
     TO:                     :
 8                           :
     ALL CASES               :
 9
                  - CONFIDENTIAL -
10          PURSUANT TO PROTECTIVE ORDER

11                       - - -

12              December 14, 2023

13                       - - -

14          Oral deposition of KENT WEISS,
     taken pursuant to notice, was held at the
15   law offices of DiCello Levitt, LLP, 485
     Lexington Avenue, 10th Floor, New York,
16   New York, beginning at 9:11 a.m., on the
     above date, before Michelle L. Gray, a
17   Registered Professional Reporter,
     Certified Court Reporter, Certified
18   Realtime Reporter, and Notary Public.

19
                         - - -
20
              GOLKOW LITIGATION SERVICES
21         877.370.3377 ph| 917.591.5672
                  deps@golkow.com
22


23


24
```

Confidential - Subject to Protective Order

```
 1   APPEARANCES:

 2


 3      DICELLO LEVITT, LLP
        BY:  DAVID D. BURNETT, ESQ.
 4      (In person)
        DIANDRA FU DEBROSSE ZIMMERMANN, ESQ.
 5      (Zoom)
        1101 17th Street, NW
 6      Suite 1000
        Washington, D.C. 20036
 7      202.975.2288
        dburnett@dicellolevitt.com
 8      fu@dicellolevitt.com
        Representing the Plaintiffs
 9


10      MOTLEY RICE, LLC
        BY:  TEMITOPE O. LEYIMU, ESQ.
11      (Zoom)
        28 Bridgeside Boulevard
12      Mt. Pleasant, South Carolina 29464
        843.216.9000
13      tleyimu@motleyrice.com
        Representing the Plaintiffs
14


15      ELLIS GEORGE CIPOLLONE O'BRIEN, LLP
        BY:  KATHERINE F. MURRAY, ESQ.
16      (In person)
        BY:  NICHOLAS BEGAKIS, ESQ.
17      (In person)
        2121 Avenue of the Stars
18      Suite 3000
        Los Angeles, California 90067
19      310.274.7100
        kmurray@egcfirm.com
20      nbegakis@egcfirm.com
        Representing the Defendants L'Oreal
21      USA, Inc., L'Oreal USA Products,
        Inc., Soft Sheen-Carson LLC, and
22      SoftSheen-Carson (W.I.), Inc.

23


24
```

```
 1      APPEARANCES:  (Cont'd.)

 2

        DINSMORE & SHOHL LLP
 3      BY:  NICOLE MELROSE, ESQ.
        (Zoom)
 4      333 SE 2nd Avenue
        20th Floor
 5      Miami, Florida 33131
        786.957.1157
 6      nicole.melrose@dinsmore.com
        Representing the Defendant, McBride
 7      Research Laboratories

 8

        MARON MARVEL BRADLEY
 9      ANDERSON & TARDY, LLC
        BY:  MELISSA M. FALLAH, ESQ.
10      (Zoom)
        BY:  ALYSSA P. FLEISCHMAN, ESQ.
11      (Zoom)
        191 North Wacker Drive
12      Suite 2950
        Chicago, Illinois 60606
13      312.767.1314
        MFallah@maronmarvel.com
14      afleischman@maronmarvel.com
        Representing the Defendant, Luster
15      Products, Inc.

16
        SIDLEY AUSTIN, LLP
17      BY:  IMANI N. MAATUKA, ESQ.
        (Zoom)
18      2021 McKinney Avenue
        Suite 2000
19      Dallas, Texas 75201
        214.981.3300
20      imaatuka@sidley.com
        Representing the Defendant, Sally
21      Beauty Supply, LLC

22


23


24
```

Confidential - Subject to Protective Order

```
 1     APPEARANCES:  (Cont'd.)

