# Exhibit 12

# L'Oréal Statement in Response to Hair Straightening Product Lawsuits in the US

17.11.2023 - Group

L'Oréal's highest priority is the health and wellbeing of all our consumers. Our products are subject to a rigorous scientific evaluation of their safety by experts who also ensure that we strictly follow all regulations in every market in which we operate.

While we understand the desire of each plaintiff to find answers to and relief from their personal health concerns, we are confident in the safety of SoftSheen-Carson's products and believe the allegations made in these lawsuits have neither legal nor scientific merit.

The novel study upon which all these lawsuits is based recognized the need for further research and it made no finding of a causal connection between the use of those products and any conditions alleged by the plaintiffs. Tellingly, while the study clearly states that "more research is warranted," one of the lead researchers of the study has also acknowledged that there could be other potential contributing factors to the health outcomes.

For more information on the industry's position on the recently published study https://www.personalcarecouncil.org/statement/statement-by-kimberly-norman-ph-d-dabt-on-personal-care-products-council-on-hair-straighteners.

L'Oréal is committed to Diversity, Equity and Inclusion. For more information on L'Oréal's DE&I values in action https://www.loreal.com/en/commitments-and-responsibilities/for-the-people/promoting-diversity-and-inclusion