# Exhibit B

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060 |
| | Master Docket Case No. 1:23-cv-00818 |
| **This Document Relates to:** | Case Number 1:24-cv-02526 |
| *Clemons v. AFAM Concept, Inc. d/b/a JF Labs, Inc., et al.*, Case No. 1:24-cv-02526 | Honorable Mary M. Rowland |

**DECLARATION OF DAMIEN LEVY
IN SUPPORT OF L'ORÉAL S.A.'S MOTION TO DISMISS**

I, Damien Levy, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. My name is Damien Levy. I am over 18 years of age and competent to make this Declaration. The facts set forth below are based on my personal knowledge and materials available to me in the ordinary course of my employment, and, if called upon to testify under oath, I could and would competently testify thereto. I make this Declaration in support of L'Oréal S.A.'s Motion to Dismiss for lack of personal jurisdiction. In making this Declaration, I do not intend to submit myself or L'Oréal S.A. to personal jurisdiction in the United States.

2. I am the Chief Financial Officer of the Consumer Products Division for L'Oréal S.A. and have been in this position since July 2023. Immediately prior to that, I was the Chief Financial Officer of the Professional Products Division for L'Oréal S.A. for approximately four years. I have worked at various L'Oréal entities since 1998. I live and work in France. In my capacity as Chief Financial Officer of the Consumer Products Division, as well as through my prior work experience, I am familiar with L'Oréal S.A.'s corporate organization, the nature of its businesses and finances, and the division of operations between and among L'Oréal S.A. and its various subsidiaries, including defendant L'Oréal USA, Inc. In my position, I am generally

familiar with L'Oréal S.A.'s operations and the nature of its relationships with its subsidiaries. L'Oréal S.A. is incorporated in France as a *Société Anonyme* with its registered office in Paris, and its corporate headquarters and principal offices in Clichy, France. L'Oréal S.A. is the parent company of a large number of subsidiaries, including L'Oréal USA, Inc., that separately operate businesses in various parts of the world, each distributing beauty, cosmetic, and personal hygiene products in their regions.

3. From public filings and readily available information, I am informed and aware that L'Oréal USA, Inc. is a subsidiary of L'Oréal S.A. and is incorporated in Delaware, with its corporate headquarters in New York City. L'Oréal USA Products, Inc. is a subsidiary of L'Oréal USA, Inc. SoftSheen-Carson LLC (together with L'Oréal USA, Inc. and L'Oréal USA Products, Inc., "**L'Oréal USA**") was a New York limited liability company and a subsidiary of L'Oréal USA, Inc., with L'Oréal USA, Inc. as the sole member. L'Oréal USA Products, Inc. and SoftSheen-Carson LLC are not now, nor have they ever been, direct subsidiaries of L'Oréal S.A.

4. In the ordinary course of its business, all of L'Oréal S.A.'s direct and indirect subsidiaries—including L'Oréal USA—operate as separate and independent entities that are operationally decentralized. L'Oréal S.A.'s subsidiaries define the developments and strategies specific to their markets, make choices in terms of consumer targets and distribution channels, and market the brands they decide to sell in their markets. L'Oréal S.A. and its subsidiaries have their own management, boards of directors, employees, offices, and facilities. These subsidiaries operate as separate legal entities from L'Oréal S.A., observe their own separate corporate formalities, make their own business and financial decisions, and do not act as L'Oréal S.A.'s agents.

5. L'Oréal S.A. does not now, nor has it ever, managed the day-to-day operations or activities of L'Oréal USA, and L'Oréal USA's operations are distinct from L'Oréal S.A.'s operations. Although L'Oréal USA keeps L'Oréal S.A. informed about major issues that may impact the investment of L'Oréal S.A. in its subsidiary, L'Oréal USA operates separately and at arm's length from its parent. L'Oréal S.A. neither directs nor controls L'Oréal USA's corporate strategies.

6. L'Oréal S.A. does not operate, conduct business, or solicit business anywhere in the United States and is not registered to do business in any state in the United States. L'Oréal S.A. has never had a mailing address or offices in any state in the United States. L'Oréal S.A. does not own any real estate in the United States and does not have a registered agent for receipt of process in any state in the United States.

7. L'Oréal S.A. does not pay taxes in the United States or to any state in the United States. L'Oréal S.A. maintains its own separate bank accounts and does not share any bank account with L'Oréal USA or any of the other defendants in the litigation. In accordance with applicable regulations in France, as a parent entity, L'Oréal S.A. publishes consolidated financial statements that include consolidated financial information from its subsidiaries in its Universal Registration Document each year. Nevertheless, each of those subsidiaries, including L'Oréal USA, maintain and are responsible for their own financial records and preparing their own financial statements. Moreover, although L'Oréal S.A. maintains certain records that relate to L'Oréal USA's business, finances and operations, as it does for all of its subsidiaries, L'Oréal USA maintains and is responsible for its own business records, sales records, and records of its customers' information, in addition to managing the financial tracking of all its products sold in the United States. Finally, while L'Oréal S.A. may make documents available to its subsidiaries from time to time in its sole

discretion, its subsidiaries, including L'Oréal USA, do not have control over, and do not have unfettered access to, all documents in L'Oréal S.A.'s possession.

8. L'Oréal S.A. has never developed, tested, designed, assembled, manufactured, packaged, labeled, promoted, advertised, or prepared any hair relaxer products in the United States, including hair relaxer products sold under the brand names of Dark & Lovely, Optimum, or Look of Radiance, or any other L'Oréal USA hair relaxer product. L'Oréal S.A. has never manufactured hair relaxer products, or component parts or ingredients used in any hair relaxer products, for sale in the United States. Nor has L'Oréal S.A. distributed, supplied, marketed, advertised, or sold any hair relaxer products to consumers anywhere in the United States. L'Oréal S.A. also has never maintained inventory of hair relaxer products in the United States or placed hair relaxer products into interstate commerce in the United States, either directly or indirectly through any of its subsidiaries.

9. L'Oréal USA, through one of its subsidiaries, owns the trademarks for all of the hair relaxer products that L'Oréal USA sells currently or has sold in the United States. The only exception to this relates to the Look of Radiance trademark, which was cancelled in 1988. L'Oréal S.A. is a distinct legal entity and is not the same as L'Oréal Groupe. L'Oréal Groupe does not constitute a legal entity. The term is mainly used for communication purposes to capture all L'Oréal related entities. L'Oréal S.A. is a holding company that provides support for the Groupe, but each subsidiary, including L'Oréal USA, is responsible for operations and strategies in their respective countries or specific regions. As an example, L'Oréal USA is responsible for its own online presence and sales within its region, and L'Oréal S.A. does not own or control L'Oréal USA's website. Nor does L'Oréal S.A. sell any L'Oréal USA's products, including any of its hair relaxer products. Similarly, while the corporate website for the Groupe provides an overview and

4

description of the Groupe's various businesses, the website does not sell any products and does not advertise, or even mention, hair relaxer products.

10. L'Oréal USA, through one of its subsidiaries, maintains separate licensing and distribution contracts, manufactures and distributes its own hair relaxer products, has its own board of directors, issues separate financial statements, files separate tax returns, and maintains a workforce separate from L'Oréal S.A. Moreover, L'Oréal USA maintains its own departments in areas such as finance, human resources, legal, corporate communications, customer relations, Research and Innovation, and marketing and advertising. Each of these departments is separate from L'Oréal S.A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on the 6th day of December, 2024.
Clichy, Hauts-de-Seine, France

_____
Damien Lévy