EXHIBIT B

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

ETTER DO DIRECT DIAL: (212) 373-3497
EMAIL: DLEVI@PAULWEISS.COM

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES

SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

October 15, 2024

**By Electronic Mail**

Paul J. Robertson
National Institutes of Health
Office of the General Counsel
Building 31, Room 2B50
Bethesda, Maryland 20892-2111

Re:  Subpoena for the Production of Documents in *In Re Hair Relaxer Marketing, Sales Practices, And Products Liability Litigation*, MDL No. 3060 (N.D. Ill.)

Dear Mr. Robertson,

This letter concerns Revlon's subpoena of February 14, 2024.  We received your initial production of datasets on August 28, 2024 and are in the process of reviewing them.  In the meantime, we would like to address the remaining requests in the subpoena (Requests 1, 2, 7-12).  They are as follows:

- **Request No. 1**:  All drafts, versions, revisions, and releases of the 2021 White et al. study.
- **Request No. 2**:  All drafts, versions, revisions, and releases of the 2022 Chang et al. study.
- **Request No. 7**:  All documents, work papers, and communications or correspondence reflecting any analysis of the Sister Study data by the authors of the 2021 White et al. study.
- **Request No. 8**:  All documents, work papers, and communications or correspondence reflecting any analysis of the Sister Study data by the authors of the 2022 Chang et al. article.
- **Request No. 9**:  All correspondence between the NIH and/or the authors of the 2021 White et al. study with any Plaintiff(s) in the Hair Relaxer MDL and/or counsel of record for any such Plaintiff(s).
- **Request No. 10**:  All correspondence between the NIH and/or the authors of the 2022 Chang et al. study with any Plaintiff(s) in the Hair Relaxer MDL and/or counsel of record for any such Plaintiff(s).

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

- **Request No. 11**: Any and all internal or external communications or correspondence regarding the 2021 White et al. study and/or the underlying subject matter.
- **Request No. 12**: Any and all internal or external communications or correspondence regarding the 2022 Chang et al. study and/or the underlying subject matter.

Following our meet and confer on March 13, 2024, Revlon is willing to withdraw Requests 11 and 12 in their entirety. Additionally, Revlon is willing to narrow the scope of Requests 9 and 10 to exclude communications between the NIH and/or authors of the 2021 White et al. and 2022 Chang et al. studies and individual plaintiffs in the Hair Relaxer MDL. Accordingly, Revlon requests that the NIH produce the following:

- **Request No. 1**: All drafts, versions, revisions, and releases of the 2021 White et al. study.
- **Request No. 2**: All drafts, versions, revisions, and releases of the 2022 Chang et al. study.
- **Request No. 7**: All documents, work papers, and communications or correspondence reflecting any analysis of the Sister Study data by the authors of the 2021 White et al. study.
- **Request No. 8**: All documents, work papers, and communications or correspondence reflecting any analysis of the Sister Study data by the authors of the 2022 Chang et al. article.
- **Revised Request No. 9**: All correspondence between the NIH and/or the authors of the 2021 White et al. study with counsel of record for any Plaintiff(s) in the Hair Relaxer MDL.
- **Revised Request No. 10**: All correspondence between the NIH and/or the authors of the 2022 Chang et al. study with counsel of record for any Plaintiff(s) in the Hair Relaxer MDL.

Please confirm by **close of business on November 5, 2024** whether you are willing to produce documents responsive to these requests. We are happy to schedule a call at your convenience if you wish to discuss.

Sincerely,

*/s/ Daniel H. Levi*

Daniel H. Levi