# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>Case No. 23 C 818<br>Judge Mary M. Rowland<br><br>Magistrate Judge Beth W. Jantz<br><br>**This document relates to:**<br>All Cases |

## OVERVIEW OF VOLUME AND STATUS OF STATE COURT LITIGATIONS

Plaintiffs provide the Court with the information below about the volume and status of state court litigations. The firms making up the Plaintiffs' Executive Committee are not working in all—or even the majority—of the cases pending in state courts. As such, they provide this information to the best of their knowledge.

**Illinois State Court**: As of the last consolidation order entered on January 8, 2025, there are 265 hair relaxer cases that have been consolidated for discovery purposes. Not all related hair relaxer cases on file have been formally consolidated, however, and while MDL Plaintiffs' counsel have personal knowledge of an additional 31 cases that are pending consolidation by the state court, it is likely that there are dozens more that have been filed but are not yet consolidated. As such, Plaintiffs estimate the volume of cases on file to be somewhere around 300-350 cases.

On January 8, 2025, Presiding Judge Flanagan ordered that twenty cases would be selected and "separated into 4 cohorts of 5 cases" to be tried on the following dates: November 3, 2025 (Cohort 1); January 20, 2026 (Cohort 2); March 23, 2026 (Cohort 3); and May 18, 2026 (Cohort 4). *See* Ex. E to Plaintiffs' brief. Later that day, Motion Judge Stanton entered a Case Management Order requiring, *inter alia*, written fact discovery to be

completed by March 5, 2025, trial cohort cases to be selected by March 13, 2025, and fact witnesses to be deposed by May 16, 2025. *See* Ex. F to Plaintiffs' brief.

**Georgia State Court**:  There are roughly 500 cases pending in Georgia State Courts (about 150 in Dekalb County and about 350 in Chatham County).  Plaintiffs understand that the discovery in those consolidated litigations has been delayed due to an appeal, and currently lags behind the status of MDL discovery significantly.

**New York State Court**:  Plaintiffs' leadership is aware of a few cases pending in New York State Court but is not involved in those cases and cannot report the status of discovery at this time.

**Pennsylvania State Court**: Plaintiffs' leadership is aware of a few cases pending in Pennsylvania State Court (Philadelphia County Court of Common Pleas) but is not involved in those cases and cannot report the status of discovery at this time.

These are the related hair relaxer litigations that the MDL Plaintiffs' Leadership is aware of, however, there may be additional cases filed in additional jurisdictions.