# Exhibit E

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JANITA HAYES, *et al.*
*Plaintiffs*,
***vs.***

L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., SOFTSHEEN-CARSON LLC., SOFTSHEEN-CARSON (W.I.), INC., *et.al.*
*Defendants*.

Cases Consolidated for Pretrial and Discovery Purposes Under: No. **2022-L-011132 consolidated with Exhibit A**

**Calendar C – Judge Patrick Stanton**

**TRIAL SETTING ORDER**

This matter coming to be heard on continued trial setting, the parties being present, and the Court being advised on the premises, it is hereby ordered:

1. Defendants' objections to the consolidation of plaintiffs' cases for trial as outlined in their brief filed with the Court on January 7, 2025, are overruled.

2. Per considerations and factors outlined by this Court over several Court hearings, including October 29, 2024, December 11, 2024, and January 8, 2025, the Parties are to select twenty cases[1] that will be separated into 4 cohorts of 5 cases to be tried on the following dates:

   a. Cohort 1 will start trial on **November 3, 2025**.

   b. Cohort 2 will start trial on **January 20, 2026**.

   c. Cohort 3 will start trial on **March 23, 2026**.

   d. Cohort 4 will start trial on **May 18, 2026**.

3. Parties will finalize case selection for each cohort with the Court.

[1] Parties will consider the twenty consider cases proposed by the Plaintiffs on December 18, 2024, as the starting point for the first four trial cohorts.

4. Parties will establish a discovery schedule for each Trial Cohort with the Court.

**ENTERED**

__________________________

K. Schank (kaschank@wmlaw.com)
Wiedner & McAuliffe Ltd. (10524)
1 N. Franklin, Suite 1900
Chicago, Illinois 60606
312.855.1105
Attorney for Defendant Avlon Industries, Inc.

# EXHIBIT A

**List of Consolidated Illinois State Cases under 2022-L-11132 (*Hayes v. L'Oreal, et al*)**

Pursuant to Orders dated October 3, 2023, and November 16, 2023, with Judge John A. Simon, Defendants filed motions to dismiss under 735 ILCS § 5/2-301, 735 ILCS 5/2-61, and 735 ILCS 5/2-619, in representative cases 2022-L-11132, 2023-L-02603, 2023-L-01824 and 2023-L-1934; the parties stipulated that rulings on those motions would apply to other similarly situated cases without the need for further motion practice.

* Case is subject to pending motion to dismiss under 735 ILCS § 5/2-301for lack of personal jurisdiction by one or more foreign defendants, including Godrej Consumer Products Limited, Dermoviva Skin Essentials, Inc. and Dabur International, Inc.

** Case is subject to pending motion to dismiss under 735 ILCS § 5/2-301 for lack of personal jurisdiction by one or more non-resident defendants over claims filed by non-resident plaintiffs.

| Case Number | Case Caption |
|---|---|
| **2022-L-11132** | *Hayes v. Namaste Laboratories, LLC, et al.* ** * |
| **2023-L-01824** | *Page v. L'Oreal USA, Inc., et al.* |
| **2023-L-01934** | *Ramadan v. L'Oreal USA, Inc., et al.* |
| **2023-L-02603** | *Shelton v. AFAM Concept, Inc., et al.* |
| **2023-L-03274** | *Holton v. L'Oreal USA, Inc., et al.*** |
| **2023-L-05953** | *Pride v. Namaste Laboratories, LLC, et al.** |
| **2023-L-05958** | *Love v. Namaste Laboratories, LLC, et al.** |
| **2023-L-05959** | *Ferguson v. Namaste Laboratories, LLC, et al.** |
| **2023-L-05962** | *McEwing v. Namaste Laboratories, LLC, et al.** |
| **2023-L-05963** | *Marshall-Rias v. Namaste Laboratories, LLC, et al.** |
| **2023-L-06390** | *Campbell v. Strength of Nature, LLC, et al.*** |
| **2023-L-10238** | *Kelly v. L'Oreal USA, Inc., et al.* |
| **2023-L-11126** | *Adams v L'Oreal USA, Inc., et al.** |
| **2023-L-11127** | *Brown v. L'Oreal USA, Inc., et al.** |
| **2023-L-11128** | *Magett v. L'Oreal USA, Inc., et al.** |
| **2023-L-11131** | *Mullins v. L'Oreal USA, Inc., et al.** |
| **2023-L-11136** | *Thompson v. L'Oreal USA, Inc., et al.** |
| **2023-L-11138** | *Tuck v. Loreal USA, Inc., et al.** |
| **2023-L-11140** | *Williams v. L'Oreal USA, Inc., et al.** |
| **2023-L-11495** | *Lofton v. L'Oreal USA, Inc., et al.* |
| **2023-L-12193** | *Pleasant v. AFAM Concept Inc., et al**.* |
| **2023-L-12801** | *Smith v. L'Oreal USA, Inc., et al.* |
| **2024-L-00674** | *Brown v. AFAM Concept Inc. dba JF Labs Inc., et al.*** |
| **2024-L-00945** | *Dorris v. House of Cheatham, LLC*** |
| **2024-L-01044** | *Jones v. AFAM Concept, Inc., et al.*** |

