**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
|  | Master Case No. | 1:23-cv-00818 |
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. | 3060 |
|  |  | Judge Mary M. Rowland |

**DEFENDANT BRONNER BROTHERS, INC.'S MOTION TO DISMISS MASTER LONG FORM COMPLAINT AND MOTION FOR JOINDER IN CO-DEFENDANTS' MOTIONS TO DISMISS MASTER LONG FORM COMPLAINTS**

Defendant BRONNER BROTHERS, INC. ("Bronner Brothers"), by and through its counsel, GOLDBERG SEGALLA LLP, moves for dismissal of Plaintiffs' Master Long Form Complaint [Doc. 677] pursuant to Federal Rule of Civil Procedure 12(b)(1) and Federal Rule of Civil Procedure 12(b)(6). Bronner Brothers further moves for joinder in certain Co-Defendants ("Second Wave Defendants") currently pending Motions to Dismiss Plaintiffs' Master Long Form Complaints and hereby incorporates and adopts the legal authority and arguments referenced therein. In support hereof, Bronner Brothers states as follows:

1. On May 15, 2023, Plaintiffs filed a Master Long Form Complaint in this multidistrict proceeding. [Doc. 106.] Bronner Brothers was not named or otherwise identified in the aforementioned Master Long Form Complaint.

2. Plaintiffs subsequently filed a Master Long Form Complaint against Bronner Brothers on May 28, 2024. [Doc. 677.]

3. Plaintiffs' Master Long Form Complaint against Bronner Brothers contains 229 paragraphs in 12 Counts: Count I – Negligence and/or Gross Negligence; Count II – Negligence *Per Se*; Count III – Strict Liability: Design Defect; Count IV – Strict Liability: Failure to Warn;

Count V – Breach of Implied Warranty of Merchantability/Fitness for Particular Use; Count VI – Breach of Express Warranty Under State Law and the Magnuson-Moss Warranty Act; Count VII - U.S. State and Territory Statutory Consumer Protection and Unfair and Deceptive Trade Practices Claims; Count VIII – Unjust Enrichment; Count IX – Wrongful Death; Count X – Survival Action; Count XI – Loss of Consortium; and Count XII – Punitive Damages. [Doc. 677.]

4. Plaintiffs' Master Long Form Complaint against Bronner Brothers fails to meet pleading requirements demonstrating that their injuries are fairly traceable to the challenged conduct of Bronner Brothers. As such Plaintiffs have failed to plead standing, and their Master Long Form Complaint against Bronner Brothers must be dismissed accordingly.

5. Plaintiffs' Master Long Form Complaint against Bronner Brothers further contains insufficient and conclusory statements as to how or why alleged statements or representations by Bronner Brothers are misrepresentations and/or deceptive.

6. As other Defendants to the MDL have preserved arguments previously raised, Bronner Brothers similarly incorporates and adopts the legal authority and arguments referenced in Defendants' Memorandum of Law in Support of Defendants' Joint Motion to Dismiss Master Long Form Personal Injury Complaint filed July 5, 2023 [Doc. 142]:

    a. Plaintiffs' non-strict liability claims are preempted by the Food, Drug, and Cosmetic Act and should be dismissed;

    b. Plaintiffs have failed to adequately plead negligence and strict liability;

    c. Not every jurisdiction in which Plaintiffs reside recognizes gross negligence and/or negligence *per se*;

    d. Plaintiffs have failed to properly plead a claim for negligence;

    e. Plaintiffs' claims pursuant to U.S. State and Territory Statutory Consumer Protection and Unfair or Deceptive Trade Practices require a heightened pleading standard under Federal Rule of Civil Procedure 9(b) which Plaintiffs have failed to meet;

    f.       Plaintiffs' warranty claims fail to allege the required privity;

    g.       Any claims of unjust enrichment and punitive damages must fail because not all jurisdictions in which Plaintiffs are located recognize unjust enrichment or punitive damages as a cause of action and Plaintiffs have not alleged facts sufficient to allow them to seek punitive damages. Nor have Plaintiffs alleged that Bronner Brothers acted in a willful, wanton or reckless manner sufficient to state a claim for or obtain punitive damages;

    h.       Plaintiffs' claims for Wrongful Death, Survival Action, and Loss of Consortium should be dismissed because they are derivative and rely on the validity of the underlying claims for which Plaintiff has failed to allege sufficient facts to maintain those claims.

7.       Further, to the extent certain similarly situated Co-Defendants ("Second Wave Defendants") were named in Master Long Form Complaints filed as of May 28, 2024 and have filed Motions to Dismiss the Plaintiffs' Master Long Form Complaints filed against them that currently remain pending [*See, e.g*., Defendant John Paul Mitchell System's Memorandum of Law in Support of its Renewed Motion to Dismiss Plaintiffs' Complaints pursuant to Federal Rules of Civil Procedure 8 and 12 (Doc. 750); Defendant Advanced Beauty, Inc.'s Memorandum of Law in Support of its Motion to Dismiss and Motion to Strike (Doc. 753); and Defendant Wella Operations US, LLC's Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' Complaint pursuant to FRCP 12(b)(6) (Doc. 758)], Bronner Brothers further moves for joinder in and incorporates and adopts the legal authority and arguments referenced therein that apply generally to all Second Wave Defendants.

8.       Bronner Brothers incorporates herein its contemporaneously filed Memorandum of Law in support of this Motion.

WHEREFORE, Defendant Bronner Brothers respectfully requests the Court grant its Motion to Dismiss Plaintiffs' Master Long Form Complaint; and for Joinder in certain Co-Defendants ("Second Wave Defendants") currently pending Motions to Dismiss Plaintiffs' Master Long Form Complaints, and for any further relief the Court deems just and proper.

Respectfully submitted,

/s/ *Larry D. Mason*
Larry D. Mason
Goldberg Segalla LLP
222 West Adams Street #2250
Chicago, IL 60606
Phone 312.572.8444
lmason@goldbergsegalla.com
Attorney for Defendant
BRONNER BROTHERS, INC.

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 7, 2025, I caused the foregoing to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

                  /s/ *Larry D. Mason*
                  Larry D. Mason
                  Goldberg Segalla LLP
                  222 West Adams Street #2250
                  Chicago, IL 60606
                  Phone 312.572.8444
                  lmason@goldbergsegalla.com
                  Attorney for Defendant
                  BRONNER BROTHERS, INC.