**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
|  | Master Case No. | 1:23-cv-00818 |
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. | 3060 |
|  |  | **Judge Mary M. Rowland** |
|  |  | **This document relates to: Second Wave Defendant Bronner Bros., Inc.** |

**STATUS REPORT OF SECOND WAVE DEFENDANT
BRONNER BROS, INC.**

Pursuant to the Court's minute order on July 11, 2024 [Dkt. No. 769], Second Wave Defendant Bronner Bros., Inc. (incorrectly sued as Bronner Brothers, Inc.) submits this status report indicating an email where Plaintiffs can effectuate service pursuant to CMO 8 as follows:

Plaintiffs can effectuate service on Bronner Bros., Inc. by emailing a completed waiver of service, Civil Cover Sheet and SFC to **BronnerMDLService@goldbergsegalla.com** which mailbox shall respond with acknowledgment of same. The subject line of the email shall include the caption and civil action number of the case being served. The responsive email acknowledgement shall include the statement that "Service of this responsive email shall serve as proof that Defendant, Bronner Bros., Inc. has received actual notice of the legal action brought against it and service of process is complete." Plaintiffs shall not be required to serve a summons. Under no circumstances shall Bronner Bros., Inc.'s willingness to accept service via e-mail be deemed as a waiver of service, or willingness to forfeit ordinary service requirements pursuant to the Federal Rules of Civil Procedure, as to any affiliated entity.

Dated: March 24, 2025

                                                       Respectfully submitted,

                                                       */s/ Larry D. Mason*
                                                       Larry D. Mason
                                                       Goldberg Segalla LLP
                                                       222 West Adams Street #2250
                                                       Chicago, IL 60606
                                                       Phone 312.572.8444
                                                       lmason@goldbergsegalla.com
                                                       Attorney for Defendant
                                                       BRONNER BROS., INC.
                                                       (Incorrectly sued as Bronner Brothers, Inc.)

CERTIFICATE OF SERVICE

      I hereby certify that on March 24, 2025, I caused the foregoing to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

      */s/ Larry D. Mason*
Larry D. Mason
Goldberg Segalla LLP
222 West Adams Street #2250
Chicago, IL 60606
Phone 312.572.8444
lmason@goldbergsegalla.com
Attorney for Defendant
BRONNER BROS., INC.
(Incorrectly sued as Bronner Brothers, Inc.)

50291877