## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

In RE: Hair Relaxer Marketing, Sales Practices, And
Products Liability Litigation, et al.

                                         Plaintiff,

v.                                        Case No.:
                                        1:23−cv−00818

                                        Honorable Mary M.
                                        Rowland

L'Oreal USA, Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: Pursuant to Local Rule 26.3,
"[d]iscovery materials, including disclosure of expert testimony, shall not be filed with the
court unless they are filed in support of or in opposition to a motion.&quot; So the parties
should not in the future file discovery materials, including notices of deposition, to the
docket. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.