IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>Case No. 23 C 818<br>Judge Mary M. Rowland<br><br>**This document relates to:**<br>All Cases |

**PLAINTIFFS' STEERING COMMITTEE'S RESPONSE REGARDING REFERRAL OF CUSTODIAL FILE DISPUTES TO SPECIAL MASTER GROSSMAN**

In response to Court's inquiry at the April 24, 2025 discovery conference about the Plaintiff Steering Committee's ("PSC") position regarding the potential referral of matters related to custodial files to Special Master Grossman, the PSC respectfully submits that it does not consent to referral of these matters to Special Master Grossman.

The PSC submits that referral of these matters to Special Master Grossman will embed an unnecessary layer of delay and result in reduced efficiency that the parties (and particularly the PSC) cannot afford at this time. To date, when a dispute related to custodial files has arisen, the parties largely have been able to reach agreement on which files should be produced. The few disputes that have remained are not complicated or difficult issues to resolve and raising them within the discovery JSR allows a streamlined and efficient way to resolve any issues. With Special Master Grossman, it is more difficult to schedule a meeting to resolve given competing schedules and the grace she affords the parties' competing schedules. Once scheduled, resolution may be delayed through the more extensive process Special Master Grossman prefers. While this process has worked for some issues to date and will continue to work with some issues in the future, the custodial file issue does not require such an in-depth process that will inevitably impact

1

deposition preparation and scheduling (which is becoming a primary focus). Therefore, the PSC, respectfully, does not agree to the referral of custodial file issues to Special Master Grossman.

Dated: April 28, 2025

                                                Respectfully Submitted,

*/s/Edward A. Wallace*
*Edward A. Wallace*
Edward A. Wallace
**WALLACE MILLER**
150 N. Wacker Dr., Suite 1100
Chicago, Illinois 60606
T: (312) 261-6193
Email: eaw@wallacemiller.com

*Plaintiffs' Liaison Counsel*


Diandra "Fu" Debrosse Zimmermann
**DICELLO LEVITT LLC**
505 20th Street North, Suite 1500
Birmingham, Alabama 35203
T: (312) 214-7900
Email: fu@dicellolevitt.com

*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
T: (401) 457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
T: (212) 566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
T: (850) 224-2020
Email: ben@bencrump.com

*Plaintiffs' Co-Lead Counsel*