IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>Case No. 23 C 818<br>Judge Mary M. Rowland<br><br>**This document relates to:**<br>All Cases |

### PARTIES' STATUS REPORT FOR THE SELECTION OF
### THE INITIAL BELLWETHER DISCOVERY CASES

Pursuant to CMO 15, on April 30, 2025, Plaintiffs and Defendants each designated and exchanged the names and identifying information of 20 cases (for a total of 40 cases) to comprise the proposed Initial Bellwether Discovery Cases selected from the pool of Eligible cases, with the requisite Designated Injuries and submitted PFSs. The Parties then each identified a list of 4 cases to be stricken from the other side's 20 cases and exchanged this list on May 8, 2025. Following the striking of these 8 cases and in accordance with CMO 15, Section III.2, the remaining 32 cases that will comprise the Initial Bellwether Discovery Cases are identified as follows:

1. Gwendolyn Alexander v. Revlon, Inc., et al., Case No. 1:23-cv-09878

2. Barbara A. Batiste v. L'Oreal USA, Inc., et al., Case No. 1:23-cv-04124

3. Kimberly Nimi Blaxton v. Revlon, Inc., et al., Case No. 1:23-cv-07094

4. Bridget Boatwright v. AFAM Concept, Inc. d/b/a JF Labs, Inc., et al., Case No. 1:23-cv-06876

5. Tracey Marie Byrd v. L'Oreal USA, Inc., et al., Case No. 1:23-cv-04005

6. Carrie Chattman v. Revlon, Inc., Case No. 1:23-cv-10579

7. Joanne Edgar v. Revlon Consumer Products Corporation, et al., Case No. 1:23-cv-05905

8. Eunice Felton v. L'Oreal USA, Inc., et al., Case No. 1:23-cv-08200

9. Charlene Fennell v. Revlon Consumer Products Corporation, et al.,

1

Case No. 1:23-cv-06154

10. Elendra Fields v. Revlon, Inc., et al., Case No. 1:23-cv-11083

11. Gloria Ford and Kenneth Ford, Sr. v. L'Oreal USA, Inc., et al., Case No. 1:23-cv-10740

12. Felicia Fullard v. Avalon Industries, et al., Case No. 1:23-cv-10947

13. Vicki Garrett v. Revlon Consumer Products Corporation, et al., Case No. 1:23-cv-06495

14. Kelly Gibson v. L'Oreal USA, Inc., et al., Case No. 1:23-cv-05971

15. Tonja Harris v. L'Oreal USA, Inc., et al, Case No. 1:23-cv-15818

16. Belinda Hill v. L'Oreal USA, Inc., et al., Case No. 1:23-cv-11693

17. Joyce Hix v. L'Oreal USA, Inc., et al., Case No. 1:23-cv-12803

18. Jennifer Hobbs v. AFAM Concepts, Inc. d/b/a JF Labs, Inc., Case No. 1:23-cv-13909

19. Beverly Hunter v. L'Oreal USA, Inc., et al., Case No. 1: 23-cv-08351

20. Areecia Jackson v. Revlon Consumer Products Corporation, et al., Case No. 1:23-cv-10379

21. Emma James v. Avlon Industries, et al., Case No. 1:23-cv-10617

22. Joanne Jones v. AFAM Concept, Inc. et al., Case No. 1:23-cv-07074

23. Valerie Mazyck v. Revlon, Inc., et al., Case No. 1:23-cv-11851

24. Rosa Robinson v. L'Oreal USA, Inc., et al., Case No. 1:23-cv-08513

25. Sara Robinson v. Revlon, Inc., et al., Case No. 1:23-cv-10698

26. Karen Roland v. L'Oreal USA, Inc., et al.,  Case No. 1:23-cv-10039

27. Barbara Smith v. Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc., et al., Case No. 1:23-cv-10280

28. Karla Smith v. Revlon, Inc., et al., Case No. 1:23-cv-10645

29. Shirley Smith v. L'Oreal USA, Inc., et al., Case No. 1:23-cv-06135

30. Roxanna Wade v. Revlon, Inc., et al., Case No. 1:23-cv-07360

Case: 1:23-cv-00818 Document #: 1220 Filed: 05/09/25 Page 3 of 9 PageID #:56094

31. Lisa Thomas on Behalf of the Estate of Janette Wallace, Deceased v. AFAM Concept, Inc. d/b/a JF Labs, Inc., et al., Case No. 1:23-cv-10632

