IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060 <br><br> Master Docket No. 23-cv-0818 <br><br> Judge Mary M. Rowland |

## ORDER

The Court previously ordered all final amendments to Short Form Complaints in bellwether Eligible Cases (cases filed and served by February 1, 2024) must be filed by February 28, 2025. [1052] at 7. This deadline was discussed at several status hearings. Several motions to substitute or amend have been filed in cases presumptively eligible for bellwether selection (and one case selected for bellwether discovery: 1:23-cv-04005) after the February 28, 2025 deadline. The Court has held some of these motions in abeyance, *see* Chart 1 below, and has ruled on others, *see* Chart 2 below. By June 25, 2025, the parties are to meet-and-confer and submit a status report indicating their position(s) as to these motions.

E N T E R:

Dated: June 6, 2025

MARY M. ROWLAND
United States District Judge

1

**Chart 1: Pending Motions**

| Case No. | Case Name | Case Filed | Motion | Motion Filed |
|---|---|---|---|---|
| 1:23-cv-08616 | Taylor-Johnson v. Beauty Bell Enterprises LLC et al | 09/10/2023 | Substitute | 05/06/2025 |
| 1:23-cv-12654 | Hall v. Godrej SON Holdings, Inc. et al | 09/14/2023 | Substitute | 05/06/2025 |
| 1:23-cv-08315 | Johnson v. Beauty Bell Enterprises LLC f/k/a House of Cheatham, Inc. et al | 09/09/2023 | Substitute | 05/07/2025 |
| 1:23-cv-08521 | Tedeschi v. AFAM Concept, Inc. d/b/a JF Labs, Inc. et al | 09/10/2023 | Substitute | 05/08/2025 |
| 1:23-cv-09261 | Ellington et al v. L Oreal USA, Inc. et al | 09/11/2023 | Substitute | 05/12/2025 |
| 1:23-cv-04005 | Byrd v. L'Oreal USA, Inc. et al | 06/23/2023 | Amend | 05/28/2025 |
| 1:23-cv-09044 | Day v. L'Oreal USA, Inc. et al | 09/11/2023 | Substitute | 05/28/2025 |
| 1:23-cv-13310 | Douglas et al v. LOreal USA, Inc. et al | 09/14/2023 | Substitute | 05/29/2025 |
| 1:23-cv-06098 | Bynoe v. Revlon Consumer Products Corporation et al | 08/25/2023 | Amend | 06/02/2025 |
| 1:23-cv-06954 | Adenubi v. Revlon Consumer Products Corporation et al | 09/05/2023 | Amend | 06/02/2025 |
| 1:23-cv-13851 | Bolden v. L'Oreal USA, Inc. et al | 09/19/2023 | Amend | 06/02/2025 |
| 1:23-cv-08554 | Young v. AFAM Concept, Inc. d/b/a JF Labs, Inc. et al | 09/10/2023 | Substitute | 06/03/2025 |
| 1:23-cv-05419 | Calhoun v. Revlon Consumer Products Corporation et al | 08/14/2023 | Amend | 06/04/2025 |
| 1:23-cv-09560 | Scott v. Loreal USA, Inc et al | 09/12/2023 | Amend | 06/05/2025 |

**Chart 2: Motions Granted or Denied**

| Case No. | Case Name | Case Filed | Motion | Motion Filed | Disposition |
|---|---|---|---|---|---|
| 1:23-cv-11935 | Glaude v. Revlon, Inc. et al | 09/13/2023 | Substitute | 03/06/2025 | Unopposed motion granted; 03/07/2025 |
| 1:23-cv-07566 | Clark v. AFAM Concept, Inc. d//b/a JF Labs, Inc. et al | 09/07/2023 | Substitute | 03/10/2025 | Granted; 03/11/2025 |
| 1:23-cv-08113 | Harris v. AFAM Concept, Inc. et al | 09/08/2023 | Substitute | 03/17/2025 | Granted; 03/18/2025 |
| 1:23-cv-13054 | Rushing v. Revlon, Inc. et al | 09/14/2023 | Substitute | 03/19/2025 | Granted; 03/20/2025 |
| 1:23-cv-13140 | Baker v. Revlon, Inc et al | 09/14/2023 | Amend | 03/25/2025 | Denied as to adding additional defendants; granted to amend case caption; 03/26/2025 |
| 1:23-cv-12268 | Harris v. Dabur International Ltd et al | 09/13/2023 | Substitute | 03/25/2025 | Granted; 03/26/2025 |
| 1:23-cv-14506 | Brooks v. AFAM Concept, Inc. d//b/a JF Labs, Inc. et al | 10/04/2023 | Substitute | 03/25/2025 | Granted; 03/26/2025 |
| 1:23-cv-12207 | Green v. Revlon, Inc et al | 09/13/2023 | Amend | 03/26/2025 | Denied (seeking to add Defendants and products); 03/27/2025 and 04/14/2025 |
| 1:23-cv-05486 | Perry v. AFAM Concept, Inc. et al | 08/14/2023 | Substitute | 04/01/2025 | Granted; 06/04/2025 |
| 1:23-cv-13248 | Garry v. Revlon, Inc et al | 09/14/2023 | Amend | 04/02/2025 | Granted (seeking to change caption); 04/03/2025 |
| 1:23-cv-10160 | Smith v. L Oreal USA, Inc. et al | 09/12/2023 | Substitute | 04/07/2025 | Granted |

| 1:23-cv-08103 | Swingler v. Loreal USA, Inc. et al | 09/08/2023 | Substitute | 04/22/2025 | Granted; 05/07/2025 |
|---|---|---|---|---|---|
| 1:23-cv-10136 | Simmons v. Loreal USA, Inc. et al | 09/12/2023 | Substitute | 04/22/2025 | Granted; 05/07/2025 |
| 1:23-cv-10173 | Dade v. Beauty Bell Enterprises LLC et al | 09/12/2023 | Substitute | 04/22/2025 | Granted; 05/07/2025 |
| 1:23-cv-13645 | Wallace v. Loreal USA, Inc. et al | 09/14/2023 | Substitute | 05/05/2025 | Granted; 05/06/2025 |