**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 3060<br>Case No. 23 C 818<br>Judge Mary M. Rowland<br><br>**This document relates to:**<br>All Cases |

**CASE MANAGEMENT ORDER NO. 20**
**(Refile/Reinstatement Deadlines for Cases Dismissed Without Prejudice Pursuant to CMO 9 and SFC/PFS Deadlines for Cases Filed and Served After February 1, 2024)**

This order adopts an agreed schedule proposed by the Plaintiffs' Steering Committee and Defendants to set periodic deadlines related to Case Management Order No. 9 dismissals and to Plaintiff Fact Sheets and Short Form Complaints (PFSs and SFCs, respectively). This Order establishes these deadlines for all Plaintiffs who are not already subject to such deadlines based on prior orders and applies to cases currently pending in this MDL and those filed in or transferred to this MDL going forward.

I. **CMO 9 Refile or Reinstatement and Dismissal with Prejudice Conversion Deadline Cycle**

Plaintiffs dismissed without prejudice under CMO 9 will be subject to a deadline by which they are able to refile or reinstate their cases in the MDL and, if not timely refiled or reinstated, by which the dismissals will convert to dismissals with prejudice. Under the terms of these CMO 9 dismissals without prejudice, Plaintiffs may only refile their cases in federal court within this MDL and Plaintiffs must serve complete PFSs and authorizations pursuant to CMO 9 within 10 business days of refiling or the reinstatement of their cases.

Following entry of this Case Management Order, the deadline by which a Plaintiff must refile or move for reinstatement of her case will be determined by the month the Plaintiff is included on a Court Call List, as described below:

1

    a. Plaintiffs who are dismissed without prejudice, per CMO 9, after being named on a Court Call List in April thru September (e.g., April 2025 to September 2025) will have a deadline of December 30 of the same year (e.g., December 2025) to refile or move for reinstatement before their dismissals convert to dismissals with prejudice, with no further docket entries required.

    b. Plaintiffs who are dismissed without prejudice, per CMO 9, after being named on a Court Call List in October thru March (e.g., October 2025 to March 2026) will have a deadline of June 30 of the later year (e.g., June 2026) to refile or move for reinstatement before their dismissals convert to dismissals with prejudice, with no further docket entries required.

This cycle will repeat into the future until the CMO 9 process is concluded.

## II.    PFS and SFC Amendment Deadline Cycle

The Court previously set a PFS and SFC amendment deadline of February 28, 2025, for cases filed and served by February 1, 2024. This Order applies to cases filed and served after February 1, 2024 as follows:

    a. Plaintiffs who filed and served their cases between February 2, 2024 and December 29, 2024 have a deadline of December 30, 2025 to amend their SFC and PFS.

        i. These Plaintiffs' amendments to SFCs may be made as of right without seeking consent from Defendants or moving for leave to file between October 1, 2025 and December 30, 2025.

    b. Plaintiffs who filed and served their cases between December 30, 2024 and June 29, 2025 have a deadline of June 30, 2026 to amend their SFC and PFS.

    i. These Plaintiffs' amendments to SFCs may be made as of right without seeking consent from Defendants or moving for leave to file between April 1, 2026 and June 30, 2026.

  c. Thereafter, the cycle will continue on a repeating six-month basis until cases are no longer added to this MDL:

    i. Plaintiffs who filed and served their cases between June 30 and December 29 of a year will have a deadline of December 30 of the following year to amend their SFC and PFS.

      1. These Plaintiffs' amendments to SFCs may be made as of right without seeking consent from Defendants or moving for leave to file between October and December 30 of the year of the deadline.

    ii. Plaintiffs who filed and served their cases between December 30 of a year and June 29 of the following year will have a deadline of June 30 of the latter year to amend their SFC and PFS.

      1. These Plaintiffs' amendments to SFCs may be made as of right without seeking consent from Defendants or moving for leave to file between April and June 30 of the year of the deadline.

For Plaintiffs who refile their cases after a dismissal without prejudice, the PFS and SFC amendment deadlines will be set based on the date of filing and serving the refiled case. For Plaintiffs who reinstate their cases after a dismissal without prejudice, the PFS and SFC amendment deadlines will be set based on the date the Court reinstates the case.

E N T E R:

Dated: June 25, 2025

MARY M. ROWLAND
United States District Judge

4