**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>Case No. 23 C 818<br>Judge Mary M. Rowland<br><br>**This document relates to:**<br>All Cases |

**CASE MANAGEMENT ORDER # 21**
**(Science Day)**

Due to the complexity of the scientific issues in this case, the Court previously indicated it would host a Science Day (ECF 1052) at the appropriate time. This Order addresses the procedures to be used by the Court and the parties for "Science Day" proceedings. The Order shall apply to all cases in this MDL proceeding and may be revised or supplemented from time to time.

1. Science Day will be held on January 8, 2026, from 9:00 a.m. to 4:30 p.m. A combined presentation by the PSC may be conducted from 9:00 a.m. to 11:00 a.m.; and a combined presentation on behalf of all Defendants may be conducted from 1:00 p.m. to 3:00 p.m. Following the presentations by the parties, the remaining time may be reserved for follow-up questions by the Court or parallel state court judges. The Court requests that the parties' presenters remain available for the duration of Science Day to answer any potential questions raised during this time.

2. The purpose of the presentations is to educate the Court on the scientific and medical issues in this litigation. The Court understands that the parties have differing views of the evidence; nonetheless, the purpose of the presentations shall be education, not advocacy. Accordingly, while the presentations may reference evidentiary matters, there shall be no advocacy about

1

admissibility of evidence, Rule 702 or company conduct.  The focus of the presentations should be to educate the Court on the scientific and/or medical concepts and evidence, including literature and studies, on which claims and defenses will be based.

3. The Court, at its discretion, may invite judges presiding over parallel state court proceeding to attend and participate in Science Day.

4. A party's presentation shall be made by scientists, medical professionals and/or experts in a given field.  The witnesses to be presented at Science Day need not be experts disclosed by the parties pursuant to CMO 15.

5. Science Day presenters will not be placed under oath. Counsel may not cross-examine the opposing Party's experts. The presentations shall not include any testimony from or information about specific Plaintiffs. To focus presentations by experts, the parties may, but are not required to, employ a direct examination format, if they so choose, but should be mindful that the purpose of such presentations is educational rather than adversarial.  The Court may ask questions of the experts at any time during the presentations.

6. Copies of slides, summaries or other demonstrative aides may be provided to the Court upon the Court's request.

7. The participation of any expert or other witness in Science Day shall not be an independent basis for subjecting him or her to discovery and shall not waive any consulting expert privilege. No party shall conduct discovery on the presenting experts regarding their presentations or Science Day itself, whether or not the presenter has previously or is later designated as a testifying expert.  Should any witness present at Science Day, and either previously or later be disclosed as an expert witness in this case, that experts shall not be

subject to cross-examination about his/her role at Science Day or any opinions, statements or presentations offered during Science Day.

8. Science Day presentations shall not be videotaped, recorded, or transcribed, except that the Court may, in its discretion, elect to have the proceedings transcribed for the Court's own future reference. Any such transcript shall not be made available to any party or member of the public and may not be used in any subsequent proceedings for any purpose, including but not limited to depositions, court proceedings, arbitration sessions, mediation sessions, hearings, trials, or otherwise. No written or oral presentation, including slides, summaries, or demonstratives, made by any presenter or attorney shall be used for any purpose in any subsequent proceeding by any party other than the party presenting those materials for Science Day. Statements made at Science Day shall not be construed or otherwise argued to be party admissions.

9. Any confidential documents referred to or shown during a presentation shall remain subject to the terms of Case Management Order No. 5: Agreed Confidentiality, Privilege and Clawback Order (ECF No. 112) and any similar order entered in any parallel state court proceeding.

E N T E R:

Dated: June 25, 2025

*Mary M Rowland*

MARY M. ROWLAND
United States District Judge