IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>Case No. 23-cv-0818<br><br>Judge Mary M. Rowland |

### ORDER DISMISSING WITHOUT PREJUDICE, CONVERTING TO WITH PREJUDICE IF NOT REFILED, PLAINTIFFS WHO FAILED TO COMPLY WITH JUNE 27, 2025 EXTENDED DEADLINE TO CURE PFS DELINQUENCIES AND/OR DEFICIENCIES GRANTED IN THE MAY 2025 COURT CALL ORDER

In accordance with the procedures outlined in CMO 9, a Court Call Hearing was held on May 28, 2025. At the Hearing, Defendants identified plaintiffs who were allegedly deficient and/or delinquent in their Plaintiff Fact Sheet ("PFS") submissions. Some of these plaintiffs requested an extension to cure the noticed delinquencies and/or deficiencies. For the reasons stated on the record at the May 28, 2025 Court Call Hearing, the Court granted an extension and ordered certain plaintiffs to submit a substantially complete PFS, required authorizations, and PFS-responsive documents, in compliance with CMO 9, by June 27, 2025, or be dismissed without prejudice, converting to with prejudice if not refiled by December 30, 2025. [ECF 1241]. On June 4, 2025, in accordance with the Court's instructions [ECF 1241], the Parties submitted to the Court an Amended Court Call List, which identifies Plaintiffs subject to the June 27, 2025 deadline. [ECF 1255].

The plaintiffs identified below ("Plaintiffs") failed to cure their noticed

1

delinquencies or deficiencies by June 27, 2025. Therefore, Plaintiffs' cases are hereby dismissed without prejudice. Plaintiffs may refile their cases only in federal court within this MDL and must also serve a complete PFS and authorizations pursuant to CMO 9 within 10 business days of refiling. All motions pending in any of Plaintiffs' individual member cases are denied as moot. Member cases terminated.

If a plaintiff fails to refile her/their/his case in accordance with this Order by December 30, 2025, the dismissal of that plaintiff's case will automatically convert to a dismissal with prejudice on December 31, 2025, with no further docket entry required.

**Schedule 6: Plaintiffs Not Subject to the Feb 28, 2025 PFS Deadline Who Seek Extensions to Cure Noticed Delinquencies and/or Respond to Deficiency Letters**

| Row # | MDLC ID | Case Name | Current Cause # |
|---|---|---|---|
| 141 | 15178 | Taylor, Erania | 1:25-cv-00974 |

**Schedules 8-9: Plaintiffs Who Are Subject to the February 28, 2025 PFS Deadline and Have Substantive Deficiencies[1]**

| Schedule(s) | Row # | MDLC ID | Case Name | Current Cause # |
|---|---|---|---|---|
| 9 | 133 | 10858 | Trulove, Lesa | 1:24-cv-04671 |
| 8, 9 | 544 | 9780 | Howard, Cassandra | 1:24-cv-01714 |

Schedule and Row numbers refer to the Schedule and row numbers from the Amended May Court Call List. [ECF 1255].

---

[1] Each Schedule addressed a different substantive deficiency:
- Schedule 8: Failure to produce responsive documents in Plaintiff's possession
- Schedule 9: Failure to produce valid authorizations

2

ENTER:

Dated: July 8, 2025

_____
MARY M. ROWLAND
United States District Judge