# EXHIBIT A



Eckert Seamans Cherin & Mellott, LLC    TEL   646 513 2133
275 Madison Avenue    FAX   646 516 9008
10th Floor    www.eckertseamans.com
New York, NY 10016

July 3, 2025

<u>E-Mail And First-Class Mail</u>
Kristen Padden
DOUGLAS & LONDON, P.C.
59 Maiden Lane, Sixth Floor
New York, New York 10038
kpadden@douglasandlondon.com

    Re:      *In re Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation MDL No. 3060, Master Docket No. 1:23-cv-00818*
                **Response to the Brian Shelley Deposition Request dated June 23, 2025, and Request for All issues and Final 30(b)(6) Notice for Bryan Shelley**

Dear Ms. Padden:

    As you are aware, this office represents Revlon Inc., Revlon Consumer Products Corporation, Revlon Group Holdings LLC, and Roux Laboratories Inc. (hereinafter "Revlon") in the above referenced MDL. We are in receipt of Plaintiffs' email of June 23, 2025 requesting the deposition of Bryan Shelley, as well as other depositions. Notwithstanding that Mr. Shelley, who resides in North Carolina, was already produced for a deposition in New York City on June 5, 2025, Revlon is willing to have Mr. Shelley travel again to New York City for another deposition, in August 2025. However, given Mr. Shelley's importance to supporting Revlon's day-to-day business and his ongoing business obligations, we want to ensure that this is the final deposition for which Mr. Shelley needs to rearrange his schedule to accommodate Plaintiffs' inefficient approach to deposition discovery. Accordingly, we are requesting that Plaintiffs' deposition notice set forth all topics you intend to examine Mr. Shelley regarding and any remaining 30 (b) (6) topics for Revlon by July 14, 2025.

    As Plaintiffs know from having already deposed him, Mr. Shelley is Vice President, Global Delivery, IT at Revlon and to having to continually bring him to New York for repeated depositions at Plaintiffs' whim for a few hours at a time is not fair to Mr. Shelley nor Revlon, a company that is operating in a significantly challenging business and economic environment as it continues to execute a transformation following its emergence from bankruptcy. Mr. Shelley's

position at Revlon, located in North Carolina, is critical to the functioning of Revlon and it is disruptive, harassing, and entirely uncooperative for Plaintiffs to request multiple depositions.

Indeed, Mr. Shelley was made available for the entire day of June 5, 2025 for his deposition in this litigation as the 30(b)(6) witness on the product identification topic that Plaintiffs had demanded, even after Revlon's counsel spent many hours explaining the product identification issues to Plaintiffs' counsel. Despite Plaintiffs' protestations to the court about the purported, substantial "need" to depose Mr. Shelley on the topic, Plaintiffs spent less than three hours examining Mr. Shelley (10:04 AM to 1:51 PM with breaks including a lunch break ), barely asking questions about the files and documents that Plaintiffs claimed for months they could not comprehend. Now, less than a month later, the Plaintiffs again requested Mr. Shelley's deposition with no explanation, much less identification of topics or any cooperative discussion with Revlon as to whether Mr. Shelley will be needed for future testimony as a corporate representative. Plaintiffs' conduct is unreasonable and lacks any semblance of efficiency, much less a spirit of cooperation that the court repeatedly has implored the parties to adopt.

As Plaintiffs' are aware, Mr. Shelley is a uniquely situated Revlon employee in that his tenure goes back to the Colomer operations at Jacksonville and that he is also knowledgeable regarding information technology. Revlon has been cooperative in producing witnesses and will continue to cooperate, but disjunctive and repeated deposition notices are not acceptable and will have to be brought to the Court's attention, if the Plaintiffs are unwilling to provide a comprehensive notice as to Mr. Shelley and 30(b)(6) issues.

Mr. Shelley is presently on vacation and we are unable to discuss his availability until he returns the week of July 7, 2025. Based on information Mr. Shelley provided during the scheduling of his first deposition, Revlon does not anticipate being able to produce Mr. Shelley for deposition in July 2025. Upon his return from vacation, we will speak with Mr. Shelley about his availability to travel to New York City in August 2025 for a deposition at the law office of Eckert Seamans Cherin & Mellott. Please promptly, and no later than July 14, 2025, provide us with the requested information regarding all subjects on which Plaintiffs intend to further depose Mr. Shelley or a Revlon corporate representative, including providing a final 30(b)(6) deposition notice to Revlon so that Revlon can determine which of the 30(b)(6) topics Mr. Shelley will testify regarding. If Plaintiffs are unwilling to provide this cooperation and demonstrate a commonsense effort towards efficiency, Revlon will have no alternative but to include this issue in the next JSR.

Sincerely,

_____
Edward P. Abbot

Eckert Seamans Cherin & Mellot, LLC
275 Madison Avenue 10th Floor
New York, NY 10016
T: (646) 513-2358
eabbot@eckertseamans.com
*Counsel for Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC and Roux Laboratories Inc.*

CC:   Holly Nighbert
Simmons Hanly Conroy LLC
One Court Street
Alton, Illinois 62002
Email: hnighbert@simmonsfirm.com

Larry Taylor, Jr.
Danae Benton
Cochran Firm – Texas
1825 Market Center Blvd., Suite 500
Dallas, TX 75207
Tel: 214-651-4260
Email: ltaylor@cochrantexas.com
         dbenton@cochrantexas.co

Fidelma Fitzpatrick
Motley Rice LLC
40 Westminster Street, Fifth Floor
Providence, RI 02903
Tel: (401) 457-7728
Email: ffitzpatrick@motleyrice.com

Diandra "Fu" Debrosse Zimmermann
DiCello Levitt LLC
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel: (312) 214-7900
Email: fu@dicellolevitt.com

Mark Goodman

Baker & McKenzie LLP
Two Embarcadero Center, Suite 1100
San Francisco, California 94111
Tel: (415) 576-3080
Email: mark.goodman@bakermckenzie.com