# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

In RE: Hair Relaxer Marketing, Sales Practices, And Products Liability Litigation, et al.

                    Plaintiff,

v.

                    Case No.: 1:23−cv−00818

                    Honorable Mary M. Rowland

L'Oreal USA, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2025:

    MINUTE entry before the Honorable Mary M. Rowland: Between June 1, 2025 and June 31, 2025, the Court entered various orders in member cases that have been officially docketed as cases within MDL 3060. Cases that were dismissed are listed on Exhibit A. Cases in which orders other than dismissal orders were entered are listed on Exhibit B. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.