In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation // MDL 3060 // 1:23-cv-818
Dismissals in Individual Cases, June 2025

| # | Plaintiff's Name | Docket Number | Partial or Full Dismissal | With or Without Prejudice | Dismissed Defendants | Plaintiff Counsel | Date of Dismissal |
|---|---|---|---|---|---|---|---|
| 1 | Gwendolyn Muse | 1:23-cv-06634 | Full | Dismissed without Prejudice+ | All | Onder Law LLC | 6/2/2025 |
| 2 | Vergie D Thomas | 1:23-cv-06662 | Full | Dismissed without Prejudice+ | All | Onder Law LLC | 6/2/2025 |
| 3 | Nelterie McMillian | 1:23-cv-08472 | Full | Dismissed without Prejudice+ | All | The Simon Law Firm, P.C. | 6/2/2025 |
| 4 | Aesha Coleman | 1:23-cv-08782 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 5 | Kariyma Thompson | 1:23-cv-08876 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 6 | Santrisha Woods | 1:23-cv-08888 | Full | Dismissed without Prejudice+ | All | Simmons Hanly Conroy | 6/2/2025 |
| 7 | Jeanette Osler | 1:23-cv-08905 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 8 | Betty Washington | 1:23-cv-09140 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 9 | Sophia Scott | 1:23-cv-09358 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 10 | Robin Slade | 1:23-cv-09365 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 11 | Suzette Berry | 1:23-cv-09392 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 12 | Geannie Watson | 1:23-cv-09733 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 13 | Bianca Santiago | 1:23-cv-09813 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 14 | Huda Suleiman | 1:23-cv-09842 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 15 | Clara Harrison | 1:23-cv-10050 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 16 | Martha Record | 1:23-cv-10091 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 17 | Clara Smith | 1:23-cv-10226 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 18 | Alberta Hannigan | 1:23-cv-10271 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 19 | Tammy Pompey | 1:23-cv-10340 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 20 | Dorothy Seldon | 1:23-cv-10666 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 21 | Jessica Parraz | 1:23-cv-10782 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 22 | Johanna Mccowan | 1:23-cv-10910 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 23 | Lakeisha Wise | 1:23-cv-11231 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 24 | Lavonda Thurmond | 1:23-cv-11242 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 25 | Lauren Pulvidente | 1:23-cv-11406 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 26 | Natalie Malbrough | 1:23-cv-11489 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 27 | Maggie Sanders | 1:23-cv-11624 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 28 | Janet Gibb | 1:23-cv-11726 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 29 | Philesa White-Johnson | 1:23-cv-11955 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 30 | May Nunley | 1:23-cv-12080 | Full | Dismissed without Prejudice+ | All | Ashcraft & Gerel, LLP | 6/2/2025 |
| 31 | Geneva Walker | 1:23-cv-12455 | Full | Dismissed without Prejudice+ | All | Bell Legal Group | 6/2/2025 |
| 32 | Patricia Reid | 1:23-cv-12473 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 33 | Jaquita Manlove | 1:23-cv-12613 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 34 | Helen Gardner Handley Deceased | 1:23-cv-12734 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 35 | Willa Reed Deceased | 1:23-cv-12874 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 36 | Tonetria Sukan | 1:23-cv-12970 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/2/2025 |
| 37 | Stephanie Law | 1:23-cv-13466 | Full | Dismissed without Prejudice+ | All | The Cochran Firm | 6/2/2025 |
| 38 | Edwardo Cantu as PR for the Estate of Maria Cantu | 1:23-cv-13516 | Full | Dismissed without Prejudice+ | All | Bell Legal Group | 6/2/2025 |
| 39 | Sawara Mathis | 1:24-cv-00866 | Full | Dismissed without Prejudice+ | All | Motley Rice LLC | 6/2/2025 |
| 40 | Ramona Perry | 1:24-cv-01293 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 41 | Jleesa Livingston | 1:24-cv-06902 | Full | Dismissed without Prejudice+ | All | The Miller Firm, LLC | 6/2/2025 |
| 42 | Jonah Dixson | 1:24-cv-07036 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/2/2025 |
| 43 | Katrina Mouton | 1:24-cv-07337 | Full | Dismissed without Prejudice+ | All | Keller Postman | 6/2/2025 |
| 44 | Georgiana Broussard | 1:24-cv-07717 | Full | Dismissed without Prejudice+ | All | Keller Postman | 6/2/2025 |
| 45 | Stephanie Dobbins-Adams | 1:24-cv-07975 | Full | Dismissed without Prejudice+ | All | Keller Postman | 6/2/2025 |
| 46 | Monique Fields | 1:24-cv-08063 | Full | Dismissed without Prejudice+ | All | Douglas & London | 6/2/2025 |
| 47 | Hattie Releford | 1:24-cv-08179 | Full | Dismissed without Prejudice+ | All | Ashcraft & Gerel, LLP | 6/2/2025 |

