In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation // MDL 3060 // 1:23-cv-818
Non-Dismissal Orders in Individual Cases June 2025

| # | Docket Number | Plaintiff's Name | Plaintiff Counsel | Document Title | Date Entered |
|---|---|---|---|---|---|
| 1 | 1:24-cv-08542 | Ann M Parker | Johnson Law Group | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Motion to substitute Sharon Oliver Merchant as Special Representative for Plaintiff Terry Moore [6] is granted. Plaintiff Merchant's motion for leave to file an amended complaint [5] is granted. Plaintiff shall file the amended complaint as a separate entry on the docket. The Clerk of the Court is directed to substitute Sharon Merchant as Special Representative for Plaintiff-decedent Terry Moore as the Plaintiff. Mailed notice. (jg, ) | 6/2/2025 |
| 2 | 1:24-cv-00990 | Ida Buchanan | Aylstock, Witkin, Kreis & Overholtz, PLLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion for leave to file an amended complaint [6] is granted. Plaintiff shall file the amended complaint as a separate entry on the docket. Mailed notice. (jg, ) | 6/3/2025 |
| 3 | 1:24-cv-07834 | Patrick Booker administrator Estate of Theresa Booker, Deceased | Aylstock, Witkin, Kreis & Overholtz, PLLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion for leave to file an amended complaint [6] is granted. Plaintiff shall file the amended complaint as a separate entry on the docket. Mailed notice. (jg, ) | 6/3/2025 |
| 4 | 1:23-cv-05486 | Matilda Perry | Johnson Law Group | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff previously filed motions to substitute a party [7] and to amend the complaint [6]. The Court previously denied the requests on the grounds that the motions were filed after the February 28, 2025 deadline to amend all bellwether eligible cases but stated Plaintiff would be granted leave to amend if the case was not selected as a bellwether. [8]. The parties selected bellwether cases and Plaintiff's case was not chosen. See [1220] on the main MDL docket, 23-cv-818. Accordingly, Plaintiff's motions to substitute a party [7] and to amend the complaint [6] are granted. Mailed notice. (jg, ) | 6/4/2025 |
| 5 | 1:23-cv-08499 | Joann Wilson | Levin Papantonio Raffery | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's unopposed motion to substitute Antoinette Wilson Clark as the Personal Representative of the Estate of Joann Wilson [6] pursuant to Federal Rule of Civil Procedure 25(a) is granted. Plaintiff shall file the amended complaint as a separate entry on the docket. Mailed notice. (jg, ) | 6/4/2025 |
| 6 | 1:25-cv-01978 | Brenda Causey | Aylstock, Witkin, Kreis & Overholtz, PLLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion for leave to amend the complaint [5] is granted. Plaintiff is to file the amended complaint as a separate entry on the docket. Mailed notice. (jg, ) | 6/5/2025 |
| 7 | 1:25-cv-01980 | Mary Gaye Clark | Aylstock, Witkin, Kreis & Overholtz, PLLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion for leave to amend the complaint [6] is granted. Plaintiff is to file the amended complaint as a separate entry on the docket. Mailed notice. (jg, ) | 6/5/2025 |
| 8 | 1:25-cv-01977 | Nicole Carey | Aylstock, Witkin, Kreis & Overholtz, PLLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion for leave to amend the complaint [6] is granted. Plaintiff is to file the amended complaint as a separate entry on the docket. Mailed notice. (jg, ) | 6/5/2025 |
| 9 | 1:24-cv-09153 | Phetevin Roberson | Babin Law, LLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: For the reasons stated on the record on 5/28/25 and pursuant to the amended May 2025 court call list [1255] and this Court's orders at [1241] filed on the main MDL docket (23-cv-818), counsel for Plaintiff Phetevin Roberson must file a suggestion of death by 6/16/25. If counsel makes contact with next of kin, counsel may move to substitute. If not, counsel is to file a status report by 9/15/25 updating the Court whether there is a substitute plaintiff. Mailed notice. (jg, ) | 6/6/2025 |
