UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br><br>Master Docket No. 1-23-cv-00818 |

**L'ORÉAL USA'S UNOPPOSED MOTION FOR
ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL
ASSISTANCE APPOINTMENT OF COMMISSIONER AND DIRECTION
OF SUBMISSION OF HAGUE CONVENTION APPLICATION FOR DEPOSITIONS**

Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc. and SoftSheen-Carson LLC (collectively, "L'Oréal USA"), hereby move, unopposed, for an Order:

1. Issuing a Request for International Judicial Assistance ("Request for Judicial Assistance") pursuant to 28 U.S.C. § 1781 and Chapter II of the Hague Convention on the Taking of Evidence Abroad in Civil Commercial Matters, March 18, 1970, T.I.A.S. No. 7444, 28 U.S.T. 2555 (the "Hague Convention") in the form annexes as **Exhibit A** to the Declaration of Dennis S. Ellis ("Ellis Declaration"), filed concurrently herewith;

2. Expanding the scope of Ms. Noëlle Lenoir's appointment as commissioner ("Commissioner") pursuant to Article 17 of the Hague Convention, pending the approval of the French Ministère de la Justice to facilitate the taking of depositions in France of certain former employees of L'Oréal USA who are currently employed by L'Oréal S.A. and reside in France, as may be agreed to by the parties or otherwise ordered by the Court.

3. Directing submission of the Order and Request for Assistance to the French Ministère de la Justice, for the purpose of approving the appointment of the Commissioner;

4. Granting the additional relief set forth in the Proposed Order attached as **Exhibit B** to the Ellis Declaration; and

3039370.1

5. Granting such other and further relief as this Court may deem just and proper.

A Proposed Order is annexed as Exhibit B to the Ellis Declaration. As is reflected in the Ellis Declaration, Plaintiffs do not oppose this motion.

DATED: August 12, 2025  Respectfully submitted,

_____
Dennis S. Ellis
Katherine F. Murray
Serli Polatoglu
**ELLIS GEORGE LLP**
2121 Avenue of the Stars, 30th Floor
Los Angeles, CA 90067
Tel: (310) 274-7100; Fax: (310) 275-5697
dellis@ellisgeorge.com
kmurray@ellisgeorge.com
spolatoglu@ellisgeorge.com

*Counsel for Defendants*
L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., and SOFTSHEEN CARSON LLC