IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>Case No. 23-cv-0818<br><br>Judge Mary M. Rowland |

### ORDER DISMISSING WITH PREJUDICE PLAINTIFFS WHO FAILED TO COMPLY WITH AUGUST 14, 2025 EXTENDED DEADLINE TO SERVE SHORT FORM COMPLAINTS

The Court held a Status Hearing on July 31, 2025 during which the Court addressed issues raised in the parties' Joint Status Report filed on July 24, 2025 [ECF 1351], including identifying those plaintiffs who were delinquent in serving their Short Form Complaints ("SFCs"). The Court ordered those plaintiffs to "serve their SFCs by no later than 8/14/25 or be dismissed with prejudice." [ECF 1360.]

Now that the Court's stated deadline has passed, the Court finds that the plaintiffs have failed to serve their SFCs by August 14, 2025 and hereby orders their cases dismissed with prejudice:

| MDLC Pltf ID | Current Cause # | Case Name | Plaintiff Firm Filing SFC | Case Filed Date |
|---|---|---|---|---|
| 15144 | 1:24-cv-02748 | Davy, Kadian | Courtney K. Davy, Esq. | 02/16/2024 |
| 11368 | 1:24-cv-04611 | Borzeka, Anna | Ben Martin Law Group, PLLC | 06/04/2024 |
| 11686 | 1:24-cv-05035 | Petty, Melissa Santana | Ben Martin Law Group, PLLC | 06/18/2024 |
| 13703 | 1:24-cv-06938 | Mendez, Marc | Pulaski Kherkher, PLLC | 08/07/2024 |
| 15234 | 1:24-cv-10448 | Roberts, Sondra | Law Offices of Spar & Bernstein PC | 08/29/2024 |

2

E N T E R:

Dated: August 18, 2025

_Mary M Rowland_
_____
MARY M. ROWLAND
United States District Judge