# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

In RE: Hair Relaxer Marketing, Sales Practices, And Products Liability Litigation, et al.

                                Plaintiff,

v.                                         Case No.: 1:23−cv−00818

                                         Honorable Mary M. Rowland

L'Oreal USA, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held on 9/4/25. The Court addressed issues raised in the Joint Status Report [1392]. The Court rules as follows: (A) Defendants' request for leave to file amended affirmative answers to bellwether short form complaints and request for an extension to respond to Plaintiffs' motion to strike is granted. Defendants to respond to the motion to strike and amend their affirmative defenses by 10/20/25. Plaintiffs to reply by 11/3/25. (B) Plaintiffs' request for an extension of the oral discovery schedule is taken under advisement. The parties shall file a SHORT joint status report by 9/24/25 updating the Court as to deposition progress and status. (C) Plaintiffs'; request for an extension of the general causation expert disclosure deadline is granted. Plaintiffs shall disclose general causation expert opinions by 12/1/25 at noon Central. Defendants shall disclose general causation expert opinions by 1/6/26 at noon Central. Plaintiffs shall disclose general causation expert rebuttal expert opinions by 1/20/26. Science Day remains set for 1/8/25. Consistent with CMO No. 21, to the extent any new information arises at Science Day that was not disclosed in Defendants' general causation expert opinions, that information may not be addressed or utilized in Plaintiffs' rebuttal opinion. Expert discovery closes 3/2/26 and Rule 702 motions due by 4/1/26 the dates set in CMO No. 15. (D) The Court will enter orders on individual MDL plaintiff dockets of plaintiffs with duplicate filed cases or overdue motions to substitute. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.