#### UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>No. 23-cv-00818<br><br>Hon. Beth W. Jantz<br><br>This document relates to: All Cases |

### ORDER

Before the Court are two Motions to Compel compliance with deposition subpoenas under Fed. R. Civ. P. 45. Dkt. Nos. 1408–09. The subpoenas at issue are issued as to deponents Alan Meyers and Courtney Jenkins. These motions are GRANTED, as follows:

### I. AUTHORITY TO COMPEL COMPLIANCE WITH SUBPOENAS

Federal Rule of Civil Procedure 45(d) requires that a subpoena be enforced by "[t]he court for the district where compliance is required." Under 28 U.S.C. §1407(b), however, this Court "may exercise the powers of a district judge in any district for the purpose of conducting pretrial depositions," when actions have been consolidated for pre-trial proceedings by the judicial panel on multidistrict litigation.

The current two motions are motions to compel depositions in matters consolidated for pre-trial proceedings by the JPML. The Court thus invokes the powers granted by §1407(b) and issues the following orders.

## II. IN PERSON SERVICE OF DEPONENTS REQUIRED

The Court will require the party seeking a deposition from a third party who has failed to respond to a valid deposition subpoena to personally serve the subpoena recipient with a copy of this Order via process server. While service by certified mail is permissible under Rule 45(b) at least in the Seventh Circuit, *see Ott v. City of Milwaukee*, 682 F.3d 552, 557 (7th Cir. 2012); *Little v. JB Pritzker for Governor*, No. 18 C 6954, 2020 WL 1939358, at *3 (N.D. Ill. Apr. 22, 2020), the Court requires this extra step in an abundance of caution for any deposition subpoena recipients who have failed to respond.

**<u>Witnesses who have been served with a valid subpoena for a deposition are hereby warned by this Court that if they do not contact counsel listed on the paperwork by no later than September 26, 2025 to schedule their depositions, this Court may order them to appear in person in the undersigned's courtroom in Chicago in the Northern District of Illinois (Courtroom 1812), at their own expense. Repeated failures to comply can lead to enforcement by the U.S. Marshals.</u>**

## III. ALAN MEYERS

Plaintiffs have not received any response from Mr. Meyers, despite the USPS website showing that the subpoena was delivered to him by certified mail on August 13, 2025. Dkt. No. 1408. "Out of an abundance of caution," Plaintiffs again attempted service via process server on September 4, 2025, and are awaiting confirmation of service. The Court appreciates this approach.

**Alan Meyers is ORDERED to contact Plaintiffs' counsel by September 26, 2025, to schedule his deposition. Meyers is warned that if he does not contact Plaintiffs' counsel by September 26, 2025, to schedule his deposition, this Court may order him to appear in person in the undersigned's courtroom in Chicago in the Northern District of Illinois (Courtroom 1812), at his own expense. Repeated failures to comply can lead to enforcement by the U.S. Marshals.**

It is further ORDERED that Plaintiffs are to personally serve Meyers via process server by September 19, 2025, with a copy of this Order, and their contact information.

### IV. COURTNEY JENKINS

A subpoena has been served on Jenkins. Dkt. No. 1409-1. However, Plaintiffs have not received any response from Jenkins, despite having served the subpoena by both certified mail and process server. Dkt. Nos. 1409.

**Courtney Jenkins is ORDERED to contact Plaintiffs' counsel by September 26, 2025, to schedule his deposition. He is hereby warned by this Court that if he does not contact Plaintiffs' counsel by September 26, 2025, to schedule his deposition, this Court may order him to appear in person in the undersigned's courtroom in Chicago in the Northern District of Illinois (Courtroom 1812), at his own expense. Repeated failures to comply can lead to enforcement by the U.S. Marshals.**

The Court further ORDERS Plaintiffs to personally serve Jenkins via process server by September 19, 2025, with a copy of this Order and their contact information.

SO ORDERED.

DATED: September 12, 2025

HON. BETH W. JANTZ
United States Magistrate Judge