**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>Case No. 23 C 818<br>Judge Mary M. Rowland<br><br>**This document relates to:**<br>All Cases |

**COURT CALL LIST FOR THE
<u>SEPTEMBER 26, 2025 COURT CALL HEARING</u>**

Co-Lead Counsel for Plaintiffs and counsel for Defendants hereby provide the Plaintiff Fact Sheet ("PFS") Court Call List for the September 26, 2025 Court Call Hearing ("September Court Call List"). The September Court Call List is attached hereto as Exhibit A and contains 110 Plaintiffs who Defendants assert are in violation of CMO 9. Documentation supporting the inclusion of these Plaintiffs on the September Court Call List is attached hereto as Exhibit B. The parties can make electronic versions of this supporting documentation available at the Court's request.

In compliance with CMO 9, the parties held a virtual Compliance Meet and Confer on September 5, 2025, whereby each Plaintiff's counsel had the opportunity to voice their position or speak with their Designated Defendant regarding alleged PFS delinquencies and/or deficiencies. Of the 110 total Plaintiffs on the September Court Call List, 3 (1 Plaintiffs' firm) seek to be heard at the September 26, 2025 Hearing.

The September Court Call List is organized as described below and is intended to serve as a framework for the hearing. The parties propose the hearing to proceed in the order of the Schedules (Schedule 1 first and so on) and in the order of each Plaintiff who seeks to be heard (as noted in the column titled "Want to be heard at CMO 9 Hearing").

1

CMO 9 sets out a negotiated process for Defendants to seek an appropriate remedy as to Plaintiffs who Defendants allege fail to comply with their discovery obligations under the Order. The Court Call Hearing provides Plaintiffs the opportunity to address the Court and establish good cause for their alleged failures to make discovery disclosures as required under CMO 9 or be subject to an order to show cause, an order compelling production, dismissal with or without prejudice, or be subject to any other relief as the Court may order. In accordance with the CMO 9 process, Plaintiffs on the September Court Call List are separated into 6 Schedules.

### I. The Parties Agree to Dismissal <u>With</u> Prejudice

Schedule 1 includes one Plaintiff whose counsel has agreed that Plaintiff will be dismissed with prejudice and who does not wish to be heard.

### II. The Parties Agree to Dismissal <u>Without</u> Prejudice Converting to With Prejudice, If Not Timely Refiled

Schedule 2 includes Plaintiffs whose counsel, in exchange for Defendants not seeking dismissal with prejudice, agreed that Plaintiffs will be dismissed without prejudice to convert to a dismissal with prejudice if Plaintiffs do not refile or move for reinstatement in this MDL by December 30, 2025 (and produce a complete PFS and authorizations pursuant to CMO 9 within 10 business days of refiling/reinstatement). If Schedule 2 Plaintiffs fail to refile or move for reinstatement by December 30, 2025, the dismissal of the Schedule 2 Plaintiffs' cases will automatically convert to a dismissal with prejudice on December 31, 2025, with no further docket entry required. Schedule 2 includes 97 plaintiffs, none of whom want to be heard.

### III. Plaintiffs Who Have Refiled and Failed to Serve a PFS and Required Authorizations

Schedule 3 includes Plaintiffs who had previously been dismissed without prejudice pursuant to the February Court Call Orders (D1076, D1122) and who refiled their cases before

their June 25, 2025 deadline to do so. Plaintiffs have since failed to serve a PFS and required authorizations, which they were required to do within 10 business days of refiling. (D1076, D1122). Defendants seek an order dismissing these Plaintiffs with prejudice. Schedule 3 includes 2 Plaintiffs, neither of whom seek to be heard.

