UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>No. 23-cv-00818<br><br>District Judge Mary M. Rowland<br>Magistrate Judge Beth W. Jantz<br><br>This document relates to: All Cases |

# **ORDER**

The Court held a status hearing to discuss the status of discovery and address the various issues raised in the parties' October 2, 2025, Joint Status Report (JSR). Dkt. No. 1439. The hearing was held on October 9, 2025. Dkt. Nos. 1448 (transcripts of proceeding). This Order memorializes the salient aspects of those hearings and the Court's corresponding rulings that were not discussed in the Court's previous text order. *See* Dkt. No. 1449. The parties should read the full text of this Order for all deadlines and rulings.

The next in-person status hearing is scheduled for November 6, 2025, at 10:00AM (Central). The parties shall submit a JSR on the status of discovery by October 30, 2025.

## I. INDIVIDUAL DEFENDANTS

### A. Avlon

Avlon will meet and confer with Plaintiffs by October 21, 2025, regarding the categories and legal bases for documents sought to be authenticated. Any medical notes or records regarding the potential deponents must be produced by October 23, 2025. Identification of documents sought to be authenticated must be complete by October 28, 2025.

Regarding the Avlon employee deponent whom is on medical leave, this deposition may be extended past the oral discovery deadline for Avlon, if required to accommodate the circumstances.

Regarding the documents to be produced by Mr. Brown, Avlon and Plaintiffs will meet and confer on this by October 13, 2025, regarding a timeline on getting these documents produced to plaintiffs.

### B. Beauty Bell Enterprises and House of Cheatham, LLC

Defendant Beauty Bell Enterprises will produce the referenced Standard Operating Procedures by October 9, 2025. The Court will allow the Parties to extend deposition dates into the first week of November by agreement, to the extent those depositions are referenced in the JSR.

### C. L'Oréal USA:

#### 1. Update Regarding Requests for Production

Defendant L'Oréal USA will produce its updated document productions to Plaintiffs by October 23, 2025.

### 2. **Depositions Update:**

Defendant will provide 30(b)(6) designations and dates for their depositions by October 14, 2025.

### D. Luster Products, Inc.:

Plaintiffs may identify new deponents by October 27, 2025, and the Court will deal with objections by Luster on a deponent-by-deponent basis, but given the discovery history as to this Defendant, Luster should be selective as to any objections. If objections remain, the parties are to raise the issues in the October 30, 2025, JSR.

### E. McBride Research Laboratories, Inc.

The Parties represented that there was nothing requiring the Court's attention.

### F. Namasté Laboratories, LLC

The Court finds that Plaintiff's request to depose former employee Eric Seeleman is timely. Plaintiffs may depose Seeleman, upon proper service of a subpoena. The parties must meet and confer regarding any stipulations or privilege issues in advance of the 10/30/25 JSR. If issues persist, the Parties must identify the issues in the upcoming October 30, 2035, JSR.

G.    **Revlon**

The Parties represented there was nothing that needed the court's intervention and that they were continuing to work with Special Master Grossman on various issues.

H.    **Sally Beauty**

Given Sally Beauty's representation on the record regarding a third-party subpoena, the Parties represented that no issues required intervention from the Court.

I.    **Strength of Nature LLC:**

The Strength of Nature 30(b)(6) deposition dispute outlined in the 10/2/25 JSR is referred to Special Master Grossman, and the parties are to reach out to her by 10/14/25.

II.    **SECOND-WAVE DEFENDANT SPECIFIC DISCOVERY STATUS**

A.    **RNA:**

The Court adopts the production deadlines listed in the JSR. Dkt. No. 1439 at 20–21. The Parties may change these deadlines by agreement.

B.    **JPMS:**

Regarding the non-custodial production JPMS has already identified, that is to be completed by 10/23/25. Parties are to meet and confer on search terms by 10/28/25.

**C.     Bronner Bros., Inc.:**

The parties represented that there was nothing requiring the Court's attention.

**D.     Murray's Worldwide:**

Murray's is to supplement its initial disclosures and insurance coverage during the times in which Murray's sold hair relaxer products, by October 25, 2025.

### III.     CLASS ACTION DISCOVERY

**1.     L'Oréal USA's Second Set of Interrogatories to Plaintiffs:**

Plaintiffs are to serve verified responses by October 17, 2025.

**2.     Depositions of Named Plaintiffs:**

Parties may continue to meet and confer on the service issues. The parties are instructed to consider amending or clarifying the CMO's service provisions if that would be helpful for going forward. Named plaintiffs must provide deposition availability to the defense by October 22, 2025.

SO ORDERED.

DATED: October 28, 2025

HON. BETH W. JANTZ

United States Magistrate Judge