## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

In RE: Hair Relaxer Marketing, Sales Practices, And
Products Liability Litigation, et al.

Plaintiff,

v.

Case No.:
1:23−cv−00818

Honorable Mary M.
Rowland

L'Oreal USA, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 10, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Case management conferences in 2026 will be held on the following dates: 1/29/26, 2/19/26, 3/19/26, 4/23/26, 5/21/26, 6/18/26, 7/23/26, 8/20/2610/1/26, 10/29/26, 11/19/26, and 12/17/26. Court call hearings in 2026 will be held on the following dates: 2/18/26, 6/17/26, and 10/28/26. All hearings will begin at 1 pm Central in Room 1225, at 219 South Dearborn Street, Chicago Illinois. Parties may participate in the court call hearings via Webex. Liaison counsel shall provide a list of video participants to the courtroom deputy one week before each hearing. For all hearings, teleconference will be available for counsel who cannot attend in person and do not wish to be heard. The teleconference number is: 650−479−3207 and the call−in ID is 1801732451. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.