# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

In RE: Hair Relaxer Marketing, Sales Practices, And
Products Liability Litigation, et al.

                                         Plaintiff,

v.
                                             Case No.:
                                             1:23–cv–00818
                                             Honorable Mary
                                             M. Rowland

L'Oreal USA, Inc., et al.

                                         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: The Court held a telephonic hearing regarding Plaintiffs' 11/10/25 Letter Requesting Emergency Relief Relating to 30(b)(6) depositions with L'Oreal. As discussed on the call, applications for emergency relief by any party should be made sparingly and always copying opposing counsel. Plaintiffs and L'Oreal have agreed that the 10.5 hour deposition that the Court ordered of the Mizani–related marketing person will take place on November 1819, 2025, subject to the witness's availability which L'Oreal is to confirm by 11/13/25. The parties are reminded that, at this late stage of the oral discovery period, if the parties cannot agree upon deposition dates, the Court may start picking deposition dates without regard to the scheduling requests of the parties. Regarding the 14–hour deposition that the Court ordered on science/regulatory/corporate communications, this deposition is to proceed on December 8–9, 2025. Plaintifs and L'Oreal have agreed that given the current expert reports schedule, Plaintiffs may, if desired, cite to this deposition testimony in expert rebuttal reports since the opening expert reports will already be submitted earlier than this deposition. If any other Defendants object to this, they must raise their objection by 11/20/25. The Court did not yet rule on Plaintiffs' request for 3.5 more hours for the deposition of the Softsheen–Carson–related marketing person that took place on 11/7/25. The Court took argument on this issue from the parties, and the issue is under advisement. Plaintiffs subsequently requested by email, and now have until November 14, 2025, to review the contents of the banker's box at issue and alert the Court and L'Oreal as to whether or not they agree with L'Oreal's description of the contents of the box (particularly as to marketing materials, and whether or not the contents had been produced earlier). Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.