**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>Case No. 23-cv-0818<br><br>Judge Mary M. Rowland |

**ORDER DISMISSING WITHOUT PREJUDICE, CONVERTING TO WITH PREJUDICE IF NOT REFILED, PLAINTIFF WHO FAILED TO COMPLY WITH OCTOBER 30, 2025 EXTENDED DEADLINE TO CURE PFS DEFICIENCIES GRANTED IN THE SEPTEMBER 2025 COURT CALL ORDER**

In accordance with the procedures outlined in CMO 9, a Court Call Hearing was held on September 26, 2025 ("Hearing"). At the Hearing, Defendants identified plaintiffs who were allegedly deficient and/or delinquent in their Plaintiff Fact Sheet ("PFS") submissions. One of these plaintiffs, Deborah Breckenridge (case no. 1:24-cv-01853), requested an extension to cure the noticed deficiencies and/or delinquencies. For the reasons stated on the record at the Hearing, the Court granted an extension and ordered Plaintiff Breckenridge to cure any PFS deficiencies by October 30, 2025, or be dismissed without prejudice, converting to dismissal with prejudice if not refiled by December 30, 2025. [ECF 1428].

Plaintiff Breckenridge failed to cure her noticed deficiencies by October 30, 2025. Therefore, Plaintiff's case is hereby dismissed without prejudice. Plaintiff may refile her cases only in federal court within this MDL by December 30, 2025, and must also serve a complete PFS and authorizations pursuant to CMO 9 within 10 business

days of refiling. All motions pending in Plaintiff's individual member case is denied as moot. Member case terminated.

If Plaintiff fails to refile her case in accordance with this Order by December 30, 2025, the dismissal of Plaintiff's case will automatically convert to a dismissal with prejudice on December 31, 2025, with no further docket entry required.

E N T E R:

Dated: November 14, 2025

_____
MARY M. ROWLAND
United States District Judge