**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>Master Docket Case No. 1:23-cv-00818<br>Honorable Mary M. Rowland |

**UNOPPOSED MOTION TO STAY ALL PENDING DISCOVERY DEADLINES BY DEFENDANTS JOHN PAUL MITCHELL SYSTEMS, DUDLEY BEAUTY CORP., LLC, MURRAY'S WORLDWIDE, INC., WELLA OPERATIONS US, LLC, ADVANCED BEAUTY, INC., AND BRONNER BROS, INC.**

Defendants John Paul Mitchell Systems, Dudley Beauty Corp., LLC, Murray's Worldwide, Inc., Wella Operations US, LLC, Advanced Beauty, Inc. and Bronner Bros., Inc. (collectively, "Second Wave Defendants"), through undersigned counsel, submit this Unopposed Motion to Stay All Pending Discovery Deadlines, and in support thereof state as follows:

1. The Second Wave Defendants are not presently included in any of the bellwether cases selected in this multidistrict litigation.

2. The Second Wave Defendants have engaged with plaintiffs in ongoing oral and written discovery, which is currently in varying stages and states of progress.

3. After conferring with the Plaintiffs' Executive Committee ("PEC"), the Second Wave Defendants proposed a temporary stay of all pending oral and written discovery deadlines pertaining to the Second Wave Defendants through March 5, 2026.

4. The PEC indicated that it does not oppose this request.

5. Accordingly, the Second Wave Defendants respectfully request that the Court enter an order staying all pending discovery deadlines as to Second Wave Defendants through March 5, 2026.

Respectfully submitted,

Dated: December 3, 2025

By: *s/Mark A. Fiore*

Nancy L. Patterson
nancy.patterson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Telephone: +1.713.890.5195
Facsimile: +1.713.890.5001

Mark A. Fiore
mark.fiore@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: +1.215.963.4685
Facsimile: +1.215.963.5001

*Counsel for Defendant
John Paul Mitchell Systems*

Ashley C. Webber
Emily D. Robinson
**MARSH ATKINSON & BRANTLEY, LLC**
271 17th Street NW, Suite 1600
Atlanta, GA 30363
T: (404) 282-5050
ashley.webber@mablawfirm.com
emily.robinson@mablawfirm.com

*Counsel for Defendant, Dudley Beauty Corp, LLC*

Leslie A. Federer, ARDC #6325614
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 767-1314
lfederer@maronmarvel.com

Robert E. Dille (*pro hac vice*)
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
201 St. Charles Ave., Suite 2411
New Orleans, Louisiana 70170
T: (504) 321-9331
rdille@maronmarvel.com

*Counsel for Defendant Murray's Worldwide, Inc.*

Ann C. Barron, #6224429
**HEYL, ROYSTER, VOELKER & ALLEN, P.C.**
Suite 100, Mark Twain Plaza III
105 West Vandalia
Edwardsville, Illinois 62025
Telephone 618.656.4646
abarron@heylroyster.com

*Counsel for Defendant, Advanced Beauty, Inc.*

Larry D. Mason
Daniel R. Woods
**GOLDBERG SEGALLA LLP**
222 West Adams Street #2250
Chicago, IL 60606
T: (312) 572-8444 (Mason)
    (312) 572-8427 (Woods)
lmason@goldbergsegalla.com
dwoods@goldbergsegalla.com

*Counsel for Defendant Bronner Bros., Inc.*

Mitchell P. Morinec
**Segal McCambridge Singer & Mahoney, Ltd.**
233 S. Wacker Dr.
Suite 5500
Chicago, IL 60606
Ph: 312 645 7813

mmorinec@smsm.com

*Counsel for Wella Operations US, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2025, I caused the foregoing to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

/s/Mark A. Fiore
Mark A. Fiore
MORGAN, LEWIS & BOCKIUS LLP
*Counsel for Defendant John Paul Mitchell Systems, Inc.*