UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>No. 23-cv-00818<br><br>Hon. Beth W. Jantz<br><br>This document relates to: All Cases |

# ORDER

The Court held a status hearing to discuss the status of discovery and address the various issues raised in the parties' December 5, 2025 Joint Status Report (JSR). Dkt. No. 1591. The hearing was held on December 11, 2025. Dkt. No. 1609.

This Order memorializes salient aspects of that hearing and the Court's corresponding rulings that have not yet been discussed in the Court's previous text orders. The parties should read the full text of this Order for all deadlines and rulings.

**I.   SUBPOENA TO PCPC**

The Court discussed the subpoena issued to Third-Party Personal Care Products Council (PCPC) and the related privilege log issues. The Court has PCPC's motion to quash under advisement.

Regarding claims of privilege, the Parties are attempting to work through these issues without Court intervention; PCPC is to respond by 12/23/25. If the

1

Parties are not able to resolve these issues, the Parties are instructed to contact Special Master Grossman by 1/6/26.

II. **DEFENDANT SPECIFIC DISCOVERY STATUS**

    A. **Avlon Industries, Inc.**

Regarding the ongoing Formstack dispute, Avlon will produce the metadata discussed in the hearing by December 16, 2025. If there are any technological constraints/issues, the parties will take this issue to Special Master Grossman.

    B. **Beauty Bell Enterprises and House of Cheatham, LLC:**

The Court took the requested deposition of (former employee, served on 8/19/25) Delford Christmas under advisement.

    C. **L'Oréal USA**

The parties represented they will follow up with Special Master Grossman about the issues discussed on the record.

    D. **Luster Products, Inc.**

Regarding additional depositions, Plaintiffs will provide the third-party subpoenas discussed in the hearing to process servers by December 12, 2025, for service on the relevant deponents. The parties are to have these depositions completed by January 23, 2026.

    E. **McBride Research Laboratories, Inc.**

The Parties represented that there was nothing requiring the Court's attention.

### F.    Namasté Laboratories, LLC

Regarding the privilege challenges in the JSR, Dkt. No. 1591 at 17, Namaste shall produce the redacted documents to Plaintiffs by December 19, 2025.

### G.    Revlon

The issue regarding Revlon's Rule 30(b)(6) Designee must be presented to Special Master Grossman by no later than December 15, 2025.

### H.    Sally Beauty Supply LLC

The Court has two previously presented issues under advisement.

### I.    Strength of Nature LLC

The parties represented that there was nothing requiring the Magistrate Judge's attention at this time.

SO ORDERED.

DATED: January 6, 2026

HON. BETH W. JANTZ
United States Magistrate Judge

3