**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br><br>Master Docket Case No. 1:23-cv-00818<br><br>Honorable Mary M. Rowland |

**JOINT STIPULATION REGARDING PREVIOUSLY DISMISSED CAUSES OF ACTION
IN THE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Proposed Class Plaintiffs and Defendants submit the following stipulation to address the impact of previously dismissed causes of action repleaded in the First Amended Consolidated Class Action Complaint. (Dkt. No. 1660.)

On August 14, 2023, Plaintiffs filed a Consolidated Class Action Complaint (the "Complaint") (Dkt. No. 185). On February 5, 2024, Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc., SoftSheen-Carson LLC, Revlon, Inc., Revlon Consumer Products Corporation, Revlon Group Holdings LLC, Strength of Nature, LLC, Godrej SON Holdings, Inc., Namasté Laboratories, LLC, AFAM Concept, Inc. d/b/a JF Labs, Inc., McBride Research Laboratories, Inc., Avlon Industries, Inc., Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc., House of Cheatham, LLC, and Luster Products, Inc. filed a Joint Motion to Dismiss Plaintiffs' Complaint. (Dkt. No. 432.) That same day, these Defendants filed a Joint Motion to Strike Class Allegations and Punitive Damages Request in the Complaint. (Dkt. No. 433.) Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC (together "Revlon") also submitted a separate Motion to Strike Class Allegations Under Rule 23(d)(1)(D) and to Dismiss the Complaint. (Dkt. No. 435.)

On September 27, 2024, this Court issued orders on Defendants' Joint Motion to Dismiss and Joint Motion to Strike.[1] (Dkt. Nos. 852 and 853.) This Court denied Defendants' Joint Motion to Strike Class Allegations and Punitive Damages Request and granted in part Defendants' Joint Motion to Dismiss Plaintiffs' Complaint. Specifically, it dismissed Plaintiffs' causes of action for negligent misrepresentation/omission (Count Two) and fraudulent omission (Count Eleven) as well as their causes of action for violation of state consumer protection statutes (Count Seven) to the extent they were premised on alleged fraud. (Dkt. No. 852 at 34.) This Court also dismissed Plaintiffs' causes of action for negligence per se (Count Three) where they arose under the laws of the states of Arizona, California, Maryland, Nevada, and Pennsylvania, and dismissed Plaintiffs' causes of action for medical monitoring (Count Four) to the extent they arose under the laws of the states of Arizona, California, Maryland, Missouri, and Nevada. (*Id.*) This Court denied Defendants' Joint Motion to Dismiss Plaintiffs' Complaint in all other respects. On November 12, 2024, the aforementioned Defendants filed a Joint Answer to Plaintiffs' Complaint. (Dkt. No. 942.)

On December 18, 2025, the parties filed a Joint Status Report regarding the voluntary dismissal of former proposed class action representatives Angela Burton and Trisha Vaughn. (Dkt. No. 1630.) This Court granted Proposed Class Plaintiffs leave to file an amended complaint with substitute proposed class action representatives. (Dkt. No. 1637.) On January 9, 2026, Proposed Class Plaintiffs filed the First Amended Consolidated Class Action Complaint ("FAC"). (Dkt. No. 1660.) The FAC removed all presently dismissed plaintiffs, as well as any allegations unique to them, and added proposed representatives Amanda Perkins and Gwendolyn White. (*Id.*) Proposed Class Plaintiffs did not otherwise amend the causes of action and allegations in the initial

---

[1] This Court addressed Revlon's separate motion independently, denying both its Motion to Strike Class Allegations Under Rule 23(d)(1)(D) and its Motion to Dismiss the Complaint. (Dkt. No. 854.)

Complaint. (Dkt. No. 185.) To preserve them for appeal, Proposed Class Plaintiffs did not remove the aforementioned causes of action this Court previously dismissed.

The parties wish to avoid duplicative Rule 12 motions to dismiss and briefing on counts in the FAC already dismissed by this Court. Accordingly, to the extent the FAC re-pleads causes of action this Court dismissed from the initial Complaint, Proposed Class Plaintiffs stipulate that those causes of action are repleaded for preservation purposes only, they are considered by this Court and the Parties to be dismissed, and there is no need to address them in Defendants' responsive pleadings. Defendants stipulate that they will not address any repleaded causes of action in their responsive pleadings upon entry of an order pursuant to this stipulation. Furthermore, because Plaintiffs' FAC does not add new causes of action—but rather adds two new Plaintiffs asserting the same causes of action in states in which other Plaintiffs have already asserted those causes of action—Defendants intend to rely on the Joint Answer to Plaintiffs' Complaint (Dkt. No. 942) rather than filing an Answer to Plaintiffs' FAC.

