**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Master Docket No. 1:23-cv-00818<br>MDL No. 3060<br>Hon. Mary M. Rowland |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PREVIOUSLY DISMISSED CAUSES OF ACTION IN PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Upon consideration of the parties' Stipulation Regarding Previously Dismissed Causes of Action in Plaintiffs' First Amended Consolidated Class Action Complaint ("FAC"), it is hereby ordered that all of Defendants' arguments raised in the Joint Motion to Dismiss and Joint Motion to Strike, as well as in Revlon's separate Motion to Dismiss and Motion to Strike (Dkt. Nos. 432, 433, and 435), Plaintiffs' responsive arguments (Dkt. Nos. 509, 510, and 521), and the Court's September 17, 2024, rulings on the original Complaint (Dkt. Nos. 852, 853, and 854) are preserved and apply with equal force to Plaintiffs Perkins and White. Specifically, Plaintiffs' causes of action for negligent misrepresentation/omission (Count Two) and fraudulent omission (Count Eleven) are dismissed. Plaintiffs' causes of action for violation of state consumer protection statutes (Count Seven) are also dismissed to the extent they were premised on alleged fraud, their causes of action for negligence per se (Count Three) are dismissed where they arose under the laws of the states of Arizona, California, Maryland, Nevada, and Pennsylvania, and their causes of action for medical monitoring (Count Four) are dismissed to the extent they arose under the laws of the states of Arizona, California, Maryland, Missouri, and Nevada. Defendants therefore need not challenge the previously-dismissed causes of action in Plaintiffs' FAC to preserve those arguments and rulings. It is further ordered that Defendants' Joint Answer to Plaintiffs' Consolidated Class

3109021.1

Action Complaint (Dkt. No. 942) stand as Defendants' Answer to Plaintiffs' FAC and Defendants therefore need not file a separate responsive pleading to Plaintiffs' FAC.


SO ORDERED.


DATED: _____     _____

Hon. Mary M. Rowland
United States District Court Judge

3109021.1