# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

In RE: Hair Relaxer Marketing, Sales Practices, And
Products Liability Litigation, et al.

                                               Plaintiff,

v.
                                            Case No.:
                                            1:23−cv−00818

                                            Honorable Mary
                                            M. Rowland

L'Oreal USA, Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 6, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: Upon consideration of the parties' Stipulation Regarding Previously Dismissed Causes of Action in Plaintiffs' First Amended Consolidated Class Action Complaint ("FAC"), it is hereby ordered that all of Defendants' arguments raised in the Joint Motion to Dismiss and Joint Motion to Strike, as well as in Revlon's separate Motion to Dismiss and Motion to Strike (Dkt. Nos. 432, 433, and 435), Plaintiffs' responsive arguments (Dkt. Nos. 509, 510, and 521), and the Court's September 17, 2024, rulings on the original Complaint (Dkt. Nos. 852, 853, and 854) are preserved and apply with equal force to Plaintiffs Perkins and White. Specifically, Plaintiffs 9; causes of action for negligent misrepresentation/omission (Count Two) and fraudulent omission (Count Eleven) are dismissed. Plaintiffs' causes of action for violation of state consumer protection statutes (Count Seven) are also dismissed to the extent they were premised on alleged fraud, their causes of action for negligence per se (Count Three) are dismissed where they arose under the laws of the states of Arizona, California, Maryland, Nevada, and Pennsylvania, and their causes of action for medical monitoring (Count Four) are dismissed to the extent they arose under the laws of the states of Arizona, California, Maryland, Missouri, and Nevada. Defendants therefore need not challenge the previously−dismissed causes of action in Plaintiffs' FAC to preserve those arguments and rulings. It is further ordered that Defendants' Joint Answer to Plaintiffs' Consolidated Class Action Complaint (Dkt. No. 942) stand as Defendants' Answer to Plaintiffs' FAC and Defendants therefore need not file a separate responsive pleading to Plaintiffs' FAC. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.