**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>Case No. 23 C 818<br>Judge Mary M. Rowland<br><br>**This document relates to:**<br>All Cases |

**JOINT STATUS REPORT FOR THE**
**MARCH 5, 2026 STATUS CONFERENCE BEFORE**
**THE HONORABLE MARY M. ROWLAND**

Co-Lead Counsel for Plaintiffs and counsel for Defendants provide this joint status report

in advance of the status conference scheduled for March 5, 2026.

## I. *Update on Bellwether Discovery*

### A. Status of Bellwether Plaintiff Depositions

As of February 26, 2026, Defendants have deposed 31 of the 32 Bellwether Plaintiffs. The deposition of the remaining Bellwether Plaintiff, Rosa Hauck, has been scheduled for March 2, 2026.

### B. Status of Bellwether Third Party Depositions

As of February 26, 2026, Defendants have noticed 94 depositions, including 53 doctors and/or healthcare professionals and 41 non-party witnesses. As of the date of this status report, 65 depositions have been conducted and an additional 14 depositions are scheduled, leaving 15 remaining to schedule prior to the close of bellwether discovery on March 18, 2026. Attached as Exhibit A is chart summarizing the status of these depositions.

### C. Status of Defendants' Discovery Responses in Bellwether Cases

The Bellwether Plaintiffs served the First Set of Interrogatories and First Requests for Production of Documents on Defendants on or about June 4, 2025. Following extensions, responses served by Defendants on or about September 2, 2025, and a series of meet and confer discussions on remaining deficiencies, the parties reached agreement on several issues and the majority of Defendants have provided supplemental responses. Plaintiffs' counsel are still reviewing these supplemental responses and the parties will continue to meet and confer to resolve potential remaining issues without court intervention unless necessary.

D.      Status of Defense Witness Bellwether Depositions/ 30(b)(6) Notices

**Plaintiffs' Position:**

Following the guidance provided by the Court during the January 29, 2026 Case Management Conference, counsel for Bellwether Plaintiffs met and conferred with defense counsel involved in the majority of the 32 bellwether cases in an effort to reach potential agreement regarding utilizing stipulations in lieu of 30(b)(6) depositions on the general topics of (1) warnings, labels, and instructions provided to a specific bellwether plaintiff; and (2) marketing, advertising, and promotion in the area where each specific bellwether plaintiff resided. Counsel for Bellwether Plaintiffs had met and conferred with counsel for Revlon on February 2, 2026, counsel for L'Oreal on February 3, 2026, and counsel for Namaste on February 4, 2026, per the Court's stipulated timeline. Dkt. No. 1697 29:9-16. During these meet and confers, certain defense counsel proposed a global approach to these stipulations (i.e., applicable to all relevant Bellwether Plaintiffs with agreed upon language for the majority of Wave One Defendants in the 32 bellwether cases) rather than individual stipulations for each individual Bellwether Plaintiffs and each Defendant. As such, per this understanding, Bellwether Plaintiffs' counsel undertook the process of drafting such global stipulations encompassing all Bellwether Plaintiffs and for which these stipulations would be applicable to each Defendants involved. These proposed stipulations have been sent to defense counsel involved in the initial meet and confers, including Defendants L'Oreal, Namaste, and Revlon and the Plaintiffs hope to meet and confer to finalize these stipulations. Should the parties be unable to come to an agreement, Plaintiffs will proceed with any needed 30(b)(6) depositions as necessary to secure this evidence for trial. Notwithstanding, we are optimistic that the stipulation process will obviate the need for these noticed deposition topics.

**Defendants' Position**:

Following the January 29, 2026 Case Management Conference, the Court issued an Order instructing Plaintiffs, by February 5, 2026, to "issue narrowed discovery requests to Defendants specifically tailored to questions of marketing, advertising, labeling, warnings, and instructions as relevant to particular Plaintiffs and as informed by past general and case specific discovery." ECF No. 1695. Plaintiffs did not provide Defendants with any narrowed discovery requests by that date, or by any subsequent date. Plaintiffs did contact certain Defendants on or around February 3, 2026 to inform them that they would be preparing stipulations in lieu of Rule 30(b)(6) depositions, but did not provide those stipulations by February 5, 2026. With no further word from Plaintiffs, the issue arose during the parties' JSR meet and confer discussion held on February 16, 2026. At that meeting, Plaintiffs represented that they would be sending draft stipulations to Defendants within 24-48 hours. Plaintiffs sent draft stipulations to Namaste a week later, on February 23, 2026, to L'Oréal USA on February 24, 2026 and to Revlon on February 25, 2026, days before this JSR was to be filed, which Defendants are reviewing. The remaining defendants have not heard back from Plaintiffs. Given Plaintiffs' failure to serve any narrowed requests in the timeline set by the Court, Plaintiffs should be precluded from seeking any additional Rule 30(b)(6) depositions.

## II. *General Causation Expert Depositions*

The depositions of Plaintiffs' general causation experts are proceeding, with seven completed and three more to take. The depositions of Plaintiffs' experts Mr. Atwood, Dr. Pugliese and Dr. Crowley were postponed due to personal reasons on the Plaintiffs' side and/or weather, and are rescheduled to take place on March 6, March 11 and March 12 by agreement of the parties. In addition, Plaintiffs initially designated eleven (11) experts on general causation, but on February 18, 2026, Plaintiffs withdrew one of their designated experts, Dr. Gerstman (epidemiology), leaving ten (10).

