**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

In RE: Hair Relaxer Marketing, Sales Practices, And
Products Liability Litigation, et al.

                                                Plaintiff,

v.                                              Case No.:
                                              1:23−cv−00818

                                              Honorable Mary
                                              M. Rowland

L'Oreal USA, Inc., et al.

                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 17, 2026:

        MINUTE entry before the Honorable Mary M. Rowland: On 3/12/26, the parties submitted an agreed proposed case management order to Judge Rowland's proposed order inbox regarding an agreed extension to the general discovery deadlines for Defendant AFAM Concept, Inc. Hearing on the proposed case management order set for 3/31/26 at 1:00 pm Central via videoconference. Defendant AFAM and a member of the PLC or the plaintiff counsel responsible for AFAM discovery shall appear and be prepared to discuss that if the Court allows the extension, other MDL deadlines will not be impacted. The parties are to appear at the video hearing by accessing the following hyper link: https://us−courts.webex.com/join/mary_rowlandilnd. uscourts.gov. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.