IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>Case No. 23 C 818<br>Judge Mary M. Rowland<br><br>**This document relates to:**<br>23-cv-00818 |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs hereby move this Court for an order (1) certifying the following Classes under Fed. R. Civ. P. 23(a), (b)(2), and/or (b)(3), (2) appointing the following Class representatives, and (3) appointing Bryan Aylstock of Aylstock, Witkin, Kreis & Overholtz, PLLC, Kiley Grombacher of Bradley/Grombacher LLP, and John Tangren of DiCello Levitt LLP, as class counsel for the certified Classes. Plaintiffs seek certification of their claims against Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc., SoftSheen-Carson LLC ("L'Oréal"), Revlon, Inc., Revlon Consumer Products Corporation, Revlon Group Holdings LLC (collectively, "Revlon"), Godrej SON Holdings, Inc., Strength of Nature, LLC (collectively, "Strength of Nature"), Dabur International Ltd., Dabur International USA Ltd., Namaste Laboratories, L.L.C. (collectively, "Namaste"), AFAM Concept, Inc. d/b/a JF Labs, Inc. ("AFAM"), McBride Research Laboratories, Inc. ("McBride"), Avlon Industries ("Avlon"), Beauty Bell Enterprises, LLC d/b/a House of Cheatham, Inc., House of Cheatham, LLC (collectively, "House of Cheatham"), and Luster Products, Inc. ("Luster") (collectively, "Defendants").

For each of the proposed Classes described below, the Toxic Hair Relaxer Products include the following chemical hair relaxer products:

**AFAM:** Hawaiian Silky - Crème Conditioning No Lye Silky Smooth Sheen Relaxer, Hawaiian Silky - Herbal No Lye Conditioning Relaxer System with Tea Tree & Avocado Oil - 2 Applications, Vitale - Olive Oil Anti-Breakage Relaxer No Base with Shea Butter - Regular

1

Strength,  Vitale Pro – New Texture Salon Exclusive Hair Relaxer, Vitale Mo'Body - Shea Butter Sensitive Scalp Relaxer with Oatmeal Protein, and Vitale - Life and Body - Hair Relaxer with Aloe Vera - Smooth Silky Texture

**Avlon:** Affirm Crème Relaxer, Affirm Sensitive Scalp Relaxer, Affirm Dry & Itchy Scalp Relaxer, Affirm FiberGuard Conditioning Crème Relaxer, and Affirm FiberGuard Sensitive Scalp Conditioning Relaxer

**House of Cheatham:** Africa's Best Herbal Intensive No-Lye Relaxer System, Originals by Africa's Best Originals Olive Oil Conditioning Relaxer, Organics by Africa's Best Olive Oil Conditioning Relaxer System with Extra Virgin Olive Oil, Originals by Africa's Best Kids Originals Natural Conditioning Relaxer System, Organics by Africa's Best Kids Organic Conditioning Relaxer System, Organics by Africa's Best Kids Natural Conditioning Relaxer System, Texture My Way Men's Texturizing Kit, and Texture My Way Women's Texturizing & Softening System

**L'Oréal:** Dark and Lovely Beautiful Beginnings No-Mistake Smooth Relaxer, Dark and Lovely Beautiful Beginnings No Mistake Curl Softener, Dark and Lovely Healthy Gloss 5 Shea Moisture No Lye Relaxer, Dark and Lovely Triple Nourished Silkening Relaxer, Optimum Salon Haircare Defy Breakage No-Lye Relaxer, Optimum Salon Haircare Amla Legend Relaxer, Optimum Care Bodifying Relaxer, Optimum Multi-Mineral Reduced pH Crème Relaxer, Bantu No Base Relaxer, Ultra Precise No-Lye Conditioning Relaxer, Mizani Butter Blend Relaxer, Mizani Butter Blend Sensitive Scalp Rhelaxer, Mizani Butterblend Prosolvent Relaxer, Mizani Classic Rhelaxer, Mizani Sensitive Scalp Rhelaxer, Care Free Curl – Cold Wave Chemical Rearranger Super Strength, and Look of Radiance Permanent Crème Relaxer Kit

