## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

In RE: Hair Relaxer Marketing, Sales Practices, And
Products Liability Litigation, et al.

                                           Plaintiff,

v.

                                           Case No.:
                                           1:23−cv−00818
                                           Honorable Mary
                                           M. Rowland

L'Oreal USA, Inc., et al.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 2, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: The court appreciates the parties' thorough submissions regarding bellwether trial case selection [1755, 1760]. As the parties know, the jury's job in these cases will be to determine whether the plaintiff is able to show causation and, if so, to determine damages. The court appreciates Judge Gergel's "shorthand" of "cutting out the noise". This court too is concerned with allowing the jury to focus on the material issues in representative cases. After all, "[t]he more representative the test cases, the more reliable the information about similar cases will be." Manual for Complex Litig. (Fourth), 22.315. To that end, there are cases in the parties' submissions that the court considers inappropriate for bellwether selection. Cases where there are only one or two defendants will not be in the bellwether pool. Cases where the plaintiff has memory loss, mental health issues or learning disabilities will create a distraction for the jury and will not be in the bellwether pool. Cases where the plaintiff has another cancer diagnosis will create a distraction for the jury and will not be in the bellwether pool. Finally, the plaintiff who also has a claim in the talc litigation creates a distraction and does not appear to be representative of the pool. Once I determined that certain cases were not appropriate, I decided to modify CMO15. CMO15 VI 2 is revised to read: By April 2, 2026 the Court will select all 10 Bellwether Trial Cases. The dates for the parties to submit selections are stricken. The bellwether selections (in alphabetical order) are: Bridget Boatwright (1:23−cv−06876); Carrie Chattman (1:23−cv−10579); Charlene Fennell (1:23−cv−06154); Gloria Ford (1:23−cv−10740); Areecia Jackson (1:23−cv−10379); Joanne Jones (1:23−cv−07074); Rosa Robinson (1:23−cv−08513); Karla Smith (1:23−cv−10645); Roxanna Wade (1:23−cv−07360); Janette Wallace (1:23−cv−10632). Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.