# Exhibit A

Case: 1:23-cv-00818 Document #: 1783-1 Filed: 04/08/26 Page 2 of 7 PageID #:71988

 **Gmail**

**Syreeta Poindexter <syreeta.poindexter@babinlaws.com>**

## Hair Relaxer Litigation: Sally Beauty Meet and Confer

**Priest, Chelsea A.** <cpriest@sidley.com>                    Fri, Mar 13, 2026 at 6:14 PM
To: Maria Fleming <MFleming@napolilaw.com>
Cc: "Kenney, Colleen M." <ckenney@sidley.com>, "Gilford, Lisa M." <lgilford@sidley.com>, "Levine, Heidi"
<hlevine@sidley.com>, Syreeta Poindexter <syreeta.poindexter@babinlaws.com>, Katherine Cornel <katherine@cornell-
triallaw.com>, Lucy Banks Smith <lsmith@motleyrice.com>, Mark Miller <mrm@wallacemiller.com>, Ed Wallace
<eaw@wallacemiller.com>

Counsel,

We write to provide a weekly update about the status of Sally Beauty's search and
investigation regarding its 2024 relaxer discontinuation, pursuant to Dkt. No. 1743.

We identified a former employee who may have had knowledge of the decision to
discontinue the relaxers. We are determining if any relevant documents exist that
would confirm whether that former employee actually had such knowledge and, if so,
whether that will allow us to locate documents responsive to the RFP at issue.

We will provide another update next week, per the Court's Order.

Best,

Chelsea

**CHELSEA A. PRIEST**

**SIDLEY AUSTIN LLP**
+1 214 981 3476
cpriest@sidley.com

---

**From:** Priest, Chelsea A. <cpriest@sidley.com>
**Sent:** Wednesday, March 4, 2026 9:53 PM
**To:** Maria Fleming <MFleming@NapoliLaw.com>
**Cc:** Kenney, Colleen M. <ckenney@sidley.com>; Gilford, Lisa M. <lgilford@sidley.com>; Levine, Heidi
<hlevine@sidley.com>; Syreeta Poindexter <syreeta.poindexter@babinlaws.com>; Katherine Cornel
<katherine@cornell-triallaw.com>; Lucy Banks Smith <lsmith@motleyrice.com>; Mark Miller
<mrm@wallacemiller.com>; Ed Wallace <eaw@wallacemiller.com>
**Subject:** Re: Hair Relaxer Litigation: Sally Beauty Meet and Confer

Case: 1:23-cv-00818 Document #: 1783-1 Filed: 04/08/26 Page 3 of 7 PageID #:71989

Hi Maria,

The parties had an actual substantive meet and confer on February 4, as the Court ordered, and we have been executing on the plans discussed at that meet and confer ever since. As we previously indicated, it is simply taking time for us to track down the information that Plaintiffs requested.

At this time, we can provide the following information, which we plan to share with the Court tomorrow. We have conducted several interviews and, as noted in our email below, were able to identify the date that the relaxers were set to pending discontinue status in Sally Beauty's system. We have not, however, been able to identify the person or people involved in that decision at this time. It is possible that the person or people involved in that decision are no longer working for Sally Beauty. If that is the case, we are investigating alternative avenues to locate any potentially responsive documents. Based on currently available information, we expect to conclude our investigation and produce any responsive documents that we are able to locate after a reasonable search by April 3. If we have updates we can share before then, we will provide them.

Best,

Chelsea

**CHELSEA A. PRIEST**

**SIDLEY AUSTIN LLP**
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
+1 214 981 3476
cpriest@sidley.com
www.sidley.com

[Quoted text hidden]

Case: 1:23-cv-00818 Document #: 1783-1 Filed: 04/08/26 Page 4 of 7 PageID #:71990



Syreeta Poindexter <syreeta.poindexter@babinlaws.com>

## Hair Relaxer Litigation: Sally Beauty Meet and Confer

**Priest, Chelsea A.** <cpriest@sidley.com>                    Sat, Mar 21, 2026 at 1:38 AM
To: Maria Fleming <MFleming@napolilaw.com>
Cc: "Kenney, Colleen M." <ckenney@sidley.com>, "Gilford, Lisa M." <lgilford@sidley.com>, "Levine, Heidi" <hlevine@sidley.com>, Syreeta Poindexter <syreeta.poindexter@babinlaws.com>, Katherine Cornel <katherine@cornell-triallaw.com>, Lucy Banks Smith <lsmith@motleyrice.com>, Mark Miller <mrm@wallacemiller.com>, Ed Wallace <eaw@wallacemiller.com>

Counsel,

We write to provide a weekly update about the status of Sally Beauty's search and investigation regarding its 2024 relaxer discontinuation, pursuant to Dkt. No. 1743.

