**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

In RE: Hair Relaxer Marketing, Sales Practices, And
Products Liability Litigation, et al.

Plaintiff,

v.

Case No.:
1:23−cv−00818
Honorable Mary M.
Rowland

L'Oreal USA, Inc., et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 23, 2026:

  MINUTE entry before the Honorable Mary M. Rowland: Status hearing held on 4/23/26. The Court raised issues raised in the Joint Status Report. [1793]. The Court rules as follows: (A) 30(b)(6) depositions may proceed if the parties do not reach stipulations in lieu of pending 30(b)(6) notices on the topics of advertising, branding, marketing, promotions, and warnings/labels by 5/8/26. (B) The Court heard argument on the selection of 10 bellwether trial cases and declined to reconsider its order substituting Plaintiff Sara Robinson (1:23−cv−08513) for Rosa Robinson (1:23−cv−08513). Plaintiff may file a motion for reconsideration to preserve the record. Parties may not object in the future to bellwether trial cases based on one or two defendants remaining in a case. (C) The parties will submit to the Court's proposed order inbox a second amended CMO 13 identifying new pro se liaisons by 4/27/26 or soon thereafter. (D) Plaintiffs may seek leave to amend the master long form complaint against Defendant RNA Corporation at the close of fact discovery to comport the Master Complaint to the information adduced during discovery. Defendant RNA will not raise a timeliness objection to such a motion. (E) The Court will enter orders on two individual MDL plaintiff dockets requiring plaintiffs with short form complaint service delinquencies to cure the deficiency by 4/30/26 or be dismissed with prejudice. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.