**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **MDL No. 3060**<br>Case No. 1:23-cv-00818<br>Hon. Mary M. Rowland |

**DEFENDANTS' COMBINED MOTION TO EXCLUDE PLAINTIFFS' GENERAL CAUSATION EXPERTS UNDER FEDERAL RULE OF EVIDENCE 702**

Advanced Beauty, Inc., AFAM Concept, Inc., Avlon Industries, Inc., Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc., Dudley Beauty Corp, LLC, Godrej SON Holdings, House of Cheatham LLC, John Paul Mitchell Systems, Inc., L'Oréal USA, Inc., L'Oréal USA Products, Inc., Luster Products, Inc., McBride Research Laboratories, Inc., Murray's Worldwide, Inc., Namasté Laboratories, LLC, Revlon Consumer Products Corporation, Revlon Group Holdings LLC, Revlon, Inc., RNA Corporation, Sally Beauty Supply LLC, SoftSheen-Carson LLC, Strength of Nature Global LLC, and Strength of Nature LLC (collectively, "Defendants"), respectfully move this Court, pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and its progeny, for an order excluding the testimony and opinions of Plaintiffs' ten general causation experts: Stanley T. Atwood, Dr. Clarence W. Brown, Jr., Dr. R. Jeffrey Chang, Dr. Michelle Cote, Dr. Michael M. Crowley, Dr. Dipak Panigrahy, Dr. Silvina Pugliese, Dr. Dario Roque, Dr. Sameer Sharma, and Dr. Thomas Zoeller. As set forth in the accompanying Memorandum of Law, Plaintiffs' general causation experts should be excluded because their opinions are not based on sufficient facts or

data, are not the product of reliable principles and methods, and do not reliably apply those principles and methods to the facts of the case. Fed. R. Evid. 702(b)–(d).

In support of this Motion, Defendants submit and incorporate by reference the accompanying Memorandum of Law and the Declaration of Lori B. Leskin, together with the exhibits identified therein.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law, Defendants respectfully request that the Court enter an order excluding the testimony and opinions of Plaintiffs' ten general causation experts: Stanley T. Atwood, Dr. Clarence W. Brown, Jr., Dr. R. Jeffrey Chang, Dr. Michelle Cote, Dr. Michael M. Crowley, Dr. Dipak Panigrahy, Dr. Silvina Pugliese, Dr. Dario Roque, Dr. Sameer Sharma, and Dr. Thomas Zoeller in their entirety, and for such other and further relief as this Court deems just and proper.

Dated: May 5, 2026

By: /s/ Lori B. Leskin
Lori B. Leskin
E. Dean Harris Porter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
250 West 55th Street
New York, NY 10019
T: (212) 836-8641
F: (212) 836-8689
Lori.leskin@arnoldporter.com
Dean.Porter@arnoldporter.com

Rhonda R. Trotter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199
Rhonda.trotter@arnoldporter.com
*Counsel for Defendants Strength of Nature LLC; Strength of Nature Global LLC; and Godrej SON Holdings*

Heidi Levine
**SIDLEY AUSTIN LLP**

787 Seventh Avenue
New York, New York 10019
T: (212) 839-5300
hlevine@sidley.com
*Defense Liaison Counsel and Counsel for Defendant Namasté Laboratories, LLC*

Daniel A. Spira
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
T: (312) 853-7274
dspira@sidley.com

Amanda M. Blau
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
T: (212) 839-5441
ablau@sidley.com

Caitlin P. Strauss
**SAUL EWING LLP**
1735 Market Street
Suite 3400
Philadelphia, PA 19103-7504
T: (215) 972-7153
caitlin.strauss@saul.com

Michael A. Jacobson
**SAUL EWING LLP**
161 North Clark Street
Suite 4200
Chicago, IL 60601
T: (312) 876-7121
michael.jacobson@saul.com
*Counsel for Defendant Namasté Laboratories, LLC*

Dennis S. Ellis
Katherine F. Murray
Serli Polatoglu
**ELLIS GEORGE LLP**
2121 Avenue of the Stars
Suite 3000, 30th Floor
Los Angeles, CA 90067
T: (310) 274-7100
F: (310) 275-5967

dellis@ellisgeorge.com
kmurray@ellisgeorge.com
spolatoglu@ellisgeorge.com

Jonathan Blakley
**GORDON REES SCULLY MANSUKHANI LLP**
1 N. Franklin St., Suite 800
Chicago, IL 60606
T: (312) 565-1400
F: (312) 565-6511
jblakley@grsm.com

Peter Siachos
**GORDON REES SCULLY MANSUKHANI LLP**
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
T: (973) 549-2500
F: (973) 377-1911
psiachos@grsm.com
*Counsel for Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc. and SoftSheen-Carson LLC*

Patrick P. Clyder
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
T: (312) 849-8100
F: (312) 849-3690
pclyder@mcguirewoods.com
*Counsel for Defendant House of Cheatham LLC*

Mack H. Shultz
**MCGUIREWOODS LLP**
Safeco Plaza
1001 Fourth Ave.
Suite 4368
Seattle, WA 98154-1123
T: (206) 336 5181
F: (206) 336 5791
mshultz@mcguirewoods.com
*Counsel for Defendant House of Cheatham LLC*

Kevin A. Titus (6217520)

Sherita Glover (6319197)
**LITCHFIELD CAVO, LLP**
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Telephone: (312) 781-6668
Facsimile: (312) 781-6630
Titus@litchfieldcavo.com
Glover@litchfieldcavo.com

