**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **MDL No. 3060**<br>Case No. 1:23-cv-00818<br>Hon. Mary M. Rowland |

**DECLARATION OF LORI B. LESKIN**

I, Lori Leskin, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I submit this declaration in support of Defendants' Combined Motion to Exclude Plaintiffs' General Causation Experts Under Federal Rule of Evidence 702.

2. I am a partner with the law firm of Arnold & Porter Kaye Scholer LLP, counsel for Defendants Strength of Nature, LLC and Godrej SON Holdings, Inc., and am admitted to practice in this court.

**Scientific Literature**

3. Attached as **Exhibit 1** is a true and correct copy of a 2023 publication by *K.A. Bertrand et al.* titled "*Hair relaxer use and risk of uterine cancer in the Black Women's Health Study*."

4. Attached as **Exhibit 2** is a true and correct copy of a 2022 publication by *Che-Jung Chang et al.* titled "*Use of Straighteners and Other Hair Products and Incident Uterine Cancer*."

5. Attached as **Exhibit 3** is a true and correct copy of a 2024 publication by *A. Hernandez et al.* titled "*Systematic Review of the Epidemiology of Hair Relaxer Use and Hormone-Sensitive Reproductive Outcomes Among Black Adult Women in the United States*."

6. Attached as **Exhibit 4** is a true and correct copy of a 2021 publication by A.J. White et al. titled "*Use of Hair Products in Relation to Ovarian Cancer Risk, Carcinogenesis.*"

7. Attached as **Exhibit 5** is a true and correct copy of a 2025 publication by Maxwell Akonde et al. titled "*Cigarette Smoking in Relation to Survival in Black Women with Ovarian Cancer: Evidence from the African American Cancer Epidemiology Study (AACES).*" It was previously introduced as Exhibit 7 during the deposition of Dr. Cote on February 12, 2026.

8. Attached as **Exhibit 6** is a true and correct copy of a 2025 publication by Jennifer S. Pierce et al. titled "Evaluation of Dermal Exposure to Phthalates and Parabens Resulting from the Use of Hair Relaxers." It was previously introduced as Exhibit 4 during the deposition of Dr. Clarence Brown on February 17, 2026.

9. Attached as **Exhibit 7** is a true and correct copy of a 2024 publication by Samantha Schildroth et al. titled *"Hair Product Use and Urinary Biomarker Concentrations of Non-Persistent Endocrine Disrupting Chemicals Among Reproductive-Aged Black Women*." I downloaded this report directly from the National Institute of Health National Library of Medicine website (https://pmc.ncbi.nlm.nih.gov/articles/PMC11217908/) on May 3, 2026. This publication is relied upon by Dr. Brown in his expert report and was discussed at his deposition.

10. Attached as **Exhibit 8** is a true and correct copy of a 2018 publication by Joanna S. Helm et al. titled "*Measurement of Endocrine Disrupting and Asthma-Associated Chemicals in Hair Products Used by Black Women*." It was previously introduced as Exhibit 6 during the deposition of Mr. Stanley Atwood on March 6, 2026.

**Plaintiffs' Expert Deposition Transcripts**

11. Attached as **Exhibit 9** is a true and correct copy of the deposition transcript of Mr. Stanley Atwood, dated March 6, 2026.

12. Attached as **Exhibit 10** is a true and correct copy of the deposition transcript of Dr. Clarence Brown, dated February 17, 2026.

13. Attached as **Exhibit 11** is a true and correct copy of the deposition transcript of Dr. Jeffrey Chang, dated February 19, 2026.

14. Attached as **Exhibit 12** is a true and correct copy of the deposition transcript of Dr. Michele Cote, dated February 12, 2026.

15. Attached as **Exhibit 13** is a true and correct copy of the deposition transcript of Dr. Michael Crowley, dated March 12, 2026.

16. Attached as **Exhibit 14** is a true and correct copy of the deposition transcript of Dr. Dipak Panigrahy, dated February 6, 2026.

