# Exhibit 5

Annals of Epidemiology 104 (2025) 48–54

Contents lists available at ScienceDirect

Annals of Epidemiology

journal homepage: www.sciencedirect.com/journal/annals-of-epidemiology

# Cigarette smoking in relation to survival in Black women with ovarian cancer: Evidence from the African American Cancer Epidemiology Study (AACES)

Maxwell Akonde[a], Anthony J. Alberg[a,*], Courtney Johnson[b], Elisa V. Bandera[c], Lindsay J. Collin[d], Michele L. Cote[e,f], Theresa A. Hastert[g,h], Lauren C. Peres[i], Edward S. Peters[j], Bo Qin[c], Paul D. Terry[k], Andrew B. Lawson[l], Joellen M. Schildkraut[b]

[a] Department of Epidemiology and Biostatistics, Arnold School of Public Health, University of South Carolina, Columbia, SC, USA
[b] Department of Epidemiology, Rollins School of Public Health, Emory University, Atlanta, GA, USA
[c] Cancer Epidemiology and Health Outcomes, Rutgers Cancer Institute, New Brunswick, NJ, USA
[d] Department of Population Health Sciences, Huntsman Cancer Institute, University of Utah, Salt Lake City, UT, USA
[e] Indiana University Simon Comprehensive Cancer Center, Indianapolis, IN, USA
[f] Department of Epidemiology, Fairbanks School of Public Health, Indianapolis, IN, USA
[g] Department of Oncology, Wayne State University School of Medicine, Detroit, MI, USA
[h] Population Studies and Disparities Research Program, Karmanos Cancer Institute, Detroit, MI, USA
[i] Department of Cancer Epidemiology, H. Lee Moffit Cancer Center and Research Institute, Tampa, FL, USA
[j] Department of Epidemiology, College of Public Health, University of Nebraska Medical Center, USA
[k] Department of Medicine, University of Tennessee Medical Center-Knoxville, Knoxville, TN, USA
[l] Department of Public Health Sciences, College of Medicine, Medical University of South Carolina, Charleston, SC, USA

A R T I C L E I N F O

*Key words:*
Black women
Ovarian cancer
Survival
Cigarette smoking

A B S T R A C T

*Background:* Numerous studies have documented the negative impact of cigarette smoking on ovarian cancer survival, but the participants in these prior studies were predominantly White women. In comparison, Black women experience significantly worse ovarian cancer survival, which may be due in part to dissimilar risk factor profiles or factors associated with survival. We therefore examined the association between cigarette smoking and survival in a cohort of Black women with ovarian cancer.
*Methods:* This study included participants in the multi-site population-based African American Cancer Epidemiology Study (AACES), a prospective cohort study of 592 Black women with epithelial ovarian cancer followed up for an average of 5.5 years. Cox proportional hazards models were fit to estimate the association between cigarette smoking status (current and former smoking vs. never smoking) and all-cause mortality adjusting for sociodemographic, lifestyle, and clinical factors.
*Results:* Compared with women who never smoked cigarettes, women who currently smoked cigarettes experienced worse, but not statistically significant, survival (HR 1.41; 95 % CI 0.95– 2.10), whereas women who had quit smoking had comparable survival (HR 1.06; 95 %CI 0.82–1.35). Among former smokers, the association among those who quit smoking within the past five years was of similar magnitude as for current smoking (HR 1.37; 95 % CI 0.97–1.94) but no risk was observed among those who quit for $> 5$ years.
*Conclusion:* Black women with epithelial ovarian cancer who were current smokers experienced worse survival than those who never smoked cigarettes. Even though this association was not statistically significant, the magnitude of the association is similar to prior studies comprised predominantly of White women. Ensuring access to evidence-based smoking cessation strategies represents a potential avenue for reducing mortality in Black women with ovarian cancer.

* Corresponding author.
*E-mail address:* alberg@mailbox.sc.edu (A.J. Alberg).

https://doi.org/10.1016/j.annepidem.2025.02.011
Received 11 August 2024; Received in revised form 30 January 2025; Accepted 23 February 2025
Available online 26 February 2025
1047-2797/© 2025 Elsevier Inc. All rights reserved, including those for text and data mining, AI training, and similar technologies.

Exhibit
07
02/12/2026
Michelle Lynn Cote , PhD MPH

## Introduction

Due to the historically high prevalence of cigarette smoking and the established deleterious effects on every major organ system in the human body, cigarette smoking is a leading cause of death in the United States (U.S.) [1]. Cigarette smoking continues to adversely affect mortality among cancer patients, and this important negative impact on survival of cancer patients has become increasingly appreciated in the past decade [1–5]. In the 2014 Surgeon General's report, a synthesis of available evidence led to the conclusion that there are causal relationships between cigarette smoking and adverse health outcomes, including increased risk of death, in people diagnosed with cancer [3].

Regarding ovarian cancer, ten published studies have investigated cigarette smoking in relation to survival [6–15]. In one study, the comparison of death rates in current versus never smokers showed a null association [15], yet in the remainder of the studies, current smoking was associated with worse survival with relative risks ranging from 1.17 to 1.68 [6–14]. When viewed as a whole, the emerging evidence suggests that among women diagnosed with ovarian cancer, current smoking leads to a worse survival.

