# Exhibit 6




Taylor & Francis
Taylor & Francis Group

International Journal of Environmental Health Research

ISSN: 0960-3123 (Print) 1369-1619 (Online) Journal homepage: www.tandfonline.com/journals/cije20

# Evaluation of dermal exposure to phthalates and parabens resulting from the use of hair relaxers

Jennifer S. Pierce, Drew Cheatham, Devan A. Campbell, Raúl F. Lazcano, Courtney E. Busch, Eric W. Miller & Evan M. Beckett

**To cite this article:** Jennifer S. Pierce, Drew Cheatham, Devan A. Campbell, Raúl F. Lazcano, Courtney E. Busch, Eric W. Miller & Evan M. Beckett (2025) Evaluation of dermal exposure to phthalates and parabens resulting from the use of hair relaxers, International Journal of Environmental Health Research, 35:7, 1707-1726, DOI: 10.1080/09603123.2024.2402836

**To link to this article:** https://doi.org/10.1080/09603123.2024.2402836

View supplementary material

Published online: 20 Sep 2024.

Submit your article to this journal

Article views: 520

View related articles

View Crossmark data

Exhibit
04
02/17/2026
Dr. Clarence Brown

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=cije20

Case: 1:23-cv-00818 Document #: 1828-8 Filed: 05/05/26 Page 3 of 22 PageID #:72610

INTERNATIONAL JOURNAL OF ENVIRONMENTAL HEALTH RESEARCH
2025, VOL. 35, NO. 7, 1707–1726
https://doi.org/10.1080/09603123.2024.2402836

Taylor & Francis
Taylor & Francis Group

Check for updates

# Evaluation of dermal exposure to phthalates and parabens resulting from the use of hair relaxers

Jennifer S. Pierce[a], Drew Cheatham[a], Devan A. Campbell[a], Raúl F. Lazcano[a], Courtney E. Busch[a], Eric W. Miller[b] and Evan M. Beckett[c]

[a]Benchmark Risk Group, Chicago, IL, USA; [b]Benchmark Risk Group, Grand Rapids, MI, USA; [c]Benchmark Risk Group, Boston, MA, USA

**ABSTRACT**

Hair relaxers have been suggested as a source of exposure to parabens and phthalates. However, dermally absorbed doses of these chemicals resulting from consumer use of hair relaxers have yet to be quantified, and results from epidemiological studies have consistently demonstrated that there is no increased risk for hormone-sensitive, reproductive cancers associated with use of hair relaxers among Black women. Therefore, dermal absorption of parabens and phthalates associated with hair relaxer use for several commercially available hair relaxer kits was modeled using IH SkinPerm™. The chemicals detected in the hair relaxer kits included methylparaben (MP), ethylparaben (EP), butylparaben (BP), diethyl phthalate (DEP), bis(2-ethylhexyl) phthalate (DEHP), and the phthalate substitute bis(2-ethylhexyl) adipate (DEHA). The daily absorbed dose ranges (mg/kg/day), standardized over a year of product use, were as follows: $8.64 \times 10^{-5}$-0.00116 MP, $2.30 \times 10^{-8}$-$3.07 \times 10^{-6}$ EP, $3.24 \times 10^{-8}$-$4.33 \times 10^{-6}$ BP, $8.65 \times 10^{-9}$-$1.15 \times 10^{-6}$ DEP, and $8.94 \times 10^{-7}$-0.000119 DEHP for Kit #1; $8.44 \times 10^{-5}$-0.00113 MP and $7.91 \times 10^{-5}$-0.00106 DEP for Kit #2; and $2.49 \times 10^{-6}$-$3.33 \times 10^{-5}$ MP, $1.52 \times 10^{-8}$-$2.03 \times 10^{-6}$ EP, $3.29 \times 10^{-9}$-$4.39 \times 10^{-7}$ DEP, and $3.11 \times 10^{-6}$-$4.14 \times 10^{-5}$ DEHA for Kit #3. These absorbed doses were well below applicable health-based guidance values, indicating consumer exposure from product use is not expected to pose a health risk. These results provide valuable information for health risk evaluations for hair relaxer use.

**ARTICLE HISTORY**
Received 19 March 2024
Accepted 6 September 2024

**KEYWORDS**
Dermal exposure; hair relaxer; phthalates; parabens

## Introduction

Chemical hair straighteners, typically referred to as “hair relaxers”, function by breaking down the protein of the hair, causing the hair shaft to become malleable, effectively straightening the hair permanently (Wong et al. 1994; Sanad et al. 2019). Active ingredients vary according to formulation, ranging from sodium hydroxide (lye formulations) to calcium hydroxide and guanidine carbonate (no-lye formulations) (Coogan et al. 2021). The mechanism by which hair relaxers function contrasts with keratin treatments, which create a smoothing effect without fully disrupting the integrity of the hair and do not cause permanent structural changes to the hair shaft (Sanad et al. 2019). Hair relaxers are generally sold as a kit with an assortment of components designed to be used in sequence, including a pre-treatment, a relaxer, a shampoo, and a conditioning treatment. The kit instructions direct the user to apply each component for a specific amount of time,

**CONTACT** Evan M. Beckett evan.beckett@benchmark-risk.com Benchmark Risk Group, Boston, MA, USA
Supplemental data for this article can be accessed online at https://doi.org/10.1080/09603123.2024.2402836
© 2024 Informa UK Limited, trading as Taylor & Francis Group

depending on the coarseness of hair and prior relaxer use, and provide the sequence in which components should be applied and washed out.

Hair relaxers are used by millions of North American women and predominantly by Black women (James-Todd et al. 2012; Coogan et al. 2021; Wise et al. 2023). Indeed, an analysis of The Black Women's Health Study (BWHS) data, collected from 1997 to 2017, found that, of the 50,543 participants, 95% reported "ever use" of hair relaxers (Coogan et al. 2021). In a more recent study, 84% of non-Hispanic Black women reported current or past use of hair relaxers (Wise et al. 2023).

Parabens, phthalates, and phthalate substitutes are commonly used as additives to enhance the properties of cosmetic products; for example, the antimicrobial properties of parabens enable them to act as preservatives, thereby increasing the shelf life of cosmetic products (Dodson et al. 2012; Guo and Kannan 2013; FDA 2022a). In addition to being used as plasticizers, phthalates are often added to cosmetics, including hair products, to provide a scent and may, therefore, be listed as "fragrance" or "parfum" in the ingredient list of cosmetic products, including hair products (Steinemann 2009; McDonald et al. 2018; FDA 2022b). A recent article has suggested that these chemicals may be present in hair relaxers and may have the ability to cause endocrine disruption effects (Helm et al. 2018). Nonetheless, epidemiological studies have consistently demonstrated that there is no increased risk for hormone-sensitive, reproductive cancers (e.g. breast and gynecological cancers) associated with the use of hair relaxers among Black women (Rosenberg et al. 2007; Llanos et al. 2017; Brinton et al. 2018; Taylor et al. 2018; Eberle et al. 2019; White et al. 2020, 2021; Coogan et al. 2021; Chang et al. 2022; Bertrand et al. 2023).

To date, no published studies have estimated the dermally absorbed doses (internal doses) of phthalates and parabens resulting from the use of hair relaxers, which constitutes a significant data gap, particularly in the context of risk assessment. Thus, the aim of this study was to model dermal absorption of these chemicals using a commonly used dermal exposure modeling tool and published estimates of the concentrations of these chemicals in hair relaxers.

## Materials and methods

### *Selection of hair relaxer products*

A literature search was conducted using PubMed and Google Scholar to identify studies containing published estimates of the concentrations of phthalates and parabens in hair relaxer products. The *a priori* search terms used in the literature search included: "hair relaxer" and "hair straightener". All peer-reviewed, published papers identified by this search and their reference lists were reviewed for relevant data. Products for which bulk concentrations of phthalates or parabens were available were then purchased on the open market.

### *Selection of model input parameters*

IH SkinPerm™, a modeling tool developed by the American Industrial Hygiene Association (AIHA) Exposure Assessment Strategies Committee and Dermal Project Team, was used to estimate dermal absorption of phthalates and parabens resulting from the use of hair relaxers (Tibaldi et al. 2014, 2017; ten Berge et al. 2021; AIHA 2023). The selection processes for model parameters are discussed below.

"Instantaneous deposition dose" (mg) was determined for each paraben, phthalate, and phthalate substitute with published detectable concentrations in each component of each kit under the assumption that the entire mass of each component within each kit was applied, despite the fact that the instructions for each kit recommended that the product was to be applied only to hair that had not been previously relaxed (i.e. new growth). This conservative approach was chosen, as there were no published estimates of the "applied amount" of hair relaxer products/components or other hair products available in the literature. The "affected

Case: 1:23-cv-00818 Document #: 1828-8 Filed: 05/05/26 Page 5 of 22 PageID #:72612


skin area" was assumed to be equivalent to the surface area of the adult female scalp. According to the most recent United States Environmental Protection Agency (EPA) Exposure Factors Handbook, the average surface area of the adult (21 years and older) female head is 1,140 $cm^2$ (EPA 2011). The area of the face may be assumed to be one-third of the head; thus, assuming that the remainder of the head is the scalp, the average scalp surface area for adult women was estimated to be 760 $cm^2$ (EPA 2004). Based on model constraints, the instantaneous deposition dose was limited to a maximum of 25 times the affected skin area. Thus, in the case of the female scalp, the maximum instantaneous deposition dose was determined to be 19,000 mg. For kit components for which the mass was less than 19,000 mg, the entire mass of the component was assumed to be applied directly to the scalp (rather than to the hair).

"Maximum skin adherence", or the mass of a substance per $cm^2$ that remains on the skin (Tibaldi et al. 2017), was 7 mg/$cm^2$ for liquids and 3 mg/$cm^2$ for solids; given the viscosity of the products, the midpoint (5 mg/$cm^2$) of these values was selected. If the instantaneous deposition dose exceeded the maximum skin adherence, the surplus is assumed to get lost, as the model will only consider up to the maximum skin adherence value for the affected skin area (Tibaldi et al. 2017; ten Berge et al. 2021).

Chemical concentration ranges (microgram of chemical/gram of component) for the components of each hair relaxer kit were converted to a weight fraction (gram of chemical/gram of component).

For the "thickness of stagnant air" parameter, which describes the air layer that is in contact with the skin but not fully mixed with ambient air, a value of 3 cm was assumed, as recommended by Tibaldi et al. (2014, 2017) for skin covered in light clothing; this value is higher than that recommended for bare skin (1 cm).

With regard to the timing parameters, it was assumed that the exposure began at 0 hr and lasted for the duration of application for each component, per the instructions included with each hair relaxer kit. The duration of application for each component was considered to be equivalent to the instructed application time prior to rinsing of the component itself or subsequent rinsing of the hair. If two components were applied in sequence without a rinse in between, the observation time for the first component was assumed to be the application time for that component based on the kit instructions plus the application time for the second component. For components that were instructed to be left in the hair at the culmination of kit usage (leave-in products), a 72-h duration was assumed to be representative of a maximum latency period between application and hair washing.

