# Exhibit 7

HHS Public Access

Author manuscript

*Chemosphere*. Author manuscript; available in PMC 2025 August 01.

Published in final edited form as:

*Chemosphere*. 2024 August ; 361: 142442. doi:10.1016/j.chemosphere.2024.142442.

# Hair Product Use and Urinary Biomarker Concentrations of Non-Persistent Endocrine Disrupting Chemicals among Reproductive-aged Black Women

**Samantha Schildroth**[1,*], **Ruth J. Geller**[1], **Amelia K. Wesselink**[1], **Sharonda M. Lovett**[1], **Traci N. Bethea**[2], **Birgit Claus Henn**[3], **Quaker E. Harmon**[4], **Kyla M. Taylor**[5], **Antonia M. Calafat**[6], **Ganesa Wegienka**[7], **Symielle A. Gaston**[4], **Donna D. Baird**[4], **Lauren A. Wise**[1]

[1]Department of Epidemiology, Boston University School of Public Health, Boston MA, USA

[2]Office of Minority Health & Health Disparities Research, Georgetown Lombardi Comprehensive Cancer Institute, Washington DC, USA

[3]Department of Environmental Health, Boston University School of Public Health, Boston MA, USA

[4]National Institute of Environmental Health Sciences, Durham NC, USA

[5]National Toxicology Program, National Institute of Environmental Health Sciences, NC, USA

[6]Division of Laboratory Sciences, Centers for Disease Control and Prevention, Atlanta GA, USA

[7]Henry Ford Health System, Detroit MI, USA

## Abstract

**Background:** Studies have shown an association between hair product use and adverse health outcomes. Scientists have hypothesized that exposure to endocrine-disrupting chemicals (EDCs) drives these associations, but few studies have directly evaluated associations between hair product

---

*715 Albany St. Boston MA 02118; sschildr@bu.edu.

**Author contribution statement:** SS designed the study, analyzed data, interpreted results, and drafted the manuscript. LAW, QEH, DDB, and GW designed the study, acquired funding and data, interpreted results, and revised the manuscript. RJG reviewed code, interpreted results, and revised the manuscript. AKW, SML, TNB, BCH, KMT, and SAG interpreted results and revised the manuscript. AMC conducted laboratory analyses, interpreted results, and revised the manuscript.

**Conflicts of interest:** The authors declare no conflicts of interest.

**Ethical approval:** The Institutional Review Boards of Henry Ford Health System, the National Institute of Environmental Health Sciences, and Boston University Medical Center approved the study. The involvement of the Centers for Disease Control and Prevention (CDC) did not constitute human subjects research.

**Disclaimer:** The findings and conclusions in this report are those of the authors and do not necessarily represent the official position of the Centers for Disease Control and Prevention. Use of trade names is for identification only and does not imply endorsement by the CDC, the Public Health Service, or the US Department of Health and Human Services.

Declaration of interests

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

use and biomarkers of EDCs. Even more limited are studies of Black women, who frequently use EDC-containing products (e.g., hair relaxers).

**Objective:** We estimated associations between hair product use and EDC biomarker concentrations.

**Methods:** We leveraged cross-sectional data from the Study of Environment, Lifestyle, and Fibroids, a cohort of females aged 23–34 years who self-identified as Black/African American from the Detroit-metropolitan area (USA; n=425). On structured questionnaires, participants reported their past 24-hour and past 12-month use of hair products, including relaxers/straighteners/perms, styling products, moisturizers, oils, and hair food. We quantified urinary concentrations of 19 phthalate/phthalate alternative metabolites, 7 phenols, and 4 parabens using high performance liquid chromatography isotope dilution tandem mass spectrometry. EDC biomarker concentrations were creatinine-adjusted and natural log-transformed. We used multivariable linear regression to estimate mean percent differences in EDC biomarker concentrations and 95% confidence intervals (CIs) associated with hair product use, adjusting for sociodemographic confounders.

**Results:** Hair product use was associated with greater concentrations of multiple EDC biomarkers. Notably, use of hair products in the previous 24 hours (compared with non-use) was associated with 16.2% (95% CI=0.7%, 35.9%), 35.0% (95% CI=2.6%, 77.6%), and 32.3% (95% CI=8.8%, 92.0%) higher concentrations of mono-isobutyl phthalate, methyl paraben, and ethyl paraben, respectively. Use of hair relaxers/straighteners/perms, styling products, moisturizers, oils, and hair food in the past 12 months was also associated with higher concentrations of multiple phthalate, phenol, and paraben biomarkers.

**Conclusion:** Hair product use was associated with higher biomarker concentrations of multiple phthalates, phenols, and parabens. These findings suggest that hair products are potentially important exposure sources for hormonally-active chemicals among Black women.

## Graphical Abstract




### Keywords

EDCs; phthalates; phenols; parabens; hair products; women

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

## 1. INTRODUCTION

There is accumulating evidence that hair product use is associated with adverse health outcomes in women. Numerous studies, for example, report associations between hair product use (e.g., hair relaxers/straighteners, dyes) and cancers (breast, uterine, and ovarian) (Chang et al., 2022; Eberle et al., 2020; Gera et al., 2018; Heikkinen et al., 2015; Llanos et al., 2017; Rao et al., 2022; Stiel et al., 2016; Tzonou et al., 1993; White et al., 2021a, 2021b; Zhang et al., 2020), fecundability (Wise et al., 2023), adverse birth outcomes (Chan et al., 2023; Kazemi Shishavan et al., 2021), and uterine fibroids (Wise et al., 2012) (Table 1). It is hypothesized that these associations are driven by exposure to endocrine disrupting chemicals (EDCs) in hair products, such as phthalates, phenols, parabens, metals, and formaldehyde, among others (Chang et al., 2022; Ghosh et al., 2022; Wise et al., 2012). Non-persistent EDCs, such as phthalates, phenols, and parabens, have relatively short biological half-lives in the body and can interfere with hormonal systems (Centers for Disease Control and Prevention, n.d.; Stahlhut et al., 2009; Wei et al., 2021). Because of their extensive use in personal care products, including hair products (Helm et al., 2018), exposure to non-persistent EDCs among product users is ubiquitous (Centers for Disease Control and Prevention, n.d.; Stahlhut et al., 2009; Wei et al., 2021).

Prior epidemiologic evidence supports the hypothesis that hair product use is associated with increased exposure to non-persistent EDCs. In four studies, hair product use was associated with increased phthalate biomarker concentrations in Taiwanese, Norwegian, and U.S. women (Braun et al., 2014; Hsieh et al., 2019; Parlett et al., 2013; Sakhi et al., 2017). However, these studies had few Black participants (<9.0%) (Braun et al., 2014; Hsieh et al., 2019; Parlett et al., 2013; Sakhi et al., 2017). Black women tend to have higher exposure to several non-persistent EDCs and also experience higher rates of multiple hormone-dependent diseases (Eltoukhi et al., 2014; Schildroth et al., 2022). Although recent regulatory policies aimed to limit exposure to certain chemicals (i.e., formaldehyde) in personal care products (i.e., hair relaxers) (Franklin, 2023), product testing data indicate that hair products marketed to Black women contain detectable levels of multiple EDCs, and that EDCs in products may not be accurately labeled (Helm et al., 2018). Therefore, understanding the effects of hair product use on EDC exposure among Black women is an important public health goal.

Hairstyling among Black Americans has a long cultural and political history (see Byrd and Tharps (Byrd and Tharps, 2014)). Hairstyling practices, and thus use of hair products, among Black Americans often begin in childhood (Byrd and Tharps, 2014; Gaston et al., 2020; James-Todd et al., 2011; White et al., 2021a). For example, in a previous publication from the Study of Environment, Lifestyle, and Fibroids (SELF), we found that the prevalence of hair relaxer/straightener use ≥2 times/year was 9% at 5 years of age, and this prevalence increased to 34% and 73% by 10 and 15 years of age, respectively (Gaston et al., 2020). Specific hairstyles and hair products (like relaxers) that are commonly used in Black communities are partly influenced by discriminatory hair texture preferences that historically idealized European beauty norms, such as straight, long hair (Byrd and Tharps, 2014; Zota and Shamasunder, 2017). These discriminatory hair standards persist today, particularly in the workplace (Lee and Nambudiri, 2021), where Black women frequently

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

report experiencing discrimination for wearing natural hairstyles (Hair et al., 2014). Pressure to conform to such hair texture policies and standards may influence patterns of hair product use: Black women, compared with other racial groups, are more likely to report using hair relaxers and root stimulators (Collins et al., 2021; Dodson et al., 2021; James-Todd et al., 2012; JOY Collective, 2019; Zota and Shamasunder, 2017). Further, hair products targeted towards Black women have detectable concentrations of multiple EDCs, including phthalates, phenols, and parabens (Helm et al., 2018). Because use of multiple hair products (e.g., relaxers, conditioners, dyes) begins early in life and persists throughout the life course, often with high frequency (i.e., every few weeks) (Byrd and Tharps, 2014; Gaston et al., 2020; James-Todd et al., 2011; White et al., 2021a), Black women may have high cumulative exposure to EDCs from these products.

Few studies have directly evaluated the effects of hair product use on EDC biomarker concentrations in populations with Black participants (Braun et al., 2014; Hsieh et al., 2019; Parlett et al., 2013; Sakhi et al., 2017). In the current study, we examined associations between use of hair products—including styling products, relaxers, and oils—with biomarker concentrations of non-persistent EDCs (i.e., phthalates, phenols, parabens) in a cohort of reproductive-aged Black women.

## 2. METHODS

### 2.1 Study population

We analyzed cross-sectional data from SELF, a prospective cohort of reproductive-aged Black individuals from the Detroit, Michigan (USA) area. Details of study recruitment have been described previously (Baird et al., 2015). Briefly, 1,693 participants were enrolled between 2010–2012. Participants met the following enrollment requirements 1) self-identified as Black or African American, 2) were 23–34 years of age, 3) had an intact uterus, 4) had no prior diagnosis of uterine leiomyomata (UL), and 5) had no prior diagnosis of cancer or an autoimmune disease requiring medication use. Pregnant participants were eligible, but their enrollment was delayed until three months postpartum. All participants provided written informed consent following orientation to all study protocols. Institutional Review Boards at the National Institute of Environmental Health Sciences (NIEHS), Henry Ford Health (HFH), and Boston University approved all SELF protocols. The involvement of the Centers for Disease Control and Prevention (CDC) did not constitute human subjects research.

SELF participants completed a series of self-administered questionnaires, phone interviews, a transvaginal ultrasound, and urine collection at baseline and at the 20-month, 40-month, and 60-month follow-ups (Figure S1). In 2015, SELF received supplemental funding for a case-cohort substudy to examine associations between EDC exposure and UL incidence. The case-cohort substudy included a randomly-selected subcohort of 592 UL-free participants at baseline (139 of whom developed incident UL during 60 months of follow-up), as well as 162 participants outside of the subcohort who developed incident UL during 60 months of follow-up. Hair product use (described below) in the past 24 hours was assessed at each study visit, but hair product use in the past 12 months was only queried at the 40-month follow-up. As such, the current analysis utilized cross-sectional data from

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

a subset of participants from the case-cohort substudy that had both urinary EDC and hair product use data at the 40-month follow-up.

### 2.2 Measurement of hair product use

Information on past 24-hour and past 12-month hair product use was ascertained using 24-hour recall questionnaires and computer-assisted web interviews (CAWI) concurrently with urine sample collection (Figure S1). Participants reported their use (yes/no) of hair products (sprays, gels, oils, or mousses) and chemical treatments (hair color or relaxers) in the past 24 hours on the 24-hour recall questionnaire.

