# Exhibit 8

Environmental Research 165 (2018) 448–458

Contents lists available at ScienceDirect

Environmental Research

journal homepage: www.elsevier.com/locate/envres




# Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by Black women

Jessica S. Helm[a,*], Marcia Nishioka[b,1], Julia Green Brody[a], Ruthann A. Rudel[a], Robin E. Dodson[a]

[a] Silent Spring Institute, Newton, Massachusetts, USA
[b] Battelle Memorial Institute, Columbus, Ohio, USA

ARTICLE INFO

*Keywords:*
Consumer product
Hair product
Endocrine disruptor
Fragrance
Paraben

ABSTRACT

*Background:* Personal care products are a source of exposure to endocrine disrupting and asthma-associated chemicals. Because use of hair products differs by race/ethnicity, these products may contribute to exposure and disease disparities.

*Objective:* This preliminary study investigates the endocrine disrupting and asthma-associated chemical content of hair products used by U.S. Black women.

*Methods:* We used gas chromatography/mass spectrometry (GC/MS) to test 18 hair products in 6 categories used by Black women: hot oil treatment, anti-frizz/polish, leave-in conditioner, root stimulator, hair lotion, and relaxer. We tested for 66 chemicals belonging to 10 chemical classes: ultraviolet (UV) filters, cyclosiloxanes, glycol ethers, fragrances, alkylphenols, ethanolamines, antimicrobials, bisphenol A, phthalates, and parabens.

*Results:* The hair products tested contained 45 endocrine disrupting or asthma-associated chemicals, including every targeted chemical class. We found cyclosiloxanes, parabens, and the fragrance marker diethyl phthalate (DEP) at the highest levels, and DEP most frequently. Root stimulators, hair lotions, and relaxers frequently contained nonylphenols, parabens, and fragrances; anti-frizz products contained cyclosiloxanes. Hair relaxers for children contained five chemicals regulated by California's Proposition 65 or prohibited by EU cosmetics regulation. Targeted chemicals were generally not listed on the product label.

*Conclusions:* Hair products used by Black women and children contained multiple chemicals associated with endocrine disruption and asthma. The prevalence of parabens and DEP is consistent with higher levels of these compounds in biomonitoring samples from Black women compared with White women. These results indicate the need for more information about the contribution of consumer products to exposure disparities. A precautionary approach would reduce the use of endocrine disrupting chemicals in personal care products and improve labeling so women can select products consistent with their values.

## 1. Introduction

People are exposed to a wide range of endocrine disrupting chemicals (EDCs) and asthma-related chemicals from consumer products (Dodson et al., 2012; Rudel et al., 2010). Personal care products are a significant source of exposure to phthalates, phenols, and parabens (Berger et al., 2018; Branch et al., 2015; Braun et al., 2014; Fisher et al., 2017; Guo and Kannan, 2013; Harley et al., 2016; Meeker et al., 2013; Parlett et al., 2013; Philippat et al., 2015a). Exposure to chemicals from personal care products is thought to occur primarily via absorption through skin and inhalation (Ernstoff et al., 2016). Urinary levels of these chemicals vary by race/ethnicity, with higher urinary levels of some phthalates and parabens in U.S. Black women compared to U.S. White women (Branch et al., 2015; Calafat et al., 2010; James-Todd et al., 2017; Varshavsky et al., 2016). Racial/ethnic differences in the use of personal care products may contribute to observed exposure disparities.

*Abbreviations:* BBP, benzylbutyl phthalate; BP-3, benzophenone-3; BPA, bisphenol A; DEP, diethyl phthalate; D4, octamethylcyclotetrasiloxane; D5, decamethylcyclopentasiloxane; D6, dodecamethylcyclohexylsiloxane; DEHP, bis(2-ethylhexyl) phthalate; DPP, di-n-propyl phthalate; EDCs, endocrine disrupting chemicals; FDA, US Food and Drug Administration; GC/MS, gas chromatography/mass spectrometry; HHCB, 1,3,4,6,7,8-hexahydro-4,6,6,7,8,8-hexamethylcyclopenta[g]-2-benzopyran; IARC, International Agency for Research on Cancer; IVF, in vitro fertilization; LOD, level of detection; MRL, method reporting limit; NHANES, National Health and Nutrition Examination Survey; Prop 65, California's Proposition 65; UV, ultraviolet

* Correspondence to: Silent Spring Institute, 320 Nevada Street, Suite 302, Newton, MA 02460, USA.
*E mail address:* helm@silentspring.org (J.S. Helm).
[1] Present address: Ohio State University, Columbus, Ohio, USA.

Exhibit
6
03/06/2026
Stanley T. Atwood , MS

https://doi.org/10.1016/j.envres.2018.03.030
Received 1 November 2017; Received in revised form 9 February 2018; Accepted 18 March 2018
Available online 25 April 2018
0013-9351/ © 2018 The Authors. Published by Elsevier Inc. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/BY-NC-ND/4.0/).

Assessing exposures to EDCs and asthma-associated chemicals for Black[2] women is important given the higher incidence of hormone-mediated diseases (James-Todd et al., 2016a) and higher prevalence of asthma (CDC, 2015) in Black women and children. When considering conditions potentially impacted by EDCs, U. S. Black women have higher rates of obesity (May et al., 2013), diabetes (Beckles and Chou, 2013), and pre-term birth (Martin and Osterman, 2013) than U.S. White women. In addition, Black women experience earlier menarche (Cabrera et al., 2014), and more prevalent fibroids (Jacoby et al., 2010) and infertility (Chandra et al., 2013), including poor in vitro fertilization (IVF) outcomes (McQueen et al., 2015). The incidence of breast and endometrial cancers in Black women is increasing, and Black women experience more aggressive forms of these cancers (Cote et al., 2015; DeSantis et al., 2016).

Recent research suggests that EDCs in common consumer products, including hair products, contribute to these hormone-mediated diseases. For example, use of hair oil and hair relaxers is associated with earlier menarche (James-Todd et al., 2011; McDonald et al., 2018), higher incidence of fibroids (Wise et al., 2012), and increased risk of breast cancer (Brinton et al., 2018; Heikkinen et al., 2015; Llanos et al., 2017). Higher urinary concentrations of phthalate metabolites have been associated with fibroids (Huang et al., 2014; Kim et al., 2017, 2016), earlier indicators of puberty (Watkins et al., 2014), less successful IVF outcomes (Hauser et al., 2016) and preterm birth (Ferguson et al., 2017, 2014). However, other studies have not found some of these associations (Mendelsohn et al., 2009; Pollack et al., 2015; Weuve et al., 2010).

Market and exposure research suggest that differences in personal care product use may contribute to higher observed levels of associated consumer product chemicals in Black women (James-Todd et al., 2017). African-American women spend more money on fragrances, feminine hygiene, and deodorizing products than other US women (Nielson, 2013), potentially resulting in greater product use and exposures. Use of fragrances was positively associated with urinary metabolite levels of diethyl phthalate (DEP) in a study of pregnant African-American and Dominican women in New York City (Just et al., 2010), and data from the National Health and Nutrition Examination Survey (NHANES) showed that reported use of vaginal douches, which are heavily marketed to Black women as aesthetic products (Ferranti, 2011), was associated with higher urinary metabolite levels of DEP in Black women (Branch et al., 2015).

Hair products are of particular interest as a potential source of exposure and health disparities (Stiel et al., 2016). Certain hair products are more commonly used by Black women, including straightening and moisturizing hair products (James-Todd et al., 2012; Nielson, 2013; Taylor et al., 2017) that are often used to meet social beauty norms (Zota and Shamasunder, 2017). Black women and children use hormone-containing hair and skin products more often than White women and children (Donovan et al., 2007; Li et al., 2002; Tiwary and Ward, 2003) and some professional hair straightening products contain and release substantial amounts of formaldehyde (Pierce et al., 2011). Testing of Black women's hair products has been limited to one study that tested four products for estradiol, estriol, and estrone (Tiwary and Ward, 2003), and another that measured estrogenic and anti-estrogenic activity (Myers et al., 2015). Consumer product chemicals have not previously been measured in Black women's hair products.

To learn whether hair products used by Black women differ from products tested previously (Dodson et al., 2012; Guo and Kannan, 2013; Horii and Kannan, 2008; Liao and Kannan, 2014), we characterized the concentrations of 66 EDCs and asthma-associated chemicals in six types of hair products commonly used by Black women. We present results by chemical class, for comparison to previous work, and by product category. To determine whether product ingredient labels provide sufficient information to avoid chemicals of concern in hair products, we evaluated the concordance between the labeled ingredients and the measured concentrations. We also compare detected chemicals with regulated restrictions on ingredients. This study provides some of the first data on measured concentrations of chemicals in products used by Black women.

## 2. Methods

### 2.1. Product selection

We tested 18 products in six hair product categories: hot oil treatment, anti-frizz/polish, leave-in conditioner, root stimulator, hair lotion, and relaxer. Hot oil treatments are used periodically before shampooing to make hair smoother and stronger, whereas anti-frizz products are used anytime to smooth hair and give it shine. Leave-in conditioner and hair lotions are used after showering or as needed to condition and moisturize hair, and root stimulators advertise increased hair growth and strength. The root stimulator products we tested range from a "treatment" serum to products that are used like hair lotions. These product types are most often used one to seven times a week, while hair relaxers are used several times a year to permanently straighten hair (James-Todd et al., 2012). We purchased products in 2008 as part of a larger product study and focus in this analysis on one leave-in conditioner, one hot oil treatment, and multiple products for anti-frizz, root stimulators, hair lotions, and hair relaxers. A higher percentage of Black women report using these six types of hair products compared with White and Hispanic women (James-Todd, 2008).

We selected specific products for testing based on surveys of product use. We relied primarily on results from a 2004–2005 convenience sample of 301 women in New York City, 54% of whom were Black (non-Hispanic African-American or African-Caribbean) (James-Todd et al., 2012). We selected the 12 most frequently used products (at least five percent of survey respondents reported using these products) and 6 products that were frequently used by Black women, but not others, in this survey (James-Todd, 2008). A 2007 survey of pregnant women in the National Collaborative Perinatal Project (James-Todd, 2008) included nine of the tested products and confirmed that each was predominantly and/or commonly used by Black women (James-Todd, 2008). We obtained product names through personal communication (James-Todd T). Product names and manufacturers are in Supplemental Material Table 1.

### 2.2. Chemical analysis

We targeted 66 chemicals for analysis based on evidence of their association with endocrine disruption or asthma, their expected presence in consumer products, and analytical capacity. Chemical analysis details were described in (Dodson et al., 2012), and health evidence is provided in Supplemental Table 2. In brief, samples were extracted with 3:1 dichloromethane: methanol and analyzed using gas chromatography/mass spectrometry (GC/MS) with the internal standard method of quantification. A separate aliquot of the extract was derivatized and analyzed for phenolic compounds via GC/MS. We aimed to detect chemicals present at $> =0.0001\%$ (1 µg/g) in the products. The 6-point calibration curve (0.15–25 µg/mL) spanned an equivalent product concentration range of 0.003–0.5% (0.03–5 mg/g); extract concentrations that exceeded this range were diluted and reanalyzed. Samples were extracted and detected as part of the second analytical round of this prior analysis (Dodson et al., 2012).

To control against potential false positives, we only reported samples over the Method Reporting Limit (MRL). We defined the MRL as the maximum of the analytical level of detection (LOD) and the 90th percentile of the method blank (n = 5) concentrations. When there was

[2] "Black" is a racial or ethnic term encompassing individuals of African descent, including African-Americans and individuals from the Caribbean and Africa. It is considered to be a social rather than biological construct (Yudell et al., 2016).




**Fig. 1.** Concentrations of 60 targeted chemicals (left) in commonly used hair products (bottom). Chemicals are grouped by chemical class, with natural and synthetic fragrances separated by a dashed horizontal line. Hair products are grouped by product category, with sometimes multiple products per category (e.g. product #1, product #2). Relaxer kits results show the sum of levels detected in kit components. Numbers at the top of the figure indicate the number of chemicals detected in each product; numbers on the right indicate the number of products containing each chemical. Detects below the method reporting limit (MRL) are not shown. The MRL is 1 μg/g (0.0001%) unless elevated due to blank detects.

no detectable level of an analyte in the blank, the LOD and MRL were 1.0 μg/g (0.0001%). Fourteen of 66 chemicals were detected in blanks. For two chemicals (4-t-nonylphenol and octylphenol diethoxylate), levels in the blanks were at or below the 1 μg/g LOD. For the remaining chemicals, the 90th percentile of the blank levels (and resulting MRL) was less than 2.5 μg/g, except for decamethylcyclopentasiloxane (D5, 17.2 μg/g), octamethylcyclotetrasiloxane (D4, 5.2 μg/g), and benzophenone-3 (BP-3, 4.8 μg/g). For each analyte, we corrected results by subtracting the median blank value when at least 75% of blanks had detectable values. Only D5 values were corrected, resulting in a maximum − 100% change to the reported concentration of D5. All reported detects of D5 were detected at concentrations higher than the maximum found in the blanks.

To assess precision, we analyzed five samples in duplicate. The relative percent difference between duplicates was generally < 50%. To assess accuracy on a sample-by-sample basis, we fortified each sample with 5 labeled surrogate compounds containing functional groups found in the target analytes, and measured their recoveries. We also spiked six representative products with the full panel of chemical analytes. Median percent recoveries of all surrogates were within the 50–150% acceptance range. Median spike recoveries across products were within 50–150% except for benzophenone-2, monoethanolamine, and diethanolamine, which had recoveries in the range of 9–22%. Therefore, the results presented for these three compounds may underestimate the true concentrations. Quality control results are summarized in the supplemental material in (Dodson et al., 2012).

Most of the products comprised one material; however, hair relaxer kits comprised several component materials to be used in sequence. We tested kit components from three relaxer kits (#1, 2, and 3). Kits #1 and #3 were no-lye formulations marketed to children. Each hair relaxer kit contained relaxer cream, activator, shampoo, and conditioner. Relaxer kit #1 also contained a protective gel, pre-relaxer treatment, and hair lotion; relaxer kit #3 contained a second conditioning product. To cost-effectively evaluate typical exposures from hair relaxer kits we composited the kit shampoo and conditioners into a single sample for each kit, but tested and reported other kit components separately. Compositing gives us a representative concentration of analytes in product components that are intended to be used together but limits our ability to detect an unusually high or low concentration in a single component.

### *2.3. Data analysis*

Data analysis was exploratory and descriptive, because the number of products tested was too small for statistical testing. We visualized results using a "heat map" approach in which values > MRL are represented in shades of purple. We also report summary statistics (median, maxima and detection frequencies). Six of the 66 targeted chemicals were never detected in these or any products in (Dodson et al., 2012) and were dropped from the data visualization and reporting, including summary statistics.

Since hair relaxer kits contain several components, we summed the detected concentrations in all the component products within each relaxer kit, including detects < MRL. For each chemical, we used the highest MRL from the component products as the maximum MRL, and only reported summed values greater than this maximum MRL.

To check whether chemicals were reliably listed on the product label (and thus whether the product label can be used to avoid certain chemicals), we compared the 45 chemicals found in the products with the chemicals listed on ingredient labels of all 15 non-relaxer hair products and 13 relaxer kit components tested (each component in each relaxer kit was labeled with ingredients, so each component or shampoo/conditioner composite was evaluated as a separate product).

## 3. Results

We detected 45 of the 66 target chemicals, including chemicals from every chemical class tested (Fig. 1 and Supplemental Table 3). Products contained more cyclosiloxane, fragrance chemicals, diethyl phthalate (DEP), and parabens than chemicals from other chemical classes (Fig. 1), and we detected methyl paraben, all three cyclosiloxane chemicals, and DEP most frequently and at the highest levels (Fig. 1, Table 1). The fragrance chemicals linalool, limonene, and 1,3,4,6,7,8-hexahydro-4,6,6,7,8,8-hexamethylcyclopenta[*g*]-2-benzopyran (HHCB, or Galaxolide) were also found at higher detection frequencies and concentrations compared to other target chemicals. The majority of products contained an ultraviolet (UV) filter. We found nonylphenols in 30% of products, and antimicrobials, BPA, ethanolamines, glycol ethers, and higher molecular weight phthalates in fewer than 20% of products. Root stimulators, hair lotions, and relaxers frequently contained nonylphenols, parabens, and fragrance chemicals whereas anti-frizz products contained cyclosiloxanes. We did not find strong agreement between detected and labeled chemicals, although chemicals detected at higher concentrations were labeled more often.

### *3.1. Test results by chemical class*

#### *3.1.1. Parabens*

Most (78%) of the products contained parabens, which are used as preservatives. We found methyl paraben most frequently (72% of products) and typically at concentrations greater than 100 μg/g (median 800 μg/g). The highest paraben levels were in hair lotions: two (of six) hair lotions had methyl paraben concentrations over 2000 μg/g (0.2% by weight). Ethyl and butyl paraben were always detected together or with methyl paraben, and all detected concentrations were below 100 μg/g.

