# Exhibit 14

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**********************************

IN RE: HAIR RELAXER MARKETING
SALES PRACTICES AND PRODUCTS CASE NO.
LIABILITY LITIGATION 1:23-CV-00818

**********************************

VIDEOTAPED DEPOSITION OF:
DIPAK PANIGRAHY, M.D.
MORGAN & MORGAN PLLC
155 Federal Street
Boston, Massachusetts
February 6, 2026 9:23 a.m.

Job No. 7863553

Darlene M. Coppola
Registered Merit Reporter
Certified Realtime Reporter

APPEARANCES:

Representing the Plaintiffs:

MORGAN & MORGAN PLLC
400 Poydras Street
Suite 1505
New Orleans, LA 70130
BY: RENE ROCHA, ESQUIRE
Errocha@forthepeople.com

-and-

MORGAN & MORGAN PLLC
111 2nd Avenue NE
Suite 1600
St. Petersburgh, FL 33701
BY: JENNIFER WINN, ESQUIRE
E jwinn@forthepeople.com

-and-

(Via Zoom)

LEVIN, SEDRAN & BERMAN, LLP
510 Walnut Street
Suite 500
Philadelphia, PA 19106
BY: FREDERICK S. LONGER, ESQUIRE
T 215.592.1500
E flonger@lfsblaw.com

(Continued on next page)

APPEARANCES (Continued):

Representing the Plaintiffs:

(Via Zoom)
DOUGLAS & LONDON, P.C.
One State Street
35th Floor
New York, NY 10004
BY: SARA CASTRONUOVA, ESQUIRE
KRISTEN PADDEN, ESQUIRE
LARA J. SAY, ESQUIRE
T 212.566.7500
E scastronuova@douglasandlondon.com
kpadden@douglasandlondon.com
lsay@douglasandlondon.com

-and-

(Via Zoom)
DICELLO LEVITT LLP
506 20th Street North
Financial Center
Birmingham, AL 35203
BY: DIANDRA "FU" DEBROSSE, ESQUIRE
OMEGA ADAMS, ESQUIRE
E oadams@dicellolevitt.com
fu@dicellolevitt.com

(Continued on next page)

APPEARANCES (Continued):

Representing the Defendant:

(Via Zoom)

SHOOK, HARDY & BACON L.L.P.
1 Rockefeller Plaza
Suite 2801
New York, NY  10020
B:  KIMBERLY PENNER, ESQUIRE
T 212.898.8844
E kpenner@shb.com

Representing the Defendant
Advanced Beauty, Inc.:

(Via Zoom)

HEYL, ROSTER, VOELKER & ALLEN, P.C.
701 Market Street
Peabody Plaza
Suite 1505
St. Louis, MI  63101
BY:  SARA J. PEAL, ESQUIRE
T 312.241.2018
E speal@helroyster.com

(Continued on next page)

APPEARANCES (Continued):

Representing the Defendant Avlon Industries:

(Via Zoom)

WIEDNER MCAULIFFE
One North Franklin
Suite 1900
Chicago, IL 60606
BY: ETHAN S. DILLON, ESQUIRE
ANTHONY J. SASSAN, ESQUIRE
T 312.855.1105
E esdillon@wmlaw.com
ajsassan@wmlaw.com

Representing the Defendant Revlon, Inc.:

ECKERT SEAMANS CHERIN & MELLOTT, LLC
275 Mdison Avenue
10th Floor
New York, NY 10016
BY: JUSTINA NZEGWU, ESQUIRE
T 646.513.2349
E jnzegwu@eckertseamans.com

(Continued on next page)

APPEARANCES (Continued):

Representing the Defendant House of Cheatham:

(Via Zoom)

MCGUIREWOODS LLP
1075 Peachtree Street, NE
35th Floor
Atlanta, GA 303039
BY: JENNIFER R. BURBINE, ESQUIRE
T 404.443.5736
E jburbine@mcguirewoods.com

-and-

SEGAL MC CAMBRIDGE
100 Congress Avenue
Suite 800
Austin, TX 78701
BY: IAN M. SADLER, ESQUIRE
T 512.370.1211
E isadler@smsm.com

(Continued on next page)

APPEARANCES (Continued):

Representing the Defendant McBride Research Laboratories, Inc.:

(Via Zoom)

DINSMORE
200 South Biscayne Boulevard
Suite 2401
Miami, FL 31311
BY: RAVIKA MARCADIS, ESQUIRE
T 786.957.1140
E ravika.rameshwar@dinsmore.com

Representing the Defendant PSC:

SHIPMAN WRIGHT & MOORE, LLP
575 Military Cutoff Road
Suite 106
Wilmington, NC 28405
BY: GARY K. SHIPMAN, ESQUIRE
JAMES MOORE, ESQUIRE
T 910.762.1990
E gshipman@shipmanlaw.com
jmoore@shipmanlaw.com

(Continued on next page)

APPEARANCES (Continued):

Representing the Defendant Beauty Bell:

(Via Zoom)

COSTELLO GINEX & WIDEIKIS, PC
150 North Wacker Drive
Suite 1400
Chicago, IL  60601
BY:  SHIPRA MEHTH, ESQUIRE
T 312.850.2651
E smehta@cgw-legal.com

-and-

(Via Zoom)

LITCHFIELD CAVO LLP
303 West Madison
Suite 300
Chicago, IL  60606
BY:  KEVIN A. TITUS, ESQUIRE
T 312.781.6668
E titus@litchfieldcavo.com

(Continued on next page)

APPEARANCES (Continued):

Representing the Defendant Murray's Worldwide:
(Via Zoom)
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
191 North Wacker Drive
Suite 2950
Chicago, IL  60606
BY:  LESLIE A. FEDERER, ESQUIRE
T 312.579.2015
E lfederer@maronmarvrel.com

Representing the Defendant John Paul
Mitchell Systems:
(Via Zoom)
CLAUSEN MILLER P.C.
225 West Randolph Street
Suite 700
Chicago, IL  60606
BY:  JAMES D. GILDNER, ESQUIRE
T 312.606.7928
E jgildner@clausen.com

(Continued on next page)

APPEARANCES (Continued):

Representing the Defendant
AFAM Concept, Inc. d/b/a JF Labs:
(Via Zoom)

GOLDBERG SEGALLA
2600 Michelson Drive
Suite 900
Irvine, CA 92612
BY: HARDIP B. PASSANANTI, ESQUIRE
T 949.271.3398
E hpassananti@goldbergsegalla.com

Also Present:
Daniel Cayarga, Videographer

INDEX

EXAMINATION


| Witness Name | Page |
|---|---|
| DIPAK PANIGRAHY, MD | |
| Direct By Ms. Penner ................................ | 16 |
| Cross By Mr. Rocha .................................. | 314 |
| Redirect By Ms. Penner .............................. | 329 |


EXHIBITS


| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1 | Amended Notice of Deposition | 18 |
| Exhibit 2 | Expert Report, Dipak Panigrahy, M.D. | 27 |
| Exhibit 3 | Expert Report of Dipak Panigrahy, MD, dated November 30, 2025 | 30 |
| Exhibit 4 | References list | 30 |
| Exhibit 5 | Deposition of Dipak Panigrahy, MD., Zantac Litigation, dated April 25, 2022 | 36 |
| Exhibit 6 | Lockheed Order to Exclude Panigrahy | 42 |
| Exhibit 7 | 2020 Article by Samet, et al. - IARC Monographs - updated procedures for modern and transparent evidence synthesis in cancer hazard identification | 52 |

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 8 | "Use of Mechanistic Data in IARC Evaluations," by Cogliano, et al | 66 |
| Exhibit 9 | Chang, Use of Straighteners and Other Hair Products and Incident Uterine Cancer | 81 |
| Exhibit 10 | "Use of hair products in relation to ovarian cancer risk, White et al. 2021 | 108 |
| Exhibit 11 | "Hair relaxer use and risk of uterine cancer in the Black Women's Health Study," Bertrand, et al., 2023 | 114 |
| Exhibit 14 | Rule 26 Expert Report of Dipak Panigrahy, MD, Zantac Case, dated January 24, 2022 | 158 |
| Exhibit 13 | Article by Schildroth, Hair Product Use and Urinary Biomarker | 188 |
| Exhibit 16 | "Development of database on key characteristics of human carcinogens," Al-Zoughool, 2019 | 200 |
| Exhibit 17 | Expert Report of Dipak Panigrahy, MD, dated November 30, 2025 | 200 |
| Exhibit 15 | EET signaling in cancer, Panigrahy, 2011 | 204 |
| Exhibit 18 | "Tamoxifen DNA adduct formation in monkey and human reproductive organs," Hernandez-Ramon, 2014 | 212 |

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 19 | "Colony-stimulating Factor 1 receptor inhibition blocks macrophage infiltration and endometrial cancer cell proliferation," 2019 | 213 |
| Exhibit 20 | "Cancer Human Health Hazard Assessment," EPA, 2025 | 253 |
| Exhibit 21 | Krewski article, Carcinogenic Mixtures | 265 |
| Exhibit 22 | Goodson Article, Testing the Low-dose Mixtures | 278 |
| Exhibit 23 | "Using the Key Characteristics of Carcinogens to Develop Research with Supplemental," Rider | 286 |
| Exhibit 24 | "C-Reactive Protein Concentrations and Subsequent Ovarian Cancer Risk," McSorley 2007 | 290 |
| Exhibit 25 | Surgical Trauma-induced Immunosuppression in Cancer; Recent Advances and the Potential Therapies | 306 |
| Exhibit 26 | (Carcinogenesis: Failure of resolution of Inflammation," Fishbein | 312 |

P R O C E E D I N G

(Commencing at 9:23 a.m.)

THE VIDEOGRAPHER: Good morning. We're going on the record at 9:23 a.m. on February 6, 2026.

Please note that the deposition is being conducted virtually. Quality of the recording depends on the quality of the camera and Internet connection of the participants. What is seen from the witness and heard on the screen is what will be recorded. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media 1, Unit 1 of the video-recorded deposition of Dr. Dipak Panigrahy in the matter of Hair Relaxers Marketing Sales Practices and Products Liability Litigation, filed in the U.S. District Court, Northern District of Illinois, Eastern Division, Case No. 1:23-CV-00818.

The location of the deposition is 155 Federal Street in Boston, Massachusetts.

My name is Daniel Cayarga, legal video -- from Veritext, and I am the videographer. The court reporter is Darlene Coppola from the firm of Veritext. I am not authorized to administer an oath. I am not related to any party in this action nor am I financially interested in the outcome.

If there are any objections to the proceeding, please state them at the time of your appearance. Counsel and all present, including remotely, will now state their appearances and affiliations for the record, beginning with the noticing attorney.

MS. PENNER: Kimberly Penner, Shook, Hardy & Bacon, for the defense.

MR. ROCHA: Rene Rocha, Morgan & Morgan, for the plaintiffs.

MS. WINN: Jennifer Winn, Morgan & Morgan, for the plaintiffs.

THE VIDEOGRAPHER: Will the court reporter please swear in the witness, and then counsel may proceed.

DIPAK PANIGRAHY, MD,

a witness called for examination by

counsel for the Defendant, having been satisfactorily identified by the production of his driver's license and being first duly sworn by the Notary Public, was examined and testified as follows:

THE STENOGRAPHER: Thank you. You may proceed.

MS. PENNER: Thank you.

DIRECT EXAMINATION

BY MS. PENNER:

Q. Good morning, Dr. Panigrahy.

A. Yes.

Q. I'm Kimberly Penner. I'll be taking this deposition this morning on behalf of the joint defendants.

Could you please state your name and place of business for the record.

A. Yes, it's Dipak Panigrahy.

Q. And where do you work?

A. At Boston Beth Israel Deaconess Medical Center.

Q. Did you bring any papers or documents with you?

A. I have a printout of my report.
Q. That's excellent. Thank you. Is there any reason that you cannot give complete and accurate testimony to my questions today?
A. No.
Q. And I know you've done this before, but to make sure we're on the same page, if you need a break at any time, we can take a break. But if I've asked you a question, you need to answer it before we take a break; is that fair?
A. Yes. Thank you.
Q. If you answer my question, I'm going to assume you understood it, fair?
A. Yes.
Q. And you, plaintiffs' counsel, and I need to take turns talking so the record is clear, fair?
A. Yes.
Q. And plaintiffs' counsel may object to the form of my question, but you should answer it anyway unless counsel directs you not to do so; is that fair?
A. Yes.
Q. Great. We have marked as Exhibit 1

the amended notice of deposition.

(Exhibit No. 1 marked for identification.)

BY MS. PENNER:

Q. Have you reviewed this document?

A. Yes.

Q. And along with your counsel, did you comply with the demands for documents in the first exhibit?

A. Yes.

Q. And how much time have you spent preparing for the deposition to date?

A. I would say, over the last couple of days, I reread my report and a couple of publications that I cited.

Q. And approximately how many publications did you reread prepping for the deposition?

A. Probably a couple hundred.

Q. Did you meet with attorneys?

A. We talked on the phone one or two times in the past week, and then we met yesterday afternoon briefly.

Q. Okay. And what were the names of the attorneys you met with or spoke to on the phone, if you remember?
A. Rene Rocha.
Q. Did you communicate with any of the other experts for the plaintiffs in this litigation prior to finalizing your report?
A. The only expert I had contact with was Dr. Michael Crowley on a couple of Zoom calls prior to submitting my report.
Q. And were the attorneys present during those calls, or was it just you and Dr. Crowley?
A. The attorneys were present, yes.
Q. And what were the nature of those conversations?
A. It was just talking about --
MR. ROCHA: I'm just going to object to the extent that this goes into attorney-client privilege. Maybe you can reframe the question.
BY MS. PENNER:
Q. Did you rely on the discussions with Dr. Crowley to form any part of your opinions in this case?

A. No.
Q. Did you advise Dr. Crowley of any of the opinions you have formed in this case?
A. No.
Q. Since finalizing your report, have you communicated with any of the other experts for the plaintiffs?
A. No.
Q. Have you read any of the reports of the other plaintiffs' experts?
A. Yes. In the past day or two, I read a couple of the plaintiff reports.
Q. Which ones?
A. I believe it was Atwood, Crowley, and then maybe one or two other ones. I don't remember the exact names.
Q. Did you disagree with any part of the reports that you wrote -- that you read?
A. No.
Q. Your report has more than 900 references, true?
A. Correct.
Q. How many of those more than 900 references did you critically analyze to assess the methodology of the article?

MR. ROCHA: Objection to form.
A. I analyzed all the papers.
BY MS. PENNER:
Q. So you read all of the papers front to back?
A. Well, typically, as a scientist, we'll look at -- yeah, I'll look at the entire paper. I'll focus in on certain parts of the paper, but we -- as a scientist, we try to read as much as we can.
Q. And how many of those references did you critically analyze to assess the methodology used by the authors?
MR. ROCHA: Objection to form.
A. So I didn't understand the question.
BY MS. PENNER:
Q. In reading the articles that you referenced, did you attempt to assess the methodology used by the authors in those articles?
A. Yes.
Q. Okay. And that was for all 900 of them or 900-plus of them?
A. Yes, as a scientist, that's part of evaluating a paper.

Q. Okay. And did you also assess the quality of the data in all 900-plus articles?
A. Yes.
Q. And did you rely on -- withdrawn.
Were there any of those more than 900 references that you relied on solely from reading the abstract?
A. No. I get the PDF of the paper and then read through the paper, not just the abstract.
Q. And you are a medical doctor, correct?
A. Correct.
Q. Are you board certified?
A. No.
Q. And you're not an oncologist, true?
A. Correct. I'm not a clinical oncologist.
Q. So you don't treat patients with uterine cancer or ovarian cancer, true?
A. Correct.
Q. You're not an epidemiologist, true?
A. Well, I'm not -- I use epidemiology in my science practice, but I'm not a

board-certified epidemiologist.
Q. Okay. Do you have a degree in epidemiology?
A. No.
Q. Are you a certified toxicologist?
A. No, but I use toxicology principles every day in our science practice.
Q. You don't have any degrees in toxicology, correct?
A. Correct.
Q. You don't have a master's degree in any subject, true?
A. Correct.
Q. Okay. And you don't have a Ph.D., correct?
A. Correct.
Q. In the last five years have you taken any courses in epidemiology?
A. No, but I read plenty of epidemiology papers related to my science practice.
Q. In the last five years have you taken any courses in toxicology?
A. No, but it would be the same answer. I use toxicology every day in our science practice.

Q. In the last five years, have you taken any courses in study design?
A. No, but again, this is something I do every day.
Q. Okay. You received your medical degree in 1992, correct?
A. '94 actually.
Q. Oh, sorry. And you spent two years in a surgical residency?
A. Correct, yes.
Q. And another seven years as a research fellow, correct?
A. Correct.
Q. And then from 2003 to 2013, you were an instructor in surgery at Harvard Medical School?
A. Correct. Actually, I was an instructor in both surgery and pathology both but officially instructor in surgery.
Q. Okay. On your resume, it shows that you were in surgery from 2003 to 2013 and then switched to pathology in 2013 until 2014. Is that correct?
A. Correct, yes.
Q. Okay. And an instructor is not a

tenured position, correct?
A. Correct. Harvard Medical School doesn't have your traditional, quote, "tenure."
Q. Okay. And when you joined Harvard, had you applied to be considered for an assistant professorship?
A. Yes. I became an assistant professor of pathology in 2014.
Q. And had you applied to be an assistant professor when you took the job as an instructor in -- in 2003?
A. No.
Q. You had applied to be an instructor, correct?
A. Correct.
Q. And in the 10 years -- 11 years you were an instructor in either surgery or pathology, did you apply for an assistant professorship?
A. No, not till 2014.
Q. Did you have discussions with any of your supervisors as to whether you should apply for an assistant professorship?
A. No. My career at that time was based

more on science, cancer research rather than career promotion.

Q. Okay. And why did you apply to become an assistant professor in 2014?

A. By that time, I already had had two independent multimillion dollar NIH grants, and I already was running my own lab, so it made sense to apply for the position at Beth Israel Deaconess Medical Center.

And then also part of getting a position is you get a start-up package which involves -- can involve equipment and finances to help support a lab. So that's part of the reasons to also apply for the job.

Q. Okay. Have you ever applied for a promotion to associate professor?

A. Yes, because I got two recent new NIH multimillion dollar grants this past year that scored a perfect score of 1 percent, and then two years ago, that scored 4 percent, so that's my third and fourth multimillion dollar NIH grant related to cancer and inflammation, so I'm in the process of getting promoted to associate professor.

Q. When do you anticipate that promotion

to come through?

A. Probably in the next year or two. It's kind of a slow process at Harvard Medical School.

MS. PENNER: Can we move Tab 3 in as Exhibit 2, please.

(Exhibit No. 2 marked for identification.)

(Brief pause.)

MR. ROCHA: If I may.

MS. PENNER: Sure.

MR. ROCHA: We should go off the record.

MS. PENNER: Let's go off the record.

THE VIDEOGRAPHER: The time is 9:38 a.m. We're off the record.

(Recess taken from 9:38 a.m. to 9:42 a.m.)

THE VIDEOGRAPHER: The time is

9:42 a.m. We're back on the record.
BY MS. PENNER:
Q. Dr. Panigrahy, do you have Exhibit 2?
A. Yes.
Q. Okay. And that is the CV that was attached to your report, correct?
A. Yes.
Q. And research -- your research publications start on page 27 of that CV, correct?
A. I can look. I assume so. Let's see.
Yeah. Actually page 27, yes.
Q. And you have 51 publications in that section of your CV, correct?
A. Yes.
Q. Have you published any other article that belongs on this list since that CV was produced?
A. No. We're in the process of publishing new papers, but they're in -- they haven't been accepted yet.
Q. Okay. You also, then, have a second list of other peer-reviewed articles.
A. Yes.
Q. And there are 26 items on that list,

correct?
A. Yes.
Q. Are those editorials and review articles?
A. Yes. Mainly review articles.
Q. None of your research publications or other peer-reviewed publications involve hair relaxers, true?
A. That -- so some -- I have some publications that involve ovarian cancer. You know, we can get into the mechanisms. So they're related to the question I was asked.
Q. Do any of them look at exposure to chemical hair relaxers as potential causes of ovarian or uterine cancer?
A. No.
Q. And just so we've got them on the record, let's mark Tab 1 as Exhibit 4, which is your report without the references or exhibits and --
MR. ROCHA: Exhibit 3?
MS. PENNER: That's Exhibit 3, yes, correct. Sorry.

//

(Exhibit No. 3 marked for identification.)

MS. PENNER: And Tab 2, which is your reference list, as Exhibit 4.

(Exhibit No. 4 marked for identification.)

MS. PENNER: I separated them so the PDFs would be easier to open up.

But let us know, Mac, when they're there, please.

THE WITNESS: I have the printout of it, so I don't have to open the one.

MR. ROCHA: Whatever is easiest for you.

THE WITNESS: Yeah, I have the printout, so it's probably easier to go from the printout.

BY MS. PENNER:

Q. You offered an expert report in the Zantac litigation, correct?

A. Correct.

Q. And that was around 2021, correct?
A. Yes.
Q. And you offered an expert opinion that Zantac caused liver, bladder, gastric, pancreatic, and esophageal cancers, true?
A. Correct.
Q. Has your methodology changed between your Zantac report and your report that brings us here today?
A. No.
Q. And your opinion that Zantac caused those cancers was based on Zantac containing a compound called NDMA, correct?
A. Correct.
Q. And in that case, your methodology did not consider the epidemiological studies on Zantac because they were irrelevant to your opinion, true?
MR. ROCHA: Objection to form.
A. Correct.
BY MS. PENNER:
Q. And so you agree that in 2021 you formed your opinion about Zantac's human carcinogenicity without reviewing epidemiological studies using Zantac as the

exposure, correct?

MR. ROCHA: Objection.

A. In that case, the focus was the biological plausibility can NDMA cause cancer? So that was why I didn't have to consider epidemiology cases for Zantac.

BY MS. PENNER:

Q. In Zantac, was your opinion limited to whether it was biologically plausible that NDMA in Zantac could cause those five cancers?

MR. ROCHA: Objection.

A. I would have to go back and reread my report for that, but yes. That was -- my -- it was -- the question in that case was does NDMA -- is it biologically plausible that NDMA exposure could cause those cancer types?

BY MS. PENNER:

Q. So it's your testimony, as you sit here today, that you never offered an opinion that NDMA in Zantac caused liver, bladder, gastric, pancreatic, and esophageal cancers?

MR. ROCHA: Objection.

BY MS. PENNER:

Q. True?

A. I'm not sure of the question. What's the question?

Q. In the Zantac litigation, is it your testimony -- withdrawn.

Is it your testimony today that in Zantac you did not offer an expert opinion that NDMA in Zantac caused liver, bladder, gastric, pancreatic, and esophageal cancers?

MR. ROCHA: Objection.

A. As I thought I stated, my expert opinion in that case was based on the biological plausibility that NDMA could cause those cancer types.

BY MS. PENNER:

Q. Did you offer an opinion that NDMA did cause those cancer types?

MR. ROCHA: Objection.

A. I would have to go back and reread my report from five years ago and say -- look at the wording. But I do remember that -- NDMA is a very -- if we want to start talking about it, we use it in the lab. It's a very toxic carcinogenic chemical. We use to it induce liver cancer every day in my lab and many labs worldwide.

NDMA exhibits nine of the ten key characteristics that I'm sure we'll talk about today. It's a potent carcinogen mutagen clastogen, very toxic chemical that causes cancer in over 50 species of animals. So what I do remember from NDMA is that it is the gold standard to cause cancer in many experimental models. And I was asked the biological plausibility could NDMA cause those cancer types?

MS. PENNER: Move to strike as not responsive.

MR. ROCHA: Object to your motion.

BY MS. PENNER:

Q. You testified in Zantac that the epidemiological studies of Zantac would not measure the risk associated with NDMA unless those studies quantified the amount of NDMA in the product, true?

MR. ROCHA: Objection. Do you want to put his report in front of -- you're asking him questions about a report from five years ago in detail.

MS. PENNER: Yes, I am.

MR. ROCHA: So do you want to put his report in front of him so he can refresh his recollection?

MS. PENNER: No, I don't, not right now.

MR. ROCHA: You just want to have a memory test.

MS. PENNER: I do right now, yes.

MR. ROCHA: Okay.

MS. PENNER: He answered my first question just fine. So I'm seeing where we go from here.

MR. ROCHA: Your deposition.

MS. PENNER: Thank you.

A. Sorry. What was the question?

BY MS. PENNER:

Q. In Zantac, did you testify that the epidemiological studies of Zantac would not measure the risk associated with NDMA without quantifying the amount of the NDMA in the product?

MR. ROCHA: Objection.

BY MS. PENNER:

Q. Correct?

A. In Zantac, I wasn't focused on the epidemiology because we focused in on the quantification of NDMA itself rather than the Zantac epidemiology. So, again, as I said, the question was does exposure to NDMA? Can it lead to these cancer types was the question I was asked. So my focus was on NDMA rather than Zantac.

MS. PENNER: Okay. Could we move Tab 31 in as Exhibit 5, please.

(Exhibit No. 5 marked for identification.)

TRIAL TECH: It should be there now.

MS. PENNER: Thank you.

A. Yes. At the Zantac deposition?

BY MS. PENNER:

Q. Yes, please.

A. Yes.

Q. We're going to go to page 204.

MS. PENNER: My apologies. This is the Min-U-Script one.

A. I'm on 236. Did you say --

BY MS. PENNER:
Q. 204.
A. 204.
Q. And I don't know what page of the --
MS. WINN: 53 of 128.
MS. PENNER: Oh, you're good. Thank you.
A. Okay. I'm on page 52. I'm on page 52.
BY MS. PENNER:
Q. 53.
A. Oh, 53. Okay.
Q. Okay. And we're looking at the last line of page 204 on to page 205. And the question is "Okay. And so if one of the ways that ranitidine hypothetically caused cancer was through NDMA, a ranitidine study would measure that?"
Ms. Bogdan: "Object to the form."
Answer: "Not necessarily. To show it, you would have to quantify the amount of NDMA and, you know, show that -- they would have to study the NDMA in the epi study."
Do you recall being asked that question and giving that answer?

MR. ROCHA: Objection.
A. I'm still following the question. On page?
BY MS. PENNER:
Q. The last line on -- on PDF page 53. We're looking at transcript page 204, the last line.
A. My -- my 206 is on -- so my page 52 is -- goes to 205. So you're saying --
Q. There are four pages on page 53, right?
A. Yes.
Q. Okay. And the top right is page 204.
A. Yes.
Q. Correct?
A. Got it.
Q. Okay. And the last line of that is the beginning of the question, correct?
A. Okay. Yes.
Q. And the question reads, "Okay. And so if one of the ways that ranitidine hypothetically caused cancer was through NDMA, a ranitidine study would measure that?"
And there's an objection.
Answer: "Not necessarily. To show

it, you would have to quantify the amount of NDMA and, you know, show that they would have to study the NDMA in the epi study."

Do you recall being asked that question and giving that answer?

MR. ROCHA: Objection.

A. Yes.

BY MS. PENNER:

Q. Okay. And is that still your position today?

MR. ROCHA: Objection.

A. Well, what's the question? This is a case where we were looking at the quantification of NDMA through various studies like Hidajat and other studies, which I can get into, rather than the amount of Zantac.

So the question in that case was really the dose response of NDMA, and so the key papers in that case was Hidajat, for example, which quantified the amount of NDMA in different quartile systems, and I'm happy to go through the paper if we do it, but that was the context of this question.

BY MS. PENNER:

Q. Okay. In 2021, your methodological

opinion was that an epidemiological study of a product containing a mixture of compounds could not measure the risk associated with one of the compounds without knowing how much of that compound was in the product, true?

MR. ROCHA: Objection.

A. It comes back to the -- it's biologically gradient. So we talk about dose response, and that can be the amount. It can be frequency of exposure. There's different ways, as a scientist, we look at gradient and biological dose response.

And so in this case, the Hidajat was one of the studies that had quantified the amount of NDMA exposure in different quartiles.

So my methodology hasn't changed, if that's the question.

BY MS. PENNER:

Q. Your opinion and testimony at that deposition that Zantac caused liver, bladder, gastric, pancreatic, and esophageal cancers were excluded by the federal court judge, true?

MR. ROCHA: Objection to form.

A. My understanding is my part was not excluded. My part was focused on the biological plausibility of NDMA causing those cancer types, and that wasn't -- from my understanding, that was never questioned.
BY MS. PENNER:
Q. Okay. In 2024 in a litigation against Lockheed, your expert opinion that seven compounds caused eight types of cancer was excluded, true?
MR. ROCHA: Objection.
A. My understanding is that case is in review. It's ongoing.
BY MS. PENNER:
Q. But there was an opinion at the district court level that your expert testimony would be excluded from any trial, correct?
A. Yeah. My understanding is that's under appeal, and it's currently being evaluated.
MS. PENNER: Let's move Tab 30 in as Exhibit 6.

//

(Exhibit No. 6 marked for identification.)

MR. ROCHA: It will come up momentarily. It just came in, I think.

(Brief pause.)

BY MS. PENNER:
Q. We've marked as Exhibit 6 a 2024 order excluding your testimony, and we're looking at page 6, and the last paragraph says, "Here, there is no question that Dr." --
A. I don't have it yet.
Q. Okay. You have to refresh your screen, the little circular arrow.
A. I don't want to close it by accident. How do I refresh?

(Brief pause.)

MS. PENNER: Can we go off the record, please?
THE VIDEOGRAPHER: The time is 9:59 a.m. We're off the record.

(Recess taken from 9:59 a.m.
to 10:01 a.m.)

THE VIDEOGRAPHER: The time is 10:01 a.m. We're back on the record.

BY MS. PENNER:

Q. Okay. Dr. Panigrahy, Exhibit 6 is the 2024 order excluding your testimony, and on page 6 of that exhibit, the second to the last paragraph, the court said, "Here, there is no question that Dr. Panigrahy extensively plagiarized his report. (See generally Doc. 136-4) (color-coding hundreds of pages of report lifted directly from IARC's Monographs and its sources). A side-by-side comparison speaks for itself."

True?

MR. ROCHA: Objection.

A. So in this report, I cited hundreds of publications, and this is not my understanding. I cited -- in between the primary report and my rebuttal report, follow-up reports, I had hundreds of publications that I cited.

BY MS. PENNER:

Q. Do you agree that the court finding is factually correct?

MR. ROCHA: Objection.

A. My understanding is that this is under appeal.

BY MS. PENNER:

Q. Is it your testimony under oath today that the court finding that your report contained verbatim copies of IARC monographs is factually incorrect?

MR. ROCHA: Objection.

A. I included the references of those reports as well as original publications of those reports.

BY MS. PENNER:

Q. You also included verbatim copies of the text of those reports, correct?

MR. ROCHA: Objection.

A. As I said, it's my understanding that I cited all the references. I cited the IARC document.

BY MS. PENNER:

Q. Is it your testimony that you did not -- that your -- withdrawn.

Is it your testimony, as we sit here today, that you did not -- that your report did not contain verbatim copies of IARC monograph texts?

MR. ROCHA: Objection. Asked and answered.

A. As I said, I cited these reports and documents, and, in fact, I formulated my own opinions that were independent of the IARC documents as the hundreds of references and my follow-up reports in this case attested to.

BY MS. PENNER:

Q. So you are refusing to answer the question as to whether or not your reports contained verbatim copies of IARC text; is that true?

MR. ROCHA: He provided you the same answer to the same question twice, and this is the third time you're asking, so I'm going to object to that.

A. As I said, I've cited hundreds of publications in the report and importantly is that my opinions in the reports and the follow-up opinions were independent of the IARC document.

BY MS. PENNER:

Q. If we go to page 10 of Exhibit 6, first full paragraph, it says, "Again, the court could end there. But the report gets worse because Dr. Panigrahy did not just lift from IARC without alteration. Rather several times, he copied lengthy paragraphs from IARC verbatim but conveniently left out sentences in which IARC urged caution about the limitations of its findings, misleadingly presenting the science as more definitive than it actually is."

Do you agree that this finding is factually correct?

MR. ROCHA: Objection.

A. No. As I said, this is very misleading because in the report of the hundreds of references that I put, my opinion was actually different from IARC.

So I formulated my own opinions where actually the cancer types and those chemicals in my analysis was different from the IARC conclusion. So I formulated my own opinions that were based on hundreds of references, and a follow-up report that I did also attested to

that.

The important thing is that I formulated my own opinions that were actually different from IARC.

BY MS. PENNER:

Q. Your report in this litigation also contains multiple instances of verbatim quotations from your sources without quotation marks, true?

MR. ROCHA: Objection.

A. As I said, I cited hundreds of publications where -- where I had reviewed before.

BY MS. PENNER:

Q. Your report in this litigation also contains multiple instances of you leaving out key phrases from sentences you copied to make the evidence seem more definitive, true?

MR. ROCHA: Objection.

A. I included references whether they were positive or negative. As a scientist, having over a thousand references in this particular report and the follow-up report, many of the references I included as a scientist the data whether it was positive or

negative.

So I didn't cherry-pick the publications. That's something, as a scientist, we don't do.

BY MS. PENNER:

Q. The development of cancer involves multiple mutations in a single cell, true?

A. Correct.

Q. Not all DNA damage results in a mutation, true?

A. Correct.

Q. Each of our cells undergoes DNA damage or replication errors many times during the life of the cell, true?

A. Yes.

Q. Humans have robust DNA repair systems, true?

A. Yes.

Q. Not all mutations are caused by exposure to exogenous carcinogens, true?

A. Correct.

Q. Not all substances that show mutagenic activity in vitro are also human carcinogens, true?

A. Yes, but most substances that are

either mutagenic or genotoxic have a high probability of causing cancer.
Q. Not all substances that show carcinogenicity in animals are also human carcinogens, true?
A. There's about a 74 percent concordance rate that if a chemical causes cancer in animals, it's more likely than not, and papers, I've used the number 74 percent will cause cancer in humans.
Q. You agree that there is no known human carcinogen that causes every kind of cancer, true?
A. Correct.
Q. Normal cellular functions create reactive oxygen species, true?
A. Correct. That's part of what I -- part of the key characteristics we can get into.
Q. Okay. Normal cellular functions cause oxidative stress, true?
A. Yes.
Q. Normal cellular functions create formaldehyde, true?
A. Yes.

Q. Normal cellular functions create epigenetic changes in the cell nuclei, true?
A. Correct.
Q. Immunosuppression by itself does not cause cancer, true?
A. Yes. We can go through this, but that's why, as a scientist, we consider all the totality of the evidence, the human studies, the key characteristics, the animal studies.

(Brief pause.)

MS. PENNER: Please put yourselves on mute.
BY MS. PENNER:
Q. Okay. You agree that not all immunosuppressive drugs are known to be human carcinogens, true?
A. Correct, yes.
Q. Chronic inflammation by itself does not cause cancer, true?
MR. ROCHA: Objection.
A. Correct, and there's nowhere in my methodology where I consider each of these key

characteristics alone.

Q. Cell proliferation alone does not cause cancer, true?

A. Well, it's a hallmark of cancer. It's a key characteristic, and we can talk about it in the context of the various key characteristics and cancer in general.

Q. Cell proliferation alone does not cause cancer, true?

A. Correct. And this is an important point, that cancer has -- if we get into the human carcinogens, there's multiple mechanisms. There's not one mechanism how carcinogens cause cancer.

Q. Cellular proliferation in the human breast caused by pregnancy and breastfeeding is protective against breast cancer, true?

A. Correct.

Q. Not all mutations cause cancer, true?

A. Correct.

Q. Okay. On page 10 of your report, you discuss the International Agency for Research on Cancer, or IARC, and in the middle of the first paragraph, you say, "For nearly 50 years, the monographs program of the IARC has

been a premier global research -- resource for identifying agents that can cause cancer. The IARC monographs embody principles of scientific rigor, impartial evidence (free of financial conflict of interest), transparency, and consistency."

And you give Reference No. 4 for both of those sentences, true?

A. Yes.

MS. PENNER: Let's move Tab 18 in as Exhibit 7.

(Exhibit No. 7 marked for identification.)

BY MS. PENNER:

Q. Exhibit 7 is a 2020 article by Samet, et al., and that is your Reference No. 4, correct?

A. Yes.

Q. And if we turn to page 31 of that article, near the top of the first column, Samet, et al., says, "The IARC monographs" --

A. Wait. Hold on. I'm still getting to --

Q. Oh, sure.
A. Sorry.
Okay. I'm on 31, yes.
Q. Okay. And the very first sentence says, "For nearly 50 years, the monographs program of the International Agency for Research on Cancer (IARC) has been a premiere global resource for identifying agents that can cause cancer."
That language appears in your report, correct?
A. Correct.
Q. And if we skip to the next paragraph, Samet et al., say, "More than 1,000 agents have been evaluated in the monographs program."
Withdrawn.
Skip two paragraphs.
"The IARC monographs embody principles of scientific rigor, impartial evaluation, transparency, and consistency."
That language appears in your report, correct?
A. Yes.
Q. You don't have quotation marks around

either of those sentences, correct?
A. Those are important concepts of IARC that I wanted to -- and I cited the IARC document. They're not my own opinions.
Q. Is it factually true that that language appears in your report without quotation marks?
A. Yes.
Q. Okay. In the same paragraph of your report, you state, "I use a similar methodology in determining cancer causation in my impartial evaluation in this case."
True?
A. Yes. What page are you on?
Q. We're on page 10 of your report.
A. Yes.
Q. Okay. And for how long have you used that methodology?
A. For my whole scientific career, so probably since 1990.
Q. In the next paragraph of your report, you say, "The preamble to the IARC monographs was recently updated based on the recommendations of a 2018 advisory group," and you give References 4 and 11.

A. Sorry. Which page are you on?
Q. I am on page 10 of your report. I think it's the next paragraph after the one we've been talking about.
A. Yes. Which -- what was --
Q. It says "the preamble to the IARC monographs."
A. Yes.
Q. Okay. And you say it "was recently updated based on the recommendations of a 2018 advisory group."
A. Yes.
Q. And you gave References 4, which is the Samet article, correct?
A. Right.
Q. And 11, which is the IARC Preamble?
A. Right.
Q. Is that right?
A. Yes.
Q. Okay. And you then continue on in your report to say "which included strengthened systematic review methodologies with a greater emphasis on mechanistic evidence based on key characteristics of carcinogens and a single-step process of

integrating evidence on cancer in humans and cancer in experimental animals to achieve overall evaluations."

And, again, you give Reference No. 11, which is the IARC preamble, correct?

A. Yes.

Q. And if we go back to Exhibit 7, the Samet article, in the abstract, on page 1, it says, "The preamble to the IARC monographs, which outlines these procedures, was updated in 2019 following recommendations of the -- of a 2018 expert advisory group," and that's what you were discussing in your report, correct?

A. Correct.

Q. And, in fact, you used the same language, correct?

A. Yes. These are important concepts that I cited the IARC document.

Q. Is it your testimony that you -- is it your testimony that it is not plagiarism to copy and paste language from an article without the use of quotation marks so long as it is an important concept?

MR. ROCHA: Objection.

A. No. I cited the IARC -- in fact, I

cite over 20 publications that are related to IARC throughout the manuscript giving credit to IARC, and I included important concepts of IARC in my -- in my report.

BY MS. PENNER:

Q. Is it your testimony that you did not commit plagiarism in this report?

MR. ROCHA: Objection.

A. Correct, yes. I cited the publications, and the important concepts, I cited the IARC preamble, and I actually cited multiple IARC documents later on and publications that were related to IARC.

BY MS. PENNER:

Q. So continuing on in the abstract of the Samet article, the language appears, "The advancements adopted include the strengthening of systematic review methodologies, greater emphasis on mechanistic evidence based on key characteristics of carcinogens."

And those are important concepts that you included in your report, true?

A. Correct. And also I'll say that these are concepts that it's very hard to reword in my own language because these are IARC

concepts that are very important, and I wanted to get it right. So that's why I cite the IARC preamble. I cite Cogliano, and I cite Samet, and I cite multiple IARC documents.

Q. You do have quotations in your report that you identify with quotation marks, correct?

A. Correct.

Q. If we continue with the Samet article sentence, one of the advancements that they list was "greater consideration of quality and informativeness in the critical evaluation of epidemiological studies, including their exposure assessments methods."

A. Yeah. Where -- where are you reading?

Q. I'm in Samet, the Exhibit 7.

A. Okay. What page are you --

Q. The abstract.

A. Okay.

Q. It's the same sentence we've been discussing where it's discussing the advancements of the IARC methodology, and after they say "key characteristics," they say "greater consideration of quality and informativeness in the critical evaluation of

epidemiological studies, including their exposure assessment methods improved harmonization of evaluation criteria for the different evidence streams."

Your report does not include that language, true?

A. My report includes later on -- I'm not sure of the question. I talk about epidemiological studies, human evidence, animal evidence, mechanism. In fact, an important part of why -- and I can get into why I was at IARC in 2023. The important concept here is that mechanistic studies are very important in evaluation of cancer hazards, so does a substance cause cancer or not.

Q. You quoted the language without quotation marks about greater emphasis on mechanistic evidence based on key characteristics of carcinogen because it was an important concept from the Samet article, correct?

A. Correct.

Q. In the same sentence, the Samet article discusses consideration -- greater

consideration of quality and informativeness. You did not put that phrase into your sentence.

MR. ROCHA: Objection.

BY MS. PENNER:

Q. Correct?

MR. ROCHA: Mischaracterizes evidence.

A. So as a scientist, I evaluate papers -- and we should probably just go back to the two questions I was asked if we want to state the questions I was asked. And as a scientist, I'll evaluate publications based on the questions I was asked.

As a scientist, I'm not going to include the entire publication of every 900 publications that I cite. You evaluate the important concepts.

So maybe now is a good time. If you want, I can talk about the questions I was asked in this case. And the relevance of this one publication is that IARC decided in the past ten years are that mechanistic studies are a very important part of analysis of cancer hazards is can a substance cause cancer

or not?

BY MS. PENNER:

Q. Does your methodology require consideration of quality -- withdrawn.

Does the methodology you used to form the opinions in this report include the consideration of the quality and informativeness in the critical evaluation is of epidemiological studies?

A. Yes, that's --

Q. I'm sorry. Go ahead.

A. Sorry. Yes.

Q. And does the methodology you used in this report require critical evaluation of the exposure assessment methods used in those epidemiological studies?

A. Yes, absolutely. And I talk in my report we can get into the epidemiology studies of the frequency of exposure of hair relaxers and, in general, how we determine in cancer causation, dose response, biological gradient, and exposure.

Q. Evaluating a mixture's carcinogenic potential requires determining whether each ingredient reaches the target organ, true?

A. Could you repeat that.
Q. Evaluating the carcinogenic potential of a mixture requires determining whether each of ingredients reaches the target organ, true?
MR. ROCHA: Objection.
A. Not necessarily, no.
Many -- I can get into that if you want.
BY MS. PENNER:
Q. No. We'll talk about it later. I've got plenty of questions for you, Doctor.
A. I figured.
Q. You did not evaluate the extent to which any of the ingredients you claim to be in hair relaxer products are absorbed through the scalp, true?
MR. ROCHA: Objection.
A. I'm sorry. Can you repeat that.
BY MS. PENNER:
Q. In formulating the opinions in your report, you did not evaluate the extent to which any of the ingredients you claim to be in hair relaxer products are absorbed through the scalp; is that true?
MR. ROCHA: Objection.

A. No, that's not true. I looked at -- there are papers -- and we'll get into it I'm sure -- that many of the chemicals in hair relaxers are in the tumor tissue, are in the blood, are in the urine.

And we can get into the seven of ten key characteristics that are important in the mechanism studies in conjunction with the epidemiology and as well as animal studies. I'm sure we're going to get into four of these chemicals actually cause the uterine and ovarian cancer in animals.

BY MS. PENNER:

Q. And in formulating the opinions in your report, did you -- withdrawn.

In evaluating those studies of compounds in urine or tumor tissue, did you determine whether those compounds were traceable back to hair relaxer products?

A. We can get into specific papers in papers such as Schildroth, where the EDCs were in the urine was from a hair products. Certain of the papers will measure -- will give the hair -- will analyze the hair products either themselves or in the various

tissues. We can go paper by paper, depending.

Q. So your analysis of the Schildroth paper is that you can trace the compound from the urine back to the hair relaxer product to the -- back to the chemical hair relaxers to the exclusion of any other personal care product?

MR. ROCHA: Objection to form.

A. I would have to look at the particular paper --

BY MS. PENNER:

Q. Okay.

A. -- of the exact thing.

But the important thing is that the hair relaxers in general not only increase the level of these chemicals in the tumor tissue and the blood and the urine, but as a cancer biologist, what was really concerning is that it correlates with how aggressive the cancer is. And we can go into specific papers, Zheng et al., where the -- for example, the amount of phthalates in the urine actually will correlate with how aggressive the ovarian cancer was.

So it wasn't just that it was

detectable. It actually relates to the aggressiveness of the cancer.

MS. PENNER: Move to strike as not responsive, and I've got questions on Schildroth later, so we'll look at the paper.

MR. ROCHA: Objection to the motion.

BY MS. PENNER:

Q. Going back to page 10 of your report, about the middle of it, you say, "Carcinogenic identification involves the joint consideration of human epidemiological studies, cancer bioassays, and mechanistic and other relevant data to determine whether an agent can increase the risk" --

A. I'm sorry. Which paragraph?

Q. -- "of cancer in humans."

The middle paragraph on page 10.

A. Oh, yes.

Q. You've got it?

A. Yes.

Q. And you identify Reference No. 5, true?

A. Yes.

Q. And that sentence is copied directly

out of Reference No. 5, true?
A. I would have to look at Reference 5.
MS. PENNER: Let's move Tab 19 in as Exhibit 8.

(Exhibit No. 8 marked for identification.)

BY MS. PENNER:
Q. Exhibit 8 is a review article entitled "Use of Mechanistic Data in IARC Evaluations," by Cogliano et al.
Do you have Exhibit 8?
A. Yes.
Q. And is that your Reference No. 5?
A. Yes. I can check, but that should be, yes.
Q. And the first sentence under the introduction is the language that I just read from your report, correct, starting "carcinogenic identification"?
A. Yes.
Q. And you relied on this document, correct, on Exhibit No. 8?
A. Correct, yes. And what's important

too is I don't -- even though we cite, as a scientist, one reference in a particular sentence, I actually cite over 15 IARC publications in this report.

So, in general, when you read a section, you're not only citing that one sentence, you're citing multiple references that are related to this.

Q. There are times in your report where you do, in fact, give multiple references for a statement, correct?

A. Yes.

Q. You did not here, correct?

A. Correct.

Q. And that's because you just took the language directly out of this one article, correct?

MR. ROCHA: Objection.

A. The important concepts here I wanted to get, these are IARC principles that I was citing in a section under IARC. So I got the important concepts, epidemiology studies, cancer bioassays, and mechanistic studies. And I go later on, and I cite Reference 6, 7, later references 9 and 10. I'm not

just citing -- in this section, I have multiple IARC references.
BY MS. PENNER:
Q. In Exhibit 8 the authors are actually at IARC, correct?
A. Yes.
Q. You would consider this article to be authoritative, correct?
MR. ROCHA: Objection.
A. All the publications I cite as a scientist, I look critically.
BY MS. PENNER:
Q. Do you consider this article to be authoritative?
MR. ROCHA: Objection.
A. In general, yes.
BY MS. PENNER:
Q. And on page 103, which is page 4 of the PDF, there is a heading that says "Consideration of Mechanistic Data in IARC's Classification System."
Do you see that?
A. My PDF isn't numbered in pages but -- oh, is it 104?
Q. 103. It's got a chart.

A. Yes, got it.
Q. Multicolored chart up at the top.
A. Got it.
Q. In the second column, the first full paragraph starts with "There is an implicit trade-off."
A. Which -- yes. Okay. Yes.
Q. And the full sentence reads, "There is an implicit trade-off between the strength of the evidence in humans and the strength of the mechanistic data needed. The weaker the evidence in humans, the stronger the mechanistic data must be to warrant a classification in Group 1."
Do you see that?
A. Yes, yes.
Q. Group 1 for IARC is known to be carcinogenic in humans, true?
A. Yes.
Q. And the next paragraph down at the bottom starts with, "If the mechanistic evidence is strong but does not include studies in exposed humans, then such evidence will not suffice to place an agent in Group 1."

Do you agree with that statement?
A. Yes. And NDMA is a great example of Group 2A, where there was very strong mechanistic evidence. There was compelling animal evidence but no human evidence, and so IARC classified NDMA as a Group 2A probable human carcinogen.
Q. Studies in -- studies in exposed humans does not include in vitro studies in human cell cultures, true?
A. Just see -- where are you?
Q. I'm not reading that. I'm just asking.
A. I'm sorry. What was the question?
Q. My question is that studies in exposed humans required by IARC did not include in vitro studies in human cell cultures, true?
A. Correct.
Q. Is it your opinion, to a reasonable degree of medical certainty, that use of chemical hair relaxers' products causes uterine cancer?
A. Can you repeat the question.
Q. Is it your opinion, to a reasonable degree of medical certainty, that use of

chemical hair relaxers' products causes uterine cancer?

A. Yes.

Q. Is it your opinion -- withdrawn.

Do you have an opinion on the relative risk of uterine cancer from chemical hair relaxers' products?

A. So this is where I have to -- the question -- I was asked two questions in this case. One, is it biologically plausible that there's an association between hair relaxers and uterine and ovarian cancer? That was question one.

Question two, is it more likely than not that hair relaxers can cause -- that hair relaxers cause ovarian and uterine cancer.

A. So the answer to my question, which was do you have an opinion on the relative risk of uterine cancer from chemical hair relaxers' products, is no, correct?

MR. ROCHA: Objection. Mischaracterizes the testimony he literally just gave.

A. So what I answered in my report and the question I was asked is it more likely

than not that exposure to hair relaxers causes ovarian or uterine cancer, and is it biologically plausible that this association of hair relaxers and uterine and ovarian cancer, is it biologically plausible? So those were the two questions I was asked.

BY MS. PENNER:

Q. And you did not formulate any other opinions, correct?

A. There's a couple of opinions I believe I have in the beginning of my report, but those are the two main questions that I answered.

MR. ROCHA: We've been going over an hour. If we're switching gears, this might be a good time to take a break.

MS. PENNER: It's a fine time.

THE VIDEOGRAPHER: The time is 10:36 a.m. We're off the record.

(Recess taken from 10:36 a.m. to 10:54 a.m.)

THE VIDEOGRAPHER: The time is 10:54 a.m. We're back on the record.

BY MS. PENNER:

Q. We're back.

So do you have an opinion as to the minimum number of times a woman needs to use a chemical hair relaxer to increase her risk of uterine cancer?

A. No.

Q. Do you have an opinion as to how many times a woman needs to suffer burns from chemical hair relaxers to cause uterine cancer?

A. No.

Q. Is it your opinion as a physician that women should not -- women should stop using chemical hair relaxers because of an increased risk of uterine cancer?

A. As I said in this case, I was asked that question, Is it more likely or not, do these hair relaxers increase the risk or cause ovarian or uterine cancer? And so based on my conclusions from all the evidence, I would say, yes, that women should not -- what was the question?

Q. Not use chemical hair relaxers?

A. Correct.

Q. Do you have an opinion as a physician that chemical hair relaxer products should be removed from the market because of an increased risk of uterine cancer?
A. Yes.
Q. And is it your opinion that chemical hair relaxers should be removed from the market?
A. I would say, based on the evidence that I reviewed, on the human evidence, on the mechanistic studies, and the animal studies, that this class of compounds, the hair relaxers -- chemical hair relaxers can more likely than not cause uterine or ovarian cancer, and it is biologically plausible.
Q. Okay. Do you have an opinion as to the minimum number of times a woman needs to use chemical hair relaxer products to increase her risk of ovarian cancer?
A. No.
Q. Do you have an opinion as to how many years a woman needs to use chemical hair relaxer products to increase her risk of ovarian or uterine cancer?
A. No.

Q. Do you have an opinion as to how many times a woman needs to suffer burns from chemical hair relaxers to cause ovarian cancer?

A. We can get into the epidemiology studies that group women into frequent, four times a year versus less frequent versus light users and no users, and we can get into the mechanistic data.

Q. Have you formed an opinion, as a physician, as to how many times a woman should have -- needs to suffer from burns from chemical hair relaxers to cause ovarian cancer?

A. So as I wrote in my report, wounding and burns is a risk factor for cancer development, and I went through the mechanisms in my report.

And we can get into it. That's one of harmful toxic mechanisms of chemical hair relaxers. By their very nature they can induce wounding and, in fact -- and I can get into this later. I gave a whole lecture at UCSF on wounding is a risk factor for cancer.

Q. Is it your opinion that chemical hair

relaxers cause ovarian or uterine cancer solely through wounding of the scalp?

A. Not -- not only wounding. As I go through in my report that -- and we can get into the key characteristics and the mechanisms.

Many of these chemicals in the hair relaxers have at least on average six or seven key characteristics, including genotoxicity, chronic inflammation, oxidative stress, proliferation, and these mechanisms can synergize in addition to the wounding that can happen from the chemical hair relaxers.

Q. So if I understand your opinion, the mere fact of causing a chemical burn is not sufficient -- withdrawn.

Is it your opinion, to a reasonable degree of medical certainty, that suffering a chemical burn from use of hair relaxers is sufficient to cause cancer -- uterine or ovarian cancer by itself?

MR. ROCHA: Objection.

A. No, I wouldn't say that wounding alone, that itself. When I say wounding is a risk factor for cancer -- and we can get into

what that -- what a risk factor versus causation means.

And as I said, there's a whole field on -- in fact, some of the papers I cite are -- the title is wounding the -- "Cancer, a dark edge of wounding," for example. And I cited and I have in my report several papers that support that wounding is a risk factor for cancer, but nobody would say that wounding itself causes cancer.

It's a risk factor, and I can get into the differences between causation and a risk factor.

BY MS. PENNER:

Q. Is it your opinion that the risk of developing uterine cancer -- well, withdrawn.

Is it your opinion that the relative risk of uterine cancer from ovarian cancer -- withdrawn.

Screwing up this question.

Is it your opinion that the relative risk of developing uterine cancer from hair relaxer products is greater or less than the relative risk of developing ovarian cancer from hair relaxer products?

MR. ROCHA: Objection. Form.
A. Wait. Just so I understand the question...
BY MS. PENNER:
Q. Is it -- well, let me state it again.
It's your opinion that chemical hair -- use of chemical hair relaxers causes uterine cancer, correct?
A. More likely than not and biologically plausible.
Q. And it's your opinion that use of chemical hair relaxers can cause ovarian cancer, correct?
A. More likely than not and biologically plausible, yes.
Q. Is there any difference in the relative risk caused by hair relaxers between the two cancers?
A. That wasn't a question I was posed, and I didn't -- I didn't scientifically look into comparing the risk factor of -- you're asking is it more likely that one tumor type than the other tumor type?
That wasn't the question I was asked, so I focused in on hair relaxers as a class of

compounds that turns out contain these -- and we can get into carcinogens and EDCs and a very harsh mechanism that injures the body, and my task was is there -- was either cancer biologically plausible or more likely than not from the hair relaxers?

Q. Okay. On page 26 of your report, you have a section evaluating the hair relaxer epidemiology, correct?

A. Yeah. It looks like 27.

Q. Okay. Is consideration of the hair relaxer epidemiology an important part of your methodology in this case?

A. Yes. As I state in my report, as a scientist who evaluates cancer causation, we looked at the totality of the evidence, and that includes epidemiology, mechanistic studies, and animal studies.

Q. Would you consider your methodology to be complete without consideration of the hair relaxer epidemiology?

A. The hair relaxer epidemiology is an important part of it. It's -- as I wrote in my report, it's a one-step analysis where we consider epidemiology, mechanistic studies,

and animal studies.

Q. If you came to the conclusion that the hair relaxer epidemiology for uterine cancer and ovarian cancer did not establish valid associations, would it change your opinion?

MR. ROCHA: Objection. Form.

A. Well, as I mentioned before, there are categories where if there was not strong epidemiology, which in this case we have compelling epidemiology, and we can get into each case paper by paper, but as I gave an example, NDMA is a good example of where there was no human epi, but based on mechanistic studies and compelling animal studies, IARC had classified NDMA as a probable Group 2A carcinogen based on without epi.

And, in fact -- and I cite this in my report -- there are cases just based on mechanism alone where you can classify something as a Group 2B possible carcinogen, but in this case, we really have compelling epidemiology, mechanistic studies, and animal studies.

MS. PENNER: Let's move Tab 49 as -- into Exhibit 9.

(Exhibit No. 9 marked for identification.)

THE WITNESS: I don't have a link yet.

MS. PENNER: I don't either.

(Brief pause.)

MS. PENNER: Mac, are you there?

TRIAL TECH: Yes.

MS. PENNER: Okay. We still don't have Exhibit 9.

TRIAL TECH: Exhibit 9? What tab?

MS. PENNER: The tab is 49.

(Brief pause.)

TRIAL TECH: Check now.

MS. PENNER: Yes, thank you.

BY MS. PENNER:

Q. All right. We've marked as Exhibit 9 a 2022 study by Chang et al., entitled "Use of

Straighteners and Other Hair Products and Incident Uterine Cancer."

This is one of the studies you reviewed for your report, correct?

A. Correct.

Q. Okay. In your opinion, this study provides strong evidence of causation, correct?

A. Correct.

Q. Okay. And only 7.4 percent of the participants in this publication were Black, true?

A. Correct.

Q. And about -- a little more than 85 percent of the participants were white, true?

A. Correct.

Q. And that's a publication from a larger cohort study known as the Sister Study, correct?

A. Yes, this was a group of NIH investigators.

Q. And the exposure used in this study that's relevant to our case was hair relaxers, hair straighteners, or pressing products,

true?

A. Correct.

Q. And data on the use of these products were collected from each participant only once during the study, correct?

A. Correct.

Q. Okay. And the data on these products was limited to use within the prior 12 months, correct?

A. Correct.

Q. The only dose response that this publication could measure was the number of uses in that 12-month period, true?

A. Yes. It was a frequency for more versus less.

Q. According to Table 2, there were 38 cases of uterine cancer among the ever users of hair relaxers, hair straighteners, or pressing products, true?

A. Yes.

Q. Okay. And we don't know which, if any, of these women were using pressing products, true?

A. Correct.

Q. And that means we don't know which, if

any, of these women were using flat irons, true?

A. Correct, and as the author stated, that, if anything, would underestimate the risk of uterine cancer from this study.

Q. Okay. You can't tell me whether any of these women were using flat irons with daily hair-use products, true?

A. Correct.

Q. And you can't tell me whether any of these women were having Brazilian straightening treatments, true?

A. Correct.

Q. And you can't tell me whether any of these women were using keratin treatments, true?

A. Correct, but as I stated, that the fact they included the hair pressers, the authors themself state in related publications that this likely underestimates the risk in this -- that they found in this study, which was significant, over twofold increase risk with frequent use of the hair straighteners.

Q. Is it your testimony that there is no risk of uterine cancer from the use of hot

combs with a daily use hair product?
A. I would have to look at the table for that particular product.
Q. Well, hot combs are in the relaxer category, right?
They would be flat irons. Hot combs, would be pressing products, correct?
MR. ROCHA: Objection.
A. So the important part -- and I'm looking now at Table 3, which is "straighteners, relaxers, or pressing products' frequency in the past 12 months prior to baseline" -- greater than four times had a 2.5 increase risk, which is over twofold increase, while less than four times was 1.20.
So that was an increase -- a smaller increase. And what was important here is that you have a significant increase risk in this class of straighteners, relaxing, or pressing products.
Q. Do you know how many of the women using hair relaxers, hair straighteners, or pressing products were using keratin treatments?
A. I would have to look in the paper if

they mention that. I don't believe so.

Q. Can you tell me whether any of these women were having Japanese hair-straightening treatments?

A. Again, I would have to look in the method section how they classified the people.

Again, the take-home message from this was as a class of chemicals -- hair relaxer chemicals, that there was a statistically significant over twofold increase of risk of getting uterine cancer, and what was especially compelling here is you have what we call a biological gradient, which is the increased risk with a higher dose.

Q. How many of the ever users of hair relaxers, hair straighteners, or pressing products who had uterine cancer were using alkaline chemical hair relaxer products?

MR. ROCHA: Objection.

A. I'm not sure if I follow that.

BY MS. PENNER:

Q. Can you tell me how many of the 38 cases of uterine cancer among the ever users of hair relaxers, hair straighteners, or pressing products were using alkaline chemical

hair relaxers?

MR. ROCHA: Objection to form.

A. I would have to look in the methods, but in general these are -- as a class of compounds they are -- they have a high pH, and by their definition of how they work is that they increase the pH and break the disulfide bond, so likely these are -- this is a class of compounds that the mechanism of action is that they increase the pH, break the disulfide bond, and they're very harsh.

Q. Are you familiar with Brazilian hair-straightening treatments?

A. Yes.

Q. Brazilian hair-straightening treatments do not use alkaline chemicals, correct?

A. Yes. That's been controversial because they had formaldehyde and formaldehyde pressors, so my understanding is that type of hair product has been removed from the market, or if it had formaldehyde in it, it's been cautioned against using that.

Q. Do you know for a fact that none of the women in this study who were users of hair

relaxers, hair straighteners, or pressing products did not use Brazilian straightening treatments?

MR. ROCHA: Objection.

A. That's really not -- the point of this publication is that as a class of chemical straighteners, relaxers, or pressing products, that there was an increase -- a significant increased risk of uterine cancers.

And, if anything, I have to say, as a cancer biologist, if anything, because this followed women for around ten years, cancer -- with cancer latency, that typically epidemiology studies that are less than 20 to 30 years underestimate the risk of cancer.

That and the fact that this was a 10-year follow-up study, and that, along with what the authors themselves said, that the pressing products likely underestimated the risk because they don't give the harsh alkaline treatment that straighteners and relaxers do, so even authors themselves said that likely this increased risk was underestimated.

BY MS. PENNER:

Q. Are you familiar with Japanese hair-straightening treatments?
A. I believe I've -- I remember reading about them.
Q. Okay. Are you familiar with cold wave hair-straightening treatments?
A. I think in my readings I've read about them.
Q. Okay. Those do not belong to the class of alkaline chemical hair relaxers, true?
A. I can't recall those specific ones, but as a class, hair straighteners and relaxers, we can get through how they work, and part of it is that they have an in general high alkaline pH that is very harsh and can introduce tissue damage along with the chemicals that are inside the hair relaxers, which we can get into, which are toxic, which are carcinogens, which are EDCs.
Q. If every one of the women in this study who were users of hair -- who had ovarian -- withdrawn.
If every one of the 38 cases of uterine cancer among the ever users of hair

relaxers, hair straighteners, or pressing products had used a Brazilian straightening treatment, this study doesn't tell us anything about the risks of alkaline chemical hair relaxers, true?

MR. ROCHA: Objection.

A. No. As I said before, as a class of compounds, straighteners, relaxing -- by definition, how they work is that they induce tissue damage with a high-alkaline pH, and they consist of these chemicals that I analyzed.

And I can get into various depositions and reading and papers I cited, how we know that these relaxers have these chemicals.

The other thing, since you're mentioning NF 38, part of epidemiology studies really -- not only did I say that you need to go in general 20 to 30 years, but you need large numbers with these cancers that are less common such as ovarian cancer and uterine cancer. You typically need hundreds of women.

So that's even a more compelling reason why this study was likely underestimating the true risk of this class of

compounds, straighteners, and relaxers and uterine cancer.

BY MS. PENNER:

Q. Are you an epidemiologist?

A. As I said before, I helped design -- I'm not a board-certified epidemiologist, but part of what I do as a cancer biologist, and I can get into, I've helped develop new treatments for people who are dying of ovarian cancer, uterine cancer.

And actually I'll just mention ovarian cancer is personal to me because my mom passed away in 2017. So we have an entire publication, high-impact paper, dedicated to the mechanisms of how ovarian cancer is initiated and stimulated.

And so part of when we publish high-impact papers, we need to know. Designing human studies is something I work with the clinical oncologist in doing and designing clinical development.

Q. Sorry for your loss.

A. Thank you. Thank you.

Q. This study, talking about the Chang uterine cancer paper, showed no association

between use of hair relaxers, straighteners, or pressing products and premenopausal cases of uterine cancer, true?

A. Correct. And that comes back to where I mentioned, if you don't have a certain number of people in a study group, likely it's hard to see differences. That's why typically in cancer epidemiology studies, we like to have hundreds, if not thousands, of women in the groups.

Q. The study was not able to determine if there was an association between use of hair relaxers, straighteners, or pressing products and nonendometrial uterine cancer, true?

MR. ROCHA: Objection.

A. Again, that comes back to the subclassifications. If we get into different categories, we're empowered with an increased number of women to look to see potential differences.

BY MS. PENNER:

Q. The study failed to find a statistically significant increased risk of uterine cancer for Black women regardless of how many times a year they used hair relaxers,

straighteners, or pressing products, true?
MR. ROCHA: Objection. Mischaracterizes evidence.
A. As I said before, so this Sister Study was more white women than Black women, and we can get into the Bertrand study if we want to talk about studies that had more Black women, but as a -- what was important here, as I said before, is this 2.55 increased risk when you use a hair straightener or relaxer more than four times a year in the past 12 -- when they had used the straightener in the 12 months prior to baseline.
BY MS. PENNER:
Q. We don't know how many of the nonusers -- withdrawn.
We don't know how many of the cases of uterine cancer among the nonusers of hair relaxers, straighteners, or pressing products may have used hair relaxers, straighteners, or pressing products prior to the 12-month period for which data was collected, correct?
MR. ROCHA: Objection. Form.
A. So actually, that even underestimates the results even more because the authors even

stated in a follow-up commentary that the 12 months is actually a proxy, a substitute of a longer exposure because that came up as a question in a comment.

And what epidemiology -- epidemiology will tell you is that that actually underestimates the risk since that 12-month exposure underestimates the risk of this -- using a hair straightener.

BY MS. PENNER:

Q. We don't know how many of the women in the nonuser category who developed -- who did not develop uterine cancer actually used hair relaxers, pressing products -- hair relaxers, hair straighteners, or pressing products prior to the 12 months covered by the study, true?

MR. ROCHA: Objection.

A. These are minor considerations. The authors in their study -- and this was a well-designed study -- actually, it's NIH funded, which I can tell you, being an NIH-funded scientist, that that -- to get an NIH trial clinically funded means you have to be some of the best scientists in the world.

And so for this NIH funded study, for

many years the Sister Study from a well-qualified group of investigators, and they went through in their paper, and we can go through the risk factors of uterine cancer, and in general they did their best to basically have two important groups, the straightener, relaxer, pressing products over four times versus less than four times or never.

And they did their best to -- that was the main variable, which in an epidemiology study, you try to rule out the other potential confounding variables, which they did.

So as I mentioned, if anything, because that this was only 12 months of use and because it was only ten years of follow-up, and because they used pressing products which are not as harsh as hair relaxers, the authors themselves and epidemiologists will tell you this was likely underrepresenting the true risk, which was a significant over twofold increased risk of getting uterine cancer from this class of compounds.

BY MS. PENNER:

Q. This was the first study -- this was the first publication that examined whether there was an association between use of hair relaxers, straighteners, or pressing products and uterine cancer, correct?

A. Correct.

Q. And as such, the study was intended to be hypothesis generating, correct?

MR. ROCHA: Objection.

A. Every scientific paper starts with a hypothesis. That's what every Ph.D. student is taught, that you have a hypothesis that you're testing in a paper, and that was the hypothesis that they were testing. Usually you have some pilot data that you base the hypothesis.

There were previous papers that this class of compounds, the hair relaxers, could increase the risk of hormone-responsive cancers, such as breast cancer. So there was already evidence that this type of hormone-responsive cancer could have an increased risk with this class of compounds, in addition to the mechanistic studies that I cite in the papers. And I can get into them,

you know, the parabens, phthalates, and, you know, hallmarks of cancer, and the details are in my report.

But this is already a class of compounds, and I can just cite one particular really compelling one, the Darbre 2014, that showed that parabens have six hallmarks of cancer. So already people were starting to question this class of compounds and the chemicals in it. So they had a hypothesis that was -- they wanted to test, could hair relaxers increase the risk of uterine cancer?

BY MS. PENNER:

Q. If we look at the study itself, Exhibit 9, on the first page and in the first paragraph -- I guess the second sentence -- the authors say, "Exposure to excess estrogen and a hormonal imbalance of estrogen and progesterone have been identified as key risk factors for uterine cancer. Thus it has been hypothesized that synthetic estrogen compounds such as endocrine-disrupting chemicals (EDCs) could contribute to uterine cancer risk because of their ability to alter hormonal actions."

Do you have any scientific basis to dispute their statement "The contribution of EDCs to uterine cancer risk is a hypothesis and not proven"?

MR. ROCHA: Objection.

A. I'm not sure. That's how you start a scientific paper. This class of compounds actually, one of the first estrogen compounds was a dierthyl- -- DES, diethylstilbestrol, referred to as DES. This was a compound that women were taking to prevent miscarriages about 50 years ago. And this was one of the first estrogenic compounds. If you gave it to animals, it causes uterine cancer. If you gave to it women who were exposed, their daughters ended up getting vaginal cancer, clear cell cancer, about three different types.

So it already had started to tell scientists that there is a link between hormones and estrogen and cancer. And that's just how you word a scientific paper, and they cite six publications. And I believe a lot of these are the hair relaxers and their risk of breast cancer because that -- that's a

traditionally hormone-responsive cancer.

BY MS. PENNER:

Q. Both of the cohort studies that looked at hair relaxers and breast cancer failed to show an association, true?

MR. ROCHA: Objection.

A. We would have to go through each study one by one. I think in general there was a mixed result because, as a scientist, I consider all the studies, and some studies did show a significant increased risk. Other studies did not show an increased risk. So we would have to go study by study.

But as I mentioned before, when you base cancer on epidemiology, there are certain variables, which if you get a negative result, that doesn't necessarily mean the drug doesn't cause cancer. So I mentioned 20 to 30 years because cancer has a longer latency period typically, the number of people in the study, the exposure.

So that's -- that's exactly what we were talking about earlier -- in the earlier part. That's why mechanistic studies have become more and more important in conjunction

with epidemiology studies and animal studies.
Also one thing, so when you write that it's been hypothesized, that is typically how a scientific paper starts and a project starts. And then typically in the conclusion, you'll comment on your hypothesis and say did you prove it in or prove it out.
BY MS. PENNER:
Q. So let's go to the end of the article. I guess it's page -- it starts on page 1642, what I want to look at.
The last paragraph says, "In this large prospective cohort study, we observed straightening product use was positively associated with uterine cancer. More research is warranted to confirm our novel findings in different populations, particularly in African-American and/or Black women because of the high prevalence of straightener use, and to evaluate the potential contribution of hair products to help disparities in uterine cancer."
A. Yes.
Q. Nowhere in this article do the authors say chemical hair relaxers cause uterine

cancer, true?

A. I think this is -- this is an appropriate conclusion based on one study, and the authors even said there should be more studies, and that's where we have other studies, like Bertrand. In fact, the authors themselves in Bailey et al. 2025 talk about thyroid cancer, pancreas cancer, non-Hodgkin's lymphoma as also being increased risk with these straighteners.

So I think that at some point today, we should talk about the difference between association, risk, and causation, and I'm happy to do that now. I --

Q. Certainly.

A. So, in general, as a scientist, to use "causation" -- that's a word where typically there's compelling human evidence -- there may be strong mechanistic studies, like how biological plausibility of how ovarian cancer, uterine cancer is initiated and stimulated, which we know through the key characteristics.

But then also in a very scientific way, we give a chemical, like a carcinogen, and an animal gets cancer. So there's a cause

and effect. And, in fact, we get into four of these chemicals actually cause uterine and ovarian cancer in animals, the ethylene oxide, arsenic, the phthalates, and the details are in my report. But then there are risk factors, like obesity.

So in science, when we have obese mice, they don't spontaneously get cancer. But if we give them cancer, in general, obesity is a risk factor. It can increase your chance of getting cancer. So the word "causation" is something, as a scientist, we use very carefully.

So when I was asked the question does exposure to hair relaxers, is it biologically plausible and does it cause uterine cancer and ovarian cancer, that's where I don't utilize one paper. I don't utilize only epidemiology. I look at the mechanistic, the animal studies and the human studies. And we'll get into the epi studies.

But what was really compelling in my analysis is that the initiation and stimulation of ovarian cancer and uterine cancer is really -- we know in the clinic now

that there are genotoxic assays, for example, micronucleus that are used today to diagnose ovarian cancer. We know that some of these markers, like in the phthalates and in the urine, are now used as -- if you have these readouts, you have a more aggressive type of ovarian cancer.

So we know today that the biology, the mechanism of how these cancers are initiated and stimulated, is very consistent with the key characteristics. So I have a whole section in my report on the mechanisms and the key characteristics. Then what I found it also compelling that each of these chemicals I studied either caused cancer in animals or promote cancer in animals. And as I mentioned, four of them actually caused -- the word -- used the word "caused" uterine cancer and ovarian cancer in animals.

Q. Statistically significant associations are important for your methodology of causation, correct?

A. Yes, we look for statistical significance, but actually American Statistical Society has cautioned -- and I

cite a couple of papers -- that even nonsignificant increases or effects in the totality of evidence can be biologically meaningful. This is something we teach all our students too, that -- in fact, many publications we cite and we publish don't have a statistically significant effect because you look at the biological meaning of the data as a whole.

Q. In cancer epidemiology studies, lower numbers mean the findings are less reliable, correct?

MR. ROCHA: Objection.

A. Can you repeat that.

BY MS. PENNER:

Q. I said in cancer epidemiology studies, lower numbers are less reliable, correct?

MR. ROCHA: Objection.

A. Lower numbers of --

BY MS. PENNER:

Q. Lower numbers of participants make less reliable results, correct?

A. Yes. That was one of the factors. I said there's a couple of key factors when -- if you get a negative result, for example, you

want to have ideally hundreds to thousands of people in the study, 20 to 30 years of follow-up.

Q. Lower -- lower years of follow-up in a cancer epidemiology study make the results less reliable, correct?

MR. ROCHA: Objection.

A. Well, "reliable" is a word we use carefully. I would say when you get a result, if you get, like, no association or no increased risk, the reason can be truly that the chemical either doesn't cause cancer or it causes cancer, but it wasn't -- the study wasn't powered enough to answer the question. So that's where we, as scientists, look at these variables.

BY MS. PENNER:

Q. When you have lower numbers, misclassification becomes a bigger issue, correct?

MR. ROCHA: Objection.

A. In general, yes. But as I mentioned, if anything, the misclassification in the Chang study, if anything, underpowered the study, the authors themselves state, and in

later related publications, in fact, they include hair pressers in this group, which are not as harsh and do not induce the wounding and the tissue damage that I talk about in my report. If anything, that could potentially underpower the -- what the risks they found.

BY MS. PENNER:

Q. Flatirons can cause wounding, burns, and tissue damage, correct?

MR. ROCHA: Objection.

A. Yes.

BY MS. PENNER:

Q. Flatirons use heat, correct?

A. Yes.

Q. You can use various chemical products with a flatiron, correct?

MR. ROCHA: Objection.

A. Yes. My point was just the authors themselves stated that including pressing products as part of the class of the straighteners, relaxers, pressing products could underestimate the risk of this class of compounds.

BY MS. PENNER:

Q. We don't know that for a fact, do

we?

MR. ROCHA: Objection.

A. So that's -- I'm just stating what the authors themselves stated. In this case, we already have, as I mentioned, a biologically significant finding that's compelling that you had an over twofold increased risk in women who had taken the hair relaxer, this class of compounds over four times a year compared to less than four times.

BY MS. PENNER:

Q. You discussed 11 different compounds or classes of compounds in your report, correct?

MR. ROCHA: Objection.

A. So, yeah, we can go through them. I -- yes.

BY MS. PENNER:

Q. We will.

A. Yeah, yeah.

Q. I just wanted to get that universe for my next question.

A. Yes.

Q. If my daily use straightening product contains those chemicals and I burn myself

with my flatiron, am I going to get uterine cancer?

MR. ROCHA: Objection.

A. So we would have to go as each chemical compound -- but, yes, the scientific evidence that I was asked, is it more likely than not that a hair relaxer with one or two or three of these compounds -- and we can go through them, you know, phthalates, parabens, and all of them -- you're more likely than not that's going to cause uterine, ovarian cancer.

MS. PENNER: Let's move in Tab 50 as Exhibit 10, Mac.

(Exhibit No. 10 marked for identification.)

BY MS. PENNER:

Q. Do you have it?

A. Yes.

Q. Great. Exhibit 10 is an article from 2021 by White et al. entitled "Use of hair products in relation to ovarian cancer risk." This is from the same Sister Study cohort as the Chang article we were just discussing,

correct?

A. Correct.

Q. So it has the same mix of Black and white participants, correct?

A. Correct.

Q. It uses the same definition of an exposure, hair relaxers, hair straighteners, or pressing products, correct?

A. Yes.

Q. And data on these products was limited to use within the prior 12 months, correct?

A. Yes.

Q. And we have the same issues with not knowing which products any person -- particular person, case or noncase, used, correct?

A. Correct. And as I mentioned before, the principles of the fact that the hair pressers were included, the fact that there was only ten years of follow-up, if anything, this underrepresents the risk that these women had from ovarian cancer. But even with that, we can get into there was an over twofold increased risk with the hair relaxers and ovarian cancer.

Q. White failed to find a statistically significant difference in the rate of ovarian cancer between never users of hair relaxers, straighteners, or pressing products and ever users, true?

A. And as before, that's because when we don't have a certain number, it's not powered to see differences. So just because you don't see a difference doesn't mean there's a difference.

Q. Okay. And they failed to find a statistically significant increased risk of ovarian cancer from frequent users of the products, correct?

MR. ROCHA: Objection.

A. So there is a 2.19 -- I'm looking at -- let's see. This is figure -- Table 3. And if you look at straighteners, relaxers, frequency of use in 12 months per baseline, similar to the previous study we were talking about, there was greater than four times per year, less than four times per year, or never. And the risk was 2.19 for greater than four times, which had a p-value of .03. So that was a significant increase. And, in fact, in

the next table, they actually showed for nonserous ovarian cancer a 4.35 increased risk.

BY MS. PENNER:

Q. But they found no risk for serous cancer, correct?

MR. ROCHA: Objection.

A. And again, that with -- yes, that's correct, but that comes also back to the numbers that I mentioned before.

BY MS. PENNER:

Q. In the introduction to the article -- I think it's the third sentence in the introduction -- the authors say, "Ovarian cancers are hypothesized to have a hormonally driven etiology."

Do you have any scientific basis to dispute that, whether ovarian cancers are hormonally driven is a hypothesis?

MR. ROCHA: Objection.

A. As I said before, that's typically how when you start a scientific paper, you start with a hypothesis. And that's a -- that's a legitimate hypothesis in this case.

BY MS. PENNER:

Q. Is it your opinion that ovarian cancers have been proven to be hormonally driven?

A. Having looked at the evidence now in 2026, I cited in my ovarian cancer section of papers, for example, that estrogen can increase the risk of ovarian cancer through genotoxic mechanisms, through chronic inflammation, through key characteristics. So there is evidence to support that ovarian cancer does -- the increased risk can occur with estrogen.

Q. Is it your opinion, to a reasonable degree of medical and scientific certainty, that ovarian cancer has a hormonally driven etiology?

A. That's what I just answered. So in my report, I cite papers, for example, in the ovarian cancer section that -- in general, while uterine cancer is thought to be more hormonally driven in general than ovarian cancer -- and we can get into different subtypes -- ovarian cancer is still thought to have -- that estrogen can increase certain risk factors for ovarian cancer.

I mentioned genotoxicity. Estrogen can be genotoxic. It can stimulate chronic inflammation.

Q. White et al. go on in that same sentence to say, "However little is known about how exposure to endocrine disrupters may be related to ovarian cancer risk."

Do you have any scientific basis to dispute that sentence?

A. No. I think in 2021, when they wrote that sentence, five years ago, that that's -- that's a rational statement.

Q. Nowhere in this article do the authors say that hair relaxers cause ovarian cancer, true?

A. As I mentioned in the Chang paper, we use the word "causation" very carefully, and I won't go into, you know, causation risks that are already stated, as applies here, and that in one study -- to conclude based on one study anything in general, we don't typically do that in science.

As I cited over 900 publications in my report and my analysis, that doesn't include hundreds of papers that I considered that --

and especially the methodology here, as I mentioned before, is human evidence, mechanistic studies, and animal evidence. So I'm not surprised that they didn't say that -- use the word "causation" in this publication.

MS. PENNER: Let's move Tab 51 in as Exhibit 11, please.

(Exhibit No. 11 marked for identification.)

MR. ROCHA: Is this a good time to take a break? I think we've been on an hour.

MS. PENNER: Sure.

THE VIDEOGRAPHER: The time is 11:47. We're off the record.

(Recess taken from 11:47 a.m. to 12:34 p.m.)

THE VIDEOGRAPHER: The time is 12:34 p.m. We're back on the record.

BY MS. PENNER:

Q. We're getting ready to talk about

Exhibit 11, which is Tab 51, and it's the Bertrand publication on uterine cancer and chemical hair relaxers.

Do you have it there?

A. Yes.

Q. That's great. Okay. This publication is from the Black Women's Health Study, correct?

A. Correct.

Q. And it came out after the two Sister Study publications that we just talked about, correct?

A. Correct.

Q. In Bertrand, the exposure was specifically chemical hair straighteners, true?

A. Yes. I believe they worded it as "chemical relaxers." Let me see. Yes.

Q. And the entire population was Black women, correct?

A. Yes.

Q. And women were asked about use of chemical hair straighteners over their entire lives prior to entry into the study, true?

A. Yes.

Q. And women were asked about how many times a year they used hair relaxers, true?
A. Correct.
Q. And they were asked how many years they had used hair relaxers, true?
A. Correct.
Q. And they were asked how many burns they had received from hair relaxers, true?
A. Correct.
Q. And the results showed no dose response for frequency of use, true?
MR. ROCHA: Objection.
A. The results showed at -- yes, at an increased usage, there was a statistically significant increased risk of getting uterine cancer. So we can get through the hazard ratio 1.6, 1.64.
BY MS. PENNER:
Q. Let's look at, I believe it's table --
A. Table 4 has --
Q. Table 2.
A. Okay. Yes.
Q. Okay. And under "Duration of Use," we have a number of categories, correct?

A. Correct.
Q. And there is no dose response, correct?
A. Again, this -- yes, correct. But this goes back to a lower number. As I mentioned before, when you have a reduced number, if you don't see a result, that doesn't mean that you can't get an increased risk with the hair relaxers.
Q. And under "Frequency of use," there is no dose response, correct?
A. Correct. Again, we have to go to Table 4 for postmenopausal women.
Q. And for "Age at first use," there is no increased -- or there is no dose response, correct?
A. Correct. You do see an increased risk 1.18, 1.35. But, correct, as we go to Table 4 is where really the meaningful comparison with moderate and heavy use is -- then you have the bigger numbers. You can see in Table 4 an N of 123 with hazard ratio of 1.6, and heavy use, 1.64, which is a statistically significant increased risk of the uterine cancer with the hair relaxer.

Q. I'm still talking about Table 2. Okay?
A. Okay.
Q. And I am looking at "Age at first use," and the increase you just spoke about from 1.11 to 1.35 is in the "Age-adjusted only" category, right?
A. I was talking about figure -- Table 4.
Q. Okay. Well, I would like to go back to Table 2.
A. Yes, I'm on 2.
Q. Okay?
A. Yes.
Q. "Age at first use" on Table 2 does not show a dose response, correct?
A. Correct. It has an increased but not a dose response because of the reasons I mentioned with the lower numbers.
Q. And the highest increased risk is for women have used it -- who started -- withdrawn.
The highest increased risk, if you're looking at the point estimates, is for women who started the ages between 20 and 29 years, correct?

A. Correct.
Q. That's women who used it the least amount of time, correct?
A. Correct. And you already have an increased risk in that age group.
Q. And again, on Table 2, under "Number of burns," there is no dose response, correct?
A. Correct. And again, it's the reasons we had talked about this morning. When you start to subclassify different groups because you don't have the increase and you -- sometimes you don't see the increased risk that you can see with the bigger N.
MS. PENNER: Move to strike as nonresponsive.
BY MS. PENNER:
Q. Still on Table 2 -- I am looking at the last category or the last column of "Multivariable HR" -- none of the hazard ratios are statistically significant, correct?
MR. ROCHA: So just so I'm following, it's Table 2, which section?
MS. PENNER: Multivariable HR.

MR. ROCHA: Okay.
MS. PENNER: The last column.
MR. ROCHA: Got it.
BY MS. PENNER:
Q. None of those are statistically significant, correct?
A. Correct.
Q. All right. Looking at your report on page 36, you have a statement about "Ovarian cancer and endometrial (e.g., uterine)," do you see that, that sentence on page 36 of your report?
A. Which paragraph? I'm sorry. What was the statement?
Q. I'm sorry. I can't show you where because my computer won't load that exhibit. Here it is.
A. Are we done with the Bertrand because --
Q. We are done with Bertrand.
A. Oh, I just wanted to say really what's important here is in postmenopausal women, there was an increased risk of getting the uterine cancer with the hair relaxers. And that biologically makes sense, that in the

postmenopausal woman, you would see the statistically significant increase over two -- almost twofold.

Q. And there was no association between chemical hair relaxers and premenopausal cases of uterine cancer, correct?

A. Correct. But as the authors state also, they did not have a true no-exposure control group, so as the authors themselves state that the risks that they found in the statistically significant increased risk of uterine cancer in the postmenopausal woman was likely underrepresented because there was no true no-exposure group because 95 percent of the Black women reported use of the relaxers. So they lumped in low use and no use together.

Q. Nowhere in the article did the authors say that chemical hair relaxers cause uterine cancer, true?

A. I would have to go through the paper to see if -- what they stated. But as for the reason that I stated before, that to use that word "causation" is something that I utilized the totality of the evidence rather than one single paper.

Q. So we're done with Bertrand now.
On page 36 of your report under "Key Characteristic No. 8," second paragraph, that starts, "Exposure to estrogens is considered."
A. Yes.
Q. Okay. The second sentence there reads, "Ovarian cancer and EDCs" -- wait. Strike that.
I'm in the wrong place myself now.
All right. We'll come back to that one.
Can we turn to...
I'll figure out the correct page on the break. That was a citation I have in my outline. So we don't have to look at that. Let's go on.
Okay. We mentioned earlier that you have identified a number of compounds or classes of compounds in your report that you claim lead to the carcinogenicity of hair relaxers, correct?
A. Correct.
Q. Are these the only compounds in hair relaxers' products that you believe contribute to the causation of ovarian cancer and uterine

cancer?

A. Hair relaxers may contain other compounds. The compounds that I looked at are the ones that I studied, and that's what my report opinion was based on, these compounds.

Q. And why did you choose to study those particular compounds?

A. Consistently when I reviewed deposition testimony, for example of the different beauty agencies that make these products, when I reviewed publications either in the literature, these are compounds that typically came over repeatedly.

For example -- and we can go through individually, like, phthalates and parabens and formaldehyde releasers and nitrosamines, these have all been shown in different evidence that I reviewed. Whether it was depositions or papers, they all consistently keep coming up as chemicals of concern in the hair relaxers.

Q. So the list of 11 I have, just to make sure we're looking at the same compounds and the record is clean, are formaldehyde, ethylene oxide, 1,4-dioxane, acrylamide,

parabens, phthalates, NDELA, benzophenone, NDMA, polyaromatic hydrocarbons, and arsenic. Is that correct?

A. Correct.

Q. Okay. IARC has not concluded that any of those compounds cause ovarian or uterine cancer in humans, correct?

A. While that may be correct, IARC's question -- and I was there in 2023 -- is different from the question I was asked in this case. And I can get into the differences if you want.

Q. No, that's fine. I'm just asking the question. We will have plenty to talk about, trust me.

And none of those 11 chemicals have been identified as causing ovarian cancer or uterine cancer in women by the National Toxicology Program, correct?

A. It would be my same answer, that it's a different question that they're asked versus the question I was asked. And also in 2025, when I was filing this report, science progresses very fast exponentially. The mechanistic studies on how ovarian and uterine

cancer is initiated and stimulated has expanded in the last three, four years, and a lot of these agents were screened decades ago. That's one thing.

Even our own lab has shown in 2019 that chronic inflammation can initiate ovarian growth.

Q. Have you ever published your opinion that hair relaxers cause ovarian and uterine cancers?

A. No, I have not.

Q. Have you recommended to IARC that they undertake a review of hair relaxers as potentially carcinogenic?

MR. ROCHA: Objection.

A. Actually I have had communications since I was invited specialist, and phthalates will be evaluated in 2026. And since IARC has labeled me as the world chronic inflammation expert, I do give advice to them, as do many other scientists. And, for example, in June, 2026, phthalates will be evaluated for their cancer-causing activity.

BY MS. PENNER:

Q. IARC's do -- IARC does investigate

carcinogenic potential of mixtures, correct?
A. Yes.
Q. Have you recommended to IARC that they undertake a review of hair relaxer products as a potentially carcinogenic mixture?
A. I haven't but other -- I believe in 2024 another scientist listed hair relaxers. So the way it works is the scientists who are qualified can suggest potential carcinogens. And I believe in 2024 hair relaxers was suggested to be evaluated.
Q. And has IARC determined, to your knowledge, that they should be evaluated?
A. Not yet. That process takes time.
Q. Okay. Has -- have you personally recommended to the National Toxicology Program that they undertake a review of hair relaxers as potentially carcinogenic?
A. No, I have not.
Q. Okay. Have you recommended that EPA undertake a review of hair relaxers as potentially carcinogenic?
MR. ROCHA: Objection.
A. I don't need to because having read over 900 publications on this topic -- and we

can go through papers -- many of the papers in the end, for example, with phthalates in the urine, they conclude that people who are at risk of cancer, have ovarian cancer, for example, Zheng et al., which came out this past year, in their conclusions say if you have ovarian cancer, you probably don't want to be taking some of these products.

So I don't need to say that because regulatory people and other people will read these papers, and there's already cautions. I can cite 2014 Darbre with the parabens, the fact parabens have six key characteristics, you know, but we can go through chemicals.

BY MS. PENNER:

Q. All I'm asking is have you written or called anyone at the EPA and suggested that they conduct an express review of hair relaxers?

MR. ROCHA: Objection.

A. I have not. I evaluated this basically in the past two months. So -- but --

BY MS. PENNER:

Q. And you did it for the purposes of

this litigation, correct?

A. Correct, yes, yeah. And I'll say, like, as an invited specialist, though, I agree with the IARC evaluating phthalates, and I can suggest different compounds.

And as I said, I believe already -- I can't remember the name of the scientist, but I believe in 2024 somebody already put on the list of potential mixtures or substances or chemicals as hair relaxers.

Q. Since you finalized this report, have you suggested to IARC as their specialist that they undertake a review of hair relaxers?

MR. ROCHA: Objection. Asked and answered.

A. As I mentioned, I have not, but phthalates, for example, which was one of the chemicals of concern that repeatedly come up is already being evaluated in 2026.

BY MS. PENNER:

Q. Have you alerted any of your colleagues, friends, or family members that hair relaxers cause ovarian and uterine cancers?

A. It has come up in conversation just in

general, but no.

Q. Have you recommended to any of your colleagues, friends, or family members that they should stop using chemical hair relaxers because they cause ovarian and uterine cancer?

MR. ROCHA: Objection. Assumes facts not in evidence.

A. I did mention to my hairdresser about it because I was curious just in general about this class of compounds. And my impression from talking to my hairdresser and a couple of other people, that this is a very harsh treatment of -- the whole mechanism, we can get into how the disulfides are broken and the high pH and that these chemicals, whether it's in the shampoo or the actual relaxer, that it's a harsh treatment with chemicals of concern.

So being a cancer biologist, these are chemicals that -- as I mentioned before, NDMA, we use it to initiate cancer in the lab every day. Polyaromatic hydrocarbons are used to induce hormone-responsive breast cancer every day.

When we want to test oxidative stress, genotoxicity, chronic inflammation, many of these chemicals -- I won't go into the specifics because it's in my report -- are used as the gold standard to induce these characteristics.

So these chemicals of concern, whether they're carcinogens or EDCs, are a very toxic group of carcinogens.

BY MS. PENNER:

Q. Did you recommend that your hairdresser tell people not to use chemical hair relaxers because they cause uterine or ovarian cancer?

A. I actually didn't have to because she said they were so harsh that she didn't want to work with them, and, you know, so it never came up in the conversation.

Q. Not all chemicals cause ovarian cancer, true?

A. Correct.

Q. Not all chemicals cause uterine cancer, true?

A. Correct. That's why we have a specific question here, hair relaxers as a

class.

Q. And not all chemicals act together additively, correct?

A. So, in general -- and I have a whole section on mixtures -- in general mixtures, chemicals can have additive or synergistic effects, meaning that it's more potent than just adding the particular mechanism or antagonistic effects.

And so -- and I have a whole section dedicated to this, and I cite papers that have looked at parabens and phthalates and arsenic and nitrosamines in various combinations, and what we know, when the mechanism of action is similar, there tends to be additive effects.

And when they're synergistic -- and this is very important -- that all these compounds are genotoxic. Many of them inhibit DNA repair. Some initiate chronic inflammation, and these mechanisms can act either additively or synergistically to make the procancer activity much worse than an individual chemical.

Q. What is the dose of formaldehyde necessary to cause ovarian cancer?

A. So there's a couple things that are important here. These are genotoxic chemicals, so we typically do not talk about a threshold.

Second, they're all -- all 11 compounds that I looked at are genotoxic either directly or indirectly. So traditionally there's no threshold, meaning that there's not a dose where we say there's pathological versus physiological mechanisms that harm the body.

And that's not only in genotoxicity but oxidative stress, chronic inflammation, angiogenesis, proliferation. They -- these compounds don't have a threshold.

Second, these are EDCs which act on a receptor. When a drug or a chemical acts on a receptor, that typically can be activated at very low doses, very low concentrations, and so typically we don't talk about a threshold.

And we can even talk about nonmonotonic dose response and other particular dose responses, but the important part is that there's not a threshold in these compounds.

Q. So your testimony, that one molecule of formaldehyde is sufficient to cause ovarian or uterine cancer?

MR. ROCHA: Objection.

A. So that's not a biologically relevant question because hair relaxers, as we see in the epidemiology study, four times a year increases the risk, and if you actually try to estimate the amount of molecules involved even in one treatment, we're talking about thousands to millions of molecules.

BY MS. PENNER:

Q. Is it your testimony that formaldehyde is an endocrine-disrupting chemical?

A. I would have to look at the formaldehyde section. It -- there's genotoxic and -- you know, from my point of view to cancer biology, I focused in, in addition to the epi studies, on the key characteristics, and I have formaldehyde in front of me.

So the important part is that it's genotoxic, alters DNA repair, and I can go through the seven key characteristics that I supported with multiple publications.

Q. Is it your testimony that there is no

safe dose of formaldehyde with respect to causation of ovarian and uterine cancer?

MR. ROCHA: Objection.

A. As I said, because formaldehyde is genotoxic, carcinogenic, and induces DNA damage, I mean, all of these publications that I cite, that traditionally speaking, there is no threshold.

But that's a very simplistic -- in 2026, we don't view cancer initiation and formation with just genotoxicity on its own.

In fact, as I mentioned, our lab had an ovarian cancer paper, and we showed that chronic inflammation itself can initiate ovarian cancer, and other groups have shown oxidative stress can initiate ovarian cancer.

So when you have a very toxic chemical, formaldehyde, that has seven of the ten key characteristics, these epigenetic mechanisms, cell proliferation, angiogenesis, these all can have additive or synergistic activity.

And what's important here is hair relaxers. As we talk of them, we're not talking about a single chemical. So even if

there was a single chemical that had a threshold, which we don't, we're talking about a mixture that has additive or potentially synergistic procancer activity because of these mechanisms.

BY MS. PENNER:

Q. Okay. Can you describe generally the components of chemical hair relaxing kits?

A. Yeah. In general, there can be lye, no lye. But in general, before you do the hair relaxer, there is usually a petroleum-type jelly, which I even saw reports of can have PAH polyhydrocarbons, and then you add the hair relaxer, which is the harsh alkaline treatment that breaks the disulfide bonds, and then you can add a shampoo to kind of try to reduce the harsh effect of the relaxer, and then there can be a conditioner.

So, in general, there's, like, a four-step process in the kits. You can have it done by somebody, a hairdresser, or you can do a kit at home.

Q. Okay. For purposes of my questions, let's talk about the pretreatment, the hair-relaxing treatment, the shampoo part, and

the conditioner part.
Those were the four you were talking about?
A. Yes.
Q. Okay. Which of those components of the hair relaxer kit contain formaldehyde?
A. So, in general, my understanding from reading the depositions of the hair beauty stuff, that these formaldehyde releasers can be in the hair relaxers. They're used as kind of preservatives.
Q. So they're in the active hair-relaxer component; is that correct?
MR. ROCHA: Objection.
A. That was my understanding, but I have to -- the important part is that this process can include the formaldehyde releasers.
BY MS. PENNER:
Q. Formaldehyde releasers are not formaldehyde, correct?
A. They can release formaldehyde itself, which, as we mentioned, is a very toxic carcinogenic genotoxic chemical.
Q. At room temperature, formaldehyde releasers release trivial amounts of

formaldehyde, correct?

MR. ROCHA: Objection.

A. I don't think it's appropriate to use the word "trivial" and "formaldehyde" in the same sentence as a cancer biologist, but I know there are states in the U.S., Minnesota and stuff, that have banned formaldehyde in kids.

So that's not a -- and as I mentioned, as a cancer biologist, it comes back to these mechanisms. When you're inducing DNA damage mutations, genotoxicity, you know, chronic inflammation, oxidative stress, epigenetic alterations, these are very procarcinogenic mechanisms.

BY MS. PENNER:

Q. Formaldehyde -- what you're referring to as formaldehyde releasers do not themselves cause cancer, correct?

MR. ROCHA: Objection.

A. I would have to see the study where they tested formaldehyde releasers, but from my review of the literature and the mechanisms, the fact formaldehyde is genotoxic, and I cite multiple publications --

for example, stimulating chromosomal aberrations, it's mutagenic in human cells, induces -- and then, as I said, inhibiting DNA repair and epigenetic alterations.

The fact that this is likely a mixture with other chemicals, so you're talking about mechanisms especially relevant to ovarian and uterine cancer, which I have sections on why genotoxicity and inflammation and oxidative stress are very bad in the mechanism of pathogenesis of these two type of cancers.

BY MS. PENNER:

Q. What is the concentration of actual formaldehyde in any one of the components of a hair-relaxer kit?

MR. ROCHA: Objection.

A. I think this comes back to what I answered before, that whether it's a certain percent is not relevant to my question that I was asked. Is it biologically plausible that hair relaxers including these chemicals cause uterine or ovarian cancer? And it gets back to the mechanisms of initiation and stimulation of ovarian cancer and uterine cancer.

BY MS. PENNER:
Q. So you don't know the concentration because it doesn't matter to you; is that right?
MR. ROCHA: Objection.
A. Because these compounds don't have a threshold -- and I mentioned the reasons -- it's not only that they have synergistic and additive mechanisms and they're genotoxic and they can work through receptors, they're very potent in causing cancer at low concentrations.
We also look at the epidemiology study and say likely there are thousands of these molecules even with multiple treatments of the hair, so...
BY MS. PENNER:
Q. I do understand that, and I do appreciate that as part of the analysis that you did.
I'm asking just a very simple question, and I understand that some of my questions may be, I don't know because that wasn't relevant to my inquiry. Okay? So I'm just trying to get an answer that it wasn't

relevant -- withdrawn.

You don't know the concentration of actual formaldehyde in any one of the components of a hair-relaxing kit; is that right?

MR. ROCHA: Objection.

A. I think, as I mentioned, there's a couple of things here.

One, the frequency of the hair relaxer in these epi studies clearly shows a dose-type biological gradient that -- frequency versus low frequency versus low versus no use. That's for the first step.

But then, as a cancer biologist, because these are such potent toxic carcinogens that are genotoxic, mutagenic, that's just one of the seven key characteristics. When we talk about how these synergize and are additive, for example, formaldehyde initiating oxidative stress, for example, these are potent molecules that don't have a threshold. There's not a dose that reactive oxygen species suddenly will go from pathological -- or normal to pathological. That's not how hundreds of scientists and

thousands of publications think of science.

So there's -- just to answer your question, that's not -- from my analysis of whether these hair relaxers can cause or cause uterine or ovarian cancer, that wasn't important to my analysis.

BY MS. PENNER:

Q. Okay.

A. And also I would say, that's why I have a whole section on mixtures, that more likely than not. Even the Halifax Project, I can just quickly say --

Q. Please don't. I have questions about the Halifax Project. We will get there.

A. Okay. Okay.

Q. I promise you we'll get there, I think.

But it would be great to stay with me and just answer my question, and I'll get to anything you want to talk about. I promise.

A. Okay.

Q. So is it your understanding that the prerelaxing protractive treatments contain formaldehyde?

A. The pre --

Q. The prerelax, the petroleum jelly component of the hair-relaxing kit, is it your understanding that that contains formaldehyde or formaldehyde releasers?

MR. ROCHA: Objection.

A. My understanding, the petroleum jelly has -- supply aromatic hydrocarbons. Then the hair relaxers, as a preservative, can have the formaldehyde releasers.

BY MS. PENNER:

Q. Okay. How long does the relaxing component with the formaldehyde releasers stay on the hair?

A. So typically from my reading and seeing -- reading the papers and stuff, typically it could be 30 minutes, 60 minutes, a certain time period before you add the shampoo and the conditioner.

And I'm sure we'll get into --

Q. Do you know how much of a -- how much of the active hair-relaxer component comes in contact with the scalp during normal use?

A. Well, even though on the kit, if people are using it at home, it's not supposed to come in contact with the scalp. From

reading many publications and the depositions and everything, it's clear-cut that the hair relaxers can induce tissue damage.

And I cited the papers that, in addition to having these chemicals of concern, the scalp is a highly angiogenic blood vessel area, a lot of blood vessels. In fact, the scalp and the scrotum are the two most vascularized kind of where you have increased absorption from the skin.

So the mechanism of action of how these hair relaxers actually work and induce tissue damage and then penetrate the blood vessels and get into the systemic circulation, and that's important because later on I talk about how ovarian cancer and uterine cancer initiate and that circulation through the blood and the white blood cells and the DNA damage that can go in the white blood cells is very important.

Q. There are no studies in human beings that provide data on how much of the ingredients in a hair-relaxer product are absorbed into systemic circulation during normal use, correct?

A. There are some papers that I cite that show that these products -- first of all, they express, and we can get into how they do LCMS or GCMS and show that these chemicals of concern are expressed in the hair relaxers, but then the different papers that study the tissue, the blood, and the urine, what's important is that you have an increase -- not only an increase, for example, in the phthalates -- that's an example -- but it correlates and is biologically important with the aggressive nature of the ovarian cancer or the uterine cancer.

And I can get into, like, specific papers. The one that comes to mind is Zheng 2025, which was really eye-opening, that the ovarian serous cancer, the woman with that cancer got worse when there was a higher amount of parabens -- of phthalates in the urine.

Q. So as I understand what you've told me about formaldehyde, you did not consider what dose of formaldehyde is absorbed into systemic circulation during the hair-relaxing process; is that right?

A. Correct. As I mentioned, as part of the cancer mechanisms, the dose, because these cause cancer at such low doses and the mechanisms of action are additive or synergistic, the key characteristics, and I have sections of my report that actually, for example, the oxidative stress and chronic inflammation can induce DNA damage.

So not only is formaldehyde genotoxic on its own, but by stimulating oxidative stress and chronic inflammation, that can induce more DNA damage.

Q. Is the -- is the dose of formaldehyde that's absorbed into systemic circulation during the hair-relaxing process sufficient by itself to cause uterine or ovarian cancer?

A. Sorry. Could you repeat that.

Q. Is the dose of formaldehyde that is absorbed into systemic circulation during the hair-relaxing process sufficient by itself to cause uterine or ovarian cancer?

MR. ROCHA: Objection. Form.

A. So as I answered, so formaldehyde -- these mechanisms of key characteristics do not have a threshold.

I gave an example, for example, genotoxicity, oxidative stress. There's no dose where it goes from normal physiology to pathology. And these, for example, reactive oxygen species that are very toxic, oxygen molecules that can initiate and stimulate cancer, there's not a threshold where suddenly it becomes from physiologic to pathologic.

The mechanism of how these key characteristics work, especially when you have multiple key characteristics, we're talking about a chemical formaldehyde. If we're talking about this particular one, that had seven of ten key characteristics, and that's where we know that these mechanisms, because they have additive and synergistic activity, there's not a certain threshold that we would talk about.

BY MS. PENNER:

Q. If hair-relaxer products don't have -- if a hair-relaxer product doesn't have any of the other chemicals on your report except -- in your report except for formaldehyde, would it still be your opinion that that hair relaxer causes cancer?

A. Yes. I would say, though, I studied uterine cancer and ovarian cancer. So because we have compelling epidemiology with the hair relaxers and if we just take hair relaxer with formaldehyde in your hypothetical because formaldehyde can exhibit seven of the ten key characteristics and also add formaldehyde can cause cancer in animals, so it is an animal carcinogen too.

So if you take the three lines of evidence of compelling epidemiology and for the reasons that we talked earlier why it's likely underrepresented, the risk, and then we have the key characteristics -- seven of the ten key characteristics of formaldehyde and then the fact that -- and I'll just read here from my report. Formaldehyde induces nasal tumors in rats; adenomas; lymphomas; leukemias; mammary tumors, which are estrogen responsive; rare tumors; stomach tumors, intestine; even smooth muscle cells that can occur in the uterus.

That's why I would say it's biologically plausible, more likely than not that a hair relaxer with even only

formaldehyde can cause uterine or ovarian cancer.

Q. Okay. If there were no formaldehyde in hair relaxers, would it still be your opinion that hair relaxers cause uterine or ovarian cancer?

A. Yes.

Q. Which of the other compounds discussed in your report act additively with formaldehyde to increase the risk of ovarian or uterine cancer?

A. So I have a whole section on the mixtures where -- and this is where we can talk a little bit about the Halifax Project.

If you just take benign chemicals that don't cause cancer on their own and you put them together, through these hallmarks of cancer, which we really haven't talked much of today, there's basically these classic hallmarks of cancer that we now know, and some are proliferation-avoidant cell death, avoiding growth suppression, immortalization, angiogenesis, metastasis, chronic inflammation, energy metabolism. Those are just some of them.

These are mechanisms when chemicals, and even chemicals that aren't carcinogens, when they have additive or synergistic effects through these hallmarks or key characteristics, that can actually create what we call -- what the Halifax group called a virtual carcinogen.

So in that case, that was a combination of chemicals on their own that are benign. They have -- they don't cause cancer in any models, but because these hallmarks are so important in causing cancer, in fact, the hallmarks of cancer, Hanahan and Weinberg cited over --

(Stenographer clarification.)

A. Hanahan and Weinberg, the hallmark original paper, and the next generation of hallmarks really explain what are the biological properties of cancer cells and tumors.

So that is part of -- now we have a mixture in the hair relaxers. These are carcinogens. These are EDCs. These are very

toxic chemicals, and so when we add a -- and I cite details in my report of these specific carcinogens. They may not be the exact combination, but they may have arsenic with another carcinogen, like smoking. They can have formaldehyde with another carcinogen, phthalates, parabens.

I cited a bunch of mixture papers, and the bottom line is that in a mixture with carcinogens, you either have additive or synergistic activity. In general, when the mechanism of action is similar, you tend to have additive activity, but in this case, because you have impaired DNA repair, oxidative stress, chronic inflammation, which is a different mechanism from genotoxicity in general, you can have synergistic activity.

BY MS. PENNER:

Q. Okay. You have a very long report. You cover many, many topics. I have a limited amount of time with you today. I have a master's degree in biochemistry. I have a master's degree in genomics. I am very conversant with the hallmarks of cancer.

I would -- I have chosen specific

questions to ask you that are important to me and the other defense group in understanding your report. If we could stick with those questions so that we can get through all of that, I would really appreciate it.

A. All right. Sorry.

Q. Thirty years ago, I would have enjoyed discoursing on the hallmarks of cancer with you, but I've spent a lot of time with them.

A. A lot of what I said applies to all the chemicals, so by giving that answer, I think it applies to a lot of the hair relaxers and particular chemicals of concern.

MR. ROCHA: Respectfully, I think he was trying to answer your question.

MS. PENNER: I understand. I'm not trying to denigrate that answer. I'm trying to help us get to the game on time.

BY MS. PENNER:

Q. So if ethylene oxide were the only -- one of the ingredients on your list in hair relaxers, would it be sufficient by itself to cause ovarian cancer and uterine cancer?

MR. ROCHA: Objection.

A. Yes. And just -- I turn to the

ethylene oxide. A couple of things, we have the compelling epi for the hair relaxers, and the number of key characteristics, just looking at it, is actually four of ten. But it's really not just the number. It's genotoxic impaired DNA repair induces oxidative stress, induces chronic inflammation. In fact, that's what we talked about when I was at IARC 2023, that these mechanisms, especially these cases, 2, 3, 5, and 6, act together.

And then the other thing about ethylene oxide that's a little different from formaldehyde, that ethylene oxide actually causes uterine and ovarian cancer in animals. And that's a term we call "tumor concordance." When you see a chemical cause the identical tissue type in animals and humans, that's tumor concordance. And that's even more compelling data when we see that.

BY MS. PENNER:

Q. Let me see if I can cut to the chase here.

Are there any of these -- of the 11 chemicals or classes of chemicals that you

identify that are -- as they are found in hair relaxers sufficient by themselves to cause ovarian cancer and uterine cancer, in your opinion?

MR. ROCHA: Objection.

A. Yeah. If your question is a hair relaxer with one of the any 11, yeah, my answer would be the same. And partly because, just to save time, the key characteristics for all 11 had genotoxicity. NDLA was the only one that had two oxidative stress with the genotoxicity. But nitrosamines, we can talk, is a very toxic concern as a class. But, yes, my answer would be the same.

And the other interesting thing, and I won't go into detail, but four of the 11 chemicals of concern actually cause uterine and ovarian cancer in animals. So in addition to the compelling mechanistic evidence with the key characteristics and the compelling epidemiology, we have that tumor concordance also.

BY MS. PENNER:

Q. Is it fair to say you are not restricting your opinions about the

carcinogenicity of any of these chemicals or classes to any specific exposure level?

A. Correct. My answer for the exposure would be the same for all of these because of the same thing. The key characteristics don't have a threshold.

And also a lot of these compounds are EDCs that work through a receptor, which, by definition, can happen at low exposures.

And we also know that we're talking about -- if we're talking about four times of usage a year, this is millions of molecules, so it's not one molecule.

Q. Are there any human epidemiological studies that show statistically significant associations between any one of these 11 chemicals and ovarian cancer or uterine cancer in women?

MR. ROCHA: Objection.

A. There are some studies I cite that are following cohorts of groups, I believe. There is phthalates, parabens, and there were some clinical studies that are in my report on certain other chemicals. And specifically the parabens and phthalates was uterine and

ovarian cancer, and I can get into why they do that. It comes back to that -- I think I said before that this is such powerful mechanisms. Actually when women are suspicious of having ovarian or uterine cancer, they get a smear on their biopsy, and they look for micronucleus use, which is a marker of genotoxicity, for example. They look for DNA methylations. There is a study I cited in ovarian -- or it was endometrial cancer where they looked at inflammation markers.

So there are clinical studies that I cite that have looked at these different mechanisms in women with ovarian cancer and uterine cancer. And, in general, they show that these compounds are compounds of concern because they can initiate or stimulate the cancer process in these two cancer types.

BY MS. PENNER:

Q. Which of these compounds or chemicals act together additively?

A. So I have a whole section on additive or synergistic compounds in the section. I do cite, for example, offhanded, I remember arsenic, phthalates, parabens, formaldehyde.

I would have to go through the specific papers. So usually a lot of these are -- for example, arsenic and smoking is well studied. They look at DNA damage, impaired DNA repair. The take-home message from a mixture of especially carcinogens that have these key characteristics is that you're likely going to see additive or synergistic procancer activity.

I can go to the mixture section if you want me to.

Q. We'll get there. I promise we'll get there.

Is it your opinion, to a reasonable degree of medical and scientific certainty, that these 11 chemicals act together synergistically -- withdrawn. I've got to throw another qualifier in there.

Is it your opinion, to a reasonable degree of medical and scientific certainty, that these 11 chemicals, as found in hair relaxers, act together synergistically to cause uterine cancer and ovarian cancers?

MR. ROCHA: Objection.

A. So more likely than not, based on the

literature I have looked at where we have studied these chemicals and similar chemicals in a mixture, like I said before, likely we're going to see additive and synergistic effects. If the mechanism of action tends to be similar, you see more additive effects.

Because these key characteristics have different mechanisms of action, even though they do interact with each other, as I mentioned, likely you're going to see synergistic procancer activity because they're different mechanisms.

BY MS. PENNER:

Q. Are there any one of these chemicals that we could take out -- or any one of these chemicals or classes of chemicals that we could take out of hair relaxers to change your opinion as to whether hair-relaxer use causes ovarian or uterine cancers?

A. No, because -- and that comes back to the epidemiology studies were done with hair relaxers, number one. And, number two, each of these chemicals of concern alone has these key characteristics.

And also, as I mentioned, Key

Characteristics 8 acts through a receptor. The fact that these can act through various estrogen receptors, for example, means they can act at very low concentrations, typically what we call the nonmonotonic dose response.

MR. PENNER: Let's go to move Tab 31 in as Exhibit 14.

(Exhibit No. 14 marked for identification.)

MR. ROCHA: Let's take five.

MS. PENNER: We can take five.

THE VIDEOGRAPHER: The time is 1:30 p.m. We're off the record.

(Recess taken from 1:30 p.m. to 1:36 p.m.)

THE VIDEOGRAPHER: The time is 1:36 p.m. We're back on the record.

BY MS. PENNER:

Q. We're back on.

And Exhibit 14, do you recognize this as your expert report from the Zantac

litigation?

A. Yes.

Q. And if we go to -- which page -- let's see if I can get there -- 15. We see -- it's actually entitled "Summary of Expert Opinions."

A. Page 15?

Q. Yes.

A. I'm on 15 now, yes.

Q. Okay. "Summary of Expert Opinions," your first opinion is "Exposure to ranitidine (Zantac) causes multiple types of cancer in humans, including gastric, esophageal, pancreatic, liver, and bladder."

Do you see that?

A. Wait. My -- at the top, "screening the retrieved literature"? Are you further down?

Q. On page 15, it says, "Summary of Expert Opinions." Oh, wait it's page -- let's see what page it is.

A. My 15 starts with "screening the retrieved literature."

Q. Okay. The page numbers must be different than what are showing up on the PDF

page 9. That's what you're looking at.
A. I've got the opinions.
Q. Opinions. And your first opinion there is "Exposure to ranitidine causes multiple types of cancer in humans, including gastric, esophageal, pancreatic, liver, and bladder."
A. Yes.
Q. Does that refresh your recollection as to the opinions you gave in the Zantac litigation?
A. Yes.
Q. And in that litigation, you did not review the Zantac epidemiology, correct?
A. I mean, I would have to go through my report. I do remember that I was focused on the NDMA from ranitidine.
Q. So if we go back to Exhibit 5, which is the transcript from Zantac, and it says -- it's on page 136 is where I'm looking.
A. Do you want me to open that?
Q. I would love you to open it, please.
A. Do I have to -- I can leave this open, right?
Q. If you use a control click, it will

open them up in new windows, which I found to be easier.
A. Maybe I'll just go back.
Q. We're not going to do any more with your Zantac report, so you can close that.
A. Exhibit 5, you said?
Q. Exhibit 5.
A. I'm open.
Q. It's your transcript from Zantac?
A. Yes.
Q. And we're -- we need to find page 136 up in the upper right corner.
A. Is it the blue page number or the --
Q. The blue page number is page 36.
A. Okay. I'm on 36.
Q. Okay. And the upper right quadrant is page 136.
A. Yes.
Q. And line 3 starts a question, so is it -- withdrawn.
"So it's your expert opinion that ranitidine epidemiology studies have no relevance to your opinion on whether NDMA from ranitidine causes cancer?
"Objection.

"Answer: Yeah, I focused on the NDMA-specific studies."
Do you recall being asked that question and giving that answer?
A. Yes.
Q. And does that refresh your recollection that you did not review the ranitidine epidemiological studies in the Zantac case?
MR. ROCHA: Objection.
A. As I said, I was focused on the NDMA rather than the ranitidine itself.
BY MS. PENNER:
Q. The ranitidine --
A. So just to add more, the epi studies that I analyzed in the -- in this case -- and there were multiple -- were all the ones that quantified the amount of NDMA in different ways -- either different ways of trying to quantify NDMA itself. So that's where I was told to focus on the NDMA-specific epi studies that specifically looked at NDMA itself.
Q. So determining the quantity of NDMA that a person received was important to your determination in that case as to whether or

not Zantac or ranitidine caused cancer?

MR. ROCHA: Objection.

A. Well, very similar to this case and the key study in addition to diet studies was really inhalation study with Hidajat, and similar to this case, there were quartiles. And the actual dose wasn't what's important. What was important is the quartiles of high exposure, medium exposure, low to no exposure.

And actually very similar to this case with hair relaxers fourfold over a year versus not -- less than fourfold versus not using hair relaxers or low use, very similar in that case, there were quartiles. And the important comparison was the high exposure to medium exposure to low exposure. And also, I mean, it's just a different case.

In that case -- and we can get into details. FDA says you're allowed 96 nanograms of NDMA in your diet and stuff, so it was important that we -- in that case, there were studies that in the quartiles quantified the amount of NDMA.

From a cancer causation point of view, what's important in both of these cases is

that we have this biological gradient that increased exposure increases the particular cancer type.

BY MS. PENNER:

Q. We agreed with -- that the Bertrand study did not show any biological gradients, correct?

MR. ROCHA: Objection.

A. So the Bertrand -- correct. But as I said before, a couple of things. It did show a statistical increase in postmenopausal women with uterine cancer. And also, as I stated before -- and this is very important, so I'll repeat it -- that these epidemiology studies are underpowered in general unless you follow cancer for 20 to 30 years.

And certainly the Bertrand study was underrepresented the true risk because there was no true control group of no exposure. There was only never/light use of relaxers. And that would for sure underrepresent the risk because you don't have a group of women who are not exposed to the hair relaxers.

BY MS. PENNER:

Q. In the Zantac litigation, the Zantac

epidemiology did not support your causation opinion, correct?

A. Actually one last thing before you move -- this is important too -- the Hill criteria clearly says you don't need to have each one for every single causation. So that's why -- exactly why we use the totality of the evidence. So in each study -- and, as I mentioned, why in an epi study you may not see biological gradient. That doesn't mean it's not biologically important in the totality of the evidence.

Q. In the Zantac litigation, the epidemiological studies related to Zantac did not support your causation opinion, correct?

MR. ROCHA: Objection.

A. I'm not sure of the question. My -- I was asked does NDMA in the Zantac -- is that biologically plausible that it could cause those cancer types in that particular --

BY MS. PENNER:

Q. Your first opinion in your report that we just read was that Zantac causes these five cancers, correct?

A. Yes. But that's Zantac that's

contaminated with NDMA, not Zantac without NDMA.

Q. And to arrive at that opinion, does Zantac contaminated with NDMA cause uterine cancer -- or cause five specific cancers, you did not rely on any of the Zantac epidemiology, correct?

MR. ROCHA: Objection.

A. As I said before, I did rely on epidemiology but epidemiology that had looked at NDMA-specific epidemiology.

BY MS. PENNER:

Q. All right. Going back to --

A. So as I said, this is a very different case because in that case, I was relying on a particular carcinogen, NDMA, and that epidemiology.

In this case, we have hair relaxers. In general we have the White, the Bertrand, the Chang studies.

Q. Going back to your 11 compounds or classes of compounds in your hair-relaxer report, can you identify specific combinations of these chemicals that, in your opinion, act together additively?

(Stenographer clarification.)

MR. ROCHA: Objection.

A. So as I mentioned before, if you take one particular key characteristic, like genotoxicity, all 11 of these chemicals of concern, EDCs, carcinogens, whatever you call them, they're all genotoxic. So if you only look at one KC, that would suggest you would have additive activity. But in reality, these chemicals can cause cancer through these key characteristics, so we have multiple KCs.

So that would argue that there's synergistic activity, especially the ones that have particular -- like, if we talk about impaired DNA, repair oxidative stress, chronic inflammation, genotoxicity, those four, we know -- and I cited a bunch of papers. I even have, I believe, a figure on it -- but that those mechanisms can synergize together.

BY MS. PENNER:

Q. Is it your opinion that all 11 of these chemicals -- withdrawn.

Is it your opinion that any

combination of any number of these chemicals at any dose act together synergistically to cause ovarian cancer or uterine cancer?

MR. ROCHA: Objection.

A. I would say it's biologically plausible that any combination of these chemicals in the -- in the hair relaxers can have either additive or synergistic or both activity.

BY MS. PENNER:

Q. But you can't tell me any specific combinations that only have additive activity or any specific combinations that only have synergistic activity, correct?

MR. ROCHA: Objection.

A. So, in general, as I said, if it's the same mechanism of action, that tends to be dose additive. But these have different mechanisms of action, so that would argue that any combination of these chemicals would have synergistic procancer activity.

BY MS. PENNER:

Q. And so is it your opinion, to a reasonable degree of medical certainty, that any combination of these 11 chemicals at any

dose in hair relaxers act together synergistically to cause ovarian and uterine cancers?

MR. ROCHA: Objection.

A. I would say yes to that, except I would add additive or synergistically because these are each individually such potent carcinogens, EDCs, chemicals of concern, and each of them are genotoxic. And some of them, NDLA was genotoxic and had one other KC. So what I would say, it's biologically plausible that any combination of these chemicals in the hair relaxers cause uterine cancer or ovarian cancer via additive or synergistic activity.

BY MS. PENNER:

Q. So let's go back to your report on page --

A. The other thing I would add, I think that, in general, when we're talking about such potent carcinogens, that to see synergy, typically that's why the Halifax group did benign chemicals. Like these are, I have to stress, individually such toxic carcinogens and EDCs that can act on a very low dose through a hormone receptor. I think that's

why, as a scientist, I would say these have additive or synergistic procancer activity in a mixture.
Q. Can we go back to page 36 of your report.
A. Yes.
Q. In the middle is -- of the page is a section on Key Characteristic No. 8.
A. At the bottom?
Q. In the middle of the page.
A. I have Key Characteristic No. 7 is in the middle, page 36.
Q. We probably have different page numbers.
A. "Receptor mediated" is at the bottom.
Q. It's the Key Characteristic No. 8, "Estrogen can fuel the growth"?
A. Yes.
Q. Okay. Great. That's what I want to talk about, but I want to talk about the second paragraph of that section.
A. Okay.
Q. No wonder we've been having trouble.
Okay. In that second paragraph, the second sentence says, "Ovarian and endometrial

(e.g. uterine) cancer are dependent on estrogen to grow and spread. EDCs target the uterine and ovarian tissues and can increase the risk of these cancers." And you cite Reference 201, correct?

A. Correct.

Q. And we have marked 201 as Exhibit 12.

A. Yeah. I'll also state, even though I have one citation, that, in general, estrogen is genotoxic and promotes a KC. So throughout the report, I cite that with multiple references.

So a lot of times in science, you might only list one reference on a particular sentence, but the concept is cited -- like, the particular concept that estrogen can increase your risk of cancer, for example, through genotoxicity, I've cited over five, six papers on that.

Q. If we look at Exhibit 12, if we look on page 361, and there's a section on ovarian cancer and EDCs.

A. Yes. What page are you...

Q. 361, ovarian cancer and EDCs, which is, I think, the third page of the exhibit.

A. Yes. 361, yes.
Q. And bottom of the second column is ovarian cancer and EDCs. And the first sentence says, "Although ovarian cancer is not an estrogen-dependent malignancy, there have been some studies conducted in vitro on the effects selected EDC on the proliferation of ovarian cancer cells."
Did I read that correctly?
A. Yes. So there's --
Q. Okay. I didn't even ask a question.
A. Okay.
Q. And down at the -- further down -- I think it's the last sentence on the page that rolls over onto the next page -- it says, "The results of these studies, however, do not point to the potential association between exposure to these substances and cancer risk.
"We might speculate on the potential role of the indirect actions of EDCs on ovarian cancer risk, especially those possessing antiestrogenic effects in the hypothalamus leading to an increased production of gonadotropins, which directly stimulate the gonads and therefore may also

impact the risk of ovarian cancer development. Clinical data on the exposure to environmental EDCs and the risk of ovarian cancer is -- however, is still lacking."

This article does not support your statement that ovarian cancer is estrogen dependent and caused by EDCs, correct?

A. So that's misleading on so many levels. I'll start with, first of all, this is a review from 11 years ago. In general, as a scientist, I rely on original publications. So most of my 900-plus publications are original publications. But sometimes you cite reviews because it's a field, and you may cite it.

So, first of all, this is a review. It's somebody's review from 11 years ago. My report was written in the past two months. So -- and I cited that estrogen, for example, is genotoxic, I believe, references 232 to 336. I can look at the exact references.

But the point is I cite multiple references that we know today in 2026, not 11 years ago on a review, a decade ago, that estrogen is genotoxic, and that has relevance

to ovarian cancer.

And I cite other publications why estrogen can increase the ovarian cancer risk, whether it's through genotoxicity or other KCs, like chronic inflammation.

Q. So this particular study doesn't support your opinion, but it's a review article, so it isn't important; is that what your testimony is?

MR. ROCHA: Objection.

A. No. What I'm saying is I cite it because it's a review that's looked at in general, EDCs and female cancer. But as a scientist, when I look at data, there's no original data in a review. A review is just a review of the literature at the time, which is 11 years ago.

Science, as I mentioned, just grows exponentially. So -- and I might as well cite like, for example, estrogen is genotoxic. Those are, for example, references that would support that estrogen can increase ovarian cancer. So it, like, references 232, 233, 234, 235, 236, and so on. Those are particular original studies done in the lab or

in people or human tissues that support that estrogen can increase the risk of ovarian cancer.

And I can already tell from the title, for example, Reference 233, "Cell-type specific genotoxicity in estrogen-exposed ovarian and fallopian epithelium," epithelial cells are very important because 95 percent of ovarian cancer is epithelial ovarian cancer, and about 70 percent of uterine cancer comes from epithelial cells. Those are what we call carcinomas.

BY MS. PENNER:

Q. If we go back to your report on page 42 --

A. I'll also add one last thing. Reference 236 is very important. "High level of chromosomal aberration and ovarian cancer genome correlate with poor clinical outcome." That means that the estrogen-induced genotoxicity where you have DNA damage actually correlates with women who are dying and will die of their ovarian cancer being more aggressive.

So it's not just that these are just

some nonspecific markers. This is exactly what we look for, mechanisms that promote aggressive ovarian cancer because, at the end of the day, as scientists, we're trying to find treatments to block these mechanisms.

Q. I understand that. But you didn't cite either of those articles for the statement that we just read from your report, correct?

A. No. As I said before, so one sentence, I'll put a reference -- and this particular one does support. But then as a report, I'll cite other papers that support that comment.

Q. If we go back to your report on page 42.

And it may not be 42, but I'm looking at another key characteristic, No. 8 section.

A. Yes.

Q. And the last sentence, or toward the bottom of the last paragraph of that section, it starts "Disruption."

Do you see that?

A. Yes.

Q. Okay. And you say, "Disruption in

estrogen function are associated with various female functions such as ovarian, endometrial, breast, or cervical cancer. Any EDCs having estrogenic effects can increase risk of these cancers."

And for that last sentence, you're referring to ovarian, endometrial, breast, or cervical cancer, right?

A. The last sentence targets uterine and ovarian cancer.

Q. No. The sentence "Any EDCs having estrogenic effects can increase the risk of these cancers," and you've referring back to the sentence in front of it, right?

A. Yes.

Q. Okay. And that's ovarian, endometrial, breast, or cervical cancer?

A. Yes.

Q. Okay. And again, you cite to Exhibit 15, correct?

Or Exhibit 12. I'm sorry.

A. Yeah, it's Reference 201.

Q. 201 is Exhibit 12?

A. Yeah, yeah. And the other thing I'll say, part of my report, initially I talk about

the hallmarks and key characteristics of uterine and ovarian cancer, but I knew very well that when I went through each of the chemicals, I would go more specifically into the mechanisms of each of the KCs.

Q. Okay. Now, if we go back to Exhibit 12, there is a section that says -- is 1.2, "Carcinogenesis of estrogen dependent female cancer."

A. Exhibit 12?

Q. Yes.

A. Yes.

Q. And Section 1.2.

A. Oh what page is that?

Oh, yeah. I see it.

Q. Okay?

A. Yeah.

Q. And they say, let's see, the second sentence, "Therefore, any EDC exhibiting estrogenic effects may increase the risk of these two estrogen-dependent malignancies."

That's very, very similar to the language of the sentence that we read from your report, correct?

A. Yes. That's why I'm using it to

support my statement. That's -- in science, when you reference something, you're usually referencing to support the statement.

Q. Right. And these -- in Exhibit 12, the article -- or the authors are referring to the prior sentence where they say "Specifically, breast and uterine cancers are the most frequent female-gender-related neoplasms whose growth is mostly estrogen dependent," correct?

A. Correct.

Q. Okay. They do not say that EDCs with estrogenic activity increase the risk of ovarian or cervical cancers, true?

A. Yeah. But to my report, I give evidence why I can include ovarian cancer. I don't get so much into cervical cancer but ovarian cancer. That's why there's -- I mention some references that support that.

And really the point of the original -- of this section of the report is to show why ovarian cancer and uterine cancer, the initiation and stimulation is dependent on the key characteristics that we talk about here in this case and the hallmarks of cancer.

And then the point is to go through each of the chemicals of concern and then evaluate do these chemicals, in addition to having compelling epi and animal data, do they have these key characteristics that coincide with how ovarian cancer and uterine cancer in the year 2025, that we know how it's initiated and stimulated.

Q. Okay. The next sentence in Exhibit 12 says, "The results of a vast number of experiments conducted in rodents stress the importance of fetal as well as prepubertal exposure to EDCs in the pathogenesis of breast and uterine cancer."

You did not consider -- withdrawn.

You did not consider fetal EDC exposure in your analysis related to hair relaxers and uterine and ovarian cancer, correct?

MR. ROCHA: Objection.

A. While the hair relaxers aren't given, what I was reading in the epi, typically there's not fetal exposure.

As I mentioned, as a scientist, this is a class of compounds that the first -- one

of the first EDCs or estrogen compounds was DES, and that is very relevant to fetal exposure, and it can cause -- DES can cause uterine cancer in animals. It can cause vaginal cancer in women.

So it is in one way -- it is relevant in that way. But, yeah, I don't get into fetal exposure if that's the question.

BY MS. PENNER:

Q. Is it your testimony that formaldehyde -- withdrawn.

Is it your opinion that use of hair relaxers -- is it your opinion that hair relaxers are the only personal care products that contain formaldehyde or formaldehyde releasers?

MR. ROCHA: Objection.

A. From my reading, I believe there's other products, but I was -- that wasn't the question I was asked for this report. So I --

BY MS. PENNER:

Q. So the same can be said about any of the other 11 chemicals in your report, correct?

MR. ROCHA: Objection.
A. What's the question?
BY MS. PENNER:
Q. That there are other environmental exposures to them in daily life --
MR. ROCHA: Objection.
BY MS. PENNER:
Q. -- including other personal hair -- personal care products?
MR. ROCHA: Same objection.
A. Yeah, I would have to look at a particular paper and analysis and the LC-MS analysis and what they found in a particular product. I mean, we can get through some of the papers I cited, like Helm, you know, and a couple of other papers.
BY MS. PENNER:
Q. Is it your opinion that any -- withdrawn.
Is there any one of these 11 chemicals or classes of chemicals that appears only in hair relaxers --
MR. ROCHA: Objection.
BY MS. PENNER:
Q. -- and not in any other personal care

product?
A. I would have to go through the other personal care products, but because of the epi data, which is compelling for hair straighteners, hair relaxers, that's why I focused on this as a group.
But from some of my reading and some of the papers I cite clearly say that personal care products, certain of them may have parabens or phthalates and other chemicals of concern, but that wasn't what I was asked to do.
My question was do hair relaxers, as a class, is it biologically plausible? Do they cause uterine or ovarian cancer.
And also I can add, this gets back to -- and I have a whole section on the mechanism of action and wounding, how they're harsh and skin, you know. So they act a different way if you're asking about, like, shampoos and soaps other products like that.
BY MS. PENNER:
Q. You were asked for an opinion about causation, correct?
A. Yes.

Q. Okay. Not just biologically plausible but actual causation, correct?
A. Yes.
Q. Okay. And did you consider the potential for a woman to be exposed to any one of these 11 chemicals or more or combinations of them from products other than hair relaxers?
MR. ROCHA: Objection.
A. So, yes, I considered it. As a science, we look at epidemiology studies, animal studies, mechanistic studies, and we basically have two groups that we studied for this case, exposure to hair relaxers or the chemical in the hair relaxer, and then typically you have a control group that's either not exposed or has low exposure.
And so what's compelling here and what's relevant here is that in all the epi studies, mechanistic studies, animal studies, that exposure to the hair relaxers and these chemicals could increase the risk and can cause these two particular cancer types.
BY MS. PENNER:
Q. All the animal studies that you relied

on related to individual chemicals or groups of chemicals, not hair relaxers, correct?

A. Yeah. There's one study that I did cite that used hair relaxers on the skin, and they showed just histopathological signs of inflammation, necrosis, and wounding. And I have that one study, but the rest of them were the individual chemicals.

Q. And that was an in vitro study in hair samples?

A. No, no, no. This was actually on mice.

Q. Okay. Yes, you're right.

A. It's an in vivo study. I can --

Q. No, it's fine.

A. Okay.

Q. Is it your testimony that a woman would not be exposed to any one of these 11 chemicals in vitro -- or in utero?

MR. ROCHA: Objection.

A. That wasn't what I looked at. Hair relaxers, the exposure in the epidemiology studies didn't look at in utero exposure, so I'm not sure of the question.

BY MS. PENNER:

Q. And none of the epidemiology studies of hair relaxers controlled for in utero exposure to estrogen or to EDCs?

MR. ROCHA: Objection.

A. I don't believe that was relevant to the case here.

As I mentioned before, the example of DES and the toxicity of giving an estrogen-type compound to a pregnant woman, I think we, in Europe, learned the hard way that you get birth defects and increased risk of uterine can- -- uterine cancers in mice, vaginal cancers in women.

I believe there was actually four different types of cancers that were increased in the women.

BY MS. PENNER:

Q. You're not opining that there is DES in hair relaxers, are you?

A. No, but --

Q. Okay.

A. -- from a scientist's point of view, this is a class of chemicals of EDCs and increasing estrogen that we have experience with, and that's a very important lesson that

we learned from DES.

Q. Is it your testimony that since DES has been taken off the market, pregnant women are not exposed to any EDCs?

MR. ROCHA: Objection.

A. That's -- that's not a question I looked at.

BY MS. PENNER:

Q. So you don't know the answer to that?

A. Well, I know in general EDCs can be toxic reproductivewise. The Endocrine Society has come out with multiple warnings. There's EDC key characteristics. As a class of compounds, they can be toxic, increased risk of cancer, but that wasn't what I focused on.

The only relevant part I will say is that KC8, which is receptor-mediated effects, because these estrogen and the EDCs can work through a receptor, that part was relevant to my analysis.

Q. Okay. Let's look at Exhibit 13, which is an article by Schildroth that you mentioned earlier.

(Exhibit No. 13 marked for identification.)

BY MS. PENNER:

Q. And we're going to go to page 7, Figure 2.

A. Yes.

Q. And I believe you discuss this in your report around page 28, where you say "in a cross-sectional study."

A. Which reference number?

Q. It's No. 118, I believe.

A. 118.

Yes, I see it.

Q. Okay. You say, "In a cross-sectional study evaluating urinary biomarkers of endocrine disrupting chemicals in 425 young Black women in the Detroit area, women who had used chemical relaxers within the past year had higher concentrations of 2,5-dichlorophenol, MBzP, and ethylparaben when compared to nonusers," and you cite to Reference 118, correct?

A. Yes.

Q. And that is Schildroth that we have

open as Exhibit 13, I think.
A. Yes.
Q. Okay. And on page 7, Figure 2, I think, are the results for hair relaxer, straighteners, or perm use, correct?
A. Yes.
Q. Okay. And they give results for any number of compounds, and they give results for low use, medium use, and high use; is that right?
A. Yes.
Q. Okay. And we've discussed biological gradient, which would lead one to assume that the higher the use, the greater the amount that would be seen in the urine, correct?
A. Well, as I mentioned before, depending on the numbers, you may not always see a biological gradient.
Q. Okay. And the only statistically significant increased biomarker level was for MBzP, correct?
MR. ROCHA: Objection.
BY MS. PENNER:
Q. And that was a woman who used it once in the past 12 months?

A. Yes. The important part is that these women had increased levels of the MBzP, a phthalate, and the paraben. And this was consistent with many of the other deposition readings I read, that these particular -- if you talk about phthalates and parabens, that they came up as a chemical of concern in women who used the chemical relaxers.

And because of the reasons --

Q. Many -- go ahead.

A. Before, you mentioned the biological gradient. My answer, as far as not having a threshold for these compounds, would be the same.

Q. Okay. Many of the point estimates for these compounds show -- are to the -- are to the left of the null, right?

MR. ROCHA: Objection.

A. Yeah. Some of them are, yeah.

BY MS. PENNER:

Q. Okay. And, again, only one is statistically significant, correct?

MR. ROCHA: Objection.

A. Correct. And that's where, as I said before, it's very important in science that we

don't ignore nonstatistical effects.
Here the point of the paper is that the woman with the hair relaxer had increased phthalates and parabens, and that was consistent with what I saw in other papers that I cited and other depositions.
BY MS. PENNER:
Q. The findings for MPB for the medium group show an increase in -- in the urinary biomarker, but for the low and high groups showed a decrease in the biomarker, correct?
A. Correct.
Q. Would you agree with me that a reading for -- a reasonable reading for MPB is that there is no effect on the urinary biomarkers from use of hair relaxers?
A. No. I think the conclusion here is what I wrote, that women with -- who in this particular case of 425 young Black women in the Detroit area had higher concentrations of the phthalate and the paraben compared to nonusers.
That's where in science we don't always see a biological gradient. The fact that these hair relaxers led to these

chemicals of concern in the urine, that's important on multiple levels.

One, it shows exposure through the hair is getting into the body, and, as I mentioned before, these chemicals of concern can not only get in the urine. There's evidence in the blood.

And actually I cited a couple of papers where it's actually increased in the tumor tissue of endometrial tumors and ovarian tumors with phthalates and parabens.

MS. PENNER: Okay. Can we mark --

THE WITNESS: Is that it for this one?

MR. ROCHA: That's it for this one.

THE WITNESS: I'll just add one other thing just to emphasize, since we're talk about phthalates, that I cited the Zheng et al. paper, that it's not only just in the urine, which is worrisome already from the hair relaxer, but it correlates with how aggressive the ovarian cancer grows.

So that's -- as a scientist, that's

very concerning because it's not just that these chemicals of concern are going systemically in the tumor, tissue, blood, and urine, but they actually are acting in to promote a more aggressive cancer type.

BY MS. PENNER:

Q. Okay. Phthalates are used in many personal care products as antimicrobials, correct?

A. Yeah. They're used -- I think it's plasticizers more to decrease the flexibility. The parabens are more antimicrobial.

Q. Okay. And they can be found in skin lotion, correct?

MR. ROCHA: Objection.

A. Which one?

BY MS. PENNER:

Q. Either phthalates or parabens.

A. I would have to look at the particular product, and, you know, as I mentioned before, these are genotoxic potent molecules that are procarcinogenic.

Q. Okay. So if a woman is exposed to any one of your 11 chemicals from sources in addition to the hair relaxers, could you

identify that her uterine or ovarian cancer is caused by the hair-relaxer products?

MR. ROCHA: Objection. Is this a specific causation question?

MS. PENNER: No. This is a general causation question.

A. So we look at -- as a scientist and as a clinician, we would look at risk factors of a particular cancer type.

Like, if somebody has the BRCA gene and we're talking about ovarian cancer, that risk factor is a lot different from a woman who doesn't have a family history, you know, if we're talking about other risk factors, like obesity or estrogen.

But, in general, I think your question is that -- and I said it before. In these studies what we look at is the exposure in epidemiology, whether it's a mechanistic study or animal study, compared to no exposure of the hair relaxer or little exposure or the chemical.

And what's overwhelming and compelling and indisputable is that exposure to these hair relaxers increases your risk of uterine

and ovarian cancer.
BY MS. PENNER:
Q. Okay. We've talked before about the key characteristics of cancer, and we will talk some more about them, but the key characteristics of cancer don't provide evidence of carcinogenic potency, correct?
A. Correct. First of all, I don't -- nobody uses the KCs on their own because some of the KCs can happen in noncancer diseases.
Oxidative stress is a good example. So we use the KCs -- and I can get into more why in conjunction with the epidemiology study and the animal studies.
Q. Okay. Is it your opinion that the KCs represent the mechanisms that the 11 chemicals you discuss in your report use to initiate and -- use to initiate uterine and ovarian cancers?
MR. ROCHA: Objection.
A. Yes. So how the -- this is where I'll have to mention how the KCs were identified is that -- and I believe I cited Krewski et al. in a couple of the IARC papers where they looked at 86 Group 1 human carcinogens

and in a formal way basically analyze how do these carcinogens cause cancer.

And it turned out 85 of the 86 were genotoxic, and basically in a bunch of workshops before 2016, there were 25 end points that people looked at that were consistent with the hallmarks of cancer, and then those 24, 25 end points were organized into the ten key characteristics.

What's important is that these are how Group 1 established human carcinogens can initiate and cause cancer. And as I mentioned before, the mechanistic studies in cancer have just exploded in the past five, ten years.

BY MS. PENNER:

Q. The KCs were developed as a way of systematically identifying and organizing mechanistic data, correct?

A. Yes. It's also an unbiased approach that uses these ten mechanisms.

Q. Okay. Nowhere -- withdrawn.

Counting up KCs is not a part of the IARC methodology for determining carcinogenicity, true?

A. Correct. There is not a certain

number that we looked at. It's more important how these KCs can interact with each other.

We do know certain KCs, like genotoxicity, because we have a whole 50 years of scientific literature, that is if a chemical is genotoxic, that has a high likelihood of causing cancer.

In fact, you know, we put drugs through the FDA with different companies, and every agent, even if we're treating end-stage cancer, has to be evaluated in genotoxicity and in a large animal model and a small animal model. So that's a very important end point.

And the other ones are also important. Cytotoxicity can lead to proliferation, KC10. I mean, I can talk why each of them is important in their own.

Q. Would you agree with me that, particularly in the section of your report on the KCs, that -- well, withdrawn.

Let me just grab the page numbers for this.

(Brief pause.)

BY MS. PENNER:

Q. Would you agree that the section of your report on the ten key characteristics starting at page 14, would you agree that you have largely borrowed language from a number of different studies?

MR. ROCHA: Objection.

A. The ten KCs that I list, I cite references. They are pretty much an established concept. So it's only a certain amount of rewording, and I support the statements with different references. But the established ten KCs, this is more defining what they are.

BY MS. PENNER:

Q. And because it's just defining what they are, you have borrowed language from a number of different studies, correct, that you cite but you've borrowed the language, true?

A. I would -- I used the language -- a lot of times, I used the language that IARC themselves used because that's how they defined it. I didn't define the KCs. This is not something I can just change in my own words and say, These are my KCs.

So a lot of the initial part, yes, is here is the definition of KCs, and I cited multiple publications of them.

Q. If a student handed you your report that -- would you mark them down for plagiarism?

A. I cited multiple publications here, and as I said, the key characteristics are listed. They're defined and the end points are set. There's only so much you can reword them. When I get into more of the analysis of the different chemicals and the initiation, stimulation ovarian and uterine cancer, then I get more into my analysis.

But these KCs, I've cited the original papers. I've cited the IARC documents. The KCs, the classic paper 2016, Smith, et al., there's a 2020 paper on the end points. I even cited the paper that I was involved in in 2025 on the end points.

Q. So classic papers can be plagiarized with no repercussions; is that right?

MR. ROCHA: Objection.

A. I have cited multiple publications here. So by stating here what these

definitions are, there's only so much you reword it. I mean, in fact, it's very important to cite the papers as they state the facts of here's what a KC is.

MS. PENNER: All right. Could we move Tabs 36 and 38 into the exhibits, please.

(Exhibit No. 16 marked for identification.)

(Exhibit No. 17 marked for identification.)

BY MS. PENNER:

Q. Dr. Panigrahy -- now, I don't know how to pronounce your name at this point. Panigrahy, right?

A. Yes, you got it.

Q. Can we -- would you submit a manuscript to a peer-reviewed journal that contained language that you had taken from Smith et al. without putting corrections -- or without putting quotation marks around it? Do you believe the journal would accept it?

MR. ROCHA: Objection.
A. These are -- this is a report I'm not submitting for publication, number one.
Number two, if we're talking about original publication, not a review, there's a whole different context versus your own review where you're citing your own work.
Here, I'm citing the scientists. I'm not taking credit for the key characteristics. In fact, what's important is to state the key characteristics as the people who identified them. I wasn't at that workshop that originally identified the key characteristics that was published in 2016. I was in a follow-up workshop in 2023.
BY MS. PENNER:
Q. In 2024, you had a journal article retracted by the editor in chief because you had copied from your own work, correct?
A. Yeah. And that was actually because we were the only world experts on that particular topic, EET signaling in cancer, and we had two related reviews.
And at the time, the cancer editor in chief, who was a very good friend of mine,

asked us to submit a second review, and we said we already had a review already, and we weren't going to. But since we were the only world experts in that topic, they said at that point, 14 years ago, just submit it and use some of your figures.

And now because people -- and this is really for original papers when you cite your own review that's -- this isn't what it applies to, but now journals have now gotten where if you're going to cite your own review, you should use a totally new figure. So that's where -- I actually contacted the journal on my own, "Cancer Metastasis Reviews," [sic] and said that 14 years previous, one of the 20 reviews that I had contained language that we had gotten from a similar review in 2010, and we -- I actually approached the journal and said we should retract it.

Also, I'll just say, another thing is, when you have your own reviews, that's pretty commonplace that you can use certain parts of the figures. And so we went along with retracting. But that's something, it's your

own work, so you're basically using your own work. But everybody would agree an original publication, every sentence you use is written on its own.

BY MS. PENNER:

Q. And you don't feel that those rules apply to expert reports, correct?

MR. ROCHA: Objection.

A. I -- if anything, here, the original key characteristics aren't my work. So it's not an original publication where I came up from the moment -- every text that we write on original publication, every sentence is our own work. So it's very different from where I'm describing the key characteristics.

And also, there may be -- I've cited the original papers, and even if there's some words that are similar, that doesn't -- that doesn't at all take away from my analysis, which was the questions that I've already stated that I was asked.

And later on, when I get into how ovarian cancer and uterine cancer is initiated and stimulated, that's my own thinking. And then the analysis of the 11 chemicals is my

own thinking. And then the mixture section is my own thinking. So if anything, what I'm doing is giving credit to the key characteristics and the hallmarks of cancer to the people who had identified them.

MS. PENNER: Okay. Let's also move Tab 37 in as -- into the exhibits.

(Exhibit No. 15 marked for identification.)

THE WITNESS: Do you want 17, you said?

BY MS. PENNER:

Q. Yes. I want to look at 17 first.

A. I think that's the printed report.

Q. Yes. If we open up Tab -- Exhibit 17, please, and go to page 14, please, and that's the start of your section on ten key characteristics of carcinogens, correct?

A. Yes, page 14.

Q. Start on page 14 on this printout of it that we received.

A. Yeah.

Q. And on page 15, just to get a full

page up there, I represent to you that we have highlighted language that directly comes from the article that you are citing. And does that -- do you have any reason to believe that I am not factually correct in that?

MR. ROCHA: Objection. Foundation.

A. As I said before, this is -- I'm taking concepts from these -- the original authors and stating the concepts. If anything, I don't want to reword the concepts because this is how they stated the key characteristics.

BY MS. PENNER:

Q. So on page -- let's go to exhibit -- all right. We're going to come back to this one. But I would also like to look at Exhibit 16.

Exhibit 16 is --

A. Do I have to close 17 to open -- I don't see 16.

Q. If you want to just use your report, that's fine.

A. Okay. Yeah. I have a 13, but I don't see a 16. Wait. I've got it now.

Q. And we'll be talking about your report on page 14, just above the ten key characteristics.

A. Uh-huh.

Q. Okay. So there's a paragraph a couple of paragraphs above the ten key characteristics section, and there's a sentence that says -- or the paragraph starts, "Some agents can indirectly induce DNA damage."

Do you see that? Are you there?

A. Yes.

Q. Next sentence is "Oxidative damage to DNA leads to several types of lesions, including mutations, single-strand breaks, DNA-protein cross-links, chromosomal abnormalities," and it goes on. And you cite to 27, which is what we have as Exhibit 16, correct?

A. Yes.

Q. And that exact language does appear on page 282 of this article, correct?

A. Let me just see. 282. Yes, I'm listing the examples of the oxidative DNA damage, right.

Q. Okay. And --
A. As I said before, there's only so much you can put in your own words.
Q. Right.
A. There's listing different concepts here. And I'm citing the original papers and giving credit to the people who identified these end points. You list the end points.
Q. And you also say right after that "Some agents interfere with multiple pathways that involve DNA damage."
Do you see that?
A. Yes.
Q. And then "Genotoxicity. Examples of nongenotoxic mechanisms include changes in gene expression, activation of cell-signaling pathways, oxidative stress, immunosuppression, and inflammation." And you cite to Reference 28, correct?
A. Yes.
Q. If we look back at page 282 of Exhibit 16, which it says -- we see that same list, correct?
A. Again --
MR. ROCHA: Objection.

A. -- this is part of -- I'm listing end points, and I'm citing the paper.

If anything, as a scientist, rather than making up statements, I'm citing with precision the exact end points. And I'm citing them.

This initial part -- in fact, this whole section, the ten key characteristics of carcinogens, the important part is to get what are the readouts, and how do we say that these KCs occur? So I'm citing the list.

BY MS. PENNER:

Q. So on the first sentence that we read, you cite to 27, not 28, correct?

A. Yes. 27 was a paper, Klaunig et al., that was focusing on oxidative stress.

Q. Right.

A. So that's why I cited -- since that sentence talks about oxidative stress, I cited 27. Since 28 talks about cell signaling, oxidative stress, immunosuppression, inflammation, gene expression, which are nongenotoxic mechanisms, that's why I cited the Al-Zoughool, et al.

Q. But you borrowed the language from --

even though you cite to No. 27, you borrowed the language from No. 28, correct?

MR. ROCHA: Objection.

A. As I said, I am listing the readouts. That's part of -- as I said before, if you look in each sentence, there may only be one reference. But, in general, multiple references that I cite, in fact, the 940 references I cite overall can be applied to a section. So that's why we don't -- some sentences, I'll have more than one reference, and some -- well, I could have cited other references with this sentence too that I talked about the different KCs.

BY MS. PENNER:

Q. Is there any way from just looking at your report, as it was produced to us, that we can determine which language you -- is your own and which language you borrowed from one of these authors?

MR. ROCHA: Objection.

A. Yes. So when I get into my analysis of the uterine, ovarian cancer and the -- analysis of the chemicals of concern, the mixture section, when I cite 940 references,

part of the science is the precision that what you say in a sentence that you actually cite a reference that supports that sentence rather than some nonscientific statement that you say and don't cite anything.

So my -- there is no other -- my question I was asked, is it biologically plausible that hair relaxers can cause uterine and ovarian cancer, that hasn't been -- I haven't seen a peer-reviewed publication specifically answer that question. So that's part of -- as a scientist, I cite the human evidence, the mechanistic studies, the animal studies, and do my own analysis.

BY MS. PENNER:

Q. If we look at your report and the table of contents on it, can you tell me that there is a particular page after which you have not borrowed language from any author that you cite?

MR. ROCHA: Objection.

A. Yes. So the entire report, when I get into the analysis, the biologically plausibility, the uterine cancer and ovarian cancer, the chemical mixtures, these are my

own analyses.
BY MS. PENNER:
Q. So Section 10, "Uterine Cancer," starting on page 32, is your own analysis?
A. Yes, that's my own -- that's my own analysis.
Q. Then the next "Ovarian cancers involve several key characteristics," that's your own analysis?
A. Correct.
Q. Then the biological plausibility, those are all your own analyses?
A. Correct.
Q. So on page 37 of your report --
MR. ROCHA: Would this be a good time to take a break?
MS. PENNER: It would be, and that way -- and we're just going to talk about the paragraph above the ovarian cancers.
THE VIDEOGRAPHER: The time is 2:46 p.m. We're off the record.

(Recess taken from 2:46 p.m. to 3:02 p.m.)

(Exhibit No. 18 marked for identification.)

THE VIDEOGRAPHER: The time is 3:02 p.m. We're back on the record.

BY MS. PENNER:

Q. We were going to look at page 37 of your report --

A. Yes.

Q. -- which is -- and the paragraph just above the new section. It says, "Chronic proliferative stimulus that occurs in the uterus due to the estrogen agonist properties of tumor-associated macrophages, TAMs, may induce chronic cell proliferation in endometrial cells." And you cite to Reference 227; is that right?

A. Yes.

Q. And I think Exhibit 18 we're up to is your Exhibit 227, correct?

A. Yes.

Q. It doesn't have anything to do with tumor-associated macrophages, correct?

MR. ROCHA: Objection.

A. This was talking -- it is related,

talking about proliferation in the uterine endometrium genotoxicity may play a role. So it does talk about proliferation.

BY MS. PENNER:

Q. But the TAM in this article refers to tamoxifen, correct?

A. Yes.

Q. Not to tumor-associated macrophages; correct?

A. Yes.

Q. And in your report, the next sentence is also about tumor-associated macrophages, correct?

A. Yes.

Q. And for that sentence, you reference No. 228?

A. Yes.

MS. PENNER: And that's Tab 17, and let's mark that as Exhibit 19.

(Exhibit No. 19 marked for identification.)

THE WITNESS: Yes, I've got it.

BY MS. PENNER:

Q. I'm just a little behind you.
Exhibit 19 is an article about tumor-associated macrophages, correct?
A. Correct.
Q. And in the first sentence that we read, you say that the mechanism by which tumor-associated macrophages induces chronic proliferative stimulus is by acting as an estrogen receptor agonist, correct?
A. Correct.
Q. And the first sentence of the abstract of Exhibit 19 says, "Tumor-associated macrophages, TAMs, promote the progression of endometrial cancer, but the mechanism of TAM in EC cell proliferation remains unclear."
That doesn't support your opinion that TAMs act as estrogen receptor agonist, true?
MR. ROCHA: Objection.
A. The important part is that in this section, the key characteristics, that cell proliferation is involved here in endometrial cancer. So that's where I'm citing these papers to support that -- that part of the key characteristics, cell proliferation, is important. Whether it was through

macrophages, or whether it was blocking a certain factor, colony, stimulating factor, what's really important -- and cell proliferation, if we're going to talk about these papers, we talk about the science. Cell proliferation is one of the important key characteristics. In fact, that's classically what tumor cells are.

They divide uncontrollably. They have increased cell proliferation, and that's part of my analysis that I do cite these papers that one of the mechanisms that can be is through macrophages, and one of the ways to show important mechanism is important by blocking it and then showing that the proliferation is inhibited. That's why I cite these two papers.

In fact, I can just say in general, like, this section of the key characteristics is more just for elucidation why they're important. And part of my methodology in citing papers, it's very established that I cite references. I have 78 publications. No editor has ever asked one of my papers to be withdrawn because of this methodology.

It's very standard in science when you're citing other people's work, you can cite their references. And then when you do your own analysis, you can cite your own analysis.

What's important here is that my report doesn't depend on the description of these KCs. I'm only doing it to educate the different people involved in this case. And what's important too is I just don't say sentences, just make up sentences. I put a reference that supports that sentence.

BY MS. PENNER:

Q. Okay. So this is on page 37 of your report, which you have told us is part of your analysis, correct?

A. Yes -- but actually no. The key characteristics is not my analysis. They're a description of why these mechanisms on the initiation, stimulation of cancer are important. This entire section is not my analysis. It's a description of the entire field, and my report does not rely on this description. It's more to educate the people reading my report on why they're important.

And actually the methodology I use of having 940 references is a standard methodology that I've applied in my 78 publications, and no editor has ever asked any of my 78 papers to be withdrawn.

Q. Except the one where you plagiarized your own study, correct?

MR. ROCHA: Objection.

A. As I said before, that's misleading because I approached the journal before they asked me, and that was using a figure back in 2011 and 2010 of our own work at the time where the editor in chief, Ken, Han had asked us to submit a second review because we were the only world experts on this particular fields of EET signaling and cancer and eicosanoids and cancer. And we already had a review, and he said, Use that part of that figure and part of your other review.

Fourteen years ago, he said that he was the editor in chief. And then now asked now in 2024 the -- now, as we know now for reviews and original papers, we don't use part of a figure. I approached the journal on my own without them asking and said, We should

withdraw this.
BY MS. PENNER:
Q. Let's open up Exhibit 15, please.
This is the article that was withdrawn, correct?
A. First of all, this is a review, not an original article.
Q. Okay.
A. This was -- but we have to clarify. We already had published, the only ones in the world in 2010, on eicosanoids, COMPI eicosanoids, and neglected pathway in cancer. This particular journal was doing a special issue on lipids in cancer in 2011, and we were the only world experts and asked us to do a review.
And at the time, Professor Ken Han said, You can use part of your original review and part of the figures. And that's where we had used this. It's our own work, our own figures, and our own review.
And then in 2024, I approached a journal on this review, which was not an original paper, and said that -- I asked them, We had this issue. What should we do? And we

thought we would mutually decide to withdraw it because we have a 2010 review that's highly cited.

In fact, my 78 publications have established a new field with my colleagues on chronic inflammation and its resolution in cancer, and they're highly cited.

Q. It was more than part of one figure that you reused, correct? You reused two figures, correct?

A. It was our own figures.

Q. Correct.

A. Yes.

Q. And then you used quite a bit of the same language from the text, correct?

A. There was some overlap, as I said, because we were put in a position they asked us to do a second review. And at that time, it was very standard to -- if it's your own review, you're basically taking from yourself.

Q. Are there any other publications out there that you did this with, that you took from yourself?

MR. ROCHA: Objection.

A. No. My other 78 publications have not -- I have not had any issue with an editor having any issue with it.

BY MS. PENNER:

Q. And if we look at page 528, we've highlighted the language that appears in your 2010 article. That's more than a couple of figures, right?

MR. ROCHA: Objection to the authenticity of this, foundation for this.

A. As I said before, at the time, the editor in chief asked us to use part of our original review and this review.

These are not original articles, and we happen to be the only world experts on this particular pathway, and they wanted this pathway to be represented in this special issue on lipids and cancer. So at the time, they said, Just use part of your original review and your own reviews, and that was a standard practice 14 years ago.

BY MS. PENNER:

Q. Okay. Let's go back to the table of contents of your report.

So earlier when you told me that

Section 10, "Uterine Cancers," involve the several key characteristics of carcinogens, when you told me that section was your own work, you were lying, correct?

MR. ROCHA: Objection. Mischaracterizes testimony.

A. No. What I'm saying in this entire report is I use a methodology that's accepted in science in 78 publications that I had, that when I'm relying on evidence that I'm stating here are the key characteristics or even here's how uterine cancer uses these characteristics, it's standard methodology to cite the publications. And as long as you cite the publication and it's not your own work or your own language that you're making up, then that's standard practice.

When I get into my analysis, that's my own analysis.

BY MS. PENNER:

Q. So in the introduction section of an article where you set up what you're about to do, so in the introduction section of a research article, it is your standard practice to cut and paste language from other authors

without using quotation marks?

MR. ROCHA: Objection.

A. We will cite them, and that's part of the methodology. The important thing is to cite the person, to give the credit to who you're citing.

BY MS. PENNER:

Q. Right. But no one is questioning about whether you have 900 citations here, and you do cite the article, but you are using exactly the same language. Is it your testimony that you -- that is your standard practice in your publications, to use exact language from a source without quotation marks?

MR. ROCHA: Objection.

A. In a review like this that I'm citing, it's standard practice to cite 900 publications. And the important thing is to cite the science. We can talk about the science. That was what we're here to talk about, the methodology that I use by giving credit in sections that really are for everyone else's benefit. I don't need to identify the -- why these KCs are important.

My analysis stands on its own with the analysis of uterine cancer, ovarian cancer, and the chemicals that are in hair relaxers and the chemical mixtures.

So the practice that I use by citing over 936 publications gives credit to the list of the key characteristics, and the list -- a lot of times you have certain end points you're listing, and, if anything, I'm being very precise in listing the end points and giving credit to the people.

And I'm happy to talk about any of these papers. We're here to talk about the science about hair relaxers and why they cause uterine and ovarian cancer.

BY MS. PENNER:

Q. No. We're here for you to answer my questions is how a deposition works. And --

MR. ROCHA: Objection to the colloquy.

BY MS. PENNER:

Q. I would very much appreciate it if you did that.

MR. ROCHA: He is answering your you questions. You don't need to berate the

witness.

MS. PENNER: I'm not berating anybody.

BY MS. PENNER:

Q. Let's go back to your report where you're talking about the tumor-associated macrophages, correct? We're on page 37.

A. Yes.

Q. And if we're looking back at the Exhibit 19, just opposite the introduction, there is a sentence that reads in the second column, right about at the same height as the introduction, it says, "The chemokine (C-X-C motif) Ligand 8 secreted by TAM downregulates estrogen receptor" --

A. Are you on the --

Q. I'm on Exhibit 19.

A. Yeah. The first page?

Q. Tab on the first page, right opposite "Introduction."

A. Okay.

Q. You see it starts, "The chemokine"?

A. Yes.

Q. Okay. And in the middle of the sentence -- I won't reread it all for the poor

court reporter -- it says, "TAM downregulates estrogen receptors," correct?

A. I'm still not following. Tumor-associated are a group of cells with immunosuppressive functions...proliferation of TAMs and the secretion of inflammatory factors...

Q. Are you with me on the sentence that begins "the chemokine C-X-C"?

A. Oh, okay. That's further down. Ligand 8?

Q. Yes.

A. Yeah.

Q. "Ligand 8 secreted by TAM downregulates estrogen receptor alpha expression in EC cells," correct?

A. Yes.

Q. Okay. That is not acting as an agonist on an estrogen receptor, correct?

A. That's a particular sentence in that context.

My context in this case, why I put it here and it's scientifically important is that the TAMs here can act as an agonist to induce proliferation.

And, in general, depending on the context, macrophages can have proinflammatory activity and antiinflammatory activity, so it depends on the context.

What's important here is that in this cancer -- endometrial cancer, proliferation plays an important role, and that's why, whether it's through macrophages or blocking that receptor to block the macrophages and decrease endometrial proliferation, that's the important take-home point here.

Q. Okay. Do you have any scientific evidence to support a statement that TAMs act as estrogen receptor agonists?

A. I would have to look at all the different papers and --

Q. But the two papers -- neither of the papers that you cite here in your report support TAMs acting as estrogen receptor agonists, true?

A. I would have to read the entire paper, and it's -- when you look in the introduction it's in one context, so, in general, tumor macrophages actually can secrete in cytokines proangiogenic factors that stimulate

proliferation.

So, in general, it's very likely that estrogens can stimulate macrophages to induce proliferation. I would have to look at the particular context of that.

Q. Okay. But you make a specific claim here in your report that TAMs act as estrogen receptor agonists, and you cite two papers, and neither of them state that TAMs act as estrogen receptor agonists.

MR. ROCHA: Objection.

Q. Correct?

MR. ROCHA: Mischaracterizes evidence.

A. I also cite throughout the report tumor macrophages can promote cytokines and angiogenic factors, so part of science, I'm also putting data together.

But what's the take-home message here is, as I said before, is that proliferation -- altered cell proliferation is an important key characteristic in endometrial cancer. That's the important point.

BY MS. PENNER:

Q. As we sit here today, you cannot

identify a single study that supports the proposition that TAMs act as estrogen receptors, correct?

MR. ROCHA: Objection to the form.

A. I would have to look up that particular link because, as I said before, in general, macrophages can be proinflammatory and they -- and estrogens can stimulate genotoxicity and stimulate chronic inflammation. So there is a link between them.

We're talking about -- I cited 940 publications, so I'm giving you more -- what's important here is that Key Characteristic 10 is the alteration of cell proliferation, and that alteration of cell proliferation occurs in endometrial cancer.

Those sentences -- those two papers that I cite are powerful evidence that cell proliferation is an important key characteristic in endometrial cancer.

And the title of the paper is even -- the fact they use this factor CSF receptor and block it, blocks the macrophage, and blocks

endothelial cell cancer cell proliferation, so that's the take-home message in the title there, that macrophages, if you block their activity, you can block endothelial cell cancer cell proliferation.

And that's an important concept in science, not just that a key characteristic can promote that particular cancer, but if you block it, you get less because that's part of the experimental evidence why a particular factor or mechanism is important. By neutralizing it, you can then reduce the cancer.

BY MS. PENNER:

Q. Okay. So as I understand your opinion, you believe that none of these 11 compounds exhibits or -- none of -- withdrawn.

It's your opinion that none of these 11 compounds or classes require a threshold dose to be carcinogenic, correct?

MR. ROCHA: Objection.

A. Correct, for the reasons I said before.

BY MS. PENNER:

Q. You've -- yes, we don't need to go

into it again. We've got it.
And do you have any reason to believe that these compounds would -- if these compounds were also in other consumer products, they would act differently than they act in hair relaxers?
MR. ROCHA: Objection.
A. Well, in that hypothetical question, I would have to look at the epidemiology studies in addition to my analysis with the key characteristic and the mechanism and the animal studies.
BY MS. PENNER:
Q. So if the epidemiology were negative, you would say that those same compounds in another product did not act together synergistically to cause cancer, correct?
MR. ROCHA: Objection.
Q. Uterine or ovarian cancer?
MR. ROCHA: Hypothetical. Assumes facts not in evidence.
A. Yeah. So as I mentioned before, NDMA is an example where even without epi, that with strong mechanistic evidence and biological plausibility, with strong animal

data, IARC clarified NDMA as a probable human carcinogen, which is Group 2A.

So it kind of depends on the question. If I'm asked more likely than not, you know, it just depends on all the evidence.

But as I said before, in this case, we have compelling epidemiology and mechanistic evidence and animal studies that hair relaxers cause uterine and ovarian cancer.

BY MS. PENNER:

Q. How did you determine that more likely than not was going to be your standard for causation in this report?

A. That was the question I was asked along with the biologically plausibility. Are hair relaxers -- is it biologically plausible that they're associated with uterine and ovarian cancer?

Q. All right. So is it your opinion that each of these chemicals exhibits a linear no threshold dose response?

A. So it comes back to what I said before, that there's -- the evidence is that each of these chemicals, because they're genotoxic and have key characteristics that

don't have a threshold between physiological and pathological function and can act through receptors such as estrogen receptor alpha, which can occur at very low concentrations, so because of all the reasons I stated before that we would not have a no threshold in this case.

Q. You would not have a threshold?

A. We would not have a threshold, yes.

Q. Okay. But you do believe -- it is your opinion that all of these do have a biological gradient, correct?

MR. ROCHA: Objection.

A. So by -- I'm not sure of the question. So we use, like I said, biological gradient as none of the Hill factors, but just because you don't have it doesn't mean a chemical can't cause cancer.

BY MS. PENNER:

Q. Okay. Does formaldehyde have a dose response with respect to uterine and ovarian cancer?

MR. ROCHA: Objection.

A. It's, again, what we talked about before, that because formaldehyde is genotoxic

and induces inflammation and increases oxidative stress, there is not a threshold where you can say that it loses its procancer activity, so there is no threshold.

BY MS. PENNER:

Q. Okay. I'm not asking about thresholds.

I'm asking about whether or not there is a known dose response. Does more formaldehyde -- is it more likely to cause uterine or ovarian cancer than less formaldehyde?

A. So, in general -- we would have to look at a particular study. In general, that's actually -- in this case, because you have a mixture of key characteristics, we don't have that typical linear relationship.

But in a study -- we would just have to look at a particular study. Did they look at different exposure or different doses and what the readout was? So in the key characteristics, what I defined here is a certain readout.

So genotoxicity can be micronucleus. Inflammation can be a cytokine, so we just

have to look at the study and the different doses they use and then the readout.

Q. So you did not formulate an opinion that formaldehyde has a dose response with respect to ovarian or uterine cancer, correct?

MR. ROCHA: Objection.

A. No that's not what I'm -- so as a scientist, we consider the Hill factors, and biological gradient is one of the factors, but it's clear that just because you don't see a biological gradient, there could be reasons for that.

You could be -- in epidemiology, we talk about not having enough power. And in these cases, as -- what's really critical here, and I've said it before, oxidative stress, chronic inflammation, genotoxicity, proliferation, angiogenesis, immunosuppression. These key characteristics, there is not a threshold where you go from normal physiology to pathology.

BY MS. PENNER:

Q. I understand that there is no threshold. We've discussed that a lot.

What I am asking is do you have any scientific evidence that formaldehyde causes ovarian or uterine cancer in a dose-responsive manner?
MR. ROCHA: Objection.
A. I would have to go through all the papers I cited, and I can't -- since I cited 940 publications, I would have to look and see did they see a dose response.
BY MS. PENNER:
Q. Okay. Did you --
A. But as I said before, that's not relevant to my question I was asked because of the reasons I said.
Q. Okay. On page 43 of your report, we're talking about -- we're going to talk about biological plausibility, and it's an intro section right there, and it's the paragraph that talks about hair relaxers.
And you go on to say that -- talking about NDELA and NDMA are formed as byproducts of ingredients used in chemical hair relaxers.
Do you see that?
A. Yes.
Q. Which ingredients?

A. Yes. So nitrosamines can -- because they can -- I forget the exact chemical reaction, but they can -- it's basically like a nitrite and an oxide, and it becomes a nitrosamine.

The important part from my point of view rather than the actual chemistry is that NDMA, NDELA can be formed, and these are -- nitrosamines, as a class, is a very concerning group of carcinogens.

Q. I understand that, and I was in the Zantac litigation along with you. So I understand lots about nitrosation.

But you say here that NDELA and NDMA are formed as byproducts of ingredients, and I am asking which ingredients.

A. Yeah. I don't recall offhand which -- the formation of which ingredient. The important thing is that the nitrosamines can be formed in NDMA and NDELA.

Q. Do you have any direct evidence that any hair-relaxer product contains either NDELA or NDMA?

A. When I was given the materials to read, I do remember there are some analyses

that did show NDMA and NDELA, and even in some of the publications that I cited, they do mention nitrosamines as one of the chemicals of concern.

Q. Are you referring to review articles?

A. Well, the actual -- I was given the list of chemicals that were found. Those were just a list and the analysis.

And then, yeah, the publications I cite, I can't remember -- no, they were not just reviews. They were saying that this -- because of the chemical reaction of hair relaxers that nitrosamines is a possible product that can be emitted.

Q. Okay. Possible doesn't necessarily mean it happens.

Do you have any direct evidence -- direct experimental evidence that NDELA or NDMA are actually found in any hair-relaxer products?

A. Yes. I did find -- when I was given information on which chemicals were detected, I did see NDMA, NDELA in the list and actually amounts that were found.

And then also just -- I don't remember

exactly the chemistry reaction, but nitrosamines in the chemical reaction of hair relaxers, that's -- that can be formed. And part of it, the oxygen species and the oxidative stress, that's an important procancer activity in this group of hair relaxers.

Q. When you say you were given a list, were you given a physical list of compounds?

A. I was actually shown -- there was actually an amount in certain products, not just a list but actual readouts.

Q. So you're talking about company documents that you looked at?

A. I believe -- I believe they were --

Q. That were formulas? Or is this a list that someone gave you?

I mean, is it an actual physical list that you're talking about?

A. No. This was actually, like, LCMS analysis. Somebody had to analyze -- and I saw on the list that here are some chemicals, and I do remember NDMA being on it.

Q. And is this a published list?

A. No. It wasn't published.

Q. Okay. Were these documents that had been produced in the litigation?

A. Yes, as part of the documents. I can't remember exactly the name and stuff, but there was an amount, like an Excel sheet of the -- of the different carcinogens.

Q. Who created that Excel sheet?

A. That was what I was provided. In addition to the deposition testimonies, I saw some list of -- I can't remember the name of the list or what they were, but the concerning part is that the chemicals that we're talking about, I did see them on the list.

Q. The concerning part is that I don't know where this list came from.

MR. ROCHA: If I may?

MS. PENNER: Yes, please.

MR. ROCHA: So, Dr. Panigrahy, are you referring to the Bates-stamped lists that are cited in your report in the section?

THE WITNESS: Yes, yes.

MR. ROCHA: So they're footnotes in the same section that you're reading from.

THE WITNESS: Some of them, I cited --

MS. PENNER: They were documents produced in the litigation?

MR. ROCHA: Yeah. For instance, I'm looking at Footnote 327.

MS. PENNER: Right.

THE WITNESS: Yeah. So actually --

MS. PENNER: That's what I was trying to get at. We were not getting there.

THE WITNESS: Yeah, sorry. So the reference is 325, 326.

BY MS. PENNER:

Q. I know them.

A. Oh, yeah, yeah. Okay.

Q. Yeah, that's -- as long as it's the documents that were Bates-stamped as being produced in the litigation.

A. Yeah.

Q. Okay. And that's the reference you have for NDMA being found in hair relaxers.

Do you also recall seeing NDELA in one of those lists?

A. I for sure remember NDMA. I would have to look back and specifically look at

NDELA because there were a lot of documents.
Q. And other than the documents that have been produced in the litigation, you have no publications that state that NDELA or NDMA have been found in hair-relaxer products, correct?
A. I do believe reading, because there are thousands of publications, that there was -- and I don't remember if it was an original paper or review on this, that nitrosamines -- nitrosamines can come up, including NDELA and NDMA, from hair relaxers.
Q. Okay. No one has quantified NDMA or -- withdrawn.
You have no scientific references that NDMA or NDELA has been actually measured in hair relaxers, correct?
A. Just -- just the documents that I cited, yeah. I can't recall.
I do remember some reviews, original papers saying -- I just don't remember if they gave an amount or just saying that nitrosamines, NDMA, NDELA can be produced.
Q. All right. So we talked earlier about

the Zantac litigation, and you provided an opinion there that NDMA causes liver, bladder, gastric, pancreatic, and esophageal cancers, correct?
A. Correct.
Q. And in 2021 in the Valsartan litigation, you provided an opinion that NDMA in Valsartan causes liver, bladder, blood, gastric, intestinal, pancreatic, esophageal, prostate, lung, and kidney cancers, correct?
A. Correct.
Q. Okay. And in 2023 in a case called Ryan [sic] and Jane Kappel versus Central Contra Costa Sanitary District, you opined that NDMA in sewage causes testicular and skin cancers in humans, correct?
A. I don't believe that case -- like, I started to be involved in that case, and then I don't think it progressed.
Q. Did you form the opinion that NDMA in sewage causes testicular and skin cancers?
A. I don't remember it progressing, or at least they didn't update me on the case.
Q. Okay. So even without those two, if we add hair relaxers uterine and ovarian

cancer to the list, we have NDMA causing cancer in at least 12 different organs, correct?

A. Yeah. The question is is it biologically plausible that NDMA can cause those cancers?

Q. In Zantac, you said it did, not that it was biologically plausible?

A. Right.

Q. Correct?

A. Right. And I can get into NDMA.

Q. Here you say it does?

MR. ROCHA: Objection. Mischaracterizes testimony.

BY MS. PENNER:

Q. Correct?

A. I'm saying that in this case is it biologically plausible that NDMA can -- in the hair relaxers can cause uterine and ovarian cancer?

Is that association biologically plausible, and can it cause it? Yes.

So I can get into NDMA. It's a very toxic chemical that causes -- we use it to induce cancer in the lab every day. It is

nine of ten key characteristics, and it induces cancer in over 40 animal species, genotoxic, mutagenic, chromogenic, plastogenic.

Q. Okay. Continue.

A. Oh, no. I'm just saying it's a very toxic carcinogenic chemical that's used as a gold standard. My NIH-funded grant uses it to induce cancer in animals.

Q. Now -- but we're talking about cancer in humans, so just so I understand it, is your opinion that NDMA causes liver, bladder, blood, gastric, intestinal, pancreatic, esophageal, prostate, lung, kidney, uterine, and ovarian cancers? True?

MR. ROCHA: Objection.

A. Yes. I mean --

BY MS. PENNER:

Q. In humans, true?

A. I just want to make sure I answer the question. What's the question?

Q. The question is is it your opinion, to a reasonable degree of medical certainty, that NDMA causes cancer in humans in the liver, bladder, blood, gastric, intestinal,

pancreatic, esophageal, prostate, lung, and kidney?

MR. ROCHA: Objection. Mischaracterizes testimony.

BY MS. PENNER:

Q. And uterine and ovarian?

MR. ROCHA: Same objection.

A. Yes. So I would have to say I focused here on hair relaxers, uterine, ovarian cancer, and I have to review that report, like, five years ago.

What I do remember is NDMA is a very toxic carcinogenic, and because it exhibits nine of the ten key characteristics, including genotoxicity, and induces cancer in every species that it's ever been tested in, that's why IARC called it a probable human carcinogen.

BY MS. PENNER:

Q. IARC did not call it a known human carcinogen, correct?

A. Probable human carcinogen, Group 2A.

Q. Okay. Are you -- well, as we sit here today, what are the organ systems in which NDMA causes cancer, in your opinion?

A. I would have to go through all the -- all the studies and stuff, but NDMA, because -- because it's such a potent carcinogen, we don't have human epi studies because it induces death in people, and it's -- so we only have the incidental exposure cases through inhalation or diet.

And then in the animal studies, it can cause multiple -- as I said, in 40 different species. So I would have -- if you're asking me what cancer types it can cause, then I would have to review the literature.

In this case, what's relevant here is that NDMA in hair relaxers can certainly add to the epidemiology study and the biological plausibility studies, the key characteristics, and the animal studies that would support that NDMA in hair relaxers causes uterine and ovarian cancer.

Q. Are you aware of any scientific organization that has recognized Zantac as a risk factor for any type of cancer?

A. Again, I would have to review the literature that's from five years ago, and if I was asked that question, I would

methodically look through all the agencies.

And as I said before, I believe the issue was the NDMA in the Zantac, not Zantac itself. If Zantac didn't have the NDMA, that was different.

Q. The term "phthalates" refers to a group of chemical a compounds that share certain common properties, true?

A. Yes.

Q. Which phthalates are -- in your opinion, are found in hair-relaxing products?

A. I'm just turning to that section.

Yeah. So in the studies I cite, I think we mentioned Schildroth. The DE -- the diethyl phthalate are some of the ones that I cite, for example, have poor overall survival. Reference 538 is a particular one that's associated with poor overall survival.

I was analyzing it more as a class of chemicals rather than a particular one, but some of the papers I cite, for example, Reference 537 talks about monobenzyl phthalate, the MBzP that we talked earlier, that was independently associated with

endometrial cancer from samples in the urine.

And what was really compelling is those urinary EDCs, the phthalates are used as a screening tool for ovarian cancer. That's Reference 537.

Q. You have no direct evidence that monobenzyl phthalate is found in any hair relaxer, correct?

MR. ROCHA: Objection.

A. So from my reading of depositions from the hair and beauty products and the papers, what consistently came up was that phthalates, as a class, were found and expressed.

BY MS. PENNER:

Q. Is it your opinion that all phthalates are human carcinogens?

A. So as I mentioned before, being evaluated in June of this year by IARC, NTP has classified the DEHP as reasonably anticipated to be a human carcinogen. EPA has classified DEHP a probable human carcinogen.

Q. Dr. Panigrahy, believe me, I've read your report. So I understand that. My question is is it your opinion that all phthalates are human carcinogens?

A. My analysis was, as I said before, a class of chemicals. So I'm not -- I didn't get into all the -- and I know, like, certain phthalates have been studied more, and I cite the papers. But I was talking more as a class of chemicals.

Q. So your opinion does not rest on any particular phthalate, correct?

A. Correct. I do mention specific ones in the report, but I'm talking more as a class.

Q. And so in your opinion, any phthalate found in a hair relaxer is carcinogenic correct?

MR. ROCHA: Objection.

A. Yes, the scientific evidence would suggest that if there's a phthalate in the hair relaxer, that can more likely than not cause the uterine or ovarian cancer.

BY MS. PENNER:

Q. As we're sitting here today, can you tell me which components of a hair-relaxer kit contain phthalates?

A. As we talked, the phthalates are used more as a plasticizer. So that's -- the

important part is that -- and this is what I, from reading the depositions and everything, as I said before, these -- whether it's in the papers or the depositions, phthalates were coming up over and over again as part of the hair relaxers.

Q. Each phthalate has its own chemical name and structure, correct?

A. Correct.

Q. And regulatory agencies and scientific organizations evaluate the health effects of individual phthalates separately, correct?

A. Correct. Some of them -- so certain -- for example, EMA, there's certain phthalates that have been especially precautionary because of their toxic reproductive and potential cancer-causing activities.

Q. Is it your opinion that all hair-relaxer products contain DEHP?

A. So what I was saying before, so certain -- so these products, all of these products come up over and over again and whether it's in the papers I read or the depositions that I read, so...

Q. Correct. So if we go back to your discussion earlier, any combination of these chemicals in any amount is carcinogenic in hair relaxers?

MR. ROCHA: Objection. Mischaracterizes testimony.

A. No. As I said before, even one of these chemical -- chemicals which act as a carcinogen or as an EDC in the hair relaxer can cause ovarian cancer or uterine cancer. So if you're asking about certainly a mixture would be even more evidence.

BY MS. PENNER:

Q. And NTP has not identified DEHP as a known human carcinogen. It's reasonably predicted to be a human carcinogen, correct, based on animal data, correct?

A. Right. It's here as a Group B2 probable human carcinogen based on inadequate data in humans and sufficient evidence in animals. But that's exactly why IARC will be evaluating this class of compounds in this year of June.

Q. And EPA has not identified DEHP as a known geno carcinogen, correct?

A. Correct. It's a probable human carcinogen.

Q. EPA has recently reevaluated phthalates -- a number of phthalates, haven't they?

A. I believe so, yes.

Q. And have you reviewed the new regulations or the new EPA statements with respect to phthalates?

A. I remember reading a bunch of EPA documents, including the phthalates.

What's important here -- I'll say this too -- is I was asked more likely than not. So at that -- with that type of more likely than not does phthalates in the hair relaxers cause ovarian cancer or uterine cancer, as a scientist, when I have strong epidemiology and I have -- phthalates have for the key characteristic -- I just want to be accurate -- I had seven of ten key characteristics, genotoxic, epigenetic, oxidative stress. And the details are in my report.

And what's interesting also in phthalates is that in female rats, DEHP can

induce uterine cancer. So if you put together all three lines of evidence, that is very compelling that phthalates can cause -- in the hair relaxers cause ovarian cancer or uterine cancer.

And I said before, tumor concordance is a very powerful concept in cancer biology. When we see a chemical causing a specific tissue or cancer type in animals and then also in humans and then you have mechanistic data of genotoxicity and the other key characteristics I talked about, that is very compelling data.

MS. PENNER: Please move Tab 11 in as Exhibit 20, please.

(Exhibit No. 20 marked for identification.)

BY MS. PENNER:

Q. I've marked as Exhibit 20 the EPA 2025 "Cancer Human Health Hazard Assessment" for a number of phthalates, and I'd like to look at page 17, and they start a section specifically on DEHP.

Do you see that?
A. Yes. 17, yes.
Q. Okay. And they state that "The genotoxicity of DEHP and its major metabolites have been evaluated extensively in various in vitro and in vivo test systems."
You agree with that, correct?
A. Yes.
Q. And they go on to say that "Available genotoxicity studies have been reviewed by several authoritative and regulatory agencies." And then they list a number of them and say, "These agencies have concluded that the overall evidence supports the conclusion that DEHP is nongenotoxic and nonmutagenic. Similarly, the European Chemicals Bureau and Environment Canada concluded that DEHP and its major metabolites are not genotoxic or mutagenic."
Is it your opinion, to a reasonable degree of scientific certainty, that these agencies are incorrect and that DEHP or its metabolites are mutagenic?
A. Yeah. So on page 72, I've a whole section on -- as a class, the phthalates being

genotoxic, Reference 567, 568, 569, 570, 571. So -- and it goes onward to 576. So some of these are the metabolite -- the DEHP metabolite and MEHP-induced genotoxic mutagenic carcinogenic activity in hamster ovarian cells -- that's a standard assay -- and then MEHP-induced oxidative stress via reactive oxygen species.

So it gets back to as a class of compounds, this is certainly -- I cited multiple publications of the genotoxicity. Now, sometimes an agent can be directly genotoxic or indirectly genotoxic. That's where the key characteristics come in. MEHP induces oxidative stress via the reactive oxygen and DNA strands breaks in a dose-dependent manner in ovary cells.

Q. Dr. Panigrahy, I'm going to stop you because I have read your report. I have it, and I'm sure I will read it again.

So I'm talking only about DEHP and asking is it your opinion that all of these agencies that determined that DEHP and its major metabolites are not genotoxic or mutagenic are wrong? Is that your opinion?

MR. ROCHA: Objection. Mischaracterizes evidence. Asked and answered. He was just providing an answer to that question.

A. Well, as I said before, it's the metabolite that's of the parent MEHP that causes genotoxicity. So in that particular paper, they may be correct. But as a scientist, if I see a metabolite of the parent compound inducing genotoxic mutagenic carcinogenic activity, I'm going to be concerned.

BY MS. PENNER:

Q. On page 36 of Exhibit 20, there's Section 4.1.3, "Conclusion."

Are you there?

A. Let's see. Page 36, you said?

Q. Yes.

A. "Conclusions," yes.

Q. And it says "In conclusion, Health Canada and ATSDR determined that the evidence was inadequate to support an association between phthalate exposure and cancer outcomes, where IARC found no statistically significant associations between DEHP exposure

and cancer outcomes."

And then they go to the bottom of the next paragraph. It says, "Overall EPA agrees with the conclusions of Health Canada and ATSDR. Given the limitations and uncertainties, the agency concludes the epidemiological evidence is insufficient to identify an association between phthalate exposure and subsequent cancer outcomes."

Is it your opinion, to a reasonable degree of scientific certainty, that Health Canada, ATSDR, and EPA are all incorrect?

A. So again, this is where IARC is reevaluating in 2026. And a lot of the studies I cited are especially relevant to ovarian cancer and uterine cancer.

So the question I was asked, which is different from EPA in this case, does exposure to hair relaxers, including phthalate, increase or cause the ovarian uterine cancer? And I cite multiple publications that the phthalates not only are increased in the urine of these cancer -- women with these cancer types but actually correlate with how aggressive the cancer is.

So I focus in here on ovarian cancer and uterine cancer mechanisms. And that's why the phthalates, as a class, being genotoxic, epigenetic, induces oxidative stress, receptor-mediated activities, and my question was relevant.

Q. Based on all of that, all of the studies you cited in that section of your report, is it your opinion, then, that Health Canada, ATSDR, and EPA are all incorrect and that there is sufficient evidence to support a significant association between DEHP and any cancer outcome?

MR. ROCHA: Objection. Asked and answered.

A. And, in fact, even the observed tumor type here is uterine adenocarcinoma. So I would say, first of all, the job of regulatory EPA is not what I'm doing here. My job is as a cancer biologist. I can't speak for the EPA. And we know -- and there's a lot of evidence that Europe and other countries have much more strict regulatory processes compared to the U.S., number one.

Number two, what's very concerning,

what the Helm study showed is that 80 percent of these products can be mislabeled, including hair relaxers not having these toxic carcinogens genotoxic chemicals. So my question that I was asked was specific to uterine ovarian cancer, and that's what I answered.

BY MS. PENNER:

Q. The Helm study was a chemical analysis of three samples of hair-relaxer products, correct?

A. I have -- we have to go through the paper, but they used GCMS to analyze the hair products. They had multiple classes. And they found 45 EDCs in the hair products, including the hair relaxers.

What was really compelling and a take-home message, that 82 percent of the EDCs they found were not labeled on that particular product.

Q. The Helm article also stated that tested samples that had been sitting around in their lab for ten years. Does that suggest there might be -- might have been some contamination from the packaging or whatever

storage it was in that might be causing those results?

A. We run samples with LC-MS, MS, MS as part of my multimillion dollar grant all the time that are stored in a minus 80. I would have to know the storage conditions. In general, if you store something properly, it does have a long half life.

But I don't rely on one publication. We know from the depositions I've read, from the hundreds of papers I cited that these hair relaxers can -- can have these chemicals that we're talking about that I analyzed.

Q. Let's go back to the EPA's 2025 assessment of DEHP, and on page 41, there's Section 4.3.1. Again, this is their "Cancer Hazard Characterization, Mode of Action and Conclusions."

And are you at 4.3.1?

A. Yes.

Q. Okay. And they say -- the second paragraph under this section, says, "In 1988, EPA classifieds DEHP as a probable human carcinogen," correct?

A. Yes.

Q. And at the time, DEHP was assessed under an assumption of low-dose linearity with no threshold, correct?
A. Yes.
Q. And that was an assumption used by EPA as a default option, correct?
A. Yes.
Q. And EPA now takes a data-first approach rather than using default options, correct?
A. Correct. And that -- that's exactly what I'm talking about with the key characteristics, that we look at all the mechanisms.
And also I'll say again, and I've stressed this, that the question I was asked is different from the question that the EPA tries to answer.
Q. EPA is charged with the protection of the United States' population, correct?
A. Yes. But what the question here that I was asked is focused on your uterine, ovarian cancer. IS it biologically plausible that the hair relaxers caused these two type of cancers?

Q. In page 68, Section 4.3.1.4, "Cancer classification for DEHP."
A. Which page are you on?
Q. Page 68.
A. Yes.
Q. And it says, "Under the guidelines for carcinogenic risk assessment, EPA reviewed the weight of scientific evidence, and in the draft, DEHP cancer assessment concluded that DEHP is not likely to be carcinogenic to humans at doses below levels that do not result in PPAR-alpha activation. However, based on feedback from the SACC, EPA's revised its cancer classification for DEHP to not likely to be carcinogenic to humans."
SACC is EPA's science advisory committee on chemicals, correct?
A. Correct.
Q. And is it your opinion or -- withdrawn.
Is it your opinion that the EPA reclassification of DEHP to not likely to be carcinogenic to humans is incorrect?
A. So their science is saying -- using the argument that PPAR-alpha is the receptor

that's activated by this particular phthalate and that PPAR-alpha activation isn't relevant in humans.

So my question and what my analysis is very different, that phthalates, as a class, are concerning and the genotoxicity section, I mean, I have DBP, DIBP. I mean, it's not just MEHP and its metabolites. It's as a class that they're genotoxic. And I didn't approach phthalates as a specific phthalate, as a class of phthalates that cause uterine and ovarian cancer. There's a couple of things here. And as I mentioned before, what's even more compelling is my question is focused on uterine cancer and ovarian cancer.

As I mentioned before, IARC will be evaluating phthalates. It's certainly a class of concern. It's a class of carcinogens. And the fact you have tumor concordance, I know I've said that before, but the fact that DEHP can induce uterine cancer in addition with the mechanistic studies that I show -- and I don't just rely on PPAR-alpha activation, chronic inflammation, epigenetic alterations, cell proliferation, angiogenesis. That's a huge

important mechanism that my mentor had pioneered. So you have that tumor concordance.

So there is a couple of things. I focus on phthalates as a class, and even the documents I remember reading wasn't only one specific phthalate. There were multiple types of phthalates that come up.

Q. None of the phthalates that EPA recently reevaluated were determined to be carcinogenic to humans, correct?

A. I would have to see the epi studies, but what's relevant to my analysis is the epi studies we talked about with hair relaxers with Chang and the Bertrand and the White studies.

And I might as well mention, if we're talking about biological plausibility, that the authors published in 2025, Bailey and others, an increased risk of pancreatic thyroid and non-Hodgkin's lymphoma, and these are also cancers that can be driven by hormones and estrogen, and the key characteristics that I talk about are also relevant to those.

Q. One of the articles that you cite for -- in your car- -- in your mixtures section on page 96 of your report is an article by Krewski from 1992, correct?

It's reference 892.

MS. PENNER: And if we could, move Tab 20 in as Exhibit 21, please.

(Exhibit No. 21 is marked for identification.)

THE WITNESS: Which page are you on? Sorry.

BY MS. PENNER:

Q. I'm sorry. A copy of your report. It's page 96 where you have Krewski. We may have different page numbers.

A. Yeah, mine start on 98.

Q. Okay. Sorry. It's the beginning of the chemical mixtures in exhibit -- it just says "procancer activity section."

A. Okay.

Q. And at the end of your first paragraph, you write, "Many toxicology and epidemiology studies have identified clear

interactions between chemical carcinogens, including synergistic effects."

And you cite 892.

A. Yes.

Q. Okay. And with some luck, we have it now. Yes, Exhibit 21.

And Krewski, being from 1992, is over 30 years old, correct?

A. Correct.

Q. And this is page 96 of your report, and the sentence I read appears in the middle of the Krewski abstract, correct, where it says, "Both toxicological and epidemiological studies have identified clear interactions between chemical carcinogens, including synergistic effects"?

And then it says "at moderate to high doses."

A. Yes.

Q. And you did not put "at moderate to high doses" in your report, correct?

A. Correct, for the reasons that we've talked about before.

Q. Okay.

A. And also, if you -- if you just look

up synergistic procancer activity with mixers, there are at least 50 to 100 papers. So just because I only -- I try to be all inclusive and cite as much as I can, but there are multiple papers that support this.

Q. Okay. So you disagree with the study author's characterization that the doses at which synergistic interactions between chemical carcinogens were observed are moderate to high?

MR. ROCHA: Objection.

Q. Is that right?

MR. ROCHA: Is this an exhibit?

THE WITNESS: Yes, it's Exhibit 21.

MR. ROCHA: Okay. Sorry.

A. Yes. So this paper from whatever, 30 years ago, what we know now today is -- and that's what I was talking about, that the key characteristics can interact with each other at very low doses. That's why we don't have a threshold.

And certainly the EDCs, by definition, by working on a receptor like estrogen works on estrogen receptor alpha can operate at very

low doses.

So I only cited this kind of as an example of 30 years ago already people were thinking of synergy, but we know today, and especially relevant to this case since we're talking about chemicals that work through a nuclear receptor, the receptor mediate, it affects Key Characteristic 8, and for all the KCs we talked about before, why there is not a threshold.

BY MS. PENNER:

Q. And toward the bottom of the abstract, these authors say, "At lower doses, theoretical arguments suggest that risks may be near additive, thus additivity at low doses has been invoked as a working hypothesis by regulatory authorities in the absence of evidence to the contrary."

Do you see that?

A. Which page are you on?

Q. It's right at the bottom of the abstract.

A. Oh, at the bottom.

Yes.

Q. Okay. And additivity is still the

regulatory standard today, correct?

A. There's a lot of publications emerging about analyzing a mixture. As I said, I'm not a regulatory person. I'm a cancer biologist, and that's where we rely on -- in general, like I said before, if it's the same mechanism of action, in general, you get additive effects, but when you have different mechanisms of action of procancer activities, like the different KCs, you're more likely to get synergistic effects.

Q. No scientific organization presumes synergistic carcinogenicity in the absence of chemical-specific data, correct?

MR. ROCHA: Objection.

A. So that's why I said there's about 50 to 100 papers. I cited some that have looked at, for example, arsenic and tobacco smoke. And, in fact, I cited papers that have phthalates and parabens and arsenic and the chemicals that we're talking about, and what they clearly show is that a mixture of certainly carcinogens can have additive or synergistic activity, that it's worse than a single chemical.

And we can talk about the Halifax Project.

BY MS. PENNER:

Q. We will. We will, but let me ask a question about it before we talk about it. Okay?

A. Okay. In fact, the papers --

Q. Has --

A. Sorry. It says here, "Synergistic toxic effects have been documented in a number of cases." Already in '92 they were talking about it.

Q. Has there been any documented evidence that a mixture of formaldehyde, ethylene oxide, 1,4-dioxane, acrylamide, parabens, phthalates, NDELA, benzophenones, NDMA, polyaromatic hydrocarbons, and arsenic is synergistic?

A. So this is where, as a scientist, I cite -- we don't have a publication thankfully of all these carcinogens and human exposure.

And certainly in humans, we wouldn't be able ethically to do it. And certainly in the mechanistic studies and animal studies, we do have evidence, as I said, for some of these

chemicals of concern. And I mentioned, for example, arsenic and formaldehyde and phthalates and parabens.

What's important is that these key characteristics, the ten key characteristics, they interact with each other, and we know this from hundreds of publications. If you have a carcinogen or even a chemical that induces DNA damage and oxidative stress and chronic inflammation and proliferation and angiogenesis, these mechanisms are going to make the procancer activity worse.

Whether it's additive or synergistic, we're talking about very toxic carcinogens. Arsenic is, for example, called the king of poisons. As I mentioned, PAH is used in rats to induce hormone-responsive breast cancer, and I can go through each of the carcinogens.

Q. Okay. I know you can, and you did. You have a very comprehensive report.

So no regulatory agency or scientific organization has made a determination that a mixture is carcinogenic when none of the individual compounds were carcinogenic, true?

MR. ROCHA: Objection.
A. So now we get to the Halifax. I think your question is if --
BY MS. PENNER:
Q. Okay. My question is just do you know of a regulatory agency or scientific organization who has made that determination, not whether there are any scientific articles about it.
So if we could, just limit it to the answer to that.
A. Oh, okay.
Q. We'll talk about the Halifax Project.
MR. ROCHA: Objection.
A. Yeah. I would have to go through all the EPA and all the regulatory documents, which, you know, as a scientist, I rely on the peer-reviewed literature and the documents I see, so I think we can talk about related studies to that question, like the Halifax Project.
BY MS. PENNER:
Q. Okay.
A. And even the papers I cite, like, reference -- maybe we'll get into it. 907,

908, 911, they start to talk, you know, about these mixtures that include genotoxic carcinogens. That's why I cited these papers, because we're talking about genotoxic chemicals here.

Q. Okay. So if we go back to the Krewski article, on page 107, there's a section entitled "Epidemiological Studies."

A. Yes.

Q. And it says, "Complex mixtures that occur in the human environment are often difficult to characterize and are thus difficult to study in the laboratory."

Do you agree with that statement?

A. Yeah, it can be more challenging to mimic, but this was 30 years ago. Now we have evidence, and I cited papers of people studying mixtures of chemicals.

Q. Okay. If we go to page 109, there's a section --

A. And, in fact, that paper -- they talk about pHs in the next paragraph, benzopyrene.

Q. Okay. On page 109, there's a section entitled "Chemical Analysis."

Are you there?

A. Yes.
Q. Okay. And the first sentence is "In order to assess and to evaluate the toxicological hazards associated with mixtures, scientifically sound analytical data are required on the identity and concentration of the biohazardous constituents."
You have no reason to disagree with that, correct?
A. That's from 30 years ago. That's why I cite from 1998. For example, this Bartsch paper stated, "For mixtures containing substances with a genotoxic and carcinogenic potential, the commission considered it scientifically inappropriate to establish a safe threshold." You know, I have a whole quote there. I won't go into it.
But basically they conclude for components of the same target organ mode of action, synergistic effects must be affected, and OELS must be lowered.
Q. All right. So let's go back to your report.
On page 97 -- we're getting close to the Halifax Project. I promise.

MR. ROCHA: Is this a good time to take a break?

MS. PENNER: Sure.

THE VIDEOGRAPHER: The time is 4:27 p.m. We're off the record.

(Recess taken from 4:27 p.m. to 4:50 p.m.)

THE VIDEOGRAPHER: The time is 4:50 p.m. We're back on the record.

BY MS. PENNER:

Q. Okay. I have a couple of miscellaneous questions, and then we're going to get to the Halifax Project.

A. Okay.

Q. Okay. Are hair-relaxer epidemiological studies necessary for your opinion that hair relaxers use causes uterine and ovarian cancer?

MR. ROCHA: Objection to form.

A. Yes. Like I said before, I include human, mechanistic, animal studies.

BY MS. PENNER:

Q. Did any of the hair-relaxer

epidemiological studies quantify the amount of exposure to the 11 chemicals in the participants?
A. No. What was important was they did the frequency of application.
Q. Okay. And is it your opinion that the KCC profile -- or the KC profile that you identified for the each of 11 chemicals occurs at any dose?
MR. ROCHA: Objection. Form.
A. What's the question?
BY MS. PENNER:
Q. So for each of the 11 chemicals --
A. Yes.
Q. -- you ran through an analysis of the KCs, right?
A. Right.
Q. Okay. And is it your opinion that each of those KCs can occur at any dose, or is it KC specific?
MR. ROCHA: Objection.
BY MS. PENNER:
Q. Withdrawn.
Okay. So is it your opinion that the KCs you identified for each of the 11

chemicals occur at any dose of that chemical?

MR. ROCHA: Objection.

A. So as we talked about, if we talk in individual KC, that's one thing.

In this case, we're talking about a mixture of chemicals in the hair relaxers. So what's important, and I stated before, is that each of the chemicals has multiple KCs. So these have different mechanisms of action that can be additive or synergistic.

And as I mentioned before, if we just take, for example, oxidative stress, chronic inflammation, angiogenesis, proliferation, genotoxicity, there is not a threshold where you go from physiological to pathological mechanisms to form cancer.

BY MS. PENNER:

Q. Okay. Page 99 of your report, at least on my version, is the Halifax Project, low-dose exposures to chemical mixtures.

A. I think it's a different page.

Oh, yes. 101.

Q. Okay. All right.

And in the middle of the first

paragraph, referring to the Halifax Project, you state, "They concluded that a chemical mixture could induce all the hallmarks and could function as a virtual carcinogen," end quote.

And you cite to 928.

MS. PENNER: And can we move Tab 25 in as Exhibit 22.

(Exhibit No. 22 marked for identification.)

THE WITNESS: Yeah, 927 and 928 are the two Halifax Project cites I cited. The 2015 is the original publication, and then 2020 was the follow-up.

BY MS. PENNER:

Q. Okay. And what we've marked -- what we are marking as Exhibit 22 is the 2020 follow-up, correct?

A. Yes.

Q. Okay. And in the middle of the first paragraph, I think, in your report about the Halifax Project, you have a sentence that starts "they concluded" that we just read,

correct?

A. Yes.

Q. Okay. And if we look at the Goodson paper, which is Reference 928, they say in the first full paragraph on page 100 --

A. My pages are, like, 344. Oh, you mean from my report?

Q. That's for your report. Let's look at the -- oh, okay. Wait a second.

Halifax Project. Okay --

In your report, on the next page, I've got another quote from -- that you quoted from the Halifax folks.

And in the first full paragraph on the next paragraph down, it says -- you quote the Halifax Project as stating, "Low-dose exposures to [mixtures of] disruptive chemicals that are not individually carcinogenic may be capable of instigating and/or enabling carcinogenesis."

And again, you cite to the Goodman article, correct?

A. Yes.

Q. Goodson, not Goodman.

A. Yeah, Goodson.

Q. Okay. And about halfway down the first column of the abstract is your first quotation, true, where it says -- but the sentence starts, "Based on these observations, the Halifax Project developed the low-dose carcinogenesis hypothesis which posits that low-dose exposures to [mixtures of] disruptive chemicals that are not individually carcinogenic may be capable of instigating and/or enabling carcinogenesis."
A hypothesis is a scientific question that must be tested to determine if it is true; is that right?
A. Correct.
Q. Okay. And the ab- -- and so the quotation that you used is describing the low-dose carcinogenesis hypothesis, correct?
A. Correct.
Q. Okay. And the abstract goes on to state, closer to the bottom of that column, "As an initial step towards testing this hypothesis, we conducted a mini review."
Do you see that?
A. Yes.
Q. And then they have a couple of

sentences describing everything they reviewed, and they said, "We found a paucity of research on this important question."

Do you agree that the participants of the Halifax Project found insufficient evidence to prove whether their hypothesis was true?

MR. ROCHA: Objection.

A. Well, from that reading, they're just saying paucity, meaning there's not many publications on this important question in 2020, when they were writing this.

BY MS. PENNER:

Q. And in the last couple of sentences of the abstract over in the second column, they start talking about new research programs.

"New research programs must be envisioned to enable study of how mixtures of small doses of chemicals affect human health, starting when at all possible from nonmalignant specimens when studies are done in vitro. This research should use human-relevant concentrations of chemicals, expand research beyond the historic focus on endocrine end points and endocrine related

cancers, and specifically seek effects that arise uniquely from exposure to chemical mixtures at human-relevant concentrations."

Many of the in vitro studies you relied on were conducted in malignant specimens, true?

A. It depends on the paper.

For example, Dongre (phonetic), who we can talk about with the parabens having six hallmarks of cancer, that was done in breast epithelial cells. That's not a cancer line. That's a normal cell line. So it depends on the paper.

This -- we might as well as get into it. This paper, the whole Halifax Project was chemicals that were not carcinogen, so they were -- on their own didn't cause cancer, and their important finding was that through the key characteristics or the hallmarks that chemicals that alone don't cause cancer by interacting with each other could cause cancer. They called it a virtual carcinogen.

But I don't rely only on this paper. That's why I cite other mixture papers that actually did experiments, and the one that

comes to mind that we could talk about is actually Dongre (phonetic) is one of the 60 authors of the Halifax Project, and he had focused in on parabens and the parabens -- that was published in 2014 -- had six of the hallmarks, which I can get into if you want, or it's in the --

Q. Okay. No, but I'd like to keep talking about the Halifax Project actually because on page 334 at the bottom of the second column, about halfway up the last paragraph, it says, "Having found at least one adversely affecting chemical for each hallmark, the project concluded that there was a real possibility that a mixture of selective chemicals could induce each and every hallmark, and thus a mixture of supposedly safe chemicals might behave as a virtual carcinogen. The product -- project did not prove that such a mixture exists, but it found enough evidence to conclude that we cannot ignore this possibility."

Do you agree that the Halifax Project did not prove the existence of a carcinogenic mixture that's composed solely of

noncarcinogenic compounds? Don't you?

MR. ROCHA: Objection.

A. Correct, and that's why I cite other publications that actually tested different mixtures and especially of carcinogens.

But what was eye-opening as a scientist is how a group of benign chemicals working through these hallmarks and key characteristics could act as a carcinogen, and, you know, there were examples I cited where epithelial cells, for example, with the parabens, and that really was -- you know, that's why I cite not only the Halifax Project but actual publications that tested these studies in the lab.

BY MS. PENNER:

Q. So after the last quotation from the Halifax Project that we read from your report, it says, "Similarly, studies by Rider et al. 2021 suggested that specific combinations of chemicals with the critical key characteristics relevant to cancer progression induced tumors even if the chemicals individually were unable to do so."

Did I read that correctly?

A. Yes. So one thing, before we move on from Halifax, if we just read the next paragraph over, this is also informative. They say -- they actually mention a common group of chemicals. It says parabens, phthalates, bisphenols and endocrine disrupters, and that's why some of the authors of the Halifax Project went and tested in their own labs, for example, parabens.

Q. Okay. Did the Rider study have anything to do with hair relaxers?

We can look at it if you'd rather.

A. I can look at it. I don't believe -- I think -- I'd have to look at which -- what they're -- what they use as key characteristics kind of as a tool to screen either through different large data analysis, basically different tools, and to screen a bunch of chemicals.

I'd have to look at the actual chemicals.

MS. PENNER: All right. Let's move Tab 26 into the exhibits, please. I think we're up to 23.

(Exhibit No. 23 marked for identification.)

BY MS. PENNER:

Q. Exhibit 23 is the Rider study, correct?

A. Yes.

Q. This study did not provide any data from exposed humans, correct?

A. Correct -- I believe so.

Q. And this study did not provide data from exposed animals, correct?

A. I believe so, yes.

Q. This is a -- the article's noted at the top to be a commentary, correct?

A. It was more of -- correct. It's more of a methodology paper of how to approach different classes of chemicals.

Q. So this article doesn't provide any data on specific combinations of chemicals, correct?

A. Correct. The approach -- what was novel here is that there's three different ways of approaching different mixtures of chemicals. One was a chemical-based approach,

model-based approach, and a disease-based approach. So it was introducing these different models using the key characteristics.

That's, again, why I cite other papers that will actually determine whether carcinogens together have additive or synergistic activity. But these are still important papers because it came from the IARC group, and it showed that we can use the key characteristics when we're talking about mixtures.

Q. On page 2 of this -- the Rider study and the last paragraph, it says, "The low-dose hypothesis proposed by the Halifax Project and the mechanistic organization from key characteristics of carcinogens provide a starting point to build a research program to elucidate possible joint action of the chemicals on cancer."

A. Sorry. What page are you on?

Q. The last paragraph on the second page of the Rider article.

A. Oh, I see it, yes.

Q. So in 2021, these articles are still

referring to the outcome of the Halifax Project as a hypothesis, right?

A. Correct, yes. That's why I also cite many other publications that use the carcinogens either as a group, and even the carcinogens we're talking about here, you know, I gave the examples earlier, like parabens and phthalates and arsenic and formaldehyde.

Q. Can you identify any scientific organization that has classified a chemical mixture as a Group 1 carcinogen when the mixture does not have any components that have already been classified as Group 1 carcinogens?

MR. ROCHA: Objection.

A. I'd have to look up -- so as mixtures, for example, air pollution, cigarette smoke, there are mixtures engine oil. There are mixtures of carcinogens and chemicals that have been known to be carcinogenic. I would have to look. I'm not sure whose -- what each of them is classified as.

But -- and cigarette smoke has taught us a lot. There's hundreds of thousands of

carcinogens. And actually what we do in our lab is related to air pollution, which is a mixture of different types of carcinogens.

Q. Can you identify any scientific organization that has stated that -- withdrawn -- that has --

Can you identify any scientific organization that has recognized a chemical mixture as a risk factor for ovarian or uterine cancer when the mixture does not have any component that has already been recognized as a risk factor?

MR. ROCHA: Objection.

A. I would have to go through the risk factors, which I can do if you want.

BY MS. PENNER:

Q. No.

A. Okay. No.

Q. Just want to know if you can do it, sitting here.

A. Oh. No. Most risk factors, like we talked about before, are, you know, estrogen and obesity and family history. So if your question is -- I'm not sure of your question, mixture of...

Q. I'll withdraw the question.

On page 41 of your report, I believe you have a discussion of -- well, you say roughly 23 percent of ovarian cancer cases are attributed to chronic inflammation?

Q. So it might not be 41 on your copy.

A. Oh, yeah. That was a direct quote from Reference 291, roughly 23 percent of ovarian cancer attributed to chronic inflammation as indicated by elevated CRP concentrations, which is a proinflammatory biomarker for inflammation.

MS. PENNER: Can we move Tab 43 in as Exhibit, whatever we're up to, 24.

(Exhibit No. 24 marked for identification.)

BY MS. PENNER:

Q. Exhibit 24 is -- I may have the wrong one.

A. Looks like ethylene oxide.

MS. PENNER: Please take that one back out. I've got the wrong number.

Tab 43. I'm sorry.

BY MS. PENNER:

Q. This is G91, correct?

A. Yes.

Q. And your quotation is from the abstract, right?

A. Oh, yes, it's -- yes.

Q. And what the quotation actually says is "If this association is the causal, roughly 23 percent of ovarian cancer cases are attributed to chronic inflammation as indicated by elevated CRP concentrations."

So the extent of ovarian cancer attributable to chronic inflammation is still unsettled, correct?

A. Well, the sentence before actually -- that actually understates. The sentence before results from ovarian cancer cohort choice, 67 percent increase in ovarian cancer risk in women with a higher CRP. Then I cite three papers, 291, 292, 293.

So the general take-home message from these three papers is that inflammation is a strong risk factor. But then I cite other papers that actually chronic inflammation, ovarian cancer can actually initiate and

stimulate ovarian cancer through various mechanisms.

And as I mentioned, since my mom had passed away of ovarian cancer, this is actually a very personal topic to me.

And we have a collaboration with the Weinberg Lab, Professor Robert Weinberg. I cited his Paper 286, which is an important paper, that chronic inflammation awakens dormant cancer cells through these mechanisms that I talked -- that I mentioned, the key characteristics through chronic inflammation. And actually chronic inflammation can reduce tumor latency, Reference 288.

Q. Can we go back to your report. You chose a quotation from the McSorley article, correct?

A. Yes.

Q. He and you left out the part that said "if this association is causal," correct?

A. Correct. And --

Q. Okay. That's all.

A. That's why I cited the other three papers, which actually support a more increased risk.

Q. And --

A. And also the reason I took out "if this is causal" is now the field -- that paper didn't really talk about the field in general. And now we know that chronic inflammation can actually initiate ovarian cancer via oxidative stress and via proinflammatory cytokines. And actually we actually haven't even talked today that prostaglandin E2, which was -- which I have in my report from the L'oreal studies showed that hair relaxers increase that. I haven't the details from my report.

But we actually haven't talked at all today that prostaglandin E2 is a master controller of the switch from normal cells to cancer stem cells. And the details are in my report. This is highly relevant to uterine and ovarian cancer by stimulating various proinflammatory cytokines such as IL-6 and TNF-alpha.

Q. Since you mentioned that study, L'oreal study that you mentioned was an in vitro study using reconstructed human epidermal samples, true?

A. Correct. They used --

Q. And the active hair relaxer was applied directly to the skin sample and remained on the skin sample for 15 minutes, true?

A. Yes.

Q. And the hair relaxers are not designed to be applied directly to the skin -- scalp correct?

MR. ROCHA: Objection.

A. As we talked about before earlier, it's well documented that the hair relaxers can have contact with the skin in various contexts. That particular paper, they showed a 300 percent increase in prostaglandin E2 and 250 percent increase whether it's lye or no lye. Then they also looked at IL-1 alpha, which is another important proinflammatory cytokine.

BY MS. PENNER:

Q. I understand that, but I have a couple of questions that I really need to have answered. Okay? So I would really like to get to those.

The skin sample was only an epidermis, correct?

MR. ROCHA: Objection.

A. I'd have to look at the paper for the exact method.

BY MS. PENNER:

Q. And the prostaglandin was extracted from that skin sample, correct?

MR. ROCHA: Objection.

A. Again, I would have to look at it. But where the prostaglandin E2 is coming from, what's biologically important is that this is a very potent lipid mediator that initiates cancer stem cells, and it can -- and actually initiate cancer.

BY MS. PENNER:

Q. Do you have any evidence that prostaglandin -- withdrawn.

Do you have any evidence from human beings that PGE2 had increased expression -- or wait. Withdrawn.

Do you have any evidence that in human beings, increased expression of PGE2 in the epidermis from hair-relaxer use actually enters systemic circulation?

MR. ROCHA: Objection.

A. There is multiple studies that show

that if you get exposed to PGE2, that can enter the systemic circulation. I'd have to go through the papers, the methodologies.

But what's indisputable is that PGE2 can initiate and stimulate cancer stem cells. I cited five, six papers on that.

BY MS. PENNER:

Q. I understand that.

MR. ROCHA: He's answering your question.

MS. PENNER: No, he's not answering my question. He's answering 20 questions.

MR. ROCHA: Well, you asked a very compound question, which is why I objected. I would appreciate you letting the witness finish his answer.

BY MS. PENNER:

Q. The -- you have no direct evidence of that PGE2 generated in the epidermis of the scalp can affect the uterus, correct?

A. I'm just going to go to that section of the report just so I can -- the paper, I do cite 119 to 122, 121, 124. Those are focused more on the mechanism of how cancer is

initiated and stimulated.
Q. Let's look at your reference list. 119 is a study in -- of colon cancer initiation in xenograph mouse models, correct?
A. Yes.
Q. 120 is a zebra fish larva model, correct?
A. Yes. In fact, all -- 119 to 123, I believe, are murine models. We would have to look at did they study any human cells or not. And these are high-profile papers, like 124, where they actually, by blocking the PG2, they could block cancer.
Q. None of them are human studies, correct?
A. By human -- I have to see if they have human cells. Are you talking about epidemiology?
Q. None of them studied human beings?
MR. ROCHA: Objection.
A. I would have to look at them. I believe these particular ones focus in on murine models, but they may have had human cells. Part of the issue here is that PG2 is

such a potent protumor agent. It's like doing a -- if you're asking about epidemiology studies, it's like doing an epidemiology study with, for example, NDMA or something like that. I would have to look at the epidemiology studies.

BY MS. PENNER:

Q. None of these four studies or five from 119 to 122 involve uterine or ovarian cancer, correct?

A. Correct. But I do cite later in the uterine --

Q. I understand that.

MR. ROCHA Let him finish his answer, please.

A. On the PG2 is important in the pathogenesis of those cancers, and that's been shown. And, in fact, what was compelling in one of papers -- and I can find it -- by blocking PG2, they could block the uterine or ovarian cancer model they were looking at.

BY MS. PENNER:

Q. None of those papers occurred in human beings, correct?

MR. ROCHA: Objection.

A. I would have to look at prostaglandin E2. If you PubMed prostaglandin E2 and cancer, there's over 8,000 publications. So this is a master regulator, a key lipid mediator that is -- these are important mechanisms how cancer is initiated and stimulated. In fact, when I saw that L'oreal study, that was one of -- one of the -- this is a -- and the reason it's a potent procancer molecule is that it can regulate these other cytokines that I talk about.

BY MS. PENNER:

Q. None of your 900-plus articles show increased systemic prostaglandin from hair-relaxer use in human beings, true?

A. So thousands of publications are on PG2. I would have to look at the hair specifically. But what I can say is that it's been shown that whether you give PG2 -- we give it either orally or systemically -- it can cause these procancer effects. We know from other papers that hair relaxers can -- we have systemic effects in the tumor tissue, in the urine, and the blood.

So as a scientist, I would say likely

the PG2 that L'oreal saw in their study is likely getting into the body.

Q. But you can't say it does? You have no direct data that it does get into the body, correct -- withdrawn.

A. Well, I would have to look at the 8,000-plus publications if --

Q. I'm not -- okay. We're not going to talk about 8,000-plus publications. We're talking about the 900-plus publications that you cited that you read. None of those articles show increased circulating PGE2 in women who use hair relaxers, correct?

A. The L'oreal -- correct. But L'oreal's own study shows a 300 percent increase of PG2. And we know the -- the studies I cited are high-profile papers, and I studied -- I also cited papers specifically in the ovarian cancer and uterine cancer context that PG2 can initiate and stimulate growth, and blocking the PGE2 could block that.

Q. So your methodology is that you have studies -- you have an in vitro study showing increased PGE2 in -- from hair relaxers applied directly to a reconstructed epidermis

sample. You have studies that show PGE2 can initiate uterine and ovarian cancers in animals. And from there, you conclude that hair relaxers increase circulating PGE2, and that causes uterine and ovarian cancer?

MR. ROCHA: Objection.

BY MS. PENNER:

Q. Is that right?

A. No. That's making a couple of leaps that I didn't make. Maybe it's clearer if I give an example of NDMA. There are no human cases of NDMA because it's such a toxic carcinogen that we have to rely on animal data and mechanistic data.

So in this particular context, PG2 -- and I cite some examples that it can stimulate inflammation so potently, and the reason is through proinflammatory cytokines, the L'oreal study showed actually that there was an increase in IL1-alpha. That's a potent proinflammatory, protumor agent. We know that -- and this is generated through an enzyme called cyclooxygenase.

We just have a lot of scientific literature that would support that if you have

an increase in PG2, that would be a potential mechanism of how chronic inflammation -- and actually PG2 is proangiogenic, so KC No. 10 can be affected. That's all -- I'm just saying it's a potential mechanism.

Q. Let's go back to page 44 of your report. Or not.

Up at the top, just above where we talk about formaldehyde, in the paragraph before the summary --

A. What page are you on?

Q. I'm on 44.

A. Well, one thing, since I'm looking at it, you know, we were talking about PG2. The mechanisms, like, for example, PG2 can stimulate these bad protumor cells called myeloid-derived suppressor cells. And there's various mechanisms how PG2 can promote the ovarian and uterine cancer growth, and I talk about that --

Q. Doctor, there's no question on the table.

A. Oh, okay.

Q. So we're looking at the couple of paragraphs just above the formaldehyde,

okay?
A. Uh-huh.
Q. And not the one that says "in summary," but the one above that, you have a sentence that says, "This high pH also compromises the skin's barrier function, which allows for further absorption of chemicals through the scalp."
Do you see that?
A. Yes.
Q. And you cite to Reference 341.
A. Yes.
Q. And that article does not address transdermal absorption of chemicals, correct?
A. We can look at the paper.
Q. Let's look at it, then.
MS. PENNER: Tab 42, please.
THE WITNESS: But I can also say that, from reading all the documents I read and the various documents, that it's well supported that the high-alkaline pH is toxic and can compromise skin barrier function.
BY MS. PENNER:
Q. As we sit here today, can you tell me

which one of the references that is?
A. That high pH compromises the skin barrier function?
Q. Yes.
A. So there are -- that's -- there are several papers on that. I read that in several places.
Q. Can you tell me one of the names of one of those studies where you read that?
A. So part of the barrier function is when we have inflammation --
Q. I'm asking you to name a paper --
A. Yeah, I'm telling you that --
Q. I'm not telling you -- I'm not asking about the barrier function. I'm not asking anything about it.
A. Right. So I'm explaining --
Q. I'm asking you for the name of a paper.
A. So there's a very important concept called vascular permeability that my mentor was actually one of the pioneers of.
When you have increased angiogenesis and increased blood vessels, and we know in the -- when you have a high-alkaline pH and

you have this toxic hair relaxer, you're going to get increase in blood vessels, angiogenesis. That causes increased permeability. And that's well-established, and that's, for example, how the increased vascular permeability, that disrupts the skin barrier function.

Q. Is it your testimony that hair relaxers cause angiogenesis in the scalp?

A. No. What I'm saying is that the scalp is already a well-vascularized area and that the chemicals that in the hair relaxers -- angiogenesis is part of Key Characteristic 10, so all the details are in my report.

Many of these chemicals can stimulate angiogenesis, which Dr. Judah Folkman, a pioneer -- Dr. Judah Folkman, that was my mentor -- that tumors can grow because basically the blood vessels give you oxygen and nutrients for the tumor to grow.

And so an important concept here is that an area of the scalp which is -- already has a very vascularized area, that an alkaline pH can disrupt the host integrity. And one of the mechanisms of that is increased vascular

permeability, which is related to the angiogenesis.

Q. On page 31 of your report, which is -- I think it's your Figure 1.

A. Yes.

Q. And the caption for Figure 1 is "Hair Relaxers Induce Tissue Damage and Wounding, Which is a Strong Risk Factor For Cancer Progression."

And then you say "Adapted from Tang et al., 'Journal of Clinical Medicine,' 2020," correct?

A. Yes.

MS. PENNER: And if we take Tab 67 and move it in, please.

(Exhibit No. 25 marked for identification.)

BY MS. PENNER:

Q. This is Tang 2020, correct?

A. Yes.

Q. And this is entitled "Surgical Trauma-induced Immunosuppression in Cancer: Recent Advances and the Potential Therapies,"

correct?
A. Yes.
Q. This article doesn't have anything to do with hair relaxers, correct?
A. No, that's not true because hair relaxers can induce wounding and tissue damage. And, in fact, this whole section I start out with, if we go "Chemical hair relaxers induce tissue damage," I have a bunch of references that support that and then --
Q. I'll withdraw the question and rephrase.
This article does not mention hair relaxers, true?
A. That's probably true. We're talking about the mechanisms of how wounding and surgery can be a setup for cancer. And as I mentioned, this is a topic of -- I gave a one-hour lecture on this topic at UCSF two years ago, so it's an area of active interest for me and our lab.
Q. None of the images that comprise your Figure 1 actually occur in Tang 2020, correct?
A. No. You can see in Figure 2 that some

of the -- like, the neutrophil, the cytokines, the MDSC, these are all the cellular mediators of how wounding and surgery can be a setup for cancer.

I'm not saying wounding absolutely causes cancer. It's a risk factor. It's like obesity. And the mechanisms of how it does that is through these immune cell types and through these inflammatory proangiogenic molecules.

Q. So looking again at your Figure 1, the images on the left side are things you put together, correct?

A. Yes.

Q. And the arrow that connects those images to the different types of molecules or different types of cells is something that you put in, correct?

A. Correct. And that's where --

Q. Okay, that's it --

A. -- wounding, which is a strong risk factor for cancer progression, that part was adapted from Tang, as a scientist. The previous two paragraphs that I talk about hair relaxers inducing tissue damage, so that's why

I said "adapted from." And if anything, like I've said before, I want to give credit to -- they had said, Here are the key mediators, and I'm giving them credit for that.

Q. Is it your testimony that the tissue damage that occurs from use of hair relaxers is equivalent to surgical removal of cancer?

A. I'm not sure of the question. If you're asking the process of tissue wounding, this is -- actually, we have a high-profile 2019 publication that surgery itself in mouse models of cancer can stimulate proinflammation, proangiogenesis, these molecules, and we and others have shown that. And, I mean, I could --

Q. Is it your testimony that hair relaxer -- the use of hair relaxers causes the same effects as surgical trauma?

A. The act of the tissue wounding with a high pH and the harshness and burn injury -- the whole first two paragraphs gets into that. And actually the one paper that did tissue relaxers in mice, I'll just quote. "Chronic tissue injury with repeated exposures," and then I'll go to their conclusion, "these

findings underlying the cytotoxic potential."

That's an important procancer activity at play. Cytotoxic activity can lead to proliferation that we talked about, KC 10, and risks related to systemic absorption. And then References 126, 129 have scalp inflammation, tissue damage, atrophy.

Q. What percentage of hair relaxer -- burns from chemical hair relaxers are third-degree burns? Can you tell me that?

A. I'm not sure offhand that I can answer.

Q. Is it your testimony that use of hair relaxers by women causes damage to the scalp that is equivalent to surgical trauma?

A. Just so I understand the question, surgical trauma, are you saying just inducing any type of surgery?

Q. I'm talking specifically about Tang, and Tang is about surgical trauma-induced effects, correct?

A. They, in that particular paper, focus in on surgery. But the chemical mediators, these molecules that can initiate and stimulate ovarian and uterine cancer are

similar. And the cell types that are important are similar.

So even though they were focused on surgery-induced mechanisms, the reason why wounding is a risk factor of cancer -- and we're not saying wounding causes cancer. It's a risk factor, like we had talked about, like obesity and other risk factors, family history. But what the mechanism of how it can cause cancer and be a risk factor is the cell types and the molecules that Tang had talked about.

And I even cite the sentence "Wounding is a strong risk factor for cancer progression." I cite three papers. I could have cited a lot more.

Q. Okay. Figure 2 of your report, I have it on page 102. I don't know whether you have it there.

A. I think it's at the very end.

Q. It's close to the very end. It's right above "Assessment of Evidence and Conclusions."

A. Yes.

Q. And you say in this caption or in the

caption to this figure, "Hair relaxers trigger key characteristics of carcinogen and molecules that can initiate and stimulate ovarian and uterine cancer via the blood circulation and lymphatics."

And you cite -- give Reference 936, correct?

A. Yes.

MS. PENNER: That's Tab 32. Can we move it in to evidence, please.

(Exhibit No. 26 marked for identification.)

BY MS. PENNER:

Q. Exhibit 26 is the article you cite for your caption of this figure, correct?

A. Yes.

Q. And you cite to that article because the little boxes in the top left of your figure come from that article, correct?

A. Correct. And we actually cite in our review the original paper of Smith et al., 2016. We adapted it --

Q. I'm just talking about your report,

right here.
A. Yes.
Q. So -- and the arrows that go down to uterine or endometrial cancer and the arrow that goes down to ovarian cancer, those you added --
A. Yes.
Q. -- to this figure, correct?
A. Yes. That's not from the review I cited.
Q. Great. And Fishbein doesn't discuss hair relaxers, correct?
A. Correct.
MS. PENNER: That's all I have for right now.
MR. ROCHA: Okay. Are you passing the witness?
MS. PENNER: I am passing the witness.
MR. ROCHA: Let's take five. We've been going close to an hour.
THE VIDEOGRAPHER: The time is 5:42 p.m. We're off the record.

(Recess taken from 5:42 p.m. to 5:50 p.m.)

THE VIDEOGRAPHER: The time is 5:50 p.m. We're back on the record.

CROSS-EXAMINATION

BY MR. ROCHA:

Q. Dr. Panigrahy, you were asked some questions about the Chang paper, Exhibit 9.

Do you remember this paper?

A. Yes.

Q. And in that paper, you were asked -- if you could pull it up -- about a quotation where the authors wrote, "Thus it has been hypothesized that synthetic estrogenic compound, such as endocrine-disrupting chemicals, could contribute to uterine cancer risk because of their ability to alter hormonal actions."

What section of the paper does that appear in?

A. The hypothesis is the introduction.

Q. And what is the relevance of an introduction in a paper like this?

A. Usually you're trying to put context on the novelty of the question you're asking. So, in general, you'll kind of minimize what's known or -- and then clarify what the new question you're asking is.

Q. Does this research that Chang et al. performed help to answer this hypothesis?

A. Yes. This was a very important epidemiology study, the first to show that hair-relaxer exposure can significantly increase the risk of uterine cancer.

Q. Did the authors observe a statistically significant dose-response relationship for chemical hair-relaxer use and uterine cancer?

A. Yes. Between frequency versus no -- with less frequency versus no frequency, there was a biological gradient.

Q. Is that an important finding for your analysis?

A. Yes.

Q. Why?

A. Yes, that's part of the Bradford Hill criteria, biological gradient, Criteria No. 5.

Q. And we've talked a lot today about biological plausibility. What is the relevance of biological plausibility in your analysis?

A. It's a very important -- it's very important that, for the sake of the question I was asked in 2025 now or 2026, the question 'How is ovarian cancer and uterine cancer initiated and stimulated?' and we rely on the current state of knowledge of the mechanisms of how these two cancers are initiated and stimulated, and I go into the mechanisms of hallmarks of cancer and the key characteristics, why they're important in those two cancer types.

Q. Did you conduct a Bradford Hill analysis in this case?

A. Yes. At the very end, I have a section on the Bradford Hill.

Q. How do you use these strands of information to analyze the causal question with a Bradford Hill analysis?

A. So, in general, I won't go through of them, like strength of association and coherents. These are important qualities.

Basically it shows that different investigators came to the similar conclusion, whether it's human evidence, mechanistic evidence, or animal evidence, that different people have consistently or coherently or -- come to a question on the causation.

Q. Do -- does your Bradford Hill analysis rely on any single piece of information?

A. No. There's not a single paper I rely on. As I stated before, it's a totality of the evidence, the three lines of evidence, human evidence, mechanistic studies, and animal studies.

Q. Why do scientists use those different kinds of evidence in a Bradford Hill analysis to answer causal questions?

A. There's limitations on what a particular study can show. You can only show a certain amount of data in one study.

I view it as, like, reading a book, that a paper could be a chapter in a book. And so each study is kind of designed to answer almost a single main question.

But then if we have to do a cancer causation analysis, we know now that each of

these lines of evidence have their own strengths and limitations: epidemiology, mechanistic studies, and animal studies. But together that's how we know with the totality of the evidence that we can answer a question like I was asked.

Q. Is that why you don't often see the authors of an experimental study come to causal conclusions within the body of the study itself?

A. Yes. As we had talked about earlier today, that -- as a scientist, you use the word "cause" very carefully as opposed to a risk factor. And that's why we don't rely on only one study.

Q. In Exhibit 10, which is the White study on ovarian cancer, if you could, pull that up. And I will too because I may have misquoted this.

Okay. You were asked about this sentence here in the introduction that says, "Ovarian cancers are hypothesized to have a hormonally driven etiology. However, little is known about how exposure to endocrine disrupters may be related to ovarian cancer

risk."

What is the context of that statement as it appears in this paper?

A. That is just setting up an introduction kind of what's the main question that they're going to try to answer, what's the hypothesis.

Q. And did the study provide information to answer that hypothesis?

A. Yes. This was compelling data in an epidemiology, in a prospective study that the exposure to the hair relaxer significantly increased the risk of ovarian cancer.

Q. And is it your opinion that endocrine-disrupting chemicals in hair relaxers provide a biologically plausible mechanism by which those relaxers could increase ovarian cancer risks?

A. Yes. I've mentioned in my report, for example, Key Characteristic 8, EDCs typically function through a receptor. Like I mentioned, estrogen receptor alpha, that's one of the mechanisms how EDCs can cause cancer and other toxic effects.

And then also what I -- what's

important is that I included all the KCs that each of the chemicals did and along with the epidemiology and the animal studies, and together these three lines of evidence are compelling evidence that hair relaxers cause -- more likely than not cause uterine and ovarian cancer.

Q. Okay. You were asked some questions about how hair relaxers are used.

Can you describe generally the process of the application?

A. Yes. Just to clarify, so, in general, the whole process can take about an hour. And the actual application of the hair relaxer may be about 20 minutes. We had talked about the four-step process of the Vaseline, the hair relaxer, the shampoo, and the conditioner. So the actual application of the hair relaxer can be about 20 minutes, and the whole process can be about an hour.

Q. If we go to Exhibit 19, okay, you were asked some questions about this paper in the context of tumor-associated macrophages. Do you remember that?

A. Yes.

Q. And the statement in your report that you cited to this paper says, "Chronic proliferative stimulus that occurs in the uterus due to the estrogen agonist properties of tumor-associated macrophages (TAMs) may induce chronic cell proliferation in endometrial cells."
Do you remember that?
A. Yes.
Q. If we go to the conclusion of this paper on page 8, the authors write, "The above results demonstrated that under the presence of CSF-1, macrophages undergo phenotypic conversion as EC cells convert macrophages to TAM, which prompt -- prompting EC cells to proliferate more."
Is that consistent with what you wrote in your report?
A. Yes.
Q. And the authors continue, "The present study demonstrated that EC cells can recruit macrophages stimulated by CSF-1 and can promote the proliferation of EC cells."
Is that also consistent with your statement in the report?

A. Yes. That's why I put this in the proliferation section of KC 10.

Q. And the authors here write, "The development of drugs targeting TAM, especially humanized antibodies or inhibitors targeting CSF-1 or its receptor, promise benefits in cancer such as EC."

And "EC" here is endometrial cancer?

A. Yes.

Q. Can you explain what they're talking about with regard to potential treatments for --

A. Yes. Because CSF-1 is a potential mediator of the proliferation and actually inflammation, that by blocking it -- and that's with an inhibitor or an antibody -- to block that CSF-1 would be a potential therapeutic.

And that's why scientists, we and others study these mechanisms. So in the end of the day, we're trying to block a lot of these processes such as proliferation or inflammation.

Macrophages, as I talked before, are very important cell type for inflammation.

They're an important cell type for angiogenesis, KC 10. So we're trying to block either -- if we know that a pro- -- a certain molecule, like CSF-1, can promote the cancer, we're trying to block them.

Q. Do you study these mechanisms in your professional career?

A. Yes. I have two NIH-funded grants, I think I had mentioned before, that were funded this past year and the year before that focus in on inflammation -- chronic inflammation in cancer.

Q. Why do you study the mechanisms that cause cancer?

A. So that we can find treatments to help patients who either have cancer -- unfortunately, many cancer patients are diagnosed at a late stage -- or ideally try to prevent cancer in people at risk for cancer. And that's why -- I mentioned my report. Cancer prevention is a very important field.

Q. Have you developed cancer treatments or cancer cures?

A. Yeah, we have developed -- I worked -- we had a publication in 2007 that was

targeting a nuclear receptor alpha, and basically by blocking that, we could block cancer. And then drug companies took that and evaluated -- it's currently being evaluated in liver cancer, for example. And then we have other scientific findings. We have lipids that turn inflammation off, and now drug companies are trying to make analogs and synthetic mimetics to the lipids that we've shown now that turn inflammation off.

And this applies -- we've done heart disease, you know, not only cancer. But there's a bunch of inflammation-associated diseases that this is important: cognitive decline, heart disease, brain disease.

Q. Why is turning inflammation off helpful for treating cancer?

A. Because it's one of the initiators and stimulators of cancer is chronic inflammation. We certainly know it's a major risk factor. So by turning the inflammation off -- and some of the mechanisms are blocking PG2 and blocking these proinflammatory cytokines -- we're trying to block the processes that are important in the pathogenesis of these

cancers, including ovarian cancer and uterine cancer.

Q. In Exhibit 21, the Krewski paper, if you pull that up, I had just one question about that.

On page 4, if you have it up, and the summary and conclusions, it says here, "Sequential exposure to two chemicals can also produce effects not observed after exposure to either of the two alone."

Is that consistent with your opinion in this case?

A. Yes. That mixture of more than one chemical can have activity that you wouldn't see with just one chemical alone. And we talked about additive or synergistic procancer activities via the hallmarks or the key characteristics of cancer.

Q. So would it be consistent, then, that even if EPA has not determined that a phthalate is a carcinogen, that that doesn't mean it's completely irrelevant to an analysis of biological plausibility in this context?

A. Correct. That's where I cited multiple papers showing that a chemical

mixture, whether it has carcinogens in it or noncarcinogens, via the key characteristics and the hallmarks can have either additive or synergistic procancer activity.

Q. Is it your opinion that it is biologically plausible that phthalates in hair relaxers can contribute to an increased risk of uterine and ovarian cancer?

A. Yes. And as I mentioned, it's not just that there are studies showing that they're elevated, but these studies show that the phthalates actually correlate with how invasive and aggressive these ovarian uterine cancers are and are actually being used as a screening tool, for example, in ovarian cancer.

Q. And just as a for example, for each of these chemicals that you evaluated, you were evaluating those for purposes of biological plausibility, right?

A. Correct.

Q. I'll read -- I'm trying to find the phthalates one just because we're talking about phthalates. Okay. Here we go. On page 75 of your report, you wrote, "Phthalates

are toxic carcinogens which exhibit seven out of the ten key characteristics of carcinogens. Phthalates trigger mechanisms that can cause and contribute to the development of uterine cancer and ovarian cancers. Phthalates appear in chemical hair relaxers as part of complex mixtures that include other chemicals with toxicities relevant to uterine cancer and ovarian cancer. In this context, phthalates can act as tumor initiators and tumor promoters of uterine cancer and ovarian cancer."

You were not offering testimony in this litigation about whether phthalates on their own can cause uterine or ovarian cancer; is that correct?

A. Correct. My analysis was hair relaxers, as a class of compounds, that can include these individual chemicals.

Q. And the -- the same applies to the other chemicals you looked at?

A. Correct, yes, because epidemiology that I utilized was for hair relaxers.

Q. Okay. Since we're in your report, is it true that every time you used information

from another scientist, you provided clear attribution through citation?

A. Yes, I provide the reference which was especially if it's listing a certain end point or a certain mechanism, that's standard practice is to reference the paper.

Q. Is this consistent with how articles in the published literature provide attribution?

A. Yes. Typically you will cite the scientific paper. If you are saying something that's your own opinion, then you typically don't cite something. You'll just say something. The fact when you add a reference means you're giving credit to that publication.

Q. Are you aware of any scientific journal that requires both citations and question marks --

MS. PENNER: Quotation marks.

MR. ROCHA: Let me strike that and start over.

BY MR. ROCHA:

Q. Are you aware of any scientific journal that requires both quotation marks and

citations in order to provide proper attribution?

A. No. When you're giving a reference, that is giving credit to -- and like I said, many of these are -- like, for example, the key characteristics' hallmarks there are end points that are already set, and I'm giving credit to the authors, and I'm citing them. So once you cite a reference, you're giving credit to that source.

MR. ROCHA: Okay. Thank you. No further questions for me.

MS. PENNER: I've got a couple.

REDIRECT EXAMINATION

BY MS. PENNER:

Q. Can you identify a single peer-reviewed journal that will accept an article that cuts and pastes language directly from another author without using quotation marks?

MR. ROCHA: Objection.

A. As I said before, my methodology -- I have 78 publications, and we cite the reference if we're putting -- if we're citing

that particular document or that particular paper for whatever the reason we're citing it.

BY MS. PENNER:

Q. And in those 78 publications, have you ever utilized the exact same language from the source in your publication?

A. This is a methodology that I use. So -- and it's not just me. These are the scientists -- when you're referring to end points and description of key characteristics, you're not trying to add your own words and say, Maybe it will do this. Maybe it will do that.

If anything, the precision is by having 940 references, I'm giving credit to the original papers and I'm listing the end points and the key characteristics as they were described.

As I said before, my analysis of my own opinions and methodology is my own. So the question I was asked and I get into my report, when I don't have a reference, that's -- when I don't cite something, that's typically -- I'm saying something that's part of my opinion. When I cite something, then

it's a scientific fact or a scientific finding or a discovery.

BY MS. PENNER:

Q. If a student at Harvard Medical School submitted work in which they copied language directly from a source and did not use quotation marks, would Harvard Medical School accept that as appropriate?

A. As I've said here, this methodology of -- if you're citing end points and key characteristics and you're adding the reference and you're giving credit, that -- in a thesis or -- that's how scientists function. You're giving -- I'm giving over 940 references here and giving credit to the original publications and listing when it comes to end points such as cytokines or angiogenesis or inflammation or genotoxicity, DNA damage, chromosomal aberrations. There's only certain ways you can reword the end points.

So my -- what I discussed here today is why these papers are important to answer the question I was asked, are hair relaxers associated or is it biologically plausible

that they cause uterine and ovarian cancer? So these are -- the over 900 publications I cite is part of the scientific methodology.

Q. So it's -- in your opinion, it is scientifically acceptable to copy language from another author, to copy sentences or paragraphs from another author, and pass them off as your own work so long as you identify the source?

MR. ROCHA: Objection. Mischaracterizes evidence.

A. As I've cited here, when I came to my own opinions, I don't cite somebody else. They're my own analysis. When I cite a paper, I'm actually giving credit to the finding, to that group that shows that end point and that key characteristics.

What's relevant here and the take-home message is the question I was asked, is it biologically plausible that hair relaxers cause uterine and ovarian cancer? And I cite over 900 publications to support, yes, it is biologically plausible that exposure to these hair relaxers causes uterine and ovarian cancer.

So early on, if there are a couple of end points that I'm listing from different papers, that doesn't alter my own scientific critical analytical thinking to answer that question.

BY MS. PENNER:

Q. You have 78 publications, and I'm assuming each one of those publications has a number of references, correct?

A. Yes.

Q. And you used the same method to produce those papers as you used for this report, correct?

A. Correct.

Q. So if I go to any one of them, any one of the statements, perhaps in the introduction or the discussion, could be something that you cut and pasted from the reference that you're citing?

MR. ROCHA: Objection.

A. As I've said, part of the scientific process is when you cite a publication and you're giving credit and you're listing end points and key characteristics, in science you don't have to put it in quotes.

There are some quotes that I did, adding quotes if I wanted to stress something and say, I'm not changing the wording. This isn't something I'm making up. This is something they said that was very critical. So I -- when you're listing what a key characteristics is, what the end points are, how do we measure them, those are set standard objective criteria. That doesn't involve me trying to reword them in my own wording.

What's important is in the scientific analysis of are hair relaxers, can they cause uterine cancer and ovarian cancer, I relied on over 936 publications to cite that.

Q. Do you think Harvard Medical School would be interested in hearing that you believe it's appropriate to cut and paste from other people's articles so long as you put a citation without acknowledging that you are using a direct quote?

A. As I said before, in this type of process where I'm giving the explanation of key characteristics, that it's to put a direct quote or cite it. You don't need to do both. You can -- when I'm listing end points and

mechanisms, you can either put it in quotes or reference it.

Now, when I get to my own analytical thinking or if I want to say something that's -- either if it's my own analysis, then I don't need a reference. But when I'm referring -- science is about precision. To do a high-quality analysis here, I rely on high-quality papers, and, as I said, thousands -- even though I cite 936 publications, I go through many other publications, literally thousands of publications.

And so when it comes to doing my own analysis, that's where I will -- I don't have to put a reference or not. When I put a reference, it's to cite somebody else's work. And whether you put it in quotes, like I said before, or you cite it, you cite the important points of the paper.

BY MS. PENNER:

Q. There are no peer-reviewed publications that have conducted Bradford Hill analysis starting with the Chang, Bertrand, and White papers as beginning points,

correct?
A. I'm sorry. What was it?
Q. There are no peer-reviewed publications that have conducted full-on Bradford Hill analyses since the Chang, Bertrand, and White papers were published, correct?
A. Correct.
Q. And you -- do you have any plans to publish yours?
A. This report, you mean?
Q. Do you have any plans to publish this report?
A. Currently, no, I don't have any plans.
Q. And the dose response in Chang, the data was based on using it less than four times in one year or more than or equal to four times in one year, correct?
A. Correct.
MS. PENNER: I've got nothing else.
MR. ROCHA: Okay. We're done.
MS. PENNER: Thank you, Doctor.
THE VIDEOGRAPHER: We are off

the record at 6:19 p.m. This concludes today's testimony. Media will be retained by Veritext.

MR. ROCHA: Rough draft and expedited.

MS. PENNER: We have a standing order.

(Deposition concluded at 6:20 p.m.)

CERTIFICATION

I, DARLENE M. COPPOLA, a Notary Public, do hereby certify that DIPAK PANIGRAHY, M.D., after having satisfactorily identifying himself, came before me on the 6th day of February, 2026, in Boston, Massachusetts, and was by me duly sworn to testify to the truth and nothing but the truth as to his knowledge touching and concerning the matters in controversy in this cause; that he was thereupon examined upon his oath and said examination reduced to writing by me; and that the statement is a true record of the testimony given by the witness, to the best of my knowledge and ability.

I further certify that I am not a relative or employee of counsel/attorney for any of the parties, nor a relative or employee of such parties, nor am I financially interested in the outcome of the action.

WITNESS MY HAND THIS 11th day of February, 2026.

Darlene M. Coppola

DARLENE M. COPPOLA My commission expires:
NOTARY PUBLIC November 2, 2029
REGISTERED MERIT REPORTER
CERTIFIED REALTIME REPORTER

RENE ROCHA, ESQUIRE
Errocha@forthepeople.com

February 16th, 2026,

RE: All MDL Hair Relaxer Cases v. Hair Relaxer

2/6/2026, Dipak Panigrahy , MD PhD (#7863553)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at (division email).

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Priority-One/Veritext Legal Solutions
p1hairdepos@veritext.com

All MDL Hair Relaxer Cases v. Hair Relaxer

Dipak Panigrahy , MD PhD (#7863553)

E R R A T A  S H E E T

PAGE______ LINE______ CHANGE____________________________

__________________________________________________________

REASON____________________________________________________

PAGE______ LINE______ CHANGE____________________________

__________________________________________________________

REASON____________________________________________________

PAGE______ LINE______ CHANGE____________________________

__________________________________________________________

REASON____________________________________________________

PAGE______ LINE______ CHANGE____________________________

__________________________________________________________

REASON____________________________________________________

PAGE______ LINE______ CHANGE____________________________

__________________________________________________________

REASON____________________________________________________

PAGE______ LINE______ CHANGE____________________________

__________________________________________________________

REASON____________________________________________________

_____________________________________    __________________

Dipak Panigrahy , MD PhD Date

All MDL Hair Relaxer Cases v. Hair Relaxer

Dipak Panigrahy , MD PhD (#7863553)

ACKNOWLEDGEMENT OF DEPONENT

I, Dipak Panigrahy , MD PhD, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

______________________________ ________________

Dipak Panigrahy , MD PhD Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

______ DAY OF ________________, 20___.

__________________________

NOTARY PUBLIC

**&**

**&** 1:14 2:3,10 2:18 3:4 4:4,15 5:15 7:14 8:4 9:4 15:15,16 15:19

**0**

**00818** 1:8 14:23
**03** 110:24

**1**

**1** 4:5 11:11 13:2 14:16,16 17:25 18:3 26:19 29:18 56:8 69:14,17 69:25 195:25 196:11 288:12 288:14 294:16 306:4,6 307:23 308:11 321:13 321:22 322:6 322:13,17 323:4
**1,000** 53:14
**1,4** 123:25 270:15
**1.11** 118:6
**1.18** 117:18
**1.2** 178:8
**1.2.** 178:13
**1.20.** 85:15
**1.35** 118:6
**1.35.** 117:18
**1.6** 116:17 117:22
**1.64** 117:23
**1.64.** 116:17
**10** 12:7 25:17 46:2 51:21 54:15 55:2 65:9,18 67:25 88:17 108:13 108:15,21 211:3 221:1 228:15 302:3 305:13 310:4 318:16 322:2 323:2
**100** 6:13 267:2 269:17 279:5
**10004** 3:7
**10016** 5:18
**10020** 4:7
**101** 277:23
**102** 311:18
**103** 68:18,25
**104** 68:24
**106** 7:16
**107** 273:7
**1075** 6:5
**108** 12:7
**109** 273:19,23
**10:01** 43:3,6
**10:36** 72:19,21
**10:54** 72:22,25
**10th** 5:17
**11** 12:9 25:17 54:25 55:16 56:4 107:12 114:7,9 115:1 123:22 124:16 132:5 152:24 153:7,10,16 154:16 156:16 156:21 166:21 167:7,23 168:25 173:10 173:17,23 174:17 181:24 182:20 184:6 185:18 193:24 195:16 203:25 229:16,19 253:14 276:2,8 276:13,25
**111** 2:11
**114** 12:9
**118** 188:12,13 188:23
**119** 296:24 297:3,9 298:9
**11:47** 114:17 114:19
**11th** 338:18
**12** 83:8,13 85:12 93:11,12 93:21 94:1,7 94:16 95:15 109:11 110:19 171:7,20 177:21,23 178:7,10 179:4 180:9 189:25 243:2
**120** 297:7
**121** 296:24
**122** 296:24 298:9
**123** 117:22 297:9
**124** 296:24 297:12
**126** 310:6
**128** 37:5
**129** 310:6
**12:34** 114:20 114:23
**13** 12:15 187:22 188:1 189:1 205:24
**136** 160:20 161:11,17
**136-4** 43:14
**14** 12:12 158:7 158:9,24 198:4 202:5,15 204:18,21,22 206:2 220:21
**1400** 8:6
**15** 12:22 67:3 159:4,7,9,19,22

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 344 of 436 PageID #:75357



177:20 204:9 204:25 218:3 294:3
**150** 8:5
**1505** 2:5 4:18
**155** 1:15 14:25
**158** 12:12
**16** 11:5 12:17 200:9 205:18 205:19,21,25 206:18 207:22
**1600** 2:12
**1642** 100:10
**16th** 339:3
**17** 12:20 200:12 204:12 204:15,17 205:20 213:18 253:24 254:2
**18** 11:11 12:23 52:10 212:1,19
**188** 12:15
**19** 13:2 66:3 213:19,21 214:2,12 224:10,17 320:21
**1900** 5:6
**191** 9:5
**19106** 2:21
**1988** 260:22
**1990** 54:20
**1992** 24:6 265:4 266:7
**1998** 274:11
**1:23** 1:8 14:23
**1:30** 158:15,17
**1:36** 158:18,21

**2**

**2** 11:12 27:6,8 28:3 30:4 83:16 116:22 118:1,10,11,14 119:6,18,24 152:10 188:6 189:3 287:13 307:25 311:17 338:23
**2,5** 188:21
**2.19** 110:16,23
**2.5** 85:14
**2.55** 93:9
**2/6/2026** 339:5
**20** 13:6 57:1 88:14 90:19 99:18 105:2 118:24 164:16 202:16 253:15 253:17,21 256:14 265:7 296:12 320:15 320:19 341:15
**200** 7:6 12:17 12:20
**2003** 24:14,21 25:12
**2007** 13:16 323:25
**201** 171:5,7 177:22,23
**2010** 202:18 217:12 218:11 219:2 220:7
**2011** 12:22 217:12 218:14
**2013** 24:14,21 24:22
**2014** 12:25 24:22 25:9,21 26:4 97:6 127:12 283:5
**2015** 278:15
**2016** 196:5 199:17 201:14 312:24
**2017** 91:13
**2018** 54:24 55:10 56:12
**2019** 12:19 13:5 56:11 125:5 309:11
**2020** 11:21 52:17 199:18 278:16,19 281:12 306:11 306:21 307:23
**2021** 12:8 31:1 31:22 39:25 108:22 113:10 242:6 284:20 287:25
**2022** 11:18 12:14 81:25
**2023** 12:11 59:12 124:9 152:9 201:15 242:12
**2024** 41:7 42:10 43:9 126:7,10 128:8 201:17 217:22 218:22
**2025** 11:15 12:21 13:7 101:7 124:22 144:16 180:7 199:20 253:21 260:14 264:19 316:7
**2026** 1:17 14:7 112:5 125:18 125:22 128:19 134:10 173:23 257:14 316:7 338:5,18 339:3
**2029** 338:23
**204** 12:22 36:22 37:2,3 37:14 38:6,13
**20471** 338:21
**205** 37:14 38:9
**206** 38:8
**20th** 3:18

**21** 13:8 265:7,9 266:6 267:15 325:3
**212** 12:23
**212.566.7500** 3:11
**212.898.8844** 4:9
**213** 13:2
**215.592.1500** 2:23
**22** 13:9 278:8 278:10,19
**225** 9:16
**227** 212:17,20
**228** 213:16
**23** 13:11 285:24 286:1,5 290:4,8 291:9
**232** 173:20 174:23
**233** 174:23 175:5
**234** 174:24
**235** 174:24
**236** 36:25 174:24 175:17
**24** 12:14 13:14 196:8 290:14 290:16,20
**2401** 7:7
**25** 11:18 13:17 196:5,8 278:8 306:17
**250** 294:15
**253** 13:6
**26** 12:12 13:20 28:25 79:7 285:23 312:12 312:16
**2600** 10:6
**265** 13:8
**27** 11:12 28:9 28:12 79:10 206:18 208:14 208:15,20 209:1
**275** 5:16
**278** 13:9
**28** 188:9 207:19 208:14 208:20 209:2
**2801** 4:6
**282** 206:22,23 207:21
**28405** 7:17
**286** 13:11 292:8
**288** 292:14
**29** 118:24
**290** 13:14
**291** 290:8 291:20
**292** 291:20
**293** 291:20
**2950** 9:6
**2:46** 211:21,23
**2a** 70:3,6 80:15 231:2 245:22
**2b** 80:20
**2nd** 2:11

**3**

**3** 11:14 27:5 29:21,22 30:1 85:10 110:17 152:10 161:19
**30** 11:14,15,16 12:21 41:22 88:15 90:19 99:18 105:2 142:16 164:16 266:8 267:17 268:3 273:16 274:10 339:16
**300** 8:15 294:14 300:15
**303** 8:14
**303039** 6:7
**306** 13:17
**31** 36:10 52:21 53:3 158:7 306:3
**312** 13:20
**312.241.2018** 4:21
**312.579.2015** 9:9
**312.606.7928** 9:20
**312.781.6668** 8:18
**312.850.2651** 8:9
**312.855.1105** 5:10
**31311** 7:8
**314** 11:6
**32** 211:4 312:9
**325** 240:12
**326** 240:12
**327** 240:4
**329** 11:7
**334** 283:10
**336** 173:21
**33701** 2:13
**341** 303:11
**344** 279:6
**35203** 3:20
**35th** 3:6 6:6
**36** 11:17 120:9 120:11 122:2 161:14,15 170:4,12 200:6 256:14,17
**361** 171:21,24 172:1
**37** 204:7 211:14 212:7 216:14 224:7
**38** 83:16 86:22 89:24 90:17 200:6

**3:02** 211:24 212:5

## 4

**4** 11:16 26:20 29:18 30:5,7 52:7,18 54:25 55:13 68:18 116:21 117:13 117:18,21 118:8 325:6
**4.1.3** 256:15
**4.3.1** 260:19
**4.3.1.** 260:16
**4.3.1.4** 262:1
**4.35** 111:2
**40** 244:2 246:9
**400** 2:4
**404.443.5736** 6:9
**41** 260:15 290:2,6
**42** 11:19 175:15 176:16 176:17 303:18
**425** 188:17 191:19
**43** 235:15 290:13,25
**44** 302:6,12
**45** 259:15
**49** 80:24 81:17
**4:27** 275:5,7
**4:50** 275:8,11

## 5

**5** 11:17 36:10 36:12 65:22 66:1,2,15 152:10 160:18 161:6,7 315:25
**50** 34:5 51:24 53:5 98:12 108:13 197:4 267:2 269:16
**500** 2:20
**506** 3:18
**51** 28:13 114:6 115:1
**510** 2:19
**512.370.1211** 6:17
**52** 11:21 37:8,9 38:8
**528** 220:5
**53** 37:5,11,12 38:5,10
**537** 247:23 248:5
**538** 247:18
**567** 255:1
**568** 255:1
**569** 255:1
**570** 255:1
**571** 255:1
**575** 7:15
**576** 255:2
**5:42** 313:23 314:1
**5:50** 314:2,5

## 6

**6** 1:17 11:19 14:7 41:23 42:1,10,12 43:8,10 46:2 67:24 152:11 293:19
**60** 142:16 283:2
**60601** 8:7
**60606** 5:7 8:16 9:7,18
**63101** 4:19
**646.513.2349** 5:20
**66** 12:2
**67** 291:18 306:15
**68** 262:1,4
**6:19** 337:1
**6:20** 337:9
**6th** 338:5

## 7

**7** 11:21 52:11 52:13,17 56:7 58:16 67:24 170:11 188:5 189:3
**7.4** 82:10
**70** 175:10
**700** 9:17
**701** 4:16
**70130** 2:6
**72** 254:24
**74** 49:6,9
**75** 326:25
**78** 215:23 217:3,5 219:4 220:1 221:9 329:24 330:4 333:7
**786.957.1140** 7:10
**7863553** 1:21 339:5 340:2 341:2
**78701** 6:15

## 8

**8** 12:2 66:4,6 66:10,13,24 68:4 122:3 158:1 170:8,16 176:18 224:14 225:11,14 268:8 319:20 321:11
**8,000** 299:3 300:7,9
**80** 259:1 260:5
**800** 6:14

**81** 12:4
**82** 259:18
**85** 82:14 196:3
**86** 195:25 196:3
**892** 265:5 266:3

**9**

**9** 12:4 67:25 80:25 81:2,14 81:15,24 97:15 160:1 314:10
**900** 10:7 20:20 20:23 21:22,23 22:2,6 60:16 113:23 126:25 173:12 222:9 222:18 299:13 300:10 332:2 332:22
**907** 272:25
**908** 273:1
**910.762.1990** 7:20
**911** 273:1
**92** 270:11
**92612** 10:8
**927** 278:13
**928** 278:6,13 279:4
**936** 223:6 312:6 334:14 335:10
**94** 24:7
**940** 209:8,25 217:2 228:13 235:8 330:15 331:14
**949.271.3398** 10:10
**95** 121:14 175:8
**96** 163:19 265:3,16 266:10
**97** 274:24
**98** 265:18
**99** 277:19
**9:23** 1:17 14:3 14:6
**9:38** 27:20,22
**9:42** 27:23 28:1
**9:59** 42:25 43:2

**a**

**a.m.** 1:17 14:3 14:6 27:20,22 27:23 28:1 42:25 43:2,3,6 72:19,21,22,25 114:19
**ab** 280:15
**aberration** 175:18
**aberrations** 138:2 331:19
**ability** 97:24 314:19 338:13
**able** 92:11 270:23
**abnormalities** 206:17
**above** 206:2,6 211:19 212:11 302:8,25 303:4 311:22 321:11 339:6 341:7
**absence** 268:17 269:13
**absolutely** 61:17 308:5
**absorbed** 62:15 62:23 143:24 144:23 145:14 145:19
**absorption** 143:10 303:7 303:14 310:5
**abstract** 22:8 22:11 56:8 57:15 58:18 214:11 266:12 268:12,22 280:2,19 281:15 291:5
**accept** 200:25 329:18 331:8
**acceptable** 332:5
**accepted** 28:21 221:8
**accident** 42:17
**accuracy** 339:9
**accurate** 17:4 252:20
**achieve** 56:2
**acknowledge...** 341:3
**acknowledging** 334:19
**acknowledg...** 339:12
**acrylamide** 123:25 270:15
**act** 131:2,20 132:16 148:9 152:11 155:21 156:16,22 158:2,4 166:24 168:2 169:1,24 183:19 214:17 225:24 226:13 227:7,9 228:2 230:5,6,16 232:2 251:8 284:9 309:19 327:10
**acting** 193:4 214:8 225:18 226:19
**action** 15:6 87:9 131:14 143:11 145:4

150:12 157:5,8 168:17,19 183:18 260:17 269:7,9 274:20 277:10 287:19 338:17
**actions** 97:25 172:20 314:20
**activated** 132:18 263:1
**activation** 207:16 262:12 263:2,23
**active** 136:12 142:21 294:1 307:20
**activities** 250:18 258:5 269:9 325:17
**activity** 48:23 125:23 131:22 134:22 135:4 146:16 150:11 150:13,17 156:9 157:11 167:11,15 168:9,12,14,21 169:14 170:2 179:13 226:3,3 229:4 233:4 238:6 255:5 256:11 265:21 267:1 269:24 271:12 287:8 310:2,3 325:14 326:4
**acts** 132:17 158:1
**actual** 129:17 138:13 140:3 163:7 184:2 236:7 237:6 238:12,18 284:14 285:20 320:14,18
**actually** 24:7 24:17 28:12 46:12,19,21 47:3 57:11 63:11 64:22 65:1 67:3 68:4 91:11 93:24 94:2,6,13,20 98:8 102:2 103:17,24 111:1 125:16 130:15 133:8 143:12 145:6 149:5 152:4,14 153:17 155:4 159:5 163:10 165:3 175:22 185:11 186:14 192:8,9 193:4 201:20 202:13 202:18 210:2 216:17 217:1 226:24 233:15 237:19,23 238:10,11,20 240:7 241:17 257:24 282:25 283:2,9 284:4 285:4 287:6 289:1 291:7,15 291:16,24,25 292:5,13,24 293:6,8,8,13 295:12,22 297:13 301:19 302:3 304:22 307:23 309:10 309:22 312:22 322:14 326:12 326:14 332:15
**adams** 3:22
**adapted** 306:10 308:23 309:1 312:24
**add** 135:14,16 142:17 147:7 150:1 162:15 169:6,18 175:16 183:16 192:18 242:25 246:14 328:14 330:11
**added** 313:6
**adding** 131:8 331:11 334:2
**addition** 76:12 96:24 133:18 143:5 153:18 163:4 180:3 193:25 230:10 239:9 263:21
**additions** 341:6
**additive** 131:6 131:15 134:21 135:3 139:9 140:19 145:4 146:16 149:3 150:10,13 155:22 156:8 157:4,6 167:11 168:8,12,18 169:6,14 170:2 268:15 269:7 269:23 271:13 277:11 287:7 325:16 326:3
**additively** 131:3,21 148:9 155:21 166:25
**additivity** 268:15,25
**address** 303:13
**adduct** 12:23
**adenocarcino...** 258:17
**adenomas** 147:18
**adjusted** 118:6
**administer** 15:5

**adopted** 57:17
**advanced** 4:13
**advancements** 57:17 58:10,22
**advances** 13:18 306:25
**adversely** 283:13
**advice** 125:20
**advise** 20:2
**advisory** 54:24 55:11 56:12 262:16
**afam** 10:3
**affect** 281:19 296:21
**affected** 274:20 302:4
**affecting** 283:13
**affects** 268:8
**affiliations** 15:12
**african** 100:18
**afternoon** 18:25
**age** 117:14 118:4,6,14 119:5
**agencies** 123:10 247:1 250:10 254:12 254:13,22 255:23
**agency** 51:22 53:6 257:6 271:21 272:6
**agent** 65:15 69:24 197:10 255:12 298:1 301:21
**agents** 52:2 53:8,14 125:3 206:9 207:10
**ages** 118:24
**aggressive** 64:19,23 103:6 144:12 175:24 176:3 192:24 193:5 257:25 326:13
**aggressiveness** 65:2
**ago** 26:20 33:19 34:24 98:12 113:11 125:3 151:7 173:10,17,24 173:24 174:17 202:5 217:20 220:21 245:11 246:24 267:18 268:3 273:16 274:10 307:20
**agonist** 212:13 214:9,17 225:19,24 321:4
**agonists** 226:14 226:20 227:8 227:10
**agree** 14:15 31:22 44:2 46:13 49:11 50:17 70:1 128:4 191:13 197:18 198:2,4 203:2 254:7 273:14 281:4 283:23
**agreed** 164:5
**agrees** 257:3
**ahead** 61:11 190:10
**air** 288:18 289:2
**ajsassan** 5:12
**al** 3:20 11:21 12:3,8,11,19 52:18,23 53:14 64:21 66:12 81:25 101:7 108:22 113:4 127:5 192:21 195:24 199:17 200:23 208:15 208:24,24 284:19 306:11 312:23 315:7
**alerted** 128:21
**alkaline** 86:18 86:25 87:16 88:21 89:10,16 90:4,10 135:15 303:22 304:25 305:23
**allen** 4:15
**allotted** 339:19
**allowed** 163:19
**allows** 303:7
**alpha** 225:15 232:3 262:12 262:25 263:2 263:23 267:25 293:20 294:16 301:20 319:22 324:1
**alter** 97:24 314:19 333:3
**alteration** 46:6 228:16,17
**alterations** 137:14 138:4 263:24
**altered** 227:21
**alters** 133:22
**amended** 11:11 18:1
**american** 100:18 103:24
**amount** 34:19 35:21 37:21 39:1,16,20 40:9,15 64:21 119:3 133:9 144:19 150:21

162:18 163:23 189:14 198:11 238:11 239:5 241:23 251:3 276:1 317:19
**amounts** 136:25 237:24
**analogs** 324:8
**analyses** 211:1 211:12 236:25 336:5
**analysis** 46:22 60:24 64:2 79:24 102:23 113:24 139:19 141:3,6 180:17 182:12,13 187:21 199:11 199:14 203:19 203:25 209:22 209:24 210:14 210:23 211:4,6 211:9 215:11 216:4,5,16,18 216:22 221:18 221:19 223:1,2 230:10 237:8 238:21 249:1 259:9 263:4 264:13 273:24 276:15 285:17 315:21 316:4 316:17,22 317:7,15,25 325:22 327:17 330:19 332:14 334:12 335:5,8 335:15,24
**analytical** 274:5 333:4 335:3
**analyze** 20:24 21:12 63:24 196:1 238:21 259:13 316:21
**analyzed** 21:2 90:12 162:16 260:13
**analyzing** 247:20 269:3
**anderson** 9:4
**angiogenesis** 132:14 134:20 148:23 234:19 263:25 271:11 277:14 304:23 305:3,9,13,16 306:2 323:2 331:18
**angiogenic** 143:6 227:17
**animal** 50:9 59:10 63:9 70:5 74:11 79:18 80:1,14 80:22 100:1 101:25 102:19 114:3 147:8 180:4 184:12 184:20,25 194:20 195:14 197:12,12 210:13 230:12 230:25 231:8 244:2 246:8,17 251:17 270:24 275:23 301:13 317:4,13 318:3 320:3
**animals** 34:5 49:4,8 56:2 63:12 98:14 102:3 103:15 103:16,19 147:8 152:15 152:18 153:18 181:4 244:9 251:21 253:9 286:12 301:3
**answer** 17:10 17:13,21 23:23 37:20,25 38:25 39:5 45:13,18 71:17 105:14 124:20 139:25 141:2,19 151:11,15,17 153:8,14 154:3 162:1,4 187:9 190:12 210:11 223:17 244:20 256:3 261:18 272:11 296:17 298:15 310:12 315:7 317:16 317:23 318:5 319:6,9 331:23 333:4
**answered** 35:11 45:6 71:24 72:13 112:17 128:15 138:18 145:23 256:3 258:15 259:7 294:22
**answering** 223:24 296:9 296:12,12
**antagonistic** 131:9
**anthony** 5:9
**antibodies** 322:5
**antibody** 322:16
**anticipate** 26:25
**anticipated** 248:20
**antiestrogenic** 172:22
**antiinflamma...** 226:3
**antimicrobial** 193:12

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 351 of 436 PageID #:75364



**antimicrobials** 193:8
**anybody** 224:3
**anyway** 17:22
**apologies** 36:23
**appeal** 41:20 44:6
**appear** 206:21 314:22 327:5
**appearance** 15:10
**appearances** 2:1 3:1 4:1 5:1 6:1 7:1 8:1 9:1 10:1 15:12
**appears** 53:10 53:22 54:6 57:16 182:21 220:6 266:11 319:3
**appended** 341:7
**applicable** 339:8
**application** 276:5 320:11 320:14,18
**applied** 25:6,10 25:14 26:15 209:9 217:3 294:2,7 300:25
**applies** 113:19 151:10,12 202:10 324:11 327:20
**apply** 25:19,24 26:3,8,14 203:7
**appreciate** 139:19 151:5 223:22 296:16
**approach** 196:19 261:9 263:9 286:17 286:22,25 287:1,2
**approached** 202:19 217:10 217:24 218:22
**approaching** 286:24
**appropriate** 101:3 137:3 331:8 334:17
**approximately** 18:18
**april** 11:18
**area** 143:7 188:18 191:20 305:11,22,23 307:20
**argue** 167:14 168:19
**argument** 262:25
**arguments** 268:14
**aromatic** 142:7
**arrive** 166:3
**arrow** 42:16 308:15 313:4
**arrows** 313:3
**arsenic** 102:4 124:2 131:12 150:4 155:25 156:3 269:18 269:20 270:17 271:2,15 288:8
**article** 11:21 12:15 13:8,9 20:25 28:16 52:17,22 55:14 56:8,21 57:16 58:9 59:21,25 66:10 67:16 68:7,13 100:9 100:24 108:21 108:25 111:12 113:13 121:17 173:5 174:8 179:5 187:23 201:17 205:3 206:22 213:5 214:2 218:4,7 220:7 221:22 221:24 222:10 259:21 265:4 273:7 279:22 286:19 287:23 292:16 303:13 307:3,13 312:16,19,21 329:19
**article's** 286:14
**articles** 21:17 21:20 22:3 28:23 29:4,5 176:7 220:14 237:5 265:1 272:8 287:25 299:13 300:12 328:7 334:18
**asked** 17:9 29:12 34:8 36:7 37:24 39:4 45:5 60:11,12,14,21 71:9,25 72:6 73:17 78:24 102:14 108:6 115:22 116:1,4 116:7 124:10 124:21,22 128:14 138:20 162:3 165:18 181:20 183:11 183:23 202:1 203:21 210:7 215:24 217:4 217:11,13,21 218:15,24 219:17 220:12 231:4,14 235:13 246:25 252:13 256:2

257:17 258:14 259:5 261:16 261:22 296:14 314:9,13 316:7 318:6,20 320:8 320:22 330:21 331:24 332:19
**asking** 34:23 45:19 70:13 78:22 124:13 127:16 139:21 183:20 217:25 233:6,8 235:1 236:16 246:10 251:11 255:22 298:2 304:12 304:14,15,18 309:9 315:2,5
**assay** 255:6
**assays** 103:1
**assess** 20:25 21:12,18 22:1 274:3
**assessed** 261:1
**assessment** 13:6 59:2 61:15 253:22 260:15 262:7,9 311:22
**assessments** 58:14
**assistant** 25:7,8 25:10,19,24 26:4
**associate** 26:16 26:24
**associated** 34:18 35:20 40:3 100:15 177:1 212:14 212:23 213:8 213:12 214:3,7 214:12 224:6 225:4 231:17 247:19,25 274:4 320:23 321:5 324:13 331:25
**association** 71:11 72:3 91:25 92:12 96:3 99:5 101:13 105:10 121:4 172:17 243:21 256:22 257:8 258:12 291:8 292:20 316:24
**associations** 80:5 103:20 154:16 256:25
**assume** 17:14 28:11 189:13
**assumes** 129:7 230:21
**assuming** 333:8
**assumption** 261:2,5
**atlanta** 6:7
**atrophy** 310:7
**atsdr** 256:21 257:5,12 258:10
**attached** 28:6 339:11
**attempt** 21:18
**attested** 45:11 46:25
**attorney** 15:13 19:20 338:15 339:13
**attorneys** 18:22 19:2,11,14
**attributable** 291:13
**attributed** 290:5,9 291:10
**attribution** 328:2,9 329:2
**atwood** 20:14
**audio** 14:13
**austin** 6:15
**authenticity** 220:10
**author** 84:3 210:19 329:20 332:6,7
**author's** 267:7
**authoritative** 68:8,14 254:11
**authorities** 268:17
**authorized** 15:4
**authors** 21:13 21:19 68:4 84:19 88:18,22 93:25 94:19 95:19 97:17 100:24 101:4,6 105:25 106:18 107:4 111:14 113:13 121:7,9 121:17 179:5 205:10 209:20 221:25 264:19 268:13 283:3 285:7 314:15 315:13 318:8 321:11,20 322:3 329:8
**available** 254:9 339:6
**avenue** 2:11 5:16 6:13
**average** 76:8
**avlon** 5:2
**avoidant** 148:21
**avoiding** 148:22
**awakens** 292:9
**aware** 246:20 328:17,24

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 353 of 436 PageID #:75366




**b**

**b** 4:8 10:3,9
**b2** 251:18
**back** 21:5 28:1 32:13 33:18 40:7 43:6 56:7 60:10 63:19 64:4,5 65:9 72:25 73:2 92:4,16 111:9 114:23 117:5 118:9 122:10 137:10 138:17 138:22 155:2 157:20 158:21 158:23 160:18 161:3 166:13 166:21 169:16 170:4 175:14 176:15 177:13 178:6 183:16 205:16 207:21 212:5 217:11 220:23 224:5,9 231:22 240:25 251:1 255:9 260:14 273:6 274:22 275:11 290:24 292:15 302:6 314:5
**bacon** 4:4 15:15
**bad** 138:10 302:16
**bailey** 101:7 264:19
**banned** 137:7
**barrier** 303:6 303:23 304:3 304:10,15 305:7
**bartsch** 274:11
**base** 96:15 99:15
**based** 25:25 31:12 33:11 46:24 54:23 55:10,24 57:19 59:19 60:13 73:20 74:9 80:13,16,18 101:3 113:20 123:5 156:25 251:17,19 258:7 262:13 280:4 286:25 287:1,1 336:16
**baseline** 85:13 93:13 110:19
**basically** 95:6 127:22 148:19 184:13 196:1,4 203:1 219:20 236:3 274:18 285:18 305:19 317:1 324:2
**basis** 98:1 111:17 113:8
**bates** 239:19 240:17
**beauty** 4:13 8:2 123:10 136:8 248:11
**beginning** 15:13 38:18 72:11 265:19 335:25
**begins** 225:9
**behalf** 16:16
**behave** 283:18
**beings** 143:21 295:18,21 297:20 298:24 299:15
**believe** 20:14 72:10 86:1 89:3 98:23 115:17 116:19 122:24 126:6 126:10 128:6,8 154:21 167:20 173:20 181:18 186:5,14 188:8 188:12 195:23 200:25 205:4 229:16 230:2 232:10 238:15 238:15 241:7 242:17 247:2 248:22 252:6 285:13 286:10 286:13 290:2 297:10,23 334:17
**bell** 8:2
**belong** 89:9
**belongs** 28:17
**benefit** 222:24
**benefits** 322:6
**benign** 148:15 149:10 169:22 284:7
**benzophenone** 124:1
**benzophenones** 270:16
**benzopyrene** 273:22
**berate** 223:25
**berating** 224:2
**berman** 2:18
**bertrand** 12:11 93:6 101:6 115:2,14 120:18,20 122:1 164:5,9 164:17 166:19 264:15 335:24 336:6
**best** 94:24 95:5 95:10 338:12
**beth** 16:22 26:8
**beyond** 281:24

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 354 of 436 PageID #:75367



**bigger** 105:19 117:21 119:14
**bioassays** 65:13 67:23
**biochemistry** 150:22
**biohazardous** 274:7
**biological** 32:4 33:12 34:8 40:12 41:3 61:21 86:13 101:20 104:8 140:11 149:21 164:1,6 165:10 189:12,18 190:11 191:24 211:11 230:25 232:12,15 234:10,12 235:17 246:15 264:18 315:19 315:25 316:2,3 325:23 326:19
**biologically** 32:9,16 40:8 71:10 72:3,5 74:15 78:9,14 79:5 102:15 104:3 107:5 120:25 133:5 138:20 144:11 147:24 165:11 165:19 168:5 169:11 183:14 184:1 210:7,23 231:15,16 243:5,8,18,21 261:23 295:10 319:16 326:6 331:25 332:20 332:23
**biologist** 64:18 88:11 91:7 129:20 137:5 137:10 140:14 258:20 269:4
**biology** 103:8 133:18 253:7
**biomarker** 12:16 189:20 191:10,11 290:12
**biomarkers** 188:16 191:15
**biopsy** 155:6
**birmingham** 3:20
**birth** 186:11
**biscayne** 7:6
**bisphenols** 285:6
**bit** 148:14 219:14
**black** 12:10 82:11 92:24 93:5,7 100:18 109:3 115:7,19 121:15 188:18 191:19
**bladder** 31:4 32:21 33:7 40:21 159:14 160:7 242:2,8 244:12,25
**block** 176:5 226:9 228:25 229:3,4,9 297:14 298:20 300:21 322:17 322:21 323:2,5 324:2,24
**blocking** 215:1 215:15 226:8 297:13 298:20 300:20 322:15 324:2,22,23
**blocks** 13:3 228:25,25
**blood** 63:5 64:17 143:6,7 143:13,18,18 143:19 144:7 192:7 193:3 242:8 244:13 244:25 299:24 304:24 305:2 305:19 312:4
**blue** 161:13,14
**board** 22:15 23:1 91:6
**body** 79:3 132:11 192:4 300:2,4 318:9
**bogdan** 37:19
**bond** 87:8,11
**bonds** 135:16
**book** 317:20,21
**borrowed** 198:5,17,19 208:25 209:1 209:19 210:19
**boston** 1:16 14:25 16:22 338:5
**bottom** 69:21 150:9 170:9,15 172:2 176:21 257:2 268:12 268:21,23 280:20 283:10
**boulevard** 7:6
**boxes** 312:20
**bradford** 315:24 316:16 316:19,22 317:7,15 335:23 336:5
**bradley** 9:4
**brain** 324:15
**brazilian** 84:11 87:12,15 88:2 90:2
**brca** 194:10

**break** 17:8,9,10 72:16 87:7,10 114:13 122:14 211:16 275:2
**breaks** 135:15 206:15 255:16
**breast** 51:16,17 96:20 98:25 99:4 129:24 177:3,7,17 179:7 180:13 271:17 282:10
**breastfeeding** 51:16
**brief** 27:11 42:7,20 50:12 81:9,19 197:24
**briefly** 18:25
**bring** 16:24
**brings** 31:8
**broken** 129:15
**build** 287:18
**bunch** 150:8 167:19 196:4 252:10 285:19 307:9 324:13
**burbine** 6:8
**bureau** 254:17
**burn** 76:15,19 107:25 309:20
**burns** 73:9 75:2,12,16 106:8 116:7 119:7 310:9,10
**business** 16:19
**byproducts** 235:21 236:15

**c**

**c** 13:14 14:1 224:13,13 225:9,9
**ca** 10:8
**call** 86:13 149:6 152:16 158:5 167:8 175:11 245:20
**called** 15:25 31:13 127:17 149:6 242:12 245:17 271:15 282:22 301:23 302:16 304:21
**calls** 19:9,12
**cambridge** 6:12
**camera** 14:10
**canada** 254:17 256:21 257:4 257:12 258:10
**cancer** 11:24 12:6,8,10,22 13:4,6,16,18 22:21,21 26:1 26:22 29:10,15 32:4,17 33:13 33:16,24 34:5 34:7,9 36:6 37:16 38:22 41:4,9 46:21 48:6 49:2,7,10 49:12 50:5,22 51:3,4,7,9,11 51:14,17,19,23 52:2 53:7,9 54:11 56:1,2 59:14,15 60:25 60:25 61:21 63:12 64:17,19 64:24 65:2,13 65:17 67:23 70:22 71:2,6 71:12,16,19 72:2,5 73:6,11 73:16,20 74:4 74:15,19,24 75:4,14,16,24 76:1,20,21,25 77:5,9,10,16,18 77:18,22,24 78:8,13 79:4 79:15 80:3,4 82:2 83:17 84:5,25 86:11 86:17,23 88:11 88:12,13,15 89:25 90:21,22 91:2,7,10,10,12 91:15,25 92:3 92:8,14,24 93:18 94:13 95:4,23 96:5 96:20,22 97:2 97:8,12,20,23 98:3,14,16,17 98:21,25 99:1 99:4,15,18,19 100:15,22 101:1,8,8,20,21 101:25 102:3,8 102:9,11,16,17 102:24,25 103:3,7,15,16 103:19,19 104:10,16 105:5,12,13 108:2,11,23 109:22,25 110:3,13 111:2 111:6 112:5,7 112:11,15,19 112:20,22,23 112:25 113:7 113:14 115:2 116:16 117:25 120:10,24 121:6,12,19 122:7,25 123:1 124:7,17,18 125:1,23 127:4 127:4,7 129:6 129:20,22,24 130:14,20,23 131:25 133:3 133:18 134:2 134:10,13,15 134:16 137:5

137:10,19 138:8,22,24,25 139:11 140:14 141:5 143:16 143:16 144:12 144:13,17,18 145:2,3,16,21 146:7,25 147:2 147:2,8 148:2 148:6,11,16,18 148:20 149:10 149:12,13,21 150:24 151:8 151:23,23 152:15 153:3,3 153:18 154:17 154:17 155:1,5 155:10,14,15 155:18,18 156:23 159:12 160:5 161:24 163:1,24 164:3 164:12,16 165:20 166:5 167:12 168:3,3 169:13,14 171:1,17,22,24 172:3,4,8,18,21 173:1,3,6 174:1,3,13,23 175:3,9,9,10,18 175:23 176:3 177:3,8,10,17 178:2,9 179:16 179:17,18,22 179:22,25 180:6,6,14,18 181:4,5 183:15 184:23 187:16 192:24 193:5 194:1,9,11 195:1,4,6 196:2,7,12,13 197:7,11 199:13 201:22 201:24 202:14 203:23,23 204:4 209:23 210:9,24,25 211:3 214:14 214:22 216:20 217:16,17 218:12,14 219:7 220:18 221:12 223:2,2 223:15 226:6,6 227:22 228:18 228:22 229:1,5 229:8,13 230:17,19 231:9,18 232:18,22 233:11 234:5 235:3 243:1,2 243:20,25 244:2,9,10,24 245:10,15,25 246:11,19,22 248:1,4 249:19 250:17 251:10 251:10 252:16 252:16 253:1,4 253:5,7,9,22 256:23 257:1,9 257:16,16,20 257:23,23,25 258:1,2,13,20 259:6 260:16 261:23 262:1,9 262:14 263:12 263:15,15,21 269:4 271:17 275:20 277:17 282:10,11,17 282:20,22 284:22 287:20 289:10 290:4,9 291:9,12,17,18 291:25 292:1,4 292:10 293:6 293:16,18 295:12,13 296:5,25 297:3 297:14 298:10 298:21 299:3,6 300:19,19 301:5 302:19 306:8,24 307:17 308:4,6 308:22 309:7 309:12 310:25 311:5,6,10,14 312:4 313:4,5 314:18 315:12 315:16 316:8,8 316:13,15 317:24 318:17 318:25 319:13 319:18,23 320:7 322:7,8 323:4,12,14,16 323:17,19,19 323:21,22,23 324:3,5,12,17 324:19 325:1,2 325:18 326:8 326:16 327:5,8 327:9,11,12,15 332:1,21,25 334:13,13

**cancers** 31:5,12 32:11,22 33:8 40:22 78:18 88:9 90:20 96:20 103:9 111:15,18 112:2 125:10 128:24 138:11 156:23 157:19 165:24 166:5 169:3 171:4 177:5,13 179:7 179:14 186:12 186:13,15 195:19 211:7 211:19 221:1

242:3,10,16,21 243:6 244:15 261:25 264:22 282:1 298:17 301:2 316:11 318:22 325:1 326:14 327:5
**capable** 279:19 280:9
**caption** 306:6 311:25 312:1 312:17
**car** 265:2
**carcinogen** 34:3 49:12 59:20 70:7 80:16,20 101:24 147:9 149:7 150:5,6 166:16 231:2 245:18,21,22 246:4 248:20 248:21 251:9 251:15,16,19 251:25 252:2 260:24 271:8 278:4 282:16 282:22 283:19 284:9 288:12 301:13 312:2 325:21
**carcinogenesis** 13:20 178:8 279:20 280:6 280:10,17
**carcinogenic** 13:8 33:23 61:23 62:2 65:10 66:21 69:18 125:14 126:1,5,18,22 134:5 136:23 195:7 229:20 244:7 245:13 249:13 251:3 255:5 256:11 262:7,10,15,23 264:11 271:23 271:24 274:13 279:19 280:9 283:24 288:21
**carcinogenicity** 31:24 49:4 122:20 154:1 196:24 269:13
**carcinogens** 12:18 13:12 48:20,23 49:5 50:19 51:12,14 55:25 57:20 79:2 89:20 126:9 130:8,9 140:16 149:2 149:25 150:3 150:10 156:6 167:8 169:8,20 169:23 195:25 196:2,11 204:20 208:9 221:2 236:10 239:6 248:16 248:25 259:4 263:18 266:1 266:15 267:9 269:23 270:21 271:14,18 273:3 284:5 287:7,17 288:5 288:6,15,20 289:1,3 326:1 327:1,2
**carcinomas** 175:12
**care** 64:6 181:14 182:9 182:25 183:3,9 193:8
**career** 25:25 26:2 54:19 323:7
**carefully** 102:13 105:9 113:17 318:13
**case** 1:7 12:13 14:22 19:25 20:3 31:15 32:3,15 33:11 39:13,17,19 40:13 41:12 45:11 54:12 60:21 71:10 73:17 79:13 80:9,11,21 82:24 107:4 109:15 111:24 124:11 149:8 150:13 162:9 162:16,25 163:3,6,10,14 163:17,18,21 166:15,15,18 179:25 184:14 186:6 191:19 216:9 225:22 231:6 232:7 233:15 242:12 242:17,18,23 243:17 246:13 257:18 268:5 277:6 316:17 325:12
**cases** 32:6 80:18 83:17 86:23 89:24 92:2 93:17 121:5 152:10 163:25 234:16 246:7 270:11 290:4 291:9 301:12 339:4 340:1 341:1
**castronuova** 3:8
**categories** 80:8 92:18 116:25

**category** 85:5 94:12 118:7 119:19
**causal** 291:8 292:20 293:3 316:21 317:16 318:9
**causation** 54:11 61:21 77:2,12 79:15 82:7 101:13,17 102:12 103:22 113:17,18 114:5 121:23 122:25 134:2 163:24 165:1,6 165:15 183:24 184:2 194:4,6 231:13 317:6 317:25
**cause** 32:4,10 32:17 33:12,16 34:7,9 49:10 49:20 50:5,22 51:3,9,14,19 52:2 53:9 59:15 60:25 63:11 71:15,16 73:10,19 74:14 75:3,13 76:1 76:20 78:12 99:18 100:25 101:25 102:2 102:16 105:12 106:8 108:11 113:14 121:18 124:6 125:9 128:23 129:5 130:13,19,22 131:25 133:2 137:19 138:21 141:4,4 145:3 145:16,21 147:8 148:1,5 148:16 149:10 151:23 152:17 153:2,17 156:23 165:19 166:4,5 167:12 168:3 169:2,13 181:3,3,4 183:15 184:23 196:2,12 210:8 223:14 230:17 231:9 232:18 233:10 243:5 243:19,22 246:9,11 249:19 251:10 252:16 253:3,4 257:20 263:11 282:17,20,21 299:21 305:9 311:10 318:13 319:23 320:6,6 323:14 327:3 327:15 332:1 332:21 334:12 338:9
**caused** 31:4,11 32:21 33:7 37:16 38:22 40:21 41:9 48:19 51:16 78:17 103:15 103:17,18 163:1 173:7 194:2 261:24
**causes** 29:14 34:4 49:7,12 70:21 71:1 72:1 77:10 78:7 98:14 105:13 146:25 152:15 157:18 159:12 160:4 161:24 165:23 235:2 242:2,8 242:15,21 243:24 244:12 244:24 245:25 246:18 256:7 275:19 301:5 305:3 308:6 309:17 310:14 311:6 332:24
**causing** 41:3 49:2 76:15 124:17 125:23 139:11 149:12 197:7 243:1 250:17 253:8 260:1
**caution** 46:9
**cautioned** 87:23 103:25
**cautions** 127:11
**cavo** 8:13
**cayarga** 10:15 15:1
**cell** 13:4 48:7 48:14 50:2 51:2,8 70:10 70:17 98:17 134:20 148:21 175:5 207:16 208:20 212:15 214:15,20,24 215:3,5,10 227:21 228:16 228:17,20 229:1,1,4,5 263:24 282:12 308:8 311:1,10 321:6 322:25 323:1
**cells** 48:12 138:2 143:18 143:19 147:21 149:21 172:8 175:8,11 212:16 215:8 225:4,16 255:6 255:17 282:11 284:11 292:10

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 359 of 436 PageID #:75372



293:15,16 295:12 296:5 297:11,18,25 302:16,17 308:17 321:7 321:14,15,21 321:23
**cellular** 49:15 49:20,23 50:1 51:15 308:2
**center** 3:19 16:23 26:9
**central** 242:13
**certain** 21:8 63:23 92:5 99:15 110:7 112:24 138:18 142:17 146:17 154:24 183:9 196:25 197:3 198:10 202:23 215:2 223:8 233:23 238:11 247:8 249:3 250:14,14,22 317:19 323:3 328:4,5 331:20
**certainly** 101:15 164:17 246:14 251:11 255:10 263:17 267:23 269:23 270:22,23 324:20
**certainty** 70:20 70:25 76:18 112:14 156:15 156:20 168:24 244:23 254:21 257:11
**certification** 338:1
**certified** 1:25 22:15 23:1,5 91:6 338:25
**certify** 338:3,14
**cervical** 177:3 177:8,17 179:14,17
**cgw** 8:10
**challenging** 273:15
**chance** 102:11
**chang** 12:4 81:25 91:24 105:24 108:25 113:16 166:20 264:15 314:10 315:6 335:24 336:5,15
**change** 80:5 157:17 198:24 340:4,7,10,13 340:16,19
**changed** 31:7 40:17
**changes** 50:2 207:15 339:10 341:6
**changing** 334:3
**chapter** 317:21
**characteristic** 51:5 122:3 167:6 170:8,11 170:16 176:18 227:22 228:15 228:22 229:7 230:11 252:19 268:8 305:13 319:20
**characteristics** 12:18 13:12 34:2 49:18 50:9 51:1,7 55:24 57:20 58:23 59:20 63:7 76:5,9 101:22 103:11 103:13 112:9 127:13 130:6 133:19,23 134:19 140:18 145:5,24 146:10,11,14 147:7,14,15 149:5 152:3 153:9,20 154:5 156:7 157:7,24 158:1 167:13 178:1 179:24 180:5 187:14 195:4,6 196:9 198:3 199:8 201:9,11,13 203:10,15 204:4,20 205:13 206:3,7 208:8 211:8 214:20,24 215:7,19 216:18 221:2 221:11,13 223:7 231:25 233:16,22 234:20 244:1 245:14 246:16 252:21 253:12 255:14 261:13 264:24 267:20 271:5,5 282:19 284:9,22 285:16 287:4 287:11,17 292:12 312:2 316:14 325:18 326:2 327:2 329:6 330:10 330:17 331:11 332:17 333:24 334:7,23
**characterizati...** 260:17 267:7
**characterize** 273:12
**charged** 261:19

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 360 of 436 PageID #:75373



**chart** 68:25 69:2
**chase** 152:22
**cheatham** 6:2
**check** 66:16 81:21
**chemical** 29:14 33:23 34:4 49:7 64:5 70:21 71:1,6 71:19 73:5,10 73:15,24 74:2 74:6,13,18,22 75:3,13,20,25 76:13,15,19 78:6,7,12 86:18,25 88:6 89:10 90:4 100:25 101:24 105:12 106:15 108:5 115:3,15 115:18,23 121:5,18 129:4 130:12 131:23 132:17 133:14 134:18,25 135:1,8 136:23 146:12 152:17 184:15 188:19 190:7,8 194:22 197:6 210:25 223:4 232:17 235:22 236:2 237:12 238:2 243:24 244:7 247:7 250:7 251:8 253:8 259:9 265:20 266:1,15 267:9 269:14,25 271:8 273:24 277:2,21 278:2 282:2 283:13 286:25 288:11 289:8 307:8 310:9,23 315:15 325:14 325:15,25 327:6
**chemicals** 46:21 63:3,11 64:16 76:7 86:8,9 87:16 89:18 90:11,15 97:10,22 102:2 103:14 107:25 123:20 124:16 127:14 128:10 128:18 129:16 129:18,21 130:3,7,19,22 131:2,6 132:3 138:6,21 143:5 144:4 146:22 148:15 149:1,2 149:9 150:1 151:11,13 152:25,25 153:17 154:1 154:17,24 155:20 156:16 156:21 157:2,2 157:14,16,16 157:23 166:24 167:7,12,24 168:1,7,20,25 169:8,12,22 178:4 180:2,3 181:24 182:20 182:21 183:10 184:6,22 185:1 185:2,8,19 186:23 188:17 192:1,5 193:2 193:24 195:16 199:12 203:25 209:24 223:3 231:20,24 237:3,7,22 238:22 239:12 247:21 249:2,6 251:3,8 254:17 259:4 260:12 262:17 268:6 269:21 271:1 273:5,18 276:2 276:8,13 277:1 277:7,9 279:18 280:8 281:19 281:23 282:16 282:20 283:16 283:18 284:7 284:21,23 285:5,19,21 286:18,20,25 287:20 288:20 303:7,14 305:12,15 314:18 319:15 320:2 325:8 326:18 327:7 327:19,21
**chemistry** 236:7 238:1
**chemokine** 224:13,22 225:9
**cherin** 5:15
**cherry** 48:2
**chicago** 5:7 8:7 8:16 9:7,18
**chief** 201:18,25 217:13,21 220:12
**choice** 291:18
**choose** 123:6
**chose** 292:16
**chosen** 150:25
**chromogenic** 244:3
**chromosomal** 138:1 175:18 206:16 331:19
**chronic** 50:21 76:10 112:8 113:2 125:6,19

130:2 131:19 132:13 134:14 137:12 145:7 145:11 148:23 150:15 152:7 167:17 174:5 212:11,15 214:7 219:6 228:10 234:18 263:23 271:10 277:13 290:5,9 291:10,13,24 292:9,12,13 293:5 302:2 309:23 321:2,6 323:11 324:19
**cigarette** 288:18,24
**circular** 42:16
**circulating** 300:12 301:4
**circulation** 143:14,17,24 144:24 145:14 145:19 295:23 296:2 312:5
**citation** 122:14 171:9 328:2 334:19
**citations** 222:9 328:18 329:1
**cite** 57:1 58:2,3 58:3,4 60:17 67:1,3,24 68:10 77:4 80:17 96:25 97:5 98:23 104:1,6 112:18 127:12 131:11 134:7 137:25 144:1 150:2 154:20 155:13 155:24 171:4 171:11 173:13 173:14,22 174:2,11,19 176:7,13 177:19 183:8 185:4 188:22 198:8,19 200:3 202:8,11 206:17 207:18 208:14 209:1,8 209:9,25 210:2 210:5,12,20 212:16 215:11 215:16,23 216:3,4 221:14 221:15 222:3,5 222:10,18,20 226:18 227:8 227:15 228:20 237:10 247:14 247:17,22 249:4 257:21 265:1 266:3 267:4 270:20 272:24 274:11 278:6 279:21 282:24 284:3 284:13 287:5 288:3 291:19 291:23 296:24 298:11 301:16 303:11 311:13 311:15 312:6 312:16,19,22 328:10,13 329:9,24 330:23,25 332:3,13,14,21 333:22 334:14 334:24 335:10 335:17,19,19
**cited** 18:17 43:20,22,25 44:21,21 45:7 45:21 47:11 54:3 56:18,25 57:9,11,11 77:7 90:14 112:5 113:23 143:4 149:14 150:8 155:9 167:19 171:15 171:18 173:19 182:15 191:6 192:8,20 195:23 199:2,7 199:15,16,19 199:24 203:16 208:18,20,24 209:12 219:3,7 228:13 235:7,7 237:2 239:20 239:25 241:20 255:10 257:15 258:8 260:11 268:2 269:17 269:19 273:3 273:17 278:14 284:10 292:8 292:23 296:6 300:11,16,18 311:16 313:10 321:2 325:24 332:12
**cites** 278:14
**citing** 67:6,7,21 68:1 201:7,8 205:3 207:6 208:2,4,6,11 214:22 215:22 216:2 222:6,17 223:5 329:8,25 330:2 331:10 333:19
**claim** 62:14,22 122:20 227:6
**clarification** 149:16 167:2
**clarified** 231:1
**clarify** 218:9 315:4 320:12
**class** 74:12 78:25 85:19

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 362 of 436 PageID #:75375



86:8 87:4,8 88:6 89:10,13 90:7,25 95:23 96:18,23 97:4 97:9 98:7 106:20,22 107:8 129:11 131:1 153:13 180:25 183:14 186:23 187:14 236:9 247:20 248:13 249:2,5 249:11 251:22 254:25 255:9 258:3 263:5,8 263:10,17,18 264:5 327:18
**classes** 107:13 122:19 152:25 154:2 157:16 166:22 182:21 229:19 259:14 286:18
**classic** 148:19 199:17,21
**classically** 215:7
**classification** 68:21 69:14 262:2,14
**classified** 70:6 80:15 86:6 248:19,21 288:11,14,23
**classifieds** 260:23
**classify** 80:19
**clastogen** 34:4
**clausen** 9:15
**clausen.com** 9:21
**clean** 123:24
**clear** 17:18 98:17 143:2 234:11 265:25 266:14 328:1
**clearer** 301:10
**clearly** 140:10 165:5 183:8 269:22
**click** 160:25
**client** 19:20
**clinic** 102:25
**clinical** 22:18 91:20,21 154:23 155:12 173:2 175:19 306:11
**clinically** 94:23
**clinician** 194:8
**close** 42:17 161:5 205:20 274:24 311:21 313:21
**closer** 280:20
**coding** 43:14
**cogliano** 12:3 58:3 66:12
**cognitive** 324:14
**coherently** 317:5
**coherents** 316:25
**cohort** 82:19 99:3 100:13 108:24 291:17
**cohorts** 154:21
**coincide** 180:5
**cold** 89:5
**collaboration** 292:6
**colleagues** 128:22 129:3 219:5
**collected** 83:4 93:22
**colloquy** 223:20
**colon** 297:3
**colony** 13:2 215:2
**color** 43:14
**column** 52:22 69:4 119:19 120:2 172:2 224:12 280:2 280:20 281:15 283:11
**combination** 149:9 150:4 168:1,6,20,25 169:12 251:2
**combinations** 131:13 166:23 168:12,13 184:6 284:20 286:20
**combs** 85:1,4,6
**come** 27:1 42:4 122:10 128:18 128:25 142:25 187:13 205:16 241:11 250:23 255:14 264:8 312:21 317:6 318:8
**comes** 40:7 92:4,16 111:9 137:10 138:17 142:21 144:15 155:2 157:20 175:10 205:2 231:22 283:1 331:17 335:14
**coming** 123:20 250:5 295:9
**commencing** 14:3
**comment** 94:4 100:6 176:14
**commentary** 94:1 286:15
**commission** 274:14 338:22

**commit** 57:7
**committee** 262:17
**common** 90:21 247:8 285:4
**commonplace** 202:23
**communicate** 19:5
**communicated** 20:6
**communicati...** 125:16
**companies** 197:9 324:3,8
**company** 238:13
**compared** 107:9 188:22 191:21 194:20 258:23
**comparing** 78:21
**comparison** 43:16 117:19 163:15
**compelling** 70:4 80:10,14 80:21 86:12 90:23 97:6 101:18 102:22 103:14 107:6 147:3,11 152:2 152:20 153:19 153:20 180:4 183:4 184:18 194:23 231:7 248:2 253:3,13 259:17 263:14 298:18 319:10 320:5
**compi** 218:11
**complete** 17:3 79:20 341:8
**completed** 339:16
**completely** 325:22
**complex** 273:10 327:6
**comply** 18:10
**component** 136:13 142:2 142:12,21 289:11
**components** 135:8 136:5 138:14 140:4 249:22 274:19 288:13
**composed** 283:25
**compound** 31:13 40:5 64:3 98:10 108:5 186:9 256:10 296:15 314:17
**compounds** 40:2,4 41:9 63:17,18 74:12 79:1 87:5,9 90:8 91:1 95:24 96:18,23 97:5,9,21 98:7 98:8,13 106:23 107:9,12,13 108:8 122:18 122:19,23 123:3,3,5,7,12 123:23 124:6 128:5 129:11 131:18 132:6 132:15,25 139:6 148:8 154:7 155:16 155:16,20,23 166:21,22 180:25 181:1 187:15 189:8 190:13,16 229:17,19 230:3,4,15 238:9 247:7 251:22 255:10 271:24 284:1 327:18
**comprehensive** 271:20
**comprise** 307:22
**compromise** 303:23
**compromises** 303:6 304:2
**computer** 120:16
**concentration** 138:13 139:2 140:2 274:6
**concentrations** 13:15 132:19 139:12 158:4 188:20 191:20 232:4 281:23 282:3 290:11 291:11
**concept** 10:3 56:23 59:13,21 171:15,16 198:10 229:6 253:7 304:20 305:21
**concepts** 54:2 56:17 57:3,10 57:21,24 58:1 60:18 67:19,22 205:9,10,11 207:5
**concern** 123:20 128:18 129:19 130:7 143:5 144:5 151:13 153:13,17 155:16 157:23

167:8 169:8 180:2 183:11 190:7 192:1,5 193:2 209:24 237:4 263:18 271:1
**concerned** 256:12
**concerning** 64:18 193:1 236:9 239:11 239:14 258:25 263:6 338:8
**conclude** 113:20 127:3 274:18 283:21 301:3
**concluded** 124:5 254:13 254:18 262:9 278:2,25 283:14 337:9
**concludes** 257:6 337:1
**conclusion** 46:23 80:2 100:5 101:3 191:17 254:15 256:15,20 309:25 317:2 321:10
**conclusions** 73:21 127:6 256:19 257:4
260:18 311:23 318:9 325:7
**concordance** 49:6 152:16,19 153:21 253:6 263:19 264:3
**conditioner** 135:18 136:1 142:18 320:17
**conditions** 260:6
**conduct** 127:18 316:16
**conducted** 14:9 172:6 180:11 280:22 282:5 335:23 336:4
**confirm** 100:16
**conflict** 52:5
**confounding** 95:13
**congress** 6:13
**conjunction** 63:8 99:25 195:13
**connection** 14:11
**connects** 308:15
**consider** 31:16 32:5 50:7,25 68:7,13 79:19 79:25 99:10 144:22 180:15
180:16 184:4 234:9
**consideration** 58:11,24 59:25 60:1 61:4,7 65:12 68:20 79:11,20
**considerations** 94:18
**considered** 25:6 113:25 122:4 184:10 274:14
**consist** 90:11
**consistency** 52:6 53:21
**consistent** 103:10 190:4 191:5 196:7 321:17,24 325:11,19 328:7
**consistently** 123:8,19 248:12 317:5
**constituents** 274:7
**consumer** 230:4
**contact** 19:8 142:22,25 294:12
**contacted** 202:13
**contain** 45:3 79:1 123:2 136:6 141:23 181:15 249:23 250:20
**contained** 44:10 45:15 200:22 202:17
**containing** 31:12 40:2 274:12
**contains** 47:7 47:16 107:25 142:3 236:22
**contaminated** 166:1,4
**contamination** 259:25
**contents** 210:17 220:24
**context** 39:23 51:6 201:6 225:21,22 226:2,4,23 227:5 300:19 301:15 315:1 319:2 320:23 325:23 327:9
**contexts** 294:13
**continue** 14:14 55:20 58:9 244:5 321:20
**continued** 2:25 3:1,25 4:1,25

5:1,24 6:1,22 7:1,24 8:1,22 9:1,23 10:1
**continuing** 57:15
**contra** 242:14
**contrary** 268:18
**contribute** 97:23 122:24 314:18 326:7 327:4
**contribution** 98:2 100:20
**control** 121:9 160:25 164:19 184:16
**controlled** 186:2
**controller** 293:15
**controversial** 87:18
**controversy** 338:9
**conveniently** 46:8
**conversant** 150:24
**conversation** 128:25 130:18
**conversations** 19:16
**conversion** 321:14
**convert** 321:14
**copied** 46:7 47:17 65:25 201:19 331:5
**copies** 44:10,17 45:3,15 339:14
**coppola** 1:23 15:3 338:2,22
**copy** 56:21 265:15 290:6 332:5,6
**corner** 161:12
**correct** 20:22 22:13,14,18,22 23:9,10,13,15 23:16 24:6,10 24:12,13,17,23 24:24 25:1,2 25:15,16 28:6 28:10,14 29:1 29:23 30:24,25 31:1,6,13,14,20 32:1 35:25 38:15,18 41:18 44:3,18 46:14 48:8,11,21 49:14,17 50:3 50:20,24 51:10 51:18,20 52:19 53:11,12,23 54:1 55:14 56:5,13,14,16 57:9,23 58:7,8 59:22,23 60:6 66:20,24,25 67:11,13,14,17 68:5,8 70:18 71:20 72:9 73:25 78:8,13 79:9 82:4,5,8,9 82:13,17,20 83:2,5,6,9,10 83:24 84:3,9 84:13,17 85:7 87:17 92:4 93:22 96:5,6,8 103:22 104:12 104:17,22 105:6,20 106:9 106:13,16 107:14 109:1,2 109:4,5,8,11,16 109:17 110:14 111:6,9 115:8 115:9,12,13,20 116:3,6,9,25 117:1,3,4,11,12 117:16,17,18 118:15,16,25 119:1,3,4,8,9 119:22 120:6,7 121:6,7 122:13 122:21,22 124:3,4,7,8,19 126:1 128:1,2 130:21,24 131:3 136:13 136:20 137:1 137:19 143:25 145:1 154:3 160:14 164:7,9 165:2,15,24 166:7 168:14 171:5,6 173:7 176:9 177:20 178:24 179:10 179:11 180:19 181:25 183:24 184:2 185:2 188:23 189:5 189:15,21 190:22,24 191:11,12 193:9,14 195:7 195:8 196:18 196:25 198:18 201:19 203:7 204:20 205:5 206:19,22 207:19,23 208:14 209:2 211:10,13 212:20,23 213:6,9,13 214:3,4,9,10 216:16 217:7 218:5 219:9,10 219:12,15 221:4 224:7 225:2,16,19

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 366 of 436 PageID #:75379



227:12 228:3 229:20,22 230:17 232:12 234:6 241:6,18 242:4,5,10,11 242:16 243:3 243:10,16 245:21 248:8 249:8,9,14 250:8,9,12,13 251:1,16,17,25 252:1 254:7 256:8 259:11 260:24 261:3,6 261:10,11,20 262:17,18 264:11 265:4 266:8,9,12,21 266:22 269:1 269:14 274:9 278:20 279:1 279:22 280:14 280:17,18 284:3 286:6,9 286:10,12,15 286:16,21,22 288:3 291:2,14 292:17,20,21 293:25 294:8 294:25 295:6 296:21 297:5,8 297:16 298:10 298:11,24 300:5,13,14 303:15 306:12 306:21 307:1,4 307:24 308:13 308:18,19 310:21 312:7 312:17,21,22 313:8,12,13 325:24 326:21 327:16,17,22 333:9,13,14 336:1,7,8,18,19 341:8

**corrections** 200:23 341:6

**correctly** 172:9 284:25

**correlate** 64:23 175:19 257:24 326:12

**correlates** 64:19 144:11 175:22 192:23

**costa** 242:14

**costello** 8:4

**counsel** 15:10 15:22 16:1 17:16,20,22 18:9 338:15 339:14

**counting** 196:22

**countries** 258:22

**couple** 18:15,16 18:21 19:9 20:12 72:10 104:1,24 129:12 132:1 140:8 152:1 164:10 182:16 192:8 195:24 206:5 220:7 263:12 264:4 275:13 280:25 281:14 294:20 301:9 302:24 329:13 333:1

**courses** 23:18 23:22 24:2

**court** 1:1 14:21 15:3,21 40:23 41:16 43:11 44:2,9 46:4 225:1

**cover** 150:20

**covered** 94:16

**create** 49:15,23 50:1 149:5

**created** 239:7

**credit** 57:2 201:9 204:3 207:7 222:5,23 223:6,11 309:2 309:4 328:15 329:4,8,10 330:15 331:12 331:15 332:15 333:23

**criteria** 59:3 165:5 315:25 315:25 334:9

**critical** 58:12 58:25 61:8,14 234:16 284:21 333:4 334:5

**critically** 20:24 21:12 68:11

**cross** 11:6 188:10,15 206:16 314:7

**crowley** 19:9 19:13,24 20:2 20:14

**crp** 290:10 291:11,19

**csf** 228:24 321:13,22 322:6,13,17 323:4

**cultures** 70:10 70:17

**cures** 323:23

**curious** 129:10

**current** 316:10

**currently** 41:20 324:4 336:14

**cut** 143:2 152:22 221:25 333:18 334:17

**cutoff** 7:15

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 367 of 436 PageID #:75380



**cuts** 329:19
**cv** 1:8 14:23 28:5,9,14,17
**cyclooxygen...** 301:23
**cytokine** 233:25 294:18
**cytokines** 226:24 227:16 293:7,19 299:11 301:18 308:1 324:23 331:17
**cytotoxic** 310:1 310:3
**cytotoxicity** 197:15

**d**

**d** 9:19 10:3 14:1
**daily** 84:8 85:1 107:24 182:5
**damage** 48:9 48:12 89:17 90:10 106:4,9 134:6 137:11 143:3,13,19 145:8,12 156:4 175:21 206:10 206:13,25 207:11 271:9 306:7 307:7,9 308:25 309:6 310:7,14 331:19
**daniel** 10:15 15:1
**darbre** 97:6 127:12
**dark** 77:6
**darlene** 1:23 15:3 338:2,22
**data** 12:2 22:2 47:25 65:14 66:11 68:20 69:11,13 75:9 83:3,7 93:22 96:15 104:8 109:10 143:22 152:20 173:2 174:14,15 180:4 183:4 196:18 227:18 231:1 251:17 251:20 253:10 253:13 261:8 269:14 274:5 285:17 286:8 286:11,20 300:4 301:13 301:14 317:19 319:10 336:16
**database** 12:17
**date** 18:14 340:24 341:12
**dated** 11:14,18 12:13,20
**daughters** 98:16
**day** 20:11 23:7 23:24 24:4 33:24 129:23 129:25 176:4 243:25 322:21 338:5,18 341:15
**days** 18:16 339:16
**dbp** 263:7
**de** 247:15
**deaconess** 16:22 26:9
**death** 148:21 246:5
**debrosse** 3:21
**decade** 173:24
**decades** 125:3
**decide** 219:1
**decided** 60:22
**declare** 341:4
**decline** 324:15
**decrease** 191:11 193:11 226:10
**dedicated** 91:14 131:11
**deemed** 341:6
**default** 261:6,9
**defects** 186:11
**defendant** 4:2 4:12 5:2,14 6:2 7:2,13 8:2 9:2 9:12 10:2 16:1
**defendants** 16:17
**defense** 15:15 151:2
**define** 198:23
**defined** 198:23 199:9 233:22
**defining** 198:13 198:16
**definition** 87:6 90:9 109:6 154:9 199:2 267:23
**definitions** 200:1
**definitive** 46:11 47:18
**degree** 23:2,11 24:6 70:20,25 76:18 112:14 150:22,23 156:15,20 168:24 244:23 254:21 257:11 310:10
**degrees** 23:8
**dehp** 248:19,21 250:20 251:14 251:24 252:25 253:25 254:4 254:15,18,22 255:3,21,23

256:25 258:12 260:15,23 261:1 262:2,9 262:10,14,22 263:20
**demands** 18:10
**demonstrated** 321:12,21
**denigrate** 151:17
**depend** 216:7
**dependent** 171:1 172:5 173:7 178:8,21 179:10,23 255:17
**depending** 64:1 189:16 226:1
**depends** 14:10 226:4 231:3,5 282:7,12
**deponent** 339:13 341:3
**deposing** 339:13
**deposition** 1:12 11:11,17 14:8 14:17,24 16:16 18:1,14,20 35:14 36:18 40:21 123:9 190:4 223:18 239:9 337:9
**depositions** 90:13 123:19 136:8 143:1 191:6 248:10 250:2,4,25 260:10
**derived** 302:17
**des** 98:9,10 181:2,3 186:8 186:18 187:1,2
**describe** 135:7 320:10
**described** 330:18
**describing** 203:15 280:16 281:1
**description** 11:10 12:1 13:1 216:7,19 216:22,24 330:10
**design** 24:2 91:5
**designed** 94:20 294:6 317:22
**designing** 91:19,21
**detail** 34:24 153:16
**details** 97:2 102:4 150:2 163:19 252:22 293:12,16
305:14
**detectable** 65:1
**detected** 237:22
**determination** 162:25 271:22 272:7
**determine** 61:20 63:18 65:14 92:11 209:18 231:11 280:12 287:6
**determined** 126:12 255:23 256:21 264:10 325:20
**determining** 54:11 61:24 62:3 162:23 196:23
**detroit** 188:18 191:20
**develop** 13:12 91:8 94:13
**developed** 94:12 196:16 280:5 323:22 323:24
**developing** 77:16,22,24
**development** 12:17 48:6 75:17 91:21 173:1 322:4
327:4
**diagnose** 103:2
**diagnosed** 323:18
**diandra** 3:21
**dibp** 263:7
**dicello** 3:17
**dicellolevitt.c...** 3:23,24
**dichlorophenol** 188:21
**die** 175:23
**dierthyl** 98:9
**diet** 163:4,20 246:7
**diethyl** 247:16
**diethylstilbes...** 98:9
**difference** 78:16 101:12 110:2,9,10
**differences** 77:12 92:7,20 110:8 124:11
**different** 39:21 40:10,15 46:19 46:22 47:4 59:4 92:17 98:17 100:17 107:12 112:22 119:11 123:10 123:17 124:10 124:21 128:5 144:6 150:16

152:13 155:13 157:8,12 159:25 162:18 162:19 163:17 166:14 168:18 170:13 183:20 186:15 194:12 197:9 198:6,12 198:18 199:12 201:6 203:14 207:5 209:14 216:9 226:16 233:20,20 234:1 239:6 243:2 246:9 247:5 257:18 261:17 263:5 265:17 269:8 269:10 277:10 277:22 284:4 285:17,18 286:18,23,24 287:3 289:3 308:16,17 317:1,4,14 333:2
**differently** 230:5
**difficult** 273:12 273:13
**dillon** 5:8
**dinsmore** 7:5
**dinsmore.com** 7:11
**dioxane** 123:25 270:15
**dipak** 1:13 11:4 11:12,14,17 12:13,20 14:17 15:24 16:20 338:3 339:5 340:2,24 341:2 341:4,12
**direct** 11:5 16:11 236:21 237:17,18 248:6 290:7 296:19 300:4 334:20,23
**directly** 43:15 65:25 67:16 132:7 172:24 205:2 255:12 294:2,7 300:25 329:19 331:6
**directs** 17:22
**disagree** 20:17 267:6 274:8
**discoursing** 151:8
**discovery** 331:2
**discuss** 51:22 188:8 195:17 313:11
**discussed** 107:12 148:8 189:12 234:25 331:22
**discusses** 59:25
**discussing** 56:13 58:21,21 108:25
**discussion** 251:2 290:3 333:17
**discussions** 19:23 25:22
**disease** 287:1 324:12,15,15
**diseases** 195:10 324:14
**disparities** 100:21
**dispute** 98:2 111:18 113:9
**disrupt** 305:24
**disrupters** 113:6 285:7 318:25
**disrupting** 97:22 133:14 188:17 314:17 319:15
**disruption** 176:22,25
**disruptive** 279:17 280:7
**disrupts** 305:6
**district** 1:1,2 14:21,21 41:16 242:14
**disulfide** 87:7 87:10 135:15
**disulfides** 129:15
**divide** 215:9
**division** 1:3 14:22 339:15
**dna** 12:23 48:9 48:12,16 131:19 133:22 134:5 137:11 138:3 143:18 145:8,12 150:14 152:6 155:8 156:4,4 167:17 175:21 206:9,14,16,24 207:11 255:16 271:9 331:19
**doc** 43:14
**doctor** 22:12 62:11 302:21 336:24
**document** 18:7 44:22 45:25 54:4 56:18 66:23 330:1
**documented** 270:10,13 294:11
**documents** 16:24 18:10 45:8,10 57:12 58:4 199:16

238:14 239:1,3 240:1,17 241:1 241:2,19 252:11 264:6 272:16,18 303:20,21
**doing** 91:20 204:3 216:8 218:13 258:19 298:2,3 335:14
**dollar** 26:6,18 26:21 260:4
**dongre** 282:8 283:2
**dormant** 292:10
**dose** 13:10 39:18 40:8,12 61:21 83:11 86:14 116:10 117:2,11,15 118:15,17 119:7 131:24 132:9,22,23 134:1 140:10 140:22 144:23 145:2,13,18 146:3 158:5 163:7 168:2,18 169:1,24 229:20 231:21 232:20 233:9 234:4 235:3,9 255:17 261:2 276:9,19 277:1 277:21 279:16 280:5,7,17 287:14 315:14 336:15
**doses** 132:19 145:3 233:20 234:2 262:11 266:18,21 267:7,21 268:1 268:13,15 281:19
**douglas** 3:4
**douglasandlo...** 3:12,13,14
**downregulates** 224:14 225:1 225:15
**dr** 14:17 16:13 19:9,13,24 20:2 28:3 42:13 43:8,12 46:5 200:16 239:18 248:22 255:18 305:16 305:17 314:9
**draft** 262:9 337:4
**drive** 8:5 9:5 10:6
**driven** 111:16 111:19 112:3 112:15,21 264:22 318:23
**driver's** 16:3
**drug** 99:17 132:17 324:3,7
**drugs** 50:18 197:8 322:4
**due** 212:13 321:4
**duly** 16:3 338:6
**duration** 116:24
**dying** 91:9 175:22

**e**

**e** 2:15,24 3:12 3:23 4:10,22 5:11,21 6:10 6:18 7:11,21 8:10,19 9:10 9:21 10:11 14:1,1 340:3,3 340:3
**e.g.** 120:10 171:1
**e2** 293:9,14 294:14 295:9 299:2,2
**earlier** 99:23 99:23 122:17 147:12 187:24 220:25 241:25 247:24 251:2 288:7 294:10 318:11
**early** 333:1
**easier** 30:11,20 161:2
**easiest** 30:17
**eastern** 1:3 14:22
**ec** 214:15 225:16 321:14 321:15,21,23 322:7,8
**eckert** 5:15
**eckertseaman...** 5:21
**edc** 172:7 178:19 180:16 187:14 251:9
**edcs** 63:21 79:2 89:20 97:22 98:3 122:7 130:8 132:16 149:25 154:8 167:8 169:8,24 171:2,22,24 172:3,20 173:3 173:7 174:13 177:3,11 179:12 180:13 181:1 186:3,23 187:4,11,19 248:3 259:15 259:18 267:23 319:20,23
**edge** 77:6

**editor** 201:18 201:24 215:24 217:4,13,21 220:2,12
**editorials** 29:3
**educate** 216:8 216:24
**eet** 12:22 201:22 217:16
**effect** 102:1 104:7 135:17 191:15
**effects** 104:2 131:7,9,15 149:3 157:4,6 172:7,22 177:4 177:12 178:20 187:18 191:1 250:11 266:2 266:16 269:8 269:11 270:10 274:20 282:1 299:21,23 309:18 310:21 319:24 325:9
**eicosanoids** 217:17 218:11 218:12
**eight** 41:9
**either** 25:18 49:1 54:1 63:25 79:4 81:7 103:15 105:12 123:11 131:21 132:7 150:10 162:19 168:8 176:7 184:17 193:18 236:22 285:17 288:5 299:20 323:3,16 325:10 326:3 335:1,5
**elevated** 290:10 291:11 326:11
**else's** 222:24 335:17
**elucidate** 287:19
**elucidation** 215:20
**ema** 250:14
**email** 339:15
**embody** 52:3 53:19
**emerging** 269:2
**emitted** 237:14
**emphasis** 55:23 57:19 59:18
**emphasize** 192:19
**employee** 338:15,16
**empowered** 92:18
**enable** 281:18
**enabling** 279:20 280:10
**ended** 98:16
**endocrine** 97:22 113:6 133:14 187:12 188:17 281:25 281:25 285:6 314:17 318:24 319:15
**endometrial** 13:4 120:10 155:10 170:25 177:2,7,17 192:10 212:16 214:14,21 226:6,10 227:22 228:18 228:22 248:1 313:4 321:7 322:8
**endometrium** 213:2
**endothelial** 229:1,4
**energy** 148:24
**engine** 288:19
**enjoyed** 151:7
**enter** 296:2
**enters** 295:23
**entire** 21:7 60:16 91:13 115:19,23 210:22 216:21 216:22 221:7 226:21
**entitled** 66:10 81:25 108:22 159:5 273:8,24 306:23
**entry** 115:24
**environment** 254:17 273:11
**environmental** 173:2 182:4
**envisioned** 281:18
**enzyme** 301:23
**epa** 13:7 126:20 127:17 248:20 251:24 252:3,8,10 253:21 257:3 257:12,18 258:10,19,21 260:23 261:5,8 261:17,19 262:7,21 264:9 272:16 325:20
**epa's** 260:14 262:13,16
**epi** 37:23 39:3 80:13,16 102:21 133:19 140:10 152:2 162:15,21 165:9 180:4,22 183:3 184:19 230:23 246:4 264:12,13

**epidemiologi...** 31:16,25 34:17 35:19 40:1 58:13 59:1,9 61:9,16 65:12 154:14 162:8 165:14 257:7 266:13 273:8 275:18 276:1
**epidemiologist** 22:23 23:1 91:4,6
**epidemiologi...** 95:20
**epidemiology** 22:24 23:3,18 23:19 32:6 36:2,4 61:18 63:9 67:22 75:5 79:9,12 79:17,21,22,25 80:3,9,10,22 88:14 90:17 92:8 94:5,5 95:11 99:15 100:1 102:18 104:10,16 105:5 133:7 139:13 147:3 147:11 153:21 157:21 160:14 161:22 164:14 165:1 166:7,10 166:10,11,17 184:11 185:22 186:1 194:19 195:13 230:9 230:14 231:7 234:14 246:15 252:17 265:25 297:19 298:2,3 298:6 315:10 318:2 319:11 320:3 327:22
**epidermal** 293:24
**epidermis** 294:24 295:22 296:20 300:25
**epigenetic** 50:2 134:19 137:13 138:4 252:21 258:4 263:24
**epithelial** 175:7 175:9,11 282:11 284:11
**epithelium** 175:7
**equal** 336:17
**equipment** 26:12
**equivalent** 309:7 310:15
**errata** 339:11 339:13,16
**errocha** 2:8 339:2
**errors** 48:13
**esdillon** 5:11
**esophageal** 31:5 32:22 33:8 40:22 159:13 160:6 242:3,9 244:14 245:1
**especially** 86:12 114:1 138:7 146:10 152:10 156:6 167:15 172:21 250:15 257:15 268:5 284:5 322:4 328:4
**esquire** 2:7,14 2:22 3:8,9,10 3:21,22 4:8,20 5:8,9,19 6:8,16 7:9,18,19 8:8 8:17 9:8,19 10:9 339:1
**establish** 80:4 274:15
**established** 196:11 198:10 198:13 215:22 219:5 305:4
**estimate** 133:9
**estimates** 118:23 190:15
**estrogen** 97:17 97:18,21 98:8 98:21 112:6,12 112:24 113:1 147:19 158:3 170:17 171:2,9 171:16 172:5 173:6,19,25 174:3,20,22 175:2,6,20 177:1 178:8,21 179:9 181:1 186:3,9,24 187:19 194:15 212:13 214:9 214:17 224:15 225:2,15,19 226:14,19 227:7,10 228:2 232:3 264:23 267:24,25 289:22 319:22 321:4
**estrogenic** 98:13 177:4,12 178:20 179:13 314:16
**estrogens** 122:4 227:3 228:9
**et** 11:21 12:3,8 12:11 52:18,23 53:14 64:21 66:12 81:25 101:7 108:22 113:4 127:5 192:21 195:24

199:17 200:23 208:15,24 284:19 306:10 312:23 315:6
**ethan** 5:8
**ethically** 270:23
**ethylene** 102:3 123:25 151:20 152:1,13,14 270:14 290:22
**ethylparaben** 188:21
**etiology** 111:16 112:16 318:23
**europe** 186:10 258:22
**european** 254:16
**evaluate** 60:9 60:13,17 62:13 62:21 100:20 180:3 250:11 274:3
**evaluated** 41:21 53:15 125:18,22 126:11,13 127:21 128:19 197:11 248:18 254:5 324:4,4 326:18
**evaluates** 79:15
**evaluating** 21:25 61:23 62:2 63:16 79:8 128:4 188:16 251:22 263:17 326:19
**evaluation** 53:20 54:12 58:12,25 59:3 59:14 61:8,14
**evaluations** 12:3 56:3 66:11
**everybody** 203:2
**evidence** 11:23 47:18 50:8 52:4 55:24 56:1 57:19 59:4,9,10,19 60:8 69:10,12 69:22,23 70:4 70:5,5 73:21 74:9,10 79:16 82:7 93:3 96:21 101:18 104:3 108:6 112:4,10 114:2 114:3 121:24 123:18 129:8 147:11 153:19 165:8,12 179:16 192:7 195:7 210:13 221:10 226:13 227:14 228:20 229:10 230:21 230:24 231:5,8 231:23 235:2 236:21 237:17 237:18 248:6 249:16 251:12 251:20 253:2 254:14 256:2 256:21 257:7 258:11,22 262:8 268:18 270:13,25 273:17 281:6 283:21 295:15 295:17,20 296:19 311:22 312:10 317:3,4 317:4,11,11,12 317:15 318:1,5 320:4,5 332:11
**exact** 20:16 64:13 150:3 173:21 206:21 208:5 222:13 236:2 295:3 330:5
**exactly** 99:22 165:7 176:1 222:11 238:1 239:4 251:21 261:11
**examination** 11:2 15:25 16:11 314:7 329:15 338:10
**examined** 16:4 96:2 338:10
**example** 39:20 64:21 70:2 77:6 80:12,12 103:1 104:25 112:6,18 123:9 123:14 125:21 127:2,5 128:17 138:1 140:19 140:21 144:9 144:10 145:7 146:1,1,4 155:8,24 156:3 158:3 171:17 173:19 174:20 174:21 175:5 186:7 195:11 230:23 247:17 247:22 250:14 268:3 269:18 271:2,15 274:11 277:13 282:8 284:11 285:9 288:18 298:4 301:11 302:15 305:5 319:20 324:5 326:15,17 329:5

**examples** 206:24 207:14 284:10 288:7 301:16
**excel** 239:5,7
**excellent** 17:2
**except** 146:22 146:23 169:5 217:6
**excess** 97:17
**exclude** 11:20
**excluded** 40:23 41:2,10,17
**excluding** 42:11 43:9
**exclusion** 64:6
**exhibit** 11:10 11:11,12,14,16 11:17,19,21 12:1,2,4,7,9,12 12:15,17,20,22 12:23 13:1,2,6 13:8,9,11,14,17 13:20 17:25 18:3,11 27:6,8 28:3 29:18,21 29:22 30:1,5,7 36:10,12 41:23 42:1,10 43:8 43:10 46:2 52:11,13,17 56:7 58:16 66:4,6,10,13,24 68:4 80:25 81:2,14,15,24 97:15 108:13 108:15,21 114:7,9 115:1 120:16 147:6 158:7,9,24 160:18 161:6,7 171:7,20,25 177:20,21,23 178:7,10 179:4 180:9 187:22 188:1 189:1 200:9,12 204:9 204:17 205:15 205:18,19 206:18 207:22 212:1,19,20 213:19,21 214:2,12 218:3 224:10,17 253:15,17,21 256:14 265:7,9 265:20 266:6 267:13,15 278:8,10,19 286:1,5 290:14 290:16,20 306:17 312:12 312:16 314:10 318:16 320:21 325:3 327:1
**exhibiting** 178:19
**exhibits** 11:9 29:20 34:1 200:6 204:7 229:17 231:20 245:13 285:23
**existence** 283:24
**exists** 283:20
**exogenous** 48:20
**expand** 281:24
**expanded** 125:2
**expedited** 337:5
**experience** 186:24
**experimental** 34:7 56:2 229:10 237:18 318:8
**experiments** 180:11 282:25
**expert** 11:12,14 12:12,20 19:8 30:23 31:3 33:6,10 41:8 41:16 56:12 125:20 158:25 159:5,10,20 161:21 203:7
**experts** 19:6 20:6,10 201:21 202:4 217:15 218:15 220:15
**expires** 338:22
**explain** 149:20 322:10
**explaining** 304:17
**explanation** 334:22
**exploded** 196:14
**exponentially** 124:24 174:19
**exposed** 69:23 70:8,15 98:15 164:23 175:6 184:5,17 185:18 187:4 193:23 286:9 286:12 296:1
**exposure** 29:13 32:1,17 36:5 40:10,15 48:20 58:14 59:2 61:15,19,22 72:1 82:23 94:3,8 97:17 99:21 102:15 109:7 113:6 115:14 121:8 121:14 122:4 154:2,3 159:11 160:4 163:9,9 163:9,15,16,16 164:2,19

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 375 of 436 PageID #:75388



172:18 173:2 180:13,17,23 181:3,8 184:14 184:17,21 185:22,23 186:3 192:3 194:18,20,21 194:24 233:20 246:7 256:23 256:25 257:9 257:18 270:21 276:2 282:2 315:11 318:24 319:12 325:8,9 332:23
**exposures** 154:9 182:5 277:21 279:17 280:7 309:24
**express** 127:18 144:3
**expressed** 144:5 248:13
**expression** 207:16 208:23 225:16 295:18 295:21
**extensively** 43:12 254:5
**extent** 19:19 62:13,21 291:12
**extracted** 295:5
**eye** 144:16 284:6

**f**

**fact** 45:8 56:15 56:25 59:10 67:10 75:22 76:15 77:4 80:17 84:18 87:24 88:16 101:6 102:1 104:5 106:1,25 109:18,19 110:25 127:13 134:12 137:24 138:5 143:7 147:16 149:12 152:8 158:2 191:24 197:8 200:2 201:10 208:7 209:8 215:7,18 219:4 228:24 258:16 263:19,20 269:19 270:7 273:21 297:9 298:18 299:7 307:7 328:14 331:1
**factor** 13:2 75:16,24 76:25 77:1,8,11,13 78:21 102:10 194:12 215:2,2 228:24 229:11 246:22 289:9 289:12 291:23 306:8 308:6,22 311:5,7,10,14 318:14 324:20
**factors** 95:4 97:20 102:6 104:23,24 112:25 194:8 194:14 225:7 226:25 227:17 232:16 234:9 234:10 289:15 289:21 311:8
**facts** 129:8 200:4 230:21
**factually** 44:3 44:11 46:14 54:5 205:5
**failed** 92:22 99:4 110:1,11
**fails** 339:18
**failure** 13:21
**fair** 17:11,14 17:18,23 153:24
**fallopian** 175:7
**familiar** 87:12 89:1,5
**family** 128:22 129:3 194:13 289:23 311:8
**far** 190:12
**fast** 124:24
**fda** 163:19 197:9
**february** 1:17 14:7 338:5,18 339:3
**federal** 1:15 14:25 40:23
**federer** 9:8
**feedback** 262:13
**feel** 203:6
**fellow** 24:12
**female** 174:13 177:2 178:9 179:8 252:25
**fetal** 180:12,16 180:23 181:2,8
**field** 77:3 173:14 216:23 219:5 293:3,4 323:21
**fields** 217:16
**figure** 110:17 118:8 122:13 167:20 188:6 189:3 202:12 217:11,19,24 219:8 306:4,6 307:23,25 308:11 311:17 312:1,17,21 313:8

**figured** 62:12
**figures** 202:6 202:24 218:19 218:21 219:10 219:11 220:8
**filed** 14:20
**filing** 124:23
**finalized** 128:11
**finalizing** 19:7 20:5
**finances** 26:12
**financial** 3:19 52:5
**financially** 15:6 338:17
**find** 92:22 110:1,11 161:11 176:5 237:21 298:19 323:15 326:22
**finding** 44:2,9 46:13 107:6 282:18 315:20 331:1 332:15
**findings** 46:10 100:16 104:11 191:8 310:1 324:6
**fine** 35:12 72:17 124:13 185:15 205:23
**finish** 296:17 298:14
**firm** 15:4
**first** 16:3 18:11 35:12 46:3 51:24 52:22 53:4 66:18 69:4 96:1,2 97:15,15 98:8 98:13 117:14 118:4,14 140:13 144:2 159:11 160:3 165:22 172:3 173:9,16 180:25 181:1 195:8 204:15 208:13 214:5 214:11 218:6 224:18,19 258:18 261:8 265:23 274:2 277:25 278:22 279:5,14 280:2 280:2 309:21 315:10
**fish** 297:7
**fishbein** 13:22 313:11
**five** 23:17,21 24:1 32:10 33:19 34:23 113:11 158:12 158:13 165:23 166:5 171:18 196:14 245:11 246:24 296:6 298:8 313:20
**fl** 2:13 7:8
**flat** 84:1,7 85:6
**flatiron** 106:16 108:1
**flatirons** 106:8 106:13
**flexibility** 193:11
**flonger** 2:24
**floor** 3:6 5:17 6:6
**focus** 21:8 32:3 36:7 162:21 258:1 264:5 281:24 297:23 310:22 323:10
**focused** 36:1,2 41:2 78:25 133:18 160:16 162:1,11 183:6 187:16 245:8 261:22 263:14 283:4 296:24 311:3
**focusing** 208:16
**folkman** 305:16,17
**folks** 279:13
**follow** 43:24 45:11,24 46:25 47:23 86:20 88:17 94:1 95:17 105:3,4 109:20 164:15 201:15 278:16 278:20
**followed** 88:12
**following** 38:2 56:11 119:24 154:21 225:3
**follows** 16:5
**footnote** 240:4
**footnotes** 239:22
**foregoing** 341:5
**forget** 236:2
**form** 17:21 19:24 21:1,14 31:19 37:19 40:25 61:5 64:8 78:1 80:6 87:2 93:23 145:22 228:5 242:20 275:21 276:10 277:17
**formal** 196:1
**formaldehyde** 49:24 87:19,19 87:22 123:16 123:24 131:24 133:2,13,16,20 134:1,4,18 136:6,9,17,19 136:20,21,24

137:1,4,7,17,18 137:22,24 138:14 140:3 140:20 141:24 142:3,4,9,12 144:22,23 145:9,13,18,23 146:12,23 147:5,6,7,15,17 148:1,3,10 150:6 152:14 155:25 181:11 181:15,15 232:20,25 233:10,12 234:4 235:2 270:14 271:2 288:9 302:9,25
**formation** 12:24 134:11 236:18
**formed** 20:3 31:23 75:10 235:21 236:8 236:15,20 238:3
**formulas** 238:16
**formulate** 72:8 234:3
**formulated** 45:8 46:20,23 47:3
**formulating** 62:20 63:14
**forthepeople....** 2:8,15 339:2
**found** 84:21 103:13 106:6 111:5 121:10 153:1 156:21 161:1 182:13 193:13 237:7 237:19,24 240:21 241:5 247:11 248:7 248:13 249:13 256:24 259:15 259:19 281:2,5 283:12,20
**foundation** 205:7 220:10
**four** 38:10 63:10 75:6 85:13,15 93:11 95:8,8 102:1 103:17 107:9 107:10 110:21 110:22,23 125:2 133:7 135:20 136:2 152:4 153:16 154:11 167:18 186:14 298:8 320:16 336:16 336:18
**fourfold** 163:11 163:12
**fourteen** 217:20
**fourth** 26:21
**franklin** 5:5
**frederick** 2:22
**free** 52:4
**frequency** 40:10 61:19 83:14 85:12 110:19 116:11 117:10 140:9 140:11,12 276:5 315:17 315:18,18
**frequent** 75:6,7 84:23 110:13 179:8
**friend** 201:25
**friends** 128:22 129:3
**front** 21:4 34:22 35:2 133:20 177:14
**fu** 3:21,24
**fuel** 170:17
**full** 46:3 69:4,8 204:25 279:5 279:14 336:4
**function** 177:1 232:2 278:4 303:6,23 304:3 304:10,15
305:7 319:21 331:13
**functions** 49:15 49:20,23 50:1 177:2 225:5
**funded** 94:21 94:22,23,25 244:8 323:8,9
**further** 159:17 172:13 225:10 303:7 329:12 338:14

**g**

**g** 14:1
**g91** 291:2
**ga** 6:7
**game** 151:18
**gary** 7:18
**gastric** 31:4 32:22 33:8 40:22 159:13 160:6 242:3,9 244:13,25
**gcms** 144:4 259:13
**gears** 72:15
**gender** 179:8
**gene** 194:10 207:16 208:22
**general** 51:7 61:20 64:15 67:5 68:16 87:4 89:15

90:19 95:5 99:8 101:16 102:9 105:22 112:19,21 113:21 129:1 129:10 131:4,5 135:9,10,19 136:7 150:11 150:17 155:15 164:15 166:19 168:16 169:19 171:9 173:10 174:13 187:11 194:6,16 209:7 215:18 226:1 226:23 227:2 228:8 233:13 233:14 260:7 269:5,7 291:21 293:4 315:3 316:23 320:12
**generally** 43:13 135:7 320:10
**generated** 296:20 301:22
**generating** 96:8
**generation** 149:19
**geno** 251:25
**genome** 175:19
**genomics** 150:23
**genotoxic** 49:1 103:1 112:8 113:2 131:18 132:2,6 133:16 133:22 134:5 136:23 137:25 139:9 140:16 145:9 152:6 167:9 169:9,10 171:10 173:20 173:25 174:20 193:21 196:4 197:6 231:25 232:25 244:3 252:21 254:19 255:1,4,13,13 255:24 256:10 258:3 259:4 263:9 273:2,4 274:13
**genotoxicity** 76:9 113:1 130:2 132:12 134:11 137:12 138:9 146:2 150:16 153:10 153:12 155:7 167:7,18 171:18 174:4 175:6,21 197:4 197:11 207:14 213:2 228:10 233:24 234:18 245:15 253:11 254:4,10 255:11 256:7 263:6 277:15 331:18
**getting** 26:10 26:23 52:24 86:11 95:23 98:16 102:11 114:25 116:15 120:23 192:4 240:9 274:24 300:2
**gildner** 9:19
**ginex** 8:4
**give** 17:3 52:7 54:25 56:4 63:24 67:10 88:20 101:24 102:9 125:20 179:15 189:7,8 222:5 299:19 299:20 301:11 305:19 309:2 312:6
**given** 180:21 236:24 237:6 237:21 238:8,9 257:5 338:12 341:9
**gives** 223:6
**giving** 37:25 39:5 57:2 151:11 162:4 186:8 204:3 207:7 222:22 223:11 228:14 309:4 328:15 329:3,4,7,9 330:15 331:12 331:14,14,15 332:15 333:23 334:22
**global** 52:1 53:8
**go** 14:15 27:15 27:17 30:20 32:13 33:18 35:13 36:22 39:22 42:22 46:2 50:6 56:7 60:10 61:11 64:1,20 67:24 76:3 90:19 95:4 99:7,13 100:9 107:16 108:4,8 113:4 113:18 117:12 117:18 118:9 121:20 122:16 123:14 127:1 127:14 130:3 133:22 140:23 143:19 153:16 156:1,10 158:6 159:3 160:15 160:18 161:3 169:16 170:4 175:14 176:15

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 379 of 436 PageID #:75392



178:4,6 180:1 183:2 188:5 190:10 204:18 205:15 220:23 224:5 229:25 234:21 235:6 235:20 246:1 251:1 254:9 257:2 259:12 260:14 271:18 272:15 273:6 273:19 274:17 274:22 277:16 289:14 292:15 296:3,22 302:6 307:8 309:25 313:3 316:12 316:23 320:21 321:10 326:24 333:15 335:11
**goes** 19:19 38:9 117:5 146:3 206:17 255:2 280:19 313:5
**going** 14:6 17:13 19:18 36:22 45:20 60:15 63:10 65:9 72:14 108:1,11 156:7 157:4,10 161:4 166:13,21 188:5 193:2 202:3,11 205:16 211:18 212:7 215:4 231:12 235:16 255:18 256:11 271:11 275:14 296:22 300:8 305:1 313:21 319:6
**gold** 34:6 130:5 244:8
**goldberg** 10:5
**goldbergsega...** 10:11
**gonadotropins** 172:24
**gonads** 172:25
**good** 14:5 16:13 37:6 60:19 72:16 80:12 114:12 195:11 201:25 211:15 275:1
**goodman** 279:21,24
**goodson** 13:9 279:3,24,25
**gotten** 202:10 202:17
**grab** 197:21
**gradient** 40:8 40:11 61:22 86:13 140:11 164:1 165:10 189:13,18 190:12 191:24 232:12,15 234:10,12 315:19,25
**gradients** 164:6
**grant** 26:22 244:8 260:4
**grants** 26:6,18 323:8
**great** 17:25 70:2 108:21 115:6 141:18 170:19 313:11
**greater** 55:23 57:18 58:11,24 59:18,25 77:23 85:13 110:21 110:23 189:14
**group** 54:24 55:11 56:12 69:14,17,25 70:3,6 75:6 80:15,20 82:21 92:6 95:2 106:2 119:5 121:9,14 130:9 149:6 151:2 164:19,22 169:21 183:6 184:16 191:9 195:25 196:11 225:4 231:2 236:10 238:6 245:22 247:7 251:18 284:7 285:5 287:10 288:5,12,14 332:16
**groups** 92:10 95:6 119:11 134:15 154:21 184:13 185:1 191:10
**grow** 171:2 305:18,20
**grows** 174:18 192:24
**growth** 125:7 148:22 170:17 179:9 300:20 302:19
**gshipman** 7:21
**guess** 97:16 100:10
**guidelines** 262:6

**h**

**h** 340:3
**hair** 1:6 12:5,7 12:9,15 14:18 29:7,14 61:19 62:15,23 63:3 63:19,22,24,24 64:4,5,15 70:21 71:1,6 71:11,15,15,19 72:1,4 73:5,10

73:15,19,24 74:2,7,12,13,18 74:22 75:3,13 75:20,25 76:7 76:13,19 77:22 77:25 78:7,7 78:12,17,25 79:6,8,11,20,22 80:3 82:1,24 82:25 83:18,18 84:8,18,23 85:1,22,22 86:3,8,15,16,18 86:24,24 87:1 87:13,15,21,25 88:1 89:2,6,10 89:13,18,22,25 90:1,4 92:1,12 92:25 93:10,18 93:20 94:9,13 94:14,15 95:18 96:3,18 97:11 98:24 99:4 100:20,25 102:15 106:2 107:8 108:7,22 109:7,7,18,24 110:3 113:14 115:3,15,23 116:2,5,8 117:8,25 120:24 121:5 121:18 122:20 122:23 123:2 123:21 125:9 125:13 126:4,7 126:10,17,21 127:18 128:10 128:13,23 129:4 130:13 130:25 133:6 134:23 135:8 135:11,14,25 136:6,8,10,12 138:15,21 139:16 140:4,9 141:4 142:2,8 142:13,21 143:2,12,23 144:5,24 145:15,20 146:20,21,24 147:3,4,25 148:4,5 149:24 151:12,21 152:2 153:1,6 156:21 157:17 157:18,21 163:11,13 164:23 166:18 166:22 168:7 169:1,13 180:17,21 181:12,13 182:8,22 183:4 183:5,13 184:7 184:14,15,21 185:2,4,9,21 186:2,19 189:4 191:3,16,25 192:4,23 193:25 194:2 194:21,25 210:8 223:3,14 230:6 231:8,16 235:19,22 236:22 237:12 237:19 238:2,6 240:21 241:5 241:12,18 242:25 243:19 245:9 246:14 246:18 247:11 248:7,11 249:13,18,22 250:6,20 251:4 251:9 252:15 253:4 257:19 259:3,10,13,15 259:16 260:11 261:24 264:14 275:17,19,25 277:7 285:11 293:11 294:1,6 294:11 295:22 299:15,17,22 300:13,24 301:4 305:1,8 305:12 306:6 307:4,5,8,13 308:24 309:6 309:16,17 310:8,9,13 312:1 313:12 315:11,15 319:12,15 320:5,9,14,16 320:18 326:6 327:6,17,23 331:24 332:20 332:24 334:12 339:4,4 340:1 340:1 341:1,1

**hairdresser** 129:9,12 130:12 135:21

**half** 260:8

**halfway** 280:1 283:11

**halifax** 141:11 141:14 148:14 149:6 169:21 270:1 272:2,13 272:20 274:25 275:15 277:20 278:1,14,24 279:10,13,16 280:5 281:5 282:15 283:3,9 283:23 284:13 284:18 285:2,8 287:15 288:1

**hallmark** 51:4 149:18 283:14 283:17

**hallmarks** 97:2 97:7 148:17,20 149:4,11,13,20 150:24 151:8 178:1 179:25 196:7 204:4 278:3 282:10 282:19 283:6 284:8 316:13 325:17 326:3 329:6
**hamster** 255:5
**han** 217:13 218:17
**hanahan** 149:13,18
**hand** 338:18
**handed** 199:4
**happen** 76:13 154:9 195:10 220:15
**happens** 237:16
**happy** 39:21 101:14 223:12
**hard** 57:24 92:7 186:10
**hardip** 10:9
**hardy** 4:4 15:15
**harm** 132:11
**harmful** 75:20
**harmonization** 59:3
**harsh** 79:3 87:11 88:20 89:16 95:18 106:3 129:13 129:18 130:16 135:14,17 183:19
**harshness** 309:20
**harvard** 24:15 25:2,5 27:3 331:4,7 334:15
**hazard** 11:24 13:6 116:16 117:22 119:20 253:22 260:17
**hazards** 59:15 60:25 274:4
**heading** 68:19
**health** 12:11 13:6 115:7 250:11 253:22 256:20 257:4 257:11 258:9 281:19
**heard** 14:12
**hearing** 334:16
**heart** 324:11,15
**heat** 106:13
**heavy** 117:20 117:22
**height** 224:12
**helm** 182:15 259:1,9,21
**help** 26:13 100:21 151:18 315:7 323:15
**helped** 91:5,8
**helpful** 324:17
**helroyster.com** 4:22
**hereto** 341:7
**hernandez** 12:25
**heyl** 4:15
**hidajat** 39:15 39:19 40:13 163:5
**high** 49:1 87:5 89:16 90:10 91:14,18 100:19 129:16 163:8,15 175:17 189:9 191:10 197:6 266:17,21 267:10 297:12 300:17 303:5 303:22 304:2 304:25 309:10 309:20 335:8,9
**higher** 86:14 144:18 188:20 189:14 191:20 291:19
**highest** 118:19 118:22
**highlighted** 205:2 220:6
**highly** 143:6 219:2,7 293:17
**hill** 165:4 232:16 234:9 315:24 316:16 316:19,22 317:7,15 335:23 336:5
**histopatholog...** 185:5
**historic** 281:24
**history** 194:13 289:23 311:9
**hodgkin's** 101:8 264:21
**hold** 52:24
**home** 86:7 135:22 142:24 156:5 226:11 227:19 229:2 259:18 291:21 332:18
**hormonal** 97:18,24 314:20
**hormonally** 111:15,19 112:2,15,21 318:23
**hormone** 96:19 96:22 99:1 129:24 169:25

271:17
**hormones** 98:21 264:23
**host** 305:24
**hot** 84:25 85:4 85:6
**hour** 72:15 114:14 307:19 313:21 320:13 320:20
**house** 6:2
**hpassananti** 10:11
**hr** 119:20,25
**huge** 263:25
**huh** 206:4 303:2
**human** 12:18 12:24 13:6 31:23 48:23 49:4,11 50:8 50:18 51:12,15 59:9 65:12 70:5,7,10,17 74:10 80:13 91:19 101:18 102:20 114:2 138:2 143:21 154:14 175:1 195:25 196:11 210:12 231:1 245:17,20,22 246:4 248:16 248:20,21,25 251:15,16,19 252:1 253:22 260:23 270:21 273:11 275:23 281:19,23 282:3 293:23 295:17,20 297:11,15,17 297:18,20,24 298:23 299:15 301:11 317:3 317:12
**humanized** 322:5
**humans** 48:16 49:10 56:1 65:17 69:10,12 69:18,23 70:9 70:16 124:7 152:18 159:13 160:5 242:16 244:11,19,24 251:20 253:10 262:11,15,23 263:3 264:11 270:22 286:9
**hundred** 18:21
**hundreds** 43:14,20,24 45:10,21 46:18 46:24 47:11 90:22 92:9 105:1 113:25 140:25 260:11 271:7 288:25
**hydrocarbons** 124:2 129:23 142:7 270:17
**hypothalamus** 172:23
**hypothesis** 96:8 96:11,12,14,16 97:10 98:3 100:6 111:19 111:23,24 268:16 280:6 280:11,17,22 281:6 287:15 288:2 314:23 315:8 319:7,9
**hypothesized** 97:21 100:3 111:15 314:16 318:22
**hypothetical** 147:5 230:8,20
**hypothetically** 37:16 38:22

**i**

**ian** 6:16
**iarc** 11:21 12:2 44:10,21 45:3 45:9,15,25 46:6,7,9,19,22 47:4 51:23,25 52:3,23 53:7 53:19 54:2,3 54:22 55:6,16 56:5,9,18,25 57:2,3,4,11,12 57:13,25 58:3 58:4,22 59:12 60:22 66:11 67:3,20,21 68:2,5 69:17 70:6,16 80:14 124:5 125:12 125:18,25 126:3,12 128:4 128:12 152:9 195:24 196:23 198:21 199:16 231:1 245:17 245:20 248:18 251:21 256:24 257:13 263:16 287:9
**iarc's** 43:15 68:20 124:8 125:25
**ideally** 105:1 323:18
**identical** 152:17
**identification** 11:24 18:4 27:9 30:2,8 36:13 42:2 52:14 65:11 66:7,21 81:3 108:16 114:10

158:10 188:2 200:10,13 204:10 212:2 213:22 253:18 265:10 278:11 286:2 290:17 306:18 312:13
**identified** 16:2 97:19 122:18 124:17 195:22 201:11,13 204:5 207:7 251:14,24 265:25 266:14 276:8,25
**identify** 58:6 65:22 153:1 166:23 194:1 222:25 228:1 257:8 288:10 289:4,7 329:17 332:8
**identifying** 52:2 53:8 196:17 338:4
**identity** 274:6
**ignore** 191:1 283:22
**il** 5:7 8:7,16 9:7 9:18 293:19 294:16
**il1** 301:20
**illinois** 1:2 14:22
**images** 307:22 308:12,16
**imbalance** 97:18
**immortalizati...** 148:22
**immune** 308:8
**immunosupp...** 13:18 50:4 207:17 208:22 234:20 306:24
**immunosupp...** 50:18 225:5
**impact** 91:14 91:18 173:1
**impaired** 150:14 152:6 156:4 167:17
**impartial** 52:4 53:20 54:12
**implicit** 69:5,9
**importance** 180:12
**important** 47:2 51:10 54:2 56:17,23 57:3 57:10,21 58:1 59:11,12,14,21 60:18,24 63:7 64:14 66:25 67:19,22 79:12 79:23 85:9,17 93:8 95:6 99:25 103:21 120:22 131:17 132:2,23 133:21 134:23 136:16 141:6 143:15,20 144:8,11 149:12 151:1 162:24 163:7,8 163:14,21,25 164:13 165:4 165:11 174:8 175:8,17 186:25 190:1 190:25 192:2 196:10 197:1 197:13,14,17 200:3 201:10 208:9 214:19 214:25 215:3,6 215:14,14,21 216:6,10,21,25 222:4,19,25 225:23 226:5,7 226:11 227:21 227:23 228:15 228:21 229:6 229:11 236:6 236:19 238:5 250:1 252:12 264:1 271:4 276:4 277:8 281:3,11 282:18 287:9 292:8 294:17 295:10 298:16 299:5 304:20 305:21 310:2 311:2 315:9,20 316:5,6,14,25 320:1 322:25 323:1,21 324:14,25 331:23 334:11 335:19
**importantly** 45:22
**impression** 129:11
**improved** 59:2
**inadequate** 251:19 256:22
**inappropriate** 274:15
**incident** 12:6 82:2
**incidental** 246:6
**include** 57:17 59:5 60:16 61:6 69:22 70:9,16 106:2 113:24 136:17 179:16 207:15 273:2 275:22 327:7,19
**included** 44:13 44:17 47:20,24 55:21 57:3,22

84:18 109:19 320:1
**includes** 59:7 79:17
**including** 15:11 58:13 59:1 76:9 106:19 138:21 159:13 160:5 182:8 206:15 241:12 245:14 252:11 257:19 259:2 259:16 266:2 266:15 325:1
**inclusive** 267:3
**incorrect** 44:11 254:22 257:12 258:10 262:23
**increase** 64:15 65:15 73:5,19 74:18,23 84:22 85:14,15,16,17 85:18 86:10 87:7,10 88:8 96:19 97:12 102:10 110:25 112:7,24 118:5 119:12 121:2 144:8,9 148:10 164:11 171:3 171:17 174:3 174:22 175:2 177:4,12 178:20 179:13 184:22 191:9 257:20 291:18 293:11 294:14 294:15 300:15 301:4,20 302:1 305:2 315:12 319:18
**increased** 73:15 74:4 86:14 88:9,23 92:18,23 93:9 95:22 96:23 99:11,12 101:9 105:11 107:7 109:24 110:12 111:2 112:11 116:14,15 117:8,15,17,24 118:16,19,22 119:5,13 120:23 121:11 143:9 164:2 172:23 186:11 186:15 187:15 189:20 190:2 191:3 192:9 215:10 257:22 264:20 292:25 295:18,21 299:14 300:12 300:24 304:23 304:24 305:3,5 305:25 319:13 326:7
**increases** 104:2 133:8 164:2 194:25 233:1
**increasing** 186:24
**independent** 26:6 45:9,24
**independently** 247:25
**index** 11:1
**indicated** 290:10 291:11
**indirect** 172:20
**indirectly** 132:7 206:9 255:13
**indisputable** 194:24 296:4
**individual** 131:23 185:1,8 250:12 271:24 277:5 327:19
**individually** 123:15 169:7 169:23 279:18 280:8 284:24
**induce** 33:23 75:22 90:9 106:3 129:24 130:5 143:3,12 145:8,12 206:9 212:15 225:24 227:3 243:25 244:9 253:1 263:21 271:17 278:3 283:16 306:7 307:6,9 321:6
**induced** 13:17 175:20 255:4,7 284:23 306:24 310:20 311:4
**induces** 134:5 138:3 147:17 152:6,7 214:7 233:1 244:2 245:15 246:5 255:15 258:4 271:9
**inducing** 137:11 256:10 308:25 310:17
**industries** 5:2
**infiltration** 13:3
**inflammation** 13:21 26:22 50:21 76:10 112:9 113:3 125:6,19 130:2 131:20 132:13 134:14 137:13 138:9 145:8,11 148:24 150:15 152:8 155:11 167:18 174:5 185:6 207:18 208:22 219:6

228:11 233:1 233:25 234:18 263:24 271:10 277:14 290:5 290:10,12 291:10,13,22 291:24 292:9 292:12,13 293:5 301:17 302:2 304:11 310:7 322:15 322:23,25 323:11,11 324:7,10,13,16 324:19,21 331:18
**inflammatory** 225:6 308:9
**information** 237:22 316:21 317:8 319:8 327:25
**informative** 285:3
**informativen...** 58:12,25 60:1 61:8
**ingredient** 61:25 236:18
**ingredients** 62:4,14,22 143:23 151:21 235:22,25 236:15,16
**inhalation** 163:5 246:7
**inhibit** 131:18
**inhibited** 215:16
**inhibiting** 138:3
**inhibition** 13:3
**inhibitor** 322:16
**inhibitors** 322:5
**initial** 199:1 208:7 280:21
**initially** 177:25
**initiate** 125:6 129:22 131:19 134:14,16 143:17 146:6 155:17 195:17 195:18 196:12 291:25 293:6 295:13 296:5 300:20 301:2 310:24 312:3
**initiated** 91:16 101:21 103:9 125:1 180:7 203:23 297:1 299:6 316:9,11
**initiates** 295:11
**initiating** 140:20
**initiation** 102:23 134:10 138:23 179:23 199:12 216:20 297:4
**initiators** 324:18 327:10
**injures** 79:3
**injury** 309:20 309:24
**inquiry** 139:24
**inside** 89:18
**instance** 240:3
**instances** 47:7 47:16
**instigating** 279:19 280:9
**instructor** 24:15,18,19,25 25:12,14,18
**insufficient** 257:7 281:5
**integrating** 56:1
**integrity** 305:24
**intended** 96:7
**interact** 157:9 197:2 267:20 271:6
**interacting** 282:21
**interactions** 266:1,14 267:8
**interest** 52:5 307:20
**interested** 15:7 334:16 338:17
**interesting** 153:15 252:24
**interfere** 207:10
**international** 51:22 53:6
**internet** 14:11
**intestinal** 242:9 244:13,25
**intestine** 147:21
**intro** 235:18
**introduce** 89:17
**introducing** 287:2
**introduction** 66:19 111:12 111:14 221:21 221:23 224:10 224:13,20 226:22 314:23 314:25 318:21 319:5 333:16
**invasive** 326:13
**investigate** 125:25
**investigators** 82:22 95:2 317:2

**invited** 125:17 128:3
**invoked** 268:16
**involve** 26:12 29:7,10 207:11 211:7 221:1 298:9 334:9
**involved** 133:9 199:19 214:21 216:9 242:18
**involves** 26:12 48:6 65:11
**irons** 84:1,7 85:6
**irrelevant** 31:17 325:22
**irvine** 10:8
**isadler** 6:18
**israel** 16:22 26:9
**issue** 105:19 218:14,25 220:2,3,18 247:3 297:25
**issues** 109:13
**items** 28:25

**j**

**j** 3:10 4:20 5:9
**james** 7:19 9:19
**jane** 242:13
**january** 12:14
**japanese** 86:3 89:1
**jburbine** 6:10
**jelly** 135:12 142:1,6
**jennifer** 2:14 6:8 15:18
**jf** 10:3
**jgildner** 9:21
**jmoore** 7:22
**jnzegwu** 5:21
**job** 1:21 25:11 26:14 258:18 258:19
**john** 9:12
**joined** 25:5
**joint** 16:17 65:11 287:19
**journal** 200:21 200:25 201:17 202:14,19 217:10,24 218:13,23 306:11 328:18 328:25 329:18
**journals** 202:10
**judah** 305:16 305:17
**judge** 40:23
**june** 125:21 248:18 251:23
**justina** 5:19
**jwinn** 2:15

**k**

**k** 7:18
**kappel** 242:13
**kc** 167:10 169:10 171:10 200:4 276:7,20 277:5 302:3 310:4 322:2 323:2
**kc10** 197:15
**kc8** 187:18
**kcc** 276:7
**kcs** 167:13 174:5 178:5 195:9,10,12,15 195:22 196:16 196:22 197:2,3 197:20 198:8 198:13,23,25 199:2,15,17 208:11 209:14 216:8 222:25 268:9 269:10 276:16,19,25 277:9 320:1
**keep** 123:20 283:8
**ken** 217:13 218:17
**keratin** 84:15 85:23
**kevin** 8:17
**key** 12:17 13:11 34:1 39:19 47:17 49:18 50:9,25 51:5,6 55:24 57:19 58:23 59:19 63:7 76:5,9 97:19 101:22 103:11,13 104:24 112:9 122:2 127:13 133:19,23 134:19 140:17 145:5,24 146:9 146:11,14 147:6,14,15 149:4 152:3 153:9,20 154:5 156:6 157:7,24 157:25 163:4 167:6,12 170:8 170:11,16 176:18 178:1 179:24 180:5 187:14 195:4,5 196:9 198:3 199:8 201:9,10 201:13 203:10 203:15 204:3 204:19 205:12 206:2,6 208:8 211:8 214:20 214:23 215:6 215:19 216:17

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 387 of 436 PageID #:75400



221:2,11 223:7 227:21 228:15 228:21 229:7 230:10 231:25 233:16,21 234:20 244:1 245:14 246:16 252:18,20 253:11 255:14 261:12 264:23 267:19 268:8 271:4,5 282:19 284:8,21 285:15 287:3 287:10,16 292:11 299:4 305:13 309:3 312:2 316:13 319:20 325:17 326:2 327:2 329:6 330:10 330:17 331:10 332:17 333:24 334:6,23
**kidney** 242:10 244:14 245:2
**kids** 137:8
**kimberly** 4:8 15:14 16:15
**kind** 27:3 49:12 135:16 136:10 143:9 231:3 268:2 285:16 315:3 317:22 319:5
**kinds** 317:15
**king** 271:15
**kit** 135:22 136:6 138:15 140:4 142:2,23 249:22
**kits** 135:8,20
**klaunig** 208:15
**knew** 178:2
**know** 17:6 29:11 30:12 37:4,22 39:2 83:21,25 85:21 87:24 90:14 91:18 93:15,17 94:11 97:1,2 101:22 102:25 103:3,8 106:25 108:9 113:18 127:14 130:17 131:14 133:17 137:6,12 139:2 139:23 140:2 142:20 146:15 148:20 154:10 167:19 173:23 180:7 182:15 183:19 187:9 187:11 193:20 194:13 197:3,8 200:16 217:22 231:4 239:15 240:14 249:3 258:21 260:6 260:10 263:19 267:18 268:4 271:6,19 272:5 272:17 273:1 274:16 284:10 284:12 288:7 289:19,22 293:5 299:21 300:16 301:21 302:14 304:24 311:18 317:25 318:4 323:3 324:12,20
**knowing** 40:4 109:14
**knowledge** 126:13 316:10 338:8,13
**known** 49:11 50:18 69:17 82:19 113:5 233:9 245:20 251:15,25 288:21 315:4 318:24
**kpadden** 3:13
**kpenner** 4:10
**krewski** 13:8 195:23 265:4 265:16 266:7 266:12 273:6 325:3
**kristen** 3:9

**l**

**l'oreal** 293:10 293:22 299:7 300:1,14 301:18
**l'oreal's** 300:14
**l.l.p.** 4:4
**la** 2:6
**lab** 26:7,13 33:22,24 125:5 129:22 134:12 174:25 243:25 259:23 284:15 289:2 292:7 307:21
**labeled** 125:19 259:19
**laboratories** 7:3
**laboratory** 273:13
**labs** 10:3 33:24 285:9
**lacking** 173:4
**language** 53:10 53:22 54:6 56:16,21 57:16 57:25 59:6,17 66:19 67:16 178:23 198:5 198:17,19,20 198:21 200:22

202:17 205:2 206:21 208:25 209:2,18,19 210:19 219:15 220:6 221:16 221:25 222:11 222:14 329:19 330:5 331:5 332:5
**lara** 3:10
**large** 90:20 100:13 197:12 285:17
**largely** 198:5
**larger** 82:18
**larva** 297:7
**late** 323:18
**latency** 88:13 99:19 292:14
**lc** 182:12 260:3
**lcms** 144:3 238:20
**lead** 36:6 122:20 189:13 197:15 310:3
**leading** 172:23
**leads** 206:14
**leaps** 301:9
**learned** 186:10 187:1
**leave** 160:23
**leaving** 47:16
**lecture** 75:23 307:19
**led** 191:25
**left** 46:8 190:17 292:19 308:12 312:20
**legal** 15:1 339:23
**legal.com** 8:10
**legitimate** 111:24
**lengthy** 46:7
**lesions** 206:14
**leslie** 9:8
**lesson** 186:25
**letting** 296:16
**leukemias** 147:19
**level** 41:16 64:16 154:2 175:17 189:20
**levels** 173:9 190:2 192:2 262:11
**levin** 2:18
**levitt** 3:17
**lfederer** 9:10
**lfsblaw.com** 2:24
**liability** 1:8 14:20
**license** 16:3
**life** 48:14 182:5 260:8
**lift** 46:5
**lifted** 43:15
**ligand** 224:14 225:11,14
**light** 75:7 164:20
**likelihood** 197:7
**likely** 49:8 71:14,25 73:18 74:14 78:9,14 78:22 79:5 84:20 87:8 88:19,23 90:24 92:6 95:20 108:6,10 121:13 138:5 139:14 141:11 147:13,24 156:7,25 157:3 157:10 227:2 231:4,11 233:10 249:18 252:13,14 262:10,15,22 269:10 299:25 300:2 320:6
**limit** 272:10
**limitations** 46:10 257:5 317:17 318:2
**limited** 32:8 83:8 109:10 150:20
**line** 37:14 38:5 38:7,17 150:9 161:19 282:11 282:12 340:4,7 340:10,13,16 340:19
**linear** 231:20 233:17
**linearity** 261:2
**lines** 147:10 253:2 317:11 318:1 320:4
**link** 81:6 98:20 228:7,11
**links** 206:16
**lipid** 295:11 299:4
**lipids** 218:14 220:18 324:6,9
**list** 11:16 28:17 28:23,25 30:5 58:11 123:22 128:9 151:21 171:14 198:8 207:8,23 208:11 223:6,7 237:7,8,23 238:8,9,12,16 238:18,22,24 239:10,11,13 239:15 243:1 254:12 297:2
**listed** 126:7 199:9

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 389 of 436 PageID #:75402



**listing** 206:24 207:5 208:1 209:4 223:9,10 328:4 330:16 331:16 333:2 333:23 334:6 334:25
**lists** 239:19 240:23
**litchfield** 8:13
**litchfieldcav...** 8:19
**literally** 71:22 335:12
**literature** 123:12 137:23 157:1 159:17 159:23 174:16 197:5 246:12 246:24 272:18 301:25 328:8
**litigation** 1:8 11:18 14:20 19:7 30:24 33:3 41:7 47:6 47:15 128:1 159:1 160:11 160:13 164:25 165:13 236:12 239:2 240:2,18 241:3 242:1,7 327:14
**little** 42:16 82:14 113:5 148:14 152:13 194:21 214:1 312:20 318:23
**liver** 31:4 32:21 33:7,24 40:21 159:14 160:6 242:2,8 244:12 244:24 324:5
**lives** 115:24
**llc** 5:15 9:4
**llp** 2:18 3:17 6:4 7:14 8:13
**load** 120:16
**location** 14:24
**lockheed** 11:19 41:8
**london** 3:4
**long** 54:17 56:22 142:11 150:19 221:14 240:16 260:8 332:8 334:18
**longer** 2:22 94:3 99:19
**look** 21:7,7 28:11 29:13 33:19 40:11 64:9 65:5 66:2 68:11 78:20 85:2,25 86:5 87:3 92:19 97:14 100:11 102:19 103:23 104:8 105:15 110:18 116:19 122:15 133:15 139:13 155:6,8 156:4 167:10 171:20,20 173:21 174:14 176:2 182:11 184:11 185:23 187:22 193:19 194:7,8,18 204:15 205:17 207:21 209:6 210:16 212:7 220:5 226:15 226:22 227:4 228:6 230:9 233:14,19,19 234:1 235:8 240:25,25 247:1 253:23 261:13 266:25 279:3,8 285:12 285:13,14,20 288:17,22 295:2,8 297:2 297:11,22 298:5 299:1,17 300:6 303:16 303:17
**looked** 63:1 79:16 99:3 112:4 123:3 131:12 132:6 155:10,13 157:1 162:22 166:10 174:12 185:21 187:7 195:25 196:6 197:1 238:14 269:17 294:16 327:21
**looking** 37:13 38:6 39:13 42:11 85:10 110:16 118:4 118:23 119:18 120:8 123:23 152:4 160:1,20 176:17 209:16 224:9 240:4 298:21 302:13 302:24 308:11
**looks** 79:10 290:22
**loses** 233:3
**loss** 91:22
**lot** 98:23 125:3 143:7 151:9,10 151:12 154:7 156:2 171:13 194:12 198:21 199:1 223:8 234:25 241:1 257:14 258:21 269:2 288:25 301:24 311:16 316:1 322:21

**lotion** 193:14
**lots** 236:13
**louis** 4:19
**love** 160:22
**low** 13:10 121:16 132:19 132:19 139:11 140:12,12 145:3 154:9 158:4 163:9,13 163:16 169:24 184:17 189:9 191:10 232:4 261:2 267:21 268:1,15 277:21 279:16 280:5,7,17 287:14
**lower** 104:10 104:17,19,21 105:4,4,18 117:5 118:18 268:13
**lowered** 274:21
**lsay** 3:14
**luck** 266:5
**lumped** 121:16
**lung** 242:10 244:14 245:1
**lye** 135:9,10 294:15,16
**lying** 221:4
**lymphatics** 312:5
**lymphoma** 101:9 264:21
**lymphomas** 147:18

**m**

**m** 1:23 6:16 338:2,22
**m.d.** 1:13 11:13 338:3
**mac** 30:12 81:11 108:13
**macrophage** 13:3 228:25
**macrophages** 212:14,23 213:8,12 214:3 214:7,13 215:1 215:13 224:7 226:2,8,9,24 227:3,16 228:8 229:3 320:23 321:5,13,14,22 322:24
**made** 26:8 271:22 272:7 341:5
**madison** 8:14
**main** 72:12 95:11 317:23 319:5
**major** 254:4,18 255:24 324:20
**make** 17:7 47:17 104:21 105:5 123:10 123:22 131:21 216:11 227:6 244:20 271:12 301:10 324:8
**makes** 120:25
**making** 208:4 221:16 301:9 334:4
**malignancies** 178:21
**malignancy** 172:5
**malignant** 282:5
**mammary** 147:19
**manner** 235:4 255:17
**manuscript** 57:2 200:21
**marcadis** 7:9
**mark** 29:18 192:13 199:5 213:19
**marked** 17:25 18:3 27:8 30:1 30:7 36:12 42:1,10 52:13 66:6 81:2,24 108:15 114:9 158:9 171:7 188:1 200:9,12 204:9 212:1 213:21 253:17 253:21 265:9 278:10,18 286:1 290:16 306:17 312:12
**marker** 155:7
**markers** 103:4 155:11 176:1
**market** 4:16 74:3,8 87:21 187:3
**marketing** 1:6 14:19
**marking** 278:19
**marks** 47:9 53:25 54:7 56:22 58:6 59:18 200:24 222:1,15 328:19,20,25 329:21 331:7
**maron** 9:4
**maronmarvre...** 9:10
**marvel** 9:4
**massachusetts** 1:16 14:25 338:6
**master** 293:14 299:4

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 391 of 436 PageID #:75404



**master's** 23:11 150:22,23
**materials** 236:24
**matter** 14:18 139:3
**matters** 338:8
**mbzp** 188:21 189:21 190:2 247:24
**mc** 6:12
**mcauliffe** 5:4
**mcbride** 7:2
**mcguirewoods** 6:4
**mcguirewoo...** 6:10
**mcsorley** 13:16 292:16
**md** 11:4,14,17 12:13,20 15:24 339:5 340:2,24 341:2,4,12
**mdison** 5:16
**mdl** 339:4 340:1 341:1
**mdsc** 308:2
**mean** 99:17 104:11 110:9 117:7 134:6 160:15 163:16 165:10 182:14 197:16 200:2 232:17 237:16 238:18 244:17 263:7,7 279:6 309:15 325:22 336:11
**meaning** 104:8 131:7 132:8 281:10
**meaningful** 104:4 117:19
**means** 77:2 83:25 94:23 158:3 175:20 328:15
**measure** 34:18 35:20 37:18 38:23 40:3 63:23 83:12 334:8
**measured** 241:17
**mechanism** 51:13 59:10 63:8 79:3 80:19 87:9 103:9 129:14 131:8,14 138:10 143:11 146:9 150:12 150:16 157:5 168:17 183:18 214:6,14 215:14 229:11 230:11 264:1 269:6 296:25 302:2,5 311:9 319:17 328:5
**mechanisms** 29:11 51:13 75:17,20 76:6 76:11 91:15 103:12 112:8 131:20 132:10 134:20 135:5 137:11,15,24 138:7,23 139:9 145:2,4,24 146:15 149:1 152:10 155:3 155:14 157:8 157:12 167:21 168:19 176:2,5 178:5 195:16 196:20 207:15 208:23 215:12 216:19 258:2 261:14 269:9 271:11 277:10 277:17 292:2 292:10 299:6 302:15,18 305:25 307:16 308:7 311:4 316:10,12 319:23 322:20 323:6,13 324:22 327:3 335:1
**mechanistic** 12:2 55:23 57:19 59:13,19 60:23 65:13 66:11 67:23 68:20 69:11,13 69:21 70:4 74:11 75:9 79:17,25 80:13 80:22 96:24 99:24 101:19 102:19 114:3 124:25 153:19 184:12,20 194:19 196:13 196:18 210:13 230:24 231:7 253:10 263:22 270:24 275:23 287:16 301:14 317:3,12 318:3
**media** 14:16 337:2
**mediate** 268:7
**mediated** 170:15 187:18 258:5
**mediator** 295:11 299:5 322:14
**mediators** 308:2 309:3 310:23

**medical** 16:23 22:12 24:5,15 25:2 26:9 27:3 70:20,25 76:18 112:14 156:15 156:20 168:24 244:23 331:4,7 334:15 113:16 114:2 117:5 118:18 122:17 128:16 129:21 134:12 136:22 137:9 139:7 140:7 145:1 157:10 157:25 165:9 167:5 174:18 180:24 186:7 187:23 189:16 190:11 192:5 193:20 196:12 230:22 247:15 248:17 263:13 263:16 271:1 271:16 277:12 292:3,11 293:21,22 307:18 319:19 319:22 323:9 323:20 326:9
**medicine** 306:11
**medium** 163:9 163:15 189:9 191:8
**meet** 18:22
**mehp** 255:4,7 255:14 256:6 263:8
**mehth** 8:8
**mellott** 5:15
**members** 128:22 129:3
**memory** 35:7
**mention** 86:1 91:11 129:9 179:19 195:22 237:3 249:9 264:17 285:4 307:13
**mentioned** 80:7 92:5 95:14 99:14,18 103:17 105:22 107:5 109:17 111:10 113:1
**mentioning** 90:17
**mentor** 264:1 304:21 305:18
**mere** 76:15
**merit** 1:24 338:24
**message** 86:7 156:5 227:19 229:2 259:18 291:21 332:19
**met** 18:24 19:2
**metabolism** 148:24
**metabolite** 255:3,4 256:6 256:9
**metabolites** 254:4,18,23 255:24 263:8
**metastasis** 148:23 202:14
**method** 86:6 295:3 333:11
**methodically** 247:1
**methodologi...** 39:25
**methodologies** 55:22 57:18 296:3
**methodology** 20:25 21:13,19 31:7,15 40:17 50:25 54:11,18 58:22 61:3,5 61:13 79:13,19 103:21 114:1 196:23 215:21 215:25 217:1,3 221:8,13 222:4 222:22 286:17 300:22 329:23 330:7,20 331:9 332:3
**methods** 58:14 59:2 61:15 87:3
**methylations** 155:8
**mi** 4:19
**miami** 7:8
**mice** 102:8 185:12 186:12 309:23
**michael** 19:9
**michelson** 10:6
**micronucleus** 103:2 155:6 233:24
**middle** 51:23 65:10,18 170:7 170:10,12 224:24 266:11 277:25 278:22
**military** 7:15
**miller** 9:15
**millions** 133:11 154:12
**mimetics** 324:9
**mimic** 273:16
**min** 36:24
**mind** 144:15 283:1
**mine** 201:25 265:18
**mini** 280:22
**minimize** 315:3

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 393 of 436 PageID #:75406



**minimum** 73:4 74:17
**minnesota** 137:6
**minor** 94:18
**minus** 260:5
**minutes** 142:16 142:16 294:3 320:15,19
**miscarriages** 98:11
**miscellaneous** 275:14
**mischaracteri...** 60:7 71:22 93:3 221:6 227:13 243:14 245:4 251:6 256:2 332:11
**misclassificat...** 105:19,23
**mislabeled** 259:2
**misleading** 46:17 173:8 217:9
**misleadingly** 46:10
**misquoted** 318:19
**mitchell** 9:13
**mix** 109:3
**mixed** 99:9
**mixers** 267:1
**mixture** 40:2 62:3 126:5 135:3 138:5 149:24 150:8,9 156:5,10 157:3 170:3 204:1 209:25 233:16 251:11 269:3 269:22 270:14 271:23 277:7 278:3 282:24 283:15,17,20 283:25 288:12 288:13 289:3,9 289:10,25 325:13 326:1
**mixture's** 61:23
**mixtures** 13:8 13:10 126:1 128:9 131:5,5 141:10 148:13 210:25 223:4 265:2,20 273:2 273:10,18 274:5,12 277:21 279:17 280:7 281:18 282:3 284:5 286:24 287:12 288:17,19,20 327:7
**mode** 260:17 274:19
**model** 197:12 197:13 287:1 297:7 298:21
**models** 34:8 149:11 287:3 297:4,10,24 309:12
**moderate** 117:20 266:17 266:20 267:10
**modern** 11:22
**molecule** 133:1 154:13 299:10 323:4
**molecules** 133:9,11 139:15 140:21 146:6 154:12 193:21 308:10 308:16 309:14 310:24 311:11 312:3
**mom** 91:12 292:3
**moment** 203:12
**momentarily** 42:5
**monkey** 12:24
**monobenzyl** 247:23 248:7
**monograph** 45:4
**monographs** 11:22 43:15 44:10 51:25 52:3,23 53:5 53:15,19 54:22 55:7 56:9
**month** 83:13 93:21 94:7
**months** 83:8 85:12 93:12 94:2,16 95:15 109:11 110:19 127:22 173:18 189:25
**moore** 7:14,19
**morgan** 1:14 1:14 2:3,3,10 2:10 15:16,17 15:19,19
**morning** 14:5 16:13,16 119:10
**motif** 224:14
**motion** 34:14 65:7
**mouse** 297:4 309:11
**move** 27:5 34:11 36:10 41:22 52:10 65:3 66:3 80:24 108:12 114:6 119:15 158:6 165:4

200:6 204:7 253:14 265:7 278:7 285:1,23 290:13 306:15 312:10
**mpb** 191:8,14
**multicolored** 69:2
**multimillion** 26:6,18,21 260:4
**multiple** 47:7 47:16 48:7 51:12 57:12 58:4 67:7,10 68:2 133:24 137:25 139:15 146:11 159:12 160:5 162:17 167:13 171:11 173:22 187:13 192:2 199:3,7 199:24 207:10 209:7 246:9 255:11 257:21 259:14 264:7 267:5 277:9 295:25 325:25
**multivariable** 119:20,25
**murine** 297:10 297:24
**murray's** 9:2
**muscle** 147:21
**mutagen** 34:3
**mutagenic** 48:22 49:1 138:2 140:16 244:3 254:19 254:23 255:5 255:25 256:10
**mutation** 48:10
**mutations** 48:7 48:19 51:19 137:12 206:15
**mute** 50:15
**mutually** 219:1
**myeloid** 302:17

**n**

**n** 14:1 117:21 119:14
**name** 11:3 15:1 16:18 128:7 200:17 239:4 239:10 250:8 304:12,18
**names** 19:1 20:16 304:8
**nanograms** 163:19
**nasal** 147:17
**national** 124:18 126:16
**nature** 19:15 75:21 144:12
**nc** 7:17
**ndela** 124:1 235:21 236:8 236:14,20,22 237:1,18,23 240:22 241:1,4 241:12,17,24 270:16
**ndla** 153:10 169:10
**ndma** 31:13 32:4,10,16,16 32:21 33:7,12 33:15,20 34:1 34:6,9,18,19 35:20,21 36:3 36:5,7 37:17 37:22,23 38:22 39:2,3,14,18,20 40:15 41:3 70:2,6 80:12 80:15 124:2 129:21 160:17 161:23 162:2 162:11,18,20 162:21,22,23 163:20,23 165:18 166:1,2 166:4,11,16 230:22 231:1 235:21 236:8 236:14,20,23 237:1,19,23 238:23 240:21 240:24 241:4 241:12,15,17 241:24 242:2,7 242:15,20 243:1,5,11,18 243:23 244:12 244:24 245:12 245:25 246:2 246:14,18 247:3,4 270:16 298:4 301:11 301:12
**ne** 2:11 6:5
**near** 52:22 268:15
**nearly** 51:24 53:5
**necessarily** 37:20 38:25 62:6 99:17 237:15
**necessary** 131:25 275:18 341:6
**necrosis** 185:6
**need** 17:8,10,17 90:18,19,22 91:18 126:24 127:9 161:11 165:5 222:24 223:25 229:25 294:21 334:24 335:6

**needed** 69:11
**needs** 73:4,9 74:17,22 75:2 75:12
**negative** 47:21 48:1 99:16 104:25 230:14
**neglected** 218:12
**neither** 226:17 227:9
**neoplasms** 179:9
**neutralizing** 229:12
**neutrophil** 308:1
**never** 32:20 41:5 95:9 110:3,22 130:17 164:20
**new** 2:6 3:7 4:7 5:18 26:17 28:20 91:8 161:1 202:12 212:11 219:5 252:7,8 281:16 281:17 315:4
**nf** 90:17
**nih** 26:6,17,22 82:21 94:20,22 94:23,25 244:8 323:8
**nine** 34:1 244:1 245:14
**nitrite** 236:4
**nitrosamine** 236:5
**nitrosamines** 123:16 131:13 153:12 236:1,9 236:19 237:3 237:13 238:2 241:11,11,24
**nitrosation** 236:13
**non** 101:8 264:21
**noncancer** 195:10
**noncarcinoge...** 284:1
**noncarcinoge...** 326:2
**noncase** 109:15
**nonendometr...** 92:14
**nongenotoxic** 207:15 208:23 254:15
**nonmalignant** 281:21
**nonmonotonic** 132:22 158:5
**nonmutagenic** 254:16
**nonresponsive** 119:16
**nonscientific** 210:4
**nonserous** 111:2
**nonsignificant** 104:2
**nonspecific** 176:1
**nonstatistical** 191:1
**nonuser** 94:12
**nonusers** 93:16 93:18 188:22 191:22
**normal** 49:15 49:20,23 50:1 140:24 142:22 143:25 146:3 234:22 282:12 293:15
**north** 3:18 5:5 8:5 9:5
**northern** 1:2 14:21
**notary** 16:4 338:2,23 341:13,19
**note** 14:8 339:10
**noted** 286:14 341:7
**notice** 11:11 18:1
**noticing** 15:13
**novel** 100:16 286:23
**novelty** 315:2
**november** 11:15 12:21 338:23
**ntp** 248:18 251:14
**nuclear** 268:7 324:1
**nuclei** 50:2
**null** 190:17
**number** 49:9 73:4 74:17 83:12 92:6,19 99:20 110:7 116:25 117:5,6 119:6 122:18 152:3,5 157:22 157:22 161:13 161:14 168:1 180:10 188:11 189:8 197:1 198:5,18 201:3 201:4 252:4 253:23 254:12 258:24,25 270:10 290:24 333:9
**numbered** 68:23

**numbers** 90:20 104:11,17,19 104:21 105:18 111:10 117:21 118:18 159:24 170:14 189:17 197:21 265:17
**nutrients** 305:20
**ny** 3:7 4:7 5:18
**nzegwu** 5:19

**o**

**o** 14:1
**oadams** 3:23
**oath** 15:5 44:8 338:10
**obese** 102:7
**obesity** 102:6 102:10 194:15 289:23 308:7 311:8
**object** 17:20 19:19 34:13 37:19 45:20
**objected** 296:16
**objection** 21:1 21:14 31:19 32:2,12,23 33:9,17 34:21 35:23 38:1,24 39:6,11 40:6 40:25 41:11 43:19 44:4,12 44:19 45:5 46:15 47:10,19 50:23 56:24 57:8 60:4 62:5 62:17,25 64:8 65:6 67:18 68:9,15 71:21 76:22 78:1 80:6 85:8 86:19 87:2 88:4 90:6 92:15 93:2,23 94:17 96:9 98:5 99:6 104:13,18 105:7,21 106:10,17 107:2,15 108:3 110:15 111:7 111:20 116:12 125:15 126:23 127:20 128:14 129:7 133:4 134:3 136:14 137:2,20 138:16 139:5 140:6 142:5 145:22 151:24 153:5 154:19 156:24 161:25 162:10 163:2 164:8 165:16 166:8 167:4 168:4,15 169:4 174:10 180:20 181:17 182:1,6 182:10,23 184:9 185:20 186:4 187:5 189:22 190:18 190:23 193:15 194:3 195:20 198:7 199:23 201:1 203:8 205:6 207:25 209:3,21 210:21 212:24 214:18 217:8 219:25 220:9 221:5 222:2,16 223:19 227:11 228:4 229:21 230:7,18 232:13,23 234:7 235:5 243:13 244:16 245:3,7 248:9 249:15 251:5 256:1 258:14 267:11 269:15 272:1,14 275:21 276:10 276:21 277:3 281:8 284:2 288:16 289:13 294:9 295:1,7 295:24 297:21 298:25 301:6 329:22 332:10 333:20
**objections** 15:8
**objective** 334:9
**observations** 280:4
**observe** 315:13
**observed** 100:13 258:16 267:9 325:9
**occur** 112:11 147:22 208:11 232:4 273:11 276:19 277:1 307:23
**occurred** 298:23
**occurs** 212:12 228:17 276:8 309:6 321:3
**oels** 274:21
**offer** 33:6,15
**offered** 30:23 31:3 32:20
**offering** 327:13
**offhand** 236:17 310:11
**offhanded** 155:24
**officially** 24:19
**oh** 24:8 37:6,12 53:1 65:19 68:24 120:21

159:20 178:14 178:15 225:10 240:15 244:6 268:23 272:12 277:23 279:6,9 287:24 289:21 290:7 291:6 302:23
**oil** 288:19
**okay** 19:1 21:22 22:1 23:2,14 24:5 24:20,25 25:5 26:3,15 28:5 28:22 35:10 36:9 37:8,12 37:13,15 38:13 38:17,19,20 39:9,25 41:7 42:15 43:8 49:20 50:17 51:21 53:3,4 54:9,17 55:9 55:20 58:17,19 64:12 69:7 74:16 79:7,11 81:13 82:6,10 83:7,21 84:6 89:5,9 110:11 115:6 116:23 116:24 118:2,3 118:9,12 120:1 122:6,17 124:5 126:15,20 135:7,23 136:5 139:24 141:8 141:15,15,21 142:11 148:3 150:19 159:10 159:24 161:15 161:16 170:19 170:22,24 172:11,12 176:25 177:16 177:19 178:6 178:16 179:12 180:9 184:1,4 185:13,16 186:21 187:22 188:15 189:3,7 189:12,19 190:15,21 192:12 193:7 193:13,23 195:3,15 196:21 204:6 205:24 206:5 207:1 216:14 218:8 220:23 224:21,24 225:10,18 226:12 227:6 229:15 232:10 232:20 233:6 235:11,15 237:15 239:1 240:15,20 241:14 242:12 242:24 244:5 245:23 254:3 260:21 265:19 265:22 266:5 266:24 267:6 267:16 268:25 270:6,7 271:19 272:5,12,23 273:6,19,23 274:2 275:13 275:16,17 276:6,18,24 277:19,24 278:18,22 279:3,9,10 280:1,15,19 283:8 285:10 289:18 292:22 294:22 300:8 302:23 303:1 308:20 311:17 313:16 318:20 320:8,21 326:24 327:24 329:11 336:22
**old** 266:8
**omega** 3:22
**once** 83:4 189:24 329:9
**oncologist** 22:17,19 91:20
**ones** 20:13,15 89:12 123:4 162:17 167:15 197:14 218:10 247:16 249:9 297:23
**ongoing** 41:13
**onward** 255:2
**open** 30:11,15 160:21,22,23 161:1,8 189:1 204:17 205:20 218:3
**opening** 144:16 284:6
**operate** 267:25
**opined** 242:14
**opining** 186:18
**opinion** 31:3,11 31:18,23 32:8 32:20 33:6,11 33:15 40:1,20 41:8,15 46:18 70:19,24 71:4 71:5,18 73:3,8 73:13 74:1,6 74:16,21 75:1 75:10,25 76:14 76:17 77:15,17 77:21 78:6,11 80:5 82:6 112:1,13 123:5 125:8 146:24 148:5 153:4 156:14,19 157:18 159:11 160:3 161:21

161:23 165:2 165:15,22 166:3,24 167:23,25 168:23 174:7 181:12,13 182:18 183:23 195:15 214:16 229:16,18 231:19 232:11 234:3 242:2,7 242:20 244:12 244:22 245:25 247:11 248:15 248:24 249:7 249:12 250:19 254:20 255:22 255:25 257:10 258:9 262:19 262:21 275:19 276:6,18,24 319:14 325:11 326:5 328:12 330:25 332:4
**opinions** 19:24 20:3 45:9,23 45:24 46:20,23 47:3 54:4 61:6 62:20 63:14 72:9,10 153:25 159:6,10,20 160:2,3,10 330:20 332:13
**opposed** 318:13
**opposite** 224:10,19
**option** 261:6
**options** 261:9
**orally** 299:20
**order** 11:19 42:10 43:9 274:3 329:1 337:7
**organ** 61:25 62:4 245:24 274:19
**organization** 246:21 269:12 271:22 272:7 287:16 288:11 289:5,8
**organizations** 250:11
**organized** 196:8
**organizing** 196:17
**organs** 12:25 243:2
**original** 44:14 149:19 173:11 173:13 174:15 174:25 179:21 199:15 201:5 202:8 203:2,9 203:11,13,17 205:9 207:6 217:23 218:7 218:18,24 220:13,14,19 241:10,21 278:15 312:23 330:16 331:16
**originally** 201:13
**orleans** 2:6
**outcome** 15:7 175:19 258:13 288:1 338:17
**outcomes** 256:24 257:1,9
**outline** 122:15
**outlines** 56:10
**ovarian** 12:7 13:15 22:21 29:10,15 63:12 64:23 71:12,16 72:2,4 73:20 74:14,19,24 75:3,13 76:1 76:21 77:18,24 78:12 80:4 89:23 90:21 91:9,11,15 101:20 102:3 102:17,24 103:3,7,19 108:11,23 109:22,25 110:2,13 111:2 111:14,18 112:1,5,7,10,15 112:19,21,23 112:25 113:7 113:14 120:9 122:7,25 124:6 124:17,25 125:6,9 127:4 127:7 128:23 129:5 130:14 130:19 131:25 133:2 134:2,13 134:15,16 138:7,22,24 141:5 143:16 144:12,17 145:16,21 147:2 148:1,6 148:10 151:23 152:15 153:3 153:18 154:17 155:1,5,9,14 156:23 157:19 168:3 169:2,13 170:25 171:3 171:21,24 172:3,4,8,21 173:1,3,6 174:1,3,22 175:2,7,9,9,18 175:23 176:3 177:2,7,10,16 178:2 179:14 179:16,18,22 180:6,18

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 399 of 436 PageID #:75412



183:15 192:10 192:24 194:1 194:11 195:1 195:18 199:13 203:23 209:23 210:9,24 211:7 211:19 223:2 223:15 230:19 231:9,18 232:21 233:11 234:5 235:3 242:25 243:19 244:15 245:6,9 246:19 248:4 249:19 251:10 252:16 253:4 255:6 257:16 257:20 258:1 259:6 261:23 263:11,15 275:20 289:9 290:4,9 291:9 291:12,17,18 291:25 292:1,4 293:6,18 298:9 298:21 300:18 301:2,5 302:19 310:25 312:4 313:5 316:8 318:17,22,25 319:13,18 320:7 325:1 326:8,13,15 327:5,9,11,15 332:1,21,24 334:13

**ovary** 255:17

**overall** 56:3 209:9 247:17 247:19 254:14 257:3

**overlap** 219:16

**overwhelming** 194:23

**own** 26:7 45:8 46:20,23 47:3 54:4 57:25 125:5 134:11 145:10 148:16 149:9 195:9 197:17 198:24 201:6,7,19 202:9,11,14,22 203:1,1,4,14,24 204:1,2 207:3 209:19 210:14 211:1,4,5,5,8 211:12 216:4,4 217:7,12,25 218:20,20,21 219:11,19 220:20 221:3 221:15,16,19 223:1 250:7 282:17 285:9 300:15 318:1 327:15 328:12 330:11,20,20 332:8,13,14 333:3 334:10 335:3,5,14

**oxidative** 49:21 76:10 130:1 132:13 134:16 137:13 138:9 140:20 145:7 145:10 146:2 150:15 152:7 153:11 167:17 195:11 206:13 206:24 207:17 208:16,19,21 233:2 234:17 238:5 252:22 255:7,15 258:4 271:9 277:13 293:6

**oxide** 102:3 123:25 151:20 152:1,13,14 236:4 270:15 290:22

**oxygen** 49:16 140:23 146:5,5 238:4 255:8,16 305:19

**p**

**p** 14:1 110:24

**p.c.** 3:4 4:15 9:15

**p.m.** 114:20,23 158:15,17,18 158:21 211:21 211:23,24 212:5 275:5,7 275:8,11 313:23 314:1,2 314:5 337:1,9

**p1hairdepos** 339:24

**pa** 2:21

**package** 26:11

**packaging** 259:25

**padden** 3:9

**page** 2:25 3:25 4:25 5:24 6:22 7:24 8:22 9:23 11:3,10 12:1 13:1 17:7 28:9 28:12 36:22 37:4,8,9,14,14 38:3,5,6,8,10 38:13 42:12 43:10 46:2 51:21 52:21 54:14,15 55:1 55:2 56:8 58:17 65:9,18 68:18,18 79:7 97:15 100:10 100:10 120:9 120:11 122:2 122:13 159:3,7

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 400 of 436 PageID #:75413



159:19,20,21 159:24 160:1 160:20 161:11 161:13,14,14 161:17 169:17 170:4,7,10,12 170:13 171:21 171:23,25 172:14,15 175:15 176:16 178:14 188:5,9 189:3 197:21 198:4 204:18 204:21,22,25 205:1,15 206:2 206:22 207:21 210:18 211:4 211:14 212:7 216:14 220:5 224:7,18,19 235:15 253:24 254:24 256:14 256:17 260:15 262:1,3,4 265:3,12,16,17 266:10 268:20 273:7,19,23 274:24 277:19 277:22 279:5 279:11 283:10 287:13,21,22 290:2 302:6,11 306:3 311:18 321:11 325:6 326:25 340:4,7 340:10,13,16 340:19

**pages** 38:10 43:14 68:23 279:6

**pah** 135:13 271:16

**pancreas** 101:8

**pancreatic** 31:5 32:22 33:8 40:22 159:14 160:6 242:3,9 244:13 245:1 264:20

**panigrahy** 1:13 11:4,13,14,17 11:20 12:13,20 12:22 14:18 15:24 16:13,20 28:3 43:8,12 46:5 200:16,18 239:18 248:22 255:18 314:9 338:3 339:5 340:2,24 341:2 341:4,12

**paper** 21:8,9,25 22:9,10 39:22 64:1,1,3,10 65:5 80:11,11 85:25 91:14,25 95:3 96:10,13 98:7,22 100:4 102:18 111:22 113:16 121:20 121:25 134:13 149:19 182:12 191:2 192:21 199:17,18,19 208:2,15 218:24 226:21 228:23 241:10 256:8 259:13 267:17 273:21 274:12 279:4 282:7,13,15,23 286:17 292:8,9 293:3 294:13 295:2 296:23 303:16 304:12 304:19 309:22 310:22 312:23 314:10,11,13 314:21,25 317:9,21 319:3 320:22 321:2 321:11 325:3 328:6,11 330:2 332:14 335:20

**papers** 16:24 21:2,4 23:20 28:20 39:19 49:9 60:10 63:2,20,21,23 64:20 77:4,7 90:14 91:18 96:17,25 104:1 112:6,18 113:25 123:19 127:1,1,11 131:11 142:15 143:4 144:1,6 144:15 150:8 156:2 167:19 171:19 176:13 182:15,16 183:8 191:5 192:9 195:24 199:16,21 200:3 202:8 203:17 207:6 214:23 215:5 215:11,17,22 215:24 217:5 217:23 223:13 226:16,17,18 227:8 228:19 235:7 241:22 247:22 248:11 249:5 250:4,24 260:11 267:2,5 269:17,19 270:7 272:24 273:3,17 282:24 287:5,9 291:20,22,24 292:24 296:3,6 297:12 298:19 298:23 299:22 300:17,18 304:6 311:15

325:25 330:16 331:23 333:3 333:12 335:9 335:25 336:6
**paraben** 190:3 191:21
**parabens** 97:1 97:7 108:9 123:15 124:1 127:12,13 131:12 144:19 150:7 154:22 154:25 155:25 183:10 190:6 191:4 192:11 193:12,18 269:20 270:15 271:3 282:9 283:4,4 284:12 285:5,9 288:8
**paragraph** 42:12 43:11 46:3 51:24 53:13 54:9,21 55:3 65:16,18 69:5,20 97:16 100:12 120:13 122:3 170:21 170:24 176:21 206:5,8 211:19 212:10 235:19 257:3 260:22 265:24 273:22 278:1,23 279:5 279:14,15 283:12 285:3 287:14,22 302:9
**paragraphs** 46:7 53:18 206:6 302:25 308:24 309:21 332:7
**parent** 256:6,9
**part** 19:24 20:17 21:24 26:10,13 41:1 41:2 49:17,18 59:11 60:24 79:12,23 85:9 89:15 90:17 91:7,17 99:24 106:20 132:24 133:21 135:25 136:1,16 139:19 145:1 149:23 177:25 187:17,20 190:1 196:22 199:1 208:1,7 208:9 209:5 210:1,12 214:19,23 215:10,21 216:15 217:18 217:19,23 218:18,19 219:8 220:12 220:19 222:3 227:17 229:9 236:6 238:4 239:3,12,14 250:1,5 260:4 292:19 297:25 304:10 305:13 308:22 315:24 327:6 330:24 332:3 333:21
**participant** 83:4
**participants** 14:11 82:11,15 104:21 109:4 276:3 281:4
**particular** 47:23 64:9 67:2 85:3 97:5 109:15 123:7 131:8 132:23 146:13 151:13 164:2 165:20 166:16 167:6 167:16 171:14 171:16 174:6 174:25 176:12 182:12,13 184:23 190:5 191:19 193:19 194:9 201:22 210:18 217:15 218:13 220:16 225:20 227:5 228:7 229:8,10 233:14,19 247:18,21 249:8 256:7 259:19 263:1 294:13 297:23 301:15 310:22 317:18 330:1,1
**particularly** 100:17 197:19
**parties** 14:15 338:15,16
**partly** 153:8
**parts** 21:8 202:23
**party** 15:6
**pass** 332:7
**passananti** 10:9
**passed** 91:12 292:4
**passing** 313:17 313:18
**past** 18:24 20:11 26:18 60:23 85:12 93:11 127:6,22 173:18 188:19 189:25 196:14 323:10
**paste** 56:21 221:25 334:17
**pasted** 333:18

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 402 of 436 PageID #:75415



**pastes** 329:19
**pathogenesis** 138:11 180:13 298:17 324:25
**pathologic** 146:8
**pathological** 132:10 140:24 140:24 232:2 277:16
**pathology** 24:18,22 25:9 25:19 146:4 234:22
**pathway** 218:12 220:16 220:17
**pathways** 207:10,17
**patients** 22:20 323:16,17
**paucity** 281:2 281:10
**paul** 9:12
**pause** 27:11 42:7,20 50:12 81:9,19 197:24
**pc** 8:4
**pdf** 22:9 38:5 68:19,23 159:25
**pdfs** 30:11
**peabody** 4:17
**peachtree** 6:5
**peal** 4:20
**peer** 28:23 29:7 200:21 210:10 272:18 329:18 335:22 336:3
**penetrate** 143:13
**penner** 4:8 11:5 11:7 15:14,14 16:9,12,15 18:6 19:22 21:3,16 27:5 27:14,17 28:2 29:22 30:4,10 30:22 31:21 32:7,18,24 33:14 34:11,15 34:25 35:4,8 35:11,15,17,24 36:9,17,19,23 37:1,6,10 38:4 39:8,24 40:19 41:6,14,22 42:9,22 43:7 44:1,7,16,23 45:12 46:1 47:5,14 48:5 50:14,16 52:10 52:16 57:5,14 60:5 61:2 62:9 62:19 63:13 64:11 65:3,8 66:3,9 68:3,12 68:17 72:7,17 73:1 77:14 78:4 80:24 81:7,11,13,17 81:22,23 86:21 88:25 91:3 92:21 93:14 94:10 95:25 97:13 99:2 100:8 104:15 104:20 105:17 106:7,12,24 107:11,18 108:12,18 111:4,11,25 114:6,15,24 116:18 119:15 119:17,25 120:2,4 125:24 127:15,24 128:20 130:10 133:12 135:6 136:18 137:16 138:12 139:1 139:17 141:7 142:10 146:19 150:18 151:16 151:19 152:21 153:23 155:19 157:13 158:6 158:13,22 162:13 164:4 164:24 165:21 166:12 167:22 168:10,22 169:15 175:13 181:9,22 182:3 182:7,17,24 183:22 184:24 185:25 186:17 187:8 188:4 189:23 190:20 191:7 192:12 193:6,17 194:5 195:2 196:15 198:1,15 200:5 200:15 201:16 203:5 204:6,14 205:14 208:12 209:15 210:15 211:2,17 212:6 213:4,18,25 216:13 218:2 220:4,22 221:20 222:7 223:16,21 224:2,4 227:24 229:14,24 230:13 231:10 232:19 233:5 234:23 235:10 239:17 240:1,5 240:8,13 243:15 244:18 245:5,19 248:14 249:20 251:13 253:14 253:20 256:13

259:8 265:6,14 268:11 270:3 272:4,22 275:3 275:12,24 276:12,22 277:18 278:7 278:17 281:13 284:16 285:22 286:4 289:16 290:13,19,23 291:1 294:19 295:4,14 296:7 296:11,18 298:7,22 299:12 301:7 303:18,24 306:14,20 312:9,15 313:14,18 328:20 329:13 329:16 330:3 331:3 333:6 335:21 336:20 336:23 337:6
**people** 86:6 91:9 92:6 97:8 99:20 105:2 127:3,10,10 129:13 130:12 142:24 175:1 196:6 201:11 202:7 204:5 207:7 216:9,24 223:11 246:5 268:3 273:17 317:5 323:19
**people's** 216:2 334:18
**percent** 26:19 26:20 49:6,9 82:10,15 121:14 138:19 175:8,10 259:1 259:18 290:4,8 291:9,18 294:14,15 300:15
**percentage** 310:8
**perfect** 26:19
**performed** 315:7
**period** 83:13 93:21 99:19 142:17
**perm** 189:5
**permeability** 304:21 305:4,6 306:1
**person** 109:14 109:15 162:24 222:5 269:4
**personal** 64:6 91:12 181:14 182:8,9,25 183:3,8 193:8 292:5
**personally** 126:15
**petersburgh** 2:13
**petroleum** 135:12 142:1,6
**pg2** 297:13,25 298:16,20 299:17,19 300:1,15,19 301:15 302:1,3 302:14,15,18 324:22
**pge2** 295:18,21 296:1,4,20 300:12,21,24 301:1,4
**ph** 87:5,7,10 89:16 90:10 129:16 303:5 303:22 304:2 304:25 305:24 309:20
**ph.d.** 23:14 96:11
**phd** 339:5 340:2,24 341:2 341:4,12
**phenotypic** 321:13
**philadelphia** 2:21
**phone** 18:23 19:3
**phonetic** 282:8 283:2
**phrase** 60:2
**phrases** 47:17
**phs** 273:22
**phthalate** 190:3 191:21 247:16,24 248:7 249:8,12 249:17 250:7 256:23 257:8 257:19 263:1 263:10 264:7 325:21
**phthalates** 64:22 97:1 102:4 103:4 108:9 123:15 124:1 125:17 125:22 127:2 128:4,17 131:12 144:10 144:19 150:7 154:22,25 155:25 183:10 190:6 191:4 192:11,20 193:7,18 247:6 247:10 248:3 248:12,15,25 249:4,23,24 250:4,12,15 252:4,4,9,11,15 252:18,25

253:3,23 254:25 257:22 258:3 263:5,10 263:11,17 264:5,8,9 269:20 270:16 271:3 285:6 288:8 326:6,12 326:23,24,25 327:3,5,9,14
**physical** 238:9 238:18
**physician** 73:13 74:1 75:11
**physiologic** 146:8
**physiological** 132:10 232:1 277:16
**physiology** 146:3 234:22
**pick** 48:2
**piece** 317:8
**pilot** 96:15
**pioneer** 305:17
**pioneered** 264:2
**pioneers** 304:22
**place** 14:14 16:19 69:24 122:9
**places** 304:7
**plagiarism** 56:20 57:7 199:6
**plagiarized** 43:13 199:21 217:6
**plaintiff** 20:12
**plaintiffs** 2:2 3:2 15:17,19 17:16,20 19:6 20:7,10
**plans** 336:9,12 336:14
**plasticizer** 249:25
**plasticizers** 193:11
**plastogenic** 244:4
**plausibility** 32:4 33:12 34:9 41:3 101:20 210:24 211:11 230:25 231:15 235:17 246:16 264:18 316:2,3 325:23 326:20
**plausible** 32:9 32:16 71:10 72:3,5 74:15 78:10,15 79:5 102:16 138:20 147:24 165:19 168:6 169:11 183:14 184:1 210:8 231:16 243:5,8,18,22 261:23 319:16 326:6 331:25 332:20,23
**play** 213:2 310:3
**plays** 226:7
**plaza** 4:5,17
**please** 14:8 15:9,21 16:18 27:6 30:13 36:10,20 42:23 50:14 114:7 141:13 160:22 200:7 204:18 204:18 218:3 239:17 253:14 253:15 265:7 285:23 290:23 298:15 303:18 306:15 312:10
**plenty** 23:19 62:11 124:14
**pllc** 1:14 2:3,10
**plus** 21:23 22:2 173:12 299:13 300:7,9,10
**point** 51:11 88:5 101:11 106:18 118:23 133:17 163:24 172:17 173:22 179:20 180:1 186:22 190:15 191:2 197:13 200:17 202:5 226:11 227:23 236:6 287:18 328:4 332:16
**points** 196:6,8 199:9,18,20 207:8,8 208:2 208:5 223:8,10 281:25 329:7 330:10,17 331:10,17,21 333:2,24 334:7 334:25 335:20 335:25
**poisons** 271:16
**pollution** 288:18 289:2
**polyaromatic** 124:2 129:23 270:17
**polyhydrocar...** 135:13
**poor** 175:19 224:25 247:17 247:19
**population** 115:19 261:20
**populations** 100:17

**posed** 78:19
**position** 25:1 26:8,11 39:9 219:17
**positive** 47:21 47:25
**positively** 100:14
**posits** 280:6
**possessing** 172:22
**possibility** 283:15,22
**possible** 80:20 237:13,15 281:20 287:19
**postmenopau...** 117:13 120:22 121:1,12 164:11
**potency** 195:7
**potent** 34:3 131:7 139:11 140:15,21 169:7,20 193:21 246:3 295:11 298:1 299:9 301:20
**potential** 13:19 29:14 61:24 62:2 92:19 95:12 100:20 126:1,9 128:9 172:17,19 184:5 250:17 274:14 302:1,5 306:25 310:1 322:11,13,17
**potentially** 106:5 125:14 126:5,18,22 135:3
**potently** 301:17
**power** 234:15
**powered** 105:14 110:7
**powerful** 155:3 228:20 253:7
**poydras** 2:4
**ppar** 262:12,25 263:2,23
**practice** 22:25 23:7,20,25 220:21 221:17 221:24 222:13 222:18 223:5 328:6
**practices** 1:7 14:19
**pre** 141:25
**preamble** 54:22 55:6,16 56:5,9 57:11 58:3
**precautionary** 250:16
**precise** 223:10
**precision** 208:5 210:1 330:14 335:7
**predicted** 251:16
**pregnancy** 51:16
**pregnant** 186:9 187:3
**premenopausal** 92:2 121:5
**premier** 52:1
**premiere** 53:7
**preparing** 18:14
**prepping** 18:19
**prepubertal** 180:12
**prerelax** 142:1
**prerelaxing** 141:23
**presence** 321:12
**present** 10:14 15:10 19:11,14 321:20
**presenting** 46:11
**preservative** 142:8
**preservatives** 136:11
**pressers** 84:18 106:2 109:19
**pressing** 82:25 83:19,22 85:7 85:11,19,23 86:16,25 88:1 88:7,19 90:1 92:2,13 93:1 93:19,21 94:14 94:15 95:7,17 96:4 106:19,21 109:8 110:4
**pressors** 87:20
**presumes** 269:12
**pretreatment** 135:24
**pretty** 198:9 202:22
**prevalence** 100:19
**prevent** 98:11 323:19
**prevention** 323:21
**previous** 96:17 110:20 202:16 308:24
**primary** 43:23
**principles** 23:6 52:3 53:19 67:20 109:18
**printed** 204:16
**printout** 17:1 30:15,20,21 204:22
**prior** 19:7,10 83:8 85:13

93:13,21 94:15 109:11 115:24 179:6
**priority** 339:23
**privilege** 19:20
**pro** 323:3
**proangiogene...** 309:13
**proangiogenic** 226:25 302:3 308:9
**probability** 49:2
**probable** 70:6 80:15 231:1 245:17,22 248:21 251:19 252:1 260:23
**probably** 18:21 27:2 30:20 54:20 60:10 127:7 170:13 307:15
**procancer** 131:22 135:4 156:8 157:11 168:21 170:2 233:3 238:6 265:21 267:1 269:9 271:12 299:9,21 310:2 325:16 326:4
**procarcinoge...** 137:14 193:22
**procedures** 11:22 56:10
**proceed** 15:22 16:8
**proceeding** 15:9
**process** 26:23 27:3 28:19 55:25 126:14 135:20 136:16 144:24 145:15 145:20 155:18 309:9 320:10 320:13,16,19 333:22 334:22
**processes** 258:23 322:22 324:24
**produce** 325:9 333:12
**produced** 28:18 209:17 239:2 240:2,18 241:3,24
**product** 12:15 34:20 35:22 40:2,5 64:4,7 85:1,3 87:21 100:14 107:24 143:23 146:21 182:14 183:1 193:20 230:16 236:22 237:14 259:20 283:19
**production** 16:2 172:24
**products** 1:7 12:5,7 14:19 62:15,23 63:19 63:22,25 70:21 71:1,7,20 74:2 74:18,23 77:23 77:25 82:1,25 83:3,7,19,23 84:8 85:7,12 85:20,23 86:17 86:18,25 88:2 88:7,19 90:2 92:2,13 93:1 93:19,21 94:14 94:15 95:7,18 96:4 100:21 106:15,20,21 108:23 109:8 109:10,14 110:4,14 122:24 123:11 126:4 127:8 144:2 146:20 181:14,19 182:9 183:3,9 183:21 184:7 193:8 194:2 230:5 237:20 238:11 241:5 247:12 248:11 250:20,22,23 259:2,10,14,15
**professional** 323:7
**professor** 25:8 25:11 26:4,16 26:24 218:17 292:7
**professorship** 25:7,20,24
**profile** 276:7,7 297:12 300:17 309:10
**progesterone** 97:19
**program** 51:25 53:6,16 124:19 126:16 287:18
**programs** 281:16,17
**progressed** 242:19
**progresses** 124:24
**progressing** 242:22
**progression** 214:13 284:22 306:9 308:22 311:15
**proinflammat...** 309:13
**proinflammat...** 226:2 228:8 290:11 293:7 293:19 294:17

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 407 of 436 PageID #:75420



301:18,21 324:23
**project** 100:4 141:11,14 148:14 270:2 272:13,21 274:25 275:15 277:20 278:1 278:14,24 279:10,16 280:5 281:5 282:15 283:3,9 283:14,19,23 284:13,18 285:8 287:15 288:2
**proliferate** 321:16
**proliferation** 13:4 51:2,8,15 76:11 132:14 134:20 148:21 172:7 197:15 212:15 213:1,3 214:15,21,24 215:4,6,10,16 225:5,25 226:6 226:10 227:1,4 227:20,21 228:16,17,21 229:1,5 234:19 263:25 271:10 277:14 310:4 321:6,23 322:2 322:14,22
**proliferative** 212:12 214:8 321:3
**promise** 141:16 141:20 156:12 274:25 322:6
**promote** 103:16 176:2 193:5 214:13 227:16 229:8 302:18 321:23 323:4
**promoted** 26:23
**promoters** 327:11
**promotes** 171:10
**promotion** 26:2 26:16,25
**prompt** 321:15
**prompting** 321:15
**pronounce** 200:17
**proper** 329:1
**properly** 260:7
**properties** 149:21 212:13 247:8 321:4
**proposed** 287:15
**proposition** 228:2
**prospective** 100:13 319:11
**prostaglandin** 293:9,14 294:14 295:5,9 295:16 299:1,2 299:14
**prostate** 242:10 244:14 245:1
**protection** 261:19
**protective** 51:17
**protein** 13:14 206:16
**protractive** 141:23
**protumor** 298:1 301:21 302:16
**prove** 100:7,7 281:6 283:20 283:24
**proven** 98:4 112:2
**provide** 143:22 195:6 286:8,11 286:19 287:17 319:8,16 328:3 328:8 329:1
**provided** 45:17 239:8 242:1,7 328:1
**provides** 82:7
**providing** 256:3
**proxy** 94:2
**psc** 7:13
**public** 16:4 338:2,23 341:19
**publication** 60:16,22 82:11 82:18 83:12 88:6 91:14 96:2 114:5 115:2,6 201:3 201:5 203:3,11 203:13 210:10 221:15 260:9 270:20 278:15 309:11 323:25 328:16 330:6 333:22
**publications** 18:17,19 28:9 28:13 29:6,7 29:10 43:21,25 44:14 45:22 47:12 48:3 57:1,10,13 60:13,17 67:4 68:10 84:19 98:23 104:6 106:1 113:23 115:11 123:11

126:25 133:24 134:6 137:25 141:1 143:1 173:11,12,13 174:2 199:3,7 199:24 215:23 217:4 219:4,22 220:1 221:9,14 222:13,19 223:6 228:14 235:8 237:2,9 241:4,8 255:11 257:21 269:2 271:7 281:11 284:4,14 288:4 299:3,16 300:7 300:9,10 329:24 330:4 331:16 332:2 332:22 333:7,8 334:14 335:11 335:12,13,23 336:4
**publish** 91:17 104:6 336:10 336:12
**published** 28:16 125:8 201:14 218:10 238:24,25 264:19 283:5 328:8 336:6
**publishing** 28:20
**pubmed** 299:2
**pull** 314:14 318:17 325:4
**purposes** 127:25 135:23 326:19
**put** 34:22 35:2 46:18 50:14 60:2 128:8 148:16 176:11 197:8 207:3 216:11 219:17 225:22 253:1 266:20 308:12 308:18 315:1 322:1 333:25 334:18,23 335:1,16,16,18
**putting** 200:23 200:24 227:18 329:25

**q**

**quadrant** 161:16
**qualified** 95:2 126:9
**qualifier** 156:18
**qualities** 316:25
**quality** 14:9,10 22:2 58:11,24 60:1 61:4,7 335:8,9
**quantification** 36:3 39:14
**quantified** 34:19 39:20 40:14 162:18 163:22 241:14
**quantify** 37:21 39:1 162:20 276:1
**quantifying** 35:21
**quantity** 162:23
**quartile** 39:21
**quartiles** 40:16 163:6,8,14,22
**question** 17:9 17:13,21 19:21 21:15 29:12 32:15 33:1,2 35:12,16 36:5 36:6 37:15,25 38:2,18,20 39:5,12,17,23 40:18 42:13 43:12 45:14,18 59:8 70:14,15 70:23 71:9,13 71:14,17,25 73:18,23 77:20 78:3,19,24 94:4 97:9 102:14 105:14 107:22 124:9 124:10,14,21 124:22 130:25 133:6 138:19 139:22 141:3 141:19 151:15 153:6 161:19 162:4 165:17 172:11 181:8 181:20 182:2 183:13 185:24 187:6 194:4,6 194:16 210:7 210:11 230:8 231:3,14 232:14 235:13 243:4 244:21 244:21,22 246:25 248:24 256:4 257:17 258:5 259:5 261:16,17,21 263:4,14 270:5 272:3,5,20 276:11 280:11 281:3,11 289:24,24 290:1 296:10 296:12,15 302:21 307:11 309:8 310:16 315:2,5 316:6 316:7,21 317:6 317:23 318:5

319:5 325:4 328:19 330:21 331:24 332:19 333:5
**questioned** 41:5
**questioning** 222:8
**questions** 17:4 34:23 60:11,12 60:14,20 62:11 65:4 71:9 72:6 72:12 135:23 139:23 141:13 151:1,4 203:20 223:18,25 275:14 294:21 296:13 314:10 317:16 320:8 320:22 329:12
**quickly** 141:12
**quite** 219:14
**quotation** 47:8 53:25 54:7 56:22 58:6 59:18 200:24 222:1,14 280:3 280:16 284:17 291:4,7 292:16 314:14 328:20 328:25 329:20 331:7
**quotations** 47:8 58:5
**quote** 25:3 274:17 278:5 279:12,15 290:7 309:23 334:20,24
**quoted** 59:17 279:12
**quotes** 333:25 334:1,2 335:1 335:18

**r**

**r** 6:8 14:1 340:3 340:3
**ramon** 12:25
**ran** 276:15
**randolph** 9:16
**ranitidine** 37:16,17 38:21 38:23 159:11 160:4,17 161:22,24 162:8,12,14 163:1
**rare** 147:20
**rate** 49:7 110:2
**rather** 26:1 36:3,7 39:16 46:6 121:24 162:12 208:3 210:3 236:7 247:21 261:9 285:12
**ratio** 116:17 117:22
**rational** 113:12
**ratios** 119:21
**rats** 147:18 252:25 271:16
**ravika** 7:9
**ravika.rames...** 7:11
**reaches** 61:25 62:4
**reaction** 236:3 237:12 238:1,2
**reactive** 13:14 49:16 140:23 146:4 255:8,15
**read** 20:9,11,18 21:4,10 22:10 23:19 66:19 67:5 89:7 126:24 127:10 147:16 165:23 172:9 176:8 178:23 190:5 208:13 214:6 226:21 236:25 248:22 250:24 250:25 255:19 255:20 260:10 266:11 278:25 284:18,25 285:2 300:11 303:20 304:6,9 326:22 339:9
341:5
**reading** 21:17 22:8 58:15 70:12 89:3 90:14 136:8 142:14,15 143:1 180:22 181:18 183:7 191:13,14 216:25 239:23 241:7 248:10 250:2 252:10 264:6 281:9 303:20 317:20
**readings** 89:7 190:5
**readout** 233:21 233:23 234:2
**readouts** 103:6 208:10 209:4 238:12
**reads** 38:20 69:8 122:7 224:11
**ready** 114:25
**real** 283:15
**reality** 167:11
**really** 39:18 64:18 80:21 88:5 90:18 97:6 102:22,25 117:19 120:21 144:16 148:18 149:20 151:5

152:5 163:5 179:20 202:8 215:3 222:23 234:16 248:2 259:17 284:12 293:4 294:21 294:22
**realtime** 1:25 338:25
**reason** 17:3 90:24 105:11 121:22 205:4 230:2 274:8 293:2 299:9 301:17 311:4 330:2 339:11 340:6,9,12,15 340:18,21
**reasonable** 70:19,24 76:17 112:13 156:14 156:19 168:24 191:14 244:23 254:20 257:10
**reasonably** 248:19 251:15
**reasons** 26:14 118:17 119:9 139:7 147:12 190:9 229:22 232:5 234:12 235:14 266:22
**rebuttal** 43:23
**recall** 37:24 39:4 89:12 162:3 236:17 240:22 241:20
**receipt** 339:17
**received** 24:5 116:8 162:24 204:23
**recent** 13:18 26:17 306:25
**recently** 54:23 55:9 252:3 264:10
**receptor** 13:2 132:17,18 154:8 158:1 169:25 170:15 187:18,20 214:9,17 224:15 225:15 225:19 226:9 226:14,19 227:8,10 228:24 232:3 258:5 262:25 267:24,25 268:7,7 319:21 319:22 322:6 324:1
**receptors** 139:10 158:3 225:2 228:3 232:3
**recess** 27:22 43:2 72:21 114:19 158:17 211:23 275:7 314:1
**reclassification** 262:22
**recognize** 158:24
**recognized** 246:21 289:8 289:11
**recollection** 35:3 160:9 162:7
**recommend** 130:11
**recommendat...** 54:24 55:10 56:11
**recommended** 125:12 126:3 126:16,20 129:2
**reconstructed** 293:23 300:25
**record** 14:6,15 15:12 16:19 17:17 27:16,18 27:20 28:1 29:18 42:23,25 43:6 72:19,25 114:17,23 123:24 158:15 158:21 211:21 212:5 275:5,11 313:23 314:5 337:1 338:11
**recorded** 14:13 14:17
**recording** 14:10,14
**recruit** 321:21
**redirect** 11:7 329:15
**reduce** 135:17 229:12 292:13
**reduced** 117:6 338:10
**reevaluated** 252:3 264:10
**reevaluating** 257:14
**reference** 30:5 52:7,18 56:4 65:22 66:1,2 66:15 67:2,24 171:5,14 175:5 175:17 176:11 177:22 179:2 188:11,23 207:19 209:7 209:11 210:3 212:16 213:15 216:12 240:12 240:20 247:18 247:23 248:5 255:1 265:5

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 411 of 436 PageID #:75424



272:25 279:4 290:8 292:14 297:2 303:11 312:6 328:3,6 328:14 329:3,9 329:25 330:22 331:12 333:18 335:2,6,16,17
**referenced** 21:18 339:6
**references** 11:16 20:21,24 21:11 22:7 29:19 44:13,21 45:10 46:18,24 47:20,22,24 54:25 55:13 67:7,10,25 68:2 171:12 173:20,21,23 174:21,23 179:19 198:9 198:12 209:8,9 209:13,25 215:23 216:3 217:2 241:16 304:1 307:10 310:6 330:15 331:15 333:9
**referencing** 179:3
**referred** 98:10
**referring** 137:17 177:7 177:13 179:5 237:5 239:19 278:1 288:1 330:9 335:7
**refers** 213:5 247:6
**reframe** 19:21
**refresh** 35:3 42:15,18 160:9 162:6
**refusing** 45:13
**regard** 322:11
**regardless** 92:24
**registered** 1:24 338:24
**regulate** 299:10
**regulations** 252:8
**regulator** 299:4
**regulatory** 127:10 250:10 254:11 258:18 258:23 268:17 269:1,4 271:21 272:6,16
**related** 15:5 23:20 26:22 29:12 57:1,13 67:8 84:19 106:1 113:7 165:14 179:8 180:17 185:1 201:23 212:25 272:19 281:25 289:2 306:1 310:5 318:25
**relates** 65:1
**relation** 12:7 108:23
**relationship** 233:17 315:15
**relative** 71:5,18 77:17,21,24 78:17 338:14 338:16
**relaxer** 1:6 12:9 62:15,23 63:19 64:4 73:5 74:2,18 74:23 77:23,25 79:8,12,21,22 80:3 85:4 86:8 86:18 93:10 95:7 107:8 108:7 117:25 126:4 129:17 135:11,14,18 136:6,12 138:15 140:9 142:21 143:23 146:20,21,25 147:4,25 153:7 157:18 166:22 184:15 189:4 191:3 192:23 194:2,21 236:22 237:19 241:5 248:8 249:13,18,22 250:20 251:9 259:10 275:17 275:25 294:1 295:22 299:15 305:1 309:17 310:8 315:11 315:15 319:12 320:14,17,18 339:4,4 340:1 340:1 341:1,1
**relaxers** 14:18 29:8,14 61:20 63:4 64:5,15 70:21 71:1,7 71:11,15,16,20 72:1,4 73:10 73:15,19,24 74:7,13,13 75:3,13,21 76:1,8,13,19 78:7,12,17,25 79:6 82:24 83:18 85:11,22 86:16,24 87:1 88:1,7,22 89:10,14,18 90:1,5,15 91:1 92:1,13,25 93:19,20 94:14 94:14 95:19 96:4,18 97:12 98:24 99:4

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 412 of 436 PageID #:75425



100:25 102:15 106:21 109:7 109:24 110:3 110:18 113:14 115:3,18 116:2 116:5,8 117:9 120:24 121:5 121:15,18 122:21,24 123:2,21 125:9 125:13 126:7 126:10,17,21 127:19 128:10 128:13,23 129:4 130:13 130:25 133:6 134:24 136:10 138:21 141:4 142:8 143:3,12 144:5 147:4 148:4,5 149:24 151:12,22 152:2 153:2 156:22 157:17 157:22 163:11 163:13 164:20 164:23 166:18 168:7 169:1,13 180:18,21 181:13,14 182:22 183:5 183:13 184:8 184:14,21 185:2,4,22 186:2,19 188:19 190:8 191:16,25 193:25 194:25 210:8 223:3,14 230:6 231:8,16 235:19,22 237:13 238:3,7 240:21 241:13 241:18 242:25 243:19 245:9 246:14,18 250:6 251:4 252:15 253:4 257:19 259:3 259:16 260:12 261:24 264:14 275:19 277:7 285:11 293:11 294:6,11 299:22 300:13 300:24 301:4 305:9,12 306:7 307:4,6,9,14 308:25 309:6 309:17,23 310:9,14 312:1 313:12 319:16 319:17 320:5,9 326:7 327:6,18 327:23 331:24 332:20,24 334:12

**relaxing** 85:19 90:8 135:8,25 140:4 142:2,11 144:24 145:15 145:20 247:11

**release** 136:21 136:25

**releasers** 123:16 136:9 136:17,19,25 137:18,22 142:4,9,12 181:16

**relevance** 60:21 161:23 173:25 314:24 316:3

**relevant** 65:14 82:24 133:5 138:7,19 139:24 140:1 181:2,6 184:19 186:5 187:17 187:20 235:13 246:13 257:15 258:6 263:2 264:13,25 268:5 281:23 282:3 284:22 293:17 327:8 332:18

**reliable** 104:11 104:17,22 105:6,8

**relied** 22:7 66:23 184:25 282:5 334:13

**rely** 19:23 22:5 166:6,9 173:11 216:23 260:9 263:23 269:5 272:17 282:23 301:13 316:9 317:8,9 318:14 335:8

**relying** 166:15 221:10

**remained** 294:3

**remains** 214:15

**remember** 19:3 20:16 33:20 34:6 89:3 128:7 155:24 160:16 236:25 237:10,25 238:23 239:4 239:10 240:24 241:9,21,22 242:22 245:12 252:10 264:6 314:11 320:24 321:8

**remotely** 15:11

**removal** 309:7

**removed** 74:3,7 87:21

**rene** 2:7 15:16 19:4 339:1

**repair** 48:16 131:19 133:22 138:4 150:14 152:6 156:4 167:17
**repeat** 62:1,18 70:23 104:14 145:17 164:14
**repeated** 309:24
**repeatedly** 123:13 128:18
**repercussions** 199:22
**rephrase** 307:12
**replication** 48:13
**report** 11:12,14 12:12,20 17:1 18:16 19:7,10 20:5,20 28:6 29:19 30:23 31:8,8 32:14 33:19 34:22,23 35:2 43:13,15 43:20,23,23 44:9 45:2,22 46:4,17,25 47:6,15,23,23 51:21 53:10,22 54:6,10,15,21 55:2,21 56:13 57:4,7,22 58:5 59:5,7 61:6,14 61:18 62:21 63:15 65:9 66:20 67:4,9 71:24 72:11 75:15,18 76:4 77:7 79:7,14 79:24 80:18 82:4 97:3 102:5 103:12 106:5 107:13 112:18 113:24 120:8,12 122:2 122:19 123:5 124:23 128:11 130:4 145:6 146:22,23 147:17 148:9 150:2,19 151:3 154:23 158:25 160:16 161:5 165:22 166:23 169:16 170:5 171:11 173:18 175:14 176:8 176:13,15 177:25 178:24 179:15,21 181:20,24 188:9 195:17 197:19 198:3 199:4 201:2 204:16 205:22 206:1 209:17 210:16,22 211:14 212:8 213:11 216:7 216:15,23,25 220:24 221:8 224:5 226:18 227:7,15 231:13 235:15 239:20 245:10 248:23 249:10 252:23 255:19 258:9 265:3,15 266:10,21 271:20 274:23 277:19 278:23 279:7,8,11 284:18 290:2 292:15 293:10 293:12,17 296:23 302:7 305:14 306:3 311:17 312:25 319:19 321:1 321:18,25 323:20 326:25 327:24 330:22 333:13 336:11 336:13
**reported** 121:15
**reporter** 1:24 1:25 15:3,21 225:1 338:24 338:25
**reports** 20:9,12 20:18 43:24 44:14,15,18 45:7,11,14,23 135:12 203:7
**represent** 195:16 205:1
**represented** 220:17
**representing** 2:2 3:2 4:2,12 5:2,14 6:2 7:2 7:13 8:2 9:2,12 10:2
**reproductive** 12:24 250:17
**reproductive...** 187:12
**require** 61:3,14 229:19
**required** 70:16 274:6 341:13
**requires** 61:24 62:3 328:18,25
**reread** 18:16 18:19 32:13 33:18 224:25
**research** 7:2 13:13 24:11 26:1 28:8,8 29:6 51:22 52:1 53:7 100:15 221:24 281:2,16,17,22

281:24 287:18 315:6
**residency** 24:9
**resolution** 13:21 219:6
**resource** 52:1 53:8
**respect** 134:1 232:21 234:5 252:9
**respectfully** 151:14
**response** 39:18 40:9,12 61:21 83:11 116:11 117:2,11,15 118:15,17 119:7 132:22 158:5 231:21 232:21 233:9 234:4 235:9 315:14 336:15
**responses** 132:23
**responsive** 34:12 65:4 96:19,22 99:1 129:24 147:20 235:3 271:17
**rest** 185:7 249:7
**restricting** 153:25
**result** 99:9,16 104:25 105:9 117:7 262:12
**results** 48:9 93:25 104:22 105:5 116:10 116:13 172:16 180:10 189:4,7 189:8 260:2 291:17 321:12
**resume** 24:20
**retained** 337:2
**retract** 202:20
**retracted** 201:18
**retracting** 202:25
**retrieved** 159:17,23
**return** 339:13 339:16
**reused** 219:9,9
**review** 29:3,5 41:13 55:22 57:18 66:10 125:13 126:4 126:17,21 127:18 128:13 137:23 160:14 162:7 173:10 173:16,17,24 174:7,12,15,15 174:16 201:5,6 202:1,2,9,11,18 217:14,18,19 218:6,16,18,21 218:23 219:2 219:18,20 220:13,13,20 222:17 237:5 241:10 245:10 246:12,23 280:22 312:23 313:9 339:7
**reviewed** 18:7 28:23 29:7 47:12 74:10 82:4 123:8,11 123:18 200:21 210:10 252:7 254:10 262:7 272:18 281:1 329:18 335:22 336:3
**reviewing** 31:24
**reviews** 173:14 201:23 202:15 202:16,22 217:23 220:20 237:11 241:21
**revised** 262:13
**revlon** 5:14
**reword** 57:24 199:10 200:2 205:11 331:20 334:10
**rewording** 198:11
**rider** 13:13 284:19 285:10 286:5 287:13 287:23
**right** 35:5,8 38:11,13 55:15 55:17,18 58:2 81:24 85:5 118:7 120:8 122:10 139:4 140:5 144:25 151:6 160:24 161:12,16 166:13 177:8 177:14 179:4 185:13 189:10 190:17 199:22 200:5,18 205:16 206:25 207:4,9 208:17 212:17 220:8 222:8 224:12 224:19 231:19 235:18 240:5 241:25 243:9 243:11 251:18 267:12 268:21 274:22 276:16 276:17 277:24 280:13 285:22 288:2 291:5 301:8 304:17

311:22 313:1 313:15 326:20
**rigor** 52:4 53:20
**risk** 12:8,10 13:16 34:18 35:20 40:3 65:15 71:6,19 73:5,16,19 74:4,19,23 75:16,24 76:25 77:1,8,11,12,15 77:18,22,24 78:17,21 84:5 84:20,22,25 85:14,18 86:10 86:14 88:9,15 88:20,23 90:25 92:23 93:9 94:7,8 95:4,21 95:22 96:19,23 97:12,19,23 98:3,24 99:11 99:12 101:9,13 102:5,10 105:11 106:22 107:7 108:23 109:21,24 110:12,23 111:3,5 112:7 112:11,25 113:7 116:15 117:8,17,24 118:19,22 119:5,13 120:23 121:11 127:4 133:8 147:13 148:10 164:18,22 171:4,17 172:18,21 173:1,3 174:3 175:2 177:4,12 178:20 179:13 184:22 186:11 187:15 194:8 194:12,14,25 246:22 262:7 264:20 289:9 289:12,14,21 291:19,23 292:25 306:8 308:6,21 311:5 311:7,8,10,14 314:19 315:12 318:14 319:1 319:13 323:19 324:20 326:7
**risks** 90:4 106:6 113:18 121:10 268:14 310:5 319:18
**road** 7:15
**robert** 292:7
**robust** 48:16
**rocha** 2:7 11:6 15:16,16 19:4 19:18 21:1,14 27:13,15 29:21 30:17 31:19 32:2,12,23 33:9,17 34:13 34:21 35:1,6 35:10,14,23 38:1 39:6,11 40:6,25 41:11 42:4 43:19 44:4,12,19 45:5,17 46:15 47:10,19 50:23 56:24 57:8 60:4,7 62:5,17 62:25 64:8 65:6 67:18 68:9,15 71:21 72:14 76:22 78:1 80:6 85:8 86:19 87:2 88:4 90:6 92:15 93:2,23 94:17 96:9 98:5 99:6 104:13,18 105:7,21 106:10,17 107:2,15 108:3 110:15 111:7 111:20 114:12 116:12 119:23 120:1,3 125:15 126:23 127:20 128:14 129:7 133:4 134:3 136:14 137:2 137:20 138:16 139:5 140:6 142:5 145:22 151:14,24 153:5 154:19 156:24 158:12 162:10 163:2 164:8 165:16 166:8 167:4 168:4,15 169:4 174:10 180:20 181:17 182:1,6 182:10,23 184:9 185:20 186:4 187:5 189:22 190:18 190:23 192:16 193:15 194:3 195:20 198:7 199:23 201:1 203:8 205:6 207:25 209:3 209:21 210:21 211:15 212:24 214:18 217:8 219:25 220:9 221:5 222:2,16 223:19,24 227:11,13 228:4 229:21 230:7,18,20 232:13,23

234:7 235:5 239:16,18,22 240:3 243:13 244:16 245:3,7 248:9 249:15 251:5 256:1 258:14 267:11 267:13,16 269:15 272:1 272:14 275:1 275:21 276:10 276:21 277:3 281:8 284:2 288:16 289:13 294:9 295:1,7 295:24 296:9 296:14 297:21 298:14,25 301:6 313:16 313:20 314:8 328:21,23 329:11,22 332:10 333:20 336:22 337:4 339:1
**rockefeller** 4:5
**rodents** 180:11
**role** 172:20 213:2 226:7
**rolls** 172:15
**room** 136:24
**roster** 4:15
**rough** 337:4
**roughly** 290:4 290:8 291:9
**rule** 12:12 95:12
**rules** 203:6
**run** 260:3
**running** 26:7
**ryan** 242:13

**s**

**s** 2:22 5:8 340:3
**sacc** 262:13,16
**sadler** 6:16
**safe** 134:1 274:16 283:18
**sake** 316:6
**sales** 1:7 14:19
**samet** 11:21 52:17,23 53:14 55:14 56:8 57:16 58:4,9 58:16 59:21,24
**sample** 294:2,3 294:24 295:6 301:1
**samples** 185:10 248:1 259:10 259:22 260:3 293:24
**sanitary** 242:14
**sara** 3:8 4:20
**sassan** 5:9
**satisfactorily** 16:2 338:4
**save** 153:9
**saw** 135:12 191:5 238:22 239:9 299:7 300:1
**saying** 38:9 174:11 221:7 237:11 241:22 241:23 243:17 244:6 250:21 262:24 281:10 302:5 305:10 308:5 310:17 311:6 328:11 330:24
**says** 42:12 46:3 52:23 53:5 55:6 56:9 68:19 100:12 159:19 160:19 163:19 165:5 170:25 172:4 172:15 178:7 180:10 206:8 207:22 212:11 214:12 224:13 225:1 256:20 257:3 260:22 262:6 265:21 266:13,17 270:9 273:10 279:15 280:3 283:12 284:19 285:5 287:14 291:7 303:3,5 318:21 321:2 325:7
**scalp** 62:16,24 76:2 142:22,25 143:6,8 294:7 296:21 303:8 305:9,10,22 310:6,14
**scastronuova** 3:12
**schildroth** 12:15 63:21 64:2 65:5 187:23 188:25 247:15
**school** 24:16 25:2 27:4 331:4,7 334:15
**science** 22:25 23:7,20,24 26:1 46:11 102:7 113:22 124:23 141:1 171:13 174:18 179:1 184:11 190:25 191:23 210:1 215:5 216:1 221:9 222:20,21 223:14 227:17 229:7 262:16 262:24 333:24 335:7

**scientific** 52:4 53:20 54:19 96:10 98:1,7 98:22 100:4 101:23 108:5 111:17,22 112:14 113:8 156:15,20 197:5 226:12 235:2 241:16 246:20 249:16 250:10 254:21 257:11 262:8 269:12 271:21 272:6,8 280:11 288:10 289:4,7 301:24 324:6 328:11,17,24 331:1,1 332:3 333:3,21 334:11
**scientifically** 78:20 225:23 274:5,15 332:5
**scientist** 21:6,9 21:24 40:11 47:21,25 48:4 50:7 60:9,13 60:15 67:2 68:11 79:15 94:22 99:9 101:16 102:12 126:7 128:7 170:1 173:11 174:14 180:24 192:25 194:7 208:3 210:12 234:9 252:17 256:9 270:19 272:17 284:7 299:25 308:23 318:12 328:1
**scientist's** 186:22
**scientists** 94:24 98:20 105:15 125:21 126:8 140:25 176:4 201:8 317:14 322:19 330:9 331:13
**score** 26:19
**scored** 26:19,20
**screen** 14:13 42:16 285:16 285:18
**screened** 125:3
**screening** 159:16,22 248:4 326:15
**screwing** 77:20
**script** 36:24
**scrotum** 143:8
**seamans** 5:15
**second** 28:22 43:10 69:4 97:16 122:3,6 132:5,16 170:21,24,25 172:2 178:18 202:1 217:14 219:18 224:11 260:21 279:9 281:15 283:11 287:22
**secrete** 226:24
**secreted** 224:14 225:14
**secretion** 225:6
**section** 28:14 67:6,21 68:1 79:8 86:6 103:12 112:5 112:19 119:24 131:5,10 133:16 141:10 148:12 155:22 155:23 156:10 170:8,21 171:21 176:18 176:21 178:7 178:13 179:21 183:17 197:19 198:2 204:1,19 206:7 208:8 209:10,25 211:3 212:11 214:20 215:19 216:21 221:1,3 221:21,23 235:18 239:20 239:23 247:13 253:24 254:25 256:15 258:8 260:16,22 262:1 263:6 265:3,21 273:7 273:20,23 296:22 307:7 314:21 316:19 322:2
**sectional** 188:10,15
**sections** 138:8 145:6 222:23
**sedran** 2:18
**see** 28:11 43:13 68:22 69:15 70:11 92:7,19 110:8,9,17 115:18 117:7 117:17,21 119:13,14 120:11 121:1 121:21 133:6 137:21 152:17 152:20,22 156:8 157:4,6 157:10 159:4,4 159:15,21 165:10 169:20 176:23 178:15 178:18 188:14 189:17 191:24 205:21,25 206:11,23

207:12,22 224:22 234:11 235:8,9,23 237:23 239:13 253:8 254:1 256:9,17 264:12 268:19 272:19 280:23 287:24 297:17 303:9 307:25 318:7 325:15
**seeing** 35:12 142:15 240:22
**seek** 282:1
**seem** 47:18
**seen** 14:12 189:15 210:10
**segal** 6:12
**segalla** 10:5
**selected** 172:7
**selective** 283:15
**sense** 26:8 120:25
**sent** 339:14
**sentence** 53:4 58:10,20 59:24 60:3 65:25 66:18 67:3,7 69:8 97:16 111:13 113:5,9 113:11 120:11 122:6 137:5 170:25 171:15 172:4,14 176:11,20 177:6,9,11,14 178:19,23 179:6 180:9 203:3,13 206:8 206:13 208:13 208:19 209:6 209:13 210:2,3 213:11,15 214:5,11 216:12 224:11 224:25 225:8 225:20 266:11 274:2 278:24 280:4 291:15 291:16 303:5 311:13 318:21
**sentences** 46:8 47:17 52:8 54:1 209:11 216:11,11 228:19 281:1 281:14 332:6
**separated** 30:10
**separately** 250:12
**sequential** 325:8
**serous** 111:5 144:17
**set** 199:10 221:22 329:7 334:8
**setting** 319:4
**setup** 307:17 308:3
**seven** 24:11 41:8 63:6 76:8 133:23 134:18 140:17 146:14 147:6,14 252:20 327:1
**several** 46:6 77:7 206:14 211:8 221:2 254:11 304:6,7
**sewage** 242:15 242:21
**shampoo** 129:17 135:16 135:25 142:18 320:17
**shampoos** 183:21
**share** 247:7
**shb.com** 4:10
**sheet** 239:5,7 339:11
**shipman** 7:14 7:18
**shipmanlaw....** 7:21,22
**shipra** 8:8
**shook** 4:4 15:15
**show** 37:20,22 38:25 39:2 48:22 49:3 99:5,11,12 118:15 120:15 144:2,4 154:15 155:15 164:6 164:10 179:22 190:16 191:9 215:14 237:1 263:22 269:22 295:25 299:13 300:12 301:1 315:10 317:18 317:18 326:11
**showed** 91:25 97:7 111:1 116:10,13 134:13 185:5 191:11 259:1 287:10 293:11 294:13 301:19
**showing** 159:25 215:15 300:23 325:25 326:10
**shown** 123:17 125:5 134:15 238:10 298:18 299:19 309:14 324:10
**shows** 24:20 140:10 192:3 300:15 317:1 332:16
**sic** 202:15 242:13

**side** 43:16,16 308:12
**sign** 339:12
**signaling** 12:22 201:22 207:16 208:21 217:16
**signature** 338:21
**signed** 339:19
**significance** 103:24
**significant** 84:22 85:18 86:10 88:8 92:23 95:22 99:11 103:20 104:7 107:6 110:2,12,25 116:15 117:24 119:21 120:6 121:2,11 154:15 189:20 190:22 256:25 258:12 315:14
**significantly** 315:11 319:12
**signs** 185:5
**similar** 54:10 110:20 131:15 150:12 157:2,6 163:3,6,10,13 178:22 202:18 203:18 311:1,2 317:2
**similarly** 254:16 284:19
**simple** 139:21
**simplistic** 134:9
**single** 48:7 55:25 121:25 134:25 135:1 165:6 206:15 228:1 269:25 317:8,9,23 329:17
**sister** 82:19 93:4 95:1 108:24 115:10
**sit** 32:19 45:1 227:25 245:23 303:25
**sitting** 249:21 259:22 289:20
**six** 76:8 97:7 98:23 127:13 171:19 282:9 283:5 296:6
**skin** 143:10 183:19 185:4 193:13 242:15 242:21 294:2,3 294:7,12,24 295:6 303:23 304:2 305:6
**skin's** 303:6
**skip** 53:13,18
**slow** 27:3
**small** 197:12 281:19
**smaller** 85:16
**smear** 155:5
**smehta** 8:10
**smith** 199:17 200:23 312:23
**smoke** 269:18 288:18,24
**smoking** 150:5 156:3
**smooth** 147:21
**smsm.com** 6:18
**soaps** 183:21
**society** 103:25 187:12
**solely** 22:7 76:2 283:25
**solutions** 339:23
**somebody** 128:8 135:21 194:10 238:21 332:13 335:17
**somebody's** 173:17
**sorry** 24:8 29:23 35:16 53:2 55:1 61:11,12 62:18 65:16 70:14 91:22 120:13 120:15 145:17 151:6 177:21 240:11 265:13 265:15,19 267:16 270:9 287:21 290:25 336:2
**sound** 274:5
**source** 222:14 329:10 330:6 331:6 332:9
**sources** 43:16 47:8 193:24
**south** 7:6
**speak** 258:20
**speaking** 134:7
**speaks** 43:17
**speal** 4:22
**special** 218:13 220:17
**specialist** 125:17 128:3 128:12
**species** 34:5 49:16 140:23 146:5 238:4 244:2 245:16 246:10 255:8
**specific** 63:20 64:20 89:12 130:25 144:14 150:2,25 154:2 156:1 162:2,21 166:5,11,23 168:11,13

175:6 194:4 227:6 249:9 253:8 259:5 263:10 264:7 269:14 276:20 284:20 286:20
**specifically** 115:15 154:24 162:22 178:4 179:7 210:11 240:25 253:24 282:1 299:18 300:18 310:19
**specifics** 130:4
**specimens** 281:21 282:6
**speculate** 172:19
**spent** 18:13 24:8 151:9
**spoke** 19:2 118:5
**spontaneously** 102:8
**spread** 171:2
**st** 2:13 4:19
**stage** 197:10 323:18
**stamped** 239:19 240:17
**standard** 34:7 130:5 216:1 217:2 219:19 220:21 221:13 221:17,24 222:12,18 231:12 244:8 255:6 269:1 328:5 334:8
**standing** 337:6
**stands** 223:1
**start** 26:11 28:9 33:21 98:6 111:22,22 119:11 173:9 204:19,22 253:24 265:18 273:1 281:16 307:8 328:22
**started** 98:19 118:20,24 242:18
**starting** 66:20 97:8 198:4 211:4 281:20 287:18 335:24
**starts** 69:5,21 96:10 100:4,5 100:10 122:4 159:22 161:19 176:22 206:8 224:22 278:25 280:4
**state** 3:5 15:9 15:11 16:18 54:10 60:12 78:5 79:14 84:19 105:25 121:7,10 171:8 200:3 201:10 227:9 241:4 254:3 278:2 280:20 316:10
**stated** 33:10 84:3,17 94:1 106:19 107:4 113:19 121:21 121:22 164:12 203:21 205:12 232:5 259:21 274:12 277:8 289:5 317:10
**statement** 67:11 70:1 98:2 113:12 120:9,14 173:6 176:8 179:1,3 210:4 226:13 273:14 319:2 321:1,25 338:11
**statements** 198:12 208:4 252:8 333:16
**states** 1:1 137:6 261:20
**stating** 107:3 199:25 205:10 221:10 279:16
**statistical** 103:23,25 164:11
**statistically** 86:9 92:23 103:20 104:7 110:1,12 116:14 117:23 119:21 120:5 121:2,11 154:15 189:19 190:22 256:24 315:14
**stay** 141:18 142:12
**stem** 293:16 295:12 296:5
**stenographer** 16:7 149:16 167:2
**step** 55:25 79:24 135:20 140:13 280:21 320:16
**stick** 151:3
**stimulate** 113:2 146:6 155:17 172:25 226:25 227:3 228:9,10 292:1 296:5 300:20 301:16 302:16 305:15 309:12 310:25 312:3
**stimulated** 91:16 101:21 103:10 125:1

180:8 203:24 297:1 299:7 316:9,12 321:22
**stimulating** 13:2 138:1 145:10 215:2 293:18
**stimulation** 102:24 138:24 179:23 199:13 216:20
**stimulators** 324:19
**stimulus** 212:12 214:8 321:3
**stomach** 147:20
**stop** 73:14 129:4 255:18
**storage** 260:1,6
**store** 260:7
**stored** 260:5
**straightener** 93:10,12 94:9 95:7 100:19
**straighteners** 12:5 82:1,25 83:18 84:23 85:11,19,22 86:16,24 88:1 88:7,21 89:13 90:1,8 91:1 92:1,13 93:1 93:19,20 94:15 96:4 101:10 106:21 109:7 110:4,18 115:15,23 183:5 189:5
**straightening** 84:12 86:3 87:13,15 88:2 89:2,6 90:2 100:14 107:24
**strand** 206:15
**strands** 255:16 316:20
**streams** 59:4
**street** 1:15 2:4 2:19 3:5,18 4:16 6:5 9:16 14:25
**strength** 69:9 69:10 316:24
**strengthened** 55:22
**strengthening** 57:17
**strengths** 318:2
**stress** 49:21 76:10 130:1 132:13 134:16 137:13 138:10 140:20 145:7 145:11 146:2 150:15 152:7 153:11 167:17 169:23 180:11 195:11 207:17 208:16,19,21 233:2 234:18 238:5 252:22 255:7,15 258:4 271:9 277:13 293:7 334:2
**stressed** 261:16
**strict** 258:23
**strike** 34:11 65:3 119:15 122:8 328:21
**strong** 69:22 70:3 80:8 82:7 101:19 230:24 230:25 252:17 291:23 306:8 308:21 311:14
**stronger** 69:12
**structure** 250:8
**student** 96:11 199:4 331:4
**students** 104:5
**studied** 103:15 123:4 147:1 156:3 157:2 184:13 249:4 297:20 300:17
**studies** 31:16 31:25 34:17,19 35:19 39:14,15 40:14 50:9,10 58:13 59:1,9 59:13 60:23 61:9,16,19 63:8,9,16 65:13 67:22,23 69:23 70:8,8,9 70:15,17 74:11 74:11 75:6 79:18,18,25 80:1,14,14,22 80:23 82:3 88:14 90:17 91:19 92:8 93:7 96:24 99:3,10,10,12 99:24 100:1,1 101:5,6,19 102:19,20,21 104:10,16 114:3 124:25 133:19 140:10 143:21 154:15 154:20,23 155:12 157:21 161:22 162:2,8 162:15,21 163:4,22 164:14 165:14 166:20 172:6 172:16 174:25 184:11,12,12 184:20,20,20 184:25 185:23 186:1 194:18

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 422 of 436 PageID #:75435



195:14 196:13 198:6,18 210:13,14 230:9,12 231:8 246:2,4,8,16,17 247:14 254:10 257:15 258:8 263:22 264:12 264:14,16 265:25 266:14 270:24,24 272:20 273:8 275:18,23 276:1 281:21 282:4 284:15 284:19 293:10 295:25 297:15 298:3,6,8 300:16,23 301:1 304:9 317:12,13 318:3,3 320:3 326:10,11
**study** 12:11 24:2 37:17,23 37:23 38:23 39:3,3 40:1 81:25 82:6,19 82:19,23 83:5 84:5,21 87:25 88:17 89:22 90:3,24 91:24 92:6,11,22 93:4,6 94:16 94:19,20,25 95:1,12 96:1,7 97:14 99:7,13 99:13,20 100:13 101:3 105:2,5,13,24 105:25 108:24 110:20 113:20 113:20 115:7 115:11,24 123:6 133:7 137:21 139:13 144:6 155:9 163:4,5 164:6 164:17 165:8,9 174:6 185:3,7 185:9,14 188:10,16 194:19,20 195:13 217:7 228:1 233:14 233:18,19 234:1 246:15 259:1,9 267:6 273:13 281:18 285:10 286:5,8 286:11 287:13 293:21,22,23 297:3,11 298:3 299:8 300:1,15 300:23 301:19 315:10 317:18 317:19,22 318:8,10,15,17 319:8,11 321:21 322:20 323:6,13
**studying** 273:18
**stuff** 136:9 137:7 142:15 163:20 239:4 246:2
**subclassificat...** 92:17
**subclassify** 119:11
**subject** 23:12
**submit** 200:20 202:1,5 217:14
**submitted** 331:5
**submitting** 19:10 201:3
**subscribed** 341:14
**subsequent** 13:15 257:9
**substance** 59:15 60:25
**substances** 48:22,25 49:3 128:9 172:18 274:13
**substitute** 94:2
**subtypes** 112:23
**suddenly** 140:23 146:7
**suffer** 73:9 75:2 75:12
**suffering** 76:18
**suffice** 69:24
**sufficient** 76:16 76:20 133:2 145:15,20 151:22 153:2 251:20 258:11
**suggest** 126:9 128:5 167:10 249:17 259:23 268:14
**suggested** 126:11 127:17 128:12 284:20
**suite** 2:5,12,20 4:6,18 5:6 6:14 7:7,16 8:6,15 9:6,17 10:7
**summary** 159:5 159:10,19 302:10 303:4 325:7
**supervisors** 25:23
**supplemental** 13:13
**supply** 142:7
**support** 26:13 77:8 112:10 165:1,15 173:5

174:7,22 175:1 176:12,13 179:1,3,19 198:11 214:16 214:23 226:13 226:19 246:17 256:22 258:11 267:5 292:24 301:25 307:10 332:22
**supported** 133:24 303:22
**supports** 210:3 216:12 228:1 254:14
**supposed** 142:24
**supposedly** 283:17
**suppression** 148:22
**suppressor** 302:17
**sure** 17:7 27:14 33:1 34:2 53:1 59:8 63:3,10 86:20 98:6 114:15 123:23 142:19 164:21 165:17 185:24 232:14 240:24 244:20 255:20 275:3 288:22 289:24 309:8 310:11
**surgery** 24:15 24:18,19,21 25:18 307:17 308:3 309:11 310:18,23 311:4
**surgical** 13:17 24:9 306:23 309:7,18 310:15,17,20
**surprised** 114:4
**survival** 247:17 247:19
**suspicious** 155:4
**swear** 15:21
**switch** 293:15
**switched** 24:22
**switching** 72:15
**sworn** 16:4 338:6 341:14
**synergistic** 131:6,16 134:21 135:4 139:8 145:5 146:16 149:3 150:11,17 155:23 156:8 157:4,11 167:15 168:8 168:14,21 169:14 170:2 266:2,16 267:1 267:8 269:11 269:13,24 270:9,18 271:13 274:20 277:11 287:8 325:16 326:4
**synergistically** 131:21 156:17 156:22 168:2 169:2,6 230:17
**synergize** 76:12 140:19 167:21
**synergy** 169:20 268:4
**synthesis** 11:23
**synthetic** 97:21 314:16 324:9
**system** 68:21
**systematic** 55:22 57:18
**systematically** 196:17
**systemic** 143:14,24 144:23 145:14 145:19 295:23 296:2 299:14 299:23 310:5
**systemically** 193:3 299:20
**systems** 9:13 39:21 48:16 245:24 254:6

**t**

**t** 2:23 3:11 4:9 4:21 5:10,20 6:9,17 7:10,20 8:9,18 9:9,20 10:10 340:3,3
**tab** 27:5 29:18 30:4 36:10 41:22 52:10 66:3 80:24 81:16,17 108:13 114:6 115:1 158:7 204:7,17 213:18 224:19 253:14 265:7 278:8 285:23 290:13,25 303:18 306:14 312:9
**table** 83:16 85:2,10 110:17 111:1 116:20 116:21,22 117:13,18,21 118:1,8,10,14 119:6,18,24 210:17 220:23 302:22
**tabs** 200:6
**take** 14:14 17:8 17:10,17 72:16

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 424 of 436 PageID #:75437



86:7 114:13 147:4,10 148:15 156:5 157:15,17 158:12,13 167:5 203:19 211:16 226:11 227:19 229:2 259:18 275:2 277:13 290:23 291:21 306:14 313:20 320:13 332:18
**taken** 23:17,21 24:1 27:22 43:2 72:21 107:8 114:19 158:17 187:3 200:22 211:23 275:7 314:1
**takes** 126:14 261:8
**talk** 34:2 40:8 51:5 59:8 60:20 61:17 62:10 93:7 101:7,12 106:4 114:25 124:14 132:3,20,21 134:24 135:24 140:18 141:20 143:15 146:18 148:14 153:12 167:16 170:20 170:20 177:25 179:24 190:6 192:20 195:5 197:16 211:18 213:3 215:4,5 222:20,21 223:12,13 234:15 235:16 264:24 270:1,5 272:13,19 273:1,21 277:4 282:9 283:1 293:4 299:11 300:9 302:9,19 308:24
**talked** 18:23 115:11 119:10 147:12 148:18 152:8 195:3 209:14 232:24 241:25 247:24 249:24 253:12 264:14 266:23 268:9 277:4 289:22 292:11 293:8,13 294:10 310:4 311:7,11 316:1 318:11 320:15 322:24 325:16
**talking** 17:17 19:17 33:21 55:4 91:24 99:23 110:20 118:1,8 129:12 133:10 134:25 135:2 136:2 138:6 146:11 146:13 154:10 154:11 169:19 194:11,14 201:4 206:1 212:25 213:1 224:6 228:13 235:16,20 238:13,19 239:12 244:10 249:5,10 255:21 260:13 261:12 264:18 267:19 268:6 269:21 270:11 271:14 273:4 277:6 281:16 283:9 287:11 288:6 297:18 300:10 302:14 307:15 310:19 312:25 322:10 326:23
**talks** 208:19,20 235:19 247:23
**tam** 213:5 214:14 224:14 225:1,14 321:15 322:4
**tamoxifen** 12:23 213:6
**tams** 212:14 214:13,17 225:6,24 226:13,19 227:7,9 228:2 321:5
**tang** 306:10,21 307:23 308:23 310:19,20 311:11
**tardy** 9:4
**target** 61:25 62:4 171:2 274:19
**targeting** 322:4 322:5 324:1
**targets** 177:9
**task** 79:4
**taught** 96:12 288:24
**teach** 104:4
**tech** 36:15 81:12,15,21
**tell** 84:6,10,14 86:2,22 90:3 94:6,21 95:20 98:19 130:12 168:11 175:4 210:17 249:22 303:25 304:8 310:10
**telling** 304:13 304:14

**temperature** 136:24
**ten** 34:1 60:23 63:6 88:12 95:16 109:20 134:19 146:14 147:6,15 152:4 196:9,14,20 198:3,8,13 204:19 206:2,6 208:8 244:1 245:14 252:20 259:23 271:5 327:2
**tend** 150:12
**tends** 131:15 157:5 168:17
**tenure** 25:4
**tenured** 25:1
**term** 152:16 247:6
**test** 35:7 97:11 130:1 254:6
**tested** 137:22 245:16 259:22 280:12 284:4 284:14 285:8
**testicular** 242:15,21
**testified** 16:5 34:16
**testify** 35:18 338:6
**testimonies** 239:9
**testimony** 17:4 32:19 33:4,5 40:20 41:17 42:11 43:9 44:8,24 45:1 56:19,20 57:6 71:22 84:24 123:9 133:1,13 133:25 174:9 181:10 185:17 187:2 221:6 222:12 243:14 245:4 251:6 305:8 309:5,16 310:13 327:13 337:2 338:12 339:9,17 341:8
**testing** 13:10 96:13,14 280:21
**text** 44:18 45:15 203:12 219:15
**texts** 45:4
**thank** 16:7,9 17:2,12 35:15 36:17 37:7 81:22 91:23,23 329:11 336:23
**thankfully** 270:20
**themself** 84:19
**theoretical** 268:14
**therapeutic** 322:18
**therapies** 13:19 306:25
**thesis** 331:13
**thing** 47:2 64:13,14 90:16 100:2 125:4 152:12 153:15 154:5 165:3 169:18 175:16 177:24 192:19 202:21 222:4 222:19 236:19 277:5 285:1 302:13
**things** 132:1 140:8 152:1 164:10 263:12 264:4 308:12
**think** 42:5 55:3 89:7 99:8 101:2,11 111:13 113:10 114:13 137:3 138:17 140:7 141:1,17 151:12,15 155:2 169:18 169:25 171:25 172:14 186:10 189:1,4 191:17 193:10 194:16 204:16 212:19 242:19 247:15 272:2,19 277:22 278:23 285:14,24 306:4 311:20 323:9 334:15
**thinking** 203:24 204:1,2 268:4 333:4 335:4
**third** 26:21 45:19 111:13 171:25 310:10
**thirty** 151:7
**thought** 33:10 112:20,23 219:1
**thousand** 47:22
**thousands** 92:9 105:1 133:11 139:14 141:1 241:8 288:25 299:16 335:10 335:12
**three** 98:17 108:8 125:2 147:10 253:2 259:10 286:23 291:20,22 292:23 311:15 317:11 320:4

**threshold** 132:4,8,15,20 132:24 134:8 135:2 139:7 140:22 145:25 146:7,17 154:6 190:13 229:20 231:21 232:1,6 232:8,9 233:2 233:4 234:21 234:25 261:3 267:22 268:10 274:16 277:15
**thresholds** 233:7
**throw** 156:18
**thyroid** 101:8 264:21
**till** 25:21
**time** 15:9 17:8 18:13 25:25 26:5 27:19,25 42:24 43:5 45:19 60:19 72:16,17,18,24 114:12,16,22 119:3 126:14 142:17 150:21 151:9,18 153:9 158:14,20 174:16 201:24 211:16,20 212:4 217:12 218:17 219:18 220:11,18 260:5 261:1 275:1,4,10 313:22 314:4 327:25 339:18
**timeframe** 339:8
**times** 18:24 46:7 48:13 67:9 73:4,9 74:17 75:2,7 75:11 85:13,15 92:25 93:11 95:8,8 107:9 107:10 110:21 110:22,24 116:2 133:7 154:11 171:13 198:21 223:8 336:17,18
**tissue** 63:4,17 64:16 89:17 90:10 106:4,9 143:3,13 144:7 152:18 192:10 193:3 253:9 299:23 306:7 307:6,9 308:25 309:5,9,19,22 309:24 310:7
**tissues** 64:1 171:3 175:1
**title** 77:5 175:4 228:23 229:2
**titus** 8:17,19
**tnf** 293:20
**tobacco** 269:18
**today** 17:4 31:9 32:20 33:5 34:3 39:10 44:8 45:2 101:11 103:2,8 148:19 150:21 173:23 227:25 245:24 249:21 267:18 268:4 269:1 293:8,14 303:25 316:1 318:12 331:22
**today's** 337:2
**together** 121:16 131:2 148:17 152:11 155:21 156:16 156:22 166:25 167:21 168:2 169:1 227:18 230:16 253:1 287:7 308:13 318:4 320:4
**told** 144:21 162:21 216:15 220:25 221:3
**took** 25:11 67:15 219:23 293:2 324:3
**tool** 248:4 285:16 326:15
**tools** 285:18
**top** 38:13 52:22 69:2 159:16 286:15 302:8 312:20
**topic** 126:25 201:22 202:4 292:5 307:18 307:19
**topics** 150:20
**totality** 50:8 79:16 104:3 121:24 165:7 165:12 317:10 318:4
**totally** 202:12
**touching** 338:8
**toward** 176:20 268:12
**towards** 280:21
**toxic** 33:22 34:4 75:20 89:19 130:8 134:17 136:22 140:15 146:5 150:1 153:13 169:23 187:12 187:15 243:24 244:7 245:13 250:16 259:3 270:10 271:14 301:12 303:22 305:1 319:24 327:1

**toxicities** 327:8
**toxicity** 186:8
**toxicological** 266:13 274:4
**toxicologist** 23:5
**toxicology** 23:6 23:9,22,24 124:19 126:16 265:24
**trace** 64:3
**traceable** 63:19
**trade** 69:6,9
**traditional** 25:3
**traditionally** 99:1 132:8 134:7
**transcript** 38:6 160:19 161:9 339:6,19 341:5 341:8
**transdermal** 303:14
**transparency** 52:5 53:21
**transparent** 11:23
**trauma** 13:17 306:24 309:18 310:15,17,20
**treat** 22:20
**treating** 197:10 324:17
**treatment** 88:21 90:3 129:14,18 133:10 135:15 135:25
**treatments** 84:12,15 85:24 86:4 87:13,16 88:3 89:2,6 91:9 139:15 141:23 176:5 322:11 323:15 323:22
**trial** 36:15 41:17 81:12,15 81:21 94:23
**tries** 261:18
**trigger** 312:1 327:3
**trivial** 136:25 137:4
**trouble** 170:23
**true** 20:21 22:17,21,23 23:12 29:8 31:5,18 32:25 34:20 40:5,24 41:10 43:18 45:16 47:9,18 48:7,10,14,17 48:20,24 49:5 49:13,16,21,24 50:2,5,19,22 51:3,9,17,19 52:8 54:5,13 57:22 59:6 61:25 62:4,16 62:24 63:1 65:23 66:1 69:18 70:10,17 82:12,16 83:1 83:13,19,23 84:2,8,12,16 89:11 90:5,25 92:3,14 93:1 94:16 95:21 99:5 101:1 110:5 113:15 115:16,24 116:2,5,8,11 121:8,14,19 130:20,23 164:18,19 179:14 196:24 198:19 214:17 226:20 244:15 244:19 247:8 271:25 280:3 280:13 281:7 282:6 293:24 294:4 299:15 307:5,14,15 327:25 338:11 341:8
**truly** 105:11
**trust** 124:15
**truth** 338:7,7
**try** 21:9 95:12 133:8 135:17 267:3 319:6 323:18
**trying** 139:25 151:15,17,18 162:19 176:4 240:9 315:1 322:21 323:2,5 324:8,24 326:22 330:11 334:10
**tumor** 63:4,17 64:16 78:22,23 152:16,19 153:21 192:10 193:3 212:14 212:23 213:8 213:12 214:3,7 214:12 215:8 224:6 225:4 226:23 227:16 253:6 258:16 263:19 264:2 292:14 299:23 305:20 320:23 321:5 327:10 327:10
**tumors** 147:18 147:19,20,20 149:22 192:10 192:11 284:23 305:18

**turn** 52:21 122:12 151:25 324:7,10
**turned** 196:3
**turning** 247:13 324:16,21
**turns** 17:17 79:1
**twice** 45:18
**two** 18:23 20:11,15 24:8 26:5,17,20 27:2 53:18 60:11 71:9,14 72:6,12 78:18 95:6 108:7 115:10 121:2 127:22 138:11 143:8 153:11 155:18 157:22 173:18 178:21 184:13,23 201:4,23 215:17 219:9 226:17 227:8 228:19 242:24 258:25 261:24 278:14 307:19 308:24 309:21 316:11,15 323:8 325:8,10
**twofold** 84:22 85:14 86:10 95:22 107:7 109:23 121:3
**tx** 6:15
**type** 78:22,23 87:20 96:21 103:6 135:12 138:11 140:10 152:18 164:3 175:5 186:9 193:5 194:9 246:22 252:14 253:9 258:17 261:24 310:18 322:25 323:1 334:21
**types** 32:17 33:13,16 34:10 36:6 41:4,9 46:21 98:18 155:18 159:12 160:5 165:20 184:23 186:15 206:14 246:11 257:24 264:7 289:3 308:8,16 308:17 311:1 311:11 316:15
**typical** 233:17
**typically** 21:6 88:13 90:22 92:7 99:20 100:3,5 101:17 111:21 113:21 123:13 132:3 132:18,20 142:14,16 158:4 169:21 180:22 184:16 319:20 328:10 328:12 330:24

**u**

**u** 36:24
**u.s.** 14:21 137:6 258:24
**ucsf** 75:24 307:19
**uh** 206:4 303:2
**unable** 284:24
**unbiased** 196:19
**uncertainties** 257:6
**unclear** 214:15
**uncontrollably** 215:9
**under** 41:20 44:5,8 66:18 67:21 116:24 117:10 119:6 122:2 260:22 261:2 262:6 321:12
**underestimate** 84:4 88:15 106:22
**underestimated** 88:19,24
**underestimates** 84:20 93:24 94:7,8
**underestimati...** 90:25
**undergo** 321:13
**undergoes** 48:12
**underlying** 310:1
**underpower** 106:6
**underpowered** 105:24 164:15
**underrepresent** 164:21
**underreprese...** 121:13 147:13 164:18
**underreprese...** 95:21
**underreprese...** 109:21
**understand** 21:15 76:14 78:2 139:18,22 144:21 151:16 176:6 229:15 234:24 236:11 236:13 244:11 248:23 294:20 296:8 298:13 310:16

**understanding** 41:1,5,12,19 43:22 44:5,20 87:20 136:7,15 141:22 142:3,6 151:2
**understates** 291:16
**understood** 17:14
**undertake** 125:13 126:4 126:17,21 128:13
**unfortunately** 323:17
**uniquely** 282:2
**unit** 14:16
**united** 1:1 261:20
**universe** 107:21
**unsettled** 291:14
**update** 242:23
**updated** 11:22 54:23 55:10 56:10
**upper** 161:12 161:16
**urged** 46:9
**urinary** 12:16 188:16 191:9 191:15 248:3
**urine** 63:5,17 63:22 64:4,17 64:22 103:5 127:3 144:7,20 189:15 192:1,6 192:22 193:4 248:1 257:22 299:24
**usage** 116:14 154:12
**use** 12:2,4,7,9 12:15 22:24 23:6,24 33:22 33:23 54:10 56:22 66:11 70:20,25 73:4 73:24 74:18,22 76:19 78:7,11 81:25 83:3,8 84:8,23,25 85:1 87:16 88:2 92:1,12 93:10 95:15 96:3 100:14,19 101:16 102:13 105:8 106:13 106:15 107:24 108:22 109:11 110:19 113:17 114:5 115:22 116:11,24 117:10,14,20 117:23 118:5 118:14 121:15 121:16,16,22 129:22 130:12 137:3 140:12 142:22 143:25 155:7 157:18 160:25 163:13 164:20 165:7 181:12 189:5,9 189:9,9,14 191:16 195:12 195:17,18 202:5,12,23 203:3 205:22 217:1,18,23 218:18 220:12 220:19 221:8 222:13,22 223:5 228:24 232:15 234:2 243:24 275:19 281:22 285:15 287:10 288:4 295:22 299:15 300:13 309:6 309:17 310:13 315:15 316:20 317:14 318:12 330:7 331:6
**used** 21:13,19 49:9 54:17 56:15 61:5,13 61:15 82:23 90:2 92:25 93:12,20 94:13 95:17 103:2,5 103:18 109:15 116:2,5 118:20 119:2 129:23 130:5 136:10 185:4 188:19 189:24 190:8 193:7,10 198:20,21,22 218:20 219:14 235:22 244:7 248:3 249:24 259:13 261:5 271:16 280:16 293:25 320:9 326:14 327:25 333:11,12 339:19
**users** 75:8,8 83:17 86:15,23 87:25 89:22,25 110:3,5,13
**uses** 83:13 109:6 195:9 196:20 221:12 244:8
**using** 13:11 31:25 73:14 83:22 84:1,7 84:15 85:22,23 86:17,25 87:23 94:9 129:4 142:24 163:12 178:25 203:1

217:11 222:1 222:10 261:9 262:24 287:3 293:23 329:20 334:20 336:16
**usually** 96:14 135:11 156:2 179:2 315:1
**uterine** 12:6,10 22:21 29:15 63:11 70:22 71:2,6,12,16,19 72:2,4 73:6,10 73:16,20 74:4 74:14,24 76:1 76:20 77:16,18 77:22 78:8 80:3 82:2 83:17 84:5,25 86:11,17,23 88:9 89:25 90:21 91:2,10 91:25 92:3,14 92:24 93:18 94:13 95:4,23 96:5 97:12,20 97:23 98:3,14 100:15,21,25 101:21 102:2 102:16,24 103:18 108:1 108:11 112:20 115:2 116:15 117:24 120:10 120:24 121:6 121:12,18 122:25 124:6 124:18,25 125:9 128:23 129:5 130:13 130:22 133:3 134:2 138:8,22 138:24 141:5 143:16 144:13 145:16,21 147:2 148:1,5 148:11 151:23 152:15 153:3 153:17 154:17 154:25 155:5 155:15 156:23 157:19 164:12 166:4 168:3 169:2,13 171:1 171:3 175:10 177:9 178:2 179:7,22 180:6 180:14,18 181:4 183:15 186:12,12 194:1,25 195:18 199:13 203:23 209:23 210:8,24 211:3 213:1 221:1,12 223:2,15 230:19 231:9 231:17 232:21 233:11 234:5 235:3 242:25 243:19 244:14 245:6,9 246:18 249:19 251:10 252:16 253:1,4 257:16,20 258:2,17 259:6 261:22 263:11 263:15,21 275:19 289:10 293:17 298:9 298:12,20 300:19 301:2,5 302:19 310:25 312:4 313:4 314:18 315:12 315:16 316:8 320:6 325:1 326:8,13 327:4 327:8,11,15 332:1,21,24 334:13
**utero** 185:19,23 186:2
**uterus** 147:22 212:13 296:21 321:4
**utilize** 102:17 102:18
**utilized** 121:23 327:23 330:5

**v**

**v** 339:4 340:1 341:1
**vaginal** 98:16 181:5 186:13
**valid** 80:4
**valsartan** 242:6 242:8
**value** 110:24
**variable** 95:11
**variables** 95:13 99:16 105:16
**various** 39:14 51:6 63:25 90:13 106:15 131:13 158:2 177:1 254:5 292:1 293:18 294:12 302:18 303:21
**vascular** 304:21 305:6 305:25
**vascularized** 143:9 305:11 305:23
**vaseline** 320:16
**vast** 180:10
**verbatim** 44:10 44:17 45:3,15 46:8 47:7
**verify** 339:9

**veritext** 15:2,4 337:3 339:14 339:23
**veritext.com** 339:24
**version** 277:20
**versus** 75:7,7 77:1 83:15 95:8 124:21 132:10 140:11 140:12,12 163:11,12 201:6 242:13 315:17,18
**vessel** 143:6
**vessels** 143:7 143:14 304:24 305:2,19
**video** 14:14,17 15:1
**videographer** 10:15 14:5 15:2,20 27:19 27:25 42:24 43:5 72:18,24 114:16,22 158:14,20 211:20 212:4 275:4,10 313:22 314:4 336:25
**videotaped** 1:12
**view** 133:17 134:10 163:24 186:22 236:7 317:20
**virtual** 149:7 278:4 282:22 283:18
**virtually** 14:9
**vitro** 48:23 70:9,17 172:6 185:9,19 254:6 281:22 282:4 293:23 300:23
**vivo** 185:14 254:6
**voelker** 4:15

**w**

**wacker** 8:5 9:5
**wait** 52:24 78:2 122:7 159:16 159:20 205:25 279:9 295:19
**walnut** 2:19
**want** 33:21 34:22 35:1,6 42:17 60:11,20 62:8 93:6 100:11 105:1 124:12 127:7 130:1,16 141:20 156:11 160:21 170:19 170:20 204:12 204:15 205:11 205:22 244:20 252:19 283:6 289:15,19 309:2 335:4
**wanted** 54:3 58:1 67:19 97:11 107:21 120:21 220:16 334:2
**warnings** 187:13
**warrant** 69:13
**warranted** 100:16
**wave** 89:5
**way** 101:24 126:8 181:6,7 183:20 186:10 196:1,16 209:16 211:18
**ways** 37:15 38:21 40:11 162:19,19 215:13 286:24 331:20
**we've** 29:17 42:10 55:4 58:20 72:14 81:24 114:13 170:23 189:12 195:3 220:5 230:1 234:25 266:22 278:18 313:21 316:1 324:9,11
**weaker** 69:11
**week** 18:24
**weight** 262:8
**weinberg** 149:13,18 292:7,7
**went** 75:17 95:3 178:3 202:24 285:8
**west** 8:14 9:16
**white** 12:8 82:15 93:5 108:22 109:4 110:1 113:4 143:18,19 166:19 264:15 318:16 335:25 336:6
**wideikis** 8:4
**wiedner** 5:4
**wilmington** 7:17
**windows** 161:1
**winn** 2:14 15:18,18 37:5
**withdraw** 218:1 219:1 290:1 307:11
**withdrawn** 22:5 33:4 44:25 53:17 61:4 63:15

Case: 1:23-cv-00818 Document #: 1828-16 Filed: 05/05/26 Page 432 of 436 PageID #:75445



71:4 76:16 77:16,19 89:23 93:16 118:21 140:1 156:17 161:20 167:24 180:15 181:11 182:19 196:21 197:20 215:25 217:5 218:5 229:17 241:15 262:20 276:23 289:6 295:16 295:19 300:5
**witness** 11:3 14:12 15:21,25 30:14,19 81:5 192:14,18 204:12 213:24 224:1 239:21 239:24 240:6 240:11 265:12 267:14 278:13 296:17 303:19 313:17,19 338:12,18 339:8,10,12,18
**wmlaw.com** 5:11,12
**woman** 73:4,9 74:17,22 75:2 75:11 121:1,12 144:17 184:5 185:17 186:9 189:24 191:3 193:23 194:12
**women** 73:14 73:14,22 75:6 83:22 84:1,7 84:11,15 85:21 86:3 87:25 88:12 89:21 90:22 92:9,19 92:24 93:5,5,7 94:11 98:11,15 100:18 107:7 109:21 115:20 115:22 116:1 117:13 118:20 118:23 119:2 120:22 121:15 124:18 154:18 155:4,14 164:11,22 175:22 181:5 186:13,16 187:3 188:18 188:18 190:2,7 191:18,19 257:23 291:19 300:13 310:14
**women's** 12:10 115:7
**wonder** 170:23
**word** 98:22 101:17 102:11 103:18,18 105:8 113:17 114:5 121:23 137:4 318:13
**worded** 115:17
**wording** 33:20 334:3,10
**words** 198:25 203:18 207:3 330:11
**work** 16:21 87:6 89:14 90:9 91:19 130:17 139:10 143:12 146:10 154:8 187:19 201:7,19 203:1 203:2,10,14 216:2 217:12 218:20 221:4 221:16 268:6 331:5 332:8 335:17
**worked** 323:24
**working** 267:24 268:16 284:8
**works** 126:8 223:18 267:24
**workshop** 201:12,15
**workshops** 196:5
**world** 94:24 125:19 201:21 202:4 217:15 218:11,15 220:15
**worldwide** 9:2 33:25
**worrisome** 192:22
**worse** 46:5 131:22 144:18 269:24 271:12
**wounding** 75:15,22,24 76:2,3,12,23,24 77:5,6,8,9 106:3,8 183:18 185:6 306:7 307:6,16 308:3 308:5,21 309:9 309:19 311:5,6 311:13
**wright** 7:14
**write** 100:2 203:12 265:24 321:11 322:3
**writing** 281:12 338:11
**written** 127:16 173:18 203:3
**wrong** 122:9 255:25 290:20 290:24
**wrote** 20:18 75:15 79:23 113:10 191:18 314:15 321:17 326:25

x

**x** 224:13 225:9
**xenograph** 297:4

y

**yeah** 21:7 28:12 30:19 41:19 58:15 79:10 107:16 107:20,20 128:2 135:9 153:6,7 162:1 171:8 177:22 177:24,24 178:15,17 179:15 181:7 182:11 185:3 190:19,19 193:10 201:20 204:24 205:24 224:18 225:13 230:22 236:17 237:9 240:3,6 240:11,15,15 240:16,19 241:20 243:4 247:14 254:24 265:18 272:15 273:15 278:13 279:25 290:7 304:13 323:24
**year** 26:18 27:2 75:7 88:17 92:25 93:11 107:9 110:22 110:22 116:2 127:6 133:7 154:12 163:11 180:7 188:19 248:18 251:23 323:10,10 336:17,18
**years** 23:17,21 24:1,8,11 25:17,17 26:20 33:19 34:24 51:25 53:5 60:23 74:22 88:12,15 90:19 95:1,16 98:12 99:18 105:2,4 109:20 113:11 116:4 118:24 125:2 151:7 164:16 173:10 173:17,24 174:17 196:14 197:4 202:5,15 217:20 220:21 245:11 246:24 259:23 266:8 267:18 268:3 273:16 274:10 307:20
**yesterday** 18:25
**york** 3:7 4:7 5:18
**young** 188:17 191:19

z

**zantac** 11:17 12:13 30:24 31:4,8,11,12,17 31:25 32:6,8 32:10,21 33:3 33:6,7 34:16 34:17 35:18,19 36:1,4,8,18 39:16 40:21 158:25 159:12 160:10,14,19 161:5,9 162:9 163:1 164:25 164:25 165:13 165:14,18,23 165:25 166:1,4 166:6 236:12 242:1 243:7 246:21 247:3,3 247:4
**zantac's** 31:23
**zebra** 297:7
**zheng** 64:20 127:5 144:15 192:20
**zoom** 2:17 3:3 3:16 4:3,14 5:3 6:3 7:4 8:3,12 9:3,14 10:4 19:9
**zoughool** 12:19 208:24

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.