# Exhibit 17

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING | )Case No.1:23-cv-00818 |
| SALES PRACTICES AND PRODUCTS | )MDL No. 3060 |
| LIABILITY LITIGATION | )Judge Mary M. Rowland |

The deposition of SAMEER SHARMA, MD, called by the Defendants for examination taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, before Valerie Calabria, CSR, RPR, taken at 10 North Dearborn Street, 6th Floor, Chicago, Illinois, on February 19, 2026, at 8:38 a.m.

Job No. 7852524

APPEARANCES:

DOUGLAS & LONDON, P.C.
BY: MS. STEPHANIE O'CONNOR
MS. SARA CASTRONUOVA
MS. LARA J. SAY (via videoconference)
MS. KRISTIN PADDEN (via videoconference)
One State Street, 35th Floor
New York, New York 10004
212.566.7500
soconnor@douglasandlondon.com
scastronuova@douglasandlondon.com
lsay@douglasandlondon.com
kpadden@douglasandlondon.com

appeared on behalf of the Plaintiffs;

DICELLO LEVITT LLC
BY: MS. DIANDRA "Fu" DEBROSSE (via videoconference)
MS. ALEXIUS MILLER (via videoconference)
MS. OMEGA L. ADAMS (via videoconference)
505 20th Street North, 15th Floor
Birmingham, Alabama 35203
205.855.5700
fu@dicellolevitt.com
amiller@dicellolevitt.com
oadams@dicellolevitt.com

appeared on behalf of the Plaintiffs;

LEVIN SEDRAN & BERMAN, LLP
BY: MR. FREDERICK S. LONGER (via videoconference)
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
215.592.1500
flonger@lfsblaw.com

appeared on behalf of the Plaintiffs;

CLAUSEN MILLER P.C.
BY: MS. VALENTINA BARTOLOMEO (via videoconference)
225 West Randolph Drive, Suite 700
Chicago, Illinois 60606
312.855.1010
vbartolomeo@clausen.com

appeared on behalf of the Defendant John Paul Mitchell Systems;

APPEARANCES: (Continued)

COSTELLO GINEX & WIDEIKIS, PC
BY: MR. DAN COSTELLO
MR. MICHAEL P. TURIELLO
150 North Wacker Drive, Suite 1400
Chicago, Illinois 60606
312.850.2651
dcostello@cgw-legal.com
mturiello@cgw-legal.com

appeared on behalf of the Defendant House of Cheatham, LLC, and Beauty Bell;

SEGAL MCCAMBRIDGE SINGER & MAHONEY
BY: MS. CHRISTINA A. DENMARK (via videoconference)
100 Congress Avenue, Suite 800
Austin, Texas 78701
512.476.7834
cdenmark@smsm.com

appeared on behalf of the Defendant House of Cheatham;

GOLDBERG SEGALLA
BY: MS. LYNN A. LENHERT (via videoconference)
8000 Maryland Avenue, Suite 640
St. Louis, Missouri 63105
314.446.3350
llenhert@goldbergsegalla.com

appeared on behalf of the Defendant AFAM Concept, Inc., d/b/a JF Labs;

HEYL, ROYSTER, VOELKER & ALLEN
BY: MS. SARA PEAL (via videoconference)
701 Market Street, Suite 1505
St. Louis, Missouri 63101
314.241.2018
speal@heylroyster.com

appeared on behalf of the Defendant Advanced Beauty, Inc.;

APPEARANCES: (Continued)

DINSMORE & SHOHL LLP
BY: MS. ROBYN B. EISEN (via videoconference)
Six PPG Place, Suite 1300
Pittsburgh, Pennsylvania 15222
412.288.5884
robyn.eisen@dinsmore.com

appeared on behalf of the Defendant McBride Research Laboratories, Inc.;

MCGUIREWOODS
BY: MR. PATRICK P. CLYDER (via videoconference)
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
312.849.8100
pclyder@mcguirewoods.com

appeared on behalf of the Defendant House of Cheatham, LLC;

ECKERT SEAMANS CHERIN & MELLOTT, LLC
BY: MS. KELBEY J. DECK (via videoconference)
275 Madison Avenue, 10th Floor
New York, New York 10016
646.513.2133
kdeck@eckertseamans.com

appeared on behalf of the Defendant Revlon;

LITCHFIELD CAVO, LLP
BY: MR. JOSEPH P. SULLIVAN (via videoconference)
303 West Madison Street, Suite 300
Chicago, Illinois 60606
312.781.6677
sullivanj@litchfieldcavo.com

appeared on behalf of the Defendant Golkow;

APPEARANCES: (Continued)

WIEDNER & MCAULIFFE, LTD.
BY: MS. KRISTEN SCHANK (via videoconference)
One North Franklin Street, Suite 1900
Chicago, Illinois 60606
312.855.1105
kaschank@wmlaw.com

appeared on behalf of the Defendant Avlon Industries;

MARON MARVEL BRADLEY ANDERSON & TARDY LLC
BY: MS. KEERTHI MADALA (via videoconference)
MR. ROBERT E. DILLE (via videoconference)
191 North Wacker Drive, Suite 2950
Chicago, Illinois 60606
312.767.1314
kmadala@maronmarvel.com
rdille@maronmarvel.com

appeared on behalf of the Defendants Murray's Worldwide and Luster Products.

ALSO PRESENT:

Nick Page, videographer
Stefan Oxley, paralegal

(via videoconference)
Joshua Bostic, concierge
Scott VanCompernolle
Shakuwra Shaw, Esq.
Julia Steiner, Esq.

* * * * *

Reported By: Valerie M. Calabria, CSR, RPR
License No.: 084-003928

INDEX


| WITNESS | EXAMINATION |
|---|---|
| SAMEER SHARMA, MD | |
| BY MR. COSTELLO | 11 |
| BY MS. O'CONNOR | 287 |
| BY MR. COSTELLO (Further) | 302 |


EXHIBITS


| NUMBER/DESCRIPTION | | PAGE |
|---|---|---|
| Exhibit 1 | Notice of deposition | 14 |
| Exhibit 2 | Plaintiffs' Steering Committee's response and objections to notice of deposition | 17 |
| Exhibit 3 | Statement of compensation | 31 |
| Exhibit 4 | Expert report | 37 |
| Exhibit 5 | (not referenced) | |
| Exhibit 6 | "Impact of EDCs on Hormone-Sensitive Cancer" Endocrine Society | 79 |
| Exhibit 7 | American Cancer Society, Ovarian Cancer | 103 |
| Exhibit 8 | American Cancer Society, Ovarian Cancer Risk Factors | 105 |
| Exhibit 9 | American Cancer Society, About Endometrial Cancer | 115 |
| Exhibit 10 | American Cancer Society, Endometrial Cancer Causes, Risk Factors, and Prevention | 162 |

EXHIBITS


| NUMBER/DESCRIPTION | | PAGE |
|---|---|---|
| Exhibit 11 | "Endometrial Cancer," National Institutes of Health | 120 |
| Exhibit 12 | "A Matter of Race: Early Versus Late-Stage Cancer Diagnosis," Health Affairs | 135 |
| Exhibit 13 | "Estrogen Receptor Function: Impact on the Human Endometrium," Frontiers in Endocrinology | 144 |
| Exhibit 14 | "Endocrine disruption of oestrogen action and female reproductive tract cancers," Thematic review | 148 |
| Exhibit 15 | "Cancer statistics for African-American and Black people, 2025" | 152 |
| Exhibit 16 | "Ovarian Cancer—Epidemiology, Classification, Pathogenesis, Treatment, and Estrogen Receptors' Molecular Backgrounds," International Journal of Molecular Sciences | 173 |
| Exhibit 17 | "Ovarian Cancers: Evolving Paradigms in Research and Care," National Academies Press | 175 |
| Exhibit 18 | American Cancer Society, Ovarian Cancer | 188 |
| Exhibit 19 | Endometrial Cancer Prevention National Cancer Institute | 199 |
| Exhibit 20 | "Hair care practices and their association with scalp and hair disorders in African American girls," Elsevier | 202 |

EXHIBITS


| NUMBER/DESCRIPTION | | PAGE |
|---|---|---|
| Exhibit 21 | "Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by Black women," Elsevier | 207 |
| Exhibit 22 | "Chemicals of concern in select packaged hair relaxers available on the Kenyan market: An examination of ingredient labels and measurement of pH," Frontiers in Public Health | 219 |
| Exhibit 23 | "Safety of chemical hair relaxers: A review article" | 229 |
| Exhibit 24 | "Personal care product use and urinary phthalate metabolite and paraben concentrations during pregnancy among women from a fertility clinic," National Institutes of Health | 234 |
| Exhibit 25 | "Hair product use and urinary biomarker concentrations of non-persistent endocrine disrupting chemicals among reproductive-aged Black women," Elsevier | 243 |
| Exhibit 26 | "The Sister Study Cohort: Baseline Methods and Participant Characteristics" | 253 |
| Exhibit 27 | "Use of straighteners and other hair products and incident uterine cancer." | 265 |
| Exhibit 28 | "Hair relaxer use and risk of uterine cancer in the Black Women's Health Study," Elsevier | 277 |

EXHIBITS

| NUMBER/DESCRIPTION | | PAGE |
|---|---|---|
| Exhibit 29 | "Use of hair products in relation to ovarian cancer risk" | 282 |

THE VIDEOGRAPHER: Good morning. We are going on the record at 8:38 a.m. on February 19, 2026. Please note that the microphones are sensitive and may pick up whispering and private conversations. Please mute your phones at this time. Audio and video recording will continue to take place unless all parties agree to go off the record. 08:39

This is Media Unit No. 1 of the video-recorded deposition of Dr. Sameer Sharma, MD, MBA, taken in the matter of In Regards to Hair Relaxer Marketing Sales Practices and Products Liability Litigation. 08:40

The location of this deposition is being held at the offices of DiCello Levitt located at 10 North Dearborn, Chicago, Illinois. My name is Nick Page, representing Veritext. I'm the videographer. The court reporter is Valerie Calabria, also from the firm Veritext. I'm not related to any parties in this action, nor am I financially interested in the outcome. 08:40 08:40

If there are any objections to the proceeding, please state them at the time of their appearance. Counsel and all present will now state their appearances and affiliations for the record, beginning with the noticing attorney. 08:40

MR. COSTELLO: Dan Costello and Michael Turiello on behalf of House of Cheatham and Beauty Bell.

MS. O'CONNOR: Stephanie O'Connor, Douglas & London, on behalf of the MDL plaintiffs and the witness. 08:41

MS. CASTRONUOVA: Sara Castronuova, attorney for plaintiffs, Douglas & London.

(Witness duly sworn.)

SAMEER SHARMA, MD, 08:41

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. COSTELLO:

Q. Can you please state your name. 08:41

A. Sameer Sharma.

Q. Dr. Sharma, have you given depositions before?

A. I have.

Q. On about how many occasions? 08:41

A. Three.

Q. Okay. And in what context were those depositions given?

A. For a medical malpractice case and also a couple for a morcellator case. 08:41

Q. I'm sorry?
A. A morcellator. A uterine morcellator.
Q. Okay.
A. Product liability.
Q. A product liability case? 08:42
A. Mm-hmm.
Q. Is that a yes?
A. Yes, yes. Sorry.
Q. Okay. We're going to go through some rules here in a minute. 08:42
Just following up on the depositions that you've given, when was the last time that you testified in a deposition?
A. 2018.
Q. Okay. And what was the nature of that case in 2018? 08:42
A. It was a uterine morcellator case.
Q. Obviously, we're here today. There's a court reporter. There's a videographer. I'm going to be asking you questions about your retention in this case as an expert witness, and so a couple of ground rules just to make sure we're on the same page. 08:42
First and foremost, if I ask you a question and you answer, is it okay to presume that 08:42

you understood my question?

A. Yes.

Q. Additionally, in the course of a regular conversation, you and I may be talking and you might anticipate the question I'm going to ask and 08:42 you answer it before I have a chance to get it all out. I would just ask that you wait until the entire question is out before you answer, just to make sure that the court reporter can capture both the question and the answer. I'll try and extend 08:43 the same courtesy to you. Okay?

A. Understood.

Q. Additionally, there may be times today where I'm asking you questions that are a yes-or-a-no question. I ask that you can answer 08:43 them yes or no. If you can't answer it yes or no for some reason, just say "I can't answer it yes or no." Okay?

A. Okay.

Q. Additionally, I may be asking you some 08:43 questions regarding your experience, knowledge, or training. I would just ask that -- you know, if you answer the question, that we're going to presume that you're answering them in your professional capacity to a reasonable degree of 08:43

medical certainty. Understood?
A. Correct.
MR. COSTELLO: Okay. I'm going to show you -- I'm going to hand them to her throughout the deposition, she's going to mark them, and then 08:44 we're going to go ahead and distribute them to everybody.
(Sharma Deposition Exhibit 1 was marked for identification.)
THE CONCIERGE: Is this document Exhibit 1? 08:44
MR. COSTELLO: Yes. We were just marking it, so I haven't had a chance to go on the record. But, yeah, this is Deposition Exhibit No. 1. I did introduce it already.
BY MR. COSTELLO: 08:44
Q. Doctor, I've handed you what was marked as the notice of deposition for today. You have that in front of you?
A. Yes.
Q. Were you provided a copy of this prior 08:44 to giving your testimony here today?
A. Yes.
Q. And if we look on this document, if we scroll down -- I'm sorry, "scroll down" -- if we go to the fourth page, please, there's some requests. 08:45

A. Okay.
Q. And if we go through page 4 and 5, there's 1 through 9, those requests for documents. Did you review this deposition notice prior to sitting here today and perform a search for the responsive documents? 08:45
A. Yes, I did, in conjunction with --
Q. Okay.
A. -- the attorney.
Q. And did you maintain a file for this, an electronic file? 08:45
A. For this document?
Q. For the work that you've done in this case, did you maintain an electronic file?
A. No. Just my working document or the report. 08:46
Q. And so is your report a compilation of all of your opinions in this case?
MS. O'CONNOR: Objection.
But you can answer. 08:46
THE WITNESS: Correct, for the most part.
BY MR. COSTELLO:
Q. And as far as the research that you did in conjunction with drafting your report, is that stored somewhere electronically? Or how do you 08:46

keep that information?
A. It's -- I mean, it's a working document, so it was -- there's many versions of it. It's stored on -- it's stored in a Dropbox.
Q. Okay. And I guess what I'm asking is, 08:46 for instance, if you reference a study or other information that you used in preparation for your report, did you store that in a Dropbox folder as well?
A. Well, I have a Dropbox folder that has a 08:47 lot of the studies in it.
Q. And do you have a hard copy of anything that you worked on for this case?
A. Yes. So I have a copy of my report, a written copy and a printed copy, and then I have 08:47 some segregated articles from -- some of the key articles or articles that would be frequently referenced based on my, you know, assumption of what you may be asking. And then there's a comprehensive list of all the references that were 08:47 used.
Q. Okay. And so you have that in front of you and off to the right in a binder, the hard copy?
A. Correct. 08:47

Q. And as far as the documents that you may have stored electronically, that's something that you can access and produce if you're requested to do so; is that correct?
MS. O'CONNOR: Objection. Objection. 08:48
You can answer.
THE WITNESS: Yes, I guess.
MS. O'CONNOR: In response to the witness producing any documents, he'll be guided by counsel, and that will be taken under advisement. 08:48
(Sharma Deposition Exhibit 2 was marked for identification.)
BY MR. COSTELLO:
Q. Okay. Doctor, I've placed in front of you Exhibit No. 2. You have that? 08:48
A. Yes.
Q. All right. And this is the plaintiffs' steering committee's response and objections to defendant's notice of videotaped deposition of Sameer Sharma MD, MBA. And if we look on page 5 -- 08:48
A. Okay.
Q. -- the request is "A complete copy of Dr. Sharma's file in this case, including all published and unpublished literature, documents, notes taken, medical records, pleadings, 08:49

depositions, expert reports, and any other materials or data reviewed or relied upon by Dr. Sharma in formulating any opinions offered in the case." And then it goes on to ask for published literature and Bates-numbered documents already produced in the litigation. 08:49

I just want to make sure that we're clear, because I think you indicated for the record a couple moments ago, is that your complete file, then, the materials that are the hard copy that are in front of you and off to the right? 08:50

MS. O'CONNOR: Objection to form. You may recall, Dan, that Dr. Sharma testified that this large binder contains the specific references. He also has the materials considered list. 08:50

THE WITNESS: Yes, this binder contains references and materials considered.

MR. COSTELLO: Okay.

THE WITNESS: These two binders are separate.

BY MR. COSTELLO: 08:50

Q. Wait. Explain that to me. The two binders on top, one is your report?

A. Well, this is the report --

Q. Okay.

A. -- and these two binders just have a few 08:50

articles that are going to be used more often. I thought it would be easier to -- I asked Ms. O'Connor to get me more easily approachable -- a way to get these articles as opposed to taking them out of the big binder. 08:50

Q. Okay. And I guess what I'm getting at is, as far as the documents that we have, is that a complete list of all the documents, materials, and literature that you relied upon in formulating your report, then? 08:51

A. As far as documents, correct.

Q. Okay. You didn't consider any other literature, any analysis of general causation in this case, other than the documents you have with you today? 08:51

MS. O'CONNOR: I'll object to the form. As I mentioned earlier, there's also a materials considered list.

THE WITNESS: Correct.

BY MR. COSTELLO: 08:51

Q. Other than what is contained in your report, there's no other information related to products that are at issue in this case other than what's cited to in your report, true?

MS. O'CONNOR: Object to the form. 08:51

You can answer.
THE WITNESS: Can you repeat that question.
BY MR. COSTELLO:
Q. Yeah, sure. I'm just trying to make sure that there's nothing new and that we're 08:52 essentially focusing on what are the bases for your opinions that are set out in your report. So I just want to make sure that, other than what's in your report and the references that are listed in the report, other things that are considered, 08:52 there's no other information related to products at issue, true?
A. Not that I'm aware of.
Q. Thank you.
There's no other information related 08:52 to the manufacturers of the products at issue, true?
A. Again, not that I'm aware of.
Q. Okay. There's no other literature or authority that you reviewed or are able to identify 08:52 which suggested or found a link between the use of chemical hair relaxers and uterine or ovarian cancer, true?
MS. O'CONNOR: Object to the form.
You can answer. 08:52

THE WITNESS: True.
BY MR. COSTELLO:
Q. There's no other material you intend to rely upon to support your opinions, other than the -- what's listed in your report and the other references that you reviewed, true? 08:53
A. Correct.
Q. Thank you. This is just to close this out. I just want to make sure. Are there any other materials that you reviewed or considered that are in disagreement for -- to your opinions that are not contained in those documents? 08:53
MS. O'CONNOR: Object to the form.
You can answer, if you can.
THE WITNESS: I've reviewed other reports that's not in here. 08:53
BY MR. COSTELLO:
Q. Okay. And I guess what I'm asking is, in relation to rendering your opinions, you reviewed other reports. Which other reports did you review? 08:54
A. Well, that's after my report had been completed and submitted.
Q. Okay. We'll come back to your report in a second. 08:54

What other reports have you reviewed in conjunction with your retention as an expert in this case?

MS. O'CONNOR: Objection.

THE WITNESS: Are you asking before or after I submitted the report? 08:54

BY MR. COSTELLO:

Q. After.

A. After. I reviewed reports from the plaintiffs' other experts and defense's experts. 08:54

Q. Okay. Can you recall which ones?

A. Not -- I mean, I'd have to go through the list and I can tell you. And some I've reviewed in more detail and others, just skimmed through. 08:54

Q. Do you recall which ones you reviewed in detail?

A. Again, if I have a list, I can see.

Q. You can't recall off the top of your head? 08:55

A. Well, I don't want to -- the names, I think there's a -- for defense, there was a Dr. Farley and Dr. -- I don't want to butcher their names -- Gogoi?

Q. Gogoi? 08:55

A. Uh-huh. And Dr. Shulman and Dr. Weed -- is it a doctor? Mr. Weed, whoever he is. And then for the -- and then there were some others that I don't -- I'd have to see the list and I can tell you yes or no. 08:55

Q. Okay. I know there's two documents that are Exhibits 1 and 2. But exhibit -- I'm sorry. In Exhibit No. 1, it requests, number 2, "All documents setting forth, in whole or in part, the data or other information considered or relied upon 08:56 by Dr. Sharma to prepare his opinions in this case."

And if we look at Exhibit No. 2, response number 2, it says "The PSC incorporates, by reference, the general objections stated above. 08:56 Answering further and without waiver of the foregoing objections, see expert opinion report of Dr. Sharma with attachments thereto served upon defense counsel on December 1st, 2025."

Is it fair to say, then, as far as 08:56 the data or other information that was considered or relied upon by you in formulating your opinions in this case are referenced in the report and the attachments?

A. In the opinion report, yes. 08:56

Q. Okay. And you did not --
A. With the materials considered list.
Q. Okay. You did not rely -- strike that.
You did not review, rely upon, or consider any data in coming to the opinions in this case other than what is referenced in your report and the materials considered list, true? 08:57
A. Well, I mean, I also incorporated my -- you know, my experience, training, and education.
Q. Okay. I guess I'm asking specific to data. I want to know what data you relied upon that is outside of what's referenced in your report and the other materials considered list. 08:57
A. That's it.
Q. Okay. You're unaware of any data other than what is listed in your report and the other materials considered list that support your opinions, true? 08:57
MS. O'CONNOR: Objection.
You can answer. 08:57
THE WITNESS: Correct.
BY MR. COSTELLO:
Q. The universe of data that you considered in coming to your opinions is identified in the four corners of your report and the attachments, 08:58

including the other materials referenced list, true?

MS. O'CONNOR: Objection.
You can answer.
THE WITNESS: Correct. 08:58
BY MR. COSTELLO:
Q. You did not consider or review the formulation of the products of any of the defendants in this case, true?
MS. O'CONNOR: Objection. 08:58
THE WITNESS: I saw articles that review formulations, but, no, I did not specifically review them.
BY MR. COSTELLO:
Q. Okay. Thank you. 08:58
And you did not review any documents produced by the defendants regarding their different products in this case, true?
A. True.
Q. You did not rely upon or consider the deposition of any party in this case, true? 08:58
A. Say that again.
Q. You did not review or rely upon or consider the deposition of any party in this case in rendering your opinions, true? 08:59

A. Correct.
Q. And just a little bit different question. I asked you about parties. But you did not review, rely upon, or consider any third-party depositions in rendering your opinions, true? 08:59
A. True.
Q. I know that -- again, I'm just going to reference between Exhibit 1 and Exhibit 2.
Exhibit 1, number 3 asks for "All documents prepared by Dr. Sharma used at any 08:59 meeting with attorneys representing Plaintiffs, including, but not limited to, handouts, brochures, slides, or presentations and materials used in public seminars or speeches."
And if we look at Exhibit No. 2, 08:59 which is the response, there's an objection here. And it says "Answering further, and without waiving any foregoing objections, Dr. Sharma is not in possession of any documents responsive to this request." 09:00
Other than anything that was prepared in anticipation or for Science Day, did you provide any PowerPoint materials or other documents that you prepared in rendering your case -- strike that. Let me start over. 09:00

Other than for Science Day, did you prepare any PowerPoints or other presentations regarding your opinions in this case?

A. No.

Q. Do you have any slides or presentations, materials used in public seminars or speeches regarding any of the topics that are outlined in your report? 09:00

A. No.

Q. If we go to number 4, it requests "All documents reflecting unpublished data, including, but not limited to, the deponent's own data reviewed by or relied upon by Dr. Sharma to provide the opinions in this case." 09:00

And if we look at the response, it says -- this is the second sentence -- it says "Answering further, and without waiving any of the foregoing objections, see expert opinion report of Dr. Sharma with attachments thereto served on defense counsel on December 1, 2025." 09:01 09:01

Just so that I'm clear, you didn't rely upon, in formulating your opinions, any unpublished data relating to a link between chemical hair relaxers and uterine or ovarian cancer, true? 09:02

MS. O'CONNOR: Objection.
THE WITNESS: True.
BY MR. COSTELLO:
Q. You have not been involved in the collection or analysis of any unpublished data regarding uterine or ovarian cancer outside of this litigation, true? 09:02
A. True.
MS. O'CONNOR: Objection.
BY MR. COSTELLO: 09:02
Q. You're not aware of any data regarding a link between chemical hair relaxers and uterine or ovarian cancer outside of what is set forth in your report, the attachments, and the other references listed, true? 09:02
A. True.
Q. And you have not begun any independent research regarding a potential link between chemical hair relaxers and uterine or ovarian cancer in your academic or professional life, outside of this lawsuit, after being hired as an expert by the plaintiffs' attorneys in this case, true? 09:02
MS. O'CONNOR: Objection to form, foundation.
THE WITNESS: I have not. 09:03

BY MR. COSTELLO:
Q. Tell me what's not true.
A. I said "I have not."
Q. Okay. Thank you.
All right. If we look at number 5, 09:03 it requests, in Exhibit 1, "All documents constituting, setting forth, or referring, in whole or in part, exhibits to be used as a summary of or support for the opinions which Dr. Sharma prepared." And if we go to number 5, it 09:03 essentially just references your report again.
Fair to say that you didn't provide a summary or any other summary of support other than what's listed in your report, true?
A. Correct. 09:03
Q. You didn't prepare any exhibits or demonstratives outside of what's listed in your report, correct?
A. Correct.
Q. If you look at number 6, "Any and all 09:04 documents, including any slide presentations or other materials created by Dr. Sharma except published" -- strike that. Let me start over -- "All documents, including any slide presentations and other materials written or created by 09:04

Dr. Sharma, except published literature that relate to this litigation, chemical hair relaxers, uterine cancer, ovarian cancer, formaldehyde, parabens, phthalates, benzophenones, NDMA or endocrine-disrupting chemicals, or occupational exposure." 09:04

If we look at the response, there's objections, and it says "See also Dr. Sharma's curriculum vitae attached as Exhibit A to his expert report served on defense counsel on December 1st, 2025, containing a list of Dr. Sharma's publications and presentations, inter alia, on the subject of this litigation, to wit: uterine, endometrial, and ovarian cancer." 09:05

Just to follow up on that, again, excluding Science Day, you did not create any slide presentations or written materials relating to this litigation, true? 09:05

A. Correct.

Q. On any of those topics, correct? Chemical hair relaxers, uterine cancer, ovarian cancer, or any of the chemicals that are listed? 09:05

A. You're saying in the context of chemical hair relaxers, right?

Q. Correct. 09:05

A. Yeah, correct.

(Sharma Deposition Exhibit 3 was marked for identification.)

BY MR. COSTELLO:

Q. Okay. Dr. Sharma, one of the things that we requested under number 7 was "Any and all documents, including, but not limited to, billing statements, billing records, employee records, time sheets, and/or invoices that reflect the amount of time spent or amount of compensation received by Dr. Sharma for any of Dr. Sharma's work related to this case, including any retainer that Dr. Sharma has requested or been paid." 09:06 09:07

We did receive a statement of compensation, which I placed in front of you as Deposition Exhibit No. 3. You've had a chance to look at that? 09:07

A. Yes.

Q. Okay. And on here it looks like the first date that is listed is February 7th of 2025? 09:07

A. Yes.

Q. Okay. And there's an initial retainer amount there of $5,000?

A. Correct.

Q. Is that the -- strike that. 09:07

Do you know if that was the first time you were contacted, was in February of 2025?
A. It is not.
Q. Okay. Did you perform work on this case in conjunction with formulating your opinions prior to February 7th of 2025? 09:08
A. Not officially.
Q. Okay. What work would you have commenced prior to February 7th of 2025?
A. I had several preliminary meetings regarding chemical hair relaxers, including a Zoom call, some phone interactions, looked at some articles. 09:08
Q. Okay. Anything else?
A. Not that I can recall. 09:08
Q. And then if we look, there is a date here, October 5th of 2025, and a number of hours, 81. What work would have been performed that would have gone into that 81 hours?
A. A comprehensive review of literature, formulation of opinions, review -- well, I said that. An article review, independent research, and then also some time spent with attorney. 09:09
Q. What percentage of that 81 hours would have been spent drafting the report as opposed to 09:09

researching?
A. I would say it's probably like 70/30 that -- the majority of that was research. And then I had just started writing the report or had done one version of the report. Yeah. 09:10
Q. Okay. And just so that we're on the same page, the majority of it is research. So 70 percent would have been research?
A. Mm-hmm.
Q. Is that a "yes"? 09:10
A. Yes.
Q. Okay. Thank you.
And then I think you said around 30 percent was drafting the report. What percentage was other, meeting with attorneys, Zoom 09:10 calls, that type of thing?
A. Well, you don't leave me with anything.
Q. That's what I'm trying to figure out. Is it 5 percent of the time?
A. You didn't ask that. You asked how much 09:10 time I spent on the report -- I mean, as far as researching. So that was 70/30. But otherwise, at that time, probably 10 percent of the time was spent with attorney.
Q. Okay. And then if we look at the last 09:10

date that's listed here, it's December 8th of 2025. There's another 50 hours. Can you tell me what percentage of that was -- constituted drafting of your report?
A. The majority of that is drafting and some additional research. 09:11
Q. Can you give me a percentage, similar to what we talked about earlier?
A. Probably flipped this time, 70/30.
Q. Have you done work on this since -- have you done work on this case since December 8th, 2025? 09:11
A. I have.
Q. Does that consist of preparing for your deposition? 09:11
A. Correct.
Q. Do you know about how many hours you've spent?
A. I have not tallied them yet, but it's probably around 50 or more. 09:11
Q. 50 or more hours since December 8th of 2025?
A. Correct.
Q. How do you keep track of your time?
A. I have a log. 09:11

Q. Okay. And is it a -- assume that I know nothing. Is it an Excel spreadsheet? Is it a hard -- a handwritten note that you put -- where you would enter your time and what the task was that you performed? 09:12
A. Correct. I have a handwritten time log sheet which is -- which I use for other purposes. So I use it for this, as well.
Q. Okay. And that's something you keep as a business record? 09:12
MS. O'CONNOR: Objection. Object to form.
You can answer.
THE WITNESS: Not has a business record, but as a record for this.
BY MR. COSTELLO: 09:12
Q. Okay. And so you are keeping track of your time, then?
A. Correct.
Q. Okay. If we look at -- let's see. If we go back to Exhibit No. 2, it's on page 8. It's 09:12 Request For Production Number 8. It says "Any and all communications between Dr. Sharma and authors of any studies or abstracts relating to this litigation, chemical hair relaxers, uterine cancer, ovarian cancer, formaldehydes, parabens, 09:13

phthalates, benzophenones, NDMA or endocrine-disrupting chemicals, or occupational exposures regarding those studies or abstracts."

There's an objection, and it says "Dr. Sharma is not in possession of any communications that are responsive of this request." 09:13

My question is is it fair to say that you didn't reach out to the authors of any of the studies to discuss their findings or data, true? 09:13

MS. O'CONNOR: Object to the form.

You can answer.

THE WITNESS: I did not reach out to anybody.

BY MR. COSTELLO:

Q. And you didn't discuss anything with them, including any reservations that they may have had between a causal relationship that we identified between chemical hair relaxers and ovarian or uterine cancers, true? 09:13

MS. O'CONNOR: Objection. 09:14

THE WITNESS: True.

BY MR. COSTELLO:

Q. Okay. If we go to request number 9, I'm not going to read the whole thing. It's long. But if we read it, these are the experts who have been 09:14

retained by the plaintiffs in this case. I just want to be sure that I've covered this. You didn't have any written correspondence with any of the other experts in this case, true?

A. Correct. 09:14

MR. COSTELLO: Okay. Okay. I know we have a copy of it. Deposition Exhibit No. 4 is going to be your report. It looks like you have a bound copy in front of you.

THE WITNESS: I do. 09:15

MR. COSTELLO: Okay. Do you guys need a copy of it?

MS. O'CONNOR: You know, I could use a copy.

MR. COSTELLO: Okay. We can mark it --

MS. O'CONNOR: I don't know how I left it. 09:15

(Sharma Deposition Exhibit 4 was marked for identification.)

BY MR. COSTELLO:

Q. Okay. Doctor, I know that you drafted this report. I'm sure you spent some time 09:15 reviewing it in preparation for your testimony here today.

A. I did.

Q. Okay. In your report, under "Task," it says you have been asked to "provide my opinion to 09:16

a reasonable degree of medical certainty as to whether exposure to chemicals contained in hair straighteners/hair relaxer products can cause uterine cancer and ovarian cancer in females who use those products." 09:16

Is that a fair statement of what you were asked to do in this case?

A. Correct. Which page are you on?

Q. It's on page 5. It's in the introduction. It's the second full sentence after, 09:17 I think, you list your qualifications. Do you see where I'm talking about?

A. Yes, I do.

Q. Okay.

A. And that is a fair statement. 09:17

Q. Prior to being contacted in this litigation, had you ever looked into the question of whether exposure to chemicals contained in hair straighteners or hair relaxer products could cause uterine cancer or ovarian cancer in females who use 09:17 the products?

MS. O'CONNOR: Objection.

You can answer.

THE WITNESS: I had not looked into it, but I had heard of it. 09:17

BY MR. COSTELLO:
Q. Okay. And in -- I'm just reading from that same page 5. It says "contained in hair straightener/hair relaxer products." Are you aware that there are different types of hair 09:17 straightening products other than chemical hair relaxers?
A. I am.
Q. Okay. And are you aware, for instance, that there might be Brazilian Blowouts that might 09:18 be different than a chemical hair relaxer?
MS. O'CONNOR: Objection.
You can answer.
THE WITNESS: I am.
BY MR. COSTELLO: 09:18
Q. What different types of hair straightening products are there other than chemical hair relaxers, that you're aware of?
A. I mean, there are ones that are more manually-based, so as opposed to chemical, so 09:18 whether it's a flat iron, a pressing, those sort of things.
Q. Are you aware of heat that may be used to straighten hair?
A. Mm-hmm, yes. 09:19

Q. Okay. And you would agree that heat-based is different than chemical-based, true?
MS. O'CONNOR: Objection.
You can answer.
THE WITNESS: Yes. 09:19
BY MR. COSTELLO:
Q. What are some distinctions that you're aware of that can be drawn between the different types of hair straightening methods? For instance, heat-based versus chemical-based versus some other 09:19 way to straighten your hair, mechanical?
MS. O'CONNOR: Objection. Objection to form.
THE WITNESS: Well, one has chemical relaxers; the other does not.
BY MR. COSTELLO: 09:19
Q. Okay. And, for instance, mechanical doesn't require any chemicals at all?
A. Correct. It's exclusively mechanical. As I mentioned, I think there are other products that combine mechanical and heat. 09:19
Q. Okay. What other hair straightening products other than chemical hair relaxers did you analyze in preparing your report?
MS. O'CONNOR: Objection.
You can answer. 09:20

THE WITNESS: What do you mean by that I analyzed?

BY MR. COSTELLO:

Q. Sure. Because of the way that it's listed, it says "hair straighteners/hair relaxer products." So I guess I'm asking what other type of hair straightening products, other than chemical hair relaxers, did you analyze in preparing your report? 09:20

MS. O'CONNOR: Objection. 09:20

You can answer.

THE WITNESS: No, I think it's the stuff -- I mean, it's the products that we talked about already, which is mechanical, flat irons, those sort of things, and chemical. 09:20

BY MR. COSTELLO:

Q. What other types of hair straightening products, other than chemical hair relaxers, contain EDCs?

MS. O'CONNOR: Objection. 09:20

You can answer.

THE WITNESS: I think there's other hair products that contain EDCs, although the relative amounts may be different.

BY MR. COSTELLO:
Q. Okay. Can you list them?
MS. O'CONNOR: Objection.
THE WITNESS: Dyes, straighteners, shampoos.
BY MR. COSTELLO: 09:21
Q. And I think, just following up on that, what other personal care products contain chemicals similar to those in chemical hair relaxers?
MS. O'CONNOR: Objection; form, foundation, misstates the evidence. 09:21
You can answer.
THE WITNESS: Similar to what I said: shampoos, conditioners, other products.
BY MR. COSTELLO:
Q. Hair dye? 09:21
A. Correct.
MS. O'CONNOR: Objection.
BY MR. COSTELLO:
Q. Did you analyze those products, including the content of those products, in 09:21 conjunction with your report?
MS. O'CONNOR: Objection.
You can answer.
THE WITNESS: I don't really understand what you mean by "analyze the products." I mean, I 09:22

looked at the evidence of the products, including chemical hair relaxers and these other products that we're referring to.

BY MR. COSTELLO:

Q. Okay. 09:22

A. Yes.

Q. Specifically, did you analyze any dose content of these other products?

MS. O'CONNOR: Objection.

You can answer. 09:22

THE WITNESS: To the extent that it was available.

BY MR. COSTELLO:

Q. Okay. And what chemicals specifically did you look at in chemical hair relaxers to assess 09:22 whether exposure to those specific chemicals could cause uterine or ovarian cancer?

A. Chemicals that are -- commonly have shown up in these products, so including parabens, phthalates, BPA, et cetera. 09:22

Q. Okay. Is that a full list?

A. No.

MS. O'CONNOR: Objection.

BY MR. COSTELLO:

Q. What other chemicals? 09:23

A. I have the list of chemicals that I can read off to you.
Q. Are those contained in your report?
A. They're definitely in my full list of things that are considered, and a good number of them are in here. 09:23
Q. Okay. Fair to say that the chemicals that you analyzed would be contained somewhere in your report?
MS. O'CONNOR: Object to the form. 09:23
You can answer.
THE WITNESS: They're either in the report or they're in the articles that are cited.
BY MR. COSTELLO:
Q. Prior to being hired in this case, had you ever researched or written on the issue of potential impact of parabens in uterine or ovarian cancer? 09:23
A. I had not.
Q. Prior to being hired in this case, had you ever researched or written on the issue of phthalates in uterine and ovarian cancer? 09:24
A. I did not.
Q. What about phenols?
A. No. 09:24

Q. What about any of the other chemicals that are listed in your report? Have you ever researched or written on the issue of the potential impact between uterine and/or ovarian cancer?
MS. O'CONNOR: Object to the form and foundation. 09:24
THE WITNESS: No.
BY MR. COSTELLO:
Q. I just want to go through -- I know we'll spend some time on it, but as far as the next section of your report, you talk about your professional background and qualifications as an expert. You're double board certified in gynecologic oncology and obstetrics and gynecology; is that right? 09:25 09:25
A. Correct.
Q. Give me one second.
In your current practice, do you provide gynecological care to patients?
A. Yes. 09:26
Q. Okay. Are you involved in the diagnosis of cancer, or is it something that these get referred to you specifically?
MS. O'CONNOR: Objection; form.
You can answer. 09:26

THE WITNESS: Both.
BY MR. COSTELLO:
Q. Okay. What percentage is referred to you?
A. Probably 50/50. 09:26
Q. Okay. And so if it's 50/50, does the patient then come to you with some form of cancer, carrying a diagnosis, and you provide oncology treatment to them?
MS. O'CONNOR: Objection. 09:27
You can answer.
THE WITNESS: Is your question if they get referred to me with a cancer diagnosis?
BY MR. COSTELLO:
Q. Yes. 09:27
A. Yes. Then I provide cancer care.
Q. Okay. And you would provide treatment through surgery and, if necessary, systemic therapy, like chemotherapy, targeted therapy, or immunotherapy? 09:27
A. Correct.
Q. Do you provide follow-up survivorship care for the patients that you help to achieve cure or remission?
A. I do. 09:27

Q. Okay. In providing that follow-up care, have you ever advised a patient to cease using chemical hair relaxers?

MS. O'CONNOR: Object to the form.

You can answer. 09:27

THE WITNESS: I have.

BY MR. COSTELLO:

Q. Had you done that prior to your retention in this case in 2025?

MS. O'CONNOR: Objection. 09:27

You can answer.

THE WITNESS: I did.

BY MR. COSTELLO:

Q. When did you start doing that?

MS. O'CONNOR: Objection. 09:28

You can answer.

THE WITNESS: It's been at least two to three years now since I started looking at the data.

BY MR. COSTELLO:

Q. Okay. And so can you tell me, for 09:28 instance, is that in 2024, 2023, that you first started looking at the data?

A. Well, I saw the initial studies come out, but I think 2023 is when it was really on my radar. 09:28

Q. Okay. In providing follow-up care, have you ever asked a patient if they used chemical hair relaxers?
A. I have.
Q. Do you have a -- strike that. 09:28
Do you have any brochures, pamphlets, or any other literature that you provide to patients in follow-up care advising them of a risk of cancer related to chemical hair relaxers?
MS. O'CONNOR: Objection. 09:28
You can answer.
THE WITNESS: Not in a brochure form.
BY MR. COSTELLO:
Q. Do you have a questionnaire for any of your patients that specifically references the use 09:29 of chemical hair relaxers?
MS. O'CONNOR: Objection.
You can answer.
THE WITNESS: Not a questionnaire, but it's part of the history that we take. 09:29
BY MR. COSTELLO:
Q. Is there a specific request when you interview a patient for history on chemical hair relaxers?
A. Yes, there's an exposure risk 09:29

questionnaire.

Q. And do you request information regarding the dose exposure?

MS. O'CONNOR: Objection.

You can answer. 09:29

THE WITNESS: Not -- I would say not in a formal manner.

BY MR. COSTELLO:

Q. And what does that mean?

A. Well, that means that I'm not 09:29 specifically asking them are you using it four times a year, five times a year. It's are you using it, how long have you been using it.

Q. As far as from your CV and from your report, it indicated that you were an attending 09:30 physician at John Stroger Hospital and an assistant professor at Rush University, and then it lists that you were a co-investigator in Rush's ovarian cancer lab from 2005 to 2021; is that right?

A. Correct. 09:30

Q. Okay. In your involvement as an attending physician at Stroger Hospital and an assistant professor at Rush, did you ever provide written training materials to residents or fellows regarding a causal link between chemical hair 09:31

relaxers and uterine or ovarian cancer?
A. I did not. That was before. This was in 2021.
Q. As a co-investigator in Rush's ovarian cancer lab, did you ever prepare written materials 09:31 of any kind regarding the causal link between chemical hair relaxers and uterine or ovarian cancer?
A. No.
Q. I just want to go through -- I know we 09:31 talked about your board certifications. As far as degrees, do you have a degree in biostatistics?
A. No.
Q. Do you have a degree in chemical hazards, safety, and exposure? 09:32
A. No.
Q. Do you have a degree in chemical exposure and exposure management?
A. No.
Q. Do you have a degree in cosmetic 09:32 products or cosmetic product registration?
A. No.
Q. What about -- do you have a degree in dermatology?
A. No. 09:32

Q. Are you board certified in dermatology?
A. No.
Q. Do you have a degree in endocrinology?
A. No.
Q. Are you board certified in endocrinology? 09:32
A. No.
Q. Do you have a degree in epidemiology?
A. No, but I have done an extensive amount of research involving statistics. 09:32
Q. Okay. Prior to your retention in this case, had you performed a Bradford Hill analysis before?
MS. O'CONNOR: Objection.
THE WITNESS: I was familiar with it but had never had to write out one. And it's something I -- the context of the Bradford Hill is sort of consistent with how I generally look at things and evaluate things. 09:33
BY MR. COSTELLO: 09:33
Q. Do you have a degree in environmental exposures?
A. No, I don't.
Q. Do you have a degree in genetics?
A. No. 09:33

Q. I'm not sure if there is one, but I'll just ask. Are you board certified in genetics?
A. No.
Q. Are you -- do you have a degree in neuroendocrinology? 09:33
A. No.
Q. And you're not board certified in neuroendocrinology, true?
A. Correct.
Q. Do you have a degree in occupational medicine? 09:33
A. No.
Q. And you're not board certified in occupational medicine, true?
A. No. 09:34
Q. That's true?
A. That is true, yes.
Q. Do you have a degree in pathology?
A. I do not.
Q. And you're not board certified in pathology, true? 09:34
A. Correct.
Q. Do you have a degree in public health?
A. No.
Q. Do you have a degree in toxicology? 09:34

A. No.
Q. And fair to say you're not board certified in toxicology, true?
A. True.
MR. COSTELLO: We're almost to the point we can take a break. I'm just going to go through a few more things, or we can keep going, if you want. 09:34
MS. O'CONNOR: Do you want to just continue, at least for the moment, or --
THE WITNESS: I'm fine. 09:35
MS. O'CONNOR: Okay. Why don't we just -- you know...
MR. COSTELLO: Okay.
BY MR. COSTELLO:
Q. As far as grant proposals, you've never had a grant proposal related to chemical hair relaxers or EDCs, true? 09:35
A. True.
Q. And you've never been an invited speaker related to chemical hair relaxers or EDCs, correct? 09:35
A. Correct.
Q. And you've never published any scholarly works related to chemical hair relaxers or EDCs, true?
A. True. 09:35

Q. If we look at page -- I believe it's page 6 of your report, it's under the "Methodologic Approach." I believe it's the first full paragraph on page 6, and it starts "In order to provide my opinion on the subject matter, I sought to enhance 09:36 my knowledge gathered from over" -- "from more than 20 years of clinical practice."

Do you see that?

A. Yes.

Q. Okay. Prior to being hired as an expert 09:36 in this case, what knowledge did you gather in your 20 years of practice regarding chemical hair relaxers?

MS. O'CONNOR: Object to the form and foundation. 09:36

You can answer.

THE WITNESS: Well, as I mentioned, I reviewed articles or have seen articles on it. I -- you know, this is dating back to 2022, 2023, and I kept a close eye on it. 09:37

BY MR. COSTELLO:

Q. Okay. And that was going to be my follow-up question. The first articles that you're aware of would have been, I think you said, sometime around two or three years ago; is that 09:37

fair?

MS. O'CONNOR: Objection.

THE WITNESS: Yes, 2022, 2023.

BY MR. COSTELLO:

Q. Okay. The second sentence says "I reviewed the literature regarding chemical hair relaxers and their association with uterine and ovarian cancer, focusing my attention on the epidemiological evidence comprised of large, population-based studies of humans that were rigorously conducted." 09:37 09:37

So, I guess, take me through your search process. What was the search process like to find articles related to epidemiological studies and evidence? What did you do? 09:38

A. I did a PubMed search, and looking at hair relaxers in a variety of exposures and outcomes in terms of associations with endometrial cancer, uterine cancer, other outcomes such as breast cancer, fibroids. I also did a Google search, and basically tried to put together a combination between EDCs and some of these other outcomes, focusing mostly on uterine and ovarian. 09:38

Q. Okay. Would you say that you were primarily drawn to peer researched -- or 09:38

peer-reviewed research, as far as your search?
MS. O'CONNOR: Object to the form.
THE WITNESS: I think that was the starting point. But, I mean, in addition to that, I also looked at other articles that are not 09:39 necessarily -- weren't original data, and then also looked at information from other sources such as organizations, societies, governmental authorities.
BY MR. COSTELLO:
Q. Okay. You say you focused your 09:39 attention on the epidemiological evidence comprised of large, population-based studies of humans that were rigorously conducted. That would be the study cohorts from the Sister Study, the Black Women's Health Study, and the Chang, Bertrand, and White 09:39 articles; is that true?
A. That is correct.
Q. Did you identify any other epidemiological studies which analyzed whether a link exists between the use of chemical hair 09:39 relaxers and uterine or ovarian cancer?
A. I did not find any.
Q. Okay. You couldn't find any other ones, true?
A. Correct. 09:40

Q. There are a total of three studies; is that correct?
A. Yes. Those are the --
MS. O'CONNOR: Object to the form and foundation. 09:40
But you can answer.
THE WITNESS: Those are the big three studies, as I call them.
BY MR. COSTELLO:
Q. Okay. And two of those studies, Chang 09:40 and Bertrand, look at uterine cancer, correct?
A. Correct.
Q. So there's only two studies looking at a potential link between the use of chemical hair relaxers and uterine cancer, true? 09:40
MS. O'CONNOR: Object to form.
You can answer.
THE WITNESS: Correct.
BY MR. COSTELLO:
Q. There's only one study, White, that 09:40 looks at a potential link between the use of chemical hair relaxers and ovarian cancer, true?
MS. O'CONNOR: Object to form.
THE WITNESS: Correct.

BY MR. COSTELLO:
Q. And both White and Chang relied upon data from the Sister Study, correct?
A. Correct.
Q. And Bertrand relied upon the Black Women's Health Study, true? 09:40
A. True.
Q. And neither cohort was designed to specifically evaluate chemical hair relaxers in relation to uterine cancer or ovarian cancer, true? 09:41
MS. O'CONNOR: Object to the form and foundation.
THE WITNESS: I don't think it was meant specifically for that, but that was reasonable information to gather from that study. 09:41
BY MR. COSTELLO:
Q. Okay. You would agree that there's a difference between designing a study specifically for a purpose and maybe a corollary that comes out of a study, true? 09:41
MS. O'CONNOR: Object to the form, foundation.
THE WITNESS: There is a difference. I'm not sure it's a meaningful difference when it comes down to the science.

BY MR. COSTELLO:
Q. Okay. You used the term a couple minutes ago, I just want to make sure I understand, "PubMed searches." Is that a specific database that you would be referencing? 09:41
A. Correct.
Q. And is that subscription-based?
A. I don't know if it is. I assume it's -- I assume it's not, but I don't know. I mean, I have access to it through multiple places where I 09:42 work. So...
Q. Okay.
A. I don't know if --
Q. And what search terms would you have used? 09:42
A. Endocrine-disruptor chemicals, EDCs, uterine cancer, hair relaxer.
Q. And how long would this comprehensive PubMed search take you?
MS. O'CONNOR: Objection. 09:42
THE WITNESS: The actual search or actually looking through the articles or pulling them?
BY MR. COSTELLO:
Q. I guess the -- to perform the search.
A. A few hours. 09:42

Q. Okay. Did you take any notes?
A. I don't recall, to be honest.
Q. Were you provided any search terms in advance, or did you identify the search terms yourself? 09:43
MS. O'CONNOR: Object to the form.
THE WITNESS: I identified the search terms.
BY MR. COSTELLO:
Q. And how did you identify which search terms you would use? 09:43
A. Well, like I mentioned, I started with the search terms we just talked about. And then as my understanding got more sophisticated, I started looking at other things.
Q. Okay. And I guess what I'm -- you 09:43 mentioned a couple of the things that you would have searched. Did you document the search terms that you used?
MS. O'CONNOR: Object to the form.
THE WITNESS: I mean, I -- they're all 09:43 documented and organized in my head. Whether I wrote them on a sheet of paper or not, I don't remember. I certainly don't have that sheet of paper --

BY MR. COSTELLO:
Q. Okay.
A. -- if that's what you're getting at.
Q. Sorry.
I guess what I'm asking is is there 09:43 any way for us to know what you found in your searches other than what's reflected in your report?
MS. O'CONNOR: Objection.
You can answer. 09:44
THE WITNESS: No. I mean, I think the basis of my report is formed on this, and whatever preliminary work or scratch stuff I wrote is all in the overall comprehensibility in this report.
BY MR. COSTELLO: 09:44
Q. Okay. And so, for instance, if I wanted to try and recreate the searches, what terms would I put in if I wanted to recreate your search?
MS. O'CONNOR: Objection; asked and answered.
You can answer it again. 09:44
THE WITNESS: Yeah, I would search -- you could do it off PubMed. You could do it off Google. You would do the exact same terms that we talked about.

BY MR. COSTELLO:
Q. Just remind me what those terms were.
MS. O'CONNOR: Objection.
THE WITNESS: Hair relaxers, endocrine-disrupting chemicals, chemicals of concern, uterine cancer, ovarian cancer, breast cancer. 09:44
BY MR. COSTELLO:
Q. Okay. Is that the same terms you would have used in Google? 09:45
A. Yes.
Q. And same questions. Did you document anywhere the Google searches that you performed?
A. No, not that I can remember. Just same answer. 09:45
Q. Okay. And just to kind of close out this area, is that all the search terms that you would have referenced, as far as beginning your research?
MS. O'CONNOR: Objection. 09:45
THE WITNESS: I mean, short of me going back and looking at my Google search, I can't honestly answer that question with any more certainty.
BY MR. COSTELLO:
Q. Okay. 09:45

A. I mean, this is what I remember. This is -- we're going back some time.
Q. And that's all I'm asking you for. As you sit here today, that's your best recollection of all the search terms you would have entered, true? 09:45
A. Yes.
Q. Okay. Were you provided any documents or publications by Plaintiffs' counsel in this case? 09:46
A. Yes.
Q. And what were you provided?
A. Several of these articles.
Q. Okay. Can you tell us which literature you reviewed that was provided by counsel as opposed to finding it on your own? 09:46
A. Not unless I go through it item by item. And I may not even remember which ones. But, in general, I mean, the large epidemiological studies I found on my own. A lot of the so-called review analysis I found on my own. Some of the other governmental -- quasi-governmental reports, those I think I helped with counsel. And they also helped organize all the articles for me. 09:46
Q. Okay. When you say quasi-governmental, 09:46

are we talking about the American Cancer Society or the National Cancer Institute websites, those types of things?

A. Correct.

Q. Anything else you can recall specifically? 09:47

A. I think there was also a California EPA article.

Q. That was provided to you by counsel?

A. That, I don't remember where and how I specifically got that. 09:47

Q. And how is it that they helped to organize the articles for you?

MS. O'CONNOR: Well, wait a minute. Wait a minute. Wait a minute. You and I have had this discussion before. Now we're getting into communications between myself and this witness that are specifically privileged -- 09:47

MR. COSTELLO: I'm not asking for what you talked about. 09:47

MS. O'CONNOR: No, no. Sorry. How organized, how put together, all reflects communications between myself and this witness. All right. You're starting to get into that territory. All right. Maybe explain to me a little better what 09:47

you mean by how did counsel organize this for you.
MR. COSTELLO: I guess I'm just asking for the follow-up. He said that he was provided articles and materials and they were helped to be organized.
MS. O'CONNOR: Okay. And he brought them here today. So you can take a look at them, if you want. 09:48
BY MR. COSTELLO:
Q. Is the organization that we talked about reflected in the binder of materials that we -- 09:48
A. Correct. Yeah, I didn't sit there and tab these.
Q. I understand. I wouldn't want to do that either.
A. Correct. 09:48
Q. Is that the extent of the organization?
A. Correct.
Q. Thank you.
I'm just continuing to go through your report on page 6 here. It indicates in the same paragraph, "I then comprehensively reviewed animal and human experimental studies (in vitro and in vivo culture cells and tissue), searching for potential outcomes from the chemical hair relaxers, including the role of endocrine-disrupting 09:48 09:49

chemicals (EDCs) and how the presence of these EDCs could explain mechanistically the development of uterine or ovarian cancers in women exposed or support mechanisms of harm from those products."

Okay. So we talked about this earlier. There are other products that contain EDCs, true? 09:49

A. Correct.

Q. And they might include, but aren't limited to, shampoos, conditioners, hair dyes, other beauty products, true? 09:49

MS. O'CONNOR: Objection.

You can answer.

THE WITNESS: True.

BY MR. COSTELLO: 09:49

Q. And so is it fair to say that some exposures to EDCs happen before birth, so that would be in utero?

MS. O'CONNOR: Objection.

You can answer. 09:50

THE WITNESS: I'm not -- I don't know it to say yes or no to that.

BY MR. COSTELLO:

Q. Okay. I guess what I'm asking is a woman might be exposed to EDCs from other products, 09:50

lotions, body washes, shampoos, conditioners, those type of things, and that would create exposure for the fetus in utero, true?

MS. O'CONNOR: Objection; form, foundation, exceeds the scope. 09:50

You can answer if you can.

THE WITNESS: Yeah, I don't know what the -- what the, you know, placental barriers are and what the concentration would be if you're putting something on your -- you know, on your palms, how 09:50 much of that is actually going to cross the placental barrier.

BY MR. COSTELLO:

Q. Okay.

A. Nor is that something -- I don't think 09:50 that's something necessarily relevant to this.

Q. Let me ask you this. What about other hormonal exposures, including food products? There's certain types of studies that have found that dairy has led to early puberty. Do you know 09:51 if those type of things would expose someone in utero to chemicals?

MS. O'CONNOR: Objection; form, foundation, exceeds the scope.

You can answer over my objection. 09:51

THE WITNESS: I don't -- I don't really -- I'm basically going to say I don't know enough about the in utero situation, and that's not necessarily what I'm an expert in. So I don't do obstetrics and what in utero exposures occur with these chemicals or any other chemicals, for that matter. 09:51

BY MR. COSTELLO:

Q. And you don't have any opinions on that?

A. I mean, I can have educated opinions. I'm just not prepared for that here because that's not what I came in prepared to look at, as far as in utero exposures. 09:51

Q. Is there correlation between early menarche and reproductive cancers?

A. Yes. 09:52

Q. And what's the correlation?

A. In general, early menarche can lead to higher risk of cancers.

Q. And you agree that there are multiple reasons why a girl might enter menarche early, true? 09:52

MS. O'CONNOR: Objection.

You can answer.

THE WITNESS: True.

BY MR. COSTELLO:
Q. That includes genetics?
MS. O'CONNOR: Objection.
THE WITNESS: Yes.
BY MR. COSTELLO: 09:52
Q. Exposure to other products that we might have talked about before, other EDCs?
A. Yes.
Q. In your practice, did you ever identify a specific reason as to why a woman entered into early menarche? 09:53
A. I have not identified a specific reason, but it's something that is discussed.
Q. Right. It's discussed as far as the multiple reasons that might have influenced why that occurred, true? 09:53
MS. O'CONNOR: Objection.
You can answer.
BY MR. COSTELLO:
Q. Is that correct? 09:53
A. Yes.
Q. Thank you.
MS. O'CONNOR: You need to slow it down a little bit so I can get my objections on the record before you answer. 09:53

THE WITNESS: I'm sorry.

BY MR. COSTELLO:

Q. And you wouldn't, in your practice, actually be able to tell a patient because of the fact that there's multiple reasons why that might occur, true? 09:53

MS. O'CONNOR: Objection.

THE WITNESS: Say that again.

BY MR. COSTELLO:

Q. Sure. In your practice, you wouldn't actually be able to tell a patient why, for instance, they entered into early menarche because there might be multiple reasons why that occurred, true? 09:53

MS. O'CONNOR: Objection; form, foundation. 09:53

You can answer.

THE WITNESS: Correct. I would discuss the various factors.

BY MR. COSTELLO:

Q. And that's because you don't actually know whether it was genetics or some other reason why somebody might enter early menarche, right? 09:54

MS. O'CONNOR: Objection; form, foundation.

THE WITNESS: Yes.

BY MR. COSTELLO:

Q. And so you would just be speculating as to the cause?

MS. O'CONNOR: Objection; form, foundation.

THE WITNESS: Correct. 09:54

BY MR. COSTELLO:

Q. As far as your report, on page 6, it says "In addition to the peer-reviewed publications cited below, I reviewed what was available from other sources, including professional organizations 09:54 and societies, governmental and quasi-governmental reports, and publications. The available evidence was sufficient, in my opinion, to enable me to render the opinions set forth below."

We talked about the 09:55 quasi-governmental reports and publications. We talked about the American Cancer Society and a couple of the others earlier; is that right?

A. Correct.

Q. And then the last paragraph, I'm not 09:55 going to read the whole thing, but it says "Finally, I utilized the totality of data available to formulate a causation analysis in addition to the application of an established framework of causality referred to as the Bradford Hill 09:55

guidelines. I applied the same rigor and standards as I approached" -- strike that -- "I applied the same rigor and standards as I utilize in my academic and research work in researching my opinions. In addition to my review of 09:56 epidemiological studies, I also considered and reviewed clinical, pathological, biological and mechanistic evidence regarding exposures to chemical hair relaxers in uterine and ovarian cancer development and weighed each of these pieces 09:56 of evidence in terms of overall analysis."

As we mentioned -- as you mentioned before, this is the first time you'd done an official Bradford Hill analysis using the guidelines, true? 09:56

MS. O'CONNOR: Object to the form and foundation.

THE WITNESS: Correct.

BY MR. COSTELLO:

Q. "As part of my analysis, I also 09:56 considered contrary evidence in the published literature as well as possible alternative explanations for the positive associations observed in the available literature."

As far as the positive association, 09:57

you would agree that association is different than causation, true?

A. True. I'll give you that.

Q. And as far as, if we look at this, it says "I considered contrary evidence in the published literature as well as possible alternative explanations." 09:57

What contrary evidence did you review?

A. Other published articles that talk about whether there is a relationship or not or association or causation. 09:57

Q. Can you recall specifically which contrary evidence articles you reviewed?

A. There's the -- there's one by Farooq, another one by Hernandez, and I believe there's one by Okeke. 09:58

Q. Is that all of them that you can recall?

A. At this point.

Q. What about in regards to contrary evidence in published literature as far as causation with cancer? What else did you review along those lines? 09:58

MS. O'CONNOR: Object to the form.

THE WITNESS: Can either of you repeat that 09:59

question?

MR. COSTELLO: Sure.

If you want to read it back, that would be great.

(Record read as requested.) 09:59

MS. O'CONNOR: Objection.

You can answer.

THE WITNESS: I mean, I mentioned the three most relevant articles, I thought. Besides that, I don't necessarily recall every article that I've 09:59 read along -- whether it was supportive or not. But I think those are the main ones.

BY MR. COSTELLO:

Q. Okay. And what alternative -- what alternative causes of cancer did you consider in 10:00 review in preparation for drafting your report?

A. I looked at the full list of what the potential risk factors are for these cancers.

Q. And what are those risk factors?

MS. O'CONNOR: Objection. 10:00

You can answer.

THE WITNESS: In my report -- so there's genetics and there's other hormonal therapy, other medications such as tamoxifen. We talked about menarche. We talked -- nulliparity or multiparity; 10:00

other medical conditions, obesity, physical activity, insulin resistance, metabolic syndrome, precursor lesions, age, radiation. Those are uterine cancer.

BY MR. COSTELLO: 10:01

Q. Those are risk factors?

A. Yes.

Q. What about ovarian cancer?

A. Genetics, hormonal, again, multiparity, nulliparity, age, endometriosis, radiation. In 10:01 both these categories I would add chemical hair relaxers.

Q. Okay. Is there a consensus among physicians as far as what the number-one risk factor is for ovarian cancer? 10:02

MS. O'CONNOR: Object to the form, foundation.

THE WITNESS: There is not.

BY MR. COSTELLO:

Q. Is there a consensus among physicians as far as the number-one risk factor for endometrial 10:02 cancer?

MS. O'CONNOR: Objection; form, foundation.

THE WITNESS: No. It's some -- it's related to some sort of either estrogen or estrogen-like stimulation, but no. 10:02

MS. O'CONNOR: I'm thinking, Dan -- I apologize for the interruption -- we're about 10:00. What do you think?
MR. COSTELLO: We can take a break now.
MS. O'CONNOR: All right. I figured you were winding down on the methodology. 10:03
MR. COSTELLO: Yeah. Okay.
MS. O'CONNOR: All right. Thank you.
THE VIDEOGRAPHER: Off the record at 10:02.
(Short recess.) 10:26
THE VIDEOGRAPHER: Back on the record at 10:25.
BY MR. COSTELLO:
Q. Dr. Sharma, I just wanted to follow-up on a couple of the things before we took a break. 10:26 You had mentioned earlier that, as part of your practice, the questionnaire includes a history of the use of chemical hair relaxers. Do you recall that?
A. Yes. 10:27
MS. O'CONNOR: Objection.
You can answer.
THE WITNESS: Sorry.
BY MR. COSTELLO:
Q. Is that something that is employed -- 10:27

strike that.
Which practice group is that utilized at?
MS. O'CONNOR: Object to the form. He didn't say chemical hair relaxers. He said exposures. It would come up under exposures. 10:27
With that, over my objection, you can answer.
THE WITNESS: I ask the question at both my practices. 10:27
BY MR. COSTELLO:
Q. And what locations is that?
A. Duly, which is in the western suburbs, and Northwest Cancer Center is Indiana.
Q. Is that something that is utilized by other physicians in your practice group? 10:27
MS. O'CONNOR: Objection.
You can answer.
THE WITNESS: I'm the only gynecologic oncologist there. 10:27
BY MR. COSTELLO:
Q. Okay. And when did that start being employed for use?
MS. O'CONNOR: Objection. Can I hear that question? I missed a word there. 10:27

(Record read as requested.)

THE WITNESS: We've been asking about exposures -- or I've been asking about exposures for years.

BY MR. COSTELLO: 10:28

Q. Okay.

A. I'm just paying more attention to chemical hair relaxers, or occupational exposures are all part of it. And as far as chemical hair relaxers, 2023, 2024. 10:28

Q. And the question itself refers to exposures and not chemical hair relaxers, true?

A. Exposures including chemical hair relaxers.

Q. And it specifically has the wording "chemical hair relaxers" in it? 10:28

A. It's a verbal.

Q. Okay. So there's not any type of written questionnaire that the patients would fill out, correct? 10:28

A. Correct.

Q. And there's no written questionnaire at either of your practices that includes the word "chemical hair relaxers," true?

A. I don't have written questionnaires. 10:29

Q. And nobody else from your practice employs that?
MS. O'CONNOR: Objection.
THE WITNESS: I don't know.
MR. COSTELLO: Okay. I want to go back to your report. This is Exhibit 6. 10:29
(Sharma Deposition Exhibit 6 was marked for identification.)
BY MR. COSTELLO:
Q. Okay. In your report, you cite to the "Impact of EDCs on Hormone-Sensitive Cancer," and I believe there's a Reference 35, which is the Endocrine Society 2025 article. I put in front of you what is Reference 35. 10:30
Do you have that in front of you? 10:30
A. (No verbal response.)
Q. Oh, I'm sorry. I think yours might be listed alphabetically and ours might be numbered.
MR. TURIELLO: It's 2025a -- 2025b. Excuse me. 10:30
BY MR. COSTELLO:
Q. If you have it listed alphabetically.
A. So it's under the I?
MR. TURIELLO: It's under -- I think it was under the Endocrine Society, "Impact of EDCs on 10:31

Hormone-Sensitive Cancer," 2025b.

THE WITNESS: Okay.

MS. O'CONNOR: It's at page 47. I see that.

THE WITNESS: Yes.

BY MR. COSTELLO: 10:31

Q. So I believe in your report you reference, on page 10, "The Endocrine Society has further stated that, according to studies using cellular and animal models and newer human-based studies, many carcinogens may also be EDCs, and 10:32 could influence the development and progression of cancers by acting like hormones," and "in women, EDC exposure has been linked to uterine and ovarian cancers." And you cite to the Endocrine Society 2025b. 10:32

Do you see that?

A. Yes.

Q. And I've given you Exhibit 6, which is the "Impact of EDCs on Hormone-Sensitive Cancers." I believe that's the document that you cite to in 10:32 your report; is that fair?

A. Correct.

Q. And if we look at -- I believe the citation is in the first paragraph that says "Many carcinogens may double as EDCs," which is on the 10:32

first page of the document that I have in front of you. Do you see that where it says that on the document, "Many carcinogens may double as EDCs"?

A. Yes.

Q. In your citation, I believe the first sentence is missing, and it says "The connections between chemical exposures and cancer have long been established in metals and dyes, solvents and silica, and pharmaceuticals such as synthetic estrogens." 10:33 10:33

Do you see that?

A. I see it in this document. Are you asking in my report?

Q. I'm saying, you didn't include this sentence in your report, did you? 10:33

A. Well, I did include it. I think there is some -- it's not in its entirety, or there is -- the quotations are -- I mean, the gist of it is there.

Q. Okay. 10:34

A. It's not -- maybe there's a word or two missing here and there.

Q. But you -- in your report, you did not include the first sentence regarding "The connections between chemical exposure and cancer 10:34

have long been established in metals and dyes, solvents and silica, and pharmaceuticals such as synthetic estrogens." That does not appear in your report, true?

A. True. 10:35

Q. And the quotation that you have in the first paragraph of page 10, which starts with "According to studies" and ends with "by acting like hormones," is from that same paragraph that is Exhibit No. 6, the first paragraph, which is "many 10:35 carcinogens may double as EDCs," true?

A. That is true, yes. I did not copy the entire paragraph and put it --

Q. As far as the conclusion that you draw, though, you do link them together. You link 10:35 together the fact that chemical exposures and cancer have long been established in metals, dyes, solvents and silica, and pharmaceuticals, such as synthetic estrogens, to the fact that EDC exposure has been linked to uterine and ovarian cancers, 10:36 correct?

A. Correct.

Q. So is it fair to say that you're putting quotes from two different sections into one section in this section of your report, which is page 10, 10:36

the first paragraph?
A. Well, the first quotation mark is from 2025a, which is a different document.
Q. Okay. If we look at -- if you look at the second quote from the sentence that's at page 10 of your report, if we look to the next section, which is titled "Ubiquitous EDCs Heighten the Risk," it's on page 2. It's the first sentence. 10:37
A. Yes. 10:38
Q. It says "In women, EDC exposure is linked to uterine and ovarian cancer." It says that?
A. Yes.
Q. You're combining the quote that's on page 2 with the second half of the quote that's on page 1, which is "According to studies using cellular and animal models and newer human-based studies," correct? 10:38
A. I don't know what you mean by combining them. There are two separate quotation marks there. 10:38
Q. Right. That's my point. You put together quotes from excerpts from different sections of the paper and linked them together in 10:39

one sentence in your report, correct?
A. Yes. I have two separate areas that I thought are pertinent, and I put them together with an "and."
Q. And you do that to support your proposition that EDCs have been linked to uterine and ovarian cancer, true? 10:39
A. True.
Q. You don't reference the paper -- strike that. 10:39
You did not reference that the paper "Impact on EDCs on Hormone-Sensitive Cancer" finds that EDCs are ubiquitous, correct?
A. This was not meant to be a comprehensive cut-and-paste of the entire article. I put in the pertinent things that I thought were important in making this statement. 10:39
Q. What does "ubiquitous" mean?
A. That something is seen very frequently and is everywhere, almost. 10:40
Q. Would you agree that "ubiquitous" means widespread?
MS. O'CONNOR: Objection. He just answered your question.
You can answer it again. 10:40

THE WITNESS: It's synonymous.

BY MR. COSTELLO:

Q. Right. Or that it exists or is being everywhere at the same time? It's constantly encountered? 10:40

MS. O'CONNOR: Objection. Same objection.

THE WITNESS: Same.

BY MR. COSTELLO:

Q. Okay. You don't find that EDCs are -- strike that. 10:40

You don't find the fact that EDCs are ubiquitous as pertinent to your analysis?

MS. O'CONNOR: Objection; form, foundation.

THE WITNESS: Not in this particular case because we're talking about -- if you look at the 10:41 totality of this report, it talks about EDCs exposure in relationship to where it's applied, how it's applied, and the effect that it has, not that it's -- these chemicals are found in household chemicals or household products that are being 10:41 applied on palms and feet and soles.

BY MR. COSTELLO:

Q. In this article that you rely upon in formulating your report, it says "BPA, which is found in food and beverage containers, cosmetic and 10:41

household materials, can act directly on the mammary gland at low doses to significantly increase ductal growth and the risk of breast cancer."

Food and beverage containers are ubiquitous. You would agree with that? 10:41

MS. O'CONNOR: Objection.

You can answer.

THE WITNESS: Yes.

BY MR. COSTELLO: 10:42

Q. Cosmetic and household materials are ubiquitous?

A. Yes.

Q. Those are not just found in hair relaxers, true? 10:42

MS. O'CONNOR: Objection.

THE WITNESS: What's not just found in hair relaxers?

BY MR. COSTELLO:

Q. Sure. The paper states that BPAs are in food and beverage containers, cosmetic and household materials. Those are EDCs that are ubiquitous, agreed? 10:42

A. Agreed.

Q. That EDCs are not just found in hair 10:42

relaxers, true?
A. Yes.
Q. Aren't some of the chemicals that are EDCs naturally found in the body?
A. That, I'm not aware of. 10:42
Q. If we look at the same page, on 2 of 3, under "Ubiquitous EDCs Heighten the Risk," it says "Exposure can happen even before a child is born. Studies have found that BPA can be transmitted from mothers to children in the womb and even through 10:43 breastfeeding."
That's what it says?
A. Yes.
Q. And so what this article is representing is that exposure can happen even before a child is 10:43 born, true?
MS. O'CONNOR: Objection. That's a different question. Objection; form and foundation.
THE WITNESS: Well, that doesn't mean that it's found in the body naturally. 10:43
BY MR. COSTELLO:
Q. Okay. But it's -- different question. I'm just asking -- based upon page 2 of 3 here, it says "Exposure can happen before a child is born."
That's what the paper cites to, true? 10:43

A. For this particular chemical.
Q. That's correct?
A. That's what it says.
Q. Okay. This paper does not reference chemical hair relaxers, does it? 10:43
A. It talks about EDCs, which is in that category.
Q. Okay. But it doesn't -- for instance, it mentions food and beverage containers, cosmetics and household materials. It doesn't specifically 10:44 reference chemical hair relaxers, does it?
A. I don't know if that's what they consider cosmetics or not. They may have included it in that.
Q. And just so that we can close this out, 10:44 the words "chemical hair relaxers" does not appear in this article, true?
A. I do not see it. I see EDCs everywhere.
Q. Okay. Getting back to your report, on page 10, under "Endometrial Cancers," you list as 10:45 hereditary factors -- I'm not going to go through all of it, but Lynch syndrome, BRCA 1 and BRCA 2, and -- is it considered -- how is it said -- PTEN hamartoma tumor syndrome and DICER1 syndrome?
A. Correct, yeah. Very good. We just call 10:45

it Cowden, to make it easy.
Q. Cowden syndrome?
A. Yes.
Q. Thank you. Okay.
So Lynch syndrome, this syndrome is the most common hereditary predisposition to uterine cancer; is that true? 10:45
A. That is true.
Q. And it is caused by mutations in DNA mismatch, MMR, genes like MLH1, MSH2, MSH6, and PMS2; would you agree with that? 10:45
A. Yes.
Q. And approximately up to 5 percent of endometrial cancers are due to Lynch syndrome?
A. 2 to 5 percent. 10:46
Q. That's right?
A. Correct.
Q. Okay. And then BRCA 1 and 2, they're primarily known for breast and ovarian cancer, and they're mutations in the genes. And these genes are not definitively associated with an increased risk of endometrial cancer. 10:46
Do you agree with that?
A. Correct.
Q. And then Cowden syndrome and DICER 10:46

syndrome, these are less common syndromes that have been linked to an increased risk of uterine and other gynecological cancers. That's what your report says?

A. Correct. 10:46

Q. In your report, you write that only about 20 percent of ovarian tumors have hereditary susceptibility, and the vast majority are sporadic, correct?

A. That is correct. 10:47

Q. And for that statistic, you cite what -- the Toss article, "Hereditary Ovarian Cancer: Not Only BRCA 1 and 2 Genes," true?

A. True.

Q. Okay. Do you have the Toss article handy? 10:48

A. I do.

MS. O'CONNOR: Take it out. May be a little easier.

BY MR. COSTELLO: 10:48

Q. If we look at -- I'm sorry. Whenever you're ready.

A. Okay.

Q. Okay. So if we look at the article, under the introduction, I'm going to ask you some 10:48

questions about it. We're going to get there in just a second.

In your report, you indicated, under "Ovarian Cancer," "Only about 20 percent of ovarian cancers have hereditary susceptibility, and the vast majority are sporadic." 10:49

In the Toss article, under "Introduction," the paragraph that starts off -- I think it's the second paragraph -- "More than one-fifth, about 23 percent, of ovarian carcinomas have been related to hereditary conditions." 10:49

Do you see that?

A. Yes.

Q. In your report, you didn't put 23 percent, true? 10:49

A. I put "about 20 percent."

Q. Okay. You minimized, by 3 percent, the amount from the article, correct?

MS. O'CONNOR: Objection; form, foundation.

You can answer. 10:49

THE WITNESS: I wouldn't call it minimization. I would just call it rounding.

BY MR. COSTELLO:

Q. You could have written the figure as it appeared in the report, but you chose not to, 10:50

correct?
MS. O'CONNOR: Objection; form.
THE WITNESS: So while that may be true, this is -- this is one article that the numbers of percentages of genetics with ovarian cancer is not only -- is not only predicated by this article, this is actually pretty well-known in the literature. 10:50
20 percent is a number that's seen, more or less, consistently, if you look at other articles, books. And that is what is taught. So I -- while I found that this was in the same realm, there was no intention to decrease the number. 10:50
BY MR. COSTELLO:
Q. Okay. You cited to Toss, though, in your report as the basis for that statistic, true? 10:50
MS. O'CONNOR: Object to the form.
You can answer.
THE WITNESS: Yes, as one of them.
BY MR. COSTELLO: 10:51
Q. Would you agree that characterizing the data as "only about 20 percent" as opposed to "more than one-fifth" minimizes the hereditary factor, correct?
MS. O'CONNOR: Objection. 10:51

THE WITNESS: I do not.
BY MR. COSTELLO:
Q. Would you agree that it's misleading?
MS. O'CONNOR: Objection.
THE WITNESS: No. 10:51
BY MR. COSTELLO:
Q. Would you agree that it's imprecise, at minimum?
MS. O'CONNOR: Objection.
THE WITNESS: No. 10:51
BY MR. COSTELLO:
Q. Downplaying the relation of ovarian carcinomas to hereditary risk factors, even if it's only a few percentage points, skews your report in a way that is more favorable to the plaintiffs' 10:51 position, correct?
MS. O'CONNOR: Objection; form, foundation.
THE WITNESS: Disagree.
BY MR. COSTELLO:
Q. If we look at the conclusions in the 10:51 Toss article, I think it's under heading number 7, where it says "Conclusions," just let me know when you're there.
A. Okay.
Q. If we look at the conclusions here, the 10:51

sentence that begins with "More," it says "More than one-fifth of ovarian tumors have hereditary susceptibility." That's the conclusions of the author of the report, true?

A. That's not a conclusion. That's the same as their introduction. They cite the same reference. 10:52

Q. Okay. But they do cite under the Conclusion section "one-fifth of ovarian tumors have hereditary susceptibility," true? 10:52

A. One-fifth, correct.

Q. And you also cite to the ACS, 2025e, as a reference.

MS. O'CONNOR: Are we done with Toss?

MR. COSTELLO: Yeah, we're done with Toss. 10:52

MS. O'CONNOR: Okay. Let me put it away.

BY MR. COSTELLO:

Q. So I think it is listed in your report alphabetically as "other materials referenced." It's the American Cancer Society, 2025e, "Ovarian cancer risk factors." 10:53

A. Which page are we at on my report?

Q. I believe it's cited to in your report. But I believe from your report, it's page 69 in the PDF, it's the actual -- other references listed. 10:53

I'm sorry. Or other references reviewed. Yeah. "Ovarian cancer risk factors," ACS 2025e.

MS. O'CONNOR: I think it's also referenced in the body of his report, but let's look at what they want you to look at. 10:53

What page, Mike, is the reference on in the report?

MR. TURIELLO: In the report --

THE WITNESS: Did you say seven?

MR. TURIELLO: It's under "Ovarian cancer risk 10:54 factors." Let me see. You're looking for the document itself or just where it's referenced to in the report?

MS. O'CONNOR: Yeah, I don't know what you're referring to. He speaks about it in the body of 10:55 the report, but then it sounded like you were referring to materials considered.

MR. TURIELLO: It is. It's the -- the title of it is from the American Cancer Society, Ovarian Risk Factors, 2025e. 10:55

MS. O'CONNOR: Okay. Are you going to present him with a document or... I see it. Yeah.

Dr. Sharma, the reference to it is on page 1 of 7, materials considered list, the actual reference. 10:55

THE WITNESS: E, uh-huh, okay.
MS. O'CONNOR: Yes.
THE WITNESS: And then the body of the report, it's in --
MR. COSTELLO: I'm looking for it right now. 10:56
MS. O'CONNOR: Okay. Okay.
THE WITNESS: I found it. It's on page 18, D, under column D.
BY MR. COSTELLO:
Q. I know that you found it as referenced 10:57 in your report on page 18 under "Endometrioid Ovarian Cancer Grading."
As far as ovarian risk factors that were identified in the ACS 2025, you'd agree that they include gene mutations such as BRCA 1, BRCA 2, 10:57 Lynch syndrome, and other -- a number of other identified risk factors? Would you agree that that's true?
MS. O'CONNOR: I'm going to object. Are you reading from a specific document, or are you just 10:57 asking him the question?
BY MR. COSTELLO:
Q. You would agree that those are ovarian risk factors?
MS. O'CONNOR: Regardless of the document? 10:57

MR. COSTELLO: Yes.
MS. O'CONNOR: Okay. I just want to be clear, Dan, because there's a lot of discussion about different citations. Let's hear that back from Valerie. 10:58
MR. COSTELLO: That'd be good.
(Record read as requested.)
MS. O'CONNOR: I'll object to the form, but you can answer.
THE WITNESS: I don't know if that's listed 10:58 specifically with the different genetics. But overall, that is correct, that those are risk factors.
BY MR. COSTELLO:
Q. Would you agree that a risk factor is 10:58 anything that increases your risk of getting a disease like cancer?
A. Yes.
Q. And different cancers have different risk factors? 10:59
A. Correct.
Q. Some risk factors like smoking can be changed?
A. They're modifiable risk factors.
Q. Right. And others like a person's age 10:59

and family history, those can't be changed, true?
A. Correct.
Q. And you would agree that having a risk factor or even many risk factors does not mean you will get the disease, true? 10:59
A. It can predispose you, but you may or may not get the disease.
Q. Right. Having risk factors does not assure that you're going to get the disease, true?
A. Correct. 10:59
Q. Some people who get the disease may not have any known risk factors, true?
A. Correct.
Q. Would you agree that the factors that increase your risk of ovarian cancer include 10:59 inherited gene mutations such as BRCA 1, BRCA 2, and Lynch syndrome?
A. Correct.
Q. Would you agree that up to 25 percent of ovarian cancers are part of a family cancer 11:00 syndrome resulting from inherited changes or mutations in certain genes?
MS. O'CONNOR: Objection; form, foundation.
You can answer.
THE WITNESS: Can you repeat that question. 11:00

(Record read as requested.)

MS. O'CONNOR: Objection.

THE WITNESS: I don't know what "family cancer syndrome" means.

BY MR. COSTELLO: 11:01

Q. Would you agree that up to 25 percent of ovarian cancers are a result of inherited changes in certain genes?

MS. O'CONNOR: Objection.

THE WITNESS: Well, we've already debated the 11:01 number, but it's somewhere in the 20 percent range.

BY MR. COSTELLO:

Q. Okay. From your review of the ACS 2025e, do you know if they list ovarian cancer -- strike that. 11:01

Do you know if, based upon your review of the ACS 2025e, if they listed chemical hair relaxers specifically as a risk factor for the development of ovarian cancer?

A. I don't think we've seen that 2025. 11:01

MS. O'CONNOR: Yeah. Do you want to present that to him?

MR. COSTELLO: We're working on it. I'm asking him if he recalls if they identified that as a risk factor -- 11:02

THE WITNESS: If I recall? I do not recall.
BY MR. COSTELLO:
Q. Okay. And, again, that was a document that you referenced in your report, true?
A. Correct. 11:02
Q. If, in fact, the American Cancer Society in this publication states there's no specific chemical in the environment that has been clearly linked to mutations that cause ovarian cancer, you would have no reason to disagree with that? 11:02
MS. O'CONNOR: Objection. Now I'm going to object. You're reading directly from a document that you haven't presented to the witness. So objection; form, foundation. And it may mischaracterize the document. I don't know that. 11:02
THE WITNESS: We have it, right?
MS. O'CONNOR: We may or may not.
Shouldn't you be presenting him with documents that you want to question him from?
Look, they can do what they want to 11:02 do.
MR. COSTELLO: We can take a minute. It's mislabeled.
MS. O'CONNOR: Okay. I'm trying to find it in here. 11:03

MR. TURIELLO: That's fine. Do you want to go off for a second?

MR. COSTELLO: We can go off for a minute and we can find it.

THE VIDEOGRAPHER: Off the record at -- 11:03

MS. O'CONNOR: No, I don't agree to that.

MR. COSTELLO: Okay.

MS. O'CONNOR: All right? You should have the documents ready.

MR. COSTELLO: Would you rather us mark the 11:03 exhibits that are referenced in the binder, then?

MS. O'CONNOR: Well, I'm trying to determine if I can find the one that you're talking about.

Wait. I might be there. Hold on. I want to move this along as much as everybody else 11:03 does. This might be it. There's a lot of different pieces to the ACS.

I mean, don't you guys have it?

MR. COSTELLO: It's not a matter of whether we have it. We have a ton of exhibits. It's 11:04 mislabeled, so I can't find it easily.

MS. O'CONNOR: Okay.

MR. COSTELLO: It's not identified specifically that way.

MS. O'CONNOR: Do you know what the title of 11:04

it is? If you tell me --
MR. TURIELLO: Sure. It's ACS 2025e. It's referenced on page 17 of his report. It's in the list under --
MS. O'CONNOR: Hold on, then. I think I can -- 11:04
THE WITNESS: I think she's asking, what's the title? What does it look like?
MR. TURIELLO: Sure. It's on page -- the first page of your references. 11:04
MR. COSTELLO: Yeah.
MR. TURIELLO: Sixth down, American Cancer Society 2025e, Ovarian Cancer Risks.
MS. CASTRONUOVA: It's this one.
MS. O'CONNOR: It is this one? Okay. I had a feeling. Okay. Shall I give it to him? 11:04
MR. TURIELLO: Yes.
MS. O'CONNOR: You can read from your computer.
MR. TURIELLO: I apologize. The box that came isn't what we needed. And so if it's easier for you, I can reference where it is in that document. 11:04
MS. O'CONNOR: That would help.
MR. TURIELLO: And then we'll be on the same page, and then we won't slow things down. 11:05

MS. O'CONNOR: Okay. That's fine.
MR. TURIELLO: And, again, I apologize for the mix-up.
MS. O'CONNOR: And should we mark this? Do you want to mark this? 11:05
MR. COSTELLO: Sure.
MS. O'CONNOR: Okay. Let's do that.
(Sharma Deposition Exhibit 7 was marked for identification.)
MR. COSTELLO: Okay. Let me know if you need a minute to review it. 11:05
MS. O'CONNOR: If you don't mind, I'm going to just come over just so I can read, too, because I don't have another copy. I promise not to talk.
THE WITNESS: Okay. Go ahead. 11:06
BY MR. COSTELLO:
Q. Okay. Just so that we're clear, now that you have the document in front of you, this document does not identify as a risk factor for the development of ovarian cancer chemical hair relaxers, true? 11:06
A. I don't see any risk factors in here.
MS. O'CONNOR: Yeah, this is not the risk factors document.
THE WITNESS: This is more like a histological 11:06

analysis of ovarian cancer.
MS. O'CONNOR: Just leave it.
THE WITNESS: That's the one.
MR. TURIELLO: It's the next one. It's 2025e. I think you may have had D. 11:07
MR. COSTELLO: Yeah, it's E.
MR. TURIELLO: E is entitled "Ovarian Cancer Risk Factors." It's the next one.
MS. CASTRONUOVA: I'm sorry. I don't mean to interject, but 2025f is actually "Ovarian Cancer 11:07 Risk Factors." 2025e is "Ovarian Cancer." 2025d is "Key Statistics for Ovarian Cancer."
MR. TURIELLO: Okay. Well, I'm looking at the -- in the table, again, he has that as 2025e, "Ovarian Cancer Risk Factors." 11:07
MS. CASTRONUOVA: Okay. I was looking at the references of his report.
MR. TURIELLO: I'll use that one, then.
You're looking at this?
MS. CASTRONUOVA: Yes. 11:07
MR. TURIELLO: Okay. I'll use that one, then.
MS. CASTRONUOVA: Thank you.
MR. TURIELLO: There's also 2025f.
MS. O'CONNOR: Sara, is this it?
MS. CASTRONUOVA: Yes. 11:08

(Sharma Deposition Exhibit 8 was marked for identification.)

MS. O'CONNOR: And the question is? Just to refresh ourselves.

MR. COSTELLO: Sure. 11:08

BY MR. COSTELLO:

Q. The use of chemical hair relaxers are not identified as a risk factor for the development in ovarian cancer in that ACS 2025 -- is it F -- as a risk factor for ovarian cancer, true? 11:08

A. That is correct.

Q. In fact, the American Cancer Society in this publication states "There is no specific chemical in the environment that has been clearly linked to mutations that cause ovarian cancer," 11:08 true?

MS. O'CONNOR: I'll object to the form and the foundation.

Please, you can answer.

THE WITNESS: I don't see that statement that 11:09 you're referring to. They make no comments about --

BY MR. COSTELLO:

Q. Right.

A. They make no comments about any 11:09

compounds or other things that -- and you specifically in your question said that increased your risk for genetic mutations?

Q. The American Cancer Society has not identified any specific chemical in the environment that has been clearly linked to mutations that cause ovarian cancer. That's what -- there's no reflection in that document that they have a correlation between specific chemicals and mutations that cause ovarian cancer, true? 11:09 11:10

MS. O'CONNOR: Object to the form and the foundation.

Go ahead.

THE WITNESS: There's no reference here about any -- whether it's chemicals, compounds, any of that. 11:10

BY MR. COSTELLO:

Q. What specific --

A. Hormones --

Q. I'm sorry. 11:10

A. I'm sorry. Hormones, estrogen, none of that is mentioned.

Q. It's specifically commenting on inherited gene mutations, true?

A. This is, correct, mostly a genetic 11:10

review.
Q. What specific chemicals do you contend are clearly linked to the mutations that cause ovarian cancer?
MS. O'CONNOR: Objection; form, foundation, exceeds the scope. 11:10
THE WITNESS: The same ones that we've discussed with endocrine-disrupting chemicals.
BY MR. COSTELLO:
Q. And which specific chemicals are those? 11:10
A. Phthalates, parabens, formaldehyde, BPA.
Q. And you haven't specifically published anywhere an article that clearly links those mutations to a cause of ovarian cancer, true?
MS. O'CONNOR: Object to form and foundation. 11:11
THE WITNESS: I have not.
BY MR. COSTELLO:
Q. And as you sit here today, you're not aware of the American Cancer Society specifically linking chemicals in the environment to mutations 11:11 that cause ovarian cancer, correct?
MS. O'CONNOR: Object to the form.
You can answer.
THE WITNESS: I have not seen that.

BY MR. COSTELLO:
Q. I think this is the right document. Is this 10?
Okay. If we look at the document that's in front of you, I think the ACS identifies certain hereditary risk factors under "Acquired Genetic Mutations"? 11:12
A. Yes.
Q. Okay. In that paragraph, where it says "Acquired Genetic Mutations," it says "In some cancers, these mutations may be caused by radiation or harmful chemicals, but there is no evidence for this in ovarian cancer. So far, no specific chemical in the environment or in our diets has been clearly linked to mutations that cause ovarian cancer. In most cases, the cause of these acquired mutations is still unknown." 11:12 11:13
Do you see that?
A. No, I don't.
MS. O'CONNOR: There's page numbers, Dan, at the bottom. Can you just give him a page number. 11:13
BY MR. COSTELLO:
Q. It's under -- the heading is "Acquired Genetic Mutations."
A. Oh, so it's a different one. It's not 11:13

this paper. This is inherited gene mutations, and you're talking about acquired.

MS. O'CONNOR: That's true.

Dan, this is inherited.

MR. COSTELLO: Okay. 11:14

MS. O'CONNOR: If it was on your materials considered, it's not copied here, and if it wasn't discussed.

Mike, can you show Sara -- and then -- we have quite a lot of them. I just don't 11:14 know if we have the one that you're referring to.

MR. TURIELLO: I think this should encompass all of them. If you go to his fifth through ninth references in that regarding ovarian cancer, I think that's the totality of the ACS reference 11:14 regarding -- it's on page 15. The acquired genetic mutations would be on --

MS. CASTRONUOVA: So it looks like you're talking about 2025a. That's the only one I see on page 15. 11:15

MS. O'CONNOR: So that would be Tab 2. Hold on. No, it's endometrial.

MR. COSTELLO: I have the same thing. It's under References 5 through 9, and it's page 15 of 107. I don't know if you have them broken out, but 11:15

it's under "Acquired Genetic Mutations."

MS. CASTRONUOVA: 107?

MR. COSTELLO: I think this is all References 5 through 9.

MS. CASTRONUOVA: What is 15 of 107 referring to? 11:15

MR. COSTELLO: On page 15, this is under the American Cancer Society. "Acquired Genetic Mutations" is the heading.

MS. CASTRONUOVA: No, I understand. Is 15 of 107 of that reference you're discussing, or are you saying that's from page 15 of his report? 11:16

MR. COSTELLO: No. These are all the reference documents that I'm referring to now, and I think it's a combination. It's References 5 through 9. "Key statistics for Ovarian Cancer" is the PDF that I have. 11:16

MS. O'CONNOR: Oh, I see. Hold on. Wait a minute. I think I found it. This is about endometrial cancer. 11:16

THE WITNESS: A is -- 2025a is endometrial.

MS. O'CONNOR: Wait. Maybe this is it. Does this seem to be the one?

MS. CASTRONUOVA: There's nothing about "acquired." 11:17

MS. O'CONNOR: Show it to Mike. This is --
MR. COSTELLO: I mean, I can show you the page.
MS. CASTRONUOVA: If I could just -- I'm just not... 11:17
MS. O'CONNOR: That hasn't been printed.
MS. CASTRONUOVA: That does not look familiar.
Hold on. Can I see that?
MS. O'CONNOR: Yeah. It just may be that we only printed -- 11:17
MS. CASTRONUOVA: Yeah, this looks like it was the main page. Maybe in the drop-downs.
MS. O'CONNOR: Can I make a suggestion, maybe on break --
MR. COSTELLO: Yep. We're already doing it. 11:17 I mean, I can show him my computer, if that helps. He can read it.
MS. O'CONNOR: Does that work for you?
THE WITNESS: Yeah.
MS. O'CONNOR: I don't care, if it works for 11:17 you.
THE WITNESS: There's a lot of documents.
MR. COSTELLO: Yeah. That's the problem, is they were mislabeled and since they're out of order -- you can scroll down, if you need to. I'm 11:18

going to ask you just a couple of questions.
BY MR. COSTELLO:
Q. So under that section, if you scroll down, I think it's under "Acquired Genetic Mutations," let me know when you're there. 11:18
A. Okay.
Q. Under that paragraph, it says -- the question that I had asked you was "In some cancers, these mutations may be caused by radiation or harmful chemicals, but there is no evidence for this in ovarian cancer." 11:18
Do you see that?
A. Yes.
Q. "So far, no specific chemical in the environment or in our diets has clearly been linked to mutations that cause ovarian cancer. In most cases, the cause of these acquired mutations is still unknown." 11:18
Do you see that?
A. Yes. 11:18
Q. Okay. You cited to the American Cancer Society in your report on several pages, true?
A. Correct.
Q. If we go down, it looks like there's a section that says "Can ovarian cancer be 11:19

prevented?"
A. Yes.
Q. And it says "Most women have one or more risk factors for ovarian cancer, but most of these only slightly increase risk," true? 11:19
A. I'm not -- I mean, it's here. I'm not sure I necessarily agree with it.
Q. Okay. But that's what it -- that's what the document states. The American Cancer Society states that although women -- most women have more 11:19 than one risk factor for ovarian cancer, but most of these only slightly increase risk. That's what it says?
A. That's what it says.
Q. Did you quantify the degree to which 11:19 chemical hair relaxers would increase the risk of development of ovarian cancer?
MS. O'CONNOR: Object to the form, foundation.
THE WITNESS: I cited studies that quantify it. 11:20
BY MR. COSTELLO:
Q. Did you quantify the degree to which the exposure to other specific EDCs in food containers, cosmetics, or any other source which a girl or a woman is exposed to throughout the course of her 11:20

life will increase the risk of development of ovarian cancer?

MS. O'CONNOR: Objection; form, foundation, beyond the scope.

THE WITNESS: I did not, only to the point where it's listed in the arguments. 11:20

BY MR. COSTELLO:

Q. Did you compare the risk associated with exposure to EDCs in chemical hair relaxers to other ubiquitous EDCs that a girl or a woman is exposed to constantly from prior to birth and each moment thereafter? 11:20

MS. O'CONNOR: Objection; form, foundation, mischaracterizes the evidence, and beyond the scope. 11:20

THE WITNESS: No, I did not.

BY MR. COSTELLO:

Q. Okay. If the exposures are ubiquitous, does that mean that the exposures are constant?

MS. O'CONNOR: All right. Form, foundation, mischaracterizes the evidence, and it's already been asked and answered. 11:21

THE WITNESS: I don't think it says that it's constant. I mean, ubiquitous, as you mentioned -- they could be widespread, but it doesn't 11:21

necessarily mean it's constant. And by the way, this article also talks about radiation and chemicals not causing ovarian cancer, whereas radiation is listed as a risk factor for ovarian cancer. So it's internally not congruent with what it's saying. 11:21

MR. COSTELLO: I'll take that back. Thank you.

MS. O'CONNOR: That's why we couldn't find it. It's not a reference in his report, Dan. Okay. Let's move on. 11:21

BY MR. COSTELLO:

Q. Okay. If we go back to page 10 of your report, in it, you indicate "Endometrial cancer, the most common cancer of the female genital tract, is the fourth most common cancer overall in women in the United States." And you cite to Mahdy, and then you also -- it looks like the American Cancer Society, which is the American Cancer Society, it looks like, 2025c. 11:22 11:23

Do you see that?

A. Yes.

(Sharma Deposition Exhibit 9 was marked for identification.)

MS. O'CONNOR: Page 8, they're going to be 11:23

starting at 8. But look at the document as a whole.

MR. COSTELLO: Let me know when you're ready.

MS. O'CONNOR: Just for the record, I notice yellow highlighting on the document. 11:24

MR. COSTELLO: Yes, there is yellow highlighting.

MS. O'CONNOR: I'm not clear if it's in the original.

MR. COSTELLO: It's not in the original. 11:24 These are our highlights.

MS. O'CONNOR: All right. So this is applied by counsel?

MR. COSTELLO: Correct.

MS. O'CONNOR: Okay. 11:24

THE WITNESS: Pretty straight.

BY MR. COSTELLO:

Q. Okay. Are you ready to answer questions?

A. Yes. 11:24

Q. All right. If we look at I believe it's the top of page 4 -- I'm sorry -- the bottom of page 4 into page 5 of this document, and there are some highlights that we put on there. I want to ask you about the highlights. Under the section 11:24

Estrogen-Dependent Endometrial Cancers, that's the traditional classification. If we look at the second -- the next page, which is page 5, it says "Endometrial cancers were traditionally categorized into two types based upon whether they are" -- whether the cancer cells are dependent on estrogen." 11:25

Do you see that?

A. Yes.

Q. And in here, it's referred to as Type 1 endometrial cancers and Type 2 endometrial cancers. 11:25

Do you see that?

A. Yes.

Q. The numbers that you cite in your report on page 10 at the bottom, you also included -- strike that. 11:25

On page 10 of your report, you include not just endometrial cancers, but also uterine sarcomas, true?

A. I mention that there are uterine sarcomas, yes. 11:25

Q. If you look at where you obtain the figures on this point, it states "How common is endometrial cancer?" I believe it's onto the next page -- page 8. I'm sorry. 11:26

MS. O'CONNOR: Oh, of the document?
MR. COSTELLO: Same document.
BY MR. COSTELLO:
Q. "Key statistics for endometrial cancer, How common is endometrial cancer?" Page 8. 11:26
A. Okay.
Q. It says "The American Cancer Society estimates for cancers of the uterus in the United States for 2025 are," and it lists "69,120 new cases of cancer of the uterus will be 11:26 diagnosed, and about 13,860 women will die from cancers of the uterus. These estimates include both endometrial cancers and uterine sarcomas."
Do you see that?
A. Okay. 11:26
Q. "Up to 10 percent of the uterine cancers are sarcomas, so the actual numbers for endometrial cancer cases and deaths are slightly lower than these estimates."
Do you see that? 11:27
A. Correct.
Q. Okay. Did you disclose in your report that the figures that you use for new cases and deaths include non-endometrial uterine cancers?
MS. O'CONNOR: Object to the form, foundation. 11:27

THE WITNESS: Well, if you read the rest of my sentence on that page, going into page 11, it talks about carcinosarcomas. So it's not clear from looking at this report when they talk about uterine sarcomas, I think they're including uterine 11:27 carcinosarcomas as part of that 10 percent. Otherwise, 10 percent of uterine cancers are not sarcomas. So uterine carcinosarcomas are basically identified as an endometrial cancer.

BY MR. COSTELLO: 11:28

Q. You characterize in your report sarcomas as rare, but the American Cancer Society reports a figure up to 10 percent on this page; would you agree?

A. That's what I'm getting at. They're 11:28 using terminology for carcinosarcomas that is not a true sarcoma.

Q. Okay. Would you characterize 10 percent as rare?

A. Not if the number was 10 percent. 11:28

Q. Okay. Did you include that 10 percent as cited by the American Cancer Society in your report?

A. No.

Q. You write in your report "Significantly, 11:29

endometrial cancer diagnoses are increasing in Black, Hispanic, Asian, and Pacific Islander women more than in non-Hispanic white women." And for that, you cite to Mahdy, et al., 2025, and the American Cancer Society 2025c. 11:29

Do you see that?

A. Yes.

MR. COSTELLO: Okay.

(Sharma Deposition Exhibit 11 was marked for identification.) 11:31

BY MR. COSTELLO:

Q. We have Exhibit No. 11 in front of you. And maybe I'm saying the name wrong, but it's cited in your report on page 11, I think it's Mahdy from 2025. Is that what you have in front of you? 11:31

A. Yes.

Q. If you look at page 2 of Mahdy --

MS. O'CONNOR: You guys are busy. You guys were busy.

MR. COSTELLO: Yeah, we were. 11:31

BY MR. COSTELLO:

Q. All right. Well, since you have the highlighting, if we look at -- there's the first section that's highlighted here, it says "The most significant risk factors associated with 11:31

endometrial cancer development include those include" -- strike that -- "development include those that increase long-term exposure to unopposed estrogen (e.g., obesity and exogenous estrogen). Differentiating Type 1 endometrioid from Type 2 serous endometrial carcinomas and other highly aggressive nonendometroid carcinoma histotypes is essential to understanding, managing, and possibly preventing these diseases." 11:32

I may have butchered some of the pronunciation, but do you see the section I've highlighted and that I'm referring to? 11:32

A. Yes.

Q. Okay. And then if we go down under "Etiology," it's on the same page. It's highlighted, as well. 11:32

A. Okay.

Q. Which are our highlights that weren't in the original. It says "Present consensus holds that the pathogenesis of most low-grade endometrial carcinomas begin with uninterrupted endometrial proliferation, hormonally stimulated by endogenous or exogenous estrogen unopposed by progesterone or progestins, progressing through states of simple to complex forms of endometrial hyperplasia." 11:33 11:33

Do you see that?
A. Yes.
Q. And then under "Endometrial Risk Factors," I know that there's highlights there, as well, but I think it's the second sentence that says "The risk factors associated with the more common Type 1 endometrial cancers cause estrogen-stimulated endometrial proliferation, including increased body mass index (BMI), estrogen replacement therapy, estrogen-secreting tumors, chronic anovulation, tamoxifen therapy, early menarche, and late menopause, which increase the lifetime exposure to endogenous or" -- "endogenous or exogenous estrogens." 11:33 11:34
Do you see that, for Type 1? 11:34
A. Yes.
Q. It says "Conversely, for Type 2, non-endometrioid cancers, risk factors include lower BMI, parity, Black race, history of breast cancer, and being older than 55 at diagnosis." 11:34
Do you see that?
A. Yes.
Q. Would you agree that Type 2 is not associated with unopposed estrogen?
MS. O'CONNOR: Object to the form and 11:35

foundation to that.

THE WITNESS: Not exclusively.

BY MR. COSTELLO:

Q. Okay. If we look at Mahdy, for Type 2 -- and I know I read through some of these -- but the risk factors associated include lower BMI, parity, Black race, history of breast cancer, and being older than 55. 11:35

Would you agree with that?

MS. O'CONNOR: Agree that that's what it says or -- 11:35

BY MR. COSTELLO:

Q. Agree with that statement that that is true, those are the risk factors?

MS. O'CONNOR: Over my objection, you can answer. 11:35

THE WITNESS: Not implicitly, but I agree.

BY MR. COSTELLO:

Q. Would you agree that there's no evidence in the literature or studies, including Mahdy, that you have reviewed which demonstrate an association between the use of chemical hair relaxers and Type 2 non-endometrioid cancer? 11:36

MS. O'CONNOR: Object to the form and foundation. 11:36

THE WITNESS: I think the studies do implicate or associate, or both, for Type 1 and Type 2.

BY MR. COSTELLO:

Q. Which studies specifically that you have reviewed demonstrate an association between the use of chemical hair relaxers and Type 2 non-endometrioid cancer? 11:36

MS. O'CONNOR: Objection.

You can answer.

THE WITNESS: Bertrand 2023. 11:36

BY MR. COSTELLO:

Q. Anything else?

A. No. I think that's the one that's specifically broken down.

Q. Would you agree that endometrial -- 11:37

A. And --

Q. I'm sorry.

A. I'm sorry. And Chang.

Q. And when you say those two specifically broke it down, what are you referring to? 11:38

A. Between looking -- breaking down the hair product use with patients that had uterine cancer and further segregating it into Type 1 versus Type 2 and serous versus nonserous.

Q. Are Type 2 cancers caused by EDCs? I'm 11:38

sorry.
Are Type 2 endometrial cancers that we're referring to here, are they caused by EDCs?
MS. O'CONNOR: Object to the form and foundation. 11:38
THE WITNESS: Yes.
BY MR. COSTELLO:
Q. Would you agree that high BMI as well as Type 2 diabetes and insulin resistance as well as menstrual disruption and infertility are currently 11:38 associated with increased risk for low-grade endometrioid carcinoma?
A. Yes.
Q. Okay. Would you also agree that endometrial cancer is twice as common in overweight 11:39 women and more than three times as common in obese women?
MS. O'CONNOR: Objection; form, foundation.
THE WITNESS: I don't know the specific numbers, but that is correct. I'd like to see what 11:39 you're reading that from.
BY MR. COSTELLO:
Q. Sure.
A. Yeah.
Q. If we look on Mahdy, which is Exhibit 11:39

No. 11 that you have in front of you, it's on page 3 under "High BMI."

MS. O'CONNOR: There's no page numbers. You just have to count.

MR. COSTELLO: It's the third page. 11:39

THE WITNESS: Yeah. Okay.

BY MR. COSTELLO:

Q. It's the highlighted section where it starts with "High BMI."

A. Got it. Yes, I see that. 11:39

Q. And specifically, if you look at the second sentence, it says "Endometrial cancer is twice as common in overweight women and more than three times as common in obese women."

Do you see that? 11:40

A. Yes.

Q. And that's one of the references that you cite to in your report, true?

A. Yes.

Q. And if we look on that -- earlier on 11:40 that page, the Mahdy article, which is Exhibit 11, it also states that the "Family history of endometrial, colorectal, ovarian, and other cancers that characterize Lynch syndrome and related MMRd hereditary diseases increase risks for endometrial 11:40

cancers."

Do you see that?

A. Yes.

Q. Do you agree with that statement?

A. I agree with the second part, where the MMR-deficient patients have increased risk. Family history may or may not. 11:40

Q. And you cited to the Mahdy article as a reference in your report, true?

MS. O'CONNOR: Objection; foundation. 11:41

THE WITNESS: Yes, but I didn't highlight this area. So...

BY MR. COSTELLO:

Q. If we look at -- I know it's not numbered for you, but it's the fourth page. There should be highlights where it starts "The average age." It's at the bottom, right above "Pathophysiology." 11:42

A. Okay.

Q. It says "The average age for Type 1 endometrial cancer diagnosis in the United States decreased from 64 to 61 years, which some experts have posited is secondary to increasing obesity rates." 11:42

Do you see that? 11:43

A. Yes.
Q. You would agree that, based upon this statement, the authors did not attribute the decrease in average age of diagnosis of endometrial chemical hair relaxers, or EDC, as it is not mentioned in the paragraph, true? 11:43
MS. O'CONNOR: Objection.
You can answer.
THE WITNESS: They did not state that.
BY MR. COSTELLO: 11:43
Q. In fact, they mentioned specifically increasing obesity rates, true?
MS. O'CONNOR: Objection; speaks for itself.
You can answer.
THE WITNESS: That's their hypothesis. 11:43
BY MR. COSTELLO:
Q. But that's what the Mahdy article --
A. That's what they're speculating, correct.
Q. Okay. Just let me finish. 11:43
That's what the Mahdy article that you cited to specifically indicates, that it is secondary to increasing obesity rates, true?
MS. O'CONNOR: Objection; form.
You can answer. 11:44

THE WITNESS: Correct.
BY MR. COSTELLO:
Q. In the -- we're still on page 11 of your report. You had specifically mentioned that endometrial cancer diagnosis are increasing in Black, Hispanic, Asian, and Pacific Islander women more than in non-Hispanic white women, and you cite to Mahdy again. 11:44
Do you see that?
A. Yes. 11:44
Q. Did you note in your report that the author suggests this might be due to socioeconomic and healthcare access disparities?
MS. O'CONNOR: Are you asking if he said that in his own report? 11:44
MR. COSTELLO: Yeah.
MS. O'CONNOR: Okay. Objection.
You can answer.
THE WITNESS: I did not state that.
BY MR. COSTELLO: 11:45
Q. If Mahdy said that, why did you not include it in your report?
MS. O'CONNOR: Objection; form, foundation, argumentative.
You can answer. 11:45

THE WITNESS: I mean, I have to pick and choose what I write, and it's not pick and choose based on whether it supports the argument or not. There's only so much material that you can add.

So I'm happy to expand on that, if that's the question, but the statement is correct that there is a higher incidence and that they have worse outcomes. There's a variety of thought processes on why there is a worse outcome. 11:45

BY MR. COSTELLO: 11:45

Q. The last sentence here says "Black women have a higher incidence of advanced high-grade cancers at the time of diagnosis as well as poor outcomes compared to non-Hispanic white women."

Do you see that? 11:46

A. In my report? Yes, I do.

Q. I'm sorry. Page 11 of your report, top paragraph.

A. I do.

Q. Oh, second paragraph. 11:46

A. Yes, I see that.

Q. Okay. You're referring to Type 2; is that correct? High-grade?

A. No. There's -- the high-grade includes Type 1 and Type 2. 11:46

Q. Do you disagree with the statement that Type 2 is not hormone-driven? Do you disagree with that statement?

MS. O'CONNOR: Objection; asked and answered.

You can answer it again. 11:47

THE WITNESS: Correct.

MS. O'CONNOR: Can I have that answer read back, just that question and answer.

(Record read as requested.)

BY MR. COSTELLO: 11:47

Q. I'm trying to make sure I -- I guess it's on page 6 of the Exhibit No. 11, which is, again, the Mahdy article that we've been referencing. There's a highlighted section that's from us, and it starts "Historically." 11:48

Do you see that?

A. I do.

Q. It says "Historically, endometrial cancer was divided into two types based on histological characteristics. Type 1 cancers are 11:48 more common, typically characterized by low-grade, well-differentiated endometrial proliferation, secondary to unopposed estrogen exposure. Type 2 endometrial cancers comprise poorly-differentiated, progressive serous clear cell" -- 11:48

A. Carcinosarcoma.
Q. -- "carcinosarcoma histological types. Type 2 endometrial cancers have a poor prognosis."
So, you know, reading through that, I noticed that Type 1 refers specifically to estrogen exposure and Type 2 does not. 11:49
Do you see that?
A. Yes.
Q. And I guess I'm just trying to understand, as a layperson, why it is that you believe that Type 2 are EDC-driven. 11:49
MS. O'CONNOR: Object to the form.
You can answer.
THE WITNESS: So this Type 1, Type 2, is kind of a broad classification. I think -- I'm sure you've seen in your reading there's movement away from it to molecular classification, because not -- it's not that cut-and-dry. Not everything that's Type 1 has no -- or that's Type 2 has no hormonal influence. 11:49 11:50
I mean, in fact, if you look at a high-grade endometrial cancer, they still have 70 percent estrogen receptor-positivity. A serous cancer has up to 60 percent estrogen receptor-positivity. 11:50

So it's not that cut-and-dry, where -- that a Type 2 has no hormonal influence at all. There are other factors that go into it, like other mutations, but it doesn't necessarily mean that you can't have one or the other. 11:50

BY MR. COSTELLO:

Q. Okay. And just to follow up on that, because you gave a percentage and I want to make sure that I understand it, what percentage of what would be broadly classified as Type 2 would be 11:50 considered those that are influenced by hormones?

A. Well, that's hard to quantify. I can just tell you what I'm quantifying is what degree of estrogen receptor-positivity those cells have, and that's something that can be tested 11:51 pathologically with immunohistochemistry stains.

Q. Okay. If we go two more pages, there's a section here, right above "Evaluation," where it starts with "However, endometrial cancer." There's a highlight for you on your copy. 11:51

Do you see that?

A. Yes.

Q. Mahdy notes that approximately 75 percent of women diagnosed with endometrial cancers younger than 25 also have a BMI greater 11:51

than 30. Do you see that second full sentence?
A. Yes.
Q. They recommend that -- that any perimenopausal women with AUB, meaning abnormal uterine bleeding, and risk factors for endometrial cancer, such as Lynch syndrome, that exposure to unopposed estrogen, e.g., obesity, exogenous estrogen, and polycystic ovarian syndrome or persistent AUB, should prompt endometrial assessment to include hyperplasia, malignancy, and other differential diagnosis, true? 11:51 11:52
MS. O'CONNOR: It's "exclude," not "include."
MR. COSTELLO: I'm sorry. If I said it --
MS. O'CONNOR: With that understanding --
MR. COSTELLO: To exclude. 11:52
MS. O'CONNOR: Hyperplasia and --
MR. COSTELLO: Right.
BY MR. COSTELLO:
Q. To exclude hyperplasia and malignancy and other differential diagnoses, correct? 11:52
A. Correct.
Q. And a differential diagnosis is the process to -- for a physician to try and eliminate what might be other potential causes of sequelae; is that right? 11:52

MS. O'CONNOR: Objection to form.
THE WITNESS: Not sequelae, but risk factors.
BY MR. COSTELLO:
Q. What is polycystic ovarian syndrome, or PCOS? 11:52
A. It's a syndrome characterized by multiple cysts on the ovaries, imbalance in hormonal regulation and ovulation and insulin resistance and multiple other changes.
Q. And what is the cause of PCOS? 11:53
A. It's an endocrine dysfunction. Nobody necessarily knows what exactly causes it.
MR. COSTELLO: All right. So I think we had this marked as 12, the next one. I think we actually have a physical copy of it. 11:54
(Sharma Deposition Exhibit 12 was marked for identification.)
BY MR. COSTELLO:
Q. I'm sorry, Doctor. I think we placed in front of you, Exhibit No. 12; is that right? 11:55
A. Yes, correct.
Q. And this is "A Matter of Race," is the title of the article. And it is Virnig, among other authors, "A Matter of Race: Early Versus Late-Stage Cancer Diagnosis." I'm just identifying 11:55

it for the record.

A. Yes, I see that.

Q. And this is something you cited to in your report?

A. Correct. 11:55

Q. Just so that I'm clear, the Virnig article is not specific to endometrial cancer, is it? And specifically, if we look at the abstract, it says "We compared the stage at which cancer is diagnosed and survival rates between 11:56 African-Americans and white, for 34 solid tumors, using the population Surveillance Epidemiology and End Results (SEER) database."

A. So your question is is it specific to endometrial cancer, or does it include endometrial? 11:56

Q. My question is the article is not specific to endometrial cancer, true?

A. Correct. It includes endometrial, but not specific to it.

Q. The study compared the stage at which 11:56 cancer is diagnosed and survival rates between African-Americans and white, for 34 solid tumors, using the database, true?

A. Correct.

Q. It indicates African-Americans were 11:57

diagnosed at more advanced stages than whites in 11 of 13 cancers. I believe this is on page 4 of the article.

A. They have these tables as exhibits. So -- 11:57

Q. Hold on. Give me one second. I'm going to pull it up. Give me one second. I'm trying to locate this specific section. All right.

So I think as far as the statistic African-Americans are diagnosed at more advanced 11:58 stages than whites for 11 of the 13 cancers, with an incidence of 5 per 100,000 or greater, that's at the bottom of page 4.

Do you see that?

MS. O'CONNOR: How about the page number, Dan. 11:58

MR. COSTELLO: I'm sorry. 162.

MS. O'CONNOR: Okay.

THE WITNESS: For the four cancers and prostate cancer, is that the sentence you're talking about? Or, no, you're talking about -- 11:59

BY MR. COSTELLO:

Q. It's the stages at diagnosis. It's after where it says Exhibit 1, it says "African-Americans were also diagnosed at a more advanced stage than whites for 11 of 13 cancers," 11:59

page 162.
A. Okay. So the second sentence?
Q. Yes.
A. Okay. Yes, I see that.
Q. It says 11 of 13 cancers. The 11:59
cancers -- in addition to cancers of the uterus and ovaries, lung cancer, bladder cancer, melanoma, kidney and renal, pelvis, pancreas, thyroid, stomach, larynx, esophagus, testes, and liver were all also cancers that were identified in the study, 12:00
true?
A. That's what it says.
Q. And if we look at the table, which is Exhibit No. 2 -- do you have the table in front of you? 12:00
A. Yes.
Q. Okay. It -- specifically, it indicates that African-Americans were diagnosed at later stages in all of these except for kidney and renal, pelvic, and stomach cancers, correct? 12:00
A. You're referring to the odds ratio?
Q. Yes.
A. Okay. Yes.
Q. And then if we go to page 6, the study indicates on -- I'm sorry. I think it will be 12:01

page 164. At the top, "Overall, African-Americans were diagnosed at more advanced stages for [sic] whites for 31 of the 34 tumor sites. We found only two exceptions to the pattern, which were kidney/renal, pelvis, and small intestines." 12:01

Is that an indication of health disparities as to why the cancers were detected at a later stage?

MS. O'CONNOR: Object to the form and the foundation. 12:01

THE WITNESS: This -- I mean, I think we touched on this briefly earlier. This is all sort of hypothesis generating this. We debate this all the time, why is it more advanced and less -- you know -- worse outcomes? Is it access to care? Is 12:02 it, you know, insurance? Is it that there's a genetic predisposition? Is it, you know, exposure to other chemicals? This is -- I don't think you can necessarily box this in with one explanation. It's case-dependent. 12:02

BY MR. COSTELLO:

Q. Okay. If we go to "Survival Advantages," in that same article, it says "Overall, whites had a five-year cancer survivor advantage for 32 of the 34 tumor sites, and 26 of 12:02

these differences were statistically significant."
Do you see that?
A. Okay.
Q. You'd agree that the authors actually stated that the disparity in incomes did not seem to be related to risk factors? 12:02
MS. O'CONNOR: Objection.
You can answer.
THE WITNESS: Can you repeat that sentence.
MR. COSTELLO: Sure. 12:03
Can you read it back.
(Record read as requested.)
BY MR. COSTELLO:
Q. I'm sorry. I misspoke.
You'd agree that the authors indicated that the disparity in outcomes did not seem to be related to risk factors, true? 12:03
MS. O'CONNOR: Object to the form, foundation.
THE WITNESS: Where do they say that?
BY MR. COSTELLO: 12:03
Q. If we look at the discussion section on page 7 of 10, which is, I believe, page 165.
A. Okay.
Q. And if we look, it says -- it says "Given the wide variety of malignancies evaluated, 12:04

the consistency of the racial disparities does not seem to be explained by differences in risk factors, screening behavior, or tumor biology. Rather, the factors that are most likely responsible for those differences are related to 12:04 the patients themselves or the institutional racism inherent in the healthcare system in which they receive care."

That's what it says?

A. Yeah. I mean, that's what it says. I'm 12:05 not sure I agree to that. And to make a statement about 11 cancers or 14 cancers and sum it up, I'm not -- I think that's being overly general.

Q. The authors listed factors that they felt contributed, including, if we look on that 12:05 same page, insurance and care-seeking behavior.

Do you see that?

A. Yes.

Q. If we go to the next page, it lists a number of other factors. Medicaid enrollment, 12:05 true?

A. I see that.

Q. Income and education?

A. Yes.

Q. Differences in healthcare providers, 12:05

true? They list that as a factor?
A. Yes.
Q. Patient's delay in seeking treatment?
A. Yes.
Q. And the provider's role in delayed diagnosis? 12:06
A. Yes.
Q. They didn't list as a risk factor or attribute it to any alleged exogenous risk factor, such as chemical hair relaxers or EDCs in general, true? 12:06
MS. O'CONNOR: Object to the form, foundation.
THE WITNESS: They did not, but they should have.
BY MR. COSTELLO: 12:06
Q. Okay. And that was a report that you referenced -- strike that.
That was a study that you referenced in your report, true?
A. Correct, for the outcomes. 12:06
MS. O'CONNOR: From 2009.
THE WITNESS: It's an old report.
MS. O'CONNOR: Yes.
BY MR. COSTELLO:
Q. All right. If we go back to page 11 of 12:06

your report --

MS. O'CONNOR: Just -- Dan, in terms of your planning, lunch is here. You let me know when you want to --

MR. COSTELLO: Okay. We can stop. 12:07

MS. O'CONNOR: Are you sure?

MR. COSTELLO: Sure.

MS. O'CONNOR: If it's related, I can --

MR. COSTELLO: It's fine. I'm going to go to a different article, so we can stop. 12:07

MS. O'CONNOR: Okay. Very good.

MR. COSTELLO: We mentioned lunch twice. I think it's impossible for me to say no.

THE VIDEOGRAPHER: Off the record at 12:06.

(Lunch recess taken from 12:07
12:06 p.m. to 12:55 p.m.)

A F T E R N O O N   S E S S I O N

THE VIDEOGRAPHER: Back on the record at 12:55.

MR. COSTELLO: Okay. Doctor, we took a break, and I want to just follow up with you. 12:56

Getting back to your report, which is marked as Exhibit No. 4, I also was going to show you a document here in just a moment.

(Sharma Deposition Exhibit 13 was marked for identification.) 12:56

EXAMINATION (resumed)

BY MR. COSTELLO:

Q. If we look at your report, on page 11, under the caption of "Role of Estrogen," the second full paragraph, there's a sentence that begins 12:56 "ER."

Do you see that?

A. Yes.

Q. "ER promotes uterine cell proliferation and is strongly associated with the risk of EC." 12:56 And there's a citation there, too. Yu, et al., 2022, correct?

A. Are you talking about ER expression?

Q. It's in the same paragraph, but it starts with "ER," and I don't know if that's a -- 12:57

A. Oh, ER alpha.
Q. Yeah, alpha sign.
A. Uh-huh.
Q. It says "ER alpha promotes uterine cell proliferation and is strongly associated with increased risk of EC." 12:57
Do you see that?
A. Yes.
Q. And then immediately following that, it says Yu, et al., at 2022, correct? 12:57
A. Correct.
Q. And then I've handed you what's been marked as Exhibit No. 13, which is the Yu article titled "Estrogen Receptor Function: Impact on the Human Endometrium." 12:57
Do you see that?
A. Yes.
Q. And then in the copy that you've been handed, there's a highlighted section.
Do you see that? 12:58
A. Yes.
Q. Okay. And in the Yu article, which was not included in your report, it indicates, "Incorrect expression of ERs can produce many diseases that can cause endometriosis, endometrial 12:58

hyperplasia (EH), and endometrial cancer (EC), which affect numerous women of reproductive age. ER alpha promotes uterine cell proliferation and is strongly associated with an increased risk of EC, while ER data has opposite effects on ER alpha function. GPER is highly expressed in abnormal EH, but its expression in EC patients is paradoxical." 12:58

Do you see that?

A. Yes.

Q. In this article, if we go to the conclusion, which I believe is on the 11th page -- if you're looking at the numbers on the bottom, I think it's page 11 -- under "Conclusion, the authors also say, in the highlighted paragraph there, the very last sentence, "More research is needed to elucidate the disease mechanisms that involve ERs." 12:58 12:59

Do you see that?

A. Yes.

Q. Would you agree that the authors in Yu do not specifically discuss hair relaxers? 12:59

A. Not that I can see offhand.

Q. Okay.

A. I don't recall the entire article.

Q. And if we go to that last section, back 01:00

to your report for just a moment, it says "Abnormalities in ER expression and signaling contribute to endometrial hyperplasia in cancer. The vast majority of these signaling abnormalities are believed to be through environmental exposure." 01:00

Fair to say that you don't have a cite to that in your report? There's no specific article referenced there, is there?

MS. O'CONNOR: Objection; form.

THE WITNESS: No, there isn't, but I do stand by that statement. 01:00

BY MR. COSTELLO:

Q. And you would agree with me that this does not come from the Yu article that we just marked as Deposition Exhibit No. 13, true? 01:00

MS. O'CONNOR: Objection. It's a standalone statement. Objection; form.

BY MR. COSTELLO:

Q. You can answer.

A. Yeah, I don't think it's in reference to this article. 01:01

MR. COSTELLO: Okay. We're done with that. I'm going to pull up another document here in just a second.

Tab 14, Mike. 01:01

We did, over lunch, grab all the documents, too, so we should have everything.

(Sharma Deposition Exhibit 14 was marked for identification.)

BY MR. COSTELLO: 01:02

Q. Okay. We've marked Exhibit No. 14, which is "Endocrine Disruption of Oestrogen Action in Female Reproductive Tract Cancers."

Do you have that in front of you, Doctor? 01:02

A. Yes.

Q. And Gibson is one of the articles that you referenced in your report, true?

A. I don't see it in my reference.

Q. I think it's on page 3 of 7 of the materials you considered. I'm sorry if I said in your report. It's something you considered in drafting your report. 01:03

So it would be "Endocrine Disruption of Oestrogen Action and Female Reproductive Tract Cancers." 01:03

A. Yes.

Q. And you have that article now in front of you?

A. I do. 01:04

Q. Okay. If we look at the abstract, it specifically mentions at the start "Endocrine-disrupting chemicals, or EDCs, are ubiquitous and persistent compounds that have the capacity to interfere with normal endocrine homeostasis." 01:04

Do you see that?

A. Yes.

Q. Okay. If we look at the same first paragraph, the sentence that starts "established," 01:05 "Established risk factors for development of endometrial cancer include high BMI and exposure to oestrogens or synthetic compounds such as tamoxifen."

Do you see that? 01:05

A. I do.

Q. The authors in this article, they do not analyze here chemical hair relaxers, true?

A. Correct, although this is from 2014.

Q. Okay. It does -- the authors do state, 01:05 however, "It will be challenging to attribute causality to any single EDC when exposure and development of malignancy may be separated by many years and influenced by lifestyle factors, such as diet (a source of" -- is that photo -- 01:06

A. Phytoestrogens.
Q. -- "phytoestrogens) and adiposity."
That's what the article says, as far as the second to last sentence?
A. That is correct, although I would say that a lot of these multivariant analyses have accounted for these. 01:06
Q. If I say the name wrong, please feel free to correct me. But adiposity is the condition of having too much body fat; is that correct? 01:06
A. Yes, adiposity.
Q. If we go to the second page, right-hand side of page 2, I think it's the bottom paragraph, it says "Although exposure to EDCs has been suggested as a contributing factor to a range of women's health disorders, including infertility, polycystic ovaries, uterine fibroids, and the early onset of puberty, considerable challenges remain in attributing cause and effect." 01:07
And then it says "reviewed in Crain, et al., 2008." 01:07
Do you see that?
A. I do.
Q. Okay. You would agree that the authors of these articles themselves suggested that there 01:07

would be considerable challenge in attributing cause and effect to EDCs and cancer?

MS. O'CONNOR: Object to the form.

THE WITNESS: I do, but I do think this article is outdated, and there's more recent data 01:07 that would sort of maybe change the opinions of the authors.

BY MR. COSTELLO:

Q. Okay. We're finished with that article.

I want to go to page 14 of your 01:08 report. There's a section here titled "Survival." Let me know when you're there.

A. I see that.

Q. Okay. You write, relative to "Survival," "Women" -- strike that. 01:08

For "Survival," it says "A five-year relative survival rate compares women with the same type and stage of endometrial cancer to women in the overall population." And you have a quote there on the section where it says "relative" and 01:08 ends with "population," and it's attributed to the American Cancer Society from 2025i.

Do you see that?

A. Yes.

Q. And then if we go down to the second 01:09

paragraph, it says "Additionally, statistics highlight the disparities between white women and Black women. The five-year survival rate in Black women is 63 percent, compared to 84 percent survival rate for white women." And then you cite to Saka from 2025. 01:09

Do you see that, as well?

A. Yes.

MR. COSTELLO: I'll give you the Saka article.

(Sharma Deposition Exhibit 15 was marked for identification.) 01:09

BY MR. COSTELLO:

Q. Okay. If we look at -- if we take a look at Saka, which you cite to, the authors attribute this to structural racism and not chemical hair relaxers, true? 01:10

MS. O'CONNOR: Object to the form.

THE WITNESS: Can you repeat that question.

BY MR. COSTELLO:

Q. Sure. 01:10

When specifically talking about the survival portion of your report and you cite to Saka for the five-year survival rate in Black women is 63 percent compared to 84 percent survival rate for white women, the authors attribute this to 01:10

structural racism and not chemical hair relaxers, true?

MS. O'CONNOR: Object to the form, mischaracterizes the document.

THE WITNESS: I mean, is there a specific place where you are citing that from? 01:11

BY MR. COSTELLO:

Q. Sure. If we read from it, it specifically says --

MS. O'CONNOR: From where? 01:11

BY MR. COSTELLO:

Q. The abstract. And if we want to -- hold on. The last full paragraph, "The causes of ongoing disparities are multifactorial, but stem largely from inequalities in social determinants of health that trace back to structural racism. Including [sic] diversity in clinical trials, enhancing provider education, and implementing financial incentives to ensure equitable care across the cancer care spectrum would help close these gaps." 01:11 01:11

Do you see that?

A. I do.

Q. So they specifically mention structural racism, as far as the abstract? 01:11

MS. O'CONNOR: Object to the form.
THE WITNESS: They say that -- I mean, this is their theory, that this largely stems -- I don't think they're necessarily saying that it can't be EDCs. 01:12
BY MR. COSTELLO:
Q. The authors indicate that African-Americans have the highest mortality rates for most cancers as well as other leading causes of death, including heart attack and stroke, true? 01:12
A. (No verbal response.)
Q. It's in the Introduction paragraph. If we look, it says "Collectively, African-American/Black people have the highest mortality rates of any other broadly-defined racial 01:12 ethnic group for most cancers and other leading causes of death, including heart disease and stroke."
Do you see that? It's in the introduction. 01:12
A. Yeah. No, I see that. I'm just reading something. Okay. Yeah, I see that.
Q. Okay. And the authors do not attribute this disparity across all cancers and leading causes of death to hair relaxers, true? 01:13

MS. O'CONNOR: Objection to form, foundation.
THE WITNESS: They don't get into specifics of any one of these cancers.
BY MR. COSTELLO:
Q. Right. Is there a mention anywhere in this article, the Saka article, about the use of chemical hair relaxers as a cause of cancer? 01:13
MS. O'CONNOR: Object to the form, foundation, and misstates the character and nature of the document. 01:13
THE WITNESS: This is a statistics article. So it does not.
BY MR. COSTELLO:
Q. Okay. There's nothing in the document that -- the Saka paper that you have in front of you -- to support the proposition that this disparity in mortality rates across all cancers is correlated to the use of chemical hair relaxers, true? 01:14
MS. O'CONNOR: Object to the form, foundation. 01:14
THE WITNESS: Well, I think, as it says, it says that it's multifactorial.
BY MR. COSTELLO:
Q. Right. And the article goes on to say that there is a disparity in mortality rates 01:14

between Black and white women as it relates to all cancers, and all leading forms of death show the same disparity, true?

A. There's a disparity. I don't know -- does it say it's the same? Where does it say that? 01:14
I mean, it can't be the same for every cancer.

Q. That wasn't the question.

The question was that there is a disparity across essentially all forms of cancer and leading causes of death in both men and women 01:15
for African-Americans?

MS. O'CONNOR: I'm going to object to the form. I don't even know what the question is. The foundation, and misstating the document which speaks for itself. 01:15

BY MR. COSTELLO:

Q. I mean, if we look back to that Introduction section, it specifically says "Collectively, African-American/Black people have some of the highest mortality rates of any 01:15
broadly-defined racial or ethnic groups for most cancers and other leading causes of death, including heart disease and stroke."

That is what it says?

A. Yes. 01:16

Q. Okay. Would you agree with me that there is no mention of that disparity being caused by the use of chemical hair relaxers, true?

MS. O'CONNOR: Objection; form, foundation, context, et cetera. 01:16

You can answer over my objection.

THE WITNESS: I mean, it's the same question that I answered earlier. I don't -- I think this is a statistical paper. It's not opining on every causality. 01:16

BY MR. COSTELLO:

Q. The authors also show that there's a driver in disparity and mortality rates. There is an increase in Type 2 cancers in Black women, while incidence of Type 2 in white women have stabilized. 01:17

Do you understand -- strike that. Let me ask you this. The authors also show that the driver in the disparity in mortality rates is an increase in Type 2 cancers in Black women, while incidences of Type 2 in white women has stabilized. 01:17

Do you agree with that?

MS. O'CONNOR: For the record, can you tell us where you're reading from?

THE WITNESS: Yes, please.

MS. O'CONNOR: It's a large article. 01:17

BY MR. COSTELLO:
Q. I believe it's on page 22.
A. But that's not the article we're on. We're doing this article.
MS. O'CONNOR: Let's see. That's the one I have, Exhibit 15. 01:17
THE WITNESS: Yeah, I think he was looking at Exhibit 14.
BY MR. COSTELLO:
Q. I think it's on page 22. 01:18
A. 122?
Q. I'm trying to find it. Give me one second.
MR. COSTELLO: Go ahead, Mike.
MR. TURIELLO: 132. 01:18
MS. O'CONNOR: 132?
MR. TURIELLO: 132.
MS. O'CONNOR: I see the heading, Uterine Corpus. Okay. I think we're there.
BY MR. COSTELLO: 01:18
Q. Okay. I'm going to skip ahead.
As far as the conclusions, it says the overall -- I'm sorry. This is page 133.
If you look at the conclusions, is hair relaxers mentioned in the conclusions as far 01:20

as the causes or incidence of cancer for Black women?
MS. O'CONNOR: Objection; form, foundation.
THE WITNESS: Not that I can see.
BY MR. COSTELLO: 01:20
Q. It mentions that many Black women -- in the conclusion, "Black men continue to be more than twice as likely to die from prostate cancer than white men, with receipt of suboptimal treatment still occurring even with equal-access health 01:21 systems."
Do you see that?
A. Yes.
Q. And it says "Similarly, Black women have lower or similar breast and uterine cancer" -- 01:21 "uterine corpus cancer incidence than white women yet have a 38 percent higher likelihood of dying from breast cancer and a two-fold higher risk of dying from uterine corpus cancer."
Do you see that? 01:21
A. Yes.
Q. Do you have any reason to disagree with that data?
MS. O'CONNOR: Objection; form, foundation.
THE WITNESS: One of the reasons to disagree 01:21

is that they didn't account for patients that had already had hysterectomies.

BY MR. COSTELLO:

Q. Okay. Do you have any data that contradicts the findings of the Saka study? 01:21

MS. O'CONNOR: Objection.

THE WITNESS: Just what I said.

BY MR. COSTELLO:

Q. Okay. If we look back at your report on page 14, you list the risk factors? 01:22

A. Yes.

Q. And the first risk factor that you list is uses chemical hair relaxers, correct?

A. Correct.

Q. You say "Studies found that use of chemical hair relaxers frequently and for many years do increase the risk of endometrial cancer." 01:22

Do you see that?

A. Yes.

Q. We'll come back to that in more detail. 01:22

Do you know what "dose-response" means?

A. Yes.

Q. Would you expect that the use of chemical hair relaxers over a longer period of time 01:22

would increase the dose-response?
MS. O'CONNOR: Object to form, foundation.
You can answer.
THE WITNESS: I think there's studies that have shown that the dose-response is not -- for EDCs and similar chemicals are not necessarily going to be in your classic monotonic form that we think about in a linear fashion. 01:23
So while I understand what the term is, I don't necessarily agree that it's -- it works in what you may conventionally be thinking about as a linear response. 01:23
BY MR. COSTELLO:
Q. Under "Risk Factors," you have "The ACS lists several risk factors for the development of uterine and endometrial cancer and are listed below." 01:23
MR. COSTELLO: Do you have that one, Mike, or is that already marked?
MR. TURIELLO: Yeah. That was 10, but... 01:23
BY MR. COSTELLO:
Q. Do you have Exhibit 10 in front of you?
A. 10?
Q. Yeah.
MR. TURIELLO: I think we skipped that one, 01:24

didn't we?
MR. COSTELLO: Was that the one I had to share the screen for?
MR. TURIELLO: In the references, it is the second reference, American Cancer Society 2025a, "Endometrial Cancer Risk Factors." 01:26
MS. O'CONNOR: Do you want me to look and see if I have it?
MR. COSTELLO: Yeah.
MS. O'CONNOR: It's number 2 reference? 01:27
MR. COSTELLO: Yeah.
MS. O'CONNOR: I have "Endometrial Cancer Risk Factors."
MR. COSTELLO: That's what we're looking for.
MS. O'CONNOR: Okay. Maybe you'll get my bill. 01:27
(Sharma Deposition Exhibit 10 was marked for identification.)
BY MR. COSTELLO:
Q. You can take a look. I'll give you a second to look it over. 01:27
A. Okay.
Q. If we look at that document, which we marked as Exhibit No. 10, starting on page 2, it lists 15 risk factors; is that correct? 01:28

A. One, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen. Yes.

Q. Okay. And on page 4 of that document, ACS lists as a risk factor a first-degree relative -- parent, sibling, or child -- with endometrial cancer; is that true? 01:28

A. Yes, uh-huh.

Q. Okay. And it says "Some families have a higher rate of only endometrial cancer. These families may have a genetic disorder that hasn't been found yet." 01:29

Do you see that?

A. Yes.

Q. You chose to omit first-degree relative -- parent, sibling, or child -- with endometrial cancer from your summary of risk factors identified by the ACS, correct? 01:29

MS. O'CONNOR: Object to the form and the foundation. 01:29

THE WITNESS: It's omitted, but it's -- I mean, a first-degree association without genetic -- with negative genetic testing is not a risk factor.

BY MR. COSTELLO:

Q. Okay. But it is listed as a risk factor 01:30

in the document you have in front of you, Exhibit No. 10?

A. Correct. But that's under the umbrella of genetic disorders.

Q. Also in your report you list chemical hair relaxers first under the list of risk factors, but that is not specifically part of the risk factors in document number 10, the ACS document, true? 01:30

A. Repeat the question. I'm sorry. 01:30

Q. Sure. You list in your report "The ACS lists several risk factors for development of uterine and endometrial cancer and are summarized below." And the very first one you have is chemical hair relaxers. 01:30

You would agree with me that Exhibit No. 10 from the American Cancer Society does not list chemical hair relaxers as a risk factor?

A. Right. I would not agree with that. I see it as a risk factor at the top of page 4. 01:31

Q. As far as that, it specifically says -- what the ACS actually says is "Chemical exposure to hair relaxers. Some studies have found that chemical hair straighteners/relaxers are often and for many years might increase the risk of 01:31

endometrial cancer. However, scientists aren't sure which chemical in the straighteners may be causing this risk. Further studies have found that the increased risk of endometrial cancer was particularly high in Black women who are postmenopausal." 01:31

Do you see that?

A. I do.

Q. The ACS, under 25a, under it's 13th listed risk factor, actually says some studies have found that chemical hair straighteners might increase the risk of endometrial cancer. And in your report, I think what you indicate is studies have found that the use of chemical hair relaxers do increase the risk of endometrial cancer, correct? 01:31 01:32

MS. O'CONNOR: Objection; mischaracterizes his report, mischaracterizes the evidence, and is argumentative.

But you can answer over my objection. 01:32

THE WITNESS: Well, two things about that. One is I don't -- I think they both say the same thing. Whether it says "might" or "does," I mean, they're both in the same realm.

Number 2, I can say with confidence 01:32

that these risk factors here are not listed in order of acuity, so that -- whether I place one at the top or the other -- I mean, you can list these alphabetically; you can list them by categories. That's all subject to how you want to list it. 01:32

BY MR. COSTELLO:

Q. Okay. And the ACS listed chemical -- I'm sorry -- chemical exposure as number 13 and not number 1, true?

MS. O'CONNOR: Objection. 01:33

You can answer.

THE WITNESS: 14, for whatever reason.

BY MR. COSTELLO:

Q. Okay. You understand that the terms -- strike that. 01:33

As far as the first one, chemical hair relaxers, you say "studies found." You dropped the qualifier of "some," true?

MS. O'CONNOR: Objection to form.

You can answer. 01:33

THE WITNESS: I'm specifically talking about studies that found, yes.

BY MR. COSTELLO:

Q. Sure. But the ACS indicates "some studies," and you indicated that "studies." So you 01:33

dropped the qualifier of "some"?

MS. O'CONNOR: Objection.

You can answer.

THE WITNESS: Correct, but I didn't quote it.

BY MR. COSTELLO: 01:33

Q. And additionally, you also understand that there's a difference between using the words "do" for causation and "might," that they have separate and distinct meanings, true?

MS. O'CONNOR: Objection to form and foundation. 01:34

THE WITNESS: I think they're in the same realm, as I mentioned earlier.

BY MR. COSTELLO:

Q. If I told you the definition of "might" under the Merriam-Webster dictionary it says "that something is possible," would you agree that that is the proper definition? 01:34

MS. O'CONNOR: Objection; form, foundation, relevance, context. 01:34

You can answer.

THE WITNESS: Yes.

BY MR. COSTELLO:

Q. Okay. And if I told you that the definition of "do" under the Merriam-Webster's 01:34

dictionary is to cause as an act or an action to happen, you'd agree that that's the proper definition?

MS. O'CONNOR: Same objection as before.

THE WITNESS: Correct. 01:35

BY MR. COSTELLO:

Q. Okay. Would you agree with me that conflating "might" and "do" might be misleading to the reader?

MS. O'CONNOR: Objection; form, foundation, 01:35 argumentative, and misstates the report and mischaracterizes the evidence.

You can answer.

THE WITNESS: I don't think that mischaracterizes it. 01:35

BY MR. COSTELLO:

Q. Is your report suggesting that a link to an increased risk has been established rather than just citing to the ACS which says that it might be a possible inaccurate statement of the ACS factors? 01:35

MS. O'CONNOR: Objection; form, foundation, mischaracterizes the evidence and the documents under discussion.

You can answer over my objection.

THE WITNESS: I mean, I have answered it. Is 01:35

there something new that's being asked?
BY MR. COSTELLO:
Q. Sure. I guess what I'm asking you is you would agree that there's a difference between something -- between saying something has an increased risk that has been established rather than saying that an increase might be possible? You would agree that that's true? 01:35
MS. O'CONNOR: Same objections as before.
THE WITNESS: But what is the "might" based on? It's based on the fact that they do think that there is an increase. 01:36
BY MR. COSTELLO:
Q. In the report it says at the bottom "However, scientists aren't sure which chemical in the straighteners might be causing this risk," true? 01:36
A. It says they don't know which chemicals.
Q. Right. And they also say "might increase the risk of endometrial cancer," true? 01:36
MS. O'CONNOR: You want to read the whole thing? I think that's what you should do.
THE WITNESS: So chemical exposure to hair relaxers, "Some studies have found that chemical hair straighteners (relaxers) often and for many 01:37

years might increase the risk of endometrial cancer. However, scientists aren't sure which chemical in the straighteners might be causing this risk. Further studies have found that the increased risk of endometrial cancer was 01:37 particularly high in Black women who are postmenopausal."

So in the last sentence, it says "Studies have found an increased risk." So I'm not sure where the "might" comes from. 01:37

BY MR. COSTELLO:

Q. I'm just reading the text. The text says "might."

A. I understand. But I'm also saying my interpretation of this is that you can't say one -- 01:37 you can't say part 2 and then go back on part 1 and say "might." I mean, they're distinctly saying studies have found an increased risk. So why would you go back and then put a disclaimer and say "might"? Those two things aren't congruent. 01:37

Q. Right. But that's how the authors drafted it.

A. That's how they drafted it. That's why I didn't draft it that way.

Q. The document that we've been 01:38

referencing, the risk factors, that was from 2025; is that correct?
A. Yes.
Q. So you would agree that when ACS 2025a was drafted, the authors had access to and would have had the ability to review the Bertrand study? 01:38
A. They should have, yes.
Q. And you agree that the ACS 2025 does not state that an association between chemical hair relaxer use and endometrial cancer has been established? 01:38
MS. O'CONNOR: Object to the form.
THE WITNESS: It does not state that.
BY MR. COSTELLO:
Q. And, in fact, the ACS 2025a states that scientists aren't sure which chemical in straighteners might be causing the link, correct? 01:38
MS. O'CONNOR: Objection; form.
You can answer.
THE WITNESS: It does not -- they do not know. But I just want to clarify, per your previous question, that it does state that there is an increased risk. 01:39
BY MR. COSTELLO:
Q. The ACS article does not identify any 01:39

association between any specific chemical used in chemical hair relaxers and an increased risk of endometrial cancer, true?

MS. O'CONNOR: Objection; form, foundation.

THE WITNESS: False. 01:39

BY MR. COSTELLO:

Q. Which specific chemicals used in chemical hair relaxers are cited in the ACS 2025a study, specific chemicals?

A. They did not cite specific chemicals. 01:39

Q. All right. I think the next one is the endometrial cancer prevention, NCI -- endometrial cancer prevention published by NCI. Okay. I'll circle back.

If you look at page 16 of your 01:41 report, the risk factors -- the role of estrogen, in this section regarding the role of estrogen in the pathology of ovarian cancer, you cite to Smolarz a few different times in that first paragraph. 01:41

Do you see that?

A. I do.

Q. And that Smolarz is the "Ovarian Cancer - Epidemiology, Classification, Pathogenesis, Treatment, and Estrogen Receptors' 01:41

Molecular Backgrounds"; is that right?
A. Just give me a minute.
Q. Sure.
A. "Ovarian Cancer - Epidemiology, Classification, Pathogenesis," correct. 01:42
(Sharma Deposition Exhibit 16 was marked for identification.)
BY MR. COSTELLO:
Q. If you go to the second page, you see a highlight? 01:42
A. I do.
Q. Okay. And that highlighted section is under the "Risk Factors for Ovarian Cancer"?
A. Yes.
Q. Okay. You would agree, in the risk 01:43 factors for ovarian cancer that are listed in this paragraph, they don't use the term "chemical hair relaxers" as a risk factor, true?
A. True.
Q. Okay. If we go to the next page -- 01:43
A. I would like to point out here that they talk about genetic mutations. And this is what we were discussing earlier, 20 versus 23 percent. They quoted at 10 to 15 percent.
Q. If we look at the next page, there's a 01:43

diagram, "Risk Factors for Ovarian Cancer."
Do you see that?
A. Yes.
Q. On the left, we have things like being over the age of 50, menopause, endometriosis, hormonal disorders. There's a whole host of other things on here, including diabetes, excessive body weight, and some of the other factors we covered earlier. 01:43
You would agree that in the chart that is listed here, there's nothing for chemical hair relaxers, true? 01:44
A. Correct.
Q. Okay. If we go to page 17 of your report and it's under "Pathophysiology" -- 01:44
A. Okay.
Q. -- and it starts at -- you write in your report "The ovaries consist of different cell types (e.g., germ cells, specialized gonadal stromal cells, and epithelial cells) and 'ovarian cancer can arise from any of these cell types, but ovarian carcinomas (cancers with epithelial differentiation) make up the majority of ovarian cancers.'" 01:44
Do you see that section? 01:45

A. I do.
Q. And there's a citation there to the Committee on the State of the Science in Ovarian Cancer Research from 2016, correct?
A. Yes. 01:45
Q. It says "All the references in this report to ovarian cancer are to epithelial ovarian cancer, not stromal or germ cell," correct?
A. Yes.
Q. Again, you write "Many cancers involving 01:45 the ovaries, despite being called ovarian cancer, do not originate in the ovaries. And even cancers that originate in the ovaries may arise from cell types such as endometrial or fallopian tube epithelium cells that are not considered to belong 01:45 naturally to the ovaries." And you cite again to the Committee on the State of the Science in Ovarian Cancer Research, correct?
A. Correct.
MR. COSTELLO: If we have a chance, I'm going 01:46 to hand you that document.
(Sharma Deposition Exhibit 17 was marked for identification.)
BY MR. COSTELLO:
Q. All right. Go to page 39. 01:46

MS. O'CONNOR: This is numbered --

MR. COSTELLO: I'm sorry. It's page 275 at the bottom. Why aren't these numbered on mine? That means there's too many pages. Page 275, so it's pretty deep in the document. 01:47

MS. O'CONNOR: The numbers are at the top.

THE WITNESS: Under "Recommendations"?

MR. COSTELLO: Is that the right one? Hold on. Give me one second.

MS. O'CONNOR: Okay. I promise I wouldn't 01:47 have given you a hard time about an excerpt.

MR. COSTELLO: Is that the right page? Hold on. All right. I found it. I don't know why this is in a strange order. It's page 19 at the bottom. I think it's like an attachment to this. 01:49

MS. O'CONNOR: Is it at the end or -- oh. That's within this document, Dan?

MR. COSTELLO: Yeah. It's within this document, I believe.

THE WITNESS: Page 19 at the bottom. 01:49

MR. COSTELLO: You have it?

THE WITNESS: Yes.

MR. COSTELLO: And it's highlighted.

MS. O'CONNOR: I'm just going to move over because I can't... 01:49

BY MR. COSTELLO:

Q. All right. I just want to go through a couple of the highlights on this document. It says "Although recent years have seen many promising advances in cancer research, there remain 01:49 surprising gaps in the fundamental knowledge about and understanding of ovarian cancer. Researchers now know that ovarian cancer, like many other types of cancer, should not be thought of as a single disease; instead, several distinct subtypes exist 01:50 with different origins, different risk factors, different genetic mutations, different biological behaviors and different prognoses, and much remains to be learned. For example, researchers do not have definitive knowledge of exactly where these 01:50 various ovarian cancers originate and how they develop."

And if we skip to the bottom of that paragraph, "In particular, the failure to achieve major reductions in ovarian cancer morbidity and 01:50 mortality during the past several decades is likely due to several factors, including" -- and the second one here is "an incomplete understanding of genetic and non-genetic risk factors."

Do you see that? 01:50

A. I do.
Q. Okay. In the section that I read, it states that the researchers don't have definitive knowledge of where ovarian cancer originates, in part due to an incomplete understanding of genetic 01:51 and non-genetic risk factors, true? That's what the article says?
A. Well, it says both these things. I'm not sure they tie them together. It says that we don't know exactly where they originate and how 01:51 they develop, and then they're saying there is an incomplete understanding of genetic -- I don't think those two terms are tied together.
MR. TURIELLO: Doctor, 256. I'm sorry.
MR. COSTELLO: It's highlighted. 01:52
THE WITNESS: Page 256?
THE CONCIERGE: Sorry. I didn't want to muddy up the record. I'm having a little trouble keeping along. What document are we using?
MR. TURIELLO: It was premarked as 9. 01:52
THE CONCIERGE: I don't have a 9.
MR. COSTELLO: That might have been in the private section. Give me one second.
All right. I marked 9, the Saka study. I think we're going to have to follow up 01:53

separately because I only have the paper copy right this second, but we'll make sure that gets posted, as well.

THE CONCIERGE: All right. No problem. Thank you. 01:53

MR. COSTELLO: Thank you.

BY MR. COSTELLO:

Q. All right. Doctor, we're on page 256. There's a highlighted section that begins "The committee concludes that a substantial proportion 01:53 of carcinomas labeled 'ovarian' might actually originate outside the ovary or arise from cells that are not considered intrinsic to the ovaries."

Do you see that?

A. I do. 01:53

Q. Do you agree that the conclusion there is that a substantial portion of carcinomas labeled "ovarian" originate from cells not considered intrinsic to the ovary?

A. Well, there's a whole debate on this 01:54 whether it's -- how much of it comes from the ovary, how much can come from the fallopian tube, how much of it is touching one organ versus the other.

At the end of the day, they have very 01:54

similar properties and receptors. So this is more in terms of risk reduction, trying to figure out which is the organ that you can necessarily surgically remove to reduce risk. But at the end of the day, whether it's ovarian cancer originating 01:54 from the ovary or the fallopian tube, they act in very similar manners and have very similar risk factors.

Q. And I'm just reading the portion that's here. It says "The committee concludes that a 01:55 substantial portion of carcinomas labeled 'ovarian' may actually originate outside the ovary and arise from cells that are not considered intrinsic to ovaries."

You would agree that the committee of 01:55 authors that published this article in the National Academy of Sciences, that was their conclusion, that a considerable -- a substantial portion of carcinomas may originate outside the ovary? That was their conclusion? 01:55

A. Yeah. And that's the fallopian tube. That's what I'm talking about.

Q. I think it's page 61, is the next one.

A. I got it. It's a miracle.

MS. O'CONNOR: Look at you. You're so much 01:56

better than me.

BY MR. COSTELLO:

Q. All right. Do you have page 61 highlighted in front of you, Doctor?

A. I do, yes. 01:56

Q. Okay. Thank you.

MS. O'CONNOR: What's the date of this?

THE WITNESS: 2016.

MS. O'CONNOR: This is a 2016 document? Because I don't think it was identified. 01:56

BY MR. COSTELLO:

Q. Doctor, if we look at page 61 --

A. Okay.

Q. -- that highlighted paragraph, the second sentence, it says "The incomplete 01:56 understanding of the origins of each type of ovarian cancer may impede the development of effective prevention, early detection, and treatment methods. In fact, detecting ovarian cancers may require looking in locations other than 01:57 the ovaries themselves because a growing evidence base suggests that many ovarian carcinomas arise from sites outside the ovaries and spread to the ovaries secondarily."

Do you see that? 01:57

A. I do.
Q. Would you agree with the statement that based upon the fact that there's an incomplete understanding of the origin of ovarian cancer, that it makes it impossible to say there's an association between the use of chemical hair relaxers and ovarian cancers? 01:57
MS. O'CONNOR: Objection; form, foundation, misstates the evidence.
Go ahead and answer. 01:57
THE WITNESS: I do not because the evidence supports the presence of very similar receptors, whether it's the ovary or fallopian tubes.
BY MR. COSTELLO:
Q. Would you -- if you were looking at this in an academic setting, where it was a peer-reviewed article and not for the purposes of litigation, would you be able to arrive at that conclusion? 01:57
MS. O'CONNOR: Objection; form, foundation, argumentative. 01:58
You can answer.
THE WITNESS: Yes.
BY MR. COSTELLO:
Q. What additional information did you have 01:58

that the authors and researchers behind the study didn't have? Why are you able to say that there's an association when those researching ovarian cancer admit the understanding or origin is incomplete? 01:58

MS. O'CONNOR: Objection; form, foundation, misstates the evidence.

THE WITNESS: They're not specifically talking about EDCs or hair relaxers. They're just talking about what the origin of the cancer is, whether 01:58 it's fallopian tube or ovary, which I agree with their statement. But it does not tie into EDCs at all. This statement has nothing to do with EDCs.

BY MR. COSTELLO:

Q. Can you tell me what percentage of 01:58 ovarian cancers originate in the ovaries?

A. That's debatable, but it can be 60 percent. It could be higher. It could be slightly lower. It depends on where you read, what evidence, that number changes. 01:59

Q. Can you tell me what percentage of ovarian cancers originate in cell types intrinsic to normal ovaries, such as endometrial or fallopian tube, epithelial cancers? Can you tell me what percentage originates in those cell types? 01:59

MS. O'CONNOR: Objection; form, foundation.
You can answer.
THE WITNESS: Can you repeat that question, please.
MR. COSTELLO: Can you read it back, please. 01:59
(Record read as requested.)
MS. O'CONNOR: Same objection.
THE WITNESS: So you're asking what percentage occurs in non-ovarian types, or are you asking what percentage occurs in normal ovaries? 02:00
BY MR. COSTELLO:
Q. What percentage of ovarian cancers originate in cell types intrinsic to normal ovaries?
MS. O'CONNOR: Same objection. 02:00
THE WITNESS: It's the same question. So I mean, like I said, that's about 60 percent. Could be a little higher; could be a little lower.
BY MR. COSTELLO:
Q. What about in cell types that are not intrinsic to normal ovaries? 02:00
A. So now you're talking about endometrial or fallopian tube --
Q. Yes.
A. -- and that's what I initially was 02:00

talking about where the number would be the rest of it, which would be, you know, possibly 40 percent or slightly lower if you include primary peritoneal cancer as a source.

MS. O'CONNOR: Did you say "peritoneal"? 02:00
"Primary peritoneal"?

THE WITNESS: Correct.

BY MR. COSTELLO:

Q. What is the source of that percentage? Where are you getting those figures from? 02:00

A. I don't know if I have them in -- that is common gynecologic oncology knowledge.

Q. It's not cited in the document that we're looking at right now, true?

A. I don't know if these guys went into the 02:01
percentages. This is a 500-page document. I don't know.

Q. As you sit here today, based upon your recollection, you can't tell me whether the citation you just gave was cited in your report or 02:01
not, true?

A. I don't think I broke down the specifics of fallopian tube because I don't think that's necessarily the point or the relevance of this. It's the same receptors. 02:01

Q. Let's go to page 98 of this document. It's Table 3-1. If we look at this reference cite, the Committee on the State of the Science in Ovarian Cancer Research from 2016 identifies risk factors associated with cancer, and it's shown in this table; is that right? 02:02

MS. O'CONNOR: Just hold on a second. I'm trying to catch up with this 500-page document.

MR. COSTELLO: Sure.

MS. O'CONNOR: Do you have what he's talking about? Are you sure? 02:02

THE WITNESS: Table 3-1, yeah.

MS. O'CONNOR: Okay. Either wait for me, or I'm coming back over.

MR. COSTELLO: You're good. Page 98. 02:02

MS. O'CONNOR: All right. Got it.

MR. TURIELLO: I think you said that this wasn't in his report. It's the reference at the top of page 47.

MS. O'CONNOR: No, I didn't say -- 02:02

MR. TURIELLO: No, no. I thought you said earlier --

MS. O'CONNOR: No. What I said was I didn't know the date and I didn't know it had been identified. 02:02

MR. TURIELLO: Okay. Got you.
MR. COSTELLO: We're all good.
MR. TURIELLO: Just telling you where it was.
MS. O'CONNOR: Okay. I don't want to waste time. Let's get back to 3-1. 02:02
BY MR. COSTELLO:
Q. All right. Table 3-1. In 3-1, the Committee on the State of the Science in Ovarian Cancer Research identifies risk factors associated with ovarian cancer, agree? That's what the title 02:02 of the table is?
A. That is the title.
Q. Again, if we look here, they do not list a risk factor for the use of chemical hair straighteners, true? 02:03
A. That is true, but this is from 2014, this source.
Q. Okay.
A. Which predates the studies.
MR. COSTELLO: All right. Why don't we -- if 02:03 you're okay, why don't we take a break before we shift. Because there's a bunch of new documents that I want to make sure they're in line.
MS. O'CONNOR: They'd better not look like this. 02:03

THE VIDEOGRAPHER: Off the record at 2:02.
(Short recess.)
THE VIDEOGRAPHER: Back on the record at 2:25.
BY MR. COSTELLO:
Q. Okay. Doctor, I know that we've gone through the American Cancer Society -- 02:26
MR. COSTELLO: Did we send a link yet, or will we? Or do we have a copy of this one?
MR. TURIELLO: I have copies.
(Sharma Deposition Exhibit 18 was marked for identification.) 02:26
BY MR. COSTELLO:
Q. Okay. We've marked as Exhibit No. 18 the American Cancer Society. And on page 1, it starts with "Ovarian Cancer." You have that in front of you? 02:26
A. Yes.
Q. And I think maybe earlier I referenced 107 pages. If we go to the last page, it says "Last revised August 8th, 2025." I'll let you get there. 02:26
A. Okay.
Q. And in your report -- correct me if I'm wrong -- but I believe you cite specifically to D through H in your report, referencing some of the 02:27

documents that are contained in Exhibit No. 18, true?

MS. O'CONNOR: Meaning portions of the document?

MR. COSTELLO: Yes. 02:27

MS. O'CONNOR: Okay.

THE WITNESS: D through H? Is that what you said?

BY MR. COSTELLO:

Q. Yes. 02:27

A. For the ovarian component, right?

Q. Correct. I can list them for you, if you want me to.

A. No, I'm good with that. I see it.

Q. Okay. I think you specifically went through the key statistics for ovarian cancer, and I think there's this, quote, unquote, "Ovarian Cancer," "Ovarian Cancer Risk Factors," "Ovarian Cancer Stages," "Staging for Ovarian Cancer," and then I think H is "Ovarian Cancer Survival Rates." 02:27 02:28

Do you know, were you ever given the entirety of this document? So that would be sections --

A. I'm sorry. Can I --

Q. Sure. 02:28

A. I understand what you're saying with "Ovarian Cancer," D through H.

Q. Sure.

A. But when you're reading those, they're not the way I have them. I have grading, staging, treatment, survival, and risk factors. 02:28

Q. And you have those as D through H?

A. Yes.

Q. Okay. The documents that would have preceded that that are located in the complete document that I handed to you, Exhibit 18, have you ever reviewed A, B, and C from the American Cancer Society? 02:28

A. So section A, B, and C? Is that what you're saying? 02:29

Q. Correct.

A. I'm sorry. Just give me a minute. Let me find where these sections are. What page does section A start? Do we know?

Q. I believe section A would start on the first page. 02:29

A. Okay. So when you say A, B, and C, are you just calling it A, B, and C because it's section 1, 2, and 3? Or is it labeled as such? I just want to make sure we're on the same page, 02:29

because I don't see any --

Q. Yeah, I think that is the way that they're referenced, consistent with how you cited them.

A. Okay. 02:29

Q. So if you notice, for instance, on A, there's a break and there's some hyperlinks and QuickGuides cited. And then if we go to page 10, it looks like the key statistics. It starts with a different section, and then it looks like there's 02:30 hyperlinks and there's the end of that. So each section seems to be differentiated that way.

A. Okay.

Q. Okay. Just as far as a baseline, I know when I asked you questions earlier that some of the 02:30 information that was provided to you was from Plaintiffs' counsel. Do you know if specifically the American Cancer Society, sections D through H, were portions that were given to you directly from Plaintiffs' counsel? 02:30

MS. O'CONNOR: Objection. There's been no testimony that plaintiffs provided this expert with his own references to the ACS. So I object to that. Form and foundation.

Please explain to counsel how you 02:30

came to possess those other sections, and I suppose he wants to know why you didn't cite the first three.

MR. COSTELLO: I think you're getting into a speaking objection now. 02:31

But go ahead and answer --

MS. O'CONNOR: Don't misrepresent on the record. Don't do that --

MR. COSTELLO: I'm not --

MS. O'CONNOR: Don't do that. 02:31

MR. COSTELLO: I'm not trying --

MS. O'CONNOR: You are.

MR. COSTELLO: That's not a proper objection.

MS. O'CONNOR: Plaintiffs gave you -- you have no basis for that. 02:31

MR. COSTELLO: I think that was his testimony.

BY MR. COSTELLO:

Q. But go ahead. You can answer if that's correct or not.

A. If I had the entire document, is that 02:31 what you're asking? Or did the attorneys provide it to me?

Q. Yeah. Two parts to it, I guess. One is, were the documents that you have listed in your report from the American Cancer Society that I 02:31

believe are D through H, were those portions provided to you by the plaintiffs' attorneys?

MS. O'CONNOR: Objection. Same as before.

THE WITNESS: No, I don't think they were provided to me. And I don't think I printed these 02:31 out. This was all available on the internet, so I scrolled through it.

BY MR. COSTELLO:

Q. All right. And I think you asked me about the A -- like the 25a, 25d. 02:31

A. Yeah.

Q. How did you come up with that? Because as I look at them as the way they were printed off the website, they aren't specifically enumerated as A, B, C, D. Are those just how you cited to them 02:32 in your report based on the order in which they were printed?

A. That's kind of what I'm thinking, but I don't recollect exactly. This has been awhile, but that would make sense. 02:32

Q. I just want to make sure we're talking about the same things.

A. And that's my point, as well.

Q. Okay. And as far as you know, is this a copy of the complete publication from 2025? 02:32

MS. O'CONNOR: Objection; form, foundation.
Do you know?
THE WITNESS: I do not know. I have no idea.
BY MR. COSTELLO:
Q. And the -- I think it's -- if you look at page 19 of the 2025 publication, which I think you have labeled as 19 -- or I'm sorry -- you have listed as F, it's page 19. 02:32
MS. O'CONNOR: By the way, is there a URL for this? 02:33
MR. COSTELLO: There is a URL.
MS. O'CONNOR: Okay. I don't see it, and I don't see the date.
MR. COSTELLO: The URL is www.cancer.org/cancer/types/ovarian- -- 02:33
MS. O'CONNOR: I can't remember that.
MR. COSTELLO: We're going to e-mail it to you.
MS. O'CONNOR: All right. You can e-mail it to me, and also I'd like to know the date accessed. 02:33 Okay?
MR. COSTELLO: Okay.
BY MR. COSTELLO:
Q. All right. We're back to page 19.
A. Okay. 02:33

Q. Under the risk factors, if we go to page 20, actually, it starts, and it lists what is a risk factor; you would agree?
A. I agree it lists that.
MS. O'CONNOR: I want you to find this. I want to know where this came from. These are not what he cited to in his report, and you know it. 02:33
It's all right.
BY MR. COSTELLO:
Q. Specifically, the risk factors here include older age, inherited gene mutations, starting menstrual cycle before age 12, starting menopause after 52 years old, no personal history of giving birth, endometriosis, and radiation exposure to the pelvis. That's what it says? 02:34 02:34
A. Yes.
Q. And then if we look on page 13, causes and prevention of ovarian cancer in the same document, there's risk factors listed there as well, true? 02:35
A. Yes.
Q. And older age, inherited gene mutations, starting menstrual cycle before age 12, starting menopause after 52, no personal history of giving birth, endometriosis, and radiation exposure to the 02:35

pelvis.

Do you see that?

A. I do.

MR. TURIELLO: Just for the record, the URL that was read is listed in his report on page 44 as American Cancer Society 2025e. If you access that on the right, there's a link to download, just for the record. I'll send an e-mail to you, as well. I just wanted to point it to out to you. 02:35

THE WITNESS: You mean page 45? 02:36

MR. TURIELLO: Yes.

MR. COSTELLO: Yeah, page 45 of your report.

MR. TURIELLO: Yeah. Thank you.

MS. O'CONNOR: I want to know the date accessed, as well. Dr. Sharma, as you know, has been working on his report for some time. Okay? So before we cast any aspersions about what he's looked at and not looked at, let's make sure we're literally and figuratively on the same page. 02:36

MR. TURIELLO: I believe he just read the date on it of August 8, 2025, which is the date in the report. 02:36

MR. COSTELLO: Yeah, that's the date on page 107 and throughout the document.

BY MR. COSTELLO:
Q. Okay. Just moving on, you would agree that the White study was from 2021, true?
A. Yes.
Q. Okay. And this document that was from 2025 would have come after the White study, correct? 02:36
A. Correct.
Q. I want to refer your attention to page 15 of the same document -- I'm sorry -- not your report, but the same document that you have in front of you, which I think -- are we on 18? 02:37
THE COURT REPORTER: Correct.
BY MR. COSTELLO:
Q. Exhibit 18, under "Acquired genetic mutations," in the last full sentence of that paragraph, it says "So far, no specific chemical in the environment or in our diets has been clearly linked to mutations that cause ovarian cancer. In most cases, the cause of these acquired mutations is still unknown." 02:37 02:38
That's what the document indicates, true?
MS. O'CONNOR: Objection.
You can answer. 02:38

THE WITNESS: Correct.
BY MR. COSTELLO:
Q. Okay. And this is -- the document we're referring to is from the American Cancer Society?
A. That is correct. 02:38
Q. All right. We're going to go back to your report. All right. We're on page 20 of your report now, the section titled "Chemical Hair Relaxer," and the first part A, I believe, starts with "Patterns of Use." Just let me know when 02:38 you're there.
A. Okay.
Q. Okay. You write in your report "Significant concerns have been expressed in the published literature, based upon the evidence 02:39 showing a positive connection between chemical hair relaxer use and various hormone-dependent cancers, that intervention is warranted as a means for cancer prevention."
Do you see that? 02:39
A. Yes.
Q. And there's a specific citation there, as well. I think I'm going to maybe make the name -- pronounce the name wrong, but is it Llanos?
A. Yes. 02:39

Q. From 2022?
A. Correct.
Q. And Masood?
A. Yes.
Q. Okay. Also, you state that the published studies consistently show that Black women use chemical hair relaxers -- sorry. Let me start over. 02:39
Also, you state that "Published studies consistently show that Black women use chemical hair straighteners and relaxers more frequently and more intensively than women of other races." And there is again a citation here to the James-Todd, et al., from 2012, and Collins from 2023, true? 02:39 02:40
A. Yes.
(Sharma Deposition Exhibit 19 was marked for identification.)
BY MR. COSTELLO:
Q. Okay. And then if we go on to page 21, I want to ask you some questions about that. On page 21, you say "For example, in a survey conducted by Zota, et al., 2017, a total of 201 Black girls whose parents or guardians were queried, nearly half of them reported that their 02:41 02:41

child's exposure to chemical hair relaxers occurred between ages of 4 and 8," and you cite to Zota -- and, again, I'm probably going to make a mistake on the name -- but Shamasunder, I think is the name on the article. 02:41

Do you have that in front of you?

A. I do.

MR. COSTELLO: Okay. And what did we mark this as, 19?

THE COURT REPORTER: Correct.

MR. COSTELLO: Okay.

BY MR. COSTELLO:

Q. Are these part of your basis for saying that there's disparity in use by race of chemical hair relaxers? Is that the basis you cite to in 02:42 your report?

MS. O'CONNOR: Object to the form. Object to the form and the foundation.

THE WITNESS: I mean, it's some of them. As I mentioned in the previous paragraph, James-Todd and 02:42 Collins is -- are the other ones that specifically cite increased risk or increased usage.

BY MR. COSTELLO:

Q. Okay. Would you agree with me that if you look at the Zota publication, which is 02:42

Exhibit 19, it's a viewpoint piece. The authors reference a study done by others of 201 African-American girls. If we look at page 419, under "Hair Straighteners," it has a highlight there. 02:43

A. Can you repeat the question. What was he saying?

Q. Sure. The question is the Zota publication, which is a viewpoint piece, the authors reference a study done by others of 201 02:43 African-American girls. There's actually a citation there after they cite that number on the page to, it looks like, Footnote 53.

Do you see that?

A. Yes, I do. 02:43

Q. And if we go to the viewpoint on the back here, if we look at 53, it is on page 422, at the bottom. Wright, DR, Gathers, R., Kapke, Johnson. "Hair care practices and their association with scalp and hair disorders in 02:44 African-American girls." And there's a cite there to that. It looks like the Journal of American Academy of --

MS. O'CONNOR: I've got to stop you. You're looking at the references at page 422? 02:44

MR. COSTELLO: Yep. It's a footnote.
MS. O'CONNOR: All right. What are you
reading from? I'm not seeing that.
MR. COSTELLO: Footnote 53, which
is specifically the -- 02:44
MS. O'CONNOR: Oh, Reference 53. I'm sorry.
I misunderstood you. Reference 53 to Wright?
MR. COSTELLO: Yes.
MS. O'CONNOR: Okay. Okay. You do go fast
sometimes. 02:44
MR. COSTELLO: I'm trying to go slow.
BY MR. COSTELLO:
Q. If we look to that paragraph and then we
see Footnote 53 on page 422, you would agree that's
the citation to Wright, true? 02:44
A. That's what it looks like, yes.
MR. COSTELLO: Okay. Do we have Wright?
(Sharma Deposition Exhibit 20
was marked for identification.)
BY MR. COSTELLO: 02:45
Q. Okay. I've handed you Exhibit No. 20,
which is an abstract of the Wright article. Did
you ever review the article that Zota cited to for
the survey data?
MS. O'CONNOR: Objection; form, foundation. 02:46

THE WITNESS: I don't think so because the other articles, to me, are much stronger.

BY MR. COSTELLO:

Q. Okay. It's not listed as a reference, true, in your report? 02:46

A. I mean, we'd have to verify that, but I don't think so. I didn't review every reference to every article.

Q. Okay. If we look under the abstract here with objectives, if we look at the survey, it 02:46 says "We sought to determine the prevalence of hair care practices and their association with traction alopecia" --

A. "Seborrheic dermatitis and tinea capitis." 02:46

Q. Okay. That's what the objectives say?

A. Correct.

MS. O'CONNOR: That's what the abstract says.

BY MR. COSTELLO:

Q. Is it fair to say that in your report 02:47 you incorrectly claim that, this report, the study was done by Zota when it was done by others, it was done by Wright?

A. It's referenced by Zota.

Q. Why didn't you specifically reference 02:47

the Wright article?

MS. O'CONNOR: Objection; form, foundation.

THE WITNESS: I mean, the facts are unchanged. So...

BY MR. COSTELLO: 02:47

Q. Okay. You would agree with me that the objective here doesn't tell us anything about the association or use of chemical hair relaxers and ovarian cancer, true?

A. It sets the ground. 02:48

Q. I just want to make sure that I'm clear as far as your report. On page 21, it says "In a survey conducted by Zota, et al., a total of 201 Black girls whose parents or guardians were queried." The study was done by Wright, not Zota, 02:48 true?

A. Yes. And I think it's the same question you asked me.

Q. I just want to confirm. You stand by the fact that Zota conducted the survey as opposed 02:49 to Wright?

MS. O'CONNOR: Objection; form, foundation.

You can answer.

THE WITNESS: Zota versus Wright, I mean, unless I have this whole article, I can't really 02:49

comment on that. But, I mean, the numbers are unchanged, though. There were 201 African-American girls that were surveyed.

BY MR. COSTELLO:

Q. Right. And their association with traction alopecia, SD, and TC, correct? 02:49

A. Correct.

Q. It doesn't relate specifically to causation as far as uterine or ovarian cancer, true? 02:49

MS. O'CONNOR: Objection.

THE WITNESS: It wasn't about -- it wasn't about that. It was about exposure at a young age.

BY MR. COSTELLO:

Q. Okay. If we look just in the same paragraph that we were just citing to, which is on page 21 -- 02:50

A. Of my report?

Q. I'm sorry. Yes, of your report. I know we're skipping back and forth. 02:50

A. No problem.

Q. But it's the last sentence of the first paragraph where it says "It has been shown that African-American and African Caribbean women are exposed to greater numbers of hair products, 02:50

including chemical hair relaxers, than white women and for longer durations, the consequence of which could" -- "could increase the risk of conditions associated with EDC exposure."

Do you see that? 02:51

A. Yes.

Q. Okay. And you cite to James-Todd from 2012?

A. Yes.

Q. If we look at the section under "Composition" -- give me one second -- you have sources that are listed there as far as the composition of the chemical hair relaxers, true? 02:51

A. I have articles, correct.

Q. Okay. And one of them is an article regarding the "Measurement of endocrine-disrupting and asthma-associated chemicals in hair products used by Black women regarding the composition of chemical hair relaxers," true? 02:52

A. Correct. 02:52

Q. Do you know if that article dealt with -- strike that.

That article dealt with asthma-associated chemicals as well as EDCs, true?

A. It did have some asthma-related 02:52

chemicals.
Q. And is it your understanding that there were 18 hair products, not just hair relaxers, that were part of that?
A. Which article are we specifically asking about? 02:53
Q. Sure. "Measurement of endocrine-disrupting and asthma-associated chemicals in hair products used by Black women regarding the composition of chemical hair relaxers." 02:53
MS. O'CONNOR: Are you reading from his reference list?
MR. COSTELLO: We're going to give it to him right now. 02:53
THE WITNESS: That's the one by Helm, I assume, correct?
MR. COSTELLO: Yes. Exhibit No. 21.
(Sharma Deposition Exhibit 21 was marked for identification.) 02:53
BY MR. COSTELLO:
Q. Do you know if there were 18 hair products, not just hair relaxers, that were used? If you look at page 449, under "Product Selection" and "Methods." 02:54

Do you see that?
A. 18 products.
Q. It says "We tested 18 products in six hair product categories: hot-oil treatment, anti-frizz/polish, leave-in conditioner, root stimulator, hair lotion, and relaxer," true? 02:54
A. Correct.
Q. And then if we skip down, there's another section that's highlighted. It says "These product types are most often used one to seven times a week, while hair relaxers are used several times a year to permanently straighten hair." 02:54
Do you see that? Same section. And there's a reference --
A. Yes. 02:54
Q. I'm sorry. There's a reference to the James-Todd from 2012. Do you see that?
A. I see that.
Q. Do you know if the -- strike that.
Is it your understanding that they only had three relaxer kits for this study that were purchased in 2008 in Boston? 02:54
MS. O'CONNOR: Object to the form.
You can answer.
THE WITNESS: I think that is correct. 02:55

BY MR. COSTELLO:
Q. Okay. If we look, it says "We purchased products in 2008 as part of a larger product study."
Do you see that? 02:55
A. Correct. Yeah, I do. I'm trying to recall how many products they -- the kits they tested, if it was --
Q. It was three.
A. -- three or four. Okay. 02:55
Q. If we look on page 4 of this document, the page number at the bottom is 451. It's the top right paragraph. It starts off the sentence "Most of the products comprised one material. However, hair relaxer kits comprised several component 02:56 materials to be used in sequence. We tested components from three relaxer kits (1, 2, and 3). Kits 1 and 3 were no-lye, marketed to children. Each hair kit contained relaxer cream, activator, shampoo, and conditioner." 02:56
Do you see that?
A. Yes.
Q. Does that help confirm for you that there were three kits that were tested?
A. Yes. Thank you. 02:56

Q. It also indicates that Relaxer Kit Number 1 contained a protective gel.
Do you see that?
A. Yes.
Q. The study tells you nothing about the chemical makeup of the -- strike that. 02:57
The study tells you nothing about the actual chemical ingredients as comprised that make up the chemical hair relaxers other than the three that it bought in Boston in 2008, true? 02:57
MS. O'CONNOR: Objection to the form and the foundation, mischaracterizes the testimony and the evidence.
BY MR. COSTELLO:
Q. Do you know who the manufacturers are? 02:57
A. I don't think they were -- I don't know if they were disclosed or not.
Q. Okay. Do you know if these products were the same or different than other products across the line of chemical hair relaxers in the industry at that time, back in 2008? 02:58
MS. O'CONNOR: Objection; form, foundation.
THE WITNESS: I have no reason to believe they're different. All these products have very similar ingredients and characteristics. 02:58

BY MR. COSTELLO:
Q. Did you look at the MSD sheets from now and compare them to 2008 to make certain that was indeed the case?
MS. O'CONNOR: You're saying MSD? 02:58
MR. COSTELLO: The Manufacturer Specific Data Sheets, or MSDS.
MS. O'CONNOR: Okay.
THE WITNESS: I have not, no.
BY MR. COSTELLO: 02:58
Q. Okay. Do you know if there have been any reformulations of any of the products for chemical hair relaxers between 2008 and 2024?
MS. O'CONNOR: Objection; form, foundation, beyond the scope. 02:58
You can answer.
THE WITNESS: I would -- my best answer for that with reasonable certainty would be that the chemicals are the same because there are multiple articles following this article that list the same 02:59 class of chemicals.
BY MR. COSTELLO:
Q. As you sit here today, you can't tell me the differences between the three that were tested in the suite of products that is available to 02:59

consumers in 2026 based upon specific chemical formulations, true?

MS. O'CONNOR: Objection; form, foundation, argumentative, and asked and answered.

Go ahead. 02:59

THE WITNESS: No.

BY MR. COSTELLO:

Q. Did you look at the supplemental information materials on this?

A. What specifically are you talking about? 03:00

Q. Did you look at the supplemental materials for the Helm article that identified the manufacturers?

A. Yes, I did, actually.

Q. Who are they? 03:00

A. I'd have to see that. I can see the article, but I can't recollect just off memory. But I have seen it.

Q. Do you know if all three are defendants in the current lawsuit? 03:00

A. That, I don't know.

Q. Do you know if there have been any chemical composition changes to the products that were outlined in this specific article?

MS. O'CONNOR: Okay. Objection; form, 03:01

foundation, asked and answered.
You can answer it again.
THE WITNESS: I still don't know the answer to that.
BY MR. COSTELLO: 03:01
Q. Is there -- do you cite the supplemental materials in your references?
A. I'd have to look. It should be in my materials considered list because I did consider those. 03:01
Q. Do you do this type of chemical analysis in your practice as a clinician?
A. No.
Q. Have you done it at any time outside of this litigation in a professional capacity, for 03:01 instance, at a hospital or other professional medical facility?
MS. O'CONNOR: Object to the form.
THE WITNESS: I'm familiar with the methodology. 03:02
BY MR. COSTELLO:
Q. Understood. I guess I'm asking a more specific question. Have you performed a chemical analysis similar to the one that's cited in this particular article? 03:02

MS. O'CONNOR: Objection; form, foundation.
Are you asking if he tested like in a laboratory?
MR. COSTELLO: No.
MS. O'CONNOR: Because when you say "performed analysis," it's not clear what you're talking about. 03:02
BY MR. COSTELLO:
Q. Do you understand my question?
A. I mean, I have performed analysis of chemicals in a previous life, but, I mean, not of EDCs. But I am familiar with the concepts. 03:02
Q. Okay. You have not performed it of EDCs in your capacity as a treating physician, true?
A. That is true. 03:02
Q. If this is not listed in your supplemental materials, is it fair to say you did not review or consider them in formulating any of the opinions contained in your report?
MS. O'CONNOR: I'm sorry. Can I hear that back again. 03:03
(Record read as requested.)
THE WITNESS: What is "this"?
BY MR. COSTELLO:
Q. Sure. We're looking at the Helm 03:03

document and then specifically going through the reference material that is listed here.

The reference materials from Helm, is that something that you relied upon in formulating your opinions in your report? 03:03

A. The reference materials -- you mean all these references, or are you talking about the supplemental report?

Q. The supplemental report.

A. Yes, that's listed in my documents 03:03 considered.

Q. Give me one second.

If you did not list the supplemental materials for Helm in your references, you did not consider that material, true? 03:04

A. Not true.

MS. O'CONNOR: As mentioned earlier, Counsel, we brought with us today all of Dr. Sharma's references that include Helm and the supplemental materials. 03:05

THE WITNESS: And I'm looking at it now.

BY MR. COSTELLO:

Q. Let me reference specifically -- do you know if any of the manufacturers listed in the report are defendants in this current lawsuit? 03:05

A. I think you asked that question, and I said I didn't.
Q. Okay. If you look at page 454 --
A. Of the Helm article?
Q. Yes. I'm sorry. Still the Helm article, the bottom right-hand corner. 03:06
A. Okay.
Q. The authors of the article say "While use of personal care products has been shown to increase exposure to product ingredients" -- 03:07
MS. O'CONNOR: Are you there? Neither am I.
MR. COSTELLO: 455 -- I'm sorry -- 454, very last sentence on the page.
THE WITNESS: Okay.
BY MR. COSTELLO: 03:07
Q. "While the use of personal care products has been shown to increase exposure to product ingredients" -- there's citations there -- "and many of the ingredients pose hazards, health risks from these exposures are difficult to predict because of remaining uncertainties." 03:07
Do you see that?
A. Yes.
Q. "We do not find authoritative assessments of health risks associated with these 03:07

chemicals in personal care products or from dermal exposure in general."

Do you see that?

A. Yes.

Q. "Assessments for hair products used by Black women would require additional information or assumptions about product use and exposure. In addition, these types of risk estimates have shown a lot of uncertainty." 03:08

Do you see that? 03:08

A. Yes.

Q. Okay.

A. However, this is an article measuring, as opposed to dealing with outcomes.

Q. "For example, epidemiological studies have shown effects of DEHP in humans at doses below those estimated to be safe by these risk-based methods. In addition to risk estimates for individual chemicals and specific products, it is also important to consider the cumulative risk resulting from multiple chemicals in a range of personal use products." 03:08 03:08

Is it fair to say that the authors of this study that published this indicated that there is uncertainty that the presence of EDCs or any 03:09

other chemical hair relaxer other than these three specific kits, that you can draw a causal link to all of the products manufactured in the years from 2008 into 2026?

MS. O'CONNOR: Objection; form, foundation, mischaracterizes the evidence. 03:09

You can answer.

THE WITNESS: That would be a ridiculous statement and wouldn't get published.

BY MR. COSTELLO: 03:09

Q. Okay. Wouldn't it be speculation for you to establish a link to the presence of EDCs in other chemical hair relaxers where the authors had specifically said there was uncertainty for the use of personal care products or from dermal exposure in general? 03:09

MS. O'CONNOR: Objection; form --

BY MR. COSTELLO:

Q. Wouldn't that require you to speculate?

MS. O'CONNOR: Objection; form, foundation, and mischaracterizes and misstates the evidence. 03:09

THE WITNESS: Yeah, I think they're saying uncertainty towards outcomes, which is not what this paper is about. So I understand why they're saying that, but it doesn't change the overall 03:10

total effect that you're looking at.
BY MR. COSTELLO:
Q. You further write in your report on page 22, "In addition to alkaline agents noted above, published studies have shown that chemical hair relaxers contain a variety of chemical classes including parabens, phthalates, formaldehyde-releasing agents, fragrances" -- and it goes on, among other things, and it cites again to the Helm article as one of the bases. Do you see where I'm reading from? 03:10 03:10
A. At the top, you're reading?
Q. Yeah.
A. Okay.
Q. And it goes on to say "Some of these constituents are classified as EDCs, carcinogens, or both." Do you see where I'm reading from? 03:10
A. Yes. It cites Helm along with three others.
Q. Okay. And one of them is Irungu from 2025. Do you see that? 03:11
A. Yes.
MR. COSTELLO: Do we have Irungu, this one.
(Sharma Deposition Exhibit 22 was marked for identification.) 03:11

BY MR. COSTELLO:
Q. The Irungu decision -- strike that.
The Irungu paper in front of you is one of the things you had cited in your report on page 22, true? 03:12
A. True.
Q. Do you know if this study was conducted in Kenya, if you look in the background?
A. It was done on chemicals obtained from Kenya. 03:12
Q. The products were purchased in Kenya, true?
A. I mean, I see them. They are the ones that are available in Kenya. So I assume they bought them in Kenya. 03:13
Q. Let's turn to page 6 of this. Unfortunately, it isn't labeled the same way, but it looks like this chart.
A. Okay.
Q. It says -- if you look at Table 2, it specifically says "Characteristics of the 22 hair relaxer products evaluated." 03:13
Do you see that? That's the title --
A. Yes.
Q. -- of Table 2? 03:13

A. I do.
Q. If you need your glasses, go ahead.
A. Okay.
Q. And if we look at the bottom, is it fair to say that the only kit that was tested that was 03:13 purchased inside the United States was NK14?
MS. O'CONNOR: Objection; form, foundation.
BY MR. COSTELLO:
Q. Based upon the table?
MS. O'CONNOR: Based upon the table. It 03:14 doesn't says where it's purchased. It says "country of manufacture."
MR. COSTELLO: All right. He can answer.
THE WITNESS: I would say the exact same thing. You asked that question earlier. I don't 03:14 know where they bought them. But this is where they're available, and this tells you where they're made.
BY MR. COSTELLO:
Q. Do you know how many of the kits they 03:14 bought were manufactured in the United States?
A. Assuming this is comprehensive, then it's one.
Q. And that one, Dark & Lovely, the super-strength kit, there's no other details 03:14

provided regarding the kit, including in the supplemental materials, true?

MS. O'CONNOR: Wait. Objection. Why don't you provide him with the supplemental materials? Okay. Objection. Objection to form -- 03:14

MR. COSTELLO: That's not a proper objection.

MS. O'CONNOR: Oh, no. You have asked him about something you haven't given him. Okay?

MR. COSTELLO: Okay.

MS. O'CONNOR: All right. I'll give it to him. 03:15

BY MR. COSTELLO:

Q. You can answer the question.

A. I can't answer whether there's -- based on supplemental information. I do know Dark & Lovely was part of the study. I don't know if NK14 is Dark & Lovely unless that's pointed out somewhere. 03:15

Q. Based upon Table 2, you would agree that the rest of these were manufactured in Kenya, Uganda, and South Africa, true? 03:15

A. And Egypt and South Africa.

Q. Did I miss one? You're right. And Egypt, true?

A. Correct. 03:15

Q. Okay. Do you know which companies make the products that Irungu tested?
MS. O'CONNOR: Can I hear that again?
(Record read as requested.)
MS. O'CONNOR: Objection; form, foundation, incomplete question based on incomplete evidence presented to the witness. 03:16
THE WITNESS: I do not.
BY MR. COSTELLO:
Q. How did -- do you know how they researched to determine which chemicals are concerning? 03:16
A. I believe this is where they had part of a Red List of chemicals.
Q. Do you know if that Red List was based upon the CSC, or the Campaign for Safe Cosmetics? 03:16
A. Can I hear that question again.
Q. Sure. You mentioned the Red List. I just want to clarify. The Red List, do you know if that was part of an EU regulation that is the Campaign for Safe Cosmetics, or CSC? 03:17
A. I believe they're tiers made by the CSC.
Q. Okay. Do you know if Kenya, where the study was conducted, or South Africa, Egypt, or Uganda, are any of those countries part of the EU? 03:17

MS. O'CONNOR: Objection.
You can answer.
THE WITNESS: Obviously, a geography test.
BY MR. COSTELLO:
Q. If you know. 03:17
A. I don't think so.
Q. You don't believe they are?
A. No.
Q. I think that's a fair assumption.
A. Yeah. 03:17
Q. Is it fair to say that the authors didn't determine how much of each chemical was present in the products tested?
A. I don't think there was a quantification. 03:18
Q. Okay. If we go to the next page, there's another chart.
A. Okay.
Q. You can correct me if I'm wrong, but it looks like on this page we see that there were 27 03:18 chemicals that were tested?
A. Okay.
Q. And it says, according to the footnotes at the bottom of the page, the products with boxes under the Annex II heading are prohibited from 03:18

being in cosmetic products entirely in the EU. Which chemicals are those; do you know?

A. Where did you read that from? The boxes?

Q. I'm reading from the footnotes. 03:19

MS. O'CONNOR: Uh-oh.

BY MR. COSTELLO:

Q. If you look, it's in the footnotes. It says "The list contains substances whose use in cosmetic products in the European Union is banned, 03:19 except under certain conditions, as indicated in Annex III."

Do you see that?

A. I do.

Q. Do you know if there are 15 ingredients 03:19 that are restricted in the EU under Annex III?

A. Well, Annex III has 15 boxes, but it says under certain exceptions. So I don't know.

Q. Okay. Is it your understanding that "restricted" means that the chemical can be 03:20 present, it's permitted to be in the cosmetic product within certain limits? Would that be your understanding of "restriction"?

MS. O'CONNOR: Object to the form, foundation, scope. 03:20

THE WITNESS: I don't know what that means.
BY MR. COSTELLO:
Q. Have you looked at the table of any of the products being implicated in this lawsuit to compare it to this figure -- I'm sorry -- Table 3? 03:20
MS. O'CONNOR: Objection; form, foundation.
THE WITNESS: Have I looked at -- can you repeat that.
BY MR. COSTELLO:
Q. Sure. Have you looked at the label of 03:21 any of the products being implicated in this lawsuit and compared it to Table No. 3 that we're reviewing right now?
MS. O'CONNOR: Objection.
You can answer. 03:21
THE WITNESS: Not in this case because I'm not -- I don't have access to these Kenyan products.
BY MR. COSTELLO:
Q. Okay. 03:21
A. But I have looked at American products, and they don't have a majority of the things listed.
Q. So just bear with me for these next few questions, then. 03:21

Looking at this list, can you tell me whether any of the chemicals are in any of the products that the plaintiffs allege in this case caused the injuries?

A. Are any of these chemicals in the ones that are being alleged by the plaintiffs? 03:21

Q. Yes.

A. Yes.

Q. Which ones?

A. Sodium hydroxide, formaldehyde. I mean, this is me just going off superficially. I can go into full detail here, but these are -- there are definitely ones that are listed. 03:21

Q. I guess my question is what is the basis for your opinion if you haven't reviewed the specific label of any of the products being implicated in this lawsuit? 03:22

MS. O'CONNOR: Objection; form, foundation.

You can answer.

THE WITNESS: That's part of the problem. It's not on the labels. The literature comes from other investigations as far as what's found in these. 03:22

BY MR. COSTELLO:

Q. Just to close this out, you didn't 03:22

specifically test the chemical composition, including the concentration of any of the products that are at issue in this case, true?

MS. O'CONNOR: Objection.

You can answer. 03:22

THE WITNESS: Correct.

BY MR. COSTELLO:

Q. You don't know, for instance, if any of the products in this litigation have prohibited substances in them, do you? 03:22

MS. O'CONNOR: Objection; form, foundation, scope.

THE WITNESS: I don't.

BY MR. COSTELLO:

Q. And you don't have any data to know 03:23 whether the products in this litigation have what concentrations of specifically restricted substances, true?

MS. O'CONNOR: Objection. Same as before.

THE WITNESS: True. 03:23

MR. COSTELLO: Okay. Thank you.

MS. O'CONNOR: Do you think this would be a good breaking time? Are you done with this?

MR. COSTELLO: Yeah, we can take a break.

MS. O'CONNOR: Oh, no. If you want to 03:23

continue --

MR. COSTELLO: It's fine. Once you mentioned a break...

THE VIDEOGRAPHER: Off the record at 3:22.

(Short recess.) 03:48

THE VIDEOGRAPHER: Back on the record at 3:47.

BY MR. COSTELLO:

Q. Doctor, on page 22 of your report, there's a table from Needle from 2024. Do you see that? 03:48

A. Yes.

Q. Okay. And that's one of the things that you relied upon in formulating your opinions, true?

A. Yes.

(Sharma Deposition Exhibit 23 was marked for identification.) 03:48

BY MR. COSTELLO:

Q. We placed in front of you Deposition Exhibit 23, I believe, which is the "Safety of Chemical Hair Relaxers, a Review Article." And the principal author is Carli Needle. 03:48

Do you see that?

A. Yes.

MR. COSTELLO: I'm sorry. I gave one to the court reporter. I forgot to -- 03:49

MS. CASTRONUOVA: No problem.
MR. COSTELLO: Let me know when you have it.
THE WITNESS: Okay.
BY MR. COSTELLO:
Q. Okay. I want to refer you to -- I believe it's listed as page 54. I think your copy is highlighted. 03:49
A. I see it.
Q. Uterine and ovarian cancer. Do you see that? 03:50
If you look at the last paragraph that's highlighted, it says "There are important caveats to the current evidence. A recent systematic review found that a study connecting hair straightening practice to uterine cancer had minimal representation of Black participants and did not differentiate between the straightening methods used which may contain varying concentrations of glutaraldehyde and formaldehyde." 03:50
Do you see that? 03:50
A. Yes.
Q. "Furthermore, the literature on the potential relationship between hair relaxers and both the uterine and ovarian cancer remains limited, underscoring the need for further study." 03:51

Do you see that?
A. Yes.
Q. You would agree that the authors have no caveats in the actual Sister Study based upon the lack of participation from Black women, true? 03:51
MS. O'CONNOR: Object to the form.
THE WITNESS: They do. However, we do have other data on Black women.
BY MR. COSTELLO:
Q. Okay. They specifically say there was minimal representation of black participants, true? 03:51
MS. O'CONNOR: Objection.
You can answer.
THE WITNESS: Yes.
BY MR. COSTELLO: 03:51
Q. They also note that the Sister Study didn't differentiate between straightening methods used, true? It's right there in that last paragraph.
A. Yes, although I think that argument helps establish the causality more than the other way around. 03:52
Q. It specifically says in that sentence starting with "A recent systematic review did not differentiate between the straightening methods 03:52

used." That's what it says in the study?
A. Yes.
Q. The authors also state that the Black Women's Health Study did not find an association between the use of chemical hair relaxers and increased risk of uterine cancer in premenopausal women, true? 03:52
MS. O'CONNOR: Objection.
THE WITNESS: Where are you reading that from, in the next paragraph? 03:52
BY MR. COSTELLO:
Q. It says "Furthermore, literature on the potential relationship between hair relaxers and both uterine and ovarian cancer remains limited, underscoring the need for further study." That is what it says? 03:52
A. That's what that says, not what you read right before that.
Q. Would you agree with me that the authors of the Black Women's Health Study did not find a causal relationship between the use of chemical hair relaxers and the increased risk of uterine cancer? 03:53
MS. O'CONNOR: Object to the form, foundation, mischaracterizes the evidence. 03:53

THE WITNESS: They found an increased risk. I don't think -- it was not a causal analysis.
BY MR. COSTELLO:
Q. Okay. Thank you.
If we look at page 23 of your report, 03:53 under Section C, which is Absorption.
A. Okay.
Q. And it's the paragraph that starts off "Biomonitoring studies of humans exposed to various personal and hair care products, including chemical 03:54 hair relaxers, have been published that support substantial systematic absorption of EDCs through transdermal application."
Do you see that?
A. Yes. 03:54
Q. It cites Braun -- strike that.
It cites to Braun, et al., 2014, true?
A. Yes.
MS. O'CONNOR: Objection. Not just to Braun. 03:54
BY MR. COSTELLO:
Q. It cites to Braun and Schildroth, true?
A. Correct.
Q. If we look at the Braun article -- give me one second to pull it for you. 03:54

Do you have the Braun article in your binder, Doctor?

MS. O'CONNOR: We should.

THE CONCIERGE: Does the Braun article start with "NIH Public Access" at the top? 03:56

MR. COSTELLO: I'm checking. Is that one of the premarked exhibits?

THE CONCIERGE: It's not premarked, but it's in there.

MR. COSTELLO: We're looking. You can go ahead. 03:56

Mike, do you know?

MR. TURIELLO: I believe so, yeah.

MS. O'CONNOR: So do you have it?

MR. COSTELLO: I think that is the right one. 03:56

THE CONCIERGE: If you can just flash the camera --

THE COURT REPORTER: We don't have a hard copy.

MS. O'CONNOR: I think this is it. Give me a second. I assume you're referring to the 2014 article. 03:56

MR. COSTELLO: Yes, the Braun 2014 article.

(Sharma Deposition Exhibit 24 was marked for identification.) 03:57

BY MR. COSTELLO:

Q. Okay. Doctor, I believe it's on page 4 under "Personal Care Product Use," the paragraph begins "Women compiled" -- I'm sorry. Strike that -- "Women completed a questionnaire at the time" -- 03:58

A. Hold on. I'm sorry. Just give me one second.

Q. Sure.

A. So under "Discussion," you're talking about? When you say page 4 -- 03:58

Q. I think in the top right-hand corner there's a page 4.

A. I have 461, 460 -- I have numbers at the top that do not correspond with -- can I see what you're looking at? 03:58

MS. O'CONNOR: Take a look. Maybe it's not the same thing.

MR. COSTELLO: Same label.

MS. O'CONNOR: It could be -- sometimes they print it in different journals or something like that. Sometimes they can look different, but... 03:58

MR. COSTELLO: It's definitely the same article.

MS. O'CONNOR: Okay. 03:58

MR. COSTELLO: It's -- at least on mine, it's the fourth page of it, and it starts with "Personal Product Care" -- "Personal Product Care Use."

MS. O'CONNOR: It's double-sided.

BY MR. COSTELLO: 03:59

Q. Yeah, it's double-sided. So maybe that accounts for...

A. We're at the "Personal Care Product Use."

Q. You have it now? 03:59

A. Mm-hmm, yes.

Q. Thank you. Okay. It starts "Women completed a questionnaire at the time of urine collection that asked if and when they used 13 personal care products that are applied to the skin 03:59 or scalp in the past 24 hours. These included deodorant, shampoo, conditioner, cream rinse, hairspray, hair gel, other hair care products, (e.g., mousse, hair bleach, relaxer, perm), shaving cream, cologne/perfume, bar soap, liquid soap, body 03:59 wash, hand and body lotion, colored cosmetics, hair dye, foundation, blush, eyeshadow, eyeliner or mascara, suntan/sunblock lotion, and nail polish."

Do you see that?

A. Yes. 04:00

Q. There's a lot in that list. The list of products included deodorant, shampoo, conditioner, hair gel, and other hair care products, true?
A. Yes.
Q. It also includes hair dye, foundation, blush, eyeshadow, eyeliner, and mascara? 04:00
A. And relaxers, yes.
Q. And suntan/sunblock lotion and nail polish, as well?
A. Yes. 04:00
Q. You would agree that this was not full -- strike that.
You would agree that this was not focused exclusively on hair relaxers, true?
MS. O'CONNOR: Objection; form, foundation. That's not what his report says. 04:00
Go ahead.
THE WITNESS: Correct.
BY MR. COSTELLO:
Q. You would agree that hair relaxers, as mentioned here, are in a parenthetical under hair care products as a group, true? And that group includes mousse, hair bleach, relaxer, and perm, true? 04:01
A. That is correct. 04:01

Q. Give me just a second to get to the next section. I don't know how yours is numbered, but I think it would be the sixth page because I think it's backwards and -- I'm sorry -- two-sided, but the paragraph starts on -- on the second paragraph, "On average, the women who used lotion." 04:02

A. And this is under what subheading? "Results," "Discussion"? Are we still under --

Q. It's under "Results." I'm sorry. The second page of Results. 04:02

A. And what's the -- where are we starting? "Among the 13," is that what you said?

Q. No. It would be "on average," I believe it's -- "among the 13" is the page before it. That would be, at least from my numbering, page 5. And if you went on to the next page, it's the second full paragraph. It says "On average, women who used lotion," would be the next section I want you to review with me. 04:03

Are you there? 04:03

A. Yes, I see that.

Q. Okay. It says "On average, women who used lotion, cosmetics, cologne/perfume, nail polish, sun lotion, or hair gel had total molar urinary phthalate metabolite and paraben 04:03

concentrations 28 to 80 percent higher than nonusers of these products," and it cites to a Table 1.

Do you see that?

A. Yes. 04:03

Q. "The pattern of metabolite increases varied according to the product used. Lotion users had urinary PB [sic] and PP concentrations two to three times higher compared to nonusers, but their urinary MPB concentrations were only 28 percent 04:04 higher." And then there's a confidence interval here. It says "95 percent confidence interval (CT) [sic]: 2, 62." And then Figure 3 and Table 1.

Do you see that?

A. Yes. 04:04

Q. And if you look at the next paragraph that starts with "Women who reported using shampoo, conditioner, other hair products, and liquid soap had slightly lower total molar phthalate metabolites and paraben concentrations compared to 04:04 nonusers, although the CI of these estimates included the null value."

Do you see that?

A. Yes.

Q. "Adjusted GM urinary phthalate 04:04

metabolite and paraben concentrations according to product use are shown in supplemental Table No. 3."

If it included a null value, would that be -- was it your understanding that would not be a -- strike that. 04:05

If it included a null value, is it your understanding that that would not be a statistically significant association?

MS. O'CONNOR: Objection.

THE WITNESS: Not always. I mean, I think it 04:05 kind of depends on the overall study and how big the dataset is.

BY MR. COSTELLO:

Q. It says "After weighing the parabens and phthalate metabolites concentrations by their 04:05 relative estrogenicity, the rank order of the paraben and phthalate metabolites changed (Supplemental Figures 1 and 2). Urinary PP concentrations were now the highest, followed by BP, MBP, MEP, and MBP concentrations." 04:06

As far as the article itself, it also references in the same paragraph "However, deodorant and sun lotion use were now associated with the third and fourth largest change in the EEF, respectively, although the CI of the sun 04:06

lotion estimate included the null value."
Do you see that?
A. Yes.
Q. Okay. Again, the null value would indicate that there's not a statistically significant association, true? 04:07
MS. O'CONNOR: Objection.
You can answer.
THE WITNESS: May or may not be.
BY MR. COSTELLO: 04:07
Q. Do you in your practice recommend that patients not use suntan -- strike that -- sunblock or lotion to prevent exposure to the sun?
A. I do not.
Q. Do you in your practice recommend that patients discontinue use of hair dyes? 04:07
A. No, because there isn't data.
Q. Do you recommend in your practice that patients discontinue the use of deodorant?
A. No. Same reason. 04:08
Q. What about -- I'm sorry.
A. Same reason.
Q. Thank you.
In your practice, do you advise your patients to discontinue the use of perfume? 04:08

A. No.

Q. In your practice, have you -- prior to being retained in this litigation, have you ever identified a specific product that you told your patients that they should discontinue use? 04:08

MS. O'CONNOR: Well, objection to form and foundation. Other than what he testified to already?

MR. COSTELLO: I'm asking other than this litigation. 04:08

MS. O'CONNOR: No, you're asking about his practice. That's different.

MR. COSTELLO: Okay.

BY MR. COSTELLO:

Q. Well, do you understand my question? 04:09

MS. O'CONNOR: Do you?

THE WITNESS: Can you say it again. I'm sorry.

BY MR. COSTELLO:

Q. Sure. In your practice, have you ever recommended that a patient discontinue use of a specific product prior to this litigation? 04:09

MS. O'CONNOR: Objection.

THE WITNESS: Not specific, but a group of products, yes. 04:09

BY MR. COSTELLO:
Q. And what specific products?
A. Chemical hair relaxers.
Q. What about smoking? Have you ever recommended patients to stop smoking as an increased risk factor? 04:09
A. Well, smoking is not an increased risk factor for endometrial cancer.
Q. Okay. What about obesity? Have you ever recommended to patients to lose weight as a potential risk factor for cancer? 04:09
A. Absolutely.
Q. I think the other article that you referenced here -- and I apologize. I'm going to mess up the name here, but I think it's Schildroth; is that right? 04:10
A. Correct, yep. Yes.
MR. COSTELLO: And that Schildroth was the "Hair Product Use and Urinary Biomarker Concentrations of Nonpersistent Endocrine-Disrupting Chemicals Among Reproductive-Aged Black Women." It's a very catchy title. 04:10
(Sharma Deposition Exhibit 25 was marked for identification.) 04:10

BY MR. COSTELLO:
Q. This is something that I think we just went through but you reference in your report on page 23 -- is that correct? -- under "Absorption"?
A. Yes. 04:11
Q. And if we look at the abstract, in the background section here, which is on page 1, it says "Studies have shown an association between hair product use and adverse healthcare outcomes. Scientists have hypothesized that exposure to 04:11 endocrine-disrupting chemicals (EDCs) drives these associations, but few studies have directly evaluated associations between hair care product use and biomarkers of EDCs. Even more limited are studies of Black women who frequently use 04:11 EDC-containing products (e.g., hair relaxers)."
Do you see that?
A. I would, although I would like to state that, I mean, this is part of their background. This is setting up -- this is not the conclusion of 04:12 this article.
Q. Sure. It says it's hypothesized. You would agree that hypothesis is different than a causal result, true?
MS. O'CONNOR: Objection; form, foundation, 04:12

mischaracterizes the evidence and the witness's testimony.

THE WITNESS: A hypothesis can be causal-generating.

BY MR. COSTELLO: 04:12

Q. What is a hypothesis?

A. It's basically what you're studying or evaluating in terms of potential outcomes, and it's a theory that you're validating.

Q. Right. You would agree that it's a theory that is part of the scientific method? 04:13

A. It should have a scientific method, yes.

Q. And some hypotheses are never proven to be true, correct?

A. That is true. 04:13

Q. Some hypotheses are ultimately proven to be untrue or unfounded based upon the evidence, true?

MS. O'CONNOR: Objection; form, foundation.

THE WITNESS: True. 04:13

BY MR. COSTELLO:

Q. And Schildroth does not describe this hypothesis -- hypothesized link between EDCs and uterine or ovarian cancer as being proved, true?

MS. O'CONNOR: Objection; form, foundation, 04:13

mischaracterizes the evidence.
THE WITNESS: Again, are you asking as part of their intro or as part of their conclusion?
BY MR. COSTELLO:
Q. As far as the article -- I know that we read through the abstract. But as far as the conclusions, Schildroth does not describe the hypothesized link between EDCs and uterine cancer as one that has been proven, true? 04:13
A. That's not what this study was outlined to do. 04:14
Q. Schildroth also does not limit the EDC exposures just to chemical hair relaxers, true?
A. Correct.
Q. Other personal care products or hair care products that might be used frequent -- strike that. 04:14
There's also the use of personal care products and other hair care products that are part of this study, true? 04:14
A. Other EDC, yes.
Q. And in the introduction, the hair product usage includes hair relaxers, straighteners, and dyes, true?
A. Correct. 04:15

Q. And if we look at the bottom of that paragraph from the Schildroth article, it specifically says "Because of their extensive use in personal care products, including hair products, exposure to nonpersistent EDCs among product users is ubiquitous." 04:16

Do you see that?

A. What page?

Q. Page 2. It's in the introduction, the first paragraph, last sentence. 04:16

A. So the last sentence is "Hairstyling among Black Americans has a long cultural and political history."

Q. I'm referring to the introduction, the very last sentence under the introduction on page 2. "Because of their extensive use in personal care products, including hair products, exposure to nonpersistent EDCs among product users is ubiquitous." 04:16

A. Okay. You're talking about in the first paragraph -- 04:17

Q. Yes.

A. -- of the introduction. Because this whole thing is introduction. But I understand what you're saying now. "Because of the extensive 04:17

use" -- okay. Yes.

Q. And as we talked about earlier, "ubiquitous" means that they're in lots of different products, they're prevalent?

MS. O'CONNOR: Objection; form, foundation. 04:17

You can answer.

THE WITNESS: Yes.

BY MR. COSTELLO:

Q. If we look at the very last paragraph of the introduction where it says "Few studies have 04:17 directly evaluated the effects of hair products use on EDC biomarker concentrations in populations with Black participants."

Do you see that?

A. Yes. 04:17

Q. "In the current study, we examine associations between the use of hair products, including styling products, relaxers, and oils, with biomarker concentrations of nonpersistent EDCs, i.e., phthalates, phenols, parabens, and a 04:18 cohort of reproductive-aged Black women." That's what it says?

A. Yes.

Q. You would agree with me that the author did not limit its analysis to just chemical hair 04:18

relaxers, true?
A. That is correct, which I think helps the study.
MS. O'CONNOR: I'm sorry. You said something?
THE WITNESS: I said I think it helps the study. It gives it more strength. 04:18
BY MR. COSTELLO:
Q. If we look at the results, which is -- sorry. Give me one more second. I think it's maybe page 8. 04:19
MS. O'CONNOR: It's page 8.
BY MR. COSTELLO:
Q. Give me one second just to make sure I'm looking at the same thing.
Okay. If we look at I think it's Figure 2 on page 7, I think describing that -- there's a paragraph that says "In the secondary analysis, we investigated associations of hair relaxer type with EDC biomarker concentration by cross-classifying the relaxer-type variables within the past 12-month frequency of relaxer use variable," which I believe is Table 2. 04:20 04:21
Do you see that? It's this section here describing Table 2.
A. Figure 2? 04:21

Q. I'm sorry. Figure 2.
A. Yes.
Q. Okay.
A. I see that.
Q. Okay. Give me one second. 04:22
As far as the results here, would you agree that the authors describe the associations in their secondary analysis as imprecise?
MS. O'CONNOR: Okay. Objection; form, foundation. 04:23
You can answer.
THE WITNESS: You said they describe it as imprecise?
BY MR. COSTELLO:
Q. Correct. 04:23
A. Is this terminology -- where do you see that, where the word is being used?
Q. I'm looking for it. Would you agree with me that -- we'll come back to that in a second. We'll find the specific language so I can 04:23 ask you about it.
Would you agree with me that the data shown in I think it's Table 2 or Figure 2, whichever one you have in front of you, that none of that data is statistically significant because 04:24

it all crosses the null?

MS. O'CONNOR: I'll object to the form and foundation. For clarity, we're looking at Figure 2 on page 7?

MR. COSTELLO: Correct. 04:24

MS. O'CONNOR: Okay. You can answer over my objection.

THE WITNESS: As I mentioned earlier, I don't exclusively look at it crossing 1 as data to be thrown out, but there is a lot of -- there's a fair 04:24 number of points here that are to the right of 1.

BY MR. COSTELLO:

Q. Okay. And you would agree that there's a fair amount that have a -- that indicate that it's to the left of 1, as well, true? 04:24

MS. O'CONNOR: Object to the form, foundation, mischaracterizes the --

BY MR. COSTELLO:

Q. That is indicated on Table 2, correct?

MS. O'CONNOR: Objection, again; form, 04:25 foundation, mischaracterizes the document and the witness's testimony.

THE WITNESS: There's more to the right than the left.

BY MR. COSTELLO:

Q. Okay. But that wasn't my question.

You would agree that there's a fair amount that are shown in Figure 2 that are to the left of the null, as well, correct? 04:25

MS. O'CONNOR: Objection, same grounds.

THE WITNESS: There are some, yes.

BY MR. COSTELLO:

Q. Okay. If we look at -- back to my question that I was going to find the specific 04:25 section for you. If we go to the following page, the paragraph starts on the bottom of page 9 and continued into page 10. At the top of page 10, referring back to the secondary analysis that I asked you about, the last sentence specifically 04:26 says "These associations tended to be imprecise, given the low number of users of permanent relaxers in the past 12 months."

Do you see that?

A. Yes. 04:26

Q. So the authors specifically mention that they believe that the associations tended to be imprecise, true?

MS. O'CONNOR: Objection; form, foundation, completeness in the secondary analysis. 04:26

THE WITNESS: That's what it states.

BY MR. COSTELLO:

Q. If we go to -- back to your report -- we're skipping ahead here quite a bit -- if we go to page 25. 04:27

A. Okay.

Q. Okay. And it says "Review of studies examining reproductive tract cancers with exposure to chemical hair relaxers."

Do you see that? 04:27

A. Yes.

Q. Okay. And specifically, the Sister Study from Sandler from 2017 -- I'll give you a copy of it.

(Sharma Deposition Exhibit 26 was marked for identification.) 04:27

BY MR. COSTELLO:

Q. Okay. If we look at the top of Exhibit No. 26, in the beginning here of "Objective," I think your copy might be highlighted, as well. Do you see that? 04:28

A. Yes.

Q. Okay. And if we look under "Objective," it says "The Sister Study sought a large cohort of women never diagnosed with breast cancer but had a 04:28

sister, full or half, diagnosed with breast cancer."

Do you see that?

A. Yes.

Q. And then the sentence above that, as far as background, it says "Cancer diagnoses among women with a his" -- strike that. Tongue twister. 04:28

"Cancer diagnoses among women with a sister history of breast cancer and the presumed enrichment of shared environmental and genetic exposures." 04:28

Do you see that, as well? It's the sentence -- the last sentence of "Background."

A. Yes.

Q. What we're talking about here as far as -- what we're talking about here is breast cancer, but individuals who had shared common gene traits, true? 04:29

MS. O'CONNOR: Object to form, foundation.

You can answer. 04:29

BY MR. COSTELLO:

Q. Among other things?

MS. O'CONNOR: Objection. Same objection.

THE WITNESS: Gene or environmental, correct.

BY MR. COSTELLO:
Q. Do you know if the primary objective was to create a resource from which to study current and emergent hypotheses regarding environmental and genetic risks for breast cancer? 04:30
A. Can you repeat that question.
MR. COSTELLO: Can you read it back, please.
(Record read as requested.)
MS. O'CONNOR: Object to the form, completeness doctrine. 04:30
BY MR. COSTELLO:
Q. I'll point you to it. It's on page 1 of this document under "Introduction." It's the second full paragraph. Halfway down it starts with the sentence "The study was not designed around one 04:30 particular high-priority hypothesis. The primary objective was to create a resource from which to study current and emerging hypotheses regarding environmental and genetic risk factors for breast cancer." 04:31
Do you see that?
MS. O'CONNOR: Objection. Same as before.
THE WITNESS: Yes.
BY MR. COSTELLO:
Q. Okay. In determining eligibility, the 04:31

Sister Study did not exclude women who had a history of cancer other than breast cancer, correct?

A. (No verbal response.)

Q. If you look under "Eligibility" on page 2, if we look at the eligibility, the second paragraph -- 04:31

A. Yes.

Q. -- up at the top, it says "A history of cancer other than breast cancer was not considered a basis for exclusion." 04:31

Do you see that?

A. I do.

Q. In your report, you write in the third full paragraph on page 25, "Importantly, there were more well-educated, non-Hispanic white women enrolled in the Sister Study compared to other demographics." 04:32

You agree that only 4,462 Black women were included in the participants of the Sister Study, true? 04:32

MS. O'CONNOR: Can I have it read back.

MR. COSTELLO: I can help you out on that, page 6.

THE WITNESS: I thought I heard 462. So it's 04:32

4,462?

BY MR. COSTELLO:

Q. Correct.

A. Yeah.

MS. O'CONNOR: Oh, okay. I thought I heard 462. Sorry. 04:33

BY MR. COSTELLO:

Q. I'll just make sure the record is clear, in case I misspoke.

A. Okay. 04:33

Q. On page 6, if we look at Table 2, there's specifically a chart that indicates 4,462 non-Hispanic Black; would you agree?

A. I agree.

Q. And out of that, that was 8.8 percent of the population that was part of the study, true? 04:33

A. True.

Q. The study included 42,558 non-Hispanic white women, which included 83.7 percent of the participants, true? 04:33

A. True.

Q. Would you agree that the cohort was dominated by highly-educated white women, true?

MS. O'CONNOR: Objection; form, misstates the evidence and the characterization, and the 04:34

witness's report.
BY MR. COSTELLO:
Q. We have a section here under "Education."
Do you see that? 04:34
A. Yes.
Q. Okay. And it looks like from the information that we have here, we already went through that around 83.7 percent of the participants were white, true? 04:34
A. Yes.
Q. Okay. And if we look at the education level, if we do some quick math here, 38 percent had a bachelor's, master's, or doctorate degree, if we add those percentages up. 04:34
A. Okay.
Q. Is that -- did I state it correctly?
A. I think you understated it, but it's fine.
Q. Okay. What is the number that you have? 04:35
A. (No verbal response.)
Q. Let me ask you a different question:
The vast majority had at least some college, with 84.7 percent, true?
A. Some college or more, is that what 04:35

you're asking?
Q. Correct.
A. 84 percent or more, is that what you said?
Q. 84.7. I think if you go to baseline characteristics on -- it's page 6 of the document. 04:35
A. Yeah.
Q. Let me know when you're there. It says "The vast majority had some college, 84.7 percent."
Do you see that? 04:35
A. Yes.
Q. Which is over 50 percent having a bachelor's degree or higher?
A. Yes.
Q. Educational attainment was high across all race and ethnicity groups. 04:35
Do you see that?
A. Yes.
Q. "Participants were generally well-off. Approximately two-thirds reported having a total annual household income between 50 and $200,000." 04:36
Do you see that?
A. I do.
Q. And those are the baseline characteristics as outlined by the authors of the 04:36

Sister Study cohort?

A. Yes.

Q. If we continue on as far as it says "As seen in Table 2, women in the passive cohort were more likely than full participants to be younger, 04:36 of a race/ethnicity other than non-Hispanic white, unmarried, have less than a bachelor's degree, and have a household income of less than 50,000. They were also more likely to have children in the household." 04:37

You write in your report on page 25, "Additionally, most of the participants were postmenopausal, never smokers, had BMIs below 30, and had given birth with their first full-term pregnancy before they reached the age of 30. Fewer 04:37 than 5 percent reported any cancer prior to enrollment."

But in the study, nearly half of the participants, 43.9 percent, were current or former smokers, true? 04:38

A. What percentage did you say for current or former?

Q. 43.9.

A. Okay.

MS. O'CONNOR: So current and former. 04:38

THE WITNESS: Current and former.
BY MR. COSTELLO:
Q. That was the question. That is Table 3. That's current and former. If you add the two categories up, I believe the total is 43.7 -- I'm sorry -- 43.9 percent. 8.2 plus 35.7. 04:38
Do you see that?
A. Yes.
Q. Okay.
A. Again, that's -- that's still the majority are nonsmokers. 04:39
Q. But I think what you indicated in your report was "Additionally, most of the participants were post-menopausal, never smokers, and had BMIs over" -- or "had BMIs below 30," true? That's what you had in your report? 04:39
A. BMIs less than 30 and the majority are not smokers. And post-menopausal status, I have to look for.
Q. You note that more than half had BMIs less than 30. Over 30 would be considered obese, correct? 04:39
A. Over 30. I mean, that's -- there are various guidelines, but that is one of them.
Q. Is that something that's widely accepted 04:40

by physicians?
MS. O'CONNOR: Objection; form.
You can answer.
THE WITNESS: I would say it is definitely one accepted cutoff. 04:40
BY MR. COSTELLO:
Q. Okay. And would you agree with me that if your BMI is over 30, it triples the risk of developing endometrial cancer?
MS. O'CONNOR: Objection; form, foundation, 04:40 misstates and mischaracterizes the evidence.
THE WITNESS: I know we have reviewed that. Are you citing something from this article or just a general statement?
BY MR. COSTELLO: 04:40
Q. Specifically, if we look -- well, yeah. I guess I'm asking you first if you agree with the statement that a BMI over 30 triples the risk of developing endometrial cancer.
MS. O'CONNOR: Objection; form, foundation, 04:41 mischaracterizes.
THE WITNESS: I think it elevates your risk. I can't quantify that.
BY MR. COSTELLO:
Q. If we look at -- let's see here. Strike 04:41

that.

Would you consider a BMI of between 25 and 29.9 to be overweight?

A. That is, again, an accepted guideline.

Q. And were you aware that 31.8 percent of the participants had a BMI between 25 and 29.9? 04:41

A. I see that.

Q. And more than 5 percent of the participants had -- actually had some form of cancer other than breast cancer at the baseline, true? 04:42

MS. O'CONNOR: Let me hear the question back again.

BY MR. COSTELLO:

Q. This is Table 3 again. You would agree that more than 5 percent actually had some form of cancer other than breast cancer at baseline, true? If we add ovarian cancer and other cancer, is that about 5 percent? 04:42

A. Yes, that's -- 04:42

Q. 5.2 percent?

A. 5 percent, yes.

Q. Okay. So based upon the percentages in Table 3, 167 participants actually reported having ovarian cancer at baseline, correct? 04:42

A. Correct.
Q. And there's no way to tell which participants they were, as far as the study, true?
MS. O'CONNOR: Objection; form, foundation, relevance. 04:43
BY MR. COSTELLO:
Q. For instance, you don't know if they're white, Black, or Hispanic, correct?
A. Yeah. I mean, I'm sure somebody knows, but, yes, we have no way of knowing that. 04:43
Q. And you can't tell from the table, correct?
A. No.
Q. I'm correct in that?
A. Correct. 04:43
Q. Okay. Let's go to the Sister Study.
MS. O'CONNOR: Before we move on, Nick, how much time do we have left on the record? Because I'm just wondering if we should take one more break or not. 04:43
THE VIDEOGRAPHER: We have about 55 minutes left on the record.
MS. O'CONNOR: Whether we take another break depends on if I have a sense of how much more time.
MR. COSTELLO: That's fine. I think I'll be 04:43

done in less than that, but why don't we take a break.

THE VIDEOGRAPHER: Off the record at 4:43.

(Short recess.)

THE VIDEOGRAPHER: Back on the record at 5:02. 05:02

(Sharma Deposition Exhibit 27 was marked for identification.)

BY MR. COSTELLO:

Q. Okay. Doctor, I believe we've put in front of you what's Deposition Exhibit No. 27. And 05:03 specifically I want to refer to your report on page 25. You reference Chang, et al., from 2022.

You have in front of you the Chang article; is that right?

A. Yes. 05:03

Q. And I know there's some highlights on there, so I wanted to go through some of them with you. Okay?

A. Okay.

Q. But before I do that, just as far as 05:03 your report, you write "Leveraging data from the Sister Study, Investigators Chang, CJ, et al., from the National Institutes of Environmental Health (NIEH), a branch of NIH, evaluated the association between the use of chemical hair relaxers and other 05:03

hair straightening products and uterine cancer incidence." You cite to Chang.

So I want to ask you, as far as the report here, the Chang document, if we look at the highlighted section here on Chang -- I believe it's page 1636, it says "However, to our knowledge, no study has investigated the influence of hair product use on uterine cancer. Therefore, this study aims to examine associations between hair product usage and the age-specific hazard of uterine cancer in a large, racially and ethnically diverse cohort in the United States." 05:04 05:04

Do you see that?

A. Yes.

Q. And so based upon what is written here, we are talking about hair product use which may be broader than just chemical hair straighteners, true? 05:05

A. Correct.

Q. You agree that Chang's evaluation was not limited solely to chemical hair relaxers and included other straightening products, true? 05:05

A. True.

Q. If we look at just the background under the abstract, which is on page 1, it indicates 05:05

"Hair products may contain hazardous chemicals with endocrine-disrupting and carcinogenic properties. Previous studies have found hair product use to be associated with a high risk of hormone-sensitive cancers, including breast and ovarian cancer. 05:06 However, to our knowledge, no previous study has investigated the relationship with uterine cancer."

That's what the abstract says?

A. Yes.

Q. It says -- and then as far as methods, 05:06 "We examined associations between hair product use and incident uterine cancer among 33,947 Sister Study participants, aged 35 to 74 years, who had a uterus at enrollment." And then there's 2003 to 2009, correct? 05:06

A. Correct. That's the time frame.

Q. That's what the -- at least it says in the abstract?

A. Yes.

Q. Would you agree that it would be a 05:06 misrepresentation to state that Chang investigated the potential association between the use of chemical hair relaxers and the risk of developing uterine cancer?

MS. O'CONNOR: Object to the form, foundation, 05:07

mischaracterizes the report.

THE WITNESS: Can you repeat that question.

(Record read as requested.)

THE WITNESS: I would not agree.

BY MR. COSTELLO: 05:07

Q. In the abstract, it states -- give me one second. I just lost it -- "In the baseline questionnaires, participants in this large, racially and ethnically diverse prospective cohort self-reported the use of hair products in the prior 05:08 12 months, including hair dyes; straighteners, relaxers, pressers; and permanents or body waves."

Do you see that?

A. Yes.

Q. Those are -- that is broader than 05:08 chemical hair relaxers, true?

MS. O'CONNOR: Objection; form, foundation.

THE WITNESS: True.

BY MR. COSTELLO:

Q. Would you agree that the study also 05:09 investigated several types of hair products, including permanent, semi-permanent, temporary hair dyes; bleach; highlights; straighteners, relaxers, or pressing products; and hair permanents and body waves? 05:09

A. Yes. I think that's the same question, but yes.

Q. It's under "Exposure Assessment" on page 2. It specifically lists all of the things I just went through. 05:09

Do you see the paragraph where --

A. Yes.

Q. -- it indicates seven hair products, including permanent, semi-permanent, temporary hair dyes; bleach; highlights; straighteners, relaxers, or pressing products; and hair permanents or body waves, with the response options including "Did not use" with "One to two times per year." 05:10

Do you see that?

A. Yes. 05:10

Q. In the passages that we just reviewed, you would agree that there are no studies prior to the publication of Chang in 2022 which investigated the influence of hair product use and uterine cancer? 05:10

MS. O'CONNOR: Objection; form, foundation.

THE WITNESS: There's no studies of this magnitude.

BY MR. COSTELLO:

Q. Okay. You would agree that prior to 05:10

2022, no study of this magnitude had been done which found an association between hair products and uterine cancer, true?

MS. O'CONNOR: Objection.

You can answer. 05:11

THE WITNESS: Well, there was an ongoing study at that time, but it had not been published.

BY MR. COSTELLO:

Q. You would agree that prior to 2022, no study had been conducted which found a causal link 05:11 between hair products and uterine cancer, true?

MS. O'CONNOR: Objection; form, foundation, relevance.

THE WITNESS: True.

BY MR. COSTELLO: 05:11

Q. You'd agree that prior to 2022, no study had been done which found an association between chemical hair relaxers and uterine cancer, true?

MS. O'CONNOR: Objection; form, foundation, asked and answered. 05:11

You can answer it again.

THE WITNESS: Yeah. Like I said, there was an ongoing study looking at the association.

BY MR. COSTELLO:

Q. But nothing of this magnitude prior to 05:11

2022, true?
A. It had not been published, true.
Q. Nothing published, true?
A. True.
Q. If we go to Table 5, I believe it's on page 1643, and the Table 5 title says "Associations between straightener, relaxer, or pressing products use in 12 months prior to enrollment and uterine cancer in the Sister Study stratified by participant characteristics." 05:12 05:12
Do you see that?
A. I do.
Q. And if we look at the first one, race and ethnicity, it has African-American/Black. And then if we look to the frequency under "HR," we have 2.12. 05:12
Do you see that?
A. I do.
Q. Okay. You would agree that the CI there is below 1 -- part of it is below 1, at .83? 05:13
A. Yes.
Q. And if we look at BMI as obese, under the HR we have 2.40.
Do you see that?
A. Yes. 05:13

Q. And if we look at physical activity as low, we have the HR of 3.72.
Do you see that?
A. Yes.
Q. Would you say that, based upon this chart, that low physical activity and obesity are significant risk factors for uterine cancer? 05:13
MS. O'CONNOR: Okay. Objection; form, foundation, mischaracterizes the document, including the purpose of this table. 05:13
Over my objection, you can answer.
THE WITNESS: Yes.
BY MR. COSTELLO:
Q. I want to refer you to the bottom of page 1642. It says -- it starts with the paragraph "In this large prospective cohort study, we observed that straightening product use was positively associated with uterine cancer." And it goes on to say "More research is warranted to confirm our novel findings in different populations, particularly in African-American and/or Black women, because of the high prevalence of straightener use, and to evaluate the potential contribution of hair products to health disparities in uterine cancers." 05:15 05:15 05:15

Do you see that?
A. Yes.
Q. "Future efforts are also needed to identify the chemical ingredients which might result in elevated risks." 05:15
Do you see that?
A. I do.
Q. Okay. You would agree that authors of the study indicated that more research is warranted to confirm the novel findings in different populations, true? 05:16
MS. O'CONNOR: Objection; form, foundation.
You can answer.
THE WITNESS: Well, I think that's a general statement that all studies say. 05:16
BY MR. COSTELLO:
Q. Okay.
A. Although, between African-American and nonwhite, they actually did not see a difference.
Q. You would agree that the term "novel" 05:16 would mean that this was something that was new or different from what had been accepted at the time, true?
MS. O'CONNOR: Objection; form, foundation, mischaracterizes the evidence. 05:16

THE WITNESS: "Novel" in this context means it's a new finding.
BY MR. COSTELLO:
Q. Okay. The data with respect to Black frequent users was not statistically significant, true? 05:16
A. In a study that's this large, I believe this hazard ratio is significant, despite the fact that this confidence interval crosses 1.
Q. Okay. You would agree that the -- with the increase in frequency of Black users, you would expect that the incidence of the HR would go up, true? 05:17
MS. O'CONNOR: Objection; form, foundation.
THE WITNESS: The increase in frequency of Black women -- can you repeat the question. 05:17
BY MR. COSTELLO:
Q. Sure. Let me ask a different question.
A. Yeah.
Q. You would expect that the more usage there was for Black women, it would increase the HR for those women, true? The more use of hair straighteners? 05:17
MS. O'CONNOR: Objection; form, foundation, mischaracterizes the evidence. 05:18

THE WITNESS: So you're saying more use, meaning more frequent? Earlier age? What exactly are we talking about?

BY MR. COSTELLO:

Q. I guess I'm asking more frequent use -- I'm sorry. Strike that. Use over a longer span of time. 05:18

MS. O'CONNOR: Same objection.

THE WITNESS: It may -- I mean, it may or may not, depending on how the study is conducted. But in general, yes. 05:18

BY MR. COSTELLO:

Q. Okay. You would agree that the -- as noted in the study, that the confidence interval never went below the null, true? 05:18

A. For which group?

Q. For Black women.

A. It never went below the null?

Q. Strike that.

You would agree that the confidence -- strike that. 05:18

You would agree with me that for Black women, the HR for African-American women, Black women, the HR one that we discussed did go below the null from .83 to .539, true? 05:19

MS. O'CONNOR: Objection; form.
You can answer.
THE WITNESS: It did. But like I said, I still find that significant based on the size of the study. 05:19
BY MR. COSTELLO:
Q. And if we look at Black women who have ever use, it's .67, which would be below 1, correct? As far as the confidence intervals of .67 to .409, true? 05:19
A. True.
MS. O'CONNOR: Objection. Same grounds.
THE WITNESS: Same argument.
MS. O'CONNOR: Well, let's be clear. When you say "same argument," what are you referring to? 05:19
THE WITNESS: I'm talking about the confidence interval going below 1 with a large study.
MR. COSTELLO: Let's move to Bertrand, which I believe you cited to in your report on page 27. Do you have the Bertrand study, as far as your 05:20 materials, Doctor?
MS. O'CONNOR: As a courtesy to counsel, we will pull it up. You owe me. You know you owe me a nice pizza.
MR. COSTELLO: That's right. You don't hang 05:21

around with my New Jersey friends.

MS. O'CONNOR: Maybe I know them.

MR. COSTELLO: You probably do. That's the problem.

(Sharma Deposition Exhibit 28 was marked for identification.) 05:21

BY MR. COSTELLO:

Q. Okay. You reference Bertrand in your report, and that's one of the things you relied upon in formulating your opinions, true? 05:22

A. True.

MR. COSTELLO: And I believe -- I just want to make sure that I have it right. Do you know what page it is on Bertrand, Mike? I know I have page 40, but that doesn't sound right. I'm just 05:22 going to jump in here.

BY MR. COSTELLO:

Q. As far as the Bertrand study, would you agree that the Bertrand study indicated that whether hair relaxer use indicates -- strike that. 05:24

Is it fair to say that the Bertrand study specifically stated that whether hair relaxer use increases the risk of uterine cancer is unknown? I can pull up the page here in just a second. 05:25

MS. O'CONNOR: Can you clarify, Dan, exactly where you're reading from.

MR. COSTELLO: Sure.

What page is that?

MR. TURIELLO: It's the Conclusion. It's the fifth page of the document. It's page 5, on the bottom side. 05:25

THE WITNESS: At the bottom of page 5?

MR. TURIELLO: It's in page 5, left column.

BY MR. COSTELLO: 05:26

Q. So if we look at -- I believe it's right before there's a citation to Johnson. It says -- I'm sorry. It's right after Johnson. It says "We lacked information regarding brand or product ingredients, and were therefore unable to identify 05:27 whether observed associations may have been driven by a specific product or chemical class. Another important limitation is that, because the majority of BWHS participants reported using chemical hair relaxers, we included never users and infrequent 05:27 users in the same exposure referent category to achieve stable effect estimates, which may have biased results towards the null."

Do you see that?

A. I do, but that's not relevant to your 05:27

question.

Q. If we look at the paragraph above it, it specifically says "An important limitation of the present study is that we did not update exposure limitation over time. Therefore, it is not known whether these results are generalizable to chemical hair relaxers on the market today or to the contemporary patterns of use. That said, contemporary studies have documented the presence of parabens, phthalates, as well formaldehyde as a known carcinogen in modern-day formulations." 05:27 05:28

Do you see that?

A. Yes.

Q. You would agree that the authors indicated "Our findings highlight the importance of continued research regarding potential adverse health effects of exposure to potential hair relaxers and their constituents"? 05:28

A. Where is that? Is that somewhere else? That's not in that paragraph. Oh, it's at the end. I see it. 05:28

MS. O'CONNOR: There it is. Just read it and then tell him.

THE WITNESS: I mean, those two -- I mean, you read one sentence from one paragraph, and it's not 05:29

tied to the other one.
BY MR. COSTELLO:
Q. I guess what I was asking you is if that is what the authors of that study had indicated in their conclusions. 05:29
A. I would say, you know, the majority of studies are going to say that continued research is required, especially if you're the second or third or fifth or sixth article, you know, correlating exposure with an outcome. So this is standard. 05:29
Q. You would agree that not knowing the change in formulation or usage patterns makes it uncertain whether the findings could be generalized to current hair relaxers or contemporary use behavior, true? 05:29
MS. O'CONNOR: Objection; form, foundation.
THE WITNESS: True.
BY MR. COSTELLO:
Q. You would agree that not knowing which chemical hair relaxers were used or what their 05:29 formulations were makes it impossible to generalize the findings to an entire category of hair relaxers, true?
MS. O'CONNOR: Objection; form, foundation, mischaracterizes the evidence. 05:30

THE WITNESS: That, I would disagree with because the class of drugs is the same.

BY MR. COSTELLO:

Q. You would agree with the authors that whether chemical hair relaxer use increases the risk of uterine cancer is currently unknown, true? 05:30

MS. O'CONNOR: Objection; form, foundation.

THE WITNESS: I would agree with the author that it is increased risk, especially with over use -- over time, especially in post-menopausal African-American women. 05:30

BY MR. COSTELLO:

Q. You would agree that no other studies have come out since Bertrand which reconcile the issues raised by Bertrand regarding -- strike that. 05:30

You would agree that no other studies have come out since Bertrand which reconciled the issues raised by Bertrand regarding the ability to generalize the results, true?

MS. O'CONNOR: Objection; form, foundation, mischaracterizes the evidence. 05:31

THE WITNESS: Not yet.

BY MR. COSTELLO:

Q. You have not conducted a study of your own to do this, true? 05:31

A. No.
Q. And you would agree that no new data exists to clarify these issues since Bertrand was published, true?
MS. O'CONNOR: Objection; form, foundation. 05:31
THE WITNESS: No.
BY MR. COSTELLO:
Q. I'm correct?
A. You are. There are no new studies.
MR. COSTELLO: Thank you. 05:31
White? Do we have White?
(Sharma Deposition Exhibit 29 was marked for identification.)
BY MR. COSTELLO:
Q. Back to your report. On page 41, I 05:32 think you reference the White study; is that correct? If you look at the second full paragraph, I think --
A. Page 41?
Q. Of your report. If you look at it, it 05:32 says "Although no other large prospective studies evaluating hair relaxer use and the risk of ovarian cancers have been published since the White 2001 paper, the findings from the Sister Study and Black Women's Health Study both showed increased risk." 05:32

Do you see that?
A. Yes.
Q. If you look at page 1193 -- it's right after Table 3. It looks like this. It says "A potential limitation is that our questionnaire asked about the use of hair straighteners, relaxers, or pressing products. Pressing hair is a more temporary method of hair straightening that uses a heat comb or flat iron. It can be done in combination with some type of hair product, although this would be distinct from products using chemical straightening and relaxing of hair." 05:35 05:36
Do you see that?
A. I do.
Q. "Therefore, some women who are categorized as being exposed to straightening products may have used products that are less harsh than chemical hair straighteners. Thus, the effect estimates reported here may underestimate the true association." 05:36 05:36
Do you see that?
A. I do. That strengthens the data.
Q. If you look at the bottom of the page here, it says "As far as the strength of the study" -- it ends, that paragraph, on 1193 -- "we 05:37

did not ask about specific formulations."
Do you see that?
A. Yes.
Q. And so it's fair to say, based upon what we just read, two things: One is we don't know how many women used chemical hair relaxers as opposed to the other types of straightening methods that are identified in this study, true? It's not broken out? 05:37
MS. O'CONNOR: Object to the form, foundation. 05:37
You can answer.
THE WITNESS: I don't think it's broken down, but I think the majority are chemical relaxers as opposed to mechanical.
BY MR. COSTELLO: 05:37
Q. But that would just be a guess, true?
MS. O'CONNOR: Objection; form, foundation.
THE WITNESS: That is what I gather from this report.
BY MR. COSTELLO: 05:37
Q. As far as "The fact is we did not ask about specific formulations," the authors themselves don't know the brands or the ingredients of the products that were used, and thus, are unable to hypothesize about the effects of 05:38

individual chemicals, true?
MS. O'CONNOR: Objection; form.
You can go ahead.
THE WITNESS: Correct. But it leads to the same point, which is they're all EDCs. 05:38
BY MR. COSTELLO:
Q. Without that, you can't be certain, relying on White, as to which specific products and which specific chemicals may have an association with uterine or ovarian cancer, true? 05:38
MS. O'CONNOR: I need to hear that again.
(Record read as requested.)
MS. O'CONNOR: Objection; form, foundation.
THE WITNESS: Yeah. I mean, you have to rely on multiple sources and the totality of things in 05:38 terms of the data from White, the data on EDCs, the different chemicals.
BY MR. COSTELLO:
Q. And the authors go on to indicate that "Formulations change over time, and those being 05:39 used during the Sister Study enrollment, for instance, between 2003 and 2009 may not be on the market anymore. For example, Brazilian keratin hair straightening products were used in the 2000s, but those products have now largely been removed 05:39

due to concerns with exposure to formaldehyde."

Do you see that, page 1195?

A. I do see that. It's not quantified as far as how many, but this is -- they're giving one example. 05:39

Q. So there's no way to tell what percentage were using, for instance, Brazilian keratin or those type of hair straightening products from the Sister Study, true?

MS. O'CONNOR: Objection; form, foundation, 05:40 misstates the evidence and the information in this document.

THE WITNESS: There's no way to tell from this document.

MR. COSTELLO: Let's take a very short break, 05:40 and we should be able to wrap things up.

MS. O'CONNOR: What's left on the record, Nick?

THE VIDEOGRAPHER: Off the record at 5:39.

(Short recess.) 05:52

THE VIDEOGRAPHER: Back on the record at 5:51.

BY MR. COSTELLO:

Q. Doctor, have you ever had your testimony excluded as an expert in either state or federal court? 05:52

A. No.

MR. COSTELLO: That's all the questions I have. You should be happy about that.

MS. O'CONNOR: Are you passing the witness, Counsel? 05:52

MR. COSTELLO: I'm passing the witness.

EXAMINATION

BY MS. O'CONNOR:

Q. Hello, Dr. Sharma. I think, as you know, my name is Stephanie O'Connor. I'm here on 05:53 behalf of the MDL plaintiffs, and I have really just a really few follow-up questions.

You have issued a report in this litigation. I think it's been marked as Exhibit 4.

A. Yes. 05:53

Q. Okay. You can work from your own copy.

What I'd like to do is look at the section of your report in which you perform, as I understand it, a causal analysis of all of the evidence that you have reviewed in this case. 05:53

Can you turn, sir, to page 40 of your report.

A. Okay.

Q. Now, Dr. Sharma, you were asked questions today by counsel looking at specific 05:54

studies and specific aspects of all of the evidence that you looked at in preparation for offering your opinions in this case; is that correct?

In other words, you were asked questions today about specific studies involving EDCs and, separately, epidemiology, things of that nature, correct? 05:54

A. Correct.

Q. So what I'd like to do is I'd like to go over the totality of the evidence that you've looked at as you referred to during your testimony. 05:54

I believe you referred to the Bradford Hill framework as a -- guidelines that you used in conducting your analysis?

A. Correct. 05:54

Q. Okay. And while I understand that Bradford Hill is not necessarily a label that you use, are the concepts behind the Bradford Hill analysis or the framework that you used consistent with your everyday practice, clinical endeavors, things of that nature? 05:55

A. They are.

Q. Did you look, for example, out of the nine -- are there nine guidelines that you're familiar with? 05:55

A. Correct.
Q. Did you look at, for example, what's called strength of the association?
A. Yes, I did.
Q. And in your report, did you address strength of the association insofar as the epidemiologic evidence is concerned? 05:55
A. I did.
Q. You were shown I think it was Exhibit 27 by counsel, which is the Chang 2022 study. I don't know if you can just get ahold of that. 05:55
A. Yep, I got it.
Q. And am I correct, Dr. Sharma, that your attention was directed to Table 5 of this 2022 publication? 05:56
A. Yes.
Q. Okay. You were not shown, for example, other tables that included the primary analysis that was conducted by the Chang authors. And more specifically, I'm looking at Table 2. 05:56
A. I was not directed to those.
Q. Okay. Can you tell us, sir, with regard to overall use, meaning ever versus never use, with straighteners, relaxers, or pressing products, was there a statistically significant elevation of risk 05:56

in ever versus never users?
A. Yes, there was an 80 percent increase.
Q. Is that reflected by the 1.80 versus the reference group in the last column of Table 2?
A. That is correct. 05:56
Q. And would you turn, please, to Table 3 of the Chang study. And for the record, this is entitled "Association of hair product use frequency, color of dyes, and duration of use with uterine cancer in the Sister Study." 05:57
Do you see that there?
A. I do.
Q. And do you see, Dr. Sharma, is there a breakdown in frequency of use for straighteners, relaxers, or pressing products in the Chang study? 05:57
A. Yes, there is.
Q. All right. And are there any statistically significant hazard ratios reflected for frequent use in the Chang study?
A. Yes. For straighteners greater than 05:57 four times versus the referent, the hazard ratio is 2.55.
Q. So that would be approximately a 150 percent increase in risk of women who frequently use the product versus never users? 05:57

A. Correct.
Q. And statistically significant, correct?
A. Correct.
Q. And then if we take a look at Table 4 in the Chang study, entitled "Association between hair product use in the 12 months prior to enrollment and uterine cancer by subtypes," do you see that there is a breakdown for straighteners, relaxers, or pressing products about midway down the page -- or down the table, rather? 05:58 05:58
A. Yes.
Q. Okay. And do you see that for postmenopausal cases, is there an elevation of risk -- a statistically significant elevation of risk for frequent users of postmenopausal females? 05:58
A. Yes, there is.
Q. All right. And what is that increase in risk?
A. Also about 150 percent, so 2.52 hazard ratio. 05:58
Q. And to your understanding, did the Chang authors also, as part of their review and analysis of the uterine cases that they collected and ascertained in this study, was there also some subset of cases that were medically confirmed? 05:59

A. Yes.
Q. And what is meant by "medical confirmation" in a study like this collecting data on uterine cancer cases?
A. The confirmed pathologic diagnosis from review of records. 05:59
Q. In other words, other than just what they may have been told by participants, they would have to obtain actual records that reflected the information reflective for medically confirmed cases, correct? 05:59
A. Correct.
Q. Now, there is also a breakdown, is there not, between Type 1 and Type 2 endometrial cancers?
A. Yes. 05:59
Q. And what were the findings for when there was a breakdown -- a further breakdown in this study by type of endometrial cancer?
A. There was a significant increase with Type 1 for frequent use and for ever use. 06:00
Q. Okay. For both ever use as well as frequent use, correct?
A. Correct.
Q. And the ever use would be reflected in a 1.89 hazard ratio? 06:00

A. Correct.
Q. And that translates to approximately 90 percent increase in risk?
A. Correct.
Q. And then with regard to the Type 1, the 2.68 for frequent use, what does that translate to, in terms of a percent increase in risk of frequent users versus never users? 06:00
A. I actually think that number is 2.94.
Q. Okay. 06:00
A. And it's almost a 200 percent increase.
Q. Or threefold increase in risk?
A. Correct.
Q. A near threefold increase in risk?
A. Yeah. 06:01
Q. With Type 2 endometrial cancers, I see that there is no calculation or statistical numbers. Do you know why that is, why there was no depiction, if you will, of hazard ratios or confidence intervals for the Type 2 endometrial cancer cases? 06:01
A. I don't think that they were able to calculate it for any group that was less than five.
Q. And how many cases or Type 2 endometrial cases were captured in both the ever and frequent 06:01

use categories?

A. Two.

Q. Not enough to calculate the risk, correct?

A. Correct. 06:01

Q. Did you consider in your analysis under strength of association the data that we just reviewed from the Chang 2022 study?

A. Absolutely.

Q. And in addition, as I understand it, you 06:01 also looked at the White study on ovarian cancer, correct?

A. Right.

Q. That's -- I think it's No. 29, Exhibit 29. Okay. Now, if we could take a look at 06:02 Table 2 of the White study -- and you considered this in your overall analysis of both uterine and ovarian cancer, correct?

A. Correct.

Q. Okay. And if we take a look at Table 2, 06:02 it indicates "Association between ever use of hair products in the 12 months prior to baseline, and incident invasive ovarian cancer in the Sister Study."

Do you see that there? 06:02

A. Table 2, yes, I see that.
Q. And with regard to straighteners and relaxers, if we look at the multivariable adjusted hazard ratio for never -- ever versus never use, is there an elevation of risk, according to the table 06:03 that we see here?
A. Yes, it's --
Q. Is it 1.29 hazard ratio, or a 29 percent increase in risk?
A. Correct. 06:03
Q. Now, you do know that the hazard ratio here in this particular instance, the confidence interval crosses 1, i.e., it's at .70. Do you see that there?
A. I do. 06:03
Q. And do you also see that the upper limit of the confidence interval is 2.38. Am I correct about that?
A. Yes.
Q. So what does this tell you about the 06:03 elevation of risk as seen for straighteners/relaxers ever -- excuse me -- ever versus never use?
A. There is a risk elevation of about 30 percent. 06:03

Q. Okay. And if we turn to Table 3, I believe -- let me just make sure -- Table 3 entitled "Associations between hair product use frequency, dye color or duration, and incident invasive ovarian cancer in the Sister Study," have I read correctly Table 3 -- the description of Table 3? 06:04

A. That is correct.

Q. And focusing -- and by the way, both the Chang and the White study looked at several other categories of hair care products; am I correct? 06:04

A. Correct.

Q. Here, if we just look at the straighteners/relaxers and frequency of use in the 12 months prior to baseline, can you tell us -- under "Frequency of Use," can you tell us if there were any statistically significant elevations of risk found based upon frequency of use of straighteners/relaxers? Can you tell us that? 06:04

A. Yes. So for more than four times a year with straighteners/relaxers, there was a hazard ratio of 2.19. 06:04

Q. Would that be at least 100 percent increase in risk between ever versus never users?

A. At least. 06:05

Q. Okay. And are you familiar with the concept of a dose-response relationship?
A. Yes.
Q. Based on your review of the Chang study, is there evidence of a dose-response relationship? 06:05
A. Yes. It's what we talked about earlier, the frequency of use.
Q. In other words, the more frequent the use, the higher the elevation of risk over, for example, ever versus never? 06:06
A. Correct.
Q. And same question with regard to the White study. Is there evidence of a dose-response in the White study?
A. Yes. 06:06
Q. Now, when you did your causal analysis, looking at page 41 of your report, there's a section or a guideline entitled "Biological gradient/dose-response." Have I read that correctly? 06:06
A. Yes.
Q. And did you consider dose-response in your review of the evidence and your analysis of the causal connection between chemical hair relaxers and both uterine and ovarian cancers? 06:06

A. Yes, I did.
Q. And, in fact, you have put forth in this section of your report a number of the hazard ratios that were elevated on the basis of frequency of use; am I correct? 06:07
A. That is correct.
Q. And what kind of weight did you attribute -- let me strike that.
In addition to looking at the totality of the evidence, did you also consider the weight of the evidence when you analyzed the different factors that comprised the Bradford Hill framework? 06:07
A. Can you rephrase that?
Q. Okay. Surely. 06:07
In addition to the totality of the evidence that you considered in this case in determining that there was a causal relationship between chemical hair relaxers and uterine and ovarian cancers, did you also consider or weight the evidence that you evaluated in this endeavor? 06:07
A. I mean, I looked at all the evidence in its totality, yes.
Q. For example, in the biologic gradient that we talked about here and the elevated hazard 06:08

ratios associated with more frequent use, I see the statement in your report "I attributed great weight to the finding of a dose-response relationship in certain subgroup analyses across three large prospective cohort studies." 06:08

Did you do that in your overall analysis?

A. Yes. I mean, there are certain viewpoints of Bradford Hill that are, you know, weighted higher, although there isn't a formal 06:08 scale. But in terms of the data and how it all comes together, and in terms of doing a good analysis, I did weight certain things. And the dose-response here was weighted.

Q. What about biologic plausibility, which 06:08 is also on page 42? Did you consider biologic plausibility in your overall analysis of the totality of the evidence here?

A. Definitely.

Q. Okay. And what did you find? And I 06:08 know we've had a long day already and there were discussions of EDCs. Can you tell us succinctly what it is in terms of the biologic plausibility that you considered and that resonated with you in reaching your opinions in this case. 06:09

A. So the endocrine-disrupting chemicals, they are -- it's a class of chemicals, and it mimics the effects of estrogen more often than not in a carcinogenic form. And it basically replicates -- it doesn't look like estrogen, but it replicates the effects of estrogen in the cells. 06:09

And, you know, we've spent a lot of time talking about one drug versus another drug, not knowing which drug is which drug or which compound has -- which formulation has which compound. At the end of the day, there's multiple articles, as I've cited, that EDCs is a group and, in general, this is the effect that they have. 06:09

And from a biological plausibility, based on the paper and my articles and the cite -- I mean, based on my report and the articles I cited, it's all plausible with the way estrogen receptors work in these models, whether it's the endometrium, whether it's the ovary, whether it's the fallopian tube. 06:10 06:10

Q. Does it matter to you who the particular defendant is of any particular product in reaching your opinions -- or in conducting your analysis and reaching your opinions in this case?

A. I am completely agnostic to who the 06:10

defendants are. I actually don't even know who they are. I am basing this more completely on the evidence. So it makes no difference to me, nor do I actually know.

Q. Based upon your research and your review of articles, it is your -- is it your belief that the chemical hair relaxer products are a class of products? 06:11

A. Yes.

MR. COSTELLO: Object to form. 06:11

BY MS. O'CONNOR:

Q. Is it your belief that chemical hair relaxers contain a group of compounds known as parabens?

A. Yes. 06:11

Q. Is it your belief that -- again, based on your research and review and the articles cited in your report, is it your belief that chemical hair relaxers contain a group of compounds known as phthalates? 06:11

A. Yes.

Q. Same question with regard to bisphenols, or BPA.

A. Yes.

Q. How about cyclosiloxanes? Do you recall 06:11

ever reading about the presence of cyclosiloxanes as being present in chemical hair relaxers?

A. I do.

MS. O'CONNOR: I have nothing further subject to any additional questioning by counsel. 06:12

FURTHER EXAMINATION

BY MR. COSTELLO:

Q. We're almost done, Doctor. Famous words from an attorney.

You would agree with me that, under 06:12 the Bradford Hill analysis, that biological plausibility cannot be established without a reliable association, true?

MS. O'CONNOR: Objection; form.

THE WITNESS: Yes. 06:12

BY MR. COSTELLO:

Q. Okay. I want to ask you just a few more questions about Chang. If you'll look at Table 5, I think you should still have that document in front of you. Let me know when you're there. 06:12

A. Okay.

Q. Okay. So if we look at -- specifically at Black women, ever users showed a confidence interval of .67 to .409, true?

A. True. 06:13

Q. And that is an indication there that the confidence interval went below the null, true?

MS. O'CONNOR: Objection; form.

You can answer.

THE WITNESS: True. 06:13

BY MR. COSTELLO:

Q. What is the null?

A. The null is -- basically, it's where your cutoff is for 1 where your hypotheses is valid or invalid. 06:13

Q. Okay. And if it dips below 1, is it invalid?

MS. O'CONNOR: Objection; form.

Go ahead.

THE WITNESS: Not necessarily. 06:14

BY MR. COSTELLO:

Q. But it could be invalid if it dips below 1, true?

MS. O'CONNOR: Objection; form.

THE WITNESS: It could be. 06:14

BY MR. COSTELLO:

Q. Thank you.

If we look at the frequent users for African-American/Black women, we have a ratio here, the confidence interval was .83 to .5 -- I'm sorry. 06:14

Let me start over. Sorry. It's late.

For frequent users for African-Americans, the confidence interval was .83 to 5.39. Do you see that?

A. I do. 06:14

Q. And that, again, is below the null, true?

MS. O'CONNOR: Objection; form.

THE WITNESS: It is, but what I find compelling here is that -- is the higher level of 06:14 that confidence interval.

BY MR. COSTELLO:

Q. What is your definition of "statistically significant"?

A. "Statistically significant" is -- I 06:14 think that's a moving target. So most experts' articles, journals are kind of going away from looking at a defined number for where the cutoff is for, for example, of a confidence interval or a p-value. 06:15

So it depends on a variety of things, including, like I've mentioned earlier, how big the dataset is, how big the numbers are. And it's essentially an arbitrary cutoff of what you think it would be related to chance, but it doesn't 06:15

necessarily -- a p-value greater than .05 doesn't mean that the hypothesis is not true.

Q. Is it your testimony that if the confidence interval goes below null that it's still statistically significant? 06:15

MS. O'CONNOR: Objection.

THE WITNESS: It can be.

BY MR. COSTELLO:

Q. It's also true that it could be invalid if it goes below the null, true? 06:16

MS. O'CONNOR: Objection.

THE WITNESS: It depends on the data.

MR. COSTELLO: Got it.

I don't have any other questions.

MS. O'CONNOR: Thank you very much. 06:16

Thank you, counsel.

Thank you Nick, Valerie.

THE VIDEOGRAPHER: Off the record at 6:15.

FURTHER DEPONENT SAITH NAUGHT

(Proceedings concluded at 6:15 p.m.)

STATE OF ILLINOIS )
                  ) SS:
COUNTY OF COOK    )

I, Valerie M. Calabria, CSR, RPR, do hereby certify that SAMEER SHARMA, MD, was duly sworn by me to testify the whole truth, and that the foregoing deposition was recorded stenographically by me and was reduced to computerized transcript under my direction, and that the said deposition constitutes a true record of the testimony given by said witness.

I further certify that the reading and signing of the deposition was not waived, and that the deposition was submitted to Ms. Stephanie O'Connor, Plaintiffs' counsel, for signature. Pursuant to Rule 30(e) of the Federal Rules of Procedure, if deponent does not appear or read and sign the deposition within 30 days, the deposition may be used as fully as though signed, and this certificate will then evidence such failure to appear as the reason for signature not being obtained.

I further certify that I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have hereunto set my hand this 24th day of February, A.D. 2026.

Valerie M. Calabria, CSR, RPR
Illinois CSR License 084-003928

MS. STEPHANIE O'CONNOR
soconnor@douglasandlondon.com

February 24, 2026

RE: All MDL Hair Relaxer Cases v. Hair Relaxer
2/19/2026, Sameer Sharma , MD MBA (#7852524)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at P1hairdepos@veritext.com.

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Veritext Legal Solutions

All MDL Hair Relaxer Cases v. Hair Relaxer

Sameer Sharma , MD MBA (#7852524)

E R R A T A  S H E E T

PAGE______ LINE______ CHANGE______________________________

________________________________________________________________

REASON__________________________________________________________

PAGE______ LINE______ CHANGE______________________________

________________________________________________________________

REASON__________________________________________________________

PAGE______ LINE______ CHANGE______________________________

________________________________________________________________

REASON__________________________________________________________

PAGE______ LINE______ CHANGE______________________________

________________________________________________________________

REASON__________________________________________________________

PAGE______ LINE______ CHANGE______________________________

________________________________________________________________

REASON__________________________________________________________

PAGE______ LINE______ CHANGE______________________________

________________________________________________________________

REASON__________________________________________________________

________________________________________ ___________________

Sameer Sharma , MD MBA Date

All MDL Hair Relaxer Cases v. Hair Relaxer

Sameer Sharma , MD MBA (#7852524)

ACKNOWLEDGEMENT OF DEPONENT

I, Sameer Sharma , MD MBA, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

______________________________ ________________

Sameer Sharma , MD MBA Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

______ DAY OF ________________, 20___.

__________________________

NOTARY PUBLIC

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 311 of 400 PageID #:76684




**&**

**&** 2:2,16 3:2,8 3:18 4:2,12 5:2 5:7 11:4,8 221:24 222:15 222:17

**0**

**00818** 1:4
**05** 305:1
**084-003928** 5:25 306:22

**1**

**1** 6:10 10:8 14:8,10,13 15:3 23:7,8 26:8,9 27:20 29:6 83:17 88:22 89:18 90:13 95:24 96:15 98:16 117:10 121:5 122:7,15 124:2 124:23 127:20 130:25 131:20 132:5,14,19 137:23 166:9 170:16 188:14 190:24 209:17 209:18 210:2 239:3,13 240:18 244:7 251:9,11,15 255:12 266:25 271:20,20 274:9 276:8,17 292:14,20 293:5 295:13 303:9,11,18
**1.29** 295:8
**1.80** 290:3
**1.89** 292:25
**10** 1:13 6:23 10:15 33:23 80:7 82:7,25 83:6 88:20 108:3 115:13 117:15,17 118:16 119:6,7 119:13,18,20 119:21 140:22 161:20,22,23 162:17,24 164:2,8,17 173:24 191:8 252:13,13
**100** 3:9 296:23
**100,000** 137:12
**10004** 2:5
**10016** 4:13
**103** 6:18
**105** 6:20
**107** 109:25 110:2,5,11 188:19 196:24
**10:25** 76:12
**10th** 4:13
**11** 6:4 7:3 119:2 120:9,12 120:14 126:1 126:21 129:3 130:17 131:12 137:1,11,25 138:5 141:12 142:25 144:13 146:13
**115** 6:21
**1193** 283:3,25
**1195** 286:2
**11th** 146:11
**12** 7:5 135:14 135:16,20 195:12,23 249:21 252:18 268:11 271:8 291:6 294:22 296:15
**120** 7:3
**122** 158:11
**12:55** 143:16 144:3
**13** 7:7 137:2,11 137:25 138:5 144:9 145:13 147:15 166:8 195:17 236:14 238:12,14
**13,860** 118:11
**1300** 4:3
**132** 158:15,16 158:17
**133** 158:23
**135** 7:5
**13th** 165:9
**14** 6:10 7:9 141:12 147:25 148:3,6 151:10 158:8 160:10 166:12
**1400** 3:3
**144** 7:7
**148** 7:9
**15** 7:12 109:16 109:20,24 110:5,7,10,12 152:10 158:6 162:25 173:24 197:10 225:15 225:17
**150** 3:3 290:24 291:19
**1505** 3:19
**152** 7:12
**15222** 4:3
**15th** 2:11
**16** 7:14 172:15 173:6
**162** 6:23 137:16 138:1
**1636** 266:6
**164** 139:1
**1642** 272:15

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 312 of 400 PageID #:76685



**1643** 271:6
**165** 140:22
**167** 263:24
**17** 6:11 7:18 102:3 174:14 175:22
**173** 7:14
**175** 7:18
**18** 7:20 96:7,11 188:10,13 189:1 190:11 197:12,15 207:3,22 208:2 208:3
**188** 7:20
**19** 1:14 7:22 10:2 176:14,20 194:6,7,8,24 199:17 200:9 201:1
**1900** 5:3
**191** 5:8
**19106** 2:17
**199** 7:22
**1st** 23:19 30:11

**2**

**2** 6:11 17:11,15 23:7,8,13,14 26:8,15 35:20 83:8,16 87:6 87:23 88:22 89:15,18 90:13 96:15 98:16 109:21 117:11 120:17 121:5 122:17,23 123:5,23 124:2 124:6,24,25 125:2,9 130:22 130:25 131:2 131:23 132:3,6 132:11,14,19 133:2,10 138:14 150:13 157:14,15,19 157:20 162:10 162:24 165:25 170:16 190:24 209:17 220:20 220:25 222:19 239:13 240:18 247:9,16 249:16,22,24 249:25 250:1 250:23,23 251:3,19 252:4 256:6 257:11 260:4 269:4 289:20 290:4 292:14 293:16 293:20,24 294:16,20 295:1
**2.12.** 271:16
**2.19.** 296:22
**2.38.** 295:17
**2.40.** 271:23
**2.52** 291:19
**2.55.** 290:22
**2.68** 293:6
**2.94.** 293:9
**2/19/2026** 307:5
**20** 7:23 54:7,12 90:7 91:4,16 92:9,22 99:11 173:23 195:2 198:7 202:18 202:21 309:15
**200** 293:11
**200,000** 259:21
**2000s** 285:24
**2001** 282:23
**2003** 267:14 285:22
**2005** 49:19
**2008** 150:21 208:22 209:3 210:10,21 211:3,13 218:4
**2009** 142:21 267:15 285:22
**201** 199:23 201:2,10 204:13 205:2
**2012** 199:14 206:8 208:17
**2014** 149:19 187:16 233:17 234:21,23
**2016** 175:4 181:8,9 186:4
**2017** 199:23 253:13
**2018** 12:14,16
**202** 7:23
**2021** 49:19 50:3 197:3
**2022** 54:19 55:3 144:22 145:10 199:1 265:12 269:18 270:1,9,16 271:1 289:10 289:14 294:8
**2023** 47:21,24 54:19 55:3 78:10 124:10 199:15
**2024** 47:21 78:10 211:13 229:9
**2025** 7:13 23:19 27:20 30:11 31:20 32:2,6,9,17 34:1,12,22 47:9 79:13 96:14 99:20 105:9 118:9 120:4,15 152:6 171:1,8 188:20 193:25 194:6 196:21 197:6

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 313 of 400 PageID #:76686



219:21
**2025a** 79:19 83:3 109:19 110:21 162:5 171:4,15 172:8
**2025b** 79:19 80:1,15
**2025c** 115:20 120:5
**2025d** 104:11
**2025e** 94:12,20 95:2,20 99:14 99:17 102:2,13 104:4,11,14 196:6
**2025f** 104:10 104:23
**2025i** 151:22
**2026** 1:14 10:2 212:1 218:4 306:17 307:3
**205.855.5700** 2:12
**207** 8:3
**20th** 2:11
**21** 8:3 199:20 199:22 204:12 205:17 207:18 207:19
**212.566.7500** 2:5
**215.592.1500** 2:18
**219** 8:6
**22** 8:6 158:2,10 219:4,24 220:5 220:21 229:8
**225** 2:21
**229** 8:10
**23** 8:10 91:10 91:15 173:23 229:15,19 233:5 244:4
**234** 8:11
**24** 8:11 234:24 236:16 307:3
**243** 8:15
**24th** 306:17
**25** 8:15 98:19 99:6 133:25 243:24 253:5 256:15 260:11 263:3,6 265:12
**253** 8:19
**256** 178:14,16 179:8
**25a** 165:9 193:10
**25d** 193:10
**26** 8:19 139:25 253:15,19
**265** 8:21
**27** 8:21 224:20 265:6,10 276:19 289:9
**275** 4:13 176:2 176:4
**277** 8:23
**28** 8:23 239:1 239:10 277:5
**282** 9:3
**287** 6:5
**29** 9:3 282:12 294:14,15 295:8
**29.9** 263:3,6
**2950** 5:8
**29898** 306:21
**2:02** 188:1
**2:25** 188:3

**3**

**3** 6:13 26:9 31:2,16 87:6 87:23 91:17 126:2 148:15 190:24 209:17 209:18 226:5 226:12 239:13 240:2 261:3 263:15,24 283:4 290:6 296:1,2,6,7
**3-1** 186:2,12 187:5,7,7
**3.72.** 272:2
**30** 33:14 134:1 260:13,15 261:15,17,21 261:21,23 262:8,18 295:25 306:9 306:10 307:16
**300** 4:18
**302** 6:6
**303** 4:18
**3060** 1:4
**31** 6:13 139:3
**31.8** 263:5
**312.767.1314** 5:9
**312.781.6677** 4:19
**312.849.8100** 4:9
**312.850.2651** 3:4
**312.855.1010** 2:22
**312.855.1105** 5:4
**314.241.2018** 3:20
**314.446.3350** 3:15
**32** 139:25
**33,947** 267:12
**34** 136:11,22 139:3,25
**35** 79:12,14 267:13
**35.7.** 261:6
**35203** 2:12
**35th** 2:4

**37** 6:14
**38** 159:17 258:13
**39** 175:25
**3:22** 229:4
**3:47** 229:6

**4**

**4** 6:14 15:2 27:10 37:7,16 116:22,23 137:2,13 144:7 163:4 164:20 200:2 209:11 235:2,11,13 287:14 291:4
**4,462** 256:19 257:1,12
**40** 185:2 277:15 287:21
**409** 276:10 302:24
**41** 282:15,19 297:17
**4100** 4:8
**412.288.5884** 4:4
**419** 201:3
**42** 299:16
**42,558** 257:18
**422** 201:17,25 202:14
**43.7** 261:5
**43.9** 260:19 261:6
**43.9.** 260:23
**44** 196:5
**449** 207:24
**45** 196:10,12
**451** 209:12
**454** 216:3,12
**455** 216:12
**460** 235:14
**461** 235:14
**462** 256:25 257:6
**47** 80:3 186:19
**4:43** 265:3

**5**

**5** 6:15 15:2 17:20 29:5,10 33:19 38:9 39:3 89:13,15 109:24 110:4 110:15 116:23 117:3 137:12 238:15 260:16 263:8,16,19,22 271:5,6 278:6 278:8,9 289:14 302:18 303:25
**5,000** 31:23
**5.2** 263:21
**5.39.** 304:4
**50** 34:2,20,21 174:5 259:12 259:21
**50,000** 260:8
**50/50** 46:5,6
**500** 2:17 185:16 186:8
**505** 2:11
**510** 2:17
**512.476.7834** 3:10
**52** 195:13,24
**53** 201:13,17 202:4,6,7,14
**539** 275:25
**54** 230:6
**55** 122:20 123:8 264:21
**5:39** 286:19
**5:51** 286:21
**5th** 32:17

**6**

**6** 6:16 29:20 54:2,4 65:20 71:7 79:6,7 80:18 82:10 131:12 138:24 220:16 256:24 257:11 259:6
**60** 132:24 183:18 184:17
**60601** 4:8
**60606** 2:22 3:4 4:18 5:3,9
**61** 127:22 180:23 181:3 181:12
**62** 239:13
**63** 152:4,24
**63101** 3:20
**63105** 3:15
**64** 127:22
**640** 3:14
**646.513.2133** 4:14
**67** 276:8,9 302:24
**69** 94:24
**69,120** 118:9
**6:15** 305:18,21
**6th** 1:13

**7**

**7** 6:18 31:6 93:21 95:24 103:8 140:22 148:15 249:16 251:4
**70** 33:8 132:23 295:13
**70/30** 33:2,22 34:9
**700** 2:21
**701** 3:19
**74** 267:13
**75** 133:24
**77** 4:8

**7852524** 1:25 307:5 308:2 309:2
**78701** 3:10
**79** 6:16
**7th** 31:20 32:6 32:9

**8**

**8** 6:20 35:20,21 105:1 115:25 116:1 117:25 118:5 196:21 200:2 249:10 249:11
**8.2** 261:6
**8.8** 257:15
**80** 239:1 290:2
**800** 3:9
**8000** 3:14
**81** 32:18,19,24
**83** 271:20 275:25 303:25 304:3
**83.7** 257:19 258:9
**84** 152:4,24 259:3
**84.7** 258:24 259:9
**84.7.** 259:5
**8:38** 1:15 10:2
**8th** 34:1,11,21 188:20

**9**

**9** 6:21 15:3 36:23 109:24 110:4,16 115:23 178:20 178:21,24 252:12
**90** 293:3
**95** 239:12
**98** 186:1,15

**a**

**a.d.** 306:17
**a.m.** 1:15 10:2
**ability** 171:6 281:18
**able** 20:20 70:4 70:11 182:18 183:2 286:16 293:22
**abnormal** 134:4 146:6
**abnormalities** 147:2,4
**above** 23:15 127:17 133:18 219:5 254:5 279:2 307:6 309:7
**absolutely** 243:12 294:9
**absorption** 233:6,12 244:4
**abstract** 136:8 149:1 153:12 153:25 202:22 203:9,18 244:6 246:6 266:25 267:8,18 268:6
**abstracts** 35:23 36:3
**academic** 28:20 72:4 182:16
**academies** 7:19
**academy** 180:17 201:23
**accepted** 261:25 262:5 263:4 273:22
**access** 17:3 59:10 129:13 139:15 159:10 171:5 196:6 226:17 234:5
**accessed** 194:20 196:15
**account** 160:1
**accounted** 150:7
**accounts** 236:7
**accuracy** 307:9
**achieve** 46:23 177:19 278:22
**acknowledge...** 309:3
**acknowledg...** 307:12
**acquired** 108:6 108:10,16,23 109:2,16 110:1 110:8,25 112:4 112:17 197:15 197:20
**acs** 94:12 95:2 96:14 99:13,17 101:17 102:2 105:9 108:5 109:15 161:14 163:5,18 164:8 164:11,22 165:9 166:7,24 168:19,20 171:4,8,15,25 172:8 191:23
**act** 86:1 168:1 180:6
**acting** 80:12 82:8
**action** 7:10 10:19 148:7,20 168:1 306:15
**activator** 209:19
**activity** 75:2 272:1,6
**actual** 59:21 94:25 95:24 118:17 210:8 231:4 292:9
**actually** 59:21 67:11 70:4,11

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 316 of 400 PageID #:76689



70:20 92:7 104:10 135:15 140:4 164:22 165:10 179:11 180:12 195:2 201:11 212:14 263:9,16,24 273:19 293:9 301:1,4
**acuity** 166:2
**adams** 2:11
**add** 75:11 130:4 258:15 261:4 263:18
**addition** 56:4 71:8,23 72:5 138:6 217:8,18 219:4 294:10 298:9,16
**additional** 34:6 182:25 217:6 302:5
**additionally** 13:3,13,20 152:1 167:6 260:12 261:13
**additions** 309:6
**address** 289:5
**adiposity** 150:2 150:9,11
**adjusted** 239:25 295:3
**admit** 183:4
**advance** 60:4
**advanced** 3:22 130:12 137:1 137:10,25 139:2,14
**advances** 177:5
**advantage** 139:25
**advantages** 139:23
**adverse** 244:9 279:16
**advise** 241:24
**advised** 47:2
**advisement** 17:10
**advising** 48:8
**afam** 3:17
**affairs** 7:6
**affect** 146:2
**affiliations** 10:24
**africa** 222:21 222:22 223:24
**african** 7:12,24 136:11,22,25 137:10,24 138:18 139:1 154:8,14 156:11,19 201:3,11,21 205:2,24,24 271:14 272:21 273:18 275:23 281:11 303:24 304:3
**age** 75:3,10 97:25 127:17 127:20 128:4 146:2 174:5 195:11,12,22 195:23 205:13 260:15 266:10 275:2
**aged** 8:18 243:22 248:21 267:13
**agents** 219:4,8
**ages** 200:2
**aggressive** 121:7
**agnostic** 300:25
**ago** 18:9 54:25 59:3
**agree** 10:7 40:1 58:17 68:19 73:1 84:21 86:6 89:11,23 92:21 93:3,7 96:14,17,23 97:15 98:3,14 98:19 99:6 101:6 113:7 119:14 122:23 123:9,10,13,17 123:19 124:15 125:8,14 127:4 127:5 128:2 140:4,15 141:11 146:20 147:13 150:24 157:1,21 161:10 164:16 164:19 167:17 168:2,7 169:4 169:8 171:4,8 173:15 174:10 179:16 180:15 182:2 183:11 187:10 195:3,4 197:2 200:24 202:14 204:6 222:19 231:3 232:19 237:11 237:13,20 244:23 245:10 248:24 250:7 250:18,22 251:13 252:3 256:19 257:13 257:14,22 262:7,17 263:15 266:20 267:20 268:4 268:20 269:17 269:25 270:9 270:16 271:19 273:8,20 274:10 275:13 275:20,22 277:19 279:14 280:11,19

281:4,8,13,16 282:2 302:10
**agreed** 86:23 86:24
**ahead** 14:6 103:15 106:13 158:14,21 182:10 192:6 192:18 212:5 221:2 234:11 237:17 253:4 285:3 303:14
**ahold** 289:11
**aims** 266:9
**al** 120:4 144:21 145:10 150:21 199:14,23 204:13 233:17 265:12,22
**alabama** 2:12
**alexius** 2:10
**alia** 30:13
**alkaline** 219:4
**allege** 227:3
**alleged** 142:9 227:6
**allen** 3:18
**allotted** 307:19
**alopecia** 203:13 205:6
**alpha** 145:1,2,4 146:3,5
**alphabetically** 79:18,22 94:19 166:4
**alternative** 72:22 73:7 74:14,15
**american** 6:18 6:20,21,23 7:12,20,25 64:1 71:17 94:20 95:19 100:6 102:12 105:12 106:4 107:19 110:8 112:21 113:9 115:18,19 118:7 119:12 119:22 120:5 151:22 154:14 156:19 162:5 164:17 188:6 188:14 190:12 191:18 192:25 196:6 198:4 201:3,11,21,22 205:2,24 226:21 271:14 272:21 273:18 275:23 281:11 303:24
**americans** 136:11,22,25 137:10,24 138:18 139:1 154:8 156:11 247:12 304:3
**amiller** 2:13
**amount** 31:9,10 31:23 51:9 91:18 251:14 252:4
**amounts** 41:24
**analyses** 150:6 299:4
**analysis** 19:13 28:5 51:12 63:21 71:23 72:11,14,20 85:12 104:1 213:11,24 214:6,10 233:2 248:25 249:18 250:8 252:14 252:25 287:19 288:14,19 289:18 291:22 294:6,17 297:16,23 299:7,13,17 300:23 302:11
**analyze** 40:23 41:8 42:19,25 43:7 149:18
**analyzed** 41:2 44:8 56:19 298:11
**anderson** 5:7
**animal** 65:22 80:9 83:18
**annex** 224:25 225:12,16,17
**annual** 259:21
**anovulation** 122:11
**answer** 12:25 13:6,8,10,15,16 13:17,23 15:20 17:6 20:1,25 21:14 24:20 25:4 35:12 36:12 38:23 39:13 40:4,25 41:11,21 42:11 42:23 43:10 44:11 45:25 46:11 47:5,11 47:16 48:11,18 49:5 54:16 57:6,17 61:10 61:20 62:15,23 66:13,20 67:6 67:25 68:23 69:18,25 70:16 74:7,21 76:22 77:8,18 84:25 86:8 91:20 92:18 97:9 98:24 105:19 107:23 116:18 123:16 124:9 128:8,14,25 129:18,25 131:5,7,8

132:13 140:8 147:19 157:6 161:3 165:20 166:11,20 167:3,21 168:13,24 171:19 182:10 182:22 184:2 192:6,18 197:25 204:23 208:24 211:16 211:17 213:2,3 218:7 221:13 222:13,14 224:2 226:15 227:19 228:5 231:13 241:8 248:6 250:11 251:6 254:20 262:3 270:5,21 272:11 273:13 276:2 284:11 303:4
**answered** 61:19 84:23 114:22 131:4 157:8 168:25 212:4 213:1 270:20
**answering** 13:24 23:16 26:17 27:17
**anti** 208:5
**anticipate** 13:5
**anticipation** 26:22
**anybody** 36:13
**anymore** 285:23
**apologize** 76:2 102:20 103:2 243:14
**appear** 82:3 88:16 306:10 306:12
**appearance** 10:23
**appearances** 2:1 3:1 4:1 5:1 10:24
**appeared** 2:8 2:15,19,24 3:6 3:12,17,22 4:5 4:10,15,20 5:5 5:11 91:25
**appended** 309:7
**applicable** 307:8
**application** 71:24 233:13
**applied** 72:1,2 85:17,18,21 116:12 236:15
**approach** 54:3
**approachable** 19:3
**approached** 72:2
**approximately** 89:13 133:23 259:20 290:23 293:2
**arbitrary** 304:24
**area** 62:17 127:12
**areas** 84:2
**argument** 130:3 231:20 276:13,15
**argumentative** 129:24 165:19 168:11 182:21 212:4
**arguments** 114:6
**arrive** 182:18
**article** 8:10 32:22 64:8 74:10 79:13 84:15 85:23 87:14 88:17 90:12,15,24 91:7,18 92:4,6 93:21 107:13 115:2 126:21 127:8 128:17 128:21 131:13 135:23 136:7 136:16 137:3 139:23 143:10 145:13,22 146:10,24 147:8,14,21 148:23 149:17 150:3 151:5,9 152:9 155:6,6 155:11,24 157:25 158:3,4 171:25 178:7 180:16 182:17 200:5 202:22 202:23 203:8 204:1,25 206:15,21,23 207:5 211:20 212:12,17,24 213:25 216:4,6 216:8 217:13 219:10 229:20 233:24 234:1,4 234:22,23 235:24 240:21 243:13 244:21 246:5 247:2 262:13 265:14 280:9
**articles** 16:16 16:17,17 19:1 19:4 25:11 32:13 44:13 54:18,18,23 55:14 56:5,16 59:22 63:13,24

64:13 65:3 73:10,14 74:9 92:11 148:12 150:25 203:2 206:14 211:20 300:12,15,16 301:6,17 304:17
**ascertained** 291:24
**asian** 120:2 129:6
**asked** 19:2 26:3 33:20 37:25 38:7 48:2 61:19 112:8 114:22 131:4 169:1 191:15 193:9 204:18 212:4 213:1 216:1 221:15 222:7 236:14 252:15 270:20 283:6 287:24 288:4
**asking** 12:20 13:14,20 16:5 16:19 21:18 22:5 24:10 41:6 49:11 61:5 63:3 64:19 65:2 66:24 78:2,3 81:13 87:23 96:21 99:24 102:7 129:14 169:3 184:8,9 192:21 207:5 213:22 214:2 242:9,11 246:2 259:1 262:17 275:5 280:3
**asks** 26:9
**aspects** 288:1
**aspersions** 196:17
**assess** 43:15
**assessment** 134:10 269:3
**assessments** 216:25 217:5
**assistant** 49:16 49:23
**associate** 124:2
**associated** 8:4 89:21 114:8 120:25 122:6 122:24 123:6 125:11 144:20 145:5 146:4 186:5 187:9 206:4,17,24 207:8 216:25 240:23 267:4 272:18 299:1
**association** 7:24 55:7 72:25 73:1,12 123:21 124:5 163:22 171:9 172:1 182:6 183:3 201:20 203:12 204:8 205:5 232:4 240:8 241:6 244:8 265:24 267:22 270:2 270:17,23 283:20 285:9 289:3,6 290:8 291:5 294:7,21 302:13
**associations** 55:18 72:23 244:12,13 248:17 249:18 250:7 252:16 252:22 266:9 267:11 271:6 278:16 296:3
**assume** 35:1 59:8,9 207:17 220:14 234:21
**assuming** 221:22
**assumption** 16:18 224:9
**assumptions** 217:7
**assure** 98:9
**asthma** 8:4 206:17,24,25 207:8
**attached** 30:9 307:11
**attachment** 176:15
**attachments** 23:18,24 24:25 27:19 28:14
**attack** 154:10
**attainment** 259:15
**attending** 49:15,22
**attention** 55:8 56:11 78:7 197:9 289:14
**attorney** 10:25 11:7 15:9 32:23 33:24 302:9 306:14 306:14 307:13
**attorneys** 26:11 28:22 33:15 192:21 193:2
**attribute** 128:3 142:9 149:21 152:15,25 154:23 298:8
**attributed** 151:21 299:2
**attributing** 150:19 151:1
**aub** 134:4,9

**audio** 10:5
**august** 188:20 196:21
**austin** 3:10
**author** 94:4 129:12 229:21 248:24 281:8
**authoritative** 216:24
**authorities** 56:8
**authority** 20:20
**authors** 35:22 36:9 128:3 135:24 140:4 140:15 141:14 146:14,20 149:17,20 150:24 151:7 152:14,25 154:7,23 157:12,17 170:21 171:5 180:16 183:1 201:1,10 216:8 217:23 218:13 224:11 231:3 232:3,19 250:7 252:21 259:25 273:8 279:14 280:4 281:4 284:22 285:19 289:19 291:22
**available** 8:7 43:12 71:9,12 71:22 72:24 193:6 211:25 220:14 221:17 307:6
**avenue** 3:9,14 4:13
**average** 127:16 127:20 128:4 238:6,13,17,22
**avlon** 5:6
**aware** 20:13,18 28:11 39:4,9 39:18,23 40:8 54:24 87:5 107:19 263:5
**awhile** 193:19

**b**

**b** 3:17 4:2 190:12,14,22 190:23 193:15
**bachelor's** 258:14 259:13 260:7
**back** 21:24 35:20 54:19 62:21 63:2 74:3 76:11 79:5 88:19 97:4 115:7,13 131:8 140:11 142:25 144:2,6 146:25 153:16 156:17 160:9 160:20 170:16 170:19 172:14 184:5 186:14 187:5 188:3 194:24 198:6 201:17 205:20 210:21 214:21 229:6 250:19 252:9,14 253:3 255:7 256:22 263:12 265:5 282:15 286:21
**background** 45:12 220:8 244:7,19 254:6 254:13 266:24
**backgrounds** 7:16 173:1
**backwards** 238:4
**banned** 225:10
**bar** 236:20
**barrier** 67:12
**barriers** 67:8
**bartolomeo** 2:21
**base** 181:22
**based** 16:18 39:20 40:2,2 40:10,10 55:10 56:12 59:7 80:9 83:18 87:23 99:16 117:5 128:2 130:3 131:19 169:10,11 182:3 185:18 193:16 198:15 212:1 217:17 221:9,10 222:14,19 223:6,15 231:4 245:17 263:23 266:15 272:5 276:4 284:4 296:18 297:4 300:15,16 301:5,16
**baseline** 8:20 191:14 259:5 259:24 263:10 263:17,25 268:7 294:22 296:15
**bases** 20:6 219:10
**basically** 55:21 68:2 119:8 245:7 300:4 303:8
**basing** 301:2
**basis** 61:11 92:16 192:15 200:13,15 227:14 256:11 298:4

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 321 of 400 PageID #:76694



**bates** 18:5
**bear** 226:24
**beauty** 3:7,22 11:3 66:11
**beginning** 10:25 62:18 253:19
**begins** 94:1 144:15 179:9 235:4
**begun** 28:17
**behalf** 2:8,15 2:19,24 3:6,12 3:17,22 4:5,10 4:15,20 5:5,11 11:2,5 287:11
**behavior** 141:3 141:16 280:15
**behaviors** 177:13
**belief** 301:6,12 301:16,18
**believe** 54:1,3 73:16 79:12 80:6,20,23 81:5 94:23,24 116:21 117:24 132:11 137:2 140:22 146:11 158:2 176:19 188:24 190:20 193:1 196:20 198:9 210:23 223:13,22 224:7 229:19 230:6 234:13 235:2 238:13 249:22 252:22 261:5 265:9 266:5 271:5 274:7 276:19 277:12 278:11 288:12 296:2
**believed** 147:5
**bell** 3:7 11:3
**belong** 175:15
**benzophenones** 30:4 36:1
**berman** 2:16
**bertrand** 56:15 57:11 58:5 124:10 171:6 276:18,20 277:8,14,18,19 277:21 281:14 281:15,17,18 282:3
**best** 63:4 211:17
**better** 64:25 181:1 187:24
**beverage** 85:25 86:5,21 88:9
**beyond** 114:4 114:14 211:15
**biased** 278:23
**big** 19:5 57:7 240:11 304:22 304:23
**bill** 162:16
**billing** 31:7,8
**binder** 16:23 18:14,16 19:5 65:10 101:11 234:2
**binders** 18:19 18:22,25
**biologic** 298:24 299:15,16,23
**biological** 72:7 177:12 297:18 300:14 302:11
**biology** 141:3
**biomarker** 8:16 243:19 248:12 248:19 249:19
**biomarkers** 244:14
**biomonitoring** 233:9
**biostatistics** 50:12
**birmingham** 2:12
**birth** 66:17 114:11 195:14 195:25 260:14
**bisphenols** 301:22
**bit** 26:2 69:24 253:4
**black** 7:12 8:5 8:18,24 56:14 58:5 120:2 122:19 123:7 129:6 130:11 152:3,3,23 154:14 156:1 156:19 157:14 157:19 159:1,6 159:7,14 165:5 170:6 199:6,10 199:24 204:14 206:18 207:9 217:6 230:16 231:5,8,11 232:3,20 243:22 244:15 247:12 248:13 248:21 256:19 257:13 264:8 271:14 272:22 274:4,11,16,21 275:17,23,24 276:7 282:24 302:23 303:24
**bladder** 138:7
**bleach** 236:19 237:23 268:23 269:10
**bleeding** 134:5
**blowouts** 39:10
**blush** 236:22 237:6

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 322 of 400 PageID #:76695



**bmi** 122:9,19 123:7 125:8 126:2,9 133:25 149:12 262:8 262:18 263:2,6 271:22
**bmis** 260:13 261:14,15,17 261:20
**board** 45:13 50:11 51:1,5 52:2,7,13,20 53:2
**body** 67:1 87:4 87:20 95:4,15 96:3 122:9 150:10 174:7 236:20,21 268:12,24 269:11
**books** 92:11
**born** 87:8,16 87:24
**bostic** 5:17
**boston** 208:22 210:10
**bottom** 108:21 116:22 117:15 127:17 137:13 146:12 150:13 169:14 176:3 176:14,20 177:18 201:18 209:12 216:6 221:4 224:24 247:1 252:12 272:14 278:7,8 283:23
**bought** 210:10 220:15 221:16 221:21
**bound** 37:8
**box** 102:20 139:19
**boxes** 224:24 225:4,17
**bp** 240:20
**bpa** 43:20 85:24 87:9 107:11 301:23
**bpas** 86:20
**bradford** 51:12 51:17 71:25 72:14 288:13 288:17,18 298:12 299:9 302:11
**bradley** 5:7
**branch** 265:24
**brand** 278:14
**brands** 284:23
**braun** 233:16 233:17,20,22 233:24 234:1,4 234:23
**brazilian** 39:10 285:23 286:7
**brca** 88:22,22 89:18 90:13 96:15,15 98:16 98:16
**break** 53:6 76:4 76:15 111:14 144:4 187:21 191:7 228:24 229:3 264:19 264:23 265:2 286:15
**breakdown** 290:14 291:8 292:13,17,17
**breaking** 124:21 228:23
**breast** 55:20 62:6 86:3 89:19 122:19 123:7 159:15 159:18 253:25 254:1,9,16 255:5,19 256:2 256:10 263:10 263:17 267:5
**breastfeeding** 87:11
**briefly** 139:12
**broad** 132:15
**broader** 266:17 268:15
**broadly** 133:10 154:15 156:21
**brochure** 48:12
**brochures** 26:12 48:6
**broke** 124:20 185:22
**broken** 109:25 124:14 284:9 284:12
**brought** 65:5 215:18
**bunch** 187:22
**business** 35:10 35:13
**busy** 120:18,19
**butcher** 22:23
**butchered** 121:10
**bwhs** 278:19

**c**

**c** 190:12,14,22 190:23 193:15 233:6
**calabria** 1:12 5:25 10:18 306:3,22
**calculate** 293:23 294:3
**calculation** 293:17
**california** 64:7
**call** 32:12 57:8 88:25 91:21,22

**called** 1:8 11:11 63:20 175:11 289:3
**calling** 190:23
**calls** 33:16
**camera** 234:17
**campaign** 223:16,21
**cancer** 6:17,18 6:19,20,20,21 6:22,23,23 7:3 7:5,12,14,20,21 7:22,22 8:22 8:24 9:3 20:23 27:25 28:6,13 28:20 30:3,3 30:14,21,22 35:24,25 38:4 38:4,20,20 43:17 44:18,22 45:4,22 46:7 46:13,16 48:9 49:19 50:1,5,8 55:8,19,19,20 56:21 57:11,15 57:22 58:10,10 59:17 62:6,6,7 64:1,2 71:17 72:10 73:22 74:15 75:4,8 75:15,21 77:14 79:11 80:1 81:7,25 82:17 83:12 84:7,12 86:4 89:7,19 89:22 90:12 91:4 92:5 94:20,21 95:2 95:10,19 96:12 97:17 98:15,20 99:3,14,19 100:6,9 102:12 102:13 103:20 104:1,7,10,11 104:12,15 105:9,10,12,15 106:4,7,10 107:4,14,19,21 108:13,16 109:14 110:8 110:16,20 112:11,16,21 112:25 113:4,9 113:11,17 114:2 115:3,5 115:14,15,16 115:18,19 117:6,24 118:4 118:5,7,10,18 119:9,12,22 120:1,5 121:1 122:20 123:8 123:23 124:7 124:23 125:15 126:12 127:21 129:5 131:19 132:22,24 133:19 134:6 135:25 136:7,9 136:15,17,21 137:19 138:7,7 139:24 146:1 147:3 149:12 151:2,18,22 153:20 155:7 156:6,9 159:1 159:8,15,16,18 159:19 160:17 161:16 162:5,6 162:12 163:7 163:10,17 164:13,17 165:1,4,12,15 169:20 170:2,5 171:10 172:3 172:12,13,18 172:24 173:4 173:13,16 174:1,20 175:4 175:7,8,11,18 177:5,7,8,9,20 178:4 180:5 181:17 182:4 183:4,10 185:4 186:4,5 187:9 187:10 188:6 188:14,15 189:16,18,18 189:19,19,20 190:2,12 191:18 192:25 194:15 195:18 196:6 197:19 198:4,19 204:9 205:9 230:9,15 230:24 232:6 232:14,23 243:8,11 245:24 246:8 253:25 254:2,6 254:8,9,17 255:5,20 256:2 256:2,10,10 260:16 262:9 262:19 263:10 263:10,17,17 263:18,18,25 266:1,8,11 267:5,7,12,24 269:20 270:3 270:11,18 271:9 272:7,18 277:23 281:6 285:10 290:10 291:7 292:4,18 293:21 294:11 294:18,23 296:5
**cancers** 7:10,18 36:19 66:3 68:14,18 74:18 80:12,14,19 82:20 88:20 89:14 90:3 91:5 97:19 98:20 99:7

108:11 112:8 117:1,4,11,11 117:18 118:8 118:12,13,16 118:24 119:7 122:7,18 124:25 125:2 126:23 127:1 130:13 131:20 131:24 132:3 133:25 137:2 137:11,18,25 138:5,6,6,10,20 139:7 141:12 141:12 148:8 148:21 154:9 154:16,24 155:3,17 156:2 156:22 157:14 157:19 174:22 174:24 175:10 175:12 177:16 181:20 182:7 183:16,22,24 184:12 198:17 253:8 267:5 272:25 282:23 292:14 293:16 297:25 298:20
**capacity** 13:25 149:5 213:15 214:14
**capitis** 203:15
**caption** 144:14
**capture** 13:9
**captured** 293:25
**carcinogen** 279:11
**carcinogenic** 267:2 300:4
**carcinogens** 80:10,25 81:3 82:11 219:16
**carcinoma** 121:7 125:12
**carcinomas** 91:10 93:13 121:6,21 174:22 179:11 179:17 180:11 180:19 181:22
**carcinosarco...** 132:1,2
**carcinosarco...** 119:3,6,8,16
**care** 7:19,23 8:11 42:7 45:19 46:16,23 47:1 48:1,8 111:20 139:15 141:8,16 153:19,20 201:19 203:12 216:9,16 217:1 218:15 233:10 235:3 236:3,3 236:8,15,18 237:3,22 244:13 246:15 246:16,18,19 247:4,17 296:11
**caribbean** 205:24
**carli** 229:21
**carrying** 46:8
**case** 1:4 11:24 11:25 12:5,16 12:17,21 15:14 15:18 16:13 17:23 18:4 19:14,23 22:3 23:12,23 24:6 25:9,18,21,24 26:24 27:3,14 28:22 31:12 32:4 34:11 37:1,4 38:7 44:15,20 47:9 51:12 54:11 63:10 85:14 139:20 211:4 226:16 227:3 228:3 257:9 287:20 288:3 298:17 299:25 300:24
**cases** 108:16 112:17 118:10 118:18,23 197:20 291:13 291:23,25 292:4,11 293:21,24,25 307:4 308:1 309:1
**cast** 196:17
**castronuova** 2:3 11:7,7 102:14 104:9 104:16,20,22 104:25 109:18 110:2,5,10,24 111:4,7,11 230:1
**catch** 186:8
**catchy** 243:22
**categories** 75:11 166:4 208:4 261:5 294:1 296:11
**categorized** 117:4 283:16
**category** 88:7 278:21 280:22
**causal** 36:17 49:25 50:6 218:2 232:21 233:2 244:24 245:4 270:10 287:19 297:16 297:24 298:18
**causality** 71:25 149:22 157:10

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 325 of 400 PageID #:76698



231:21
**causation** 19:13 71:23 73:2,12,22 167:8 205:9
**cause** 38:3,19 43:17 71:3 100:9 105:15 106:7,10 107:3 107:14,21 108:15,16 112:16,17 122:7 135:10 145:25 150:19 151:2 155:7 168:1 197:19 197:20
**caused** 89:9 108:11 112:9 124:25 125:3 157:2 227:4
**causes** 6:23 74:15 134:24 135:12 153:13 154:9,17,25 156:10,22 159:1 195:17
**causing** 115:3 165:3 169:16 170:3 171:17
**caveats** 230:13 231:4
**cavo** 4:17
**cdenmark** 3:11
**cease** 47:2
**cell** 131:25 144:19 145:4 146:3 174:18 174:21 175:8 175:13 183:22 183:25 184:13 184:20
**cells** 65:23 117:6 133:14 174:19,20,20 175:15 179:12 179:18 180:13 300:6
**cellular** 80:9 83:18
**center** 77:14
**certain** 67:19 98:22 99:8 108:6 211:3 225:11,18,22 285:7 299:4,8 299:13
**certainly** 60:23
**certainty** 14:1 38:1 62:23 211:18
**certificate** 306:11
**certifications** 50:11
**certified** 45:13 51:1,5 52:2,7 52:13,20 53:3
**certify** 306:3,7 306:13
**cetera** 43:20 157:5
**cgw** 3:5,5
**challenge** 151:1
**challenges** 150:18
**challenging** 149:21
**chance** 13:6 14:12 31:16 175:20 304:25
**chang** 56:15 57:10 58:2 124:18 265:12 265:13,22 266:2,4,5 267:21 269:18 289:10,19 290:7,15,19 291:5,21 294:8 296:10 297:4 302:18
**chang's** 266:20
**change** 151:6 218:25 240:24 280:12 285:20 308:4,7,10,13 308:16,19
**changed** 97:23 98:1 240:17
**changes** 98:21 99:7 135:9 183:20 212:23 307:10 309:6
**character** 155:9
**characteristics** 8:20 131:20 210:25 220:21 259:6,25 271:10
**characterizati...** 257:25
**characterize** 119:11,18 126:24
**characterized** 131:21 135:6
**characterizing** 92:21
**chart** 174:10 220:18 224:17 257:12 272:6
**cheatham** 3:7 3:12 4:11 11:2
**checking** 234:6
**chemical** 8:10 20:22 27:24 28:12,19 30:2 30:21,23 32:11 35:24 36:18 39:6,11,18,20 40:2,10,13,22 41:7,15,18

42:8 43:2,15 47:3 48:2,9,16 48:23 49:25 50:7,14,17 53:16,20,23 54:12 55:6 56:20 57:14,22 58:9 65:24 72:9 75:11 76:18 77:5 78:8,9,12,13,16 78:24 81:7,25 82:16 88:1,5 88:11,16 99:17 100:8 103:20 105:7,14 106:5 108:14 112:14 113:16 114:9 123:22 124:6 128:5 142:10 149:18 152:16 153:1 155:7,18 157:3 160:13 160:16,25 164:5,15,18,22 164:24 165:2 165:11,14 166:7,8,16 169:15,23,24 170:3 171:9,16 172:1,2,8 173:17 174:11 182:6 187:14 197:17 198:8 198:16 199:7 199:11 200:1 200:14 204:8 206:1,13,19 207:10 210:6,8 210:9,20 211:13 212:1 212:23 213:11 213:23 218:1 218:13 219:5,6 224:12 225:20 228:1 229:20 232:5,21 233:10 243:3 246:13 248:25 253:9 265:25 266:17,21 267:23 268:16 270:18 273:4 278:17,19 279:6 280:20 281:5 283:12 283:18 284:6 284:13 297:24 298:19 301:7 301:12,18 302:2

**chemicals** 8:4,6 8:17 30:5,22 36:2 38:2,18 40:17 42:7 43:14,16,18,25 44:1,7 45:1 59:16 62:5,5 66:1 67:22 68:6,6 85:19 85:20 87:3 106:9,15 107:2 107:8,10,20 108:12 112:10 115:3 139:18 149:3 161:6 169:18 172:7,9 172:10 206:17 206:24 207:1,9 211:19,21 214:11 217:1 217:19,21 220:9 223:11 223:14 224:21 225:2 227:2,5 243:21 244:11 267:1 285:1,9 285:17 300:1,2

**chemotherapy** 46:19

**cherin** 4:12

**chicago** 1:14 2:22 3:4 4:8,18 5:3,9 10:15

**child** 87:8,15 87:24 163:6,16

**child's** 200:1

**children** 87:10 209:18 260:9

**choose** 130:2,2

**chose** 91:25 163:15

**christina** 3:9

**chronic** 122:11

**ci** 239:21 240:25 271:19

**circle** 172:14

**citation** 80:24 81:5 144:21 175:2 185:20 198:22 199:13 201:12 202:15 278:12

**citations** 97:4 216:18

**cite** 79:10 80:14 80:20 90:11 94:6,8,12 115:17 117:14 120:4 126:18 129:7 147:7 152:5,14,22 172:10,18 175:16 186:2 188:24 192:2 200:2,15,22 201:12,21 206:7 213:6 266:2 300:15

**cited** 19:24 44:13 71:9 92:15 94:23 112:21 113:19 119:22 120:13 127:8 128:22 136:3 172:8

185:13,20 191:3,8 193:15 195:7 202:23 213:24 220:4 276:19 300:12 300:17 301:17
**cites** 87:25 219:9,18 233:16,17,22 239:2
**citing** 153:6 168:19 205:16 262:13
**civil** 1:10
**cj** 265:22
**claim** 203:21
**clarify** 171:21 223:19 278:1 282:3
**clarity** 251:3
**class** 211:21 278:17 281:2 300:2 301:7
**classes** 219:6
**classic** 161:7
**classification** 7:14 117:2 132:15,17 172:24 173:5
**classified** 133:10 219:16
**classifying** 249:20
**clausen** 2:20
**clausen.com** 2:23
**clear** 18:8 27:21 97:2 103:17 116:8 119:3 131:25 136:6 204:11 214:6 257:8 276:14
**clearly** 100:8 105:14 106:6 107:3,13 108:15 112:15 197:18
**clinic** 8:14
**clinical** 54:7 72:7 153:17 288:20
**clinician** 213:12
**close** 21:8 54:20 62:16 88:15 153:20 227:25
**clyder** 4:7
**cohort** 8:19 58:8 248:21 253:24 257:22 260:1,4 266:12 268:9 272:16 299:5
**cohorts** 56:14
**collected** 291:23
**collecting** 292:3
**collection** 28:5 236:14
**collectively** 154:13 156:19
**college** 258:24 258:25 259:9
**collins** 199:14 200:21
**cologne** 236:20 238:23
**color** 290:9 296:4
**colorectal** 126:23
**colored** 236:21
**column** 96:8 278:9 290:4
**comb** 283:9
**combination** 55:22 110:15 283:10
**combine** 40:20
**combining** 83:15,20
**come** 21:24 46:7 47:23 77:6 103:13 147:14 160:20 179:22 193:12 197:6 250:19 281:14,17
**comes** 58:19,23 170:10 179:21 227:21 299:12
**coming** 24:5,24 186:14
**commenced** 32:9
**comment** 205:1
**commenting** 106:23
**comments** 105:21,25
**committee** 175:3,17 179:10 180:10 180:15 186:3 187:8
**committee's** 6:11 17:18
**common** 89:6 90:1 115:15,16 117:23 118:5 122:7 125:15 125:16 126:13 126:14 131:21 185:12 254:17
**commonly** 43:18
**communicati...** 35:22 36:6 64:17,22
**companies** 223:1

**compare** 114:8 211:3 226:5
**compared** 130:14 136:9 136:20 152:4 152:24 226:12 239:9,20 256:17
**compares** 151:17
**compelling** 304:10
**compensation** 6:13 31:10,15
**compilation** 15:17
**compiled** 235:4
**complete** 17:22 18:9 19:8 190:10 193:25 309:8
**completed** 21:23 235:5 236:13 307:16
**completely** 300:25 301:2
**completeness** 252:25 255:10
**complex** 121:25
**component** 189:11 209:15
**components** 209:17
**composition** 206:11,13,18 207:10 212:23 228:1
**compound** 300:10,11
**compounds** 106:1,15 149:4 149:13 301:13 301:19
**comprehensi...** 61:14
**comprehensive** 16:20 32:20 59:18 84:14 221:22
**comprehensi...** 65:21
**comprise** 131:24
**comprised** 55:9 56:11 209:14 209:15 210:8 298:12
**computer** 102:19 111:16
**computerized** 306:5
**concentration** 67:9 228:2 249:19
**concentrations** 8:13,16 228:17 230:19 239:1,8 239:10,20 240:1,15,19,20 243:20 248:12 248:19
**concept** 3:17 297:2
**concepts** 214:12 288:18
**concern** 8:6 62:6
**concerned** 289:7
**concerning** 223:12
**concerns** 198:14 286:1
**concierge** 5:17 14:10 178:17 178:21 179:4 234:4,8,16
**concluded** 305:20
**concludes** 179:10 180:10
**conclusion** 82:14 94:5,9 146:11,13 159:7 179:16 180:17,20 182:19 244:20 246:3 278:5
**conclusions** 93:20,22,25 94:3 158:22,24 158:25 246:7 280:5
**condition** 150:9
**conditioner** 208:5 209:20 236:17 237:2 239:18
**conditioners** 42:13 66:10 67:1
**conditions** 75:1 91:11 206:3 225:11
**conducted** 55:11 56:13 199:23 204:13 204:20 220:7 223:24 270:10 275:10 281:24 289:19
**conducting** 288:14 300:23
**confidence** 165:25 239:11 239:12 274:9 275:14,21 276:9,16 293:20 295:12 295:17 302:23 303:2,25 304:3 304:11,19 305:4
**confirm** 204:19 209:23 272:20

273:10
**confirmation** 292:3
**confirmed** 291:25 292:5 292:10
**conflating** 168:8
**congress** 3:9
**congruent** 115:5 170:20
**conjunction** 15:7,24 22:2 32:5 42:21
**connecting** 230:14
**connection** 198:16 297:24
**connections** 81:6,25
**consensus** 75:13,19 121:19
**consequence** 206:2
**consider** 19:12 24:5 25:7,20 25:24 26:4 74:15 88:13 213:9 214:18 215:15 217:20 263:2 294:6 297:22 298:10 298:20 299:16
**considerable** 150:18 151:1 180:18
**considered** 18:15,17 19:18 20:10 21:10 23:10,21 24:2 24:7,13,17,23 44:5 72:6,21 73:5 88:23 95:17,24 109:7 133:11 148:16 148:17 175:15 179:13,18 180:13 213:9 215:11 256:10 261:21 294:16 298:17 299:24
**consist** 34:14 174:18
**consistency** 141:1
**consistent** 51:18 191:3 288:19
**consistently** 92:10 199:6,10
**constant** 114:19,24 115:1
**constantly** 85:4 114:11
**constituents** 219:16 279:18
**constituted** 34:3
**constitutes** 306:6
**constituting** 29:7
**consumers** 212:1
**contacted** 32:2 38:16
**contain** 41:19 41:23 42:7 66:6 219:6 230:18 267:1 301:13,19
**contained** 19:21 21:12 38:2,18 39:3 44:3,8 189:1 209:19 210:2 214:19
**containers** 85:25 86:5,21 88:9 113:23
**containing** 30:11 244:16
**contains** 18:14 18:16 225:9
**contemporary** 279:8,9 280:14
**contend** 107:2
**content** 42:20 43:8
**context** 11:22 30:23 51:17 157:5 167:20 274:1
**continue** 10:6 53:8 159:7 229:1 260:3
**continued** 3:1 4:1 5:1 252:13 279:16 280:7
**continuing** 65:19
**contradicts** 160:5
**contrary** 72:21 73:5,8,14,20
**contribute** 147:3
**contributed** 141:15
**contributing** 150:15
**contribution** 272:24
**conventionally** 161:11
**conversation** 13:4
**conversations** 10:4
**conversely** 122:17
**cook** 306:2

**copied** 109:7
**copies** 188:9 307:14
**copy** 14:20 16:12,14,15,15 16:24 17:22 18:10 37:7,9 37:11,13 82:12 103:14 133:20 135:15 145:18 179:1 188:8 193:25 230:6 234:19 253:14 253:20 287:16
**corner** 216:6 235:12
**corners** 24:25
**corollary** 58:19
**corpus** 158:19 159:16,19
**correct** 14:2 15:21 16:25 17:4 19:11,19 21:7 24:21 25:5 26:1 29:15,18,19 30:19,20,25 31:1,24 34:16 34:23 35:6,18 37:5 38:8 40:18 42:16 45:16 46:21 49:20 52:9,22 53:20,21 56:17 56:25 57:2,11 57:12,18,24 58:3,4 59:6 64:4 65:11,15 65:17 66:8 69:20 70:17 71:5,19 72:18 78:20,21 80:22 82:21,22 83:19 84:1,13 88:2 88:25 89:17,24 90:5,9,10 91:18 92:1,24 93:16 94:11 97:12,21 98:2 98:10,13,18 100:5 105:11 106:25 107:21 112:23 116:14 118:21 125:20 128:19 129:1 130:6,23 131:6 134:20,21 135:21 136:5 136:18,24 138:20 142:20 144:22 145:10 145:11 149:19 150:5,9,10 160:13,14 162:25 163:18 164:3 165:16 167:4 168:5 171:2,17 173:5 174:13 175:4,8 175:18,19 185:7 188:23 189:12 190:16 192:19 197:7,8 197:13 198:1,5 199:2 200:10 203:17 205:6,7 206:14,20 207:17 208:7 208:25 209:6 222:25 224:19 228:6 233:23 237:18,25 243:17 244:4 245:14 246:14 246:25 249:2 250:15 251:5 251:19 252:5 254:24 256:3 257:3 259:2 261:22 263:25 264:1,8,12,14 264:15 266:19 267:15,16 276:9 282:8,17 285:4 288:3,7 288:8,15 289:1 289:13 290:5 291:1,2,3 292:11,12,22 292:23 293:1,4 293:13 294:4,5 294:12,18,19 295:10,17 296:8,11,12 297:11 298:5,6 309:8
**corrections** 309:6
**correctly** 258:17 296:6 297:20
**correlated** 155:18
**correlating** 280:9
**correlation** 68:13,16 106:9
**correspond** 235:15
**corresponden...** 37:3
**cosmetic** 50:20 50:21 85:25 86:11,21 225:1 225:10,21
**cosmetics** 88:9 88:13 113:24 223:16,21 236:21 238:23
**costello** 3:2,2 6:4,6 11:1,1,14 14:3,11,15 15:22 17:13 18:18,20 19:20 20:3 21:2,17 22:7 24:22

25:6,14 28:3
28:10 29:1
31:4 35:15
36:14,22 37:6
37:11,14,18
39:1,15 40:6
40:15 41:3,16
42:1,5,14,18
43:4,13,24
44:14 45:8
46:2,14 47:7
47:13,19 48:13
48:21 49:8
51:20 53:5,13
53:14 54:21
55:4 56:9 57:9
57:19 58:1,16
59:1,23 60:8
61:1,15 62:1,8
62:24 64:19
65:2,8 66:15
66:23 67:13
68:7 69:1,5,19
70:2,9,19 71:1
71:6 72:19
74:2,13 75:5
75:18 76:4,7
76:13,24 77:11
77:21 78:5
79:5,9,21 80:5
85:2,8,22
86:10,19 87:21
90:20 91:23
92:14,20 93:2
93:6,11,19
94:15,17 96:5
96:9,22 97:1,6
97:14 99:5,12
99:23 100:2,22
101:3,7,10,19
101:23 102:11
103:6,10,16
104:6 105:5,6
105:23 106:17
107:9,17 108:1
108:22 109:5
109:23 110:3,7
110:13 111:2
111:15,23
112:2 113:21
114:7,17 115:7
115:12 116:3,6
116:10,14,17
118:2,3 119:10
120:8,11,20,21
123:3,12,18
124:3,11 125:7
125:22 126:5,7
127:13 128:10
128:16 129:2
129:16,20
130:10 131:10
133:6 134:13
134:15,17,18
135:3,13,18
137:16,21
139:21 140:10
140:13,20
142:15,24
143:5,7,9,12
144:4,12
147:12,18,22
148:5 151:8
152:9,12,19
153:7,11 154:6
155:4,13,23
156:16 157:11
158:1,9,14,20
159:5 160:3,8
161:13,18,21
162:2,9,11,14
162:19 163:24
166:6,13,23
167:5,14,23
168:6,16 169:2
169:13 170:11
171:14,24
172:6 173:8
175:20,24
176:2,8,12,18
176:21,23
177:1 178:15
178:22 179:6,7
181:2,11
182:14,24
183:14 184:5
184:11,19
185:8 186:9,15
187:2,6,20
188:4,7,12
189:5,9 192:4
192:9,11,13,16
192:17 193:8
194:4,11,14,17
194:22,23
195:9 196:12
196:23 197:1
197:14 198:2
199:19 200:8
200:11,12,23
202:1,4,8,11,12
202:17,20
203:3,19 204:5
205:4,14
207:14,18,21
209:1 210:14
211:1,6,10,22
212:7 213:5,21
214:4,8,24
215:22 216:12
216:15 218:10
218:18 219:2
219:23 220:1
221:8,13,19
222:6,9,12
223:9 224:4
225:7 226:2,9
226:19 227:24
228:7,14,21,24
229:2,7,17,24
230:2,4 231:9
231:15 232:11
233:3,21 234:6
234:10,15,23
235:1,19,23
236:1,5 237:19

240:13 241:10 242:9,13,14,19 243:1,18 244:1 245:5,21 246:4 248:8 249:7,12 250:14 251:5 251:12,18 252:1,8 253:2 253:17 254:21 255:1,7,11,24 256:23 257:2,7 258:2 261:2 262:6,15,24 263:14 264:6 264:25 265:8 268:5,19 269:24 270:8 270:15,24 272:13 273:16 274:3,17 275:4 275:12 276:6 276:18,25 277:3,7,12,17 278:3,10 280:2 280:18 281:3 281:12,23 282:7,10,14 284:15,20 285:6,18 286:15,22 287:2,6 301:10 302:7,16 303:6 303:16,21 304:12 305:8 305:13

**counsel** 10:23 17:10 23:19 27:20 30:10 63:9,15,23 64:9 65:1 116:13 191:17 191:20,25 215:17 276:22 287:5,25 289:10 302:5 305:16 306:9 306:14,15 307:14

**count** 126:4

**countries** 223:25

**country** 221:12

**county** 306:2

**couple** 11:25 12:21 18:9 59:2 60:16 71:18 76:15 112:1 177:3

**course** 13:3 113:25

**court** 1:1 10:17 12:19 13:9 197:13 200:10 229:25 234:18 286:25

**courtesy** 13:11 276:22

**courts** 1:11

**covered** 37:2 174:8

**cowden** 89:1,2 89:25

**crain** 150:20

**cream** 209:19 236:17,20

**create** 30:16 67:2 255:3,17

**created** 29:22 29:25

**cross** 67:11 249:20

**crosses** 251:1 274:9 295:13

**crossing** 251:9

**csc** 223:16,21 223:22

**csr** 1:12 5:25 306:3,22,22

**ct** 239:12

**cultural** 247:12

**culture** 65:23

**cumulative** 217:20

**cure** 46:23

**current** 45:18 212:20 215:25 230:13 248:16 255:3,18 260:19,21,25 261:1,4 280:14

**currently** 125:10 281:6

**curriculum** 30:9

**cut** 84:15 132:18 133:1

**cutoff** 262:5 303:9 304:18 304:24

**cv** 1:4 49:14

**cycle** 195:12,23

**cyclosiloxanes** 301:25 302:1

**cysts** 135:7

**d**

**d** 3:17 96:7,8 104:5 188:24 189:7 190:2,7 191:18 193:1 193:15

**dairy** 67:20

**dan** 3:2 11:1 18:13 76:1 97:3 108:20 109:4 115:10 137:15 143:2 176:17 278:1

**dark** 221:24 222:15,17

**data** 18:2 23:10 23:21 24:5,11 24:11,15,23 27:11,12,23

28:5,11 36:10 47:18,22 56:6 58:3 71:22 92:22 146:5 151:5 159:23 160:4 202:24 211:6 228:15 231:8 241:17 250:22,25 251:9 265:21 274:4 282:2 283:22 285:16 285:16 292:3 294:7 299:11 305:12
**database** 59:4 136:13,23
**dataset** 240:12 304:23
**date** 31:20 32:16 34:1 181:7 186:24 194:13,20 196:14,20,21 196:23 308:24 309:12
**dating** 54:19
**day** 26:22 27:1 30:16 179:25 180:5 279:11 299:21 300:11 306:17 309:15
**days** 306:10 307:16
**dcostello** 3:5
**dealing** 217:14
**dealt** 206:21,23
**dearborn** 1:13 10:15
**death** 154:10 154:17,25 156:2,10,22
**deaths** 118:18 118:24
**debatable** 183:17
**debate** 139:13 179:20
**debated** 99:10
**debrosse** 2:10
**decades** 177:21
**december** 23:19 27:20 30:11 34:1,11 34:21
**decision** 220:2
**deck** 4:12
**declare** 309:4
**decrease** 92:13 128:4
**decreased** 127:22
**deemed** 309:6
**deep** 176:5
**defendant** 2:24 3:6,12,17,22 4:5,10,15,20 5:5 300:22
**defendant's** 17:19
**defendants** 1:9 5:11 25:9,17 212:19 215:25 301:1
**defense** 22:22 23:19 27:20 30:10
**defense's** 22:10
**deficient** 127:6
**defined** 154:15 156:21 304:18
**definitely** 44:4 227:13 235:23 262:4 299:19
**definition** 167:15,18,25 168:3 304:13
**definitive** 177:15 178:3
**definitively** 89:21
**degree** 13:25 38:1 50:12,14 50:17,20,23 51:3,8,21,24 52:4,10,18,23 52:25 113:15 113:22 133:13 163:5,15,22 258:14 259:13 260:7
**degrees** 50:12
**dehp** 217:16
**delay** 142:3
**delayed** 142:5
**demographics** 256:18
**demonstrate** 123:21 124:5
**demonstratives** 29:17
**denmark** 3:9
**deodorant** 236:17 237:2 240:23 241:19
**dependent** 117:1,6 139:20 198:17
**depending** 275:10
**depends** 183:19 240:11 264:24 304:21 305:12
**depiction** 293:19
**deponent** 305:19 306:10 307:13 309:3
**deponent's** 27:12
**deposing** 307:13
**deposition** 1:8 6:10,12 10:9 10:13 12:13

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 334 of 400 PageID #:76707



14:5,8,13,17 15:4 17:11,19 25:21,24 31:2 31:16 34:15 37:7,16 79:7 103:8 105:1 115:23 120:9 135:16 144:9 147:15 148:3 152:10 162:17 173:6 175:22 188:10 199:17 202:18 207:19 219:24 229:15 229:18 234:24 243:24 253:15 265:6,10 277:5 282:12 306:4,5 306:8,8,10,10
**depositions** 1:12 11:17,23 12:11 18:1 26:5
**dermal** 217:1 218:15
**dermatitis** 203:14
**dermatology** 50:24 51:1
**describe** 245:22 246:7 250:7,12
**describing** 249:16,24
**description** 6:9 7:2 8:2 9:2 296:6
**designed** 58:8 255:15
**designing** 58:18
**despite** 175:11 274:8
**detail** 22:14,17 160:20 227:12
**details** 221:25
**detected** 139:7
**detecting** 181:19
**detection** 181:18
**determinants** 153:15
**determine** 101:12 203:11 223:11 224:12
**determining** 255:25 298:18
**develop** 177:17 178:11
**developing** 262:9,19 267:23
**development** 66:2 72:10 80:11 99:19 103:20 105:8 113:17 114:1 121:1,2 149:11 149:23 161:15 164:12 181:17
**diabetes** 125:9 174:7
**diagnosed** 118:11 133:24 136:10,21 137:1,10,24 138:18 139:2 253:25 254:1
**diagnoses** 120:1 134:20 254:6,8
**diagnosis** 7:6 45:21 46:8,13 122:20 127:21 128:4 129:5 130:13 134:11 134:22 135:25 137:22 142:6 292:5
**diagram** 174:1
**diandra** 2:10
**dicello** 2:9 10:14
**dicellolevitt.c...** 2:13,13,14
**dicer** 89:25
**dicer1** 88:24
**dictionary** 167:16 168:1
**die** 118:11 159:8
**diet** 149:25
**diets** 108:14 112:15 197:18
**difference** 58:18,22,23 167:7 169:4 273:19 301:3
**differences** 140:1 141:2,5 141:25 211:24
**different** 25:18 26:2 39:5,11 39:16 40:2,8 41:24 73:1 82:24 83:3,24 87:17,22 97:4 97:11,19,19 101:17 108:25 143:10 172:19 174:18 177:11 177:11,12,12 177:13 191:10 210:19,24 235:21,22 242:12 244:23 248:4 258:22 272:20 273:10 273:22 274:18 285:17 298:12
**differential** 134:11,20,22
**differentiate** 230:17 231:17 231:25

**differentiated** 131:22,24 191:12
**differentiating** 121:5
**differentiation** 174:23
**difficult** 216:20
**dille** 5:8
**dinsmore** 4:2
**dinsmore.com** 4:4
**dips** 303:11,17
**directed** 289:14 289:21
**direction** 306:5
**directly** 86:1 100:12 191:19 244:12 248:11 306:15
**disagree** 93:18 100:10 131:1,2 159:22,25 281:1
**disagreement** 21:11
**disclaimer** 170:19
**disclose** 118:22
**disclosed** 210:17
**discontinue** 241:16,19,25 242:5,21
**discuss** 36:10 36:15 70:17 146:21
**discussed** 69:13 69:14 107:8 109:8 275:24
**discussing** 110:11 173:23
**discussion** 64:16 97:3 140:21 168:23 235:10 238:8
**discussions** 299:22
**disease** 97:17 98:5,7,9,11 146:16 154:17 156:23 177:10
**diseases** 121:9 126:25 145:25
**disorder** 163:11
**disorders** 7:24 150:16 164:4 174:6 201:20
**disparities** 129:13 139:7 141:1 152:2 153:14 272:24
**disparity** 140:5 140:16 154:24 155:17,25 156:3,4,9 157:2,13,18 200:14
**disrupting** 8:3 8:17 30:5 36:2 62:5 65:25 107:8 149:3 206:16 207:8 243:21 244:11 267:2 300:1
**disruption** 7:9 125:10 148:7 148:19
**disruptor** 59:16
**distinct** 167:9 177:10 283:11
**distinctions** 40:7
**distinctly** 170:17
**distribute** 14:6
**district** 1:1,1 1:11
**diverse** 266:12 268:9
**diversity** 153:17
**divided** 131:19
**division** 1:2
**dna** 89:9
**doctor** 14:16 17:14 23:2 37:19 135:19 144:4 148:10 178:14 179:8 181:4,12 188:5 229:8 234:2 235:2 265:9 276:21 286:23 302:8
**doctorate** 258:14
**doctrine** 255:10
**document** 14:10,23 15:12 15:15 16:2 60:17 62:12 80:20 81:1,3 81:12 83:3 95:12,22 96:20 96:25 100:3,12 100:15 102:22 103:18,19,24 106:8 108:2,4 113:9 116:1,5 116:23 118:1,2 144:8 147:23 153:4 155:10 155:14 156:14 162:23 163:4 164:1,8,8 170:25 175:21 176:5,17,19 177:3 178:19 181:9 185:13 185:16 186:1,8 189:4,22 190:11 192:20

195:19 196:24 197:5,10,11,22 198:3 209:11 215:1 251:21 255:13 259:6 266:4 272:9 278:6 286:12 286:14 302:19
**documented** 60:21 279:9
**documents** 15:3,6 17:1,9 17:24 18:5 19:7,8,11,14 21:12 23:6,9 25:16 26:10,19 26:23 27:11 29:6,21,24 31:7 63:8 100:19 101:9 110:14 111:22 148:2 168:22 187:22 189:1 190:9 192:24 215:10
**doing** 47:14 111:15 158:4 299:12
**dominated** 257:23
**dose** 43:7 49:3 160:21 161:1,5 297:2,5,13,19 297:22 299:3 299:14
**doses** 86:2 217:16
**double** 45:13 80:25 81:3 82:11 236:4,6
**douglas** 2:2 11:4,8
**douglasandlo...** 2:6,6,7,7 307:2
**download** 196:7
**downplaying** 93:12
**downs** 111:12
**dr** 10:9 11:17 17:23 18:3,13 22:23,23 23:1 23:1,11,18 26:10,18 27:13 27:19 29:9,22 30:1,8,12 31:5 31:11,11,12 35:22 36:5 76:14 95:23 196:15 201:18 215:18 287:9 287:24 289:13 290:13
**draft** 170:24
**drafted** 37:19 170:22,23 171:5
**drafting** 15:24 32:25 33:14 34:3,5 74:16 148:18
**draw** 82:14 218:2
**drawn** 40:8 55:25
**drive** 2:21 3:3 4:8 5:8
**driven** 131:2 132:11 278:16
**driver** 157:13 157:18
**drives** 244:11
**drop** 111:12
**dropbox** 16:4,8 16:10
**dropped** 166:18 167:1
**drug** 300:8,8,9 300:9
**drugs** 281:2
**dry** 132:18 133:1
**ductal** 86:3
**due** 89:14 129:12 177:22 178:5 286:1
**duly** 11:9,11 77:13 306:3
**duration** 290:9 296:4
**durations** 206:2
**dye** 42:15 236:22 237:5 296:4
**dyes** 42:4 66:10 81:8 82:1,17 241:16 246:24 268:11,23 269:10 290:9
**dying** 159:17 159:19
**dysfunction** 135:11

**e**

**e** 5:8 96:1 104:6 104:7 144:1,1 194:17,19 196:8 306:9 308:3,3,3
**e.g.** 121:4 134:7 174:19 236:19 244:16
**earlier** 19:17 34:8 66:6 71:18 76:16 126:20 139:12 157:8 167:13 173:23 174:9 186:22 188:18 191:15 215:17 221:15 248:2 251:8 275:2

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 337 of 400 PageID #:76710



297:6 304:22
**early** 7:5 67:20 68:13,17,20 69:11 70:12,22 122:11 135:24 150:17 181:18
**easier** 19:2 90:19 102:21
**easily** 19:3 101:21
**eastern** 1:2
**easy** 89:1
**ec** 144:20 145:6 146:1,4,7
**eckert** 4:12
**eckertseaman...** 4:14
**edc** 80:13 82:19 83:11 128:5 132:11 149:22 206:4 244:16 246:12,21 248:12 249:19
**edcs** 6:16 41:19 41:23 53:17,20 53:23 55:22 59:16 66:1,1,7 66:17,25 69:7 79:11,25 80:10 80:19,25 81:3 82:11 83:7 84:6,12,13 85:9,11,16 86:22,25 87:4 87:7 88:6,18 113:23 114:9 114:10 124:25 125:3 142:10 149:3 150:14 151:2 154:5 161:6 183:9,12 183:13 206:24 214:12,13 217:25 218:12 219:16 233:12 244:11,14 245:23 246:8 247:5,18 248:20 285:5 285:16 288:6 299:22 300:12
**educated** 68:9 256:16 257:23
**education** 24:9 141:23 153:18 258:4,12
**educational** 259:15
**eef** 240:25
**effect** 85:18 150:19 151:2 219:1 278:22 283:18 300:13
**effective** 181:18
**effects** 146:5 217:16 248:11 279:17 284:25 300:3,6
**efforts** 273:3
**egypt** 222:22 222:24 223:24
**eh** 146:1,6
**eight** 163:2
**eisen** 4:2
**either** 44:12 65:14 73:25 75:24 78:23 186:13 286:24
**electronic** 15:11,14
**electronically** 15:25 17:2
**elevated** 273:5 298:4,25
**elevates** 262:22
**elevation** 289:25 291:13 291:14 295:5 295:21,24 297:9
**elevations** 296:17
**eleven** 163:2
**eligibility** 255:25 256:5,6
**eliminate** 134:23
**elsevier** 7:25 8:5,18,25
**elucidate** 146:16
**emergent** 255:4
**emerging** 255:18
**employed** 76:25 77:23
**employee** 31:8 306:14,14
**employs** 79:2
**enable** 71:13
**encompass** 109:12
**encountered** 85:5
**endeavor** 298:21
**endeavors** 288:20
**endocrine** 6:17 7:9 8:3,17 30:5 36:2 59:16 62:5 65:25 79:13,25 80:7 80:14 107:8 135:11 148:7 148:19 149:3,5 206:16 207:8 243:21 244:11 267:2 300:1
**endocrinology** 7:8 51:3,6
**endogenous** 121:22 122:13 122:13

**endometrial** 6:22,23 7:3,22 30:14 55:18 75:20 88:20 89:14,22 109:22 110:20 110:21 115:14 117:1,4,11,11 117:18,24 118:4,5,13,17 118:24 119:9 120:1 121:1,6 121:20,21,25 122:3,7,8 124:15 125:2 125:15 126:12 126:23,25 127:21 128:4 129:5 131:18 131:22,24 132:3,22 133:19,24 134:5,9 136:7 136:15,15,17 136:18 145:25 146:1 147:3 149:12 151:18 160:17 161:16 162:6,12 163:7 163:10,17 164:13 165:1,4 165:12,15 169:20 170:1,5 171:10 172:3 172:12,12 175:14 183:23 184:22 243:8 262:9,19 292:14,18 293:16,20,24
**endometrioid** 96:11 121:5 122:18 123:23 124:7 125:12
**endometriosis** 75:10 145:25 174:5 195:14 195:25
**endometrium** 7:8 145:15 300:19
**ends** 82:8 151:21 283:25
**enhance** 54:5
**enhancing** 153:18
**enrichment** 254:10
**enrolled** 256:17
**enrollment** 141:20 260:17 267:14 271:8 285:21 291:6
**ensure** 153:19
**enter** 35:4 68:20 70:22
**entered** 63:5 69:10 70:12
**entire** 13:8 82:13 84:15 146:24 192:20 280:22
**entirely** 225:1
**entirety** 81:17 189:22
**entitled** 104:7 290:8 291:5 296:3 297:18
**enumerated** 193:14
**environment** 100:8 105:14 106:5 107:20 108:14 112:15 197:18
**environmental** 51:21 147:5 254:10,24 255:4,19 265:23
**epa** 64:7
**epidemiologic** 289:7
**epidemiologi...** 55:9,14 56:11 56:19 63:19 72:6 217:15
**epidemiology** 7:14 51:8 136:12 172:24 173:4 288:6
**epithelial** 174:20,22 175:7 183:24
**epithelium** 175:15
**equal** 159:10
**equitable** 153:19
**er** 144:16,19,23 144:25 145:1,4 146:3,5,5 147:2
**errata** 307:11 307:13,16
**ers** 145:24 146:17
**esophagus** 138:9
**especially** 280:8 281:9,10
**esq** 5:18,18
**essential** 121:8
**essentially** 20:6 29:11 156:9 304:24
**establish** 218:12 231:21
**established** 71:24 81:8 82:1,17 149:10 149:11 168:18 169:6 171:11 302:12

**estimate** 241:1
**estimated** 217:17
**estimates** 118:8 118:12,19 217:8,18 239:21 278:22 283:19
**estrogen** 7:7,15 75:24,24 106:21 117:1,7 121:4,4,23 122:8,9,10,24 131:23 132:5 132:23,24 133:14 134:7,8 144:14 145:14 172:16,17,25 300:3,5,6,17
**estrogenicity** 240:16
**estrogens** 81:10 82:3,19 122:14
**et** 43:20 120:4 144:21 145:10 150:21 157:5 199:14,23 204:13 233:17 265:12,22
**ethnic** 154:16 156:21
**ethnically** 266:11 268:9
**ethnicity** 259:16 260:6 271:14
**etiology** 121:15
**eu** 223:20,25 225:1,16
**european** 225:10
**evaluate** 51:19 58:9 272:23
**evaluated** 140:25 220:22 244:13 248:11 265:24 298:21
**evaluating** 245:8 282:22
**evaluation** 133:18 266:20
**everybody** 14:7 101:15
**everyday** 288:20
**evidence** 42:10 43:1 55:9,15 56:11 71:12 72:8,11,21 73:5,8,14,21 108:12 112:10 114:14,21 123:19 165:18 168:12,22 181:21 182:9 182:11 183:7 183:20 198:15 210:13 218:6 218:21 223:6 230:13 232:25 245:1,17 246:1 257:25 262:11 273:25 274:25 280:25 281:21 286:11 287:20 288:1,10 289:7 297:5,13,23 298:10,11,17 298:21,22 299:18 301:3 306:11
**evolving** 7:18
**exact** 61:23 221:14
**exactly** 135:12 177:15 178:10 193:19 275:2 278:1
**examination** 1:9 6:2 8:7 11:13 144:11 287:7 302:6
**examine** 248:16 266:9
**examined** 11:12 267:11
**examining** 253:8
**example** 177:14 199:22 217:15 285:23 286:5 288:23 289:2,17 297:10 298:24 304:19
**exceeds** 67:5,24 107:6
**excel** 35:2
**except** 29:22 30:1 138:19 225:11
**exceptions** 139:4 225:18
**excerpt** 176:11
**excerpts** 83:24
**excessive** 174:7
**exclude** 134:12 134:15,19 256:1
**excluded** 286:24
**excluding** 30:16
**exclusion** 256:11
**exclusively** 40:18 123:2 237:14 251:9
**excuse** 79:19 295:22
**exhibit** 6:10,11 6:13,14,15,16 6:18,20,21,23 7:3,5,7,9,12,14 7:18,20,22,23

8:3,6,10,11,15 8:19,21,23 9:3 14:8,10,13 17:11,15 23:7 23:8,13 26:8,8 26:9,15 29:6 30:9 31:2,16 35:20 37:7,16 79:6,7 80:18 82:10 103:8 105:1 115:23 120:9,12 125:25 126:21 131:12 135:16 135:20 137:23 138:14 144:7,9 145:13 147:15 148:3,6 152:10 158:6,8 161:22 162:17,24 164:1,16 173:6 175:22 188:10 188:13 189:1 190:11 197:15 199:17 201:1 202:18,21 207:18,19 219:24 229:15 229:19 234:24 243:24 253:15 253:19 265:6 265:10 277:5 282:12 287:14 289:9 294:15

**exhibits** 6:8 7:1 8:1 9:1 23:7 29:8,16 101:11 101:20 137:4 234:7

**exist** 177:10

**exists** 56:20 85:3 282:3

**exogenous** 121:4,23 122:14 134:7 142:9

**expand** 130:5

**expect** 160:24 274:12,20

**experience** 13:21 24:9

**experimental** 65:22

**expert** 6:14 12:21 18:1 22:2 23:17 27:18 28:22 30:10 45:13 54:10 68:4 191:22 286:24

**experts** 22:10 22:10 36:25 37:4 127:22 304:16

**explain** 18:21 64:25 66:2 191:25

**explained** 141:2

**explanation** 139:19

**explanations** 72:23 73:7

**expose** 67:21

**exposed** 66:3 66:25 113:25 114:10 205:25 233:9 283:16

**exposure** 30:6 38:2,18 43:16 48:25 49:3 50:15,18,18 67:2 69:6 80:13 81:25 82:19 83:11 85:17 87:8,15 87:24 113:23 114:9 121:3 122:13 131:23 132:6 134:6 139:17 147:5 149:12,22 150:14 164:22 166:8 169:23 195:15,25 200:1 205:13 206:4 216:10 216:17 217:2,7 218:15 241:13 244:10 247:5 247:18 253:8 269:3 278:21 279:4,17 280:10 286:1

**exposures** 36:3 51:22 55:17 66:17 67:18 68:5,12 72:8 77:5,6 78:3,3,8 78:12,13 81:7 82:16 114:18 114:19 216:20 246:13 254:11

**expressed** 146:6 198:14

**expression** 144:23 145:24 146:7 147:2

**extend** 13:10

**extensive** 51:9 247:3,16,25

**extent** 43:11 65:16

**eye** 54:20

**eyeliner** 236:22 237:6

**eyeshadow** 236:22 237:6

**f**

**f** 105:9 144:1 194:8

**facility** 213:17

**fact** 70:5 82:16 82:19 85:11

100:6 105:12 128:11 132:21 169:11 171:15 181:19 182:3 204:20 274:8 284:21 298:2
**factor** 75:15,20 92:23 97:15 98:4 99:18,25 103:19 105:8 105:10 113:11 115:4 142:1,8 142:9 150:15 160:12 163:5 163:23,25 164:18,20 165:10 173:18 187:14 195:3 243:6,8,11
**factors** 6:20,24 70:18 74:18,19 75:6 88:21 93:13 94:21 95:2,11,20 96:13,17,24 97:13,20,22,24 98:4,8,12,14 103:22,24 104:8,11,15 108:6 113:4 120:25 122:4,6 122:18 123:6 123:14 133:3 134:5 135:2 140:6,17 141:3 141:4,14,20 149:11,24 160:10 161:14 161:15 162:6 162:13,25 163:18 164:6,8 164:12 166:1 168:20 171:1 172:16 173:13 173:16 174:1,8 177:11,22,24 178:6 180:8 186:5 187:9 189:18 190:6 195:1,10,19 255:19 272:7 298:12
**facts** 204:3
**fails** 307:18
**failure** 177:19 306:11
**fair** 23:20 29:12 36:8 38:6,15 44:7 53:2 55:1 66:16 80:21 82:23 147:6 203:20 214:17 217:23 221:4 224:9,11 251:10,14 252:3 277:21 284:4
**fallopian** 175:14 179:22 180:6,21 182:13 183:11 183:23 184:23 185:23 300:20
**false** 172:5
**familiar** 51:15 111:7 213:19 214:12 288:25 297:1
**families** 163:9 163:11
**family** 98:1,20 99:3 126:22 127:6
**famous** 302:8
**far** 15:23 17:1 19:7,11 23:20 33:21 45:10 49:14 50:11 53:15 56:1 62:18 68:11 69:14 71:7 72:25 73:4,21 75:14,20 78:9 82:14 96:13 108:13 112:14 137:9 150:3 153:25 158:22 158:25 164:21 166:16 191:14 193:24 197:17 204:12 205:9 206:12 227:22 240:21 246:5,6 250:6 254:5,15 260:3 264:3 265:20 266:3 267:10 276:9 276:20 277:18 283:24 284:21 286:4
**farley** 22:23
**farooq** 73:15
**fashion** 161:8
**fast** 202:9
**fat** 150:10
**favorable** 93:15
**february** 1:14 10:2 31:20 32:2,6,9 306:17 307:3
**federal** 1:10 286:24 306:9
**feel** 150:8
**feeling** 102:16
**feet** 85:21
**fellows** 49:24
**felt** 141:15
**female** 7:10 115:15 148:8 148:20
**females** 38:4,20 291:15
**fertility** 8:14

**fetus** 67:3
**fewer** 260:15
**fibroids** 55:20 150:17
**fifteen** 163:3
**fifth** 91:10 92:23 94:2,9 94:11 109:13 278:6 280:9
**figuratively** 196:19
**figure** 33:18 91:24 119:13 180:2 226:5 239:13 249:16 249:25 250:1 250:23 251:3 252:4
**figured** 76:5
**figures** 117:23 118:23 185:10 240:18
**file** 15:10,11,14 17:23 18:9
**fill** 78:19
**finally** 71:22
**financial** 153:19
**financially** 10:20 306:15
**find** 55:14 56:22,23 85:9 85:11 100:24 101:4,13,21 115:9 158:12 190:18 195:5 216:24 232:4 232:20 250:20 252:10 276:4 299:20 304:9
**finding** 63:16 274:2 299:3
**findings** 36:10 160:5 272:20 273:10 279:15 280:13,22 282:24 292:16
**finds** 84:12
**fine** 53:10 101:1 103:1 143:9 229:2 258:19 264:25
**finish** 128:20
**finished** 151:9
**firm** 10:18
**first** 11:11 12:24 31:20 32:1 47:21 54:3,23 72:13 80:24 81:1,5 81:24 82:7,10 83:1,2,8 102:10 120:23 149:9 160:12 163:5,15,22 164:6,14 166:16 172:19 190:21 192:2 198:9 205:22 247:10,20 260:14 262:17 271:13
**five** 49:12 139:24 151:16 152:3,23 163:1 293:23
**flash** 234:16
**flat** 39:21 41:14 283:9
**flipped** 34:9
**flonger** 2:18
**floor** 1:13 2:4 2:11 4:13
**focused** 56:10 237:14
**focusing** 20:6 55:8,23 296:9
**fold** 159:18
**folder** 16:8,10
**follow** 30:15 46:22 47:1 48:1,8 54:23 65:3 76:14 133:7 144:5 178:25 287:12
**followed** 240:19
**following** 12:11 42:6 145:9 211:20 252:11
**follows** 11:12
**food** 67:18 85:25 86:5,21 88:9 113:23
**footnote** 201:13 202:1,4,14
**footnotes** 224:23 225:5,8
**foregoing** 23:17 26:18 27:18 306:4 309:5
**foremost** 12:24
**forgot** 229:25
**form** 18:12 19:16,25 20:24 21:13 28:24 35:11 36:11 40:12 42:9 44:10 45:5,24 46:7 47:4 48:12 54:14 56:2 57:4,16 57:23 58:11,21 60:6,19 67:4 67:23 70:15,23 71:4 72:16 73:24 75:16,22 77:4 85:13 87:18 91:19 92:2,17 93:17 97:8 98:23 100:14 105:17 106:11 107:5 107:15,22

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 343 of 400 PageID #:76716



113:18 114:3 114:13,20 118:25 122:25 123:24 125:4 125:18 128:24 129:23 132:12 135:1 139:9 140:18 142:12 147:9,17 151:3 152:17 153:3 154:1 155:1,8 155:20 156:13 157:4 159:3,24 161:2,7 163:19 166:19 167:10 167:19 168:10 168:21 171:12 171:18 172:4 182:8,20 183:6 184:1 191:24 194:1 200:17 200:18 202:25 204:2,22 208:23 210:11 210:22 211:14 212:3,25 213:18 214:1 218:5,17,20 221:7 222:5 223:5 225:24 226:6 227:18 228:11 231:6 232:24 237:15 242:6 244:25 245:19,25 248:5 250:9 251:2,16,20 252:24 254:19 255:9 257:24 262:2,10,20 263:9,16 264:4 267:25 268:17 269:21 270:12 270:19 272:8 273:12,24 274:14,24 276:1 280:16 280:24 281:7 281:20 282:5 284:10,17 285:2,13 286:10 300:4 301:10 302:14 303:3,13,19 304:8

**formal** 49:7 299:10

**formaldehyde** 30:3 107:11 219:8 227:10 230:19 279:10 286:1

**formaldehydes** 35:25

**formed** 61:12

**former** 260:19 260:22,25 261:1,4

**forms** 121:25 156:2,9

**formulate** 71:23

**formulating** 18:3 19:9 23:22 27:22 32:5 85:24 214:18 215:4 229:13 277:10

**formulation** 25:8 32:21 280:12 300:10

**formulations** 25:12 212:2 279:11 280:21 284:1,22 285:20

**forth** 23:9 28:13 29:7 71:14 205:20 298:2

**found** 20:21 61:6 63:20,21 67:19 85:19,25 86:14,17,25 87:4,9,20 92:12 96:7,10 110:19 139:3 160:15 163:12 164:23 165:3 165:11,14 166:17,22 169:24 170:4,9 170:18 176:13 227:22 230:14 233:1 267:3 270:2,10,17 296:18

**foundation** 28:24 42:9 45:6 54:15 57:5 58:12,21 67:4,23 70:15 70:23 71:4 72:17 75:16,22 85:13 87:18 91:19 93:17 98:23 100:14 105:18 106:12 107:5,15 113:18 114:3 114:13,20 118:25 123:1 123:25 125:5 125:18 127:10 129:23 139:10 140:18 142:12 155:1,8,20 156:14 157:4 159:3,24 161:2 163:20 167:11 167:19 168:10 168:21 172:4 182:8,20 183:6 184:1 191:24 194:1 200:18 202:25 204:2

204:22 210:12 210:22 211:14 212:3 213:1 214:1 218:5,20 221:7 223:5 225:24 226:6 227:18 228:11 232:24 236:22 237:5,15 242:7 244:25 245:19 245:25 248:5 250:10 251:3 251:16,21 252:24 254:19 262:10,20 264:4 267:25 268:17 269:21 270:12,19 272:9 273:12 273:24 274:14 274:24 280:16 280:24 281:7 281:20 282:5 284:10,17 285:13 286:10
**four** 24:25 49:11 137:18 163:1 209:10 290:21 296:20
**fourteen** 163:3
**fourth** 14:25 115:16 127:15 236:2 240:24
**fragrances** 219:8
**frame** 267:16
**framework** 71:24 288:13 288:19 298:13
**franklin** 5:3
**frederick** 2:16
**free** 150:9
**frequency** 249:21 271:15 274:11,15 290:9,14 296:4 296:14,16,18 297:7 298:4
**frequent** 246:16 274:5 275:2,5 290:19 291:15 292:20 292:22 293:6,7 293:25 297:8 299:1 303:23 304:2
**frequently** 16:17 84:19 160:16 199:12 244:15 290:25
**friends** 277:1
**frizz** 208:5
**front** 14:18 16:22 17:14 18:11 31:15 37:9 79:13,15 81:1 103:18 108:5 120:12 120:15 126:1 135:20 138:14 148:9,23 155:15 161:22 164:1 181:4 188:16 197:12 200:6 220:3 229:18 250:24 265:10,13 302:20
**frontiers** 7:8 8:9
**fu** 2:10,13
**full** 38:10 43:21 44:4 54:3 74:17 134:1 144:15 153:13 197:16 227:12 237:12 238:17 254:1 255:14 256:15 260:5 260:14 282:17
**fully** 306:11
**function** 7:7 145:14 146:6
**fundamental** 177:6
**further** 6:6 23:16 26:17 27:17 80:8 124:23 165:3 170:4 219:3 230:25 232:15 292:17 302:4,6 305:19 306:7 306:13
**furthermore** 230:22 232:12
**future** 273:3

**g**

**gaps** 153:21 177:6
**gather** 54:11 58:15 284:18
**gathered** 54:6
**gathers** 201:18
**gel** 210:2 236:18 237:3 238:24
**gene** 96:15 98:16 106:24 109:1 195:11 195:22 254:17 254:24
**general** 19:13 23:15 63:19 68:17 141:13 142:10 217:2 218:16 262:14 273:14 275:11 300:13
**generalizable** 279:6
**generalize** 280:21 281:19

**generalized** 280:13
**generally** 51:18 259:19
**generating** 139:13 245:4
**genes** 89:10,20 89:20 90:13 98:22 99:8
**genetic** 106:3 106:25 108:7 108:10,24 109:16 110:1,8 112:4 139:17 163:11,22,23 164:4 173:22 177:12,24,24 178:5,6,12 197:15 254:10 255:5,19
**genetics** 51:24 52:2 69:2 70:21 74:23 75:9 92:5 97:11
**genital** 115:15
**geography** 224:3
**germ** 174:19 175:8
**getting** 19:6 61:3 64:16 88:19 97:16 119:15 144:6 185:10 192:4
**gibson** 148:12
**ginex** 3:2
**girl** 68:20 113:24 114:10
**girls** 7:25 199:24 201:3 201:11,21 204:14 205:3
**gist** 81:18
**give** 34:7 45:17 73:3 102:16 108:21 137:6,7 152:9 158:12 162:20 173:2 176:9 178:23 190:17 206:11 207:14 215:12 222:10 233:24 234:20 235:7 238:1 249:9,13 250:5 253:13 268:6
**given** 11:17,23 12:12 80:18 140:25 176:11 189:21 191:19 222:8 252:17 260:14 306:6 309:9
**gives** 249:6
**giving** 14:21 195:14,24 286:4
**gland** 86:2
**glasses** 221:2
**glutaraldehyde** 230:19
**gm** 239:25
**go** 10:7 12:9 14:6,12,24 15:2 22:12 27:10 29:10 35:20 36:23 45:9 50:10 53:6 63:17 65:19 79:5 88:21 101:1,3 103:15 106:13 109:13 112:24 115:13 121:14 133:3,17 138:24 139:22 141:19 142:25 143:9 146:10 146:25 150:12 151:10,25 158:14 170:16 170:19 173:9 173:20 174:14 175:25 177:2 182:10 186:1 188:19 191:8 192:6,18 195:1 198:6 199:20 201:16 202:9 202:11 212:5 221:2 224:16 227:11 234:10 237:17 252:11 253:3,4 259:5 264:16 265:17 271:5 274:12 275:24 285:3 285:19 288:9 303:14
**goes** 18:4 155:24 219:9 219:15 272:19 305:4,10
**gogoi** 22:24,25
**going** 10:1 12:9 12:19 13:5,23 14:3,4,5,6 19:1 26:7 36:24 37:7 53:6,7 54:22 62:21 63:2 67:11 68:2 71:21 88:21 90:25 91:1 95:21 96:19 98:9 100:11 103:12 112:1 115:25 119:2 137:6 143:9 144:7 147:23 156:12 158:21 161:7 175:20 176:24 178:25 194:17 198:6,23 200:3 207:14 215:1

227:11 243:14 252:10 276:17 277:16 280:7 304:17
**goldberg** 3:13
**goldbergsega...** 3:16
**golkow** 4:21
**gonadal** 174:19
**good** 10:1 44:5 88:25 97:6 143:11 186:15 187:2 189:14 228:23 299:12
**google** 55:20 61:23 62:10,13 62:22
**governmental** 56:8 63:22,22 63:25 71:11,11 71:16
**gper** 146:6
**grab** 148:1
**grade** 121:20 125:11 130:12 130:23,24 131:21 132:22
**gradient** 297:19 298:24
**grading** 96:12 190:5
**grant** 53:15,16
**great** 74:4 299:2
**greater** 133:25 137:12 205:25 290:20 305:1
**ground** 12:22 204:10
**grounds** 252:6 276:12
**group** 77:2,16 154:16 237:22 237:22 242:24 275:16 290:4 293:23 300:12 301:13,19
**groups** 156:21 259:16
**growing** 181:21
**growth** 86:3
**guardians** 199:24 204:14
**guess** 16:5 17:7 19:6 21:18 24:10 41:6 55:12 59:24 60:15 61:5 65:2 66:24 131:11 132:9 169:3 192:23 213:22 227:14 262:17 275:5 280:3 284:16
**guided** 17:9
**guideline** 263:4 297:18
**guidelines** 72:1 72:15 261:24 288:13,24
**guys** 37:11 101:18 120:18 120:18 185:15
**gynecologic** 45:14 77:19 185:12
**gynecological** 45:19 90:3
**gynecology** 45:14

**h**

**h** 188:25 189:7 189:20 190:2,7 191:18 193:1 308:3
**hair** 1:4 7:23 7:24 8:4,6,10 8:15,22,23 9:3 10:10 20:22 27:24 28:12,19 30:2,21,24 32:11 35:24 36:18 38:2,3 38:18,19 39:3 39:4,5,6,11,16 39:18,24 40:9 40:11,21,22 41:5,5,7,8,17 41:18,22 42:8 42:15 43:2,15 47:3 48:2,9,16 48:23 49:25 50:7 53:16,20 53:23 54:12 55:6,17 56:20 57:14,22 58:9 59:17 62:4 65:24 66:10 72:9 75:11 76:18 77:5 78:8,9,12,13,16 78:24 86:14,17 86:25 88:5,11 88:16 99:18 103:20 105:7 113:16 114:9 123:22 124:6 124:22 128:5 142:10 146:21 149:18 152:16 153:1 154:25 155:7,18 157:3 158:25 160:13 160:16,25 164:6,15,18,23 164:24 165:11 165:14 166:17 169:23,25 171:9 172:2,8 173:17 174:12 182:6 183:9 187:14 198:8 198:16 199:7 199:11 200:1

200:15 201:4 201:19,20 203:11 204:8 205:25 206:1 206:13,17,19 207:3,3,9,10,22 207:23 208:4,6 208:11,12 209:15,19 210:9,20 211:13 217:5 218:1,13 219:6 220:21 229:20 230:15,23 232:5,13,22 233:10,11 236:18,18,19 236:21 237:3,3 237:5,14,20,21 237:23 238:24 239:18 241:16 243:3,19 244:9 244:13,16 246:13,15,19 246:22,23 247:4,17 248:11,17,25 249:18 253:9 265:25 266:1,7 266:9,16,17,21 267:1,3,11,23 268:10,11,16 268:21,22,24 269:8,9,11,19 270:2,11,18 272:24 274:22 277:20,22 278:19 279:7 279:17 280:14 280:20,22 281:5 282:22 283:6,7,8,10,12 283:18 284:6 285:24 286:8 290:8 291:5 294:21 296:3 296:11 297:24 298:19 301:7 301:12,19 302:2 307:4,4 308:1,1 309:1 309:1

**hairspray** 236:18

**hairstyling** 247:11

**half** 83:16 199:25 254:1 260:18 261:20

**halfway** 255:14

**hamartoma** 88:24

**hand** 14:4 150:12 175:21 216:6 235:12 236:21 306:17

**handed** 14:16 145:12,19 190:11 202:21

**handouts** 26:12

**handwritten** 35:3,6

**handy** 90:16

**hang** 276:25

**happen** 66:17 87:8,15,24 168:2

**happy** 130:5 287:3

**hard** 16:12,23 18:10 35:3 133:12 176:11 234:18

**harm** 66:4

**harmful** 108:12 112:10

**harsh** 283:17

**hazard** 266:10 274:8 290:18 290:21 291:19 292:25 293:19 295:4,8,11 296:21 298:3 298:25

**hazardous** 267:1

**hazards** 50:15 216:19

**he'll** 17:9

**head** 22:20 60:21

**heading** 93:21 108:23 110:9 158:18 224:25

**health** 7:4,6 8:9 8:14,24 52:23 56:15 58:6 139:6 150:16 153:16 159:10 216:19,25 232:4,20 265:23 272:24 279:17 282:25

**healthcare** 129:13 141:7 141:25 244:9

**hear** 77:24 97:4 214:20 223:3 223:17 263:12 285:11

**heard** 38:25 256:25 257:5

**heart** 154:10,17 156:23

**heat** 39:23 40:2 40:10,20 283:9

**heighten** 83:7 87:7

**held** 10:14

**hello** 287:9

**helm** 207:16 212:12 214:25 215:3,14,19 216:4,5 219:10 219:18

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 348 of 400 PageID #:76721



**help** 46:23 102:23 153:20 209:23 256:23
**helped** 63:23 63:23 64:12 65:4
**helps** 111:16 231:21 249:2,5
**hereditary** 88:21 89:6 90:7,12 91:5 91:11 92:23 93:13 94:2,10 108:6 126:25
**hereto** 309:7
**hereunto** 306:16
**hernandez** 73:16
**heyl** 3:18
**heylroyster.c...** 3:21
**high** 125:8 126:2,9 130:12 130:23,24 132:22 149:12 165:5 170:6 255:16 259:15 267:4 272:22
**higher** 68:18 130:7,12 159:17,18 163:10 183:18 184:18 239:1,9 239:11 259:13 297:9 299:10 304:10
**highest** 154:8 154:14 156:20 240:19
**highlight** 127:11 133:20 152:2 173:10 201:4 279:15
**highlighted** 120:24 121:12 121:16 126:8 131:14 145:19 146:14 173:12 176:23 178:15 179:9 181:4,14 208:9 230:7,12 253:21 266:5
**highlighting** 116:5,7 120:23
**highlights** 116:11,24,25 121:18 122:4 127:16 177:3 265:16 268:23 269:10
**highly** 121:6 146:6 257:23
**hill** 51:12,17 71:25 72:14 288:13,17,18 298:12 299:9 302:11
**hired** 28:21 44:15,20 54:10
**hispanic** 120:2 120:3 129:6,7 130:14 256:16 257:13,18 260:6 264:8
**histological** 103:25 131:20 132:2
**historically** 131:15,18
**history** 48:20 48:23 76:17 98:1 122:19 123:7 126:22 127:7 195:13 195:24 247:13 254:9 256:2,9
**histotypes** 121:7
**hmm** 12:6 33:9 39:25 236:11
**hold** 101:14 102:5 109:21 110:18 111:8 137:6 153:12 176:8,12 186:7 235:7
**holds** 121:19
**homeostasis** 149:6
**honest** 60:2
**honestly** 62:22
**hormonal** 67:18 74:23 75:9 132:19 133:2 135:8 174:6
**hormonally** 121:22
**hormone** 6:17 79:11 80:1,19 84:12 131:2 198:17 267:4
**hormones** 80:12 82:9 106:19,21 133:11
**hospital** 49:16 49:22 213:16
**host** 174:6
**hot** 208:4
**hours** 32:17,19 32:24 34:2,17 34:21 59:25 236:16
**house** 3:7,12 4:11 11:2
**household** 85:19,20 86:1 86:11,22 88:10 259:21 260:8 260:10
**hr** 271:15,23 272:2 274:12 274:21 275:23

275:24
**huh** 23:1 96:1 145:3 163:8
**human** 7:7 65:22 80:9 83:18 145:15
**humans** 55:10 56:12 217:16 233:9
**hydroxide** 227:10
**hyperlinks** 191:7,11
**hyperplasia** 121:25 134:10 134:16,19 146:1 147:3
**hypotheses** 245:13,16 255:4,18 303:9
**hypothesis** 128:15 139:13 244:23 245:3,6 245:23 255:16 305:2
**hypothesize** 284:25
**hypothesized** 244:10,22 245:23 246:8
**hysterectomies** 160:2

**i**

**i.e.** 248:20 295:13
**idea** 194:3
**identification** 14:9 17:12 31:3 37:17 79:8 103:9 105:2 115:24 120:10 135:17 144:10 148:4 152:11 162:18 173:7 175:23 188:11 199:18 202:19 207:20 219:25 229:16 234:25 243:25 253:16 265:7 277:6 282:13
**identified** 24:24 36:18 60:7 69:12 96:14,17 99:24 101:23 105:8 106:5 119:9 138:10 163:18 181:10 186:25 212:12 242:4 284:8
**identifies** 108:5 186:4 187:9
**identify** 20:20 56:18 60:4,9 69:9 103:19 171:25 273:4 278:15
**identifying** 135:25
**ii** 224:25
**iii** 225:12,16,17
**illinois** 1:1,14 2:22 3:4 4:8,18 5:3,9 10:15 306:1,22
**imbalance** 135:7
**immediately** 145:9
**immunohisto...** 133:16
**immunothera...** 46:20
**impact** 6:16 7:7 44:17 45:4 79:11,25 80:19 84:12 145:14
**impede** 181:17
**implementing** 153:18
**implicate** 124:1
**implicated** 226:4,11 227:17
**implicitly** 123:17
**importance** 279:15
**important** 84:16 217:20 230:12 278:18 279:3
**importantly** 256:15
**impossible** 143:13 182:5 280:21
**imprecise** 93:7 250:8,13 252:16,23
**inaccurate** 168:20
**incentives** 153:19
**incidence** 130:7 130:12 137:12 157:15 159:1 159:16 266:2 274:12
**incidences** 157:20
**incident** 8:22 267:12 294:23 296:4
**include** 66:9 81:14,16,24 96:15 98:15 117:18 118:12 118:24 119:21 121:1,2,2 122:18 123:6 129:22 134:10

134:12 136:15 149:12 185:3 195:11 215:19
**included** 88:13 117:15 145:23 236:16 237:2 239:22 240:3,6 241:1 256:20 257:18,19 266:22 278:20 289:18
**includes** 69:2 76:17 78:23 130:24 136:18 237:5,23 246:23
**including** 17:23 25:1 26:12 27:11 29:21,24 31:7,12 32:11 36:16 42:20 43:1,19 65:25 67:18 71:10 78:13 119:5 122:9 123:20 141:15 150:16 153:17 154:10 154:17 156:23 174:7 177:22 206:1 219:7 222:1 228:2 233:10 247:4 247:17 248:18 267:5 268:11 268:22 269:9 269:12 272:10 304:22
**income** 141:23 259:21 260:8
**incomes** 140:5
**incomplete** 177:23 178:5 178:12 181:15 182:3 183:5 223:6,6
**incorporated** 24:8
**incorporates** 23:14
**incorrect** 145:24
**incorrectly** 203:21
**increase** 86:3 98:15 113:5,12 113:16 114:1 121:3 122:12 126:25 157:14 157:19 160:17 161:1 164:25 165:12,15 169:7,12,20 170:1 206:3 216:10,17 274:11,15,21 290:2,24 291:17 292:19 293:3,7,11,12 293:14 295:9 296:24
**increased** 89:21 90:2 106:2 122:9 125:11 127:6 145:6 146:4 165:4 168:18 169:6 170:5,9 170:18 171:23 172:2 200:22 200:22 232:6 232:22 233:1 243:6,7 281:9 282:25
**increases** 97:16 239:6 277:23 281:5
**increasing** 120:1 127:23 128:12,23 129:5
**independent** 28:17 32:22
**index** 6:1 122:9
**indiana** 77:14
**indicate** 115:14 154:7 165:13 241:5 251:14 285:19
**indicated** 18:8 49:15 91:3 140:16 166:25 217:24 225:11 251:19 261:12 273:9 277:19 279:15 280:4
**indicates** 65:20 128:22 136:25 138:17,25 145:23 166:24 197:22 210:1 257:12 266:25 269:8 277:20 294:21
**indication** 139:6 303:1
**indirectly** 306:15
**individual** 217:19 285:1
**individuals** 254:17
**industries** 5:6
**industry** 210:21
**inequalities** 153:15
**infertility** 125:10 150:16
**influence** 80:11 132:20 133:2 266:7 269:19
**influenced** 69:15 133:11 149:24
**information** 16:1,7 19:22

20:11,15 23:10 23:21 49:2 56:7 58:15 182:25 191:16 212:9 217:6 222:15 258:8 278:14 286:11 292:10
**infrequent** 278:20
**ingredient** 8:8
**ingredients** 210:8,25 216:10,18,19 225:15 273:4 278:15 284:23
**inherent** 141:7
**inherited** 98:16 98:21 99:7 106:24 109:1,4 195:11,22
**initial** 31:22 47:23
**initially** 184:25
**injuries** 227:4
**inside** 221:6
**insofar** 289:6
**instance** 16:6 39:9 40:9,16 47:21 61:16 70:12 88:8 191:6 213:16 228:8 264:7 285:22 286:7
295:12
**institute** 7:22 64:2
**institutes** 7:3 8:14 265:23
**institutional** 141:6
**insulin** 75:2 125:9 135:8
**insurance** 139:16 141:16
**intend** 21:3
**intensively** 199:12
**intention** 92:13
**inter** 30:13
**interactions** 32:12
**interested** 10:20 306:15
**interfere** 149:5
**interject** 104:10
**internally** 115:5
**international** 7:16
**internet** 193:6
**interpretation** 170:15
**interruption** 76:2
**interval** 239:11 239:12 274:9
275:14 276:17 295:13,17 302:24 303:2 303:25 304:3 304:11,19 305:4
**intervals** 276:9 293:20
**intervention** 198:18
**interview** 48:23
**intestines** 139:5
**intrinsic** 179:13,19 180:13 183:22 184:13,21
**intro** 246:3
**introduce** 14:14
**introduction** 38:10 90:25 91:8 94:6 154:12,20 156:18 246:22 247:9,14,15,23 247:24 248:10 255:13
**invalid** 303:10 303:12,17 305:9
**invasive** 294:23 296:5
**investigated** 249:18 266:7
267:7,21 268:21 269:18
**investigations** 227:22
**investigator** 49:18 50:4
**investigators** 265:22
**invited** 53:19
**invoices** 31:9
**involve** 146:17
**involved** 28:4 45:21
**involvement** 49:21
**involving** 51:10 175:10 288:5
**iron** 39:21 283:9
**irons** 41:14
**irungu** 219:20 219:23 220:2,3 223:2
**islander** 120:2 129:6
**issue** 19:23 20:12,16 44:16 44:21 45:3 228:3
**issued** 287:13
**issues** 281:15 281:18 282:3
**item** 63:17,17

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 352 of 400 PageID #:76725




**j**

**j** 2:3 4:12
**james** 199:14 200:20 206:7 208:17
**jersey** 277:1
**jf** 3:17
**job** 1:25
**john** 2:24 49:16
**johnson** 201:19 278:12,13
**joseph** 4:17
**joshua** 5:17
**journal** 7:16 201:22
**journals** 235:21 304:17
**judge** 1:5
**julia** 5:18
**jump** 277:16

**k**

**kapke** 201:18
**kaschank** 5:4
**kdeck** 4:14
**keep** 16:1 34:24 35:9 53:7
**keeping** 35:16 178:18
**keerthi** 5:7
**kelbey** 4:12
**kenya** 220:8,10 220:11,14,15 222:20 223:23
**kenyan** 8:7 226:17
**kept** 54:19
**keratin** 285:23 286:8
**key** 16:16 104:12 110:16 118:4 189:16 191:9
**kidney** 138:8 138:19 139:5
**kind** 50:6 62:16 132:14 193:18 240:11 298:7 304:17
**kit** 209:19 210:1 221:5,25 222:1
**kits** 208:21 209:7,15,17,18 209:24 218:2 221:20
**kmadala** 5:10
**know** 13:22 16:18 23:6 24:9,11 26:7 32:1 34:17 35:1 37:6,13 37:15,19 45:9 50:10 53:12 54:19 59:8,9 59:13 61:6 66:21 67:7,8 67:10,20 68:2 70:21 79:4 83:20 88:12 93:22 95:14 96:10 97:10 99:3,14,16 100:15 101:25 103:10 109:11 109:25 112:5 116:3 122:4 123:5 125:19 127:14 132:4 139:15,16,17 143:3 144:25 151:12 156:4 156:13 160:21 169:18 171:20 176:13 177:8 178:10 185:2 185:11,15,17 186:24,24 188:5 189:21 190:19 191:14 191:17 192:2 193:24 194:2,3 194:20 195:6,7 196:14,15 198:10 205:19 206:21 207:22 208:19 210:15 210:16,18 211:11 212:19 212:21,22 213:3 215:24 220:7 221:16 221:20 222:15 222:16 223:1 223:10,15,19 223:23 224:5 225:2,15,18 226:1 228:8,15 230:2 234:12 238:2 246:5 255:2 259:8 262:12 264:7 265:16 276:23 277:2,13,14 280:6,9 284:5 284:23 287:10 289:11 293:18 295:11 299:9 299:21 300:7 301:1,4 302:20
**knowing** 264:10 280:11 280:19 300:9
**knowledge** 13:21 54:6,11 177:6,15 178:4 185:12 266:6 267:6
**known** 89:19 92:7 98:12 279:5,11 301:13,19
**knows** 135:12 264:9
**kpadden** 2:7

**kristen** 5:2
**kristin** 2:4

**l**

**l** 2:11
**lab** 49:19 50:5
**label** 226:10 227:16 235:19 288:17
**labeled** 179:11 179:17 180:11 190:24 194:7 220:17
**labels** 8:8 227:21
**laboratories** 4:6
**laboratory** 214:3
**labs** 3:17
**lack** 231:5
**lacked** 278:14
**language** 250:20
**lara** 2:3
**large** 18:14 55:9 56:12 63:19 157:25 253:24 266:11 268:8 272:16 274:7 276:17 282:21 299:4
**largely** 153:15 154:3 285:25
**larger** 209:3
**largest** 240:24
**larynx** 138:9
**late** 7:5 122:12 135:25 304:1
**lawsuit** 28:21 212:20 215:25 226:4,12 227:17
**layperson** 132:10
**lead** 68:17
**leading** 154:9 154:16,24 156:2,10,22
**leads** 285:4
**learned** 177:14
**leave** 33:17 104:2 208:5
**led** 67:20
**left** 37:15 174:4 251:15,24 252:5 264:18 264:22 278:9 286:17
**legal** 307:23
**legal.com** 3:5,5
**lenhert** 3:14
**lesions** 75:3
**level** 258:13 304:10
**leveraging** 265:21
**levin** 2:16
**levitt** 2:9 10:14
**lfsblaw.com** 2:18
**liability** 1:5 10:12 12:4,5
**license** 5:25 306:22
**life** 28:20 114:1 214:11
**lifestyle** 149:24
**lifetime** 122:13
**likelihood** 159:17
**likely** 141:4 159:8 177:21 260:5,9
**limit** 246:12 248:25 295:16
**limitation** 278:18 279:3,5 283:5
**limited** 26:12 27:12 31:7 66:10 230:25 232:14 244:14 266:21
**limits** 225:22
**line** 187:23 210:20 308:4,7 308:10,13,16 308:19
**linear** 161:8,12
**lines** 73:23
**link** 20:21 27:23 28:12,18 49:25 50:6 56:20 57:14,21 82:15,15 168:17 171:17 188:7 196:7 218:2,12 245:23 246:8 270:10
**linked** 80:13 82:20 83:12,25 84:6 90:2 100:9 105:15 106:6 107:3 108:15 112:15 197:19
**linking** 107:20
**links** 107:13
**liquid** 236:20 239:18
**list** 16:20 18:15 19:8,18 22:13 22:18 23:4 24:2,7,13,17 25:1 30:11 38:11 42:2 43:21 44:1,4 74:17 88:20 95:24 99:14 102:4 142:1,8 160:10,12 164:5,6,11,18

166:3,4,5 187:13 189:12 207:13 211:20 213:9 215:13 223:14,15,18 223:19 225:9 227:1 237:1,1
**listed** 20:9 21:5 24:16 28:15 29:14,17 30:22 31:20 34:1 41:5 45:2 79:18,22 94:18 94:25 97:10 99:17 114:6 115:4 141:14 161:16 163:25 165:10 166:1,7 173:16 174:11 192:24 194:8 195:19 196:5 203:4 206:12 214:16 215:2 215:10,24 226:23 227:13 230:6
**lists** 49:17 118:9 141:19 161:15 162:25 163:5 164:12 195:2,4 269:4
**litchfield** 4:17
**litchfieldcav...** 4:19
**literally** 196:19
**literature** 17:24 18:5 19:9,13 20:19 30:1 32:20 48:7 55:6 63:14 72:22,24 73:6,21 92:8 123:20 198:15 227:21 230:22 232:12
**litigation** 1:5 10:12 18:6 28:7 30:2,13 30:18 35:24 38:17 182:18 213:15 228:9 228:16 242:3 242:10,22 287:14
**little** 26:2 64:25 69:24 90:18 178:18 184:18 184:18
**liver** 138:9
**llanos** 198:24
**llc** 2:9 3:7 4:11 4:12 5:7
**llenhert** 3:16
**llp** 2:16 4:2,17
**locate** 137:8
**located** 10:14 190:10
**location** 10:13
**locations** 77:12 181:20
**log** 34:25 35:6
**london** 2:2 11:5 11:8
**long** 36:24 49:13 59:18 81:7 82:1,17 121:3 247:12 299:21
**longer** 2:16 160:25 206:2 275:6
**look** 14:23 17:20 23:13 26:15 27:15 29:5,20 30:7 31:17 32:16 33:25 35:19 43:15 51:18 54:1 57:11 65:6 68:11 73:4 80:23 83:4,4,6 85:15 87:6 90:21,24 92:10 93:20,25 95:4,5 100:20 102:8 108:4 111:7 116:1,21 117:2,22 120:17,23 123:4 125:25 126:11,20 127:14 132:21 136:8 138:13 140:21,24 141:15 144:13 149:1,9 152:13 152:14 154:13 156:17 158:24 160:9 162:7,20 162:21,23 172:15 173:25 180:25 181:12 186:2 187:13 187:24 193:13 194:5 195:17 200:25 201:3 201:17 202:13 203:9,10 205:15 206:10 207:24 209:2 209:11 211:2 212:8,11 213:8 216:3 220:8,20 221:4 225:8 230:11 233:5 233:24 235:17 235:22 239:16 244:6 247:1 248:9 249:8,15 251:9 252:9 253:18,23 256:5,6 257:11 258:12 261:19 262:16,25 266:4,24

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 355 of 400 PageID #:76728



271:13,15,22 272:1 276:7 278:11 279:2 282:17,20 283:3,23 287:17 288:23 289:2 291:4 294:15,20 295:3 296:13 300:5 302:18 302:22 303:23
**looked** 32:12 38:17,24 43:1 56:5,7 74:17 196:18,18 226:3,7,10,21 288:2,11 294:11 296:10 298:22
**looking** 47:18 47:22 55:16 57:13 59:22 60:14 62:22 95:11 96:5 104:13,16,19 119:4 124:21 146:12 158:7 162:14 181:20 182:15 185:14 201:25 214:25 215:21 219:1 227:1 234:10 235:16 249:14 250:18 251:3 270:23 287:25 289:20 297:17 298:9 304:18
**looks** 31:19 37:8 57:21 109:18 111:11 112:24 115:18 115:20 191:9 191:10 201:13 201:22 202:16 220:18 224:20 258:7 283:4
**lose** 243:10
**lost** 268:7
**lot** 16:11 63:20 97:3 101:16 109:10 111:22 150:6 217:9 237:1 251:10 300:7
**lotion** 208:6 236:21,23 237:8 238:6,18 238:23,24 239:7 240:23 241:1,13
**lotions** 67:1
**lots** 248:3
**louis** 3:15,20
**lovely** 221:24 222:16,17
**low** 86:2 121:20 125:11 131:21 252:17 272:2,6
**lower** 118:18 122:19 123:7 159:15 183:19 184:18 185:3 239:19
**lsay** 2:7
**lunch** 143:3,12 143:15 148:1
**lung** 138:7
**luster** 5:12
**lye** 209:18
**lynch** 88:22 89:5,14 96:16 98:17 126:24 134:6
**lynn** 3:14

**m**

**m** 1:5 5:25 306:3,22
**madala** 5:7
**made** 221:18 223:22 309:5
**madison** 4:13 4:18
**magnitude** 269:23 270:1 270:25
**mahdy** 115:17 120:4,14,17 123:4,20 125:25 126:21 127:8 128:17 128:21 129:8 129:21 131:13 133:23
**mahoney** 3:8
**mail** 194:17,19 196:8
**main** 74:12 111:12
**maintain** 15:10 15:14
**major** 177:20
**majority** 33:3,7 34:5 90:8 91:6 147:4 174:23 226:22 258:23 259:9 261:11 261:17 278:18 280:6 284:13
**make** 12:22 13:9 18:7 20:4 20:8 21:9 59:3 89:1 105:21,25 111:13 131:11 133:8 141:11 174:23 179:2 187:23 190:25 193:20,21 196:18 198:23 200:3 204:11 210:8 211:3 223:1 249:13 257:8 277:13 296:2

**makes** 182:5 280:12,21 301:3
**makeup** 210:6
**making** 84:17
**malignancies** 140:25
**malignancy** 134:10,19 149:23
**malpractice** 11:24
**mammary** 86:2
**management** 50:18
**managing** 121:8
**manner** 49:7
**manners** 180:7
**manually** 39:20
**manufacture** 221:12
**manufactured** 218:3 221:21 222:20
**manufacturer** 211:6
**manufacturers** 20:16 210:15 212:13 215:24
**mark** 14:5 37:14 83:2 101:10 103:4,5 200:8
**marked** 14:9 14:16 17:12 31:3 37:17 79:8 103:9 105:2 115:24 120:10 135:14 135:17 144:7 144:10 145:13 147:15 148:4,6 152:11 161:19 162:18,24 173:7 175:23 178:24 188:11 188:13 199:18 202:19 207:20 219:25 229:16 234:25 243:25 253:16 265:7 277:6 282:13 287:14
**market** 3:19 8:7 279:7 285:23
**marketed** 209:18
**marketing** 1:4 10:11
**marking** 14:11
**marks** 83:21
**maron** 5:7
**maronmarvel...** 5:10,10
**marvel** 5:7
**mary** 1:5
**maryland** 3:14
**mascara** 236:23 237:6
**masood** 199:3
**mass** 122:9
**master's** 258:14
**material** 21:3 130:4 209:14 215:2,15
**materials** 18:2 18:10,15,17 19:8,17 21:10 24:2,7,13,17 25:1 26:13,23 27:6 29:22,25 30:17 49:24 50:5 65:4,10 86:1,11,22 88:10 94:19 95:17,24 109:6 148:16 209:16 212:9,12 213:7 213:9 214:17 215:3,6,14,20 222:2,4 276:21
**math** 258:13
**matter** 7:5 10:10 54:5 68:6 101:19 135:22,24 300:21
**mba** 10:10 17:20 307:5 308:2,24 309:2 309:4,12
**mbp** 240:20,20
**mcauliffe** 5:2
**mcbride** 4:6
**mccambridge** 3:8
**mcguirewoods** 4:7
**mcguirewoo...** 4:9
**md** 1:8 6:3 10:9 11:10 17:20 306:3 307:5 308:2,24 309:2 309:4,12
**mdl** 1:4 11:5 287:11 307:4 308:1 309:1
**mean** 16:2 22:12 24:8 33:21 39:19 41:1,13 42:25 42:25 49:9 56:4 59:9 60:20 61:11 62:21 63:1,19 65:1 68:9 74:8 81:18 83:20 84:18 87:19 98:4 101:18 104:9 111:2,16

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 357 of 400 PageID #:76730



113:6 114:19 114:24 115:1 130:1 132:21 133:4 139:11 141:10 153:5 154:2 156:6,17 157:7 163:22 165:23 166:3 168:25 170:17 184:17 196:10 200:19 203:6 204:3,24 205:1 214:10,11 215:6 220:13 227:10 240:10 244:19 261:23 264:9 273:21 275:9 279:24 279:24 285:14 298:22 299:8 300:16 305:2
**meaning** 134:4 189:3 275:2 289:23
**meaningful** 58:23
**meanings** 167:9
**means** 49:10 84:21 99:4 160:22 176:4 198:18 225:20 226:1 248:3 274:1
**meant** 58:13 84:14 292:2
**measurement** 8:3,8 206:16 207:7
**measuring** 217:13
**mechanical** 40:11,16,18,20 41:14 284:14
**mechanisms** 66:4 146:16
**mechanistic** 72:8
**mechanistica...** 66:2
**media** 10:8
**medicaid** 141:20
**medical** 11:24 14:1 17:25 38:1 75:1 213:17 292:2
**medically** 291:25 292:10
**medications** 74:24
**medicine** 52:11 52:14
**meeting** 26:11 33:15
**meetings** 32:10
**melanoma** 138:7
**mellott** 4:12
**memory** 212:17
**men** 156:10 159:7,9
**menarche** 68:14,17,20 69:11 70:12,22 74:25 122:12
**menopausal** 261:14,18 281:10
**menopause** 122:12 174:5 195:13,24
**menstrual** 125:10 195:12 195:23
**mention** 117:20 153:24 155:5 157:2 252:21
**mentioned** 19:17 40:19 54:17 60:11,16 72:12,12 74:8 76:16 106:22 114:24 128:6 128:11 129:4 143:12 158:25 167:13 200:20 215:17 223:18 229:2 237:21 251:8 304:22
**mentions** 88:9 149:2 159:6
**mep** 240:20
**merriam** 167:16,25
**mess** 243:15
**metabolic** 75:2
**metabolite** 8:12 238:25 239:6 240:1
**metabolites** 239:20 240:15 240:17
**metals** 81:8 82:1,17
**method** 245:11 245:12 283:8
**methodologic** 54:2
**methodology** 76:6 213:20
**methods** 8:20 40:9 181:19 207:25 217:18 230:18 231:17 231:25 267:10 284:7
**michael** 3:3 11:2
**microphones** 10:3
**midway** 291:9
**mike** 95:6 109:9 111:1 147:25 158:14 161:18 234:12

277:14
**miller** 2:10,20
**mimics** 300:3
**mind** 103:12
**mine** 176:3 236:1
**minimal** 230:16 231:11
**minimization** 91:21
**minimized** 91:17
**minimizes** 92:23
**minimum** 93:8
**minute** 12:10 64:14,15,15 100:22 101:3 103:11 110:19 173:2 190:17
**minutes** 59:3 264:21
**miracle** 180:24
**mischaracteri...** 100:15
**mischaracteri...** 114:14,21 153:4 165:17 165:18 168:12 168:15,22 210:12 218:6 218:21 232:25 245:1 246:1 251:17,21 262:11,21 268:1 272:9 273:25 274:25 280:25 281:21
**mislabeled** 100:23 101:21 111:24
**misleading** 93:3 168:8
**mismatch** 89:10
**misrepresent** 192:7
**misrepresent...** 267:21
**missed** 77:25
**missing** 81:6,22
**missouri** 3:15 3:20
**misspoke** 140:14 257:9
**misstates** 42:10 155:9 168:11 182:9 183:7 218:21 257:24 262:11 286:11
**misstating** 156:14
**mistake** 200:3
**misunderstood** 202:7
**mitchell** 2:24
**mix** 103:3
**mlh1** 89:10
**mm** 12:6 33:9 39:25 236:11
**mmr** 89:10 127:6
**mmrd** 126:24
**models** 80:9 83:18 300:18
**modern** 279:11
**modifiable** 97:24
**molar** 238:24 239:19
**molecular** 7:15 7:16 132:17 173:1
**moment** 53:9 114:11 144:8 147:1
**moments** 18:9
**monotonic** 161:7
**month** 249:21
**months** 252:18 268:11 271:8 291:6 294:22 296:15
**morbidity** 177:20
**morcellator** 11:25 12:2,2 12:17
**morning** 10:1
**mortality** 154:8 154:15 155:17 155:25 156:20 157:13,18 177:21
**mothers** 87:10
**mousse** 236:19 237:23
**move** 101:15 115:11 176:24 264:17 276:18
**movement** 132:16
**moving** 197:2 304:16
**mpb** 239:10
**msd** 211:2,5
**msds** 211:7
**msh2** 89:10
**msh6** 89:10
**mturiello** 3:5
**muddy** 178:17
**multifactorial** 153:14 155:22
**multiparity** 74:25 75:9
**multiple** 59:10 68:19 69:15 70:5,13 135:7 135:9 211:19 217:21 285:15 300:11
**multivariable** 295:3

**multivariant** 150:6
**murray's** 5:12
**mutations** 89:9 89:20 96:15 98:16,22 100:9 105:15 106:3,6 106:10,24 107:3,14,20 108:7,10,11,15 108:17,24 109:1,17 110:1 110:9 112:5,9 112:16,17 133:4 173:22 177:12 195:11 195:22 197:16 197:19,20
**mute** 10:5

**n**

**n** 144:1,1,1
**nail** 236:23 237:8 238:23
**name** 10:15 11:15 120:13 150:8 198:24 198:24 200:4,4 243:15 287:10
**names** 22:21,24
**national** 7:3,19 7:22 8:14 64:2 180:16 265:23
**naturally** 87:4 87:20 175:16
**nature** 12:15 155:9 288:7,21
**naught** 305:19
**nci** 172:12,13
**ndma** 30:4 36:1
**near** 293:14
**nearly** 199:25 260:18
**necessarily** 56:6 67:16 68:3 74:10 113:7 115:1 133:4 135:12 139:19 154:4 161:6,10 180:3 185:24 288:17 303:15 305:1
**necessary** 46:18 309:6
**need** 37:11 69:23 103:10 111:25 221:2 230:25 232:15 285:11
**needed** 102:21 146:16 273:3
**needle** 229:9,21
**negative** 163:23
**neither** 58:8 216:11
**neuroendocri...** 52:5,8
**never** 51:16 53:15,19,22 245:13 253:25 260:13 261:14 275:15,18 278:20 289:23 290:1,25 293:8 295:4,4,23 296:24 297:10
**new** 2:5,5 4:13 4:13 20:5 118:10,23 169:1 187:22 273:21 274:2 277:1 282:2,9
**newer** 80:9 83:18
**nice** 276:24
**nick** 5:15 10:16 264:17 286:18 305:17
**nieh** 265:24
**nih** 234:5 265:24
**nine** 163:2 288:24,24
**ninth** 109:13
**nk14** 221:6 222:16
**no.1:23** 1:4
**non** 8:16 118:24 120:3 122:18 123:23 124:7 129:7 130:14 177:24 178:6 184:9 256:16 257:13 257:18 260:6
**nonendometr...** 121:7
**nonpersistent** 243:20 247:5 247:18 248:19
**nonserous** 124:24
**nonsmokers** 261:11
**nonusers** 239:2 239:9,21
**nonwhite** 273:19
**normal** 149:5 183:23 184:10 184:13,21
**north** 1:13 2:11 3:3 5:3,8 10:15
**northern** 1:1
**northwest** 77:14
**notary** 309:13 309:19
**note** 10:3 35:3 129:11 231:16 261:20 307:10
**noted** 219:4 275:14 309:7

**notes** 17:25 60:1 133:23
**notice** 6:10,12 14:17 15:4 17:19 116:4 191:6
**noticed** 132:5
**noticing** 10:25
**novel** 272:20 273:10,20 274:1
**null** 239:22 240:3,6 241:1 241:4 251:1 252:5 275:15 275:18,25 278:23 303:2,7 303:8 304:6 305:4,10
**nulliparity** 74:25 75:10
**number** 6:9 7:2 8:2 9:2 23:8,14 26:9 27:10 29:5,10,20 31:6 32:17 35:21 36:23 44:5 75:14,20 92:9,13 93:21 96:16 99:11 108:21 119:20 137:15 141:20 162:10 164:8 165:25 166:8,9 183:20 185:1 201:12 209:12 210:2 251:11 252:17 258:20 293:9 298:3 304:18
**numbered** 18:5 79:18 127:15 176:1,3 238:2
**numbering** 238:15
**numbers** 92:4 108:20 117:14 118:17 125:20 126:3 146:12 176:6 205:1,25 235:14 293:18 304:23
**numerous** 146:2

**o**

**o** 144:1,1,1
**o'connor** 2:2 6:5 11:4,4 15:19 17:5,8 18:12 19:3,16 19:25 20:24 21:13 22:4 24:19 25:3,10 28:1,9,24 35:11 36:11,20 37:13,15 38:22 39:12 40:3,12 40:24 41:10,20 42:3,9,17,22 43:9,23 44:10 45:5,24 46:10 47:4,10,15 48:10,17 49:4 51:14 53:8,11 54:14 55:2 56:2 57:4,16 57:23 58:11,21 59:20 60:6,19 61:9,19 62:3 62:20 64:14,21 65:5 66:12,19 67:4,23 68:22 69:3,17,23 70:7,15,23 71:4 72:16 73:24 74:6,20 75:16,22 76:1 76:5,8,21 77:4 77:17,24 79:3 80:3 84:23 85:6,13 86:7 86:16 87:17 90:18 91:19 92:2,17,25 93:4,9,17 94:14,16 95:3 95:14,21 96:2 96:6,19,25 97:2,8 98:23 99:2,9,21 100:11,17,24 101:6,8,12,22 101:25 102:5 102:15,18,23 103:1,4,7,12,23 104:2,24 105:3 105:17 106:11 107:5,15,22 108:20 109:3,6 109:21 110:18 110:22 111:1,6 111:9,13,18,20 113:18 114:3 114:13,20 115:9,25 116:4 116:8,12,15 118:1,25 120:18 122:25 123:10,15,24 124:8 125:4,18 126:3 127:10 128:7,13,24 129:14,17,23 131:4,7 132:12 134:12,14,16 135:1 137:15 137:17 139:9 140:7,18 142:12,21,23 143:2,6,8,11 147:9,16 151:3 152:17 153:3 153:10 154:1 155:1,8,20 156:12 157:4

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 361 of 400 PageID #:76734



157:22,25 158:5,16,18 159:3,24 160:6 161:2 162:7,10 162:12,15 163:19 165:17 166:10,19 167:2,10,19 168:4,10,21 169:9,21 171:12,18 172:4 176:1,6 176:10,16,24 180:25 181:7,9 182:8,20 183:6 184:1,7,15 185:5 186:7,10 186:13,16,20 186:23 187:4 187:24 189:3,6 191:21 192:7 192:10,12,14 193:3 194:1,9 194:12,16,19 195:5 196:14 197:24 200:17 201:24 202:2,6 202:9,25 203:18 204:2 204:22 205:11 207:12 208:23 210:11,22 211:5,8,14 212:3,25 213:18 214:1,5 214:20 215:17 216:11 218:5 218:17,20 221:7,10 222:3 222:7,10 223:3 223:5 224:1 225:6,24 226:6 226:14 227:18 228:4,11,19,22 228:25 231:6 231:12 232:8 232:24 233:20 234:3,14,20 235:17,20,25 236:4 237:15 240:9 241:7 242:6,11,16,23 244:25 245:19 245:25 248:5 249:4,11 250:9 251:2,6,16,20 252:6,24 254:19,23 255:9,22 256:22 257:5 257:24 260:25 262:2,10,20 263:12 264:4 264:17,23 267:25 268:17 269:21 270:4 270:12,19 272:8 273:12 273:24 274:14 274:24 275:8 276:1,12,14,22 277:2 278:1 279:22 280:16 280:24 281:7 281:20 282:5 284:10,17 285:2,11,13 286:10,17 287:4,8,10 301:11 302:4 302:14 303:3 303:13,19 304:8 305:6,11 305:15 306:9 307:1

**oadams** 2:14

**obese** 125:16 126:14 261:21 271:22

**obesity** 75:1 121:4 127:23 128:12,23 134:7 243:9 272:6

**object** 19:16,25 20:24 21:13 35:11 36:11 44:10 45:5 47:4 54:14 56:2 57:4,16 57:23 58:11,21 60:6,19 72:16 73:24 75:16 77:4 92:17 96:19 97:8 100:12 105:17 106:11 107:15 107:22 113:18 118:25 122:25 123:24 125:4 132:12 139:9 140:18 142:12 151:3 152:17 153:3 154:1 155:8,20 156:12 161:2 163:19 171:12 191:23 200:17 200:17 208:23 213:18 225:24 231:6 232:24 251:2,16 254:19 255:9 267:25 284:10 301:10

**objection** 15:19 17:5,5 18:12 22:4 24:19 25:3,10 26:16 28:1,9,24 35:11 36:4,20 38:22 39:12 40:3,12,12,24 41:10,20 42:3 42:9,17,22 43:9,23 45:24

46:10 47:10,15 48:10,17 49:4 51:14 55:2 59:20 61:9,19 62:3,20 66:12 66:19 67:4,23 67:25 68:22 69:3,17 70:7 70:15,23 71:4 74:6,20 75:22 76:21 77:7,17 77:24 79:3 84:23 85:6,6 85:13 86:7,16 87:17,18 91:19 92:2,25 93:4,9 93:17 98:23 99:2,9 100:11 100:14 107:5 114:3,13 123:15 124:8 125:18 127:10 128:7,13,24 129:17,23 131:4 135:1 140:7 147:9,16 147:17 155:1 157:4,6 159:3 159:24 160:6 165:17,20 166:10,19 167:2,10,19 168:4,10,21,24 171:18 172:4 182:8,20 183:6 184:1,7,15 191:21 192:5 192:13 193:3 194:1 197:24 202:25 204:2 204:22 205:11 210:11,22 211:14 212:3 212:25 214:1 218:5,17,20 221:7 222:3,5 222:5,6 223:5 224:1 226:6,14 227:18 228:4 228:11,19 231:12 232:8 233:20 237:15 240:9 241:7 242:6,23 244:25 245:19 245:25 248:5 250:9 251:7,20 252:6,24 254:23,23 255:22 257:24 262:2,10,20 264:4 268:17 269:21 270:4 270:12,19 272:8,11 273:12,24 274:14,24 275:8 276:1,12 280:16,24 281:7,20 282:5 284:17 285:2 285:13 286:10 302:14 303:3 303:13,19 304:8 305:6,11

**objections** 6:12 10:21 17:18 23:15,17 26:18 27:18 30:8 69:24 169:9

**objective** 204:7 253:20,23 255:2,17

**objectives** 203:10,16

**observed** 72:23 272:17 278:16

**obstetrics** 45:14 68:4

**obtain** 117:22 292:9

**obtained** 220:9 306:12

**obviously** 12:18 224:3

**occasions** 11:20

**occupational** 30:5 36:2 52:10,14 78:8

**occur** 68:5 70:6

**occurred** 69:16 70:13 200:1

**occurring** 159:10

**occurs** 184:9,10

**october** 32:17

**odds** 138:21

**oestrogen** 7:10 148:7,20

**oestrogens** 149:13

**offered** 18:3

**offering** 288:2

**offhand** 146:22

**offices** 10:14

**official** 72:14

**officially** 32:7

**oh** 79:17 108:25 110:18 118:1 130:20 145:1 176:16 202:6 222:7 225:6 228:25 257:5 279:20

**oil** 208:4

**oils** 248:18

**okay** 11:22 12:3,9,15,25 13:11,18,19 14:3 15:1,8 16:5,22 17:14 17:21 18:18,24 19:6,12 20:19 21:18,24 22:11 23:6 24:1,3,10 24:15 25:15

29:4 31:5,19
31:22 32:4,8
32:14 33:6,12
33:25 35:1,9
35:16,19 36:23
37:6,6,11,14,19
37:24 38:14
39:2,9 40:1,16
40:21 42:2
43:5,14,21
44:7 45:21
46:3,6,17 47:1
47:20 48:1
49:21 51:11
53:11,13 54:10
54:22 55:5,24
56:10,23 57:10
58:17 59:2,12
60:1,15 61:2
61:16 62:9,16
62:25 63:8,14
63:25 65:5
66:5,24 67:14
74:14 75:13
76:7 77:22
78:6,18 79:5
79:10 80:2
81:20 83:4
85:9 87:22
88:4,8,19 89:4
89:18 90:15,23
90:24 91:17
92:15 93:24
94:8,16 95:21
96:1,6,6 97:2
99:13 100:3,24
101:7,22
102:15,16
103:1,7,10,15
103:17 104:13
104:16,21
108:4,9 109:5
112:6,21 113:8
114:18 115:10
115:13 116:15
116:18 118:6
118:15,22
119:18,21
120:8 121:14
121:17 123:4
125:14 126:6
127:19 128:20
129:17 130:22
133:7,17
137:17 138:2,4
138:17,23
139:22 140:3
140:23 142:16
143:5,11 144:4
145:22 146:23
147:22 148:6
149:1,9,20
150:24 151:9
151:14 152:13
154:22,23
155:14 157:1
158:19,21
160:4,9 162:15
162:22 163:4,9
163:25 166:7
166:14 167:24
168:7 172:13
173:12,15,20
174:14,16
176:10 178:2
181:6,13
186:13 187:1,4
187:18,21
188:5,13,22
189:6,15 190:9
190:22 191:5
191:13,14
193:24 194:12
194:21,22,25
196:16 197:2,5
198:3,12,13
199:5,20 200:8
200:11,24
202:9,9,17,21
203:4,9,16
204:6 205:15
206:7,15 209:2
209:10 210:18
211:8,11
212:25 214:13
216:3,7,14
217:12 218:11
219:14,20
220:19 221:3
222:5,8,9
223:1,23
224:16,18,22
225:19 226:20
228:21 229:12
230:3,5 231:10
233:4,7 235:2
235:25 236:12
238:22 241:4
242:13 243:9
247:20 248:1
249:15 250:3,5
250:9 251:6,13
252:2,9 253:6
253:7,12,18,23
255:25 257:5
257:10 258:7
258:12,16,20
260:24 261:9
262:7 263:23
264:16 265:9
265:18,19
269:25 271:19
272:8 273:8,17
274:4,10
275:13 277:8
287:16,23
288:16 289:17
289:22 291:12
292:21 293:10
294:15,20
296:1 297:1
298:15 299:20
302:17,21,22
303:11
**okeke** 73:17

**old** 142:22 195:13
**older** 122:20 123:8 195:11 195:22
**omega** 2:11
**omit** 163:15
**omitted** 163:21
**once** 229:2
**oncologist** 77:20
**oncology** 45:14 46:8 185:12
**ones** 22:11,16 39:19 56:23 63:18 74:12 107:7 200:21 220:13 227:5,9 227:13
**ongoing** 153:14 270:6,23
**onset** 150:18
**opining** 157:9
**opinion** 23:17 23:25 27:18 37:25 54:5 71:13 227:15
**opinions** 15:18 18:3 20:7 21:4 21:11,19 23:11 23:22 24:5,18 24:24 25:25 26:5 27:3,14 27:22 29:9 32:5,21 68:8,9 71:14 72:5 151:6 214:19 215:5 229:13 277:10 288:3 299:25 300:23 300:24
**opposed** 19:4 32:25 39:20 63:16 92:22 204:20 217:14 284:6,14
**opposite** 146:5
**options** 269:12
**order** 54:4 111:25 166:2 176:14 193:16 240:16
**organ** 179:23 180:3
**organization** 65:9,16
**organizations** 56:8 71:10
**organize** 63:24 64:13 65:1
**organized** 60:21 64:21 65:4
**origin** 182:4 183:4,10
**original** 56:6 116:9,10 121:19
**originate** 175:12,13 177:16 178:10 179:12,18 180:12,19 183:16,22 184:13
**originates** 178:4 183:25
**originating** 180:5
**origins** 177:11 181:16
**outcome** 10:20 130:9 280:10
**outcomes** 55:18 55:19,23 65:24 130:8,14 139:15 140:16 142:20 217:14 218:23 244:9 245:8
**outdated** 151:5
**outlined** 27:7 212:24 246:10 259:25
**outside** 24:12 28:6,13,21 29:17 179:12 180:12,19 181:23 213:14
**ovarian** 6:19 6:20 7:14,18 7:21 9:3 20:22 27:24 28:6,13 28:19 30:3,14 30:21 35:25 36:19 38:4,20 43:17 44:17,22 45:4 49:18 50:1,4,7 55:8 55:23 56:21 57:22 58:10 62:6 66:3 72:9 75:8,15 80:13 82:20 83:12 84:7 89:19 90:7,12 91:4,4 91:10 92:5 93:12 94:2,9 94:20 95:2,10 95:19 96:12,13 96:23 98:15,20 99:7,14,19 100:9 102:13 103:20 104:1,7 104:10,11,12 104:15 105:9 105:10,15 106:7,10 107:4 107:14,21 108:13,15 109:14 110:16 112:11,16,25 113:4,11,17 114:2 115:3,4 126:23 134:8 135:4 172:18

172:23 173:4 173:13,16 174:1,20,21,23 175:3,7,7,11,18 177:7,8,16,20 178:4 179:11 179:18 180:5 180:11 181:17 181:19,22 182:4,7 183:3 183:16,22 184:9,12 186:4 187:8,10 188:15 189:11 189:16,17,18 189:18,19,20 190:2 194:15 195:18 197:19 204:9 205:9 230:9,24 232:14 245:24 263:18,25 267:5 282:22 285:10 294:11 294:18,23 296:5 297:25 298:20
**ovaries** 135:7 138:7 150:17 174:18 175:11 175:12,13,16 179:13 180:14 181:21,23,24 183:16,23 184:10,14,21
**ovary** 179:12 179:19,22 180:6,12,19 182:13 183:11 300:19
**overall** 61:14 72:11 97:12 115:16 139:1 139:24 151:19 158:23 218:25 240:11 289:23 294:17 299:6 299:17
**overly** 141:13
**overweight** 125:15 126:13 263:3
**ovulation** 135:8
**owe** 276:23,23
**own** 27:12 63:16,20,21 129:15 191:23 281:25 287:16
**oxley** 5:15

**p**

**p** 3:3 4:7,17 304:20 305:1
**p.c.** 2:2,20
**p.m.** 143:16,16 305:21
**p1hairdepos** 307:15
**pacific** 120:2 129:6
**packaged** 8:6
**padden** 2:4
**page** 5:15 6:9 7:2 8:2 9:2 10:16 12:23 14:25 15:2 17:20 33:7 35:20 38:8,9 39:3 54:1,2,4 65:20 71:7 80:3,7 81:1 82:7,25 83:6,8 83:16,17 87:6 87:23 88:20 94:22,24 95:6 95:24 96:7,11 102:3,9,10,25 108:20,21 109:16,20,24 110:7,12 111:3 111:12 115:13 115:25 116:22 116:23,23 117:3,3,15,17 117:25,25 118:5 119:2,2 119:13 120:14 120:17 121:15 126:2,3,5,21 127:15 129:3 130:17 131:12 137:2,13,15 138:1,24 139:1 140:22,22 141:16,19 142:25 144:13 146:11,13 148:15 150:12 150:13 151:10 158:2,10,23 160:10 162:24 163:4 164:20 172:15 173:9 173:20,25 174:14 175:25 176:2,4,12,14 176:20 178:16 179:8 180:23 181:3,12 185:16 186:1,8 186:15,19 188:14,19 190:18,21,25 191:8 194:6,8 194:24 195:2 195:17 196:5 196:10,12,19 196:24 197:10 198:7 199:20 199:22 201:3 201:13,17,25 202:14 204:12 205:17 207:24 209:11,12 216:3,13 219:4 220:5,16

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 366 of 400 PageID #:76739



224:16,20,24 229:8 230:6 233:5 235:2,11 235:13 236:2 238:3,10,14,15 238:16 244:4,7 247:8,9,16 249:10,11,16 251:4 252:11 252:12,13,13 253:5 255:12 256:6,15,24 257:11 259:6 260:11 265:12 266:6,25 269:4 271:6 272:15 276:19 277:14 277:15,24 278:4,6,6,8,9 282:15,19 283:3,23 286:2 287:21 291:9 297:17 299:16 308:4,7,10,13 308:16,19
**pages** 112:22 133:17 176:4 188:19
**paid** 31:13
**palms** 67:10 85:21
**pamphlets** 48:6
**pancreas** 138:8
**paper** 60:22,24 83:25 84:9,11 86:20 87:25 88:4 109:1 155:15 157:9 179:1 218:24 220:3 282:24 300:15
**paraben** 8:12 238:25 239:20 240:1,17
**parabens** 30:3 35:25 43:19 44:17 107:11 219:7 240:14 248:20 279:10 301:14
**paradigms** 7:18
**paradoxical** 146:7
**paragraph** 54:3 65:21 71:20 80:24 82:7,9,10,13 83:1 91:8,9 108:9 112:7 128:6 130:18 130:20 144:15 144:24 146:14 149:10 150:13 152:1 153:13 154:12 172:20 173:17 177:19 181:14 197:17 200:20 202:13 205:16,23 209:13 230:11 231:19 232:10 233:8 235:3 238:5,5,17 239:16 240:22 247:2,10,21 248:9 249:17 252:12 255:14 256:7,15 269:6 272:15 279:2 279:20,25 282:17 283:25
**paralegal** 5:15
**parent** 163:6 163:16
**parenthetical** 237:21
**parents** 199:24 204:14
**parity** 122:19 123:7
**part** 15:21 23:9 29:8 48:20 72:20 76:16 78:9 98:20 119:6 127:5 164:7 170:16 170:16 178:5 198:9 200:13 207:4 209:3 222:16 223:13 223:20,25 227:20 244:19 245:11 246:2,3 246:19 257:16 271:20 291:22
**participant** 8:20 271:10
**participants** 230:16 231:11 248:13 256:20 257:20 258:10 259:19 260:5 260:12,19 261:13 263:6,9 263:24 264:3 267:13 268:8 278:19 292:8
**participation** 231:5
**particular** 85:14 88:1 177:19 213:25 255:16 295:12 300:21,22
**particularly** 165:5 170:6 272:21
**parties** 10:7,19 26:3 306:14
**parts** 192:23
**party** 25:21,24 26:4
**passages** 269:16

**passing** 287:4,6
**passive** 260:4
**past** 177:21 236:16 249:21 252:18
**paste** 84:15
**pathogenesis** 7:14 121:20 172:25 173:5
**pathologic** 292:5
**pathological** 72:7
**pathologically** 133:16
**pathology** 52:18,21 172:18
**pathophysiol...** 127:18 174:15
**patient** 46:7 47:2 48:2,23 70:4,11 242:21
**patient's** 142:3
**patients** 45:19 46:23 48:8,15 78:19 124:22 127:6 141:6 146:7 160:1 241:12,16,19 241:25 242:5 243:5,10
**patrick** 4:7
**pattern** 139:4 239:6
**patterns** 198:10 279:8 280:12
**paul** 2:24
**paying** 78:7
**pb** 239:8
**pc** 3:2
**pclyder** 4:9
**pcos** 135:5,10
**pdf** 94:25 110:17
**peal** 3:19
**peer** 55:25 56:1 71:8 182:17
**pelvic** 138:20
**pelvis** 138:8 139:5 195:15 196:1
**pennsylvania** 2:17 4:3
**people** 7:13 98:11 154:14 156:19
**percent** 33:8,14 33:19,23 89:13 89:15 90:7 91:4,10,15,16 91:17 92:9,22 98:19 99:6,11 118:16 119:6,7 119:13,18,20 119:21 132:23 132:24 133:24 152:4,4,24,24 159:17 173:23 173:24 183:18 184:17 185:2 239:1,10,12 257:15,19 258:9,13,24 259:3,9,12 260:16,19 261:6 263:5,8 263:16,19,21 263:22 290:2 290:24 291:19 293:3,7,11 295:8,25 296:23
**percentage** 32:24 33:15 34:3,7 46:3 93:14 133:8,9 183:15,21,25 184:8,10,12 185:9 260:21 286:7
**percentages** 92:5 185:16 258:15 263:23
**perform** 15:5 32:4 59:24 287:18
**performed** 32:18 35:5 51:12 62:13 213:23 214:5 214:10,13
**perfume** 236:20 238:23 241:25
**perimenopau...** 134:4
**period** 160:25
**peritoneal** 185:3,5,6
**perm** 236:19 237:23
**permanent** 252:17 268:22 268:22 269:9,9
**permanently** 208:12
**permanents** 268:12,24 269:11
**permitted** 225:21
**persistent** 8:16 134:9 149:4
**person's** 97:25
**personal** 8:11 42:7 195:13,24 216:9,16 217:1 217:22 218:15 233:10 235:3 236:2,3,8,15 246:15,18 247:4,17

**pertaining** 1:11
**pertinent** 84:3 84:16 85:12
**ph** 8:8
**pharmaceutic...** 81:9 82:2,18
**phenols** 44:24 248:20
**philadelphia** 2:17
**phone** 32:12
**phones** 10:5
**photo** 149:25
**phthalate** 8:12 238:25 239:19 239:25 240:15 240:17
**phthalates** 30:4 36:1 43:20 44:22 107:11 219:7 248:20 279:10 301:20
**physical** 75:1 135:15 272:1,6
**physician** 49:16,22 134:23 214:14
**physicians** 75:14,19 77:16 262:1
**phytoestrogens** 150:1,2
**pick** 10:4 130:1 130:2
**piece** 201:1,9
**pieces** 72:10 101:17
**pittsburgh** 4:3
**pizza** 276:24
**place** 4:3 10:6 153:6 166:2
**placed** 17:14 31:15 135:19 229:18
**placental** 67:8 67:12
**places** 59:10
**plaintiffs** 2:8 2:15,19 6:11 11:5,8 17:17 22:10 26:11 28:22 37:1 63:9 93:15 191:17,20,22 192:14 193:2 227:3,6 287:11 306:9
**planning** 143:3
**plausibility** 299:15,17,23 300:14 302:12
**plausible** 300:17
**pleadings** 17:25
**please** 10:3,5 10:22 11:15 14:25 105:19 150:8 157:24 184:4,5 191:25 255:7 290:6
**plus** 261:6
**pms2** 89:11
**point** 53:5 56:4 73:19 83:23 114:5 117:23 173:21 185:24 193:23 196:9 255:12 285:5
**pointed** 222:17
**points** 93:14 251:11
**polish** 208:5 236:23 237:9 238:24
**political** 247:13
**polycystic** 134:8 135:4 150:17
**poor** 130:13 132:3
**poorly** 131:24
**population** 55:10 56:12 136:12 151:19 151:21 257:16
**populations** 248:12 272:21 273:11
**portion** 152:22 179:17 180:9 180:11,18
**portions** 189:3 191:19 193:1
**pose** 216:19
**posited** 127:23
**position** 93:16
**positive** 72:23 72:25 198:16
**positively** 272:18
**positivity** 132:23,25 133:14
**possess** 192:1
**possession** 26:19 36:5
**possible** 72:22 73:6 167:17 168:20 169:7
**possibly** 121:8 185:2
**post** 261:14,18 281:10
**posted** 179:2
**postmenopau...** 165:6 170:7 260:13 291:13 291:15
**potential** 28:18 44:17 45:3 57:14,21 65:24 74:18 134:24 230:23 232:13 243:11 245:8 267:22 272:23

279:16,17 283:5
**powerpoint** 26:23
**powerpoints** 27:2
**pp** 239:8 240:18
**ppg** 4:3
**practice** 45:18 54:7,12 69:9 70:3,10 76:17 77:2,16 79:1 213:12 230:15 241:11,15,18 241:24 242:2 242:12,20 288:20
**practices** 1:4 7:23 10:11 77:10 78:23 201:19 203:12
**preceded** 190:10
**precursor** 75:3
**predates** 187:19
**predicated** 92:6
**predict** 216:20
**predispose** 98:6
**predisposition** 89:6 139:17
**pregnancy** 8:13 260:15
**preliminary** 32:10 61:13
**premarked** 178:20 234:7,8
**premenopausal** 232:6
**preparation** 16:7 37:21 74:16 288:2
**prepare** 23:11 27:2 29:16 50:5
**prepared** 26:10 26:21,24 29:10 68:10,11
**preparing** 34:14 40:23 41:8
**presence** 66:1 182:12 217:25 218:12 279:9 302:1
**present** 5:14 10:23 95:21 99:21 121:19 224:13 225:21 279:4 302:2
**presentations** 26:13 27:2,5 29:21,24 30:12 30:17
**presented** 100:13 223:7
**presenting** 100:18
**press** 7:19
**pressers** 268:12
**pressing** 39:21 268:24 269:11 271:7 283:7,7 289:24 290:15 291:9
**presume** 12:25 13:24
**presumed** 254:9
**pretty** 92:7 116:16 176:5
**prevalence** 203:11 272:22
**prevalent** 248:4
**prevent** 241:13
**prevented** 113:1
**preventing** 121:9
**prevention** 6:24 7:22 172:12,13 181:18 195:18 198:19
**previous** 171:21 200:20 214:11 267:3,6
**primarily** 55:25 89:19
**primary** 185:3 185:6 255:2,16 289:18
**principal** 229:21
**print** 235:21
**printed** 16:15 111:6,10 193:5 193:13,17
**prior** 14:20 15:4 32:5,9 38:16 44:15,20 47:8 51:11 54:10 114:11 242:2,22 260:16 268:10 269:17,25 270:9,16,25 271:8 291:6 294:22 296:15
**priority** 255:16
**private** 10:4 178:23
**privileged** 64:18
**probably** 33:2 33:23 34:9,20 46:5 200:3 277:3
**problem** 111:23 179:4 205:21 227:20

230:1 277:4
**procedure** 1:10 306:10
**proceeding** 10:22
**proceedings** 305:20
**process** 55:13 55:13 134:23
**processes** 130:9
**produce** 17:3 145:24
**produced** 18:6 25:17
**producing** 17:9
**product** 8:11 8:15 12:4,5 50:21 124:22 207:24 208:4 208:10 209:3 216:10,17 217:7 225:22 235:3 236:3,3 236:8 239:7 240:2 242:4,22 243:19 244:9 244:13 246:23 247:5,18 266:8 266:10,16 267:3,11 269:19 272:17 278:14,17 283:10 290:8 290:25 291:6 296:3 300:22
**production** 35:21
**products** 1:4 5:12 8:4,22 9:3 10:11 19:23 20:11,16 25:8 25:18 38:3,5 38:19,21 39:4 39:6,17 40:19 40:22 41:6,7 41:13,18,23 42:7,13,19,20 42:25 43:1,2,8 43:19 50:21 66:4,6,11,25 67:18 69:6 85:20 205:25 206:17 207:3,9 207:23 208:2,3 209:3,7,14 210:18,19,24 211:12,25 212:23 216:9 216:16 217:1,5 217:19,22 218:3,15 220:11,22 223:2 224:13 224:24 225:1 225:10 226:4 226:11,18,21 227:3,16 228:2 228:9,16 233:10 236:15 236:18 237:2,3 237:22 239:2 239:18 242:25 243:2 244:16 246:15,16,19 246:19 247:4,4 247:17,17 248:4,11,17,18 266:1,22 267:1 268:10,21,24 269:8,11 270:2 270:11 271:7 272:24 283:7 283:11,17,17 284:24 285:8 285:24,25 286:9 289:24 290:15 291:9 294:22 296:11 301:7,8
**professional** 13:25 28:20 45:12 71:10 213:15,16
**professor** 49:17 49:23
**progesterone** 121:23
**progestins** 121:24
**prognoses** 177:13
**prognosis** 132:3
**progressing** 121:24
**progression** 80:11
**progressive** 131:25
**prohibited** 224:25 228:9
**proliferation** 121:22 122:8 131:22 144:19 145:5 146:3
**promise** 103:14 176:10
**promising** 177:4
**promotes** 144:19 145:4 146:3
**prompt** 134:9
**pronounce** 198:24
**pronunciation** 121:11
**proper** 167:18 168:2 192:13 222:6
**properties** 180:1 267:2
**proportion** 179:10

**proposal** 53:16
**proposals** 53:15
**proposition** 84:6 155:16
**prospective** 268:9 272:16 282:21 299:5
**prostate** 137:19 159:8
**protective** 210:2
**proved** 245:24
**proven** 245:13 245:16 246:9
**provide** 26:22 27:13 29:12 37:25 45:19 46:8,16,17,22 48:7 49:23 54:4 192:21 222:4
**provided** 14:20 60:3 63:8,12 63:15 64:9 65:3 191:16,22 193:2,5 222:1
**provider** 153:18
**provider's** 142:5
**providers** 141:25
**providing** 47:1 48:1
**psc** 23:14
**pten** 88:23
**puberty** 67:20 150:18
**public** 8:9 26:14 27:6 52:23 234:5 309:19
**publication** 100:7 105:13 193:25 194:6 200:25 201:9 269:18 289:15
**publications** 30:12 63:9 71:8,12,16
**published** 17:24 18:5 29:23 30:1 53:22 72:21 73:6,10,21 107:12 172:13 180:16 198:15 199:6,9 217:24 218:9 219:5 233:11 270:7 271:2,3 282:4 282:23
**pubmed** 55:16 59:4,19 61:22
**pull** 137:7 147:23 233:25 276:23 277:24
**pulling** 59:22
**purchased** 208:22 209:2 220:11 221:6 221:11
**purpose** 58:19 272:10
**purposes** 35:7 182:17
**pursuant** 1:9 306:9
**put** 35:3 55:21 61:18 64:22 79:13 82:13 83:23 84:3,15 91:14,16 94:16 116:24 170:19 265:9 298:2
**putting** 67:9 82:23

**q**

**qualifications** 38:11 45:12
**qualifier** 166:18 167:1
**quantification** 224:15
**quantified** 286:3
**quantify** 113:15,19,22 133:12 262:23
**quantifying** 133:13
**quasi** 63:22,25 71:11,16
**queried** 199:25 204:15
**question** 12:25 13:1,5,8,10,15 13:23 20:2 26:3 36:8 38:17 46:12 54:23 62:23 74:1 77:9,25 78:11 84:24 87:18,22 96:21 98:25 100:19 105:3 106:2 112:8 130:6 131:8 136:14 136:16 152:18 156:7,8,13 157:7 164:10 171:22 184:3 184:16 201:6,8 204:17 213:23 214:9 216:1 221:15 222:13 223:6,17 227:14 242:15 252:2,10 255:6 258:22 261:3 263:12 268:2 269:1 274:16 274:18 279:1

297:12 301:22
**questioning** 302:5
**questionnaire** 48:14,19 49:1 76:17 78:19,22 235:5 236:13 283:5
**questionnaires** 78:25 268:8
**questions** 12:20 13:14,21 62:12 91:1 112:1 116:19 191:15 199:21 226:25 287:2,12,25 288:5 302:18 305:14
**quick** 258:13
**quickguides** 191:8
**quite** 109:10 253:4
**quotation** 82:6 83:2,21
**quotations** 81:18
**quote** 83:5,15 83:16 151:19 167:4 189:17
**quoted** 173:24
**quotes** 82:24 83:24

**r**

**r** 144:1 201:18 308:3,3
**race** 7:5 122:19 123:7 135:22 135:24 200:14 259:16 260:6 271:13
**races** 199:13
**racial** 141:1 154:15 156:21
**racially** 266:11 268:9
**racism** 141:6 152:15 153:1 153:16,25
**radar** 47:25
**radiation** 75:3 75:10 108:11 112:9 115:2,4 195:14,25
**raised** 281:15 281:18
**randolph** 2:21
**range** 99:11 150:15 217:21
**rank** 240:16
**rare** 119:12,19
**rate** 151:17 152:3,5,23,24 163:10
**rates** 127:24 128:12,23
136:10,21 154:8,15 155:17,25 156:20 157:13 157:18 189:20
**rather** 101:10 141:4 168:18 169:6 291:10
**ratio** 138:21 274:8 290:21 291:20 292:25 295:4,8,11 296:22 303:24
**ratios** 290:18 293:19 298:4 299:1
**rdille** 5:10
**reach** 36:9,13
**reached** 260:15
**reaching** 299:25 300:22 300:24
**read** 36:24,25 44:2 71:21 74:3,5,11 78:1 97:7 99:1 102:18 103:13 111:17 119:1 123:5 131:7,9 140:11,12 153:8 169:21 178:2 183:19 184:5,6 196:5 196:20 214:22
223:4 225:3 232:17 246:6 255:7,8 256:22 268:3 279:22 279:25 284:5 285:12 296:6 297:19 306:10 307:9 309:5
**reader** 168:9
**reading** 39:2 96:20 100:12 125:21 132:4 132:16 154:21 157:23 170:12 180:9 190:4 202:3 207:12 219:11,12,17 225:5 232:9 278:2 302:1 306:7
**ready** 90:22 101:9 116:3,18
**really** 42:24 47:24 68:1 204:25 287:11 287:12
**realm** 92:12 165:24 167:13
**reason** 13:17 69:10,12 70:21 100:10 159:22 166:12 210:23 241:20,22 306:12 307:11

308:6,9,12,15 308:18,21
**reasonable** 13:25 38:1 58:14 211:18
**reasons** 68:20 69:15 70:5,13 159:25
**recall** 18:13 22:11,16,19 32:15 60:2 64:5 73:13,18 74:10 76:18 100:1,1 146:24 209:7 301:25
**recalls** 99:24
**receipt** 159:9 307:17
**receive** 31:14 141:8
**received** 31:10
**recent** 151:5 177:4 230:13 231:24
**receptor** 7:7 132:23,25 133:14 145:14
**receptors** 172:25 180:1 182:12 185:25 300:18
**receptors'** 7:15
**recess** 76:10 143:15 188:2 229:5 265:4 286:20
**recollect** 193:19 212:17
**recollection** 63:4 185:19
**recommend** 134:3 241:11 241:15,18
**recommendat...** 176:7
**recommended** 242:21 243:5 243:10
**reconcile** 281:14
**reconciled** 281:17
**record** 10:2,7 10:24 14:12 18:8 35:10,13 35:14 69:24 74:5 76:9,11 78:1 97:7 99:1 101:5 116:4 131:9 136:1 140:12 143:14 144:2 157:22 178:18 184:6 188:1,3 192:8 196:4,8 214:22 223:4 229:4,6 255:8 257:8 264:18,22 265:3,5 268:3 285:12 286:17 286:19,21 290:7 305:18 306:6
**recorded** 10:9 306:4
**recording** 10:6
**records** 17:25 31:8,8 292:6,9
**recreate** 61:17 61:18
**red** 223:14,15 223:18,19
**reduce** 180:4
**reduced** 306:5
**reduction** 180:2
**reductions** 177:20
**refer** 197:9 230:5 265:11 272:14
**reference** 16:6 23:15 26:8 79:12,14 80:7 84:9,11 88:4 88:11 94:7,13 95:6,23,25 102:22 106:14 109:15 110:11 110:14 115:10 127:9 147:20 148:14 162:5 162:10 186:2 186:18 201:2 201:10 202:6,7 203:4,7,25 207:13 208:14 208:16 215:2,3 215:6,23 244:3 265:12 277:8 282:16 290:4
**referenced** 6:15 16:18 23:23 24:6,12 25:1 62:18 94:19 95:3,12 96:10 100:4 101:11 102:3 142:17 142:18 147:8 148:13 188:18 191:3 203:24 243:14 307:6
**references** 16:20 18:14,17 20:9 21:6 28:14 29:11 48:15 94:25 95:1 102:10 104:17 109:14 109:24 110:3 110:15 126:17 162:4 175:6 191:23 201:25 213:7 215:7,14 215:19 240:22

**referencing** 59:5 131:14 171:1 188:25
**referent** 278:21 290:21
**referred** 45:23 46:3,13 71:25 117:10 288:11 288:12
**referring** 29:7 43:3 95:15,17 105:21 109:11 110:5,14 121:12 124:20 125:3 130:22 138:21 198:4 234:21 247:14 252:14 276:15
**refers** 78:11 132:5
**reflect** 31:9
**reflected** 61:7 65:10 290:3,18 292:9,24
**reflecting** 27:11
**reflection** 106:8
**reflective** 292:10
**reflects** 64:22
**reformulations** 211:12
**refresh** 105:4
**regard** 289:22 293:5 295:2 297:12 301:22
**regarding** 13:21 25:17 27:3,7 28:6,11 28:18 32:11 36:3 49:2,25 50:6 54:12 55:6 72:8 81:24 109:14 109:16 172:17 206:16,18 207:10 222:1 255:4,18 278:14 279:16 281:15,18
**regardless** 96:25
**regards** 10:10 73:20
**registration** 50:21
**regular** 13:3
**regulation** 135:8 223:20
**relate** 30:1 205:8
**related** 10:19 19:22 20:11,15 31:11 48:9 53:16,20,23 55:14 75:23 91:11 126:24 140:6,17 141:5 143:8 206:25 304:25
**relates** 156:1
**relating** 27:23 30:17 35:23
**relation** 9:3 21:19 58:10 93:12
**relationship** 36:17 73:11 85:17 230:23 232:13,21 267:7 297:2,5 298:18 299:3
**relative** 41:23 151:14,17,20 163:6,16 240:16 306:13 306:14
**relaxer** 1:4 8:23 10:11 38:3,19 39:4 39:11 41:5 59:17 171:10 198:9,17 208:6 208:21 209:15 209:17,19 210:1 218:1 220:22 236:19 237:23 249:19 249:20,21 271:7 277:20 277:22 281:5 282:22 301:7 307:4,4 308:1 308:1 309:1,1
**relaxers** 8:6,10 20:22 27:24 28:12,19 30:2 30:21,24 32:11 35:24 36:18 39:7,18 40:13 40:22 41:8,18 42:8 43:2,15 47:3 48:3,9,16 48:24 50:1,7 53:17,20,23 54:13 55:7,17 56:21 57:15,22 58:9 62:4 65:24 72:9 75:12 76:18 77:5 78:8,10 78:12,14,16,24 86:15,18 87:1 88:5,11,16 99:18 103:21 105:7 113:16 114:9 123:22 124:6 128:5 142:10 146:21 149:18 152:16 153:1 154:25 155:7,18 157:3 158:25 160:13 160:16,25

164:6,15,18,23 164:24 165:14 166:17 169:24 169:25 172:2,8 173:18 174:12 182:7 183:9 199:7,11 200:1 200:15 204:8 206:1,13,19 207:3,11,23 208:11 210:9 210:20 211:13 218:13 219:6 229:20 230:23 232:5,13,22 233:11 237:7 237:14,20 243:3 244:16 246:13,23 248:18 249:1 252:17 253:9 265:25 266:21 267:23 268:12 268:16,23 269:10 270:18 278:20 279:7 279:18 280:14 280:20,23 283:7 284:6,13 289:24 290:15 291:8 295:3,22 296:14,19,21 297:25 298:19 301:13,19 302:2
**relaxing** 283:12
**releasing** 219:8
**relevance** 167:20 185:24 264:5 270:13
**relevant** 67:16 74:9 278:25
**reliable** 302:13
**relied** 18:2 19:9 23:10,22 24:11 27:13 58:2,5 215:4 229:13 277:9
**rely** 21:4 24:3,4 25:20,23 26:4 27:22 85:23 285:14
**relying** 285:8
**remain** 150:18 177:5
**remaining** 216:21
**remains** 177:13 230:24 232:14
**remember** 60:23 62:14 63:1,18 64:10 194:16
**remind** 62:2
**remission** 46:24
**remove** 180:4
**removed** 285:25
**renal** 138:8,19 139:5
**render** 71:14
**rendering** 21:19 25:25 26:5,24
**repeat** 20:2 73:25 98:25 140:9 152:18 164:10 184:3 201:6 226:8 255:6 268:2 274:16
**rephrase** 298:14
**replacement** 122:10
**replicates** 300:5,6
**report** 6:14 15:16,17,24 16:8,14 18:22 18:23 19:10,22 19:24 20:7,9 20:10 21:5,22 21:24 22:6 23:17,23,25 24:6,12,16,25 27:8,18 28:14 29:11,14,18 30:10 32:25 33:4,5,14,21 34:4 37:8,20 37:24 40:23 41:9 42:21 44:3,9,12 45:2 45:11 49:15 54:2 61:8,12 61:14 65:20 71:7 74:16,22 79:6,10 80:6 80:21 81:13,15 81:23 82:4,25 83:6 84:1 85:16,24 88:19 90:4,6 91:3,14 91:25 92:16 93:14 94:4,18 94:22,23,24 95:4,7,8,13,16 96:3,11 100:4 102:3 104:17 110:12 112:22 115:10,14 117:14,17 118:22 119:4 119:11,23,25 120:14 126:18 127:9 129:4,11 129:15,22 130:16,17 136:4 142:16 142:19,22 143:1 144:6,13 145:23 147:1,7 148:13,17,18

151:11 152:22 160:9 164:5,11 165:13,18 168:11,17 169:14 172:16 174:15,18 175:7 185:20 186:18 188:23 188:25 192:25 193:16 195:7 196:5,12,16,22 197:11 198:7,8 198:13 200:16 203:5,20,21 204:12 205:18 205:19 214:19 215:5,8,9,25 219:3 220:4 229:8 233:5 237:16 244:3 253:3 256:14 258:1 260:11 261:13,16 265:11,21 266:4 268:1 276:19 277:9 282:15,20 284:19 287:13 287:18,22 289:5 297:17 298:3 299:2 300:16 301:18
**reported** 5:25 199:25 239:17 259:20 260:16 263:24 268:10 278:19 283:19
**reporter** 10:17 12:19 13:9 197:13 200:10 229:25 234:18
**reports** 18:1 21:15,20,20 22:1,9 63:22 71:12,16 119:12
**representation** 230:16 231:11
**representing** 10:16 26:11 87:14
**reproductive** 7:10 8:18 68:14 146:2 148:8,20 243:22 248:21 253:8
**request** 17:22 26:20 35:21 36:7,23 48:22 49:2
**requested** 17:3 31:6,13 74:5 78:1 97:7 99:1 131:9 140:12 184:6 214:22 223:4 255:8 268:3 285:12
**requests** 14:25 15:3 23:8 27:10 29:6
**require** 40:17 181:20 217:6 218:19
**required** 280:8 309:13
**research** 4:6 7:18 15:23 28:18 32:22 33:3,7,8 34:6 51:10 56:1 62:19 72:4 146:15 175:4 175:18 177:5 186:4 187:9 272:19 273:9 279:16 280:7 301:5,17
**researched** 44:16,21 45:3 55:25 223:11
**researchers** 177:7,14 178:3 183:1
**researching** 33:1,22 72:4 183:3
**reservations** 36:16
**residents** 49:24
**resistance** 75:2 125:9 135:9
**resonated** 299:24
**resource** 255:3 255:17
**respect** 274:4
**respectively** 240:25
**response** 6:11 17:8,18 23:14 26:16 27:15 30:7 79:16 154:11 160:21 161:1,5,12 256:4 258:21 269:12 297:2,5 297:13,19,22 299:3,14
**responsible** 141:5
**responsive** 15:6 26:19 36:6
**rest** 119:1 185:1 222:20
**restricted** 225:16,20 228:17
**restriction** 225:23
**result** 99:7 244:24 273:5
**resulting** 98:21 217:21
**results** 136:13 238:8,9,10

249:8 250:6 278:23 279:6 281:19
**resumed** 144:11
**retained** 37:1 242:3
**retainer** 31:12 31:22
**retention** 12:20 22:2 47:9 51:11
**return** 307:13 307:16
**review** 7:11 8:10 15:4 21:21 24:4 25:7,11,13,16 25:23 26:4 32:20,21,22 63:20 72:5 73:9,22 74:16 99:13,17 103:11 107:1 171:6 202:23 203:7 214:18 229:20 230:14 231:24 238:19 253:7 291:22 292:6 297:4,23 301:5,17 307:7
**reviewed** 18:2 20:20 21:6,10 21:15,20 22:1 22:9,14,16 27:13 54:17 55:6 56:1 63:15 65:21 71:8,9 72:7 73:14 95:1 123:21 124:5 150:20 182:17 190:12 227:15 262:12 269:16 287:20 294:8
**reviewing** 37:21 226:13
**revised** 188:20
**revlon** 4:16
**ridiculous** 218:8
**right** 16:23 17:17 18:11 29:5 30:24 45:15 49:19 64:23,25 69:14 70:22 71:18 76:5,8 83:23 85:3 89:16 96:5 97:25 98:8 100:16 101:8 105:24 108:2 114:20 116:12,21 120:22 127:17 133:18 134:17 134:25 135:13 135:20 137:8 142:25 150:12 155:5,24 164:19 169:19 170:21 172:11 173:1 175:25 176:8,12,13 177:2 178:24 179:1,4,8 181:3 185:14 186:6,16 187:7 187:20 189:11 193:9 194:19 194:24 195:8 196:7 198:6,7 202:2 205:5 207:15 209:13 216:6 221:13 222:10,23 226:13 231:18 232:18 234:15 235:12 243:16 245:10 251:11 251:23 265:14 276:25 277:13 277:15 278:11 278:13 283:3 290:17 291:17 294:13
**rigor** 72:1,3
**rigorously** 55:11 56:13
**rinse** 236:17
**risk** 6:20,24 8:23 9:4 48:8 48:25 68:18 74:18,19 75:6 75:14,20 83:8 86:3 87:7 89:22 90:2 93:13 94:21 95:2,10,20 96:13,17,24 97:12,15,16,20 97:22,24 98:3 98:4,8,12,15 99:18,25 103:19,22,23 104:8,11,15 105:8,10 106:3 108:6 113:4,5 113:11,12,16 114:1,8 115:4 120:25 122:3,6 122:18 123:6 123:14 125:11 127:6 134:5 135:2 140:6,17 141:2 142:8,9 144:20 145:6 146:4 149:11 159:18 160:10 160:12,17 161:14,15 162:6,12,25 163:5,17,23,25 164:6,7,12,18 164:20,25 165:3,4,10,12

165:15 166:1 168:18 169:6 169:16,20 170:1,4,5,9,18 171:1,23 172:2 172:16 173:13 173:15,18 174:1 177:11 177:24 178:6 180:2,4,7 186:4 187:9,14 189:18 190:6 195:1,3,10,19 200:22 206:3 217:8,17,18,20 232:6,22 233:1 243:6,7,11 255:19 262:8 262:18,22 267:4,23 272:7 277:23 281:6,9 282:22,25 289:25 290:24 291:14,15,18 293:3,7,12,14 294:3 295:5,9 295:21,24 296:18,24 297:9
**risks** 102:13 126:25 216:19 216:25 255:5 273:5
**robert** 5:8
**robyn** 4:2
**robyn.eisen** 4:4
**role** 65:25 142:5 144:14 172:16,17
**root** 208:5
**rounding** 91:22
**rowland** 1:5
**royster** 3:18
**rpr** 1:12 5:25 306:3,22
**rule** 306:9
**rules** 1:10 12:10,22 306:9
**rush** 49:17,23
**rush's** 49:18 50:4

**s**

**s** 2:16 144:1,1,1 308:3
**safe** 217:17 223:16,21
**safety** 8:10 50:15 229:19
**saith** 305:19
**saka** 152:6,9,14 152:23 155:6 155:15 160:5 178:24
**sales** 1:4 10:11
**sameer** 1:8 6:3 10:9 11:10,16 17:20 306:3 307:5 308:2,24 309:2,4,12
**sandler** 253:13
**sara** 2:3 3:19 11:7 104:24 109:9
**sarcoma** 119:17
**sarcomas** 117:19,21 118:13,17 119:5,8,11
**saw** 25:11 47:23
**saying** 30:23 81:14 110:12 115:6 120:13 154:4 169:5,7 170:14,17 178:11 190:1 190:15 200:13 201:7 211:5 218:22,25 247:25 275:1
**says** 23:14 26:17 27:16,16 30:8 35:21 36:4 37:25 39:3 41:5 55:5 71:8,21 73:5 80:24 81:2,6 83:11,12 85:24 87:7,12,24 88:3 90:4 93:22 94:1 108:9,10 112:7 112:25 113:3 113:13,14 114:23 117:3 118:7 120:24 121:19 122:6 122:17 123:10 126:12 127:20 130:11 131:18 136:9 137:23 137:23 138:5 138:12 139:23 140:24,24 141:9,10 145:4 145:10 147:1 150:3,14,20 151:16,20 152:1 153:9 154:13 155:21 155:22 156:18 156:24 158:22 159:14 163:9 164:21,22 165:10,23 167:16 168:19 169:14,18 170:8,13 175:6 177:3 178:7,8 178:9 180:10 181:15 188:19 195:15 197:17 203:11,18

204:12 205:23 208:3,9 209:2 220:20,21 221:11,11 224:23 225:9 225:18 230:12 231:23 232:1 232:12,16,17 237:16 238:17 238:22 239:12 240:14 244:8 244:22 247:3 248:10,22 249:17 252:16 253:7,24 254:6 256:9 259:8 260:3 266:6 267:8,10,17 271:6 272:15 278:12,13 279:3 282:21 283:4,24
**scale** 299:11
**scalp** 7:24 201:20 236:16
**scastronuova** 2:6
**schank** 5:2
**schildroth** 233:22 243:15 243:18 245:22 246:7,12 247:2
**scholarly** 53:22
**science** 26:22 27:1 30:16 58:24 175:3,17 186:3 187:8
**sciences** 7:17 180:17
**scientific** 245:11,12
**scientists** 165:1 169:15 170:2 171:16 244:10
**scope** 67:5,24 107:6 114:4,15 211:15 225:25 228:12
**scott** 5:17
**scratch** 61:13
**screen** 162:3
**screening** 141:3
**scroll** 14:24,24 111:25 112:3
**scrolled** 193:7
**sd** 205:6
**seamans** 4:12
**search** 15:5 55:13,13,16,21 56:1 59:14,19 59:21,24 60:3 60:4,7,9,12,17 61:18,21 62:17 62:22 63:5
**searched** 60:17
**searches** 59:4 61:7,17 62:13
**searching** 65:23
**seborrheic** 203:14
**second** 21:25 27:16 38:10 45:17 55:5 83:5,16 91:2,9 101:2 117:3 122:5 126:12 127:5 130:20 134:1 137:6,7 138:2 144:14 147:24 150:4 150:12 151:25 158:13 162:5 162:21 173:9 176:9 177:23 178:23 179:2 181:15 186:7 206:11 215:12 233:25 234:21 235:8 238:1,5 238:10,16 249:9,13 250:5 250:20 255:14 256:6 268:7 277:25 280:8 282:17
**secondarily** 181:24
**secondary** 127:23 128:23 131:23 249:17 250:8 252:14 252:25
**secreting** 122:10
**section** 45:11 82:24,25 83:7 94:9 112:3,25 116:25 120:24 121:11 126:8 131:14 133:18 137:8 140:21 145:19 146:25 151:11,20 156:18 172:17 173:12 174:25 178:2,23 179:9 190:14,19,20 190:24 191:10 191:12 198:8 206:10 208:9 208:13 233:6 238:2,18 244:7 249:23 252:11 258:3 266:5 287:18 297:18 298:3
**sections** 82:24 83:25 189:23 190:18 191:18 192:1

**sedran** 2:16
**see** 22:18 23:4 23:17 27:18 30:8 35:19 38:11 54:8 80:3,16 81:2 81:11,12 88:18 88:18 91:12 95:11,22 103:22 105:20 108:18 109:19 110:18 111:8 112:12,19 115:21 117:8 117:12 118:14 118:20 120:6 121:11 122:1 122:15,21 125:20 126:10 126:15 127:2 127:25 129:9 130:15,21 131:16 132:7 133:21 134:1 136:2 137:14 138:4 140:2 141:17,22 144:17 145:7 145:16,20 146:8,18,22 148:14 149:7 149:15 150:22 151:13,23 152:7 153:22 154:19,21,22 158:5,18 159:4 159:12,20 160:18 162:7 163:13 164:20 165:7 172:21 173:9 174:2,25 177:25 179:14 181:25 189:14 191:1 194:12 194:13 196:2 198:20 201:14 202:14 206:5 208:1,13,17,18 209:5,21 210:3 212:16,16 216:22 217:3 217:10 219:11 219:17,21 220:13,23 224:20 225:13 229:9,22 230:8 230:9,20 231:1 233:14 235:15 236:24 238:21 239:4,14,23 241:2 244:17 247:7 248:14 249:23 250:4 250:16 252:19 253:10,21 254:3,12 255:21 256:12 258:5 259:10 259:17,22 261:7 262:25 263:7 266:13 268:13 269:6 269:14 271:11 271:17,24 272:3 273:1,6 273:19 278:24 279:12,21 283:1,13,21 284:2 286:2,3 290:11,13 291:7,12 293:16 294:25 295:1,6,13,16 299:1 304:4
**seeing** 202:3
**seeking** 141:16 142:3
**seem** 110:23 140:5,17 141:2
**seems** 191:12
**seen** 54:18 84:19 92:9 99:20 107:24 132:16 177:4 212:18 260:4 295:21
**seer** 136:13
**segal** 3:8
**segalla** 3:13
**segregated** 16:16
**segregating** 124:23
**select** 8:6
**selection** 207:24
**self** 268:10
**semi** 268:22 269:9
**seminars** 26:14 27:6
**send** 188:7 196:8
**sense** 193:20 264:24
**sensitive** 6:17 10:3 79:11 80:1,19 84:12 267:4
**sent** 307:14
**sentence** 27:16 38:10 55:5 81:6,15,24 83:5,9 84:1 94:1 119:2 122:5 126:12 130:11 134:1 137:19 138:2 140:9 144:15 146:15 149:10 150:4 170:8 181:15 197:16 205:22 209:13 216:13 231:23 247:10,11,15

252:15 254:5 254:13,13 255:15 279:25
**separate** 18:19 83:21 84:2 167:9
**separated** 149:23
**separately** 179:1 288:6
**sequelae** 134:24 135:2
**sequence** 209:16
**serous** 121:6 124:24 131:25 132:23
**served** 23:18 27:19 30:10
**set** 20:7 28:13 71:14 306:16
**sets** 204:10
**setting** 23:9 29:7 182:16 244:20
**seven** 95:9 163:1 208:10 269:8
**several** 32:10 63:13 112:22 161:15 164:12 177:10,21,22 208:11 209:15 268:21 296:10
**shakuwra** 5:18
**shamasunder** 200:4
**shampoo** 209:20 236:17 237:2 239:17
**shampoos** 42:4 42:13 66:10 67:1
**share** 162:2
**shared** 254:10 254:17
**sharma** 1:8 6:3 10:9 11:10,16 11:17 14:8 17:11,20 18:3 18:13 23:11,18 26:10,18 27:13 27:19 29:9,22 30:1 31:2,5,11 31:12 35:22 36:5 37:16 76:14 79:7 95:23 103:8 105:1 115:23 120:9 135:16 144:9 148:3 152:10 162:17 173:6 175:22 188:10 196:15 199:17 202:18 207:19 219:24 229:15 234:24 243:24 253:15 265:6 277:5 282:12 287:9 287:24 289:13 290:13 306:3 307:5 308:2,24 309:2,4,12
**sharma's** 17:23 30:8,12 31:11 215:18
**shaving** 236:19
**shaw** 5:18
**sheet** 35:7 60:22,23 307:11
**sheets** 31:9 211:2,7
**shift** 187:22
**shohl** 4:2
**short** 62:21 76:10 188:2 229:5 265:4 286:15,20
**show** 14:3 109:9 111:1,2 111:16 144:7 156:2 157:12 157:17 199:6 199:10
**showed** 282:25 302:23
**showing** 198:16
**shown** 43:19 161:5 186:5 205:23 216:9 216:17 217:8 217:16 219:5 240:2 244:8 250:23 252:4 289:9,17
**shulman** 23:1
**sibling** 163:6 163:16
**sic** 139:2 153:17 239:8 239:13
**side** 150:13 278:7
**sided** 236:4,6 238:4
**sign** 145:2 306:10 307:12
**signaling** 147:2 147:4
**signature** 306:9 306:12,21
**signed** 306:11 307:19
**significant** 120:25 140:1 198:14 240:8 241:6 250:25 272:7 274:5,8 276:4 289:25 290:18 291:2 291:14 292:19 296:17 304:14 304:15 305:5

**significantly** 86:2 119:25
**signing** 306:8
**silica** 81:9 82:2 82:18
**similar** 34:7 42:8,12 159:15 161:6 180:1,7 180:7 182:12 210:25 213:24
**similarly** 159:14
**simple** 121:24
**singer** 3:8
**single** 149:22 177:9
**sir** 287:21 289:22
**sister** 8:19 56:14 58:3 231:4,16 253:12,24 254:1,9 256:1 256:17,20 260:1 264:16 265:22 267:12 271:9 282:24 285:21 286:9 290:10 294:23 296:5
**sit** 63:4 65:11 107:18 185:18 211:23
**sites** 139:3,25 181:23
**sitting** 15:5
**situation** 68:3
**six** 4:3 163:1 208:3
**sixth** 102:12 238:3 280:9
**size** 276:4
**skews** 93:14
**skimmed** 22:14
**skin** 236:15
**skip** 158:21 177:18 208:8
**skipped** 161:25
**skipping** 205:20 253:4
**slide** 29:21,24 30:16
**slides** 26:13 27:5
**slightly** 113:5 113:12 118:18 183:19 185:3 239:19
**slow** 69:23 102:25 202:11
**small** 139:5
**smokers** 260:13 260:20 261:14 261:18
**smoking** 97:22 243:4,5,7
**smolarz** 172:19 172:23
**smsm.com** 3:11
**soap** 236:20,20 239:18
**social** 153:15
**societies** 56:8 71:11
**society** 6:17,18 6:20,21,23 7:20 64:1 71:17 79:13,25 80:7,14 94:20 95:19 100:6 102:13 105:12 106:4 107:19 110:8 112:22 113:9 115:19 115:19 118:7 119:12,22 120:5 151:22 162:5 164:17 188:6,14 190:13 191:18 192:25 196:6 198:4
**socioeconomic** 129:12
**soconnor** 2:6 307:2
**sodium** 227:10
**solely** 266:21
**soles** 85:21
**solid** 136:11,22
**solutions** 307:23
**solvents** 81:8 82:2,18
**somebody** 70:22 264:9
**sophisticated** 60:13
**sorry** 12:1,8 14:24 23:7 61:4 64:21 70:1 76:23 79:17 90:21 95:1 104:9 106:20,21 116:22 117:25 124:17,18 125:1 130:17 134:13 135:19 137:16 138:25 140:14 148:16 158:23 164:10 166:8 176:2 178:14,17 189:24 190:17 194:7 197:10 199:7 202:6 205:19 208:16 214:20 216:5 216:12 226:5 229:24 235:4,7 238:4,9 241:21 242:18 249:4,9

250:1 257:6 261:6 275:6 278:13 303:25 304:1
**sort** 39:21 41:15 51:17 75:24 139:12 151:6
**sought** 54:5 203:11 253:24
**sound** 277:15
**sounded** 95:16
**source** 113:24 149:25 185:4,9 187:17
**sources** 56:7 71:10 206:12 285:15
**south** 222:21 222:22 223:24
**span** 275:6
**speaker** 53:19
**speaking** 192:5
**speaks** 95:15 128:13 156:15
**speal** 3:21
**specialized** 174:19
**specific** 18:14 24:10 43:16 48:22 59:4 69:10,12 96:20 100:7 105:13 106:5,9,18 107:2,10 108:13 112:14 113:23 125:19 136:7,14,17,19 137:8 147:7 153:5 172:1,7 172:9,10 197:17 198:22 211:6 212:1,24 213:23 217:19 218:2 227:16 242:4,22,24 243:2 250:20 252:10 266:10 278:17 284:1 284:22 285:8,9 287:25 288:1,5
**specifically** 25:12 43:7,14 45:23 48:15 49:11 58:9,14 58:18 64:6,11 64:18 73:13 78:15 88:10 97:11 99:18 101:24 106:2 106:23 107:12 107:19 124:4 124:14,19 126:11 128:11 128:22 129:4 132:5 136:8 138:17 146:21 149:2 152:21 153:9,24 156:18 164:7 164:21 166:21 183:8 188:24 189:15 191:17 193:14 195:10 200:21 202:5 203:25 205:8 207:5 212:10 215:1,23 218:14 220:21 228:1,17 231:10,23 247:3 252:15 252:21 253:12 257:12 262:16 265:11 269:4 277:22 279:3 289:20 302:22
**specifics** 155:2 185:22
**spectrum** 153:20
**speculate** 218:19
**speculating** 71:2 128:18
**speculation** 218:11
**speeches** 26:14 27:6
**spend** 45:10
**spent** 31:10 32:23,25 33:21 33:24 34:18 37:20 300:7
**sporadic** 90:8 91:6
**spread** 181:23
**spreadsheet** 35:2
**ss** 306:1
**st** 3:15,20
**stabilized** 157:15,20
**stable** 278:22
**stage** 7:5 135:25 136:9 136:20 137:25 139:8 151:18
**stages** 137:1,11 137:22 138:19 139:2 189:19
**staging** 189:19 190:5
**stains** 133:16
**stand** 147:10 204:19
**standalone** 147:16
**standard** 280:10
**standards** 72:1 72:3
**start** 26:25 29:23 47:14 77:22 149:2 190:19,20

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 384 of 400 PageID #:76757



199:8 234:4 304:1
**started** 33:4 47:18,22 60:11 60:13
**starting** 56:3 64:24 116:1 162:24 195:12 195:12,23,23 231:24 238:11
**starts** 54:4 82:7 91:8 126:9 127:16 131:15 133:19 144:25 149:10 174:17 188:15 191:9 195:2 198:9 209:13 233:8 236:2,12 238:5 239:17 252:12 255:14 272:15
**state** 2:4 10:22 10:23 11:15 128:9 129:19 149:20 171:9 171:13,22 175:3,17 186:3 187:8 199:5,9 232:3 244:18 258:17 267:21 286:24 306:1
**stated** 23:15 80:8 140:5 277:22
**statement** 6:13 31:14 38:6,15 84:17 105:20 123:13 127:4 128:3 130:6 131:1,3 141:11 147:11,17 168:20 182:2 183:12,13 218:9 262:14 262:18 273:15 299:2
**statements** 31:8
**states** 1:1,11 86:20 100:7 105:13 113:9 113:10 115:17 117:23 118:9 121:24 126:22 127:21 171:15 178:3 221:6,21 253:1 266:12 268:6
**statistic** 90:11 92:16 137:9
**statistical** 157:9 293:17
**statistically** 140:1 240:8 241:5 250:25 274:5 289:25 290:18 291:2 291:14 296:17 304:14,15 305:5
**statistics** 7:12 51:10 104:12 110:16 118:4 152:1 155:11 189:16 191:9
**status** 261:18
**steering** 6:11 17:18
**stefan** 5:15
**steiner** 5:18
**stem** 153:14
**stems** 154:3
**stenographic...** 306:4
**stephanie** 2:2 11:4 287:10 306:8 307:1
**stimulated** 121:22 122:8
**stimulation** 75:25
**stimulator** 208:6
**stomach** 138:9 138:20
**stop** 143:5,10 201:24 243:5
**store** 16:8
**stored** 15:25 16:4,4 17:2
**straight** 116:16
**straighten** 39:24 40:11 208:12
**straightener** 39:4 271:7 272:23
**straighteners** 8:21 38:3,19 41:5 42:4 164:24 165:2 165:11 169:16 169:25 170:3 171:17 187:15 199:11 201:4 246:24 266:17 268:11,23 269:10 274:23 283:6,18 289:24 290:14 290:20 291:8 295:2,22 296:14,19,21
**straightening** 39:6,17 40:9 40:21 41:7,17 230:15,17 231:17,25 266:1,22 272:17 283:8 283:12,16 284:7 285:24 286:8
**strange** 176:14

**stratified** 271:9
**street** 1:13 2:4 2:11,17 3:19 4:18 5:3
**strength** 221:25 249:6 283:24 289:3,6 294:7
**strengthens** 283:22
**strike** 24:3 26:24 29:23 31:25 48:5 72:2 77:1 84:9 85:10 99:15 117:16 121:2 142:17 151:15 157:16 166:15 206:22 208:19 210:6 220:2 233:16 235:4 237:12 240:5 241:12 246:16 254:7 262:25 275:6,19,21 277:20 281:15 298:8
**stroger** 49:16 49:22
**stroke** 154:10 154:18 156:23
**stromal** 174:19 175:8
**stronger** 203:2
**strongly** 144:20 145:5 146:4
**structural** 152:15 153:1 153:16,24
**studies** 16:11 35:23 36:3,10 47:23 55:10,14 56:12,19 57:1 57:7,10,13 63:19 65:22 67:19 72:6 80:8,10 82:8 83:17,19 87:9 113:19 123:20 124:1,4 160:15 161:4 164:23 165:3,10,13 166:17,22,25 166:25 169:24 170:4,9,18 187:19 199:6 199:10 217:15 219:5 233:9 244:8,12,15 248:10 253:7 267:3 269:17 269:22 273:15 279:9 280:7 281:13,16 282:9,21 288:1 288:5 299:5
**study** 8:19,24 16:6 56:13,14 56:15 57:20 58:3,6,15,18,20 136:20 138:10 138:24 142:18 160:5 171:6 172:9 178:25 183:1 197:3,6 201:2,10 203:21 204:15 208:21 209:4 210:5,7 217:24 220:7 222:16 223:24 230:14 230:25 231:4 231:16 232:1,4 232:15,20 240:11 246:10 246:20 248:16 249:3,6 253:13 253:24 255:3 255:15,18 256:1,17,21 257:16,18 260:1,18 264:3 264:16 265:22 266:7,9 267:6 267:13 268:20 270:1,6,10,16 270:23 271:9 272:16 273:9 274:7 275:10 275:14 276:5 276:17,20 277:18,19,22 279:4 280:4 281:24 282:16 282:24,25 283:25 284:8 285:21 286:9 289:10 290:7 290:10,15,19 291:5,24 292:3 292:18 294:8 294:11,16,24 296:5,10 297:4 297:13,14
**studying** 245:7
**stuff** 41:12 61:13
**styling** 248:18
**subgroup** 299:4
**subheading** 238:7
**subject** 30:13 54:5 166:5 302:4
**submitted** 21:23 22:6 306:8
**suboptimal** 159:9
**subscribed** 309:14
**subscription** 59:7

**subset** 291:25
**substances** 225:9 228:10 228:18
**substantial** 179:10,17 180:11,18 233:12
**subtypes** 177:10 291:7
**suburbs** 77:13
**succinctly** 299:22
**sufficient** 71:13
**suggested** 20:21 150:15 150:25
**suggesting** 168:17
**suggestion** 111:13
**suggests** 129:12 181:22
**suite** 2:17,21 3:3,9,14,19 4:3 4:8,18 5:3,8 211:25
**sullivan** 4:17
**sullivanj** 4:19
**sum** 141:12
**summarized** 164:13
**summary** 29:8 29:13,13 163:17
**sun** 238:24 240:23,25 241:13
**sunblock** 236:23 237:8 241:12
**suntan** 236:23 237:8 241:12
**super** 221:25
**superficially** 227:11
**supplemental** 212:8,11 213:6 214:17 215:8,9 215:13,19 222:2,4,15 240:2,18
**support** 21:4 24:17 29:9,13 66:4 84:5 155:16 233:11
**supportive** 74:11
**supports** 130:3 182:12
**suppose** 192:1
**sure** 12:22 13:9 18:7 20:4,5,8 21:9 37:2,20 41:4 52:1 58:23 59:3 70:10 74:2 86:20 102:2,9 103:6 105:5 113:7 125:23 131:11 132:15 133:9 140:10 141:11 143:6,7 152:20 153:8 164:11 165:2 166:24 169:3 169:15 170:2 170:10 171:16 173:3 178:9 179:2 186:9,11 187:23 189:25 190:3,25 193:21 196:18 201:8 204:11 207:7 214:25 223:18 226:10 235:9 242:20 244:22 249:13 257:8 264:9 274:18 277:13 278:3 296:2
**surely** 298:15
**surgery** 46:18
**surgically** 180:4
**surprising** 177:6
**surveillance** 136:12
**survey** 199:22 202:24 203:10 204:13,20
**surveyed** 205:3
**survival** 136:10 136:21 139:22 151:11,15,16 151:17 152:3,5 152:22,23,24 189:20 190:6
**survivor** 139:24
**survivorship** 46:22
**susceptibility** 90:8 91:5 94:3 94:10
**sworn** 11:9,12 306:3 309:14
**syndrome** 75:2 88:22,24,24 89:2,5,5,14,25 90:1 96:16 98:17,21 99:4 126:24 134:6,8 135:4,6
**syndromes** 90:1
**synonymous** 85:1
**synthetic** 81:9 82:3,19 149:13
**system** 141:7
**systematic** 230:14 231:24 233:12

**systemic** 46:18
**systems** 2:24 159:11

**t**

**t** 144:1 308:3,3
**tab** 65:12 109:21 147:25
**table** 104:14 138:13,14 186:2,6,12 187:7,11 220:20,25 221:9,10 222:19 226:3,5 226:12 229:9 239:3,13 240:2 249:22,24 250:23 251:19 257:11 260:4 261:3 263:15 263:24 264:11 271:5,6 272:10 283:4 289:14 289:20 290:4,6 291:4,10 294:16,20 295:1,5 296:1 296:2,6,7 302:18
**tables** 137:4 289:18
**take** 10:6 48:20 53:6 55:12 59:19 60:1 65:6 76:4 90:18 100:22 115:7 152:13 162:20 187:21 228:24 235:17 264:19,23 265:1 286:15 291:4 294:15 294:20
**taken** 1:9,13 10:10 17:10,25 143:15
**talk** 45:11 73:10 103:14 119:4 173:22
**talked** 34:8 41:13 50:11 60:12 61:24 64:20 65:9 66:5 69:7 71:15,17 74:24 74:25 248:2 297:6 298:25
**talking** 13:4 38:12 64:1 85:15 101:13 109:2,19 137:20,20 144:23 152:21 166:21 180:22 183:8,9 184:22 185:1 186:10 193:21 212:10 214:6 215:7 235:10 247:20 254:15,16 266:16 275:3 276:16 300:8
**talks** 85:16 88:6 115:2 119:2
**tallied** 34:19
**tamoxifen** 74:24 122:11 149:14
**tardy** 5:7
**target** 304:16
**targeted** 46:19
**task** 35:4 37:24
**taught** 92:11
**tc** 205:6
**tell** 22:13 23:4 29:2 34:2 47:20 63:14 70:4,11 102:1 133:13 157:22 183:15,21,24 185:19 204:7 211:23 227:1 264:2,11 279:23 286:6 286:13 289:22 295:20 296:15 296:16,19 299:22
**telling** 187:3
**tells** 210:5,7 221:17
**temporary** 268:22 269:9 283:8
**ten** 163:2
**tended** 252:16 252:22
**term** 59:2 121:3 161:9 173:17 260:14 273:20
**terminology** 119:16 250:16
**terms** 55:18 59:14 60:3,4,7 60:10,12,17 61:17,23 62:2 62:9,17 63:5 72:11 143:2 166:14 178:13 180:2 245:8 285:16 293:7 299:11,12,23
**territory** 64:24
**test** 224:3 228:1
**tested** 133:15 208:3 209:8,16 209:24 211:24 214:2 221:5 223:2 224:13 224:21

**testes** 138:9
**testified** 11:12 12:13 18:13 242:7
**testify** 306:4
**testimony** 14:21 37:21 191:22 192:16 210:12 245:2 251:22 286:23 288:11 305:3 306:6 307:9,17 309:8
**testing** 163:23
**texas** 3:10
**text** 170:12,12
**thank** 20:14 21:8 25:15 29:4 33:12 65:18 69:22 76:8 89:4 104:22 115:7 179:4,6 181:6 196:13 209:25 228:21 233:4 236:12 241:23 282:10 303:22 305:15,16,17
**that'd** 97:6
**thematic** 7:11
**theory** 154:3 245:9,11
**therapy** 46:19 46:19 74:23 122:10,11
**thereto** 23:18 27:19
**thing** 33:16 36:24 71:21 109:23 165:23 169:22 221:15 235:18 247:24 249:14
**things** 20:10 31:5 39:22 41:15 44:5 51:18,19 53:7 60:14,16 64:3 67:2,21 76:15 84:16 102:25 106:1 165:21 170:20 174:4,7 178:8 193:22 219:9 220:4 226:22 229:12 254:22 269:4 277:9 284:5 285:15 286:16 288:6,21 299:13 304:21
**think** 18:8 22:22 33:13 38:11 40:19 41:12,22 42:6 47:24 54:24 56:3 58:13 61:11 63:23 64:7 67:15 74:12 76:3 79:17,24 81:16 91:9 93:21 94:18 95:3 99:20 102:5,7 104:5 108:2,5 109:12,15 110:3,15,19 112:4 114:23 119:5 120:14 122:5 124:1,13 132:15 135:13 135:14,19 137:9 138:25 139:11,18 141:13 143:13 146:13 147:20 148:15 150:13 151:4 154:4 155:21 157:8 158:7,10,19 161:4,8,25 165:13,22 167:12 168:14 169:11,22 172:11 176:15 178:13,25 180:23 181:10 185:22,23 186:17 188:18 189:15,17,20 191:2 192:4,16 193:4,5,9 194:5,6 197:12 198:23 200:4 203:1,7 204:17 208:25 210:16 216:1 218:22 224:6,9,14 228:22 230:6 231:20 233:2 234:15,20 235:12 238:3,3 240:10 243:13 243:15 244:2 249:2,5,9,15,16 250:23 253:20 258:18 259:5 261:12 262:22 264:25 269:1 273:14 282:16 282:18 284:12 284:13 287:9 287:14 289:9 293:9,22 294:14 302:19 304:16,24
**thinking** 76:1 161:11 193:18
**third** 26:4 126:5 240:24 256:14 280:8
**thirds** 259:20
**thirteen** 163:2
**thought** 19:2 74:9 84:3,16 130:8 177:9 186:21 256:25

257:5
**three** 11:21 47:17 54:25 57:1,7 74:8 125:16 126:14 163:1 192:3 208:21 209:9 209:10,17,24 210:9 211:24 212:19 218:1 219:18 239:9 299:4
**threefold** 293:12,14
**thrown** 251:10
**thyroid** 138:8
**tie** 178:9 183:12
**tied** 178:13 280:1
**tiers** 223:22
**time** 10:5,22 12:12 31:8,10 32:2,23 33:19 33:21,23,23 34:9,24 35:4,6 35:17 37:20 45:10 63:2 72:13 85:4 130:13 139:14 160:25 176:11 187:5 196:16 210:21 213:14 228:23 235:6 236:13 264:18 264:24 267:16 270:7 273:22 275:7 279:5 281:10 285:20 300:8 307:18
**timeframe** 307:8
**times** 13:13 49:12,12 125:16 126:14 172:19 208:11 208:12 239:9 269:13 290:21 296:20
**tinea** 203:14
**tissue** 65:23
**title** 95:18 101:25 102:8 135:23 187:10 187:12 220:23 243:23 271:6
**titled** 83:7 145:14 151:11 198:8
**today** 12:18 13:13 14:17,21 15:5 19:15 37:22 63:4 65:6 107:18 185:18 211:23 215:18 279:7 287:25 288:5
**todd** 199:14 200:20 206:7 208:17
**together** 55:21 64:22 82:15,16 83:24,25 84:3 178:9,13 299:12
**told** 167:15,24 242:4 292:8
**ton** 101:20
**tongue** 254:7
**took** 76:15 144:4
**top** 18:22 22:19 116:22 130:17 139:1 164:20 166:3 176:6 186:19 209:12 219:12 234:5 235:12,15 252:13 253:18 256:9
**topics** 27:7 30:20
**toss** 90:12,15 91:7 92:15 93:21 94:14,15
**total** 57:1 199:23 204:13 219:1 238:24 239:19 259:20 261:5
**totality** 71:22 85:16 109:15 285:15 288:10 298:10,16,23 299:18
**touched** 139:12
**touching** 179:23
**towards** 218:23 278:23
**toxicology** 52:25 53:3
**trace** 153:16
**track** 34:24 35:16
**tract** 7:10 115:15 148:8 148:20 253:8
**traction** 203:12 205:6
**traditional** 117:2
**traditionally** 117:4
**training** 13:22 24:9 49:24
**traits** 254:18
**transcript** 306:5 307:6,19 309:5,8
**transdermal** 233:13
**translate** 293:6

**translates** 293:2
**transmitted** 87:9
**treating** 214:14
**treatment** 7:15 46:9,17 142:3 159:9 172:25 181:19 190:6 208:4
**trials** 153:17
**tried** 55:21
**triples** 262:8,18
**trouble** 178:18
**true** 19:24 20:12,17,23 21:1,6 24:7,18 25:2,9,18,19,21 25:25 26:5,6 27:25 28:2,7,8 28:15,16,23 29:2,14 30:18 36:10,19,21 37:4 40:2 52:8 52:14,16,17,21 53:3,4,17,18,24 53:25 56:16,24 57:15,22 58:6 58:7,10,20 63:6 66:7,11 66:14 67:3 68:21,24 69:16 70:6,14 72:15 73:2,3 78:12 78:24 82:4,5 82:11,12 84:7 84:8 86:15 87:1,16,25 88:17 89:7,8 90:13,14 91:15 92:3,16 94:4 94:10 96:18 98:1,5,9,12 100:4 103:21 105:10,16 106:10,24 107:14 109:3 112:22 113:5 117:19 119:17 123:14 126:18 127:9 128:6,12 128:23 134:11 136:17,23 138:11 140:17 141:21 142:1 142:11,19 147:15 148:13 149:18 152:16 153:2 154:10 154:25 155:19 156:3 157:3 163:7 164:9 166:9,18 167:9 169:8,17,20 172:3 173:18 173:19 174:12 178:6 185:14 185:21 187:15 187:16 189:2 195:20 197:3 197:23 199:15 202:15 203:5 204:9,16 205:10 206:13 206:19,24 208:6 210:10 212:2 214:14 214:15 215:15 215:16 220:5,6 220:12 222:2 222:21,24 228:3,18,20 229:13 231:5 231:11,18 232:7 233:18 233:22 237:3 237:14,22,24 241:6 244:24 245:14,15,18 245:20,24 246:9,13,20,24 249:1 251:15 252:23 254:18 256:21 257:16 257:17,20,21 257:23 258:10 258:24 260:20 261:15 263:11 263:17 264:3 266:18,22,23 268:16,18 270:3,11,14,18 271:1,2,3,4 273:11,23 274:6,13,22 275:15,25 276:10,11 277:10,11 280:15,17,23 281:6,19,25 282:4 283:19 284:8,16 285:1 285:10 286:9 302:13,24,25 303:2,5,18 304:7 305:2,9 305:10 306:6 309:8
**truth** 306:4
**try** 13:10 61:17 134:23
**trying** 20:4 33:18 100:24 101:12 131:11 132:9 137:7 158:12 180:2 186:8 192:11 202:11 209:6
**tube** 175:14 179:22 180:6 180:21 183:11 183:24 184:23 185:23 300:20
**tubes** 182:13
**tumor** 88:24 139:3,25 141:3

**tumors** 90:7 94:2,9 122:10 136:11,22
**turiello** 3:3 11:2 79:19,24 95:8,10,18 101:1 102:2,9 102:12,17,20 102:24 103:2 104:4,7,13,18 104:21,23 109:12 158:15 158:17 161:20 161:25 162:4 178:14,20 186:17,21 187:1,3 188:9 196:4,11,13,20 234:13 278:5,9
**turn** 220:16 287:21 290:6 296:1
**twelve** 163:2
**twice** 125:15 126:13 143:12 159:8
**twister** 254:7
**two** 18:19,21 18:25 23:6 47:17 54:25 57:10,13 81:21 82:24 83:21 84:2 117:5 124:19 131:19 133:17 139:4 159:18 163:1 165:21 170:20 178:13 192:23 238:4 239:8 259:20 261:4 269:13 279:24 284:5 294:2
**type** 33:16 41:6 67:2,21 78:18 117:10,11 121:5,5 122:7 122:15,17,23 123:5,23 124:2 124:2,6,23,24 124:25 125:2,9 127:20 130:22 130:25,25 131:2,20,23 132:3,5,6,11,14 132:14,19,19 133:2,10 151:18 157:14 157:15,19,20 181:16 213:11 249:19,20 283:10 286:8 292:14,14,18 292:20 293:5 293:16,20,24
**types** 39:5,16 40:9 41:17 64:2 67:19 117:5 131:19 132:2 174:18 174:21 175:14 177:8 183:22 183:25 184:9 184:13,20 194:15 208:10 217:8 268:21 284:7
**typically** 131:21

**u**

**ubiquitous** 83:7 84:13,18 84:21 85:12 86:6,12,23 87:7 114:10,18 114:24 149:4 247:6,19 248:3
**uganda** 222:21 223:25
**uh** 23:1 96:1 145:3 163:8 225:6
**ultimately** 245:16
**umbrella** 164:3
**unable** 278:15 284:25
**unaware** 24:15
**uncertain** 280:13
**uncertainties** 216:21
**uncertainty** 217:9,25 218:14,23
**unchanged** 204:3 205:2
**under** 17:10 31:6 37:24 54:2 77:6 79:23,24,25 87:7 88:20 90:25 91:3,7 93:21 94:8 95:10 96:8,11 102:4 108:6,23 109:24 110:1,7 112:3,4,7 116:25 121:14 122:3 126:2 144:14 146:13 161:14 164:3,6 165:9,9 167:16 167:25 168:23 173:13 174:15 176:7 195:1 197:15 201:4 203:9 206:10 207:24 224:25 225:11,16,18 233:6 235:3,10 237:21 238:7,8 238:9 244:4 247:15 253:23 255:13 256:5 258:3 266:24

269:3 271:15 271:22 294:6 296:16 302:10 306:5
**underestimate** 283:19
**underscoring** 230:25 232:15
**understand** 42:24 59:3 65:13 110:10 132:10 133:9 157:16 161:9 166:14 167:6 170:14 190:1 214:9 218:24 242:15 247:24 287:19 288:16 294:10
**understanding** 60:13 121:8 134:14 177:7 177:23 178:5 178:12 181:16 182:4 183:4 207:2 208:20 225:19,23 240:4,7 291:21
**understated** 258:18
**understood** 13:1,12 14:1 213:22
**unfortunately** 220:17
**unfounded** 245:17
**uninterrupted** 121:21
**union** 225:10
**unit** 10:8
**united** 1:1,10 115:17 118:9 127:21 221:6 221:21 266:12
**universe** 24:23
**university** 49:17
**unknown** 108:17 112:18 197:21 277:24 281:6
**unmarried** 260:7
**unopposed** 121:3,23 122:24 131:23 134:7
**unpublished** 17:24 27:11,23 28:5
**unquote** 189:17
**untrue** 245:17
**update** 279:4
**upper** 295:16
**urinary** 8:12,15 238:25 239:8 239:10,25 240:18 243:19
**urine** 236:13
**url** 194:9,11,14 196:4
**usage** 200:22 246:23 266:10 274:20 280:12
**use** 8:11,15,21 8:23 9:3 20:21 35:7,8 37:13 38:5,20 48:15 56:20 57:14,21 60:10 76:18 77:23 104:18 104:21 105:7 118:23 123:22 124:5,22 155:6 155:18 157:3 160:15,24 165:14 171:10 173:17 182:6 187:14 198:10 198:17 199:7 199:10 200:14 204:8 216:9,16 217:7,22 218:14 225:9 232:5,21 235:3 236:3,9 240:2 240:23 241:12 241:16,19,25 242:5,21 243:19 244:9 244:14,15 246:18 247:3 247:16 248:1 248:11,17 249:21 265:25 266:8,16 267:3 267:11,22 268:10 269:13 269:19 271:8 272:17,23 274:22 275:1,5 275:6 276:8 277:20,23 279:8 280:14 281:5,10 282:22 283:6 288:18 289:23 289:23 290:8,9 290:14,19,25 291:6 292:20 292:20,21,22 292:24 293:6 294:1,21 295:4 295:23 296:3 296:14,16,18 297:7,9 298:5 299:1
**used** 8:4 16:7 16:21 19:1 26:10,13 27:6 29:8 39:23 48:2 59:2,15 60:18 62:10 172:1,7 206:18

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 393 of 400 PageID #:76766



207:9,23 208:10,11 209:16 217:5 230:18 231:18 232:1 236:14 238:6,18,23 239:7 246:16 250:17 280:20 283:17 284:6 284:24 285:21 285:24 288:14 288:19 306:11 307:19
**users** 239:7 247:5,18 252:17 274:5 274:11 278:20 278:21 290:1 290:25 291:15 293:8,8 296:24 302:23 303:23 304:2
**uses** 160:13 283:9
**using** 47:2 49:11,13,13 72:14 80:8 83:17 119:16 136:12,23 167:7 178:19 239:17 278:19 283:11 286:7
**uterine** 8:22,24 12:2,17 20:22 27:24 28:6,12 28:19 30:2,14 30:21 35:24 36:19 38:4,20 43:17 44:17,22 45:4 50:1,7 55:7,19,23 56:21 57:11,15 58:10 59:17 62:6 66:3 72:9 75:4 80:13 82:20 83:12 84:6 89:7 90:2 117:19,20 118:13,16,24 119:4,5,7,8 124:22 134:5 144:19 145:4 146:3 150:17 158:18 159:15 159:16,19 161:16 164:13 205:9 230:9,15 230:24 232:6 232:14,22 245:24 246:8 266:1,8,11 267:7,12,24 269:19 270:3 270:11,18 271:8 272:7,18 272:25 277:23 281:6 285:10 290:10 291:7 291:23 292:4 294:17 297:25 298:19
**utero** 66:18 67:3,22 68:3,5 68:12
**uterus** 118:8,10 118:12 138:6 267:14
**utilize** 72:3
**utilized** 71:22 77:2,15

**v**

**v** 307:4 308:1 309:1
**valentina** 2:21
**valerie** 1:12 5:25 10:18 97:5 305:17 306:3,22
**valid** 303:9
**validating** 245:9
**value** 239:22 240:3,6 241:1 241:4 304:20 305:1
**vancomperno...** 5:17
**variable** 249:22
**variables** 249:20
**varied** 239:7
**variety** 55:17 130:8 140:25 219:6 304:21
**various** 70:18 177:16 198:17 233:9 261:24
**varying** 230:18
**vast** 90:8 91:6 147:4 258:23 259:9
**vbartolomeo** 2:23
**verbal** 78:17 79:16 154:11 256:4 258:21
**verify** 203:6 307:9
**veritext** 10:16 10:18 307:14 307:23
**veritext.com.** 307:15
**version** 33:5
**versions** 16:3
**versus** 7:5 40:10,10 124:24,24 135:24 173:23 179:23 204:24 289:23 290:1,3 290:21,25 293:8 295:4,23 296:24 297:10

300:8
**video** 10:6,9
**videoconfere...** 2:3,4,10,10,11 2:16,21 3:9,14 3:19 4:2,7,12 4:17 5:2,7,8,16
**videographer** 5:15 10:1,17 12:19 76:9,11 101:5 143:14 144:2 188:1,3 229:4,6 264:21 265:3,5 286:19 286:21 305:18
**videotaped** 17:19
**viewpoint** 201:1,9,16
**viewpoints** 299:9
**virnig** 135:23 136:6
**vitae** 30:9
**vitro** 65:22
**vivo** 65:23
**voelker** 3:18

**w**

**wacker** 3:3 4:8 5:8
**wait** 13:7 18:21 64:14,14,15 101:14 110:18 110:22 186:13 222:3
**waived** 306:8
**waiver** 23:16
**waiving** 26:17 27:17
**walnut** 2:17
**want** 18:7 20:8 21:9 22:21,23 24:11 37:2 45:9 50:10 53:7,8 59:3 65:7,13 74:3 79:5 95:5 97:2 99:21 100:19 100:20 101:1 101:15 103:5 116:24 133:8 143:4 144:5 151:10 153:12 162:7 166:5 169:21 171:21 177:2 178:17 187:4,23 189:13 190:25 193:21 195:5,6 196:14 197:9 199:21 204:11 204:19 223:19 228:25 230:5 238:18 265:11 266:3 272:14 277:12 302:17
**wanted** 61:16 61:18 76:14 196:9 265:17
**wants** 192:2
**warranted** 198:18 272:19 273:9
**wash** 236:21
**washes** 67:1
**waste** 187:4
**waves** 268:12 268:25 269:12
**way** 19:4 40:11 41:4 61:6 93:15 101:24 115:1 170:24 190:5 191:2,12 193:13 194:9 220:17 231:22 264:2,10 286:6 286:13 296:9 300:17
**we've** 78:2 99:10,20 107:7 131:13 148:6 170:25 188:5 188:13 265:9 299:21 300:7
**website** 193:14
**websites** 64:2
**webster** 167:16
**webster's** 167:25
**weed** 23:1,2
**week** 208:11
**weighed** 72:10
**weighing** 240:14
**weight** 174:8 243:10 298:7 298:11,20 299:2,13
**weighted** 299:10,14
**went** 185:15 189:15 238:16 244:3 258:8 269:5 275:15 275:18 303:2
**west** 2:21 4:8 4:18
**western** 77:13
**whereof** 306:16
**whichever** 250:24
**whispering** 10:4
**white** 56:15 57:20 58:2 120:3 129:7 130:14 136:11 136:22 152:2,5 152:25 156:1 157:15,20 159:9,16 197:3 197:6 206:1 256:16 257:19

257:23 258:10 260:6 264:8 282:11,11,16 282:23 285:8 285:16 294:11 294:16 296:10 297:13,14
**whites** 137:1,11 137:25 139:3 139:24
**wide** 140:25
**wideikis** 3:2
**widely** 261:25
**widespread** 84:22 114:25
**wiedner** 5:2
**winding** 76:6
**wit** 30:14
**witness** 6:2 11:6,9,11 12:21 15:21 17:7,8 18:16 18:19 19:19 20:2 21:1,15 22:5 24:21 25:5,11 28:2 28:25 35:13 36:13,21 37:10 38:24 39:14 40:5,13 41:1 41:12,22 42:4 42:12,24 43:11 44:12 45:7 46:1,12 47:6 47:12,17 48:12 48:19 49:6 51:15 53:10 54:17 55:3 56:3 57:7,18 57:24 58:13,22 59:21 60:7,20 61:11,21 62:4 62:21 64:17,23 66:14,21 67:7 68:1,24 69:4 70:1,8,17,24 71:5 72:18 73:25 74:8,22 75:17,23 76:23 77:9,19 78:2 79:4 80:2,4 85:1,7,14 86:9 86:17 87:19 91:21 92:3,19 93:1,5,10,18 95:9 96:1,3,7 97:10 98:25 99:3,10 100:1 100:13,16 102:7 103:15 103:25 104:3 105:20 106:14 107:7,16,24 110:21 111:19 111:22 113:19 114:5,16,23 116:16 119:1 123:2,17 124:1 124:10 125:6 125:19 126:6 127:11 128:9 128:15 129:1 129:19 130:1 131:6 132:14 135:2 137:18 139:11 140:9 140:19 142:13 142:22 147:10 151:4 152:18 153:5 154:2 155:2,11,21 157:7,24 158:7 159:4,25 160:7 161:4 163:21 165:21 166:12 166:21 167:4 167:12,22 168:5,14,25 169:10,23 171:13,20 172:5 176:7,20 176:22 178:16 181:8 182:11 182:23 183:8 184:3,8,16 185:7 186:12 189:7 193:4 194:3 196:10 198:1 200:19 203:1 204:3,24 205:12 207:16 208:25 210:23 211:9,17 212:6 213:3,19 214:23 215:21 216:14 218:8 218:22 221:14 223:7,8 224:3 226:1,7,16 227:20 228:6 228:13,20 230:3 231:7,14 232:9 233:1 237:18 240:10 241:9 242:17 242:24 245:3 245:20 246:2 248:7 249:5 250:12 251:8 251:23 252:7 253:1 254:24 255:23 256:25 261:1 262:4,12 262:22 268:2,4 268:18 269:22 270:6,14,22 272:12 273:14 274:1,15 275:1 275:9 276:3,13 276:16 278:8 279:24 280:17 281:1,8,22 282:6 284:12 284:18 285:4 285:14 286:13 287:4,6 302:15

Case: 1:23-cv-00818 Document #: 1828-19 Filed: 05/05/26 Page 396 of 400 PageID #:76769



303:5,15,20 304:9 305:7,12 306:6,16 307:8 307:10,12,18
**witness's** 245:1 251:22 258:1
**wmlaw.com** 5:4
**woman** 66:25 69:10 113:25 114:10
**womb** 87:10
**women** 8:5,13 8:18 66:3 80:12 83:11 113:3,10,10 115:16 118:11 120:2,3 125:16 125:17 126:13 126:14 129:6,7 130:11,14 133:24 134:4 146:2 151:15 151:17,18 152:2,3,4,5,23 152:25 156:1 156:10 157:14 157:15,19,20 159:2,6,14,16 165:5 170:6 199:7,10,12 205:24 206:1 206:18 207:9 217:6 231:5,8 232:7 235:4,5 236:12 238:6 238:17,22 239:17 243:22 244:15 248:21 253:25 254:7,8 256:1,16,19 257:19,23 260:4 272:22 274:16,21,22 275:17,23,23 275:24 276:7 281:11 283:15 284:6 290:24 302:23 303:24
**women's** 56:14 58:6 150:16 232:4,20 282:25
**women’s** 8:24
**wondering** 264:19
**word** 77:25 78:23 81:21 250:17
**wording** 78:15
**words** 88:16 167:7 288:4 292:7 297:8 302:8
**work** 15:13 31:11 32:4,8 32:18 34:10,11 59:11 61:13 72:4 111:18 287:16 300:18
**worked** 16:13
**working** 15:15 16:2 99:23 196:16
**works** 53:23 111:20 161:10
**worldwide** 5:12
**worse** 130:8,9 139:15
**wrap** 286:16
**wright** 201:18 202:7,15,17,22 203:23 204:1 204:15,21,24
**write** 51:16 90:6 119:25 130:2 151:14 174:17 175:10 198:13 219:3 256:14 260:11 265:21
**writing** 33:4
**written** 16:15 29:25 30:17 37:3 44:16,21 45:3 49:24 50:5 78:19,22 78:25 91:24 266:15
**wrong** 120:13 150:8 188:24 198:24 224:19
**wrote** 60:22 61:13
**www.cancer....** 194:15

**y**

**yeah** 14:13 20:4 31:1 33:5 61:21 65:11 67:7 76:7 88:25 94:15 95:1,14,22 99:21 102:11 103:23 104:6 111:9,11,19,23 120:20 125:24 126:6 129:16 141:10 145:2 147:20 154:21 154:22 158:7 161:20,24 162:9,11 176:18 180:21 186:12 191:2 192:23 193:11 196:12,13,23 209:6 218:22 219:13 224:10 228:24 234:13 236:6 257:4 259:7 262:16 264:9 270:22 274:19 285:14 293:15

**year** 49:12,12 139:24 151:16 152:3,23 208:12 269:13 296:20
**years** 47:18 54:7,12,25 78:4 127:22 149:24 160:17 164:25 170:1 177:4 195:13 218:3 267:13
**yellow** 116:5,6
**yep** 111:15 202:1 243:17 289:12
**york** 2:5,5 4:13 4:13
**young** 205:13
**younger** 133:25 260:5
**yu** 144:21 145:10,13,22 146:20 147:14

**z**

**zoom** 32:11 33:15
**zota** 199:23 200:2,25 201:8 202:23 203:22 203:24 204:13 204:15,20,24

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.