 2
       LITCHFIELD CAVO, LLP
 3     BY:  KEVIN A. TITUS, ESQ.
       (Zoom)
 4     BY:  JOSEPH P. SULLIVAN, ESQ.
       (Zoom)
 5     303 West Madison
       Suite 300
 6     Chicago, Illinois 60606
       312.781.6677
 7     titus@litchfieldcavo.com
       sullivanj@litchfieldcavo.com
 8     Representing the Defendant, Beauty
       Bell Enterprises, LLC
 9

10     MCGUIRE WOODS, LLP
       BY:  PATRICK P. CLYDER, ESQ.
11     (Zoom)
       BY:  ROYCE B. DuBINER, ESQ.
12     (Zoom)
       77 West Wacker Drive
13     Suite 4100
       Chicago, Illinois 60601
14     312.849.8100
       pclyder@mcguirewoods.com
15     rdubiner@mcguirewoods.com
       Representing the Defendant, House of
16     Cheatham

17
       THOMPSON HINE, LLP
18     BY:  IRVIN HERNANDEZ, ESQ.
       (Zoom)
19     3560 Lenox Road NE
       Suite 1600
20     Atlanta, Georgia 30326
       404.541.2900
21     Irvin.Hernandez@ThompsonHine.com
       Representing the Defendants, Keratin
22     Complex and Keratin Holdings, LLC

23

24
```

```
 1      APPEARANCES:  (Cont'd.)

 2

        WIEDNER & McAULIFFE, LTD
 3      BY:  ANNA M. RICORDATI, ESQ.
        (Zoom)
 4      BY:  TOTIANA J. SUDDUTH, ESQ.
        (Zoom)
 5      BY:  KRISTEN A. SCHANK, ESQ.
        (Zoom)
 6      One North Franklin
        Suite 1900
 7      Chicago, Illinois 60606
        312.855.1105
 8      amricordati@wmlaw.com
        tjsudduth@wmlaw.com
 9      kaschank@wmlaw.com
        Representing the Defendant, Avlon
10      Industries, Inc.

11

        HAWKINS PARNELL & YOUNG, LLP
12      BY:  MELISSA HE, ESQ.
        (Zoom)
13      4655 Executive Drive, Suite 1500
        San Diego, California 92121
14      858.314.1200
        mhe@hpylaw.com
15      Representing the Defendant, Revlon
        Consumer Products Corporation
16

17      ALSO PRESENT:

18         Ashley Dale, Esq.
           (Inhouse - L'Oreal )
19

20

21                     -  -  -

22

23

24
```

Confidential - Subject to Protective Order

1    where you get to the DMIs.
2    BY MR. BURNETT:
3        Q.    So to what extent is L'Oreal
4    SA involved in the day-to-day
5    decisionmaking of the U.S. entities and
6    U.S. employees?
7            MS. MURRAY:  Objection.
8        Beyond the scope.
9            THE WITNESS:  Sales --
10       sales, zero.  Marketing for U.S.
11       brands, mostly zero.  They are
12       not involved in day-to-day.  I
13       would say zero.
14           When you say day to day, I
15       would say zero percent.
16   BY MR. BURNETT:
17       Q.    You said with marketing,
18   they might have some role in the
19   international brands that are sold in the
20   U.S.
21       A.    They give direction on how
22   they want to see -- how they want their
23   brands presented across the world from a
24   central spot.

 1                    The U.S. brands, for
 2      instance, is in the U.S.  Paris brands,
 3      it would be in Paris.
 4              Q.    Okay.  What about for, like,
 5      manufacturing and operations.  Does --
 6      does the Paris entity have any day-to-day
 7      involvement in those decisions?
 8              A.    No.  Day-to-day, no.
 9              Q.    Is there any -- what about
10      finance?  Does the Paris entity, L'Oreal
11      SA, have any day-to-day role --
12              A.    Day-to-day, no.
13              Q.    -- in the U.S. entities?
14                    Okay.
15                    MS. MURRAY:  I'll just
16              raise a continuing objection.
17                    Anything about L'Oreal, the
18              Paris entity in France, is
19              outside the scope of what we
20              agreed to for this deposition.
21                    It is clear in our letter
22              we're not producing a witness to
23              talk about L'Oreal USA's parent
24              or affiliates.