| | |
|---|---|
| **2024-L-01090** | *Grant v. L'Oreal USA, Inc., et al.*** |
| **2024-L-01165** | *Griffin-Hodge v. AFAM Concept, Inc., et al.*** |
| **2024-L-01168** | *Simpson v. L'Oreal USA, Inc., et al.* |
| **2024-L-01500** | *Trujillo v. AFAM Concept, Inc., et al.*** |
| **2024-L-02254** | *Campbell v. L'Oreal USA, Inc., et al.* |
| **2024-L-02155** | *English v. AFAM Concept Inc., et al.*** |
| **2024-L-02239** | *Perkins-Caldwell v. AFAM Concept, Inc. et al.* |
| **2024-L-02350** | *Turner v. Avlon Industries, Inc., et al.*** |
| **2024-L-02579** | *Woodard v. AFAM Concept Inc., et al.*** |
| **2024-L-03419** | *Garnett v. Beauty Bell Enterprises, LLC, et al.*** |
| **2024-L-04152** | *Payne v. L'Oreal USA, Inc., et al.* |
| **2024-L-004217** | *Frierson v. Namaste Laboratories, LLC, et al.** |
| **2024-L-004892** | *Little v. AFAM Concept, Inc., et al.* |
| **2024-L-005160** | *Walker v. L'Oreal USA, Inc., et al.*** |
| **2024-L-006916** | *Medrano v. L'Oreal USA, Inc., et al.* |
| **2024-L-006923** | *Johnson v. AFAM Concept, Inc., et al.* |
| **2024-L-007080** | *Matos v. L'Oreal USA, Inc., et al.*** |
| **2024-L-006731** | *Sterling v. AFAM Concept, Inc., et al.* |
| **2023-L-010477** | *Shelton v. L'Oréal USA, Inc., et al.* |
| **2024-L-003487** | *Gee v. Avlon Indus., Inc., et al.* |
| **2024-L-004714** | *Ajayi v. L'Oréal USA, Inc., et al.* |
| **2024-L-005128** | *Bell v. Namaste Laboratories LLC, et al.* |
| **2024-L-005191** | *Mays v. L'Oréal USA, Inc., et al.*** |
| **2024-L-005297** | *Spencer v. L'Oréal USA, Inc., et al.*** |
| **2024-L-005424** | *McDonald v. L'Oréal USA, Inc., et al.* |
| **2024-L-005503** | *Thompson v. L'Oréal USA, Inc., et al.* |
| **2024-L-005505** | *Lake v. L'Oréal USA, Inc., et al.*** |
| **2024-L-006050** | *Gwin v. L'Oréal USA, Inc., et al.* |
| **2024-L-006234** | *Love v. L'Oréal USA, Inc., et al.*** |
| **2024-L-006857** | *Lemons v. Namaste Labs. et al.* |
| **2024-L-007817** | *Martin v. SON Holdings, Inc. et al.*** |
| **2024-L-000890** | *Kenniel v. AFAM Concept, Inc., et al.* |
| **2024-L-009449** | *Hawkins v. AFAM Concept, Inc., et al.* |
| **2024-L-009450** | *Griffin, et al., v. AFAM Concept, Inc., et al.* |
| **2024-L-009452** | *Scott, et al., v. L'Oreal USA, Inc., et al.* |
| **2024-L-010190** | *Shanklin v. L'Oreal USA, Inc., et al.* |
| **2024-L-010271** | *Heath v. L'Oreal USA, Inc., et al.* |
| **2024-L-010245** | *Fitch v. L'Oreal USA, Inc., et al.* |
| **2024-L-010244** | *Guy v. L'Oreal USA, Inc., et al.* |
| **2024-L-010274** | *McCullum v. L'Oreal USA, Inc., et al.* |
| **2024-L-010246** | *Harris v. L'Oreal USA, Inc., et al.* |
| **2024-L-009144** | *Dunn v. Namaste, et. Al.* |