32. Tawanna Weeks v. AFAM Concept, Inc. d/b/a JF Labs, Inc., Case No. 1:23-cv-05488

Dated: May 9, 2025

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |

/s/Edward A. Wallace
*Edward A. Wallace*
Edward A. Wallace
**WALLACE MILLER**
150 N. Wacker Dr., Suite 1100
Chicago, Illinois 60606
T: (312) 261-6193
Email: eaw@wallacemiller.com

*Plaintiffs' Liaison Counsel*

Diandra "Fu" Debrosse Zimmermann
**DICELLO LEVITT LLC**
505 20th Street North, Suite 1500
Birmingham, Alabama 35203
T: (312) 214-7900
Email: fu@dicellolevitt.com

*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
T: (401) 457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
T: (212) 566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

/s/Mark C. Goodman
*Mark C. Goodman*
Mark C. Goodman
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, Suite 1100
San Francisco, California 94111
T: (415) 576-3080
mark.goodman@bakermckenzie.com

*Defense Liaison Counsel and Counsel for Defendant Namasté Laboratories, LLC*

Mark D. Taylor
**BAKER & MCKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
T: (214) 978-3000
mark.taylor@bakermckenzie.com

Maurice Bellan
Teisha C. Johnson
**BAKER & MCKENZIE LLP**
815 Connecticut Avenue, NW
Washington DC 20006
T: (202) 452-7057
maurice.bellan@bakermckenzie.com
teisha.johnson@bakermckenzie.com

Barry Thompson
**BAKER & MCKENZIE LLP**
10250 Constellation Boulevard, Suite 1850 Los Angeles, CA 90067
T: (310) 201-4703
barry.thompson@bakermckenzie.com

3

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
T: (850) 224-2020
Email: ben@bencrump.com

*Plaintiffs' Co-Lead Counsel*

Colleen Baime
Laura Kelly
**BAKER & MCKENZIE LLP**
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
T: (312) 861-2510
colleen.baime@bakermckenzie.com
laura.kelly@bakermckenzie.com

*Counsel for Defendant Namasté Laboratories, LLC*

Dennis S. Ellis
Katherine F. Murray
Serli Polatoglu
**ELLIS GEORGE LLP**
2121 Avenue of the Stars
Suite 3000, 30th Floor
Los Angeles, CA 90067
T: (310) 274-7100
F: (310) 275-5697
dellis@ellisgeorge.com
kmurray@ellisgeorge.com
spolatoglu@ellisgeorge.com

Jonathan Blakley
**GORDON REES SCULLY MANSUKHANI LLP**
1 N. Franklin St., Suite 800
Chicago, IL 60606
T: (312) 565-1400
F: (312) 565-6511
jblakley@grsm.com

Peter Siachos
**GORDON REES SCULLY MANSUKHANI LLP**
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
T: (973) 549-2500
F: (973) 377-1911
psiachos@grsm.com

*Counsel for Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc. and SoftSheen-Carson LLC*

Lori B. Leskin
E. Dean Harris Porter
**ARNOLD & PORTER KAYE SCHOLER, LLP**

250 West 55th Street
New York, NY 10019
T: (212) 836-8641
F: (212) 836-8689
Lori.leskin@arnoldporter.com
Dean.Porter@arnoldporter.com

Rhonda R. Trotter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199

*Counsel for Defendants Strength of Nature LLC; Strength of Nature Global LLC; and Godrej SON Holdings*

R. Trent Taylor
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T: (804) 775-1182
F: (804) 225-5409
rtaylor@mcguirewoods.com

Patrick P. Clyder
Royce B. DuBiner
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
T: (312) 849-8100
F: (312) 849-3690
pclyder@mcguirewoods.com
rdubiner@mcguirewoods.com

*Counsel for Defendant House of Cheatham LLC*

Joseph P. Sullivan
Kevin A. Titus
Bryan E. Curry
**LITCHFIELD CAVO LLP**
303 W. Madison, Suite 300
Chicago, IL 60606
T: 312-781-6677
F: 312-781-6630