In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation // MDL 3060 // 1:23-cv-818
Dismissals in Individual Cases, June 2025

| # | Plaintiff's Name | Docket Number | Partial or Full Dismissal | With or Without Prejudice | Dismissed Defendants | Plaintiff Counsel | Date of Dismissal |
|---|---|---|---|---|---|---|---|
| 48 | Hattie Carter | 1:24-cv-08314 | Full | Dismissed without Prejudice+ | All | Aylstock, Witkin, Kreis & Overholtz, PLLC | 6/2/2025 |
| 49 | DeShonda L. Fortune | 1:24-cv-08753 | Full | Dismissed without Prejudice+ | All | Keller Postman | 6/2/2025 |
| 50 | Marion K. Canet | 1:24-cv-08801 | Full | Dismissed without Prejudice+ | All | The Miller Firm, LLC | 6/2/2025 |
| 51 | Sherry A Poole | 1:24-cv-09327 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 52 | Ann White | 1:24-cv-09330 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 53 | Kuulei Lewis | 1:24-cv-09336 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 54 | Lori Mckillips | 1:24-cv-09353 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 55 | Virginia Hodge | 1:24-cv-09355 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 56 | Joanne Bell | 1:24-cv-09359 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 57 | Alecia Williams | 1:24-cv-09365 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 58 | Crystal Johnson | 1:24-cv-09366 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 59 | Patrina Carter | 1:24-cv-09367 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 60 | Annie Tartt | 1:24-cv-09368 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 61 | Misrak Assefa | 1:24-cv-09369 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 62 | Jessica Howard | 1:24-cv-09372 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 63 | Patricia Bryant | 1:24-cv-09373 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 64 | Tamara Harrell | 1:24-cv-09374 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 65 | Laverta Dew | 1:24-cv-09381 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 66 | Tammah William | 1:24-cv-09385 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 67 | Velda Olyhill | 1:24-cv-09387 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 68 | Tosha Burgess | 1:24-cv-09388 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 69 | Leona Hill | 1:24-cv-09390 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 70 | Angela Bailey | 1:24-cv-09396 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 71 | Renee Holmes | 1:24-cv-09412 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 72 | Takaya Hargrove | 1:24-cv-09446 | Full | Dismissed without Prejudice+ | All | Simmons Hanly Conroy | 6/2/2025 |
| 73 | Antoinette Martinez | 1:24-cv-09457 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 74 | Yvette Reddrick | 1:24-cv-09460 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 75 | Alma Pitts | 1:24-cv-09466 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 76 | Vanessa Parker | 1:24-cv-09476 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 77 | Ameila Perdue | 1:24-cv-09495 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 78 | Nitzia Morett | 1:24-cv-09503 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 79 | Junie Bernard | 1:24-cv-09505 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 80 | Calen Smith | 1:24-cv-09511 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 81 | Nitoshia N Roberson | 1:24-cv-09512 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 82 | Grace Ruiz | 1:24-cv-09518 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 83 | Christine Dillon | 1:24-cv-09559 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 84 | Wanda Banford | 1:24-cv-09938 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 85 | Shamika Moore | 1:24-cv-09974 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 86 | Chanda Bullock | 1:24-cv-09977 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 87 | Angela Holmes | 1:24-cv-09985 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 88 | Anita Wilcox | 1:24-cv-10001 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 89 | DeLisa George | 1:24-cv-10015 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 90 | Goldia Earls | 1:24-cv-10018 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 91 | Vonda Roebuck | 1:24-cv-10019 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 92 | Paula May | 1:24-cv-10021 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 93 | Rebecca Rose | 1:24-cv-10022 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 94 | Andrea Mckelvy | 1:24-cv-10024 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 95 | Dorothy Streeter | 1:24-cv-10028 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |

In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation // MDL 3060 // 1:23-cv-818
Dismissals in Individual Cases, June 2025