| 10 | 1:25-cv-05533 | Nornekia Bates | Keller Postman | No Document attached: MINUTE entry before the Honorable Jorge L. Alonso: Minute entry dated 5/22/25 [4] was entered in error. All dates and deadlines previously set are stricken. Notice mailed by Judge's staff (lf, ) | 6/9/2025 |
| 11 | 1:24-cv-10627 | Katisha Sampson | Kline & Specter | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's request for an extension of time to file a motion for substitution under Rule 25(a)(1) [6] is granted. Plaintiff is to file a motion to substitute or status report by 9/8/25. Mailed notice. (jg, ) | 6/9/2025 |
| 12 | 1:24-cv-10420 | Phyllis James | Kline & Specter | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion to substitute Tamala Haynes and Evan A.T. Hoffman, individually and as co-administrators of Phyllis James' estate, for this action [7] is granted. Plaintiffs are to file an amended complaint as a separate entry on the docket reflecting the substitution. The Clerk of the Court is directed to substitute Tamala Haynes and Evan A.T. Hoffman, individually and as co-administrators of Phyllis James' estate as the Plaintiff. Mailed notice. (jg, ) | 6/10/2025 |
| 13 | 1:25-cv-05620 | Amy Leigh Minks | Bursor & Fisher P.A. | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: To expedite and streamline service of newly filed SFCs, MDL Defendants agreed to establish, maintain, and monitor an email address for the express purpose of accepting service of newly filed SFCs. Plaintiff may serve her SFC as directed in Case Management Order No. 8 (Dkt. No. 249 on the main MDL docket, 23-cv-818). Mailed notice(lxs, ) | 6/11/2025 |
| 14 | 1:23-cv-11227 | Lanisha Davis | Singleton Schreiber, LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: On 6/12/25, Plaintiff filed an amended motion to reopen the case [20]. The document filed appears to be a certificate of service. Counsel is directed to refile the correct document by 6/20/25. Mailed notice(lxs, ) | 6/13/2025 |
| 15 | 1:23-cv-10632 | Lisa Thomas on Behalf ot the Estate of Janette Wallace, Deceased | Schlichter Bogard, LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff filed a motion to amend the First Amended Complaint due to a clerical omission of Defendant Sally Beauty Supply, LLC [15]. Defendant Sally Beauty's opposition is due by 6/27/25. Mailed notice(lxs, ) | 6/13/2025 |
| 16 | 1:23-cv-13909 | Jennifer Hobbs | Fleming, Nolen & Jez, L.L.P. | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff in this bellwether discovery case filed a motion for leave to amend the complaint due to name Strength of Nature, LLC as a defendant [15]. The Court wishes to hear from the PSC and Defendants, including Strength of Nature, LLC at the status hearing set for 6/26/25, whether briefing should be set. Mailed notice. (jg, ) | 6/17/2025 |
| 17 | 1:23-cv-03791 | Marshaye Smith | Douglas & London | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Attorney Michael A. London of the law firm Douglas &amp; London, P.C.'s motion to withdraw [3] is granted. Plaintiff has retained G. Sean Jez of the law firm Fleming, Nolen &amp; Jez, LLP. Attorney Jez will replace Attorney London as counsel of record. Mailed notice. (jg, ) | 6/18/2025 |
| 18 | 1:23-cv-10280 | Barbara Smith | Beasley Allen Law Firm | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff in this bellwether discovery case filed a motion for leave to amend the complaint to change the original jurisdiction to Wisconsin [14]. The Court wishes to hear from the PSC and Defendants at the status hearing set for 6/26/25, whether briefing should be set. Mailed notice. (jg, ) | 6/24/2025 |