### IV. *Pro Se* Plaintiffs With Noticed Delinquencies and Deficiencies

Schedule 4 includes Plaintiffs whose counsel's requests for withdrawal were granted by the Court in March and June 2025. Despite Designated Defendants' efforts to directly contact Plaintiffs about their delinquencies and deficiencies that existed at the time of their counsel's withdrawal and despite the provision of additional time to cure these delinquencies and deficiencies, Plaintiffs have failed to cure them or to otherwise respond to Designated Defendants' outreach. Defendants seek an order dismissing these cases with prejudice for failure to prosecute. Schedule 4 includes 3 Plaintiffs, none of whom seek to be heard.

### V. Plaintiffs Whose PFS Amendment Deadline Has Not Passed and Who Seek Extensions to Cure Noticed Delinquencies or Deficiencies

Schedule 5 includes Plaintiffs who seek extensions to cure their noticed delinquencies or deficiencies and whose PFS Amendment Deadline has not passed. Defendants denied these extension requests because these Plaintiffs had several months to comply with CMO 9 and do not present extenuating circumstances that would warrant further time to comply. Defendants seek an order dismissing these cases. Schedule 5 includes 6 Plaintiffs, 3 of whom seek to be heard.

### VI. Plaintiff with Substantive Deficiency: Failure to produce completed and validly signed authorizations.

Schedule 6 includes one Plaintiff with a substantive deficiency: failure to produce completed and validly signed authorizations. The Court has already provided instructive guidance on this deficiency type. *See* ECF No. 1076 (ordering plaintiffs on February Court Call List Schedule 13 "to produce completed and validly signed authorizations" by Court-ordered deadline

or face dismissal). This Plaintiff's PFS Amendment Deadline has not passed. Defendants seek a Court Order compelling Plaintiff to cure her noticed deficiency by October 27, 2025, and if Plaintiffs fails to cure by October 27, 2025, dismissing her case. Plaintiff does not seek to be heard.

Dated: September 22, 2025

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/Edward A. Wallace<br>Edward A. Wallace<br>Edward A. Wallace<br>**WALLACE MILLER**<br>150 N. Wacker Dr., Suite 1100<br>Chicago, Illinois 60606<br>T: (312) 261-6193<br>Email: eaw@wallacemiller.com<br><br>*Plaintiffs' Liaison Counsel* | /s/Mark C. Goodman<br>Mark C. Goodman<br>**BAKER & MCKENZIE LLP**<br>101 California Street, Ste 4100<br>San Francisco, California 94111<br>T: (415) 576-3080<br>mark.goodman@bakermckenzie.com<br><br>*Defense Liaison Counsel and Counsel for Defendant Namasté Laboratories, LLC* |
| Diandra "Fu" Debrosse Zimmermann<br>**DICELLO LEVITT LLC**<br>505 20th Street North, Suite 1500<br>Birmingham, Alabama 35203<br>T: (312) 214-7900<br>Email: fu@dicellolevitt.com<br><br>*Plaintiffs' Co-Lead Counsel* | Mark D. Taylor<br>**BAKER & MCKENZIE LLP**<br>1900 North Pearl Street, Suite 1500<br>Dallas, Texas 75201<br>T: (214) 978-3000<br>mark.taylor@bakermckenzie.com |
| Fidelma L. Fitzpatrick<br>**MOTLEY RICE LLC**<br>40 Westminster Street, Fifth Floor<br>Providence, Rhode Island 02903<br>T: (401) 457-7700<br>Email: ffitzpatrick@motleyrice.com<br><br>*Plaintiffs' Co-Lead Counsel* | Colleen Baime<br>Laura Kelly<br>**BAKER & MCKENZIE LLP**<br>300 East Randolph Street, Suite 5000<br>Chicago, Illinois 60601<br>T: (312) 861-2510<br>colleen.baime@bakermckenzie.com<br>laura.kelly@bakermckenzie.com |
| Michael A. London<br>**DOUGLAS & LONDON, P.C.**<br>59 Maiden Lane, Sixth Floor<br>New York, New York 10038<br>T: (212) 566-7500<br>Email: mlondon@douglasandlondon.com<br><br>*Plaintiffs' Co-Lead Counsel* | Maurice Bellan<br>Teisha C. Johnson<br>**BAKER & MCKENZIE LLP**<br>815 Connecticut Avenue, NW<br>Washington DC 20006<br>T: (202) 452-7057<br>maurice.bellan@bakermckenzie.com<br>teisha.johnson@bakermckenzie.com |