Specifically, the parties request that this Court issue an order that this Court's rulings dated September 27, 2024, as to the original Complaint are hereby preserved and apply with equal force to Plaintiffs Perkins and White and, thus, Defendants need not challenge the previously-dismissed causes of action in Plaintiffs' FAC. The parties further request that the order reflect that Defendants' Joint Answer to Plaintiffs' Complaint (Dkt. No. 942) stand as their Answer to Plaintiffs' FAC and therefore Defendants need not file a separate responsive pleading to Plaintiffs' FAC.

DATED:  February 5, 2026                     Respectfully Submitted,

| /s/ John E. Tangren | /s/ Dennis S. Ellis |
|---|---|
| Edward A. Wallace<br>**WALLACE MILLER** | Dennis S. Ellis<br>Katherine F. Murray |

150 N. Wacker Dr., Suite 1100
Chicago, Illinois 60606
Tel.: 312-261-6193
Email: eaw@wallacemiller.com

*Plaintiffs' Liaison Counsel*

Diandra "Fu" Debrosse
**DICELLO LEVITT LLP**
505 20th Street North – Suite 1500
Birmingham, Alabama 35203
Tel.: 205-855-5700
Email: fu@dicellolevitt.com

*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
Tel.: 401-457-7700

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
Tel.: 202-566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
Tel.: 850-224-2020
Email: ben@bencrump.com

*Plaintiffs' Co-Lead Counsel*

*On behalf of Plaintiffs' Executive Committee:*

Brian Barr

Serli Polatoglu
**ELLIS GEORGE LLP**
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
T: (310) 274-7100
F: (310) 275-5697
dellis@ellisgeorge.com
kmurray@ellisgeorge.com
spolatoglu@ellisgeorge.com

Peter Siachos
**GORDON REES SCULLY MANSUKHANI LLP**
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
T: (973) 549-2500
F: (973) 377-1911
psiachos@grsm.com

Jonathan Blakley
**GORDON REES SCULLY MANSUKHANI LLP**
1 N. Franklin St., Suite 800
Chicago, IL 60606
T: (312) 565-1400
F: (312) 565-6511
jblakley@grsm.com

*Counsel for Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc., and SoftSheen-Carson LLC*

Robert A. Atkins
Daniel H. Levi
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
T: (212) 373-3000
ratkins@paulweiss.com
dlevi@paulweiss.com

Randy S. Luskey
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

4

**LEVIN PAPANTONIO LAW FIRM**
316 South Baylen Street
Pensacola, Florida 32502
Tel.: 850-435-7044
Email: bbarr@levinlaw.com

Stacy Hauer
**JOHNSON BECKER**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Tel.: 613-436-1804
Email: tbecker@johnsonbecker.com

Jayne Conroy
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: 212-257-8482
Email: jconroy@simmonsfirm.com

Kelly Dermody
**LIEFF CABRASER HEIMANN &
BERNSTEIN**
275 Battery Street, Suite 2900
San Francisco, California 94111
Tel.: 415-956-1000
Email: kdermody@lchb.com

Jennifer Hoekstra
**AYLSTOCK, WITKIN, KREIS, &
OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: 850-202-1010
jhoekstra@awkolaw.com

LaRuby May
**MAY JUNG, LLP**
3216 11th Place SE
Washington, DC 20032
Tel.: 202-869-3735
Email: laruby@mayjung.com

Rene F. Rocha
**MORGAN & MORGAN**
400 Poydras Street, Suite 1515

535 Mission Street, 24th Floor
San Francisco, CA 94105
T: (628) 432-5112
rluskey@paulweiss.com

David E. Cole
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
T: (202) 223-7348
dcole@paulweiss.com

Edward P. Abbot
**ECKERT SEAMANS CHERIN &
MELLOTT, LLC**
275 Madison Avenue, 10th Floor
New York, NY 10016
T: (646) 513-2358
eabbot@eckertseamans.com

*Counsel for Defendants Revlon, Inc., Revlon
Consumer Products Corporation, and Revlon
Group Holdings LLC*

Lori B. Leskin
E. Dean Harris Porter
**ARNOLD & PORTER KAYE SCHOLER,
LLP**
250 West 55th Street
New York, NY 10019
T: (212) 836-8641
F: (212) 836-8689
Lori.leskin@arnoldporter.com
Dean.Porter@arnoldporter.com

Rhonda R. Trotter
**ARNOLD & PORTER KAYE SCHOLER,
LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199
rhonda.trotter@arnoldporter.com

*Counsel for Defendants Strength of Nature
LLC; Strength of Nature Global LLC; and
Godrej SON Holdings*

3108976.1

5

New Orleans, Louisianna 70130
Tel.: 954-318-0268
Email: rrocha@forthepeople.com

Larry Taylor
**THE COCHRAN FIRM**
1825 Market Center Blvd #500
Dallas, Texas 75207
Tel.: 214-466-7620
Email: ltaylor@cochrantexas.com