As to Defendants' general causation expert depositions, Plaintiffs asked to move the depositions of Dr. Goodman from February 11 to February 26 (later rescheduled again due to weather), Dr. Barlow from February 20 to March 30, Dr. Burgess from February 24 to March 9, Dr. Weed from February 26 to March 20, and Dr. Adams-Campbell from March 2 to a later date that has not been decided. Additional depositions have also been rescheduled due to weather. The parties have worked collaboratively to reschedule these depositions and do not expect the changes will impact the general causation briefing deadlines previously set by the Court at this time.

## III. *Rule 702 Briefing*

**Defendants' Position:**

Defendants' motions under Fed. R. Evid. 702 are due April 1, 2026. Based on their review of the reports and depositions taken to date, Defendants currently expect to challenge the admissibility of all ten (10) of Plaintiffs' designated experts. As is often the case in MDLs involving multiple, overlapping experts, and to streamline the briefing process and the need for repetition of duplicative arguments that apply across several expert challenges, Defendants seek leave to file a single brief in support of its motions of up to 100 pages (as opposed to 10 separate briefs of up to 15 pages each under the local rules). Plaintiffs would have 100 total pages for their opposition, and Defendants would have 50 pages in reply. Defendants have conferred with Plaintiffs as to this proposal and, to date, have not received a response as to Plaintiffs' position. Defendants will be prepared to address this issue at the upcoming Case Management Conference.

**Plaintiffs' Position**

The PSC understands Defendants intend to move for *Daubert* and Rule 702 on all of the PSC's designated general causation experts, including the experts whose depositions have not yet occurred. In light of this scattershot approach to their Rule 702 motions, Plaintiffs believe that there is no reason to deviate from the general rules and each motion should be presented in a separate brief for each expert, as is common in most MDLs. Because the Defendants believe they can accomplish their briefing in 100 pages, the PSC believes each brief should not exceed 10 pages, an opposition not to exceed 15 pages, and a reply not to exceed 5 pages. *See* LR7.1. This will allow the parties and the Court to clearly crystalize the issues related to each individual expert's qualifications, principles, and methodology. To do as Defendants suggest risks confusing and conflating Defendants' challenges as between experts and permit the Defendants to use their

3

combined page limit to use significantly more pages than they are otherwise permitted to challenge one expert by "borrowing" pages from one expert challenge to another.

## IV. *Case Management*

Short Form Complaint Service Delinquencies

One Plaintiff has failed to effectuate timely service of her Short Form Complaints ("SFC") despite notice and opportunity to do so. In accordance with the Court's prior orders in similar instances (*see*, *e.g*., ECF 1525, ordering Plaintiffs with SFC service delinquencies to cure the delinquency by a date certain following the November Case Management Conference), Defendants request that the Court order the plaintiff identified in the table below to serve her Short Form Complaint by March 12, 2026, or her case should be dismissed.

On December 1, 2025, Defendants sent by email to *pro se* Plaintiff Williemae Young (copying Plaintiffs' *Pro Se* Liaison) notice of failure to timely serve her SFC. Plaintiff Young filed her SFC on March 27, 2024, and service of her SFC was due no later than June 25, 2024. Fed. R. Civ. Pro. 4 (service of a complaint is due within ninety (90) days of filing).

CMO 8 provides that "a Defendant may not move to dismiss a complaint for failure to effectuate service unless and until that Defendant provides sixty (60) days written notice to plaintiff and provides an opportunity to effectuate service." CMO 8 (Dkt. 249), Sec. IV.E. For Plaintiff Young, the 60-day window closed no later than January 29, 2026. On February 13, 2026, Defendants reminded Plaintiff of her delinquent SFC service and stated that Defendants would raise it as an agenda item on the next JSR if Plaintiff remained delinquent. As of February 26, 2026, Plaintiff Young still has not served her SFC. Defendants request that the Court order this Plaintiff to serve her Short Form Complaint by March 12, 2026, or her case should be dismissed.

| MDLC Pltf ID | Current Cause # | Case Name | Plaintiff Firm Filing SFC | Case Filed Date |
|---|---|---|---|---|
| 17585 | 1:24-cv-02483 | Young, Williemae Harriet | Pro se | 3/27/2024 |

## V. *Second Wave Defendants*

On December 4, 2025, the Court granted the Second Wave Defendants' unopposed motion to stay discovery deadlines [ECF 1583]. The parties have met and conferred and agreed to continue the stay for an additional ninety (90) days (to June 5, 2026) for the Second Wave Defendants as follows: Advanced Beauty, Inc., Bronner Bros., Dudley Beauty Corp., LLC, John Paul Mitchell Systems, Murrays Worldwide, Inc., and Wella. Therefore, the PSC and these Second Wave Defendants respectfully request the Court extend the stay on discovery deadlines for these six Second Wave Defendants until June 5, 2026.