**Luster:** Luster's Pink Oil Moisturizer No-Lye Conditioning Relaxer, Luster's Pink Oil Moisturizer Short Looks Texturizer, Luster's Pink Oil Moisturizer Smooth Touch Relaxer, PCJ Kit, PCJ No Lye Kit – Adult, PCJ No Lye Kit - Children's, ShortLooks Colorlaxer Diamond Black, ShortLooks Colorlaxer Passion Red, and ShortLooks Colorlaxer Sable Brown

**McBride:** Design Essentials Honey Nectar Relaxer Kit – Time Release Regular Strength, Design Essentials Sensitive Scalp Relaxer System, and Design Essentials Regular Conditioning Relaxer

**Namaste:** ORS Olive Oil Built-In-Protection No-Lye Relaxer – Full Application, ORS Olive Oil No-Mix Salon Formula Crème Relaxer, ORS Olive Oil Ultra Nourish Crème Hair Relaxer, ORS Olive Oil Built-In-Protection No-Lye Relaxer – New Growth, ORS Olive Oil Zone Relaxer – Targeted Touch-Up No-Lye Hair Relaxer, ORS Olive Oil Curl Stretching Texturizer, ORS Olive Oil Crème on Crème Touch-Up No-Lye Hair Relaxer, ORS Olive Oil Mild Touch Relaxer with 60% Lower Chemical, ORS Olive Oil Texlax and Stretch Semi-Straightening System, ORS Olive Oil Girls Built-In Protection Plus No-Lye Conditioning Hair Relaxer System, ORS Olive Oil Girls Soft Curls No-Lye Crème Texture Softening System, ORS HAIRepair No-Lye Conditioning Relaxer System with Cuticle Shield, ORS Olive Oil Professional No-Lye Relaxer Kit, ORS Olive Oil Professional Crème Relaxer, Namasté Salon System Triple Emulsion Relaxer, Namasté Salon System Crème Relaxer, Namasté Salon System Conditioning Sensitive Scalp No-Lye Relaxer, and Namasté Salon System Crème Relaxer Salon Trial Pack

**Revlon:** African Pride – No Lye Relaxer Kit, African Pride – No Base Relaxer, African Pride – Multi Length Texturizer Kit, African Pride – Dream Kids No Lye Relaxer Kit, All Ways Natural – No Lye Conditioning Crème Relaxer Kit, Arosci Aromaphoric Relaxer System, Crème Of Nature Relaxer Cream, Crème Of Nature Relaxer Kit Argan Oil, Crème of Nature Herbarich

3

Conditioning Crème Relaxer System Kit, Crème of Nature Herbarich Conditioning Crème Relaxer and Texturizing System, Crème of Nature Herbarich No Base Relaxer, Crème of Nature No Base Relaxer, Crème of Nature No Lye Relaxer, Crème of Nature Sodium Relaxer Kit, Crème Of Nature Cni No Lye Relaxer, Crème Of Nature Cni Sunflower & Coconut Oil – Crème, Crème Of Nature Eden Relaxer, Fabulaxer No-Lye Relaxer, Fabulaxer Gro-7, Revlon Realistic No-Base Relaxer, and Revlon Realistic No Lye Relaxer Kit

**Strength of Nature:** African Pride Olive Miracle Deep Conditioning Crème-on-Crème No Lye Relaxer 8 Salon Pack Touch-Ups, African Pride Olive Miracle Deep Conditioning Curls & Coils Texturizer, African Pride Olive Miracle Deep Conditioning Curls & Coils Texturizer With Aloe Deep Conditioner, African Pride Olive Miracle Deep Conditioning No-Lye Relaxer One Complete Application, African Pride Olive Miracle Deep Conditioning No-Lye Relaxer – One Complete Touch-Up, African Pride Shea Miracle Texture Softening Elongating System, African Pride Dream Kids Olive Miracle (4) Touch-Up Relaxer Kit, African Pride Dream Kids Olive Miracle Relaxer, African Pride Dream Kids Olive Miracle Touch-Up Relaxer Kit, Dr. Miracle's No Lye Relaxer Kit, Dr. Miracle's New Growth No-Lye Relaxer Kit, Elasta QP Normal Relaxer Kit, Elasta QP Normal Relaxer Kit 2 Applications, Elasta QP Resistant Relaxer Kit, Elasta QP Sensitive Scalp Kit 12 Application Economy Pack, Elasta QP Sensitive Scalp Kit – 4 Applications, Elasta QP No Base Crème Relaxer, Elasta QP SOY OYL No-Base Relaxer, Elasta QP SOY OYL 4 Application Anti-Dryness No Lye Relaxer Kit, Elasta QP No-Base Relaxer, Elasta QP Extra Body No-Base Regular Relaxer, Elasta QP Extra Body No-Base Super Relaxer, Gentle Treatment No-Lye Relaxer Gray Kit Gentle Treatment No-Lye Relaxer, Just For Me Relaxer 1 Complete Touch Up Relaxer, Just For Me 4 Application Salon Pack Relaxer, Just For Me No-Lye Conditioning Crème Relaxer Kit, Just For Me No-Lye Conditioning Crème Relaxer Kit with Coil