We located documents that will help us to determine whether the former employee mentioned in last week's update may have had knowledge of the decision to discontinue the relaxers. We are in the process of obtaining the documents to be reviewed so we can determine whether the former employee may have had such knowledge and, if so, whether that will allow us to locate documents responsive to the RFP at issue.

We will provide another update next week, per the Court's Order.

Best,

Chelsea


**CHELSEA A. PRIEST**

**SIDLEY AUSTIN LLP**
+1 214 981 3476
cpriest@sidley.com

---

**From:** Maria Fleming <MFleming@NapoliLaw.com>
**Sent:** Friday, March 13, 2026 5:27 PM
**To:** Priest, Chelsea A. <cpriest@sidley.com>
**Cc:** Kenney, Colleen M. <ckenney@sidley.com>; Gilford, Lisa M. <lgilford@sidley.com>; Levine, Heidi

Case: 1:23-cv-00818 Document #: 1783-1 Filed: 04/08/26 Page 5 of 7 PageID #:71991

<hlevine@sidley.com>; Syreeta Poindexter <syreeta.poindexter@babinlaws.com>; Katherine Cornel <katherine@cornell-triallaw.com>; Lucy Banks Smith <lsmith@motleyrice.com>; Mark Miller <mrm@wallacemiller.com>; Ed Wallace <eaw@wallacemiller.com>

**Subject:** RE: Hair Relaxer Litigation: Sally Beauty Meet and Confer

[Quoted text hidden]

Case: 1:23-cv-00818 Document #: 1783-1 Filed: 04/08/26 Page 6 of 7 PageID #:71992

 Gmail

Syreeta Poindexter <syreeta.poindexter@babinlaws.com>

## Hair Relaxer Litigation: Sally Beauty Meet and Confer

**Priest, Chelsea A.** <cpriest@sidley.com>                                    Sun, Mar 29, 2026 at 11:43 AM
To: Maria Fleming <MFleming@napolilaw.com>
Cc: "Kenney, Colleen M." <ckenney@sidley.com>, "Gilford, Lisa M." <lgilford@sidley.com>, "Levine, Heidi"
<hlevine@sidley.com>, Syreeta Poindexter <syreeta.poindexter@babinlaws.com>, Katherine Cornel <katherine@cornell-
triallaw.com>, Lucy Banks Smith <lsmith@motleyrice.com>, Mark Miller <mrm@wallacemiller.com>, Ed Wallace
<eaw@wallacemiller.com>

Counsel,

We write to provide a weekly update about the status of Sally Beauty's search and investigation regarding its 2024 relaxer discontinuation, pursuant to Dkt. No. 1743.

After a reasonable search of the documents referenced in our previous correspondence, we have not located any responsive documents from that source, therefore we do not believe the former employee had knowledge of the decision to discontinue the relaxers. We are investigating additional potential sources of possibly responsive documents, but do not know yet know whether those alternative sources will be fruitful. In the meantime, we think it would be helpful to schedule a call for this coming week to discuss the status. Will you please provide some available options?

Best,

Chelsea

**CHELSEA A. PRIEST**

**SIDLEY AUSTIN LLP**
+1 214 981 3476
cpriest@sidley.com

---

**From:** Maria Fleming <MFleming@NapoliLaw.com>
**Sent:** Saturday, March 21, 2026 11:49 AM
**To:** Priest, Chelsea A. <cpriest@sidley.com>
**Cc:** Kenney, Colleen M. <ckenney@sidley.com>; Gilford, Lisa M. <lgilford@sidley.com>; Levine, Heidi
<hlevine@sidley.com>; Syreeta Poindexter <syreeta.poindexter@babinlaws.com>; Katherine Cornel

Case: 1:23-cv-00818 Document #: 1783-1 Filed: 04/08/26 Page 7 of 7 PageID #:71993

<katherine@cornell-triallaw.com>; Lucy Banks Smith <lsmith@motleyrice.com>; Mark Miller
<mrm@wallacemiller.com>; Ed Wallace <eaw@wallacemiller.com>

**Subject:** Re: Hair Relaxer Litigation: Sally Beauty Meet and Confer

[Quoted text hidden]