Daniel P. Costello (6274746)
Michael P. Turiello (6238272)
Shipra S. Mehta (6321116)
**COSTELLO GINEX & WIDEIKIS, P.C.**
150 N. Wacker Drive, Suite 1400
Chicago, IL 60606
T: 312-850-2651
F: 312-893-7395
dcostello@cgw-legal.com
mturiello@cgw-legal.com
smehta@cgw-legal.com
*Counsel for Defendant Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc.*

Richard J. Leamy, Jr.
Kristen A. Schank
Anna Morrison Ricordati
**WIEDNER & MCAULIFFE, LTD.**
1 N. Franklin St., Suite 1900
Chicago, Illinois 60606
T: (312) 855-1105
rjleamy@wmlaw.com
kaschank@wmlaw.com
amricordati@wmlaw.com
*Counsel for Defendant Avlon Industries, Inc.*

Melissa Fallah
Robert W. Petti
Alyssa P. Fleischman
**MARON MARVEL**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 579-2018
mfallah@maronmarvel.com
rpetti@maronmarvel.com
afleischman@maronmarvel.com
*Counsel for Defendant Luster Products, Inc.*

Robert A. Atkins
Daniel H. Levi
Shimeng (Simona) Xu
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
T: (212) 373-3000
ratkins@paulweiss.com
dlevi@paulweiss.com
sxu@paulweiss.com

Randy S. Luskey
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
T: (628) 432-5112
rluskey@paulweiss.com

David E. Cole
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
T: (202) 223-7348
dcole@paulweiss.com

Edward P. Abbot
**ECKERT SEAMANS CHERIN & MELLOT, LLC**
275 Madison Avenue, 10th Floor
New York, NY 10016
T: (646) 513-2358
eabbot@eckertseamans.com
*Counsel for Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC*

Heidi Levine
**SIDLEY AUSTIN LLP**
787 7th Ave
New York, NY 10019
T: (212) 839-5300
hlevine@sidley.com

Lisa M. Gilford

**SIDLEY AUSTIN LLP**
555 W 5th St.
Los Angeles, CA 90013
T: (213) 896-6000
lgilford@sidley.com

Colleen M. Kenney
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
T: (312) 853-2666
ckenney@sidley.com

Yvette Ostolaza
Amanda Crawford-Steger
**SIDLEY AUSTIN LLP**
2021 McKinney Ave., Ste. 2000
Dallas, TX 75201
T: (214)981-3496
yostolaza@sidley.com
asteger@sidley.com
*Counsel for Defendant Sally Beauty Supply LLC*

Joseph J. Welter
Ryan M. Frierott
**GOLDBERG SEGALLIA**
665 Main Street
Buffalo, NY 14203
T: (716) 566-5457
jwelter@goldbergsegalla.com
rfrierott@goldbergsegalla.com
*Counsel for AFAM Concept, Inc.*

Seth V. Alhadeff
Ravika Rameshwar
Matthew C. Wasserman
**DINSMORE & SHOHL LLP**
Southeast Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131
T: (786) 957-1157
Seth.Alhadeff@dinsmore.com
Ravika.Rameshwar@dinsmore.com
Matthew.Wasserman@dinsmore.com

Matthew C. Wasserman
**DINSMORE & SHOHL LLP**

222 W. Adams Street, Suite 3400
Chicago, IL 60606
T: (312) 837-4316
Matthew.Wasserman@dinsmore.com

Adam Fox
**DINSMORE & SHOHL LLP**
801 Pennsylvania Avenue N.W., Suite 610
Washington, D.C. 20004 T: (202) 559-3615 F: (202) 372-9141 Adam.Fox@dinsmore.com

*Counsel for Defendant, McBride Research Laboratories, Inc.*

Ashley C. Webber
Emily D. Robinson
**MARSH ATKINSON & BRANTLEY, LLC**
271 17th Street NW, Suite 1600
Atlanta, GA 30363
T: (404) 282-5050
ashley.webber@mablawfirm.com
emily.robinson@mablawfirm.com
*Counsel for Defendant, Dudley Beauty Corp, LLC*

Daniel L. Stanner
Ashley Crettol Insalaco
Megan E. Ryan
**TABET DIVITO & ROTHSTEIN LLC**
209 S. LaSalle Street, 7th floor
Chicago, IL 60604
T: (312) 762-9450
dstanner@tdrlaw.com
ainsalaco@tdrlaw.com
mryan@tdrlaw.com
*Counsel for Defendant RNA Corporation*

Nancy L. Patterson
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street
Suite 4000
Houston, TX 77002
T: (713) 890-5000
F: (713) 890-5001
nancy.patterson@morganlewis.com

Mark A. Fiore
**MORGAN, LEWIS & BOCKIUS LLP**

502 Carnegie Center
Princeton, NJ 08540-6241
T: (609) 919-6600
F: (877) 432-9652
mark.fiore@morganlewis.com
*Counsel for Defendant John Paul Mitchell Systems, Inc.*

Ann C. Barron
Sara Peal
**HEYL, ROYSTER, VOELKER & ALLEN, P.C.**
Suite 100, Mark Twain Plaza III
105 West Vandalia
Edwardsville, Illinois 62025
Telephone 618.656.4646
abarron@heylroyster.com
speal@heylroyster.com
*Counsel for Advanced Beauty, Inc.*

Leslie A. Federer, ARDC #6325614
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 767-1314
lfederer@maronmarvel.com
Robert E. Dille (*pro hac vice*)

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
201 St. Charles Ave., Suite 2411
New Orleans, Louisiana 70170
T: (504) 321-9331
rdille@maronmarvel.com
*Counsel for Defendant Murray's Worldwide, Inc.*