17. Attached as **Exhibit 15** is a true and correct copy of the deposition transcript of Dr. Silvina Pugliese, dated March 11, 2026.

18. Attached as **Exhibit 16** is a true and correct copy of the deposition transcript of Dr. Dario Roque, dated January 28, 2026.

19. Attached as **Exhibit 17** is a true and correct copy of the deposition transcript of Dr. Sameer Sharma, dated February 19, 2026.

20. Attached as **Exhibit 18** is a true and correct copy of the deposition transcript of Dr. R. Thomas Zoeller, dated February 24, 2026.

**Plaintiffs' Expert Reports**

21. Attached as **Exhibit 19** is a true and correct copy of the Expert Report of Mr. Stanley Atwood. It was previously introduced as Exhibit 3 during the deposition of Mr. Atwood on March 6, 2026.

22. Attached as **Exhibit 20** is a true and correct copy of the Expert Report of Dr. Clarence Brown. It was previously introduced as Exhibit 2 during the deposition of Dr. Brown on February 17, 2026.

23. Attached as **Exhibit 21** is a true and correct copy of the Expert Report of Dr. Jeffrey Chang. It was previously introduced as Exhibit 2 during the deposition of Dr. Chang on February 19, 2026.

24. Attached as **Exhibit 22** is a true and correct copy of the Expert Report of Dr. Michele Cote. It was previously introduced as Exhibit 5 during the deposition of Dr. Cote on February 12, 2026.

25. Attached as **Exhibit 23** is a true and correct copy of the Expert Report of Dr. Michael Crowley. It was previously introduced as Exhibit 4 during the deposition of Dr. Crowley on March 12, 2026.

26. Attached as **Exhibit 24** is a true and correct copy of the Expert Report of Dr. Dipak Panigrahy. It was previously introduced as Exhibit 3 during the deposition of Dr. Panigrahy on February 6, 2026.

27. Attached as **Exhibit 25** is a true and correct copy of the Expert Report of Dr. Silvina Pugliese. It was previously introduced as Exhibit 2 during the deposition of Dr. Pugliese on March 11, 2026.

28. Attached as **Exhibit 26** is a true and correct copy of the Expert Report of Dr. Dario Roque. It was previously introduced as Exhibit 4 during the deposition of Dr. Roque on January 28, 2026.

29. Attached as **Exhibit 27** is a true and correct copy of the Expert Report of Dr. Sameer Sharma. It was previously introduced as Exhibit 4 during the deposition of Dr. Sharma on February 19, 2026.

30. Attached as **Exhibit 28** is a true and correct copy of the Expert Report of Dr. R. Thomas Zoeller. It was previously introduced as Exhibit 2 during the deposition of Dr. Zoeller on February 24, 2026.

**Defendants' Expert Reports**

31. Attached as **Exhibit 29** is a true and correct copy of the Expert Report of Dr. Lucile L. Adams-Campbell. It was previously introduced as Exhibit 4 during the deposition of Dr. Adams-Campbell on March 25, 2026.

32. Attached as **Exhibit 30** is a true and correct copy of the Expert Report of Dr. Lewis Chodosh. It was previously introduced as Exhibit 3 during the deposition of Dr. Chodosh on April 13, 2026.

33. Attached as **Exhibit 31** is a true and correct copy of the Expert Report of Dr. Julie Goodman, which was filed under seal. It was previously introduced as Exhibit 1 during the deposition of Dr. Goodman on March 5, 2026.

34. Attached as **Exhibit 32** is a true and correct copy of the Expert Report of Dr. Douglas L. Weed. It was previously introduced as Exhibit 3 during the deposition of Dr. Weed on April 8, 2026.

**Defendants' Expert Deposition Transcripts**

35. Attached as **Exhibit 33** is a true and correct copy of the deposition transcript of Dr. Douglas L. Weed, dated March 5, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2026.

*/s/ Lori B. Leskin*
Lori B. Leskin