These prior studies have been conducted in study populations that were predominantly or entirely comprised of White women. Thus, evidence is needed to characterize this association in study populations from other racial and ethnic groups. This is particularly true for Black women, who experience the shortest ovarian cancer survival in the U.S. Specifically, National Cancer Institute (NCI) Surveillance, Epidemiology, and End Results (SEER) program data from 2013–2019 show that among women diagnosed with ovarian cancer, the absolute difference in the 5-year relative survival rate is 6.7 % lower for Black women (43.1 %, 95 % CI 41.4 % – 44.7 %) compared with White women (49.8 %, 95 % CI 49.1 % – 50.5 %) [16], or a 15 % lower relative percentage difference in Black women compared with White women. Further emphasizing the importance of this topic is that patterns of cigarette use tend to differ by racial and ethnic groups, with Black women more likely to on average have a later age of initiation, smoke fewer cigarettes, and to more frequently have unsuccessful quit attempts [17–19]. Based on the overall adverse impact of cigarette smoking on mortality, we would anticipate cigarette smoking would negatively impact survival from ovarian cancer among a cohort Black women, but this has not been previously documented, and the magnitude of the association may vary based on factors such as these differences in smoking patterns.

Thus, we present an evaluation of the association between cigarette smoking and all-cause mortality after an ovarian cancer diagnosis in a cohort of Black women. The significance of this analysis is further enhanced because of the translational implications for clinical practice: the presence of an association between cigarette smoking and worse ovarian cancer survival in Black women would suggest that strategies to increase the availability of smoking cessation programs for Black women with ovarian cancer would hold promise not only for improving ovarian cancer survival, but also for potentially reducing the racial disparity in ovarian cancer survival. To address this important evidence gap, we assessed the association between cigarette smoking and mortality in a cohort of Black women with epithelial ovarian cancer who participated in the African American Cancer Epidemiology Study (AACES).

## Methods

### *Study design and study population*

In this study, we estimated the association between cigarette smoking and overall survival (OS), or conversely the mortality rate in participants in the AACES. The study is a prospective cohort of 592 Black women diagnosed with epithelial ovarian cancer (EOC) in the AACES cohort. The AACES cohort has been described in detail elsewhere [20, 21]. In brief, the population-based AACES cohort recruited women who self-identified as Black or African American, were between the ages of 20–79 years, and were diagnosed with pathologically confirmed invasive EOC between December 1, 2010, through December 31, 2015. Eligible women were identified through rapid case ascertainment systems at the participating state cancer registries, SEER registries and/or gynecologic oncology departments of individual hospitals. The AACES study sites were geographically concentrated in the Southern United states (Alabama, Georgia, Louisiana, North Carolina, South Carolina, Tennessee and Texas), but also included the Midwest (Michigan and Ohio), and Mid-Atlantic region (New Jersey). The Institutional Review Board (IRB) at the Duke University Medical Center, the University of Virginia, and the IRBs of participating institutions including the state and SEER registries approved the study protocol, consent documents and questionnaires.

### *Data collection*

Trained telephone interviewers conducted computer-assisted telephone interviews at baseline using a structured questionnaire. The baseline questionnaire covered items related to demographic characteristics, medical history, reproductive and gynecologic history, use of exogenous hormones, family history of cancer, and lifestyle characteristics such as cigarette smoking and physical activity. Questionnaire details were previously published [21]. After the baseline data collection, attempts were made periodically to follow up cohort participants who were not known to be deceased to update information related to survival using a short follow-up questionnaire.

### *Cigarette smoking assessment*

Participants were classified as never, former, or current cigarette smokers based on responses to two questionnaire items at baseline "Have you smoked at least 100 cigarettes (5 packs) in your entire life?" and "Do you smoke cigarettes now?" Never smokers were those who never smoked up to 100 cigarettes their entire life. Among those who smoked at least 100 cigarettes in their lifetime, those who did not presently smoke cigarettes were classified as former smokers and those who presently smoked cigarettes were classified as current smokers.

Additional smoking-related questionnaire items that were integrated into the data analyses were number of cigarettes smoked per day among current smokers and time since quitting smoking among former smokers. Among current smokers, number of cigarettes smoked per day was dichotomized as $\leq 5$ cigarettes per day and $> 5$ cigarettes per day, a commonly used classification to distinguish low-rate smokers from more frequent smokers [22]. To assess whether those who quit smoking proximal to diagnosis have worse survival than those who quit more distal from diagnosis, former smokers were categorized according to whether they had quit smoking within the past 5 years (recent quitters) or more than 5 years ago (long-term quitters).

### *Outcome ascertainment*

Vital status and date of death or date of last contact was ascertained from baseline through October 2022 (except for Michigan for which the last ascertainment was through March 2022) using the National Death Index, LexisNexis databases, online obituaries, information provided by the participating cancer registries and the follow-up questionnaire. All-cause mortality was recorded and used in the analysis. Survival time was estimated as the number of years from the date of the baseline interview to the date of death or date of last contact.