Model report parameters were set to 10,000 calculation intervals/hour and 100 report intervals/hour. The model output was the "absorbed dose" (mg/application) for each paraben, phthalate, and phthalate substitute for each hair relaxer kit component. The percent and mass of each chemical remaining in the stratum corneum at the end of the observation time was also modeled (Tibaldi et al. 2017; ten Berge et al. 2021).

### *Exposure assessment*

Absorbed doses for each chemical were summed across all components in each hair relaxer kit to estimate the total dose per hair relaxer kit per application (mg/application) for each chemical. Based on the average weight for an adult female of 77.4 kg, as reported by the National Health and Nutrition Examination Survey (NHANES), absorbed doses per application were standardized by weight (in mg/kg per application) (Fryar et al. 2018). In addition, the total annual daily dose per kit (mg/kg/day) was estimated based on lower- (every 8 weeks; 6.5 applications per year) and upper-bound (every 6 weeks; 8.67 applications per year) recommended application frequencies provided for each kit.

### Physicochemical properties

IH SkinPerm™ modeling incorporates the physicochemical properties of the chemicals of interest, and the IH SkinPerm™ database has these data for more than 100 chemicals (Tibaldi et al. 2014, 2017). In the event that the data for a paraben, phthalate, or phthalate substitute were not included in the database, the required physicochemical properties were added manually, including Chemical Abstracts Service (CAS) number, molecular weight, temperature, vapor pressure, water solubility, Log $K_{ow}$ at skin pH 5.5, density, and melting point. These properties were retrieved from PubChem and ChemSpider, with preference for empirical values over estimated values, if applicable.

### Identification of exposure benchmarks

A comprehensive search was conducted to identify all relevant health-based guidance values for each paraben, phthalate, and phthalate substitute that had published detectable concentrations in hair relaxer kit components. The websites of multiple agencies and online toxicological databases were searched; once extracted, these values were converted to estimated internal daily doses based on published estimates of the percentage of chemical absorption via the relevant exposure route.

## Results

### Selection of hair relaxer products

Only one study was identified in the published literature that reported bulk concentrations of phthalates and parabens in hair relaxer products. Helm et al. (2018) evaluated the composition of three hair relaxer kits that were selected based on a previous survey of product use among adult women in New York City, 54% of whom were Black (non-Hispanic African-American or African-Caribbean) (James-Todd et al. 2012). Per Helm et al. (2018), Kits #1 and #3 were no-lye formulation products that were marketed to children; however, based on consumer reviews, it was apparent that "adults" used these products either since childhood or strictly as an adult. Each hair relaxer kit evaluated by Helm et al. (2018) contained a relaxer cream, activator, shampoo, and conditioner. Kit #1 also included a protective gel, pre-relaxer treatment, and hair lotion, while Kit #3 contained a second conditioner. The authors evaluated each component of each kit for the following phthalates, parabens, and phthalate substitutes using gas chromatography/mass spectrometry (GC/MS): methylparaben (MP), ethylparaben (EP), and butylparaben (BP), diethyl phthalate (DEP), di-n-propyl phthalate, di-n-octyl phthalate, di-n-hexyl phthalate, di-n-butyl phthalate, di-isononyl phthalate, di-isobutyl phthalate, di-cyclohexyl phthalate, benzylbutyl phthalate, bis(2-ethylhexyl) phthalate (DEHP), as well as the phthalate substitute, bis(2-ethylhexyl)adipate (DEHA). While the actual concentrations of each phthalate and paraben in each component were not reported, ranges of concentrations were provided as follows: "Not Detected", 1–100 µg/g, >100-1,000 µg/g, or >1,000 µg/g. The results of the their analysis for parabens, phthalates, and phthalate substitutes in the three hair relaxer kits are presented in Table 1.

For the present analysis, searches of online retailers were performed for the product names and manufacturers identified in the author's supplementary material (Helm et al. 2018, Table S1) with the aim of purchasing the exact hair relaxer kits tested by Helm et al. (2018). The most closely branded products available on the open market were purchased. Additionally, online searches were performed to verify that the purchased products reflected the correct mass or volume of the products originally tested by Helm et al. (2018).

### Model input parameters

Parabens, phthalates, or phthalate substitutes detected by Helm et al. (2018) in one or more of the hair relaxer kit components included MP, EP, BP, DEP, DEHP, and DEHA. The physicochemical properties of these chemicals and their sources are presented in **Table 2**.

**Table 1.** Concentrations (μg/g) of parabens and phthalates in hair relaxers as reported by Helm et al. (2018)[a].

| | Methylparaben | | Ethylparaben | | Butylparaben | | DEP | | DEHP | | DEHA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kit/Component | LB[b] | UB[c] | LB[b] | UB[c] | LB[b] | UB[c] | LB[b] | UB[c] | LB[b] | UB[c] | LB[b] | UB[c] |
| **Kit #1** | | | | | | | | | | | | |
| Gel | — | — | — | — | — | — | — | — | — | — | — | — |
| Pre-treatment | 100 | 1000 | — | — | — | — | 1 | 100 | — | — | — | — |
| Relaxing Cream | 1 | 100 | 1 | 100 | 1 | 100 | — | — | — | — | — | — |
| Activator | — | — | — | — | — | — | — | — | 1 | 100 | — | — |
| Shampoo and Conditioner | 1 | 100 | — | — | — | — | 1 | 100 | — | — | — | — |
| Lotion | 100 | 1000 | — | — | — | — | — | — | 1 | 100 | — | — |
| **Kit #2** | | | | | | | | | | | | |
| Relaxing Cream | — | — | — | — | — | — | — | — | — | — | — | — |
| Activator | — | — | — | — | — | — | — | — | — | — | — | — |
| Shampoo and Conditioner | 100 | 1000 | — | — | — | — | 100 | 1000 | — | — | — | — |
| **Kit #3** | | | | | | | | | | | | |
| Relaxing Cream | — | — | — | — | — | — | — | — | — | — | — | — |
| Activator | — | — | — | — | — | — | — | — | — | — | — | — |
| Shine | 100 | 1000 | — | — | — | — | 1 | 100 | — | — | — | — |
| Shampoo and Conditioner | 100 | 1000 | 1 | 100 | — | — | — | — | — | — | 100 | 1000 |

LB = Lower-bound; UB = Upper-bound; DEP = Diethyl phthalate; DEHP = Bis(2-ethylhexyl) phthalate; DEHA = Bis(2-ethylhexyl) adipate; — = Non-detect

[a]Phthalates that were not detected in any of hair relaxer kit components are not shown.

[b]Lower-bound concentrations were assumed to be equivalent to the minimum value of the respective concentration ranges reported by Helm et al. (2018).

[c]Upper-bound concentrations were assumed to be equivalent to the maximum value of the respective concentration ranges reported by Helm et al. (2018).

**Table 2.** Physicochemical properties of parabens and phthalates for input into IH SkinPerm model.

| Chemical | CAS Number | Molecular Weight (g/mol) | Temperature (°C) | Vapor Pressure (Pa) | Water Solubility (mg/L) | Log $K_{ow}$[d] | Log $K_{ow}$ or Log D at skin pH 5.5 | Density (mg/cm$^3$) | Melting Point (°C) |
|---|---|---|---|---|---|---|---|---|---|
| Methylparaben | 99-76-3 | 152.15 | 25 | 0.0316 | 2,500 | 1.96 | 2.14 | 1,200 | 125.2 |
| Ethylparaben | 120-47-8 | 166.17 | 25 | 0.0124 | 885 | 2.47 | 2.53 | 1,200 | 117 |
| Butylparaben | 94-26-8 | 194.23 | 25 | 0.0248 | 159 | 3.57 | 3.18 | 1,100 | 68.5 |
| DEP[a] | 84-66-2 | 222.24 | 25 | 0.28 | 1,080 | 2.47[e] | 2.42 | 1,150 | −40.5 |
| DEHP[a] | 117-81-7 | 390.57 | 25 | 0.000019 | 0.27 | 7.6[f] | 7.6 | 986.1 | −55 |
| DEHA | 103-23-1 | 370.6 | 25 | 0.000113[b] | 0.78[c] | 8.12[g] | 7.42 | 922 | −67.8 |

DEP = Diethyl phthalate; DEHP = Bis(2-ethylhexyl) phthalate; DEHA = Bis(2-ethylhexyl) adipate

References: PubChem (Methylparaben) (NCBI 2023c); ChemSpider (Methylparaben) (RSC 2023d); PubChem (Ethylparaben) (NCBI 2023f); ChemSpider (Ethylparaben) (RSC 2023c); PubChem (Butylparaben) (NCBI 2023b); ChemSpider (Butylparaben) (RSC 2023a); PubChem (DEP) (NCBI 2023a); PubChem (DEHP) (NCBI 2023e), PubChem (DEHA) (NCBI 2023d); ChemSpider (DEHA) (RSC 2023b); ten Berge et al. (2021).

[a]DEP and DEHP are included in the IH SkinPerm database (ten Berge et al. 2021). Shown here are the physicochemical properties that are entered for DEP and DEHP in the IH SkinPerm database unless otherwise noted.

[b]Based on a vapor pressure of $8.5 \times 10^{-7}$ mm Hg at 20°C (PubChem [DEHA]).

[c]Water solubility at 22°C (PubChem [DEHA]).

[d]It is recommended to use the Log$K_{ow}$ at pH 5.5 for IH SkinPerm (Tibaldi et al. 2014, 2017; ten Berge et al. 2021). However, Tibaldi et al. (2014) prioritized experimental data over estimated values in the selection of Log$K_{ow}$ values for the chemicals in the IH SkinPerm database. Experimental Log$K_{ow}$ values for user-added chemicals were selected for input into the model instead of predicted Log$K_{ow}$ or LogD values at pH 5.5 because, based on the pKa and structure of these substances, they are not expected to deprotonate at pH 5.5. The selected experimental values were not reported to have been measured at pH 5.5.

[e]Log$K_{ow}$ for DEP according to PubChem.

[f]Log$K_{ow}$ for DEHP according to PubChem.

[g]An experimental Log$K_{ow}$ was not identified for DEHA; the Log$K_{ow}$ for this substance that was estimated by EPA EPI Suite™ was selected for input into the model (ChemSpider (DEHA)).

The additional input parameters entered in the IH SkinPerm™ model are presented in Table 3. Because chemical concentrations were reported as a range by Helm et al. (2018), modeling was performed for the lower- and upper-bound of the concentration range for each paraben, phthalate, and phthalate substitute to assess the plausible range of estimated systemic doses for each component.