The CAWI queried participants about their past 12-month use of the following hair products: 100% petroleum jelly; 100% shea butter, natural plant-based oils; hair food; moisturizing creams or lotions; conditioners, crème rinses or detanglers; and styling products (gel, mousse, pomade, grease, oil sheens, sprays, spritzes, setting lotion) (see Supplemental Information). Response options for each of these products were ≥2 times/day, 1 time/day, 2–6 times/week, 1 time/week, 1–3 times/month, <1 time/month, or did not use. We queried participants about their frequency of use of hair coloring products, including hair gloss; henna; rinses that fade; semi-permanent hair dye; permanent hair dye; and products that bleach, frost or highlight hair. Response options for each of these products were >1 time/month, 9–12 times/year, 4–8 times/year, 1–3 times/year, or did not use. Participants further reported their past 12-month use of hair relaxers, straighteners, or perms (≥12 times/year, 6–11 times/year, 2–5 times/year, 1 time/year, or did not use), and the type of hair relaxer ever used (yes/no): permanent with lye, permanent with low lye, permanent with thio, permanent but unsure of content, temporary with keratin, temporary without keratin, and temporary but unsure of content.

We categorized response options for each hair product on the 12-month questionnaire based on distributions of reported use to optimize power in statistical analyses (Table 2). We dichotomized petroleum jelly, hair gloss, henna, rinses that fade, semi-permanent dye, and products that bleach, frost, or highlight hair (any use in the past 12-months vs. non-use). We categorized permanent hair dye as non-use, moderate use (1–3 times/year), and high use (≥4 times/year); hair oils, 100% shea butter, and hair food as non-use, moderate use (<1 time/month or 1–3 times/month), and high use (≥1 time/month); and moisturizing creams or lotions, styling products, and conditioners, crème rinses or detanglers as non-use, low use (<1 time/month), moderate use (1–3 times/month), or high use (≥1 time/week). Finally, we categorized use of hair relaxers, straighteners, or perms as non-use, low use (1 time/year), moderate use (2–5 times/year), or high use (≥6 times/year).

Our primary analyses focused on hair products that were used in the past 24 hours or in the past 12 months. We excluded past 12-month use of henna and past 24-hour use of chemical treatments from analyses because of a low prevalence of use (<5.0%) (Table 2).

### 2.3 Quantification of urinary EDC biomarkers

Urine samples were provided by participants at baseline and each follow-up study visit (20-month, 40-month, and 60-month) at HFH. Following collection, samples were stored at −80°C at HFH until they were shipped overnight on dry ice to the NIEHS biorepository for

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

long-term storage (at −80°C). During 2016–2019, we shipped the 40-month urine samples in two batches (n=376 and n=49) overnight from the NIEHS biorepository to the CDC on dry ice for measurement of EDCs. Nineteen phthalate or phthalate alternative metabolites, 7 phenols, 4 parabens, and triclocarban were quantified in urine using high performance liquid chromatography isotope dilution tandem mass spectrometry (Silva et al., 2007; Ye et al., 2006, 2005).

Phthalate metabolites included monoethyl phthalate (MEP), mono-n-butyl phthalate (MBP), mono-hydroxybutyl phthalate (MHBP), mono-isobutyl phthalate (MiBP), mono-hydroxyisobutyl phthalate (MHiBP), monobenzyl phthalate (MBzP), mono-3-carboxypropyl phthalate (MCPP), mono (2-ethylhexyl) phthalate (MEHP), mono (2-ethyl-5-hydroxyhexyl) phthalate (MEHHP), mono (2-ethyl-5-oxohexyl) phthalate (MEOHP), mono (2-ethyl-5-carboxypentyl) phthalate (MECPP), mono-isononyl phthalate (MNP), mono-carboxyisooctyl phthalate (MCOP), mono-carboxyisononyl phthalate (MCNP), mono-2-ethyl-5-carboxypentyl terephthalate (MECPTP), and mono-2-ethyl-5-hydroxyhexyl terephthalate (MEHHTP). We also measured 1,2-cyclohexane dicarboxylic acid-monohydroxy isononyl ester (MHiNCH) and 1,2-cyclohexane dicarboxylic acid-monocarboxy isooctyl ester (MCOCH), two metabolites of di(isononyl)cyclohexane-1,2-dicarboxylate (DINCH), a non-phthalate alternative.

Phthalate biomarkers were classified as metabolites of either low (alkyl side chain length ≤4 carbons) or high (alkyl side chain length >4 carbons) molecular weight parent compounds (National Research Council Committee on the Health Risks of Phthalates, 2008; Wang et al., 2019). Low molecular weight phthalates included diethyl phthalate (DEP; metabolite: MEP), di-n-butyl phthalate (DnBP, metabolites: MBP and MHBP), and di-isobutyl phthalate (DiBP, metabolites: MiBP and MHiBP). High molecular weight phthalates included benzylbutyl phthalate (BzBP; metabolite: MBzP), dioctyl phthalate (DOP; metabolite: MCPP), di(2-ethylhexyl) phthalate (DEHP; metabolites: MECPP, MEHHP, MEHP, and MEOHP), diisononyl phthalate (DiNP; metabolites: MCOP and MNP), and diisodecyl phthalate (DiDP; metabolite: MCNP). Phthalate alternatives included DINCH metabolites (MHiNCH and MCOCH) and di-2-ethylhexyl terephthalate (DEHTP; metabolites: MECPTP and MEHHTP). Limits of detection (LODs) for all metabolites were 0.2–1.2 ng/mL (Table 3).

Phenols included benzophenone-3, bisphenol A (BPA), bisphenol F (BPF), bisphenol S (BPS), 2,4-dichlorophenol, 2,5-dichlorophenol, and triclosan. Parabens included methyl paraben, ethyl paraben, butyl paraben, and propyl paraben. LODs for phenols and parabens were 0.1–1.7 ng/mL and 0.1–1.0 ng/mL, respectively. We also measured triclocarban; the LOD for triclocarban was 0.1 ng/mL (Table 3).

Triclocarban, three phthalate or phthalate alternative metabolites (MNP, MHiNCH, and MCOCH), and butyl paraben were detected in <60% of samples and were therefore excluded from analyses (Table 3). EDC biomarker concentrations <LOD for EDCs included in the analyses were imputed as the $LOD/\sqrt{2}$ (Hornung and Reed, 1990). We accounted for urinary dilution by dividing EDC biomarker concentrations by creatinine concentrations, which were measured at the NIEHS with the Beckman Coulter clinical analyzer AU400e.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

EDC concentrations are presented as μg/g creatinine. For statistical analyses (described below), we further summed creatinine-adjusted molar concentrations of metabolites from the same phthalate for phthalates that had at least two metabolites with detection frequencies >60% (Table 3); these phthalates included DnBP (MBP, MHBP), DiBP (MiBP, MHiBP), DEHP (MECPP, MEHHP, MEHP, MEOHP), and DEHTP (MEHHTP, MECPTP).

## 2.4 Measurement of covariates

We collected sociodemographic information at each study visit using structured questionnaires and interviews. All covariate information used in this analysis was collected at the 40-month follow-up clinic visit. These variables included age (years), annual household income (<$20,000, $20,000–$50,000, or >$50,000), educational attainment (High school degree or GED, some college/Associate's degree/technical school, or ≥Bachelor's degree), employment status (not employed, employed <30 hours/week, or employed ≥30 hours/week), and marital status (never married, previously married, or currently married/living together as married).

We also queried use (yes/no) of personal care products in the past 24 hours: perfume or cologne, lotion or creams before bed, cosmetics (i.e., foundation, blush, eye make-up, lipstick, lip gloss, ChapStick, lip balm, Vaseline), and nail polish.

## 2.5 Statistical analysis

**2.5.1 Analytic sample and missing data.—**The current analysis leverages cross-sectional data from the 40-month follow-up, which was the only follow-up with data available on both past 12-month hair product use and urinary biomarkers (Figure S1). We restricted our analytic sample to 425 case-cohort study participants with complete urinary EDC biomarker data at the 40-month follow-up. There were little missing data in the analytic sample (<0.2% for all variables; Table S1). We imputed missing data using Monte Carlo Markov Chain methods, assuming data were missing at random (Zhou et al., 2001). We generated five imputed datasets using all available EDC biomarker, hair product, and confounder data.

**2.5.2 Descriptive statistics and variable distributions.—**We calculated summary statistics (means, standard deviations [SDs], percentages [%], medians, and 25th–75th percentiles) for all variables (see Table 2 and Table 3). Spearman correlation coefficients were calculated for the EDC biomarkers (Figure S2). We examined distributions for all variables; EDC biomarker concentrations were right-skewed and we naturally log (ln)-transformed the biomarkers prior to statistical modeling to meet assumptions of the normality of residuals.

**2.5.3 Regression analysis.—**We used multivariable linear regression models to estimate associations of hair product use in the past 24 hours and past 12 months with biomarker concentrations of EDCs. Our primary models adjusted for sociodemographic variables (age, household income, educational attainment, employment status, marital status), which were selected using a directed acyclic graph (DAG; Figure S3). Models were also co-adjusted for all hair product use variables, an approach we have previously used

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

in SELF (Schildroth et al., 2022; Wesselink et al., 2021a). For all hair products, the "non-use" category was the reference group. We used generalized additive models to assess the linearity of associations between age and EDC biomarker concentrations, adjusting for all other sociodemographic confounders and hair product use variables; age was subsequently modeled continuously as a linear term.

We fit linear regression models for all five imputed datasets and pooled results using Rubin's rule (Rubin, 2004). We estimated beta coefficients (β), reflecting the mean difference in ln-transformed EDC biomarker concentrations, and 95% confidence intervals (CIs). For ease of interpretation, we back-transformed β coefficients (and corresponding 95% CIs) as the percent (%) difference in EDC biomarker concentrations using the following equations:

$$\%\ difference\ in\ EDC\ concentrations = \left(e^{\beta} - 1\right) * 100 \quad [1]$$

$$\%\ difference\ 95\%\ CIs = \left(e^{\beta \pm 1.96 * SE} - 1\right) * 100,\ where\ SE = standard\ error. \quad [2]$$

In secondary analyses, we investigated associations of hair relaxer type with EDC biomarker concentrations by cross-classifying the relaxer type variables with the past 12-month frequency of relaxer use variable (Table 2). We defined the frequency of use by relaxer type variable as: 1) non-use of any relaxer type/ever use of temporary relaxers only/non-use of relaxers in the past 12 months (reference group); 2) ever use of both temporary and permanent relaxers; 3) low use of relaxers in the past 12 months among ever users of permanent relaxers only; 4) moderate use of relaxers in the past 12 months among ever users of permanent relaxers only; and 5) high use of relaxers in the past 12 months among ever users of permanent relaxers only. This secondary analysis assumed that the frequency of use of relaxers in the past 12 months reflected use of permanent relaxers only. We also assumed that temporary relaxers contained different and less harmful chemicals than permanent relaxers (Wise et al., 2012).

**2.5.4 Sensitivity analyses.—**We performed several sensitivity analyses by fitting the following multivariable linear regression models: 1) reduced models that were not co-adjusted for all other hair product use variables (i.e., models included only an individual hair product use variable plus sociodemographic variables); and 2) models additionally adjusted for personal care product use (perfume, lotion or cream, make-up, and nail polish) in the past 24-hours.