#### *3.1.2. Phthalates*

We found the lower molecular weight phthalate DEP, commonly used as a solvent in fragrances (ATSDR, 1995) and fragranced products (Dodson et al., 2012), in 78% of hair products, and at higher concentrations (median = 47 μg/g, maximum = 2450 μg/g) than other phthalates and most other targeted chemicals. Six products contained DEP concentrations > 100 μg/g including one hair lotion with 0.25% by weight DEP. Four products contained bis(2-ethylhexyl) phthalate (DEHP), di-*n*-octyl phthalate (DOP), di-n-propyl phthalate (DPP), or benzylbutyl phthalate (BBP), higher molecular weight phthalates used in products as solvents and plastic additives, and DEHP was detected in three of these. One no-lye relaxer kit for children (kit #1) contained 90 μg/g DEHP, which was primarily from the activator component. Other higher molecular weight phthalate concentrations were between 4 and 20 μg/g. We detected the phthalate substitute bis(2-ethylhexyl) adipate (DEHA) in only one product: the no-lye relaxer kit #3 marketed to children.

#### *3.1.3. Cyclosiloxanes*

The majority (67%) of products contained at least one of three targeted cyclosiloxanes, which are added to products for conditioning and spreadability. Eight products contained a mixture of all three cyclosiloxanes and two products had just one cyclosiloxane. We found decamethylcyclopentasiloxane (D5) at the highest concentration of any chemical in our study: three anti-frizz/polish products contained D5 at 380,000–460,000 μg/g, or 38–46% by weight. The same products also contained D4 and D6 at higher levels: D4 in the range of 480–2600 μg/g, and D6 at 640–17,000 μg/g. One hair relaxer kit also had combined D5 concentrations over 1000 μg/g.

#### *3.1.4. Fragrances*

All products contained at least one of the 19 targeted fragrance chemicals, and most had multiple fragrances, with several root stimulators containing over half of the fragrances targeted. Linalool, limonene, and HHCB (or Galaxolide) were the most common (found in about 40% of products). We found limonene at the highest concentration among fragrance chemicals (1900 μg/g, or 0.19% by weight), and limonene, linalool, phenethyl alcohol, and terpineol were frequently detected at > 100 μg/g in multiple products. We did not detect the synthetic nitro-musks (musk xylene and musk ketone), synthetic fragrance DPMI, and the natural fragrance chemicals methyl eugenol and pinene.

#### *3.1.5. UV filters*

Most (72%) products contained at least one UV filter, which are used as active ingredients in sunscreens and to protect products from degradation. Although one hair relaxer contained three UV filters, nine products had only one of the seven targeted UV filters, suggesting these targeted UV filters are not typically used in combination. We found octinoxate (octyl methoxycinnamate) at the highest concentration among UV filters (650 μg/g in an anti-frizz product), and octyldimethyl PABA at the next highest level (210 μg/g in a hair lotion). We found benzophenone in three products (hair oil and two root stimulators) between 8 and 20 μg/g. The other UV filters were detected at concentrations between 2 and 38 μg/g, except for 4-methylbenzylidene camphor which was never detected.

#### *3.1.6. Glycol ethers*

Glycol ethers, which are used as solvents, were not widely found in these hair products. We detected three of the eight targeted glycol ethers, and only found these in two root stimulators and one relaxer

**Table 1**
Median and maximum concentration and percent of products with concentrations > MRL for selected chemicals by product category.

| | | Anti-Frizz/Polish (n = 3) | | | Root Stimulator (n = 4) | | | Hair Lotion (n = 6) | | | Hair Relaxer (n = 3) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chemical Class | Select Chemical[a] | > MRL | Med | Max | > MRL | Med | Max | > MRL | Med | Max | > MRL | Med | Max |
| UV filter | octinoxate | 67% | 34 | 646 | 25% | | 4 | 0% | | | 33% | | 38 |
| UV filter | benzophenone − 1 | 0% | | | 25% | | 2 | 33% | | 2 | 33% | | 36 |
| cyclosiloxane | decamethylcyclopentasiloxane[b] | 100% | 391394 | 456794 | 75% | 30 | 192 | 0% | | | 100% | 289 | 1530 |
| cyclosiloxane | octamethylcyclotetrasiloxane | 100% | 1282 | 2591 | 75% | 8 | 52 | 0% | | | 100% | 24 | 54 |
| glycol ether | 2-phenoxyethanol | 0% | | | 50% | 24 | 412 | 0% | | | 33% | | 16 |
| fragrance | HHCB | 67% | 16 | 34 | 75% | 50 | 84 | 33% | | 104 | 67% | 4 | 76 |
| fragrance | linalool | 33% | | 112 | 100% | 132 | 204 | 67% | 139 | 394 | 100% | 334 | 498 |
| fragrance | limonene | 100% | 316 | 376 | 75% | 31 | 60 | 33% | | 1872 | 100% | 70 | 132 |
| alkylphenol | nonylphenol diethoxylate | 0% | | | 50% | 7 | 191 | 33% | | 91 | 67% | 183 | 373 |
| ethanolamine | diethanolamine[b] | 0% | | | 0% | | | 0% | | | 67% | 14 | 314 |
| antimicrobial | triclosan[b] | 0% | | | 0% | | | 0% | | | 33% | | 56 |
| bisphenol A | bisphenol A[b] | 0% | | | 0% | | | 17% | | 4 | 33% | | 46 |
| phthalate | diethyl phthalate | 0% | | | 100% | 96 | 510 | 100% | 77 | 2448 | 100% | 52 | 120 |
| phthalate | bis(2-ethylhexyl) phthalate | 33% | | 8 | 25% | | 4 | 0% | | | 33% | | 90 |
| paraben | methyl paraben[b] | 0% | | | 100% | 240 | 452 | 67% | 1160 | 2100 | 100% | 796 | 922 |

Med = median; Max = maximum; MRL = method reporting limit; n = number of products tested per product category.
The MRL is 1 µg/g (0.0001%) unless elevated due to blank detects.
– Insufficient number of data available above the MRL to calculate the summary statistic.
[a] Selected chemicals are the one to three chemicals most frequently detected and/or found at the highest concentrations in each class.
[b] Elevated MRL due to blank detect.

kit's composite shampoo/conditioner. We found the highest concentration of a glycol ether in a root stimulator (phenoxyethanol, 410 µg/g), and another root stimulator contained both phenoxyethanol and benzyloxyethanol. Five targeted glycol ethers were never detected in any of the hair products: ethylene glycol monopropyl ether, ethylene glycol isopropyl ether, 2,2-butoxyethoxyethanol, 2,2-methoxyethoxyethanol, and 2-butoxyethanol.

#### 3.1.7. Alkylphenols

We detected alkylphenols, which are used in ethoxylate form as surfactants in consumer products (EPA, 2010), in seven of 18 products (39%), typically at concentrations above 10 µg/g. The targeted alkylphenols were relatively common in hair lotions (2 out of 6), relaxers (2 out of 3; one hair lotion, one relaxing cream component), root stimulators (2 out of 4), and the hair oil. However, we did not find any of the targeted alkylphenols in anti-frizz products or the leave-in moisturizer. We mostly detected nonylphenol and its ethoxylates, and always detected two or more of this family together. This co-occurrence is expected since nonylphenol ethoxylates are sold as mixtures (EPA, 2010). Nonylphenol diethoxylate was found at the highest concentrations among the alkylphenols; two relaxer kits had combined levels of 370 µg/g and 180 µg/g, and a root stimulator contained 190 µg/g. 4-t-nonylphenol was detected in five products at 2.8–13 µg/g.

### 3.2. Test results by product category

Product categories differed in the presence of certain chemical classes and concentrations. Hair lotions, root stimulators, and hair relaxers contained more frequent detects and higher concentrations of alkylphenols, DEP, and parabens than anti-frizz products (Fig. 1, Table 1). Although all products contained at least one of the 19 targeted fragrance chemicals, hair lotions, root stimulators, and hair relaxers contained multiple fragrance chemicals per product, with an average of five to eight targeted fragrance chemicals detected per product versus an average of two in the anti-frizz products. The anti-frizz products contained frequent detects and higher concentrations of cyclosiloxanes (up to 46% by weight) compared with other products, while the hair lotions did not contain the targeted cyclosiloxanes. Since cyclosiloxanes are widely considered to be conditioning chemicals, it is interesting that their use differs widely between two products that could be considered conditioning products. Looking at individual components of the relaxer kits (Fig. 2), composite shampoo/conditioner frequently contained methyl paraben, cyclosiloxanes and DEP, while the activator components (which are responsible for breaking chemical bonds to relax hair) had very few of the chemicals that we targeted.

### 3.3. Label accuracy of ingredients grouped by product

Ingredient labels on products did not generally list the chemicals we found in the products (Table 2), although the ingredient labels more frequently listed chemicals that we found at higher concentrations. Chemicals detected at concentrations over 1000 µg/g were labeled 54% of the time, while chemicals detected at concentrations less than 100 µg/g were labeled 8% of the time. Overall, only 16% of chemicals found above the MRL were listed on the ingredient label.

Concordance between product ingredient lists and testing results varied by chemical class. Parabens were the most accurately labeled, similar to our previous study (Dodson et al., 2012). Although butyl and ethyl paraben were never labeled, 88% of the products with detectable concentrations of methyl paraben listed it on the label. In contrast with our previous testing, most UV filters were not listed as a product ingredient. Among cyclosiloxanes, only products containing the highest concentrations of D5 (in the 40% range, or 370,000–460,000 µg/g) listed D5 on the label. Cyclosiloxanes were otherwise not listed on labels, even when present at higher levels (above 1000 µg/g). Consistent with our previous analysis, we did not find alkylphenols, ethanolamines, antimicrobials, BPA, or phthalates in the product ingredient list.

Fragrance chemicals were generally not included in ingredient lists - the generic term "fragrance" was used instead. Six of the 19 targeted fragrance chemicals were sometimes listed as product ingredients (the natural fragrances eugenol, hexyl cinnemal, linalool, and limonene and the synthetic fragrances bucinal and methyl ionone). The US Food and Drug Administration (FDA) requires cosmetics to have ingredient lists that contain intentionally added ingredients. However, the FDA exempts trade secrets, incidental ingredients including ingredients added for processing or fragrance masking purposes, and fragrance chemicals, which can be summarized using the term "fragrance" (21 C.F.R. § 701.3 2016). Only HHCB and isobornyl acetate, both synthetic fragrances detected in the gel component of hair relaxer kit #1, were detected without either the chemical name or "fragrance" being listed.

Case: 1:23-cv-00818 Document #: 1828-10 Filed: 05/05/26 Page 7 of 32 PageID #:72676






**Fig. 2.** Concentrations of 60 targeted chemicals (left) in hair relaxer kit components (bottom). Chemicals are grouped by chemical class, with natural and synthetic fragrances separated by a dashed horizontal line. Hair relaxer kit components are grouped by kit (Relaxer #1, Relaxer #2, Relaxer #3). Shampoo and conditioner components represent a composite sample. Numbers at the top of the figure indicate the number of chemicals detected in each product; numbers on the right indicate the number of products containing each chemical. Detects below the method reporting limit (MRL) are not shown. The MRL is 1 µg/g (0.0001%) unless elevated due to blank detects.

### *3.4. Presence of chemicals targeted by existing policies due to health hazards*

Eleven products contained seven chemicals prohibited under European Union (EU) Cosmetics Directive and/or or regulated under California's Proposition 65 (Prop 65): benzophenone, BBP, BPA, DEHP, diethanolamine, nonylphenol, and o-phenylphenol (Supplemental Table 4). The EU Cosmetics Directive prohibits chemicals on the basis of cancer, female reproductive toxicity, and developmental toxicity, and Prop 65 requires labeling of chemicals listed based on evidence of cancer, birth defects, or reproductive harm. Detected concentrations ranged between 2 and 310 µg/g. The two no-lye hair relaxers for children (kits #1 and #3) contained the highest levels of four EDCs prohibited in the EU (DEHP, nonylphenol, BPA, and diethanolamine), as well as Prop 65 listed o-phenylphenol, with kit #1 containing all five of these EDCs. In addition to the seven chemicals prohibited in the EU, we detected another 16 chemicals regulated but not prohibited in the EU. These 16 chemicals were in compliance with EU restrictions, but methyl paraben came closest to the maximum concentration permitted, with one hair lotion containing 0.21% by weight compared to the 0.4% limit.

**Table 2**
Concordance between labeled ingredients and detected chemicals.

| Chemical Class | # > MRL[a] | Labeled (%)[b] | Unlabeled (%)[c] | | |
|---|---|---|---|---|---|
| | | | > 1 – 100 µg/g | > 100 1000 µg/g | > 1000 µg/g |
| UV filters **(6)**[d] | 18 | 17 | 83 | 0 | 0 |
| cyclosiloxanes **(3)** | 37 | 8 | 54 | 24 | 14 |
| glycol ethers **(6)** | 5 | 0 | 60 | 40 | 0 |
| fragrances **(19)** | 107 | 21 | 59 | 20 | 1 |
| alkylphenols **(6)** | 19 | 0 | 84 | 16 | 0 |
| ethanolamines **(2)** | 6 | 0 | 83 | 17 | 0 |
| antimicrobials **(3)** | 3 | 0 | 100 | 0 | 0 |
| bisphenol A **(1)** | 3 | 0 | 100 | 0 | 0 |
| phthalates **(11)** | 23 | 0 | 70 | 26 | 4 |
| parabens **(3)** | 24 | 62 | 38 | 0 | 0 |

MRL = method reporting limit = 1 µg/g (0.0001%) unless elevated due to blank detects.
[a] Number of chemicals in each chemical class with concentrations above the MRL.
[b] Percent of chemicals in each chemical class found on the ingredient list of the 28 components tested (including 13 relaxer kit components).
[c] Percent of chemicals in each chemical class not found on the ingredient list categorized by the concentration of that chemical in the 28 components tested.
[d] Number of chemicals targeted in chemical class.

No products contained Prop 65 warnings, however products purchased in the Boston metro area would not necessarily be compliant with California labeling laws.

## 4. Discussion

We frequently detected EDCs and asthma-associated chemicals in hair products commonly used by Black women. Root stimulators, hair lotions, and relaxers frequently contained fragrance chemicals, nonylphenols, DEP, and parabens. Anti-frizz products contained the highest levels of cyclosiloxanes. A majority of products contained UV filters. We found poor concordance between detected and labeled ingredients, especially at lower concentrations. Eleven products contained seven EDCs prohibited in the EU or regulated under Prop 65, including two relaxer kits marketed for use by children containing the highest levels of five of these chemicals.

We found several chemicals at higher concentrations in these products compared with most previously tested hair products (Supplemental Figure 1), although previous studies have been limited to shampoos, conditioners, and hair styling products. We measured nonylphenols, cyclosiloxanes, and the UV filter BP-3 at higher maximum concentrations than in previous studies (Capela et al., 2016; Dodson et al., 2012; Dudzina et al., 2014; Horii and Kannan, 2008; Liao and Kannan, 2014; Lu et al., 2011; Wang et al., 2009), and DEP and parabens at concentrations comparable to the high end of the range reported previously (Dodson et al., 2012; Guo and Kannan, 2013; Hubinger, 2010; Koniecki et al., 2011). Our previous study of 213 products representing 50 types of consumer products tested composites of different brands to create “average” profiles for shampoo, conditioner, and hair styling products. Average concentrations of parabens in hair products used by Black women were similar to concentrations in composited conventional products in our previous study, but average DEP concentrations were somewhat higher in products used by Black women, and nonylphenol ethyoxylates were only detected in these products. Previous studies have reported higher concentrations in other types of personal care products (e.g. DEP in perfume, cyclosiloxanes in antiperspirant, and BP-3 in lip care) than we found in this study (Dodson et al., 2012; Manova et al., 2013; Wang et al., 2009).