| | |
|---|---|
| **2024-L-009777** | *Jenkins v. Namaste, et al.* |
| **2024-L-011524** | *Berkeley v. Namaste, et. al.* |
| **2024-L-011532** | *Lindsey v. Namaste, et. al.* |
| **2024-L-011538** | *Johnson v. Namaste, et al.* |
| **2024-L-011597** | *Warden v. Namaste, et al.* |
| **2024-L-011688** | *Burks v. Namaste, et al.* |
| **2024-L-011689** | *Lovaloy v. namaste, et al.* |
| **2024-L-011691** | *Bradley v. Namaste, et al.* |
| **2024-L-011695** | *Shell v. L'Oreal, et al.* |
| **2024-L-011699** | *Spraggins v. Namaste, et al.* |
| **2024-L011700** | *Banks v. Namastes, et al.* |
| **2024-L-011702** | *Rogers v. Luster, et al.* |
| **2024-L-011704** | *Seaton v. Namaste, et al.* |
| **2024-L-011716** | *Doby v. Namaste, et al.* |
| **2024-L-011717** | *Dearman v. Avlon, et al.* |
| **2024-L-011718** | *Dearman v. Avlon, et al.* |
| **2024-L011719** | *Blackmon v. Namaste et. al.* |
| **2024-L-011737** | *Gilchrist v. Namaste, et al.* |
| **2024-L-011907** | *Marsh v. Namaste, et al.* |
| **2024-L-011908** | *Curry v. Namaste, et al.* |
| **2024-L-011918** | *Barnes v. Namaste, et al.* |
| **2024-L-011998** | *Wilburn v. Namaste, et al.* |
| **2024-L-001200** | *Johns v. Namaste, et al.* |
| **2024-L-012007** | *Easterling v. Namaste, et al.* |
| **2024-L-012008** | *Jackson v. Namaste, et al.* |
| **2024-L012148** | *Roland v Namaste, et al.* |
| **2024-L-012157** | *Mance v. Namaste, et al.* |
| **2024L008907** | *Pitts v. Godrej SON Holdings, Inc. et al.* |
| **2024L012017** | *Clayton v. L'Oreal USA, Inc. et al.* |
| **2024L013102** | *Brown v. Godrej SON Holdings, Inc. et al.* |
| **2024L012828** | *Buriello v. Namaste Laboratories, LLC, et al.* |
| **2024L013515** | *Gadison v. L'Oreal USA, Inc.et al.* |
| **2024L013531** | *Dixson v. Strength of Nature, LLC et al.* |
| **2024L010261** | *Jones v. L'Oreal USA, Inc., et al* |
| **2024L010318** | *Ruth v. L'Oreal USA., Inc., et al.* |
| **2024L010553** | *Odom, et al. v. A vlon Industries, et al.* |
| **2024L010635** | *Clark v. AFAM Concept, Inc., et al.* |
| **2024L010678** | *Banks v. L'Oreal USA., Inc., et al.* |
| **2024L010708** | *Williams v. Strength of Nature, LLC, et al.* |
| **2024L010692** | *Robinson v. Avlon Industries, et al.* |
| **2024L010680** | *Green v. Avlon Industries, et al.* |
| **2024L011160** | *Arrnour-Adetunji v. AFAM Concept, Inc., et al.* |