5

sullivanj@litchfieldcavo.com
titus@litchfieldcavo.com
curry@litchfieldcavo.com

*Counsel for Defendant Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc.*

Richard J. Leamy, Jr.
Kristen A. Schank
Anna Morrison Ricordati
**WIEDNER & MCAULIFFE, LTD.**
1 N. Franklin St., Suite 1900
Chicago, Illinois 60606
T: (312) 855-1105
rjleamy@wmlaw.com
kaschank@wmlaw.com
amricordati@wmlaw.com

*Counsel for Defendant Avlon Industries, Inc.*

Melissa Fallah
Robert W. Petti
Alyssa P. Fleischman
**MARON MARVEL**
191 N. Wacker Drive – Suite 2950 Chicago, Illinois 60606
T: (312) 579-2018 (ofc)
mfallah@maronmarvel.com
rpetti@maronmarvel.com
afleischman@maronmarvel.com

*Counsel for Defendant Luster Products, Inc.*

Robert A. Atkins
Daniel H. Levi
Shimeng (Simona) Xu
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
T: (212) 373-3000
ratkins@paulweiss.com
dlevi@paulweiss.com
sxu@paulweiss.com

Randy S. Luskey
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
T: (628) 432-5112
rluskey@paulweiss.com

David E. Cole
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
T: (202) 223-7348
dcole@paulweiss.com

Edward P. Abbot
Erich J. Gleber
**HAWKINS PARNELL & YOUNG LLP**
275 Madison Avenue, 10th Floor
New York, NY 10016
eabbot@hpylaw.com
egleber@hpylaw.com

*Counsel for Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC*

Heidi Levine
**SIDLEY AUSTIN LLP**
787 7th Ave
New York, NY 10019
T: (212) 839-5300
hlevine@sidley.com

Lisa M. Gilford
**SIDLEY AUSTIN LLP**
555 W 5th St,
Los Angeles, CA 90013
T: (213) 896-6000
lgilford@sidley.com

Colleen M. Kenney
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
T: (312) 853-2666

7

ckenney@sidley.com
kmccall@sidley.com

Yvette Ostolaza
Amanda Crawford-Steger
Imani Maatuka
**SIDLEY AUSTIN LLP**
2021 McKinney Ave., Ste. 2000
Dallas, TX 75201
T: (214)981-3496
yostolaza@sidley.com
asteger@sidley.com
imaatuka@sidley.com

*Counsel for Defendant Sally Beauty Supply LLC*

Joseph J. Welter
Ryan M. Frierott
**GOLDBERG SEGALLA**
665 Main Street
Buffalo, NY 14203
T: (716) 566-5457
jwelter@goldbergsegalla.com
rfrierott@goldbergsegalla.com

*Counsel for Defendant AFAM Concept, Inc.*

Seth V. Alhadeff
Ravika Rameshwar
**DINSMORE & SHOHL LLP**
Southeast Financial Center
200 S. Biscayne Blvd.
Suite 2401
Miami, FL 33131
T: (786) 957-1136
Seth.Alhadeff@dinsmore.com
Ravika.Rameshwar@dinsmore.com

Matthew C. Wasserman
**DINSMORE & SHOHL LLP**
222 W. Adams Street
Suite 3400
Chicago, IL 60606
Matthew.Wasserman@dinsmore.com

*Counsel for Defendant McBride Research Laboratories, Inc.*

8

Daniel L. Stanner
Ashley Crettol Insalaco
Megan E. Ryan
**TABET DIVITO & ROTHSTEIN LLC**
209 S. LaSalle Street, 7th floor
Chicago, IL 60604
Tel: (312) 762-9450
dstanner@tdrlaw.com
ainsalaco@tdrlaw.com
mryan@tdrlaw.com

*Counsel for Defendant RNA Corporation*

Ashley C. Webber
Hallie E. Richards
Elizabeth P. Pittman
**SWIFT CURRIE MCGHEE & HIERS LLP**
1420 W Peachtree St NE
Suite 800
Atlanta, GA 30309
ashley.webber@swiftcurrie.com
hallie.richards@swiftcurrie.com
elizabeth.pittman@swiftcurrie.com

*Counsel for Defendant, Dudley Beauty Corp, LLC.*