| # | Plaintiff's Name | Docket Number | Partial or Full Dismissal | With or Without Prejudice | Dismissed Defendants | Plaintiff Counsel | Date of Dismissal |
|---|---|---|---|---|---|---|---|
| 96 | Denise King | 1:24-cv-10031 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 97 | Chandra Jackson | 1:24-cv-10032 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 98 | Leonor Lazcano | 1:24-cv-10041 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 99 | Geneva Briggman | 1:24-cv-10042 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 100 | Karen Blackwell | 1:24-cv-10043 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 101 | Amy Graveman | 1:24-cv-10044 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 102 | Erica Braswell | 1:24-cv-10046 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 103 | Joan Bell | 1:24-cv-10051 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 104 | Deborah Brown-Walker | 1:24-cv-10052 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 105 | Deniki Oliver | 1:24-cv-10053 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 106 | Hattie Davis | 1:24-cv-10054 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 107 | Ivy Baker | 1:24-cv-10062 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 108 | Rose Hinson | 1:24-cv-10127 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 109 | Cynthia Simmons | 1:24-cv-10138 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 110 | Whitney Vandunk | 1:24-cv-10172 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 111 | Kimonica Jackson | 1:24-cv-10182 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 112 | Amelia Ross | 1:24-cv-10188 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 113 | Marcella Sykes | 1:24-cv-10190 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 114 | Felicia Hardyway | 1:24-cv-10197 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 115 | Alexandra Moreno | 1:24-cv-10200 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 116 | Monika Hill | 1:24-cv-10210 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 117 | Sabrina Smith | 1:24-cv-10215 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 118 | Willie Waters | 1:24-cv-10220 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 119 | Tonna Green | 1:24-cv-10222 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 120 | Vicki D. Weatherspoon | 1:24-cv-10376 | Full | Dismissed without Prejudice+ | All | The Miller Firm, LLC | 6/2/2025 |
| 121 | Ruby Tucker | 1:24-cv-10399 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 122 | Peggy Dunbar | 1:24-cv-10406 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 123 | Geraldine Mckinniss | 1:24-cv-10531 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 124 | Darlene Brown | 1:24-cv-10681 | Full | Dismissed without Prejudice+ | All | Onder Law LLC | 6/2/2025 |
| 125 | Merrill Burrows | 1:24-cv-10687 | Full | Dismissed without Prejudice+ | All | Onder Law LLC | 6/2/2025 |
| 126 | Cheraity Croom Munoz | 1:24-cv-10707 | Full | Dismissed without Prejudice+ | All | Parafinczuk Wolf, PA | 6/2/2025 |
| 127 | Myra Y Wilson | 1:24-cv-10708 | Full | Dismissed without Prejudice+ | All | Onder Law LLC | 6/2/2025 |
| 128 | Daisy L Pierce | 1:24-cv-10713 | Full | Dismissed without Prejudice+ | All | Onder Law LLC | 6/2/2025 |
| 129 | BONNIE HOLMES | 1:24-cv-10715 | Full | Dismissed without Prejudice+ | All | Onder Law LLC | 6/2/2025 |
| 130 | Dottie J Nikolich | 1:24-cv-10716 | Full | Dismissed without Prejudice+ | All | Onder Law LLC | 6/2/2025 |
| 131 | Barbara Taylor as the administratrix of the Estate of Debra Ann Taylor | 1:24-cv-10719 | Full | Dismissed without Prejudice+ | All | Kline & Specter, P.C. | 6/2/2025 |
| 132 | Virginia Batts | 1:24-cv-10721 | Full | Dismissed without Prejudice+ | All | Parafinczuk Wolf, PA | 6/2/2025 |
| 133 | Gloria Marshall | 1:24-cv-10725 | Full | Dismissed without Prejudice+ | All | Onder Law LLC | 6/2/2025 |
| 134 | SHINETTE AVANT | 1:24-cv-10729 | Full | Dismissed without Prejudice+ | All | Parafinczuk Wolf, PA | 6/2/2025 |
| 135 | Dorothea Kennedy | 1:24-cv-10733 | Full | Dismissed without Prejudice+ | All | Andrews & Thornton | 6/2/2025 |
| 136 | Gwendolyn Richardson-Cook | 1:24-cv-10737 | Full | Dismissed without Prejudice+ | All | Andrews & Thornton | 6/2/2025 |
| 137 | Bettye Chancellor | 1:24-cv-10749 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/2/2025 |
| 138 | Shanna Ingram | 1:24-cv-10750 | Full | Dismissed without Prejudice+ | All | Andrews & Thornton | 6/2/2025 |
| 139 | Dorothy Jackson | 1:24-cv-11334 | Full | Dismissed without Prejudice+ | All | Motley Rice LLC | 6/2/2025 |
| 140 | Donna Gardenhire | 1:24-cv-12515 | Full | Dismissed without Prejudice+ | All | Onder Law LLC | 6/2/2025 |
| 141 | Macel Jones-Puryear | 1:24-cv-12518 | Full | Dismissed without Prejudice+ | All | Onder Law LLC | 6/2/2025 |
| 142 | Johanna U Ahyet | 1:24-cv-12528 | Full | Dismissed without Prejudice+ | All | Onder Law LLC | 6/2/2025 |