Case: 1:23-cv-00818 Document #: 1317-2 Filed: 07/09/25 Page 2 of 6 PageID #:58611

In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation // MDL 3060 // 1:23-cv-818
Non-Dismissal Orders in Individual Cases June 2025

| # | Docket Number | Plaintiff's Name | Plaintiff Counsel | Document Title | Date Entered |
|---|---|---|---|---|---|
| 19 | 1:24-cv-10452 | Mia Adams | Kline & Specter | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Counsel's status report [13]. Counsel reports she has lost contact with the Plaintiff but has provided notice of the 6/26/25 hearing on counsel's motion to withdraw. Counsel's motion to withdraw remains set for 6/26/25 at 11 AM Central. Attendance of counsel and Plaintiff is mandatory. The parties are to appear at the video hearing by accessing the following hyper link: https://us-courts.webex.com/join/mary_rowlandilnd.uscourts.gov. Parties that do not have access to a device with video capability may appear telephonically [call 650-479-3207; access code 1801732451]. Counsel must notify their clients of the hearing and call-in information. If Plaintiff fails to appear on 6/26/25 at 11 AM Central, her case and all claims related to her use of hair relaxer products will be dismissed with prejudice. Mailed notice. (jg, ) | 6/24/2025 |
| 20 | 1:24-cv-10693 | Ruby Young | Lieff Cabraser Heimann & Bernstein, LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Plaintiff's motion for clarification [8]. Plaintiff reports she previously filed claims in this MDL with separate counsel under a different case number (No. 1:23-cv-07290). Plaintiff's earlier-filed duplicate case has been dismissed without prejudice, converting to with prejudice if not refiled by 6/25/25, pursuant to the CMO 9 court call process. The dismissal of Case No. 1:23-cv-07290 has no effect on Plaintiff's claims in Case No. 24-cv-10693. Mailed notice. (jg, ) | 6/24/2025 |
| 21 | 1:23-cv-10632 | Lisa Thomas on Behalf of the Estate of Janette Wallace, Deceased | Schlichter Bogard, LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: The Court has received Defendant Sally Beauty's Opposition to Plaintiff Thomas's Motion to Amend First Amended Short Form Complaint [19]. Defendant's motion to seal Exhibits 4 and 5 to the opposition [20] is granted. Mailed notice. (jg, ) | 6/25/2025 |
| 22 | 1:23-cv-09999 | Terry Macon | The Cochran Firm-dothan, Pc | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: The motion to substitute Gregory Macon, individually and as the Personal Representative for the Estate of Terry Macon, as proper party for Plaintiff-decedent and for leave to amend the complaint to include a wrongful death cause of action [5] is granted. Plaintiff is to file an amended complaint as a separate entry on the docket. Plaintiff shall send a copy of this order to Defendants. Mailed notice. (jg, ) | 6/27/2025 |
| 23 | 1:24-cv-10359 | Anita Miller | Watts Law Firm LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 24 | 1:23-cv-13520 | Patricia Hardy | Watts Law Firm LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 25 | 1:23-cv-11398 | Judy Emerson | Keller Postman LLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 26 | 1:24-cv-12016 | Khalilah Hasan | Forester Haynie PLLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 27 | 1:23-cv-08503 | Jaqueline Burns | Wright & Schulte, LLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 28 | 1:24-cv-08335 | Lanita V Johnson | The Miller Firm, LLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 29 | 1:23-cv-11998 | Barbara Jerry Angela Wilson on behalf of the Estate | Cohen Hirsch, LP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 30 | 1:23-cv-06097 | Tracy Clark | Ashcraft & Gerel, LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |

In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation // MDL 3060 // 1:23-cv-818
Non-Dismissal Orders in Individual Cases June 2025

| # | Docket Number | Plaintiff's Name | Plaintiff Counsel | Document Title | Date Entered |
|---|---|---|---|---|---|
| 31 | 1:24-cv-12163 | Roxie Starks | Forester Haynie PLLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 32 | 1:23-cv-08581 | Senurs Mixon | Beasley Allen Law Firm | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 33 | 1:23-cv-07680 | Katrina Billingsley | Beasley Allen Law Firm | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 34 | 1:24-cv-08588 | Jacqueline Barnes | Anapol Weiss | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 35 | 1:24-cv-06253 | Troy Ketchum | Beasley Allen Law Firm | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 36 | 1:23-cv-04032 | Khalilah Hasan | Douglas & London | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 37 | 1:24-cv-09067 | Angela Wilson Individually and on Behalf of the Estate of Barbara Jerry | Ashcraft & Gerel, LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 38 | 1:23-cv-05292 | Roseann Taylor | Douglas & London | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 39 | 1:24-cv-12956 | Deirdra Czapko Individually and on Behalf of the Estate of Pamela Lynn Bruce | Ashcraft & Gerel, LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 40 | 1:23-cv-09330 | Patricia Howard | Keller Postman LLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 41 | 1:23-cv-14120 | Amanda Cole | Hair Shunnarah Trial Attorneys | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 42 | 1:23-cv-10018 | Bertha Daniels | Keller Postman LLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |

In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation // MDL 3060 // 1:23-cv-818
Non-Dismissal Orders in Individual Cases June 2025

| # | Docket Number | Plaintiff's Name | Plaintiff Counsel | Document Title | Date Entered |
|---|---|---|---|---|---|
| 43 | 1:24-cv-09347 | Aprile Fisher | Babin Law, LLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 44 | 1:24-cv-03227 | Nannette Ricks | Ashcraft & Gerel, LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 45 | 1:25-cv-00150 | Carol Lopez | Peiffer Wolf Carr Kane Conway & Wise, LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 46 | 1:24-cv-08631 | Troy Ricks, Individually and as Proposed Personal Representative for the Estate of Nannette Ricks | Chaffin Luhana LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 47 | 1:23-cv-13041 | Rhonda Brooks | Andrews and Thornton | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 48 | 1:25-cv-02100 | Anita Joyce Miller | The Law Offices of James Vasquez, P.C. | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 49 | 1:23-cv-14226 | Brenda Jean Lee | Shrader & Associates, LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 50 | 1:24-cv-12008 | Ethel Esteban | Forester Haynie PLLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 51 | 1:24-cv-08501 | Amanda Cole | Babin Law, LLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 52 | 1:23-cv-12067 | Candice C. Norris | Murray Law Firm | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 53 | 1:24-cv-00769 | Candace Chevet Norris | Ashcraft & Gerel, LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 54 | 1:24-cv-02820 | Ethel Esteban | Babin Law, LLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |

In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation // MDL 3060 // 1:23-cv-818
Non-Dismissal Orders in Individual Cases June 2025

| # | Docket Number | Plaintiff's Name | Plaintiff Counsel | Document Title | Date Entered |
|---|---|---|---|---|---|
| 55 | 1:23-cv-12257 | Bertha Ann Daniels | Rueb Stoller Daniel, Llp | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 58 | 1:24-cv-12010 | Clarissa Ford | Forester Haynie PLLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 59 | 1:24-cv-12010 | Clarissa Ford | Forester Haynie PLLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 60 | 1:23-cv-09299 | Dianna Durham-McCloud | Murray Law Firm | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 61 | 1:24-cv-05937 | Linda A Brucedoing business asPamela L. Bruce | Keller Postman | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 62 | 1:23-cv-14819 | Angela Nelson | Anapol Weiss | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 63 | 1:25-cv-00147 | Senurs Mixon | Peiffer Wolf Carr Kane Conway & Wise, LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 64 | 1:24-cv-09221 | Clarissa D. Ford | Wagstaff & Cartmell | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 65 | 1:23-cv-13908 | Rhonda Brooks | Fleming, Nolen & Jez, L.L.P. | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| 66 | 1:23-cv-09201 | Aprile Fisher | Keller Postman LLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| | 1:24-cv-12901 | Lanita Johnson | Bursor & Fisher P.A. | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
| | 1:23-cv-10950 | Katrina Billingsley | Keller Postman LLC | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |

In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation // MDL 3060 // 1:23-cv-818
Non-Dismissal Orders in Individual Cases June 2025

| # | Docket Number | Plaintiff's Name | Plaintiff Counsel | Document Title | Date Entered |
|---|---|---|---|---|---|
|  | 1:23-cv-12515 | Roseann Taylor | Bell Legal Group | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
|  | 1:24-cv-10164 | Judy Emerson | Johnson Law Group | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
|  | 1:23-cv-01046 | Barbara Massari | May Jung LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
|  | 1:24-cv-04803 | Dianna Durham-Mcloud | Douglas & London | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
|  | 1:24-cv-10401 | Carol Lopez | Beasley Allen Law Firm | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
|  | 1:24-cv-10098 | Brenda Lee | Beasley Allen Law Firm | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
|  | 1:23-cv-07180 | Roxie Starks | Onderlaw, Llc | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
|  | 1:23-cv-13051 | Patricia Howard | Levin Papantonio Raffery | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
|  | 1:23-cv-07867 | Angela Nelson | DiCello Levitt LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is &"dual represented" by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |
|  | 1:24-cv-05910 | Troy Ketchum | Ashcraft & Gerel, LLP | No Document attached: MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has been identified as having duplicate filed cases or is "dual represented"; by different counsel in this MDL litigation. See the attached list. Plaintiff's claims may proceed in only one case. By 7/21/25, Plaintiff must dismiss ONE of her pending cases WITH prejudice. The parties should update the Court as to any duplicate cases still outstanding in the Joint Status Report filed before the next MDL Case Management Conference. Mailed notice (ags) | 6/30/2025 |