| | |
|---|---|
| Benjamin L. Crump<br>**BEN CRUMP LAW FIRM**<br>122 South Calhoun Street<br>Tallahassee, Florida 32301<br>T: (850) 224-2020<br>Email: ben@bencrump.com<br><br>*Plaintiffs' Co-Lead Counsel* | Barry Thompson<br>**BAKER & MCKENZIE LLP**<br>10250 Constellation Boulevard, Suite 1850<br>Los Angeles, CA 90067<br>T: (310) 201-4703<br>barry.thompson@bakermckenzie.com<br><br>*Counsel for Defendant Namasté Laboratories, LLC*<br><br>Dennis S. Ellis<br>Katherine F. Murray<br>Serli Polatoglu<br>**ELLIS GEORGE LLP**<br>2121 Avenue of the Stars<br>Suite 3000, 30th Floor<br>Los Angeles, CA 90067<br>T: (310) 274-7100<br>F: (310) 275-5697<br>dellis@egcfirm.com<br>kmurray@egcfirm.com<br>spolatoglu@egcfirm.com<br><br>Jonathan Blakley<br>**GORDON REES SCULLY MANSUKHANI LLP**<br>1 N. Franklin St., Suite 800<br>Chicago, IL 60606<br>T: (312) 565-1400<br>F: (312) 565-6511<br>jblakley@grsm.com<br><br>Peter Siachos<br>**GORDON REES SCULLY MANSUKHANI LLP**<br>18 Columbia Turnpike, Suite 220<br>Florham Park, NJ 07932<br>T: (973) 549-2500<br>F: (973) 377-1911<br>psiachos@grsm.com<br><br>*Counsel for Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc. and SoftSheen-Carson LLC* |

Lori B. Leskin
E. Dean Harris Porter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
250 West 55th Street
New York, NY 10019
T: (212) 836-8641
F: (212) 836-8689
Lori.leskin@arnoldporter.com

Dean.Porter@arnoldporter.com
Rhonda R. Trotter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199
rhonda.trotter@arnoldporter.com

*Counsel for Defendants Strength of Nature LLC; Strength of Nature Global LLC; and Godrej SON Holdings*

R. Trent Taylor
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T: (804) 775-1182
F: (804) 225-5409
rtaylor@mcguirewoods.com

Patrick P. Clyder
Royce B. DuBiner
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
T: (312) 849-8100
F: (312) 849-3690
pclyder@mcguirewoods.com
rdubiner@mcguirewoods.com

*Counsel for Defendant House of Cheatham LLC*

Joseph P. Sullivan
Kevin A. Titus
Bryan E. Curry
**LITCHFIELD CAVO LLP**
303 W. Madison, Suite 300
Chicago, IL 60606
T: 312-781-6677
F: 312-781-6630
sullivanj@litchfieldcavo.com
titus@litchfieldcavo.com
curry@litchfieldcavo.com

*Counsel for Defendant Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc.*

Richard J. Leamy, Jr.
Kristen A. Schank
Anna Morrison Ricordati
**WIEDNER & MCAULIFFE, LTD.**
1 N. Franklin St., Suite 1900
Chicago, Illinois 60606
T: (312) 855-1105
rjleamy@wmlaw.com
kaschank@wmlaw.com
amricordati@wmlaw.com

*Counsel for Defendant Avlon Industries, Inc.*

Melissa Fallah
Robert W. Petti
Alyssa P. Fleischman
**MARON MARVEL**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 579-2018 (ofc)
mfallah@maronmarvel.com
rpetti@maronmarvel.com
afleischman@maronmarvel.com