Nevan Ward
**BEASLEY ALLEN**
2839 Paces Ferry Road SE, Suite 400
Atlanta, Georgia 30339
Tel.: 404-751-1162
Email: navan.ward@beasleyallen.com

*On behalf of Plaintiff's Steering Committee:*

Anne Andrews
**ANDREWS & THORNTON**
4701 Von Karman Avenue, Suite 300
Newport Beach, California 92660
Tel.: 949-748-1000
Email: aa@andrewsthronton.com

Greg Cade
**ENVIRONMENTAL LAW GROUP**
2160 Highland Avenue
Birmingham, Alabama 35205
Tel.: 205-328-9200
Email: GregC@elglaw.com

Thomas P. Cartmell
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Tel.: 816-701-1100
Email: tcartmell@wcllp.com

C. Andrew Childers
**CHILDERS, SCHLEUTER, & SMITH**
1932 North Druid Hills Road, Suite 100

Heidi Levine
Amanda M. Blau
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
T: (212) 839-5300
T: (212) 839-5441
hlevine@sidley.com
ablau@sidley.com

Caitlin P. Strauss
**SAUL EWING LLP**
1735 Market Street
Suite 3400
Philadelphia, PA 19103-7504
T: (215) 972-7153
caitlin.strauss@saul.com

Michael A. Jacobson
**SAUL EWING LLP**
161 North Clark Street
Suite 4200
Chicago, IL 60601
T: (312) 876-7121
michael.jacobson@saul.com

*Counsel for Defendant Namasté Laboratories, LLC*

Joseph J. Welter
Ryan M. Frierott
Jodi Dyan Oley
**GOLDBERG SEGALLA**
665 Main Street
Buffalo, NY 14203
T: (716) 566-5457
jwelter@goldbergsegalla.com
rfrierott@goldbergsegalla.com
joley@goldbergsegalla.com

*Attorneys for Defendant AFAM Concept, Inc. d/b/a JF Labs, Inc.*

| | |
|---|---|
| Atlanta, Georgia 30319<br>Tel.: 404-419-9500<br>Email: achilders@cssfirm.com | Richard J. Leamy, Jr.<br>Kristen A. Schank<br>Anna Morrison-Ricordati<br>**WIEDNER & MCAULIFFE, LTD.** |
| Erin Copeland<br>**FIBICH LEEBRON COPELAND**<br>**BRIGGS**<br>1150 Bissonnet Street<br>Houston, Texas 77005<br>Tel.: 713-751-0025<br>Email: ecopeland@fibichlaw.com | 1 N. Franklin St.<br>Suite 1900<br>Chicago, Illinois 60606<br>T: 312.855.1105<br>rjleamy@wmlaw.com<br>kaschank@wmlaw.com<br>amricordati@wmlaw.com |
| | *Attorneys for Defendant Avlon Industries, Inc.* |
| Maria Fleming<br>**NAPOLI SHKOLNIK**<br>1500 West 3rd Street<br>Cleveland, Ohio 44113<br>Tel.: 844-230-7676<br>Email: mfleming@napolilaw.com | Joseph P. Sullivan<br>Kevin A. Titus<br>Bryan E. Curry<br>**LITCHFIELD CAVO LLP**<br>303 W. Madison, Suite 300 |
| Lee Floyd<br>**BREIT BINIAZAN**<br>2100 East Cary Street, Suite 310<br>Richmond, Virginia 23223<br>Tel.: 804-351-9040<br>Email: lee@bbtrial.com | Chicago, IL 60606<br>T: 312-781-6677<br>F: 312-781-6630<br>sullivanj@litchfieldcavo.com<br>titus@litchfieldcavo.com<br>curry@litchfieldcavo.com |
| Kendra Y. Goldhirsch<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, 12th Floor<br>New York, New York 10016<br>Tel.: 888-480-1123<br>Email: goldhirsch@chaffinluhana.com | *Counsel for Defendant Beauty Bell*<br>*Enterprises, LLC f/k/a House of Cheatham,*<br>*Inc.* |
| Kristine Kraft<br>**SCHLICHTER BOGARD & DENTON**<br>100 South Fourth Street, Suite 1200<br>St. Louis, Missouri 63102<br>Tel.: 314-884-7706<br>Email: kkraft@uselaws.com | Patrick P. Clyder<br>Royce B. DuBiner<br>Zoë MJ Smith<br>**MCGUIREWOODS LLP**<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601-1818<br>T: (312) 849-8100<br>F: (312) 849-3690<br>pclyder@mcguirewoods.com<br>rdubiner@mcguirewoods.com |
| Buffy Martines<br>**LAMINCAK, PRITLE, & MARTINES**<br>5020 Montrose Blvd, 9th Floor<br>Houston, Texas 77066<br>Tel.: 713-292-2750 | R. Trent Taylor<br>Noriya Shahadat<br>**MCGUIREWOODS LLP** |