Dated: February 26, 2026

FOR PLAINTIFFS:                              FOR DEFENDANTS:

Respectfully Submitted,

*/s/Edward A. Wallace*
Edward A. Wallace
**WALLACE MILLER**
200 W. Madison Street, Suite 3400
Chicago, Illinois 60606
T: (312) 261-6193
Email: eaw@wallacemiller.com
*Plaintiffs' Liaison Counsel*

Diandra "Fu" Debrosse Zimmermann
**DICELLO LEVITT LLC**
505 20th Street North, Suite 1500
Birmingham, Alabama 35203
T: (312) 214-7900
Email: fu@dicellolevitt.com
*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
T: (401) 457-7700
Email: ffitzpatrick@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
One State Street, 35th Floor
New York, New York 10004
T: (212) 566-7500
Email: mlondon@douglasandlondon.com
*Plaintiffs' Co-Lead Counsel*

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
T: (850) 224-2020
Email: ben@bencrump.com
*Plaintiffs' Co-Lead Counsel*

Respectfully Submitted,

*/s/ Heidi Levine*
Heidi Levine
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
T: (212) 839-5300
hlevine@sidley.com
*Defense Liaison Counsel and Counsel for Defendant Namasté Laboratories, LLC*

Daniel A. Spira
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
T: (312) 853-7274
dspira@sidley.com

Amanda M. Blau
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
T: (212) 839-5441
ablau@sidley.com

Caitlin P. Strauss
**SAUL EWING LLP**
1735 Market Street
Suite 3400
Philadelphia, PA 19103-7504
T: (215) 972-7153
caitlin.strauss@saul.com

Michael A. Jacobson
**SAUL EWING LLP**
161 North Clark Street
Suite 4200
Chicago, IL 60601
T: (312) 876-7121
michael.jacobson@saul.com
*Counsel for Defendant Namasté Laboratories, LLC*

5

Dennis S. Ellis
Katherine F. Murray
Serli Polatoglu
**ELLIS GEORGE LLP**
2121 Avenue of the Stars
Suite 3000, 30th Floor
Los Angeles, CA 90067
T: (310) 274-7100
F: (310) 275-5967
dellis@ellisgeorge.com
kmurray@ellisgeorge.com
spolatoglu@ellisgeorge.com

Jonathan Blakley
**GORDON REES SCULLY MANSUKHANI LLP**
1 N. Franklin St., Suite 800
Chicago, IL 60606
T: (312) 565-1400
F: (312) 565-6511
jblakley@grsm.com

Peter Siachos
**GORDON REES SCULLY MANSUKHANI LLP**
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
T: (973) 549-2500
F: (973) 377-1911
psiachos@grsm.com
*Counsel for Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc. and SoftSheen-Carson LLC*

Lori B. Leskin
E. Dean Harris Porter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
250 West 55th Street
New York, NY 10019
T: (212) 836-8641
F: (212) 836-8689
Lori.leskin@arnoldporter.com
Dean.Porter@arnoldporter.com

Rhonda R. Trotter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199

6

Rhonda.trotter@arnoldporter.com
*Counsel for Defendants Strength of Nature LLC; Strength of Nature Global LLC; and Godrej SON Holdings*

Patrick P. Clyder
Royce B. DuBiner
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
T: (312) 849-8100
F: (312) 849-3690
pclyder@mcguirewoods.com
rdubiner@mcguirewoods.com
*Counsel for Defendant House of Cheatham LLC*

Joseph P. Sullivan
Kevin A. Titus
Bryan E. Curry
**LITCHFIELD CAVO LLP**
303 W. Madison, Suite 300
Chicago, IL 60606 T: 312-781-6677 F: 312-781-6630 sullivanj@litchfieldcavo.com
titus@litchfieldcavo.com
curry@litchfieldcavo.com
*Counsel for Defendant Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc.*

Richard J. Leamy, Jr.
Kristen A. Schank
Anna Morrison Ricordati
**WIEDNER & MCAULIFFE, LTD.**
1 N. Franklin St., Suite 1900 Chicago, Illinois 60606
T: (312) 855-1105
rjleamy@wmlaw.com
kaschank@wmlaw.com
amricordati@wmlaw.com
*Counsel for Defendant Avlon Industries, Inc.*

Melissa Fallah
Robert W. Petti
Alyssa P. Fleischman
**MARON MARVEL**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 579-2018
mfallah@maronmarvel.com
rpetti@maronmarvel.com

7

afleischman@maronmarvel.com
*Counsel for Defendant Luster Products, Inc.*

Robert A. Atkins
Daniel H. Levi
Shimeng (Simona) Xu
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
T: (212) 373-3000
ratkins@paulweiss.com
dlevi@paulweiss.com
sxu@paulweiss.com

Randy S. Luskey
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
T: (628) 432-5112
rluskey@paulweiss.com

David E. Cole
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
T: (202) 223-7348
dcole@paulweiss.com

Edward P. Abbot
**ECKERT SEAMANS CHERIN &MELLOT, LLC**
275 Madison Avenue, 10th Floor
New York, NY 10016
T: (646) 513-2358
eabbot@eckertseamans.com
*Counsel for Defendants Revlon, Inc., Revlon Consumer Products
Corporation, and Revlon Group Holdings LLC*

Heidi Levine
**SIDLEY AUSTIN LLP**
787 7th Ave
New York, NY 10019
T: (212) 839-5300
hlevine@sidley.com