4

& Curl Cream, Just For Me No-Lye Conditioning Crème Relaxer Kit (Super) with Oil Moisturize Lotion, Just For Me No-Lye Texture Softener System, Just For Me No-Lye Texture Softener System with Hair & Scalp Butter, Motions Classic Formula Smooth & Silken Hair Relaxer, Motions Professional 12-Application Salon Pack, Motions Silkening Shine No Lye Relaxer Kit, Profectiv MegaGrowth Anti-Damage No-Lye Relaxer 2 Touch Up Application, Profectiv MegaGrowth Anti-Damage No-Lye Relaxer 1 Complete Touch Up Application, Profectiv Procision Relaxer Kit Regular, Profectiv Relax and Refresh Kit Auburn Spice, Profectiv Relax and Refresh Kit Cherry Fusion, Profectiv Relax and Refresh Kit Jet Black, Profectiv Relax and Refresh Kit Mahogany Brown, Profectiv Relax and Refresh Kit Silky Black, Pro-Line Comb Thru Texturizer Kit, SmartPerm No-Lye Anti-Breakage Relaxer System, SmartPerm No-Lye Anti-Breakage New Growth Relaxer System – Smart Grow Stimulator, SmartPerm Smart Valu No-Lye Anti-Breakage Relaxer Kit – 4 Applications, Smart Perm Smart Valu Smart Gro Stimulator New Growth No-Lye Relaxer with GroRehab 4 Applications, S&B;® Botanicals™ 2 Application Relaxer, S&B;® Botanicals™ No-Lye Sensitive Scalp Relaxer – 1-App, S&B;® Botanicals™ No-Mix Texturizer 2-App – with Deep Conditioner, S&B;® Botanicals™ No-Mix Texturizer 2-App, S&B;® Botanicals™ Relaxer 8-Touch Up, Soft & Beautiful No-Lye Crème Relaxer, Soft & Beautiful No-Lye Ultimate Conditioning Relaxer System, TCB Naturals Conditioning Argan Oil Vitamin E & Olive No-Lye Relaxer, TCB Naturals Conditioning Argan Oil Vitamin E & Olive No-Lye Relaxer – 2 Applications, TCB No-Base Crème Hair Relaxer with Protein & DNA, UltraSheen Supreme Conditioning No-Lye Relaxer, UltraSheen Ultra Moisturizing No-Lye Relaxer, and UltraSheen Ultra Moisturizing No-Lye Relaxer – with Keratin

Plaintiffs ask the Court to certify the following Classes:

**Arizona Medical Monitoring Class:** all females who either (1) reside in Arizona and used Toxic Hair Relaxer Product(s) more than four times a year for at least one year or (2) used such products more than four times a year for at least one year in Arizona, and have not been diagnosed with uterine or ovarian cancer. Plaintiffs move for the appointment of Tanica Washington as the class representative for the Arizona Medical Monitoring Class. The Arizona Medical Monitoring Class seeks certification of the following claims: (1) negligence, (2) strict liability: design defect, (3) strict liability: failure to warn, and (4) violations of the Arizona Consumer Fraud Act.

**California Medical Monitoring Class:** all females who either (1) reside in California and used Toxic Hair Relaxer Product(s) more than four times a year for at least one year or (2) used such products more than four times a year for at least one year in California, and have not been diagnosed with uterine or ovarian cancer. Plaintiffs move for the appointment of Tameka M. Meadows, Amanda Perkins, and Gwendolyn White as the class representatives for the California Medical Monitoring Class. The California Medical Monitoring Class seeks certification of the following claims: (1) violation of the California Consumer Legal Remedies Act and California Unfair Competition Law, (2) breach of the implied warranty of merchantability, (3) negligence, (4) strict liability: failure to warn, and (5) strict liability: design defect.