### *Covariates*

Covariates considered for this study were obtained during the baseline interview and included age at ovarian cancer diagnosis, socioeconomic characteristics (education, annual family income), body mass index (BMI), physical activity level, family history of breast or

ovarian cancer (yes or no), tumor stage, cancer histotype, and debulking status. Education was categorized as less than high school, high school graduate/GED, some college and college graduate. For the present analyses, total family income in the previous year was classified into categories of < \$25,000, \$25,000 to < \$50,000, and ≥ \$50,000 per year. BMI was calculated from self-reported height and weight, and categorized as < 18.5 kg/m$^2$, 18.5–24.9 kg/m$^2$, 25–29.9 kg/m$^2$, and ≥ 30 kg/m$^2$ in accordance with the Center of Disease Control and Prevention's (CDC) definition of adult underweight, normal weight, overweight and obesity [23]. The physical activity questionnaire items assessed the participants' physical activity during the past year and was dichotomized (yes/no) according to whether the participant met the Physical Activity Guidelines for Americans (PAGA) second edition which includes 75 strenuous minutes per week or 150 moderate mins per week or equivalent combination of the two [24]. Family history of ovarian cancer and family history of breast cancer were categorized as "yes" or "no" based on presence or absence of a positive first-degree family history of breast or ovarian cancer.

With respect to clinical variables, tumor stage was categorized according to International Federation of Gynecology and Obstetrics (FIGO) stage and classified as I, II, III, and IV; for the analyses, stage was dichotomized as early (I/II) and late (III/IV). For data analyses, histotype categories were dichotomized into high-grade serous versus all other histotypes combined. Debulking status was assessed by classifying tumor size post-cytoreductive surgery or the post-chemotherapy levels of CA-125. Debulking status was classified as 1) optimal debulking if there was no gross residual disease or < 1 cm remaining tumor or circulating CA-125 concentrations of < 35units/ml, 2) suboptimal debulking if there was ≥ 1 cm remaining tumor or circulating CA125 concentrations were ≥ 35units/ml, and 3) no debulking if debulking was not performed.

### *Statistical analysis*

The covariates were summarized with descriptive statistics stratified by cigarette smoking status. Categorical variables were presented as frequencies with percentages compared across the three levels of cigarette smoking using Chi-square statistics. Continuous variables were presented as means and standard deviations with ranges provided and compared with t-tests, one-way ANOVAs, or nonparametric tests (Mann-Whitney *U* test or Kruskal-Walli's test) where appropriate. We also assessed the association between the covariates and vital status using Chi-square statistics (Supplemental Table 1) to provide information on potential confounders. Together with knowledge of these variables from prior research, this enabled us to determine which of the covariates described above were potential confounders of the association between cigarette smoking and survival outcome [25]. Based on these assessments, the variables adjusted for in the multivariable-adjusted regression models were age at ovarian cancer diagnosis, education, income, physical activity, stage, and debulking status.

Missing data were handled using multiple imputation as follows. The variable with the most missing data was debulking status (35.3 % missing). A comparison of the distribution of the variables between those missing and those not missing debulking status revealed no significant differences. We therefore imputed 20 datasets using multiple imputation by chained equations (MICE) with the discriminant function method [26]. The proportionality assumption was tested by creating time dependent variables with an overall Wald statistic of 0.53 with nonsignificant p-values for each of the time dependent variables except histotype, implying the proportionality assumption was met for all the covariates except histotype. We fit Cox proportional hazards (PH) models for each of the 20 generated data sets and the results were pooled to generate the hazard ratio (HR) estimates and 95 % confidence intervals (CIs) assessing the association between cigarette smoking status and mortality for the entire study population of 592 women. Results are presented for Cox PH models that were minimally adjusted (age at diagnosis and stage as covariates) and more fully adjusted (age at diagnosis, stage, education, income, PAGA, and debulking status). We also analyzed the data separately for women who had high grade serous ovarian cancers, the histotype associated with the shortest survival. Among current smokers, the association was assessed by smoking intensity (≤5 cigarettes per day, >5 cigarettes per day). Among former smokers, the association was assessed by time since cessation (≤5 years, >5 years). Those who never smoked cigarettes remained the referent category for all these analyses.

Two-sided p-values of $< 0.05$ were considered statistically significant. All analyses were performed using SAS version 9.4.

## Results

Among the 592 women with ovarian cancer, the mean age at baseline was 58.1 years (range 20–79 years) and the average duration of follow-up was 5.5 years (range 0.5–11.9 years). By the end of the follow-up period, 63.7 % of the cohort was deceased. At baseline, the AACES cohort was comprised of 55.2 % never smokers, 34.6 % former smokers, and 10.1 % current smokers. Among those who ever smoked cigarettes (former smokers plus current smokers), the average number of cigarettes smoked per day was 10.0 and was similar in current and former smokers (8.9 and 10.5 cigarettes per day, respectively). However, the average number of years smoked was substantially larger in current compared with former smokers (32.5 vs. 20.0 years, respectively), leading to a larger number of pack-years smoked in current compared with former smokers (15.5 vs. 13.0 pack-years).

Descriptive characteristics of the entire cohort and stratified by smoking status are summarized in Table 1. Compared with never smokers and former smokers, current smokers had on average significantly less years of schooling, lower levels of household income, and were less likely to meet physical activity guidelines. When sociodemographic and clinical characteristics were cross-tabulated with vital status, factors associated with mortality in the bivariate setting were older age (and thus being postmenopausal), body mass index, advanced tumor stage, histotypes other than high grade, and not having optimal debulking status (Supplemental Table 1).