Notably, for the two leave-in products that were assumed to have an exposure time up to 72 h, the absorption rate exponentially decreased and further absorption ceased at approximately 10 or 20 h, which was principally dependent on the chemical of interest.

### *Exposure assessment*

Estimated lower- and upper-bound absorbed doses of MP, EP, BP, DEP, DEHP, and DEHA per hair relaxer component are presented in Table 4. The absorbed doses for each chemical correspond to the estimated total mass that permeated through the stratum corneum and was absorbed into systemic circulation during the observation period (Tibaldi et al. 2017; ten Berge et al. 2021). The percent absorption for each chemical refers to the percentage that was absorbed relative to the total mass deposited on the skin during the observation period (ten Berge et al. 2021). The estimated lower- and upper-bound absorbed doses of MP, EP, BP, DEP, DEHP, and DEHA per hair relaxer kit (mg/kg), as well as the total estimated daily dose per year per kit (mg/kg/day) of each chemical, are presented in Table 5.

### *Comparison of absorbed doses to relevant benchmark values*

The relevant health-based guidance values for MP, EP, DEP, DEHP, and DEHA are presented in Table 6; no health-based guidance values were found for BP (JECFA 1974; EPA 1987b, 1987a, 1992; Health Canada 1994, 2011; ATSDR 1995, 2022; SCF 2000; RIVM 2001; OEHHA 2002, 2005, 2006; WHO 2003a, 2003b, 2004; EFSA 2004; FSCJ 2014; ECHA 2022b, 2022a, 2023c, 2023b, 2023a). These health-based guidance values assumed daily exposure over the course of a lifetime, except for the Agency for Toxic Substances and Disease Registry (ATSDR) Minimal Risk Levels (MRLs). The acute ATSDR MRLs were derived for an exposure duration of 1–14 days, and the intermediate ATSDR MRLs were derived for an exposure duration of 15–364 days.

## Discussion

This is the first published study to assess dermal absorption and resultant internal dose of phthalates, parabens, and phthalate substitutes from the use of hair relaxers.

### *Comparison of absorbed doses to relevant benchmarks*

In almost all circumstances, the upper-bound absorbed doses for each chemical (mg/kg/day) per application were below the estimated internal daily doses associated with each health-based guidance value, indicating that, even if hair relaxers were applied daily (which is unlikely), these guidance values would not be exceeded. The one exception was for the upper-bound absorbed dose for DEHP associated with Kit #1 (0.00502 mg/kg per application, or a total estimated daily dose per year of 0.000119 mg/kg/day). While the total estimated daily dose per year of DEHP for Kit #1 was at least an order of magnitude below the internal doses associated with all guidance values that assumed daily exposure over the course of a lifetime (EPA 1987a; Health Canada 1994; RIVM 2001; OEHHA 2002, 2005, 2006; WHO 2003b; FSCJ 2014; ECHA 2022a), as well as the acute duration ATSDR MRL (ATSDR 2022), it exceeded the internal dose associated with the ATSDR intermediate MRL (ATSDR 2022) of 0.000075 mg/kg/day by a factor of approximately 2. As can be seen in Table 6, the internal dose associated with this guidance value is between 30- and 800-fold lower than

**Table 3.** IH SkinPerm data input.

| Kit – Component | Mass of Component (mg) [a] | Substance selection | Weight Fraction Lower-Bound | Weight Fraction Upper-Bound | End Time Observation (hrs) |
|---|---|---|---|---|---|
| Kit #1 - Pre-treatment | 14,000 | Methylparaben – User's database | 0.0001 | 0.001 | $0.\overline{33}$[c] |
| | | DEP – IH SkinPerm database | 0.000001 | 0.0001 | |
| Kit #1 - Relaxing Cream | 185,000 | Methylparaben – User's database | 0.000001 | 0.0001 | $0.\overline{33}$ |
| | | Ethylparaben – User's database | 0.000001 | 0.0001 | |
| | | Butylparaben – User's database | 0.000001 | 0.0001 | |
| Kit #1 - Activator | 44,000[b] | DEHP – IH SkinPerm database | 0.000001 | 0.0001 | $0.\overline{33}$ |
| Kit #1 - Shampoo and Conditioner | 81,000[b] | Methylparaben – User's database | 0.000001 | 0.0001 | 0.25[d] |
| | | DEP – IH SkinPerm database | 0.000001 | 0.0001 | |
| Kit #1 - Lotion | 14,000 | Methylparaben – User's database | 0.0001 | 0.001 | 72[e] |
| | | DEHP – IH SkinPerm database | 0.000001 | 0.0001 | |
| Kit #2 - Shampoo and Conditioner | 88,000[b] | Methylparaben – User's database | 0.0001 | 0.001 | 72[f] |
| | | DEP – IH SkinPerm database | 0.0001 | 0.001 | |
| Kit #3 - Shine | 22,000[b] | Methylparaben – User's database | 0.0001 | 0.001 | 0.25[g] |
| | | DEP – IH SkinPerm database | 0.000001 | 0.0001 | |
| Kit #3 - Shampoo and Conditioner | 66,000[b] | Methylparaben – User's database | 0.0001 | 0.001 | 0.25[h] |
| | | Ethylparaben – User's database | 0.000001 | 0.0001 | |
| | | DEHA – User's database | 0.0001 | 0.001 | |

[a]The maximum amount of substance remaining on the skin is limited to 25 *x* affected skin area (i.e. 25 *x* 760 $cm^2$ = 19000 mg).

[b]For liquid components that only had a specified volume and not a specified mass, a 1:1 ratio for milliliters to grams was assumed to calculate the corresponding total mass of component.

[c]Kit #1 instructions direct the user to apply pre-relaxer treatment to previously relaxed hair before applying relaxer to hair. Therefore, it was assumed that the pre-treatment would be left in for the maximum duration of the relaxer application, which is 20 min, and then rinsed out when the relaxer is rinsed following application.

[d]Kit #1 instructions direct the user to smooth shampoo onto hair, contacting the scalp, and to allow shampoo to sit on hair and scalp for 1 min. After 1 min, the user is to gently distribute lather with fingertips, rinse with water, and then repeat shampoo application until relaxer is removed. Following use of shampoo to remove relaxer, the instructions direct the user to apply conditioner and leave in for 2 to 5 min and then rinse, or to leave in a small amount of conditioner. A 15-min total application time was assumed for shampoo and conditioner (0.25 hrs) (i.e. 5 min shampoo application *x* 2 + [5 min conditioner application] = 15 min).

[e]Kit #1 instructions direct user to apply a small amount of oil moisturizing lotion after using conditioner. Therefore, it was assumed that the lotion would be left in for a duration of 72 h, assumed to represent the next time hair would be washed.

[f]Kit #2 instructions direct user to thoroughly rinse hair with water to remove relaxer mixture, apply shampoo, rinse shampoo from hair and towel blot, and to perform shampoo steps at least two times. Next, the instructions direct the user to condition and style by applying a leave-in tonic to hair, such as styling lotion. Therefore, it was assumed that the conditioner tested by Helm et al. (2018) was to be left in for a duration of 72 h, assumed to represent the next time hair would be washed.

[g]Kit #3 instructions direct user to apply shine after rinsing relaxer mixture from hair by applying shine to scalp area and combing through for even distribution. Shine is to be left in for 10 min followed by shampoo application and rinse. Therefore, an application time of 15 min was assumed for the shine (i.e. 10 min shine application +5 min shampoo application and then rinse).

[h]Kit #3 instructions direct user to apply shampoo to remove any remaining residue, repeat as necessary, and then rinse with water. Next, the user is to apply conditioner from scalp to ends, comb through to evenly distribute conditioner, let sit for 10 min, and then rinse with water. A 5-min application time was assumed for the shampoo and, therefore, the total application time for shampoo and conditioner was 15 min.

Case: 1:23-cv-00818 Document #: 1828-8 Filed: 05/05/26 Page 10 of 22 PageID #:72617


**Table 4.** Estimated absorbed doses per hair relaxer component.

| Kit – Component | Chemical | Observation Time (hr) | Absorption (%) | Absorbed Dose per Application per Component (mg) | |
|---|---|---|---|---|---|
| | | | | Lower-Bound | Upper-Bound |
| **Kit #1** | | | | | |
| Pre-treatment | Methylparaben | $0.\overline{33}$ | 0.593 | 0.00831 | 0.0831 |
| | DEP | | 0.167 | 0.0000233 | 0.00233 |
| Relaxing Cream | Methylparaben | $0.\overline{33}$ | 0.437 | 0.0000831 | 0.00831 |
| | Ethylparaben | | 0.526 | 0.0000999 | 0.00999 |
| | Butylparaben | | 0.743 | 0.000141 | 0.0141 |
| Activator | DEHP | $0.\overline{33}$ | 0.452 | 0.0000858 | 0.00858 |
| Shampoo and Conditioner | Methylparaben | 0.25 | 0.285 | 0.0000542 | 0.00542 |
| | DEP | | 0.0751 | 0.0000143 | 0.00143 |
| Lotion | Methylparaben | 72 | 26.2 | 0.367 | 3.67 |
| | DEHP | | 27.1 | 0.0038 | 0.38 |
| **Kit #2** | | | | | |
| Shampoo and Conditioner | Methylparaben | 72 | 19.3 | 0.367 | 3.67 |
| | DEP | | 18.1 | 0.344 | 3.44 |
| **Kit #3** | | | | | |
| Shine | Methylparaben | 0.25 | 0.285 | 0.00542 | 0.0542 |
| | DEP | | 0.0751 | 0.0000143 | 0.00143 |
| Shampoo and Conditioner | Methylparaben | 0.25 | 0.285 | 0.00542 | 0.0542 |
| | Ethylparaben | | 0.348 | 0.000066 | 0.0066 |
| | DEHA | | 0.708 | 0.0135 | 0.135 |