# 5. RESULTS

## 5.1 Participant characteristics

Among 425 participants, the mean age at the 40-month follow-up visit was 32.2 years (SD=3.4 years). Most participants had annual household incomes ≤$50,000 (76.0%), had

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

fewer than 16 years of education (67.5%), were employed ≥30 hours per week (69.2%), and were either currently (19.3%) or previously (41.6%) married. The majority of participants reported using perfume (63.8%) and make-up (78.6%) in the previous 24 hours, whereas use of lotion or cream before bed (36.5%) and nail polish (7.5%) was less frequent (Table 2).

Nearly half (45.2%) of participants reported using hair products (sprays, gels, oils, or mousses) in the previous 24 hours, but few (1.2%) reported using chemical hair treatments (Table 2). In the previous 12 months, the most commonly used hair products were moisturizing creams or lotions (low use: 8.9%, moderate use: 14.1%, high use 31.3%), conditioners, crème rinses, or detanglers (low use: 10.6%, moderate use: 33.4%, high use: 33.4%), and styling products (low use: 13.4%, moderate use: 24.0%, high use: 50.1%). Forty-two percent of participants reported any use of hair relaxers, straighteners, or perms in the past 12 months.

Ever use of type of hair relaxer, straightener, or perm was highest for permanent relaxers with lye (37.9%), permanent relaxers with low lye (30.5%), and permanent relaxers for which participants were unsure of the content (29.9%). Frequency of use for permanent relaxers, straighteners, or perms in the past 12 months varied, where 4.9%, 9.7%, and 6.8% of participants reported low, moderate, and high use, respectively (Table 2).

Summary statistics for the EDC biomarker concentrations are provided in Table 3. Among the phenols, the highest median concentrations were observed for benzophenone-3 (9.4 μg/g creatinine; 25th, 75th percentiles= 4.7, 27.7 μg/g creatinine) and triclosan (3.9 μg/g creatinine; 25th, 75th percentiles= 1.8, 14.9 μg/g creatinine). Median concentrations for the phthalate metabolites were highest for MEP (53.2 μg/g creatinine; 25th, 75th percentiles= 25.9, 108.8 μg/g creatinine), MCOP (12.5 μg/g creatinine; 25th, 75th percentiles= 5.7, 33.0 μg/g creatinine), and MECPTP (13.6 μg/g creatinine; 25th, 75th percentiles= 6.3, 37.8 μg/g creatinine). Methyl paraben had the highest median concentration among the parabens (82.8 μg/g creatinine; 25th, 75th percentiles= 30.0, 199.0 μg/g creatinine). SELF participants had appreciably higher biomarker concentrations of several non-persistent EDCs, particularly phthalate metabolites and parabens, compared to 20–39-year-old non-Hispanic White women from the 2009–2010 National Health and Nutrition Examination Survey (NHANES) cycle (Schildroth et al., 2022). Spearman correlation coefficients between the EDC biomarker concentrations ranged from −0.11 (2,4-dichlorophenol-BPF) to 0.92 (MEOHP-MEHHP) and tended to be strongest for biomarkers within the same EDC class and for metabolites from the same parent compound (Figure S2).

### 3.2 Associations of Hair Product Use with Urinary EDC Biomarker Concentrations

Use of hair products (sprays, gels, oils, and mousses) in the 24 hours before urinary sample collection was associated with several biomarker concentrations (Figure 1). Notably, past 24-hour use of hair products was associated with higher concentrations (% difference) of metabolites of DiBP (MiBP: β= 16.2%, 95% CI= −0.7%, 35.9%; MHiBP: β= 19.7%, 95% CI= 2.3%, 40.0%) and two parabens: methyl paraben (β= 35.0%, 95% CI= 2.6%, 77.6%) and ethyl paraben (β= 32.3%, 95% CI= −8.8%, 92.0%), but lower concentrations of MCNP (β= −17.3%, 95% CI= −32.0%, 0.6%). Associations tended to be imprecise, particularly for

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



the parabens (Figure 1). Past 24-hour hair product use was not materially associated with biomarker concentrations for any of the phenols (Figure 1).

Associations between past 12-month hair product use and EDC biomarker concentrations were less consistent; use of several products was associated with higher concentrations for some EDC biomarkers, but lower concentrations for others. There was also limited evidence of clear dose-response relationships for products with multiple categories of use (e.g., low, moderate, and high; Figures 2–4; Figures S4–S7).

Past 12-month use of hair relaxers, straighteners, or perms (compared with non-use) was associated with greater concentrations of 2,5-dichlorophenol (low use: β= 44.8%, 95% CI= −14.7%, 145.8%), MBzP (low use: β= 41.9%, 95% CI= 1.7%, 98.0%; high use: β= 28.4%, 95% CI= −6.2%, 75.7%), and ethyl paraben (moderate use: β= 32.3%, 95% CI= −17.3%, 111.8%; high use: 29.7%, 95% CI= −29.4%, 138.1%), though there was little evidence of a dose-response relationship (Figure 2). Alternatively, high use of relaxers, straighteners, or perms was associated with 52.3% lower (95% CI= −73.0%, −15.8%) BPF concentrations.

In secondary analyses, we examined frequency of use (low, moderate, or high) by type of hair relaxer, straightener, or perm. High use of permanent relaxers in the past 12 months (compared with never users, ever users of temporary relaxers only, or non-users of any relaxers in the past 12 months) was associated with higher concentrations of MBzP (β= 37.7%, 95% CI= −6.9%, 103.8%) and both metabolites of DEHTP (MECPTP: β= 52.2%, 95% CI= −15.5%, 174.0%; MEHHTP: β= 50.7%, 95% CI= −11.2%, 155.8%). However, moderate use of permanent relaxers in the past 12 months and ever use of both temporary and permanent relaxers was associated with lower concentrations for three metabolites of DEHP (MEHP, MEHHP, and MEOHP; Figure S4). These associations tended to be imprecise given the low number of users of permanent relaxers in the past 12 months.

Consistent with findings from past 24-hour use of hair products (sprays, gels, oils, and mousses), past 12-month use of hair styling products and moisturizing creams or lotions was consistently associated with increased concentrations for several EDC biomarkers (Figure 3). Compared with no reported use in the past 12 months, styling product use was associated with higher concentrations for several phenols (benzophenone-3, BPA, and BPS). Low use of styling products was further associated with both metabolites of DEHTP (MECPTP: β= 75.1%, 95% CI= −0.8%, 209.1%; MEHHTP: β= 80.4%, 95% CI= 8.4%, 200.3%), while low, moderate, and high use were each associated with the parabens (Figure 3a), where associations were strongest for ethyl paraben concentrations (low use: β= 78.6%, 95% CI= −11.8, 261.7%; moderate use: β= 89.6%, 95% CI= −0.7%, 262.1%; high use: β= 40.5%, 95% CI= −23.5%, 158.0%).

Past 12-month use of moisturizing creams or lotions was associated with increased concentrations of several phenols, including a 64.9% increase (95% CI= 7.1%, 153.8%) in benzophenone-3 concentrations among high users, compared with non-use (Figure 3b). Low or moderate use of moisturizing creams or lotions was also associated with increased concentrations of BPA, BPS, 2,4-dichlorophenol, and 2,5-dichlorophenol. As with product use in the past 24 hours, moisturizing cream or lotion use was associated with increased

Author Manuscript

concentrations of MHiBP (low use: β= 30.0%, 95% CI= −5.2%, 77.5%), methyl paraben (moderate use: β=36.3%, 95% CI= −9.7%, 105.8%), and ethyl paraben (moderate use: β= 129.3%, 95% CI= 29.9%, 304.9%), as well as MECPTP (high use: β= 35.0%, 95% CI= −10.6%, 103.7%) and MEHHTP (high use: β=58.4%, 95% CI= 9.2%, 129.9%; Figure 3b). We observed similar associations for past 12-month use of hair conditioners, crème rinses, or detanglers, though these products were also associated with increased BPF concentrations (e.g., high use: β= 71.6%, 95% CI= 1.1%, 191.3%; Figure S5). There was also evidence that use of moisturizing creams or lotions was associated with lower concentrations of MCPP, MONP, and MCNP (Figure 3b).

Similar to findings for use of conditioners, crème rinses, or detanglers, high reported use of hair food and hair oils in the past 12 months was associated with 89.6% (95% CI= 9.5%, 228.3%) and 49.2% (95% CI= −10.4%, 148.3%) higher BPF concentrations, respectively, compared with non-use (Figure 4). In addition, moderate use of hair food was associated with 24.6% (95% CI= 0.4%, 54.6%) and 39.1% (95% CI= 3.7%, 86.6%) higher MHBP and MBzP concentrations, but lower concentrations of other phthalate metabolites (MECPTP and MEHHTP) and several phenols (2,4-dichlorophenol, 2,5-dichlorophenol, and triclosan; Figure 4a).

Conversely, high use of hair oils in the past 12 months was associated with 43.3% (95% CI= −6.9, 120.6%) greater MECPTP concentrations, compared with non-use, but lower concentrations of MHBP, MCOP, and MCNP (Figure 4b). Consistent with other hair products, past 12-month use of 100% shea butter, compared with non-use, was associated with higher concentrations of phenols (e.g., high use, BPS: β= 71.6%, 95% CI= 18.2%, 149.0%), and DEHP metabolites (moderate use, ∑DEHP metabolites: β= 23.4%, 95% CI= −4.4%, 59.2%; Figure S6).

Past 12-month use of hair coloring products was consistently associated with higher EDC biomarker concentrations (Figure S7 and Figure S8a–d). High use (vs. non-use) of permanent hair dye, for example, was associated with 89.6% (95% CI= 1.3%, 255.1%), 85.9% (95% CI= −10.0%, 283.9%), and 80.4% (95% CI= −10.9%, 265.3%) increases in MCPP, MONP, and MCOP concentrations, respectively (Figure S7). Concentrations of multiple phthalate biomarkers were similarly higher for participants reporting any use, compared with non-use, of semi-permanent dye (∑DnBP: β= 25.9%, 95% CI= −0.6%, 59.2%; ∑DiBP: β= 31.0%, 95% CI= 1.5%, 69.0%) and bleach, frosts, or highlights (∑DEHTP: β= 80.4%, 95% CI= 10.5%, 194.5%), but lower for use of hair gloss (∑DiBP: β= −20.5%, 95% CI= −38.4%, 2.5%; ∑DEHP: β= −18.9%, 95% CI= −35.9%, 2.6%); associations were generally null for use of dyes that fade (Figure S8a–d). Finally, any past 12-month use of 100% petroleum jelly was associated with higher paraben concentrations, but lower concentrations of benzophenone-3 and several phthalate metabolites (MBP, MHBP, MEHP, MEHHP, and MEOHP; Figure S8e).

### 3.3 Sensitivity analyses

Compared with our primary analyses, we observed similar associations in sensitivity analyses in which we: 1) adjusted for past 24-hour personal care product use (data not shown), and 2) did not co-adjust for all hair products (used in the past 24 hours and past

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



12 months) in regression models, with some exceptions. Notably, we observed stronger associations between several hair products and BPF concentrations in reduced models that were not co-adjusted for all hair products, whereas these associations were null or attenuated in the main findings: 1) product use in the past 24-hours (any use vs. non-use: β= 33.6%, 95% CI= −4.2%, 86.5%); moisturizing creams or lotions (high use vs. non-use: β= 47.7%, 95% CI= −0.2%, 118.6%); and 100% shea butter (high use vs. non-use: β= 71.6%, 95% CI= 7.2%, 174.7%) (Figures S9–S11).