Many of the frequently detected chemicals are estrogenic (Ajj et al., 2013; Habauzit et al., 2017; Kim et al., 2011; Kunz and Fent, 2006; Pan et al., 2016; Quinn et al., 2007; Schlumpf et al., 2004; Thomas and Dong, 2006; Wielogorska et al., 2015) or associated with developmental or reproductive disruption. While methyl paraben (the paraben present at the highest concentration and frequency in this study) is the least hormonally active of the parabens tested, it is associated with altered hormone levels in pregnant women in NHANES (Aker et al., 2016) and has estrogenic and adipogenic activity in vivo (Hu et al., 2016) and in vitro (Hu et al., 2013, 2017; Morohoshi et al., 2005; Pereira-Fernandes et al., 2013; Routledge et al., 1998). Methyl paraben and total parabens were also associated with increased size in male babies and toddlers in China (Guo et al., 2017; Wu et al., 2017), although a small study in babies in New York found an inverse effect with longer chain parabens and no effect of methyl paraben (Geer et al., 2017). DEP (the most frequently detected chemical in this study), which does not seem to exhibit the same effects as other phthalates on fertility (Hauser et al., 2016), pre-term birth (Ferguson et al., 2014), or male development (Gray et al., 2000), has been associated with lower progesterone levels, impaired glucose tolerance, and gestational weight gain in pregnant women (James-Todd et al., 2016b; Johns et al., 2015). In addition, DEP exhibits hormone disrupting effects in vivo (Fujii et al., 2005; Kumar et al., 2014, 2015; Sohn et al., 2016) and in vitro (Mankidy et al., 2013; Sohn et al., 2016). Its mechanism doesn’t appear to be the same as the well-known anti-androgenic phthalates (Gray et al., 2000; Howdeshell et al., 2008), but there are indications DEP affects hormone synthesis, possibly via effects on aromatase (Karmaus et al., 2016; Kumar et al., 2014, 2015; Mankidy et al., 2013; Sohn et al., 2016). Exposure to DEP in dust is associated with additional neurological impairments in children with autism or developmental delay (Philippat et al., 2015b) and DEP affects migration of neural stem cells in vitro (Ishido and Suzuki, 2014). DEP is a common solvent in fragrance formulations and so may be a proxy for fragrance chemical exposure in epidemiological studies. Some UV filters and nonylphenols affect development and reproduction in animals (Balch and Metcalfe, 2006; Chang et al., 2012), and some fragrances also disrupt hormone signaling (Li et al., 2013; Schreurs et al., 2005; van der Burg et al., 2008).

In addition to their endocrine disrupting effects, benzophenone, DEHP, diethanolamine, and D5 are carcinogenic in animals (EU-SCCS, 2016; IARC (International Agency for Research on Cancer), 2012a, 2012b, 2012c). While in principle most carcinogens including DEHP and diethanolamine are banned in cosmetics in the EU, the EU has not banned D5 – which caused uterine tumors in rats - based on a risk assessment that assumed a threshold for the cancer effect (EU-SCCS, 2016). The EU has also not banned benzophenone, an International Agency for Research on Cancer (IARC) 2B carcinogen (IARC (International Agency for Research on Cancer), 2012a), and the EU Scientific Committee on Consumer Safety has not reviewed that chemical's status.

While use of personal care products has been shown to increase exposure to product ingredients (Berger et al., 2018; Branch et al.,

2015; Braun et al., 2014; Fisher et al., 2017; Guo and Kannan, 2013; Harley et al., 2016; Meeker et al., 2013; Parlett et al., 2013; Philippat et al., 2015a) and many of the ingredients pose hazards, health risks from these exposures are difficult to predict because of remaining uncertainties. We did not find authoritative assessments of the health risk associated with these chemicals in personal care products or from dermal exposure in general. Assessments for hair products used by Black women would require additional information or assumptions about product use and exposure. In addition, these types of risk estimates still have a lot of uncertainty. For example, epidemiological studies have shown effects of DEHP in humans at doses below those estimated to be safe by these risk-based methods (NAS, 2017). In addition to risk estimates for individual chemicals in specific products, it is also important to consider the cumulative risk resulting from multiple chemicals in the full range of frequently used products.

Hair products we tested contained many chemicals associated with similar health endpoints. Mixtures of chemicals may act additively through a common biological pathway or affect multiple carcinogenic mechanisms, resulting in a greater effect than each chemical in isolation (SCHER, SCCS, SCENIHR, 2012; Miller et al., 2017; NRC, 2008). Low-dose mixtures of phthalates, parabens, UV filters, fragrances and other common chemicals exhibit additive anti-androgenic activity (Howdeshell et al., 2008; Ma et al., 2014; Orton et al., 2014; Pop et al., 2016) and additive estrogenic activity (Evans et al., 2012; Kunz and Fent, 2006; Silva et al., 2002). Similar additive effects might be expected from the combinations of chemicals frequently detected here. Thus the effect of chemical mixtures in product formulations and cumulative exposures from multiple products needs to be considered, and new approaches are being developed to do this (Bois et al., 2017; NRC, 2008).

This study supports our previous observation that product labels are an incomplete guide to exposure for many EDCs (Dodson et al., 2012). In our analysis of ingredient labels, we found that most (84%) of the detected chemicals in these hair products were not listed on the label. Chemicals detected at the lowest concentrations (under 0.01% by weight) were least often labeled, while chemicals detected at higher concentrations (over 0.1% by weight) were more often labeled. Parabens were found on the product ingredient label more often than other chemical classes. Incomplete labeling is worrisome because product ingredient labels are often the only source of information for individuals seeking to reduce their exposure to a chemical of concern.

### *4.1. Limitations*

This study provides preliminary data to identify exposures that Black women experience from hair products, an under-studied research area. We tested six commonly used hair product categories that include frequently used brands for the presence of a large number of chemicals associated with endocrine disruption and asthma. However, the number of products tested was limited by project budget, so we were not able to make statistical comparisons between categories. Furthermore, we had only one leave-in conditioner and one hair oil, limiting our ability to draw larger conclusions about these two product categories.

We selected products based on a 2004–5 survey of New York City women including African-Caribbean and African-American women and purchased products in 2008, so this study best represents the large variety of hair products used by Black women from the US and Caribbean living in New York in at that time. However, these products still have relevance today. A 2013 market survey found that older "heritage" brands (some of which were included here) were still being used by a large percentage of Black respondents (Mintel Group, 2013), and seventeen of the 18 products that we tested are still available in major walk-in stores in the same or similar packaging. The eighteenth product (hair relaxer #2) is available from secondary retailers online, but we did not find it in stores. We confirmed that for the products still in stores, 78–100% of the ingredients listed on the original, tested product are still found on the labels of products sold today, and a majority (11 out of 17) of products still list all of the original ingredients on the newer product label. A majority (10 out of 17) also list 1–12 additional ingredients not listed on the older products. Of the chemicals we detected, only D4 was added to or removed from ingredient labels: two anti-frizz products with detectable concentrations of D4 now list D4 in the current product ingredient lists, so the label concordance of this chemical may have improved. Although product formulations appear temporally consistent, it is possible that concentrations in products have changed since the products were purchased. Population level exposures to some chemicals including methyl paraben and DEP have declined over time (CDC, 2017), likely reflecting a shift in manufacturing practices.

While our product testing represents one of the first studies to characterize chemical concentrations in hair products used by Black women, the products tested here do not represent *all* hair products used by Black women in the US in 2005 or at present. Women who identify as Black may use very different products depending on geography, culture, country of origin, and socioeconomic status, so these results cannot necessarily be generalized to all Black women. Furthermore, the market for Black women's hair products continues to expand, in part driven by the increase in natural (un-straightened) hairstyles: between 2008 and 2012 the market for relaxers declined by twenty percent (Mintel Group, 2013). Products such as curl puddings, conditioner for washing, edge control products, and blow-out straightening products are not assessed here. We included four root stimulator products and one hot oil treatment; however other hair growth and hair oil products for Black women (and off-label uses of other products) could be included in future studies. Hair glues, sometimes used to attach extensions, may contain chemicals of concern but were not tested in this study.

We targeted a large number of endocrine disrupting and asthma-associated chemicals. However, our products listed other ingredients including propyl paraben and formaldehyde releasers that would contribute to the cumulative health effects of the product. Furthermore, many chemicals used in hair products have not been extensively tested for endocrine disrupting activity and were not targeted here. One study found evidence of endocrine activity for petrolatum, or petroleum jelly (Myers et al., 2015), suggesting that other common chemicals may be found to have endocrine disrupting properties.

Based on differences in hair product use by Black women (James-Todd et al., 2012; Wu et al., 2010), Black women's chemical exposures from hair products may differ from hair product exposures among other women. The frequent detection of DEP and parabens in the products is consistent with elevated biological levels of DEP and parabens among Black women (Calafat et al., 2010; James-Todd et al., 2017). Many of the other chemicals that we frequently detected (fragrance chemicals, nonylphenols, and most UV filters) are not included in biomonitoring programs, making it difficult to discern whether disparities exist. Future work will need to determine whether use of these types of products contributes to measurable exposures and to exposure disparities in these chemicals.

## 5. Conclusion

We identified a wide range of endocrine disrupting and asthma-associated compounds in hair products used by Black women, including products marketed towards children. We found cyclosiloxanes, parabens, and the fragrance marker DEP at the highest levels, and DEP most frequently. Root stimulators, hair lotions, and hair relaxers frequently contained fragrances, nonylphenols, DEP, and parabens, while anti-frizz products had higher concentrations of cyclosiloxanes. We also found UV filters in a majority of products and at higher maximum concentrations than previously detected in hair products. Hair relaxers for children contained multiple chemicals prohibited in cosmetics in the EU and regulated under California's Proposition 65 because of their

links to reproductive toxicity and cancer. A further implication of our study is that consumers cannot reliably use product labels to reduce certain exposures, as indicated by poor concordance between measured ingredients and product labels.

Given the exposure and endocrine-mediated health disparities experienced by Black women, new research and regulatory activities should consider the effects of ethnic differences in product use on exposures and health. Additional research is needed on the chemical composition of products marketed to and used by Black women and on product use and exposure in this population. Risk assessments should include dermal routes of exposure and co-exposures in susceptible populations including Black women. In the future, emerging approaches to estimate mixture effects could be applied to evaluate each multi-ingredient product by itself and in combination with other commonly used products (Bois et al., 2017; NRC, 2008; Schug et al., 2013). Considering the uncertainties in estimating risks, a precautionary approach would reduce the use of endocrine disrupting chemicals in personal care products and improve labeling so women can select products consistent with their values.

## Acknowledgements

Laura Perovich assisted with data preparation and Jennie Lytel-Sternberg assisted with manuscript preparation.

## Funding

This work was partially supported by the Rose Foundation, the Goldman Fund, and Hurricane Voices Breast Cancer Foundation. J.H., J.G.B., R.E.D., and R.A.R. are employed at Silent Spring Institute, a scientific research organization dedicated to studying environmental factors in women's health. The Institute is a 501(c)3 public charity funded by federal grants and contracts, foundation grants, and private donations, including those from breast cancer organizations. M.N. is employed by Ohio State University.

## Conflicts of Interest

The authors declare they have no actual or potential competing financial interests.

## Appendix A. Supplementary material

Supplementary data associated with this article can be found in the online version at http://dx.doi.org/10.1016/j.envres.2018.03.030.

## References

Ajj, H., Chesnel, A., Pinel, S., Plenat, F., Flament, S., Dumond, H., 2013. An alkylphenol mix promotes seminoma derived cell proliferation through an ERalpha36-mediated mechanism. PLoS One 8 (4), e61758. http://dx.doi.org/10.1371/journal.pone.0061758.

Aker, A.M., Watkins, D.J., Johns, L.E., Ferguson, K.K., Soldin, O.P., Anzalota Del Toro, L.V., et al., 2016. Phenols and parabens in relation to reproductive and thyroid hormones in pregnant women. Environ. Res 151, 30 37. http://dx.doi.org/10.1016/j.envres.2016.07.002.

ASTDR (Agency for Toxic Substances and Disease Registry), 1995. Toxicol. Profile diethyl phthalate Available: 〈https://www.atsdr.cdc.gov/toxprofiles/tp73.pdf〉.

Balch, G., Metcalfe, C., 2006. Developmental effects in Japanese medaka (Oryzias latipes) exposed to nonylphenol ethoxylates and their degradation products. Chemosphere 62 (8), 1214 1223. http://dx.doi.org/10.1016/j.chemosphere.2005.02.100.

Beckles G.L., Chou C.F., 2013. Diabetes - United States, 2006 and 2010. Available: 〈http://www.cdc.gov/mmwr/preview/mmwrhtml/su6203a17.htm〉 (accessed November 1, 2017).

Berger, K.P., Kogut, K.R., Bradman, A., She, J., Gavin, Q., Zahedi, R., et al., 2018. Personal care product use as a predictor of urinary concentrations of certain phthalates, parabens, and phenols in the HERMOSA study. J. Expo. Sci. Environ. Epidemiol. http://dx.doi.org/10.1038/s41370-017-0003-z.

Bois, F.Y., Golbamaki-Bakhtyari, N., Kovarich, S., Tebby, C., Gabb, H.A., Lemazurier, E., 2017. High-throughput analysis of ovarian cycle disruption by mixtures of aromatase inhibitors. Environ. Health Perspect. 125 (7), 077012. http://dx.doi.org/10.1289/EHP742.

Branch, F., Woodruff, T.J., Mitro, S.D., Zota, A.R., 2015. Vaginal douching and racial/ethnic disparities in phthalates exposures among reproductive-aged women: National Health and Nutrition Examination Survey 2001 2004. Environ. Health 14, 57. http://dx.doi.org/10.1186/s12940-015-0043-6.

Braun, J.M., Just, A.C., Williams, P.L., Smith, K.W., Calafat, A.M., Hauser, R., 2014. Personal care product use and urinary phthalate metabolite and paraben concentrations during pregnancy among women from a fertility clinic. J. Expo. Sci. Environ. Epidemiol. 24 (5), 459 466. http://dx.doi.org/10.1038/jes.2013.69.

Brinton, L.A., Figueroa, J.D., Ansong, D., Nyarko, K.M., Wiafe, S., Yarney, J., et al., 2018. Skin lighteners and hair relaxers as risk factors for breast cancer: results from the Ghana Breast Health Study. Carcinogenesis. http://dx.doi.org/10.1093/carcin/bgy002.

Cabrera, S.M., Bright, G.M., Frane, J.W., Blethen, S.L., Lee, P.A., 2014. Age of thelarche and menarche in contemporary US females: a cross-sectional analysis. J. Pediatr. Endocrinol. Metab. 27 (1 2), 47 51. http://dx.doi.org/10.1515/jpem-2013-0286.

Calafat, A.M., Ye, X., Wong, L.Y., Bishop, A.M., Needham, L.L., 2010. Urinary concentrations of four parabens in the U.S. population: NHANES 2005-2006. Environ. Health Perspect. 118 (5), 679 685. http://dx.doi.org/10.1289/ehp.0901560.

Capela, D., Alves, A., Homem, V., Santos, L., 2016. From the shop to the drain - Volatile methylsiloxanes in cosmetics and personal care products. Environ. Int 92 93, 50 62. http://dx.doi.org/10.1016/j.envint.2016.03.016.

CDC (Centers for Disease Control and Prevention), 2015. Table 4 1: Current asthma prevalence percents by age, United States: National Health Interview Survey, 2015. Available: 〈https://www.cdc.gov/asthma/nhis/2015/table4-1.htm〉 (accessed November 1, 2017).

CDC (Centers for Disease Control and Prevention), 2017. Fourth Report on Human Exposure to Environmental Chemicals, Updated Tables, (January 2017). Available: 〈https://www.cdc.gov/exposurereport/〉.

Chandra, A., Copen, C.E., Stephen, E.H., 2013. Infertility and impaired fecundity in the United States, 1982 2010: data from the National Survey of Family Growth. Natl. Health Stat. Report. 67, 1 18.

Chang, L.L., Wun, W.S., Wang, P.S., 2012. Effects of nonylphenol on aldosterone release from rat zona glomerulosa cells. Chem. Biol. Interact. 195 (1), 11 17. http://dx.doi.org/10.1016/j.cbi.2011.09.004.

Cote, M.L., Ruterbusch, J.J., Olson, S.H., Lu, K., Ali-Fehmi, R., 2015. The growing burden of endometrial cancer: a major racial disparity affecting black women. Cancer Epidemiol. Biomark. Prev. 24 (9), 1407 1415. http://dx.doi.org/10.1158/1055-9965.EPI-15-0316.

DeSantis, C.E., Fedewa, S.A., Goding Sauer, A., Kramer, J.L., Smith, R.A., Jemal, A., 2016. Breast cancer statistics, 2015: convergence of incidence rates between black and white women. CA Cancer J. Clin. 66 (1), 31 42. http://dx.doi.org/10.3322/caac.21320.

SCHER, SCCS, SCENIHR, 2012. Opinion on the toxicity and assessment of chemical mixtures. Available: 〈http://ec.europa.eu/health/scientific_committees/environmental_risks/docs/scher_o_155.pdf〉 (accessed August 1, 2017).

Dodson, R.E., Nishioka, M., Standley, L.J., Perovich, L.J., Brody, J.G., Rudel, R.A., 2012. Endocrine disruptors and asthma-associated chemicals in consumer products. Environ. Health Perspect. 120 (7), 935 943. http://dx.doi.org/10.1289/ehp.1104052.