| | |
|---|---|
| **2024L011140** | *Andrews v. L'Oreal USA, Inc., et al.* |
| **2024L011148** | *Yucan v. AFAM Concept, Inc., et al.* |
| **2024L011166** | *Johnson v. AFAM Concept, Inc., et al.* |
| **2024L011171** | *Walton v. Namaste Laboratories, LLC et al.* |
| **2024L011152** | *Strickland-Horne v. Avlon Industries, et al.* |
| **2024L011139** | *LeeAndra Khan v. Godrej SON Holdings, Inc. et al.* |
| **2024L011527** | *Harvey v. Avlon Industries, et al.* |
| **2024L011587** | *Faizon v. Beauty Bell Enterprises, LLC et al.* |
| **2024L011586** | *Goolsby v. Beauty Bell Enterprises, LLC, et al.* |
| **2024L011589** | *Poole v. L'Oreal USA, Inc., et al.* |
| **2024L011575** | *Smith v. L'Oreal USA, Inc., et al.* |
| **2024L011603** | *Miller v. L'Oreal USA, Inc., et al.* |
| **2024L011590** | *Brown v. L'Oreal USA, Inc., et al.* |
| **2024L011633** | *Powe v. AF AM Concept, Inc., et al.* |
| **2024L011616** | *Mims v. Avlon Industries, Inc., et al.* |
| **2024L011622** | *Elston v. AF AM Concept, Inc., et al.* |
| **2024L011627** | *Ellis v. AFAM Concept, Inc., et al.* |
| **2024L011628** | *Davis v. Avlon Industries, et al.* |
| **2024L011612** | *Brown v. AFAM Concept, Inc., et al.* |
| **2024L011715** | *Hollins v. AFAM Concept, Inc., et al.* |
| **2024L011693** | *Johnson v. Beauty Bell Enterprises, LLC, et al.* |
| **2024L011698** | *Chambliss v. L'Oreal USA, Inc., et al.* |
| **2024L011703** | *Bollers v. Namaste Laboratories, LLC, et al.* |
| **2024L011690** | *Martinez v. Namaste Laboratories, LLC, et al.* |
| **2024L011684** | *Turner v. Namaste Laboratories, LLC, et al.* |
| **2024L011654** | *Stegall v. AF AM Concept, Inc., et al.* |
| **2024L011678** | *Baldwin v. Godrej SON Holdings, Inc., et al.* |
| **2024L011677** | *Guzman v. AF AM Concept, Inc., et al.* |
| **2024L011663** | *Wells v. L'Oreal USA, Inc., et al.* |
| **2024L011683** | *Greene v. Luster Products, Inc., et al.* |
| **2024L011644** | *Smith v. L'Oreal USA, Inc., et al.* |
| **2024L011661** | *Wishom v. Avlon Industries, et al.* |
| **2024L011649** | *Richardson v. L'Oreal USA, Inc., et al.* |
| **2024L011657** | *Minor v. Avlon Industries, Inc., et al.* |
| **2024L012546** | *Lavine v. AFAM Concept, Inc., et al.* |
| **2024L012869** | *Walker v. L'Oreal USA, Inc., et al.* |
| **2024L012937** | *McGrone v. AF AM Concept, Inc., et al.* |
| **2024L013001** | *Hanna v. L'Oreal USA, Inc., et al.* |
| **2024 L 013215** | *Preyar v. AFAM Concept, Inc., et al.* |
| **2024L013391** | *Hall v. Beauty Bell Enterprises, LLC, et al.* |
| **2024L013680** | *Branch v. AFAM Concept, Inc., et al.* |
| **2024L013683** | *McCoy v. AFAM Concept, Inc., et al.* |

| | |
|---|---|
| **2024L011466** | *Bruce v. Avlon Industries, et al.* |
| **2024L011467** | *Fingal v. Avlon Industries, et al.* |
| **2024L011469** | *Gamble v. AF AM Concept, Inc., et al.* |
| **2024L011470** | *Green v. AFAM Concept, Inc., et al.* |
| **2024L011471** | *Henderson v. Avlon Industries, et al.* |
| **2024L011473** | *Norwood v. Avlon Industries, et al.* |
| **2024L011474** | *Woods v. Avlon Industries, et al.* |
| **2024L011508** | *Maxwell v. AF AM Concept, Inc., et al.* |
| **2024L011757** | *Dubois v. L'Oreal USA, Inc., et al.* |
| **2024L011746** | *Ware v. AF AM Concept, Inc., et al.* |
| **2024L011767** | *Hardeman v. AF AM Concept, Inc., et al.* |
| **2024L011753** | *Burnett v. AFAM Concept, Inc., et al.* |
| **2024L011735** | *Moore v. AFAM Concept, Inc., et al.* |
| **2024L011732** | *William-Davis v. Beauty Bell Enterprises, et al.* |