In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation // MDL 3060 // 1:23-cv-818
Dismissals in Individual Cases, June 2025

| # | Plaintiff's Name | Docket Number | Partial or Full Dismissal | With or Without Prejudice | Dismissed Defendants | Plaintiff Counsel | Date of Dismissal |
|---|---|---|---|---|---|---|---|
| 143 | Eloise Bartell | 1:23-cv-12287 | Full | Dismissed with Prejudice | All | Bell Legal Group | 6/3/2025 |
| 144 | Stephanie Molefi-Staley | 1:23-cv-12678 | Full | Dismissed with Prejudice | All | Eiland & Bonnin, PC | 6/3/2025 |
| 145 | Angela Campbell | 1:24-cv-10638 | Full | Dismissed with Prejudice | All | Kline & Specter, P.C. | 6/3/2025 |
| 146 | Arlene Watters | 1:24-cv-10714 | Full | Dismissed with Prejudice | All | Andrews & Thornton | 6/3/2025 |
| 147 | Tiffany Harrison | 1:23-cv-06794 | Full | Dismissed Without Prejudice | All | Onder Law LLC | 6/6/2025 |
| 148 | Nadine McGowan | 1:23-cv-07484 | Full | Dismissed Without Prejudice | All | Onder Law LLC | 6/6/2025 |
| 149 | Charlene Foote-Watkins | 1:23-cv-07911 | Full | Dismissed Without Prejudice | All | Onder Law LLC | 6/6/2025 |
| 150 | Alake A Parker | 1:23-cv-08735 | Full | Dismissed Without Prejudice | All | Onder Law LLC | 6/6/2025 |
| 151 | juanita pratt | 1:23-cv-11100 | Full | Dismissed Without Prejudice | All | Keller Postman LLC | 6/6/2025 |
| 152 | Tammy T Varner | 1:23-cv-13748 | Full | Dismissed Without Prejudice | All | Rueb Stoller Daniel, Llp | 6/6/2025 |
| 153 | Monica Sloan | 1:23-cv-14636 | Full | Dismissed without Prejudice+ | All | Murray Law Firm | 6/6/2025 |
| 154 | Brenda L Long | 1:24-cv-08540 | Full | Dismissed with Prejudice | All | Rueb Stoller Daniel, Llp | 6/6/2025 |
| 155 | Betty Carter | 1:24-cv-08902 | Full | Dismissed with Prejudice | All | Ashcraft & Gerel, LLP | 6/6/2025 |
| 156 | Helynn Mitchell | 1:23-cv-07359 | Full | Dismissed without Prejudice+ | All | Onder Law LLC | 6/9/2025 |
| 157 | Yolanda Petty | 1:23-cv-09218 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/9/2025 |
| 158 | Stephanie Humprey | 1:23-cv-10837 | Full | Dismissed without Prejudice+ | All | Simmons Hanly Conroy | 6/9/2025 |
| 159 | Gwendolyn Pryor | 1:23-cv-13536 | Full | Dismissed without Prejudice+ | All | Bell Legal Group | 6/9/2025 |
| 160 | Tracy Bookhart | 1:23-cv-13669 | Full | Dismissed without Prejudice+ | All | Jackson Apc | 6/9/2025 |
| 161 | Mary Warren | 1:24-cv-01107 | Full | Dismissed with Prejudice | All | Wallace Miller | 6/9/2025 |
| 162 | Renee Willis | 1:24-cv-06894 | Full | Dismissed with Prejudice | All | Morgan & Morgan | 6/9/2025 |
| 163 | Melinda Baron | 1:24-cv-07010 | Full | Dismissed without Prejudice+ | All | Jackson Apc | 6/9/2025 |
| 164 | Janet Johnson | 1:24-cv-07014 | Full | Dismissed without Prejudice+ | All | Jackson Apc | 6/9/2025 |
| 165 | Karen Myers | 1:24-cv-07651 | Full | Dismissed without Prejudice+ | All | Motley Rice LLC | 6/9/2025 |
| 166 | Lisa M Howard | 1:24-cv-08076 | Full | Dismissed without Prejudice+ | All | Keller Postman | 6/9/2025 |
| 167 | Denise Toliver | 1:24-cv-08286 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 168 | Penny Boyd | 1:24-cv-08441 | Full | Dismissed without Prejudice+ | All | Beasley Allen Law Firm | 6/9/2025 |
| 169 | Renee D Johnson | 1:24-cv-08650 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 170 | Deborah Means | 1:24-cv-08684 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 171 | Grace Fultz | 1:24-cv-08807 | Full | Dismissed without Prejudice+ | All | Jackson Apc | 6/9/2025 |
| 172 | Denea Henderson on behalf of the estate of Maxine Henderson | 1:24-cv-08936 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 173 | Anna Smith | 1:24-cv-09016 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 174 | Stacy Pope | 1:24-cv-09144 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 175 | Crystal Storrs | 1:24-cv-09163 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 176 | Amanda Howie | 1:24-cv-09179 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 177 | Tiajuana Matthews | 1:24-cv-09206 | Full | Dismissed without Prejudice+ | All | Lieff Cabraser Heimann & Bernstein, LLP | 6/9/2025 |
| 178 | Shequita Brooks | 1:24-cv-09207 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 179 | Gina Willis | 1:24-cv-09217 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 180 | Kayanora Colins | 1:24-cv-09227 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 181 | Nikki Collins | 1:24-cv-09235 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 182 | Chanice Kooi | 1:24-cv-09270 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 183 | Earlene Walker | 1:24-cv-09288 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 184 | Marian Fort | 1:24-cv-09292 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 185 | Bernita Jones Driggriss | 1:24-cv-09295 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 186 | Linda Drummond | 1:24-cv-09303 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 187 | Arnetta Mathews | 1:24-cv-09306 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 188 | Rochelle Curry | 1:24-cv-09392 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 189 | Gracie Claiborne | 1:24-cv-09400 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |

Case: 1:23-cv-00818 Document #: 1317-1 Filed: 07/09/25 Page 5 of 8 PageID #:58606

In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation // MDL 3060 // 1:23-cv-818
Dismissals in Individual Cases, June 2025

| # | Plaintiff's Name | Docket Number | Partial or Full Dismissal | With or Without Prejudice | Dismissed Defendants | Plaintiff Counsel | Date of Dismissal |
|---|---|---|---|---|---|---|---|
| 190 | Mia Anderson | 1:24-cv-09411 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 191 | Kathy Peterson | 1:24-cv-09425 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 192 | Pamela Luann Carter | 1:24-cv-09517 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 193 | Edna Harris | 1:24-cv-09520 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 194 | Mae Brown | 1:24-cv-09523 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 195 | Beth Moore | 1:24-cv-09556 | Full | Dismissed with Prejudice | All | Babin Law, LLC | 6/9/2025 |
| 196 | Cleola West | 1:24-cv-09606 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 197 | Miranda Mayer | 1:24-cv-09623 | Full | Dismissed without Prejudice+ | All | Jackson Apc | 6/9/2025 |
| 198 | Edlyn Dickerson | 1:24-cv-09656 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 199 | Geraldine Foster | 1:24-cv-09670 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 200 | Deven Parmley | 1:24-cv-09671 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 201 | Florence Taylor | 1:24-cv-09683 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 202 | Malinda Johnson | 1:24-cv-09703 | Full | Dismissed without Prejudice+ | All | Lieff Cabraser Heimann & Bernstein, LLP | 6/9/2025 |
| 203 | Doris Blackshear | 1:24-cv-09714 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 204 | Felecia Sheffield | 1:24-cv-09722 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 205 | Tanisha Davis | 1:24-cv-09723 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 206 | Chrystal Burnside | 1:24-cv-09724 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 207 | Tammy Little | 1:24-cv-09752 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 208 | Louvina Allen | 1:24-cv-09765 | Full | Dismissed without Prejudice+ | All | Lieff Cabraser Heiman & Bernstein LLP | 6/9/2025 |
| 209 | Katina Burdine | 1:24-cv-09799 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 210 | Joelle Miller | 1:24-cv-09819 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 211 | Walter Collins Individually and on behalf of the Estate of Louvenia Collins | 1:24-cv-09828 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 212 | Jewel Davis | 1:24-cv-09908 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 213 | Kojeana Cole | 1:24-cv-09909 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 214 | Chandra Whitley Individually and on behalf of the Estate of Mary Whitley | 1:24-cv-09910 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 215 | Danyell Burnley | 1:24-cv-09995 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 216 | Minnie L. Johnson | 1:24-cv-10030 | Full | Dismissed without Prejudice+ | All | Beasley Allen Law Firm | 6/9/2025 |
| 217 | Estes Porter | 1:24-cv-10057 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 218 | Joyce Moore | 1:24-cv-10058 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 219 | Kelley Heffner | 1:24-cv-10079 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 220 | Senoise Currie | 1:24-cv-10102 | Full | Dismissed without Prejudice+ | All | Lieff Cabraser Heimann & Bernstein, LLP | 6/9/2025 |
| 221 | Cheryl Ivory | 1:24-cv-10143 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 222 | Keja Robertson | 1:24-cv-10150 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 223 | Alexander Williams | 1:24-cv-10159 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 224 | Regina Dozier | 1:24-cv-10173 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 225 | Jacinta Mancao | 1:24-cv-10230 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 226 | Linder Ward | 1:24-cv-10231 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 227 | Arliss Commodore | 1:24-cv-10232 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 228 | Flecia Reed | 1:24-cv-10234 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 229 | Andrea Clemons | 1:24-cv-10235 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 230 | Carmen Gonzales | 1:24-cv-10238 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 231 | Debra Jenkins | 1:24-cv-10241 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |

Case: 1:23-cv-00818 Document #: 1317-1 Filed: 07/09/25 Page 6 of 8 PageID #:58607

In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation // MDL 3060 // 1:23-cv-818
Dismissals in Individual Cases, June 2025

| # | Plaintiff's Name | Docket Number | Partial or Full Dismissal | With or Without Prejudice | Dismissed Defendants | Plaintiff Counsel | Date of Dismissal |
|---|---|---|---|---|---|---|---|
| 232 | Phyllis Neville | 1:24-cv-10245 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 233 | Alexis Russ | 1:24-cv-10247 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 234 | Mary Darling | 1:24-cv-10254 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 235 | Ella Barry | 1:24-cv-10261 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 236 | Valencia Burnett | 1:24-cv-10264 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 237 | Tina Fletcher | 1:24-cv-10271 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 238 | Jane Garret | 1:24-cv-10275 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 239 | Becky Mozee | 1:24-cv-10279 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 240 | Melika Embry | 1:24-cv-10283 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 241 | Kehyannah Hayley | 1:24-cv-10285 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 242 | Faye Rivers | 1:24-cv-10289 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 243 | Gloria Canady | 1:24-cv-10300 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 244 | Matalyn Gaines | 1:24-cv-10305 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 245 | Betsy Walsh | 1:24-cv-10306 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 246 | Rebecca R Kish | 1:24-cv-10316 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 247 | Ethel Israel | 1:24-cv-10323 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 248 | Kathleen Wood | 1:24-cv-10327 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 249 | Tamera Belcher | 1:24-cv-10330 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 250 | Lawanna Haygood | 1:24-cv-10338 | Full | Dismissed without Prejudice+ | All | Douglas & London | 6/9/2025 |
| 251 | Susan Nelson | 1:24-cv-10339 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 252 | Mariah Tony | 1:24-cv-10346 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 253 | Agatha Jones | 1:24-cv-10349 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 254 | Veronica Starling | 1:24-cv-10352 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 255 | Kim B Syers | 1:24-cv-10353 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 256 | Cheryl Poe Individually and on behalf of the Estate of Monica Wilkins | 1:24-cv-10357 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 257 | Florice Brown | 1:24-cv-10362 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 258 | Kathy Malone | 1:24-cv-10364 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 259 | Machanda Maddox | 1:24-cv-10381 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 260 | Diana Gulley | 1:24-cv-10386 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 261 | Tiffany Wilson | 1:24-cv-10392 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 262 | Amber Tucker | 1:24-cv-10446 | Full | Dismissed without Prejudice+ | All | Beasley Allen Law Firm | 6/9/2025 |
| 263 | Sandra Barnett | 1:24-cv-10450 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 264 | Sylvia Garcia | 1:24-cv-10455 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 265 | Rosita Rangel | 1:24-cv-10458 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 266 | Rosetta Davis | 1:24-cv-10459 | Full | Dismissed without Prejudice+ | All | Bighorn Law, LLC | 6/9/2025 |
| 267 | Connie Wilson | 1:24-cv-10462 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 268 | Doris Jones | 1:24-cv-10463 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 269 | Anna Gilkey | 1:24-cv-10474 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 270 | Keisha Baylor | 1:24-cv-10479 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 271 | Vinokia Johnson | 1:24-cv-10483 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 272 | Brittany Scott | 1:24-cv-10495 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 273 | Lottie Charles | 1:24-cv-10500 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 274 | Latricia Hicks | 1:24-cv-10507 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 275 | Jasmine Walker | 1:24-cv-10510 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 276 | Krystin Garcia | 1:24-cv-10512 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 277 | Rebecca Pargas | 1:24-cv-10514 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 278 | Marie Smith | 1:24-cv-10516 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |

| # | Plaintiff's Name | Docket Number | Partial or Full Dismissal | With or Without Prejudice | Dismissed Defendants | Plaintiff Counsel | Date of Dismissal |
|---|---|---|---|---|---|---|---|
| 279 | Danyelle Pink | 1:24-cv-10541 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 280 | Betty Thompson | 1:24-cv-10542 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 281 | Jessica Eskridge Individually and on behalf of the Estate of Lillian Eskridge | 1:24-cv-10544 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 282 | Veronica Lopez | 1:24-cv-10547 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 283 | Vercey Lawdins | 1:24-cv-10548 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 284 | Charli Bailey | 1:24-cv-10552 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 285 | Dawn Marks | 1:24-cv-10553 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 286 | Consuela Akins-Watson | 1:24-cv-10554 | Full | Dismissed without Prejudice+ | All | Pulaski Kherkher | 6/9/2025 |
| 287 | Searena Mcknight | 1:24-cv-10556 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 288 | Beverly Goodlow on behalf of the Wrongful Death Statutory Beneficiaries of the estate of Mary E. Love | 1:24-cv-10559 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 289 | Allison Cummins | 1:24-cv-10572 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 290 | Terri Doherty | 1:24-cv-10576 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 291 | Sylvia Williams | 1:24-cv-10579 | Full | Dismissed without Prejudice+ | All | Lieff Cabraser Heimann & Bernstein, LLP | 6/9/2025 |
| 292 | Jessika Rotto | 1:24-cv-10585 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 293 | Karen Hart | 1:24-cv-10589 | Full | Dismissed without Prejudice+ | All | Lieff Cabraser Heiman & Bernstein LLP | 6/9/2025 |
| 294 | Jennifer Jones | 1:24-cv-10590 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 295 | Ashley Watson-Davis | 1:24-cv-10591 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 296 | Latasha Hill | 1:24-cv-10597 | Full | Dismissed Without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 297 | Alverta Palmore | 1:24-cv-10605 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 298 | Kastunga Bell | 1:24-cv-10608 | Full | Dismissed without Prejudice+ | All | Singleton Schreiber, LLP | 6/9/2025 |
| 299 | Marva Stewart Jr. | 1:24-cv-10655 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 300 | Callie Gentry | 1:24-cv-10673 | Full | Dismissed without Prejudice+ | All | Lieff Cabraser Heimann & Bernstein, LLP | 6/9/2025 |
| 301 | Rashanda Williams | 1:24-cv-10685 | Full | Dismissed without Prejudice+ | All | Lieff Cabraser Heimann & Bernstein, LLP | 6/9/2025 |
| 302 | Janice Wormley | 1:24-cv-10703 | Full | Dismissed without Prejudice+ | All | Lieff Cabraser Heimann & Bernstein, LLP | 6/9/2025 |
| 303 | Felicia Frazier | 1:24-cv-10706 | Full | Dismissed without Prejudice+ | All | Lieff Cabraser Heiman & Bernstein LLP | 6/9/2025 |
| 304 | Gloria Omahoney | 1:24-cv-10710 | Full | Dismissed without Prejudice+ | All | Lieff Cabraser Heimann & Bernstein, LLP | 6/9/2025 |
| 305 | Devri Moore | 1:24-cv-10732 | Full | Dismissed without Prejudice+ | All | Andrews & Thornton | 6/9/2025 |
| 306 | John Ann Riley | 1:24-cv-10736 | Full | Dismissed without Prejudice+ | All | Parafinczuk Wolf, PA | 6/9/2025 |
| 307 | Paulette McLean | 1:24-cv-10932 | Full | Dismissed without Prejudice+ | All | Rueb Stoller Daniel, Llp | 6/9/2025 |
| 308 | Lisa Smith | 1:24-cv-11052 | Full | Dismissed without Prejudice+ | All | Johnson Law Group | 6/9/2025 |
| 309 | Bridgett Nicole Pettus | 1:24-cv-11561 | Full | Dismissed without Prejudice+ | All | Bursor & Fisher P.A. | 6/9/2025 |
| 310 | Tina Lee Gilbert | 1:24-cv-11798 | Full | Dismissed without Prejudice+ | All | Keller Postman | 6/9/2025 |
| 311 | Marcia Diagne | 1:24-cv-11831 | Full | Dismissed without Prejudice+ | All | Parafinczuk Wolf, PA | 6/9/2025 |
| 312 | Malinda Washington-Scott | 1:24-cv-12005 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/9/2025 |
| 313 | Jessica Williams | 1:24-cv-12674 | Full | Dismissed without Prejudice+ | All | Keller Postman | 6/9/2025 |
| 314 | Renee Rivera | 1:24-cv-12810 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/9/2025 |

In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation // MDL 3060 // 1:23-cv-818
Dismissals in Individual Cases, June 2025