*Counsel for Defendant Luster Products, Inc.*

Robert A. Atkins
Daniel H. Levi
Shimeng (Simona) Xu
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
T: (212) 373-3000
ratkins@paulweiss.com
dlevi@paulweiss.com
sxu@paulweiss.com

Randy S. Luskey
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
T: (628) 432-5112
rluskey@paulweiss.com

David E. Cole
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
T: (202) 223-7348
dcole@paulweiss.com

Edward P. Abbot
**ECKERT SEAMANS CHERIN & MELLOT, LLC**
275 Madison Avenue 10th Floor
New York, NY 10016
T: (646) 513-2358
eabbot@eckertseamans.com

*Counsel for Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC*

Heidi Levine
**SIDLEY AUSTIN LLP**
787 7th Ave
New York, NY 10019
T: (212) 839-5300
hlevine@sidley.com

Lisa M. Gilford
**SIDLEY AUSTIN LLP**
555 W 5th St,
Los Angeles, CA 90013
T: (213) 896-6000
lgilford@sidley.com

Colleen M. Kenney
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
T: (312) 853-2666
ckenney@sidley.com

Yvette Ostolaza
Amanda Crawford-Steger
Imani Maatuka
**SIDLEY AUSTIN LLP**
2021 McKinney Ave., Ste. 2000
Dallas, TX 75201
T: (214)981-3496
yostolaza@sidley.com
asteger@sidley.com
imaatuka@sidley.com

*Counsel for Defendant Sally Beauty Supply LLC*

Joseph J. Welter
Ryan M. Frierott
**GOLDBERG SEGALLIA**
665 Main Street
Buffalo, NY 14203
T: (716) 566-5457
jwelter@goldbergsegalla.com
rfrierott@goldbergsegalla.com

*Counsel for AFAM Concept, Inc.*

Seth V. Alhadeff
Ravika Rameshwar
Matthew C. Wasserman
**DINSMORE & SHOHL LLP**
Southeast Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131
T: (786) 957-1157
Seth.Alhadeff@dinsmore.com
Ravika.Rameshwar@dinsmore.com
Matthew.Wasserman@dinsmore.com

Matthew C. Wasserman
**DINSMORE & SHOHL LLP**
222 W. Adams Street
Suite 3400
Chicago, IL 60606
Matthew.Wasserman@dinsmore.com

Ashley C. Webber
Emily D. Robinson
**MARSH ATKINSON & BRANTLEY, LLC**
271 17th Street NW
Suite 1600
Atlanta, GA 30363
ashley.webber@mablawfirm.com
emily.robinson@mablawfirm.com

*Counsel for Defendant, Dudley Beauty Corp, LLC*

Daniel L. Stanner
Ashley Crettol Insalaco
Megan E. Ryan
**TABET DIVITO & ROTHSTEIN LLC**
209 S. LaSalle Street, 7th floor
Chicago, IL 60604
Tel: (312) 762-9450
dstanner@tdrlaw.com
ainsalaco@tdrlaw.com
mryan@tdrlaw.com

*Counsel for Defendant RNA Corporation*

Nancy L. Patterson
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street
Suite 4000
Houston, TX 77002
Telephone: (713) 890-5000
Facsimile: (713) 890-5001
nancy.patterson@morganlewis.com

Mark A. Fiore
**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone: (609) 919-6600
Facsimile: (877) 432-9652
mark.fiore@morganlewis.com

*Counsel for Defendant John Paul Mitchell Systems, Inc.*

Leslie A. Federer, ARDC #6325614
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
(312) 767-1314
lfederer@maronmarvel.com

Robert E. Dille (*pro hac vice*)
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
201 St. Charles Ave., Suite 2411
New Orleans, Louisiana 70170
(504) 321-9331

*Counsel for Defendant Murray's Worldwide, Inc.*