3108976.1                                7

| | |
|---|---|
| Email: buffym@lpm-triallaw.com | Gateway Plaza |
| | 800 East Canal Street |
| Melanie Muhlstock | Richmond, VA 23219-3916 |
| **PARKER WAICHMAN** | T: (804) 775-1182 |
| 6 Harbor Park Drive | F: (804) 225-5409 |
| Port Washington, NY 11050 | rtaylor@mcguirewoods.com |
| Tel.: 516-466-6500 | nshahadat@mcguirewoods.com |
| Email: mmuhlstock@yourlawyer.com | |
| | *Counsel for Defendant House of Cheatham* |
| David A. Neiman | *LLC* |
| **ROMANUCCI & BLANDIN, LLC** | |
| 321 North Clark Street, #900 | |
| Chicago, Illinois 60654 | |
| Tel.: 312-25308810 | Seth V. Alhadeff |
| Email: dneiman@rblaw.net | Ravika Rameshwar |
| | Audriana Rodriguez |
| Michelle Parfitt | **DINSMORE & SHOHL LLP** |
| **ASHCRAFT & GEREL, LLP** | Southeast Financial Center |
| 1825 K Street Northwest, Suite 700 | 200 S. Biscayne Blvd., Suite 2401 |
| Washington, DC 20006 | Miami, FL 33131 |
| Tel.: 703-824-4772 | T: (786) 957-1157 |
| Email: mparfitt@ashcraftlaw.com | Seth.Alhadeff@dinsmore.com |
| | Ravika.Rameshwar@dinsmore.com |
| | Audriana.Rodriguez@dinsmore.com |
| Syreeta Poindexter | |
| **BABIN LAW** | Matthew C. Wasserman |
| 65 East State Street, Suite 1300 | **DINSMORE & SHOHL LLP** |
| Columbus, Ohio 43215 | 222 W. Adams Street |
| Tel.: 614-412-0877 | Suite 3400 |
| Email: Syreeta.poindexter@babinlaws.com | Chicago, IL 60606 |
| | Matthew.Wasserman@dinsmore.com |
| EricaRae Garcia | |
| **WEITZ & LUXENBERG** | Adam Fox |
| 700 Broadway | **DINSMORE & SHOHL LLP** |
| New York, New York 10003 | 801 Pennsylvania Avenue N.W. |
| Tel.: 212-558-5825 | Suite 610 |
| Email: egarcia@weitzlux.com | Washington, D.C. 20004 |
| | P: (202) 559-3615 |
| Steve Rotman | F: (202) 372-9141 |
| **HAUSFELD** | Adam.Fox@dinsmore.com |
| One Marina Park Drive, Suite 1410 | |
| Boston, Massachusetts 02210 | *Counsel for Defendant, McBride Research* |
| Tel.: 617-207-0602 | *Laboratories, Inc.* |
| Email: srotman@hausfeld.com | |
| | |
| Richard W. Schulte | Melissa Fallah |
| **WRIGHT & SCHULTE** | Robert W. Petti |

865 South Dixie Drive
Vandalia, Ohio 45377
Tel.: 937-435-7500
Email: rschulte@yourlegalhelp.com

Ashlie Case Sletvold
**PFEIFFER WOLF CARR KANE**
**CONWAY & WISE, LLP**
6370 SOM Center Road, Suite 108
Cleveland, Ohio 44139
Tel.: 216-260-0808
Email: asletvodl@peifferwolf.com

L. Chris Stewart
**STEWART MILLE SIMMONS**
55 Ivan Allen Jr. Blvd NW, Suite 700
Atlanta, Georgia 30308
Tel.: 404-589-3476
Email: cstewart@smstrial.com

Aimee Wagstaff
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, Colorado 80203
Tel.: 720-208-9414
Email: awagstaff@wagstafflawfirm.com

Mikal Watts
**WATTS GUERRA**
4 Dominion Drive, Bld 3, Suite 100
San Antonio, Texas 78257
Tel. 210-447-0500
Email: mcwatts@wattsguerra.com

John E. Tangren
**DICELLO LEVITT LLP**
Ten North Dearborn Street Sixth Floor
Chicago, Illinois 60602
Tel.: 312.214.7900
Email: jtangren@dicellolevitt.com

Alyssa P. Fleischman
**MARON MARVEL**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 579-2018 (ofc)
mfallah@maronmarvel.com
rpetti@maronmarvel.com
afleischman@maronmarvel.com

*Counsel for Defendant Luster Products, Inc.*

3108976.1

9