8

Lisa M. Gilford
**SIDLEY AUSTIN LLP**
555 W 5th St.
Los Angeles, CA 90013
T: (213) 896-6000
lgilford@sidley.com

Colleen M. Kenney
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
T: (312) 853-2666
ckenney@sidley.com

Yvette Ostolaza
Amanda Crawford-Steger
**SIDLEY AUSTIN LLP**
2021 McKinney Ave., Ste. 2000
Dallas, TX 75201
T: (214)981-3496
yostolaza@sidley.com
asteger@sidley.com
*Counsel for Defendant Sally Beauty Supply LLC*

Joseph J. Welter
Ryan M. Frierott
**GOLDBERG SEGALLIA**
665 Main Street
Buffalo, NY 14203
T: (716) 566-5457
jwelter@goldbergsegalla.com
rfrierott@goldbergsegalla.com
*Counsel for AFAM Concept, Inc.*

Seth V. Alhadeff
Ravika Rameshwar
Matthew C. Wasserman
**DINSMORE & SHOHL LLP**
Southeast Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131
T: (786) 957-1157
Seth.Alhadeff@dinsmore.com
Ravika.Rameshwar@dinsmore.com
Matthew.Wasserman@dinsmore.com

Matthew C. Wasserman
**DINSMORE & SHOHL LLP**
222 W. Adams Street, Suite 3400
Chicago, IL 60606
T: (312) 837-4316
Matthew.Wasserman@dinsmore.com

Adam Fox
**DINSMORE & SHOHL LLP**
801 Pennsylvania Avenue N.W., Suite 610
Washington, D.C. 20004
T: (202) 559-3615
F: (202) 372-9141
Adam.Fox@dinsmore.com
*Counsel for Defendant, McBride Research Laboratories, Inc.*

Ashley C. Webber
Emily D. Robinson
**MARSH ATKINSON & BRANTLEY, LLC**
271 17th Street NW, Suite 1600
Atlanta, GA 30363
T: (404) 282-5050
ashley.webber@mablawfirm.com
emily.robinson@mablawfirm.com
*Counsel for Defendant, Dudley Beauty Corp, LLC*

Daniel L. Stanner
Ashley Crettol Insalaco
Megan E. Ryan
**TABET DIVITO & ROTHSTEIN LLC**
209 S. LaSalle Street, 7th floor
Chicago, IL 60604
T: (312) 762-9450
dstanner@tdrlaw.com
ainsalaco@tdrlaw.com
mryan@tdrlaw.com
*Counsel for Defendant RNA Corporation*

Nancy L. Patterson
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street
Suite 4000
Houston, TX 77002
T: (713) 890-5000
F: (713) 890-5001
nancy.patterson@morganlewis.com

10

Mark A. Fiore
**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ 08540-6241
T: (609) 919-6600
F: (877) 432-9652
mark.fiore@morganlewis.com
*Counsel for Defendant John Paul Mitchell Systems, Inc.*

Leslie A. Federer, ARDC #6325614
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 767-1314
lfederer@maronmarvel.com

Robert E. Dille (*pro hac vice*)
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
201 St. Charles Ave., Suite 2411
New Orleans, Louisiana 70170
T: (504) 321-9331
rdille@maronmarvel.com
*Counsel for Defendant Murray's Worldwide, Inc.*

11

# EXHIBIT A

| Case Name | Deponent | Relationship to Plaintiff | Correspondence to Plaintiffs' Counsel with Notice | Deposition Confirmed (Y/N) | Status/Issues As of 2/26/2026 |
|---|---|---|---|---|---|
| Alexander, Gwendolyn | Cynthia Couch | Sister | 12/12/2025 | Y | Deposition Completed: January 31, 2026 |
| Alexander, Gwendolyn | Dr. Patrick Timmons | Surgeon | 12/12/2025 | Y | Confirmed Deposition Date: March 6, 2026 |
| Alexander, Gwendolyn | Dr Russell Wenacur | PCP | 12/12/2025 | Y | Confirmed Deposition Date: March 3, 2026 |
| Batiste, Barbara | Dionne Johnson | Stylist | 12/15/2025 | Y | Confirmed Deposition Date: March 4, 2026 |
| Batiste, Barbara | Dr. Jessica Shank | Surgeon | 12/15/2025 | Y | Deposition Completed: February 2, 2026 |
| Batiste, Barbara | Makeesa Batiste | Daughter | 1/7/2026 | Y | Deposition Completed: February 9, 2026 |
| Blaxton, Kimberly | Dr. Bradley Sabin | PCP | 12/21/2025 | Y | Deposition Completed: February 5, 2026 |
| Blaxton, Kimberly | Dr. Michael Lowe | Surgeon | 12/21/2025 | Withdrawn | Withdrawn due to health issues and replaced with Dr. Zarzour, plaintiff's oncologist. |
| Blaxton, Kimberly | Dr. Ahmad Zarzour | Oncologist | 2/24/2025 | N | Deposition subpoena delivered on February 17, 2025. Defense counsel has contacted his office several times attempting to schedule the deposition but has not heard back. Defense counsel emailed a firm that represents the physician's hospital to request assistance with scheduling the deposition. Plaintiff's counsel was copied on this email. |
| Blaxton, Kimberly | Stephanie White | Daughter | 12/21/2025 | Y | Deposition Completed: January 28, 2026 |
| Boatwright, Bridget | Yisel Mendez De Murray | Stylist | 12/23/2025 | Withdrawn | This witness is a stylist Plaintiff identified as having applied HRL products on Plaintiff. The salon address listed in Plaintiff's interrogatory responses for this witness is not accurate as the salon is no longer in business. Defendants have tried numerous public records searches to locate a home or alternative business address for a stylist with this name (including locating a photo of a potential match for this witness). Defendants provided the photo to Plaintiff's counsel and asked if Plaintiff could confirm if the photo is the correct stylist. Plaintiff's counsel did not respond to multiple emails requesting assistance. Accordingly, Defendants could no longer pursue this witness at this time but reserve the right to renew efforts and to take this deposition should this case be selected in the next Bellwether round.<br><br>**Plaintiff's Response:** Plaintiff has no objection to Defendants seeking Ms. Mendez De Murray's deposition in the next phase of the case should Ms. Boatwright proceed. To provide additional context, Plaintiffs' counsel has no control over the third-party deponents sought by the Defendants; given this lack of control or relationship, Plaintiffs cannot always provide additional assistance in scheduling depositions. However, Plaintiffs' counsel have assisted where possible by coordinating the scheduling of the depositions of their client's friends, family members, hair stylists, and at times medical professionals. Plaintiffs have done this despite the numerous instances in which Defense Counsel have unilaterally confirmed deposition dates without the input of Plaintiffs' Counsel, without any notice to Plaintiffs' Counsel (other than the service of an amended notice), and without regard for Plaintiffs' Counsel's schedule. |