**District of Columbia Medical Monitoring Class:** all females who either (1) reside in the District of Columbia and used Toxic Hair Relaxer Product(s) more than four times a year for at least one year or (2) used such products more than four times a year for at least one year in the District of Columbia, and have not been diagnosed with uterine or ovarian cancer. Plaintiffs move for the appointment of Carliss Smith as the class representative for the District of Columbia Medical Monitoring Class. The District of Columbia Medical Monitoring Class seeks certification of the following claims: (1) violation of the District of Columbia Consumer Protection Procedures

6

Act, (2) breach of the implied warranty of merchantability, (3) negligence, (4) strict liability: failure to warn, and (5) strict liability: design defect.

**Florida Medical Monitoring Class:** all females who either (1) reside in Florida and used Toxic Hair Relaxer Product(s) more than four times a year for at least one year or (2) used such products more than four times a year for at least one year in Florida, and have not been diagnosed with uterine or ovarian cancer. Plaintiffs move for the appointment of Nicole Boyd, Temitrius Burton, DaShawn Harris-Robinson, and Shaquota Jackson as the class representatives for the Florida Medical Monitoring Class. The Florida Medical Monitoring Class seeks certification of the following claims: (1) medical monitoring.

**Maryland Medical Monitoring Class:** all females who either (1) reside in Maryland and used Toxic Hair Relaxer Product(s) more than four times a year for at least one year or (2) used such products more than four times a year for at least one year in Maryland, and have not been diagnosed with uterine or ovarian cancer. Plaintiffs move for appointment of Carliss Smith as the class representative for the Maryland Medical Monitoring Class. The Maryland Medical Monitoring Class seeks certification of the following claims: (1) violation of the Maryland Consumer Protection Act, (2) breach of the implied warranty of merchantability, (3) negligence, (4) strict liability: failure to warn, and (5) strict liability: design defect.

**Nevada Medical Monitoring Class:** all females who either (1) reside in Nevada and used Toxic Hair Relaxer Product(s) more than four times a year for at least one year or (2) used such products more than four times a year for at least one year in Nevada, and have not been diagnosed with uterine or ovarian cancer. Plaintiffs move for the appointment of Tameka M. Meadows as the class representative for the Nevada Medical Monitoring Class. The Nevada Medical Monitoring Class seeks certification of the following claims: (1) violation of the Nevada Deceptive Trade

Practices Act, (2) breach of the implied warranty of merchantability, (3) strict liability: failure to warn, and (5) strict liability: design defect.

**Pennsylvania Medical Monitoring Class:** all females who either (1) reside in Pennsylvania and used Toxic Hair Relaxer Product(s) more than four times a year for at least one year or (2) used such products more than four times a year for at least one year in Pennsylvania, and have not been diagnosed with uterine or ovarian cancer. Plaintiffs move for the appointment of Ramika Guillory, Laura Lawes, and Gaudy Martinez as the class representatives for the Pennsylvania Medical Monitoring Class. The Pennsylvania Medical Monitoring Class seeks certification of the following claims: (1) medical monitoring, (2) strict liability: failure to warn, and (3) strict liability: design defect.

DATED: March 26, 2026

Respectfully submitted,

*/s/ John E. Tangren*
Adam J. Levitt
John E. Tangren
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: 312-214-7900
Email: alevitt@dicellolevitt.com
Email: jtangren@dicellolevitt.com

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock, FL Bar No. 78263
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449
Email: baylstock@awkolaw.com

8

*/s/ Kiley L. Grombacher*
Kiley L. Grombacher, Esq.
**BRADLEY/GROMBACHER, LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Phone: 805-270-7100
Email: kgrombacher@bradleygrombacher.com

*Counsel for Plaintiffs and Proposed Class Counsel*

Diandra "Fu" Debrosse
**DICELLO LEVITT LLP**
505 20th Street North – Suite 1500
Birmingham, Alabama 35203
Tel.: 205-855-5700
Email: fu@dicellolevitt.com

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
Tel.: 401-457-7700
ffitzpatrick@motleyrice.com

Michael A. London
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, Sixth Floor
New York, New York 10038
Tel.: 202-566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

9