Associations between cigarette smoking status and survival are summarized in Table 2. In multivariable-adjusted models, the mortality rate was similar in former smokers compared to never smokers (HR=1.06; 95 % CI 0.82–1.35). When former smokers were examined according to time since cessation and compared with never smokers, a non-significant increased risk of mortality was observed among those who quit within the last five years (HR =1.37; 95 % CI 0.97–1.94) but no increased risk of mortality was observed among those who had quit smoking for longer than five years (HR =0.91; 95 % CI 0.68–1.22).

Compared with never smokers, current cigarette smokers had an increased risk of mortality (HR= 1.41; 95 % CI 0.95 – 2.10) in the multivariable-adjusted model, an association that was not statistically significant (Table 2). When current smokers were examined according to whether they smoked > 5 or ≤ 5 cigarettes per day and compared with never smokers, among those who smoked ≤ 5 cigarettes per day the HR was 1.72 (95 % CI 1.04–2.85), whereas for those who smoked > 5 cigarettes per day the association was close to the null and not statistically significant (HR =1.10, 95 % CI 0.63–1.94).

In analyses limited to women whose ovarian cancer histotype was classified as high grade serous, the associations observed for current smoking (HR=1.45; 95 % CI 0.72, 2.93) and former smoking (HR=1.01, 95 % CI 0.65, 1.59) closely mimicked the associations observed in the overall cohort (Table 3).

## Discussion

This study evaluated the association between cigarette smoking and survival in a cohort of Black women with EOC. The main findings of the present study suggest that, compared with never smokers, women with

**Table 1**
Distributions of sociodemographic and clinical factors of the African American Epidemiology Study (AACES) Phase I study cohort, overall and stratified by smoking status.

| Variable* | Total* (n = 592) | Smoking Status Never* (n = 327) | Former* (n = 205) | Current* (n = 60) | P-value |
|---|---|---|---|---|---|
| Percent of participants | 100.0 % | 55.2 % | 34.6 % | 10.1 % | n/a |
| **Age at diagnosis** | | | | | |
| Mean (Std) | 58.1(10.9) | 57.1(11.5) | 61.0(9.4) | 54.2(9.7) | **< 0.0001** |
| Range | 0–79 | 20–79 | 30–78 | 35–78 | |
| **Years of follow up** | | | | | |
| Mean (Std) | 5.5(3.4) | 5.6 (3.4) | 5.4(3.3) | 5.3(3.5) | 0.68 |
| Range | 0.5–11.9 | 0–8 | 0.5–11.7 | 0.6–11.5 | |
| **Cigarettes per day** | | | | | |
| Mean (Std) | 10.0(9.1) | n/a | 10.5(9.1) | 8.9(9.2) | 0.10 |
| Range | 0.1–40.0 | | 0.1–40.0 | 0.1–40.0 | |
| **Years smoked** | | | | | |
| Mean (Std) | 24.4(13.8) | n/a | 20.0(13.5) | 32.5(12.8) | < 0.0001 |
| Range | 1–65 | | 1–65 | 2–54 | |
| **Pack years** | | | | | |
| Mean (Std) | 13.6(15.9) | n/a | 13.0(15.4) | 15.5(17.8) | 0.39 |
| Range | 0–86 | | 0–86 | 0–81 | |
| **Body Mass Index, kg/m$^2$** | | | | | |
| < 18.5 | 0.9 % | 0.6 % | 0.5 % | 3.4 % | 0.20 |
| 18.5 – 24.9 | 13.8 % | 13.9 % | 11.8 % | 20.0 % | |
| 25 – 29.9 | 26.4 % | 25.9 % | 26.5 % | 28.3 % | |
| > =30 | 59.0 % | 59.6 % | 61.2 % | 48.3 % | |
| Missing (n) | 4 | | | | |
| **Education** | | | | | |
| Less than High school | 51.0 % | 46.2 % | 53.7 % | 68.4 % | 0.002 |
| High school or GED | 17.9 % | 17.7 % | 16.6 % | 23.3 % | |
| Some college | 18.9 % | 21.1 % | 20.0 % | 3.3 % | |
| College graduate | 12.2 % | 15.0 % | 9.7 % | 5.0 % | |
| **Household Income (annual)** | | | | | |
| < $25,000 | 45.2 % | 38.7 % | 50.3 % | 62.1 % | 0.005 |
| $25,000-$50,000 | 24.9 % | 28.4 % | 20.4 % | 20.7 % | |
| > $50,000 | 29.9 % | 32.9 % | 29.3 % | 17.2 % | |
| Missing (n) | 61 | | | | |
| **Alcohol intake** | | | | | |
| Never drinker | 51.4 % | 56.3 % | 49.1 % | 32.7 % | < 0.0001 |
| Light drinker | 28.3 % | 28.4 % | 31.3 % | 19.2 % | |
| Moderate/Heavy drinker | 20.3 % | 15.3 % | 19.6 % | 48.1 % | |
| Ever drinker | 48.6 % | 43.7 % | 50.9 % | 67.3 % | |
| Missing (n) | 109 | | | | |
| **Tumor stage** | | | | | |
| I/II | 33.2 % | 33.4 % | 31.6 % | 37.5 % | 0.70 |
| III/IV | 66.8 % | 66.6 % | 68.4 % | 62.5 % | |
| Missing (n) | 41 | | | | |
| **Histotype** | | | | | |
| High-grade serous | 67.7 % | 65.4 % | 74.7 % | 56.7 % | 0.01 |
| Others | 32.3 % | 34.6 % | 25.3 % | 43.3 % | |
| Missing (n) | 6 | | | | |
| **Physical activity (PAGA)** | | | | | |
| No | 75.4 % | 74.6 % | 72.3 % | 89.5 % | 0.03 |
| Yes | 24.6 % | 25.4 % | 27.7 % | 10.5 % | |
| Missing (n) | 52 | | | | |
| **Family history of ovarian cancer** | | | | | |
| No | 94.2 % | 93.8 % | 94.3 % | 96.3 % | 0.77 |
| Yes | 5.8 % | 6.2 % | 5.7 % | 3.7 % | |
| Missing (n) | 72 | | | | |
| **Family history of breast cancer** | | | | | |
| No | 74.5 % | 76.1 % | 69.4 % | 83.0 % | 0.09 |
| Yes | 25.5 % | 23.9 % | 30.6 % | 17.0 % | |
| Missing (n) | 62 | | | | |
| **Debulking status** | | | | | |
| No debulking | 3.1 % | 2.9 % | 3.7 % | 2.5 % | 0.96 |
| Suboptimal | 30.3 % | 31.4 % | 29.6 % | 26.8 % | |
| Optimal | 66.6 % | 65.7 % | 66.7 % | 70.7 % | |
| Missing (n) | 209 | | | | |
| **Menopausal status at diagnosis** | | | | | |
| Pre-menopause | 25.0 % | 28.1 % | 18.6 % | 30.0 % | 0.03 |
| Post-menopause | 75.0 % | 71.9 % | 81.4 % | 70.0 % | |
| Missing (n) | 1 | | | | |
| **Vital status** | | | | | |
| Alive | 36.3 % | 37.6 % | 34.2 % | 36.7 % | 0.72 |
| Deceased | 63.7 % | 62.4 % | 65.8 % | 63.3 % | |