**Table 5.** Estimated absorbed doses per hair relaxer kit.

| Kit | Chemical | Total Absorbed Mass per Application per Kit (mg) | | Total Absorbed Mass/Body Weight per Application per Kit (mg/kg)[a] | | Total Daily Dose per Kit per Year (mg/kg/day) | |
|---|---|---|---|---|---|---|---|
| | | Lower-Bound | Upper-Bound | Lower-Bound | Upper-Bound | Lower-Bound | Upper-Bound |
| Kit #1 | Methylparaben | 0.375 | 3.77 | 0.00485 | 0.0487 | $8.64 \times 10^{-5}$ | 0.00116 |
| | Ethylparaben | 0.0000999 | 0.00999 | $1.29 \times 10^{-6}$ | 0.000129 | $2.30 \times 10^{-8}$ | $3.07 \times 10^{-6}$ |
| | Butylparaben | 0.000141 | 0.0141 | $1.82 \times 10^{-6}$ | 0.000182 | $3.24 \times 10^{-8}$ | $4.33 \times 10^{-6}$ |
| | DEP | 0.0000376 | 0.00376 | $4.86 \times 10^{-7}$ | $4.86 \times 10^{-5}$ | $8.65 \times 10^{-9}$ | $1.15 \times 10^{-6}$ |
| | DEHP | 0.00389 | 0.389 | $5.02 \times 10^{-5}$ | 0.00502 | $8.94 \times 10^{-7}$ | 0.000119 |
| Kit #2 | Methylparaben | 0.367 | 3.67 | 0.00474 | 0.0474 | $8.44 \times 10^{-5}$ | 0.00113 |
| | DEP | 0.344 | 3.44 | 0.00444 | 0.0444 | $7.91 \times 10^{-5}$ | 0.00106 |
| Kit #3 | Methylparaben | 0.0108 | 0.108 | 0.000140 | 0.00140 | $2.49 \times 10^{-6}$ | $3.33 \times 10^{-5}$ |
| | Ethylparaben | 0.000066 | 0.0066 | $8.53 \times 10^{-7}$ | $8.53 \times 10^{-5}$ | $1.52 \times 10^{-8}$ | $2.03 \times 10^{-6}$ |
| | DEP | 0.0000143 | 0.00143 | $1.85 \times 10^{-7}$ | $1.85 \times 10^{-5}$ | $3.29 \times 10^{-9}$ | $4.39 \times 10^{-7}$ |
| | DEHA | 0.0135 | 0.135 | 0.000174 | 0.00174 | $3.11 \times 10^{-6}$ | $4.14 \times 10^{-5}$ |

[a]Assuming a weight of 77.4 kg, which is the average weight of an adult female according to NHANES.

any other guidance value for DEHP. Nonetheless, given the recommended application frequency of this product, the ATSDR acute MRL would be a more appropriate health-based guidance value than the intermediate MRL.

## *Other sources of exposure to phthalates and parabens*

Due to their inclusion in a wide range of consumer products, such as cosmetics, personal care products, medicines, cleaning products, and food contact materials, humans are routinely exposed via ingestion or dermally to parabens and phthalates via food and dust (Loftus et al. 1994; ATSDR 1995; Rudel et al. 2003; Wensing et al. 2005; Langer et al. 2010; Clark et al. 2011; Cherian et al. 2020; Health Canada 2020; Yang et al. 2023). For example, it has been estimated that over 95% of the US population is exposed to DEHP, specifically, with average total daily intake (principally from dietary sources) ranging from 0.001 to 0.030 mg/kg/day; these values exceed DEHP daily dose as a result of

**Table 6.** Relevant health-based guidance values and corresponding internal doses.

| Organization | Year | Study Design | NOAEL (or LOAEL and underlying study) | Limit | Guidance Value | Percent Absorption | Internal Daily Dose (Averaging Time) |
|---|---|---|---|---|---|---|---|
| **Methylparaben** | | | | | | | |
| JECFA | 1974 | Rat – oral | 1,000 mg/kg/day based on reduction in growth rate at a higher dose level | ADI | 0-10 mg/kg/day | 100%[a] | 10 mg/kg/day (lifetime) |
| EFSA | 2004 | Rat – oral | 1,000 mg/kg/day based on no observed effects in long term toxicity studies and studies on sex hormones and the male reproductive organs in rats | ADI | 0-10 mg/kg/day | 100%[a] | 10 mg/kg/day (lifetime) |
| ECHA | 2022 | Rat – oral | 1,000 mg/kg/day, which was the highest dose tested in a combined repeated dose oral toxicity study and reproduction/developmental screening test | DNEL (general population – dermal) | 14.7 mg/kg/day | 85%[b] | 12.5 mg/kg/day (lifetime) |
| **Ethylparaben** | | | | | | | |
| JECFA | 1974 | Rat – oral | 1,000 mg/kg/day (of methylparaben) based on reduction in growth rate at a higher dose level | ADI | 0-10 mg/kg/day | 100%[a] | 10 mg/kg/day (lifetime) |
| EFSA | 2004 | Rat – oral | 1,000 mg/kg/day based on long term toxicity studies and studies on sex hormones and the male reproductive organs in rats | ADI | 0-10 mg/kg/day | 100%[a] | 10 mg/kg/day (lifetime) |
| ECHA | 2023 | Rat – oral | 1,000 mg/kg/day based on repeated dose toxicity oral studies with read-across substances, propyl paraben and methylparaben | DNEL (general population – oral) | 12.5 mg/kg/day | 100%[a] | 12.5 mg/kg/day (lifetime) |
| **DEP** | | | | | | | |
| EPA | 1987 | Rat – oral | 750 mg/kg/day with a critical effect of decreased growth rate, decreased food consumption, and altered organ weights | RfD | 0.8 mg/kg/day | 100%[c] | 0.8 mg/kg/day (lifetime) |
| ATSDR | 1995 | Rat – oral | LOAEL of 2,000 mg/kg/day based on Leydig cell ultrastructural changes in a reproductive toxicity study | MRL (acute) | 7 mg/kg/day | 100%[c] | 7 mg/kg/day (1-14 days) |
| ATSDR | 1995 | Rat – oral | LOAEL of 1,753 mg/kg/day based on peroxisomal proliferation, slightly elevated liver weight, and changes in hepatic enzyme activities | MRL (intermediate) | 6 mg/kg/day | 100%[c] | 6 mg/kg/day (15-364 days) |
| WHO | 2003 | Mouse – dermal | 1,600 mg/kg/day in a dermal reproductive/developmental study with variation in rib numbers in offspring and maternal toxicity | TDI | 5 mg/kg/day | 100%[c] | 5 mg/kg/day (lifetime) |
| ECHA | 2023 | Rat – oral | 150 mg/kg/day based on repeated dose toxicity oral study | DNEL (general population – oral) | 0.75 mg/kg/day | 100%[c] | 0.75 mg/kg/day (lifetime) |
| **DEHP** | | | | | | | |
| EPA | 1987 | Guinea pig – oral | LOAEL of 19 mg/kg/day based on increased relative liver weights | RfD | 0.02 mg/kg/day | 75%[d] | 0.015 mg/kg/day (lifetime) |

(*Continued*)

**Table 6.** (Continued).

| Organization | Year | Study Design | NOAEL (or LOAEL and underlying study) | Limit | Guidance Value | Percent Absorption | Internal Daily Dose (Averaging Time) |
|---|---|---|---|---|---|---|---|
| Health Canada | 1994 | Mouse – oral | NOEL of 44 mg/kg/day based on maternal toxicity and increased number of resorptions and dead fetuses in offspring in developmental study | TDI | 0.044 mg/kg/day | 75%[d] | 0.033 mg/kg/day (lifetime) |
| RIVM | 2001 | Not specified – oral | 3.7 mg/kg/day based on Sertoli cell vacuolation | TDI | 0.004 mg/kg/day | 75%[d] | 0.003 mg/kg/day (lifetime) |
| CA OEHHA | 2002 | Mouse – oral | 0.0022 per mg/kg/day human cancer potency estimate based on liver tumors in mice | NSRL | 0.310 mg/day (assuming a 70 kg adult) 0.0044 mg/kg/day | 75%[d] | 0.0033 mg/kg/day (lifetime) |
| WHO | 2003 | Rat – oral | 2.5 mg/kg/day based on peroxisomal proliferation in the liver | TDI | 0.025 mg/kg/day | 75%[d] | 0.019 mg/kg/day (lifetime) |
| CA OEHHA | 2005 | Rat – oral | NOEL of 5.8 mg/kg/day based on increased bilateral aspermatogenesis | MADL (oral) | 0.410 mg/day (assuming a 70 kg adult) 0.0059 mg/kg/day | 75%[d] | 0.0044 mg/kg/day (lifetime) |
| CA OEHHA | 2006 | Rat – i.v. | NOAEL of 60 mg/kg/day based on decreased testicular weights and histopathological changes following i.v. injection | MADL (i.v.) | 4.2 mg/day (assuming a 70 kg adult) 0.06 mg/kg/day | 100% | 0.06 mg/kg/day (lifetime) |
| FSCJ | 2014 | Rat – oral | 3 mg/kg/day based on reduction in anogenital distance and reproductive organ weight in offspring | TDI | 0.03 mg/kg/day | 75%[d] | 0.023 mg/kg/day (lifetime) |
| ATSDR | 2022 | Rat – oral | LOAEL of 1 mg/kg/day for altered glucose homeostasis in offspring | MRL (acute) | 0.003 mg/kg/day | 75%[d] | 0.0023 mg/kg/day (1-14 days) |
| | | Mouse – oral | LOAEL of 0.04 mg/kg/day for altered female reproductive development in offspring | MRL (intermediate) | 0.0001 mg/kg/day | 75%[d] | 0.000075 mg/kg/day (15-364 days) |
| ECHA | 2022 | Rat – oral | 4.8 mg/kg/day based on reproductive and developmental effects in three-generation oral study | DNEL (general population – oral) | 0.036 mg/kg/day | 75%[d] | 0.027 mg/kg/day (lifetime) |

(*Continued*)

**Table 6.** (Continued).

| Organization | Year | Study Design | NOAEL (or LOAEL and underlying study) | Limit | Guidance Value | Percent Absorption | Internal Daily Dose (Averaging Time) |
|---|---|---|---|---|---|---|---|
| **DEHA** | | | | | | | |
| Health Canada | 1976 | Rat – oral | Not specified | ADI | 0.5 mg/kg/day | 75%[e] | 0.375 mg/kg/day (lifetime) |
| EPA | 1992 | Rat – oral | 170 mg/kg/day based on changes in body weight and liver weight in parents; reduced ossification and slightly dilated ureters in fetuses; reduced offspring weight gain, total litter weight, and litter size | RfD | 0.6 mg/kg/day | 75%[e] | 0.45 mg/kg/day (lifetime) |
| EC SCF | 1994 | Rat – not specified | NOEL of 30 mg/kg/day based on fetotoxicity in a teratogenicity study | TDI | 0.3 mg/kg/day | 75%[e] | 0.225 mg/kg/day (lifetime) |
| WHO | 2004 | Rat – oral | 28 mg/kg/day based on reduction in maternal body weight gain and dilated and kinked ureters and skeletal defects in offspring | TDI | 0.28 mg/kg/day | 75%[e] | 0.21 mg/kg/day (lifetime) |
| ECHA | 2023 | Rat – oral | 170 mg/kg/day based on repeated dose toxicity oral study | DNEL (general population - oral) | 1.7 mg/kg/day | 75%[e] | 1.275 mg/kg/day (lifetime) |

[a]RIVM (2022)
[b]ECHA (2022b).
[c]NICNAS (2011)
[d]ECHA (2022a); EFSA (2019)
[e]OEHHA (2003)

use of Kit #1 in the current analysis ($8.94 \times 10^{-7}$ to 0.000119 mg/kg/day) by up to five orders of magnitude, as well as the ATSDR intermediate MRL for DEHP (0.0001 mg/kg/day) by a factor of 10 to 300 (ATSDR 2022).