## 4. DISCUSSION

In this study of reproductive-aged Black women, recent use of several hair products was associated with concentrations of multiple non-persistent EDC biomarkers. Specifically, use of hair sprays, gels, oils, or mousses in the 24 hours before urine collection was associated with higher biomarker concentrations of DiBP metabolites and parabens. Similarly, past 12-month use of styling products, moisturizing creams or lotions, conditioning products, hair food, hair oil, and 100% shea butter was associated with greater concentrations of several EDC biomarkers. High use of permanent hair relaxers, straighteners, or perms was also associated with increased biomarker concentrations of some phthalates. However, the direction and magnitude of associations for each product varied by EDC biomarker and, for most hair products, there was no evidence of monotonic dose responses with greater frequency of use (i.e., low, moderate, and high).

Several prior epidemiologic studies have reported similar associations between use of hair products and increased EDC biomarker concentrations (Braun et al., 2014; Hsieh et al., 2019; Parlett et al., 2013; Sakhi et al., 2017). Hair sprays, conditioners, shampoos, and gels were associated with higher concentrations of urinary phthalates and parabens in reproductive-aged women (Braun et al., 2014; Hsieh et al., 2019; Parlett et al., 2013; Sakhi et al., 2017). Two of these studies were conducted in Taiwanese and Norwegian women (Hsieh et al., 2019; Sakhi et al., 2017). and the two studies in U.S. populations were comprised primarily of white women (>91%) (Braun et al., 2014; Parlett et al., 2013). To our knowledge, this is the first study to examine associations between hair product use and EDC biomarker concentrations in a large cohort of Black women.

Hairstyling has a long socio-cultural and political history in Black communities (Byrd and Tharps, 2014; Hair et al., 2014; Teteh et al., 2017). Discriminatory standards of beauty that historically idealized Eurocentric hairstyles (long, straight hair) have created both implicit and explicit biases against natural hair (Johnson et al., 2017; Zota and Shamasunder, 2017), such that an estimated one-third of U.S. Black women have experienced some form of discrimination when wearing natural hairstyles (Hair et al., 2014). This discrimination has sustained pressure at various levels (i.e., workplace, school, social settings) on Black individuals to conform to Eurocentric hair texture preferences in the U.S. for hundreds of years (Teteh et al., 2017; Zota and Shamasunder, 2017), with long-lasting effects on patterns of hair product use: Black women, for example, report higher rates of use for multiple hair products (e.g., relaxers, oils, root stimulators) than other racial groups (Collins et al., 2021; Dodson et al., 2021; James-Todd et al., 2012; Zota and Shamasunder, 2017). Further, Black

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

women are twice as likely to report feeling pressure to straighten their hair to conform with workplace hair texture preferences compared with white women (Johnson et al., 2017).

Findings from the present study suggest that Black women may experience EDC exposure from hair product use. Product testing data support our results: hair products used by Black women were found to contain an array of non-persistent EDCs, and several hair products were hormonally active (Helm et al., 2018; James-Todd et al., 2021). Hair oils, conditioners, straighteners, and root stimulators, for example, contained chemicals from multiple chemical and/or functional classes (e.g., phthalates, parabens, UV filters) (Helm et al., 2018). Further, ingredients in hair products, including lotions, conditioners, oils, and root stimulators, acted as agonists (estrogen) and antagonists (androgen, progesterone, glucocorticoid) in assays (James-Todd et al., 2021), demonstrating the ability of hair products targeted to Black women to disrupt hormonal systems, which is consistent with evidence in human populations (Geczik et al., 2023; Rivera-Núñez et al., 2022).

Hair product use, and associated exposure to EDCs, has important public health implications. A large body of evidence suggests that hair products, in particular relaxers/ straighteners and dyes, are associated with earlier age at menarche (James-Todd et al., 2011), reduced fecundability (Wise et al., 2023), and greater incidence of uterine fibroids and several cancers (e.g., breast, uterine, and ovarian) (Table 1) (Chang et al., 2022; Coogan et al., 2021; White et al., 2021b; Wise et al., 2012). Black women have higher incidence (relative to white women) of several of these health outcomes (e.g., uterine fibroids) (Eltoukhi et al., 2014; Nnorom and Wilson, 2022). Addressing EDC exposure from hair product use may provide an opportunity to reduce racial disparities in rates of adverse health outcomes. However, micro-/individual-level public health interventions focused on reducing EDC exposure from hair products through consumer education may not be impactful because studies have found that Black women are aware of and try to avoid harmful chemicals in consumer products where possible (Collins et al., 2021; Teteh et al., 2017). Moreover, chemicals are often not accurately reported on hair product labels or may be concealed as proprietary ingredients, suggesting that exposure is still possible even if consumers are actively trying to avoid certain harmful chemicals (Helm et al., 2018). Companies, supported by regulatory oversight, should test, accurately label, and, where possible, remove chemicals used in their products, especially those targeting Black women. Additional structural interventions are needed: beginning in 2019, several states passed laws (known as CROWN Acts) that ban school and workplace discrimination against natural hairstyles (Gonzales, 2023). Whether such policies will influence patterns of hair product use, and therefore EDC exposure, among Black women remains to be seen; but it is clear that the use of some products (i.e., relaxers) declines as women embrace natural hairstyles (Council, 2022). Therefore, future research should investigate the efficacy of such policies at reducing EDC exposure among Black women.

Although there was consistent evidence that hair product use was associated with higher concentrations of some EDC biomarkers in the SELF cohort, few of these associations were monotonic in nature. In addition, we observed some unexpected inverse associations. We hypothesize that the inverse associations may reflect residual confounding from changing product formulations (e.g., replacements) over time or other hair products for which we

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

lacked data. For example, we found consistent evidence of inverse associations between petroleum jelly use and ∑DEHP metabolite concentrations; these inverse associations may instead reflect lower rates of use for hair products with similar uses among petroleum jelly users that we were not able to adjust for (e.g., anti-frizz products), which also contain EDCs (Helm et al., 2018). We further hypothesize that the non-monotonic associations we observed (i.e., stronger adverse associations among low or moderate users comparatively to high users) may reflect non-differential misclassification. Notably, the EDC biomarkers included in this study have relatively short biological half-lives (e.g., hours, days) and product use in the few days preceding urine collection would be most relevant for biomarker measurement (Centers for Disease Control and Prevention, n.d.; Stahlhut et al., 2009; Wei et al., 2021). Although we had data on frequency of use for hair products in the previous 12 months, we did not collect data on time since most recent product use in relation to urine collection. Therefore, some participants reporting low use of products may have used the product temporally closer to urine collection than participants reporting high use, potentially explaining the non-monotonic dose responses. We had insufficient data to validate this hypothesis, though only 58% of participants reporting high use of styling products in the past 12 months also reported using hair products in the past 24 hours (Table S2). We also had no data on the formulations or the quantities of product used, which could have introduced error in our estimation of EDC exposure patterns. We also did not quantify biomarker concentrations for several EDCs that have been detected in hair products targeted to Black women (Table 1).

Our study had additional limitations. As discussed above, there was likely misclassification of hair product use in relation to the timing of EDC exposure assessment. Misclassification of hair product use likely arose given product use was self-reported; notably, we were able to compare reported use of styling products in the past 12 months and reported use of hair products in the past 24 hours, given the overlap in products included for these variables (e.g., mousses, gels). Twenty-three percent of participants who reported no styling product use in the past 12 months also reported product use in the past 24 hours (Table S2), highlighting the potential for misclassification of self-reported hair product use. Removing these participants from regression analyses yielded slightly stronger results for styling product use in the past 12 months (data not shown), suggesting that misclassification of hair product variables was likely non-differential with respect to EDC biomarker measurements. We were not, however, able to assess the degree of potential misclassification of other hair product variables. Given the relatively short half-lives of the EDCs and episodic nature of exposure from hair product use, it is also likely there was some degree of misclassification in the single measurement of EDC biomarker concentrations, where the measurement did not fully reflect cumulative exposures. However, we would also expect this misclassification to be non-differential. Our sample size was also limited (n=425), and there were low frequencies of use for some hair products. As such, several of our estimates were imprecise. The case-cohort design of our study further included participants who were randomly selected into the case-cohort substudy at baseline (some of whom developed incident UL during follow-up), as well as participants who were not randomly selected but had an incident UL over follow-up (Figure S1). In addition, as part of the prospective design, participants who developed incident UL between baseline and 40 months did not

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

have their 40-month urine samples analyzed for EDCs. Therefore, incident UL cases were underrepresented in the current analysis of 40-month EDC data. This could have potentially induced a selection bias if EDC exposure was related to UL incidence, although we have not observed strong associations between non-persistent EDC biomarker concentrations and UL incidence in SELF (Fruh et al., 2021; Wesselink et al., 2021b), suggesting any potential bias would be small. Finally, there may be residual confounding due to other sources of exposure to EDCs, including other personal care products that we not able to account for and that may be correlated with hair product use.

Study strengths include our investigation of hair product use with EDC biomarker concentrations among Black women, who have a high prevalence of hair product use but remain an understudied population for EDC exposure. We assessed this research question in an established cohort of U.S. Black women who provided extensive information on hair product use, potential confounders, and urine samples. As such, we were able to examine associations between use of multiple hair products and biomarker concentrations for a suite of EDCs, while controlling for relevant socioeconomic and demographic factors. We used state-of-the-art methods to assay non-persistent EDCs in urine, thereby reducing potential for misclassification of EDCs.

In conclusion, we found that recent use of some hair products was positively associated with biomarker concentrations of several non-persistent EDCs in a cohort of reproductive-aged Black women. Additional studies with larger sample sizes and better temporal resolution for hair product use and EDC measurement are needed to support the findings from this study. However, our results suggest that hair product use may be an important source of exposure to several non-persistent EDCs among Black women, which has important public health and policy implications.

## Supplementary Material

Refer to Web version on PubMed Central for supplementary material.

## Funding:

This research was supported by the National Institute of Environmental Health Science (R01-ES024749). This research was also supported, in part, by the Intramural Research Program of the NIH (ZIAES049013) and funds allocated for health research by the American Recovery and Reinvestment Act.

## Abbreviations:

| | |
|---|---|
| **BPA** | bisphenol A |
| **BPF** | bisphenol F |
| **BPS** | bisphenol S |
| **BzBP** | benzylbutyl phthalate |
| **CAWI** | computer assisted web interview |
| **CDC** | Centers for Disease Control and Prevention |

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

| | |
|---|---|
| **CI** | confidence interval |
| **DAG** | directed acyclic graph |
| **DCP24** | 2,4-dichlorophenol |
| **DCP25** | 2,5-dichlorophenol |
| **DEHP** | di(2-ethylhexyl) phthalate |
| **DEHTP** | di-2-ethylhexyl terephthalate |
| **DEP** | diethyl phthalate |
| **DiBP** | di-isobutyl phthalate |
| **DiDP** | diisodecyl phthalate |
| **DINCH** | di(isononyl)cyclohexane-1,2-dicarboxylate |
| **DiNP** | diisononyl phthalate |
| **DnBP** | di-n-butyl phthalate |
| **DOP** | dioctyl phthalate |
| **EDC** | endocrine disrupting chemical |
| **EPB** | ethyl paraben |
| **HFH** | Henry Ford Health |
| **LOD** | limit of detection |
| **MBP** | mono-n-butyl phthalate |
| **MBzP** | monobenzyl phthalate |
| **MCNP** | mono-carboxyisononyl phthalate |
| **MCOCH** | 1,2-cyclohexane dicarboxylic acid-monocarboxy isooctyl ester |
| **MCOP** | mono-carboxyisooctyl phthalate |
| **MCPP** | mono-3-carboxypropyl phthalate |
| **MECPP** | mono (2-ethyl-5-carboxypentyl) phthalate |
| **MECPTP** | mono-2-ethyl-5-carboxypentyl terephthalate |
| **MEHHP** | mono (2-ethyl-5-hydroxyhexyl) phthalate |
| **MEHHTP** | mono-2-ethyl-5-hydroxyhexyl terephthalate |
| **MEHP** | mono (2-ethylhexyl) phthalate |
| **MEOHP** | mono (2-ethyl-5-oxohexyl) phthalate |