Donovan, M., Tiwary, C.M., Axelrod, D., Sasco, A.J., Jones, L., Hajek, R., et al., 2007. Personal care products that contain estrogens or xenoestrogens may increase breast cancer risk. Med Hypotheses 68 (4), 756 766. http://dx.doi.org/10.1016/j.mehy.2006.09.039.

Dudzina, T., von Goetz, N., Bogdal, C., Biesterbos, J.W., Hungerbuhler, K., 2014. Concentrations of cyclic volatile methylsiloxanes in European cosmetics and personal care products: prerequisite for human and environmental exposure assessment. Environ. Int 62, 86 94. http://dx.doi.org/10.1016/j.envint.2013.10.002.

EPA (U.S. Environmental Protection Agency), 2010. Nonylphenol (NP) and Nonylphenol Ethoxylates (NPEs) Action Plan. Available: 〈https://www.epa.gov/sites/production/files/2015-09/documents/rin2070-za09_np-npes_action_plan_final_2010-08-09.pdf〉 (accessed August 1, 2017).

Ernstoff, A.S., Fantke, P., Csiszar, S.A., Henderson, A.D., Chung, S., Jolliet, O., 2016. Multi-pathway exposure modeling of chemicals in cosmetics with application to shampoo. Environ. Int. 92 93, 87 96. http://dx.doi.org/10.1016/j.envint.2016.03.014.

EU-SCCS (EU Scientific Committee on Consumer Safety), 2016. Opinion on decamethylcyclopentasiloxane (cyclopentasiloxane, D5) in cosmetic products. Available: 〈https://ec.europa.eu/health/scientific_committees/consumer_safety/docs/sccs_o_174.pdf〉 (accessed November 1, 2017).

Evans, R.M., Scholze, M., Kortenkamp, A., 2012. Additive mixture effects of estrogenic chemicals in human cell-based assays can be influenced by inclusion of chemicals with differing effect profiles. PLoS One 7 (8), e43606. http://dx.doi.org/10.1371/journal.pone.0043606.

Ferguson, K.K., Chen, Y.H., VanderWeele, T.J., McElrath, T.F., Meeker, J.D., Mukherjee, B., 2017. Mediation of the relationship between maternal phthalate exposure and preterm birth by oxidative stress with repeated measurements across pregnancy. Environ. Health Perspect. 125 (3), 488 494. http://dx.doi.org/10.1289/EHP282.

Ferguson, K.K., McElrath, T.F., Meeker, J.D., 2014. Environmental phthalate exposure and preterm birth. JAMA Pediatr. 168 (1), 61 67. http://dx.doi.org/10.1001/jamapediatrics.2013.3699.

Ferranti, M.J., 2011. An odor of racism: vaginal deodorants in African-American beauty culture and advertising. Advert. Soc. Rev. 11 (4). http://dx.doi.org/10.1353/asr.2011.0003.

Fisher, M., MacPherson, S., Braun, J.M., Hauser, R., Walker, M., Feeley, M., et al., 2017. Paraben concentrations in maternal urine and breast milk and its association with

personal care product use. Environ. Sci. Technol. 51 (7), 4009 4017. http://dx.doi.org/10.1021/acs.est.6b04302.
Fujii, S., Yabe, K., Furukawa, M., Hirata, M., Kiguchi, M., Ikka, T., 2005. A two-generation reproductive toxicity study of diethyl phthalate (DEP) in rats. J. Toxicol. Sci. 30 (Spec No), 97 116. http://dx.doi.org/10.2131/jts.30.S97.
Geer, L.A., Pycke, B.F., Waxenbaum, J., Sherer, D.M., Abulafia, O., Halden, R.U., 2017. Association of birth outcomes with fetal exposure to parabens, triclosan and triclocarban in an immigrant population in Brooklyn, New York. J. Hazard. Mater. 323 (Pt A), 177 183. http://dx.doi.org/10.1016/j.jhazmat.2016.03.028.
Gray Jr., L.E., Ostby, J., Furr, J., Price, M., Veeramachaneni, D.N., Parks, L., 2000. Perinatal exposure to the phthalates DEHP, BBP, and DINP, but not DEP, DMP, or DOTP, alters sexual differentiation of the male rat. Toxicol. Sci. 58 (2), 350 365.
Guo, J., Wu, C., Lu, D., Jiang, S., Liang, W., Chang, X., et al., 2017. Urinary paraben concentrations and their associations with anthropometric measures of children aged 3 years. Environ. Pollut. 222, 307 314. http://dx.doi.org/10.1016/j.envpol.2016.12.040.
Guo, Y., Kannan, K., 2013. A survey of phthalates and parabens in personal care products from the United States and its implications for human exposure. Environ. Sci. Technol. 47 (24), 14442 14449. http://dx.doi.org/10.1021/es4042034.
Habauzit, D., Martin, C., Kerdivel, G., Pakdel, F., 2017. Rapid assessment of estrogenic compounds by CXCL-test illustrated by the screening of the UV-filter derivative benzophenones. Chemosphere 173, 253 260. http://dx.doi.org/10.1016/j.chemosphere.2017.01.037.
Harley, K.G., Kogut, K., Madrigal, D.S., Cardenas, M., Vera, I.A., Meza-Alfaro, G., et al., 2016. Reducing phthalate, paraben, and phenol exposure from personal care products in adolescent girls: findings from the HERMOSA intervention study. Environ. Health Perspect. 124 (10), 1600 1607. http://dx.doi.org/10.1289/ehp.1510514.
Hauser, R., Gaskins, A.J., Souter, I., Smith, K.W., Dodge, L.E., Ehrlich, S., et al., 2016. Urinary phthalate metabolite concentrations and reproductive outcomes among women undergoing in vitro fertilization: results from the EARTH Study. Environ. Health Perspect. 124 (6), 831 839. http://dx.doi.org/10.1289/ehp.1509760.
Heikkinen, S., Pitkaniemi, J., Sarkeala, T., Malila, N., Koskenvuo, M., 2015. Does hair dye use increase the risk of breast cancer? A population-based case-control study of Finnish women (https://doi.org/). PLoS One 10 (8), e0135190. http://dx.doi.org/10.1371/journal.pone.0135190.
Horii, Y., Kannan, K., 2008. Survey of organosilicone compounds, including cyclic and linear siloxanes, in personal-care and household products. Arch. Environ. Contam. Toxicol. 55 (4), 701 710. http://dx.doi.org/10.1007/s00244-008-9172-z.
Howdeshell, K.L., Wilson, V.S., Furr, J., Lambright, C.R., Rider, C.V., Blystone, C.R., et al., 2008. A mixture of five phthalate esters inhibits fetal testicular testosterone production in the sprague-dawley rat in a cumulative, dose-additive manner. Toxicol. Sci. 105 (1), 153 165. http://dx.doi.org/10.1093/toxsci/kfn077.
Hu, P., Chen, X., Whitener, R.J., Boder, E.T., Jones, J.O., Porollo, A., et al., 2013. Effects of parabens on adipocyte differentiation. Toxicol. Sci. 131 (1), 56 70. http://dx.doi.org/10.1093/toxsci/kfs262.
Hu, P., Kennedy, R.C., Chen, X., Zhang, J., Shen, C.L., Chen, J., et al., 2016. Differential effects on adiposity and serum marker of bone formation by post-weaning exposure to methylparaben and butylparaben. Environ. Sci. Pollut. Res Int 23 (21), 21957 21968. http://dx.doi.org/10.1007/s11356-016-7452-0.
Hu, P., Overby, H., Heal, E., Wang, S., Chen, J., Shen, C.L., et al., 2017. Methylparaben and butylparaben alter multipotent mesenchymal stem cell fates towards adipocyte lineage. Toxicol. Appl. Pharmacol. 329, 48 57. http://dx.doi.org/10.1016/j.taap.2017.05.019.
Huang, P.C., Li, W.F., Liao, P.C., Sun, C.W., Tsai, E.M., Wang, S.L., 2014. Risk for estrogen-dependent diseases in relation to phthalate exposure and polymorphisms of CYP17A1 and estrogen receptor genes. Environ. Sci. Pollut. Res Int 21 (24), 13964 13973. http://dx.doi.org/10.1007/s11356-014-3260-6.
Hubinger, J.C., 2010. A survey of phthalate esters in consumer cosmetic products. J. Cosmet. Sci. 61 (6), 457 465.
IARC (International Agency for Research on Cancer), 2012a. Benzophenone. IARC Monogr. Eval. Carcinog. Risk Hum. 101, 285 304.
IARC (International Agency for Research on Cancer), 2012b. Di(2-Ethylhexyl)Phthalate. IARC Monogr. Eval. Carcinog. Risk Hum. 101, 149 284.
IARC (International Agency for Research on Cancer), 2012c. Diethanolamine. IARC Monogr. Eval. Carcinog. Risk Hum. 101, 117 140.
Ishido, M., Suzuki, J., 2014. Classification of phthalates based on an in vitro neurosphere assay using rat mesencephalic neural stem cells. J. Toxicol. Sci. 39 (1), 25 32. http://dx.doi.org/10.2131/jts.39.25.
Jacoby, V.L., Fujimoto, V.Y., Giudice, L.C., Kuppermann, M., Washington, A.E., 2010. Racial and ethnic disparities in benign gynecologic conditions and associated surgeries. Am. J. Obstet. Gynecol. 202 (6), 514 521. http://dx.doi.org/10.1016/j.ajog.2010.02.039.
James-Todd, T., 2008. Hair product use and breast cancer risk in young women. Columbia University, New York.
James-Todd, T., Chiu, Y., Zota, A., 2016a. Racial/ethnic disparities in environmental endocrine disrupting chemicals and women's reproductive health outcomes: epidemiological examples across the life course. Curr. Epidemiol. Rep. 3 (2), 161 180. http://dx.doi.org/10.1007/s40471-016-0073-9.
James-Todd, T., Meeker, J.D., Huang, T., Hauser, R., Ferguson, K.K., Rich-Edwards, J.W., et al., 2016b. Pregnancy urinary phthalate metabolite concentrations and gestational diabetes risk factors. Environ. Int 96, 118 126. http://dx.doi.org/10.1016/j.envint.2016.09.009.
James-Todd, T., Senie, R., Terry, M.B., 2012. Racial/ethnic differences in hormonally-active hair product use: a plausible risk factor for health disparities. J. Immigr. Minor Health 14 (3), 506 511. http://dx.doi.org/10.1007/s10903-011-9482-5.
James-Todd, T., Terry, M.B., Rich-Edwards, J., Deierlein, A., Senie, R., 2011. Childhood hair product use and earlier age at menarche in a racially diverse study population: a pilot study. Ann. Epidemiol. 21 (6), 461 465. http://dx.doi.org/10.1016/j.annepidem.2011.01.009.
James-Todd, T.M., Meeker, J.D., Huang, T., Hauser, R., Seely, E.W., Ferguson, K.K., et al., 2017. Racial and ethnic variations in phthalate metabolite concentration changes across full-term pregnancies. J. Expo. Sci. Environ. Epidemiol. 27 (2), 160 166. http://dx.doi.org/10.1038/jes.2016.2.
Johns, L.E., Ferguson, K.K., Soldin, O.P., Cantonwine, D.E., Rivera-Gonzalez, L.O., Del Toro, L.V., et al., 2015. Urinary phthalate metabolites in relation to maternal serum thyroid and sex hormone levels during pregnancy: a longitudinal analysis. Reprod. Biol. Endocrinol. 13, 4. http://dx.doi.org/10.1186/1477-7827-13-4.
Just, A.C., Adibi, J.J., Rundle, A.G., Calafat, A.M., Camann, D.E., Hauser, R., et al., 2010. Urinary and air phthalate concentrations and self-reported use of personal care products among minority pregnant women in New York city. J. Expo. Sci. Environ. Epidemiol. 20 (7), 625 633. http://dx.doi.org/10.1038/jes.2010.13.
Karmaus, A.L., Toole, C.M., Filer, D.L., Lewis, K.C., Martin, M.T., 2016. High-throughput screening of chemical effects on steroidogenesis using H295R human adrenocortical carcinoma cells. Toxicol. Sci.: Off. J. Soc. Toxicol. 150 (2), 323 332. http://dx.doi.org/10.1093/toxsci/kfw002.
Kim, J.H., Kim, S.H., Oh, Y.S., Ihm, H.J., Chae, H.D., Kim, C.H., et al., 2017. In vitro effects of phthalate esters in human myometrial and leiomyoma cells and increased urinary level of phthalate metabolite in women with uterine leiomyoma. Fertil. Steril. 107 (4), 1061 1069. http://dx.doi.org/10.1016/j.fertnstert.2017.01.015.
Kim, T.S., Kim, C.Y., Lee, H.K., Kang, I.H., Kim, M.G., Jung, K.K., et al., 2011. Estrogenic Activity of Persistent Organic Pollutants and Parabens Based on the Stably Transfected Human Estrogen Receptor-alpha Transcriptional Activation Assay (OECD TG 455). Toxicol. Res 27 (3), 181 184. http://dx.doi.org/10.5487/TR.2011.27.3.181.
Kim, Y.A., Kho, Y., Chun, K.C., Koh, J.W., Park, J.W., Bunderson-Schelvan, M., et al., 2016. Increased urinary phthalate levels in women with uterine leiomyoma: a case-control study. Int. J. Environ. Res. Public Health 13 (12), 1247. http://dx.doi.org/10.3390/ijerph13121247.
Koniecki, D., Wang, R., Moody, R.P., Zhu, J., 2011. Phthalates in cosmetic and personal care products: concentrations and possible dermal exposure. Environ. Res. 111 (3), 329 336. http://dx.doi.org/10.1016/j.envres.2011.01.013.
Kumar, N., Sharan, S., Srivastava, S., Roy, P., 2014. Assessment of estrogenic potential of diethyl phthalate in female reproductive system involving both genomic and non-genomic actions. Reprod. Toxicol. 49, 12 26. http://dx.doi.org/10.1016/j.reprotox.2014.06.008.
Kumar, N., Srivastava, S., Roy, P., 2015. Impact of low molecular weight phthalates in inducing reproductive malfunctions in male mice: special emphasis on Sertoli cell functions. Gen. Comp. Endocrinol. 215, 36 50. http://dx.doi.org/10.1016/j.ygcen.2014.09.012.
Kunz, P.Y., Fent, K., 2006. Estrogenic activity of UV filter mixtures. Toxicol. Appl. Pharmacol. 217 (1), 86 99. http://dx.doi.org/10.1016/j.taap.2006.07.014.
Li, S.T., Lozano, P., Grossman, D.C., Graham, E., 2002. Hormone-containing hair product use in prepubertal children. Arch. Pediatr. Adolesc. Med 156 (1), 85 86. http://dx.doi.org/10.1001/archpedi.156.1.85.
Li, Z., Yin, N., Liu, Q., Wang, C., Wang, T., Wang, Y., et al., 2013. Effects of polycyclic musks HHCB and AHTN on steroidogenesis in H295R cells. Chemosphere 90 (3), 1227 1235. http://dx.doi.org/10.1016/j.chemosphere.2012.09.056.
Liao, C., Kannan, K., 2014. Widespread occurrence of benzophenone-type UV light filters in personal care products from China and the United States: an assessment of human exposure. Environ. Sci. Technol. 48 (7), 4103 4109. http://dx.doi.org/10.1021/es405450n.
Llanos, A.A.M., Rabkin, A., Bandera, E.V., Zirpoli, G., Gonzalez, B.D., Xing, C.Y., et al., 2017. Hair product use and breast cancer risk among African American and White women. Carcinogenesis 38 (9), 883 892. http://dx.doi.org/10.1093/carcin/bgx060.
Lu, Y., Yuan, T., Wang, W., Kannan, K., 2011. Concentrations and assessment of exposure to siloxanes and synthetic musks in personal care products from China. Environ. Pollut. 159 (12), 3522 3528. http://dx.doi.org/10.1016/j.envpol.2011.08.015.
Ma, D., Chen, L., Zhu, X., Li, F., Liu, C., Liu, R., 2014. Assessment of combined antiandrogenic effects of binary parabens mixtures in a yeast-based reporter assay. Environ. Sci. Pollut. Res Int 21 (10), 6482 6494. http://dx.doi.org/10.1007/s11356-014-2497-4.
Mankidy, R., Wiseman, S., Ma, H., Giesy, J.P., 2013. Biological impact of phthalates. Toxicol. Lett. 217 (1), 50 58. http://dx.doi.org/10.1016/j.toxlet.2012.11.025.
Manova, E., von Goetz, N., Hauri, U., Bogdal, C., Hungerbuhler, K., 2013. Organic UV filters in personal care products in Switzerland: a survey of occurrence and concentrations. Int J. Hyg. Environ. Health 216 (4), 508 514. http://dx.doi.org/10.1016/j.ijheh.2012.08.003.
Martin J.A., Osterman M.J., 2013. Preterm births - United States, 2006 and 2010. Available: 〈https://www.cdc.gov/mmwr/preview/mmwrhtml/su6203a22.htm〉 (accessed November 1, 2017).
May A.L., Freedman D., Sherry B., Blanck H.M., 2013. Obesity - United States, 1999 2010. Available: 〈https://www.cdc.gov/Mmwr/preview/mmwrhtml/su6203a20.htm〉 (accessed November 1, 2017).
McDonald, J.A., Tehranifar, P., Flom, J.D., Terry, M.B., James-Todd, T., 2018. Hair product use, age at menarche and mammographic breast density in multiethnic urban women. Environ. Health 17 (1), 1. http://dx.doi.org/10.1186/s12940-017-0345-y.
McQueen, D.B., Schufreider, A., Lee, S.M., Feinberg, E.C., Uhler, M.L., 2015. Racial disparities in in vitro fertilization outcomes. Fertil. Steril. 104 (2), 398 402. http://dx.doi.org/10.1016/j.fertnstert.2015.05.012.
Meeker, J.D., Cantonwine, D.E., Rivera-Gonzalez, L.O., Ferguson, K.K., Mukherjee, B., Calafat, A.M., et al., 2013. Distribution, variability, and predictors of urinary concentrations of phenols and parabens among pregnant women in Puerto Rico. Environ.