| # | Plaintiff's Name | Docket Number | Partial or Full Dismissal | With or Without Prejudice | Dismissed Defendants | Plaintiff Counsel | Date of Dismissal |
|---|---|---|---|---|---|---|---|
| 315 | Antwain Robinson doing business as Bessie Mae Carnegie | 1:24-cv-12854 | Full | Dismissed without Prejudice+ | All | Keller Postman | 6/9/2025 |
| 316 | Desiree Monique Robinson as personal representative for Desiree Monique Robinson | 1:24-cv-13063 | Full | Dismissed without Prejudice+ | All | Motley Rice LLC | 6/9/2025 |
| 317 | Kimberly Jordan | 1:24-cv-13097 | Full | Dismissed without Prejudice+ | All | Parafinczuk Wolf, PA | 6/9/2025 |
| 318 | Sharon Mcalpin | 1:24-cv-13109 | Full | Dismissed without Prejudice+ | All | Parafinczuk Wolf, PA | 6/9/2025 |
| 319 | Kovett Haywood | 1:24-cv-13139 | Full | Dismissed without Prejudice+ | All | Wallace Miller | 6/9/2025 |
| 320 | Paralee Weatherall on her own behalf and as Special Administrator of the Estate of Diane Weatherall, deceased | 1:24-cv-13160 | Full | Dismissed without Prejudice+ | All | Keller Postman | 6/9/2025 |
| 321 | Lindsay Ransford | 1:24-cv-13174 | Full | Dismissed without Prejudice+ | All | Parafinczuk Wolf, PA | 6/9/2025 |
| 322 | Gloria Johnson | 1:24-cv-13185 | Full | Dismissed without Prejudice+ | All | Keller Postman | 6/9/2025 |
| 323 | Sylvia P Boone | 1:24-cv-13200 | Full | Dismissed without Prejudice+ | All | Onder Law LLC | 6/9/2025 |
| 324 | Maxine Moore | 1:24-cv-13241 | Full | Dismissed without Prejudice+ | All | Childers, Schlueter & Smith, Llc | 6/9/2025 |
| 325 | Lakeysia Allen | 1:24-cv-13243 | Full | Dismissed without Prejudice+ | All | Childers, Schlueter & Smith, Llc | 6/9/2025 |
| 326 | Eva Thomas | 1:24-cv-13319 | Full | Dismissed without Prejudice+ | All | Childers, Schlueter & Smith, Llc | 6/9/2025 |
| 327 | Virginia Green | 1:24-cv-13323 | Full | Dismissed without Prejudice+ | All | Childers, Schlueter & Smith, Llc | 6/9/2025 |
| 328 | Lenora Foster | 1:23-cv-08275 | Full | Dismissed with Prejudice | All | Simmons Hanly Conroy | 6/10/2025 |
| 329 | Belinda Hill | 1:23-cv-11693 | Full | Dismissed with Prejudice | All | Johnson Law Group | 6/10/2025 |
| 330 | Cynthia M Johnson | 1:23-cv-07770 | Full | Dismissed with Prejudice | All | Levin Papantonio Raffery | 6/13/2025 |
| 331 | Andrea Jackson | 1:23-cv-01374 | Full | Dismissed with Prejudice | All | Douglas & London | 6/18/2025 |
| 332 | Marshaye Smith | 1:23-cv-14366 | Full | Dismissed with Prejudice | All | Fleming, Nolen & Jez, L.L.P. | 6/18/2025 |
| 333 | Tracy Thompson | 1:24-cv-07101 | Full | Dismissed with Prejudice | All | ASK LLP | 6/18/2025 |
| 334 | Evelyn L. Keaton | 1:24-cv-01467 | Partial | Dismissed Without Prejudice | Walgreens | Pro Se | 6/20/2025 |
| 335 | Elizabeth Scott | 1:23-cv-07802 | Full | Dismissed with Prejudice | All | The Simon Law Firm, P.C. | 6/24/2025 |
| 336 | Alicia Hines | 1:24-cv-00731 | Full | Dismissed with Prejudice | All | Babin Law, LLC | 6/24/2025 |
| 337 | Judy Emerson | 1:24-cv-10164 | Full | Dismissed with Prejudice | All | Johnson Law Group | 6/24/2025 |
| 338 | Jennifer Wall | 1:25-cv-03528 | Full | Dismissed Without Prejudice | All | Aylstock, Witkin, Kreis & Overholtz, PLLC | 6/24/2025 |
| 339 | Lillian Rivera | 1:24-cv-02181 | Full | Dismissed without Prejudice+ | All | Wallace Miller | 6/25/2025 |
| 340 | Juanita O Burton | 1:24-cv-07450 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/25/2025 |
| 341 | Danette Pettigrew | 1:24-cv-07979 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/25/2025 |
| 342 | Tresa Wilson | 1:24-cv-08543 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/25/2025 |
| 343 | Monica McDuffie | 1:24-cv-09461 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/25/2025 |
| 344 | Leilani Upshaw | 1:24-cv-10007 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/25/2025 |
| 345 | Terry Sledge | 1:24-cv-10033 | Full | Dismissed without Prejudice+ | All | Babin Law, LLC | 6/25/2025 |
| 346 | Dawn Stephens | 1:24-cv-10092 | Full | Dismissed without Prejudice+ | All | Watts Law Firm LLP | 6/25/2025 |
| 347 | Cynthia F Harvey | 1:24-cv-11235 | Full | Dismissed without Prejudice+ | All | Keller Postman LLC | 6/25/2025 |
| 348 | Richard Howard | 1:25-cv-04217 | Full | Dismissed Without Prejudice | All | Morgan & Morgan | 6/25/2025 |