| Boatwright, Bridget | Dicauri Lewis | Stylist | 1/29/2026 | Withdrawn | This witness is a stylist Plaintiff identified as having applied HRL products on Plaintiff. Defendants served this witness. However, the witness refuses to appear (even virtually) for a deposition over fear that the subpoena is a "scam". Defendants sent multiple emails explaining this to Plaintiff's counsel and asked for Plaintiff's assistance in getting the witness's compliance. Plaintiff's counsel did not respond. Accordingly, Defendants could no longer pursue this witness at this time but reserve the right to renew efforts and to take this deposition should this case be selected in the next Bellwether round.<br><br>**Plaintiff's Response:** Plaintiff has no objection to Defendants seeking Dicauri Lewis's deposition in the next phase of the case should Ms. Boatwright proceed. To provide additional context, Plaintiffs' counsel has no control over the third-party deponents sought by the Defendants; given this lack of control or relationship, Plaintiffs cannot always provide additional assistance in scheduling depositions. However, Plaintiffs' counsel have assisted where possible by coordinating the scheduling of the depositions of their client's friends, family members, hair stylists, and at times medical professionals. Plaintiffs have done this despite the numerous instances in which Defense Counsel have unilaterally confirmed deposition dates without the input of Plaintiffs' Counsel, without any notice to Plaintiffs' Counsel (other than the service of an amended notice), and without regard for Plaintiffs' Counsel's schedule. |
|---|---|---|---|---|---|
| Boatwright, Bridget | Khadedra Darby | Daughter | 2/20/2025 | N | Subpoena Served 2/21/25. Deposition Noticed for March 3, 2026. |
| Boatwright, Bridget | Dawanna Gadson | Daughter | 2/16/2026 | Withdrawn | Ceasing efforts to depose witness at this time and seeking the deposition of sibling. |
| Boatwright, Bridget | Dr. Jennifer Mueller | Surgeon | 12/23/2025 | Y | Deposition Completed: February 9, 2026 |
| Boatwright, Bridget | Anthony Johnson | Partner/Boyfriend | 12/23/2025 | Y | Deposition Completed: February 11, 2026 |
| Byrd, Tracey | Deserea Byrd | Daughter | 12/16/2025 | Y | Deposition Completed: January 29, 2026 |
| Byrd, Tracey | Heather Galiyano | Friend | 12/11/2025 | Y | Deposition Completed: February 6, 2026 |
| Byrd, Tracey | Dr. Randolph Deger | Gynecologist Oncologist | 1/7/2026 | Y | Deposition Completed: January 29, 2026 |
| Byrd, Tracey | Dr. Suzanne Adamson | Gynecologist | 12/11/2025 | Withdrawn | Withdrawn due to inability to locate witness. |
| Chattman, Carrie | Dr. Mauro Diez | Gynecologist | 12/11/2025 | Y | Confirmed Deposition Date: March 4, 2026 |
| Chattman, Carrie | Dr. Veronica Schimp | Oncologist | 12/11/2025 | Y | Deposition Completed: January 20, 2026 |
| Chattman, Carrie | Dr. Jeseem Khan | PCP | 2/20/2025 | N | Subpoena package issued, but not been served. Tentatively scheduled for March 16, 2026. |