[*] Data is presented as means and standard deviation with range for continuous variables and percentages for categorical variables; %=Percentage; Std=standard deviation

**Table 2**
Hazard ratios (HRs) and 95 % confidence intervals (CIs)) according to cigarette smoking status among Black women with epithelial ovarian cancer, African American Cancer Epidemiology Study Phase I, December 2010 – October 2022.

| Smoking Status | Minimally adjusted* (n = 592) | Fully adjusted† (n = 592) |
|---|---|---|
| **Model 1: Overall smoking categories** | | |
| Never (n = 327) | 1.00 (Referent) | 1.00 (Referent) |
| Former (n = 205) | 1.03 (0.81–1.25) | 1.06 (0.82–1.35) |
| Current (n = 60) | 1.30 (0.94–1.65) | 1.41 (0.95–2.10) |
| **Model 2: Time since smoking cessation among former smokers:** | | |
| Never (n = 327) | 1.00 (Referent) | 1.00 (Referent) |
| ≤ 5 years since quit (n = 71) | 1.29 (0.82–1.76) | 1.37 (0.97–1.94) |
| > 5 years since quit (n = 134) | 0.91(0.65–1.17) | 0.91 (0.68–1.22) |
| **Model 3: Smoking intensity among current smokers:** | | |
| Never (n = 327) | 1.00 (Referent) | 1.00 (Referent) |
| ≤ 5 cigarettes per day (n = 29) | 1.61 (1.14–2.07) | 1.72 (1.04–2.85) |
| > 5 cigarettes per day (n = 31) | 1.07 (0.60–1.55) | 1.10 (0.63–1.94) |

* Adjusted for age and stage
† Adjusted for age, income, physical activity, stage, education, and debulking status

EOC who were current smokers at baseline were approximately 1.4 times more likely to die during the follow-up period. Although the association was not statistically significant, the magnitude of the association in the AACES cohort of Black women is consistent with the associations previously observed in studies of predominantly White women [6–15].

Risks of cigarette smoking usually follow very consistent dose-response patterns, with higher risks at higher levels of exposure [27–29]. This pattern was not observed in the present study, with a surprising finding of greater risk in those smoking ≤ 5 cigarettes per day compared with those who were smoking > 5 cigarettes per day. This observation contrasts with previous studies that reported that smoking more cigarettes per day was associated with worse ovarian cancer survival [8,30]. The reasons for this finding are unclear, but these analyses were based on small strata sizes (≤5 cigarettes per day n = 29 and >5 cigarettes per day n = 31) so it is not possible to make strong inferences from these findings. One potential explanation related to measurement is that some of those categorized as smoking ≤ 5 cigarettes per day may have been smoking more cigarettes per day pre-diagnosis but decreased the amount of smoking post-diagnosis. In a population of Black women it is intriguing to speculate that menthol cigarettes may be a contributing factor because in the U.S. the prevalence of menthol cigarette use is much higher among Black people compared with other racial/ethnic groups. However, the evidence indicates that while the properties of menthol cigarettes increase the likelihood of addiction, compared with smokers of non-menthol cigarettes, menthol cigarettes do not result in increased circulating concentrations of carcinogen biomarkers [31] and have not been demonstrated to be associated with increased risk of cancer or other disease endpoints [32]. Nevertheless, these results are concordant with the emerging evidence documenting significantly increased risk of developing cancer and increased all-cause death rate among low-rate smokers [27,33,34], and reinforce prior conclusions of US Surgeon General Reports that there is no safe level of cigarette smoking [35].