MP, EP, and BP have been reported to have been used in thousands of different cosmetic formulations (Cherian et al. 2020). Systemic doses associated with the use of cosmetics and/or personal care products have been reported to be several orders of magnitude higher than the daily systemic doses of parabens associated with the use of the hair relaxer products evaluated in this analysis. Specifically, previous studies have estimated upper-bound systemic doses of BP as high as 0.35 mg/kg/day for cosmetics and as high as 0.1 mg/kg/day for personal care products (Cowan-Ellsberry and Robison 2009; Csiszar et al. 2017; Cherian et al. 2020). In addition, estimated upper-bound systemic doses associated with the use of personal care products have been reported to be as high as 1.6 mg/kg/day for MP and as high as 0.8 mg/kg/day for EP (Cowan-Ellsberry and Robison 2009; Csiszar et al. 2017).

## Model considerations

While there is no single consensus modeling method for assessing skin exposure, IH SkinPerm™ is well accepted in the industrial hygiene community and has also been used to assess dermal exposures in consumer settings (Kopelovich et al. 2015; Perez et al. 2017; Lynch et al. 2023). However, some considerations must be taken when interpreting our results.

### Exposure time

Unsurprisingly, dermal absorption appeared to be directly proportional to observation time. For non-leave-in components with exposure times with an upper end of 20 min (0.33 h), less than 1% of each detected phthalate and/or paraben was estimated to be dermally absorbed. However, the percent of chemical absorbed increased to 18.1–27.1% of the applied dose for the kit components that were instructed to be left in hair at the culmination of kit usage (i.e. kit components that were instructed to be applied without a subsequent rinse), which had an assumed exposure time of 72 h. Furthermore, according to the instructions for each kit, the product was directed to be applied only to hair that had not been previously relaxed (i.e. new growth). Despite this, it was assumed that the entire mass of each relaxer component was applied directly to the scalp, which led to the selection of the highest "maximum skin adherence" value for the model. However, given that it is unlikely that the entirety of a kit component would be applied by a consumer or that the product was applied directly to the scalp at all, much less in its entirety, the absorbed doses modeled in this analysis can be considered representative of a "worst-case" exposure scenario.

### Evaluation of chemicals remaining in the skin

In some circumstances, it may be advisable to sum the absorbed dose and the amount of substance remaining in the skin after washing to determine the *total absorbable dose*, unless the evidence suggests that some portion of the residual test substance in the skin is unlikely to be absorbed (OECD 2004a, 2004b, 2011). For instance, the test substance retained in the first few layers of the stratum corneum, including substances found in locations like hair follicles or sweat ducts (which do not penetrate the stratum corneum but are protected from wash-off), may be removed by desquamation and may not be absorbed (OECD 2011).

The IH SkinPerm™ model estimates the absorbed dose within the observation period, as well as the mass of chemicals remaining in the stratum corneum (Tibaldi et al. 2014). The percentage and mass (mg) of each chemical remaining in the stratum corneum at the end of the observation time is presented in Supplemental Table S1 by component and in Supplemental Table S2 by kit. Given that it is unclear where in the stratum corneum the chemicals evaluated in our analysis are present, it is unclear if this additional mass is potentially absorbable or not. Nonetheless, assuming that the entirety of the mass of each chemical remaining in the stratum corneum is absorbable and absorbed

within the same 24 h of application, the total absorbable dose of each chemical per application per kit (mg/kg), as well as the total daily absorbable dose (mg/kg/day), were determined and are presented in Supplemental Table S3. Similar to the initial analysis, in all circumstances but one, the upper-bound absorbable doses for each chemical (mg/kg) per application were below the estimated internal daily doses associated with each guidance value, such that, even in an unlikely scenario in which hair relaxer applications were performed daily, these guidance values would not be exceeded.

### Evaluation of permeation coefficients

The permeation coefficient is defined as the ratio of a chemical's flux at steady state to its concentration in the applied aqueous solution. In the stratum corneum, aqueous permeation may occur through the lipid matrix and corneocytes.

IH SkinPerm™ calculates permeation coefficients for both pathways using quantitative structural activity relationships (QSARs) (Tibaldi et al. 2017). These QSARs were developed by ten Berge (ten Berge 2009) using a database of validated permeation coefficients prepared by Vecchia and Bunge's database of validated permeation coefficients (Vecchia and Bunge 2002), coupled with chemical molecular weight and octanol/water partition coefficients. The permeation coefficients used in our analysis that were determined by IH SkinPerm™ are within the range of those reported in the published literature for all parabens and DEP (Scott et al. 1987; Akomeah et al. 2004; Priprem et al. 2008; Frasch and Barbero 2009; Uchida et al. 2015). The studies included in the permeation coefficient database by Vecchia and Bunge (2002) were performed on a variety of skin sample types, including isolated stratum corneum, epidermal membranes, split, or full-thickness skin. None of the studies included in the database assessed *in vivo* permeation of phthalates or parabens. This is an important limitation given that, in certain circumstances, absorption measured *in vitro* may exceed that demonstrated *in vivo*, especially if membrane integrity has been compromised (e.g. due to factors such as extended exposure and sampling times, excessive hydration of the skin sample, etc.) (OECD 2004a, 2004b). Furthermore, the anatomical location from which the skin samples were collected included the abdomen (Blank 1964; Blank et al. 1967; Scheuplein and Blank 1973; Roberts et al. 1977; Bronaugh et al. 1981, 1986; Bronaugh and Congdon 1984; Southwell et al. 1984; Blank and McAuliffe 1985; Hadgraft and Ridout 1987; Bond and BWilliam 1988; Anderson and Raykar 1989; Siddiqui et al. 1989; Parry et al. 1990; Rigg and Barry 1990; Roy and Flynn 1990; Scott et al. 1990; Pozzo et al. 1991; Kubota and Maibac 1993; Liu et al. 1994; Megrab et al. 1995; Dick and Scott 2011), the breast (Pozzo et al. 1991; Morimoto et al. 1992), the chest (Sato et al. 1991; Morimoto et al. 1992), and the inner thigh (Michaels et al. 1975; Galey et al. 1976), while other studies did not specify the anatomical site (Anderson et al. 1988; Barber et al. 1992; Peck et al. 1995). One of the included studies used human cheek, neck, breast, back, inguinal thigh, lower leg, foot, sole, and scrotum skin (Harada et al. 1993). None of the studies specifically assessed permeation through the scalp, though it is known that skin permeability may differ to some degree by anatomical region (Feldmann and Maibach 1967; Maibach et al. 1971; Wester et al. 1994; Tagami 2008). The influence of these variables that inform the permeation coefficients used in the model, as well as the impact of mixture effects that may modify the dermal flux of the chemical constituents in the products evaluated, was unclear.

### Influence of Log$K_{ow}$

Permeability generally increases as the octanol-water partition coefficient ($K_{ow}$) (i.e. the ratio of the chemical's concentration in the organic layer compared to the aqueous layer) increases but is expected to reach a limit where greater lipophilicity prevents passage through the watery epidermis. Therefore, the permeation of highly lipophilic chemicals was likely overestimated by IH SkinPerm™. For example, the permeation coefficient for DEHP via IH SkinPerm™ was higher than those reported in the literature (Buist et al. 2010; Hopf et al. 2014); to our knowledge, no such data exists for DEHA. Yano et al. (1986) observed a parabolic relationship between percent absorption and

$\log K_{ow}$, with optimal absorption occurring at a $\log K_{ow}$ of approximately 2.5. Sugino et al. (2017) observed that DEHP did not permeate through full thickness excised human abdominal skin. For various highly lipophilic flame retardants, a significant decreasing trend in permeation coefficients was reported, as $\log K_{ow}$ increased with much of the applied dose remaining in the upper skin layers (Frederiksen et al. 2016). A considerable portion of DEHA applied to human breast skin *in vitro* remained within the skin, as opposed to the receptor fluid 24 h after application, potentially due to the lipophilic nature of DEHA (Zhou et al. 2013). Based on these data, our reported dermal absorption rates for DEHP and DEHA were likely overestimated. Notably, IH SkinPerm™ predictions work best for chemicals with $\log K_{ow}$ between −3 and 6 (Tibaldi et al. 2014).

## Conclusion

Using a well-accepted dermal modeling tool and conservative input parameters, potentially absorbed doses of phthalates and parabens as a result of consumer hair relaxer use were modeled. Modeled absorbed doses for each chemical were below estimated internal daily doses associated with the most relevant health-based guidance values, indicating consumer exposure from product use is not expected to pose a health risk. This research fills an important gap in the peer-reviewed literature and can play an important role in future assessments of health risk associated with consumer use of hair relaxer products.

## Disclosure statement

All the authors are employed by Benchmark Risk Group, a consulting firm that provides scientific advice to various organizations. The time invested by the authors to write this paper was provided by their employer, and no external funding was received for the study or the research supporting the analysis. Furthermore, the conclusions drawn are exclusively those of the authors and have not been influenced by anyone other than the authors. Aside from the authors, peer-reviewers, and Editor, no one has reviewed, commented on, or revised this article prior to its publication. Several of the authors (E.M.B., E.W.M., and J.S.P.) have been retained as experts in litigation related to exposures in occupational and consumer products settings; however, to date, none of the authors have been involved in litigation related to hair products.

## Funding

The author (s) reported there is no funding associated with the work featured in this article.

## Data availability statement

The authors confirm that the data supporting the findings of this study are available within the article and/or its supplementary materials.

## References

AIHA. 2023. IHSkinPerm, an excel application for estimating dermal absorption. [accessed 2023 Nov 27]. https://www.aiha.org/public-resources/consumer-resources/apps-and-tools-resource-center/aiha-risk-assessment-tools/ihskinperm.

Akomeah F, Nazir T, Martin GP, Brown MB. 2004. Effect of heat on the percutaneous absorption and skin retention of three model penetrants. Eur J Pharm Sci. 21(2–3):337–345. doi: 10.1016/j.ejps.2003.10.025.

Anderson BD, Higuchi WI, Raykar PV. 1988. Heterogeneity effects on permeability–partition coefficient relationships in human stratum corneum. Pharm Res. 5(9):566–573. doi: 10.1023/a:1015989929342.

Anderson BD, Raykar PV. 1989. Solute structure-permeability relationships in human stratum corneum. J Investig Dermatol. 93(2):280–286. doi: 10.1111/1523-1747.ep12277592.

ATSDR. 1995. Toxicological profile for diethyl phthalate. Agency for Toxic Substances and Disease Registry (ATSDR), Public Health Service, U.S. Department of Health and Human Services.

Case: 1:23-cv-00818 Document #: 1828-8 Filed: 05/05/26 Page 17 of 22 PageID #:72624


ATSDR. 2022. Toxicological profile for Di(2-Ethylhexyl)Phthalate (DEHP). Agency for Toxic Substances and Disease Registry (ATSDR). Public Health Service, U.S. Department of Health and Human Services.