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

| | |
|---|---|
| **MEP** | monoethyl phthalate |
| **MHBP** | mono-hydroxybutyl phthalate |
| **MHiBP** | mono-hydroxyisobutyl phthalate |
| **MHiNCH** | 1,2-cyclohexane dicarboxylic acid-monohydroxy isononyl ester |
| **MiBP** | mono-isobutyl phthalate |
| **MNP** | mono-isononyl phthalate |
| **MPB** | methyl paraben |
| **NIEHS** | National Institute of Environmental Health Sciences |
| **PABA** | 4-aminobenzoic acid |
| **PPB** | propyl paraben |
| **SD** | standard deviation |
| **SE** | standard error |
| **SELF** | Study of Environment, Lifestyle, and Fibroids |

## REFERENCES

Aglan MA, Mansour GN, 2020. Hair straightening products and the risk of occupational formaldehyde exposure in hairstylists. Drug Chem Toxicol 43, 488–495. 10.1080/01480545.2018.1508215 [PubMed: 30208743]

Baird DD, Harmon QE, Upson K, Moore KR, Barker-Cummings C, Baker S, Cooper T, Wegienka G, 2015. A Prospective, Ultrasound-Based Study to Evaluate Risk Factors for Uterine Fibroid Incidence and Growth: Methods and Results of Recruitment. J Womens Health 24, 907–915. 10.1089/jwh.2015.5277

Bertrand KA, Delp L, Coogan PF, Cozier YC, Lenzy YM, Rosenberg L, Palmer JR, 2023. Hair relaxer use and risk of uterine cancer in the Black Women's Health Study. Environ Res 239, 117228. 10.1016/J.ENVRES.2023.117228 [PubMed: 37821068]

Bocca B, Pino A, Alimonti A, Forte G, 2014. Toxic metals contained in cosmetics: A status report. Regulatory Toxicology and Pharmacology 68, 447–467. 10.1016/J.YRTPH.2014.02.003 [PubMed: 24530804]

Braun JM, Just AC, Williams PL, Smith KW, Calafat AM, Hauser R, 2014. Personal care product use and urinary phthalate metabolite and paraben concentrations during pregnancy among women from a fertility clinic. J Expo Sci Environ Epidemiol 24, 459–466. 10.1038/JES.2013.69 [PubMed: 24149971]

Brinton LA, Figueroa JD, Ansong D, Nyarko KM, Wiafe S, Yarney J, Biritwum R, Brotzman M, Thistle JE, Adjei E, Aitpillah F, Dedey F, Edusei L, Titiloye N, Awuah B, Clegg-Lamptey JN, Wiafe-Addai B, Vanderpuye V, 2018. Skin lighteners and hair relaxers as risk factors for breast cancer: results from the Ghana breast health study. Carcinogenesis 39, 571–579. 10.1093/CARCIN/BGY002 [PubMed: 29324997]

Byrd AD, Tharps LL, 2014. Hair Story: Untangling the Roots of Black Hair in America. St. Martin's Griffin, New York.

Centers for Disease Control and Prevention, n.d. Biomonitoring Summary: Phthalates Overview [WWW Document]. URL https://www.cdc.gov/biomonitoring/BzBP_BiomonitoringSummary.html (accessed 8.22.21).

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Chan M, Preston EV, Fruh V, Quinn MR, Hacker MR, Wylie BJ, O'Brien K, Williams PL, Hauser R, James-Todd T, Mahalingaiah S, 2023. Use of personal care products during pregnancy and birth outcomes – A pilot study. Environ Res 225, 115583. 10.1016/J.ENVRES.2023.115583 [PubMed: 36868449]

Chang CJ, O'Brien KM, Keil AP, Gaston SA, Jackson CL, Sandler DP, White AJ, 2022. Use of Straighteners and Other Hair Products and Incident Uterine Cancer. JNCI Journal of the National Cancer Institute 114, 1636. 10.1093/JNCI/DJAC165 [PubMed: 36245087]

Collins HN, Johnson PI, Calderon NM, Clark PY, Gillis AD, Le AM, Nguyen D, Nguyen C, Fu L, O'Dwyer T, Harley KG, 2021. Differences in personal care product use by race/ethnicity among women in California: implications for chemical exposures. Journal of Exposure Science & Environmental Epidemiology 1–9. 10.1038/S41370-021-00404-7

Coogan PF, Rosenberg L, Palmer JR, Cozier YC, Lenzy YM, Bertrand KA, 2021. Hair product use and breast cancer incidence in the Black Women's Health Study. Carcinogenesis 42, 924–930. 10.1093/CARCIN/BGAB041 [PubMed: 34013957]

Council J, 2022. Black Women Going Natural Push Entire Industry To The Brink Of Extinction. Forbes.

de Sá Dias TC, Baby AR, Kaneko TM, Robles Velasco MV, 2007. Relaxing/straightening of Afro-ethnic hair: historical overview. J Cosmet Dermatol 6, 2–5. 10.1111/J.1473-2165.2007.00294.X [PubMed: 17348987]

De Sanjosé S, Benavente Y, Nieters A, Foretova L, Maynadié M, Cocco PL, Staines A, Vornanen M, Boffetta P, Becker N, Alvaro T, Brennan P, 2006. Association between personal use of hair dyes and lymphoid neoplasms in Europe. Am J Epidemiol 164, 47–55. 10.1093/AJE/KWJ187 [PubMed: 16731576]

Dias MFRG, 2015. Hair Cosmetics: An Overview. Int J Trichology 7, 2. 10.4103/0974-7753.153450 [PubMed: 25878443]

Dodson RE, Cardona B, Zota AR, Robinson Flint J, Navarro S, Shamasunder B, 2021. Personal care product use among diverse women in California: Taking Stock Study. J Expo Sci Environ Epidemiol 31, 487–502. 10.1038/S41370-021-00327-3 [PubMed: 33958707]

D'Souza P, Rathi SK, 2015. Shampoo and Conditioners: What a Dermatologist Should Know? Indian J Dermatol 60, 248. 10.4103/0019-5154.156355 [PubMed: 26120149]

Eberle CE, Sandler DP, Taylor KW, White AJ, 2020. Hair dye and chemical straightener use and breast cancer risk in a large US population of black and white women. Int J Cancer 147, 383. 10.1002/IJC.32738 [PubMed: 31797377]

Eltoukhi HM, Modi MN, Weston M, Armstrong AY, Stewart EA, 2014. The Health Disparities of Uterine Fibroids for African American Women: A Public Health Issue. Am J Obstet Gynecol 210, 194–199. 10.1016/J.AJOG.2013.08.008 [PubMed: 23942040]

Franklin J, 2023. FDA is proposing a ban on hair relaxers with formaldehyde. NPR.

Fruh V, Claus Henn B, Weuve J, Wesselink AK, Orta OR, Heeren T, Hauser R, Calafat AM, Williams PL, Baird DD, Wise LA, 2021. Incidence of uterine leiomyoma in relation to urinary concentrations of phthalate and phthalate alternative biomarkers: A prospective ultrasound study. Environ Int 147. 10.1016/J.ENVINT.2020.106218

Galli CL, Bettin F, Metra P, Fidente P, De Dominicis E, Marinovich M, 2015. Novel analytical method to measure formaldehyde release from heated hair straightening cosmetic products: Impact on risk assessment. Regul Toxicol Pharmacol 72, 562–568. 10.1016/J.YRTPH.2015.05.010 [PubMed: 26003512]

Gaston SA, James-Todd T, Harmon Q, Taylor KW, Baird D, Jackson CL, 2020. Chemical/ Straightening and Other Hair Product Usage during Childhood, Adolescence, and Adulthood among African-American Women: Potential Implications for Health. J Expo Sci Environ Epidemiol 30, 86–96. 10.1038/S41370-019-0186-6 [PubMed: 31641276]

Geczik AM, Falk RT, Xu X, Wiafe-Addai B, Yarney J, Awuah B, Biritwum R, Vanderpuye V, Dedey F, Adjei E, Aitpillah F, Osei-Bonsu E, Oppong J, Titiloye N, Edusei L, Nyarko K, Clegg-Lamptey JN, Wiafe S, Ansong D, Ahearn TU, Figueroa J, Garcia-Closas M, Brinton LA, Trabert B, 2023. Relation of circulating estrogens with hair relaxer and skin lightener use among postmenopausal

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

women in Ghana. J Expo Sci Environ Epidemiol 33, 301. 10.1038/S41370-021-00407-4 [PubMed: 34992224]

Gera R, Mokbel R, Igor I, Mokbel K, 2018. Does the Use of Hair Dyes Increase the Risk of Developing Breast Cancer? A Meta-analysis and Review of the Literature. Anticancer Res 38, 707–716. 10.21873/ANTICANRES.12276 [PubMed: 29374694]

Ghosh A, Tripathy A, Ghosh D, 2022. Impact of Endocrine Disrupting Chemicals (EDCs) on Reproductive Health of Human. Proc Zool Soc 75, 16–30. 10.1007/S12595-021-00412-3/TABLES/1

Gonzales M, 2023. CROWN Act: Does Your State Prohibit Hair Discrimination? Society for Human Resource Management.

Hair H, Johnson TA, Bankhead T, 2014. Hair It Is: Examining the Experiences of Black Women with Natural Hair. Open J Soc Sci 2, 86–100. 10.4236/jss.2014.21010

Hatsbach de Paula JN, Basílio FMA, Mulinari-Brenner FA, 2022. Effects of chemical straighteners on the hair shaft and scalp. An Bras Dermatol 97, 193. 10.1016/J.ABD.2021.02.010 [PubMed: 35058079]

He L, Michailidou F, Gahlon HL, Zeng W, 2022. Hair Dye Ingredients and Potential Health Risks from Exposure to Hair Dyeing. Chem Res Toxicol 35, 901–915. 10.1021/ACS.CHEMRESTOX.1C00427/ASSET/IMAGES/LARGE/TX1C00427_0002.JPEG [PubMed: 35666914]

Heikkinen S, Pitkäniemi J, Sarkeala T, Malila N, Koskenvuo M, 2015. Does Hair Dye Use Increase the Risk of Breast Cancer? A Population-Based Case-Control Study of Finnish Women. PLoS One 10. 10.1371/JOURNAL.PONE.0135190

Helm JS, Nishioka M, Green Brody J, Rudel RA, Dodson RE, 2018. Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by Black women. Environ Res 165, 448–458. 10.1016/j.envres.2018.03.030 [PubMed: 29705122]

Hornung RW, Reed LD, 1990. Estimation of Average Concentration in the Presence of Nondetectable Values. Appl Occup Environ Hyg 5, 46–51. 10.1080/1047322X.1990.10389587

Hsieh CJ, Chang YH, Hu A, Chen ML, Sun CW, Situmorang RF, Wu MT, Wang SL, 2019. Personal care products use and phthalate exposure levels among pregnant women. Science of The Total Environment 648, 135–143. 10.1016/J.SCITOTENV.2018.08.149 [PubMed: 30114584]

Iwegbue CMA, Emakunu OS, Obi G, Nwajei GE, Martincigh BS, 2016. Evaluation of human exposure to metals from some commonly used hair care products in Nigeria. Toxicol Rep 3, 796–803. 10.1016/J.TOXREP.2016.10.001 [PubMed: 28959606]

James-Todd T, Connolly L, Preston E, Quinn M, Plotan M, Xie Y, Gandi B, Mahalingaiah S, 2021. Hormonal activity in commonly used Black hair care products: evaluating hormone disruption as a plausible contribution to health disparities. J Expo Sci Environ Epidemiol 31, 476–486. 10.1038/S41370-021-00335-3 [PubMed: 33958708]

James-Todd T, Senie R, Terry M, 2012. Racial/ethnic differences in hormonally-active hair product use: a plausible risk factor for health disparities. J Immigr Minor Health 14, 506–511. 10.1007/S10903-011-9482-5 [PubMed: 21626298]

James-Todd T, Terry MB, Rich-Edwards J, Deierlein A, Senie R, 2011. Childhood Hair Product Use and Earlier Age at Menarche in a Racially Diverse Study Population: A Pilot Study. Ann Epidemiol 21, 461. 10.1016/J.ANNEPIDEM.2011.01.009 [PubMed: 21421329]

Johnson AM, Godsil RD, MacFarlane J, Tropp LR, Goff PA, 2017. The” good hair” study: Explicit and implicit attitudes toward Black women’s hair.