Sci. Technol. 47 (7), 3439 3447. http://dx.doi.org/10.1021/es400510g.

Mendelsohn, J.B., Li, Q.Z., Ji, B.T., Shu, X.O., Yang, G., Li, H.L., et al., 2009. Personal use of hair dye and cancer risk in a prospective cohort of Chinese women. Cancer Sci. 100 (6), 1088 1091. http://dx.doi.org/10.1111/j.1349-7006.2009.01149.x.

Miller, M.F., Goodson, W.H., Manjili, M.H., Kleinstreuer, N., Bisson, W.H., Lowe, L., 2017. Low-dose mixture hypothesis of carcinogenesis workshop: scientific underpinnings and research recommendations. Environ. Health Perspect. 125 (2), 163 169. http://dx.doi.org/10.1289/EHP411.

Mintel Group, 2013. Black Hair Care - US - August 2013. Available: ⟨http://store.mintel.com/black-haircare-us-august-2013⟩.

Morohoshi, K., Yamamoto, H., Kamata, R., Shiraishi, F., Koda, T., Morita, M., 2005. Estrogenic activity of 37 components of commercial sunscreen lotions evaluated by in vitro assays. Toxicol. Vitr. 19 (4), 457 469. http://dx.doi.org/10.1016/j.tiv.2005.01.004.

Myers, S.L., Yang, C.Z., Bittner, G.D., Witt, K.L., Tice, R.R., Baird, D.D., 2015. Estrogenic and anti-estrogenic activity of off-the-shelf hair and skin care products. J. Expo. Sci. Environ. Epidemiol. 25 (3), 271 277. http://dx.doi.org/10.1038/jes.2014.32.

NAS (National Academies of Sciences), 2017. Application of systematic review methods in an overall strategy for evaluating low-dose toxicity from endocrine active chemicals. The National Academies Press, Washington, DC.

Nielson, 2013. Resilient, receptive, and relevant: the African-American consumer. Available: ⟨http://www.nielsen.com/us/en/insights/reports/2013/resilient receptive-and-relevant.html⟩ (accessed August 1, 2017).

NRC (National Research Council), 2008. Phthalates and cumulative risk assessment: the tasks ahead. Available: ⟨https://www.nap.edu/catalog/12528/phthalates-and-cumulative-risk-assessment-the-tasks-ahead⟩ (accessed August 1, 2017).

Orton, F., Ermler, S., Kugathas, S., Rosivatz, E., Scholze, M., Kortenkamp, A., 2014. Mixture effects at very low doses with combinations of anti-androgenic pesticides, antioxidants, industrial pollutant and chemicals used in personal care products. Toxicol. Appl. Pharmacol. 278 (3), 201 208. http://dx.doi.org/10.1016/j.taap.2013.09.008.

Pan, S., Yuan, C., Tagmount, A., Rudel, R.A., Ackerman, J.M., Yaswen, P., et al., 2016. Parabens and human epidermal growth factor receptor ligand cross-talk in breast cancer cells. Environ. Health Perspect. 124 (5), 563 569. http://dx.doi.org/10.1289/ehp.1409200.

Parlett, L.E., Calafat, A.M., Swan, S.H., 2013. Women's exposure to phthalates in relation to use of personal care products. J. Expo. Sci. Environ. Epidemiol. 23 (2), 197 206. http://dx.doi.org/10.1038/jes.2012.105.

Pereira-Fernandes, A., Demaegdt, H., Vandermeiren, K., Hectors, T.L., Jorens, P.G., Blust, R., et al., 2013. Evaluation of a screening system for obesogenic compounds: screening of endocrine disrupting compounds and evaluation of the PPAR dependency of the effect. PLoS One 8 (10), e77481. http://dx.doi.org/10.1371/journal.pone.0077481.

Philippat, C., Bennett, D., Calafat, A.M., Picciotto, I.H., 2015a. Exposure to select phthalates and phenols through use of personal care products among Californian adults and their children. Environ. Res 140, 369 376. http://dx.doi.org/10.1016/j.envres.2015.04.009.

Philippat, C., Bennett, D.H., Krakowiak, P., Rose, M., Hwang, H.M., Hertz-Picciotto, I., 2015b. Phthalate concentrations in house dust in relation to autism spectrum disorder and developmental delay in the CHildhood Autism Risks from Genetics and the Environment (CHARGE) study. Environ. Health 14, 56. http://dx.doi.org/10.1186/s12940-015-0024-9.

Pierce, J.S., Abelmann, A., Spicer, L.J., Adams, R.E., Glynn, M.E., Neier, K., et al., 2011. Characterization of formaldehyde exposure resulting from the use of four professional hair straightening products. J. Occup. Environ. Hyg. 8 (11), 686 699. http://dx.doi.org/10.1080/15459624.2011.626259.

Pollack, A.Z., Buck Louis, G.M., Chen, Z., Sun, L., Trabert, B., Guo, Y., et al., 2015. Bisphenol A, benzophenone-type ultraviolet filters, and phthalates in relation to uterine leiomyoma. Environ. Res 137, 101 107. http://dx.doi.org/10.1016/j.envres.2014.06.028.

Pop, A., Drugan, T., Gutleb, A.C., Lupu, D., Cherfan, J., Loghin, F., et al., 2016. Individual and combined in vitro (anti)androgenic effects of certain food additives and cosmetic preservatives. Toxicol. Vitr. 32, 269 277. http://dx.doi.org/10.1016/j.tiv.2016.01.012.

Quinn, A.L., Regan, J.M., Tobin, J.M., Marinik, B.J., McMahon, J.M., McNett, D.A., et al., 2007. In vitro and in vivo evaluation of the estrogenic, androgenic, and progestagenic potential of two cyclic siloxanes. Toxicol. Sci. 96 (1), 145 153. http://dx.doi.org/10.1093/toxsci/kfl185.

Routledge, E.J., Parker, J., Odum, J., Ashby, J., Sumpter, J.P., 1998. Some alkyl hydroxy benzoate preservatives (parabens) are estrogenic. Toxicol. Appl. Pharmacol. 153 (1), 12 19. http://dx.doi.org/10.1006/taap.1998.8544.

Rudel, R.A., Dodson, R.E., Perovich, L.J., Morello-Frosch, R., Camann, D.E., Zuniga, M.M., et al., 2010. Semivolatile endocrine-disrupting compounds in paired indoor and outdoor air in two northern California communities. Environ. Sci. Technol. 44 (17), 6583 6590. http://dx.doi.org/10.1021/es100159c.

Schlumpf, M., Schmid, P., Durrer, S., Conscience, M., Maerkel, K., Henseler, M., et al., 2004. Endocrine activity and developmental toxicity of cosmetic UV filters an update. Toxicology 205 (1 2), 113 122. http://dx.doi.org/10.1016/j.tox.2004.06.043.

Schreurs, R.H., Sonneveld, E., Jansen, J.H., Seinen, W., van der Burg, B., 2005. Interaction of polycyclic musks and UV filters with the estrogen receptor (ER), androgen receptor (AR), and progesterone receptor (PR) in reporter gene bioassays. Toxicol. Sci. 83 (2), 264 272. http://dx.doi.org/10.1093/toxsci/kfi035.

Schug, T.T., Abagyan, R., Blumberg, B., Collins, T.J., Crews, D., DeFur, P.L., et al., 2013. Designing endocrine disruption out of the next generation of chemicals. Green. Chem. 15 (1), 181 198. http://dx.doi.org/10.1039/c2gc35055f.

Silva, E., Rajapakse, N., Kortenkamp, A., 2002. Something from "nothing" eight weak estrogenic chemicals combined at concentrations below NOECs produce significant mixture effects. Environ. Sci. Technol. 36 (8), 1751 1756. http://dx.doi.org/10.1021/es0101227.

Sohn, J., Kim, S., Koschorreck, J., Kho, Y., Choi, K., 2016. Alteration of sex hormone levels and steroidogenic pathway by several low molecular weight phthalates and their metabolites in male zebrafish (Danio rerio) and/or human adrenal cell (H295R) line. J. Hazard. Mater. 320, 45 54. http://dx.doi.org/10.1016/j.jhazmat.2016.08.008.

Stiel, L., Adkins-Jackson, P.B., Clark, P., Mitchell, E., Montgomery, S., 2016. A review of hair product use on breast cancer risk in African American women. Cancer Med 5 (3), 597 604. http://dx.doi.org/10.1002/cam4.613.

Taylor, K.W., Baird, D.D., Herring, A.H., Engel, L.S., Nichols, H.B., Sandler, D.P., et al., 2017. Associations among personal care product use patterns and exogenous hormone use in the NIEHS Sister Study. J. Expo. Sci. Environ. Epidemiol. 27 (5), 458 464. http://dx.doi.org/10.1038/jes.2016.82.

Thomas, P., Dong, J., 2006. Binding and activation of the seven-transmembrane estrogen receptor GPR30 by environmental estrogens: a potential novel mechanism of endocrine disruption. J. Steroid Biochem. Mol. Biol. 102 (1 5), 175 179. http://dx.doi.org/10.1016/j.jsbmb.2006.09.017.

Tiwary, C.M., Ward, J.A., 2003. Use of hair products containing hormone or placenta by US military personnel. J. Pediatr. Endocrinol. Metab. 16 (7), 1025 1032. http://dx.doi.org/10.1515/JPEM.2003.16.7.1025.

van der Burg, B., Schreurs, R., van der Linden, S., Seinen, W., Brouwer, A., Sonneveld, E., 2008. Endocrine effects of polycyclic musks: do we smell a rat? Int J. Androl. 31 (2), 188 193. http://dx.doi.org/10.1111/j.1365-2605.2007.00831.x.

Varshavsky, J.R., Zota, A.R., Woodruff, T.J., 2016. A novel method for calculating potency-weighted cumulative phthalates exposure with implications for identifying racial/ethnic disparities among U.S. reproductive-aged women in NHANES 2001 2012. Environ. Sci. Technol. 50 (19), 10616 10624. http://dx.doi.org/10.1021/acs.est.6b00522.

Wang, R., Moody, R.P., Koniecki, D., Zhu, J., 2009. Low molecular weight cyclic volatile methylsiloxanes in cosmetic products sold in Canada: implication for dermal exposure. Environ. Int 35 (6), 900 904. http://dx.doi.org/10.1016/j.envint.2009.03.009.

Watkins, D.J., Tellez-Rojo, M.M., Ferguson, K.K., Lee, J.M., Solano-Gonzalez, M., Blank-Goldenberg, C., et al., 2014. In utero and peripubertal exposure to phthalates and BPA in relation to female sexual maturation. Environ. Res 134, 233 241. http://dx.doi.org/10.1016/j.envres.2014.08.010.

Weuve, J., Hauser, R., Calafat, A.M., Missmer, S.A., Wise, L.A., 2010. Association of exposure to phthalates with endometriosis and uterine leiomyomata: findings from NHANES, 1999 2004. Environ. Health Perspect. 118 (6), 825 832. http://dx.doi.org/10.1289/ehp.0901543.

Wielogorska, E., Elliott, C.T., Danaher, M., Connolly, L., 2015. Endocrine disruptor activity of multiple environmental food chain contaminants. Toxicol. Vitr. 29 (1), 211 220. http://dx.doi.org/10.1016/j.tiv.2014.10.014.

Wise, L.A., Palmer, J.R., Reich, D., Cozier, Y.C., Rosenberg, L., 2012. Hair relaxer use and risk of uterine leiomyomata in African-American women. Am. J. Epidemiol. 175 (5), 432 440. http://dx.doi.org/10.1093/aje/kwr351.

Wu, C., Huo, W., Li, Y., Zhang, B., Wan, Y., Zheng, T., et al., 2017. Maternal urinary paraben levels and offspring size at birth from a Chinese birth cohort. Chemosphere 172, 29 36. http://dx.doi.org/10.1016/j.chemosphere.2016.12.131.

Wu, X.M., Bennett, D.H., Ritz, B., Cassady, D.L., Lee, K., Hertz-Picciotto, I., 2010. Usage pattern of personal care products in California households. Food Chem. Toxicol. 48 (11), 3109 3119. http://dx.doi.org/10.1016/j.fct.2010.08.004.

Yudell, M., Roberts, D., DeSalle, R., Tishkoff, S., 2016. Taking race out of human genetics. Science 351 (6273), 564 565. http://dx.doi.org/10.1126/science.aac4951.

Zota, A.R., Shamasunder, B., 2017. The environmental injustice of beauty: framing chemical exposures from beauty products as a health disparities concern. Am. J. Obstet. Gynecol. 217 (4), 418.e1 418.e6. http://dx.doi.org/10.1016/j.ajog.2017.07.020.

**Supplemental Material for**

# Measurement of Endocrine Disrupting and Asthma-Associated Chemicals in Hair Products Used by Black Women

Jessica S. Helm[1], Marcia Nishioka[2], Julia Green Brody[1], Ruthann A. Rudel[1], and Robin E. Dodson[1]
[1]Silent Spring Institute, Newton, Massachusetts, USA. [2]Battelle Memorial Institute, Columbus, Ohio, USA.

Contents:

S-2 Table S1. Brand names and manufacturers of tested products.

S-3 Table S2. Chemical class summaries, including uses, potential health effects, and compounds analyzed

S-6 Table S3. Summary of chemical concentrations in hair products

S-8 Table S4. Detected chemicals regulated by California's Proposition 65 or the EU Cosmetics Directive

S-10 Figure S1. Comparison of chemical concentrations in hair products used by Black women with the previously published literature

S-11 References for Supplemental Material.