| Chattman, Carrie | Dr. Luz Ramos-Vivas | PCP | 12/11/2025 | Postponed | Defendants served a subpoena on Ms. Chattman's primary care physician, Dr. Ramos, at the facility identified in Plaintiffs' medical records, but were informed he did not work there. The facility directed Defendants to a few other facilities, but those facilities directed Defendants back to the original facility. Due to not being able to procure his deposition, Defendants identified a substitute fact witness in order to complete the deposition by March 18, but reserve the right to seek Dr. Ramos' deposition should Ms. Chattman proceed into the next phase of the case.<br><br>**Plaintiff's Response:** Plaintiff has no objection to Defendants seeking Dr. Ramos' deposition in the next phase of the case should Ms. Chattman proceed. To provide additional context, Plaintiffs' counsel has no control over the third-party deponents sought by the Defendants; given this lack of control or relationship, Plaintiffs cannot always provide additional assistance in scheduling depositions. However, Plaintiffs' counsel have assisted where possible by coordinating the scheduling of the depositions of their client's friends, family members, hair stylists, and at times medical professionals. Plaintiffs have done this despite the numerous instances in which Defense Counsel have unilaterally confirmed deposition dates without the input of Plaintiffs' Counsel, without any notice to Plaintiffs' Counsel (other than the service of an amended notice), and without regard for Plaintiffs' Counsel's schedule. |
|---|---|---|---|---|---|
| Edgar, Joanne | Kim Edgar | Husband | 12/19/2025 | Y | Deposition Completed: January 28, 2026 |
| Edgar, Joanne | Shelly Holmes | Sister | 12/19/2025 | Y | Deposition Completed: January 31, 2026 |
| Edgar, Joanne | Dr. Daniel Tobias | Oncologist | 12/19/2025 | Y | Confirmed Deposition Date: March 12, 2026 |
| Felton, Eunice Marie | Dr. Belvia Carter | Gynecologist | 12/9/2025 | Y | Confirmed Deposition Date: March 6, 2026 |
| Felton, Eunice Marie | Dr. Joseph Santoso | Surgeon | 12/9/2025 | Postponed | Deferred discussions with witness. |
| Felton, Eunice Marie | Cassandra Body | Sister | 12/9/2025 | Y | Deposition Completed: January 23, 2026 |
| Felton, Eunice Marie | Renee Garner Wright | Stylist | 1/28/2026 | Y | Deposition Completed: February 22, 2026. |
| Fennell, Charlene Annette | Maya Mann, N.P. | Nurse Practitioner | 12/15/2025 | Y | Deposition Completed: January 26, 2026 |
| Fennell, Charlene Annette | Dr. Noah Goldman | Oncologist | 12/15/2025 | Y | Deposition Completed: February 10, 2026 |
| Fennell, Charlene Annette | Shavone Fennell | Daughter | 12/15/2025 | Y | Deposition Completed: January 27, 2026 |
| Fields, Elendra | Dr. Ronald Fiore | Neurologist | 12/17/2025 | Y | Confirmed Deposition Date: March 5, 2026 |
| Fields, Elendra | Dr. Pui C. Cheng | Surgeon | 12/17/2025 | Y | Confirmed Deposition Date: March 9, 2026 |
| Fields, Elendra | Dylan Fields | Son | 12/17/2025 | Y | Deposition Completed: February 4, 2026 |
| Ford, Gloria | Kenneth Ford | Husband | 12/23/2025 | Y | Deposition Completed: February 5, 2026 |
| Ford, Gloria | Dr. Rae L. Kennedy | Gynecologist | 12/23/2025 | N | Working with counsel for witness to schedule deposition |
| Ford, Gloria | Dr. Andrew Saltzman | Surgeon | 12/23/2025 | Y | Deposition Completed: February 24, 2026 |
| Fullard, Felicia | Eryn Fullard | Daughter | 12/12/2025 | Y | Deposition Completed: January 27, 2026 |
| Fullard, Felicia | Dr. Ebenezer Nettey | Surgeon | 12/12/2025 | Withdrawn | Withdrawn because witness unable to sit for deposition due to medical condition. |