**Table 3**
Hazard ratios (HRs) and 95 % confidence intervals (CIs)) according to cigarette smoking status among Black women with high grade serous ovarian cancer in the African American Cancer Epidemiology Study cohort, December 2010 – October 2022.

| | Minimally adjusted HR* (n = 397) | Fully adjusted HR† (n = 397) |
|---|---|---|
| Never (n = 212) | 1.00 (Referent) | 1.00 (Referent) |
| Former (n = 151) | 0.99 (0.77–1.28) | 1.02 (0.77–1.34) |
| Current (n = 34) | 1.42 (0.92–2.19) | 1.48 (0.92–2.38) |

* Adjusted for age and stage
† Adjusted for age, income, physical activity, stage, education, and debulking status

In the present study, the survival of former smokers was similar to that of never smokers. This finding fits closely with prior evidence generated in eight prior studies of mostly White women, which have reported HRs ranging from 0.91 to 1.19 with a median of 1.06 for the comparison of ovarian cancer survival in former versus never smokers [6,8–11,13–15]. Taken together, this evidence provides further support for the health benefits of smoking cessation compared with persistent smoking. This evidence also highlights that cigarette smoking is a modifiable risk factor, with evidence-based treatments available to foster smoking cessation [36]. When we examined the association in former smokers stratified by time since cessation, the results suggested residual increased risk of mortality among those who reported quitting within the past five years (HR = 1.37) compared with those who reported quitting longer than five years ago (HR = 0.91). Neither of these associations were statistically significant, but they suggest improved health benefits of earlier smoking cessation. Alternatively, the observed excess risk in the more recent quitters could also be attributed to measurement error, i.e., those who had quit smoking but re-started smoking again or those who had quit following the emergence of preclinical disease. One previous study observed little impact of time since smoking cessation and ovarian cancer survival [8], whereas another study also observed that the association with smoking diminishes with increasing time since cessation [14].

The strengths of the present study lie in being a well-designed population-based prospective cohort study of Black women with pathologically confirmed diagnoses of EOC. All these characteristics strengthen the internal validity of the study findings. The study participants were recruited from several U.S. states and the average number of cigarettes smoked per day among current smokers was comparable to national estimates for Black adults [37], study characteristics that strengthen the external validity of the findings.

However, the study also has limitations. First, even though the magnitude of the association between current smoking and increased mortality was substantial (OR 1.41), it was not statistically significant (lower bound of the 95 % CI 0.95). A study limitation is that the sample size of the AACES cohort combined with the low prevalence of current smoking limited the statistical power of the study to detect an association of the magnitude observed. Second, we were not able to assess the association by cancer stage because most of the participants were diagnosed with stage III and IV ovarian cancer with fewer diagnosed in stages I and II. Third, we relied on participant self-reports of cigarette smoking and other covariate data. Although self-reported cigarette smoking has been observed to have reasonable accuracy with a median sensitivity of 89 % compared with saliva cotinine across 15 studies included in a systematic review [38], there is a tendency for people who currently smoke cigarettes to not accurately report this. To the extent this trend was present in the current study it would bias the measures of association toward the null and further reduce the statistical precision. Fourth, an important clinical determinant of ovarian cancer survival is treatment received and, other than debulking status, this information was not integrated into the analyses because of the extent of missing data. However, among the patients with treatment data, 98 % had received debulking surgery and 86 % had received adjuvant chemotherapy. Further, these percentages were similar across smoking status categories for both debulking surgery (range 97–98 %) and adjuvant chemotherapy (range 86–88 %). Even though the limitation persists, these data suggest the vast majority of women in this study population received surgery plus adjuvant chemotherapy and that this pattern did not vary importantly by smoking status, and thus the lack of detailed treatment data in the analyses may not have had a major impact on the study findings. Fifth, although we adjusted for a wide range of confounders, we are unable to rule out residual confounding such as from use of other tobacco products. Sixth, the evidence would be

strengthened if we were able to document how quitting smoking after the cancer diagnosis impacted survival. However, approximately only one-half of the women completed the follow-up surveys, leading to small numbers of women who reported changing their smoking status. This remains a key area for future research.

In summary, ovarian cancer survival was shorter in current smokers compared with never smokers. This supports previous studies of this association in women with ovarian cancer and extends it specifically to Black women. However, due to a lack of statistical precision the observed association was not statistically significant, emphasizing the continued need for evidence on this topic to better clarify the presence and magnitude of this association, thereby permitting more definitive inferences to be drawn. As a modifiable risk factor, smoking cessation interventions should be considered part of treatment planning for ovarian cancer patients. To the extent there may be differential access to smoking cessation programs across racial and ethnic groups [39], improving access to smoking cessation programs for Black women with ovarian cancer would offer a strategy to reduce the mortality rates in Black women with ovarian cancer.