Barber ED, Teetsel NM, Kolberg KF, Guest D. 1992. A comparative study of the rates of in vitro percutaneous absorption of eight chemicals using rat and human skin. Fundam Appl Toxicol. 19(4):493–497. doi: 10.1016/0272-0590(92)90086-w.

Bertrand KA, Delp L, Coogan PF, Cozier YC, Lenzy YM, Rosenberg L, Palmer JR. 2023. Hair relaxer use and risk of uterine cancer in the black Women's health study. Environ Res. 239(Pt 1):117228. doi: 10.1016/j.envres.2023.117228.

Blank IH. 1964. Penetration of low-molecular-weight alcohols into skin I. Effect of concentration of alcohol and type of Vehicle* * from the research laboratories of the department of dermatology of the Harvard medical school at the Massachusetts general hospital, Boston 14, massachusetts. J Investig Dermatol. 43(5):415–420. doi: 10.1038/jid.1964.174.

Blank IH, McAuliffe DJ. 1985. Penetration of benzene through human skin. J Investig Dermatol. 85(6):522–526. doi: 10.1111/1523-1747.ep12277325.

Blank IH, Scheuplein RJ, Macfarlane DJ. 1967. Mechanism of percutaneous absorption III. The effect of temperature on the transport of non-electrolytes across the Skin*. J Investig Dermatol. 49(6):582–589. doi: 10.1038/jid.1967.184.

Bond J, BWilliam B. 1988. Hairless mouse skin is limited as a model for assessing the effects of penetration enhancers in human skin. J Investig Dermatol. 90(6):810–813. doi: 10.1111/1523-1747.ep12462031.

Brinton LA, Figueroa JD, Ansong D, Nyarko KM, Wiafe S, Yarney J, Biritwum R, Brotzman M, Thistle JE, Adjei E, et al. 2018. Skin lighteners and hair relaxers as risk factors for breast cancer: results from the Ghana breast health study. Carcinogenis. 39(4):571–579. doi: 10.1093/carcin/bgy002.

Bronaugh RL, Congdon ER. 1984. Percutaneous absorption of hair dyes: correlation with partition coefficients. J Investig Dermatol. 83(2):124–127. doi: 10.1111/1523-1747.ep12263302.

Bronaugh RL, Congdon ER, Scheuplein RJ. 1981. The effect of cosmetic vehicles on the penetration of N-Nitrosodiethanolamine through excised human skin. J Investig Dermatol. 76(2):94–96. doi: 10.1111/1523-1747.ep12525384.

Bronaugh RL, Stewart RF, Simon M. 1986. Methods for in vitro percutaneous absorption studies VII: use of excised human skin. J Pharm Sci. 75(11):1094–1097. doi: 10.1002/jps.2600751115.

Buist HE, van BJ, Freidig AP, Maas WJM, van de SJ. 2010. New in vitro dermal absorption database and the prediction of dermal absorption under finite conditions for risk assessment purposes. Regul Toxicol Pharmacol. 57(2–3):200–209. doi: 10.1016/j.yrtph.2010.02.008.

Chang C-J, O'Brien KM, Keil AP, Gaston SA, Jackson CL, Sandler DP, White AJ. 2022. Use of straighteners and other hair products and incident uterine cancer. JNCI J Natl Cancer Inst. 114(12):1636–1645. doi: 10.1093/jnci/djac165.

Cherian P, Zhu J, Bergfeld WF, Belsito DV, Hill RA, Klaassen CD, Liebler DC, Marks JG, Shank RC, Slaga TJ, et al. 2020. Amended safety assessment of parabens as used in cosmetics. Int J Toxicol. 39(1_suppl):5S–97S. doi: 10.1177/1091581820925001.

Clark KE, David RM, Guinn R, Kramarz KW, Lampi MA, Staples CA. 2011. Modeling human exposure to phthalate esters: a comparison of indirect and biomonitoring estimation methods. Hum Ecol Risk Assess: Int J. 17(4):923–965. doi: 10.1080/10807039.2011.588157.

Coogan PF, Rosenberg L, Palmer JR, Cozier YC, Lenzy YM, Bertrand KA. 2021. Hair product use and breast cancer incidence in the black women's health study. Carcinogenesis. 42(7):924–930. doi: 10.1093/carcin/bgab041.

Cowan-Ellsberry CE, Robison SH. 2009. Refining aggregate exposure: example using parabens. Regul Toxicol Pharmacol. 55(3):321–329. doi: 10.1016/j.yrtph.2009.08.004.

Csiszar SA, Ernstoff AS, Fantke P, Jolliet O. 2017. Stochastic modeling of near-field exposure to parabens in personal care products. J Expo Sci Environ Epidemiol. 27(2):152–159. doi: 10.1038/jes.2015.85.

Dick IP, Scott RC. 2011. Pig ear skin as an in-vitro model for human skin permeability. J Pharm Pharmacol. 44(8):640–645. doi: 10.1111/j.2042-7158.1992.tb05485.x.

Dodson RE, Nishioka M, Standley LJ, Perovich LJ, Brody JG, Rudel RA. 2012. Endocrine disruptors and asthma-associated chemicals in consumer products. Environ Heal Perspect. 120(7):935–943. doi: 10.1289/ehp.1104052.

Eberle CE, Sandler DP, Taylor KW, White AJ. 2019. Hair dye and chemical straightener use and breast cancer risk in a large US population of black and white women. Int J Cancer. 147(2):383–391. doi: 10.1002/ijc.32738.

ECHA. 2022a. Registration Dossier: Bis(2-ethylhexyl) phthalate. European Chemicals Agency (ECHA). [accessed 2023 Dec 29]. https://echa.europa.eu/registration-dossier/-/registered-dossier/15358/7/1.

ECHA. 2022b. Registration Dossier: Methyl 4-hydroxybenzoate. European Chemicals Agency (ECHA). [accessed 2023 Nov 20]. https://echa.europa.eu/registration-dossier/-/registered-dossier/14310/7/1 1/8.

ECHA. 2023a. Registration Dossier: Bis(2-ethylhexyl) adipate. European Chemicals Agency (ECHA). https://echa.europa.eu/registration-dossier/-/registered-dossier/15293/7/1 1/4.

ECHA. 2023b. Registration Dossier: Diethyl phthalate. European Chemicals Agency (ECHA). https://echa.europa.eu/registration-dossier/-/registered-dossier/14869/7/1 1/6.

Case: 1:23-cv-00818 Document #: 1828-8 Filed: 05/05/26 Page 18 of 22 PageID #:72625


ECHA. 2023c. Registration Dossier: Ethyl 4-hydroxybenzoate. European Chemicals Agency (ECHA). https://echa.europa.eu/registration-dossier/-/registered-dossier/13843/7/1.
EFSA. 2004. Opinion of the scientific panel on food additives, flavourings, processing aids and materials in contact with food on a request from the commission related to para hydroxybenzoates (E 214-219). Question number EFSA-Q-2004-063. European Food Safety Authority (EFSA).
EFSA.2019. Update of the risk assessment of di-butylphthalate (DBP), butyl-benzyl-phthalate (BBP), bis(2-ethylhexyl)phthalate (DEHP), di-isononylphthalate (DINP) and diisodecylphthalate (DIDP) for use in food contact materials. EFSA J. 17(12):5838.
EPA. 1987a. IRIS chemical assessment summary Di(2-ethylhexyl)phthalate (DEHP); CASRN 117-81-7. Chemical Assessment Summary. Integrated Risk Information System (IRIS). National Center for Environmental Assessment, U.S. Environmental Protection Agency (EPA), Washington, DC.
EPA. 1987b. Diethyl phthalate; CASRN 84-66-2. Chemical Assessment Summary. Integrated Risk Information System (IRIS). National Center for Environmental Assessment, U.S. Environmental Protection Agency (EPA), Washington, DC.
EPA. 1992. Di(2-ethylhexyl)adipate; CASRN 103-23-1. Chemical Assessment Summary. Integrated Risk Information System (IRIS). National Center for Environmental Assessment, U.S. Environmental Protection Agency (EPA), Washington, DC.
EPA. 2004. Risk Assessment Guidance for Superfund Volume I: Human Health Evaluation Manual (Part E, Supplemental Guidance for Dermal Risk Assessment). EPA/540/R/99/005, OSWER 9285.7-02EP, PB99-963312. Office of Superfund Remediation and Technology Innovation, U.S. Environmental Protection Agency (EPA), Washington, DC.
EPA. 2011. Exposure Factors Handbook: 2011 Edition. EPA/600/R-09/052F. Office of Research and Development, National Center for Environmental Assessment, U.S. Environmental Protection Agency (EPA), Washington, DC.
FDA. 2022a. Parabens in cosmetics. [accessed 2023 Nov 29]. https://www.fda.gov/cosmetics/cosmetic-ingredients/parabens-cosmetics.
FDA. 2022b. Phthalates in cosmetics. [accessed 2023 Nov 29]. https://www.fda.gov/cosmetics/cosmetic-ingredients/phthalates-cosmetics.
Feldmann RJ, Maibach HI. 1967. Regional variation in percutaneous penetration of 14C cortisol in man. Archiv Dermatol. 94(5):649. doi: 10.1001/archderm.1966.01600290123023.
Frasch HF, Barbero AM. 2009. A paired comparison between human skin and hairless guinea pig skin in vitro permeability and lag time measurements for 6 industrial chemicals. Cutan Ocul Toxicol. 28(3):107–113. doi: 10.1080/15569520902950474.
Frederiksen M, Vorkamp K, Jensen NM, Sørensen JA, Knudsen LE, Sørensen LS, Webster TF, Nielsen JB. 2016. Dermal uptake and percutaneous penetration of ten flame retardants in a human skin ex vivo model. Chemosphere. 162:308–314. doi: 10.1016/j.chemosphere.2016.07.100.
Fryar CD, Kruszon-Moran D, Gu Q, Ogden CL. 2018. Waist circumference, and body Mass index among adults: United States, 1999-2000 through 2015-2016. Natl Health Stat Report. 122:1–16.
FSCJ. 2014. Bis(2-ethylhexyl)phthalate (DEHP). Food Safety Commission of Japan Food Safety (FSCJ). Food Saf. 2 (1):1–4. doi: 10.14252/foodsafetyfscj.2014008e.
Galey WR, Lonsdale HK, Nacht S. 1976. The in vitro permeability of skin and buccal mucosa to selected drugs and tritiated water. J Investig Dermatol. 67(6):713–717. doi: 10.1111/1523-1747.ep12598596.
Guo Y, Kannan K. 2013. A survey of phthalates and parabens in personal care products from the United States and its implications for human exposure. Environ Sci Technol. 47(24):14442–14449. doi: 10.1021/es4042034.
Hadgraft J, Ridout G. 1987. Development of model membranes for percutaneous absorption measurements. I. Isopropyl myristate. Int J Pharm. 39(1–2):149–156. doi: 10.1016/0378-5173(87)90210-9.
Harada K, Murakami T, Kawasaki E, Higashi Y, Yamamoto S, Yata N. 1993. In-vitro permeability to salicylic acid of human, rodent, and shed snake skin. J Pharm Pharmacol. 45(5):414–418. doi: 10.1111/j.2042-7158.1993.tb05567.x.
Health Canada. 1994. Bis(2-ethylhexyl) Phthalate. Priority Substances List Assessment Report. Canadian Environmental Protection Act Environment Canada, Health Canada.
Health Canada. 2011. Screening Assessment for the Challenge: Hexanedioic acid, bis(2-ethylhexyl) ester (DEHA). Chemical Abstracts Service Registry Number 103-23-1. September 2011. Environment Canada, Health Canada.
Health Canada. 2020. Draft Screening Assessment: Parabens Group. Chemical Abstracts Service Registry Numbers 94-13-3, 94-18-8,94-26-8, 99-76-3, 120-47-8, 4191-73-5, 4247-02-3. March 2020. Environment and Climate Change Canada, Health Canada.
Helm JS, Nishioka M, Brody JG, Rudel RA, Dodson RE. 2018. Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by black women. Environ Res. 165:448–458. doi: 10.1016/j.envres.2018.03.030.