JOY Collective, 2019. The CROWN Research Study.

Kaličanin B, Velimirović D, 2016. A Study of the Possible Harmful Effects of Cosmetic Beauty Products on Human Health. Biol Trace Elem Res 170, 476–484. 10.1007/S12011-015-0477-2/FIGURES/11 [PubMed: 26296330]

Kazemi Shishavan M, Sayyah-Melli M, Reza Rashidi M, Mostafa Gharabaghi P, Ghojazadeh M, Rahmani V, Tahmasebi Z, 2021. The Association of Hair Coloring During Pregnancy With Pregnancy and Neonatal Outcomes: A Cross-sectional Study. 10.15296/ijwhr.2021.23

Koutros S, Silverman DT, Baris D, Zahm SH, Morton LM, Colt JS, Hein DW, Moore LE, Johnson A, Schwenn M, Cherala S, Schned A, Doll MA, Rothman N, Karagas MR, 2011. Hair dye use and

Case: 1:23-cv-00818 Document #: 1828-9 Filed: 05/05/26 Page 21 of 40 PageID #:72650



Author Manuscript Author Manuscript Author Manuscript Author Manuscript

risk of bladder cancer in the New England bladder cancer study. Int J Cancer 129, 2894–2904. 10.1002/IJC.26245 [PubMed: 21678399]

Lee MS, Nambudiri VE, 2021. The CROWN act and dermatology: Taking a stand against race-based hair discrimination. J Am Acad Dermatol 84, 1181–1182. 10.1016/j.jaad.2020.11.065 [PubMed: 33290804]

Llanos AAM, Rabkin A, Bandera EV, Zirpoli G, Gonzalez BD, Xing CY, Qin B, Lin Y, Hong CC, Demissie K, Ambrosone CB, 2017. Hair product use and breast cancer risk among African American and White women. Carcinogenesis 38, 883–892. 10.1093/CARCIN/BGX060 [PubMed: 28605409]

Malinauskiene L, Blaziene A, Chomiciene A, Isaksson M, 2015. Formaldehyde may be found in cosmetic products even when unlabelled. Open Medicine 10, 323. 10.1515/MED-2015-0047 [PubMed: 28352713]

Mysore V, Arghya A, 2022. Hair Oils: Indigenous Knowledge Revisited. Int J Trichology 14, 84. 10.4103/IJT.IJT_189_20 [PubMed: 35755964]

National Research Council Committee on the Health Risks of Phthalates, 2008. Phthalates and Cumulative Risk Assessment: The Tasks Ahead. National Academies Press (US).

Nnorom SO, Wilson LL, 2022. Breast Cancer in Black Women: Racial/Ethnic Disparities Affecting Survival. J Womens Health (Larchmt) 31, 1255–1261. 10.1089/JWH.2021.0113 [PubMed: 35230169]

Parlett LE, Calafat AM, Swan SH, 2013. Women's exposure to phthalates in relation to use of personal care products. J Expo Sci Environ Epidemiol 23, 197–206. 10.1038/JES.2012.105 [PubMed: 23168567]

Rao R, McDonald JA, Barrett ES, Greenberg P, Teteh DK, Montgomery SB, Qin B, Lin Y, Hong CC, Ambrosone CB, Demissie K, Bandera EV, Llanos AAM, 2022. Associations of hair dye and relaxer use with breast tumor clinicopathologic features: findings from the Women's Circle of Health Study. Environ Res 203, 111863. 10.1016/J.ENVRES.2021.111863 [PubMed: 34390715]

Rivera-Núñez Z, Ashrap P, Barrett ES, Llanos AAM, Watkins DJ, Cathey AL, Vélez-Vega CM, Rosario Z, Cordero JF, Alshawabkeh A, Meeker JD, 2022. Personal Care Products: Demographic Characteristics and Maternal Hormones in Pregnant Women from Puerto Rico. Environ Res 206, 112376. 10.1016/J.ENVRES.2021.112376 [PubMed: 34798118]

Rubin DB, 2004. Multiple imputation for nonresponse in surveys. Wiley.

Rubio L, Costa M, Barrulas P, Lores M, Garcia-Jares C, Barrocas-Dias C, 2022. Understanding the chemical and mineralogical composition of commercial henna and jagua tattoos and dyes—a multi-analytical approach. Anal Bioanal Chem 414, 6233–6246. 10.1007/S00216-022-04194-1/FIGURES/10 [PubMed: 35829771]

Rucker Wright D, Gathers R, Kapke A, Johnson D, Joseph CLM, 2011. Hair care practices and their association with scalp and hair disorders in African American girls. J Am Acad Dermatol 64, 253–262. 10.1016/J.JAAD.2010.05.037 [PubMed: 20728245]

Sakhi AK, Sabaredzovic A, Cequier E, Thomsen C, 2017. Phthalate metabolites in Norwegian mothers and children: Levels, diurnal variation and use of personal care products. Science of The Total Environment 599–600, 1984–1992. 10.1016/J.SCITOTENV.2017.05.109

Schildroth S, Wise LA, Wesselink AK, Bethea TN, Fruh V, Taylor KW, Calafat AM, Baird DD, Claus Henn B, 2022. Correlates of non-persistent endocrine disrupting chemical mixtures among reproductive-aged Black women in Detroit, Michigan. Chemosphere 299. 10.1016/J.CHEMOSPHERE.2022.134447

Silva M, Samandar E, Preau J, Reidy J, Needham L, Calafat A, 2007. Quantification of 22 phthalate metabolites in human urine. J Chromatogr B Analyt Technol Biomed Life Sci 860, 106–112. 10.1016/J.JCHROMB.2007.10.023

Stahlhut R, Welshons W, Swan S, 2009. Bisphenol A data in NHANES suggest longer than expected half-life, substantial nonfood exposure, or both. Environ Health Perspect 117, 784–789. 10.1289/EHP.0800376 [PubMed: 19479022]

Stiel L, Adkins-Jackson PB, Clark P, Mitchell E, Montgomery S, 2016. A review of hair product use on breast cancer risk in African American women. Cancer Med 5, 597. 10.1002/CAM4.613 [PubMed: 26773423]

Author Manuscript Author Manuscript Author Manuscript Author Manuscript




Teteh DK, Montgomery SB, Monice S, Stiel L, Clark PY, Mitchell E, 2017. My crown and glory: Community, identity, culture, and Black women's concerns of hair product-related breast cancer risk. Cogent Arts & Humanities 4. 10.1080/23311983.2017.1345297

Turesky RJ, Freeman JP, Holland RD, Nestorick DM, Miller DW, Ratnasinghe DL, Kadlubar FF, 2003. Identification of aminobiphenyl derivatives in commercial hair dyes. Chem Res Toxicol 16, 1162–1173. 10.1021/TX030029R [PubMed: 12971805]

Tzonou A, Polychronopoulou A, Hsieh C-C, Trichopoulos D, Rebelakos A, Karakatsani A, 1993. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. Int J Cancer 55, 408–410. 10.1002/IJC.2910550313 [PubMed: 8375924]

Wang Y, Zhu H, Kannan K, 2019. A Review of Biomonitoring of Phthalate Exposures. Toxics 2019, Vol. 7, Page 21 7, 21. 10.3390/TOXICS7020021

Weathersby C, Mcmichael A, 2013. Brazilian keratin hair treatment: a review. J Cosmet Dermatol 12, 144–148. 10.1111/JOCD.12030 [PubMed: 23725308]

Wei F, Mortimer M, Cheng H, Sang N, Guo LH, 2021. Parabens as chemicals of emerging concern in the environment and humans: A review. Science of The Total Environment 778, 146150. 10.1016/J.SCITOTENV.2021.146150 [PubMed: 34030374]

Wesselink AK, Fruh V, Hauser R, Weuve J, Taylor KW, Orta OR, Claus Henn B, Bethea TN, McClean MD, Williams PL, Calafat AM, Baird DD, Wise LA, 2021a. Correlates of urinary concentrations of phthalate and phthalate alternative metabolites among reproductive-aged Black women from Detroit, Michigan. J Expo Sci Environ Epidemiol 31, 461–475. 10.1038/s41370-020-00270-9 [PubMed: 32980856]

Wesselink AK, Weuve J, Fruh V, Bethea TN, Claus Henn B, Harmon QE, Hauser R, Williams PL, Calafat AM, McClean M, Baird DD, Wise LA, 2021b. Urinary concentrations of phenols, parabens, and triclocarban in relation to uterine leiomyomata incidence and growth. Fertil Steril 116, 1590–1600. 10.1016/J.FERTNSTERT.2021.07.003 [PubMed: 34366109]

White AJ, Gregoire AM, Taylor KW, Eberle C, Gaston S, O'Brien KM, Jackson CL, Sandler DP, 2021a. Adolescent use of hair dyes, straighteners and perms in relation to breast cancer risk. Int J Cancer 148, 2255–2263. 10.1002/IJC.33413 [PubMed: 33252833]

White AJ, Sandler DP, Gaston SA, Jackson CL, O'Brien KM, 2021b. Use of hair products in relation to ovarian cancer risk. Carcinogenesis 42, 1189. 10.1093/CARCIN/BGAB056 [PubMed: 34173819]

Wise LA, Palmer JR, Reich D, Cozier YC, Rosenberg L, 2012. Hair Relaxer Use and Risk of Uterine Leiomyomata in African-American Women. Am J Epidemiol 175, 432. 10.1093/AJE/KWR351 [PubMed: 22234483]

Wise LA, Wang TR, Ncube CN, Lovett SM, Abrams J, Boynton-Jarrett R, Koenig MR, Geller RJ, Wesselink AK, Coleman CM, Hatch EE, James-Todd T, 2023. Use of Chemical Hair Straighteners and Fecundability in a North American Preconception Cohort. Am J Epidemiol 192. 10.1093/AJE/KWAD079

Ye X, Kuklenyik Z, Needham L, Calafat A, 2006. Measuring environmental phenols and chlorinated organic chemicals in breast milk using automated on-line column-switching-high performance liquid chromatography-isotope dilution tandem mass spectrometry. J Chromatogr B Analyt Technol Biomed Life Sci 831, 110–115. 10.1016/J.JCHROMB.2005.11.050

Ye X, Kuklenyik Z, Needham L, Calafat A, 2005. Automated on-line column-switching HPLC-MS/MS method with peak focusing for the determination of nine environmental phenols in urine. Anal Chem 77, 5407–5413. 10.1021/AC050390D [PubMed: 16097788]

Zhang Y, Birmann BM, Han J, Giovannucci EL, Speizer FE, Stampfer MJ, Rosner BA, Schernhammer ES, 2020. Personal use of permanent hair dyes and cancer risk and mortality in US women: prospective cohort study. BMJ 370. 10.1136/BMJ.M2942

Zhou X-H, Eckert GJ, Tierney WM, 2001. Multiple imputation in public health research. Stat Med 20, 1541–1549. 10.1002/sim.689 [PubMed: 11343373]

Zota AR, Shamasunder B, 2017. The Environmental Injustice of Beauty: Framing Chemical Exposures from Beauty Products as a Health Disparities Concern. Am J Obstet Gynecol 217, 418.e1. 10.1016/J.AJOG.2017.07.020

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

## HIGHLIGHTS

- We assessed associations of hair product use and biomarkers of endocrine disrupting chemicals (EDCs).
- Hair product use was associated with higher biomarker concentrations of EDCs.
- Hair product use may be an important route of exposure to EDCs among Black women.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript




**Figure 1.**

Mean percent differences (95% CIs) in urinary EDC biomarker concentrations associated with past 24-hour hair product use in SELF (n=425). Non-use was set as the reference group. Models are adjusted for age, household income, educational attainment, employment status, and marital status, and are co-adjusted for all past 12-month and past 24-hour hair product variables.