**Table S1**. Brand names and manufacturers of tested products.

| Product ID | Product Name | Manufacturer |
|---|---|---|
| **Hot Oil Treatment** | Alberto V05 Moisturizing Hot Oil | Alberto-Culver USA |
| **Anti-frizz/Polish #1** | John Frieda Collection Frizz-Ease Hair Serum *Original Formula* | Kao Brands Company |
| **Anti-frizz/Polish #2** | Schwarzkopf Citre Shine Anti-frizz Serum | Henkel Consumer Goods Inc |
| **Anti-frizz/Polish #3** | Smooth N Shine Polishing Instant Repair Hair Polisher *Extra Strength* | Henkel Consumer Goods Inc |
| **Leave-in Conditioner** | in(fus)ium 23 leave-in treatment (repair)ologie | Procter & Gamble |
| **Root Stimulator #1** | Organic Root Stimulator Fertilizing Serum *Herbal Scalp Formula* | Namaste Laboratories LLC |
| **Root Stimulator #2** | Organic Root Stimulator Olive Oil *Extra Rich for Dry Thirsty Hair Crème de Cheveux* | Namaste Laboratories LLC |
| **Root Stimulator #3** | Organic Root Stimulator Carrot Oil *Strengthens Weak Damaged Hair* | Namaste Laboratories LLC |
| **Root Stimulator #4** | Organic Root Stimulator Hair Mayonnaise *Treatment For Damaged Hair* | Namaste Laboratories LLC |
| **Hair Lotion #1** | Queen Helene Cholesterol Hair Conditioning Cream | Para Laboratories Inc |
| **Hair Lotion #2** | Hask Placenta Henna n Placenta | Alleghany Pharmacal Corp |
| **Hair Lotion #3** | Lusters Pink Classic Light *Oil Moisturizer Hair Lotion* | Luster Products |
| **Hair Lotion #4** | BB Maximum Strength SuperGro conditioner *with Vitamin E* | Bronner Bros |
| **Hair Lotion #5** | Razac Perfect for Perms Finishing Crème *Daily Hairdressing & Scalp Conditioner* | Razac Products Janson Limited |
| **Hair Lotion #6** | Dax Pomade *with Lanolin Bergamot Olive Oil Castor Oil* | Imperial Dax Co Inc |
| **Hair Relaxer #1** | Soft & Beautiful Just for Me No-Lye Conditioning Relaxer (Children's Coarse) | Pro-line International Inc |
| **Gel** | PROTECTIVE GEL | |
| **Pre-treatment** | PROTECTION PRE-RELAXER TREATMENT | |
| **Relaxing Cream** | NO-LYE CONDITIONING CRÈME RELAXER | |
| **Activator** | LIQUID ACTIVATOR | |
| **Shampoo and Conditioner** | COLOR NEUTRALIZING SHAMPOO and HMC HAIR MOISTURIZING COMPLEX | |
| **Lotion** | OIL MOISTURIZING LOTION | |
| **Hair Relaxer #2** | Fabu-laxer Super | Colomer USA Inc |
| **Relaxing Cream** | RELAXER CRÈME | |
| **Activator** | COLOR INDICATOR LIQUID ACTIVATOR | |
| **Shampoo and Conditioner** | DEEP CLEAN NEUTRALIZING AND CONDITIONING SHAMPOO and STYLING CONDITIONER | |
| **Hair Relaxer #3** | PCJ Pretty-n-Silky No-Lye Conditioning Crème Relaxer (Children's Regular) | Luster Products |
| **Relaxing Cream** | NO-LYE CRÈME RELAXER | |
| **Activator** | COLOR MIX ACTIVATOR | |
| **Shine** | NUTRIENTSHEEN 2 | |
| **Shampoo and Conditioner** | COLOR ALARM NEUTRALIZING CONDITIONING SHAMPOO 2 and EZ COMB CONDITIONER 2 | |

**Table S2.** Chemical class summaries, including uses, potential health effects, and compounds analyzed.

| Chemical Class | Use in Products[a] | Potential Health Concerns[b] | Targeted Chemicals |
|---|---|---|---|
| parabens | preservative; anti-microbial agent | **endocrine disruption** (Aker et al. 2016; Boberg et al. 2016; Fernandez et al. 2016; Geer et al. 2017; Guerra et al. 2017; Guo et al. 2017; Hu et al. 2013; Hu et al. 2016; Hu et al. 2017; Kang et al. 2002; Kim et al. 2011; Koeppe et al. 2013; Morohoshi et al. 2005; Pan et al. 2016; Pereira-Fernandes et al. 2013; Pollock et al. 2017; Routledge et al. 1998; Smith et al. 2013; Wielogorska et al. 2015; Wu et al. 2017; Zhang et al. 2014) | methyl paraben<br>ethyl paraben<br>butyl paraben |
| phthalates | plastic additives; solvents in cosmetics and perfumes; inert ingredient in pesticides | **endocrine disruption** (Alur et al. 2015; Aydogan Ahbab and Barlas 2013; CHAP 2014; Ferguson et al. 2017; Gray et al. 2000; Hauser et al. 2016; Hauser et al. 2006; Heindel et al. 1989; Howdeshell et al. 2008; Ishido and Suzuki 2014; James-Todd et al. 2016; Johns et al. 2015; Karmaus et al. 2016; Kumar et al. 2014; Kumar et al. 2015; Mankidy et al. 2013; Manservisi et al. 2015; Meeker et al. 2009; Mendiola et al. 2012; Messerlian et al. 2016; Philippat et al. 2015; Sohn et al. 2016; Swan et al. 2005; Watkins et al. 2014)<br>**asthma** (Bornehag and Nanberg 2010; Bornehag et al. 2004; Ku et al. 2015; Whyatt et al. 2014)<br>**carcinogenicity** (IARC 2012b) | bis(2-ethylhexyl) adipate<br>bis(2-ethyhexyl) phthalate<br>benzylbutyl phthalate<br>*di-cyclohexyl phthalate*<br>*di-isobutyl phthalate*<br>*di-isononyl phthalate*<br>*di-n-butylphthalate*<br>*di-n-hexyl phthalate*<br>di-n-octyl phthalate<br>di-n-propyl phthalate<br>diethyl phthalate |
| bisphenol A | polycarbonate plastic and epoxy resins | **endocrine disruption** (ECHA-RAC 2014; FAO/WHO 2010; NTP-CERHR 2008),(Chavarro et al. 2016; Machtinger et al. 2013; Minguez-Alarcon et al. 2016)<br>**asthma** (Donohue et al. 2013; Wang et al. 2016)<br>**carcinogenicity** (Seachrist et al. 2016) | bisphenol A |
| antimicrobials | anti-microbial agent | **endocrine disruption** (Chen et al. 2008; Fang et al. 2015; Hinther et al. 2011; Johnson et al. 2016; Kumar et al. 2009; Orton et al. 2011; Paul et al. 2010; Rodriguez and Sanchez 2010; Stoker et al. 2010; Wu et al. 2016)<br>**asthma** (Savage et al. 2014; Savage et al. 2012) | o-phenylphenol<br>triclosan<br>*triclocarban* |

| Chemical Class | Use in Products[a] | Potential Health Concerns[b] | Targeted Chemicals |
|---|---|---|---|
| ethanolamines | solvent in cleaners; emulsifier in creams and lotions | **asthma** (Kamijo et al. 2009; Makela et al. 2011; Piipari et al. 1998; Savonius et al. 1994)<br>**carcinogenicity** (IARC 2012c) | monoethanolamine<br>diethanolamine |
| alkylphenols | surfactant; disinfectant; inert ingredient in pesticides | **endocrine disruption** (Ajj et al. 2013; Balch and Metcalfe 2006; Chang et al. 2012; ECHA-RAC/SEAC 2014; El-Hefnawy et al. 2017; Jambor et al. 2016; Jie et al. 2010; Li et al. 2012; Thomas and Dong 2006) | 4-t-octylphenol<br>*octylphenol monoethoxylate*<br>octylphenol diethoxylate<br>4-t-nonylphenol<br>nonylphenol monoethoxylate<br>nonylphenol diethoxylate |
| fragrances | scent; masking agent | **endocrine disruption** (Bitsch et al. 2002; Li et al. 2013; Schreurs et al. 2005; Seinen et al. 1999; van der Burg et al. 2008; Zhang et al. 2012)<br>**asthma** (Kumar et al. 1995; Vethanayagam et al. 2013; Weinberg et al. 2017)<br>**carcinogenicity** (IARC 2012d) | natural<br>benzylcetate<br>eugenol<br>hexyl cinnemal<br>limonene<br>linalool<br>*methyl eugenol*<br>methyl salicylate<br>*pinene*<br>terpineol<br>---<br>synthetic<br>AHTN<br>bucinal<br>diphenyl ether<br>*DPMI*<br>HHCB<br>isobornyl acetate<br>methyl ionone<br>*musk ketone*<br>*musk xylene*<br>phenethyl alcohol |

| Chemical Class | Use in Products[a] | Potential Health Concerns[b] | Targeted Chemicals |
|---|---|---|---|
| glycol ethers | solvent | **asthma** (Choi et al. 2010) | *2-butoxylethanol*<br>2-phenoxylethanol<br>2-benzyloxyethanol<br>*2,2-methoxyethoxyethanol*<br>2,2-ethyoxyethoxyethanol<br>*2,2-butoxyethoxyethanol* |
| cyclosiloxanes | enhance lubrication and spreading | **endocrine disruption** (Quinn et al. 2007)<br>**carcinogenicity** (EU-SCCS 2016) | octamethylcyclotetrasiloxane (D4)<br>decamethylcyclopentasiloxane (D5)<br>dodecamethylcyclohexylsiloxane (D6) |
| UV filters | sun protection; product stability and durability | **endocrine disruption** (Habauzit et al. 2017; Kinnberg et al. 2015; Kunz and Fent 2006; Schlumpf et al. 2004; Wielogorska et al. 2015)<br>**carcinogenicity** (IARC 2012a; Sharma et al. 2017) | benzophenone<br>benzophenone-1<br>benzophenone-2<br>benzophenone-3<br>oxtinoxate<br>octadimethyl PABA |

[a] General use categories are from the NLM Hazardous Substance Data Bank and/or scientific literature
[b] Health effects have not necessarily been reported for all chemicals within the chemical class. Among the EDCs in this study, parabens, phthalates, BPA, and triclosan have supporting evidence of endocrine-related health effects from human studies. All asthma associations are based on human studies.
Italicized chemicals were not detected in any product

**Table S3**. Summary of chemical concentrations in hair products.

| Chemical Class | Chemical | % > MRL[b] | Median (µg/g) | Maximum (µg/g) |
|---|---|---|---|---|
| **UV block** | octyl dimethyl PABA | 6% | -- | 206 |
| | octinoxate | 22% | -- | 646 |
| | benzophenone-3[a] | 11% | -- | 36 |
| | benzophenone-2 | 17% | -- | 22 |
| | benzophenone-1[a] | 28% | -- | 36 |
| | benzophenone | 17% | -- | 20 |
| **cyclosiloxane** | dodecamethylcyclohexylsiloxane[a] | 50% | 2 | 16500 |
| | decamethylcyclopentasiloxane[a] | 56% | 30 | 457000 |
| | octamethylcyclotetrasiloxane[a] | 61% | 13 | 2590 |
| **glycol ether** | 2,2-butoxyethoxyethanol | 0% | -- | -- |
| | 2,2-ethoxyethoxyethanol | 6% | -- | 104 |
| | 2,2-methoxyethoxyethanol | 0% | -- | -- |
| | 2-benzyloxyethanol | 6% | -- | 4 |
| | 2-phenoxyethanol | 17% | -- | 412 |
| | 2-butoxyethanol | 0% | -- | -- |
| **fragrance** | phenethyl alcohol | 39% | -- | 608 |
| | musk xylene | 0% | -- | -- |
| | musk ketone | 0% | -- | -- |
| | methyl ionone | 39% | -- | 588 |
| | isobornyl acetate | 28% | -- | 68 |
| | HHCB | 61% | 10 | 104 |
| | DPMI | 0% | -- | -- |
| | diphenyl ether | 28% | -- | 52 |
| | bucinal | 33% | -- | 56 |
| | AHTN | 28% | -- | 120 |
| | terpineol | 28% | -- | 790 |
| | pinene | 0% | -- | -- |
| | methyl salicylate | 6% | -- | 4 |
| | methyl eugenol | 0% | -- | -- |
| | linalool | 72% | 100 | 498 |
| | limonene | 61% | 25 | 1870 |
| | hexyl cinnemal | 33% | -- | 402 |
| | eugenol | 28% | -- | 214 |
| | benzylacetate | 50% | 12 | 576 |
| **alkylphenol** | nonylphenol diethoxylate | 33% | -- | 373 |
| | nonylphenol monoethoxylate | 33% | -- | 54 |
| | 4-t-nonylphenol | 28% | -- | 13 |
| | octylphenol diethoxylate | 6% | -- | 2 |
| | octylphenol monoethoxylate | 0% | -- | -- |
| | 4-t-octylphenol | 6% | -- | 22 |
| **ethanolamine** | diethanolamine[a] | 17% | -- | 314 |
| | monoethanolamine[a] | 11% | -- | 18 |
| **antimicrobial** | triclosan[a] | 6% | -- | 56 |
| | triclocarban | 0% | -- | -- |
| | o-phenylphenol | 11% | -- | 6 |
| **bisphenol A** | bisphenol A[a] | 17% | -- | 46 |
| **phthalate** | diethyl phthalate | 78% | 47 | 2450 |
| | di-n-propyl phthalate | 6% | -- | 6 |

| | | | | |
|---|---|---|---|---|
| | di-n-octyl phthalate | 6% | -- | 6 |
| | di-n-hexyl phthalate | 0% | -- | -- |
| | di-n-butylphthalate | 0% | -- | -- |
| | di-isononyl phthalate | 0% | -- | -- |
| | di-isobutyl phthalate | 0% | -- | -- |
| | di-cyclohexyl phthalate | 0% | -- | -- |
| | benzylbutyl phthalate | 6% | -- | 20 |
| | bis(2-ethylhexyl) phthalate | 17% | -- | 90 |
| | bis(2-ethylhexyl) adipate | 6% | -- | 410 |
| **paraben** | butyl paraben[a] | 17% | -- | 36 |
| | ethyl paraben[a] | 22% | -- | 22 |
| | methyl paraben[a] | 72% | 453 | 2100 |

MRL = method reporting limit. The MRL is 1 µg/g unless elevated due to blank detects
[a] Elevated MRL due to blank detect
[b] Percent of 18 products (including the three combined relaxer kit concentrations) with targeted chemical above the MDL
-- Insufficient number of data available above the MRL to calculate the summary statistic.

**Table S4**. Detected chemicals regulated by California's Proposition 65 (Prop 65) or the EU Cosmetics Directive (EU)

| Chemical Class | Chemical | Prop 65 | EU | >MRL (#)[b] | Maximum (%)[c] |
|---|---|---|---|---|---|
| **UV block** | octyl dimethyl PABA | NR | permit up to 10% | 1 | 0.0206 |
| **UV block** | octinoxate | NR | permit up to 10% | 4 | 0.0646 |
| **UV block** | benzophenone-3 [a] | NR | permit up to 10% | 2 | 0.0036 |
| **UV block** | benzophenone | cancer | NR | 3 | 0.002 |
| **glycol ether** | 2,2-ethoxyethoxyethanol | NR | permit in rinse-off up to 10%, leave-in up to 2.5% | 1 | 0.0104 |
| **glycol ether** | 2-phenoxyethanol | NR | permit up to 1% | 3 | 0.0412 |
| **fragrance** | bucinal | NR | label when present at over 0.001% in leave-on products | 6 | 0.0056 |
| **fragrance** | AHTN | NR | permit in leave-on products at up to 0.1%, rinse-off at 0.2% | 5 | 0.012 |
| **fragrance** | linalool | NR | label when present at over 0.001% in leave-on products, 0.01% in rinse-off products | 13 | 0.0498 |
| **fragrance** | limonene | NR | label when present at over 0.001% in leave-on products, 0.01% in rinse-off products | 11 | 0.1872 |
| **fragrance** | hexyl cinnemal | NR | label when present at over 0.001% in leave-on products, 0.01% in rinse-off products | 6 | 0.0402 |
| **fragrance** | eugenol | NR | label when present at over 0.001% in leave-on products, 0.01% in rinse-off products | 5 | 0.0214 |
| **alkylphenol** | 4-t-nonylphenol | NR | prohibited | 5 | 0.00132 |
| **ethanolamine** | diethanolamine [a] | cancer | prohibited | 3 | 0.0314 |
| **ethanolamine** | monoethanolamine [a] | NR | limit secondary amine concentration to 0.5% | 2 | 0.0018 |
| **antimicrobial** | triclosan [a] | NR | permit in toothpastes, hand soaps, body soaps/shower gels, deodorants (non-spray), face powders and blemish concealers, nail cleaners up to 0.3%, mouthwash up to 0.2%. | 1 | 0.0056 |
| **antimicrobial** | o-phenylphenol | cancer | permit up to 0.2% | 2 | 0.0006 |
| **bpa** | bisphenol A [a] | female reproductive toxicity | prohibited | 3 | 0.0046 |
| **phthalate** | benzylbutyl phthalate | developmental toxicity | prohibited | 1 | 0.002 |
| **phthalate** | bis(2-ethylhexyl) phthalate | cancer | prohibited | 3 | 0.009 |

| | | | | | |
|---|---|---|---|---|---|
| **paraben** | butyl paraben | NR | permit as preservative up to 0.14% or 0.8% for paraben mixtures | 3 | 0.0036 |
| **paraben** | ethyl paraben | NR | permit as preservative up to 0.4% or 0.8% for paraben mixtures | 4 | 0.0022 |
| **paraben** | methyl paraben | NR | permit as preservative up to 0.4% or 0.8% for paraben mixtures | 13 | 0.21 |

MRL = method reporting limit. The MRL is 1 µg/g unless elevated due to blank detects
NR = not regulated
[a] Elevated MRL due to blank detect
[b] Number of 18 products (including the three combined relaxer kit concentrations) with targeted chemical above the MDL
[c] For comparison with EU regulatory language, concentrations in µg/g are converted to % on a mass basis.

**Figure S1.** Comparison of chemical concentrations in hair products used by Black women with the previously published literature




Comparison of max (Δ) and mean (o) concentrations of detected chemicals in each of the four product types with multiple samples (purple) with previously published literature (orange). Detects above the method reporting limit (MRL) or Level of Quantitation (LOQ) are shown with solid symbols (●), while detects below the MRL or LOQ are set equal to the MRL/LOQ and are shown with open symbols (o). Ca= (Capela et al. 2016), Do= (Dodson et al. 2012), Gu=(Guo and Kannan 2013), Du=(Dudzina et al. 2014), Ho=(Horii and Kannan 2008), Hu=(Hubinger 2010), Ko=(Koniecki et al. 2011), Li= (Liao and Kannan 2014), Lu=(Lu et al. 2011), Wa=(Wang et al. 2009). Dodson 2012 measured composited samples, displayed as a mean without a maximum measurement.