| Fullard, Felicia | Dr. Charles Boice | Surgeon | 1/20/2026 | Postponed | Unable to contact witness and suspending efforts at this time. Reserve the right to renew efforts and to take this deposition should this case be selected in the next Bellwether round. |
|---|---|---|---|---|---|
| Fullard, Felicia | Troy Fullard-Hopson | Husband | 2/5/2026 | Y | Confirmed  Deposition Date: March 2, 2026 |
| Fullard, Felicia | Dr. Kanika Hampton-Bipat | PCP | 12/12/2025 | Withdrawn | Witness stopped responding to scheduling requests from plaintiff and defense counsel. Letter sent on 2/23/2026 outling communicaitons with witness. Despite extensive attempts to confirm a deposition date, efforts are being suspended at this time and reserve the right to depose Dr. Hampton-Bipat should Plaintiff 's case be selected in the next Bellwether round.   Seeking deposition of Dr. Estelle Cooke-Sampson. |
| Fullard, Felicia | Dr. Estelle Cooke-Sampson | Diagnostic Radiologist | 2/25/2026 | N | Subpoena package issued, but not been served.  Tentatively scheduled for March 13, 2026. |
| Garrett, Vicki | Tina Keene | Sister | 12/21/2025 | Y | Deposition Completed: January 27, 2026 |
| Garrett, Vicki | Dr. Aaron Newcomb | PCP | 12/21/2025 | Y | Deposition Completed: January 28, 2026 |
| Garrett, Vicki | Dr. Joseph Jacob | Oncologist | 12/21/2025 | Y | Confirmed Deposition Date: March 13, 2026 |
| Harris, Tonja | Dr. Beth Reid Delaney | Gynecologist | 12/21/2025 | Y | Deposition Completed: January 28, 2026 |
| Harris, Tonja | Dr. Corinne Jeppson | Oncologist | 12/21/2025 | Y | Deposition Completed: January 30, 2026 |
| Harris, Tonja | Stephanie Mack | Sister | 12/21/2025 | Y | Deposition Completed:  January 21, 2026 |
| Hauck, Rosa | Dr. Holly Gallion | PCP | 12/24/2025 | Y | Deposition Completed: February 9, 2026 |
| Hauck, Rosa | Dr. Christopher Desimone | Surgeon | 12/24/2025 | Y | Deposition Completed: February 4, 2026 |
| Hix, Joyce | Meghan Brooks, PA-C | PCP | 12/26/2025 | Y | Deposition Completed: February 9, 2026 |
| Hix, Joyce | Dr. Michael W. Bevers | Oncologist | 12/22/2025 | Y | Deposition Completed: February 9, 2026 |
| Hobbs, Jennifer | Kevin Edwards | Partner/Boyfriend | 12/23/2025 | Y | Deposition Completed: January 26, 2026 |
| Hobbs, Jennifer | Dr. Larry Kilgore | Surgeon | 12/23/2025 | Y | Deposition Completed: January 27, 2026 |
| Hobbs, Jennifer | Dr. Brittany Dixon | PCP | 12/23/2025 | Y | Deposition Completed: February 5, 2026 |
| Hunter, Beverly | Dr. Carrie L. Bender | PCP | 12/11/2025 | Y | Deposition Completed: February 10, 2026 |
| Hunter, Beverly | Dr. Mark S. Shahin | Oncologist | 12/11/2025 | Y | Deposition Completed: February 9, 2026 |
| Hunter, Beverly | Keisha Queen McKay | Daughter | 12/11/2025 | Y | Deposition Completed: January 30, 2026 |
| Jackson, Areecia Denise | Dr. Maggie E. Chacko | PCP | 12/15/2025 | Y | Deposition Completed: February 4, 2026 |
| Jackson, Areecia Denise | Lykeisha Lambert | Cousin | 12/15/2025 | Postponed | Witness properly served and deposition noticed for 2/5/2026. Witness did not respond to subpoena and deposition cancelled.  Due to difficulties in contancting wtiness, seeking the deposition of plaintiff's PCP. |
| Jackson, Areecia Denise | Dr. Ronald K. Potkul | Oncologist | 12/15/2025 | Y | Deposition Completed: February 4, 2026 |
| Jackson, Areecia Denise | Dr. Emily Lovaasen | PCP | 2/25/2026 | N | Subpoena package issued, but not served.  Tentatively scheduled for March 13, 2026. |
| James, Emma | Dr. William Kamanda | Gynecologist | 12/23/2025 | N | Initial subpoena packet was returned and "undeliverable". Witness recntly located and is available for a March 11th deposition or a Saturday if needed. |
| James, Emma | Denise Haylor | NSG HR Chief Officer (Employer) | 12/23/2025 | N | Witness is located outside of the country and unable to effectuate service. Considering withdrawing subpoena and deposing another witness |
| James, Emma | Beverly Donaldson | Stylist | 12/23/2025 | N | Unable to locate witness at this time. Considering withdrawing subpoena and deposing another witness. |
| Jones, JoAnne | Ebony Jones | Daughter/Caregiver | 12/23/2025 | Y | Confirmed Deposition Date: March 8, 2026 |