## CRediT authorship contribution statement

**Qin Bo:** Writing – review & editing. **Peters Edward S.:** Writing – review & editing, Data curation. **Peres Lauren C.:** Writing – review & editing. **Johnson Courtney:** Writing – review & editing, Data curation. **Schildkraut Joellen M.:** Writing – review & editing, Supervision, Project administration, Investigation, Funding acquisition, Data curation, Conceptualization. **Alberg Anthony J.:** Writing – review & editing, Supervision, Methodology, Conceptualization. **Lawson Andrew B.:** Writing – review & editing. **Akonde Maxwell:** Writing – original draft, Methodology, Formal analysis, Conceptualization. **Terry Paul D.:** Writing – review & editing. **Hastert Theresa A.:** Writing – review & editing. **Cote Michele L.:** Writing – review & editing, Data curation. **Collin Lindsay J.:** Writing – review & editing. **Bandera Elisa V.:** Writing – review & editing, Investigation, Conceptualization.

## Declaration of Competing Interest

The authors declare the following financial interests/personal relationships which may be considered as potential competing interests: Anthony J. Alberg, Elisa Bandera, Michele Cote, Theresa Hastert, Lauren Peres, Edward Peters, Paul Terry, Andrew Lawson, Joellen Schildkraut reports financial support was provided by National Cancer Institute. If there are other authors, they declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

## Supporting information

Supplementary data associated with this article can be found in the online version at doi:10.1016/j.annepidem.2025.02.011.

## References

[1] United States Department of Health and Human Services. *Eliminating Tobacco-Related Disease and Death: Addressing Disparities. A Report of the Surgeon General.* Atlanta, GA: U.S Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention, Office of Smoking and Health, 2024.
[2] Warren GW, Alberg AJ, Cummings KM, Dresler C. Smoking cessation after a cancer diagnosis is associated with improved survival. J Thorac Oncol 2020;15(5):705–8.
[3] United States Department of Health and Human Services. *The health consequences of smoking—50 years of progress. A report of the Surgeon General.* Atlanta, GA: U.S Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention, Office of Smoking and Health, 2014.
[4] United States Department of Health and Human Services. *Smoking cessation - A report of the Surgeon General.* Atlanta, GA: U.S Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention, Office of Smoking and Health, 2020.
[5] Warren GW, Alberg AJ, Kraft AS, Cummings KM. The 2014 Surgeon General's report: "the health consequences of smoking-50 years of Progress": A paradigm shift in cancer care. Cancer 2014;120(13):1914–6.
[6] Kenfield SA, Stampfer MJ, Rosner BA, Colditz GA. Smoking and smoking cessation in relation to mortality in women. JAMA 2008;299(17):2037–47.
[7] Hansen JM, Nagle CM, Ibiebele TI, Grant PT, Obermair A, Friedlander ML, et al. A healthy lifestyle and survival among women with ovarian cancer. Int J Cancer 2020;147(12):3361–9.
[8] Nagle CM, Bain CJ, Webb PM. Cigarette smoking and survival after ovarian cancer diagnosis. Cancer Epidemiol Biomark Prev 2006;15(12):2557–60.
[9] Wang T, Townsend MK, Simmons V, Terry KL, Matulonis UA, Tworoger SS. Prediagnosis and postdiagnosis smoking and survival following diagnosis with ovarian cancer. Int J Cancer 2020;147(3):736–46.
[10] Minlikeeva AN, Cannioto R, Jensen A, Kjaer SK, Jordan SJ, Diergaarde B, et al. Joint exposure to smoking, excessive weight, and physical inactivity and survival of ovarian cancer patients, evidence from the Ovarian Cancer Association Consortium. Cancer Causes Control 2019;30(5):537–47.
[11] Kelemen LE, Warren GW, Koziak JM, Köbel M, Steed H. Smoking may modify the association between neoadjuvant chemotherapy and survival from ovarian cancer. Gynecol Oncol 2016;140(1):124–30.
[12] Kim SJ, Rosen B, Fan I, Ivanova A, McLaughlin JR, Risch H, et al. Epidemiologic factors that predict long-term survival following a diagnosis of epithelial ovarian cancer. Br J Cancer 2017;116(7):964–71.
[13] Præstegaard C, Jensen A, Jensen SM, Nielsen TS, Webb PM, Nagle CM, et al. Cigarette smoking is associated with adverse survival among women with ovarian cancer: Results from a pooled analysis of 19 studies. Int J Cancer 2017;140: 2422–35.
[14] Kjærbye-Thygesen A, Frederiksen K, Høgdall EV, Glud E, Christensen L, Høgdall CK, et al. Smoking and overweight: Negative prognostic factors in stage III epithelial ovarian cancer. Cancer Epidemiol Biomark Prev 2006;15(4):798–803.
[15] Yang L, Klint Å, Lambe M, Bellocco R, Riman T, Bergfeldt K, et al. Predictors of ovarian cancer survival: A population-based prospective study in Sweden. Int J Cancer 2008;123(3):672–9.
[16] Surveillance Epidemiology and End Results. Ovary SEER 5-year relative survival rates, 2013-2019 - female by race/ethnicity. 2023. p. 4–9.
[17] Robinson RG, Barry M, Bloch M, Glantz S, Jordan J, Murray KB, et al. Report of the Tobacco Policy Research Group on marketing and promotions targeted at African Americans, Latinos, and Women. Tob Control 1992;1(1):S24–30.
[18] United States Department of Health and Human Services. Tobacco use among U.S. racial/ethnic minority groups–African Americans, American Indians and Alaska Natives, Asian Americans and Pacific Islanders, Hispanics. A Report of the Surgeon General. Morb Mortal Wkly Report, 47; 1998.
[19] Schoenborn CA, Adams PF, Peregoy JA. Health behaviors of adults: United States, 2008-2010. Natl Cent Heal Stat Vital- Heal Stat 2013;10(257).
[20] Schildkraut JM, Johnson C, Dempsey LF, Qin B, Terry P, Akonde M, et al. Survival of epithelial ovarian cancer in Black women: a society to cell approach in the African American cancer epidemiology study (AACES). Cancer Causes Control 2023;34(3):251–65.
[21] Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, Cote ML, et al. A multi-center population-based case-control study of ovarian cancer in African-American women: The African American Cancer Epidemiology Study (AACES). BMC Cancer 2014;14(1):1–13.
[22] Husten CG. How should we define light or intermittent smoking? Does it matter? Nicotine Tob Res 2009;11(2):111–21.
[23] Centers for Disease Control and Prevention. Defining adult overweight and obesity. 2022. Available from: https://www.cdc.gov/obesity/basics/adult-defining.html. Accessed September 9 2023.
[24] Piercy KL, Troiano RP, Ballard RM, Carlson SA, Fulton JE, Galuska DA, et al. The physical activity guidelines for Americans. JAMA 2018;320(19):2020–8.
[25] Gaitskell K, Hermon C, Barnes I, Pirie K, Floud S, Green J, et al. Ovarian cancer survival by stage, histotype, and pre-diagnostic lifestyle factors, in the prospective UK Million Women Study. Cancer Epidemiol 2022;76:1–8.
[26] Yuan Y.C. Multiple imputation for missing data: Concepts and new development (Version 9.0). SAS Inst Inc, Rockville, MD. 2010;45(1):1–11.
[27] Inoue-Choi M, Christensen CH, Rostron BL, Cosgrove CM, Reyes-Guzman C, Apelberg B, et al. Dose-response association of low-intensity and nondaily smoking with mortality in the United States. JAMA Netw Open 2020;3(6):1–11.
[28] Inoue-Choi M, Hartge P, Liao LM, Caporaso N, Freedman ND. Association between long-term low-intensity cigarette smoking and incidence of smoking-related cancer in the National Institutes of Health-AARP cohort. Int J Cancer 2018;142(2): 271–80.
[29] Weber MF, Sarich PEA, Vaneckova P, Wade S, Egger S, Ngo P, et al. Cancer incidence and cancer death in relation to tobacco smoking in a population-based Australian cohort study. Int J Cancer 2021;149(5):1076–88.
[30] Terry PD, Miller AB, Jones JG, Rohan TE. Cigarette smoking and the risk of invasive epithelial ovarian cancer in a prospective cohort study. Eur J Cancer 2003; 39(8):1157–64.
[31] Lin W, Zhu J, Hayes JE, Richie JP, Muscat JE. Comparison of carcinogen biomarkers in smokers of menthol and nonmenthol cigarettes: The 2015–2016 National Health and Nutrition Examination Survey Special Sample. Cancer Epidemiol Biomark Prev 2022;31(8):1539–45.
[32] Hoffman AC. The health effects of menthol cigarettes as compared to non-menthol cigarettes. Tob Induc Dis 2011;9(. 1):S7.