Hopf NB, Berthet A, Vernez D, Langard E, Spring P, Gaudin R. 2014. Skin permeation and metabolism of di (2-ethylhexyl) phthalate (DEHP). Toxicol Lett. 224(1):47–53. doi: 10.1016/j.toxlet.2013.10.004.

James-Todd T, Senie R, Terry MB. 2012. Racial/Ethnic differences in hormonally-active hair product use: a plausible risk factor for health disparities. J Immigr Minor Heal. 14(3):506–511. doi: 10.1007/s10903-011-9482-5.

JECFA. 1974. Toxicological evaluation of some food additives including anticaking agents, antimicrobials, antioxidants, emulsifiers, and thickening agents. Joint FAO/WHO Expert Committee on Food Additives (JECFA). WHO food additives series No. 5. [accessed 2023 Nov 15]. https://www.inchem.org/documents/jecfa/jecmono/v05je01.htm.

Kopelovich L, Perez AL, Jacobs N, Mendelsohn E, Keenan JJ. 2015. Screening-level human health risk assessment of toluene and dibutyl phthalate in nail lacquers. Food Chem Toxicol. 81:46–53. doi: 10.1016/j.fct.2015.04.011.

Kubota N, Maibac H. 1993. In vitro percutaneous permeation of betamethasone and betamethasone 17-valerate. J Pharm Sci. 82(10):1039–1045. doi: 10.1002/jps.2600821017.

Langer S, Weschler CJ, Fischer A, Bekö G, Toftum J, Clausen G. 2010. Phthalate and PAH concentrations in dust collected from Danish homes and daycare centers. Atmos Environ. 44(19):2294–2301. doi: 10.1016/j.atmosenv.2010.04.001.

Liu P, Higuchi WI, Ghanem A-H, Good WR. 1994. Transport of β-estradiol in freshly excised human skin in vitro: diffusion and metabolism in each skin layer. Pharm Res. 11(12):1777–1784. doi: 10.1023/a:1018975602818.

Llanos AA, Rabkin A, Bandera EV, Zirpoli G, Gonzalez BD, Xing CY, Qin B, Lin Y, Hong C-C, Demissie K, et al. 2017. Hair product use and breast cancer risk among African American and white women. Carcinogenesis. 38 (9):883–892. doi: 10.1093/carcin/bgx060.

Loftus NJ, Woollen BH, Steel GT, Wilks MF, Castle L. 1994. An assessment of the dietary uptake of di-2-(ethylhexyl) adipate (DEHA) in a limited population study. Food Chem Toxicol. 32(1):1–5. doi: 10.1016/0278-6915(84)90029-2 .

Lynch HN, Gloekler LE, Allen LH, Maskrey JR, Bevan C, Maier A. 2023. Analysis of dermal exposure assessment in the US environmental protection agency toxic substances control act risk evaluations of chemical manufacturing. Toxicol Ind Heal. 39(1):49–65. doi: 10.1177/07482337221140946.

Maibach HI, Feldmann RJ, Milby TH, Serat WF. 1971. Regional variation in percutaneous penetration in man. Arch Environ Heal: Int J. 23(3):208–211. doi: 10.1080/00039896.1971.10665987.

McDonald JA, Tehranifar P, Flom JD, Terry MB, James-Todd T. 2018. Hair product use, age at menarche and mammographic breast density in multiethnic urban women. Environ Heal. 17(1):1. doi: 10.1186/s12940-017-0345-y.

Megrab NA, Williams AC, Barry BW. 1995. Oestradiol permeation through human skin and silastic membrane: effects of propylene glycol and supersaturation. J Control Release. 36(3):277–294. doi: 10.1016/0168-3659(95)00062-d.

Michaels AS, Chandrasekaran SK, Shaw JE. 1975. Drug permeation through human skin: theory and in vitro experimental measurement. AIChE J. 21(5):985–996. doi: 10.1002/aic.690210522.

Morimoto Y, Hatanaka T, Sugibayashi K, Omiya H. 1992. Prediction of skin permeability of drugs: comparison of human and hairless rat skin. J Pharm Pharmacol. 44(8):634–639. doi: 10.1111/j.2042-7158.1992.tb05484.x.

NCBI. 2023a. PubChem compound summary for CID 6781, diethyl phthalate. National Center for Biotechnology Information (NCBI). [accessed 2023 Nov 28]. https://pubchem.ncbi.nlm.nih.gov/compound/6781 .

NCBI. 2023b. PubChem compound summary for CID 7184, Butylparaben. National Center for Biotechnology Information (NCBI). [accessed 2023 Nov 28]. https://pubchem.ncbi.nlm.nih.gov/compound/7184 .

NCBI. 2023c. PubChem compound summary for CID 7456, Methylparaben. National Center for Biotechnology Information (NCBI). [accessed 2023 Nov 28]. https://pubchem.ncbi.nlm.nih.gov/compound/7456 .

NCBI. 2023d. PubChem compound summary for CID 7641, Bis(2-ethylhexyl) adipate. National Center for Biotechnology Information (NCBI). [accessed 2023 Nov 28]. https://pubchem.ncbi.nlm.nih.gov/compound/7641.

NCBI. 2023e. PubChem compound summary for CID 8343, Bis(2-ethylhexyl) phthalate. National Center for Biotechnology Information (NCBI). [accessed 2023 Nov 28]. https://pubchem.ncbi.nlm.nih.gov/compound/8343.

NCBI. 2023f. PubChem compound summary for CID 8434, Ethylparaben. National Center for Biotechnology Information (NCBI). [accessed 2023 Nov 28]. https://pubchem.ncbi.nlm.nih.gov/compound/8434 .

NICNAS. 2011. Diethyl Phthalate. Priority Existing Chemical Assessment Report No. 33. National Industrial Chemicals Notification and Assessment Scheme (NICNAS), Department of Health and Ageing, Commonwealth of Australia. Sydney, Australia.

OECD. 2004a. Guidance Document for the Conduct of Skin Absorption Studies. OECD Series on Testing and Assessment, Number 28. ENV/JM/MONO(2004)2. Organisation for Economic Co-operation and Development (OECD).

OECD. 2004b. OECD Gudieline for the Testing of Chemicals. Test No. 428: Skin Absorption: *in vitro* Method. Organisation for economic Co-operation and Development (OECD).

OECD. 2011. Joint Meeting of the Chemicals Committee and the Working Party on Chemicals, Pesticides and Biotechnology. Guidance Notes on Dermal Absorption. Series on Testing and Assessment. No. 156. ENV/JM/MONO(2011)36. Environment Directorate, Organisation for Economic Co-operation and Development (OECD).

OEHHA. 2002. No Significant Risk Level (NSRL) for the Proposition 65 Carcinogen Di(2-ethylhexyl)phthalate. Reproductive and Cancer Hazard Assessment Section, Office of Environmental Health Hazard Assessment (OEHHA), California Environmental Protection Agency.

OEHHA. 2003 September. Di-(2-ethylhexyl)adipate; public health goals for chemicals in drinking water. Di-(2-ethylhexyl)adipate; public health goals for chemicals in drinking water. Office of Environmental Health Hazard Assessment (OEHHA), California Environmental Protection Agency.

OEHHA. 2005. Proposition 65 Maximum Allowable Dose Level (MADL) for Reproductive Toxicity for Di(2-ethylhexyl)phthalate (DEHP) by Oral Exposure. Reproductive and Cancer Hazard Assessment Section, Office of Environmental Health Hazard Assessment (OEHHA), California Environmental Protection Agency.

OEHHA. 2006. Five Proposition 65 Maximum Allowable Dose Level (M A D L MADL) for Reproductive Toxicity for Di(2-ethylhexyl)phthalate (DEHP) by Intravenous Injection. Reproductive and Cancer Hazard Assessment Section, Office of Environmental Health Hazard Assessment (OEHHA), California Environmental Protection Agency.

Parry GE, Bunge AL, Silcox GD, Pershing LK, Pershing DW. 1990. Percutaneous absorption of benzoic acid across human skin. I In Vitro Exp Math Model Pharm Res. 7(3):230–236. doi: 10.1023/a:1015861709758.

Peck KD, Ghanem A-H, Higuchi WI. 1995. The effect of temperature upon the permeation of polar and ionic solutes through human epidermal membrane. J Pharm Sci. 84(8):975–982. doi: 10.1002/jps.2600840813.

Perez AL, Nembhard M, Monnot A, Bator D, Madonick E, Gaffney SH. 2017. Child and adult exposure and health risk evaluation following the use of metal- and metalloid-containing costume cosmetics sold in the United States. Regul Toxicol Pharmacol. 84:54–63. doi: 10.1016/j.yrtph.2016.12.005.

Pozzo AD, Donzelli G, Liggeri E, Rodriguez L. 1991. Percutaneous absorption of nicotinic acid derivatives in vitro. J Pharm Sci. 80(1):54–57. doi: 10.1002/jps.2600800114.

Priprem A, Khamlert C, Pongjanyak T, Radapong S, Rittirod T, Chitropas P. 2008. Comparative permeation studies between scale region of shed snake skin and human skin in vitro. Am J Agric Biol Sci. 3(1):444–450. doi: 10.3844/ajabssp.2008.444.450.

Rigg PC, Barry BW. 1990. Shed snake skin and hairless mouse skin as model membranes for human skin during permeation studies. J Investig Dermatol. 94(2):235–240. doi: 10.1111/1523-1747.ep12874561.