[1]Hair product use in the past 24-hours included sprays, gels, oils, or mousses.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



[2]BP3 = benzophenone-3; BPA= bisphenol A; BPF= bisphenol F; BPS= bisphenol S; MEP= monoethyl phthalate; mono-hydroxybutyl phthalate; MBP= mono-n-butyl phthalate; MHBP = mono-hydroxybutyl phthalate; MiBP= mono-isobutyl phthalate; MHiBP= mono-hydroxyisobutyl phthalate; MBzP= monobenzyl phthalate; MCPP= mono-3-carboxypropyl phthalate; MEHP= mono (2-ethylhexyl) phthalate; MEHHP= mono (2-ethyl-5-hydroxyhexyl) phthalate; MEOHP= mono (2-ethyl-5-oxohexyl) phthalate; MECPP= mono (2-ethyl-5-carboxypentyl) phthalate; MONP = monooxononyl phthalate; MCOP= mono-carboxyisooctyl phthalate; MCNP= mono-carboxyisononyl phthalate; MECPTP= mono-2-ethyl-5-carboxypentyl terephthalate; MEHHTP= mono-2-ethyl-5-hydroxyhexyl terephthalate.

Author Manuscript






**Figure 2.**

Mean percent differences (95% CIs) in urinary EDC biomarker concentrations associated with hair relaxer, straightener, or perm use in the past 12-months in SELF (n=425). Non-use in the past 12-months was set as the reference group. Models are adjusted for age, household income, educational attainment, employment status, and marital status, and are co-adjusted for all past 12-month and past 24-hour hair product variables.

[1]Low use= 1 time/year, moderate use= 2–5 times/year, high use= ≥6 times/year.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

[2]BP3 = benzophenone-3; BPA= bisphenol A; BPF= bisphenol F; BPS= bisphenol S; MEP= monoethyl phthalate; mono-hydroxybutyl phthalate; MBP= mono-n-butyl phthalate; MHBP = mono-hydroxybutyl phthalate; MiBP= mono-isobutyl phthalate; MHiBP= mono-hydroxyisobutyl phthalate; MBzP= monobenzyl phthalate; MCPP= mono-3-carboxypropyl phthalate; MEHP= mono (2-ethylhexyl) phthalate; MEHHP= mono (2-ethyl-5-hydroxyhexyl) phthalate; MEOHP= mono (2-ethyl-5-oxohexyl) phthalate; MECPP= mono (2-ethyl-5-carboxypentyl) phthalate; MONP = monooxononyl phthalate; MCOP= mono-carboxyisooctyl phthalate; MCNP= mono-carboxyisononyl phthalate; MECPTP= mono-2-ethyl-5-carboxypentyl terephthalate; MEHHTP= mono-2-ethyl-5-hydroxyhexyl terephthalate.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



Author Manuscript Author Manuscript Author Manuscript Author Manuscript




**Figure 3.**

Mean percent differences (95% CIs) in urinary EDC biomarker concentrations associated with (a) styling product and (b) moisturizing cream use in the past 12 months in SELF (n=425). Non-use in the past 12 months was set as the reference group. Models are adjusted for age, household income, educational attainment, employment status, and marital status, and are co-adjusted for all past 12-month and past 24-hour hair product variables.

[1]Low use= <1 time/month, moderate use= 1–3 times/month, high= ≥1 times/week.

Case: 1:23-cv-00818 Document #: 1828-9 Filed: 05/05/26 Page 30 of 40 PageID #:72659



Author Manuscript Author Manuscript Author Manuscript Author Manuscript

[2]BP3 = benzophenone-3; BPA= bisphenol A; BPF= bisphenol F; BPS= bisphenol S; MEP= monoethyl phthalate; mono-hydroxybutyl phthalate; MBP= mono-n-butyl phthalate; MHBP = mono-hydroxybutyl phthalate; MiBP= mono-isobutyl phthalate; MHiBP= mono-hydroxyisobutyl phthalate; MBzP= monobenzyl phthalate; MCPP= mono-3-carboxypropyl phthalate; MEHP= mono (2-ethylhexyl) phthalate; MEHHP= mono (2-ethyl-5-hydroxyhexyl) phthalate; MEOHP= mono (2-ethyl-5-oxohexyl) phthalate; MECPP= mono (2-ethyl-5-carboxypentyl) phthalate; MONP = monooxononyl phthalate; MCOP= mono-carboxyisooctyl phthalate; MCNP= mono-carboxyisononyl phthalate; MECPTP= mono-2-ethyl-5-carboxypentyl terephthalate; MEHHTP= mono-2-ethyl-5-hydroxyhexyl terephthalate.

Author Manuscript
Author Manuscript
Author Manuscript
Author Manuscript





Case: 1:23-cv-00818 Document #: 1828-9 Filed: 05/05/26 Page 32 of 40 PageID #:72661



Author Manuscript Author Manuscript Author Manuscript Author Manuscript




**Figure 4.**

Mean percent differences (95% CIs) in urinary EDC concentrations associated with (a) hair food and (b) hair oil use in the past 12-months in SELF (n=425). Non-use in the past 12-months was set as the reference group. Models are adjusted for age, household income, educational attainment, employment status, and marital status, and are co-adjusted for all past 12-month and past 24-hour hair product variables.

[1]<1 time/month or 1–3 times/month, high use= ≥1 times/week.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



[2]BP3 = benzophenone-3; BPA= bisphenol A; BPF= bisphenol F; BPS= bisphenol S; MEP= monoethyl phthalate; mono-hydroxybutyl phthalate; MBP= mono-n-butyl phthalate; MHBP = mono-hydroxybutyl phthalate; MiBP= mono-isobutyl phthalate; MHiBP= mono-hydroxyisobutyl phthalate; MBzP= monobenzyl phthalate; MCPP= mono-3-carboxypropyl phthalate; MEHP= mono (2-ethylhexyl) phthalate; MEHHP= mono (2-ethyl-5-hydroxyhexyl) phthalate; MEOHP= mono (2-ethyl-5-oxohexyl) phthalate; MECPP= mono (2-ethyl-5-carboxypentyl) phthalate; MONP = monooxononyl phthalate; MCOP= mono-carboxyisooctyl phthalate; MCNP= mono-carboxyisononyl phthalate; MECPTP= mono-2-ethyl-5-carboxypentyl terephthalate; MEHHTP= mono-2-ethyl-5-hydroxyhexyl terephthalate.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

**Table 1.**

A summary of hair products, EDC exposures related to product usage, and associations of product use with risk of health outcomes in women.

| Hair product | Use(s) and examples of active ingredient(s) | Known EDC exposure(s)[1] | Associations of hair product use with health outcomes[2] |
|---|---|---|---|
| Hair relaxers/ straighteners | *Straightens curly hair* Sodium hydroxide (lye); potassium hydroxide, lithium hydroxide, guanidine carbonate (non-lye); ammonium thioglycolate (thio); keratin (temporary) (Brinton et al., 2018; de Sá Dias et al., 2007; Weathersby and McMichael, 2013) | Formaldehyde/formaldehyde releasing chemicals (Aglan and Mansour, 2020; Chang et al., 2022; Galli et al., 2015; Weathersby and McMichael, 2013), phthalates (Helm et al., 2018; Wise et al., 2012), metals (e.g., cadmium, lead) (Iwegbue et al., 2016), parabens (Helm et al., 2018; Zota and Shamasunder, 2017), ethanolamines (Helm et al., 2018), phenols (Helm et al., 2018), fragrances (e.g., linalool) (Helm et al., 2018), cyclosiloxanes (Helm et al., 2018), UV filters (e.g., octinoxate) (Helm et al., 2018) | Uterine cancer (Bertrand et al., 2023; Chang et al., 2022), breast cancer (Eberle et al., 2020; Rao et al., 2022; Stiel et al., 2016; White et al., 2021a), uterine fibroids (Wise et al., 2012), scalp inflammation and hair loss (Hatsbach de Paula et al., 2022), ovarian cancer (White et al., 2021b), fecundability (Wise et al., 2023) |
| Hair oils, lotions | *Provides lubrication for hair shaft, prevents breakage, hydrates hair* Natural oils (e.g., castor)(Mysore and Arghya, 2022) | Parabens, phthalates, phenols, cyclosiloxanes, fragrances (e.g., linalool), UV filters (e.g., octyl dimethyl PABA3) (Helm et al., 2018) | Breast cancer (Stiel et al., 2016), dermatitis (Rucker Wright et al., 2011), lower birthweight (Chan et al., 2023) |
| Conditioners, moisturizers, petroleum jelly, shea butter, hair food | *Hydrates hair* Silicone, cationic surfactants (e.g., cetyltrimethylammonium chloride), natural oils, emulsifiers (e.g., ethoxylated fatty oxides), petroleum (Dias, 2015; D'Souza and Rathi, 2015) | Formaldehyde/formaldehyde releasing chemicals (Malinauskiene et al., 2015), phthalates (Braun et al., 2014; Parlett et al., 2013), metals (e.g., cadmium, cobalt) (Iwegbue et al., 2016), parabens (Helm et al., 2018), cyclosiloxanes (Helm et al., 2018), phenols (Helm et al., 2018), fragrances (e.g., linalool) (Helm et al., 2018), ethanolamines (Helm et al., 2018) | Breast cancer (Llanos et al., 2017) |
| Styling products (e.g., gels, mousses, sprays, pomade, anti-frizz, polishes) | *Creates texture, prevents frizz, enhance hair texture* Surfactants, natural oils, vinyl acetate copolymers (Dias, 2015; He et al., 2022) | Phthalates (Helm et al., 2018; Hsieh et al., 2019; Parlett et al., 2013; Sakhi et al., 2017), parabens (Braun et al., 2014), cyclosiloxanes (Helm et al., 2018), fragrances (e.g., limonene) (Helm et al., 2018), UV filters (e.g., octinoxate) (Helm et al., 2018) | Lower birthweight (Chan et al., 2023) |
| Root stimulators | *Promotes root growth* Biotin | Parabens, phthalates, phenols fragrances (e.g., linalool), glycol ethers, cyclosiloxanes, UV filters (e.g., octinoxate) (Helm et al., 2018) | Breast cancer, mammographic density (Stiel et al., 2016) |
| Dyes | *Colors hair (permanently or temporarily)* Aromatic amines, lawsone (He et al., 2022; Rubio et al., 2022) | Metals (e.g., cobalt, lead) (Bocca et al., 2014; Kaličanin and Velimirović, 2016), aromatic amines (Heikkinen et al., 2015; Turesky et al., 2003), phthalates (He et al., 2022), phenols (He et al., 2022) | Breast cancer (Eberle et al., 2020; Gera et al., 2018; Heikkinen et al., 2015; Llanos et al., 2017; Rao et al., 2022; White et al., 2021a; Zhang et al., 2020), bladder cancer (Koutros et al., 2011), lymphoma (De Sanjosé et al., 2006; Zhang et al., 2020), ovarian cancer (Tzonou et al., 1993; White et al., 2021b; Zhang et al., 2020), skin cancer (Zhang et al., 2020), lower birthweight (Kazemi Shishavan et al., 2021) |

[1]Based on studies testing concentrations of EDCs in hair products or studies assessing associations of hair product use with biomarker EDC concentrations in human populations.