## References

Ajj H, Chesnel A, Pinel S, Plenat F, Flament S, Dumond H. 2013. An alkylphenol mix promotes seminoma derived cell proliferation through an ERalpha36-mediated mechanism. PLoS One 8(4): e61758. https://doi.org/10.1371/journal.pone.0061758.

Aker AM, Watkins DJ, Johns LE, Ferguson KK, Soldin OP, Anzalota Del Toro LV, et al. 2016. Phenols and parabens in relation to reproductive and thyroid hormones in pregnant women. Environ Res 151: 30-37. https://doi.org/10.1016/j.envres.2016.07.002.

Alur S, Wang H, Hoeger K, Swan SH, Sathyanarayana S, Redmon BJ, et al. 2015. Urinary phthalate metabolite concentrations in relation to history of infertility and use of assisted reproductive technology. Fertil Steril 104(5): 1227-1235. https://doi.org/10.1016/j.fertnstert.2015.07.1150.

Aydogan Ahbab M, Barlas N. 2013. Developmental effects of prenatal di-n-hexyl phthalate and dicyclohexyl phthalate exposure on reproductive tract of male rats: Postnatal outcomes. Food and Chemical Toxicology 51: 123-136. https://doi.org/10.1016/j.fct.2012.09.010.

Balch G, Metcalfe C. 2006. Developmental effects in Japanese medaka (Oryzias latipes) exposed to nonylphenol ethoxylates and their degradation products. Chemosphere 62(8): 1214-1223. https://doi.org/10.1016/j.chemosphere.2005.02.100.

Bitsch N, Dudas C, Korner W, Failing K, Biselli S, Rimkus G, et al. 2002. Estrogenic activity of musk fragrances detected by the E-Screen assay using human MCF-7 cells. Archives of Environmental Contamination and Toxicoloy 43: 257-264. https://doi.org/10.1007/s00244-002-1192-5.

Boberg J, Axelstad M, Svingen T, Mandrup K, Christiansen S, Vinggaard AM, et al. 2016. Multiple Endocrine Disrupting Effects in Rats Perinatally Exposed to Butylparaben. Toxicol Sci 152(1): 244-256. https://doi.org/10.1093/toxsci/kfw079.

Bornehag CG, Nanberg E. 2010. Phthalate exposure and asthma in children. International Journal of Andrology 33: 333-345. https://doi.org/10.1111/j.1365-2605.2009.01023.x.

Bornehag CG, Sundell J, Weschler CJ, Sigsgaard T, Lundgren B, Hasselgren M, et al. 2004. The association between asthma and allergic symptoms in children and phthalates in house dust: A nested case-control study. Environ Health Perspect 112(14): 1393-1397. https://doi.org/10.1289/ehp.7187.

Capela D, Alves A, Homem V, Santos L. 2016. From the shop to the drain - Volatile methylsiloxanes in cosmetics and personal care products. Environ Int 92-93: 50-62. https://doi.org/10.1016/j.envint.2016.03.016.

Chang LL, Wun WS, Wang PS. 2012. Effects of nonylphenol on aldosterone release from rat zona glomerulosa cells. Chem Biol Interact 195(1): 11-17. https://doi.org/10.1016/j.cbi.2011.09.004.

Chavarro JE, Minguez-Alarcon L, Chiu YH, Gaskins AJ, Souter I, Williams PL, et al. 2016. Soy Intake Modifies the Relation Between Urinary Bisphenol A Concentrations and Pregnancy

Outcomes Among Women Undergoing Assisted Reproduction. J Clin Endocrinol Metab 101(3): 1082-1090. https://doi.org/10.1210/jc.2015-3473.

Chen J, Ahn KC, Gee NA, Ahmed MI, Duleba AJ, Zhao L, et al. 2008. Triclocarban enhances testosterone action: a new type of endocrine disruptor? Endocrinology 149(3): 1173-1179. https://doi.org/10.1210/en.2007-1057.

Choi H, Schmidbauer N, Sundell J, Hasselgren M, Spengler J, Bornehag CG. 2010. Common household chemicals and the allergy risks in pre-school age children. PLoS One 5(10): e13423. https://doi.org/10.1371/journal.pone.0013423.

Chronic Hazard Advisory Panel on Phthalates and Phthalate Alternatives (CHAP). 2014. Report to the U.S. Consumer Product Safety Commission by the Chronic Hazard Advisory Panel on Phthalates and Phthalate Alternatives. Available: https://www.cpsc.gov/chap [accessed November 1 2017].

Dodson RE, Nishioka M, Standley LJ, Perovich LJ, Brody JG, Rudel RA. 2012. Endocrine disruptors and asthma-associated chemicals in consumer products. Environ Health Perspect 120(7): 935-943. https://doi.org/10.1289/ehp.1104052.

Donohue KM, Miller RL, Perzanowski MS, Just AC, Hoepner LA, Arunajadai S, et al. 2013. Prenatal and postnatal bisphenol A exposure and asthma development among inner-city children. J Allergy Clin Immunol 131(3): 736-742. https://doi.org/10.1016/j.jaci.2012.12.1573.

Dudzina T, von Goetz N, Bogdal C, Biesterbos JW, Hungerbuhler K. 2014. Concentrations of cyclic volatile methylsiloxanes in European cosmetics and personal care products: prerequisite for human and environmental exposure assessment. Environ Int 62: 86-94. https://doi.org/10.1016/j.envint.2013.10.002.

ECHA-RAC (European Chemicals Agency Committee for Risk Assessment). 2014. Opinion proposing harmonised classification and labelling at EU level of Bisphenol A; 4,4'-isopropylidenediphenol. Available: https://echa.europa.eu/documents/10162/777918ff-33b5-46ff-be89-2bdc406d34fa [accessed November 1 2017].

ECHA-RAC/SEAC (European Chemicals Agency Committees for Risk Assessment and Socio-economic Analysis). 2014. Opinion on an Annex XV dossier proposing restrictions on Nonylphenol and Nonylphenol ethoxylates. Available: https://echa.europa.eu/documents/10162/3cd10d95-60c0-4b38-9c68-9922d3a8ff47 [accessed November 1 2017].

El-Hefnawy T, Hernandez C, Stabile LP. 2017. The endocrine disrupting alkylphenols and 4,4'-DDT interfere with estrogen conversion and clearance by mouse liver cytosol. Reprod Biol. https://doi.org/10.1016/j.repbio.2017.04.003.

EU-SCCS (EU Scientific Committee on Consumer Safety). 2016. Opinion on decamethylcyclopentasiloxane (cyclopentasiloxane, D5) in cosmetic products. Available: https://ec.europa.eu/health/scientific_committees/consumer_safety/docs/sccs_o_174.pdf [accessed November 1 2017].

Fang J-L, M. Vanlandingham M, Juliar BE, R. Olson G, E. Patton R, Beland FA. 2015. Dose-response assessment of the dermal toxicity of triclosan in B6C3F1 mice. Toxicology Research 4(4): 867-877. https://doi.org/10.1039/c4tx00152d.

FAO/WHO. 2010. Toxicological and Health Aspects of Bisphenol A: Report of Joint FAO/WHO Expert Meeting 2–5 November 2010
and Report of Stakeholder Meeting on Bisphenol A 1 November 2010. Available: http://whqlibdoc.who.int/publications/2011/97892141564274_eng.pdf [accessed November 1 2017].

Ferguson KK, Chen YH, VanderWeele TJ, McElrath TF, Meeker JD, Mukherjee B. 2017. Mediation of the Relationship between Maternal Phthalate Exposure and Preterm Birth by Oxidative Stress with Repeated Measurements across Pregnancy. Environ Health Perspect 125(3): 488-494. https://doi.org/10.1289/EHP282.

Fernandez MF, Arrebola JP, Jimenez-Diaz I, Saenz JM, Molina-Molina JM, Ballesteros O, et al. 2016. Bisphenol A and other phenols in human placenta from children with cryptorchidism or hypospadias. Reprod Toxicol 59: 89-95. https://doi.org/10.1016/j.reprotox.2015.11.002.

Geer LA, Pycke BF, Waxenbaum J, Sherer DM, Abulafia O, Halden RU. 2017. Association of birth outcomes with fetal exposure to parabens, triclosan and triclocarban in an immigrant population in Brooklyn, New York. Journal of hazardous materials 323(Pt A): 177-183. https://doi.org/10.1016/j.jhazmat.2016.03.028.

Gray LE, Jr., Ostby J, Furr J, Price M, Veeramachaneni DN, Parks L. 2000. Perinatal exposure to the phthalates DEHP, BBP, and DINP, but not DEP, DMP, or DOTP, alters sexual differentiation of the male rat. Toxicol Sci 58(2): 350-365

Guerra MT, Sanabria M, Leite GA, Borges CS, Cucielo MS, Anselmo-Franci JA, et al. 2017. Maternal exposure to butyl paraben impairs testicular structure and sperm quality on male rats. Environ Toxicol 32(4): 1273-1289. https://doi.org/10.1002/tox.22323.

Guo J, Wu C, Lu D, Jiang S, Liang W, Chang X, et al. 2017. Urinary paraben concentrations and their associations with anthropometric measures of children aged 3 years. Environ Pollut 222: 307-314. https://doi.org/10.1016/j.envpol.2016.12.040.

Guo Y, Kannan K. 2013. A survey of phthalates and parabens in personal care products from the United States and its implications for human exposure. Environ Sci Technol 47(24): 14442-14449. https://doi.org/10.1021/es4042034.

Habauzit D, Martin C, Kerdivel G, Pakdel F. 2017. Rapid assessment of estrogenic compounds by CXCL-test illustrated by the screening of the UV-filter derivative benzophenones. Chemosphere 173: 253-260. https://doi.org/10.1016/j.chemosphere.2017.01.037.

Hauser R, Gaskins AJ, Souter I, Smith KW, Dodge LE, Ehrlich S, et al. 2016. Urinary Phthalate Metabolite Concentrations and Reproductive Outcomes among Women Undergoing in Vitro Fertilization: Results from the EARTH Study. Environ Health Perspect 124(6): 831-839. https://doi.org/10.1289/ehp.1509760.

Hauser R, Meeker JD, Duty S, Silva MJ, Calafat AM. 2006. Altered semen quality in relation to urinary concentrations of phthalate monoester and oxidative metabolites. Epidemiology 17(6): 682-691. https://doi.org/10.1097/01.ede.0000235996.89953.d7.

Heindel JJ, Gulati DK, Mounce RC, Russell SR, Lamb JCt. 1989. Reproductive toxicity of three phthalic acid esters in a continuous breeding protocol. Fundam Appl Toxicol 12(3): 508-518. https://doi.org/10.1016/0272-0590(89)90024-9.

Hinther A, Bromba CM, Wulff JE, Helbing CC. 2011. Effects of triclocarban, triclosan, and methyl triclosan on thyroid hormone action and stress in frog and mammalian culture systems. Environ Sci Technol 45(12): 5395-5402. https://doi.org/10.1021/es1041942.

Horii Y, Kannan K. 2008. Survey of organosilicone compounds, including cyclic and linear siloxanes, in personal-care and household products. Arch Environ Contam Toxicol 55(4): 701-710. https://doi.org/10.1007/s00244-008-9172-z.

Howdeshell KL, Wilson VS, Furr J, Lambright CR, Rider CV, Blystone CR, et al. 2008. A mixture of five phthalate esters inhibits fetal testicular testosterone production in the sprague-dawley rat in a cumulative, dose-additive manner. Toxicol Sci 105(1): 153-165. https://doi.org/10.1093/toxsci/kfn077.

Hu P, Chen X, Whitener RJ, Boder ET, Jones JO, Porollo A, et al. 2013. Effects of parabens on adipocyte differentiation. Toxicol Sci 131(1): 56-70. https://doi.org/10.1093/toxsci/kfs262.

Hu P, Kennedy RC, Chen X, Zhang J, Shen CL, Chen J, et al. 2016. Differential effects on adiposity and serum marker of bone formation by post-weaning exposure to methylparaben and butylparaben. Environ Sci Pollut Res Int 23(21): 21957-21968. https://doi.org/10.1007/s11356-016-7452-0.

Hu P, Overby H, Heal E, Wang S, Chen J, Shen CL, et al. 2017. Methylparaben and butylparaben alter multipotent mesenchymal stem cell fates towards adipocyte lineage. Toxicol Appl Pharmacol 329: 48-57. https://doi.org/10.1016/j.taap.2017.05.019.

Hubinger JC. 2010. A survey of phthalate esters in consumer cosmetic products. J Cosmet Sci 61(6): 457-465

IARC (International Agency for Research on Cancer). 2012a. Benzophenone. IARC Monogr Eval Carcinog Risk Hum 101: 285-304

IARC (International Agency for Research on Cancer). 2012b. Di(2-Ethylhexyl)Phthalate. IARC Monogr Eval Carcinog Risk Hum 101: 149-284

IARC (International Agency for Research on Cancer). 2012c. Diethanolamine. IARC Monogr Eval Carcinog Risk Hum 101: 117-140

IARC (International Agency for Research on Cancer). 2012d. Methyeugenol. IARC Monogr Eval Carcinog Risk Hum 101: 407-433

Ishido M, Suzuki J. 2014. Classification of phthalates based on an in vitro neurosphere assay using rat mesencephalic neural stem cells. J Toxicol Sci 39(1): 25-32. https://doi.org/10.2131/jts.39.25.

Jambor T, Lukacova J, Tvrda E, Knazicka Z, Forgacs Z, Lukac N. 2016. The Impact of 4-Nonylphenol on the Viability and Hormone Production of Mouse Leydig Cells. Folia Biol (Praha) 62(1): 34-39

James-Todd T, Meeker JD, Huang T, Hauser R, Ferguson KK, Rich-Edwards JW, et al. 2016. Pregnancy urinary phthalate metabolite concentrations and gestational diabetes risk factors. Environ Int 96: 118-126. https://doi.org/10.1016/j.envint.2016.09.009.

Jie X, Yang W, Jie Y, Hashim JH, Liu XY, Fan QY, et al. 2010. Toxic effect of gestational exposure to nonylphenol on F1 male rats. Birth Defects Res B Dev Reprod Toxicol 89(5): 418-428. https://doi.org/10.1002/bdrb.20268.

Johns LE, Ferguson KK, Soldin OP, Cantonwine DE, Rivera-Gonzalez LO, Del Toro LV, et al. 2015. Urinary phthalate metabolites in relation to maternal serum thyroid and sex hormone levels during pregnancy: a longitudinal analysis. Reprod Biol Endocrinol 13: 4. https://doi.org/10.1186/1477-7827-13-4.

Johnson PI, Koustas E, Vesterinen HM, Sutton P, Atchley DS, Kim AN, et al. 2016. Application of the Navigation Guide systematic review methodology to the evidence for developmental and reproductive toxicity of triclosan. Environ Int 92-93: 716-728. https://doi.org/10.1016/j.envint.2016.03.009.

Kamijo Y, Hayashi I, Ide A, Yoshimura K, Soma K, Majima M. 2009. Effects of inhaled monoethanolamine on bronchoconstriction. J Appl Toxicol 29(1): 15-19. https://doi.org/10.1002/jat.1373.

Kang KS, Che JH, Ryu DY, Kim TW, Li GX, Lee YS. 2002. Decreased sperm number and motile activity on the F1 offspring maternally exposed to butyl p-hydroxybenzoic acid (butyl paraben). J Vet Med Sci 64(3): 227-235. https://doi.org/10.1292/jvms.64.227.

Karmaus AL, Toole CM, Filer DL, Lewis KC, Martin MT. 2016. High-Throughput Screening of Chemical Effects on Steroidogenesis Using H295R Human Adrenocortical Carcinoma Cells. Toxicological sciences : an official journal of the Society of Toxicology 150(2): 323-332. https://doi.org/10.1093/toxsci/kfw002.

Kim TS, Kim CY, Lee HK, Kang IH, Kim MG, Jung KK, et al. 2011. Estrogenic Activity of Persistent Organic Pollutants and Parabens Based on the Stably Transfected Human Estrogen Receptor-alpha Transcriptional Activation Assay (OECD TG 455). Toxicol Res 27(3): 181-184. https://doi.org/10.5487/TR.2011.27.3.181.