| | | | | | |
|---|---|---|---|---|---|
| Jones, JoAnne | Dr. Timothy Doyle | PCP | 12/23/2025 | N | Unable to contact witness through his employers from the past 10 years. Considering withdrawing subpoena and deposing another witness. |
| Jones, JoAnne | Dr. Dwight Im | Gynecologic Surgeon | 12/23/2025 | N | Witness deposed in another case and does not want to sit for another deposition.  Plaintiff's counsel (Dicello Levitt) is working with us to create a stipulation with Dr. Im's counsel where we agree to only ask certain questions. Dr. Im's counsel is also requesting an affidavit instead. |
| Mazyck, Valerie | Dr. Dwight D. Im | Oncologist | 12/4/2025 | Y | Deposition Completed: January 27, 2026 |
| Mazyck, Valerie | Karren Mazyck | Sister | 12/4/2025 | Y | Deposition Completed: January 28, 2026 |
| Mazyck, Valerie | Danielle Turner | Niece | 12/4/2025 | Y | Deposition Completed: January 28, 2026 |
| Robinson, Rosa | Dr. George A. Sirotenko | PCP | 12/11/2025 | Y | Deposition Completed: January 22, 2026 |
| Robinson, Rosa | Dr. Amanda Victory | Gynecologist | 12/11/2025 | Y | Deposition Completed: January 22, 2026 |
| Robinson, Rosa | Juan Robinson | Husband | 12/11/2025 | Y | Deposition Completed: February 11, 2026 |
| Robinson, Sara | Dr. John Hoff | Oncologist | 12/10/2025 | Y | Deposition Completed: January 23, 2026 |
| Robinson, Sara | Dr. Leslie Scott | Gynecologist | 12/10/2025 | Y | Deposition Completed: February 6, 2026 |
| Robinson, Sara | Kenneth Robinson | Husband | 12/22/2025 | Y | Deposition Completed: February 13, 2026 |
| Roland, Karen Elisa | Dr. Anthony Costales | Oncologist | 12/4/2025 | Y | Deposition Completed: January 29, 2026 |
| Roland, Karen Elisa | Latrice Tarver Gates | Stylist | 12/4/2025 | Y | Deposition Completed: January 28, 2026 |
| Roland, Karen Elisa | Debra Hill | Friend | 12/4/2025 | Y | Deposition Completed: January 28, 2026 |
| Smith, Barbara Jean | Lonell Mays (Lydell Mayes) | Stylist | 12/9/2025 | Y | Deposition Completed: January 14, 2026 |
| Smith, Barbara Jean | Dr. David Lillich | PCP | 12/9/2025 | Y | Confirmed  Deposition Date: March 10, 2026 |
| Smith, Barbara Jean | Dr. Janet Rader | Oncologist | 12/9/2025 | Y | Deposition Completed: February 16, 2026 |
| Smith, Karla | Dr. Blair Smith | Oncologist | 1/2/2026 | Y | Deposition Completed: February 11, 2026 |
| Smith, Karla | Dr. Traci Johnson | Gynecologist | 1/2/2026 | N | Defendants are having issues scheduling this deposition. Dr. Johnson was personally served on January 2nd.  Defendants made contact with an attorney from her hospital, Collin Altieri, on January 9, 2026.  Mr. Altieri explained that Dr. Johnson was out of office until January 20, 2026.  Since January 20, Defendants have followed up with Mr. Altieri six times and have been informed that Dr. Johnson has not provided available dates, with the most recent response received from Mr. Altieri on February 23, 2026.  Defendants' last follow-up to Mr. Altieri was February 25, 2026. |
| Smith, Karla | Marceline Smith | Sister | 2/25/2026 | N | Subpoena package issued, but not served.  Tentatively scheduled for March 5, 2026. |
| Smith, Shirley Jeanette | Yarnell Smith | Son | 12/9/2025 | Y | Deposition Completed: January 22, 2026 |
| Smith, Shirley Jeanette | Shaniqua Wells | Niece | 1/20/2026 | Y | Deposition Completed: February 7, 2026 |
| Smith, Shirley Jeanette | Wilson Smith, Jr. | Husband | 1/20/2026 | Y | Deposition Completed: February 7, 2026 |
| Smith, Shirley Jeanette | Annette Duhe | Sister | 12/9/2025 | Postponed | Parties agreed to postpone deposition at this time in light of witness' health concerns. |
| Smith, Shirley Jeanette | Dr. Patricia Braly | Oncologist | 12/9/2025 | Postponed | Parties agree to postpone the deposition  at this time in light of the fact that witness is serving as a consulting expert for Plaintiffs in this litigation. |
| Wade, Laura | Dr. Rebecca J. Byler Dann | Oncologist (Surgeon) | 12/23/2025 | Y | Confirmed  Deposition Date: March 5, 2026. |
| Wade, Laura | Dr. Jeffrey LeMay | Gynecologist | 12/23/2025 | N | Working with witness' office to schedule deposition in March. |

| Wade, Laura | Kathryn Lewis, RN | PCP | 12/23/2025 | N | Initial subpoena packet was returned and "undeliverable". Updated subpoena package issued and will amend the notice and subpoena with a confirmed date, time and location once secured. |
|---|---|---|---|---|---|
| Wade, Roxana | Dr. David Cohn | Oncologist | 12/9/2025 | Y | Deposition Completed: January 30, 2026 |
| Wade, Roxana | Jeanette Hawkins | Friend | 1/8/2026 | Withdrawn | Process server unable to properly serve a subpoena on witness and parties agreed to reconsider and depose Shuequialya Wade. |
| Wade, Roxana | Kearia Wade | Daughter | 12/9/2025 | Y | Deposition Completed: February 13, 2026 |
| Wade, Roxana | Shuequialya Wade | Daughter | 12/9/2025 | Y | Deposition Completed: February 10, 2026 |
| Wallace, Janette Nimi (deceased)/Lisa Thomas | Constance Janette Mills | Granddaughter/Niece | 12/30/2025 | Y | Deposition Completed: February 11, 2026 |
| Wallace, Janette Nimi (deceased)/Lisa Thomas | Constance Wright | Daughter/Sister | 12/30/2025 | Y | Deposition Completed: February 11, 2026 |
| Wallace, Janette Nimi (deceased)/Lisa Thomas | Dr. Bogdan Eftimie | Oncologist | 12/30/2025 | Y | Deposition Completed: February 13, 2026 |
| Weeks, Tawanna | Jamecca Smoot (Jamecca Stewart) | Cousin | 12/16/2025 | Y | Deposition Completed: February 11, 2026 |
| Weeks, Tawanna | Dr. Tamara Thompson | Gynecologist | 12/16/2025 | Y | Confirmed Deposition Date: March 2, 2026 |
| Weeks, Tawanna | Vaszola Weeks | Mother | 12/16/2025 | Y | Deposition Completed: February 11, 2026 |