[33] Inoue-Choi M, Liao LM, Reyes-Guzman C, Hartge P, Caporaso N, Freedman ND. Association of long-term, low-intensity smoking with all-cause and cause-specific mortality in the national institutes of health-AARP diet and health study. JAMA Intern Med 2017;177(1):87–95.
[34] Inoue-Choi M, Freedman ND, Saito E, Tanaka S, Hirabayashi M, Sawada N, et al. Low-intensity cigarette smoking and mortality risks: A pooled analysis of prospective cohort studies in Japan. Int J Epidemiol 2022;51(4):1276–90.
[35] United States Department of Health and Human Services. The health consequences of involuntary exposure to tobacco smoke. A report of the Surgeon General. Atlanta, GA: U.S Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention, Office of Smoking and Health, 2006.
[36] Krist AH, Davidson KW, Mangione CM, Barry MJ, Cabana M, Caughey AB, et al. Interventions for tobacco smoking cessation in adults, including pregnant persons: US Preventive Services Task Force Recommendation Statement. JAMA 2021;325(3):265–79.
[37] Sakuma KLK, Pierce JP, Fagan P, Nguyen-Grozavu FT, Leas EC, Messer K, et al. Racial/ethnic disparities across indicators of cigarette smoking in the era of increased tobacco control, 1992-2019. Nicotine Tob Res 2021;23(6):909–19.
[38] Gorber SC, Schofield-Hurwitz S, Hardt J, Levasseur G, Tremblay M. The accuracy of self-reported smoking: A systematic review of the relationship between self-reported and cotinine-assessed smoking status. Nicotine Tob Res 2009;11(1):12–24.
[39] Trinidad DR, Pérez-Stable EJ, White MM, Emery SL, Messer K. A nationwide analysis of US racial/ethnic disparities in smoking behaviors, smoking cessation, and cessation-related factors. Am J Public Health 2011;101(4):699–706.