RIVM. 2001. Re-evaluation of human-toxicological maximum permissible risk levels. RIVM report 711701 025. AJ Baars, RMC Theelen, PJCM Janssen, JM Hesse, ME van Apeldoorn, MCM Meijerink, L Verdam, MJ Zeilmaker. Research for Man and Environment, National Institute for Public Health and the Environment. Ministry of Health, Welfare and Sport. Bilthoven, The Netherlands.

RIVM.2022. Aggregate exposure to parabens in personal care products and toys. RIVM letter report 2022-0201. The Netherlands: National Institute for Public Health and the Environment, Ministry of Health, Welfare and Sport. Bilthoven.

Roberts MS, Anderson RA, Swarbrick J. 1977. Permeability of human epidermis to phenolic compounds. J Pharm Pharmacol. 29(1):677–683. doi: 10.1111/j.2042-7158.1977.tb11434.x.

Rosenberg L, Boggs DA, Adams-Campbell LL, Palmer JR. 2007. Hair relaxers not associated with breast cancer risk: evidence from the black women's health study. Cancer Epidemiol Biomark Prev. 16(5):1035–1037. doi: 10.1158/1055-9965.epi-06-0946.

Roy SD, Flynn GL. 1990. Transdermal delivery of narcotic analgesics: pH, anatomical, and subject influences on cutaneous permeability of fentanyl and Sufentanil. Pharm Res. 7(8):842–847. doi: 10.1023/a:1015912932416.

RSC. 2023a. Butylparaben | C11H14O3 | ChemSpider. Royal Society of Chemistry (RSC). [accessed 2023 Nov 28]. https://www.chemspider.com/Chemical-Structure.6916.html?rid=93cd4281-67cd-41e0-9ca3-7ed4e8960947.

RSC. 2023b. DOA | C22H42O4 | ChemSpider. Royal Society of Chemistry (RSC). [accessed 2023 Nov 28]. https://www.chemspider.com/Chemical-Structure.7358.html?rid=a07c6bc5-3245-45c3-9889-5ace1d466b1f.

RSC. 2023c. Ethylparaben | C9H10O3 | ChemSpider. Royal Society of Chemistry (RSC). [accessed 2023 Nov 28]. https://www.chemspider.com/Chemical-Structure.13846749.html?rid=0c2206fd-f533-4d5d-886e-308d4689494e#acdLabsTab.

RSC. 2023d. Methylparaben | C8H8O3 | ChemSpider. Royal Society of Chemistry (RSC). [accessed 2023 Nov 28]. https://www.chemspider.com/Chemical-Structure.7176.html?rid=b6aa0b6a-de3f-411f-b027-c5fd7f64ae5b.

Rudel RA, Camann DE, Spengler JD, Korn LR, Brody JG. 2003. Phthalates, alkylphenols, pesticides, polybrominated diphenyl ethers, and other endocrine-disrupting compounds in indoor air and dust. Environ Sci Technol. 37(20):4543–4553. doi: 10.1021/es0264596.

Sanad EM, Fm E, Mustafa AI, Agina HA. 2019. Structural changes of hair shaft after application of chemical hair straighteners: clinical and histopathological study. J Cosmet Dermatol. 18(3):929–935. doi: 10.1111/jocd.12752.

Case: 1:23-cv-00818 Document #: 1828-8 Filed: 05/05/26 Page 21 of 22 PageID #:72628


Sato K, Sugibayashi K, Morimoto Y. 1991. Species differences in percutaneous absorption of nicorandil. J Pharm Sci. 80(2):104–107. doi: 10.1002/jps.2600800203.

SCF. 2000. Opinion of the Scientific Committee on Food on a survey on dietary intake of the food contact material di-2-(ethylhexyl) adipate (DEHA). SCF/CS/PM/3276 final /31920. Scientific Committee on Food, Directorate C - Scientific Opinions C3 - Management of Scientific Committees II; Scientific Co-operation and Networks, Health & Consumer Protection Directorate-General. European Commission. Brussels, Belgium.

Scheuplein RJ, Blank IH. 1973. Mechanism of percutaneous absorption. IV. Penetration of nonelectrolytes (alcohols) from aqueous solutions and from pure liquids. J Investig Dermatol. 60(5):286–296. doi: 10.1111/1523-1747.ep12723090.

Scott RC, Corrigan MA, Fiona S, Helen M. 1990. The influence of skin structure on permeability: an intersite and interspecies comparison with hydrophilic penetrants. J Investig Dermatol. 96(6):921–925. doi: 10.1111/1523-1747.ep12475447.

Scott RC, Dugard PH, Ramsey JD, Rhodes C. 1987. In vitro absorption of some o-phthalate diesters through human and rat skin. Environ Heal Perspect. 74:223–227. doi: 10.1289/ehp.8774223.

Siddiqui O, Roberts MS, Polack AE. 1989. Percutaneous absorption of steroids: relative contributions of epidermal penetration and dermal clearance. J Pharmacokinet Biopharm. 17(4):405–424. doi: 10.1007/bf01061455.

Southwell D, Barry BW, Woodford R. 1984. Variations in permeability of human skin within and between specimens. Int J Pharm. 18(3):299–309. doi: 10.1016/0378-5173(84)90145-5.

Steinemann AC. 2009. Fragranced consumer products and undisclosed ingredients. Environ Impact Assess Rev. 29 (1):32–38. doi: 10.1016/j.eiar.2008.05.002.

Sugino M, Hatanaka T, Todo H, Mashimo Y, Suzuki T, Kobayashi M, Hosoya O, Jinno H, Juni K, Sugibayashi K. 2017. Safety evaluation of dermal exposure to phthalates: metabolism-dependent percutaneous absorption. Toxicol Appl Pharmacol. 328:10–17. doi: 10.1016/j.taap.2017.05.009.

Tagami H. 2008. Location-related differences in structure and function of the stratum corneum with special emphasis on those of the facial skin. Int J Cosmet Sci. 30(6):413–434. doi: 10.1111/j.1468-2494.2008.00459.x.

Taylor KW, Troester MA, Herring AH, Engel LS, Nichols HB, Sandler DP, Baird DD. 2018. Associations between personal care product use patterns and breast cancer risk among white and black women in the sister study. Environ Heal Perspect. 126(2):027011. doi: 10.1289/ehp1480.

ten Berge W. 2009. A simple dermal absorption model: derivation and application. Chemosphere. 75(11):1440–1445. doi: 10.1016/j.chemosphere.2009.02.043.

ten Berge W, Tibaldi R, Drolet D. 2021. IH SkinPerm™ Version 2.4. American Industrial Hygiene Association (AIHA).

Tibaldi R, ten BW, Drolet D. 2014. Dermal absorption of chemicals: estimation by IH SkinPerm. J Occup Environ Hyg. 11(1):19–31. doi: 10.1080/15459624.2013.831983.

Tibaldi R, ten BW, Drolet D. 2017. IH SkinPerm reference manual. J Occup Environ Hyg. 11(1):19–31. doi: 10.1080/15459624.2013.831983.

Uchida T, Kadhum WR, Kanai S, Todo H, Oshizaka T, Sugibayashi K. 2015. Prediction of skin permeation by chemical compounds using the artificial membrane, Strat-M™. Eur J Pharm Sci. 67:113–118. doi: 10.1016/j.ejps.2014.11.002.

Vecchia BE, Bunge AL. 2002. Skin Absorption Databases and Predictive Equations. Transdermal Drug Delivery. 2nd ed. New York: Marcel Dekker, Inc; p. 57–141.

Wensing M, Uhde E, Salthammer T. 2005. Plastics additives in the indoor environment—flame retardants and plasticizers. Sci Total Environ. 339(1–3):19–40. doi: 10.1016/j.scitotenv.2004.10.028.

Wester RC, Bucks DAW, Maibach HI. 1994. Human in vivo percutaneous absorption of pyrethrin and piperonyl butoxide. Food Chem Toxicol. 32(1):51–53. doi: 10.1016/0278-6915(84)90036-x.

White AJ, Gregoire AM, Taylor KW, Eberle C, Gaston S, Km O, Jackson CL, Sandler DP. 2020. Adolescent use of hair dyes, straighteners and perms in relation to breast cancer risk. Int J Cancer. 148(9):2255–2263. doi: 10.1002/ijc.33413.

White AJ, Sandler DP, Gaston SA, Jackson CL, O'Brien KM. 2021. Use of hair products in relation to ovarian cancer risk. Carcinogenesis. 42(9):1189–1195. doi: 10.1093/carcin/bgab056.

WHO. 2003a. Diethyl Phthalate. Concise International Chemical Assessment Document 52. International Programme on Chemical Safety (IPCS), World Health Organization (WHO). [accessed 5 Jan 2024]. https://www.inchem.org/documents/cicads/cicads/cicad52.htm.

WHO. 2003b. Di(2-ethylhexyl)phthalate in Drinking-water; Background document for development of WHO Guidelines for Drinking-water Quality. WHO/SDE/WSH/03.04/29. World Health Organization (WHO), Geneva, Switzerland.

WHO. 2004. Di(2-ethylhexyl)adipate in Drinking-water; Background document for development of WHO Guidelines for Drinking-water Quality. WHO/SDE/WSH/03.04/68. World Health Organization (WHO), Geneva, Switzerland.

Case: 1:23-cv-00818 Document #: 1828-8 Filed: 05/05/26 Page 22 of 22 PageID #:72629


Wise LA, Wang TR, Ncube CN, Lovett SM, Abrams J, Boynton-Jarrett R, Koenig MR, Geller RJ, Wesselink AK, Coleman CM, et al. 2023. Use of chemical hair straighteners and fecundability in a North American preconception cohort. Am J Epidemiol. 192(7):1066–1080. doi: 10.1093/aje/kwad079.

Wong M, Wis-Surel G, Epps J. 1994. Mechanism of hair straightening. J Soc Cosmet Chemists. 45:347–352.

Yang TC, Jovanovic N, Chong F, Worcester M, Sakhi AK, Thomsen C, Garlantézec R, Chevrier C, Jensen G, Cingotti N, et al. 2023. Interventions to reduce exposure to synthetic phenols and phthalates from dietary intake and personal care products: a scoping review. Curr Environ Heal Rep. 10(2):184–214. doi: 10.1007/s40572-023-00394-8.

Yano T, Nakagawa A, Tsuji M, Noda K. 1986. Skin permeability of various non-steroidal anti-inflammatory drugs in man. Life Sci. 39(12):1043–1050. doi: 10.1016/0024-3205(86)90195-5.

Zhou SN, Moody RP, Aikawa B, Yip A, Wang B, Zhu J. 2013. In vitro dermal absorption of Di(2-ethylhexyl) adipate (DEHA) in a roll-on deodorant using human skin. J Toxicol Environ Heal, Part A. 76(3):157–166. doi: 10.1080/15287394.2012.738598.