[2]Does not include studies examining associations of EDC biomarkers with health outcomes.

[3]PABA= 4-aminobenzoic acid.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

**Table 2.**

Summary statistics for sociodemographic, anthropometric, hair product, and personal care product variables in SELF (n=425).

| Characteristic | Mean (SD) or N (%) |
|---|---|
| **Sociodemographic variables** | |
| Age (years) | 32.2 (3.4) |
| Annual household income | |
| <$20,000 | 155 (36.5%) |
| $20,000–50,000 | 168 (39.5%) |
| >$50,000 | 102 (24.0%) |
| Educational attainment | |
| High school degree/GED | 63 (14.8%) |
| Some college/Associate’s/Technical school | 224 (52.7%) |
| ≥Bachelor’s degree | 138 (32.5%) |
| Employment status | |
| Not employed | 77 (18.1%) |
| Employed <30 hours/week | 54 (12.7%) |
| Employed ≥30 hours/week | 294 (69.2%) |
| Marital status | |
| Never married | 166 (39.1%) |
| Currently married or living as married | 82 (19.3%) |
| Previously married | 177 (41.6%) |
| **Hair product use in the past 12 months** | |
| 100% petroleum jelly[1] | |
| Non-use | 357 (84.0%) |
| Ever use | 68 (16.0%) |
| Hair gloss[1] | |
| Non-use | 377 (88.7%) |
| Ever use | 48 (11.3%) |
| Henna[1,2] | |
| Non-use | 405 (95.3%) |
| Ever use | 20 (4.7%) |
| Rinses that fade[1] | |
| Non-use | 352 (82.8%) |
| Ever use | 73 (17.2%) |

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

| Characteristic | Mean (SD) or N (%) |
|---|---|
| Semi-permanent dye[1] | |
| Non-use | 346 (81.4%) |
| Ever use | 79 (18.6%) |
| Bleach, frost, or highlight[1] | |
| Non-use | 357 (84.0%) |
| Ever use | 68 (16.0%) |
| Permanent dye[3] | |
| Non-use | 313 (73.6%) |
| Moderate use | 92 (21.7%) |
| High use | 20 (4.7%) |
| 100% shea butter[4] | |
| Non-use | 300 (70.6%) |
| Moderate use | 58 (13.6%) |
| High use | 67 (15.8%) |
| Natural plant-based oils[4] | |
| Non-use | 254 (59.8%) |
| Moderate use | 76 (17.9%) |
| High use | 95 (22.3%) |
| Hair food[4] | |
| Non-use | 280 (65.9%) |
| Moderate use | 72 (16.9%) |
| High use | 73 (17.2%) |
| Moisturizing creams or lotions[5] | |
| Non-use | 194 (45.7%) |
| Low use | 38 (8.9%) |
| Moderate use | 60 (14.1%) |
| High use | 133 (31.3%) |
| Conditioners, crème rinses, or detanglers[5] | |
| Non-use | 96 (22.6%) |
| Low use | 45 (10.6%) |
| Moderate use | 142 (33.4%) |
| High use | 142 (33.4%) |
| Styling products[5] | |
| Non-use | 53 (12.5%) |
| Low use | 57 (13.4%) |
| Moderate use | 102 (24.0%) |

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

| Characteristic | Mean (SD) or N (%) |
|---|---|
| High use | 213 (50.1%) |
| Relaxers, straighteners, or perms[6] | |
| Non-use | 245 (57.6%) |
| Low use | 43 (10.1%) |
| Moderate use | 90 (21.2%) |
| High use | 47 (11.1%) |
| **Hair product use in the past 24 hours** | |
| Hair products (spray, gel, oil, or mousse) | |
| No | 233 (54.8%) |
| Yes | 192 (45.2%) |
| Chemical treatments (hair color, relaxers)[2] | |
| No | 420 (98.8%) |
| Yes | 5 (1.2%) |
| **Type of hair relaxer, straightener, or perm ever used**[7] | |
| Permanent relaxer with lye | |
| No | 264 (62.1%) |
| Yes | 161 (37.9%) |
| Permanent relaxer with low lye | |
| No | 295 (69.5%) |
| Yes | 130 (30.5%) |
| Permanent relaxer with thio | |
| No | 413 (97.2%) |
| Yes | 12 (2.8%) |
| Permanent relaxer, unsure of content | |
| No | 298 (70.1%) |
| Yes | 127 (29.9%) |
| Temporary relaxer with keratin | |
| No | 348 (81.9%) |
| Yes | 77 (18.1%) |
| Temporary relaxer without keratin | |
| No | 390 (91.8%) |
| Yes | 35 (8.2%) |
| Temporary relaxer, unsure of content | |
| No | 317 (74.6%) |
| Yes | 108 (25.4%) |

Author Manuscript

| Characteristic | Mean (SD) or N (%) |
|---|---|
| Frequency of use by relaxer type[8] | |
| Never use, temporary relaxer use only, or non-use in past 12 months | 305 (71.8%) |
| Ever use of both temporary and permanent relaxers | 29 (6.8%) |
| Use of permanent relaxers only with low use in past 12 months | 21 (4.9%) |
| Use of permanent relaxers only with moderate use in past 12 months | 41 (9.7%) |
| Use of permanent relaxers only with high use in past 12 months | 29 (6.8%) |
| **Personal care product use in the past 24 hours7** | |
| Perfume | |
| No | 154 (36.2%) |
| Yes | 271 (63.8%) |
| Lotions or cream before bed | |
| No | 270 (63.5%) |
| Yes | 155 (36.5%) |
| Make-up | |
| No | 91 (21.4%) |
| Yes | 334 (78.6%) |
| Nail polish | |
| No | 393 (92.5%) |
| Yes | 32 (7.5%) |

[1] Ever use vs. never use in the previous 12 months.

[2] Excluded from regression analyses due to low reported use.

[3] Moderate use= 1–3 times/year, high use= ≥4 times/year.

[4] Moderate use= <1 time/month or 1–3 times/month, high use= ≥1 times/week.

[5] Low use= <1 time/month, moderate use= 1–3 times/month, high use= ≥1 times/week.

[6] Low use= 1 time/year, moderate use= 2–5 times/year, high use= ≥6 times/year.

[7] Variables used in secondary analyses only.

[8] Variable created by combing ever use of relaxer type variables with frequency of relaxer use in the past 12-month variable.

Author Manuscript

### Table 3.

Limits of detection (LODs), detection frequency, and distributions for non-persistent EDC biomarkers in SELF (n=425).[1,2]

| Biomarker | LOD (ng/mL) | Detection frequency (%) | Median (25th, 75th percentiles (μg/g creatinine) |
|---|---|---|---|
| **Phenols** | | | |
| Benzophenone-3 | 0.4 | 98.1% | 9.4 (4.7, 27.7) |
| BPA | 0.2 | 98.1% | 1.1 (0.7, 1.7) |
| BPF | 0.2 | 62.6% | 0.3 (<LOD, 0.9) |
| BPS | 0.1 | 96.7% | 0.5 (0.2, 1.0) |
| 2,4-dichlorophenol | 0.1 | 96.5% | 0.4 (0.3, 0.8) |
| 2,5-dichlorophenol | 0.1 | 96.5% | 1.2 (0.6, 2.6) |
| Triclosan | 1.7 | 79.3% | 3.9 (1.8, 14.9) |
| **Triclocarban** | 0.1 | 58.1% | NC |
| **Phthalates** | | | |
| MEP | 1.2 | 100% | 53.2 (25.9, 108.8) |
| MBP | 0.4 | 100% | 0.9 (0.7, 1.0) |
| MHBP | 0.4 | 84.5% | 0.7 (0.5, 1.2) |
| MiBP | 0.8 | 99.5% | 9.4 (6.2, 16.0) |
| MHiBP | 0.4 | 97.2% | 2.6 (1.6, 4.4) |
| MBzP | 0.3 | 99.1% | 4.0 (2.4, 8.7) |
| MCPP | 0.4 | 92.0% | 1.2 (0.7, 2.5) |
| MEHP | 0.8 | 85.2% | 1.7 (1.0, 3.1) |
| MEHHP | 0.4 | 99.5% | 7.1 (4.9, 11.3) |
| MEOHP | 0.2 | 99.5% | 4.1 (2.7, 6.6) |
| MECPP | 0.4 | 100% | 9.4 (6.4, 15.2) |
| MNP | 0.9 | 54.8% | NC |
| MONP | 0.4 | 98.6% | 2.6 (1.5, 6.7) |
| MCOP | 0.3 | 100% | 12.5 (5.7, 33.0) |
| MCNP | 0.2 | 99.8% | 2.2 (1.3, 4.0) |
| MECPTP | 0.2 | 100% | 13.6 (6.3, 37.8) |
| MEHHTP | 0.4 | 97.9% | 2.8 (1.4, 7.4) |
| **Phthalate alternatives** | | | |
| MHiNCH | 0.4 | 54.4% | NC |
| MCOCH | 0.5 | 41.9% | NC |
| **Parabens** | | | |
| Methyl paraben | 1.0 | 100% | 82.8 (30.0, 199.0) |
| Ethyl paraben | 1.0 | 78.6% | 3.1 (0.9, 14.0) |
| Propyl paraben | 0.1 | 100% | 12.3 (4.1, 30.3) |
| Butyl paraben | 0.1 | 20.0% | NC |

[1]NC= Not calculated due to low detection frequency.

[2]BPA= bisphenol A; BPF= bisphenol F; BPS= bisphenol S; MEP= monoethyl phthalate; mono-hydroxybutyl phthalate; MBP= mono-n-butyl phthalate; MHBP = mono-hydroxybutyl phthalate; MiBP= mono-isobutyl phthalate; MHiBP= mono-hydroxyisobutyl phthalate; MBzP= monobenzyl phthalate; MCPP= mono-3-carboxypropyl phthalate; MEHP= mono (2-ethylhexyl) phthalate; MEHHP= mono (2-ethyl-5-hydroxyhexyl) phthalate; MEOHP= mono (2-ethyl-5-oxohexyl) phthalate; MECPP= mono (2-ethyl-5-carboxypentyl) phthalate; MNP= mono-isononyl phthalate; MONP = monooxononyl phthalate; MCOP= mono-carboxyisooctyl phthalate; MCNP= mono-carboxyisononyl phthalate; MECPTP= mono-2-ethyl-5-carboxypentyl terephthalate; MEHHTP= mono-2-ethyl-5-hydroxyhexyl terephthalate; MHiNCH= 1,2-cyclohexane dicarboxylic acid-monohydroxy isononyl ester; MCOCH= 1,2-cyclohexane dicarboxylic acid-monocarboxy isooctyl ester.

Author Manuscript
Author Manuscript
Author Manuscript
Author Manuscript