Kinnberg KL, Petersen GI, Albrektsen M, Minghlani M, Awad SM, Holbech BF, et al. 2015. Endocrine-disrupting effect of the ultraviolet filter benzophenone-3 in zebrafish, Danio rerio. Environ Toxicol Chem 34(12): 2833-2840. https://doi.org/10.1002/etc.3129.

Koeppe ES, Ferguson KK, Colacino JA, Meeker JD. 2013. Relationship between urinary triclosan and paraben concentrations and serum thyroid measures in NHANES 2007-2008. Sci Total Environ 445-446: 299-305. https://doi.org/10.1016/j.scitotenv.2012.12.052.

Koniecki D, Wang R, Moody RP, Zhu J. 2011. Phthalates in cosmetic and personal care products: Concentrations and possible dermal exposure. Environmental Research 111(3): 329-336. https://doi.org/10.1016/j.envres.2011.01.013.

Ku HY, Su PH, Wen HJ, Sun HL, Wang CJ, Chen HY, et al. 2015. Prenatal and postnatal exposure to phthalate esters and asthma: a 9-year follow-up study of a taiwanese birth cohort. PLoS One 10(4): e0123309. https://doi.org/10.1371/journal.pone.0123309.

Kumar N, Sharan S, Srivastava S, Roy P. 2014. Assessment of estrogenic potential of diethyl phthalate in female reproductive system involving both genomic and non-genomic actions. Reprod Toxicol 49: 12-26. https://doi.org/10.1016/j.reprotox.2014.06.008.

Kumar N, Srivastava S, Roy P. 2015. Impact of low molecular weight phthalates in inducing reproductive malfunctions in male mice: Special emphasis on Sertoli cell functions. Gen Comp Endocrinol 215: 36-50. https://doi.org/10.1016/j.ygcen.2014.09.012.

Kumar P, Caradonna-Graham VM, Gupta S, Cai X, Rao PN, Thompson J. 1995. Inhalation challenge effects of perfume scent strips in patients with asthma. Annals of Allergy, Asthma and Immunology 75: 429-433

Kumar V, Chakraborty A, Kural MR, Roy P. 2009. Alteration of testicular steroidogenesis and histopathology of reproductive system in male rats treated with triclosan. Reprod Toxicol 27(2): 177-185. https://doi.org/10.1016/j.reprotox.2008.12.002
S0890-6238(08)00364-X [pii].

Kunz PY, Fent K. 2006. Estrogenic activity of UV filter mixtures. Toxicol Appl Pharmacol 217(1): 86-99. https://doi.org/10.1016/j.taap.2006.07.014.

Li Z, Yin N, Liu Q, Wang C, Wang T, Wang Y, et al. 2013. Effects of polycyclic musks HHCB and AHTN on steroidogenesis in H295R cells. Chemosphere 90(3): 1227-1235. https://doi.org/10.1016/j.chemosphere.2012.09.056.

Li Z, Zhang H, Gibson M, Li J. 2012. An evaluation on combination effects of phenolic endocrine disruptors by estrogen receptor binding assay. Toxicol In Vitro 26(6): 769-774. https://doi.org/10.1016/j.tiv.2012.05.017.

Liao C, Kannan K. 2014. Widespread occurrence of benzophenone-type UV light filters in personal care products from China and the United States: an assessment of human exposure. Environ Sci Technol 48(7): 4103-4109. https://doi.org/10.1021/es405450n.

Lu Y, Yuan T, Wang W, Kannan K. 2011. Concentrations and assessment of exposure to siloxanes and synthetic musks in personal care products from China. Environ Pollut 159(12): 3522-3528. https://doi.org/10.1016/j.envpol.2011.08.015.

Machtinger R, Combelles CM, Missmer SA, Correia KF, Williams P, Hauser R, et al. 2013. Bisphenol-A and human oocyte maturation in vitro. Hum Reprod 28(10): 2735-2745. https://doi.org/10.1093/humrep/det312.

Makela R, Kauppi P, Suuronen K, Tuppurainen M, Hannu T. 2011. Occupational asthma in professional cleaning work: a clinical study. Occup Med (Lond) 61(2): 121-126. https://doi.org/10.1093/occmed/kqq192.

Mankidy R, Wiseman S, Ma H, Giesy JP. 2013. Biological impact of phthalates. Toxicol Lett 217(1): 50-58. https://doi.org/10.1016/j.toxlet.2012.11.025.

Manservisi F, Gopalakrishnan K, Tibaldi E, Hysi A, Iezzi M, Lambertini L, et al. 2015. Effect of maternal exposure to endocrine disrupting chemicals on reproduction and mammary gland development in female Sprague-Dawley rats. Reprod Toxicol 54: 110-119. https://doi.org/10.1016/j.reprotox.2014.12.013.

Meeker JD, Calafat AM, Hauser R. 2009. Urinary metabolites of di(2-ethylhexyl) phthalate are associated with decreased steroid hormone levels in adult men. J Androl 30(3): 287-297. https://doi.org/10.2164/jandrol.108.006403.

Mendiola J, Meeker JD, Jorgensen N, Andersson AM, Liu F, Calafat AM, et al. 2012. Urinary concentrations of di(2-ethylhexyl) phthalate metabolites and serum reproductive hormones: pooled analysis of fertile and infertile men. Journal of andrology 33(3): 488-498. https://doi.org/10.2164/jandrol.111.013557.

Messerlian C, Souter I, Gaskins AJ, Williams PL, Ford JB, Chiu YH, et al. 2016. Urinary phthalate metabolites and ovarian reserve among women seeking infertility care. Hum Reprod 31(1): 75-83. https://doi.org/10.1093/humrep/dev292.

Minguez-Alarcon L, Gaskins AJ, Chiu YH, Souter I, Williams PL, Calafat AM, et al. 2016. Dietary folate intake and modification of the association of urinary bisphenol A concentrations with in vitro fertilization outcomes among women from a fertility clinic. Reprod Toxicol 65: 104-112. https://doi.org/10.1016/j.reprotox.2016.07.012.

Morohoshi K, Yamamoto H, Kamata R, Shiraishi F, Koda T, Morita M. 2005. Estrogenic activity of 37 components of commercial sunscreen lotions evaluated by in vitro assays. Toxicol In Vitro 19(4): 457-469. https://doi.org/10.1016/j.tiv.2005.01.004.

NTP-CERHR (National Toxicology Program Center for the Evaluation of Risks to Human Reproduction). 2008. Monograph on the Potential Human Reproductive and Developmental Effects of Bisphenol A. Available: https://ntp.niehs.nih.gov/ntp/ohat/bisphenol/bisphenol.pdf [accessed September 3 2017].

Orton F, Rosivatz E, Scholze M, Kortenkamp A. 2011. Widely Used Pesticides with Previously Unknown Endocrine Activity Revealed as in Vitro Anti-Androgens. Environmental Health Perspectectives 119: 794-800. https://doi.org/10.1289/ehp.1002895.

Pan S, Yuan C, Tagmount A, Rudel RA, Ackerman JM, Yaswen P, et al. 2016. Parabens and Human Epidermal Growth Factor Receptor Ligand Cross-Talk in Breast Cancer Cells. Environ Health Perspect 124(5): 563-569. https://doi.org/10.1289/ehp.1409200.

Paul KB, Hedge JM, DeVito MJ, Crofton KM. 2010. Short-term exposure to triclosan decreases thyroxine in vivo via upregulation of hepatic catabolism in Young Long-Evans rats. Toxicol Sci 113(2): 367-379. https://doi.org/10.1093/toxsci/kfp271.

Pereira-Fernandes A, Demaegdt H, Vandermeiren K, Hectors TL, Jorens PG, Blust R, et al. 2013. Evaluation of a screening system for obesogenic compounds: screening of endocrine

disrupting compounds and evaluation of the PPAR dependency of the effect. PLoS One 8(10): e77481. https://doi.org/10.1371/journal.pone.0077481.

Philippat C, Bennett DH, Krakowiak P, Rose M, Hwang HM, Hertz-Picciotto I. 2015. Phthalate concentrations in house dust in relation to autism spectrum disorder and developmental delay in the CHildhood Autism Risks from Genetics and the Environment (CHARGE) study. Environ Health 14: 56. https://doi.org/10.1186/s12940-015-0024-9.

Piipari R, Tuppurainen M, Tuomi T, Mantyla L, Henriks-Eckerman ML, Keskinen H, et al. 1998. Diethanolamine-induced occupational asthma, a case report. Clin Exp Allergy 28(3): 358-362. https://doi.org/10.1046/j.1365-2222.1998.00232.x.

Pollock T, Weaver RE, Ghasemi R, deCatanzaro D. 2017. Butyl paraben and propyl paraben modulate bisphenol A and estradiol concentrations in female and male mice. Toxicol Appl Pharmacol 325: 18-24. https://doi.org/10.1016/j.taap.2017.04.001.

Quinn AL, Regan JM, Tobin JM, Marinik BJ, McMahon JM, McNett DA, et al. 2007. In vitro and in vivo evaluation of the estrogenic, androgenic, and progestagenic potential of two cyclic siloxanes. Toxicol Sci 96(1): 145-153. https://doi.org/10.1093/toxsci/kfl185.

Rodriguez PE, Sanchez MS. 2010. Maternal exposure to triclosan impairs thyroid homeostasis and female pubertal development in Wistar rat offspring. J Toxicol Environ Health A 73(24): 1678-1688. https://doi.org/10.1080/15287394.2010.516241.

Routledge EJ, Parker J, Odum J, Ashby J, Sumpter JP. 1998. Some alkyl hydroxy benzoate preservatives (parabens) are estrogenic. Toxicol Appl Pharmacol 153(1): 12-19. https://doi.org/10.1006/taap.1998.8544.

Savage JH, Johns CB, Hauser R, Litonjua AA. 2014. Urinary triclosan levels and recent asthma exacerbations. Annals of Allergy, Asthma & Immunology 112(2): 179-181.e172. https://doi.org/10.1016/j.anai.2013.11.017.

Savage JH, Matsui EC, Wood RA, Keet CA. 2012. Urinary levels of triclosan and parabens are associated with aeroallergen and food sensitization. J Allergy Clin Immunol 130(2): 453-460 e457. https://doi.org/10.1016/j.jaci.2012.05.006.

Savonius B, Keskinen H, Tuppurainen M, Kanerva L. 1994. Occupational asthma caused by ethanolamines. Allergy 49(10): 877-881. https://doi.org/10.1111/j.1398-9995.1994.tb00791.x.

Schlumpf M, Schmid P, Durrer S, Conscience M, Maerkel K, Henseler M, et al. 2004. Endocrine activity and developmental toxicity of cosmetic UV filters--an update. Toxicology 205(1-2): 113-122. https://doi.org/10.1016/j.tox.2004.06.043.

Schreurs RH, Sonneveld E, Jansen JH, Seinen W, van der Burg B. 2005. Interaction of polycyclic musks and UV filters with the estrogen receptor (ER), androgen receptor (AR), and progesterone receptor (PR) in reporter gene bioassays. Toxicol Sci 83(2): 264-272. https://doi.org/10.1093/toxsci/kfi035.

Seachrist DD, Bonk KW, Ho SM, Prins GS, Soto AM, Keri RA. 2016. A review of the carcinogenic potential of bisphenol A. Reprod Toxicol 59: 167-182. https://doi.org/10.1016/j.reprotox.2015.09.006.

Seinen W, Lemmen JG, Pieters RHH, Verbruggen EMJ, van der Burg B. 1999. AHTN and HHCB show weak estrogic - but not uterotrophic activity. Toxicology Letters 111: 161-168. https://doi.org/10.1016/S0378-4274(99)00177-0.

Sharma A, Banyiova K, Babica P, El Yamani N, Collins AR, Cupr P. 2017. Different DNA damage response of cis and trans isomers of commonly used UV filter after the exposure on adult human liver stem cells and human lymphoblastoid cells. Sci Total Environ 593-594: 18-26. https://doi.org/10.1016/j.scitotenv.2017.03.043.

Smith KW, Souter I, Dimitriadis I, Ehrlich S, Williams PL, Calafat AM, et al. 2013. Urinary paraben concentrations and ovarian aging among women from a fertility center. Environ Health Perspect 121(11-12): 1299-1305. https://doi.org/10.1289/ehp.1205350.

Sohn J, Kim S, Koschorreck J, Kho Y, Choi K. 2016. Alteration of sex hormone levels and steroidogenic pathway by several low molecular weight phthalates and their metabolites in male zebrafish (Danio rerio) and/or human adrenal cell (H295R) line. Journal of hazardous materials 320: 45-54. https://doi.org/10.1016/j.jhazmat.2016.08.008.

Stoker TE, Gibson EK, Zorrilla LM. 2010. Triclosan exposure modulates estrogen-dependent responses in the female wistar rat. Toxicol Sci 117(1): 45-53. https://doi.org/10.1093/toxsci/kfq180.

Swan SH, Main KM, Liu F, Stewart SL, Kruse RL, Calafat AM, et al. 2005. Decrease in anogenital distance among male infants with prenatal phthalate exposure. Environ Health Perspect 113(8): 1056-1061. https://doi.org/10.1289/ehp.8100.

Thomas P, Dong J. 2006. Binding and activation of the seven-transmembrane estrogen receptor GPR30 by environmental estrogens: a potential novel mechanism of endocrine disruption. The Journal of Steroid Biochemistry and Molecular Biology 102(1-5): 175-179. https://doi.org/10.1016/j.jsbmb.2006.09.017.

van der Burg B, Schreurs R, van der Linden S, Seinen W, Brouwer A, Sonneveld E. 2008. Endocrine effects of polycyclic musks: do we smell a rat? Int J Androl 31(2): 188-193. https://doi.org/10.1111/j.1365-2605.2007.00831.x.

Vethanayagam D, Vliagoftis H, Mah D, Beach J, Smith L, Moqbel R. 2013. Fragrance materials in asthma: a pilot study using a surrogate aerosol product. J Asthma 50(9): 975-982. https://doi.org/10.3109/02770903.2013.822079.

Wang IJ, Chen CY, Bornehag CG. 2016. Bisphenol A exposure may increase the risk of development of atopic disorders in children. Int J Hyg Environ Health 219(3): 311-316. https://doi.org/10.1016/j.ijheh.2015.12.001.

Wang R, Moody RP, Koniecki D, Zhu J. 2009. Low molecular weight cyclic volatile methylsiloxanes in cosmetic products sold in Canada: implication for dermal exposure. Environ Int 35(6): 900-904. https://doi.org/10.1016/j.envint.2009.03.009.

Watkins DJ, Tellez-Rojo MM, Ferguson KK, Lee JM, Solano-Gonzalez M, Blank-Goldenberg C, et al. 2014. In utero and peripubertal exposure to phthalates and BPA in relation to female sexual maturation. Environ Res 134: 233-241. https://doi.org/10.1016/j.envres.2014.08.010.

Weinberg JL, Flattery J, Harrison R. 2017. Fragrances and work-related asthma-California surveillance data, 1993-2012. J Asthma: 1-10. https://doi.org/10.1080/02770903.2017.1299755.

Whyatt RM, Perzanowski MS, Just AC, Rundle AG, Donohue KM, Calafat AM, et al. 2014. Asthma in inner-city children at 5-11 years of age and prenatal exposure to phthalates: the Columbia Center for Children's Environmental Health Cohort. Environ Health Perspect 122(10): 1141-1146. https://doi.org/10.1289/ehp.1307670.

Wielogorska E, Elliott CT, Danaher M, Connolly L. 2015. Endocrine disruptor activity of multiple environmental food chain contaminants. Toxicol In Vitro 29(1): 211-220. https://doi.org/10.1016/j.tiv.2014.10.014.

Wu C, Huo W, Li Y, Zhang B, Wan Y, Zheng T, et al. 2017. Maternal urinary paraben levels and offspring size at birth from a Chinese birth cohort. Chemosphere 172: 29-36. https://doi.org/10.1016/j.chemosphere.2016.12.131.

Wu Y, Beland FA, Fang JL. 2016. Effect of triclosan, triclocarban, 2,2',4,4'-tetrabromodiphenyl ether, and bisphenol A on the iodide uptake, thyroid peroxidase activity, and expression of genes involved in thyroid hormone synthesis. Toxicol In Vitro 32: 310-319. https://doi.org/10.1016/j.tiv.2016.01.014.

Zhang L, Dong L, Ding S, Qiao P, Wang C, Zhang M, et al. 2014. Effects of n-butylparaben on steroidogenesis and spermatogenesis through changed E(2) levels in male rat offspring. Environ Toxicol Pharmacol 37(2): 705-717. https://doi.org/10.1016/j.etap.2014.01.016.

Zhang Z, Jia C, Hu Y, Sun L, Jiao J, Zhao L, et al. 2012. The estrogenic potential of salicylate esters and their possible risks in foods and cosmetics. Toxicol Lett 209(2): 146-153. https://doi.org/10.1016/j.toxlet.2011.12.004.