# Exhibit 19

# EXPERT REPORT OF

# STANLEY T. ATWOOD, M.S.

## In Re: Hair Relaxer Marketing Sales Practices and Products Liability Litigation (MDL 3060)

**Prepared for:**

Plaintiffs Steering Committee – MDL 3060

Exhibit
3
03/06/2026
Stanley T. Atwood , MS

# Scientific Review of Toxicologic and Mechanistic Evidence Regarding the Biological Plausibility that Hair Straighteners and Relaxers Cause Ovarian and Uterine Cancers

Stanley T. Atwood, M.S.

Toxicologist, Retired

## TABLE OF CONTENTS

1. My Mandate ........ 1

2. Credentials, Expertise and Experience ........ 2

3. Executive Summary ........ 4
   3.1. Opinion Statement ........ 4
   3.2. Evidence Integration and Key Findings ........ 4
   3.3. Report Introduction ........ 6
   3.4. Methods and Evidence Types ........ 7
   3.5. Exposure ........ 8
   3.6. Biological Effects ........ 9

4. The Science of Toxicology ........ 11
   4.1. Basic Principles and Branches of Toxicology ........ 11
      4.1.1. Dose-response relationship ........ 11
      4.1.2. People differ ........ 14
      4.1.3. Substances change ........ 14
   4.2. Challenges in Toxicology ........ 15
      4.2.1. Toxicity testing ........ 15
      4.2.2. Toxicity of mixtures versus single chemicals ........ 16
      4.2.3. Toxicology and causal inference ........ 16
   4.3. Mechanistic Studies and Biological Plausibility ........ 17
   4.4. Key Points ........ 19

5. Methodology ........ 21
   5.1. Scoping and Problem Formulation ........ 21
   5.2. Literature Search Strategy ........ 22
   5.3. Literature Screening ........ 22
   5.4. Review Literature and Extract Data ........ 22
   5.5. Evaluate Strength of Evidence ........ 23
   5.6. Integrate Evidence, Summarize Findings, Formulate Opinion ........ 25

6. Literature Search Results ........ 26
   6.1. Chemicals of Concern (CoCs) ........ 26
   6.2. Literature Searches ........ 29

7. Mechanistic Evidence ........ 30
   7.1. Introduction ........ 30
   7.2. Exposure ........ 31
      7.2.1. Basic principles ........ 31
      7.2.2. Product exposure studies ........ 32
      7.2.3. Unique properties of chemical hair relaxers ........ 33
   7.3. Carcinogenicity ........ 34
      7.3.1. Agency cancer evaluations ........ 34
      7.3.2. Endocrine-related cancer studies ........ 37
         Hair relaxer studies ........ 37
         Phthalates ........ 39
         Parabens, benzophenones, cyclosiloxanes ........ 40

7.3.3. Key characteristics of carcinogens....41
Cyclosiloxanes .... 43
Formaldehyde.... 44
Parabens .... 45
Phthalates .... 46
Benzophenones/UV Filters .... 48
7.3.4. Key findings – carcinogenicity ....49
7.4. Endocrine Disruption ....49
7.4.1. Agency evaluations of endocrine disruptors....52
7.4.2. Endocrine disrupting effects of hair relaxers ....53
Hair relaxer and personal care product use .... 53
Chemicals detected in hair relaxers and other personal care products.... 54
7.4.3. Key characteristics of endocrine disruptors....61
Cyclosiloxanes .... 61
Parabens .... 62
Phthalates .... 64
Benzophenones/UV Filters .... 65
7.4.4. Key findings – endocrine disruption....66
8. Biological Plausibility....68
8.1. The Hill Principles and Mechanistic Data ....68
8.2. Evidence Evaluation....69
8.2.1. Direct evidence ....69
8.2.2. Indirect evidence....70
8.3. Are Current Levels of EDCs in PCPs Safe? ....71
8.3.1. Chemicals in hair relaxers are a health concern....72
8.3.2. Counter Argument: Chemicals in hair relaxers/PCPs are safe – An Analysis ....72
8.3.3. Discussion....73
8.4. Key findings....75
9. Summary and Conclusions ....77
References....81

## LIST OF TABLES

Table 4-1. IARC evidence integration for carcinogen classification....16
Table 4-2. Key characteristics of carcinogens (KCCs)....18
Table 4-3. Key characteristics of endocrine disrupting chemicals (KCs) ....18
Table 5-1. IARC definitions of strength-of-evidence descriptors for carcinogens....23
Table 6-1. Concentrations of endocrine disruption or asthma-associated chemicals detected in hair relaxer kits.....27
Table 7-1. Agency cancer evaluations for some chemicals detected in hair relaxers....35

Table 7-2. Key epidemiology studies of hair relaxer use and cancer outcomes................38
Table 7-3. Hallmarks of cancer and enabling characteristics ...........................................41
Table 7-4. Key characteristics of carcinogens (KCCs) for cyclosiloxanes .......................44
Table 7-5. Key characteristics of carcinogens (KCCs) for formaldehyde.........................44
Table 7-6. Key characteristics of carcinogens (KCCs) for parabens................................46
Table 7-7. Key characteristics of carcinogens (KCCs) for phthalates..............................47
Table 7-8. Key characteristics of carcinogens (KCCs) for benzophenones/UV filters .....48
Table 7-9. Endocrine-disrupting effects of CoCs present in hair relaxers.........................55
Table 7-10. Key characteristics of endocrine-disrupting effects for cyclosiloxanes .........62
Table 7-11. Key characteristics of endocrine-disrupting effects for parabens ..................63
Table 7-12. Key characteristics of endocrine-disrupting effects for phthalates ................64
Table 7-13. Key characteristics of endocrine-disrupting effects for benzophenones ........66
Table 8-1. The Hill principles for evaluating causation ...................................................68
Table 8-2. Evidence Integration Based on the Hill Principles..........................................75

## LIST OF FIGURES

Figure 4-1. Hypothetical example monotonic dose-response curve.................................13
Figure 4-2. Hypothetical example of non-monotonic dose-response curve ......................14

# 1. My Mandate

I was retained to perform a review of the scientific literature and to provide my professional opinion on the possible health effects associated with the use of hair straightener and relaxer products (hereafter referred to as hair relaxers). More specifically, I was tasked to give my professional opinion regarding the question: Are there biologically plausible mechanisms that link use of these products with ovarian and uterine cancer? Although the literature that directly addresses the toxicity of hair relaxer products is limited, the literature that addresses the toxicity of chemicals found in these products is extensive and was considered relevant for addressing the question. Thus, the purpose of this report is to present an overview of the methods used to investigate potential health hazards posed by use of hair relaxer products, identify the chemicals of concern (CoCs) present in these hair products, to present primary findings based on the scientific literature on human health hazards (primarily endocrine disrupting effects and cancer), and to review the mechanistic evidence to address the biological plausibility of adverse effects in women that use these products.

# 2. Credentials, Expertise and Experience

I hold the following academic degrees: Bachelor of Science and a Master of Science in Wildlife Biology and a Master of Science in Toxicology, all from North Carolina (NC) State University. I retired in 2022 following a 37-year career as a toxicologist that was devoted to evaluating potential public health hazards from environmental exposures. My experience includes working with a State regulatory agency for 3.5 years, an environmental consulting firm for 8 years, a non-profit research organization for 3.5 years, and as a contractor supporting the National Toxicology Program's (NTP's) Report on Carcinogens for 22 years. I was a board-certified toxicologist (Diplomate of the American Board of Toxicology) from 1993-2023. After retiring in 2022, I chose not to recertify.

The first 15 years of my career were focused on evaluating potential acute and chronic hazards to public health posed by environmental contamination from abandoned hazardous waste sites or emissions from industrial facilities or spills. In that capacity, I conducted field studies to collect water and soil samples, analyzed data, prepared risk assessment reports, determined if site conditions posed an imminent hazard to public health or the environment, presented findings at public and regulatory meetings, and occasionally, defended regulatory recommendations and actions in court. I also taught a few classes on toxicology and risk assessment practices as a guest lecturer at NC State University or as part of a 40-hour health and safety training class that was offered monthly for about a year.

Most of my career was dedicated toward supporting the NTP's Report on Carcinogens. I was a senior staff toxicologist from 2003-2022. In that capacity, I conducted literature searches, reviewed toxicology and mechanistic studies for various substances, agents, or exposure conditions and prepared reports that summarized the findings and presented conclusions based on the overall weight or strength of evidence. I was a principal author for report sections dealing with absorption and metabolism, animal cancer studies, and mechanistic studies. This work required screening and prioritization of hundreds and sometimes thousands of studies. All studies that met selection criteria were critically evaluated and summarized to render an opinion on the overall strength of evidence on whether the substance was carcinogenic in animal studies and if the biological mechanisms were relevant to humans. These data were then integrated with data from epidemiologists and other health scientists on the team to recommend a listing status for the substance (either as a known human carcinogen, a reasonably anticipated human carcinogen, or inadequate data to list). In addition, the data and conclusions were presented and defended at public meetings as part of a peer review process and included responding to dissenting opinions from industry-supported scientists. During my tenure as a contract scientist for the NTP, I was one of the principal authors for about 50 background documents and monographs[1] prepared as part of the listing process for the Report on Carcinogens (RoC).

---

[1] The completed cancer hazard evaluations for substances listed in the RoC are published as monographs (previously background documents)

Some of the substances evaluated included steroidal estrogens, di(2-ethylhexyl) phthalate, talc, and formaldehyde.

All work on the Report of Carcinogens was guided by Congressional mandate, specific listing criteria, a methodological handbook, and substance-specific protocols. The methods and procedures outlined in the handbook and protocols were designed to ensure a thorough and transparent review of all the relevant literature. This included adapting systematic review methodology for all epidemiology and animal cancer studies beginning in 2015 and using the key characteristics of carcinogens (Smith *et al.* 2016) to identify, organize, and evaluate mechanistic studies. From 2019 until my retirement in 2022, I was the principal author for one publication and a co-author for six posters that addressed emerging methods for cancer hazard evaluation, including use of mechanistic data and the key characteristics of carcinogens to inform these evaluations. The methods and principles I used as a Senior Toxicologist in support of the Report on Carcinogens for more than 20 years are the same methods I used to evaluate the toxicological and mechanistic data associated with the use of hair relaxers or exposure to chemical constituents identified in hair relaxers.

# 3. Executive Summary

My mandate was to render an opinion regarding the biological plausibility that use of chemical hair relaxers could cause endocrine-related cancers – specifically ovarian and uterine cancer. Biological plausibility was first introduced by Sir Austin Bradford Hill in 1965 as one of nine considerations for establishing causality. Although biological plausibility has been defined by many, for the purposes of this review, I relied primarily on the USEPA definition: *An inference of causality [which] tends to be strengthened by consistency with data from experimental studies or other sources demonstrating plausible biological mechanisms. A lack of mechanistic data, however, is not a reason to reject causality.* An important aspect of biological plausibility is that it does not imply absolute certainty, nor can it be demanded because what is biologically plausible depends on current biological knowledge.

## 3.1. Opinion Statement

In my opinion, as a toxicologist with 37 years of experience in evaluating hazards from environmental exposures to chemicals, stated to a reasonable degree of scientific certainty, integration of evidence from epidemiological, toxicological, and mechanistic studies strongly support a biologically plausible causal relationship between exposure to hair relaxers and ovarian and uterine cancer as reported in several recent epidemiology studies. Hair relaxers contain a complex mixture of chemicals that include endocrine disrupting chemicals (EDCs) and carcinogens (e.g., formaldehyde, parabens, phthalates, ethylene oxide, 1,4-dioxane, diethanolamine, nitrosamines, and others). Some of these chemicals are known to produce endocrine disrupting effects and cancer in humans while many of them are known to induce receptor mediated effects (activate or antagonize hormone receptors), epigenetic effects, oxidative stress, and other key characteristics of endocrine disruptors or carcinogens in vitro. Although it cannot be determined which of these singular chemicals are most responsible for the biological effects associated with hair relaxer use, it is plausible and likely that the combination of biological activities of these chemicals over time creates an elevated risk for endocrine-related cancers. Therefore, to reach my overall opinion, it was not necessary to identify which chemicals were the most responsible for the observed effects. Rather, my opinion is based on the overall consistency and coherence of direct evidence reported in epidemiology studies of hair relaxer use, and indirect evidence reported in mechanistic and other studies of chemicals present in hair relaxers as summarized below. Collectively, these studies provide compelling evidence that hair relaxer use can cause cancer in humans via biological plausible mechanisms and that exposure to the mixture of carcinogenic and endocrine disrupting chemicals in hair relaxers over time is sufficient to induce pro-cancerous programming and impact molecular pathways underlying the hallmarks of cancer.

## 3.2. Evidence Integration and Key Findings

I reviewed more than 500 papers that addressed some relevant aspect of the mandate to formulate an opinion on the biological plausibility that exposure to chemical hair relaxers

can cause uterine and ovarian cancers in women. The evidence was considered from many sources including reviews, agency reports, human studies, in vitro studies using human cells, animal in vivo and in vitro studies, and in silico studies. Many studies also addressed the inadequacies of standard toxicology and risk assessment methods to evaluate EDCs – methods that were commonly utilized in papers presenting a dissenting opinion. Many reviews and experimental studies also addressed the potential for additive or synergistic interactions from exposure to EDC mixtures typically present in chemical hair relaxers and PCPs, including exposure to multiple products, and non-monotonic dose-responses of EDCs (some chemicals can have effects that do not consistently increase or decrease with dose, thus effects at low doses cannot be predicted by extrapolating from higher doses) and identified these as important areas for future research.

Evidence from both direct and indirect lines of evidence were integrated to inform my overall opinion.[2] The key findings from my review are summarized here.

I. Direct Evidence

a. Several large epidemiology studies show consistent associations between hair relaxer use and endocrine-related cancer (particularly ovarian and uterine).

b. Product testing data show that multiple EDCs are present in chemical hair relaxers, including some that are not listed on the labels.

c. Some chemicals found in hair relaxers have been identified as carcinogenic. These include formaldehyde and ethylene oxide (known human carcinogens), di(2-ethylhexyl) phthalate, benzophenone, diethanolamine, and 1,4-dioxane (likely or possible human carcinogens).

d. Exposure confirmed: Available studies show that use of hair relaxers results in systemic absorption of chemicals present in these products as measured in blood and urine.

e. Hair relaxer use was shown to alter circulating levels of sex hormones (an indication of endocrine disruption).

f. Racial disparities: Chemical hair relaxers are primarily used by African American/Black women with use often beginning in childhood and continuing for decades.

II. Indirect Evidence

---

[2] I was given access to deposition transcripts to review. Additionally, I was given access to a database that contains thousands of documents produced by the Defendants.

a. Mechanisms identified: CoCs in hair relaxers exhibit multiple key characteristics of carcinogens and endocrine disrupting effects in human cells. Collectively, these studies support biological plausibility.

b. CoCs promote growth and development of uterine and ovarian cancer: In vitro studies with human cells show that some of the CoCs promote proliferation and invasion properties of uterine, ovarian and breast cancer cells.

c. Effects at relevant doses: Both in vivo and in vitro studies in humans and human cells show effects of CoCs at low concentrations (i.e., concentrations found in human bodies).

d. Reversal of effects demonstrated: Intervention studies reported that women who stopped using PCP products with some of the CoCs showed that cancer-related gene expression was reversed with a reduction of CoC concentrations in urine.

e. Endocrine-related effects: An increasing number of studies report that exposure to hair products (some including relaxers) are associated with increased exposure to CoCs and endocrine related effects (e.g., altered sex hormone levels, altered breast tumor clinicopathologic features, early menarche, reduced fecundability.

f. CoCs detected in human tissues: Many of the CoCs have been detected in human ovary, endometrium, breast, amniotic fluid, and follicular fluid and indicate that these chemicals are distributed to relevant tissues.

## 3.3. Report Introduction

This main body of this report is organized in six sections. The next two sections address the basic principles and challenges in toxicology, including the role of toxicology and mechanistic data in causal inference (Section 4), and the methods used to identify, review, and evaluate the relevant scientific literature (Section 5). Sections 6-9 proceeds in four basic steps: First, I identify chemicals of concern (CoCs) identified in hair relaxer products (Section 6). Many of the CoCs are also widely recognized as endocrine disrupting chemicals (EDCs - substances that interfere with hormones), and some are additionally carcinogenic. Second, I establish that these chemicals are absorbed systemically through direct contact with the scalp or skin while volatile and semi-volatile chemicals can be released to the air and inhaled (Section 7). Third, I review the evidence that exposure to chemical hair relaxers is associated with cancer and endocrine disrupting effects and show that CoCs present in these products exhibit multiple key characteristics of carcinogens and endocrine disrupting chemicals (Section 7). The key characteristics identify mechanistic properties that are frequently associated with cancer development and endocrine disruption. Fourth, I integrate the direct and indirect evidence from epidemiology,

toxicology, and mechanistic studies to establish biological plausibility and to draw conclusions (Sections 8 and 9).

The concept of endocrine disruption (chemicals that inappropriately mimic the activity of hormones in the body) was introduced in the 1950s, and by the 1970s, physicians and scientists recognized that these chemicals were responsible for reproductive disorders and cancers in humans and wildlife. The terms "endocrine disruption" and "endocrine disruptors" were first coined at a scientific conference in 1991. Over the past couple of decades, EDC research has become a major multi-disciplinary field of study as evidenced by the rapid increase in the number of publications. Hair relaxers and other personal care products (PCPs) are important and frequent sources of exposure to complex mixtures of EDCs and other chemicals, including carcinogens. The scientific literature clearly shows an increasing level of concern regarding exposures to potentially toxic chemicals found in hair relaxers. Although several health and safety evaluations of PCPs have been published, it is important to realize that any reports or reviews published prior to 2015 would not include most of the relevant literature. Furthermore, many studies and reviews published in the last 20 years have commented on the inadequacy of conventional toxicology methods and risk assessment concepts to address the chronic low-dose health effects of EDCs in humans. This is largely due to the low levels at which hormones are active, complexity of evaluating health effects of mixtures, and the potential for non-monotonic dose responses for EDCs. These facts were important factors in helping me form an opinion.

## 3.4. Methods and Evidence Types

I used the same methods in this evaluation that I used during my 20+ year tenure as a senior mechanistic toxicologist supporting NTP's Report on Carcinogens. The general methodology involved scoping and problem formulation, literature search and screening, data extraction, strength of evidence evaluation, evidence integration, summarizing findings, and drawing conclusions. The scoping and problem formulation phase was based on recent reviews, human studies, and agency reports that addressed hair relaxer use or identified potential toxic chemicals found in hair relaxers. This information informed subsequent searches of the toxicological and mechanistic literature for chemical hair relaxers or ingredients reported in these products that may cause adverse effects in humans; especially endocrine disrupting effects and/or carcinogenicity.

I screened the titles and abstracts of more than 3,000 published studies—including original research articles, systematic reviews, meta-analyses, and agency reports. More than 700 papers were selected based on predetermined criteria, as discussed in Section 5, with the main criteria being relevance to the topic and study design (e.g., test system, concentrations, and the number of study participants). This approach was designed to ensure the review captured studies most pertinent to the evaluation of chemical hair relaxers and their potential health effects.

Selection criteria were based on the relevance of the study to the topic without consideration of the results and conclusions (i.e., both positive and negative studies were included). PDFs of the selected papers were obtained for full text review. Findings from

reviews that addressed effects associated with hair relaxer use or chemicals found in hair relaxers, human studies of hair relaxer use or exposure to chemicals found in hair relaxers, and in vitro studies using human cell lines that used doses comparable to actual human exposures were given greater weight than experimental animal studies or in vitro studies in animal cells.

Although mechanistic toxicology studies of hair relaxer products per se are limited, this does not mean that the biological plausibility of their association with endocrine-related cancers cannot be addressed. More than 50 relevant studies of chemical hair relaxer products were reviewed. These included studies that reported on chemical composition, demographics of product use, hormonal activity and endocrine related effects, biomarkers of exposure (measurable indicators of exposure such as chemical levels in urine, blood, and tissues), and cancer.

Because the mechanistic literature specifically for hair relaxers is limited, studies of chemicals present in hair relaxers were considered highly relevant to this evaluation. Hair relaxers are reported to contain multiple chemicals (e.g., phthalates, parabens, benzophenones, cyclosiloxanes, formaldehyde, fragrances, ethanolamines, and others) which have been linked to various adverse health effects, including endocrine disruption in various test systems and cancer. In addition, other carcinogenic chemicals may be present as contaminants or byproducts such as 1,4-dioxane, ethylene oxide, cadmium, lead, and other toxic metals. Thus, the potentially relevant toxicological and mechanistic literature for this evaluation is extensive.

Evidence linking chemical hair relaxer use to cancer can be either direct or indirect. Direct evidence includes any study that investigated biological effects associated with chemical hair relaxer use or reported on the chemical components of hair relaxers. This included studies that investigated endocrine-related cancer or other relevant biomarkers of effects (e.g., altered circulating hormone levels or altered gene expression) or exposure (e.g., altered levels of chemicals in blood or urine) in women that used hair relaxers. Indirect evidence was derived from studies (in vivo or in vitro) that reported non-cancer endocrine disruption in people exposed to hair relaxers or other hair-care products, and any biological and molecular effects of chemicals present in hair relaxers that are relevant to cancer or endocrine disruption.

## 3.5. Exposure

Use of hair relaxers results in systemic exposure to various chemicals, including EDCs and carcinogens, present in these products. Several studies reported that use of hair relaxers and other hair care products compared with non-use, are associated with higher urinary concentrations of multiple EDCs including phthalates, phenols, and parabens. Exposure occurs primarily through skin absorption and inhalation, with documented higher exposure levels in Black and African American women compared to Caucasian women because of a greater prevalence and frequency of use. Dermal absorption via the scalp is higher compared to other regions of the body and can be further increased by tissue damage resulting from the corrosive properties of chemical hair relaxers, which generally possess

a pH greater than 12. In addition, a damaged scalp would contribute to greater absorption of chemicals present in other hair care products. Volatile chemicals (e.g., formaldehyde and cyclosiloxanes) present in hair relaxers are released into the air during application of these products, thus, inhalation exposure can be important. Heat generated or applied to the hair would increase chemical release to the air.

## 3.6. Biological Effects

The consistency and coherence of epidemiology and toxicology studies of hair relaxer products and/or chemicals present in hair relaxers were most informative for addressing biological plausibility. Several recent epidemiological studies consistently reported associations of hair relaxer use with some endocrine-related cancers as well as some non-endocrine-related cancers Other human studies report that hair relaxer use is associated with altered circulating levels of estrogens, progesterone, and testosterone; altered estrogen metabolism; and lower levels of sex-hormone binding globulin. Other endocrine-related effects reported in women that used chemical hair relaxers and/or other hair care products include an earlier age of menarche, preterm delivery, and reduced fecundability. Thus, chemical hair relaxers are associated with many endocrine-related adverse effects including reproductive and metabolic disorders and cancer. Although most chemicals found in hair relaxers have not been formally evaluated for carcinogenicity, a few of these chemicals are known to be carcinogenic to humans and/or experimental animals. These include formaldehyde, ethylene oxide, 1,4-dioxane, di(2-ethylhexyl)-phthalate (DEHP), diethanolamine and benzophenone.

Most, but not all, reviews and epidemiology studies of EDCs present in hair relaxers reported some associations between these chemicals and various adverse effects. Variable results are not unusual in epidemiology and toxicology studies because of the differences in study designs, population sizes, test methods, and the difficulties of studying complex exposures and disease outcomes. Studies and reviews reporting that current levels of EDCs, such as phthalates and parabens, present in hair relaxers are safe, typically rely on standard risk assessment methodologies that are unsuitable for EDCs because these assessments do not account for low-dose effects, non-monotonic dose responses, or the cumulative impact of multiple exposures and complex mixtures characteristic of chemical hair relaxers.

There is clearly a growing concern expressed in scientific literature that EDCs present in chemical hair relaxers do pose health risks to consumers based on the increasing number of studies reporting significant associations between biomarkers of EDC exposure (usually concentrations measured in blood or urine) and various endocrine-related health outcomes. These include reproductive disorders, adverse birth outcomes, early age at menarche, lower fecundability, metabolic disorders, neurological development, and endocrine-related cancers. Of particular importance are intervention studies that reported lower urinary concentrations of EDCs, or a marked reversal of cancer associated phenotypes in healthy breast tissue from women after they had stopped using personal care products containing phthalates or parabens.

Another study reported an association between hair relaxer use with breast tumor clinicopathologic features. In addition, an increasing number of in vitro studies using human cell lines show strong evidence that EDCs present in hair relaxers can induce proliferation of both cancer and non-cancer cell lines, cause epithelial to mesenchymal cell transition, induce cell cycle progression, inhibit apoptosis, and promote metastasis and invasion.

Furthermore, many chemicals in hair relaxers exhibit key characteristics of carcinogens, such as genotoxicity, epigenetic alterations (heritable changes in gene expression caused by factors such as altered DNA methylation patterns or histone modifications rather than by a change in the sequence of DNA base pairs), oxidative stress, receptor-mediated effects (actions triggered when specific molecules such as hormones or drugs, bind to receptors on or within cells that affect biological responses), or alters cell proliferation or cell death. These studies support the biological plausibility of cancer development.

The key characteristics of carcinogens are widely recognized as an important approach for evaluating mechanistic evidence in cancer hazard evaluations, Likewise, the key characteristics of endocrine-disrupting chemicals also provide a mechanistic framework when evaluating chemicals for endocrine disrupting properties. Numerous studies across various test platforms show that chemicals in hair relaxers induce many of the key characteristics of endocrine-disrupting chemicals such as disrupting hormone receptors, altering hormone synthesis, inducing epigenetic modifications, and/or altering circulating levels of endogenous hormones. Parabens, and phthalates are endocrine disrupting chemicals that can stimulate tumor cell proliferation and metastasis, dysregulate oncogenes and tumor suppressor genes, interfere with cell signaling cascades that maintain cell homeostasis, and disrupt the hypothalamic-pituitary-thyroid (HPT) axis at environmentally relevant concentrations. Fewer studies were available for cyclosiloxanes, and benzophenones but the studies reviewed indicate that these chemicals also exert endocrine disrupting properties at low and environmentally relevant concentrations. These data provide biologically plausible connections between exposure to chemicals found in hair relaxers and various endocrine-related health effects, including cancer.

# 4. The Science of Toxicology

Toxicology is the scientific discipline involving the study of the actual or potential danger presented by the harmful effects of substances on living organisms and ecosystems, of the relationship of such harmful effects to exposure, and of the mechanisms of action, diagnosis, prevention, and treatment of intoxications (Duffus *et al.* 2007). Thus, modern toxicology is a multidisciplinary science that incorporates knowledge, techniques, and tools from many scientific disciplines (e.g., medicine, chemistry, biochemistry, pharmacology, molecular biology, genetics, mathematics, statistics, and others) to determine the adverse effects caused by exposure to an agent (hazard); how the agent produces an adverse effect (mechanisms); to predict what exposure circumstances may cause harm (risk); and to evaluate the uncertainties associated with the predictions.

Chemicals found within the body that are not produced by normal biochemical mechanisms, are present at much higher concentrations than are usual, or are not expected to be in the body are called xenobiotics. Susceptibility to toxic effects are influenced by many factors such as exposure route, dose, species, age, genetics, and general health. This section reviews toxicology's basic principles, challenges, key terms, historical context, new methods, and the considerations behind causality, summarized in Section 4.4

## 4.1. Basic Principles and Branches of Toxicology

The main aim of toxicology studies is to inform hazard assessments and guide regulatory decisions.

Toxicology is governed by three basic principles that may be simply stated as:1) the dose-response relationship, 2) people differ in susceptibility, and 3) substances change once absorbed into living systems (Hayes and Dixon 2017). These principles are briefly reviewed below.

### 4.1.1. Dose-response relationship

The dose-response relationship in toxicology states that any substance can be toxic, depending on exposure conditions. Pharmaceuticals, for instance, help when taken correctly but become hazardous in overdose. Dose involves not just amount, but also frequency, duration, and timing of exposure. For example, a total dose of 10 g given once at the beginning of a study is different from giving a dose of 1 g per day for 10 days or administering five doses of 2 g every other day for 10 days even though the total exposures are the same in each example. Frequency and duration of exposure are especially important for chemicals that do not persist or bioaccumulate in the body. Timing matters because certain life stages, like prenatal and postnatal development, are more vulnerable to toxins, as shown by studies linking early exposures to later health issues (Bommarito *et al.* 2017, Yilmaz *et al.* 2020, Chan *et al.* 2021). Recent research finds African American women may experience higher cumulative chemical exposure from frequent use of hair products starting in childhood (Schildroth *et al.* 2024). Pinpointing a toxic dose is complex,

especially with chronic exposures such as hair relaxers. Assessing safety requires details like concentration, purity, delivery vehicle, exposure route, frequency, and duration. These factors are elaborated in the next sections.

Philippus Aureolus Theophrastus Bombastus von Hohenheim (Paracelsus), a German-Swiss physician and alchemist of the early 16th century, is regarded as the Father of Toxicology (Michaleas *et al.* 2021). He introduced the concept that "the dose makes the poison," highlighting the critical role of dosage in toxicity. This idea established the foundation for modern toxicology by describing the dose-response relationship (Wilks 2020). However, exceptions such as non-monotonic dose responses exist, where lower doses can sometimes have greater effects. Applying the Paracelsus principle to mechanistic toxicology is complex due to numerous molecular pathways influenced at varying doses, often with non-linear responses (Suvorov 2024). Thus, Suvorov (2024) updated the principle to "the dose disrupts the pathway," suggesting each disrupted pathway has its own dose-response relationship, especially relevant for exposures common in the general population.

The shape and slope of the dose-response relationship are essential for risk assessment in toxicology. The slope shows how population response changes with dose, while the pattern may reveal thresholds below which no adverse effects occur (Tsatsakis *et al.* 2018). Many substances display an S-shaped, monotonic dose-response curve (dose typically reported on a log scale): at low doses, effects are absent until a threshold is exceeded; responses then rise linearly and eventually plateau at high doses (Figure 4-1). At least three dose levels are needed to establish this relationship. Key parameters derived from these studies include effective doses (EDs), no observed effect levels (NOAEL), lowest observed effect levels (LOAEL), and benchmark dose (BMD) (Benchmark Dose Technical Guidance | US EPA).

The ED50 marks the dose causing a response in 50% of the population. NOAELs, LOAELs, and BMDs serve as points of departure (POD) in risk assessment. The BMD is defined by the USEPA as a dose linked to a low incidence of risk, typically 1-10%. Reference dose (RfD), also defined by the USEPA, is an estimate of a daily dose likely to be safe over a lifetime. The hazard index (HI) is the ratio of the RfD or BMD with estimated exposure; an HI above 1 signals that the exposure exceeds safety limits and action is warranted.

**Figure 4-1. Hypothetical example monotonic dose-response curve**




The dose-response curve underpins predictive and regulatory toxicology, guiding safety standards based on the assumption that high-dose animal tests predict low-dose environmental effects (Myers *et al.* 2009). However, research shows non-monotonic dose-responses are common, especially for endocrine disrupting chemicals (EDCs), and many EDCs have low-dose effects not captured by traditional studies (Vandenberg *et al.* 2012, Vandenberg *et al.* 2013, Vandenberg 2014, Hill *et al.* 2018). Goodson et al. (2015) found that only 15% of reviewed chemicals had a clear dose-response threshold, while 59% showed low-dose effects, with some displaying non-linear patterns. These findings challenge relying on high-dose testing to predict low-dose outcomes for EDCs (Myers *et al.* 2009, Futran Fuhrman *et al.* 2015). Though some support the threshold approach for regulating EDCs (Brescia 2020), the Endocrine Society opposes it, arguing the concept is theoretica*l rath*er than scientific (Demeneix *et al.* 2020).

A non-monotonic dose response, or hormesis, describes a situation where the response curve's slope reverses direction within the observed dose range (Kohn and Melnick 2002, Vandenberg 2014). Such responses have been reported across cells, tissues, animals, and humans for substances including nutrients, drugs, hormones, and EDCs, at various points along the dose-response curve relative to NOAEL or RfD (Hill *et al.* 2018). There is strong evidence for their prevalence in toxicology literature, with effects seen at unexpected doses—often represented as U- or J-shaped curves (Calabrese 2005, Cook and Calabrese 2006, Calabrese 2008). Mechanisms proposed include interactions between cell proliferation and death, hormone and receptor dynamics, and receptor inactivation at high hormone levels (Vandenberg 2014). Notably, low-dose effects do not necessarily imply a non-monotonic relationship; they simply refer to biological changes at lower doses than those typically tested (Melnick *et al.* 2002). A hypothetical non-monotonic dose-response is illustrated in Figure 4-2.

**Figure 4-2. Hypothetical example of non-monotonic dose-response curve**




High-dose studies cannot reliably predict effects for chemicals with non-monotonic dose responses or known low-dose risks below the NOAEL, making risk assessments and regulatory standards based solely on monotonic assumptions questionable. Long-term, frequent exposure to some chemicals at doses previously considered safe can still cause harm (Encarnação *et al.* 2019).

### 4.1.2. People differ

Individuals respond differently to toxic agents due to varying susceptibility, influenced by genetics, gender, age, and health status. Susceptibility can change throughout life; those exposed in utero, during early childhood, or older adults are generally more at risk because of developing or aging organ systems. Not everyone exposed to a toxic substance will get sick, and, conversely, a chemical cannot be considered safe in all circumstances just because most people exposed do not appear to get sick. Low-dose exposures might not cause effects shortly after exposure but may cause effects later, particularly if exposure is ongoing or occurs during sensitive development periods.

### 4.1.3. Substances change

Chemicals undergo changes in the body through absorption, distribution, metabolism, and excretion (toxicokinetics). They may enter via ingestion, inhalation, or skin contact, then move through the bloodstream, metabolize, accumulate, and exit through urine, feces, or breath. Metabolism typically increases chemical solubility for easier excretion, producing metabolites that may vary in toxicity. Some chemicals leave the body quickly, while others persist in the body, potentially causing long-term effects.

## 4.2. Challenges in Toxicology

Toxicology is evolving with advances in molecular research and analytical technology but faces the ongoing challenge of screening thousands of existing and emerging chemical agents. This section addresses the challenges of toxicity testing, mixtures, and principles of causal inference.

### 4.2.1. Toxicity testing

Traditionally, toxicology has used high-dose in vivo animal testing—mainly with rats and mice, but also other species—to assess toxicity at the organism or organ level. Studies typically involve several dose levels plus a control group, chosen to induce clear toxic responses without excessive harm. The maximum tolerated dose (MTD) is identified, with lower doses selected to show dose-response and determine a NOAEL. High doses help detect adverse effects efficiently and minimize study resources. These tests are classified by administration route and exposure duration: oral, inhalation, dermal; acute, subacute, subchronic, or chronic and are defined below.

**Acute toxicity:** adverse effects that occur within a short period of time (two weeks or less) after a single dose or multiple doses of a test substance administered within 24 hours.

- **Subacute toxicity:** adverse effects that occur during a period of 14 to 28 days following a single dose or multiple daily doses of a test substance administered over the study duration.
- **Subchronic toxicity:** adverse effects that occur during a period of 90 days (not to exceed 10% of the test animals' lifespan) following repeated or continuous exposure to a test substance administered over the study duration.
- **Chronic toxicity:** adverse effects that occur over a significant portion of an organism's lifespan (typically 6 months to 2 years in rodents) following repeated or continuous exposure to a substance administered over the study duration.

Doses used in oral studies are typically expressed as milligrams of a test substance administered per kilogram of test animal body weight per day (mg/kg/day) or as parts per million (ppm) in food or water. For inhalation studies, doses may be expressed as ppm in air or as mass per volume of air ($\mu g/m^3$), and for dermal studies, doses may be expressed as mg/kg/day, % solution, mass per area of skin ($mg/cm^3$), or as volume of test solution per body weight (mL/kg).

Animal testing has helped identify harmful substances and often confirmed epidemiological links to diseases such as smoking and lung cancer, asbestos and mesothelioma, and soot and skin cancer (Adami *et al.* 2011). However, toxicology has been moving away from animal testing over the last couple of decades for a number of reasons including difficulties extrapolating data from animals to humans, ethical concerns, high costs, time constraints, and the inability to test thousands of chemicals quickly. New methods—like high-throughput in vitro tests, robotics, and predictive modeling—are emerging to address these issues and gradually replace animal testing (NTP 2019), Tox21:

Toxicology Testing in the 21st Century (nih.gov)). For instance, the European Union (EU) has implemented bans on animal testing for cosmetics since 2004 (SCCS 2023).

### 4.2.2. Toxicity of mixtures versus single chemicals

A major challenge in environmental health is that most exposures involve complex mixtures found in food, water, air, and consumer goods, yet toxicity testing typically examines one chemical at a time. This is particularly relevant for hair relaxers and other personal care products (PCPs), which are complex blends. Although additive models—assuming effects of mixed chemicals simply add up—sometimes suffice, interactions among mixture components can be synergistic, cumulative, or unpredictable (Suzuki *et al.* 2001, Evans *et al.* 2012, Myers *et al.* 2015, Lee 2018, Roje *et al.* 2019, Fu *et al.* 2020, Leng *et al.* 2020, Hamid *et al.* 2021, Leng *et al.* 2021, Lee *et al.* 2022, Maffini and Vandenberg 2024). For instance, Orton *et al.* (2014) showed that combinations of anti-androgenic chemicals frequently found in PCPs could produce significant effects together even if they have little effect alone. Fouyet *et al.* (2022) emphasized that minor components may also impact endocrine activity, so analyzing only main ingredients is insufficient. Therefore, evaluating the whole mixture is essential. Newer methods offer more efficient evaluation of mixture toxicity than traditional approaches, as single-chemical testing may miss risks from chronic exposure to multiple endocrine disruptors in products like hair relaxers.

### 4.2.3. Toxicology and causal inference

Causal inference in toxicology often relies on the Bradford Hill principles, which include evaluating association strength, consistency, specificity, timing, dose-response, biological plausibility, coherence, experimental evidence, and analogy (Hill 1965). These principles are discussed further in Section 8.

Other recent advances include identifying key characteristics of carcinogens (Smith *et al.* 2016, Smith *et al.* 2020) and the key characteristics of endocrine-disrupting chemicals (La Merrill *et al.* 2020), which help organize mechanistic data. Organizations like the International Agency for Research on Cancer (IARC 2019) and National Toxicology Program (NTP 2015, 2025) use the key characteristics approach to evaluate the strength of the mechanistic evidence. The strength-of-evidence findings are integrated across various evidence streams, and the overall classification is based on the overall strength-of-evidence as illustrated in Table 4-1 (IARC 2019, Samet *et al.* 2020). Strength-of-evidence considerations are discussed further in Section 5. Despite improvements in methodology, expert judgment remains important due to data gaps and uncertainty.

**Table 4-1. IARC evidence integration for carcinogen classification**

| Evidence Streams | | | Basis of overall evaluation | Classification (strength of evidence) |
|---|---|---|---|---|
| **Human** | **Animal** | **Mechanistic** | | |
| Sufficient | Not necessary | Unnecessary | Human | Carcinogenic to humans (Group 1) |

| Evidence Streams | | | Basis of overall evaluation | Classification (strength of evidence) |
|---|---|---|---|---|
| **Human** | **Animal** | **Mechanistic** | | |
| Limited or inadequate | Sufficient | Strong (KCCs from exposed humans) | Animal and mechanistic | |
| Limited | Sufficient | Unnecessary | Human and animal | Probably carcinogenic to humans (Group 2A) |
| Inadequate | Sufficient | Strong (KCCs from human cells or tissues | Animal and mechanistic | |
| Limited | Less than sufficient | Strong (KCCs) | Human and mechanistic | |
| Limited or inadequate | Not necessary | Strong (belongs to a mechanistic class of agents for which one or more members have been classified in Group 1 or 2A) | Mechanistic | |
| Limited | Less than sufficient | Limited or inadequate | Human | Possibly carcinogenic to humans (Group 2B) |
| Inadequate | Sufficient | Unnecessary | Animal | |
| Inadequate | Less than sufficient | Strong (KCCs) | Mechanistic | |
| Limited | Sufficient | Strong (the mechanism of carcinogenicity in experimental animals does not operate in humans) | Human and mechanistic | |
| Inadequate | Sufficient | Strong (the mechanism of carcinogenicity in experimental animals does not operate in humans | Mechanistic | Not classifiable (Group 3) |
| All other situations not listed above | | | | |

Source: Samet *et al.* 2020

## 4.3. Mechanistic Studies and Biological Plausibility

Identifying and evaluating studies for a mechanistic review presents unique challenges due to the heterogeneity and volume of mechanistic data. With hundreds to thousands of studies on a given substance—spanning in vitro, animal, and human research—measurement endpoints range from gene and protein expression to metabolic, epigenetic, genetic, and cellular changes. This diversity complicates the standardization of data extraction and study quality assessment, which explains the limited development of systematic review methods for mechanistic studies. Mechanistic evidence is primarily organized around the

key characteristics for carcinogens (KCCs) (Table 4-2) and key characteristics of EDCs (KCs) (Table 4-3) [3]. As noted in the recently published NTP (2025) handbook for the Report on Carcinogens, a full systematic review of mechanistic data is often unnecessary.

**Table 4-2. Key characteristics of carcinogens (KCCs)**

| Key characteristic | Example endpoint/biomarker |
|---|---|
| KCC1: Is electrophilic | Protein and/or DNA adducts |
| KCC2: Is genotoxic | Mutations, structural chromosome alterations, aneugenicity |
| KCC3: Alters DNA repair/ causes genomic instability | DNA repair capacity, copy number variations, inter-/intrachromosomal translocations, microsatellite instability |
| KCC4: Induces epigenetic alterations | DNA methylation, histone modifications, chromatin remodeling, changes in noncoding RNAs |
| KCC5: Induces oxidative stress | Oxidative damage to DNA, reactive oxygen species formation, lipid peroxidation, glutathione depletion |
| KCC6: Induces chronic inflammation | Tissue inflammation, inflammatory signaling |
| KCC7: Is immunosuppressive | Hematology, immunophenotyping of T cells and NK cells, NK cell activity, systems immunology, measurement of antiviral immunity |
| KCC8: Modulates receptor-mediated effects | Activates or antagonizes receptors, alters receptor expression, alters ligand synthesis, clearance, distribution, or levels |
| KCC9: Causes immortalization | Alters cell senescence markers, telomere length and telomerase activity, alters in vitro transformation activity, alterations in stem cell genes |
| KCC10: Alters cell proliferation, cell death, or nutrient supply | Cell proliferation, evasion or reduction of apoptosis, angiogenesis, induces glycolytic (Warburg) shift |

Source: Smith *et al.* 2020

**Table 4-3. Key characteristics of endocrine disrupting chemicals (KCs)**

| Key characteristic | Example endpoint/biomarker |
|---|---|
| KC1: Interacts with or activates hormone receptors | Binding or agonism of hormone receptors |
| KC2: Antagonizes hormone receptors | Antagonism of nuclear or cell surface hormone receptors |
| KC3: Alters hormone receptor expression | Abundance, distribution, and degradation of hormone receptors |

[3] KCCs are used to designate key characteristics of carcinogens to distinguish them from the key characteristics of endocrine disruptors designated by KCs

| Key characteristic | Example endpoint/biomarker |
|---|---|
| KC4: Alters signal transduction in hormone-responsive cells | Abundance of post-translational modifications, cofactors, transcription factors and transcripts, and activity of associated enzymes |
| KC5: Induces epigenetic modifications in hormone-producing or hormone-responsive cells | DNA methylation, histone modifications, chromatin remodeling, changes in noncoding RNAs |
| KC6: Alters hormone synthesis | Expression or activity of enzymes or substrates in hormone synthesis |
| KC7: Alters hormone transport across cell membranes | Intracellular transport, vesicle dynamics, or cellular secretion |
| KC8: Alters hormone distribution or circulating hormone levels | Blood protein expression and binding capacity, blood levels of pro-hormones and hormones |
| KC9: Alters hormone metabolism or clearance | Inactivation, breakdown, recycling, clearance, excretion, or elimination of hormones |
| KC10: Alters fate of hormone-producing or hormone-responsive cells | Atrophy, hyperplasia, hypertrophy, differentiation, migration, proliferation, or apoptosis |

Source : La Merrill *et al.* 2020

Agents may display varying numbers of key characteristics (KCs), but these are not a checklist for identifying carcinogens or endocrine disruptors, nor does evidence depend on how many KCs an agent has. The strength of evidence is not simply based on the number of KCs associated with an agent. Rather, the KCs serve to help organize and evaluate the evidence based on interference or disruption of a key event(s) in carcinogenesis or hormone action that is consistent with an adverse event (La Merrill *et al.* 2020, Smith *et al.* 2020).

Epidemiology and animal toxicology studies assess whether exposure causes biological effects, while mechanistic studies explain how these effects occur. It is essential to review all relevant epidemiology and toxicology studies to determine if there is a causal link for an adverse outcome. In contrast, reviewing every mechanistic study is usually unnecessary; rather, the focus is to determine if known or plausible mechanisms have been identified in scientific literature that can support or refute the biological plausibility of reported relationships. Thus, the goal is to identify relevant mechanistic studies and to evaluate their quality and relevance.

## 4.4. Key Points

The purpose of this section was to introduce some of the basic principles, concepts, and branches of toxicology; some challenges that are relevant to understanding the approach and conclusions presented in this report, and an overview of biological plausibility and causal associations. Key points are listed below.

- Toxicology is the study of the harmful effects of chemical, physical, and biological agents on humans, animals, and the environment. It encompasses the identification

of foreign chemicals (xenobiotics), their mechanisms of action, and how exposure can lead to adverse outcomes.

- Toxic effects can be localized to the site of contact or be systemic, affecting organs and tissues throughout the body after absorption and distribution.
- Three foundational principles are emphasized: (1) dose-response relationship (the effect depends on the dose and exposure pattern); (2) individual susceptibility (responses vary by genetics, age, sex, and health); and (3) transformation of substances (chemicals change in the body via metabolism and excretion).
- Traditional risk assessment methods are often inadequate to address complex mixtures and chemicals with non-monotonic dose-responses such as endocrine disruptors.
- Most real-world exposures involve chemical mixtures, not single substances. Interactions among multiple chemicals can be additive, synergistic, or antagonistic; therefore, effects cannot always be predicted based on individual substances.
- Causal inference in toxicology can be based on various methods including expert opinion, various weight-of evidence approaches, and systematic reviews with the objective of identifying, evaluating, integrating, and applying the relevant data to the nine Bradford Hill principles (strength, consistency, specificity, temporality, biological gradient, plausibility, coherence, experiment, and analogy).
- Mechanistic studies, especially those organized around key characteristics of carcinogens and endocrine disruptors are important to determine biological plausibility for observed effects.

# 5. Methodology

The methodology I used in this report is consistent with methods used to identify and evaluate mechanistic studies for carcinogens while working as a Senior Toxicologist supporting the NTP's Report of Carcinogens for more than 20 years. Both positive and negative studies were reviewed and considered. Studies that used human subjects or human cell lines exposed to environmentally relevant concentrations were given the most weight. High-dose animal in vivo and in vitro studies were given less weight. The general methods are described in the NTP's Report on Carcinogens' Handbook (NTP 2015)[4], and the IARC preamble (IARC 2019) and were briefly described in Sections 4.2.3 and 4.3. The overall methodology consisted of the following steps: 1) scoping and problem formulation; 2) develop literature search strategy and conduct literature searches; 3) screen literature based on inclusion/exclusion criteria; 4) conduct a critical review of the included literature and extract data; 5) evaluate mechanistic data streams and strength of evidence for key characteristics or other relevant biological effects; and 6) integrate evidence, summarize findings, and formulate an opinion or recommendation. Each of these steps are discussed below.

## 5.1. Scoping and Problem Formulation

The initial scoping and problem formulation activities included identifying and reviewing recent authoritative reviews, agency reports, human studies of hair relaxers, and web-based reports from medical or consumer advocacy groups that were relevant to the mandate. These activities helped to identify the exposures and chemicals of concern (CoCs), develop key questions to guide additional literature searches, and to develop inclusion and exclusion criteria questions to select relevant literature. Key questions used in this evaluation included the following:

- Are there studies of hair relaxer products that identify biological effects in vitro or in vivo?
- Are there studies that identify chemicals present in hair relaxer products that are potentially responsible for the reported biological effects (endocrine disruption and/or cancer)?
- What are the potential CoCs in hair relaxer products?
- What mechanisms of action have been identified for the CoCs?
- Do the mechanisms of action inform the overall evaluation of biological plausibility of endocrine disrupting effects or cancers implicated in epidemiological studies?

---

[4] The RoC Handbook was updated in 2025 after I had retired.

## 5.2. Literature Search Strategy

The literature search strategy involved several steps and sources and was ongoing and iterative. Following the scoping and problem formulation step described above, the next step was to develop a search strategy to identify additional relevant literature. Relevant literature included scientific evaluations that investigated biological effects associated with hair relaxer use (both positive and negative studies), chemicals present in hair relaxer products, exposure to chemicals from use of hair relaxers or other PCPs, the toxicity of chemicals present in hair relaxers, and mechanistic studies of these chemicals. These searches focused on identifying agency reports, comprehensive reviews, and the primary peer-reviewed literature and were conducted primarily in PubMed and, occasionally, Google Scholar. Search terms used in various combinations included hair relaxers, hair straighteners, endocrine disruption, cancer, mechanisms, and various chemical group or chemical-specific terms. The search terms and literature search results are reported in Section 6. Other studies were identified from references cited in the reviews and primary references identified from the literature searches.

## 5.3. Literature Screening

References identified in the literature searches were initially screened (title and abstract) and selected or excluded based on the following criteria.

1. Does the study include information about chemical hair relaxer use and/or chemicals present in hair relaxers?
2. Does the study include information about the toxic effects (or lack of toxic effects) and/or mechanisms of action of hair relaxer product use?
3. Does the study include toxicity and/or mechanistic information about potential CoCs present in hair relaxers?
4. Is the study a general review of endocrine disruption, especially endocrine disruption or cancer associated with personal care product use?

Studies that did not appear to meet these criteria were excluded at the screening level; however, studies were not excluded based on results or conclusions (i.e., both positive and negative studies were included).

## 5.4. Review Literature and Extract Data

All included studies were saved to "My Bibliography" in PubMed and pdfs were obtained for full text review and data extraction. In addition, separate literature collections were set up in PubMed based on the general topic (e.g., hair care product studies) or the specific chemical. PDFs for most of these references were reviewed, and relevant data and findings were extracted into a spreadsheet. Information contained in the spreadsheet includes the following: a unique reference ID, first author, journal, title, source of exposure (e.g., hair relaxers, other PCPs, etc.), chemicals reported in the study, test system (human, animal, in vitro, review), biomarkers of exposure, key characteristics of endocrine disruptors and/or carcinogens, racial disparity, significant associations reported, low dose or

environmentally relevant exposures, study utility, and general notes on key findings. Some studies were excluded based on the full text review.

## 5.5. Evaluate Strength of Evidence

Relevant mechanistic studies may include in vitro studies, in silico models, in vivo animal studies, and data from human studies (epidemiology studies as well as in vitro studies using human primary cells, cell lines, and tissues). Applicable mechanistic evidence includes informative studies on absorption, distribution, metabolism, and excretion; the key characteristics of carcinogens and/or EDCs; and any other information that addresses potential key events at the tissue, cellular or biochemical level in humans or experimental animals. Each of these data streams contribute to the overall strength of evidence. In this evaluation, I used IARC guidance for strength-of-evidence evaluations as shown in Table 5-1 but also added a fourth descriptor of "moderate" to fill the gap between "strong" and "limited" and is consistent with the approach I used while working for the NTP. In rare cases, IARC guidelines recognize that carcinogenicity results from experimental animals may be discounted if there is strong evidence that the mechanism(s) of carcinogenicity in experimental animals is not relevant (i.e., it does not operate in humans). However, this consideration is not applicable to this case because there are no carcinogenicity studies of hair relaxers in experimental animals.

**Table 5-1. IARC definitions of strength-of-evidence descriptors for carcinogens**

| | Evidence stream | | |
|---|---|---|---|
| **Descriptor** | **Cancer in humans** | **Cancer in experimental animals** | **Mechanistic** |
| Sufficient (strong for mechanistic) | A causal association has been established. | A causal association has been established. | Results in several different experimental systems are consistent, and the overall mechanistic database is coherent. Further support can be provided by studies that demonstrate experimentally that the suppression of key mechanistic processes leads to the suppression of tumor development. Typically, a substantial number of studies on a range of relevant endpoints are available in one or more species. |

| | Evidence stream | | |
|---|---|---|---|
| **Descriptor** | **Cancer in humans** | **Cancer in experimental animals** | **Mechanistic** |
| Limited | A causal association is credible, but chance, bias, or confounding could not be ruled out with reasonable confidence. | The data are suggestive but are limited for making a definitive evaluation. | The evidence is suggestive but covers a narrow range of experiments, relevant endpoints, or species; there are unexplained inconsistencies in studies of similar design; and/or unexplained incoherence across studies of different endpoints or in different experimental systems. |
| Inadequate | No data are available, or the available studies are insufficient to draw a conclusion | No data are available, or studies cannot be interpreted because of major qualitative or quantitative limitations. | Few or no data are available, unresolved questions regarding adequacy of the studies, and/or available studies are negative. |

Source: Adapted from Samet *et al.* 2020

Human data (including epidemiological studies as well as in vitro studies using human cells and tissues) are given greater weight than data from animals or in vitro studies with non-human cells and tissues.

Therefore, I relied heavily on recent (published within the past 10 years) comprehensive reviews, especially those prepared by public health agencies, human studies of exposure to CoCs and endocrine disrupting effects, and in vitro studies using human cells exposed to low or environmentally relevant concentrations.

## 5.6. Integrate Evidence, Summarize Findings, Formulate Opinion

Evidence across the primary evidence streams is integrated as illustrated in Table 5-1 in the previous section. My review included more than 100 human studies that investigated adverse effects from exposure to chemical hair relaxers, endocrine-disrupting or other effects from exposure to one or more chemical components of hair relaxers (discussed in the next section), approximately 150 reviews, more than 100 in vitro studies that used human cells or cell lines, and about 50 animal studies. Only one study of experimental animals exposed to hair relaxers was identified (Chiwar et al. 2025). Most studies of experimental animals exposed to CoCs were typical high-dose studies and of limited utility; however, some animal in vivo and in vitro studies were of moderate utility and considered. Although strength of evidence evaluations are not based on simply counting the number of positive studies compared to the number of negative studies, in some cases it has some merit. As mentioned in Section 5, the literature inclusion exclusion criteria I used were based on relevance to the key questions and not the outcome (i.e., a negative or positive study). Because I included a column for significant associations in the data extraction spreadsheet, I was able to identify positive and negative studies (note: inconclusive studies were categorized as negative studies). The percentage of negative studies relative to all included studies by study type (human in vivo and in vitro, reviews, and animal studies ranged from about 6% for in vitro studies using human cells to 14% for human studies with a mean across all study types of about 11%.

# 6. Literature Search Results

This section summarizes the results from the literature searches and identifies potential CoCs present in hair relaxer products. Analytical data for hair relaxer products is limited in the publicly available literature; however, these studies were sufficient to identify some, but probably not all, CoCs. First, I reviewed several recent epidemiology studies reporting associations between use of hair straighteners/relaxers with ovarian, uterine, or breast cancer (Eberle *et al.* 2020, Coogan *et al.* 2021, White *et al.* 2021a, White *et al.* 2021b, Chang *et al.* 2022, Bertrand *et al.* 2023). Next, a literature search was conducted to identify other pertinent reports and publications that reported on the chemical components present in hair or other hair-care products (Dodson *et al.* 2012, Helm *et al.* 2018, California EPA 2021, Johnson *et al.* 2022, Schildroth *et al.* 2024), and the characteristics and toxic effects associated with these chemicals (Congressional Research Service 2009, Knower *et al.* 2014, Aglan and Mansour 2020, La Merrill *et al.* 2020, Czarnywojtek *et al.* 2021, James-Todd *et al.* 2021)

## 6.1. Chemicals of Concern (CoCs)

Hair relaxers are composed of a complex mixture of ingredients, including many that may not be included on the label (Helm *et al.* 2018, Johnson *et al.* 2022). These products are typically sold as kits that consist of  multiple components including various gels, relaxing creams, sprays, moisturizers, conditioners, shampoos, activators, glosses, and detanglers (California EPA 2021). There are two general types of relaxer products: lye and no-lye, both of which use a strongly alkaline hydroxide as the active ingredient.

Consumer use of hair relaxer products, as well as commercially available hair relaxer products and product formulations change over time. Several studies have proposed that exposure to EDCs present in hair relaxers could be responsible for increasing incidences of hormone-related cancers, reduced fertility, developmental abnormalities, and other endocrine-related effects.

The studies and reports reviewed in this section revealed that hair relaxers may contain several chemicals that can cause endocrine disruption or cancer. Based on the California EPA report and the Helm et al. study, phthalate, paraben, benzophenones,  cyclosiloxanes, and formaldehyde were identified as CoCs. Triclosan and bisphenols were not selected as CoCs as only one sample from Helm et al. identified these chemicals. Other CoCs that may be present in hair relaxers as impurities, contaminants, or by-products, include various metals, nitrosamines, ethylene oxide, and 1,4-dioxane (Iwegbue *et al.* 2016, Shin and Lee 2016, Lim *et al.* 2018a, Lim *et al.* 2018b, Alsohaimi *et al.* 2020). Iwegbue et al. (2016) reported several carcinogenic metals in hair relaxer products at µg/g (equivalent to part per million [ppm]) concentrations including cadmium, lead, cobalt, and nickel. Ethylene oxide and 1,4-dioxane are carcinogenic chemicals often found in PCPs as by-products that are produced during the manufacturing process (Zhou 2019, Alsohaimi *et al.* 2020). Ethylene oxide is used in ethoxylation reactions to produce non-ionic surfactants such as polyethylene glycols. 1,4-Dioxane is produced as a by-product through the dimerization of

ethylene oxide. Nitrosamines can form as reaction products of amines (e.g., diethanolamine) or amine derivatives with nitrosating agents (e.g., nitrous acid, nitrites) and are frequently detected in hair care products, shampoos, soaps, lotions, and others at relatively high concentrations (Fan *et al.* 1977, Choi *et al.* 2016, Shin and Lee 2016, Lim *et al.* 2018b, Li and Hecht 2022). Although this report focuses on the CoCs so far identified in hair relaxer products, it does not mean that other chemicals in hair relaxers are necessarily excluded as more information becomes available.

Helm et al. (2018) tested 18 products in six hair product categories (hot oil treatment, anti-frizz/polish, leave-in conditioner, root stimulator, hair lotion, and hair relaxers) most frequently used by African American Women based on surveys conducted in 2004-2005 in New York City. The tested hair products contained 45 endocrine-disrupting or asthma-associated chemicals representing all 10 chemical classes. Products were purchased in 2008 and analyzed for 66 chemicals representing 10 chemicals classes based on their association with endocrine disruption or asthma. The CoCs generally fall within these 10 chemical classes and are as follows:

- Ultraviolet (UV) filters
- Cyclosiloxanes
- Glycol ethers
- Fragrances
- Alkyl phenols
- Ethanolamines
- Antimicrobials
- Bisphenol A
- Phthalates
- Parabens

Results for hair relaxer kits were reported as the sum of levels detected in the kit components and are reported in micrograms of chemical per gram of sample (µg/g) and is equivalent to parts per million (ppm)[5] (Table 6-1).

**Table 6-1. Concentrations of endocrine disruption or asthma-associated chemicals detected in hair relaxer kits.**

| Chemical Class | Chemical | Prevalence (%) | Concentration (µg/g) | |
|---|---|---|---|---|
| | | | Median | Maximum |
| UV Filter | Octinoxate | 33 | - | 38 |
| | Benzophenone-1 | 33 | - | 36 |
| Cyclosiloxanes | Decamethylcyclopentasiloxane | 100 | 289 | 1530 |
| | Octamethylcyclotetrasiloxane | 100 | 24 | 54 |
| Glycol ether | 2-Phenoxyethanol | 33 | - | 16 |
| Fragrance | Galaxolide (HHCB) | 67 | 4 | 76 |
| | Linalool | 100 | 334 | 498 |

[5] One ppm = 0.0001%

| Chemical Class | Chemical | Prevalence (%) | Concentration (µg/g) | |
|---|---|---|---|---|
| | | | Median | Maximum |
| | Limonene | 100 | 70 | 132 |
| Alkyl phenol | Nonylphenol diethoxylate | 67 | 183 | 373 |
| Ethanolamine | Diethanolamine | 67 | 14 | 314 |
| Antimicrobial | Triclosan | 33 | - | 56 |
| Bisphenol A | Bisphenol A | 33 | - | 46 |
| Phthalates | Diethyl phthalate | 100 | 52 | 120 |
| | Di(2-ethylhexyl) phthalate | 33 | - | 90 |
| Parabens | Methyl Paraben | 100 | 796 | 922 |
| | Ethyl Paraben | 67 | <100 | <100 |
| | Butyl Paraben | 33 | <100 | <100 |

Adapted from Helm *et al.* 2018

One cyclosiloxanes and three parabens were detected at the highest levels in the hair relaxer kits. Cyclosiloxanes commonly used in PCPs include hexamethylcyclotrisiloxane (D3) octamethylcyclotetrasiloxane (D4), decamethylcyclopentasiloxane (D5), and dodecamethylcyclohexasiloxane (D6) (Farasani and Darbre 2017). Parabens that are commonly used in PCPs include methyl paraben, ethyl paraben, n-propyl paraben, n-butyl paraben, isopropyl paraben, isobutyl paraben, phenyl paraben, and benzyl paraben (Downs *et al.* 2023, Neri *et al.* 2024).

Helm et al. (2018) noted that the hair relaxers marketed to children contained five chemicals regulated by California's Proposition 65 or prohibited by European Union (EU) regulations and that the product labels did not list all the chemicals found in the products. Chemicals found at concentrations >1000 µg/g were listed on 54% of the product labels while chemicals present concentrations <100 µg/g were listed on 8% of the product labels.

CALEPA (2021) reviewed the ingredients of 185 hair straightening products introduced in U.S. Markets from 1996 to 2020 as reported in Mintel's Global New Product Database. They identified a similar list of chemicals or chemical classes of concern, as reported by Helm et al (2018), but also included formaldehyde and sodium hydroxide or other strong bases (lithium, potassium, calcium, magnesium, and guanidine hydroxide) as "no lye" alternatives. About 62% (114/185) of the products contained one or more candidate chemicals of concern (chemicals with a hazard trait that can cause harm to people or the environment).

Each of the identified chemical classes, except for ethanolamines and formaldehyde, included one or more chemicals that have endocrine disrupting properties. Fragrances include a diverse group of compounds, typically with cyclic ring components in their

chemical structure, which do not have to be specifically listed on the labels of cosmetic products. These include various oils extracted from plants (e.g., eugenol, methyleugenol, limonene, linalool, pinene) and synthetic musks (e.g., galaxolide, musk xylene, musk ketone, AHTN).

A recent study identified chemicals of concern (i.e., chemicals associated with cancer, developmental or reproductive effects, or endocrine disruption) listed on ingredient labels of 546 PCPs (hair, skin, makeup, nail, deodorant/perfume, and intimate care products) in stores frequented by African American, Latina, and Vietnamese women in three communities in California (Johnson *et al.* 2022). Product types were prioritized based on survey data and store inventories for these products were conducted from November 2019 to March 2020. Thirty-one products were chosen for chemical analysis to detect chemicals not listed on the ingredient labels. Although no hair relaxers were included, the authors reported that 65% of the labels included chemicals of concern, and 74% of labels had undisclosed chemicals frequently listed as "fragrance" or present as contaminants. This is consistent with findings from the Helm et al. (2018) study that included hair relaxers. Hair products contained the greatest number of unique CoCs or groups of CoCs. The most prevalent chemicals included parabens, cyclosiloxanes, and formaldehyde releasers.

Irungu et al. (2025) identified 27 CoCs based on an examination of ingredient labels in 22 different relaxer products purchased at beauty shops and supermarkets in Kenya. CoCs were identified by cross-checking the listed ingredients against the Campaign for Safe Cosmetics' (CSC) Red List and the European Union's (EU) prohibited and restricted substances regulations on cosmetics. The pH of the products was also measured. About half of the CoCs were fragrance chemicals and 14 chemical relaxers had undisclosed ingredients identified as 'fragrance' or 'parfum'. CoCs included six CSC Tier 1 Red List ingredients (chemicals that should be prohibited from use in PCPs or as fragrance ingredients by manufacturers and retailers), four EU prohibited substances, and 15 EU restricted substances. In addition, 15 of the 22 chemical hair relaxers included a warning statement "for professional use only". The pH values ranged from 11 to 13.

Okeke et al. (2024) selected 41 chemical hair relaxer products from five major retailers to identify allergens listed on ingredient labels. Although no chemical analyses were conducted, parabens were listed on the labels of six products.

## 6.2. Literature Searches

I have conducted ongoing literature searches, primarily in PubMed and some in Google Scholar, to identify relevant studies for hair relaxers and the CoCs identified for hair relaxers. More than 3,000 references were screened with more than 700 included for full text review. Additional studies were excluded following full text review. About 100 studies that included the terms "hair straightener" or "hair relaxer" were identified and about half of these (52) were retained after full-text review. As mentioned in Section 5.2, other studies were identified from references cited in reviewed papers or from similar papers identified in PubMed.

# 7. Mechanistic Evidence

The primary objectives of this section were to review the biological evidence from human, animal, and in vitro studies, including relevant reviews and agency reports, to address several key questions relevant to the mandate and is organized around three primary topics. These include "Exposure" (Section 7.2), "Carcinogenicity" (Section 7.3), and "Endocrine Disruption" (Section 7.4). Each of these subsections address critical issues relevant to biological plausibility. The objectives and key questions considered are stated at the beginning of each subsection.

## 7.1. Introduction

In their review of EDCs and female cancer, Rachon et al. (2015) reported that *breast and uterine cancer are the most frequent female gender related neoplasms whose growth is mostly estrogen dependent. Therefore, any EDC exhibiting estrogenic effects may increase the risk of these two malignancies*. This review also emphasized that EDCs may play a role in ovarian and other cancers. Rachon et al. also emphasized the need to inform people about these chemicals in everyday products, their health risks, and ways to limit exposure.

For the purposes of this report, mechanistic evidence included human, animal, and in vitro studies that addressed the chemical composition, exposure, or biological effects of chemical hair relaxers or reported components of chemical hair relaxers. Evidence may be categorized as direct, referring to studies that have investigated endocrine-related cancers or biomarkers of exposure in individuals using hair relaxer products, or indirect, encompassing studies on other endocrine-related effects in people exposed to hair relaxers or research examining adverse effects and mechanisms of action associated with CoCs present in such products.

Agency reports, recent comprehensive reviews, exposure and/or product analysis studies, and the key characteristics of carcinogens (Smith *et al.* 2016, Smith *et al.* 2020) and endocrine-disrupting chemicals (La Merrill *et al.* 2020), were the primary resources used to identify and evaluate the mechanistic data. The key characteristics framework is a widely accepted approach for evaluating mechanistic data and was recently used to identify potential breast carcinogens using publicly available in vivo, in vitro, and in silico data (Kay *et al.* 2024). This study demonstrated the utility of using the key characteristics to predict whether a chemical is likely to induce carcinogenic effects in humans.

A growing body of data suggests that hair relaxers are associated with increased incidences of several cancers and/or other endocrine/reproductive effects (Schildroth *et al.* 2024). These include reduced fecundability (Wise *et al.* 2023), earlier age at menarche (James-Todd *et al.* 2011), and tumors of the uterus, breast, and ovary (Wise *et al.* 2012, Eberle *et al.* 2020, Coogan *et al.* 2021, White *et al.* 2021a, White *et al.* 2021b, Chang *et al.* 2022, Bertrand *et al.* 2023).

This section briefly reviews the basic concepts of exposure, carcinogenicity, and endocrine disruption and reviews the relevant evidence (both direct and indirect) that use of hair relaxers can cause or contribute to endocrine disrupting effects, including cancer.

## 7.2. Exposure

Exposure is a vital part of any safety or risk assessment evaluation with the key objective of determining if people are exposed to chemicals while using or applying a product and if the exposures are sufficient to be of concern (see Section 4.1.1). One of the advantages of toxicology studies is that exposure to a test substance can be controlled and accurately measured as opposed to most epidemiology studies where exposure is difficult to accurately determine and potentially confounded by exposure to other chemicals. Multiple variables affect exposure to chemical hair relaxers including ethnicity, frequency of use, duration of use, and others.

This section reviews general information regarding how people are exposed to chemical substances, some of the factors that affect exposure, what happens to chemicals following absorption, are people exposed to the CoCs following use of chemical relaxers or other PCPs, and the uniqueness of chemical hair relaxers compared to other PCPs. Key questions addressed include the following:

- Is there evidence that CoCs are systemically absorbed following the use of hair relaxers or other PCPs?
- Is there evidence that current exposure levels have or could cause adverse effects?
- Does use of chemical hair relaxers represent a unique exposure circumstance compared to other PCPs?

### 7.2.1. Basic principles

The primary routes of exposure to chemicals are ingestion, inhalation, and absorption through the skin. Absorption of chemicals through the skin can be important for chemicals present in hair relaxers and PCPs in general. Absorption of chemicals applied to the head or scalp is greater compared to other areas of the skin (Rougier *et al.* 1987, Bormann and Maibach 2020, Feschuk *et al.* 2022). This can be attributed to several factors including the high density of hair follicles and skin anatomy variables (e.g., skin thickness and vasculature).

Once absorbed, chemicals are distributed throughout the body via the blood, metabolized, and excreted in the urine, feces, or exhaled air. Chronic exposure results in their continuous presence in tissues that can adversely influence the endocrine system and functioning of multiple organs (Wang and Qian 2021, Vitku *et al.* 2023a). Thus, common biomarkers of exposure include measurement of the parent compound or metabolites in blood, urine, or body tissues., including ovarian, endometrial, and breast tissue as discussed below.

### 7.2.2. Product exposure studies

Exposure to CoCs considered in this report has been documented in women that used hair relaxers and other hair and skin products (Braun *et al.* 2014, Dodson *et al.* 2020, Peinado *et al.* 2021, Hoffmann-Dishon *et al.* 2024, Schildroth *et al.* 2024). Although only a few studies have specifically measured absorption of chemicals associated with hair relaxers use (i.e., collected blood and/or urine samples before and after use), the available data are informative.

Schildroth et al. (2024) measured urinary concentrations of 19 phthalates, 7 phenols, and 4 parabens in a cohort of 425 women that self-identified as Black or African American. They reported that recent use or past 12-month use of hair relaxers and other hair products, compared with non-use, by reproductive-aged Black women was associated with higher urinary concentrations of multiple EDCs including phthalates, phenols, and parabens. Another biomonitoring study compared post-shift urine samples between hairdressers and female office workers and found 24 compounds (including parabens and various fragrance compounds) with median peak areas more than twice that found in office workers (Newmeyer *et al.* 2023). Hair relaxers were included in this study. Thus, it can be reasonably assumed that anyone applying the products at home or having them applied professionally in a hair salon would also be exposed to these chemicals.

Pierce et al. (2024) conducted a risk assessment based on a model of dermal exposure to phthalates and parabens present in hair relaxers. This study accepted the analytical data for hair relaxer kits presented by Helm et al. (2018) and did not conduct their own analysis of hair relaxer products. The authors concluded that hair relaxer use would not be expected to pose a health risk but incorrectly asserted that *epidemiological studies have consistently demonstrated that there is no increased risk of hormone-sensitive, reproductive cancers associated with use of hair relaxers among Black women*. Their conclusions were based on a modeling tool that estimated dermal absorption and compared these exposure estimates to health-based guidance values derived from high-dose animal studies. As discussed in Section 4, high-dose animal studies are considered inadequate to evaluate endocrine-disrupting effects in people. Pierce et al. did not measure actual exposures to people that use these products, did not consider cumulative exposures, mixture interactions, or the possibility of non-monotonic dose responses and presented a misleading statement regarding epidemiological evidence. Furthermore, their modeling set-up relied on many assumptions that may not be realistic.

Although most studies used blood and urine samples to document exposure to chemicals present in PCPs, some studies measured concentrations of several of the CoCs considered in this report in breast, breast milk, ovaries, uterus, follicular fluid, and other tissues. Parabens have been detected in breast tissue (Darbre *et al.* 2004, Barr *et al.* 2012, Amin *et al.* 2019, Alampanos *et al.* 2020), breast milk (Kim *et al.* 2020), ovarian and breast tumors (Darbre *et al.* 2004, Sajid *et al.* 2015), endometrium and placenta (Valle-Sistac *et al.* 2016, Dogan *et al.* 2019, Silva *et al.* 2022), cord blood (A Li *et al.* 2023), prostate (Vitku *et al.* 2023b), and fat (Wang *et al.* 2015). In addition, paraben concentrations detected in malignant breast cancer tissue were higher than detected in benign breast tumors or non-

tumor tissue and suggest some bioaccumulation potential for parabens in breast tissue (Alampanos *et al.* 2020, Downs *et al.* 2023). Similarly, paraben concentrations were higher in malignant ovarian tumors compared to benign tumor samples (Sajid *et al.* 2015). Ning et al. (2022) reported that dermal exposure to parabens present in PCPs is a significant source of exposure to these chemicals. Phthalates and phthalate metabolites have been detected in breast milk (Wang *et al.* 2019, Kim *et al.* 2020, Y Zhang *et al.* 2024), follicular fluid (Y Li *et al.* 2023, Hoffmann-Dishon *et al.* 2024), endometrium (Silva *et al.* 2022), and seminal plasma (Buck Louis *et al.* 2018). Benzophenones/UV filters were detected in the placenta and prostate/seminal plasma and fat (Wang *et al.* 2015, Valle-Sistac *et al.* 2016, Buck Louis *et al.* 2018, Vitku *et al.* 2023b).

These data suggest that hair relaxer use can be an important source of exposure to several non-persistent EDCs. The authors noted that additional studies with larger sample sizes and better temporal resolution for hair product use and EDC measurements are needed; however, the general findings are supported by product testing data (Helm *et al.* 2018, James-Todd *et al.* 2021) and several epidemiological studies that reported similar associations of hair product use and increased EDC biomarker concentrations (Braun *et al.* 2014, Philippat *et al.* 2015, Hsieh *et al.* 2019, Peinado *et al.* 2021). Although some studies were not specific for hair relaxers, they demonstrate that skin application of PCPs can be a significant source of exposure to chemicals present in these products. This is likely to be especially true for products applied to the scalp and is discussed below.

### 7.2.3. Unique properties of chemical hair relaxers

Chemical hair relaxers represent a somewhat unique class of PCPs. Factors that contribute to this uniqueness include a high pH that frequently causes scalp burns, application of a chemical treatment that is designed to alter the chemical structure of the hair, application of heat, frequent use often starting in childhood, well documented racial differences in frequency and duration of use and products often contain formaldehyde (a known human carcinogen) via formaldehyde releasers (Zota and Shamasunder 2017, California EPA 2021, Needle *et al.* 2024, Irungu *et al.* 2025).

Application of chemical relaxers is frequently associated with skin damage due to chemical burns or allergic reactions (Meadows 2001, Richardson *et al.* 2017, Sishi *et al.* 2019, Hatsbach de Paula *et al.* 2022). A pH of 11.5 or above is considered corrosive to the skin while the pH of most chemical hair relaxers (lye or no lye brands) is greater than 12 (Sishi *et al.* 2019, Irungu *et al.* 2025). Dermal penetration can be significantly increased through damaged skin (Nielsen *et al.* 2007). Because the scalp absorbs chemicals more than other skin areas and chemical hair relaxers can damage its barrier, there is a higher risk of systemic exposure to relaxer chemicals. Scalp damage may also boost absorption of chemicals in other hair products that are applied after hair relaxers. A recent animal study reported that chemical hair relaxers produced a dose-dependent increase in damage to the hair and skin, including epidermal thinning and keratinocyte necrosis, following repeat exposures and further demonstrate the cytotoxic potential and elevated risks to systemic absorption of chemicals present in these products (Chiwar 2025).

Many studies report racial differences in exposure that have been attributed to greater and/or more frequent use of chemical hair relaxers and other hair products (Donovan *et al.* 2007, James-Todd *et al.* 2012, Lewallen *et al.* 2015, Stiel *et al.* 2016, Zota and Shamasunder 2017, Nguyen *et al.* 2020, Polemi *et al.* 2021). Hair relaxer use is much more prevalent among African American women compared to Caucasian women (Stiel *et al.* 2016, James-Todd *et al.* 2017, Llanos *et al.* 2017, Gaston *et al.* 2020, Edwards *et al.* 2023) with use of these products often beginning between the ages of 4 and 8 (Zota and Shamasunder 2017). In addition, Stiel et al. (2016) reported that more than half of African American women had used chemical hair relaxers for more than 20 years.

## 7.3. Carcinogenicity

This Section reviews the evidence that hair relaxers or chemicals present in hair relaxers could contribute to carcinogenic effects and is organized into three subsections: Agency cancer evaluations (Section 7.3.1), Endocrine-related cancer studies (Section 7.3.2), and the KCCs (Section 7.3.3). The key questions for this section include the following:

- Are any of the CoCs considered carcinogenic by public health agencies?
- What cancer types are considered endocrine-related?
- What are current and projected trends in endocrine-related cancers?
- What are the primary well-known and/or suspected risk factors for endocrine-related cancers?
- Do human studies of hair relaxer use indicate an association with endocrine-related cancers?
- Have any of the CoCs been associated with the KCCs, and if so, what is the strength of the evidence?

Although cancer research has made significant progress in understanding the carcinogenic process, identifying causal factors (particularly as it relates to exposure to environmental chemicals and complex mixtures) remains challenging. Given these challenges, the objective of this section is to briefly review the available carcinogenicity evaluations conducted by government institutions and regulatory agencies, summarize findings from reviews or human and animal studies that are relevant to endocrine-related cancers, identify any of the key characteristics of carcinogens associated with the CoCs, and assess the overall strength of mechanistic evidence linking CoCs with carcinogenic effects.

### 7.3.1. Agency cancer evaluations

No government agencies have evaluated the carcinogenicity of hair relaxers to date: however, and IARC advisory group recently recommended that hair relaxers for evaluation by the IARC Monographs with high priority (Berrington de Gonzalez *et al.* 2024). Chemicals with known carcinogenic effects are present in hair relaxers. Available

carcinogenicity data for the CoC considered in this report are summarized in Table 7-1. The primary sources for this data include IARC Monographs (IARC Monographs on the Identification of Carcinogenic Hazards to Humans – INTERNATIONAL AGENCY FOR RESEARCH ON CANCER), NTP Technical Reports (Technical Reports), the NTP Report on Carcinogens (RoC) 15th Report on Carcinogens, and the USEPA Integrated Risk Information System (IRIS) (Integrated Risk Information System | US EPA) database. These agencies evaluate evidence for carcinogenicity of various substances or environmental/occupational exposures based on certain guidelines and rely heavily upon data from cancer bioassay studies in experimental animals. Only a few of the CoCs considered in this report have been tested for carcinogenicity in experimental animals, and even fewer have adequate epidemiology data to evaluate carcinogenicity in humans. Further, with few exceptions (e.g., cigarette smoke), most evaluations are for single chemicals rather than complex mixtures. Nevertheless, some of the CoCs currently considered carcinogenic by IARC, NTP and/or the USEPA include benzophenone, di(2-ethylhexyl)-phthalate (DEHP), diethanolamine (DEA), formaldehyde, ethylene oxide and 1,4-dioxane. These include chemicals that are considered genotoxic and nongenotoxic carcinogens. In addition, DEA may react with other chemicals in PCPs or on the skin and hair to form nitrosodiethanolamine (NDELA) as a by-product and has been found in many hair and skin products (Shin and Lee 2016, Lim *et al.* 2018a, Schettino *et al.* 2023). Nitrosodiethanolamine have been associated with carcinogenic effects in the liver, kidney, nasal cavity, and lung in rodents (NTP 2021b). Two other by-products found in hair relaxers (ethylene oxide and 1,4-dioxane) are also carcinogenic. Ethylene oxide and nitrosamines are direct-acting alkylating agents that damage DNA and proteins by forming adducts and crosslinks and are genotoxic carcinogens (Jinot *et al.* 2018, Li and Hecht 2022).

**Table 7-1. Agency cancer evaluations for some chemicals detected in hair relaxers**

| Chemical Class | Chemical | IARC | RoC/NTP | US EPA | Cancer data |
|---|---|---|---|---|---|
| UV Filters | Benzophenone | 2B | NE | NE | Feed: Liver tumors in mice; leukemia in rats<br>Dermal: No tumors in mice |
| Cyclosiloxanes | Cyclosiloxanes | NE | NE | NE | None |
| Fragrance | Galaxolide/HHCB | NE | NE | NE | None |
| | Linalool | NE | NE | NE | None |
| | Limonene | 3 | TR-347 | NE | Gavage: Kidney tumors in rats; no tumors mice |

| Chemical Class | Chemical | IARC | RoC/NTP | US EPA | Cancer data |
|---|---|---|---|---|---|
| Ethanolamines | Diethanolamine | 2B | RNL<br>TR-478 | NE | Dermal: No tumors in rats; kidney and liver tumors in mice |
| Phthalates | Di(2-ethylhexyl)-phthalate (DEHP) | 2B | RA<br>TR-601, TR-217 | B2 | Feed: Liver tumors in rats/mice, pancreatic, uterine, and testicular tumors in rats |
| | Diethyl phthalate (DEP) | NE | NE | D | Mainly benign liver tumors in mice |
| | Di-n-octyl phthalate | NE | NE | NE | None |
| | Di-n-propyl phthalate | NE | NE | NE | None |
| Parabens | Methylparaben<br>Ethylparaben<br>Butylparaben | NE | NE | NE | No evidence of carcinogenic activity in rodents or dogs |
| Formaldehyde | Formaldehyde | 1 | KHC | A | Sufficient human: Upper respiratory tract, leukemia<br>Rats: Nasal, forestomach, intestinal, testicular tumors, leukemia, lymphoma. Some evidence that it can act as a promoter or co-carcinogen (all routes of exposure). |
| Ethoxylates | 1,4-Dioxane | 2B | RA | LC | Drinking water: liver, nasal cavity, gallbladder, mammary gland, mesothelioma of the peritoneum in rodents<br>Inhalation: liver, nasal cavity, and mesothelioma in male rats |
| | Ethylene oxide | 1 | KHC | A | Sufficient human: Lymphoma and leukemia<br>Limited human: breast and stomach |
| Nitrosamines | N-Nitrosodiethanolamine | 2B | RA | B2 | Drinking water: liver and kidney tumors in rats<br>Subcutaneous injection: nasal cavity, injection site, trachea, and liver in hamsters |

IARC = International Agency for Research on Cancer, NTP = National Toxicology Program (includes technical reports and the Report on Carcinogens listing if applicable), RoC = Report on Carcinogens, USEPA = US Environmental Protection Agency
NE = not evaluated, TR = NTP Technical Report (animal carcinogenicity studies), RNL = Reviewed by RoC but not listed
IARC classification: 1 = carcinogenic to humans, 2B = possibly carcinogenic to humans, 3 = not classifiable
USEPA classification: A = human carcinogen, B2 = probable human carcinogen (sufficient evidence in animals), LC = likely carcinogenic to humans
D = Not classifiable
RoC classification: KHC = known human carcinogen, RA = reasonably anticipated to be a human carcinogen

### 7.3.2. Chemical hair relaxer cancer studies

This section briefly summarizes studies that have reported cancer outcomes in women that used hair relaxers or that investigated potential mechanistic links for any of the CoCs and endocrine-related cancers (specifically ovarian and uterine cancers). Endocrine-related cancers include a group of cancers that respond to sex steroid hormones such as estrogens and androgens and include cancers of the breast, uterus/endometrium, ovary, prostate, testis, and thyroid (Belfiore and Perks 2013). A recent study also investigated the association between use of hair relaxers and non-reproductive cancers (Bailey *et al.* 2025). Although some of these cancers are not specific to the mandate, I considered them relevant as indirect evidence.

Because racial differences have been documented regarding the use of chemical relaxers and other PCPs, these differences have been proposed as important contributing factors to racial cancer inequities (Zota and Shamasunder 2017, Polemi *et al.* 2021, Llanos *et al.* 2022). These include higher incidences of aggressive types of breast, ovarian, uterine, and endometrial cancer with lower 5-year survival rates and higher mortality rates in Black women compared to White women (Llanos *et al.* 2022). This trend is especially alarming for endometrial cancer where incidence rates were historically much higher in White women than Black women (Felix and Brinton 2018). However, this gap narrowed significantly between 2000 and 2014, and by 2017, incidence rates in Black women surpassed that of White women (Felix and Brinton 2018, Hedin and Haider 2024). The major known risk factors for endometrial cancer (i.e., obesity, nulliparity, certain contraceptive use, and diabetes) exert similar effects on Black and White women; therefore, the differences may be explained by the prevalence of other risk factors (Cote *et al.* 2015). Hedin and Haider (2024) proposed that differences in the prevalence of use of hair relaxers could be an important factor. Wright et al. (2025) developed a natural history model for uterine cancer (both endometrioid and nonendometrioid tumors) to project future trends in the disease through 2050. Their model provided an excellent fit to population-based uterine cancer data and predicted that both the incidence and mortality of uterine cancer would increase substantially over the next three decades with a disproportionate increase among Black women.

**Hair relaxer studies**

As mentioned above, several epidemiology studies report an association of hair relaxer use and endocrine-related cancers in women (Wise *et al.* 2012, Eberle *et al.* 2020, Coogan *et al.* 2021, White *et al.* 2021a, White *et al.* 2021b, Chang *et al.* 2022, Bertrand *et al.* 2023).

These studies included participants from the Sister Study cohort or the Black Women's Health Study cohort. In addition, Bailey et al. (2025) investigated the use of chemical hair relaxers in relation to non-reproductive cancers. Key findings from these studies are summarized in Table 7-2.

**Table 7-2. Key epidemiology studies of hair relaxer use and cancer outcomes**

| Reference | Study cohort | n | Outcome |
|---|---|---|---|
| Wise *et al.* 2012 | Black women's health study | 23,580 | Ever vs never use was associated with higher incidences of uterine leiomyomata. Positive trends were observed for frequency of use, duration of use, and number of scalp burns. |
| Chang *et al.* 2022 | Sister study | 33,947 | Ever vs never use was associated with higher incidences of uterine cancer rates. Association was stronger when comparing frequent use (>4 times in the past 12 months) vs never use. |
| Bertrand *et al.* 2023 | Black women's health study | 44,798 | Long-term use was associated with increased risk of uterine cancer among postmenopausal women. |
| White *et al.* 2021b | Sister study | 40,559 | Frequent use (>4 times/year) was associated with an increased risk of ovarian cancer. |
| Coogan *et al.* 2021 | Black women's health study | 50,543 | Results were largely null but some evidence that heavy use of lye-containing hair relaxers may be associated with an increased risk of ER+ breast cancer. |
| Eberle *et al.* 2020 | Sister study | 46,709 | Personal straightener use was associated with breast cancer with a higher risk associated with increased frequency of use, especially among Black women. |
| White *et al.* 2021a | Sister study | 47,522 | Frequent use was associated with a higher risk of premenopausal breast cancer. Use of hair straighteners and perms during adolescence may be associated with a higher risk of premenopausal breast cancer. |

| Reference | Study cohort | n | Outcome |
|---|---|---|---|
| Bailey *et al.* 2025 | Sister study | 46,287 | Use was associated with higher incidence of thyroid cancer, non-Hodgkin's lymphoma, and pancreatic cancer. There was little evidence of a dose-response. These findings suggest that hair relaxers may be related to a higher risk of multiple cancer types. |

Chang et al. (2022) reported that concentrations of parabens in endometrial tissues and phthalates in urine were higher in participants with endometrial cancer than in participants that did not have cancer. These authors also noted that cyclosiloxanes were associated with uterine cancer in rats. Other carcinogenic chemicals mentioned included diethanolamine, formaldehyde, and metals. Recently, two studies, similar to Wise et al. (2012) investigated the association between hair straightener use and uterine fibroids or leiomyomas (a common hormone-dependent benign pelvic tumor) (Kithikii *et al.* 2025, Ogunsina *et al.* 2025). Ogunsina et al. reported that use of hair straighteners was associated with a higher prevalence of young-onset fibroids. The effects were greater among frequent users and among women born between 1928 and 1945 (women likely to have been exposed to the earliest formulations of hair straighteners) and among women born between 1965 and 1974 (women that likely had increased access to home use and products that contained formaldehyde). There was also and increase rate of incident fibroids among women that reported use of chemical hair straighteners within 12 months prior to study enrollment. Although hair straightener use was much less common among non-Hispanic White women included in this study, the magnitude of the association was like that of Black women. Kithikii et al. reported that the odds of uterine fibroids among chemical hair relaxer users was approximately five time higher than non-users (OR=5.12, 95% CI: 3.00-8.73, $P<0.001$). This relationship was not confounded by study covariables and the estimated population attributable fraction (PAF) for the association was 59.2, suggesting that about 60% of the uterine fibroids in this population would have been prevented if hair relaxers were not used.

**Phthalates**

Phthalates and their metabolites have been studied for potential carcinogenic effects, though results vary due to sample size, methodological challenges, and difficulties in measuring long-term exposure (Del Pup *et al.* 2015, Lee 2018). Some research, including a nested case-control study by Wu et al. (2021b), suggests phthalate exposure may be linked to breast cancer risk, with complex relationships depending on race/ethnicity and hormone receptor status. Most studies measure urinary phthalate concentrations in cancer cases versus controls.

Recent meta-analyses and cohort studies show mixed results. Meng et al. (2024) found significant associations between three urinary phthalates and general cancer risk, with

specific metabolites linked to increased risks of thyroid and prostate cancers but not breast or endometrial cancers. H Zhang et al. (2024) reported an elevated risk of uterine leiomyomas among women exposed to higher levels of DEHP or phthalate mixtures. Fu et al. (2017) observed a positive association between DEHP metabolites and breast cancer and uterine leiomyoma, though total phthalate levels showed no significant link; several signaling pathways were implicated. Liu et al. (2021) reported some negative associations between certain phthalate metabolites and breast cancer, highlighting the need for further studies. A large cohort study (Tang *et al.* 2024) found that higher long-term DEHP exposure through drinking water correlated with increased breast cancer risk.

In vitro research indicates low-dose phthalates can promote cell proliferation, inhibit apoptosis, enhance stem cell-like properties, angiogenesis, metastasis, and drug resistance in breast cancer cells (Hsieh *et al.* 2012a, Hsieh *et al.* 2012b, Chen and Chien 2014, Chen *et al.* 2016, Chen *et al.* 2018, Crobeddu *et al.* 2019, Jadhao *et al.* 2021, Jadhao *et al.* 2022, W Cao *et al.* 2023, WS Cao *et al.* 2023, FP Chen *et al.* 2023). Phthalates demonstrated estrogenic activity even below current NOAELs, often showing additive effects with estradiol and activating key signaling pathways involved in cancer progression. Other research identified genomic changes and gene signatures associated with low-level phthalate exposure, suggesting a role in breast carcinogenesis (Gopalakrishnan *et al.* 2020). Chen et al. (2016) found that phthalates induced an additive proliferative effect in MCF-7 cells at very low concentrations (10 nM) through the P13K/Akt signaling pathway and prevented apoptosis in the presence of E2 and concluded that *the biologic effects of phthalates should not be ignored or misconstrued as insignificant soley because of their low concentrations in the human body or their lower potency as compared with endogenous estrogens.*

**Parabens, benzophenones, cyclosiloxanes**

Many studies have examined links between EDCs found in hair relaxers and endocrine-related cancers, though results vary. While no systematic reviews were identified for these substances, several human studies show parabens may accumulate in cancerous breast tissue and are associated with increased breast cancer risk, particularly among women with global DNA hypomethylation (Darbre *et al.* 2004, Parada *et al.* 2019, Alampanos *et al.* 2020, Parada *et al.* 2022, Downs *et al.* 2023). Higher urinary paraben levels also correlate with previous ovarian cancer diagnoses, especially in African American and Mexican American women (Cathey *et al.* 2023). A small case-control study also found intact parabens more often in endometrial and myometrial tissues from patients with endometrial carcinoma or benign gynecologic diseases than controls, suggesting paraben molecules can reach the endometrium (Dogan *et al.* 2019). Additionally, tumor expression of paraben- and phthalate-responsive genes was linked to breast cancer mortality in a cohort of 606 women, indicating these chemicals may be involved in breast cancer progression (Aushev *et al.* 2019). Parada et al. (2019, 2022) reported that the highest (vs lowest) quintiles of urinary parabens were associated with a 30%-50% higher risk of breast cancer in a study that included >700 cases and 598 controls. In addition, global DNA and gene specific promoter region methylation status modified the risk. Parabens may be more potent carcinogens in women with global DNA hypomethylation and may increase the risk of

tumors with gene-specific hypomethylated promoter regions with established roles in breast carcinogenesis.

In vitro, parabens promote proliferation and invasion of various cancer cell lines at relevant concentrations, with propylparaben specifically activating estrogen receptors and promoting tumor cell metabolism (Charles and Darbre 2013, Khanna *et al.* 2014, Farasani and Darbre 2021, Wang *et al.* 2024b). FP Chen et al. (2023) found that propylparaben activated the human estrogen receptor and promoted glycolysis in MCF-7 cells and energy production in mitochondria, thus enhancing the energy supply to tumor cells for metabolic function and rapid proliferation. Khanna and Darbre (2013) was the first study to show that parabens could induce a transformed phenotype in human breast epithelial cells at concentrations detected in human breast tissue. Few studies address cyclosiloxanes or fragrances, but available evidence suggests they can cause DNA damage and support the growth of transformed cells (Farasani and Darbre 2017).

### 7.3.3. Key characteristics of carcinogens

Although the term "cancer" refers to more than 100 forms of the disease and includes almost every tissue, research has identified a small number of molecular, biochemical, and cellular traits that are shared by most, if not all types of human cancer (Weinberg 1996, Hanahan and Weinberg 2000). Cancer research has largely focused on identifying the molecular differences between cancerous and healthy cells – differences that are called the Hallmarks of cancer (Hanahan and Weinberg 2000). Hallmarks describe essential alterations in cell physiology that progressively transform a normal cell into a cancer cell. Six Hallmarks were initially described but there are now eight Hallmarks, two enabling characteristics, and four proposed emerging hallmarks and enabling characteristics (Hanahan 2022). These are listed in Table 7-3.

**Table 7-3. Hallmarks of cancer and enabling characteristics**

| Hallmarks of Cancer | Emerging Hallmarks & Enabling Characteristics |
|---|---|
| Sustained proliferative signaling | Unlocking phenotypic plasticity |
| Evading growth suppressors | Nonmutational epigenetic reprogramming |
| Avoiding immune destruction | *Polymorphic microbiomes |
| Enabling replicative mortality | *Senescent cells |
| Activating invasion and metastasis | |
| Inducing or assessing vasculature | |
| Resisting cell death | |
| Deregulated cellular metabolism | |
| *Genome instability and mutation | |

| Hallmarks of Cancer | Emerging Hallmarks & Enabling Characteristics |
|---|---|
| *Tumor-promoting inflammation | |

Sources: Hanahan and Weinberg 2011, Hanahan 2022
= enabling characteristics

Although there are some similarities in terms used to describe the Hallmarks of cancer and the key characteristics of carcinogens, they should not be confused. Hallmarks describe the properties of cancer cells while the key characteristics describe the properties of carcinogens (i.e., mechanisms) that can cause cells to acquire the Hallmarks (Smith *et al.* 2020). Some of the key characteristics and Hallmarks use analogous terms but there is not a one-to-one relationship. For example, some of the key characteristics (i.e., is genotoxic, alters DNA repair and causes genomic instability, or induces epigenetic alterations) could cause almost all the Hallmarks, while some of the Hallmarks (e.g., limitless replicative potential, or deregulated metabolism) do not have an equivalent key characteristic (Hanahan and Weinberg 2011). There is no set order that cells take when undergoing transformation into a cancer cell (Hanahan and Weinberg 2000). Key mutations in oncogenes or tumor suppressor genes occur early in some cancer transformation pathways and late in others. Even within a given cancer type, specific mutations in target oncogenes or tumor suppressor genes may occur only in a subset of otherwise histologically identical tumors.

The key characteristics of carcinogens (KCCs) are listed in Section 4.3. I conducted a search for the key characteristics of carcinogens for the CoCs but rather relied on reviews, human studies (in vivo and in vitro), and a few animal studies that were identified in the general literature searches. The KCCs identified from these studies are summarized below for cyclosiloxanes (Table 7-4), formaldehyde (Table 7-5), parabens (Table 7-6), phthalates (Table 7-7), and benzophenones/UV filters (Table 7-8). As noted in Section 4.3, the strength of evidence is not based on the number of KCCs associated with an agent but serve to help organize and evaluate the evidence based on interference or disruption of a key event(s) in carcinogenesis that is consistent with an adverse event (La Merrill *et al.* 2020, Smith *et al.* 2020). Strong evidence that an agent induces one or more of the KCCs can be used to identify a mechanism(s) of carcinogenicity and supports biological plausibility. All of the CoCs were associated with multiple KCCs and, particularly of interest to this investigation, most showed strong evidence for receptor-mediated effects (KCC8) and altered cell proliferation (KCC10), and some showed strong evidence for epigenetic alterations (KCC4) – important key events in hormone-driven cancers (Brown *et al.* 2015, Emons 2022).

Many of these studies reported effects at low or environmentally relevant concentrations, thus, the key characteristics identify biologically plausible mechanisms for cancer development from exposure to the CoCs found in hair relaxers. Darbre (2021) reported that EDCs have been shown to enable all the hallmarks of cancer to develop in human breast cancer cells at concentrations that are within the range of those measured in human breast tissues. Consistent with these findings, a recent intervention study investigated the molecular impact of exposure to estrogenic chemicals from daily-use PCPs in 41 women

volunteers (Dairkee *et al.* 2023). Replacement of PCPs containing phthalates and/or parabens with products that did not contain these chemicals resulted in a striking reversal of cancer-associated phenotypes in healthy breast tissue compared to controls after 28 days. These included decreased expression of 80% of putative oncogenes and increased expression of 60% of putative tumor suppressor genes. Further, because the spectrum of xenobiotics in PCPs are distinct from other sources such as food, this study demonstrated that alternate sources of exposure were not an important factor for the observed effects. Harley et al. (2016) also reported that urinary concentrations of some phthalates, parabens, and benzophenones decreased by 27% to 45% in 100 adolescent Latina girls three days after using PCP products that did not contain these chemicals. These studies provide direct evidence that PCP products are an important source of exposure to endocrine disruptors and can induce pro-cancerous programming and impact molecular pathways underlying the hallmarks of cancer in healthy breast cells at levels assumed to be relatively safe.

Most of the mechanistic data was derived from reviews and in vitro studies. As described in Section 5.5, the strength of evidence evaluation presented considers the number of available studies, the range of test systems used, and the consistency and overall coherence of the mechanistic data reviewed with priority given to human studies, including in vitro studies using humans cell lines at low concentrations. When available, experimental evidence that shows elimination or suppression of exposure or key mechanistic processes also suppresses tumor development or conditions that favor tumor development are especially useful. Strength of evidence for the key characteristics associated with the CoCs is rated as strong, moderate, or limited.

Because most of the CoCs have endocrine disrupting properties via binding to an endocrine or other hormone receptor, receptor-mediated effects (KCC8) were common to all. Other KCCs included genotoxicity (KCC2), epigenetic effects (KCC4), oxidative stress (KCC5), and alters cell proliferation, cell death, or nutrient supply (KCC10). The key characteristics of carcinogens associated with CoCs, and the strength of evidence are reviewed below.

**Cyclosiloxanes**

Few relevant studies were identified for cyclosiloxanes; however, one study did expose two human breast epithelial cell lines (MCF-10A and MCF-10F) to three cyclosiloxanes (D3, D4, and D5) for one to 30 weeks at concentrations within the range detected in human blood (Farasani and Darbre 2017). All three cyclosiloxanes induced DNA damage, reduced levels of mRNAs for DNA repair proteins, and enabled anchorage-independent growth of non-transformed breast epithelial cells. Receptor-binding experiments (in vitro and in vivo in rats) reported that D4 exhibited low binding affinity for ERα and was weakly estrogenic in vivo (Quinn *et al.* 2007). Thus, there is limited evidence that cyclosiloxanes are genotoxic (KCC2), alter DNA repair (KCC3), induce receptor-mediated effects (KCC8), or induce cell proliferation (KCC10) (Table 7-4).

**Table 7-4. Key characteristics of carcinogens (KCCs) for cyclosiloxanes**

| KC | Evidence | Strength of Evidence | References |
|---|---|---|---|
| KCC2: Is genotoxic | DNA damage in two human breast epithelial cell lines | Limited | Farasani and Darbre 2017 |
| KCC3: Alters DNA repair or causes genomic instability | Reduced cellular levels of BRCA1 (mRNA and protein) and other DNA repair proteins | Limited | Farasani and Darbre 2017 |
| KCC8: Receptor mediated effects | Low binding affinity to ERα in vitro and weakly estrogenic in rats | Limited | Quinn *et al.* 2007 |
| KCC10: Alters cell proliferation, cell death | Stimulates anchorage-independent growth | Limited | Farasani and Darbre 2017 |

**Formaldehyde**

Both IARC and NTP consider formaldehyde as carcinogenic to humans. Formaldehyde exposure was linked to upper respiratory tract tumors and myeloid leukemia in humans and nasal, forestomach, intestinal, and testicular tumors, leukemia, and lymphoma in rats. There is also evidence that formaldehyde can act as a tumor promoter or co-carcinogen with other substances. Formaldehyde exposure is a highly reactive and carcinogenic chemical. The mechanisms of action of carcinogenicity have been extensively reviewed and there is strong experimental evidence that formaldehyde is electrophilic (KCC1), is genotoxic (KCC2), alters DNA repair (KCC3), epigenetic alterations (KCC4), induces oxidative stress (KCC5), causes immortalization (KCC9), and alters cell proliferation and cell death (KCC10) (Table 7-5). Formaldehyde is a direct-acting genotoxic compound and has caused multiple genetic effects in many different test systems including bacteria, yeast, mammalian cells, experimental animals, and people (IARC 2006, NTP 2021a). These include base-pair mutations, DNA adducts, DNA-protein crosslinks, DNA-DNA crosslinks, DNA single strand breaks, unscheduled DNA synthesis, inhibition of DNA repair, cell transformation, sister chromatid exchange, chromosomal aberrations, and micronucleus formation.

**Table 7-5. Key characteristics of carcinogens (KCCs) for formaldehyde**

| KC | Evidence | Strength of Evidence | References |
|---|---|---|---|
| KCC1: Is electrophilic | DNA adducts | Strong | IARC 2006, NTP 2021a |

| KC | Evidence | Strength of Evidence | References |
|---|---|---|---|
| KCC2: Is genotoxic | Causes multiple genotoxic effects in bacteria, yeast, fungi, plants, mammalian cells, and in animals and humans in vivo including mutations, DNA-protein and DNA-DNA crosslinks, single strand breaks, aneuploidy, chromosome aberrations | Strong | IARC 2006, Ye *et al.* 2013, Aglan and Mansour 2020, NTP 2021a |
| KCC3: Alters DNA repair or causes genomic instability | Inhibits DNA repair in vitro and in vivo | Strong | IARC 2006, NTP 2021a |
| KCC4: Induces epigenetic alterations | Histone modifications, microRNA changes in primates and humans | Strong | Rager *et al.* 2011, Rager *et al.* 2013, NTP 2021a |
| KCC5: Induces oxidative stress | Glutathione depletion, ROS malondialdehyde formation and oxidative stress in multiple cells and tissues of mice, | Strong | IARC 2006, Ye *et al.* 2013, NTP 2021a |
| KCC9: Causes immortalization | Positive results in multiple cell transformation assays | Strong | IARC 2006 |
| KCC10: Alters cell proliferation, cell death | Proliferation of human and animal cells in vitro and in vivo | Strong | IARC 2006, NTP 2021a |

**Parabens**

Parabens have not been evaluated for carcinogenic effects by IARC, NTP, or the USEPA. The available human studies are insufficient to determine the carcinogenicity of parabens, and no animal carcinogenicity studies were identified. However, several reviews and in vitro studies report that parabens induce many of the key characteristics of carcinogens (Table 7-6). These include genotoxicity (KCC2), altered DNA repair (KCC3), epigenetic effects (KCC4), oxidative stress (KCC5), receptor-mediated effects (KCC8), cell immortalization (KCC9), and cell proliferation and evasion of apoptosis (KCC10) (Table 7-7). Based on multiple studies and test systems, there is strong evidence for KCC8 and KCC10. Parabens are known to bind to estrogen, androgen, progesterone, and glucocorticoid receptors, and PPARs and promote cell proliferation at levels relevant to human exposure (Darbre and Harvey 2008, 2014, Wrobel and Gregoraszczuk 2014b, a, Nowak *et al.* 2018, Santaliz Casiano *et al.* 2022, Downs *et al.* 2023, Tapia *et al.* 2023, Martins *et al.* 2024, Neri *et al.* 2024). There is moderate evidence for KCC2 and KCC5; and limited evidence for KCC3, KCC4, and KCC9 with several reports of DNA damage in vitro and in vivo (Darbre and Harvey 2008, Finot *et al.* 2017, Jeong *et al.* 2020, Martins

*et al.* 2024), altered DNA repair (Santaliz Casiano *et al.* 2022), oxidative stress (Perez Martin *et al.* 2010, Ates *et al.* 2018, Nowak *et al.* 2018, Jeong *et al.* 2020), epigenetic modifications (Park *et al.* 2012), or cell immortalization (Khanna and Darbre 2013).

**Table 7-6. Key characteristics of carcinogens (KCCs) for parabens**

| KC | Evidence | Strength of Evidence | References |
|---|---|---|---|
| KCC2: Is genotoxic | Genotoxic effects reported in vitro including DNA damage, chromosome aberrations in rodent, pig, monkey and human cell lines and sperm DNA damage in rodents and humans in vivo | Moderate | Darbre and Harvey 2008, Perez Martin *et al.* 2010, Bledzka *et al.* 2014, Finot *et al.* 2017, Nowak *et al.* 2018, Jeong *et al.* 2020, Santaliz Casiano *et al.* 2022, Downs *et al.* 2023, Martins *et al.* 2024 |
| KCC3: Alters DNA repair or causes genomic instability | Genomic instability in mice | Limited | Santaliz Casiano *et al.* 2022 |
| KCC4: Induces epigenetic alterations | DNA hypermethylation in rat testes | Limited | Park *et al.* 2012 |
| KCC5: Induces oxidative stress | 8-OHdG adducts, ROS and GSH depletion and other oxidative stress biomarkers in fish, rodents, pig, monkey, and humans | Moderate | Perez Martin *et al.* 2010, Bledzka *et al.* 2014, Ates *et al.* 2018, Nowak *et al.* 2018, Jeong *et al.* 2020, Downs *et al.* 2023, Martins *et al.* 2024 |
| KCC8: Receptor mediated effects | Bind to estrogen, androgen, progesterone, and glucocorticoid receptors, and PPARs | Strong | Darbre and Harvey 2008, 2014, Wrobel and Gregoraszczuk 2014b, a, Nowak *et al.* 2018, Hager *et al.* 2022, Y Chen *et al.* 2023, Tapia *et al.* 2023, Tong *et al.* 2023 |
| KCC9: Causes immortalization | Induced transformed phenotype in human breast epithelial cells | Limited | Khanna and Darbre 2013, Hager *et al.* 2022 |
| KCC10: Alters cell proliferation, cell death | Stimulated proliferation, migration, and invasion of human breast cancer cells, and proliferation of nontransformed breast epithelial cells and rodent cells | Strong | Lillo *et al.* 2017, Nowak *et al.* 2018, Jeong *et al.* 2020, Mogus *et al.* 2021, Santaliz Casiano *et al.* 2022, Y Chen *et al.* 2023, Downs *et al.* 2023, Tapia *et al.* 2023, Tong *et al.* 2023, Neri *et al.* 2024, Wang *et al.* 2024b |

**Phthalates**

Currently only DEHP is regulated as a carcinogen in the United States based on carcinogenicity studies in rats and mice (see Table 7-2). Evidence of carcinogenicity of phthalates in humans is insufficient (reviewed in Section 7.2.2.1); however, recent mechanistic studies suggest a role in breast and other endocrine-related cancers (Fu *et al.* 2017, Khan *et al.* 2022, Mughees *et al.* 2022, W Cao *et al.* 2023, WS Cao *et al.* 2023). As

with parabens, many mechanistic studies show that both low and high molecular weight phthalates can induce the key characteristics of carcinogens, thus displaying a potential to cause cancer (Table 7-7). The evidence is strong for epigenetic alterations (KCC4), receptor-mediated effects (KCC8) and alters cell proliferation, cell death, or nutrient supply (KCC10) based on reviews and consistency of findings across multiple test systems and cell types (Singh and Li 2012, Oral *et al.* 2016, Benjamin *et al.* 2017, Zhou *et al.* 2020, Khan *et al.* 2022, Mughees *et al.* 2022, FP Chen *et al.* 2023). The strength of evidence for genotoxicity (KCC2) and oxidative stress (KCC5) is moderate based on either a limited number of studies or inconsistent results among the available studies. There is limited evidence for immunosuppression (KCC7) and causes immortalization (KCC9).

**Table 7-7. Key characteristics of carcinogens (KCCs) for phthalates**

| KC | Evidence | Strength of Evidence | References |
|---|---|---|---|
| KCC2: Is genotoxic | DNA damage in human and rodent cells including strand breaks, mutations, MN with and without metabolic activation in some studies, mutations in phthalate responsive genes in human breast tumor tissues | Moderate | IARC 2012b, Erkekoglu and Kocer-Gumusel 2014, Oral *et al.* 2016, Benjamin *et al.* 2017, Fu *et al.* 2017, Zhang *et al.* 2021, Mukherjee Das *et al.* 2022 |
| KCC4: Induces epigenetic alterations | Histone modifications, alters DNA methylation in human and rodent cells | Strong | Singh and Li 2012, YC Wang *et al.* 2016, Benjamin *et al.* 2017, Chou *et al.* 2019, Stenz *et al.* 2019, Zhu *et al.* 2019, Almstrup *et al.* 2020, Wang and Qian 2021, Ghosh *et al.* 2022 |
| KCC5: Induces oxidative stress | ROS generation, increased mitochondrial membrane permeability, oxidative DNA damage in rodent liver, | Moderate | Rosado-Berrios *et al.* 2011, Erkekoglu and Kocer-Gumusel 2014, Kabir *et al.* 2015, Li *et al.* 2021, Zhang *et al.* 2022, Astuto *et al.* 2023 |
| KCC7: Is immunosuppressive | Toxic to human TK6 lymphoblast cells | Limited | Rosado-Berrios *et al.* 2011 |
| KCC8: Receptor-mediated effects | Activates PPARs, AhR, ER in humans and rodents; AR, ER, and PPAR antagonist activity in vitro and in vivo studies in rodents and humans | Strong | Chen and Chien 2014 , Ahmad *et al.* 2017 , Benjamin *et al.* 2017 , Engel *et al.* 2017 , Stenz *et al.* 2019 , Hlisnikova *et al.* 2020 , Qian *et al.* 2020 , Hsieh *et al.* 2022 , Khan *et al.* 2022 , Astuto *et al.* 2023 |
| KCC9: Causes immortalization | Epithelial-mesenchymal transition, cell transformation in rodent cells | Limited | IARC 2012b, Oral *et al.* 2016, Benjamin *et al.* 2017 |

| KC | Evidence | Strength of Evidence | References |
|---|---|---|---|
| KCC10: Alters cell proliferation, cell death | Proliferation, invasion, and metastasis in various human and rodent cells | Strong | Chen and Chien 2014, Chen *et al.* 2016, Oral *et al.* 2016, YC Wang *et al.* 2016, Fu *et al.* 2017, Chen *et al.* 2018, Wu *et al.* 2018, Zhu *et al.* 2019, Cheon 2020, Ghosh *et al.* 2022, Khan *et al.* 2022, Mughees *et al.* 2022, W Cao *et al.* 2023, WS Cao *et al.* 2023, FP Chen *et al.* 2023 |

**Benzophenones/UV Filters**

Benzophenone is listed as possibly carcinogenic or reasonably anticipated to be carcinogenic to humans by IARC and the NTP, respectively (Table 7-2). Various in vitro, in vivo, and in silico methods show that benzophenones disrupt the hypothalamic-pituitary-gonadal axis and induce disrupting effects toward estrogen receptor, androgen receptor, progesterone receptor, and thyroid hormone receptor (A Wang *et al.* 2016). Thus, a brief review indicated strong evidence for receptor mediated effects (KCC8), limited evidence for genetic effects (KCC2) and oxidative stress (KCC5), and moderate evidence for cell proliferation (KCC10) (Table 7-8).

**Table 7-8. Key characteristics of carcinogens (KCCs) for benzophenones/UV filters**

| KC | Evidence | Strength of Evidence | References |
|---|---|---|---|
| KCC2: Is genotoxic | Mutagenic is some Ames assays, MN and chromosomal aberrations and MN in human lymphocytes, induced *umu* gene expression (indication of DNA damage) in bacteria | Limited | IARC 2012a, Santovito *et al.* 2019, Mustieles *et al.* 2023 |
| KCC5: Induces oxidative stress | Induced oxidative stress in rat brain in vivo, urinary levels of benzophenone-3 associated with oxidative stress biomarkers in humans, might function as a photosensitizer that generates ROS | Limited | IARC 2012a, Ferguson *et al.* 2019, Pomierny *et al.* 2019 |
| KCC8: Receptor mediated effects | Estrogenic activity in human and rodent cells, androgen, and progesterone receptor antagonist activity. Activated ER signaling in a human ovarian cancer cell line, disrupts androgenic and estrogenic signaling in vitro and in vivo, PPAR activator | Strong | Seidlova-Wuttke *et al.* 2004, Schreurs *et al.* 2005, Vandenberg *et al.* 2012, Park *et al.* 2013, J Wang *et al.* 2016, Shin *et al.* 2019, Mustieles *et al.* 2023, Kley *et al.* 2024 |

| KC | Evidence | Strength of Evidence | References |
|---|---|---|---|
| KCC10: Alters cell proliferation, cell death | Stimulated the growth of human ovarian cancer cells via ERα signaling and increased tumor mass formation in xenograft mouse model, increased ERα-positive breast cell proliferation, Induced endometrium hyperplasia and altered proliferation and histology of mammary gland in rodents. | Moderate | Park *et al.* 2013, J Wang *et al.* 2016, Williams and Darbre 2019, Ma *et al.* 2023, Mustieles *et al.* 2023 |

### 7.3.4. Key findings – carcinogenicity

The key findings from the studies and data reviewed in this section are:

- Hair relaxers contain chemicals that have been identified as carcinogenic in humans and/or experimental animals by one or more authoritative agencies. These include formaldehyde, ethylene oxide, 1,4-dioxane, DEHP, diethanolamine, and benzophenone. Hair relaxer products may also contain N-nitrosodiethanolamine as a by-product.
- At least six epidemiology studies have reported that chemical hair relaxer use, particularly long-term use, is associated with an increased risk of developing ovarian and uterine cancer. Some studies also suggest an increased risk of breast cancer.
- Many of the CoCs show strong evidence that they can induce many of the key characteristics of carcinogens at low, environmentally relevant doses. KCCs with the strongest evidence include induces epigenetic effects (KCC4), induces oxidative stress (KCC5), induces receptor-mediated effects (KCC8), and enhances cell proliferation (KCC10).

## 7.4. Endocrine Disruption

This Section reviews the evidence that hair relaxers or chemicals present in hair relaxers could contribute to endocrine-related effects, including cancer, and follows the same organization as the previous section: Agency evaluations of endocrine disruptors (Section 7.4.1), Endocrine disrupting effects of hair relaxers or CoCs (Section 7.4.2), and the KCs of endocrine disruptors (Section 7.4.3). The key questions for this section include the following:

- Are any of the CoCs considered as endocrine disruptors by authoritative agencies?
- How are endocrine disruptors identified?

- Do human studies of hair relaxer use or exposure to CoCs indicate an association with endocrine-related effects?
- Have any of the CoCs been associated with the KCs of endocrine disruptors, and if so, what is the strength of the evidence?

Allen and Doisy (1923) were perhaps the first to develop an assay to identify the source of the ovarian hormone (estrogen), observe its effects in animals, and to develop methods for its extraction and purification. However, the concept that certain chemicals could mimic the activity of hormones was introduced in the late 1950s, but it was not until the 1970s that scientists began to link these chemicals to reproductive effects and cancers in humans and wildlife. The first conference on estrogens in the environment was held in 1979 (McLachlan and Korach 1995) and the terms "endocrine disruption" and "endocrine disruptors" were first coined at a scientific conference in 1991 (Schug *et al.* 2016). EDCs are present in chemical hair relaxers EDCs are different from endocrine modulators that may interact with hormonal systems without disruption. For example, soy, chocolate, and coffee have chemicals that interact with the hormonal system but are safe for humans in typical amounts.

The potential health implications of EDCs are numerous given that the neuroendocrine system is vitally important in all vertebrates and regulates many critical biological functions including metabolism, development, reproduction, growth, and behavior. Human studies have linked EDC exposures with adverse effects on reproduction, behavior, neurodevelopment, metabolic diseases, bone disorders, immune disorders, and cancers (Regnier and Sargis 2014, Del Pup *et al.* 2015, Kabir *et al.* 2015, Maqbool *et al.* 2016, Mallozzi *et al.* 2017, Amir *et al.* 2021, Czarnywojtek *et al.* 2021, Seralini and Jungers 2021, Silva *et al.* 2023). Since endocrine disruptors interfere with hormone systems that are responsible for normal development and function, they can cause adverse developmental, reproductive, neurological, metabolic, and immunological effects as well as cancer (Yang *et al.* 2015). Thus, EDCs are widely recognized as posing a significant global public health challenge.

The USEPA initially defined endocrine disruptors in 1996 as *exogenous agents that interfere with the synthesis, secretion, transport, binding, action or elimination of natural hormones in the body that are responsible for the maintenance of homeostasis, reproduction, development and/or behavior* (Yilmaz *et al.* 2020). EDCs were later re-defined by the Endocrine Society as *an exogenous chemical, or mixture of chemicals, that can interfere with any aspect of hormone action* (Zoeller *et al.* 2012).

The Endocrine Society opposes an economics-based (rather than science-based) definition of an EDC that includes a "potency cutoff" because it cannot be assumed that there are thresholds below which EDC exposures are safe and have developed a comprehensive scientific statement regarding EDC research (available at: https://www.endocrine.org/topics/edc/where-we-stand) as follows:

- **Defined** an EDC as a compound that, through environmental or developmental exposure, alters how an organism communicates and responds to the environment

- **Asserted** that there is no endocrine system that is immune to EDC's and that the effects may be transmitted to future generations (i.e., transgenerational)
- **Declared** that the evidence for adverse reproductive outcomes is strong and mounting for effects in areas such as neuroendocrine, sexual development, obesity, metabolism, thyroid systems, and insulin resistance
- **Highlighted** the "precautionary principle" for informing decisions about exposure and risk: Chemicals must be tested before being introduced into the environment
- **Encouraged** scientific societies to partner with organizations with scientific and medical expertise to evaluate the effects of EDCs and communicate to other researchers, clinicians, community advocates, and politicians

These statements by the Endocrine Society were very influential in helping me formulate my opinion in this report.

The full impact of human exposure to EDCs is very difficult to determine because people are exposed to many different chemicals over time, exposure to EDCs during critical windows of exposure such as prenatal and early postnatal life may have permanent consequences, effects often develop latently or may not be noticed, effects may not be dose dependent, EDCs are not pure agonists or antagonists of a single hormone receptor, and EDCs may have transgenerational effects (Iughetti *et al.* 2020, Yilmaz *et al.* 2020, Jones and White 2024). Therefore, it is not surprising that there is much debate on how to classify a substance as an endocrine disruptor or how to confirm adverse effects on human health from chronic low-dose exposures.

EDCs, or xenoestrogens, can act by multiple pathways including the classical direct genomic signaling (e.g., nuclear ER and AR receptors), indirect genomic signaling, non-genomic signaling pathways involving membrane steroid hormone receptors, nonsteroid receptors (e.g., neurotransmitter receptors), and other enzymatic pathways involved in steroid biosynthesis/metabolism that may be ER-independent (De Coster and van Larebeke 2012, Patisaul 2021b). Since most regulatory screening assays only probe the direct genomic pathway, other pathways could be missed. Although the effects of endocrine disrupting chemicals in humans are difficult to quantify with certainty, the experimental evidence strongly suggests that their impact is likely underestimated (Patisaul 2021b).

This section evaluates the evidence of endocrine disrupting effects from use of hair relaxer products or exposure to chemicals present in hair relaxers. I considered the general topic of endocrine disruption as relevant to my mandate because evidence of any endocrine-disrupting effects from exposure to hair relaxer products or CoCs at environmentally relevant concentrations strengthens the biological plausibility that the development, growth, and progression of ovarian or uterine cancer could be linked to the use of hair relaxers. Therefore, studies that investigated other endocrine related cancers (e.g., breast, prostate, testicular, and thyroid) or other biological effects that are mediated by neuroendocrine pathways (e.g., altered immune response, neurodevelopmental delay, metabolic disorders, altered reproductive function, and cardiovascular disease) were considered relevant to the question of biological plausibility as indirect evidence (Del Pup

*et al.* 2015, Fu *et al.* 2020, Patisaul 2021b, a, Llanos *et al.* 2022, Cathey *et al.* 2023, Della Rocca *et al.* 2023, Silva *et al.* 2023, Wiklund *et al.* 2023).

### 7.4.1. Agency evaluations of endocrine disruptors

Unlike carcinogens, I am not aware of any authoritative lists or evaluations of EDCs that are as widely used or comparable to the IARC, NTP, or USEPA evaluations of carcinogens. A few lists of suspected or proposed endocrine disruptors have been developed or are under development by various government and non-government agencies, especially in Europe, and some are briefly reviewed here with the primary objective of determining if any of the CoCs present in hair relaxers are recognized as endocrine disruptors by authoritative sources.

NIEHS identified phthalates as among the most common and well-studied endocrine disruptors (available at https://www.niehs.nih.gov/health/topics/agents/endocrine).

The European Union (EU) currently maintains three lists of EDCs based on the EU regulations for Registration, Evaluation, Authorisation, and Restriction of Chemicals (REACH) (available at https://edlists.org). List I contains substances identified as endocrine disruptors, List II includes substances under evaluation, and List III includes substances that may have endocrine disrupting properties and have been proposed by an individual National Authority but have not undergone EU community assessment. These lists are updated at least bi-annually. List I includes phthalates, parabens, and many other phenols and phenol derivatives. List III also includes phthalates, parabens, and octamethylcyclotetrasiloxane (D4).

The Danish Centre on Endocrine Disrupting Chemicals has published lists of endocrine disruptors (Hass *et al.* 2012a, Hass *et al.* 2012b, Hass *et al.* 2017). The most recent list was contracted by the Danish Environmental Protection Agency to prepare a science based consolidated list of EDCs and suspected EDCs that could be used to inform European Union regulation, eco-label criteria, and provide clear communication to consumers (Hass *et al.* 2017). The first step was to identify and assemble information from existing and publicly available lists of possible EDCs, including an unpublished master list from the European Chemicals Agency (ECHA), into one list. More than 8000 chemicals were screened and prioritized according to mode of action and exposure data and evaluated based on the World Health Organization (WHO) definition of an endocrine disruptor. Many substances were eliminated due to insufficient data. The remaining chemicals were listed in three categories as follows: Category 1 – Endocrine Disruptor (i.e., when they are known to have produced endocrine disruption in humans or animal species living in the environment or when there is clear evidence from animal studies), Category 2a – Suspected Endocrine Disruptor (i.e., when there is some evidence from humans or experimental animals, and where the evidence is not sufficiently convincing to place the substance in category 1), Category 2b – Indicated Endocrine Disruptor (i.e., when there is in vitro/in silico evidence indicating potential for endocrine disruption in intact organisms or evidence observed in vivo that could be endocrine mediated). Substance placed in category 1 included di-n-pentylphthalate, dihexylphthalate, dicyclohexylphthalate,

octamethylcyclotetrasiloxane (D4), and butylparaben. Substances in category 2a included diethyl phthalate, benzophenones, methylparaben, and ethylparaben (Hass *et al.* 2012a, Hass *et al.* 2012b, Hass *et al.* 2017).

Thus, many of the CoCs identified in hair relaxers have been evaluated by public health bodies for evidence of endocrine disrupting effects and are formally listed as endocrine disruptors or suspected endocrine disruptors.

### 7.4.2. Endocrine disrupting effects of hair relaxers

CoC chemical groups in hair relaxers have demonstrated endocrine disrupting effects in multiple test systems.

**Hair relaxer and personal care product use**

Many studies have reported endocrine disrupting properties of the CoCs, and several studies have investigated endocrine disrupting effects associated with the use of chemical hair relaxers or other hair care products. For example, two recent studies reported a significant association between exposure to hair relaxers and circulating levels of estrogens. Geczik et al (2023), in a study that included 585 postmenopausal women, 80.2% reported that they used hair relaxers. Altered estrogen metabolism was associated with hair relaxer use, particularly among women that used lye-based products or with a greater number of scalp burns. Specifically, circulating levels of the 16-hydroxyestrone/estriol metabolism pathway (estriol and 16-epiestriol) were increased in ever users vs. never use of lye-based hair relaxer products. Similarly, Rivera-Nunez et al. (2022) collected blood, demographic and pregnancy-related data in a cohort of 1070 pregnant women in Puerto Rico and investigated the association between self-reported personal care product use and prenatal sex steroid and thyroid hormone levels. Use of hair products (i.e., dyes, bleach, relaxers, and mousse) were associated with lower levels of sex-hormone binding globulin, estriol, progesterone, and testosterone compared to non-use. Since maternal, fetal, and placental sources contribute to circulating hormone levels in pregnant women, it was not clear if one of these sources was impacted more than the others by chemicals present in the hair products.

Other endocrine-related effects reported in women that used chemical hair relaxers and other hair products include breast cancer and breast tumor clinicopathologic features (Llanos *et al.* 2017, Brinton *et al.* 2018, Eberle *et al.* 2020, Rao *et al.* 2022), an earlier age of menarche in women that started using these products in childhood (James-Todd *et al.* 2011, McDonald *et al.* 2018), preterm delivery (Preston *et al.* 2021), and slightly reduced fecundability in a large cohort of >11,000 women (Wise *et al.* 2023). Fecundability was lowest among women with a longer duration of use and more frequent use.

Two studies examined the endocrine disrupting activity of off-the-shelf hair and/or skin products commonly used by African American women (Myers *et al.* 2015, James-Todd *et al.* 2021). Myers et al. (2015) tested ethanol extracts of eight hair and skin products, including one hair relaxer, for endocrine activity in a cell proliferation assay using the estrogen sensitive MCF-7:WS8 cell line derived from human breast cancer. The endocrine

activity of these products was not predictable by examining the listed ingredients. Six of the eight products contained parabens with three showing estrogenic activity and the other three showing anti-estrogenic activity; however, the hair relaxer sample did not show endocrine activity. James-Todd et al. (2021) tested six hair products (i.e., lotions, conditioners, oils, root stimulators) in a reporter gene assay and all products displayed hormonal activity.

Peinado et al. (2021, 2023) found that the frequency of PCP use was a strong predictor of exposure to parabens and benzophenones and was associated with an increased risk of endometriosis. Genes associated with cell cycle control, cell differentiation, and lipid metabolism in endometriotic tissues were differentially expressed and identified as possible mechanisms.

Henley et al. (2007) reported gynecomastia in three prepubertal boys that used body oils (lavender and tea tree oils) that contained parabens. This condition resolved shortly after exposure to these products was eliminated. A subsequent study (Ramsey *et al.* 2019) also reported a few cases of gynecomastia in boys and premature thelarche in girls exposed to lavender products. However, a larger cross-sectional study (primarily on white children) reported no cases of gynecomastia or other endocrine-disrupting effects in children regularly exposed to lavender and tea tree essential oils (Hawkins *et al.* 2022).

**Chemicals detected in hair relaxers**

There is growing evidence that these chemicals can produce endocrine-related health effects including reproductive abnormalities, metabolic diseases, endocrine dysfunction, nervous system damage, epigenetic effects, and hormone-related cancers at current levels of exposure (Lee 2018, Qian *et al.* 2020, Hamid *et al.* 2021, Kazemi *et al.* 2022, Llanos *et al.* 2022, Ahn and Jeung 2023, Jones and White 2024).

As discussed in Section 4.2.2, the toxicity of complex mixtures generally cannot be determined based on an evaluation of the individual chemicals in the mixture. Lee (2018) further noted that the net effect of complex mixtures of EDCs is unpredictable at the individual level in humans. This does not mean that the individual chemicals present in a mixture are not important, but that exposure must consider the mixture rather than one chemical at a time. Therefore, it is not necessary to always know which chemicals in the mixture are most responsible for the adverse effect. Several studies and reviews have investigated the effects of EDC mixtures or commented on the need for more mixture studies (Kortenkamp 2007, Vinas *et al.* 2012, Charles and Darbre 2013, Bommarito *et al.* 2017, Bunay *et al.* 2017, Le Magueresse-Battistoni *et al.* 2017, Li *et al.* 2017, Darbre 2021, Cathey *et al.* 2022b, Cathey *et al.* 2022a, Chang *et al.* 2024). Hamid et al. (2021) reviewed mixture studies of EDCs and found that oxidative stress, high antioxidant enzymatic activities, disturbed estrous cycle, and decreased steroidogenesis were commonly found effects after acute or chronic exposures. Most mixtures exhibited synergistic effects, but additive or antagonistic effects were also reported. In some cases, transgenerational epigenetic effects were profound, particularly in F3 and F4 generations, and included altered DNA methylation in sperm, polycystic ovaries, and reduced offspring number.

Pertinent findings from reviews on EDCs and human health that were conducted over the past decade are summarized in Table 7-9 and confirm that environmental exposures to chemicals that are present in hair relaxers have been linked to various endocrine disrupting effects in people. Phthalates and parabens are the most well studied. A recent systematic review found that exposure to nitrosamines (a possible carcinogenic contaminant in hair relaxers) also caused reproductive and developmental toxicity in experimental animals (Liu *et al.* 2025).

**Table 7-9. Endocrine-disrupting effects of CoCs present in hair relaxers**

| Reference | Topic (EDCs) | Conclusion |
|---|---|---|
| Almeida-Toledano *et al.* 2024 | Systematic review of the effects phthalates on fetal development and maternal/neonatal health | Phthalates are endocrine disruptors that affect maternal, fetal, and infant health including pregnancy complications and neurodevelopmental disorders. |
| Azeredo *et al.* 2023 | Parabens effects on the hypothalamic-pituitary-thyroid axis (HPT) (Parabens) | Exposure to parabens is more evident in women than men. Demonstrated an association between exposure to parabens and dysfunctions of the HPT axis including altered TSH and thyroid hormone levels and disruption of estrogenic and androgenic receptors. Some evidence that mechanisms of action may differ among different parabens. |
| Czarnywojtek *et al.* 2021, Czarnywojtek *et al.* 2023 | EDCs and reproductive effects (phthalates) | Phthalates affect reproduction and growth in humans and experimental animals, causes impaired ovarian steroidogenesis, and increased likelihood of polycystic ovary syndrome. |

| Reference | Topic (EDCs) | Conclusion |
|---|---|---|
| Weng *et al.* 2023 | Cumulative exposure to phthalates and their alternatives and reproductive health | Phthalates and some of their alternatives have the potential to disrupt or mimic pregnancy hormones, cause reproductive and developmental toxicity, impair endogenous hormone metabolism, production, and secretion. Associations also shown with preterm birth, uterine leiomyomas, and altered DNA methylation. More comprehensive studies are needed to better understand the direct and indirect targets of phthalate metabolites and their alternatives on reproductive outcomes. |
| Kirtana and Seetharaman 2022 | EDCs and epigenetic toxicity (phthalates) | Mechanisms of epigenetic effects are unknown but experimental evidence that phthalates induce epigenetic modifications in humans and/or human cells and transgenerational effects in experimental animals |
| Amir *et al.* 2021 | EDCs and reproductive disorders (phthalates) | Phthalates interfere with estrogen/androgen pathways leading to infertility in both sexes through many mechanisms including DNA damage in spermatozoids and epigenetic effects. |
| Haggerty *et al.* 2021 | Pregnancy exposure to EDCs (phthalates, parabens,) | Some evidence that exposure to EDCs during pregnancy is associated with adverse outcomes; however, findings are inconsistent. |
| Jiao *et al.* 2021 | Paraben concentrations in the urine of women and adverse effects on ovarian function in mice and ovarian cells in vitro | Urinary paraben concentrations were significantly elevated in women who used cosmetics and other PCPs and concentrations were correlated with basal estradiol concentrations. In vivo experiments in mice and in vitro experiments with human ovarian granulosa tumor-derived cells demonstrated adverse effects of paraben exposure on ovarian estradiol secretion and ovulation. |

| Reference | Topic (EDCs) | Conclusion |
|---|---|---|
| Neff and Flaws 2021 | Effects of plasticizers on the ovary (phthalates) | It is well established that plasticizers are endocrine disrupting chemicals with deleterious effects on ovarian health with documented impaired folliculogenesis and steroid hormone production that can persist long after termination of exposure. May also play a role in polycystic ovarian syndrome. |
| Patisaul 2021b | EDCs and reproductive disorders, impacts on neuroendocrine pathways (parabens, phthalates, UV filters,) | Endocrine disruption does not have to be direct because neuroendocrine pathways that coordinate reproductive physiology intersect with many organ systems and pathways such that indirect environmental insults can have consequences. Provided extensive examples of how EDCs are impacting reproductive health and evidence that they have the potential for multi-generational physiological and behavioral effects. Identified three core principles: 1) latency between exposure and effect can be decades, 2) timing of exposure may be more important than dose in driving the potential and severity of adverse outcomes, and 3) the dose-response of many hormones and EDCs appears to be non-linear. |
| Wang and Qian 2021 | Phthalates and human health | Despite their short half-lives in tissues, chronic exposure to phthalates, as endocrine-disrupting chemicals, adversely impacts the endocrine system and functioning of multiple organs with long-term impacts on fertility, child growth and development, and neurological systems. |

| Reference | Topic (EDCs) | Conclusion |
|---|---|---|
| Cheon 2020 | DEHP and uterine histological characteristics | Chronic exposure to low levels of DEHP and its metabolites may cause endocrine disruption, alter uterine histology, and induce reproductive diseases such as endometriosis, hyperplasia, and myoma. |
| Fu *et al.* 2020 | Systematic review of EDCs and cardiovascular disease (Phthalates, nonylphenol, others) | Exposure to environmental endocrine disruptors is a risk factor for cardiovascular disease and a synergistic effect may exist between chemical homologs |
| Hlisnikova *et al.* 2020 | Phthalates and reproductive health | Phthalates can modify the release of hypothalamic, pituitary, and peripheral hormones and interfere with nuclear receptors, membrane receptors, intracellular signaling pathways, and modulate gene expression associated with reproduction with the potential for transgenerational and multigenerational effects and cancer. |
| Qian *et al.* 2020 | Prenatal phthalate exposure and endocrine disruption | Phthalates have estrogenic and antiandrogenic properties. There is increasing evidence that prenatal exposure to phthalates disrupts the levels of thyroid, sex hormone, and vitamin D In pregnant women or offspring and can result in preterm birth, maternal glucose disorders, genital abnormalities, and growth restriction. |
| Radke *et al.* 2020 | Phthalates and neurodevelopment | No clear pattern of association between prenatal exposure and neurodevelopment but because of study limitations, these findings should not be interpreted as evidence that there are no neurodevelopmental effects of phthalate exposure. |

| Reference | Topic (EDCs) | Conclusion |
|---|---|---|
| Zhou *et al.* 2020 | EDCs and mitochondrial dysfunction (Phthalates) | Mitochondrial function is critical for steroid synthesis, innate immunity, apoptosis, and control of oxidative stress. Although direct evidence for EDC-induced mitochondrial DNA (mtDNA) epigenetic disruption is limited, there is evidence that EDCs can target this endpoint. EDCs directly target mitochondrial function, are potent modulators of nuclear DNA epigenetics, and disrupt several modulators of mtDNA methylation. |
| Piazza and Urbanetz 2019 | EDCs and reproductive health (phthalates, others) | Exposure to different EDCs has caused multiple reproductive system abnormalities in women and animal species. There is clear evidence that EDCs can produce adverse effects on the genital tract. |
| Nowak *et al.* 2018 | Parabens and effects on the endocrine system | Parabens induce a wide spectrum of actions in exposed organisms including interference with nuclear receptors for steroid hormones, modulate activity of enzymes that metabolize natural hormones, and interfere with steroidogenesis. Some effects in animal models have not been observed in human studies. Further studies are warranted. |
| Bommarito *et al.* 2017 | EDCs and epigenetic effects (Phthalates, others) | Prenatal exposures to EDCs are associated with adverse birth outcomes, epigenetic modifications, and later life health effects, |
| Le Magueresse-Battistoni *et al.* 2017 | EDCs in mixtures and metabolic disorders (alkylphenols, phthalates, others) | Evidence is accumulating that exposure to EDCs may contribute to the pandemic evolution of obesity and related metabolic disorders, including diabetes. |

| Reference | Topic (EDCs) | Conclusion |
|---|---|---|
| De Coster and van Larebeke 2012 | EDCs, disorders, and mechanisms of action | Weak or strong estrogen activity via one pathway does not necessarily predict potency of an EDC via another signaling pathway. |

Phthalates are known environmental endocrine disruptors but associations with human disease are debated (Yang *et al.* 2022). Endocrine-related effects reported in human studies include altered serum hormone levels in women (Yao *et al.* 2016, Cathey *et al.* 2019, Qian *et al.* 2020, Cathey *et al.* 2022b); preterm birth (Cathey *et al.* 2022b, Cathey *et al.* 2022a, Welch *et al.* 2022); epigenetic effects in genes involved in endocrine function, inflammatory response, and cancer (Solomon *et al.* 2017); ovarian disfunction including adverse effects on folliculogenesis, steroidogenesis, and diminished ovarian reserve (Hannon and Flaws 2015, Y Li *et al.* 2023); developmental and behavioral problems in children (Braun *et al.* 2013); and perturbed metabolic pathways linked to inflammation, oxidative stress, and other endocrine implications (Zhang *et al.* 2022).

Exposure to parabens has been associated with reduced fecundability (Ao *et al.* 2023), lowered sperm count and decreased motility (Shen *et al.* 2023), altered thyroid hormone homeostasis (Huang *et al.* 2024), early menarche (Harley *et al.* 2019), and metabolic syndrome in men but not in women or children (Kim and Chevrier 2020). Interestingly, two studies employed a risk assessment approach to evaluate possible adverse impacts of paraben/phenol exposure in a Taiwanese population of 271 adults and 95 minors (Huang *et al.* 2022) or in 903 preconception couples (Ao *et al.* 2022). Huang et al. (2022) reported that paraben exposure was omnipresent and that current levels of exposure exceeded the acceptable threshold estimated at 0.02 mg/kg/day. Participants who used a greater number of PCPs had a significantly higher risk with a significantly increasing trend of HI with age that was driven by personal care product use. Ao et al. (2022) reported that current environmental exposure levels may have low health risks in 17.5% of couples based on an RfD of 10 mg/kg/day (sum of parabens). Thus, these studies indicate that PCP use is an important source of exposure to parabens and that current levels of exposure are a concern, even based on acceptable exposure levels derived from high-dose animal studies.

Urinary levels of triclosans during pregnancy were associated with early menarche (Harley *et al.* 2019); lowered birth weight, length, head circumference, and gestational age (Etzel *et al.* 2017); and altered reproductive hormone levels in cord blood (Wang *et al.* 2018).

Several relevant in vitro studies that were not reviewed in Section 7.2 show endocrine disrupting effects in human cells exposed to parabens. These include inhibition of skin estrogen sulfotransferase activity that could potentially lead to an increase in local estrogen levels and estrogen signaling (Prusakiewicz *et al.* 2007), altered estrogen receptor target gene expression and cell viability in breast cancer cell lines that were comparable to changes observed with E2 treatment, (Tapia *et al.* 2023), altered gonadotropin (follicle

stimulating hormone and luteinizing hormone biosynthesis (Wang *et al.* 2024a), and binding to estrogen receptors at concentrations commonly detected in human tissues (Wei *et al.* 2022).

### 7.4.3. Key characteristics of endocrine disruptors

Endocrine disruptors can induce adverse effects through multiple complex molecular mechanisms (Yang *et al.* 2015). Similar to the key characteristics of carcinogens (see Section 7.2.3), the 10 key characteristics of endocrine disrupting chemicals provide a systematic framework to identify, organize, and integrate mechanistic data with endocrine effects in humans to identify an EDC hazard (La Merrill *et al.* 2020). The 10 key characteristic of EDCs comprise the major mechanisms by which these chemicals can interfere with hormonal action and are listed in Table 4-3. The key characteristics of EDCs identified for some of the CoCs are briefly reviewed in this section and summarized in Tables 7-10 to 7-13 for cyclosiloxanes, parabens, phthalates, and benzophenones/UV filters, respectively. Each of these CoCs are associated with multiple KCs and support biological plausibility that long-term exposure could contribute to cancer or other endocrine-related effects. The strength of evidence is summarized by chemical/chemical group for the 10 KCs with an overall rating of strong, moderate, or limited as described in Section 5.

As mentioned previously, I did not attempt to conduct an exhaustive literature search for each of the CoCs and the key characteristics. The purpose of this section is to briefly review the evidence that the CoCs exhibit various endocrine disrupting properties at current exposure levels and could potentially increase the risk of various adverse health outcomes such as cancer, reproductive impairment, neurobehavioral development, and metabolic disease (La Merrill *et al.* 2020).

There are multiple key characteristics of endocrine-disrupting chemicals, thus, binding to the estrogen receptor is not the only way these chemicals may exert adverse effects. Most of the key characteristics listed below, except for cyclosiloxanes, were based on reviews or human studies. The data for cyclosiloxanes were limited to a few studies in rats and mice or in vitro studies and show generally weak estrogenic effects. As with the key characteristics of carcinogens, these key characteristics cannot be used as a simple checklist to determine if a chemical is an endocrine disruptor (La Merrill *et al.* 2020). Thus, there is not a minimum number of key characteristics that are required to determine if a chemical meets the criteria as an endocrine disruptor. In some cases, strong evidence for one key characteristic may be sufficient, while in others, evidence for multiple key characteristics may be needed. The overall strength of evidence for endocrine disrupting effects is presented for each CoC class in the following sections and tables.

**Cyclosiloxanes**

Few relevant studies were identified for cyclosiloxanes. Octamethylcyclotetrasiloxane (D4) is listed as a Category 1 endocrine disruptor by the Danish Centre on Endocrine Disrupting Chemicals (see Section 7.3.1). The studies I reviewed provided limited evidence for activates hormone receptors (KC1), antagonizes hormone receptors (KC2),

alters hormone receptor expression (KC3), and alters circulating levels of hormones (KC8) (Table 7-10).

**Table 7-10. Key characteristics of endocrine-disrupting effects for cyclosiloxanes**

| KC | Evidence | Strength of Evidence | References |
|---|---|---|---|
| KC1: Activates hormone receptors | D4 binds to ER with low affinity and exerted estrogen activity that affected cell cycle progression in neuronal progenitor cells during neurodevelopment in mice. In rat pituitary cells, D4 strongly induced CaBP-9K gene expression that was diminished by an ER antagonist. In vivo, estrogenic effects were seen in the rat uterus at high doses of D4. D5 was not estrogenic in several in vitro and in vivo assays | Limited | McKim *et al.* 2001, Quinn *et al.* 2007, Wang *et al.* 2013, Lee *et al.* 2015, Tran *et al.* 2021 |
| KC2: Antagonizes hormone receptors | Weak antiestrogenic activity when co-administered with ethinyl estradiol to two strains of rats | Limited | McKim *et al.* 2001 |
| KC3: Alters hormone receptor expression | Prenatal exposure to D4 increased expression of estrogen receptors in the mouse brain | Limited | Tran *et al.* 2021 |
| KC8: Alters circulating levels of hormones | Oral administration to male rats lowered serum LH and FSH levels in association with sex accessory tissue atrophy | Limited | Le Vier and Boley 1975 |

**Parabens**

The endocrine-disrupting effects have been widely studied and debated; however, there is substantial evidence that parabens are associated with most of the KCs (Table 7-11). In general. In vitro assays show that the activity of parabens increases with alkyl side chain/branched chain length (Wei *et al.* 2022, Seidel *et al.* 2023, Neri *et al.* 2024). The Danish Centre on Endocrine Disrupting Chemicals listed butylparaben as a category 1 endocrine disruptor and methyl- and Ethylparaben as category 2a endocrine disruptors (see Section 7.3.1). The strength of evidence ratings was largely based on a recent systematic review by Vandenberg and Bugos (2021). There is strong evidence for KC1, KC2, KC6, and KC10; moderate evidence for KC8, and limited evidence for KC3, KC4, KC5, and KC9.

**Table 7-11. Key characteristics of endocrine-disrupting effects for parabens**

| KC | Evidence | Strength of Evidence | References |
|---|---|---|---|
| KC1: Activates hormone receptors | Interferes with nuclear receptors for androgens, estrogens, progesterone, glucocorticoids, G-protein-coupled estrogen receptors, and PPARs; multiple parabens activated human and rat PXR, and rat CAR and PPARα | Strong | Darbre and Harvey 2008, 2014, Pan *et al.* 2016, Nowak *et al.* 2018, Fujino *et al.* 2019, Roje *et al.* 2019, Mogus *et al.* 2021, Vandenberg and Bugos 2021, Hager *et al.* 2022, Liang *et al.* 2022, Wei *et al.* 2022, Y Chen *et al.* 2023, Tong *et al.* 2023 |
| KC2: Antagonizes hormone receptors | Anti-androgenic activity in humans and human cell lines, antagonized rat PXR, | Strong | Darbre and Harvey 2008, Nowak *et al.* 2018, Fujino *et al.* 2019, Vandenberg and Bugos 2021, Huang *et al.* 2022 |
| KC3: Alters hormone receptor expression | Increased Esr1 mRNA and ERα protein expression in tow breast cell lines | Limited | Vandenberg and Bugos 2021 |
| KC4: Alters signal transduction in hormone responsive cells | Increased phosphorylation of ERK1/2 and Akt in MCf-7 cells; crosstalk with HER2 and other breast cancer signaling pathways | Limited | Pan *et al.* 2016, Vandenberg and Bugos 2021, Hager *et al.* 2022 |
| KC5: Induces epigenetic modifications | DNA hypermethylation in rat testes | Limited | Park *et al.* 2012 |
| KC6: Alters hormone synthesis | Inhibited aromatases in human placental-derived microsomes, and affected steroidogenesis in rats | Strong | Wrobel and Gregoraszczuk 2013, Nowak *et al.* 2018, Gal *et al.* 2019, Vandenberg and Bugos 2021 |
| KC8: Alters circulating levels of hormones | Reduced serum testosterone in rats, increased E2 secretion in MCF-7 cells but reduced secretion in MCF-10A cells, alters androgen and estrogen levels in rats, inhibits estrogen sulotransferases, affects levels of thyroid hormones and E2 in humans | Moderate | Darbre and Harvey 2008, Wrobel and Gregoraszczuk 2013, Bledzka *et al.* 2014, Guerra *et al.* 2017, Nowak *et al.* 2018, Gal *et al.* 2019, Vandenberg and Bugos 2021, Hager *et al.* 2022, Huang *et al.* 2024, Wang *et al.* 2024b |
| KC9: Alters hormone metabolism | Parabens influence activities of PXR, CAR, and PPARα and have the potential to contribute to endocrine disruption by altering hormone metabolism | Limited | Fujino *et al.* 2019 |
| KC10: Alters fate of hormone-producing cells | Induces proliferation of MCF-7 cells and increases cell migration | Strong | Khanna *et al.* 2014, Vandenberg and Bugos 2021 |

**Phthalates**

The endocrine disrupting properties of phthalates have been extensively studied with varied results depending on the particularly chemical and test system. The Danish Centre on Endocrine Disrupting Chemicals listed several phthalates as category 1 endocrine disruptors and one phthalate in category 2a (see Section 7.3.1). Phthalates have been linked to most of the KCs of endocrine disruptors in human, animal, and in vitro studies (Table 7-12), There is strong evidence for activates hormone receptors (KC1), antagonizes hormone receptors (KC2), induces epigenetic modifications (KC5), and alters circulating levels of hormones (KC8). There is limited evidence for altered hormone receptor expression, signal transduction in hormone responsive cells, hormone synthesis, and hormone metabolism (KC3, KC4, KC6, KC9, respectively).

**Table 7-12. Key characteristics of endocrine-disrupting effects for phthalates**

| KC | Evidence | Strength of Evidence | References |
|---|---|---|---|
| KC1: Activates hormone receptors | Molecular function analysis identified enriched nuclear receptor activity and steroid hormone receptor activity; activates PPARs, AhR, ER in humans and rodents | Strong | Chen and Chien 2014, Benjamin *et al.* 2017, Engel *et al.* 2017, Fu *et al.* 2017, Ahern *et al.* 2019, Chou *et al.* 2019, Crobeddu *et al.* 2019, Stenz *et al.* 2019, Hlisnikova *et al.* 2020, Qian *et al.* 2020, Hsieh *et al.* 2022, Khan *et al.* 2022, Mughees *et al.* 2022 |
| KC2: Antagonizes hormone receptors | AR, ER, and PPAR antagonist activity in vitro and in vivo studies in rodents and humans | Strong | Braun *et al.* 2013, Mariana *et al.* 2016, Ahmad *et al.* 2017, Benjamin *et al.* 2017, Engel *et al.* 2017, Okazaki *et al.* 2017, Stenz *et al.* 2019, Gopalakrishnan *et al.* 2020, Hlisnikova *et al.* 2020, Qian *et al.* 2020, Hsieh *et al.* 2022, Astuto *et al.* 2023 |
| KC3: Alters hormone receptor expression | Affects expression of peptide receptors, altered AhR-related alteration in estrogen receptor expression in mice | Limited | Cheon 2020, Hlisnikova *et al.* 2020, Hsieh *et al.* 2022 |
| KC4: Alters signal transduction in hormone responsive cells | Exerts multiple interactions with ERα signaling and down-regulates genes involved in steroid hormone signaling, in humans, Induced mutations in genes involved in signaling cascades in volved in breast cancer | Limited | Gao *et al.* 2018, Hlisnikova *et al.* 2020, Fiocchetti *et al.* 2021, Mukherjee Das *et al.* 2022 |

| KC | Evidence | Strength of Evidence | References |
|---|---|---|---|
| KC5: Induces epigenetic modifications | Histone modifications, alters DNA methylation in human and rodent cells | Strong | Kang and Lee 2005, Hsieh *et al.* 2012c, Benjamin *et al.* 2017, Solomon *et al.* 2017, Wu *et al.* 2018, Chou *et al.* 2019, Stenz *et al.* 2019, Zhu *et al.* 2019, Wang and Qian 2021, Ghosh *et al.* 2022, Khan *et al.* 2022 |
| KC6: Alters hormone synthesis | Upregulated genes involved in steroid biosynthesis pathway in rat ovarian tissue, reduced Leydig cell testosterone production in rats | Limited | Braun *et al.* 2013, Hlisnikova *et al.* 2020, Yi *et al.* 2023 |
| KC8: Alters circulating levels of hormones | Human, animal, and in vitro studies show effects on steroidogenesis with altered levels of estradiol, GnRH, LH, FSH, testosterone, T4; competes with natural hormones by binding to transport proteins | Strong | Hurst and Waxman 2004, Mariana *et al.* 2016, Sheikh *et al.* 2016a, Yao *et al.* 2016, Benjamin *et al.* 2017, Cathey *et al.* 2019, Crobeddu *et al.* 2019, Hlisnikova *et al.* 2020, Qian *et al.* 2020, Wang and Qian 2021, Cathey *et al.* 2022b, Y Li *et al.* 2023 |
| KC9: Alters hormone metabolism | Modulates metabolic enzymes critical for steroid hormone metabolism | Limited | Hurst and Waxman 2004, Benjamin *et al.* 2017 |

**Benzophenones/UV Filters**

I identified fewer relevant studies for benzophenones compared to most of the other CoC groups, however, a growing number of studies show that benzophenones and other UV filters induce a variety of endocrine disrupting effects (J Wang *et al.* 2016). Benzophenone was listed as a category 2a endocrine disruptor by the Danish Centre on Endocrine Disrupting Chemicals (see Section 7.3.1) and is listed by IARC as possibly carcinogenic to humans based on animal studies. The key characteristics identified for benzophenones are shown in Table 7-13. There is strong evidence for activates hormone receptors (KC1) and limited evidence for antagonizes hormone receptors (KC2) and alters circulating levels of hormones (KC8).

**Table 7-13. Key characteristics of endocrine-disrupting effects for benzophenones**

| KC | Evidence | Strength of Evidence | References |
|---|---|---|---|
| KC1: Activates hormone receptors | Estrogenic activity in human and rodent cells, androgen, and progesterone receptor antagonist activity. Activated ER signaling in a human ovarian cancer cell line, disrupts androgenic and estrogenic signaling in vitro and in vivo, PPAR activator, | Strong | Seidlova-Wuttke *et al.* 2004, Schreurs *et al.* 2005, Vandenberg *et al.* 2012, Park *et al.* 2013, J Wang *et al.* 2016, Mustieles *et al.* 2023 |
| KC2: Antagonizes hormone receptors | Anti-androgenic activity in various cell-based assays | Limited | J Wang *et al.* 2016, Kley *et al.* 2024 |
| KC8: Alters circulating levels of hormones | Increased serum TSH levels in rats, disturbed normal testosterone levels in rats and mice | Limited | Vandenberg *et al.* 2012, J Wang *et al.* 2016 |

### 7.4.4. Key findings – endocrine disruption

The key findings from the studies and data reviewed for this section include the following:

- Several phthalates, parabens, and cyclosiloxanes are recognized as endocrine disruptors by US and European agencies.
- Use of chemical hair relaxers was associated with endocrine disrupting effects including altered estrogen metabolism, increased circulating levels of estrogens, altered breast tumor clinicopathologic features, early menarche, preterm delivery, and slightly reduced fecundability.
- There is growing evidence that EDCs found in chemical hair relaxers, metabolic diseases, endocrine dysfunction, altered endogenous hormone production and metabolism, altered uterine histology, impaired ovarian steroidogenesis, polycystic ovarian syndrome, nervous system damage, epigenetic effects, and hormone-related cancers at current levels of exposure. Phthalates, parabens, and bisphenols are the most widely studied EDCs found in hair relaxers.
- Studies of EDC mixtures reported that oxidative stress, high antioxidant enzymatic activities, disturbed estrous cycle, and decreased steroidogenesis were reported following acute or chronic exposures. EDC mixture studies generally reported synergistic or additive effects. Some antagonistic effects were also observed.
- All the CoCs were associated with multiple key characteristics of endocrine disrupting chemicals. Key characteristics with the strongest evidence for one or more of the CoCs included interacts with or activates hormone receptors (KC1), antagonizes hormone receptors (KC2), induces epigenetic modifications (KC5),

alters hormone distribution or circulating levels of hormones (KC8), and alters fate of hormone-producing or hormone-responsive cells (KC10).

# 8. Biological Plausibility

As discussed in Section 4.3, Sir Austin Bradford Hill identified "biological plausibility" as one of his considerations for establishing causality (Hill 1965, Whaley *et al.* 2022). This marked the initial formalization of the concept of biological plausibility within the epidemiological and biomedical literature. Biological plausibility is defined by the USEPA as: *An inference of causality [which] tends to be strengthened by consistency with data from experimental studies or other sources demonstrating plausible biological mechanisms. A lack of mechanistic data, however, is not a reason to reject causality* (EPA 2005). This section reviews the Hill principles, integrates direct and indirect evidence for biological plausibility, and evaluates the question regarding safety of exposure to EDCs and other hazardous chemicals found in hair relaxers and PCPs. Key findings are summarized.

## 8.1. The Hill Principles and Mechanistic Data

Mechanistic evidence is an important element in hazard identification as it can strengthen causal inferences by addressing biological plausibility of associations reported in epidemiological studies and potentially address the relevance of extrapolating findings in animal studies to humans (Hill 1965, IARC 2019, Smith *et al.* 2020). However, Hill (1965) emphasized that biological plausibility is a feature that cannot be demanded because it depends on the current biological knowledge: *All scientific work is incomplete – whether it be observational or experimental. All scientific work is liable to be upset or modified by advancing knowledge. That does not confer upon us a freedom to ignore the knowledge we already have, or to postpone the action that it appears to demand at a given time*. The Hill principles (strength, consistency, specificity, temporality, biological gradient, plausibility, coherence, experiment, and analogy) provide a framework for evaluating the relationship between exposures and disease. These principles are briefly described in Table 8-1.

**Table 8-1. The Hill principles for evaluating causation**

| Principle | Description |
|---|---|
| Strength | Addresses the differences in the ratio of a measured or calculated health outcome between exposed and control groups. The larger the ratio, the greater the strength. |
| Consistency | Has the effect been reported in studies from other investigators, in different places, times, and circumstances? This does not mean that conclusions should not or cannot be drawn in cases where a study has not been repeated. |
| Specificity | Is the association limited to specific populations and to particular sites and types of disease? |
| Temporality | Is there a temporal relationship of the association (i.e., does exposure precede the effect (disease)? |
| Biological gradient | Is there a dose-response (i.e., greater effect observed with increased frequency, duration, or dose)? Note: Not all dose responses are monotonic (see Section 4.1.1). |

| Principle | Description |
|---|---|
| Plausibility | Are there known biological mechanisms that link exposure and the observed disease? |
| Coherence | Does the association conflict with generally known facts regarding the natural history and biology of the disease? For example, do exposure trends (e.g., increased use of a product) correspond with temporal trends observed for the disease (increasing incidence over time) and/or do the chemicals present in the products cause cellular/histological effects consistent with the disease (e.g., key characteristics or intermediate cellular changes that lead to disease)? |
| Experiment | Do intervention/stop exposure studies prevent or reduce disease incidence or intermediate steps in disease progression? |
| Analogy | Is there evidence from similar studies such that an analogy is appropriate? |

Source: Hill 1965

## 8.2. Evidence Evaluation

Hill (1965) specifically stated that *none of the nine criteria can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a sine qua non* (an essential element or condition). When available, consistency and coherence of findings across multiple study designs and test systems strengthen confidence in determining a causal association. Although first on Hill's list, the strength of a direct association may be low to moderate, but this does not rule out a causal inference because of the challenges faced by toxicology and epidemiology studies when tasked with evaluating complex chronic exposures and diseases. Some causal relationships will not show a strong association; therefore, caution is advised before dismissing a cause-and-effect hypothesis simply because the association is not robust. Whaley et al. (2022) also addressed this concept and noted that an important challenge in environmental health research is that high certainty from direct evidence in human populations, though theoretically possible, is rarely realized. Thus, indirect evidence from surrogates (i.e., other study designs including human, in vitro, and animal studies that can be considered relevant by analogy for the target populations, exposures, comparators, and outcomes of actual interest) is justifiable in that it may provide "biologically plausible" support for the hypothesized exposure-outcome relationship in the population of concern. Although I believe that the direct evidence considered in this report is compelling (i.e., epidemiology studies linking hair relaxer use to ovarian and uterine cancers in women), other direct and indirect lines of evidence were reviewed in the previous section. Conclusions regarding biological plausibility are discussed in this section by considering the key findings from both direct and indirect lines of evidence.

### 8.2.1. Direct evidence

Direct evidence was available from studies of hair relaxers that addressed disease outcomes, product analyses, and product use patterns. Ten epidemiology studies were identified that addressed exposure to hair relaxers and cancer (Section 7.3.2). Five studies

reported an association of hair relaxer use and uterine cancers (Wise *et al.* 2012, Chang *et al.* 2022, Bertrand *et al.* 2023, Kithikii *et al.* 2025, Ogunsina *et al.* 2025); one study reported an association with ovarian cancer (White *et al.* 2021a), and three studies reported an association with breast cancer (Eberle *et al.* 2020, Coogan *et al.* 2021, White *et al.* 2021b). Bailey et al. (2025) reported evidence of an association with other thyroid cancer, non-Hodgkin's lymphoma, and pancreatic cancer. Together, these studies address several of the Hill principles including strength, consistency, coherence, temporality, specificity, and biological gradient. Because these cancers are considered endocrine-related, other direct lines of evidence included chemical analysis studies and reports that identified EDCs or other CoCs in hair relaxers (Helm *et al.* 2018, California EPA 2021, Okeke *et al.* 2024, Irungu *et al.* 2025) (see Section 6.1). Hair relaxer studies of exposure to EDCs or cancer-related endocrine effects in people and studies of product use demographics were also considered.

Hair relaxer use is associated with higher urinary levels of EDCs (Schildroth *et al.* 2024), altered estrogen metabolism (Geczik *et al.* 2023), and breast tumor clinicopathologic features that indicate more aggressive phenotypes (Rao *et al.* 2022). Rao et al. also reported that compared to salon only application, combination application (history of both home kit and salon application) was associated with 82% odds of a larger tumors and that relaxer use for >10 years showed a significant positive trend for increasing tumor size. These studies show that hair relaxer use results in increased exposure to EDCs, affects endocrine metabolism, and promotes tumor growth in people. Many studies report marked racial differences in use of chemical hair relaxers (reviewed in Section 7.2.3). Thus, increased use of these products (including greater frequency, duration, and earlier age) by African American women compared to Caucasian women could be a risk factor that contributes to the higher rates of endocrine-related cancers and mortality among this population demographic and is consistent with Hill's coherence principle.

### 8.2.2. Indirect evidence

Indirect evidence considered in this review included studies of other endocrine-related effects associated with hair relaxer use, mixed hair and skin product studies, and studies addressing the biological effects of CoCs and their occurrence in body tissues (see Section 7). These studies also are useful to address several of the Hill principles including coherence, biological plausibility, experiment, and analogy. Some of the more relevant findings for effects on the ovary and uterus are summarized first followed by brief discussion of the key characteristics of carcinogens and endocrine disruptors.

Many reviews show that EDCs (including phthalates, parabens, and benzophenones) stimulate human ovarian cancer cell growth, proliferation, and metastasis in vitro (Park *et al.* 2013, Kim *et al.* 2014, Khan *et al.* 2021, Della Rocca *et al.* 2023, Ma *et al.* 2023, Mustieles *et al.* 2023), induce polycystic ovarian syndrome (Czarnywojtek *et al.* 2021, Della Rocca *et al.* 2023), alter ovarian folliculogenesis and steroidogenesis (Hannon and Flaws 2015, Jiao *et al.* 2021, Neff and Flaws 2021, Weng *et al.* 2023), and have been associated with a previous diagnosis of ovarian cancer in women (Cathey *et al.* 2023). The frequency of cosmetic use was a strong predictor of exposure to some parabens and

benzophenone congeners and was associated with endometriosis and increased expression of key genes related to the development and progression of this condition (Peinado *et al.* 2021, Peinado *et al.* 2023). Phthalates affect uterine histology and induce endometriosis and fibroid tumors (Cheon 2020, Weng *et al.* 2023). These studies, and others reviewed in the previous sections, show mounting evidence that levels of carcinogenic and/or endocrine disrupting chemicals found in hair relaxers pose a health risk to consumers, including endocrine-related cancers.

The key characteristics of carcinogens (Section 7.3.3) and/or endocrine disruptors (Section 7.4.3) identify molecular and cellular events that provide a valuable framework for assessing the strength of mechanistic evidence and reaching conclusions regarding biological plausibility. Many studies reported that low, environmentally-relevant exposures induced precursor molecular and cellular events that are known risk factors for disease, thus supporting a biological plausible causal association. The literature searches conducted for this report identified hundreds of relevant studies (most published since 2015) but undoubtedly did not reveal every relevant publication (i.e., I did not search every database and did not attempt complex literature searches that included all potentially relevant terms, chemical synonyms, and combinations). Nevertheless, there is clearly a large and rapidly growing body of literature that addresses carcinogenic and endocrine disrupting effects of chemicals detected or reported in hair relaxers.

## 8.3. Are Current Levels of CoCs in PCPs Safe?

In toxicology and epidemiology, both positive and negative studies for a given exposure and outcome are common and expected because of the many reasons discussed in Section 4. Hill (1965) commented on the seemingly paradoxical position that different results from different inquiries cannot be held to refute the original evidence; nor do the same results from the same form of inquiry necessarily strengthen the original evidence. However, similar results when confirmed by different inquiries across multiple study designs and platforms (e.g., prospectively and retrospectively) carry more weight. In this section I present a summary of studies and reviews that conclude that the CoCs and other chemicals in hair relaxers pose a growing threat to human health, especially an increased risk of cancer and endocrine disruption. I also address studies and reviews that suggest that exposures to these products and chemicals are safe. I found the counter arguments unconvincing for several reasons (e.g., they generally overlooked the complexity of low-dose chronic toxicity, ignored potential interactions from exposure to complex mixtures, failed to address limitations in standard risk assessment for CoCs, and did not consider growing evidence of endocrine-related effects, including cancer). In particular, the threshold concept used in standard risk assessment models does not consider non-monotonic dose responses and possible synergistic effects from exposure to complex mixtures (see Sections 4.1 and 4.2). Because of the inherent difficulties of studying the relationships between complex exposures and biological effects such as cancer that often takes decades to develop, it is not surprising that scientific opinions regarding the safety of environmental exposures to non-persistent endocrine disruptors or carcinogens are subject to debate.

### 8.3.1. Chemicals in hair relaxers are a health concern

Many scientists have challenged the view expressed by some that current levels of EDCs and other non-persistent chemicals in PCPs are safe. In addition to the epidemiology studies of hair relaxers (see Section 7.3.2), there are several other studies that identified hair relaxer and other PCP use as important sources of exposure to harmful chemicals that can cause adverse effects. Hair relaxer use has also been associated with acute kidney injury from glyoxylic acid (Abu-Amer *et al.* 2022, Robert *et al.* 2024, Rabinovich *et al.* 2025). Chang *et al.* (2024) reported evidence that frequent use of PCP mixtures was associated with ovarian, uterine, and breast cancer. In addition, there are hundreds of studies that show chemicals found in hair relaxers are associated with many adverse effects in humans, including cancers (Maffini and Vandenberg 2024). Many of the recent reviews emphasize that EDCs cannot be treated as conventional toxic agents, thus, the standard risk assessment approach, based on the assumption that dose levels below the NOAEL implies no effect, is not valid (Cook and Calabrese 2006, Vandenberg *et al.* 2013, Nadal *et al.* 2018, Vandenberg and Bugos 2021, Suvorov 2024).

Other studies have shown that even at extremely low concentrations, phthalates were capable of estrogenic activity in normal and malignant human breast cancer cell lines (Chen *et al.* 2016, Chen *et al.* 2018). In MCF-7 cells, phthalates induced an additive proliferative effect through the P13K/Akt signaling pathway and prevented apoptosis in the presence of E2 (Chen *et al.* 2016). These authors unequivocally stated that *the biologic effects of phthalates should not be ignored or misconstrued as insignificant solely because of their low concentrations in the human body or their lower potency as compared with endogenous estrogens*.

Several studies with parabens also indicate that low binding affinity to the estrogen receptor is not adequate to assume safety. Pan et al. (2016) demonstrated that human epidermal growth factor receptor (HER) ligands enhanced the potency of parabens to stimulate oncogene expression and cell proliferation in human breast cancer cells via ERα activation. Sun et al. (2016) showed vivo estrogenicity of parabens in immature Sprague-Dawley rats at human exposure levels (measured as up-regulation of estrogen-responsive biomarker genes in the uteri).

Because hair relaxers and other PCPs are complex chemical mixtures, any observed biological effect is more likely related to cumulative exposures involving complex interactions of many chemicals rather than a single chemical. Relatively few mixture studies have been conducted but the available data support this assertion and that the mixture effect cannot always be predicted from its individual components (Lee 2018, Hamid *et al.* 2021).

### 8.3.2. Counter Argument: Chemicals in hair relaxers/PCPs are safe – An Analysis

Three recent studies claimed to have conducted systematic reviews of associations between chemical hair relaxers or other hair product use and gynecological cancers. (Okeke and

Burgess 2023, Farooq *et al.* 2024, Hernandez *et al.* 2025). Although there were some systematic elements (mainly literature selection), the sections dealing with study data and results would be more accurately described as narrative reviews. Farooq *et al*. concluded that the evidence was insufficient to determine if a positive association exists and the Okeke and Burgess review was only two pages long and concluded that larger studies were warranted to confirm the association between relaxers and uterine cancer. Hernandez et al. (2025) concluded that hair relaxer use did not likely contribute to an increased risk of endocrine-related cancers in Black women.

Several safety assessments of parabens and one for cyclosiloxanes concluded that current levels used in PCPs are safe (Soni *et al.* 2001, Soni *et al.* 2002, Golden *et al.* 2005, Soni *et al.* 2005, Anonymous 2008, Johnson *et al.* 2011, Fransway *et al.* 2019, Cherian *et al.* 2020, Matwiejczuk *et al.* 2020, Petric *et al.* 2021, Nowak *et al.* 2022, Ouedraogo *et al.* 2022, Svobodova *et al.* 2023). The arguments were generally based on reported (or assumed) safe use of these products for decades, that environmental exposures are too low, and/or the EDCs identified are three to five orders of magnitude less potent than endogenous estrogens. Some epidemiology studies also investigated urinary levels of phthalates, or parabens and breast cancer risk and reported no or inverse associations (Parada *et al.* 2018, Reeves *et al.* 2019, Wu *et al.* 2021a).

### 8.3.3. Discussion

All three reviews of hair relaxers and gynecological cancers considered above concluded that the evidence was inconclusive or that an increased risk of cancer was unlikely. None of the reviews included new data analyses or compelling arguments regarding reasons to dismiss the conclusions of the original papers. Hernandez et al. focused on the results for Black women only, thus, ignoring most of the data from the Sister Study cohorts as Black women comprised only 8% or less of the study participants and less than 10% of the cancer cases. Farooq et al. stated that a comprehensive exposure assessment and risk analysis was needed without suggesting how that should be conducted. As reported elsewhere in this report, conventional risk assessment methods are clearly inadequate for EDCs. However, both the Farooq et al. and Hernandez et al. studies considered the epidemiology studies of hair relaxers that they reviewed to be of good quality.

Inconclusive findings are common in epidemiology and toxicology; however, such conclusions should not be used to dismiss a potential health threat. In such cases, it is appropriate to state that additional studies are warranted but it is also appropriate to mention that a threat could not be ruled out. From a safety aspect, the precautionary principle should be applied (i.e, where there is scientific uncertainty, policy decisions should err on the side of caution with respect to public health and the environment) (Kriebel *et al.* 2001, De Coster and van Larebeke 2012, Iughetti *et al.* 2020). Nevertheless, I disagree with the suggestions of Okeke, Farooq and Hernandez. I do not consider the results of Chang, Bertrand and White to be inconclusive.

The low potency argument based on binding affinity to the estrogen receptor is also being challenged as invalid as it oversimplifies biology and real-life exposures (De Coster and

van Larebeke 2012, Konduracka *et al.* 2014, Lee 2018, Vandenberg and Bugos 2021). It is true that the CoCs show weak binding affinity toward nuclear estrogen receptors with activity generally ranging from about 4 to 6 orders of magnitude lower relative to E2 (Harris *et al.* 1997, Blair *et al.* 2000, Okubo *et al.* 2001, Okubo *et al.* 2003, Quinn *et al.* 2007, Witorsch and Thomas 2010, Karpuzoglu *et al.* 2013). Borgert et al (2018) proposed a human-relevant potency threshold (HRPT) for ERα agonism of 1E-04 relative to the potency of E2. The HRPT was defined as the minimum level of mechanistic potency necessary for a chemical to be able to act via a particular mode of action in humans. Therefore, some have concluded that the chemicals present in PCPs pose a negligible endocrine disrupting risk at current levels of exposure. However, a simple comparison of binding affinities to estrogen receptors is not the only consideration and lower affinity does not always equate to lower efficacy (Dogan *et al.* 2019, Patisaul 2021b). Other mechanisms of endocrine disruption should be considered, as outlined in the 10 key characteristics in Table 4-3.

Estrogenic signaling can be modulated through both direct and indirect pathways, and if all pathways are not considered, the estrogenic potential of compounds that do not directly bind the estrogen receptor could be greatly underestimated. For example, diethyl phthalate exerted multiple parallel interactions that activated the estrogen receptor in MCF-7 cells without directly binding to it (Fiocchetti *et al.* 2021). There are other endocrine signaling pathways in cells where either xenoestrogens show similar potency compared to the natural ligands or the potency of xenoestrogens to estrogen receptors is enhanced. In vitro and in silico binding studies show similar binding characteristics of phthalates to thyroxine-binding globulin (TBG), corticosteroid-binding globulin (CBG), sex hormone-binding globulin (SHBG), and the progesterone receptor (PR) compared to the native ligands thyroxine (Sheikh *et al.* 2016b, Sheikh *et al.* 2016a, Sheikh and Beg 2017, 2022). In general, the longer chain phthalates were more potent. Disruption of these endocrine pathways has implications for altered endocrine homeostasis that could lead to metabolic diseases, immune system disorders, reproductive and fertility problems, and cancer.

In a recent review, Vandenberg and Bugos (2021) used a systematic approach and the key characteristics of endocrine disruptors to evaluate the assertion that propylparaben did not pose a public health concern because of its classification as a “weak” estrogen. Some of their key findings included that the estimated daily exposure to parabens in PCPs is 20 times greater than uptake from food and twice as much as from pharmaceuticals, there is substantial evidence based on the key characteristics that propyl paraben is an EDC, a chemical’s binding affinity cannot be used to predict the potency of a chemical because potency is endpoint specific, and adequate evidence has not been provided for the safe use of parabens. Regarding potency, there are many examples of ER agonists with low binding affinity relative to endogenous hormones, yet these agonists could be equipotent relative to endogenous hormones for specific outcomes. Further, the relative binding affinity shows no intimate correlation with biological response and are not predictive of doses that will induce effects, even when those effects are receptor mediated. Vandenberg and Bugos also address the assertion that parabens (or other chemicals) must be safe because they have been safely used for decades. Such an assertion employs circular logic that suggests the

absence of evidence of harm is evidence of absence of harm; therefore, no new studies are necessary.

Patisaul (2021b) provided many examples of how EDCs are impacting human health, including the potential for multi-generational physiological and behavioral effects and emphasized that direct genomic signaling (i.e., binding to the estrogen receptor with translocation to the nucleus and inducing transcriptional changes in estrogen responsive genes via the estrogen response element (ERE) is not the only pathway that EDCs can impact human health. Other pathways include indirect genomic signaling via another transcription factor that binds to DNA at a non-ERE site, membrane-bound receptors, a G-protein-coupled estrogen receptor, and ER-independent and estrogen-independent pathways. The low affinity arguments only consider the classical genomic pathway and each EDC in isolation.

## 8.4. Key findings

In my opinion, integration of the various lines of evidence discussed in this report provide strong support for a biologically plausible causal relationship between exposure to hair relaxers and ovarian and uterine cancer. Although my mandate centered on addressing biological plausibility, I considered all the Hill principles in reaching my opinion as summarized in Table 8-2.

First, multiple epidemiology studies link chemical hair relaxer use to cancer. This outcome is supported by the fact that these products contain chemicals with known carcinogenic and endocrine disrupting effects. Further, the key characteristics of carcinogens and endocrine disrupting chemicals exhibited by the CoCs in various human, animal, in vitro, and in silico studies show that parabens and phthalates are endocrine disrupting chemicals that can stimulate tumor cell proliferation and metastasis, dysregulate oncogenes and tumor suppressor genes, interfere with cell signaling cascades that maintain cell homeostasis, and disrupt the HPT axis. Fewer studies were available for cyclosiloxanes, and benzophenones but the studies reviewed indicated that these chemicals also exert endocrine disrupting properties at low and environmentally relevant concentrations. Many studies also addressed the potential for additive or synergistic interactions from exposure to EDC mixtures present in PCPs and possible non-monotonic dose-responses of EDCs, thus, I did not find arguments from safety assessments that did not consider these factors compelling.

**Table 8-2. Evidence Integration Based on the Hill Principles.**

| Principle | Evidence |
|---|---|
| Strength | HRs ranged from 1.1 to 5.1 (uterine tumors; ever use and frequent use)<br>HRs ranged from 1.2 to 2.2 (ovarian cancer, ever use and frequent use) |
| Consistency | Consistent results among five uterine cancer studies and one ovarian cancer study. Other studies also suggested associations with breast cancer. |

| Principle | Evidence |
|---|---|
| Specificity | Multiple epidemiology studies showed associations with endocrine-related cancer among women that used chemical hair relaxers. Other studies (human and in vitro) identified endocrine disrupting effects consistent with cancer. |
| Temporality | Disease outcome was related to prior use of hair relaxers |
| Biological gradient | Significant trends related to frequency and/or duration of use reported in all cancer studies of hair relaxers (see Table 7.2 and discussion). |
| Plausibility | Hair relaxer use also linked to altered estrogen metabolism, altered breast tumor clinicopathologic features, and reduced concentrations of EDCs in urine. Hair relaxers shown to contain EDCs that can induce many of the events (i.e., key characteristics) that are mechanistically linked to cancer and various endocrine-related effects. Results are consistent with increase in endocrine-related cancers associated with hair relaxer use. |
| Coherence | Increased use of hair relaxers and other PCPs (particularly home use) corresponds to increasing trends in endocrine-related outcomes, especially among African American women (e.g., incidence of endocrine-related cancers, declining fertility, earlier age at menarche). Hair relaxer use is also associated with altered estrogen metabolism, more aggressive breast tumor clinicopathologic features, and reduced EDC concentrations in urine. Chemicals found in hair relaxers induce many of the key characteristics of carcinogens and/or endocrine disruptors that are consistent with development of endocrine-related cancer. |
| Experiment | Although no intervention studies specific for hair relaxers were identified, multiple intervention studies reported that reducing or eliminating exposure to EDCs in PCPs resulted in a marked reversal of cancer-associated phenotypes within disease-free breast tissue and reduced concentrations of EDCs in urine. |
| Analogy | Several other epidemiology studies reported evidence of endocrine disruption following hair relaxer or mixed hair and skin product use. |

# 9. Summary and Conclusions

Hair relaxers are extensively and frequently used in the US, predominately by women of color, and often beginning at an early age. Recent epidemiology studies consistently report an association with endocrine-related cancers (ovarian and uterine). A recent study also reported associations with thyroid, pancreatic, and non-Hodgkin's lymphoma cancers. Relevant epidemiological, toxicological, and mechanistic evidence from hundreds of reviews, human, in vitro, and animal studies were reviewed. Collectively, these studies, in my opinion, support a biologically plausible connection between use of chemical hair relaxers and endocrine-related cancers, especially when considered as exposure to complex mixtures rather than chemical components considered in isolation.

Hair relaxers are known to contain many chemicals that have proven endocrine disrupting properties and some that are carcinogenic. Analytical studies of off-the-shelf hair relaxers and other PCPs show that chemicals are often present that are not listed on the labels. In some cases, these chemicals may be included under the broad category of fragrance, fragrance carrier, or another generic label. Many of the CoCs identified in this report have been measured in multiple human body fluids and tissues including blood, urine, breast milk, breast tissue (including breast tumors), placenta, cord blood, and uterine and ovarian tissue and tumors.

Human studies also show that use of hair relaxers are a significant source of exposure to chemicals present in these products and that frequent use results in continuous exposure to multiple CoCs with endocrine disrupting, carcinogenic and other potential toxic effects. Chemicals in hair relaxers are mainly absorbed through the skin or inhaled. The scalp absorbs chemicals more readily than other skin areas, especially when its barrier is weakened by harsh hair products like relaxers.

Hair relaxers contain several chemicals that are added as part of the product formulation (formaldehyde, benzophenone, and DEHP) that are currently recognized by IARC, NTP and/or the USEPA as carcinogens (see Table 7-1). In addition, other carcinogenic metals and chemicals may be present in hair relaxers as by-products or contaminants such as cadmium, lead, nickel cobalt, ethylene oxide, 1,4-dioxane, and nitrosamines and are also a concern (see Section 6.1).). Mechanistic evidence shows strong evidence that CoCs found in hair relaxers can induce many of the key characteristics of carcinogens and endocrine-disrupting chemicals. Thus, the carcinogenic effects reported in women that used hair relaxers are likely associated with long-term exposure to a complex mixture of chemicals that includes carcinogens and endocrine disruptors (Del Pup *et al.* 2015, Mallozzi *et al.* 2016, Llanos *et al.* 2022).

The overall coherence of direct and indirect evidence from a variety of test systems (in vivo and in vitro) supports that a causal link between chemical hair relaxer use and carcinogenic and other endocrine-related effects is biologically plausible. Many reviews also acknowledge that the evidence is mounting. Collectively, these studies show that environmentally relevant exposures to EDCs found in hair relaxers are associated with

multiple key characteristics of endocrine disruptors and/or carcinogens (Chen *et al.* 2016, Farasani and Darbre 2017, Chen *et al.* 2018, La Merrill *et al.* 2020, Pollack *et al.* 2020, Farasani and Darbre 2021, Patisaul 2021b, a, Vandenberg and Bugos 2021, FP Chen *et al.* 2023, Y Chen *et al.* 2023, Wang *et al.* 2024b, Wang *et al.* 2024a).

My general findings are as follows:

1. Direct Evidence
   - Several significant epidemiology studies have reported that use of chemical hair relaxers is associated with an increased risk of developing ovarian and uterine cancers. Significant dose-related trends were also reported in most of these studies (i.e, greater effect with frequent and/or longer duration of use).
   - Longer duration and earlier use of chemical hair relaxers and combination application of relaxers (both home and salon application) was associated with breast tumor clinicopathologic features (higher tumor grade and larger tumor size).
   - Hair relaxer use was associated with thyroid, pancreatic, and non-Hodgkin's lymphoma in a recent epidemiology study.
   - Carcinogenic and endocrine disrupting chemicals (EDCs) have been identified in chemical hair relaxers. The presence of these chemicals support a biologically plausible link between exposure to chemical hair relaxers and ovarian and uterine cancer as well as other adverse effects.
   - Hair relaxer use was associated with higher concentrations of multiple phthalate, phenol, and paraben biomarkers. These findings show that hair products are an important source of exposure to EDCs.
   - Use of lye-based hair relaxers was associated with increased circulating levels of estrogens in postmenopausal African American women. In addition, the number of scalp burns among hair relaxer users was associated with elevated levels of unconjugated estrogens.

2. Indirect Evidence
   - Mixed hair product use by pregnant women resulted in altered levels of sex hormones and sex hormone binding protein.
   - Many in vitro studies reported associations of EDCs (parabens, phthalates, benzophenones) with growth and development of ovarian or uterine cancer cells via endocrine-related mechanisms. Other studies addressed EDC exposure and breast cancer, including detection in breast tissue, and effects on cancer cell proliferation, invasion, and metastasis.
   - Hair relaxer use was associated with slightly reduced fecundability in a large preconception cohort.
   - Intervention studies (replacing PCP products with products that do not contain EDCs) resulted in a reversal of cancer-associated phenotypes in healthy breast

tissue, including decreased expression of oncogenes and increased expression of tumor suppressor genes, and lower urinary concentrations of EDCs.

- Some intact EDCs have been detected at higher concentrations in cancerous tissues, including ovaries, endometrium, and breast compared to healthy tissues indicating some potential to accumulate in cancer tissue.
- Standard risk assessment methodology for EDCs is inappropriate because of the potential for a non-monotonic dose-response that standard high-dose animal models cannot adequately evaluate.
- Adverse effects from EDCs have been reported in many in vitro and in vivo studies at concentrations below or near the concentrations found in human blood and tissues.
- There is strong to limited mechanistic evidence that many of the CoC exhibit one or more of the key characteristics of endocrine disruptors and/or carcinogens.

Hundreds to perhaps thousands of relevant human and mechanistic studies are available for the CoCs reported to be present in chemical hair relaxers, most of which have known endocrine-disrupting effects. I believe the strength of evidence for endocrine-disrupting effects for many of the CoCs that are reported to be found in hair relaxers (phthalates, parabens, and UV filters) is moderate to strong based on recent reviews, epidemiological studies of EDC effects, in vitro studies using human cells and tissues, and in vitro and in vivo studies using experimental animals and animal cell lines.

In my opinion, to a reasonable degree of toxicological certainty, there is sufficient evidence from human studies as well as in vitro studies in human and animal tissues and cells to support a biologically plausible connection between long-term use of chemical hair relaxers and uterine and ovarian cancer in women. Hair relaxers contain a complex mixture of chemicals that include endocrine disruptors and carcinogens (e.g., formaldehyde, parabens, phthalates, ethylene oxide, 1,4-dioxane, diethanolamine, and many others). Some of these chemicals are known to produce endocrine disrupting effects and cancer in humans while many of them are known to induce receptor mediated effects (activate or antagonize hormone receptors), epigenetic effects, oxidative stress, and other key characteristics of endocrine disruptors or carcinogens in vitro. Although it cannot be determined which of these chemicals are most responsible for the biological effects associated with hair relaxer use, it is likely that the combination of biological activities of these chemicals over time creates an elevated risk for endocrine-related cancers. Furthermore, other endocrine-related effects in women, men and children have also been reported and suggest that exposure to chemicals present in hair relaxers are likely contributing to the increasing trend of reproductive deficits and metabolic disorders in the US population. In reaching my opinion, I considered dissenting arguments that the products were safe because exposures were too low to cause adverse effects and/or that the potency of various chemicals present in hair relaxers was orders of magnitude lower than endogenous hormones. I found these arguments unpersuasive because of flawed reasoning

or methods, misleading statements, use of inadequate risk assessment methods, and/or a general failure to recognize or address the mounting evidence to the contrary.

**9.1 Miscellaneous Disclosures**

My fee for expert services is as follows: $500 per hour for reviewing materials and drafting a report. $700 per hour for deposition and trial testimony.

I have not given deposition or trial testimony in the last four years.

December 1, 2025 By: Stanley T. Atwood

Stanley T. Atwood, M.S.

## References

Abu-Amer N, Silberstein N, Kunin M, *et al.* 2022. Acute kidney injury following exposure to formaldehyde-free hair-straightening products. *Case Rep Nephrol Dial* 12(2): 112-116. PMID: https://pubmed.ncbi.nlm.nih.gov/36160636. DOI: http://dx.doi.org/10.1159/000525567.

Adami HO, Berry SC, Breckenridge CB, *et al.* 2011. Toxicology and epidemiology: Improving the science with a framework for combining toxicological and epidemiological evidence to establish causal inference. *Toxicol Sci* 122(2): 223-234. PMID: https://pubmed.ncbi.nlm.nih.gov/21561883. DOI: http://dx.doi.org/10.1093/toxsci/kfr113.

Aglan MA, Mansour GN. 2020. Hair straightening products and the risk of occupational formaldehyde exposure in hairstylists. *Drug Chem Toxicol* 43(5): 488-495. PMID: https://pubmed.ncbi.nlm.nih.gov/30208743. DOI: http://dx.doi.org/10.1080/01480545.2018.1508215.

Ahern TP, Broe A, Lash TL, *et al.* 2019. Phthalate exposure and breast cancer incidence: A Danish nationwide cohort study. *J Clin Oncol* 37(21): 1800-1809. PMID: https://pubmed.ncbi.nlm.nih.gov/30995175. DOI: http://dx.doi.org/10.1200/jco.18.02202.

Ahmad S, Khan MF, Parvez S, *et al.* 2017. Molecular docking reveals the potential of phthalate esters to inhibit the enzymes of the glucocorticoid biosynthesis pathway. *J Appl Toxicol* 37(3): 265-277. PMID: https://pubmed.ncbi.nlm.nih.gov/27427409. DOI: http://dx.doi.org/10.1002/jat.3355.

Ahn C, Jeung EB. 2023. Endocrine-disrupting chemicals and disease endpoints. *Int J Mol Sci* 24(6). PMID: https://pubmed.ncbi.nlm.nih.gov/36982431. DOI: http://dx.doi.org/10.3390/ijms24065342.

Alampanos V, Kabir A, Furton KG, *et al.* 2020. Fabric phase sorptive extraction combined with high-performance-liquid chromatography-photodiode array analysis for the determination of seven parabens in human breast tissues: Application to cancerous and non- cancerous samples. *J Chromatogr A* 1630: 461530. PMID: https://pubmed.ncbi.nlm.nih.gov/32950814. DOI: http://dx.doi.org/10.1016/j.chroma.2020.461530.

Allen E, Doisy EA. 1923. An ovarian hormone: Preliminary report on its localization, extraction and partial purification, and action in test animals. *JAMA* 81(10): 819-821.

Almeida-Toledano L, Navarro-Tapia E, Sebastiani G, *et al.* 2024. Effect of prenatal phthalate exposure on fetal development and maternal/neonatal health consequences: A systematic review. *Sci Total Environ* 950: 175080. PMID: https://pubmed.ncbi.nlm.nih.gov/39079634. DOI: http://dx.doi.org/10.1016/j.scitotenv.2024.175080.

Almstrup K, Frederiksen H, Andersson AM, *et al.* 2020. Levels of endocrine-disrupting chemicals are associated with changes in the peri-pubertal epigenome. *Endocr Connect* 9(8): 845-857. PMID: https://pubmed.ncbi.nlm.nih.gov/32755991. DOI: http://dx.doi.org/10.1530/ec-20-0286.

Alsohaimi IH, Khan MR, Ali HM, *et al.* 2020. Solvent extraction and gas chromatography-mass spectrometric determination of probable carcinogen 1,4-dioxane in cosmetic products. *Sci Rep* 10(1): 5214. PMID: https://pubmed.ncbi.nlm.nih.gov/32251326. DOI: http://dx.doi.org/10.1038/s41598-020-62149-x.

Amin MM, Tabatabaeian M, Chavoshani A, *et al.* 2019. Paraben content in adjacent normal-malignant breast tissues from women with breast cancer. *Biomed Environ Sci* 32(12): 893-904. PMID: https://pubmed.ncbi.nlm.nih.gov/31918794. DOI: http://dx.doi.org/10.3967/bes2019.112.

Amir S, Shah STA, Mamoulakis C, *et al.* 2021. Endocrine disruptors acting on estrogen and androgen pathways cause reproductive disorders through multiple mechanisms: A review. *Int J Environ Res Public Health* 18(4). PMID: https://pubmed.ncbi.nlm.nih.gov/33557243. DOI: http://dx.doi.org/10.3390/ijerph18041464.

Anonymous. 2008. Final amended report on the safety assessment of methylparaben, ethylparaben, propylparaben, isopropylparaben, butylparaben, isobutylparaben, and benzylparaben as used in cosmetic products. *Int J Toxicol* 27 Suppl 4: 1-82. PMID: https://pubmed.ncbi.nlm.nih.gov/19101832. DOI: http://dx.doi.org/10.1080/10915810802548359.

Ao J, Wang Y, Tang W, *et al.* 2022. Patterns of environmental exposure to phenols in couples who plan to become pregnant. *Sci Total Environ* 821: 153520. PMID: https://pubmed.ncbi.nlm.nih.gov/35101495. DOI: http://dx.doi.org/10.1016/j.scitotenv.2022.153520.

Ao J, Qiu W, Huo X, *et al.* 2023. Paraben exposure and couple fecundity: A preconception cohort study. *Hum Reprod* 38(4): 726-738. PMID: https://pubmed.ncbi.nlm.nih.gov/36749105. DOI: http://dx.doi.org/10.1093/humrep/dead016.

Astuto MC, Benford D, Bodin L, *et al.* 2023. Applying the adverse outcome pathway concept for assessing non-monotonic dose responses: Biphasic effect of bis(2-ethylhexyl) phthalate (DEHP) on testosterone levels. *Arch Toxicol* 97(2): 313-327. PMID: https://pubmed.ncbi.nlm.nih.gov/36336711. DOI: http://dx.doi.org/10.1007/s00204-022-03409-9.

Ates PS, Unal I, Ustundag UV, *et al.* 2018. Methylparaben induces malformations and alterations on apoptosis, oxidant-antioxidant status, ccnd1 and myca expressions in zebrafish embryos. *J Biochem Mol Toxicol* 32(3): e22036. PMID: https://pubmed.ncbi.nlm.nih.gov/29360218. DOI: http://dx.doi.org/10.1002/jbt.22036.

Aushev VN, Gopalakrishnan K, Teitelbaum SL, *et al.* 2019. Tumor expression of environmental chemical-responsive genes and breast cancer mortality. *Endocr Relat Cancer* 26(12): 843-851. PMID: https://pubmed.ncbi.nlm.nih.gov/31593922. DOI: http://dx.doi.org/10.1530/erc-19-0357.

Azeredo DBC, de Sousa Anselmo D, Soares P, *et al.* 2023. Environmental endocrinology: Parabens hazardous effects on hypothalamic- pituitary-thyroid axis. *Int J Mol Sci* 24(20). PMID: https://pubmed.ncbi.nlm.nih.gov/37894927. DOI: http://dx.doi.org/10.3390/ijms242015246.

Bailey JT, Chang CJ, Gaston SA, *et al.* 2025. Use of hair straighteners and chemical relaxers and incidence of non-reproductive cancers. *J Natl Cancer Inst*. PMID: https://pubmed.ncbi.nlm.nih.gov/41022397. DOI: http://dx.doi.org/10.1093/jnci/djaf280.

Barr L, Metaxas G, Harbach CA, *et al.* 2012. Measurement of paraben concentrations in human breast tissue at serial locations across the breast from axilla to sternum. *J Appl Toxicol* 32(3): 219-232. PMID: https://pubmed.ncbi.nlm.nih.gov/22237600. DOI: http://dx.doi.org/10.1002/jat.1786.

Belfiore A, Perks CM. 2013. Grand challenges in cancer endocrinology: Endocrine related cancers, an expanding concept. *Front Endocrinol* 4. DOI: http://dx.doi.org/10.3389/fendo.2013.00141.

Benjamin S, Masai E, Kamimura N, *et al.* 2017. Phthalates impact human health: Epidemiological evidences and plausible mechanism of action. *J Hazard Mater* 340: 360-383. PMID: https://pubmed.ncbi.nlm.nih.gov/28800814. DOI: http://dx.doi.org/10.1016/j.jhazmat.2017.06.036.

Berrington de Gonzalez A, Masten SA, Bhatti P, *et al.* 2024. Advisory Group recommendations on priorities for the IARC Monographs. *Lancet Oncol* 25(5): 546-548. PMID: https://pubmed.ncbi.nlm.nih.gov/38621402. DOI: http://dx.doi.org/10.1016/S1470-2045(24)00208-0.

Bertrand KA, Delp L, Coogan PF, *et al.* 2023. Hair relaxer use and risk of uterine cancer in the Black Women's Health Study. *Environ Res* 239(Pt 1): 117228. PMID: https://pubmed.ncbi.nlm.nih.gov/37821068. DOI: http://dx.doi.org/10.1016/j.envres.2023.117228.

Blair RM, Fang H, Branham WS, *et al.* 2000. The estrogen receptor relative binding affinities of 188 natural and xenochemicals: Structural diversity of ligands. *Toxicol Sci* 54(1): 138-153. PMID: https://pubmed.ncbi.nlm.nih.gov/10746941. DOI: http://dx.doi.org/10.1093/toxsci/54.1.138.

Bledzka D, Gromadzinska J, Wasowicz W. 2014. Parabens. From environmental studies to human health. *Environ Int* 67: 27-42. PMID: https://pubmed.ncbi.nlm.nih.gov/24657492. DOI: http://dx.doi.org/10.1016/j.envint.2014.02.007.

Bommarito PA, Martin E, Fry RC. 2017. Effects of prenatal exposure to endocrine disruptors and toxic metals on the fetal epigenome. *Epigenomics* 9(3): 333-350. PMID: https://pubmed.ncbi.nlm.nih.gov/28234024. DOI: http://dx.doi.org/10.2217/epi-2016-0112.

Borgert CJ, Matthews JC, Baker SP. 2018. Human-relevant potency threshold (HRPT) for ERalpha agonism. *Arch Toxicol* 92(5): 1685-1702. PMID: https://pubmed.ncbi.nlm.nih.gov/29632997. DOI: http://dx.doi.org/10.1007/s00204-018-2186-z.

Bormann JL, Maibach HI. 2020. Effects of anatomical location on *in vivo* percutaneous penetration in man. *Cutan Ocul Toxicol* 39(3): 213-222. PMID: https://pubmed.ncbi.nlm.nih.gov/32643443. DOI: http://dx.doi.org/10.1080/15569527.2020.1787434.

Braun JM, Sathyanarayana S, Hauser R. 2013. Phthalate exposure and children's health. *Curr Opin Pediatr* 25(2): 247-254. PMID: https://pubmed.ncbi.nlm.nih.gov/23429708. DOI: http://dx.doi.org/10.1097/MOP.0b013e32835e1eb6.

Braun JM, Just AC, Williams PL*, et al.* 2014. Personal care product use and urinary phthalate metabolite and paraben concentrations during pregnancy among women from a fertility clinic. *J Expo Sci Environ Epidemiol* 24(5): 459-466. PMID: https://pubmed.ncbi.nlm.nih.gov/24149971. DOI: http://dx.doi.org/10.1038/jes.2013.69.

Brescia S. 2020. Thresholds of adversity and their applicability to endocrine disrupting chemicals. *Crit Rev Toxicol* 50(3): 213-218. PMID: https://pubmed.ncbi.nlm.nih.gov/32228218. DOI: http://dx.doi.org/10.1080/10408444.2020.1740973.

Brinton LA, Figueroa JD, Ansong D*, et al.* 2018. Skin lighteners and hair relaxers as risk factors for breast cancer: Results from the Ghana breast health study. *Carcinogenesis* 39(4): 571-579. PMID: https://pubmed.ncbi.nlm.nih.gov/29324997. DOI: http://dx.doi.org/10.1093/carcin/bgy002.

Brown M, Chinnaiyan A, Farsetti A*, et al.* 2015. 26th Pezcoller symposium: Cancers driven by hormones. *Cancer Res* 75(7): 1177-1180. PMID: https://pubmed.ncbi.nlm.nih.gov/25788695. DOI: http://dx.doi.org/10.1158/0008-5472.CAN-14-2902.

Buck Louis GM, Smarr MM, Sun L*, et al.* 2018. Endocrine disrupting chemicals in seminal plasma and couple fecundity. *Environ Res* 163: 64-70. PMID: https://pubmed.ncbi.nlm.nih.gov/29426029. DOI: http://dx.doi.org/10.1016/j.envres.2018.01.028.

Bunay J, Larriba E, Moreno RD*, et al.* 2017. Chronic low-dose exposure to a mixture of environmental endocrine disruptors induces microRNAs/isomiRs deregulation in mouse concomitant with intratesticular estradiol reduction. *Sci Rep* 7(1): 3373. PMID:

https://pubmed.ncbi.nlm.nih.gov/28611354. DOI: http://dx.doi.org/10.1038/s41598-017-02752-7.

Calabrese EJ. 2005. Historical blunders: How toxicology got the dose-response relationship half right. *Cell Mol Biol (Noisy-le-grand)* 51(7): 643-654. PMID: https://pubmed.ncbi.nlm.nih.gov/16359616.

Calabrese EJ. 2008. Hormesis and medicine. *Br J Clin Pharmacol* 66(5): 594-617. PMID: https://pubmed.ncbi.nlm.nih.gov/18662293. DOI: http://dx.doi.org/10.1111/j.1365-2125.2008.03243.x.

California EPA. 2021. *Chemicals in Hair Straightening Products*. California Environmental Protection Agency. Accessed on 2/22/25. https://dtsc.ca.gov/scp/chemicals-in-hair-straightening-products/

Cao W, Lu X, Zhong C*, et al.* 2023. Sulforaphane suppresses MCF-7 breast cancer cells growth via miR-19/PTEN axis to antagonize the effect of butyl benzyl phthalate. *Nutr Cancer* 75(3): 980-991. PMID: https://pubmed.ncbi.nlm.nih.gov/36542459. DOI: http://dx.doi.org/10.1080/01635581.2022.2156555.

Cao WS, Zhao MJ, Chen Y*, et al.* 2023. Low-dose phthalates promote breast cancer stem cell properties via the oncogene DeltaNp63alpha and the Sonic hedgehog pathway. *Ecotoxicol Environ Saf* 252: 114605. PMID: https://pubmed.ncbi.nlm.nih.gov/36753971. DOI: http://dx.doi.org/10.1016/j.ecoenv.2023.114605.

Cathey AL, Watkins D, Rosario ZY*, et al.* 2019. Associations of phthalates and phthalate replacements with CRH and other hormones among pregnant women in Puerto Rico. *J Endocr Soc* 3(6): 1127-1149. PMID: https://pubmed.ncbi.nlm.nih.gov/31093596. DOI: http://dx.doi.org/10.1210/js.2019-00010.

Cathey AL, Watkins DJ, Rosario ZY*, et al.* 2022a. Biomarkers of exposure to phthalate mixtures and adverse birth outcomes in a Puerto Rico birth cohort. *Environ Health Perspect* 130(3): 37009. PMID: https://pubmed.ncbi.nlm.nih.gov/35333099. DOI: http://dx.doi.org/10.1289/ehp8990.

Cathey AL, Aung MT, Watkins DJ*, et al.* 2022b. Mediation by hormone concentrations on the associations between repeated measures of phthalate mixture exposure and timing of delivery. *J Expo Sci Environ Epidemiol* 32(3): 374-383. PMID: https://pubmed.ncbi.nlm.nih.gov/34987188. DOI: http://dx.doi.org/10.1038/s41370-021-00408-3.

Cathey AL, Nguyen VK, Colacino JA*, et al.* 2023. Exploratory profiles of phenols, parabens, and per- and poly-fluoroalkyl substances among NHANES study participants in association with previous cancer diagnoses. *J Expo Sci Environ Epidemiol* 33(5): 687-698. PMID: https://pubmed.ncbi.nlm.nih.gov/37718377. DOI: http://dx.doi.org/10.1038/s41370-023-00601-6.

Chan M, Mita C, Bellavia A*, et al.* 2021. Racial/ethnic disparities in pregnancy and prenatal exposure to endocrine-disrupting chemicals commonly used in personal care products. *Curr Environ Health Rep* 8(2): 98-112. PMID: https://pubmed.ncbi.nlm.nih.gov/34046860. DOI: http://dx.doi.org/10.1007/s40572-021-00317-5.

Chang CJ, O'Brien KM, Keil AP*, et al.* 2022. Use of straighteners and other hair products and incident uterine cancer. *J Natl Cancer Inst* 114(12): 1636-1645. PMID: https://pubmed.ncbi.nlm.nih.gov/36245087. DOI: http://dx.doi.org/10.1093/jnci/djac165.

Chang CJ, O'Brien KM, Keil AP*, et al.* 2024. Use of personal care product mixtures and incident hormone-sensitive cancers in the Sister Study: A U.S.-wide prospective cohort. *Environ Int* 183: 108298. PMID: https://pubmed.ncbi.nlm.nih.gov/38043324. DOI: http://dx.doi.org/10.1016/j.envint.2023.108298.

Charles AK, Darbre PD. 2013. Combinations of parabens at concentrations measured in human breast tissue can increase proliferation of MCF-7 human breast cancer cells. *J Appl Toxicol* 33(5): 390-398. PMID: https://pubmed.ncbi.nlm.nih.gov/23364952. DOI: http://dx.doi.org/10.1002/jat.2850.

Chen FP, Chien MH. 2014. Lower concentrations of phthalates induce proliferation in human breast cancer cells. *Climacteric* 17(4): 377-384. PMID: https://pubmed.ncbi.nlm.nih.gov/24228746. DOI: http://dx.doi.org/10.3109/13697137.2013.865720.

Chen FP, Chien MH, Chern IY. 2016. Impact of low concentrations of phthalates on the effects of 17beta- estradiol in MCF-7 breast cancer cells. *Taiwan J Obstet Gynecol* 55(6): 826-834. PMID: https://pubmed.ncbi.nlm.nih.gov/28040128. DOI: http://dx.doi.org/10.1016/j.tjog.2015.11.003.

Chen FP, Chien MH, Chen HY*, et al.* 2018. Effects of phthalates on normal human breast cells co-cultured with different fibroblasts. *PLoS One* 13(6): e0199596. PMID: https://pubmed.ncbi.nlm.nih.gov/29940022. DOI: http://dx.doi.org/10.1371/journal.pone.0199596.

Chen FP, Chien MH, Lee CH. 2023. The no-observed-adverse-effect level of phthalates promotes proliferation and cell cycle progression in normal human breast cells. *Taiwan J Obstet Gynecol* 62(6): 874-883. PMID: https://pubmed.ncbi.nlm.nih.gov/38008508. DOI: http://dx.doi.org/10.1016/j.tjog.2023.06.001.

Chen Y, Zhao C, Zheng J*, et al.* 2023. Discovery of the mechanism of n-propylparaben-promoting the proliferation of human breast adenocarcinoma cells by activating human estrogen receptors via metabolomics analysis. *Hum Exp Toxicol* 42: 9603271231171648. PMID: https://pubmed.ncbi.nlm.nih.gov/37121592. DOI: http://dx.doi.org/10.1177/09603271231171648.

Cheon YP. 2020. Di-(2-ethylhexyl) phthalate (DEHP) and uterine histological characteristics. *Dev Reprod* 24(1): 1-17. PMID: https://pubmed.ncbi.nlm.nih.gov/32411914. DOI: http://dx.doi.org/10.12717/DR.2020.24.1.1.

Cherian P, Zhu J, Bergfeld WF, *et al.* 2020. Amended safety assessment of parabens as used in cosmetics. *Int J Toxicol* 39(1_suppl): 5s-97s. PMID: https://pubmed.ncbi.nlm.nih.gov/32723119. DOI: http://dx.doi.org/10.1177/1091581820925001.

Chiwar H. 2025. Dose-dependent histopathological and structural impact of chemical hair-straighteners on scalp epithelium and hair-fibres using albino Wistar rats. *Sahel Journal of Life Sciences FUDMA* 3(3): 159-168. DOI: http://dx.doi.org/10.33003/sajols-2025-0303-20.

Choi NR, Kim YP, Ji WH, *et al.* 2016. Identification and quantification of seven volatile *N*-nitrosamines in cosmetics using gas chromatography/chemical ionization-mass spectrometry coupled with head space-solid phase microextraction. *Talanta* 148: 69-74. PMID: https://pubmed.ncbi.nlm.nih.gov/26653425. DOI: http://dx.doi.org/10.1016/j.talanta.2015.10.045.

Chou CK, Huang HW, Yang CF, *et al.* 2019. Reduced camptothecin sensitivity of estrogen receptor-positive human breast cancer cells following exposure to di(2-ethylhexyl)phthalate (DEHP) is associated with DNA methylation changes. *Environ Toxicol* 34(4): 401-414. PMID: https://pubmed.ncbi.nlm.nih.gov/30720231. DOI: http://dx.doi.org/10.1002/tox.22694.

Congressional Research Service. 2009. *CRS Report for Congress: Environmental Exposure to Endocrine Disruptors: What Are the Human Health Risks?* Washington, D.C.: U.S. Congress. https://www.everycrsreport.com/files/20090429_R40177_9bb74a3cc6ac32c07892678b2027e3bbc1b3f7d7.pdf.

Coogan PF, Rosenberg L, Palmer JR, *et al.* 2021. Hair product use and breast cancer incidence in the Black Women's Health Study. *Carcinogenesis* 42(7): 924-930. PMID: https://pubmed.ncbi.nlm.nih.gov/34013957. DOI: http://dx.doi.org/10.1093/carcin/bgab041.

Cook R, Calabrese EJ. 2006. The importance of hormesis to public health. *Environ Health Perspect* 114(11): 1631-1635. PMID: https://pubmed.ncbi.nlm.nih.gov/17107845. DOI: http://dx.doi.org/10.1289/ehp.8606.

Cote ML, Alhajj T, Ruterbusch JJ, *et al.* 2015. Risk factors for endometrial cancer in black and white women: A pooled analysis from the Epidemiology of Endometrial Cancer Consortium (E2C2). *Cancer Causes Control* 26(2): 287-296. PMID: https://pubmed.ncbi.nlm.nih.gov/25534916. DOI: http://dx.doi.org/10.1007/s10552-014-0510-3.

Crobeddu B, Ferraris E, Kolasa E, *et al.* 2019. Di(2-ethylhexyl) phthalate (DEHP) increases proliferation of epithelial breast cancer cells through progesterone receptor dysregulation. *Environ Res* 173: 165-173. PMID: https://pubmed.ncbi.nlm.nih.gov/30909102. DOI: http://dx.doi.org/10.1016/j.envres.2019.03.037.

Czarnywojtek A, Jaz K, Ochmanska A, *et al.* 2021. The effect of endocrine disruptors on the reproductive system - current knowledge. *Eur Rev Med Pharmacol Sci* 25(15): 4930-4940. PMID: https://pubmed.ncbi.nlm.nih.gov/34355365. DOI: http://dx.doi.org/10.26355/eurrev_202108_26450.

Czarnywojtek A, Borowska M, Dyrka K, *et al.* 2023. The influence of various endocrine disruptors on the reproductive system. *Endokrynol Pol* 74(3): 221-233. PMID: https://pubmed.ncbi.nlm.nih.gov/37695032. DOI: http://dx.doi.org/10.5603/EP.a2023.0034.

Dairkee SH, Moore DH, Luciani MG, *et al.* 2023. Reduction of daily-use parabens and phthalates reverses accumulation of cancer-associated phenotypes within disease-free breast tissue of study subjects. *Chemosphere* 322: 138014. PMID: https://pubmed.ncbi.nlm.nih.gov/36746253. DOI: http://dx.doi.org/10.1016/j.chemosphere.2023.138014.

Darbre PD, Aljarrah A, Miller WR, *et al.* 2004. Concentrations of parabens in human breast tumours. *J Appl Toxicol* 24(1): 5-13. PMID: https://pubmed.ncbi.nlm.nih.gov/14745841. DOI: http://dx.doi.org/10.1002/jat.958.

Darbre PD, Harvey PW. 2008. Paraben esters: Review of recent studies of endocrine toxicity, absorption, esterase and human exposure, and discussion of potential human health risks. *J Appl Toxicol* 28(5): 561-578. PMID: https://pubmed.ncbi.nlm.nih.gov/18484575. DOI: http://dx.doi.org/10.1002/jat.1358.

Darbre PD, Harvey PW. 2014. Parabens can enable hallmarks and characteristics of cancer in human breast epithelial cells: A review of the literature with reference to new exposure data and regulatory status. *J Appl Toxicol* 34(9): 925-938. PMID: https://pubmed.ncbi.nlm.nih.gov/25047802. DOI: http://dx.doi.org/10.1002/jat.3027.

Darbre PD. 2021. Endocrine disrupting chemicals and breast cancer cells. *Adv Pharmacol* 92: 485-520. PMID: https://pubmed.ncbi.nlm.nih.gov/34452695. DOI: http://dx.doi.org/10.1016/bs.apha.2021.04.006.

De Coster S, van Larebeke N. 2012. Endocrine-disrupting chemicals: Associated disorders and mechanisms of action. *J Environ Public Health* 2012: 713696. PMID: https://pubmed.ncbi.nlm.nih.gov/22991565. DOI: http://dx.doi.org/10.1155/2012/713696.

Del Pup L, Mantovani A, Luce A, *et al.* 2015. Endocrine disruptors and female cancer: Informing the patients (Review). *Oncol Rep* 34(1): 3-11. PMID: https://pubmed.ncbi.nlm.nih.gov/25998096. DOI: http://dx.doi.org/10.3892/or.2015.3997.

Della Rocca Y, Traini EM, Diomede F, *et al.* 2023. Current evidence on bisphenol A exposure and the molecular mechanism involved in related pathological conditions. *Pharmaceutics* 15(3). PMID: https://pubmed.ncbi.nlm.nih.gov/36986769. DOI: http://dx.doi.org/10.3390/pharmaceutics15030908.

Demeneix B, Vandenberg LN, Ivell R, *et al.* 2020. Thresholds and endocrine disruptors: An Endocrine Society policy perspective. *J Endocr Soc* 4(10): bvaa085. PMID: https://pubmed.ncbi.nlm.nih.gov/33834149. DOI: http://dx.doi.org/10.1210/jendso/bvaa085.

Dodson RE, Nishioka M, Standley LJ, *et al.* 2012. Endocrine disruptors and asthma-associated chemicals in consumer products. *Environ Health Perspect* 120(7): 935-943. PMID: https://pubmed.ncbi.nlm.nih.gov/22398195. DOI: http://dx.doi.org/10.1289/ehp.1104052.

Dodson RE, Boronow KE, Susmann H, *et al.* 2020. Consumer behavior and exposure to parabens, bisphenols, triclosan, dichlorophenols, and benzophenone-3: Results from a crowdsourced biomonitoring study. *Int J Hyg Environ Health* 230: 113624. PMID: https://pubmed.ncbi.nlm.nih.gov/33011057. DOI: http://dx.doi.org/10.1016/j.ijheh.2020.113624.

Dogan S, Tongur T, Erkaymaz T, *et al.* 2019. Traces of intact paraben molecules in endometrial carcinoma. *Environ Sci Pollut Res Int* 26(30): 31158-31165. PMID: https://pubmed.ncbi.nlm.nih.gov/31463755. DOI: http://dx.doi.org/10.1007/s11356-019-06228-1.

Donovan M, Tiwary CM, Axelrod D, *et al.* 2007. Personal care products that contain estrogens or xenoestrogens may increase breast cancer risk. *Med Hypotheses* 68(4): 756-766. PMID: https://pubmed.ncbi.nlm.nih.gov/17127015. DOI: http://dx.doi.org/10.1016/j.mehy.2006.09.039.

Downs CA, Amin MM, Tabatabaeian M, *et al.* 2023. Parabens preferentially accumulate in metastatic breast tumors compared to benign breast tumors and the association of breast cancer risk factors with paraben accumulation. *Environmental Advances* 11: 100325. DOI: http://dx.doi.org/10.1016/j.envadv.2022.100325.

Duffus JH, Nordberg M, Templeton DM. 2007. Glossary of terms used in toxicology, 2nd edition (IUPAC Recommendations 2007). *Pure Appl Chem* 79(7): 1153-1344. DOI: http://dx.doi.org/10.1351/pac200779071153.

Eberle CE, Sandler DP, Taylor KW, *et al.* 2020. Hair dye and chemical straightener use and breast cancer risk in a large US population of black and white women. *Int J Cancer* 147(2): 383-391. PMID: https://pubmed.ncbi.nlm.nih.gov/31797377. DOI: http://dx.doi.org/10.1002/ijc.32738.

Edwards L, Ahmed L, Martinez L, *et al.* 2023. Beauty inside out: Examining beauty product use among diverse women and femme-identifying individuals in northern

Manhattan and south Bronx through an environmental justice framework. *Environ Justice* 16(6): 449-460. PMID: https://pubmed.ncbi.nlm.nih.gov/38074851. DOI: http://dx.doi.org/10.1089/env.2022.0053.

Emons G. 2022. Hormone-dependent cancers: Molecular mechanisms and therapeutical implications. *Cells* 12(1). DOI: http://dx.doi.org/10.3390/cells12010110.

Encarnação T, Pais AA, Campos MG, *et al.* 2019. Endocrine disrupting chemicals: Impact on human health, wildlife and the environment. *Sci Prog* 102(1): 3-42. PMID: https://pubmed.ncbi.nlm.nih.gov/31829784. DOI: http://dx.doi.org/10.1177/0036850419826802.

Engel A, Buhrke T, Imber F, *et al.* 2017. Agonistic and antagonistic effects of phthalates and their urinary metabolites on the steroid hormone receptors ERalpha, ERbeta, and AR. *Toxicol Lett* 277: 54-63. PMID: https://pubmed.ncbi.nlm.nih.gov/28571686. DOI: http://dx.doi.org/10.1016/j.toxlet.2017.05.028.

EPA. 2005. *Guidelines for Carcinogen Risk Assessment.* EPA/630/P-03/001F. Washington, DC: U.S. Environmental Protection Agency. 166 pp. https://www.epa.gov/risk/guidelines-carcinogen-risk-assessment.

Erkekoglu P, Kocer-Gumusel B. 2014. Genotoxicity of phthalates. *Toxicol Mech Methods* 24(9): 616-626. PMID: https://pubmed.ncbi.nlm.nih.gov/25174766. DOI: http://dx.doi.org/10.3109/15376516.2014.960987.

Etzel TM, Calafat AM, Ye X, *et al.* 2017. Urinary triclosan concentrations during pregnancy and birth outcomes. *Environ Res* 156: 505-511. PMID: https://pubmed.ncbi.nlm.nih.gov/28427038. DOI: http://dx.doi.org/10.1016/j.envres.2017.04.015.

Evans RM, Scholze M, Kortenkamp A. 2012. Additive mixture effects of estrogenic chemicals in human cell-based assays can be influenced by inclusion of chemicals with differing effect profiles. *PLoS One* 7(8): e43606. PMID: https://pubmed.ncbi.nlm.nih.gov/22912892. DOI: http://dx.doi.org/10.1371/journal.pone.0043606.

Fan TY, Goff U, Song L, *et al.* 1977. *N*-Nitrosodiethanolamine in cosmetics, lotions and shampoos. *Food Cosmet Toxicol* 15(5): 423-430. PMID: https://pubmed.ncbi.nlm.nih.gov/598793. DOI: http://dx.doi.org/10.1016/s0015-6264(77)80007-2.

Farasani A, Darbre PD. 2017. Exposure to cyclic volatile methylsiloxanes (cVMS) causes anchorage- independent growth and reduction of BRCA1 in non-transformed human breast epithelial cells. *J Appl Toxicol* 37(4): 454-461. PMID: https://pubmed.ncbi.nlm.nih.gov/27601420. DOI: http://dx.doi.org/10.1002/jat.3378.

Farasani A, Darbre PD. 2021. Long-term exposure to triclosan increases migration and invasion of human breast epithelial cells *in vitro*. *J Appl Toxicol* 41(7): 1115-1126. PMID: https://pubmed.ncbi.nlm.nih.gov/33171535. DOI: http://dx.doi.org/10.1002/jat.4097.

Farooq H, Mhatre P, Aggarwal R*, et al.* 2024. A systematic review of association between use of hair products and benign and malignant gynecological conditions. *Eur J Obstet Gynecol Reprod Biol* 295: 160-171. PMID: https://pubmed.ncbi.nlm.nih.gov/38364603. DOI: http://dx.doi.org/10.1016/j.ejogrb.2024.02.012.

Felix AS, Brinton LA. 2018. Cancer progress and priorities: Uterine cancer. *Cancer Epidemiol Biomarkers Prev* 27(9): 985-994. PMID: https://pubmed.ncbi.nlm.nih.gov/30181320. DOI: http://dx.doi.org/10.1158/1055-9965.EPI-18-0264.

Ferguson KK, Lan Z, Yu Y*, et al.* 2019. Urinary concentrations of phenols in association with biomarkers of oxidative stress in pregnancy: Assessment of effects independent of phthalates. *Environ Int* 131: 104903. PMID: https://pubmed.ncbi.nlm.nih.gov/31288179. DOI: http://dx.doi.org/10.1016/j.envint.2019.104903.

Feschuk AM, Kashetsky N, Chiang C*, et al.* 2022. Regional variation in percutaneous absorption in *in vitro* human models: a systematic review. *J Toxicol Environ Health B Crit Rev* 25(3): 97-112. PMID: https://pubmed.ncbi.nlm.nih.gov/35094673. DOI: http://dx.doi.org/10.1080/10937404.2022.2032517.

Finot F, Kaddour A, Morat L*, et al.* 2017. Genotoxic risk of ethyl-paraben could be related to telomere shortening. *J Appl Toxicol* 37(6): 758-771. PMID: https://pubmed.ncbi.nlm.nih.gov/27995640. DOI: http://dx.doi.org/10.1002/jat.3425.

Fiocchetti M, Bastari G, Cipolletti M*, et al.* 2021. The peculiar estrogenicity of diethyl phthalate: Modulation of estrogen receptor alpha activities in the proliferation of breast cancer cells. *Toxics* 9(10). PMID: https://pubmed.ncbi.nlm.nih.gov/34678933. DOI: http://dx.doi.org/10.3390/toxics9100237.

Fouyet S, Olivier E, Leproux P*, et al.* 2022. Evaluation of placental toxicity of five essential oils and their potential endocrine-disrupting effects. *Curr Issues Mol Biol* 44(7): 2794-2810. PMID: https://pubmed.ncbi.nlm.nih.gov/35877416. DOI: http://dx.doi.org/10.3390/cimb44070192.

Fransway AF, Fransway PJ, Belsito DV*, et al.* 2019. Paraben toxicology. *Dermatitis* 30(1): 32-45. PMID: https://pubmed.ncbi.nlm.nih.gov/30570577. DOI: http://dx.doi.org/10.1097/der.0000000000000428.

Fu X, Xu J, Zhang R*, et al.* 2020. The association between environmental endocrine disruptors and cardiovascular diseases: A systematic review and meta-analysis. *Environ Res* 187: 109464. PMID: https://pubmed.ncbi.nlm.nih.gov/32438096. DOI: http://dx.doi.org/10.1016/j.envres.2020.109464.

Fu Z, Zhao F, Chen K*, et al.* 2017. Association between urinary phthalate metabolites and risk of breast cancer and uterine leiomyoma. *Reprod Toxicol* 74: 134-142. PMID: https://pubmed.ncbi.nlm.nih.gov/28951174. DOI: http://dx.doi.org/10.1016/j.reprotox.2017.09.009.

Fujino C, Watanabe Y, Sanoh S*, et al.* 2019. Comparative study of the effect of 17 parabens on PXR-, CAR- and PPARalpha-mediated transcriptional activation. *Food Chem Toxicol* 133: 110792. PMID: https://pubmed.ncbi.nlm.nih.gov/31472229. DOI: http://dx.doi.org/10.1016/j.fct.2019.110792.

Futran Fuhrman V, Tal A, Arnon S. 2015. Why endocrine disrupting chemicals (EDCs) challenge traditional risk assessment and how to respond. *J Hazard Mater* 286: 589-611. PMID: https://pubmed.ncbi.nlm.nih.gov/25646754. DOI: http://dx.doi.org/10.1016/j.jhazmat.2014.12.012.

Gal A, Gedye K, Craig ZR*, et al.* 2019. Propylparaben inhibits mouse cultured antral follicle growth, alters steroidogenesis, and upregulates levels of cell-cycle and apoptosis regulators. *Reprod Toxicol* 89: 100-106. PMID: https://pubmed.ncbi.nlm.nih.gov/31306770. DOI: http://dx.doi.org/10.1016/j.reprotox.2019.07.009.

Gao N, Hu R, Huang Y*, et al.* 2018. Specific effects of prenatal DEHP exposure on neuroendocrine gene expression in the developing hypothalamus of male rats. *Arch Toxicol* 92(1): 501-512. PMID: https://pubmed.ncbi.nlm.nih.gov/28871463. DOI: http://dx.doi.org/10.1007/s00204-017-2049-z.

Gaston SA, James-Todd T, Harmon Q*, et al.* 2020. Chemical/straightening and other hair product usage during childhood, adolescence, and adulthood among African-American women: potential implications for health. *J Expo Sci Environ Epidemiol* 30(1): 86-96. PMID: https://pubmed.ncbi.nlm.nih.gov/31641276. DOI: http://dx.doi.org/10.1038/s41370-019-0186-6.

Geczik AM, Falk RT, Xu X*, et al.* 2023. Relation of circulating estrogens with hair relaxer and skin lightener use among postmenopausal women in Ghana. *J Expo Sci Environ Epidemiol* 33(2): 301-310. PMID: https://pubmed.ncbi.nlm.nih.gov/34992224. DOI: http://dx.doi.org/10.1038/s41370-021-00407-4.

Ghosh K, Chatterjee B, Nalla K*, et al.* 2022. Di-(2-ethylhexyl) phthalate triggers DNA methyltransferase 1 expression resulting in elevated CpG-methylation and enrichment of MECP2 in the p21 promoter *in vitro*. *Chemosphere* 293: 133569. PMID: https://pubmed.ncbi.nlm.nih.gov/35033518. DOI: http://dx.doi.org/10.1016/j.chemosphere.2022.133569.

Golden R, Gandy J, Vollmer G. 2005. A review of the endocrine activity of parabens and implications for potential risks to human health. *Crit Rev Toxicol* 35(5): 435-458. PMID: https://pubmed.ncbi.nlm.nih.gov/16097138. DOI: http://dx.doi.org/10.1080/10408440490920104.

Goodson WH, 3rd, Lowe L, Carpenter DO*, et al.* 2015. Assessing the carcinogenic potential of low-dose exposures to chemical mixtures in the environment: the challenge ahead. *Carcinogenesis* 36(Suppl 1): S254-296. PMID: https://pubmed.ncbi.nlm.nih.gov/26106142. DOI: http://dx.doi.org/10.1093/carcin/bgv039.

Gopalakrishnan K, Aushev VN, Manservisi F*, et al.* 2020. Gene expression profiles for low-dose exposure to diethyl phthalate in rodents and humans: a translational study with implications for breast carcinogenesis. *Sci Rep* 10(1): 7067. PMID: https://pubmed.ncbi.nlm.nih.gov/32341500. DOI: http://dx.doi.org/10.1038/s41598-020-63904-w.

Guerra MT, Sanabria M, Leite GA*, et al.* 2017. Maternal exposure to butyl paraben impairs testicular structure and sperm quality on male rats. *Environ Toxicol* 32(4): 1273-1289. PMID: https://pubmed.ncbi.nlm.nih.gov/27444704. DOI: http://dx.doi.org/10.1002/tox.22323.

Hager E, Chen J, Zhao L. 2022. Minireview: Parabens exposure and breast cancer. *Int J Environ Res Public Health* 19(3). PMID: https://pubmed.ncbi.nlm.nih.gov/35162895. DOI: http://dx.doi.org/10.3390/ijerph19031873.

Haggerty DK, Upson K, Pacyga DC*, et al.* 2021. Reproductive toxicology: Pregnancy exposure to endocrine disrupting chemicals: Implications for women's health. *Reproduction* 162(5): F169-f180. PMID: https://pubmed.ncbi.nlm.nih.gov/34486984. DOI: http://dx.doi.org/10.1530/rep-21-0051.

Hamid N, Junaid M, Pei DS. 2021. Combined toxicity of endocrine-disrupting chemicals: A review. *Ecotoxicol Environ Saf* 215: 112136. PMID: https://pubmed.ncbi.nlm.nih.gov/33735605. DOI: http://dx.doi.org/10.1016/j.ecoenv.2021.112136.

Hanahan D, Weinberg RA. 2000. The hallmarks of cancer. *Cell* 100(1): 57-70. PMID: https://pubmed.ncbi.nlm.nih.gov/10647931. DOI: http://dx.doi.org/10.1016/s0092-8674(00)81683-9.

Hanahan D, Weinberg RA. 2011. Hallmarks of cancer: The next generation. *Cell* 144(5): 646-674. PMID: https://pubmed.ncbi.nlm.nih.gov/21376230. DOI: http://dx.doi.org/10.1016/j.cell.2011.02.013.

Hanahan D. 2022. Hallmarks of cancer: New dimensions. *Cancer Discov* 12(1): 31-46. PMID: https://pubmed.ncbi.nlm.nih.gov/35022204. DOI: http://dx.doi.org/10.1158/2159-8290.Cd-21-1059.

Hannon PR, Flaws JA. 2015. The effects of phthalates on the ovary. *Front Endocrinol (Lausanne)* 6: 8. PMID: https://pubmed.ncbi.nlm.nih.gov/25699018. DOI: http://dx.doi.org/10.3389/fendo.2015.00008.

Harley KG, Kogut K, Madrigal DS, *et al.* 2016. Reducing phthalate, paraben, and phenol exposure from personal care products in adolescent girls: Findings from the HERMOSA Intervention Study. *Environ Health Perspect* 124(10): 1600-1607. PMID: https://pubmed.ncbi.nlm.nih.gov/26947464. DOI: http://dx.doi.org/10.1289/ehp.1510514.

Harley KG, Berger KP, Kogut K, *et al.* 2019. Association of phthalates, parabens and phenols found in personal care products with pubertal timing in girls and boys. *Hum Reprod* 34(1): 109-117. PMID: https://pubmed.ncbi.nlm.nih.gov/30517665. DOI: http://dx.doi.org/10.1093/humrep/dey337.

Harris CA, Henttu P, Parker MG, *et al.* 1997. The estrogenic activity of phthalate esters *in vitro*. *Environ Health Perspect* 105(8): 802-811. PMID: https://pubmed.ncbi.nlm.nih.gov/9347895. DOI: http://dx.doi.org/10.1289/ehp.97105802.

Hass U, Christiansen S, Boberg J, *et al.* 2012a. *Evaluation of 22 SIN List 2.0 substances according to the Danish proposal on criteria for endocrine disrupters.* DTU Food. 142 pp.

Hass U, Christiansen S, Boberg J, *et al.* 2012b. *Evaluation of tebuconazole, triclosan, methylparaben and ethylparaben according to the Danish proposal for criteria for endocrine disrupters.* Danish Centre on Endocrine Disrupters. 43 pp.

Hass U, Christiansen S, Andersen MD, *et al.* 2017. List of endocrine disrupting chemicals effects of chemical straighteners on the hair shaft and scalp. *Technical University of Denmark and University of Southern Denmark* 97(2): 193-203. PMID: https://pubmed.ncbi.nlm.nih.gov/35058079. DOI: http://dx.doi.org/10.1016/j.abd.2021.02.010.

Hatsbach de Paula JN, Basilio FMA, Mulinari-Brenner FA. 2022. Effects of chemical straighteners on the hair shaft and scalp. *An Bras Dermatol* 97(2): 193-203. PMID: https://pubmed.ncbi.nlm.nih.gov/35058079. DOI: http://dx.doi.org/10.1016/j.abd.2021.02.010.

Hawkins J, Hires C, Dunne E, *et al.* 2022. Prevalence of endocrine disorders among children exposed to Lavender Essential Oil and Tea Tree Essential Oils. *Int J Pediatr Adolesc Med* 9(2): 117-124. PMID: https://pubmed.ncbi.nlm.nih.gov/35663791. DOI: http://dx.doi.org/10.1016/j.ijpam.2021.10.001.

Hayes AW, Dixon D. 2017. Cornerstones of toxicology. *Toxicol Pathol* 45(1): 57-63. PMID: https://pubmed.ncbi.nlm.nih.gov/28068892. DOI: http://dx.doi.org/10.1177/0192623316675768.

Hedin T, Haider M. 2024. Chemical hair relaxer use and its potential effect on incidence of endometrial cancer in Black women. Meeting abstract, Chicago, Illinois. *Am Soc Clin Oncol*.

Helm JS, Nishioka M, Brody JG, *et al.* 2018. Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by Black women. *Environ Res* 165: 448-

458. PMID: https://pubmed.ncbi.nlm.nih.gov/29705122. DOI: http://dx.doi.org/10.1016/j.envres.2018.03.030.

Henley DV, Lipson N, Korach KS, *et al.* 2007. Prepubertal gynecomastia linked to lavender and tea tree oils. *N Engl J Med* 356(5): 479-485. PMID: https://pubmed.ncbi.nlm.nih.gov/17267908. DOI: http://dx.doi.org/10.1056/NEJMoa064725.

Hernandez AM, Smith SJ, Vahora MS, *et al.* 2025. Systematic review of the epidemiology of hair relaxer use and hormone-sensitive reproductive outcomes among black adult women in the United States. *J Appl Toxicol*. PMID: https://pubmed.ncbi.nlm.nih.gov/39828620. DOI: http://dx.doi.org/10.1002/jat.4744.

Hill AB. 1965. The environment and disease: Association or causation? *Proc R Soc Med* 58: 295-300. PMID: https://pubmed.ncbi.nlm.nih.gov/14283879. DOI: http://dx.doi.org/10.1177/003591576505800503.

Hill CE, Myers JP, Vandenberg LN. 2018. Nonmonotonic dose-response curves occur in dose ranges that are relevant to regulatory decision-making. *Dose Response* 16(3): 1559325818798282. PMID: https://pubmed.ncbi.nlm.nih.gov/30228814. DOI: http://dx.doi.org/10.1177/1559325818798282.

Hlisnikova H, Petrovicova I, Kolena B, *et al.* 2020. Effects and mechanisms of phthalates' action on reproductive processes and reproductive health: A literature review. *Int J Environ Res Public Health* 17(18). PMID: https://pubmed.ncbi.nlm.nih.gov/32961939. DOI: http://dx.doi.org/10.3390/ijerph17186811.

Hoffmann-Dishon N, Barnett-Itzhaki Z, Zalko D, *et al.* 2024. Endocrine-disrupting chemical concentrations in follicular fluid and follicular reproductive hormone levels. *J Assist Reprod Genet* 41(6): 1637-1642. PMID: https://pubmed.ncbi.nlm.nih.gov/38557803. DOI: http://dx.doi.org/10.1007/s10815-024-03101-0.

Hsieh CJ, Chang YH, Hu A, *et al.* 2019. Personal care products use and phthalate exposure levels among pregnant women. *Sci Total Environ* 648: 135-143. PMID: https://pubmed.ncbi.nlm.nih.gov/30114584. DOI: http://dx.doi.org/10.1016/j.scitotenv.2018.08.149.

Hsieh TH, Tsai CF, Hsu CY, *et al.* 2012a. n-Butyl benzyl phthalate promotes breast cancer progression by inducing expression of lymphoid enhancer factor 1. *PLoS One* 7(8): e42750. PMID: https://pubmed.ncbi.nlm.nih.gov/22905168. DOI: http://dx.doi.org/10.1371/journal.pone.0042750.

Hsieh TH, Tsai CF, Hsu CY, *et al.* 2012b. Phthalates induce proliferation and invasiveness of estrogen receptor- negative breast cancer through the AhR/HDAC6/c-Myc signaling pathway. *Faseb j* 26(2): 778-787. PMID: https://pubmed.ncbi.nlm.nih.gov/22049059. DOI: http://dx.doi.org/10.1096/fj.11-191742.

Hsieh TH, Tsai CF, Hsu CY, *et al.* 2012c. Phthalates stimulate the epithelial to mesenchymal transition through an HDAC6-dependent mechanism in human breast epithelial stem cells. *Toxicol Sci* 128(2): 365-376. PMID: https://pubmed.ncbi.nlm.nih.gov/22552774. DOI: http://dx.doi.org/10.1093/toxsci/kfs163.

Hsieh TH, Hsu CY, Yang PJ, *et al.* 2022. DEHP mediates drug resistance by directly targeting AhR in human breast cancer. *Biomed Pharmacother* 145: 112400. PMID: https://pubmed.ncbi.nlm.nih.gov/34801851. DOI: http://dx.doi.org/10.1016/j.biopha.2021.112400.

Huang PC, Chen HC, Chou WC, *et al.* 2022. Cumulative risk assessment and exposure characteristics of parabens in the general Taiwanese using multiple hazard indices approaches. *Sci Total Environ* 843: 156821. PMID: https://pubmed.ncbi.nlm.nih.gov/35738379. DOI: http://dx.doi.org/10.1016/j.scitotenv.2022.156821.

Huang PC, Chen HC, Leung SH, *et al.* 2024. Associations between paraben exposure, thyroid capacity, homeostasis and pituitary thyrotropic function in the general Taiwanese: Taiwan Environmental Survey for Toxicants (TEST) 2013. *Environ Sci Pollut Res Int* 31(1): 1288-1303. PMID: https://pubmed.ncbi.nlm.nih.gov/38038926. DOI: http://dx.doi.org/10.1007/s11356-023-31277-y.

Hurst CH, Waxman DJ. 2004. Environmental phthalate monoesters activate pregnane X receptor-mediated transcription. *Toxicol Appl Pharmacol* 199(3): 266-274. PMID: https://pubmed.ncbi.nlm.nih.gov/15364542. DOI: http://dx.doi.org/10.1016/j.taap.2003.11.028.

IARC. 2006. *Formaldehyde, 2-Butoxyethanol and 1-tert-Butoxypropan-2-ol.* IARC Monographs on the Identification of Carcinogenic Hazards to Humans. vol. 88. Lyon, France: International Agency for Research on Cancer. https://publications.iarc.fr/Book-And-Report-Series/Iarc-Monographs-On-The-Identification-Of-Carcinogenic-Hazards-To-Humans/Formaldehyde-2-Butoxyethanol-And-1--Em-Tert-Em--Butoxypropan-2-ol-2006.

IARC. 2012a. Benzophenone. In *Some Chemicals Present in Industrial and Consumer Products, Food and Drinking-water.* IARC Monographs on the Identification of Carcinogenic Hazards to Humans. vol. 101. Lyon, France: International Agency for Research on Cancer. https://publications.iarc.fr/Book-And-Report-Series/Iarc-Monographs-On-The-Identification-Of-Carcinogenic-Hazards-To-Humans/Formaldehyde-2-Butoxyethanol-And-1--Em-Tert-Em--Butoxypropan-2-ol-2006.

IARC. 2012b. Di(2-ethylhexyl) phthalate. In *Some Chemicals Present in Industrial and Consumer Products, Food and Drinking-water.* IARC Monographs on the Identification of Carcinogenic Hazards to Humans. vol. 101. Lyon, France: International Agency for Research on Cancer. https://publications.iarc.fr/Book-And-Report-Series/Iarc-Monographs-On-The-Identification-Of-Carcinogenic-Hazards-To-

Humans/Formaldehyde-2-Butoxyethanol-And-1--Em-Tert-Em--Butoxypropan-2-ol-2006.

IARC. 2019. *IARC Monographs Preamble – Preamble to the IARC Monographs (amended January 2019).* Lyon, France: International Agency for Research on Cancer. 44 pp. https://monographs.iarc.who.int/iarc-monographs-preamble-preamble-to-the-iarc-monographs/.

Irungu BN, Llanos AAM, Nyangi M*, et al.* 2025. Chemicals of concern in select packaged hair relaxers available on the Kenyan market: an examination of ingredient labels and measurement of pH. *Front Public Health* 13: 1532113. PMID: https://pubmed.ncbi.nlm.nih.gov/40308917. DOI: http://dx.doi.org/10.3389/fpubh.2025.1532113.

Iughetti L, Lucaccioni L, Street ME*, et al.* 2020. Clinical expression of endocrine disruptors in children. *Curr Opin Pediatr* 32(4): 554-559. PMID: https://pubmed.ncbi.nlm.nih.gov/32692053. DOI: http://dx.doi.org/10.1097/mop.0000000000000926.

Iwegbue CMA, Emakunu OS, Obi G*, et al.* 2016. Evaluation of human exposure to metals from some commonly used hair care products in Nigeria. *Toxicol Rep* 3: 796-803. PMID: https://pubmed.ncbi.nlm.nih.gov/28959606. DOI: http://dx.doi.org/10.1016/j.toxrep.2016.10.001.

Jadhao M, Tsai EM, Yang HC*, et al.* 2021. The long-term DEHP exposure confers multidrug resistance of triple- negative breast cancer cells through ABC transporters and intracellular ros. *Antioxidants (Basel)* 10(6). PMID: https://pubmed.ncbi.nlm.nih.gov/34208283. DOI: http://dx.doi.org/10.3390/antiox10060949.

Jadhao M, Chen CL, Liu W*, et al.* 2022. Endoglin modulates TGFbetaR2 induced VEGF and proinflammatory cytokine axis mediated angiogenesis in prolonged DEHP-exposed breast cancer cells. *Biomedicines* 10(2). PMID: https://pubmed.ncbi.nlm.nih.gov/35203627. DOI: http://dx.doi.org/10.3390/biomedicines10020417.

James-Todd T, Terry MB, Rich-Edwards J*, et al.* 2011. Childhood hair product use and earlier age at menarche in a racially diverse study population: A pilot study. *Ann Epidemiol* 21(6): 461-465. PMID: https://pubmed.ncbi.nlm.nih.gov/21421329. DOI: http://dx.doi.org/10.1016/j.annepidem.2011.01.009.

James-Todd T, Senie R, Terry MB. 2012. Racial/ethnic differences in hormonally-active hair product use: A plausible risk factor for health disparities. *J Immigr Minor Health* 14(3): 506-511. PMID: https://pubmed.ncbi.nlm.nih.gov/21626298. DOI: http://dx.doi.org/10.1007/s10903-011-9482-5.

James-Todd T, Connolly L, Preston EV, *et al.* 2021. Hormonal activity in commonly used Black hair care products: Evaluating hormone disruption as a plausible contribution to health disparities. *J Expo Sci Environ Epidemiol* 31(3): 476-486. PMID: https://pubmed.ncbi.nlm.nih.gov/33958708. DOI: http://dx.doi.org/10.1038/s41370-021-00335-3.

James-Todd TM, Meeker JD, Huang T, *et al.* 2017. Racial and ethnic variations in phthalate metabolite concentration changes across full-term pregnancies. *J Expo Sci Environ Epidemiol* 27(2): 160-166. PMID: https://pubmed.ncbi.nlm.nih.gov/26860587. DOI: http://dx.doi.org/10.1038/jes.2016.2.

Jeong PS, Lee S, Park SH, *et al.* 2020. Butylparaben is toxic to porcine oocyte maturation and subsequent embryonic development following *in vitro* fertilization. *Int J Mol Sci* 21(10). PMID: https://pubmed.ncbi.nlm.nih.gov/32456265. DOI: http://dx.doi.org/10.3390/ijms21103692.

Jiao L, Li S, Zhai J, *et al.* 2021. Propylparaben concentrations in the urine of women and adverse effects on ovarian function in mice *in vivo* and ovarian cells *in vitro*. *J Appl Toxicol* 41(11): 1719-1731. PMID: https://pubmed.ncbi.nlm.nih.gov/34365652. DOI: http://dx.doi.org/10.1002/jat.4225.

Jinot J, Fritz JM, Vulimiri SV, *et al.* 2018. Carcinogenicity of ethylene oxide: Key findings and scientific issues. *Toxicol Mech Methods* 28(5): 386-396. PMID: https://pubmed.ncbi.nlm.nih.gov/29210319. DOI: http://dx.doi.org/10.1080/15376516.2017.1414343.

Johnson PI, Favela K, Jarin J, *et al.* 2022. Chemicals of concern in personal care products used by women of color in three communities of California. *J Expo Sci Environ Epidemiol* 32(6): 864-876. PMID: https://pubmed.ncbi.nlm.nih.gov/36323919. DOI: http://dx.doi.org/10.1038/s41370-022-00485-y.

Johnson W, Jr., Bergfeld WF, Belsito DV, *et al.* 2011. Safety assessment of cyclomethicone, cyclotetrasiloxane, cyclopentasiloxane, cyclohexasiloxane, and cycloheptasiloxane. *Int J Toxicol* 30(6 Suppl): 149s-227s. PMID: https://pubmed.ncbi.nlm.nih.gov/22247236. DOI: http://dx.doi.org/10.1177/1091581811428184.

Jones RR, White AJ. 2024. Invited perspective: New motivations and future directions for investigating environmental risk factors for breast cancer. *Environ Health Perspect* 132(1): 11301. PMID: https://pubmed.ncbi.nlm.nih.gov/38197649. DOI: http://dx.doi.org/10.1289/ehp13777.

Kabir ER, Rahman MS, Rahman I. 2015. A review on endocrine disruptors and their possible impacts on human health. *Environ Toxicol Pharmacol* 40(1): 241-258. PMID: https://pubmed.ncbi.nlm.nih.gov/26164742. DOI: http://dx.doi.org/10.1016/j.etap.2015.06.009.

Kang SC, Lee BM. 2005. DNA methylation of estrogen receptor alpha gene by phthalates. *J Toxicol Environ Health A* 68(23-24): 1995-2003. PMID: https://pubmed.ncbi.nlm.nih.gov/16326419. DOI: http://dx.doi.org/10.1080/15287390491008913.

Karpuzoglu E, Holladay SD, Gogal RM, Jr. 2013. Parabens: potential impact of low-affinity estrogen receptor binding chemicals on human health. *J Toxicol Environ Health B Crit Rev* 16(5): 321-335. PMID: https://pubmed.ncbi.nlm.nih.gov/23909435. DOI: http://dx.doi.org/10.1080/10937404.2013.809252.

Kay JE, Brody JG, Schwarzman M*, et al.* 2024. Application of the key characteristics framework to identify potential breast carcinogens using publicly available *in vivo, in vitro*, and *in silico* data. *Environ Health Perspect* 132(1): 17002. PMID: https://pubmed.ncbi.nlm.nih.gov/38197648. DOI: http://dx.doi.org/10.1289/ehp13233.

Kazemi Z, Aboutaleb E, Shahsavani A*, et al.* 2022. Evaluation of pollutants in perfumes, colognes and health effects on the consumer: a systematic review. *J Environ Health Sci Eng* 20(1): 589-598. PMID: https://pubmed.ncbi.nlm.nih.gov/35669814. DOI: http://dx.doi.org/10.1007/s40201-021-00783-x.

Khan NG, Correia J, Adiga D*, et al.* 2021. A comprehensive review on the carcinogenic potential of bisphenol A: clues and evidence. *Environ Sci Pollut Res Int* 28(16): 19643-19663. PMID: https://pubmed.ncbi.nlm.nih.gov/33666848. DOI: http://dx.doi.org/10.1007/s11356-021-13071-w.

Khan NG, Eswaran S, Adiga D*, et al.* 2022. Integrated bioinformatic analysis to understand the association between phthalate exposure and breast cancer progression. *Toxicol Appl Pharmacol* 457: 116296. PMID: https://pubmed.ncbi.nlm.nih.gov/36328110. DOI: http://dx.doi.org/10.1016/j.taap.2022.116296.

Khanna S, Darbre PD. 2013. Parabens enable suspension growth of MCF-10A immortalized, non- transformed human breast epithelial cells. *J Appl Toxicol* 33(5): 378-382. PMID: https://pubmed.ncbi.nlm.nih.gov/22744862. DOI: http://dx.doi.org/10.1002/jat.2753.

Khanna S, Dash PR, Darbre PD. 2014. Exposure to parabens at the concentration of maximal proliferative response increases migratory and invasive activity of human breast cancer cells *in vitro*. *J Appl Toxicol* 34(9): 1051-1059. PMID: https://pubmed.ncbi.nlm.nih.gov/24652746. DOI: http://dx.doi.org/10.1002/jat.3003.

Kim J, Chevrier J. 2020. Exposure to parabens and prevalence of obesity and metabolic syndrome: An analysis of the Canadian Health Measures Survey. *Sci Total Environ* 713: 135116. PMID: https://pubmed.ncbi.nlm.nih.gov/32019002. DOI: http://dx.doi.org/10.1016/j.scitotenv.2019.135116.

Kim JH, Kim D, Moon SM*, et al.* 2020. Associations of lifestyle factors with phthalate metabolites, bisphenol A, parabens, and triclosan concentrations in breast milk of Korean

mothers. *Chemosphere* 249: 126149. PMID: https://pubmed.ncbi.nlm.nih.gov/32062213. DOI: http://dx.doi.org/10.1016/j.chemosphere.2020.126149.

Kim JY, Yi BR, Go RE*, et al.* 2014. Methoxychlor and triclosan stimulates ovarian cancer growth by regulating cell cycle- and apoptosis-related genes via an estrogen receptor-dependent pathway. *Environ Toxicol Pharmacol* 37(3): 1264-1274. PMID: https://pubmed.ncbi.nlm.nih.gov/24835555. DOI: http://dx.doi.org/10.1016/j.etap.2014.04.013.

Kirtana A, Seetharaman B. 2022. Comprehending the role of endocrine disruptors in inducing epigenetic toxicity. *Endocr Metab Immune Disord Drug Targets* 22(11): 1059-1072. PMID: https://pubmed.ncbi.nlm.nih.gov/35410624. DOI: http://dx.doi.org/10.2174/1871530322666220411082656.

Kithikii MM, Mweu MM, Muita JW. 2025. Association between hair relaxer use and uterine fibroids among women of reproductive age presenting to a national referral hospital in Kenya: A case control study. *medRxiv*(Preprint). DOI: http://dx.doi.org/10.1101/2025.09.11.25335603.

Kley M, Stucheli S, Ruffiner P*, et al.* 2024. Potential antiandrogenic effects of parabens and benzophenone-type UV-filters by inhibition of 3alpha-hydroxysteroid dehydrogenases. *Toxicology* 509: 153997. PMID: https://pubmed.ncbi.nlm.nih.gov/39532263. DOI: http://dx.doi.org/10.1016/j.tox.2024.153997.

Knower KC, To SQ, Leung YK*, et al.* 2014. Endocrine disruption of the epigenome: A breast cancer link. *Endocr Relat Cancer* 21(2): T33-55. PMID: https://pubmed.ncbi.nlm.nih.gov/24532474. DOI: http://dx.doi.org/10.1530/erc-13-0513.

Kohn MC, Melnick RL. 2002. Biochemical origins of the non-monotonic receptor-mediated dose-response. *J Mol Endocrinol* 29(1): 113-123. PMID: https://pubmed.ncbi.nlm.nih.gov/12200233. DOI: http://dx.doi.org/10.1677/jme.0.0290113.

Konduracka E, Krzemieniecki K, Gajos G. 2014. Relationship between everyday use cosmetics and female breast cancer. *Pol Arch Med Wewn* 124(5): 264-269. PMID: https://pubmed.ncbi.nlm.nih.gov/24694726. DOI: http://dx.doi.org/10.20452/pamw.2257.

Kortenkamp A. 2007. Ten years of mixing cocktails: a review of combination effects of endocrine-disrupting chemicals. *Environ Health Perspect* 115 Suppl 1: 98-105. PMID: https://pubmed.ncbi.nlm.nih.gov/18174957. DOI: http://dx.doi.org/10.1289/ehp.9357.

Kriebel D, Tickner J, Epstein P*, et al.* 2001. The precautionary principle in environmental science. *Environ Health Perspect* 109(9): 871-876. PMID: https://pubmed.ncbi.nlm.nih.gov/11673114. DOI: http://dx.doi.org/10.1289/ehp.01109871.

La Merrill MA, Vandenberg LN, Smith MT, *et al.* 2020. Consensus on the key characteristics of endocrine-disrupting chemicals as a basis for hazard identification. *Nat Rev Endocrinol* 16(1): 45-57. PMID: https://pubmed.ncbi.nlm.nih.gov/31719706. DOI: http://dx.doi.org/10.1038/s41574-019-0273-8.

Le Magueresse-Battistoni B, Labaronne E, Vidal H, *et al.* 2017. Endocrine disrupting chemicals in mixture and obesity, diabetes and related metabolic disorders. *World J Biol Chem* 8(2): 108-119. PMID: https://pubmed.ncbi.nlm.nih.gov/28588754. DOI: http://dx.doi.org/10.4331/wjbc.v8.i2.108.

Le Vier RR, Boley WF. 1975. The antigonadotropic activity of an organosiloxane in the male rat: 2,6-cis-diphenylhexamethylcyc otetrasiloxane. *Acta Pharmacol Toxicol (Copenh)* 36(Suppl 3): 55-67. PMID: https://pubmed.ncbi.nlm.nih.gov/1080335. DOI: http://dx.doi.org/10.1111/j.1600-0773.1975.tb03084.x.

Lee D, Ahn C, An BS, *et al.* 2015. Induction of the estrogenic marker calbindn-D(9)k by octamethylcyclotetrasiloxane. *Int J Environ Res Public Health* 12(11): 14610-14625. PMID: https://pubmed.ncbi.nlm.nih.gov/26593928. DOI: http://dx.doi.org/10.3390/ijerph121114610.

Lee DH. 2018. Evidence of the possible harm of endocrine-disrupting chemicals in humans: Ongoing debates and key issues. *Endocrinol Metab (Seoul)* 33(1): 44-52. PMID: https://pubmed.ncbi.nlm.nih.gov/29589387. DOI: http://dx.doi.org/10.3803/EnM.2018.33.1.44.

Lee H, Park J, Park K. 2022. Effects of consumer products chemicals ingredients and their mixtures on the estrogen receptor/androgen receptor transcriptional activation. *Chemosphere* 302: 134866. PMID: https://pubmed.ncbi.nlm.nih.gov/35533928. DOI: http://dx.doi.org/10.1016/j.chemosphere.2022.134866.

Leng Y, Sun Y, Huang W, *et al.* 2020. Phthalate esters and dexamethasone synergistically activate glucocorticoid receptor. *J Environ Sci Health A Tox Hazard Subst Environ Eng* 55(14): 1581-1588. PMID: https://pubmed.ncbi.nlm.nih.gov/32998617. DOI: http://dx.doi.org/10.1080/10934529.2020.1826775.

Leng Y, Ren L, Niu S, *et al.* 2021. *In vitro* and *in silico* investigations of endocrine disruption induced by metabolites of plasticizers through glucocorticoid receptor. *Food Chem Toxicol* 155: 112413. PMID: https://pubmed.ncbi.nlm.nih.gov/34273429. DOI: http://dx.doi.org/10.1016/j.fct.2021.112413.

Lewallen R, Francis S, Fisher B, *et al.* 2015. Hair care practices and structural evaluation of scalp and hair shaft parameters in African American and Caucasian women. *J Cosmet Dermatol* 14(3): 216-223. PMID: https://pubmed.ncbi.nlm.nih.gov/26300276. DOI: http://dx.doi.org/10.1111/jocd.12157.

Li A, Zhuang T, Song M, *et al.* 2023. Occurrence, placental transfer, and health risks of emerging endocrine- disrupting chemicals in pregnant women. *J Hazard Mater* 459:

132157. PMID: https://pubmed.ncbi.nlm.nih.gov/37506642. DOI: http://dx.doi.org/10.1016/j.jhazmat.2023.132157.

Li L, Wang F, Zhang J, *et al.* 2021. Typical phthalic acid esters induce apoptosis by regulating the PI3K/Akt/Bcl-2 signaling pathway in rat insulinoma cells. *Ecotoxicol Environ Saf* 208: 111461. PMID: https://pubmed.ncbi.nlm.nih.gov/33091774. DOI: http://dx.doi.org/10.1016/j.ecoenv.2020.111461.

Li X, Yin P, Zhao L. 2017. Effects of individual and combined toxicity of bisphenol A, dibutyl phthalate and cadmium on oxidative stress and genotoxicity in HepG 2 cells. *Food Chem Toxicol* 105: 73-81. PMID: https://pubmed.ncbi.nlm.nih.gov/28363854. DOI: http://dx.doi.org/10.1016/j.fct.2017.03.054.

Li Y, Hecht SS. 2022. Metabolic activation and DNA interactions of carcinogenic *N*-nitrosamines to which humans are commonly exposed. *Int J Mol Sci* 23(9). PMID: https://pubmed.ncbi.nlm.nih.gov/35562949. DOI: http://dx.doi.org/10.3390/ijms23094559.

Li Y, Xiao N, Liu M, *et al.* 2023. Dysregulation of steroid metabolome in follicular fluid links phthalate exposure to diminished ovarian reserve of childbearing-age women. *Environ Pollut* 330: 121730. PMID: https://pubmed.ncbi.nlm.nih.gov/37116568. DOI: http://dx.doi.org/10.1016/j.envpol.2023.121730.

Liang J, Yang X, Liu QS, *et al.* 2022. Assessment of thyroid endocrine disruption effects of parabens using *in vivo*, *in vitro*, and *in silico* approaches. *Environ Sci Technol* 56(1): 460-469. PMID: https://pubmed.ncbi.nlm.nih.gov/34930008. DOI: http://dx.doi.org/10.1021/acs.est.1c06562.

Lillo MA, Nichols C, Perry C, *et al.* 2017. Methylparaben stimulates tumor initiating cells in ER+ breast cancer models. *J Appl Toxicol* 37(4): 417-425. PMID: https://pubmed.ncbi.nlm.nih.gov/27581495. DOI: http://dx.doi.org/10.1002/jat.3374.

Lim DS, Lim SK, Kim MK, *et al.* 2018a. Formation and inhibition of N-nitrosodiethanolamine in cosmetics under pH, temperature, and fluorescent, ultraviolet, and visual light. *J Toxicol Environ Health A* 81(9): 241-253. PMID: https://pubmed.ncbi.nlm.nih.gov/29473797. DOI: http://dx.doi.org/10.1080/15287394.2018.1440172.

Lim DS, Roh TH, Kim MK, *et al.* 2018b. Risk assessment of N-nitrosodiethylamine (NDEA) and *N*-nitrosodiethanolamine (NDELA) in cosmetics. *J Toxicol Environ Health A* 81(12): 465-480. PMID: https://pubmed.ncbi.nlm.nih.gov/29694274. DOI: http://dx.doi.org/10.1080/15287394.2018.1460782.

Liu G, Cai W, Liu H, *et al.* 2021. The association of bisphenol A and phthalates with risk of breast cancer: A meta-analysis. *Int J Environ Res Public Health* 18(5). PMID: https://pubmed.ncbi.nlm.nih.gov/33804363. DOI: http://dx.doi.org/10.3390/ijerph18052375.

Liu J, Xu W, Liu Y, *et al.* 2025. Reproductive and developmental toxicology of nitrosamines. *Toxicol Res (Camb)* 14(2): tfaf051. PMID: https://pubmed.ncbi.nlm.nih.gov/40248818. DOI: http://dx.doi.org/10.1093/toxres/tfaf051.

Llanos AAM, Rabkin A, Bandera EV, *et al.* 2017. Hair product use and breast cancer risk among African American and White women. *Carcinogenesis* 38(9): 883-892. PMID: https://pubmed.ncbi.nlm.nih.gov/28605409. DOI: http://dx.doi.org/10.1093/carcin/bgx060.

Llanos AAM, McDonald JA, Teteh DK, *et al.* 2022. Chemical relaxers and hair-straightening products: Potential targets for hormone-related cancer prevention and control. *J Natl Cancer Inst* 114(12): 1567-1569. PMID: https://pubmed.ncbi.nlm.nih.gov/36245085. DOI: http://dx.doi.org/10.1093/jnci/djac169.

Ma J, Wang Z, Qin C, *et al.* 2023. Safety of benzophenone-type UV filters: A mini review focusing on carcinogenicity, reproductive and developmental toxicity. *Chemosphere* 326: 138455. PMID: https://pubmed.ncbi.nlm.nih.gov/36944403. DOI: http://dx.doi.org/10.1016/j.chemosphere.2023.138455.

Maffini MV, Vandenberg LN. 2024. Science evolves but outdated testing and static risk management in the US delay protection to human health. *Front Toxicol* 6: 1444024. PMID: https://pubmed.ncbi.nlm.nih.gov/39193481. DOI: http://dx.doi.org/10.3389/ftox.2024.1444024.

Mallozzi M, Bordi G, Garo C, *et al.* 2016. The effect of maternal exposure to endocrine disrupting chemicals on fetal and neonatal development: A review on the major concerns. *Birth Defects Res C Embryo Today* 108(3): 224-242. PMID: https://pubmed.ncbi.nlm.nih.gov/27653964. DOI: http://dx.doi.org/10.1002/bdrc.21137.

Mallozzi M, Leone C, Manurita F, *et al.* 2017. Endocrine Disrupting Chemicals and Endometrial Cancer: An Overview of Recent Laboratory Evidence and Epidemiological Studies. *Int J Environ Res Public Health* 14(3). PMID: https://pubmed.ncbi.nlm.nih.gov/28327540. DOI: http://dx.doi.org/10.3390/ijerph14030334.

Maqbool F, Mostafalou S, Bahadar H, *et al.* 2016. Review of endocrine disorders associated with environmental toxicants and possible involved mechanisms. *Life Sci* 145: 265-273. PMID: https://pubmed.ncbi.nlm.nih.gov/26497928. DOI: http://dx.doi.org/10.1016/j.lfs.2015.10.022.

Mariana M, Feiteiro J, Verde I, *et al.* 2016. The effects of phthalates in the cardiovascular and reproductive systems: A review. *Environ Int* 94: 758-776. PMID: https://pubmed.ncbi.nlm.nih.gov/27424259. DOI: http://dx.doi.org/10.1016/j.envint.2016.07.004.

Martins FC, Oliveira MM, Gaivao I*, et al.* 2024. The administration of methyl and butyl parabens interferes with the enzymatic antioxidant system and induces genotoxicity in rat testis: possible relation to male infertility. *Drug Chem Toxicol* 47(3): 322-329. PMID: https://pubmed.ncbi.nlm.nih.gov/36756703. DOI: http://dx.doi.org/10.1080/01480545.2023.2176512.

Matwiejczuk N, Galicka A, Brzoska MM. 2020. Review of the safety of application of cosmetic products containing parabens. *J Appl Toxicol* 40(1): 176-210. PMID: https://pubmed.ncbi.nlm.nih.gov/31903662. DOI: http://dx.doi.org/10.1002/jat.3917.

McDonald JA, Tehranifar P, Flom JD*, et al.* 2018. Hair product use, age at menarche and mammographic breast density in multiethnic urban women. *Environ Health* 17(1): 1. PMID: https://pubmed.ncbi.nlm.nih.gov/29301538. DOI: http://dx.doi.org/10.1186/s12940-017-0345-y.

McKim JM, Jr., Wilga PC, Breslin WJ*, et al.* 2001. Potential estrogenic and antiestrogenic activity of the cyclic siloxane octamethylcyclotetrasiloxane (D4) and the linear siloxane hexamethyldisiloxane (HMDS) in immature rats using the uterotrophic assay. *Toxicol Sci* 63(1): 37-46. PMID: https://pubmed.ncbi.nlm.nih.gov/11509742. DOI: http://dx.doi.org/10.1093/toxsci/63.1.37.

McLachlan, J. A., & Korach, K. S. (1995). Symposium on estrogens in the environment, III. *Environmental health perspectives*, *103 Suppl 7*(Suppl 7), 3–4. https://doi.org/10.1289/ehp.95103s73

Meadows M. 2001. Heading off hair-care disasters. Use caution with relaxers and dyes. *FDA Consum* 35(1): 21-24. PMID: https://pubmed.ncbi.nlm.nih.gov/11930919.

Melnick R, Lucier G, Wolfe M*, et al.* 2002. Summary of the National Toxicology Program's report of the endocrine disruptors low-dose peer review. *Environ Health Perspect* 110(4): 427-431. PMID: https://pubmed.ncbi.nlm.nih.gov/11940462. DOI: http://dx.doi.org/10.1289/ehp.02110427.

Meng M, Yang Y, Song L*, et al.* 2024. Association between urinary phthalates and phthalate metabolites and cancer risk: A systematic review and meta-analysis. *Heliyon* 10(8): e29684. PMID: https://pubmed.ncbi.nlm.nih.gov/38665549. DOI: http://dx.doi.org/10.1016/j.heliyon.2024.e29684.

Michaleas SN, Laios K, Tsoucalas G*, et al.* 2021. Theophrastus Bombastus Von Hohenheim (Paracelsus) (1493-1541): The eminent physician and pioneer of toxicology. *Toxicol Rep* 8: 411-414. PMID: https://pubmed.ncbi.nlm.nih.gov/33717994. DOI: http://dx.doi.org/10.1016/j.toxrep.2021.02.012.

Mogus JP, LaPlante CD, Bansal R*, et al.* 2021. Exposure to propylparaben during pregnancy and lactation induces long- term alterations to the mammary gland in mice. *Endocrinology* 162(6). PMID: https://pubmed.ncbi.nlm.nih.gov/33724348. DOI: http://dx.doi.org/10.1210/endocr/bqab041.

Mughees M, Chugh H, Wajid S. 2022. Mechanism of phthalate esters in the progression and development of breast cancer. *Drug Chem Toxicol* 45(3): 1021-1025. PMID: https://pubmed.ncbi.nlm.nih.gov/32752895. DOI: http://dx.doi.org/10.1080/01480545.2020.1802480.

Mukherjee Das A, Gogia A, Garg M, *et al.* 2022. Urinary concentration of endocrine-disrupting phthalates and breast cancer risk in Indian women: A case-control study with a focus on mutations in phthalate-responsive genes. *Cancer Epidemiol* 79: 102188. PMID: https://pubmed.ncbi.nlm.nih.gov/35688051. DOI: http://dx.doi.org/10.1016/j.canep.2022.102188.

Mustieles V, Balogh RK, Axelstad M, *et al.* 2023. Benzophenone-3: Comprehensive review of the toxicological and human evidence with meta-analysis of human biomonitoring studies. *Environ Int* 173: 107739. PMID: https://pubmed.ncbi.nlm.nih.gov/36805158. DOI: http://dx.doi.org/10.1016/j.envint.2023.107739.

Myers JP, Zoeller RT, vom Saal FS. 2009. A clash of old and new scientific concepts in toxicity, with important implications for public health. *Environ Health Perspect* 117(11): 1652-1655. PMID: https://pubmed.ncbi.nlm.nih.gov/20049113. DOI: http://dx.doi.org/10.1289/ehp.0900887.

Myers SL, Yang CZ, Bittner GD, *et al.* 2015. Estrogenic and anti-estrogenic activity of off-the-shelf hair and skin care products. *J Expo Sci Environ Epidemiol* 25(3): 271-277. PMID: https://pubmed.ncbi.nlm.nih.gov/24849798. DOI: http://dx.doi.org/10.1038/jes.2014.32.

Nadal A, Fuentes E, Ripoll C, *et al.* 2018. Extranuclear-initiated estrogenic actions of endocrine disrupting chemicals: Is there toxicology beyond paracelsus? *J Steroid Biochem Mol Biol* 176: 16-22. PMID: https://pubmed.ncbi.nlm.nih.gov/28159674. DOI: http://dx.doi.org/10.1016/j.jsbmb.2017.01.014.

Needle CD, Kearney CA, Brinks AL, *et al.* 2024. Safety of chemical hair relaxers: A review article. *JAAD Reviews* 2: 50-56. DOI: http://dx.doi.org/10.1016/j.jdrv.2024.09.001.

Neff AM, Flaws JA. 2021. The effects of plasticizers on the ovary. *Curr Opin Endocr Metab Res* 18: 35-47. PMID: https://pubmed.ncbi.nlm.nih.gov/33997465. DOI: http://dx.doi.org/10.1016/j.coemr.2021.01.004.

Neri I, MacCallum J, Di Lorenzo R, *et al.* 2024. Into the toxicity potential of an array of parabens by biomimetic liquid chromatography, cell viability assessments and *in silico* predictions. *Sci Total Environ* 917: 170461. PMID: https://pubmed.ncbi.nlm.nih.gov/38286290. DOI: http://dx.doi.org/10.1016/j.scitotenv.2024.170461.

Newmeyer MN, Quiros-Alcala L, Kavi LK, *et al.* 2023. Implementing a suspect screening method to assess occupational chemical exposures among US-based hairdressers serving an ethnically diverse clientele: a pilot study. *J Expo Sci Environ Epidemiol* 33(4): 566-574. PMID: https://pubmed.ncbi.nlm.nih.gov/36693958. DOI: http://dx.doi.org/10.1038/s41370-023-00519-z.

Nguyen VK, Kahana A, Heidt J, *et al.* 2020. A comprehensive analysis of racial disparities in chemical biomarker concentrations in United States women, 1999-2014. *Environ Int* 137: 105496. PMID: https://pubmed.ncbi.nlm.nih.gov/32113086. DOI: http://dx.doi.org/10.1016/j.envint.2020.105496.

Nielsen JB, Nielsen F, Sorensen JA. 2007. Defense against dermal exposures is only skin deep: Significantly increased penetration through slightly damaged skin. *Arch Dermatol Res* 299(9): 423-431. PMID: https://pubmed.ncbi.nlm.nih.gov/17882442. DOI: http://dx.doi.org/10.1007/s00403-007-0788-z.

Ning T, Yang H, Shi C, *et al.* 2022. An *in vitro* assessment for human skin exposure to parabens using magnetic solid phase extraction coupled with HPLC. *Chemosphere* 286(Pt 1): 131593. PMID: https://pubmed.ncbi.nlm.nih.gov/34293573. DOI: http://dx.doi.org/10.1016/j.chemosphere.2021.131593.

Nowak K, Ratajczak-Wrona W, Gorska M, *et al.* 2018. Parabens and their effects on the endocrine system. *Mol Cell Endocrinol* 474: 238-251. PMID: https://pubmed.ncbi.nlm.nih.gov/29596967. DOI: http://dx.doi.org/10.1016/j.mce.2018.03.014.

Nowak K, Jablonska E, Garley M, *et al.* 2022. Investigation of estrogen-like effects of parabens on human neutrophils. *Environ Res* 214(Pt 1): 113893. PMID: https://pubmed.ncbi.nlm.nih.gov/35839909. DOI: http://dx.doi.org/10.1016/j.envres.2022.113893.

NTP. 2015. *Handbook for Preparing Report on Carcinogens Monographs.* Research Triangle Park, NC: National Toxicology Program. 89 pp. https://scispace.com/pdf/how-evidence-based-methodologies-can-help-identify-and-3i6xguyy.pdf.

NTP. 2019. *Tox21: Toxicology Testing in the 21st Century.* Research Triangle Park, NC: National Toxicology Program. 2 pp. https://www.niehs.nih.gov/sites/default/files/health/materials/tox21_508.pdf.

NTP. 2021a. Formaldehyde. In *Report on Carcinogens, Fifteenth Edition* Research Triangle Park, NC: U.S. Department of Health and Human Services, Public Health Service. https://ntp.niehs.nih.gov/go/roc15.

NTP. 2021b. Nitrosodiethanolamine. In *Report on Carcinogens, 15th Edition.* Research Triangle Park, NC: National Toxicology Program, U.S. Department of Health and Human Services.

NTP. 2025. *Report on Carcinogens Handbook on Methods for Conducting Cancer Hazard Evaluations.* Research Triangle Park, NC: National Toxicology Program. 246 pp. https://ntp.niehs.nih.gov/go/rochandbook.

Ogunsina K, O'Brien KM, White AJ*, et al.* 2025. Hair straightener use in relation to prevalent and incident fibroids in the Sister Study with a focus on black women. *Environ Health Perspect* 133(1): 17004. PMID: https://pubmed.ncbi.nlm.nih.gov/39808082. DOI: http://dx.doi.org/10.1289/EHP14493.

Okazaki H, Takeda S, Matsuo S*, et al.* 2017. Inhibitory modulation of human estrogen receptor alpha and beta activities by dicyclohexyl phthalate in human breast cancer cell lines. *J Toxicol Sci* 42(4): 417-425. PMID: https://pubmed.ncbi.nlm.nih.gov/28717100. DOI: http://dx.doi.org/10.2131/jts.42.417.

Okeke CAV, Burgess CM. 2023. Dispelling myths of chemical hair relaxers causing uterine cancer. *J Am Acad Dermatol* 89(4): 875-876. PMID: https://pubmed.ncbi.nlm.nih.gov/37364612. DOI: http://dx.doi.org/10.1016/j.jaad.2023.06.031.

Okeke CAV, Seltzer JA, De Guzman CB*, et al.* 2024. Allergen content of popular chemical hair relaxers: A product analysis. *Contact Dermatitis* 91(2): 139-145. PMID: https://pubmed.ncbi.nlm.nih.gov/38783163. DOI: http://dx.doi.org/10.1111/cod.14583.

Okubo T, Yokoyama Y, Kano K*, et al.* 2001. ER-dependent estrogenic activity of parabens assessed by proliferation of human breast cancer MCF-7 cells and expression of ERalpha and PR. *Food Chem Toxicol* 39(12): 1225-1232. PMID: https://pubmed.ncbi.nlm.nih.gov/11696396. DOI: http://dx.doi.org/10.1016/s0278-6915(01)00073-4.

Okubo T, Suzuki T, Yokoyama Y*, et al.* 2003. Estimation of estrogenic and anti-estrogenic activities of some phthalate diesters and monoesters by MCF-7 cell proliferation assay *in vitro*. *Biol Pharm Bull* 26(8): 1219-1224. PMID: https://pubmed.ncbi.nlm.nih.gov/12913283. DOI: http://dx.doi.org/10.1248/bpb.26.1219.

Oral D, Erkekoglu P, Kocer-Gumusel B*, et al.* 2016. Epithelial-mesenchymal transition: A special focus on phthalates and bisphenol A. *J Environ Pathol Toxicol Oncol* 35(1): 43-58. PMID: https://pubmed.ncbi.nlm.nih.gov/27279583. DOI: http://dx.doi.org/10.1615/JEnvironPatholToxicolOncol.2016014200.

Orton F, Ermler S, Kugathas S*, et al.* 2014. Mixture effects at very low doses with combinations of anti-androgenic pesticides, antioxidants, industrial pollutant and chemicals used in personal care products. *Toxicol Appl Pharmacol* 278(3): 201-208. PMID: https://pubmed.ncbi.nlm.nih.gov/24055644. DOI: http://dx.doi.org/10.1016/j.taap.2013.09.008.

Ouedraogo G, Alexander-White C, Bury D*, et al.* 2022. Read-across and new approach methodologies applied in a 10-step framework for cosmetics safety assessment - A case

study with parabens. *Regul Toxicol Pharmacol* 132: 105161. PMID: https://pubmed.ncbi.nlm.nih.gov/35508214. DOI: http://dx.doi.org/10.1016/j.yrtph.2022.105161.

Pan S, Yuan C, Tagmount A*, et al.* 2016. Parabens and Human Epidermal Growth Factor Receptor Ligand Cross-Talk in Breast Cancer Cells. *Environ Health Perspect* 124(5): 563-569. PMID: https://pubmed.ncbi.nlm.nih.gov/26502914. DOI: http://dx.doi.org/10.1289/ehp.1409200.

Parada H, Jr., Gammon MD, Chen J*, et al.* 2018. Urinary Phthalate Metabolite Concentrations and Breast Cancer Incidence and Survival following Breast Cancer: The Long Island Breast Cancer Study Project. *Environ Health Perspect* 126(4): 047013. PMID: https://pubmed.ncbi.nlm.nih.gov/29701940. DOI: http://dx.doi.org/10.1289/ehp2083.

Parada H, Jr., Gammon MD, Ettore HL*, et al.* 2019. Urinary concentrations of environmental phenols and their associations with breast cancer incidence and mortality following breast cancer. *Environ Int* 130: 104890. PMID: https://pubmed.ncbi.nlm.nih.gov/31228785. DOI: http://dx.doi.org/10.1016/j.envint.2019.05.084.

Parada H, Jr., Sahrai L, Wolff MS*, et al.* 2022. Urinary parabens and breast cancer risk: Modification by LINE-1 and LUMA global DNA methylation, and associations with breast cancer defined by tumor promoter methylation status. *Mol Carcinog* 61(11): 1002-1015. PMID: https://pubmed.ncbi.nlm.nih.gov/35975911. DOI: http://dx.doi.org/10.1002/mc.23456.

Park CJ, Nah WH, Lee JE*, et al.* 2012. Butyl paraben-induced changes in DNA methylation in rat epididymal spermatozoa. *Andrologia* 44 Suppl 1: 187-193. PMID: https://pubmed.ncbi.nlm.nih.gov/21592178. DOI: http://dx.doi.org/10.1111/j.1439-0272.2011.01162.x.

Park MA, Hwang KA, Lee HR*, et al.* 2013. Benzophenone-1 stimulated the growth of BG-1 ovarian cancer cells by cell cycle regulation via an estrogen receptor alpha-mediated signaling pathway in cellular and xenograft mouse models. *Toxicology* 305: 41-48. PMID: https://pubmed.ncbi.nlm.nih.gov/23328252. DOI: http://dx.doi.org/10.1016/j.tox.2012.12.021.

Patisaul HB. 2021a. Endocrine disrupting chemicals (EDCs) and the neuroendocrine system: Beyond estrogen, androgen, and thyroid. *Adv Pharmacol* 92: 101-150. PMID: https://pubmed.ncbi.nlm.nih.gov/34452685. DOI: http://dx.doi.org/10.1016/bs.apha.2021.03.007.

Patisaul HB. 2021b. Endocrine disruption and reproductive disorders: impacts on sexually dimorphic neuroendocrine pathways. *Reproduction* 162(5): F111-f130. PMID: https://pubmed.ncbi.nlm.nih.gov/33929341. DOI: http://dx.doi.org/10.1530/rep-20-0596.

Peinado FM, Ocon-Hernandez O, Iribarne-Duran LM, *et al.* 2021. Cosmetic and personal care product use, urinary levels of parabens and benzophenones, and risk of endometriosis: results from the EndEA study. *Environ Res* 196: 110342. PMID: https://pubmed.ncbi.nlm.nih.gov/33069703. DOI: http://dx.doi.org/10.1016/j.envres.2020.110342.

Peinado FM, Olivas-Martinez A, Iribarne-Duran LM, *et al.* 2023. Cell cycle, apoptosis, cell differentiation, and lipid metabolism gene expression in endometriotic tissue and exposure to parabens and benzophenones. *Sci Total Environ* 879: 163014. PMID: https://pubmed.ncbi.nlm.nih.gov/37003176. DOI: http://dx.doi.org/10.1016/j.scitotenv.2023.163014.

Perez Martin JM, Peropadre A, Herrero O, *et al.* 2010. Oxidative DNA damage contributes to the toxic activity of propylparaben in mammalian cells. *Mutat Res* 702(1): 86-91. PMID: https://pubmed.ncbi.nlm.nih.gov/20682357. DOI: http://dx.doi.org/10.1016/j.mrgentox.2010.07.012.

Petric Z, Ruzic J, Zuntar I. 2021. The controversies of parabens - an overview nowadays. *Acta Pharm* 71(1): 17-32. PMID: https://pubmed.ncbi.nlm.nih.gov/32697748. DOI: http://dx.doi.org/10.2478/acph-2021-0001.

Philippat C, Bennett D, Calafat AM, *et al.* 2015. Exposure to select phthalates and phenols through use of personal care products among Californian adults and their children. *Environ Res* 140: 369-376. PMID: https://pubmed.ncbi.nlm.nih.gov/25929801. DOI: http://dx.doi.org/10.1016/j.envres.2015.04.009.

Piazza MJ, Urbanetz AA. 2019. Environmental toxins and the impact of other endocrine disrupting chemicals in women's reproductive health. *JBRA Assist Reprod* 23(2): 154-164. PMID: https://pubmed.ncbi.nlm.nih.gov/30875185. DOI: http://dx.doi.org/10.5935/1518-0557.20190016.

Pierce JS, Cheatham D, Campbell DA, *et al.* 2024. Evaluation of dermal exposure to phthalates and parabens resulting from the use of hair relaxers. *Int J Environ Health Res*: 1-20. PMID: https://pubmed.ncbi.nlm.nih.gov/39300872. DOI: http://dx.doi.org/10.1080/09603123.2024.2402836.

Polemi KM, Nguyen VK, Heidt J, *et al.* 2021. Identifying the link between chemical exposures and breast cancer in African American women via integrated *in vitro* and exposure biomarker data. *Toxicology* 463: 152964. PMID: https://pubmed.ncbi.nlm.nih.gov/34600088. DOI: http://dx.doi.org/10.1016/j.tox.2021.152964.

Pollack AZ, Mumford SL, Krall JR, *et al.* 2020. Urinary levels of environmental phenols and parabens and antioxidant enzyme activity in the blood of women. *Environ Res* 186: 109507. PMID: https://pubmed.ncbi.nlm.nih.gov/32325294. DOI: http://dx.doi.org/10.1016/j.envres.2020.109507.

Pomierny B, Krzyzanowska W, Broniowska Z, *et al.* 2019. Benzophenone-3 passes through the blood-brain barrier, increases the level of extracellular glutamate, and induces apoptotic processes in the hippocampus and frontal cortex of rats. *Toxicol Sci* 171(2): 485-500. PMID: https://pubmed.ncbi.nlm.nih.gov/31368502. DOI: http://dx.doi.org/10.1093/toxsci/kfz160.

Preston EV, Fruh V, Quinn MR, *et al.* 2021. Endocrine disrupting chemical-associated hair product use during pregnancy and gestational age at delivery: a pilot study. *Environ Health* 20(1): 86. PMID: https://pubmed.ncbi.nlm.nih.gov/34320990. DOI: http://dx.doi.org/10.1186/s12940-021-00772-5.

Prusakiewicz JJ, Harville HM, Zhang Y, *et al.* 2007. Parabens inhibit human skin estrogen sulfotransferase activity: possible link to paraben estrogenic effects. *Toxicology* 232(3): 248-256. PMID: https://pubmed.ncbi.nlm.nih.gov/17306434. DOI: http://dx.doi.org/10.1016/j.tox.2007.01.010.

Qian Y, Shao H, Ying X, *et al.* 2020. The endocrine disruption of prenatal phthalate exposure in mother and offspring. *Front Public Health* 8: 366. PMID: https://pubmed.ncbi.nlm.nih.gov/32984231. DOI: http://dx.doi.org/10.3389/fpubh.2020.00366.

Quinn AL, Regan JM, Tobin JM, *et al.* 2007. *In vitro* and *in vivo* evaluation of the estrogenic, androgenic, and progestagenic potential of two cyclic siloxanes. *Toxicol Sci* 96(1): 145-153. PMID: https://pubmed.ncbi.nlm.nih.gov/17175556. DOI: http://dx.doi.org/10.1093/toxsci/kfl185.

Rabinovich Y, Scolnik D, Rimon A, *et al.* 2025. Hair straightening and acute kidney injury: A case series from a medical toxicology service. *Clin Toxicol (Phila)* 63(10): 754-759. PMID: https://pubmed.ncbi.nlm.nih.gov/40875963. DOI: http://dx.doi.org/10.1080/15563650.2025.2541702.

Rachon D. 2015. Endocrine disrupting chemicals (EDCs) and female cancer: Informing the patients. *Rev Endocr Metab Disord* 16(4): 359-364. PMID: https://pubmed.ncbi.nlm.nih.gov/26831296. DOI: http://dx.doi.org/10.1007/s11154-016-9332-9.

Radke EG, Braun JM, Nachman RM, *et al.* 2020. Phthalate exposure and neurodevelopment: A systematic review and meta- analysis of human epidemiological evidence. *Environ Int* 137: 105408. PMID: https://pubmed.ncbi.nlm.nih.gov/32045779. DOI: http://dx.doi.org/10.1016/j.envint.2019.105408.

Rager JE, Smeester L, Jaspers I, *et al.* 2011. Epigenetic changes induced by air toxics: Formaldehyde exposure alters miRNA expression profiles in human lung cells. *Environ Health Perspect* 119(4): 494-500. PMID: https://pubmed.ncbi.nlm.nih.gov/21147603. DOI: http://dx.doi.org/10.1289/ehp.1002614.

Rager JE, Moeller BC, Doyle-Eisele M, *et al.* 2013. Formaldehyde and epigenetic alterations: microRNA changes in the nasal epithelium of nonhuman primates. *Environ Health Perspect* 121(3): 339-344. PMID: https://pubmed.ncbi.nlm.nih.gov/23322811. DOI: http://dx.doi.org/10.1289/ehp.1205582.

Ramsey JT, Li Y, Arao Y, *et al.* 2019. Lavender products associated with premature thelarche and prepubertal gynecomastia: Case reports and endocrine-disrupting chemical activities. *J Clin Endocrinol Metab* 104(11): 5393-5405. PMID: https://pubmed.ncbi.nlm.nih.gov/31393563. DOI: http://dx.doi.org/10.1210/jc.2018-01880.

Rao R, McDonald JA, Barrett ES, *et al.* 2022. Associations of hair dye and relaxer use with breast tumor clinicopathologic features: Findings from the Women's circle of Health Study. *Environ Res* 203: 111863. PMID: https://pubmed.ncbi.nlm.nih.gov/34390715. DOI: http://dx.doi.org/10.1016/j.envres.2021.111863.

Reeves KW, Diaz Santana M, Manson JE, *et al.* 2019. Urinary Phthalate Biomarker Concentrations and Postmenopausal Breast Cancer Risk. *J Natl Cancer Inst* 111(10): 1059-1067. PMID: https://pubmed.ncbi.nlm.nih.gov/30629220. DOI: http://dx.doi.org/10.1093/jnci/djz002.

Regnier SM, Sargis RM. 2014. Adipocytes under assault: Environmental disruption of adipose physiology. *Biochim Biophys Acta* 1842(3): 520-533. PMID: https://pubmed.ncbi.nlm.nih.gov/23735214. DOI: http://dx.doi.org/10.1016/j.bbadis.2013.05.028.

Richardson V, Agidi AT, Eaddy ER, *et al.* 2017. Ten pearls every dermatologist should know about the appropriate use of relaxers. *J Cosmet Dermatol* 16(1): 9-11. PMID: https://pubmed.ncbi.nlm.nih.gov/27472987. DOI: http://dx.doi.org/10.1111/jocd.12262.

Rivera-Nunez Z, Ashrap P, Barrett ES, *et al.* 2022. Personal care products: Demographic characteristics and maternal hormones in pregnant women from Puerto Rico. *Environ Res* 206: 112376. PMID: https://pubmed.ncbi.nlm.nih.gov/34798118. DOI: http://dx.doi.org/10.1016/j.envres.2021.112376.

Robert T, Tang E, Kervadec J, *et al.* 2024. Hair-straightening cosmetics containing glyoxylic acid induce crystalline nephropathy. *Kidney Int* 106(6): 1117-1123. PMID: https://pubmed.ncbi.nlm.nih.gov/39197585. DOI: http://dx.doi.org/10.1016/j.kint.2024.07.032.

Roje Z, Ilic K, Galic E, *et al.* 2019. Synergistic effects of parabens and plastic nanoparticles on proliferation of human breast cancer cells. *Arh Hig Rada Toksikol* 70(4): 310-314. PMID: https://pubmed.ncbi.nlm.nih.gov/32623858. DOI: http://dx.doi.org/10.2478/aiht-2019-70-3372.

Rosado-Berrios CA, Velez C, Zayas B. 2011. Mitochondrial permeability and toxicity of diethylhexyl and monoethylhexyl phthalates on TK6 human lymphoblasts cells. *Toxicol In*

*Vitro* 25(8): 2010-2016. PMID: https://pubmed.ncbi.nlm.nih.gov/21864672. DOI: http://dx.doi.org/10.1016/j.tiv.2011.08.001.

Rougier A, Lotte C, Maibach HI. 1987. *In vivo* percutaneous penetration of some organic compounds related to anatomic site in humans: Predictive assessment by the stripping method. *J Pharm Sci* 76(6): 451-454. PMID: https://pubmed.ncbi.nlm.nih.gov/3625489. DOI: http://dx.doi.org/10.1002/jps.2600760608.

Sajid M, Basheer C, Narasimhan K*, et al.* 2015. Application of microwave-assisted micro-solid-phase extraction for determination of parabens in human ovarian cancer tissues. *J Chromatogr B Analyt Technol Biomed Life Sci* 1000: 192-198. PMID: https://pubmed.ncbi.nlm.nih.gov/26245364. DOI: http://dx.doi.org/10.1016/j.jchromb.2015.07.020.

Samet JM, Chiu WA, Cogliano V*, et al.* 2020. The IARC Monographs: Updated procedures for modern and transparent evidence synthesis in cancer hazard identification. *J Natl Cancer Inst* 112(1): 30-37. PMID: https://pubmed.ncbi.nlm.nih.gov/31498409. DOI: http://dx.doi.org/10.1093/jnci/djz169.

Santaliz Casiano A, Lee A, Teteh D*, et al.* 2022. Endocrine-disrupting chemicals and breast cancer: Disparities in exposure and importance of research inclusivity. *Endocrinology* 163(5). PMID: https://pubmed.ncbi.nlm.nih.gov/35325096. DOI: http://dx.doi.org/10.1210/endocr/bqac034.

Santovito A, Ruberto S, Galli G*, et al.* 2019. Induction of chromosomal aberrations and micronuclei by 2-hydroxy-4-methoxybenzophenone (oxybenzone) in human lymphocytes. *Drug Chem Toxicol* 42(4): 378-385. PMID: https://pubmed.ncbi.nlm.nih.gov/29648481. DOI: http://dx.doi.org/10.1080/01480545.2018.1455206.

SCCS. 2023. *The SCCS Notes of Guidance for the Testing of Cosmetic Ingredients and Their Safety Evaluation, 12th Revision.* 15 May 2023, corrigendum 1 on 26 October 2023, corrigendum 2 on 21 December 2023, SCCS/1647/22. European Commission, Scientific Committee on Consumer Safety 203 pp. https://health.ec.europa.eu/publications/sccs-notes-guidance-testing-cosmetic-ingredients-and-their-safety-evaluation-12th-revision_en.

Schettino L, Benede JL, Chisvert A. 2023. Determination of nine prohibited N-nitrosamines in cosmetic products by vortex-assisted dispersive liquid-liquid microextraction prior to gas chromatography-mass spectrometry. *RSC Adv* 13(5): 2963-2971. PMID: https://pubmed.ncbi.nlm.nih.gov/36756441. DOI: http://dx.doi.org/10.1039/d2ra06553c.

Schildroth S, Geller RJ, Wesselink AK*, et al.* 2024. Hair product use and urinary biomarker concentrations of non-persistent endocrine disrupting chemicals among reproductive-aged Black women. *Chemosphere* 361: 142442. PMID: https://pubmed.ncbi.nlm.nih.gov/38810806. DOI: http://dx.doi.org/10.1016/j.chemosphere.2024.142442.

Case: 1:23-cv-00818 Document #: 1828-21 Filed: 05/05/26 Page 119 of 160 PageID #:77410




Schreurs RH, Sonneveld E, Jansen JH, *et al.* 2005. Interaction of polycyclic musks and UV filters with the estrogen receptor (ER), androgen receptor (AR), and progesterone receptor (PR) in reporter gene bioassays. *Toxicol Sci* 83(2): 264-272. PMID: https://pubmed.ncbi.nlm.nih.gov/15537743. DOI: http://dx.doi.org/10.1093/toxsci/kfi035.

Schug TT, Johnson AF, Birnbaum LS, *et al.* 2016. Minireview: Endocrine disruptors: Past lessons and future directions. *Mol Endocrinol* 30(8): 833-847. PMID: https://pubmed.ncbi.nlm.nih.gov/27477640. DOI: http://dx.doi.org/10.1210/me.2016-1096.

Seidel F, Kappenberg F, Fayyaz S, *et al.* 2023. Risk assessment of parabens in a transcriptomics-based in vitro test. *Chem Biol Interact* 384: 110699. PMID: https://pubmed.ncbi.nlm.nih.gov/37690743. DOI: http://dx.doi.org/10.1016/j.cbi.2023.110699.

Seidlova-Wuttke D, Jarry H, Wuttke W. 2004. Pure estrogenic effect of benzophenone-2 (BP2) but not of bisphenol A (BPA) and dibutylphtalate (DBP) in uterus, vagina and bone. *Toxicology* 205(1-2): 103-112. PMID: https://pubmed.ncbi.nlm.nih.gov/15458795. DOI: http://dx.doi.org/10.1016/j.tox.2004.06.042.

Seralini GE, Jungers G. 2021. Endocrine disruptors also function as nervous disruptors and can be renamed endocrine and nervous disruptors (ENDs). *Toxicol Rep* 8: 1538-1557. PMID: https://pubmed.ncbi.nlm.nih.gov/34430217. DOI: http://dx.doi.org/10.1016/j.toxrep.2021.07.014.

Sheikh IA, Turki RF, Abuzenadah AM, *et al.* 2016a. Endocrine disruption: Computational perspectives on human sex hormone- binding globulin and phthalate plasticizers. *PLoS One* 11(3): e0151444. PMID: https://pubmed.ncbi.nlm.nih.gov/26963243. DOI: http://dx.doi.org/10.1371/journal.pone.0151444.

Sheikh IA, Abu-Elmagd M, Turki RF, *et al.* 2016b. Endocrine disruption: *In silico* perspectives of interactions of di-(2-ethylhexyl)phthalate and its five major metabolites with progesterone receptor. *BMC Struct Biol* 16(Suppl 1): 16. PMID: https://pubmed.ncbi.nlm.nih.gov/27719669. DOI: http://dx.doi.org/10.1186/s12900-016-0066-4.

Sheikh IA, Beg MA. 2017. Endocrine disruption: *In silico* interactions between phthalate plasticizers and corticosteroid binding globulin. *J Appl Toxicol* 37(12): 1471-1480. PMID: https://pubmed.ncbi.nlm.nih.gov/28677244. DOI: http://dx.doi.org/10.1002/jat.3497.

Sheikh IA, Beg MA. 2022. Structural binding perspectives of common plasticizers and a flame retardant, BDE-153, against thyroxine-binding globulin: potential for endocrine disruption. *J Appl Toxicol* 42(5): 841-851. PMID: https://pubmed.ncbi.nlm.nih.gov/34725837. DOI: http://dx.doi.org/10.1002/jat.4261.

Shen X, Zhan M, Wang Y, *et al.* 2023. Exposure to parabens and semen quality in reproductive-aged men. *Ecotoxicol Environ Saf* 264: 115453. PMID:

https://pubmed.ncbi.nlm.nih.gov/37688867. DOI: http://dx.doi.org/10.1016/j.ecoenv.2023.115453.

Shin KO, Lee YM. 2016. Simultaneous analysis of mono-, di-, and tri-ethanolamine in cosmetic products using liquid chromatography coupled tandem mass spectrometry. *Arch Pharm Res* 39(1): 66-72. PMID: https://pubmed.ncbi.nlm.nih.gov/26578210. DOI: http://dx.doi.org/10.1007/s12272-015-0677-5.

Shin MY, Shin C, Choi JW*, et al.* 2019. Pharmacokinetic profile of propyl paraben in humans after oral administration. *Environ Int* 130: 104917. PMID: https://pubmed.ncbi.nlm.nih.gov/31234001. DOI: http://dx.doi.org/10.1016/j.envint.2019.104917.

Silva ABP, Carreiro F, Ramos F*, et al.* 2023. The role of endocrine disruptors in female infertility. *Mol Biol Rep* 50(8): 7069-7088. PMID: https://pubmed.ncbi.nlm.nih.gov/37402067. DOI: http://dx.doi.org/10.1007/s11033-023-08583-2.

Silva EL, Walker DI, Coates Fuentes Z*, et al.* 2022. Untargeted metabolomics reveals that multiple reproductive toxicants are present at the endometrium. *Sci Total Environ* 843: 157005. PMID: https://pubmed.ncbi.nlm.nih.gov/35772554. DOI: http://dx.doi.org/10.1016/j.scitotenv.2022.157005.

Singh S, Li SS. 2012. Epigenetic effects of environmental chemicals bisphenol A and phthalates. *Int J Mol Sci* 13(8): 10143-10153. PMID: https://pubmed.ncbi.nlm.nih.gov/22949852. DOI: http://dx.doi.org/10.3390/ijms130810143.

Sishi VNB, Van Wyk JC, Khumalo NP. 2019. The pH of lye and no-lye hair relaxers, including those advertised for children, is at levels that are corrosive to the skin. *S Afr Med J* 109(12): 941-946. PMID: https://pubmed.ncbi.nlm.nih.gov/31865956. DOI: http://dx.doi.org/10.7196/SAMJ.2019.v109i12.14010.

Smith MT, Guyton KZ, Gibbons CF*, et al.* 2016. Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. *Environ Health Perspect* 124(6): 713-721. PMID: https://pubmed.ncbi.nlm.nih.gov/26600562. DOI: http://dx.doi.org/10.1289/ehp.1509912.

Smith MT, Guyton KZ, Kleinstreuer N*, et al.* 2020. The key characteristics of carcinogens: Relationship to the hallmarks of cancer, relevant biomarkers, and assays to measure them. *Cancer Epidemiol Biomarkers Prev* 29(10): 1887-1903. PMID: https://pubmed.ncbi.nlm.nih.gov/32152214. DOI: http://dx.doi.org/10.1158/1055-9965.Epi-19-1346.

Solomon O, Yousefi P, Huen K*, et al.* 2017. Prenatal phthalate exposure and altered patterns of DNA methylation in cord blood. *Environ Mol Mutagen* 58(6): 398-410. PMID: https://pubmed.ncbi.nlm.nih.gov/28556291. DOI: http://dx.doi.org/10.1002/em.22095.

Soni MG, Burdock GA, Taylor SL, *et al.* 2001. Safety assessment of propyl paraben: a review of the published literature. *Food Chem Toxicol* 39(6): 513-532. PMID: https://pubmed.ncbi.nlm.nih.gov/11346481. DOI: http://dx.doi.org/10.1016/s0278-6915(00)00162-9.

Soni MG, Taylor SL, Greenberg NA, *et al.* 2002. Evaluation of the health aspects of methyl paraben: a review of the published literature. *Food Chem Toxicol* 40(10): 1335-1373. PMID: https://pubmed.ncbi.nlm.nih.gov/12387298. DOI: http://dx.doi.org/10.1016/s0278-6915(02)00107-2.

Soni MG, Carabin IG, Burdock GA. 2005. Safety assessment of esters of p-hydroxybenzoic acid (parabens). *Food Chem Toxicol* 43(7): 985-1015. PMID: https://pubmed.ncbi.nlm.nih.gov/15833376. DOI: http://dx.doi.org/10.1016/j.fct.2005.01.020.

Stenz L, Rahban R, Prados J, *et al.* 2019. Genetic resistance to DEHP-induced transgenerational endocrine disruption. *PLoS One* 14(6): e0208371. PMID: https://pubmed.ncbi.nlm.nih.gov/31181066. DOI: http://dx.doi.org/10.1371/journal.pone.0208371.

Stiel L, Adkins-Jackson PB, Clark P, *et al.* 2016. A review of hair product use on breast cancer risk in African American women. *Cancer Med* 5(3): 597-604. PMID: https://pubmed.ncbi.nlm.nih.gov/26773423. DOI: http://dx.doi.org/10.1002/cam4.613.

Sun L, Yu T, Guo J, *et al.* 2016. The estrogenicity of methylparaben and ethylparaben at doses close to the acceptable daily intake in immature Sprague-Dawley rats. *Sci Rep* 6: 25173. PMID: https://pubmed.ncbi.nlm.nih.gov/27121550. DOI: http://dx.doi.org/10.1038/srep25173.

Suvorov A. 2024. The dose disrupts the pathway: Application of Paracelsus principle to mechanistic toxicology. *Toxicol Sci* 200(2): 228-234. PMID: https://pubmed.ncbi.nlm.nih.gov/38713198. DOI: http://dx.doi.org/10.1093/toxsci/kfae059.

Suzuki T, Ide K, Ishida M. 2001. Response of MCF-7 human breast cancer cells to some binary mixtures of oestrogenic compounds *in-vitro*. *J Pharm Pharmacol* 53(11): 1549-1554. PMID: https://pubmed.ncbi.nlm.nih.gov/11732758. DOI: http://dx.doi.org/10.1211/0022357011777927.

Svobodova L, Kejlova K, Rucki M, *et al.* 2023. Health safety of parabens evaluated by selected in vitro methods. *Regul Toxicol Pharmacol* 137: 105307. PMID: https://pubmed.ncbi.nlm.nih.gov/36455707. DOI: http://dx.doi.org/10.1016/j.yrtph.2022.105307.

Tang L, Wang Y, Yan W, *et al.* 2024. Exposure to di-2-ethylhexyl phthalate and breast neoplasm incidence: A cohort study. *Sci Total Environ* 926: 171819. PMID:

https://pubmed.ncbi.nlm.nih.gov/38508268. DOI: http://dx.doi.org/10.1016/j.scitotenv.2024.171819.

Tapia JL, McDonough JC, Cauble EL*, et al.* 2023. Parabens promote protumorigenic effects in luminal breast cancer cell lines with diverse genetic ancestry. *J Endocr Soc* 7(8): bvad080. PMID: https://pubmed.ncbi.nlm.nih.gov/37409182. DOI: http://dx.doi.org/10.1210/jendso/bvad080.

Tong JH, Elmore S, Huang SS*, et al.* 2023. Chronic exposure to low levels of parabens increases mammary cancer growth and metastasis in mice. *Endocrinology* 164(3). PMID: https://pubmed.ncbi.nlm.nih.gov/36683225. DOI: http://dx.doi.org/10.1210/endocr/bqad007.

Tran DN, Park SM, Jung EM*, et al.* 2021. Prenatal octamethylcyclotetrasiloxane exposure impaired proliferation of neuronal progenitor, leading to motor, cognition, social and behavioral functions. *Int J Mol Sci* 22(23). PMID: https://pubmed.ncbi.nlm.nih.gov/34884750. DOI: http://dx.doi.org/10.3390/ijms222312949.

Tsatsakis AM, Vassilopoulou L, Kovatsi L*, et al.* 2018. The dose response principle from philosophy to modern toxicology: The impact of ancient philosophy and medicine in modern toxicology science. *Toxicol Rep* 5: 1107-1113. PMID: https://pubmed.ncbi.nlm.nih.gov/30450285. DOI: http://dx.doi.org/10.1016/j.toxrep.2018.10.001.

Valle-Sistac J, Molins-Delgado D, Diaz M*, et al.* 2016. Determination of parabens and benzophenone-type UV filters in human placenta. First description of the existence of benzyl paraben and benzophenone-4. *Environ Int* 88: 243-249. PMID: https://pubmed.ncbi.nlm.nih.gov/26773395. DOI: http://dx.doi.org/10.1016/j.envint.2015.12.034.

Vandenberg LN, Colborn T, Hayes TB*, et al.* 2012. Hormones and endocrine-disrupting chemicals: Low-dose effects and nonmonotonic dose responses. *Endocr Rev* 33(3): 378-455. PMID: https://pubmed.ncbi.nlm.nih.gov/22419778. DOI: http://dx.doi.org/10.1210/er.2011-1050.

Vandenberg LN, Colborn T, Hayes TB*, et al.* 2013. Regulatory decisions on endocrine disrupting chemicals should be based on the principles of endocrinology. *Reprod Toxicol* 38: 1-15. PMID: https://pubmed.ncbi.nlm.nih.gov/23411111. DOI: http://dx.doi.org/10.1016/j.reprotox.2013.02.002.

Vandenberg LN. 2014. Non-monotonic dose responses in studies of endocrine disrupting chemicals: Bisphenol A as a case study. *Dose Response* 12(2): 259-276. PMID: https://pubmed.ncbi.nlm.nih.gov/24910584. DOI: http://dx.doi.org/10.2203/dose-response.13-020.Vandenberg.

Vandenberg LN, Bugos J. 2021. Assessing the public health implications of the food preservative propylparaben: Has this chemical been safely used for decades. *Curr Environ Health Rep* 8(1): 54-70. PMID: https://pubmed.ncbi.nlm.nih.gov/33415721. DOI: http://dx.doi.org/10.1007/s40572-020-00300-6.

Vinas R, Jeng YJ, Watson CS. 2012. Non-genomic effects of xenoestrogen mixtures. *Int J Environ Res Public Health* 9(8): 2694-2714. PMID: https://pubmed.ncbi.nlm.nih.gov/23066391. DOI: http://dx.doi.org/10.3390/ijerph9082694.

Vitku J, Horackova L, Kolatorova L*, et al.* 2023a. Derivatized versus non-derivatized LC-MS/MS techniques for the analysis of estrogens and estrogen-like endocrine disruptors in human plasma. *Ecotoxicol Environ Saf* 260: 115083. PMID: https://pubmed.ncbi.nlm.nih.gov/37269613. DOI: http://dx.doi.org/10.1016/j.ecoenv.2023.115083.

Vitku J, Skodova T, Varausova A*, et al.* 2023b. Endocrine disruptors and estrogens in human prostatic tissue. *Physiol Res* 72(S4): S411-s422. PMID: https://pubmed.ncbi.nlm.nih.gov/38116777. DOI: http://dx.doi.org/10.33549/physiolres.935246.

Wang A, Padula A, Sirota M*, et al.* 2016. Environmental influences on reproductive health: The importance of chemical exposures. *Fertil Steril* 106(4): 905-929. PMID: https://pubmed.ncbi.nlm.nih.gov/27513554. DOI: http://dx.doi.org/10.1016/j.fertnstert.2016.07.1076.

Wang C, Chen L, Zhao S*, et al.* 2018. Impacts of prenatal triclosan exposure on fetal reproductive hormones and its potential mechanism. *Environ Int* 111: 279-286. PMID: https://pubmed.ncbi.nlm.nih.gov/29150338. DOI: http://dx.doi.org/10.1016/j.envint.2017.11.007.

Wang DG, Norwood W, Alaee M*, et al.* 2013. Review of recent advances in research on the toxicity, detection, occurrence and fate of cyclic volatile methyl siloxanes in the environment. *Chemosphere* 93(5): 711-725. PMID: https://pubmed.ncbi.nlm.nih.gov/23211328. DOI: http://dx.doi.org/10.1016/j.chemosphere.2012.10.041.

Wang J, Pan L, Wu S*, et al.* 2016. Recent advances on endocrine disrupting effects of UV filters. *Int J Environ Res Public Health* 13(8). PMID: https://pubmed.ncbi.nlm.nih.gov/27527194. DOI: http://dx.doi.org/10.3390/ijerph13080782.

Wang L, Asimakopoulos AG, Kannan K. 2015. Accumulation of 19 environmental phenolic and xenobiotic heterocyclic aromatic compounds in human adipose tissue. *Environ Int* 78: 45-50. PMID: https://pubmed.ncbi.nlm.nih.gov/25749637. DOI: http://dx.doi.org/10.1016/j.envint.2015.02.015.

Wang L, Liu X, Zhao M, *et al.* 2024a. Disruption of gonadotropin hormone biosynthesis by parabens: A potential development and reproduction-associated adverse outcome pathway. *Environ Pollut* 347: 123716. PMID: https://pubmed.ncbi.nlm.nih.gov/38458526. DOI: http://dx.doi.org/10.1016/j.envpol.2024.123716.

Wang L, Chen L, Schlenk D, *et al.* 2024b. Parabens promotes invasive properties of multiple human cells: A potential cancer-associated adverse outcome pathway. *Sci Total Environ* 926: 172015. PMID: https://pubmed.ncbi.nlm.nih.gov/38547973. DOI: http://dx.doi.org/10.1016/j.scitotenv.2024.172015.

Wang Y, Zhu H, Kannan K. 2019. A review of biomonitoring of phthalate exposures. *Toxics* 7(2). PMID: https://pubmed.ncbi.nlm.nih.gov/30959800. DOI: http://dx.doi.org/10.3390/toxics7020021.

Wang Y, Qian H. 2021. Phthalates and their impacts on human health. *Healthcare (Basel)* 9(5). PMID: https://pubmed.ncbi.nlm.nih.gov/34069956. DOI: http://dx.doi.org/10.3390/healthcare9050603.

Wang YC, Tsai CF, Chuang HL, *et al.* 2016. Benzyl butyl phthalate promotes breast cancer stem cell expansion via SPHK1/S1P/S1PR3 signaling. *Oncotarget* 7(20): 29563-29576. PMID: https://pubmed.ncbi.nlm.nih.gov/27129165. DOI: http://dx.doi.org/10.18632/oncotarget.9007.

Wei F, Cheng H, Sang N. 2022. Comprehensive assessment of estrogenic activities of parabens by *in silico* approach and *in vitro* assays. *Sci Total Environ* 845: 157194. PMID: https://pubmed.ncbi.nlm.nih.gov/35810903. DOI: http://dx.doi.org/10.1016/j.scitotenv.2022.157194.

Weinberg RA. 1996. How cancer arises. *Sci Am* 275(3): 62-70. PMID: https://pubmed.ncbi.nlm.nih.gov/8701295. DOI: http://dx.doi.org/10.1038/scientificamerican0996-62.

Welch BM, Keil AP, Buckley JP, *et al.* 2022. Associations between prenatal urinary biomarkers of phthalate exposure and preterm birth: A pooled study of 16 US cohorts. *JAMA Pediatr* 176(9): 895-905. PMID: https://pubmed.ncbi.nlm.nih.gov/35816333. DOI: http://dx.doi.org/10.1001/jamapediatrics.2022.2252.

Weng X, Zhu Q, Liao C, *et al.* 2023. Cumulative exposure to phthalates and their alternatives and associated female reproductive health: Body burdens, adverse outcomes, and underlying mechanisms. *Environ Sci Technol* 57(22): 8189-8212. PMID: https://pubmed.ncbi.nlm.nih.gov/37196176. DOI: http://dx.doi.org/10.1021/acs.est.3c00823.

Whaley P, Piggott T, Morgan RL, *et al.* 2022. Biological plausibility in environmental health systematic reviews: A GRADE concept paper. *Environ Int* 162: 107109. PMID: https://pubmed.ncbi.nlm.nih.gov/35305498. DOI: http://dx.doi.org/10.1016/j.envint.2022.107109.

White AJ, Gregoire AM, Taylor KW, *et al.* 2021a. Adolescent use of hair dyes, straighteners and perms in relation to breast cancer risk. *Int J Cancer* 148(9): 2255-2263. PMID: https://pubmed.ncbi.nlm.nih.gov/33252833. DOI: http://dx.doi.org/10.1002/ijc.33413.

White AJ, Sandler DP, Gaston SA, *et al.* 2021b. Use of hair products in relation to ovarian cancer risk. *Carcinogenesis* 42(9): 1189-1195. PMID: https://pubmed.ncbi.nlm.nih.gov/34173819. DOI: http://dx.doi.org/10.1093/carcin/bgab056.

Wiklund L, Caccia S, Pipal M, *et al.* 2023. Development of a data-driven approach to Adverse Outcome Pathway network generation: a case study on the EATS-modalities. *Front Toxicol* 5: 1183824. PMID: https://pubmed.ncbi.nlm.nih.gov/37229356. DOI: http://dx.doi.org/10.3389/ftox.2023.1183824.

Wilks MF. 2020. Bringing chemistry to medicine - the contribution of Paracelsus to modern toxicology. *Chimia (Aarau)* 74(6): 507-508. PMID: https://pubmed.ncbi.nlm.nih.gov/32560760. DOI: http://dx.doi.org/10.2533/chimia.2020.507.

Williams GP, Darbre PD. 2019. Low-dose environmental endocrine disruptors, increase aromatase activity, estradiol biosynthesis and cell proliferation in human breast cells. *Mol Cell Endocrinol* 486: 55-64. PMID: https://pubmed.ncbi.nlm.nih.gov/30817981. DOI: http://dx.doi.org/10.1016/j.mce.2019.02.016.

Wise LA, Palmer JR, Reich D, *et al.* 2012. Hair relaxer use and risk of uterine leiomyomata in African-American women. *Am J Epidemiol* 175(5): 432-440. PMID: https://pubmed.ncbi.nlm.nih.gov/22234483. DOI: http://dx.doi.org/10.1093/aje/kwr351.

Wise LA, Wang TR, Ncube CN, *et al.* 2023. Use of chemical hair straighteners and fecundability in a North American preconception cohort. *Am J Epidemiol* 192(7): 1066-1080. PMID: https://pubmed.ncbi.nlm.nih.gov/37005071. DOI: http://dx.doi.org/10.1093/aje/kwad079.

Witorsch RJ, Thomas JA. 2010. Personal care products and endocrine disruption: A critical review of the literature. *Crit Rev Toxicol* 40 Suppl 3: 1-30. PMID: https://pubmed.ncbi.nlm.nih.gov/20932229. DOI: http://dx.doi.org/10.3109/10408444.2010.515563.

Wright JD, Prest MT, Ferris JS, *et al.* 2025. Projected trends in the incidence and mortality of uterine cancer in the United States. *Cancer Epidemiol Biomarkers Prev* 34(7): 1156-1166. PMID: https://pubmed.ncbi.nlm.nih.gov/40589281. DOI: http://dx.doi.org/10.1158/1055-9965.EPI-24-1422.

Wrobel A, Gregoraszczuk EL. 2013. Effects of single and repeated *in vitro* exposure of three forms of parabens, methyl-, butyl- and propylparabens on the proliferation and estradiol secretion in MCF-7 and MCF-10A cells. *Pharmacol Rep* 65(2): 484-493. PMID:

https://pubmed.ncbi.nlm.nih.gov/23744433. DOI: http://dx.doi.org/10.1016/s1734-1140(13)71024-7.

Wrobel AM, Gregoraszczuk EL. 2014a. Actions of methyl-, propyl- and butylparaben on estrogen receptor-alpha and -beta and the progesterone receptor in MCF-7 cancer cells and non- cancerous MCF-10A cells. *Toxicol Lett* 230(3): 375-381. PMID: https://pubmed.ncbi.nlm.nih.gov/25128701. DOI: http://dx.doi.org/10.1016/j.toxlet.2014.08.012.

Wrobel AM, Gregoraszczuk EL. 2014b. Differential effect of methyl-, butyl- and propylparaben and 17beta- estradiol on selected cell cycle and apoptosis gene and protein expression in MCF-7 breast cancer cells and MCF-10A non-malignant cells. *J Appl Toxicol* 34(9): 1041-1050. PMID: https://pubmed.ncbi.nlm.nih.gov/24481588. DOI: http://dx.doi.org/10.1002/jat.2978.

Wu AH, Franke AA, Wilkens LR*, et al.* 2021a. Risk of breast cancer and prediagnostic urinary excretion of bisphenol A, triclosan and parabens: The Multiethnic Cohort Study. *Int J Cancer* 149(7): 1426-1434. PMID: https://pubmed.ncbi.nlm.nih.gov/34013527. DOI: http://dx.doi.org/10.1002/ijc.33692.

Wu AH, Franke AA, Wilkens LR*, et al.* 2021b. Urinary phthalate exposures and risk of breast cancer: the Multiethnic Cohort study. *Breast Cancer Res* 23(1): 44. PMID: https://pubmed.ncbi.nlm.nih.gov/33823904. DOI: http://dx.doi.org/10.1186/s13058-021-01419-6.

Wu J, Jiang Y, Cao W*, et al.* 2018. miR-19 targeting of PTEN mediates butyl benzyl phthalate-induced proliferation in both ER(+) and ER(-) breast cancer cells. *Toxicol Lett* 295: 124-133. PMID: https://pubmed.ncbi.nlm.nih.gov/29864457. DOI: http://dx.doi.org/10.1016/j.toxlet.2018.05.040.

Yang O, Kim HL, Weon JI*, et al.* 2015. Endocrine-disrupting chemicals: Review of toxicological mechanisms using molecular pathway analysis. *J Cancer Prev* 20(1): 12-24. PMID: https://pubmed.ncbi.nlm.nih.gov/25853100. DOI: http://dx.doi.org/10.15430/jcp.2015.20.1.12.

Yang PJ, Hou MF, Ou-Yang F*, et al.* 2022. Association between recurrent breast cancer and phthalate exposure modified by hormone receptors and body mass index. *Sci Rep* 12(1): 2858. PMID: https://pubmed.ncbi.nlm.nih.gov/35190574. DOI: http://dx.doi.org/10.1038/s41598-022-06709-3.

Yao HY, Han Y, Gao H*, et al.* 2016. Maternal phthalate exposure during the first trimester and serum thyroid hormones in pregnant women and their newborns. *Chemosphere* 157: 42-48. PMID: https://pubmed.ncbi.nlm.nih.gov/27208644. DOI: http://dx.doi.org/10.1016/j.chemosphere.2016.05.023.

Ye X, Ji Z, Wei C*, et al.* 2013. Inhaled formaldehyde induces DNA-protein crosslinks and oxidative stress in bone marrow and other distant organs of exposed mice. *Environ Mol*

*Mutagen* 54(9): 705-718. PMID: https://pubmed.ncbi.nlm.nih.gov/24136419. DOI: http://dx.doi.org/10.1002/em.21821.

Yi H, Wu H, Zhu W*, et al.* 2023. Phthalate exposure and risk of ovarian dysfunction in endometriosis: human and animal data. *Front Cell Dev Biol* 11: 1154923. PMID: https://pubmed.ncbi.nlm.nih.gov/37560165. DOI: http://dx.doi.org/10.3389/fcell.2023.1154923.

Yilmaz B, Terekeci H, Sandal S*, et al.* 2020. Endocrine disrupting chemicals: exposure, effects on human health, mechanism of action, models for testing and strategies for prevention. *Rev Endocr Metab Disord* 21(1): 127-147. PMID: https://pubmed.ncbi.nlm.nih.gov/31792807. DOI: http://dx.doi.org/10.1007/s11154-019-09521-z.

Zhang H, Zhou H, Chen X*, et al.* 2024. Phthalate exposure as a hidden risk factor for uterine leiomyoma in adult women: Accumulated evidence from observational studies. *Ecotoxicol Environ Saf* 285: 117069. PMID: https://pubmed.ncbi.nlm.nih.gov/39299212. DOI: http://dx.doi.org/10.1016/j.ecoenv.2024.117069.

Zhang X, Barr DB, Dunlop AL*, et al.* 2022. Assessment of metabolic perturbations associated with exposure to phthalates among pregnant African American women. *Sci Total Environ* 818: 151689. PMID: https://pubmed.ncbi.nlm.nih.gov/34793805. DOI: http://dx.doi.org/10.1016/j.scitotenv.2021.151689.

Zhang Y, Gao L, Ai Q*, et al.* 2024. Screening for compounds with bioaccumulation potential in breast milk using their retention behavior in two-dimensional gas chromatography. *Environ Int* 190: 108911. PMID: https://pubmed.ncbi.nlm.nih.gov/39067189. DOI: http://dx.doi.org/10.1016/j.envint.2024.108911.

Zhang YJ, Guo JL, Xue JC*, et al.* 2021. Phthalate metabolites: Characterization, toxicities, global distribution, and exposure assessment. *Environ Pollut* 291: 118106. PMID: https://pubmed.ncbi.nlm.nih.gov/34520948. DOI: http://dx.doi.org/10.1016/j.envpol.2021.118106.

Zhou W. 2019. The determination of 1,4-dioxane in cosmetic products by gas chromatography with tandem mass spectrometry. *J Chromatogr A* 1607: 460400. PMID: https://pubmed.ncbi.nlm.nih.gov/31405575. DOI: http://dx.doi.org/10.1016/j.chroma.2019.460400.

Zhou Z, Goodrich JM, Strakovsky RS. 2020. Mitochondrial epigenetics and environmental health: Making a case for endocrine disrupting chemicals. *Toxicol Sci* 178(1): 16-25. PMID: https://pubmed.ncbi.nlm.nih.gov/32777053. DOI: http://dx.doi.org/10.1093/toxsci/kfaa129.

Zhu M, Wu J, Ma X*, et al.* 2019. Butyl benzyl phthalate promotes prostate cancer cell proliferation through miR-34a downregulation. *Toxicol In Vitro* 54: 82-88. PMID:

https://pubmed.ncbi.nlm.nih.gov/30243731. DOI: http://dx.doi.org/10.1016/j.tiv.2018.09.007.

Zoeller RT, Brown TR, Doan LL, *et al.* 2012. Endocrine-disrupting chemicals and public health protection: A statement of principles from The Endocrine Society. *Endocrinology* 153(9): 4097-4110. PMID: https://pubmed.ncbi.nlm.nih.gov/22733974. DOI: http://dx.doi.org/10.1210/en.2012-1422.

Zota AR, Shamasunder B. 2017. The environmental injustice of beauty: Framing chemical exposures from beauty products as a health disparities concern. *Am J Obstet Gynecol* 217(4): 418.e411-418.e416. PMID: https://pubmed.ncbi.nlm.nih.gov/28822238. DOI: http://dx.doi.org/10.1016/j.ajog.2017.07.020.

# Exhibit A

**STANLEY T. ATWOOD, M.S.**
**Toxicologist (Retired)**

[redacted]

## EDUCATION

| | |
|---|---|
| **2006** | Certificate Level I, Clinical Trials Research Associate, Durham Technical Community College, Durham, NC |
| **1985** | M.S., Toxicology, North Carolina State University, Raleigh, NC |
| **1982** | M.S., Wildlife Biology, North Carolina State University, Raleigh, NC |
| **1977** | B.S., Wildlife Biology, North Carolina State University, Raleigh, NC |

## EXPERIENCE

More than 35 years of experience evaluating public health risks posed by environmental and occupational exposures to toxic chemicals. Evaluated analytical data collected at hazardous waste sites, reviewed and summarized toxicological studies of 100s of chemicals, including solvents, metals, pesticides, industrial chemicals, and environmental contaminants, and evaluated metabolism and mechanisms of toxicity. From 2000 to 2022, I was a principal author for background documents and monographs prepared to support listing recommendations in the NTP, Report on Carcinogens. From 1985 to 2000, my experience included managing and preparing risk and hazard assessment documents of numerous chemicals and environmental contaminants for the U.S. EPA, Agency for Toxic Substances and Disease Registry (ATSDR), and the North Carolina Division of Waste Management, Superfund Branch.

## EMPLOYMENT

**2010-2022 Senior Scientist/Toxicologist, Information Sciences, Integrated Laboratory Systems, Research Triangle Park, NC**

Principal author and technical support for the National Toxicology Program's (NTP) Report on Carcinogens (RoC). The RoC currently includes a review of more than 250 substances or exposure circumstances (including industrial chemicals, pharmaceuticals, radioactive substances, pathogens, pesticides, consumer products, byproducts, and environmental exposures) that have been associated with cancer in humans or experimental animals. Primary responsibilities included literature searches, document preparation and review, presenting key findings and conclusions at internal review and peer review meetings, and document revisions.

**2003-2010 Scientific/Technical Manager, SRA, Inc., Durham, NC**

Principal author and technical support for the NTP Report on Carcinogens. Responsibilities included literature searches, protocol development, writing background documents for nominated substances, preparing summary profiles for substances listed in the RoC, reviewing and editing project deliverables, and reviewing project financials. Other duties included reviewing and editing work prepared by outside consultants, serving as a rapporteur during Special Emphasis Panel meetings, and coordinating activities of project staff to meet work product deadlines.

**2000-2003 Senior Scientist, Technology Planning and Management Corporation, Durham, NC**

Principal author and technical support for the Report on Carcinogens. Developed a system for documenting the literature search strategy and results; reviewed and prioritized search results; and drafted sections of the background documents pertaining to carcinogenicity in experimental animals, genetic toxicology, metabolism, and mechanisms of action. Other accomplishments included preparing summary profiles for new nominations, updating approximately 80 existing profiles, conducting quality control reviews of background documents and profiles, and coordinating document preparation and revisions with expert panel members.

**1997-2000 Research Environmental Scientist/Project Manager, Research Triangle Institute, Research Triangle Park, NC**

Prepared risk assessment and hazard assessment documents for various contracts with the US Environmental Protection Agency (US EPA) and Agency for Toxic Substances and Disease Registry (ATSDR). Developed methods for estimating human health benchmarks for chemicals with limited data; developed methods for ranking highly persistent, bioaccumulative, and toxic chemicals; evaluated toxicological studies and prepared portions of ATSDR toxicological profiles; and developed emergency medical management guidelines for chemical warfare agents and other hazardous chemicals. Developed project budgets and schedules, prepared proposals, and coordinated efforts of the project team to meet project deadlines.

**1989-1997 Staff Scientist/Senior Scientist, Geraghty & Miller, Inc., Raleigh, NC**

Project management, proposal support, risk assessment, and business development. Also organized, developed materials, and conducted various training seminars and workshops on environmental regulations and safety standards, risk assessments of hazardous waste sites, and toxicology. Principle author for more than 100 technical reports for risk assessment projects in 30 states, provided expert testimony for a hazardous waste site cleanup, and provided technical supervision and training for about 15 junior staff members.

**1985-1989 Toxicologist, North Carolina Division of Waste Management, Superfund Branch, Raleigh, NC**

I helped design environmental sampling plans, assisted with investigations of abandoned hazardous waste sites, collected environmental samples, prepared site investigation and risk assessment reports, and presented the findings to state and USEPA staff. Sites were evaluated based on USEPA guidelines to determine if they qualified for listing on the National Priorities List under the Superfund Program. Sites that did not meet the criteria for the national listing were later evaluated under the NC Superfund Program.

Under the NC Superfund Program, I assisted with rules development, provided updates of progress at legislative hearings, and developed a hazard-ranking system to prioritize hazardous waste site investigations. One of my primary responsibilities was to determine if contamination at these sites posed an imminent threat to public health and the environment. In that capacity, I provided expert testimony on occasion to support remedial action at sites contaminated with lead, mixed organic and inorganic chemicals, and pesticides; conducted and coordinated site investigations, evaluated remedial action work plans, monitored remediation of contaminated sites, and presented findings at public hearings.

## PROFESSIONAL AFFILIATIONS

**2007-2021** Society of Toxicology

**2001-2021** North Carolina Society of Toxicology

**1995-2021** Genetic and Environmental Mutagenesis Society (GEMS)

## CERTIFICATIONS

**1993-2023** General Toxicology, Diplomate American Board of Toxicology (DABT) (Recertification 1998, 2003, 2008, 2013, 2018)

## PUBLICATIONS

### RoC Documents

National Toxicology Program (NTP). 2025. NTP report on carcinogens handbook on methods for conducting cancer hazard evaluations. Research Triangle Park, NC: National Toxicology Program. DOI: Handbook on Methods for Conducting Cancer Hazard Evaluations; RoC; June 2, 2025

National Toxicology Program. 2021. Report on Carcinogens, 15th Edition. Research Triangle Park, NC: National Toxicology Program. 15th Report on Carcinogens

National Toxicology Program. 2021. NTP Cancer Hazard Assessment Report on Night Shift Work and Light at Night. Research Triangle Park (NC): National Toxicology Program. PMID: 34197056. NTP Cancer Hazard Report: Night Shift Work and Light at Night; April 2021

National Toxicology Program. 2018. Report on Carcinogens Monograph on Haloacetic Acids Found as Water Disinfection By-Products. Research Triangle Park, NC: National Toxicology Program. Draft ROC Monograph: Haloacetic Acids; June 6, 2017

National Toxicology Program. 2016. Report on Carcinogens, 14th Edition. Research Triangle Park, NC: National Toxicology Program.

National Toxicology Program. 2016. Report on Carcinogens Monograph on Epstein-Barr Virus. Research Triangle Park, NC: National Toxicology Program. RoC Monograph: Epstein-Barr Virus; August 2016

National Toxicology Program. 2016. Report on Carcinogens Monograph on Human Immunodeficiency Virus Type 1. Research Triangle Park, NC: National Toxicology Program. RoC Monograph: Human Immunodeficiency Virus Type 1; August 2016

National Toxicology Program. 2016. Report on Carcinogens Monograph on Human T-Cell Lymphotropic Virus Type 1. Research Triangle Park, NC: National Toxicology Program. *RoC Monograph: Human T-Cell Lymphotropic Virus Type 1; August 2016*

National Toxicology Program. 2016. Report on Carcinogens Monograph on Kaposi Sarcoma-Associated Herpesvirus. Research Triangle Park, NC: National Toxicology Program. RoC Monograph: Kaposi Sarcoma-Associated Herpesvirus; August 2016

National Toxicology Program. 2016. Report on Carcinogens Monograph on Merkel Cell Polyomavirus. Research Triangle Park, NC: National Toxicology Program. RoC Monograph: Merkel Cell Polyomavirus; August 2016

National Toxicology Program. 2016. Report on Carcinogens Monograph on Cobalt and Cobalt Compounds That Release Cobalt Ions In Vivo. Research Triangle Park, NC: National Toxicology Program. RoC Monograph: Cobalt and Cobalt Compounds; April 2016

National Toxicology Program. 2015. Report on Carcinogens Monograph on Trichloroethylene. Research Triangle Park, NC: National Toxicology Program. RoC Monograph: Trichloroethylene; January 2015

National Toxicology Program. 2014. *Report on Carcinogens, 13th Edition*. Research Triangle Park, NC: National Toxicology Program.

National Toxicology Program. 2014. *Report on Carcinogens Monograph on Pentachlorophenol and By-products of its Synthesis*. Research Triangle Park, NC: National Toxicology Program. RoC Monograph: Pentachlorophenol and By-products of Its Synthesis; July 2014

National Toxicology Program. 2014. *Report on Carcinogens Monograph on ortho-Toluidine.* Research Triangle Park, NC: National Toxicology Program. RoC Monograph: ortho-Toluidine; July 2014

National Toxicology Program. 2013. *Report on Carcinogens Monograph on 1-Bromopropane.* Research Triangle Park, NC: National Toxicology Program. RoC Monograph: 1-Bromopropane; September 2013

National Toxicology Program. 2013. *Report on Carcinogens Monograph on Cumene.* Research Triangle Park, NC: National Toxicology Program. RoC Monograph: Cumene; September 2013

National Toxicology Program. 2011. *Report on Carcinogens, 12th Edition*. Research Triangle Park, NC: National Toxicology Program.

National Toxicology Program. 2010. *Report on Carcinogens Background Document for Formaldehyde.* Research Triangle Park, NC: National Toxicology Program. Final RoC Background Document for Formaldehyde

National Toxicology Program. 2009. *Final Report on Carcinogens Background Document for Glass Wool Fibers Background Document: RoC: Glass Wool Fibers; 2010*. Research Triangle Park, NC: National Toxicology Program.

National Toxicology Program. 2010. *Report on Carcinogens Background Document for Styrene.* Research Triangle Park, NC: National Toxicology Program. Background Document: RoC: Styrene; 2010

National Toxicology Program. 2010. *Report on Carcinogens Background Document for Aristolochic Acids.* Research Triangle Park, NC: National Toxicology Program. Background Document: RoC: Aristolochic Acids ; 2010

National Toxicology Program. 2010. *Report on Carcinogens Background Document for Cobalt-Tungsten Carbide: Powders and Hard Metals.* Research Triangle Park, NC: National

Toxicology Program. Background Document: RoC: Cobalt–Tungsten Carbide: Powders and Hard Metals; 2010

National Toxicology Program. 2008. *Report on Carcinogens Background Document for Captafol.* Research Triangle Park, NC: National Toxicology Program. Background Document: RoC: Captafol; 2010

National Toxicology Program. 2008. *Report on Carcinogens Background Document for o-Nitrotoluene.* Research Triangle Park, NC: National Toxicology Program. Background Document: RoC: o-Nitrotoluene ; 2010

National Toxicology Program. 2008. *Report on Carcinogens Background Document for Riddelline.* Research Triangle Park, NC: National Toxicology Program. Background Document: RoC: Riddelliine; 2010

National Toxicology Program. 2004. *Report on Carcinogens, 11th Edition*. Research Triangle Park, NC: National Toxicology Program.

National Toxicology Program. 2003. *Report on Carcinogens Background Document for X Radiation & Gamma Radiation and Neutrons.* Research Triangle Park, NC: National Toxicology Program. RoC Background Document for X Radiation & Gamma Radiation and Neutrons; June 18, 2003

National Toxicology Program. 2003. *Report on Carcinogens Background Document for Lead and Lead Compounds.* Research Triangle Park, NC: National Toxicology Program. RoC Background Document for Lead and Lead Compounds - May 8, 2003

National Toxicology Program. 2003. *Report on Carcinogens Background Document for Human Papillomaviruses: Genital-Mucosal Types.* Research Triangle Park, NC: National Toxicology Program. RoC Background Document on Human Papillomaviruses: Genital-Mucosal Types; June 5, 2003

National Toxicology Program. 2003. *Report on Carcinogens Background Document for Hepatitis B Virus.* Research Triangle Park, NC: National Toxicology Program. RoC Background Document for Hepatitis B Virus; June 11, 2003

National Toxicology Program. 2003. *Report on Carcinogens Background Document for Hepatitis C Virus.* Research Triangle Park, NC: National Toxicology Program. RoC Background Document for Hepatitis C Virus; June 11, 2003

National Toxicology Program. 2003. *Report on Carcinogens Background Document for Diethanolamine.* Research Triangle Park, NC: National Toxicology Program. RoC Background Document for Diethanolamine; March 22, 2002

National Toxicology Program. 2002. *Report on Carcinogens Background Document for Naphthalene.* Research Triangle Park, NC: National Toxicology Program. RoC Background Document for Naphthalene; Sept. 19, 2002

National Toxicology Program. 2002. *Report on Carcinogens Background Document for 1-Amino-2,4-dibromoanthraquinone.* Research Triangle Park, NC: National Toxicology Program. RoC Background Document for 1-Amino-2,4-dibromoanthraquinone; Sept. 19, 2002

National Toxicology Program. 2002. *Report on Carcinogens Background Document for Diazoaminobenzene. Research Triangle Park, NC: National Toxicology Program. RoC Background Document for Diazoaminobenzene; Nov. 22, 2002*

National Toxicology Program. 2002. *Report on Carcinogens Background Document for Nitromethane.* Research Triangle Park, NC: National Toxicology Program. RoC Background Document for Nitromethane; March 25, 2002

National Toxicology Program. 2002. *Report on Carcinogens Background Document for 4,4'-Thiodianiline.* Research Triangle Park, NC: National Toxicology Program. RoC Background Document for 4,4'-Thiodianiline; March 27, 2002

National Toxicology Program. 2002. *Report on Carcinogens Background Document for Nitrobenzene.* Research Triangle Park, NC: National Toxicology Program.

National Toxicology Program. 2002. *Report on Carcinogens Background Document for Selected Heterocyclic Acids: PhIP, MeIQ, and MeIQX.* Research Triangle Park, NC: National Toxicology Program. Background Document for Selected Heterocyclic Amines: PhIP, MeIQ, and MeIQx; Sept. 19, 2002

National Toxicology Program. 2002. Report on Carcinogens, 10th Edition. Research Triangle Park, NC: National Toxicology Program.

National Toxicology Program. 2000. *Report on Carcinogens Background Document for Steroidal Estrogens.* Research Triangle Park, NC: National Toxicology Program. RoC Background Document: Steroidal Estrogens; Dec. 13-14, 2000

**Other Publications**

Atwood, S.T., Lunn, R.M., Garner, S.C., and Jahnke, G.D. 2019. New Perspectives for Cancer Hazard Evaluation by the Report on Carcinogens: A Case Study Using Read-Across Methods in the Evaluation of Haloacetic Acids Found as Water Disinfection By-Products. *Environ Health Perspect*, 127(12): 125003.

Cunningham, P.A., Goldhaber, S.B., Atwood, S.T., Corcoran, J., Sullivan, E.E., Kebedes, G.A., and Wall, C.V. 1999. Guidance for assessing chemical contaminant data for use in fish advisories. Volume 1: Fish Sampling and Analysis. Third Edition. U.S. EPA Report No.EPA-823-R-99-007.

Atwood, S.T., Goldhaber, S.B., and Kebedes, G.A. 1999. Polychlorinated biphenyls update: Impact on fish advisories. U.S. EPA Report No. EPA-823-F-99-009.

Goldhaber, S.B., Cunningham, P.A., Atwood, S.T., Chessin, R.L., Cooter, W.S., Corcoran, J., and Kebedes, G.A. 1999. Guidance for assessing chemical contaminant data for use in fish advisories. Volume 2: Risk Assessment and Fish Consumption Limits. Third Edition. U.S. EPA Report No. EPA 823-R-99-008.

Atwood, S.T., Goldhaber, S.B., and Kebedes, G.A. 1999. Polychlorinated dibenzo-p-dioxins and related compounds update: Impact on fish advisories. U.S. EPA Report No. EPA-823-F-99-010.

Atwood, S.T., and Kramer, V.H. 1997. Risk assessment and remediation at the Seymour superfund site: A case study. In: Hazardous Waste: Impacts on Human and Ecological Health. Johnson BL, Xintaras C, Andrews, JS Jr., Eds. Princeton Scientific Publishing Company, Princeton, New Jersey.

Atwood, S.T., Sheets, T.J., Sutton, T.B., and Leidy, R.B., 1987. Stability of Selected Pesticide Formulations and Combinations in Aqueous Media. *J Agric Food Chem*, 35(2):169-172.

**Posters and Presentations**

Howard BE, Arroyave W, Schmidt L, Elmore B, Bisson W, Atwood S, Sethi M, Ewens A, Lunn R, Shah Ruchir, Merrick A, Wang A. (2023, March). Use of survey sampling to develop an evidence map of carcinogenic mechanistic information for polycyclic aromatic hydrocarbons (PAHs) and key characteristics of carcinogens (KCCs). Poster presentation at the annual meeting of the Society of Toxicology. Nashville, TN.

Garner SC, Arroyave W, Kalsch R, Lunn R, Atwood S, Bisson W, Mukesh V, Wang A. (March 2022). Building a comprehensive search of epigenetic studies as part of the 10 key characteristics of carcinogens (KCCs): Experience from the Report on Carcinogens. Poster presentation at the annual meeting of the Society of Toxicology. San Diego, CA.

Sethi M, Garner S, Atwood S, Arroyave W, Lemeris C, McGill R, Lunn RM. (March 2022). Evidence map of mechanistic data to inform cancer hazard evaluations of wood smoke. Poster presentation at the annual meeting of the Society of Toxicology. San Diego, CA.

Wang A, Arroyave W, Ewens A, Schwingl P, Atwood S, Garner S, Lunn R. (August 2020). Scoping review of polycyclic aromatic hydrocarbons (PAH) human and experimental animal cancer studies. Poster presentation at the annual meeting of the International Society of Environmental Epidemiology. Ottawa, Canada.

Schwingl PJ, Lunn RM, Atwood ST, Mehta SS. (August 2020). A tiered approach to prioritizing registered pesticides for potential cancer hazard evaluation: Implications for decision-making. 2020. Poster presentation at the annual meeting of the International Society of Environmental Epidemiology. Ottawa, Canada.

Wang A, Ewens A, Arroyave W, Schwingl P, Atwood S, Garner S, Lunn R. (2020, March). Scoping review of polycyclic aromatic hydrocarbons (PAH) human and experimental animal cancer studies. Poster presentation at the annual meeting of the Society of Toxicology. Virtual meeting.

Atwood, S.T. Air dispersion modeling, risk assessment, and remediation at a superfund site. Presented at the Real World Air Conference, Colorado Springs, CO, Sept 3-6, 1996.

Atwood, S.T. Risk-based cleanup goals. Presented at the Hoechst Celanese Southeast Region Environmental Conference, Mount Holly, NC, June 7, 1995.

# Exhibit B

| **Materials Considered by Expert Stanley T. Atwood, M.S.** |
|---|
| **All materials referenced and/or discussed within general opinion report are incorporated herein by reference.** |
| |
| Ahn KC, Zhao B, Chen J, *et al.* 2008. *In vitro* biologic activities of the antimicrobials triclocarban, its analogs, and triclosan in bioassay screens: Receptor-based bioassay screens. *Environ Health Perspect* 116(9): 1203-1210. PMID: https://pubmed.ncbi.nlm.nih.gov/18795164. DOI: http://dx.doi.org/10.1289/ehp.11200. |
| Aksglaede, L., Juul, A., Leffers, H., Skakkebæk, N. E., & Andersson, A. M. (2006). The sensitivity of the child to sex steroids: possible impact of exogenous estrogens. *Human reproduction update* , *12* (4), 341-349. |
| Alfhili MA, Lee MH. 2019. Triclosan: An update on biochemical and molecular mechanisms. *Oxid Med Cell Longev* 2019: 1607304. PMID: https://pubmed.ncbi.nlm.nih.gov/31191794. DOI: http://dx.doi.org/10.1155/2019/1607304. |
| Alfhili, M. A., Weidner, D. A., & Lee, M. H. (2019). Disruption of erythrocyte membrane asymmetry by triclosan is preceded by calcium dysregulation and p38 MAPK and RIP1 stimulation. *Chemosphere* , *229* , 103-111. |
| Alnuqaydan, A. M. (2024). The dark side of beauty: an in-depth analysis of the health hazards and toxicological impact of synthetic cosmetics and personal care products. *Frontiers in public health* , *12* , 1439027. |
| Alves, J. T., Magalhães, L., de Aquino, J. V. F., Vitale, O. G., Rosalem, G. F., Marraschi, G. K., ... & Arena, A. C. (2025). Combined Maternal and Paternal Low-Dose N-Nitrosodimethylamine Exposure: Maternal Alterations and Developmental Toxicity in Rats. *Birth Defects Research* , *117* (10), e2540. |
| Amjad, S., Rahman, M. S., & Pang, M. G. (2020). Role of antioxidants in alleviating bisphenol A toxicity. *Biomolecules* , *10* (8), 1105. |
| Annamalai, J., & Namasivayam, V. (2015). Endocrine disrupting chemicals in the atmosphere: their effects on humans and wildlife. *Environment international* , *76* , 78-97. |
| Ao J, Wang Y, Tang W, *et al.* 2022. Patterns of environmental exposure to phenols in couples who plan to become pregnant. *Sci Total Environ* 821: 153520. PMID: https://pubmed.ncbi.nlm.nih.gov/35101495. DOI: http://dx.doi.org/10.1016/j.scitotenv.2022.153520. |
| Ao, J., Wang, Y., Tang, W., Aimuzi, R., Luo, K., Tian, Y., ... & Zhang, J. (2022). Patterns of environmental exposure to phenols in couples who plan to become pregnant. *Science of The Total Environment* , *821* , 153520. |
| Arfin, S., Jha, N. K., Jha, S. K., Kesari, K. K., Ruokolainen, J., Roychoudhury, S., ... & Kumar, D. (2021). Oxidative stress in cancer cell metabolism. *Antioxidants* , *10* (5), 642. |
| Arroyave WD, Mehta SS, Guha N, *et al.* 2021. Challenges and recommendations on the conduct of systematic reviews of observational epidemiologic studies in environmental and occupational health. *J Expo Sci Environ Epidemiol* 31(1): 21-30. PMID: https://pubmed.ncbi.nlm.nih.gov/32415298. DOI: http://dx.doi.org/10.1038/s41370-020-0228-0. |

| |
|---|
| Aubert, N., Ameller, T., & Legrand, J. J. (2012). Systemic exposure to parabens: pharmacokinetics, tissue distribution, excretion balance and plasma metabolites of [14C]-methyl-, propyl-and butylparaben in rats after oral, topical or subcutaneous administration. *Food and Chemical Toxicology* , *50* (3-4), 445-454. |
| Audouze, K., Juncker, A. S., Roque, F. J., Krysiak-Baltyn, K., Weinhold, N., Taboureau, O., ... & Brunak, S. (2010). Deciphering diseases and biological targets for environmental chemicals using toxicogenomics networks. *PLoS computational biology* , *6* (5), e1000788. |
| Aung, M. T., Ferguson, K. K., Cantonwine, D. E., McElrath, T. F., & Meeker, J. D. (2019). Preterm birth in relation to the bisphenol A replacement, bisphenol S, and other phenols and parabens. *Environmental research* , *169* , 131-138. |
| Azoulay, L., Bouvattier, C., & Christin-Maitre, S. (2022, February). Impact of intra-uterine life on future health. In *Annales d'Endocrinologie* (Vol. 83, No. 1, pp. 54-58). Elsevier Masson. |
| Balwierz, R., Biernat, P., Jasińska-Balwierz, A., Siodłak, D., Kusakiewicz-Dawid, A., Kurek-Górecka, A., ... & Ochędzan-Siodłak, W. (2023). Potential carcinogens in makeup cosmetics. *International Journal of Environmental Research and Public Health* , *20* (6), 4780. |
| Barouki, R. (2017). Endocrine disruptors: revisiting concepts and dogma in toxicology. *Comptes Rendus. Biologies* , *340* (9-10), 410-413. |
| Bars, R., Fegert, I., Gross, M., Lewis, D., Weltje, L., Weyers, A., ... & Galay-Burgos, M. (2012). Risk assessment of endocrine active chemicals: Identifying chemicals of regulatory concern. *Regulatory Toxicology and Pharmacology* , *64* (1), 143-154. |
| Beck, A. L., Rehfeld, A., Mortensen, L. J., Lorenzen, M., Andersson, A. M., Juul, A., ... & Jensen, M. B. (2024). Ovarian follicular fluid levels of phthalates and benzophenones in relation to fertility outcomes. *Environment International* , *183* , 108383. |
| Berger, K. P., Kogut, K. R., Bradman, A., She, J., Gavin, Q., Zahedi, R., ... & Harley, K. G. (2019). Personal care product use as a predictor of urinary concentrations of certain phthalates, parabens, and phenols in the HERMOSA study. *Journal of exposure science & environmental epidemiology* , *29* (1), 21-32. |
| Bhardwaj, P., Biswas, G. P., Mahata, N., Ghanta, S., & Bhunia, B. (2022). Exploration of binding mechanism of triclosan towards cancer markers using molecular docking and molecular dynamics. *Chemosphere* , *293* , 133550. |
| Binder, A. M., Corvalan, C., Pereira, A., Calafat, A. M., Ye, X., Shepherd, J., & Michels, K. B. (2018). Prepubertal and pubertal endocrine-disrupting chemical exposure and breast density among Chilean adolescents. *Cancer Epidemiology, Biomarkers & Prevention* , *27* (12), 1491-1499. |
| Binding, A. R. ICCVAM Evaluation of In Vitro Test Methods for Detecting Potential Endocrine Disruptors. |
| Boberg, J., Taxvig, C., Christiansen, S., & Hass, U. (2010). Possible endocrine disrupting effects of parabens and their metabolites. *Reproductive Toxicology* , *30* (2), 301-312. |
| Bouchard, P. (2017). Endocrine-disrupting chemicals, a multifaceted danger. *Comptes Rendus. Biologies* , *340* (9-10), 401-402. |

| |
|---|
| Bui, T. T., Giovanoulis, G., Cousins, A. P., Magnér, J., Cousins, I. T., & de Wit, C. A. (2016). Human exposure, hazard and risk of alternative plasticizers to phthalate esters. *Science of the total environment* , *541* , 451-467. |
| Burnett, C. L., Bergfeld, W. F., Belsito, D. V., Hill, R. A., Klaassen, C. D., Liebler, D. C., ... & Heldreth, B. (2021). Safety assessment of inorganic hydroxides as used in cosmetics. *International journal of toxicology* , *40* (2_suppl), 16S-35S. |
| Busch, C., Kariagina, A., Morozova, E., Borin, M. A., & Schwartz, R. C. (2025). Adult withdrawal of long-term Benzophenone-3 treatment induces regression of mammary ductal branching in a diet-dependent manner. *Food and Chemical Toxicology* , *197* , 115251. |
| Byford, J. R., Shaw, L. E., Drew, M. G. B., Pope, G. S., Sauer, M. J., & Darbre, P. D. (2002). Oestrogenic activity of parabens in MCF7 human breast cancer cells. *The Journal of steroid biochemistry and molecular biology* , *80* (1), 49-60. |
| Calaf, G. M., Ponce-Cusi, R., Aguayo, F., Muñoz, J. P., & Bleak, T. C. (2020). Endocrine disruptors from the environment affecting breast cancer. *Oncology letters* , *20* (1), 19-32. |
| Calaf, G. M., Urzua, U., Termini, L., & Aguayo, F. (2018). Oxidative stress in female cancers. *Oncotarget* , *9* (34), 23824. |
| Calafat AM, Ye X, Valentin-Blasini L*, et al.* 2017. Co-exposure to non-persistent organic chemicals among American pre-school aged children: A pilot study. *Int J Hyg Environ Health* 220(2 Pt A): 55-63. PMID: https://pubmed.ncbi.nlm.nih.gov/27789189. DOI: http://dx.doi.org/10.1016/j.ijheh.2016.10.008. |
| Calafat AM, Ye X, Wong LY*, et al.* 2010. Urinary concentrations of four parabens in the U.S. population: NHANES 2005-2006. *Environ Health Perspect* 118(5): 679-685. PMID: https://pubmed.ncbi.nlm.nih.gov/20056562. DOI: http://dx.doi.org/10.1289/ehp.0901560. |
| Capela, D., Homem, V., Alves, A., & Santos, L. (2016). Volatile methylsiloxanes in personal care products–using QuEChERS as a “green” analytical approach. *Talanta* , *155* , 94-100. |
| Caserta, D., Pegoraro, S., Mallozzi, M., Di Benedetto, L., Colicino, E., Lionetto, L., & Simmaco, M. (2018). Maternal exposure to endocrine disruptors and placental transmission: a pilot study. *Gynecological Endocrinology* , *34* (11), 1001-1004. |
| Chae H, Kwon BR, Lee S*, et al.* 2023. Adverse thyroid hormone and behavioral alterations induced by three frequently used synthetic musk compounds in embryo-larval zebrafish (Danio rerio). *Chemosphere* 324: 138273. PMID: https://pubmed.ncbi.nlm.nih.gov/36868414. DOI: http://dx.doi.org/10.1016/j.chemosphere.2023.138273. |
| Challis, B. C., Trew, D. F., Guthrie, W. G., & Roper, D. V. (1995). Reduction of nitrosamines in cosmetic products. *International journal of cosmetic science* , *17* (3), 119-131. |
| Chang, C. J., O’Brien, K. M., Kresovich, J. K., Nwanaji-Enwerem, J. C., Xu, Z., Gaston, S. A., ... & White, A. J. (2024). Associations between use of chemical hair products and epigenetic age: Findings from the Sister Study. *Environmental Epidemiology* , *8* (3), e311. |
| Chou, C. Y., Shu, K. H., Chen, H. C., Wang, M. C., Chang, C. C., Hsu, B. G., ... & Taiwan Urothelial Cancer Consortium. (2021). Urine phthalate metabolites are associated with urothelial cancer in chronic kidney disease patients. *Chemosphere* , *273* , 127834. |

| |
|---|
| Colnot, T., Dekant, W., & Greim, H. (2024). Grouping of esters of 4-hydroxybenzoic acid for hazard assessment. *Archives of Toxicology* , *98* (2), 571-575. |
| Congressional Research Service. 2009. CRS Report for Congress: Environmental Exposure to Endocrine Disruptors: What Are the Human Health Risks? Washington, D.C.: U.S. Congress. https://www.everycrsreport.com/files/20090429_R40177_9bb74a3cc6ac32c07892678b2027e3bbc1b3f7d7.pdf. |
| Cornell, E. M., Janetos, T. M., & Xu, S. (2019). Time for a makeover-cosmetics regulation in the United States. *Journal of Cosmetic Dermatology* , *18* (6), 2041-2047. |
| Crews, D., & McLachlan, J. A. (2006). Epigenetics, evolution, endocrine disruption, health, and disease. *Endocrinology* , *147* (6), s4-s10. |
| Czernych, R., Chraniuk, M., Zagożdżon, P., & Wolska, L. (2017). Characterization of estrogenic and androgenic activity of phthalates by the XenoScreen YES/YAS in vitro assay. *Environmental Toxicology and Pharmacology* , *53* , 95-104. |
| Da Costa, R. S. S., Koifman, R. J., Esteves, V. F., Schilling, M. P. R., Koifman, S., & Da Silva, I. F. (2020). Gene-Environment Interaction between Arg72Pro SNP and Selected Environmental Exposures among Brazilian Women Diagnosed with Benign Breast Disease. *Asian Pacific Journal of Cancer Prevention: APJCP* , *21* (12), 3477. |
| Dagher, Z., Borgie, M., Magdalou, J., Chahine, R., & Greige-Gerges, H. (2012). p-Hydroxybenzoate esters metabolism in MCF7 breast cancer cells. *Food and Chemical Toxicology* , *50* (11), 4109-4114. |
| Darbre, P. D., Byford, J. R., Shaw, L. E., Horton, R. A., Pope, G. S., & Sauer, M. J. (2002). Oestrogenic activity of isobutylparaben in vitro and in vivo. *Journal of Applied Toxicology: An International Journal* , *22* (4), 219-226. |
| Das, A. M., Gogia, A., Garg, M., Elaiyaraja, A., Arambam, P., Mathur, S., ... & Janardhanan, R. (2022). Urinary concentration of endocrine-disrupting phthalates and breast cancer risk in Indian women: a case-control study with a focus on mutations in phthalate-responsive genes. *Cancer epidemiology* , *79* , 102188. |
| Das, M. T., Singh, M. K., & Thakur, I. S. (2014). Differential toxicological endpoints of di (2-ethylhexyl) phthalate (DEHP) exposure in MCF-7 and MDA-MB-231 cell lines: Possible estrogen receptor α (ERα) independent modulations. *Indian J Exp Biol* , *52* , 1052-61. |
| Dascalu D, Isvoran A, Ianovici N. 2023. Predictions of the biological effects of several acyclic monoterpenes as chemical constituents of essential oils extracted from plants. *Molecules* 28(12). PMID: https://pubmed.ncbi.nlm.nih.gov/37375196. DOI: http://dx.doi.org/10.3390/molecules28124640. |
| Deavall, D. G., Martin, E. A., Horner, J. M., & Roberts, R. (2012). Drug-induced oxidative stress and toxicity. *Journal of toxicology* , *2012* (1), 645460. |
| Del Rio Barrera T, Zambrano Ledesma KN, Aguilar Hernandez M, *et al.* 2025. Endocrine disruptors and their impact on quality of life: A literature review. *Cureus* 17(5): e83890. PMID: https://pubmed.ncbi.nlm.nih.gov/40351481. DOI: http://dx.doi.org/10.7759/cureus.83890. |

| |
|---|
| Doherty LF, Bromer JG, Zhou Y, *et al.* 2010. *In utero* exposure to diethylstilbestrol (DES) or bisphenol-A (BPA) increases EZH2 expression in the mammary gland: an epigenetic mechanism linking endocrine disruptors to breast cancer. *Horm Cancer* 1(3): 146-155. PMID: https://pubmed.ncbi.nlm.nih.gov/21761357. DOI: http://dx.doi.org/10.1007/s12672-010-0015-9. |
| D'Souza, L. C., Mishra, S., Chakraborty, A., Shekher, A., Sharma, A., & Gupta, S. C. (2020). Oxidative stress and cancer development: are noncoding RNAs the missing links?. *Antioxidants & Redox Signaling* , *33* (17), 1209-1229. |
| Dubey D, Srivastav AK, Singh J, *et al.* 2019. Photoexcited triclosan induced DNA damage and oxidative stress via p38 MAP kinase signaling involving type I radicals under sunlight/UVB exposure. *Ecotoxicol Environ Saf* 174: 270-282. PMID: https://pubmed.ncbi.nlm.nih.gov/30844667. DOI: http://dx.doi.org/10.1016/j.ecoenv.2019.02.065. |
| Dvořáková, M., Kejlová, K., Rucki, M., & Jírová, D. (2018). Selected bisphenols and phthalates screened for estrogen and androgen disruption by in silico and in vitro methods. *Neuroendocrinol. Lett* , *39* , 409-416. |
| Etminan, M. (2023). RE: Use of straighteners and other hair products and incident uterine cancer. *JNCI: Journal of the National Cancer Institute* , *115* (2), 228-228. |
| Etzel T, Muckle G, Arbuckle TE, *et al.* 2018. Prenatal urinary triclosan concentrations and child neurobehavior. *Environ Int* 114: 152-159. PMID: https://pubmed.ncbi.nlm.nih.gov/29501853. DOI: http://dx.doi.org/10.1016/j.envint.2018.02.032. |
| Fahrer, J., & Christmann, M. (2023). DNA alkylation damage by nitrosamines and relevant DNA repair pathways. *International Journal of Molecular Sciences* , *24* (5), 4684. |
| Fassuliotis, K. (1999). The Science of Endocrine Disruption-Will It Change the Scope of Products Liability Claims. *Pace Envtl. L. Rev.* , *17* , 351. |
| Fayyaz, S., Kreiling, R., & Sauer, U. G. (2021). Application of grouping and read-across for the evaluation of parabens of different chain lengths with a particular focus on endocrine properties. *Archives of Toxicology* , *95* (3), 853-881. |
| Fernandez SV, Russo J. 2010. Estrogen and xenoestrogens in breast cancer. *Toxicol Pathol* 38(1): 110-122. PMID: https://pubmed.ncbi.nlm.nih.gov/19933552. DOI: http://dx.doi.org/10.1177/0192623309354108. |
| Fitzgerald AC, Peyton C, Dong J, *et al.* 2015. Bisphenol A and related alkylphenols exert nongenomic estrogenic actions through a G protein-coupled estrogen receptor 1 (Gper)/epidermal growth factor receptor (Egfr) pathway to inhibit meiotic maturation of zebrafish oocytes. *Biol Reprod* 93(6): 135. PMID: https://pubmed.ncbi.nlm.nih.gov/26490843. DOI: http://dx.doi.org/10.1095/biolreprod.115.132316. |
| Fiume, M. M., Heldreth, B. A., Bergfeld, W. F., Belsito, D. V., Hill, R. A., Klaassen, C. D., ... & Andersen, F. A. (2015). Safety assessment of ethanolamine and ethanolamine salts as used in cosmetics. *International journal of toxicology* , *34* (2_suppl), 84S-98S. |
| Fiume, M. M., Heldreth, B., Bergfeld, W. F., Belsito, D. V., Hill, R. A., Klaassen, C. D., ... & Andersen, F. A. (2013). Safety assessment of triethanolamine and triethanolamine-containing ingredients as used in cosmetics. *International journal of toxicology* , *32* (3_suppl), 59S-83S. |

| |
|---|
| Fiume, M. M., Heldreth, B., Bergfeld, W. F., Belsito, D. V., Hill, R. A., Klaassen, C. D., ... & Andersen, F. A. (2017). Safety assessment of diethanolamine and its salts as used in cosmetics. *International journal of toxicology* , *36* (5_suppl2), 89S-110S. |
| Fuhrman, V. F., Tal, A., & Arnon, S. (2015). Why endocrine disrupting chemicals (EDCs) challenge traditional risk assessment and how to respond. *Journal of hazardous materials* , *286* , 589-611. |
| Fujino, C., Watanabe, Y., Uramaru, N., & Kitamura, S. (2014). Transesterification of a series of 12 parabens by liver and small-intestinal microsomes of rats and humans. *Food and chemical toxicology* , *64* , 361-368. |
| Fujita, T., Kobayashi, Y., Wada, O., Tateishi, Y., Kitada, L., Yamamoto, Y., ... & Yanagisawa, J. (2003). Full activation of estrogen receptor α activation function-1 induces proliferation of breast cancer cells. *Journal of Biological Chemistry* , *278* (29), 26704-26714. |
| Gao, H., Cheng, Q. Y., Zhang, C., Wang, Z. W., & Wang, Y. (2022). Association between phthalate exposure and insulin resistance: a review. *Applied Ecology & Environmental Research* , *20* (2). |
| Gao, J., Song, T., Che, D., Li, C., Jiang, J., Pang, J., ... & Li, P. (2019). The effect of bisphenol a exposure onto endothelial and decidualized stromal cells on regulation of the invasion ability of trophoblastic spheroids in in vitro co-culture model. *Biochemical and biophysical research communications* , *516* (2), 506-514. |
| Gao, Y., Hu, X., Deng, C., Wang, M., Niu, X., Luo, N., ... & An, T. (2023). New insight into molecular mechanism of P450-Catalyzed metabolism of emerging contaminants and its consequence for human health: A case study of preservative methylparaben. *Environment International* , *174* , 107890. |
| Geczik, A. M., Falk, R. T., Xu, X., Wiafe-Addai, B., Yarney, J., Awuah, B., ... & Trabert, B. (2023). Correction to: Relation of circulating estrogens with hair relaxer and skin lightener use among postmenopausal women in Ghana. *Journal of exposure science & environmental epidemiology* , *33* (2), 311. |
| Geer, L. A., Pycke, B. F., Waxenbaum, J., Sherer, D. M., Abulafia, O., & Halden, R. U. (2017). Association of birth outcomes with fetal exposure to parabens, triclosan and triclocarban in an immigrant population in Brooklyn, New York. *Journal of hazardous materials* , *323* , 177-183. |
| Giulivo, M., de Alda, M. L., Capri, E., & Barceló, D. (2016). Human exposure to endocrine disrupting compounds: Their role in reproductive systems, metabolic syndrome and breast cancer. A review. *Environmental research* , *151* , 251-264. |
| Goldberg, M., Chang, C. J., Ogunsina, K., O'Brien, K. M., Taylor, K. W., White, A. J., & Sandler, D. P. (2024). Personal care product use during puberty and incident breast cancer among Black, Hispanic/Latina, and White women in a prospective US-wide cohort. *Environmental Health Perspectives* , *132* (2), 027001. |
| Gou, N., Yuan, S., Lan, J., Gao, C., Alshawabkeh, A. N., & Gu, A. Z. (2014). A quantitative toxicogenomics assay reveals the evolution and nature of toxicity during the transformation of environmental pollutants. *Environmental science & technology* , *48* (15), 8855-8863. |
| Green, M. P., Harvey, A. J., Finger, B. J., & Tarulli, G. A. (2021). Endocrine disrupting chemicals: Impacts on human fertility and fecundity during the peri-conception period. *Environmental research* , *194* , 110694. |

| |
|---|
| Greige-Gerges, H., Kaissi, R., Magdalou, J., & Jraij, A. (2013). Reviewing the binding of a series of parabens to human serum albumin. *Biopharmaceutics & drug disposition*, *34* (3), 186-194. |
| Guarnotta V, Amodei R, Frasca F, *et al.* 2022. Impact of chemical endocrine disruptors and hormone modulators on the endocrine system. *Int J Mol Sci* 23(10). PMID: https://pubmed.ncbi.nlm.nih.gov/35628520. DOI: http://dx.doi.org/10.3390/ijms23105710. |
| Ha M, Zhang P, Li L, *et al.* 2018. Triclosan suppresses testicular steroidogenesis via the miR-6321/JNK/ Nur77 cascade. *Cell Physiol Biochem* 50(6): 2029-2045. PMID: https://pubmed.ncbi.nlm.nih.gov/30415262. DOI: http://dx.doi.org/10.1159/000495049. |
| Hampl, R., Kubátová, J., & Stárka, L. (2016). Steroids and endocrine disruptors—History, recent state of art and open questions. *The Journal of steroid biochemistry and molecular biology*, *155*, 217-223. |
| Hareng L, Kolle SN, Gomes C, *et al.* 2024. Critical assessment of the endocrine potential of linalool and linalyl acetate: Proactive testing strategy assessing estrogenic and androgenic activity of lavender oil main components. *Arch Toxicol* 98(1): 347-361. PMID: https://pubmed.ncbi.nlm.nih.gov/37906319. DOI: http://dx.doi.org/10.1007/s00204-023-03623-z. |
| Harley KG, Kogut K, Madrigal DS, *et al.* 2016. Reducing phthalate, paraben, and phenol exposure from personal care products in adolescent girls: Findings from the HERMOSA Intervention Study. *Environ Health Perspect* 124(10): 1600-1607. PMID: https://pubmed.ncbi.nlm.nih.gov/26947464. DOI: http://dx.doi.org/10.1289/ehp.1510514. |
| Harvey, P. W., & Everett, D. J. (2004). Significance of the detection of esters of p-hydroxybenzoic acid (parabens) in human breast tumours. *Journal of Applied Toxicology: An International Journal*, *24* (1), 1-4. |
| Harvey, P. W., & Everett, D. J. (2012). Parabens detection in different zones of the human breast: consideration of source and implications of findings. *Journal of Applied Toxicology*, *32* (5), 305-309. |
| Hayes, A. N., & Gilbert, S. G. (2009). Historical milestones and discoveries that shaped the toxicology sciences. *Molecular, Clinical and Environmental Toxicology: Volume 1: Molecular Toxicology*, 1-35. |
| Hayes, J. D., Dinkova-Kostova, A. T., & Tew, K. D. (2020). Oxidative stress in cancer. *Cancer cell*, *38* (2), 167-197. |
| He TT, Li X, Ma JZ, *et al.* 2024. Triclocarban and triclosan promote breast cancer progression *in vitro* and *in vivo* via activating G protein-coupled estrogen receptor signaling pathways. *Sci Total Environ* 931: 172782. PMID: https://pubmed.ncbi.nlm.nih.gov/38679099. DOI: http://dx.doi.org/10.1016/j.scitotenv.2024.172782. |
| Hecht, S. S., Morrison, J. B., & Wenninger, J. A. (1982). N-Nitroso-N-methyldodecylamine and N-nitroso-N-methyltetradecylamine in hair-care products. *Food and Chemical Toxicology*, *20* (2), 165-169. |
| Hensel, A., Leisenheimer, S., Müller, A., Busker, E., Wolf-Heuss, E., & Engel, J. (1995). Transesterification reactions of parabens (alkyl 4-hydroxybenzoates) with polyols in aqueous solution. *Journal of pharmaceutical sciences*, *84* (1), 115-118. |
| Herrera-Cogco, E., López-Bayghen, B., Hernández-Melchor, D., López-Luna, A., Palafox-Gómez, C., Ramírez-Martínez, L., ... & López-Bayghen, E. (2020). Paraben concentrations found in human body fluids do not exert steroidogenic effects in human granulosa primary cell cultures. *Toxicology Mechanisms and Methods*, *30* (5), 336-349. |

| |
|---|
| Højsager, F. D., Kyhl, H. B., Frederiksen, H., Juul, A., Andersson, A. M., Andersen, M. S., ... & Jensen, T. K. (2021). Prenatal exposure to butyl paraben is associated with fat percentage in 7-year-old boys. *The Journal of Clinical Endocrinology & Metabolism* , *106* (7), e2633-e2638. |
| Holmes, A. K., Koller, K. R., Kieszak, S. M., Sjodin, A., Calafat, A. M., Sacco, F. D., ... & Rubin, C. H. (2014). Case–control study of breast cancer and exposure to synthetic environmental chemicals among Alaska Native women. *International journal of circumpolar health* , *73* (1), 25760. |
| Hsu, Y. L., Hsieh, C. J., Tsai, E. M., Hung, J. Y., Chang, W. A., Hou, M. F., & Kuo, P. L. (2016). Didymin reverses phthalate ester-associated breast cancer aggravation in the breast cancer tumor microenvironment. *Oncology Letters* , *11* (2), 1035-1042. |
| Hu, J. M., Arbuckle, T. E., Janssen, P., Lanphear, B. P., Zhuang, L. H., Braun, J. M., ... & McCandless, L. C. (2021). Prenatal exposure to endocrine disrupting chemical mixtures and infant birth weight: A Bayesian analysis using kernel machine regression. *Environmental research* , *195* , 110749. |
| Iwanami, Y., & INOSE, M. (1974). Transfer-RNA methylase activity in rat ascites hepatomas Altered methylation patterns in the presence of guanidine carbonate. *GANN Japanese Journal of Cancer Research* , *65* (6), 481-492. |
| Jamal, A., Rastkari, N., Dehghaniathar, R., Aghaei, M., Nodehi, R. N., Nasseri, S., ... & Yunesian, M. (2019). Prenatal exposure to parabens and anthropometric birth outcomes: A systematic review. *Environmental Research* , *173* , 419-431. |
| Jamnik, T., Flasch, M., Braun, D., Fareed, Y., Wasinger, D., Seki, D., ... & Warth, B. (2022). Next-generation biomonitoring of the early-life chemical exposome in neonatal and infant development. *Nature Communications* , *13* (1), 2653. |
| Janjua, N. R., Mortensen, G. K., Andersson, A. M., Kongshoj, B., Skakkebaek, N. E., & Wulf, H. C. (2007). Systemic uptake of diethyl phthalate, dibutyl phthalate, and butyl paraben following whole-body topical application and reproductive and thyroid hormone levels in humans. *Environmental science & technology* , *41* (15), 5564-5570. |
| Jeddi, M. Z., Janani, L., Memari, A. H., & Akhondzadeh, S. (2016). The role of phthalate esters in autism development: A systematic review. *Environmental research* , *151* , 493-504. |
| Jelic, M. D., Mandic, A. D., Maricic, S. M., & Srdjenovic, B. U. (2021). Oxidative stress and its role in cancer. *Journal of cancer research and therapeutics* , *17* (1), 22-28. |
| Jiang J, Ding X, Patra SS, *et al.* 2023. Siloxane emissions and exposures during the use of hair care products in buildings. *Environ Sci Technol* 57(48): 19999-20009. PMID: https://pubmed.ncbi.nlm.nih.gov/37971371. DOI: http://dx.doi.org/10.1021/acs.est.3c05156. |
| Jin, B., Li, Y., & Robertson, K. D. (2011). DNA methylation: superior or subordinate in the epigenetic hierarchy?. *Genes & cancer* , *2* (6), 607-617. |
| Jung, E. M., Yoo, Y. M., Lee, J. H., & Jeung, E. B. (2022). Cytotoxicity evaluation and mechanism of endocrine-disrupting chemicals by the embryoid body test. *Toxicological Research* , *38* (4), 469-478. |

| |
|---|
| Kahn, L. G., Philippat, C., Nakayama, S. F., Slama, R., & Trasande, L. (2020). Endocrine-disrupting chemicals: implications for human health. *The lancet Diabetes & endocrinology* , *8* (8), 703-718. |
| Kantor, E. D., & Romano, M. E. (2019). Phthalate exposure from prescription medications and breast cancer risk. *Journal of Clinical Oncology* , *37* (21), 1775. |
| Karthikeyan, B. S., Ravichandran, J., Mohanraj, K., Vivek-Ananth, R. P., & Samal, A. (2019). A curated knowledgebase on endocrine disrupting chemicals and their biological systems-level perturbations. *Science of the Total Environment* , *692* , 281-296. |
| Katz, L. M., Lewis, K. M., Spence, S. L., & Sadrieh, N. (2022). Regulation of cosmetics in the United States. *Dermatologic Clinics* , *40* (3), 307-318. |
| Kelishadi, R., Hovsepian, S., Amin, M. M., Mozafarian, N., Sedaghat, S., & Hashemipour, M. (2023). Association of Polycyclic Aromatic Hydrocarbons Urine Metabolites with Type 1 Diabetes. *Journal of Diabetes Research* , *2023* (1), 6692810. |
| Kim HR, Kim YS, Yoon JA*, et al.* 2014. Egr1 is rapidly and transiently induced by estrogen and bisphenol A via activation of nuclear estrogen receptor-dependent ERK1/2 pathway in the uterus. *Reprod Toxicol* 50: 60-67. PMID: https://pubmed.ncbi.nlm.nih.gov/25461906. DOI: http://dx.doi.org/10.1016/j.reprotox.2014.10.010. |
| Kim MJ, Park YJ. 2019. Bisphenols and thyroid hormone. *Endocrinol Metab (Seoul)* 34(4): 340-348. PMID: https://pubmed.ncbi.nlm.nih.gov/31884733. DOI: http://dx.doi.org/10.3803/EnM.2019.34.4.340. |
| Kim, M. K., Kim, K. B., Yoon, S., Kim, H. S., & Lee, B. M. (2020). Risk assessment of unintentional phthalates contaminants in cosmetics. *Regulatory Toxicology and Pharmacology* , *115* , 104687. |
| Kim, S., Lee, J., Park, J., Kim, H. J., Cho, G. J., Kim, G. H., ... & Choi, K. (2017). Urinary phthalate metabolites over the first 15 months of life and risk assessment–CHECK cohort study. *Science of the Total Environment* , *607* , 881-887. |
| Kinnberg, K. L., Petersen, G. I., Albrektsen, M., Minghlani, M., Awad, S. M., Holbech, B. F., ... & Holbech, H. (2015). Endocrine-disrupting effect of the ultraviolet filter benzophenone-3 in zebrafish, Danio rerio. *Environmental toxicology and chemistry* , *34* (12), 2833-2840. |
| Kiyama, R., & Wada-Kiyama, Y. (2015). Estrogenic endocrine disruptors: Molecular mechanisms of action. *Environment international* , *83* , 11-40. |
| Kleinstreuer, N. C., Dix, D. J., Houck, K. A., Kavlock, R. J., Knudsen, T. B., Martin, M. T., ... & Judson, R. S. (2013). In vitro perturbations of targets in cancer hallmark processes predict rodent chemical carcinogenesis. *toxicological sciences* , *131* (1), 40-55. |
| Klimenko, K. (2021). Examining the evidence of non-monotonic dose-response in Androgen Receptor agonism high-throughput screening assay. *Toxicology and Applied Pharmacology* , *410* , 115338. |
| Kolšek, K., Gobec, M., Raščan, I. M., & Dolenc, M. S. (2015). Screening of bisphenol A, triclosan and paraben analogues as modulators of the glucocorticoid and androgen receptor activities. *Toxicology in Vitro* , *29* (1), 8-15. |
| Konduracka E, Krzemieniecki K, Gajos G. 2014. Relationship between everyday use cosmetics and female breast cancer. *Pol Arch Med Wewn* 124(5): 264-269. PMID: https://pubmed.ncbi.nlm.nih.gov/24694726. DOI: http://dx.doi.org/10.20452/pamw.2257. |

| |
|---|
| Konduracka, E., Krzemieniecki, K., & Gajos, G. (2014). Relationship between everyday use cosmetics and female breast cancer. *Pol Arch Med Wewn* , *124* (5), 264-9. |
| Kosinska K, Szychowski KA. 2024. Current state of knowledge of triclosan (TCS)-dependent reactive oxygen species (ROS) production. *Environ Res* 250: 118532. PMID: https://pubmed.ncbi.nlm.nih.gov/38401681. DOI: http://dx.doi.org/10.1016/j.envres.2024.118532. |
| Langman, L. J., & Kapur, B. M. (2006). Toxicology: then and now. *Clinical biochemistry* , *39* (5), 498-510. |
| Lasaneya, A., Saikia, Q., Dutta, S., & Kalita, J. C. (2025). Impact of endocrine disruptors in cosmetics on reproductive function in males and females. *Journal of Environmental Science and Health, Part C* , *43* (2), 184-207. |
| LeBaron, M. J., Coady, K. K., O'Connor, J. C., Nabb, D. L., Markell, L. K., Snajdr, S., & Sue Marty, M. (2014). Key learnings from performance of the US EPA Endocrine Disruptor Screening Program (EDSP) Tier 1 in vitro assays. *Birth Defects Research Part B: Developmental and Reproductive Toxicology* , *101* (1), 23-42. |
| Lee, H. R., Jeung, E. B., Cho, M. H., Kim, T. H., Leung, P. C., & Choi, K. C. (2013). Molecular mechanism (s) of endocrine-disrupting chemicals and their potent oestrogenicity in diverse cells and tissues that express oestrogen receptors. *Journal of cellular and molecular medicine* , *17* (1), 1-11. |
| Lee, S., & Shanti, A. (2021). Effect of exogenous pH on cell growth of breast cancer cells. *International journal of molecular sciences* , *22* (18), 9910. |
| Legler, J., Zeinstra, L. M., Schuitemaker, F., Lanser, P. H., Bogerd, J., Brouwer, A., ... & Van der Burg, B. (2002). Comparison of in vivo and in vitro reporter gene assays for short-term screening of estrogenic activity. *Environmental science & technology* , *36* (20), 4410-4415. |
| Lemini, C., Jaimez, R., Ávila, M. E., Franco, Y., Larrea, F., & Lemus, A. E. (2003). In vivo and in vitro estrogen bioactivities of alkyl parabens. *Toxicology and industrial health* , *19* (2-6), 69-79. |
| Leung YK, Govindarajah V, Cheong A*, et al.* 2017. Gestational high-fat diet and bisphenol A exposure heightens mammary cancer risk. *Endocr Relat Cancer* 24(7): 365-378. PMID: https://pubmed.ncbi.nlm.nih.gov/28487351. DOI: http://dx.doi.org/10.1530/erc-17-0006. |
| Li H, Zhao Y, Chen L*, et al.* 2017. Triclocarban and triclosan inhibit human aromatase via different mechanisms. *Biomed Res Int* 2017: 8284097. PMID: https://pubmed.ncbi.nlm.nih.gov/29376079. DOI: http://dx.doi.org/10.1155/2017/8284097. |
| Li L, Wang Q, Zhang Y*, et al.* 2015. The molecular mechanism of bisphenol A (BPA) as an endocrine disruptor by interacting with nuclear receptors: insights from molecular dynamics (MD) simulations. *PLoS One* 10(3): e0120330. PMID: https://pubmed.ncbi.nlm.nih.gov/25799048. DOI: http://dx.doi.org/10.1371/journal.pone.0120330. |

| |
|---|
| Li M, Wang P. 2023. Adverse effect of environmental androgenic compounds Galaxolide and Irgacure 369 on the male reproductive system. *Reprod Toxicol* 122: 108477. PMID: https://pubmed.ncbi.nlm.nih.gov/37797914. DOI: http://dx.doi.org/10.1016/j.reprotox.2023.108477. |
| Li Y, Burns KA, Arao Y*, et al.* 2012. Differential estrogenic actions of endocrine-disrupting chemicals bisphenol A, bisphenol AF, and zearalenone through estrogen receptor alpha and beta *in vitro*. *Environ Health Perspect* 120(7): 1029-1035. PMID: https://pubmed.ncbi.nlm.nih.gov/22494775. DOI: http://dx.doi.org/10.1289/ehp.1104689. |
| Li, L., Andersen, M. E., Heber, S., & Zhang, Q. (2007). Non-monotonic dose–response relationship in steroid hormone receptor-mediated gene expression. *Journal of molecular endocrinology*, *38* (5), 569-585. |
| Li, M., Wang, R., & Wang, P. (2023). Galaxolide and Irgacure 369 are novel environmental androgens. *Chemosphere*, *324*, 138329. |
| Li, X., Ding, L., Song, L., Gao, W., Wang, L., & Wang, J. (2020). Effects of exposure to polycyclic aromatic hydrocarbons combined with high-risk human papillomavirus infection on cervical intraepithelial neoplasia: A population study in Shanxi Province, China. *International journal of cancer*, *146* (9), 2406-2412. |
| Li, Y., Luh, C. J., Burns, K. A., Arao, Y., Jiang, Z., Teng, C. T., ... & Korach, K. S. (2013). Endocrine-disrupting chemicals (EDCs): in vitro mechanism of estrogenic activation and differential effects on ER target genes. *Environmental health perspectives*, *121* (4), 459-466. |
| Li, Y., Zheng, N., Sun, S., Wang, S., Li, X., Pan, J., ... & Zhou, B. (2023). Exposure estimates of parabens from personal care products compared with biomonitoring data in human hair from Northeast China. *Ecotoxicology and Environmental Safety*, *267*, 115635. |
| Li, Z., Yin, N., Liu, Q., Wang, C., Wang, T., Wang, Y., ... & Jiang, G. (2013). Effects of polycyclic musks HHCB and AHTN on steroidogenesis in H295R cells. *Chemosphere*, *90* (3), 1227-1235. |
| Liang Y, Li L, Zhang H*, et al.* 2023. Long-term percutaneous triclosan exposure induces thyroid damage in mice: Interpretation of toxicity mechanism from metabolic and proteomic perspectives. *J Hazard Mater* 454: 131532. PMID: https://pubmed.ncbi.nlm.nih.gov/37121033. DOI: http://dx.doi.org/10.1016/j.jhazmat.2023.131532. |
| Liang, Y., Gong, Y., Jiang, Q., Yu, Y., & Zhang, J. (2023). Environmental endocrine disruptors and pregnane X receptor action: A review. *Food and Chemical Toxicology*, *179*, 113976. |
| Liu, H., Sun, Y., Ran, L., Li, J., Shi, Y., Mu, C., & Hao, C. (2023). Endocrine-disrupting chemicals and breast cancer: a meta-analysis. *Frontiers in Oncology*, *13*, 1282651. |
| Llanos, A. A., Ashrafi, A., Olisa, T., Rockson, A., Schaefer, A., McDonald, J. A., ... & Matu, E. (2024). Hair dye and relaxer use among cisgender women in Embu and Nakuru counties, Kenya: associations with perceived risk of breast Cancer and other health effects. *International journal of environmental research and public health*, *21* (7), 846. |

| |
|---|
| Lobemeier, C., Tschoetschel, C., Westie, S., & Heymann, E. (1996). Hydrolysis of parabenes by extracts from differing layers of human skin. *Biological chemistry* , *377* (10), 647-651. |
| López-Carrillo, L., Hernández-Ramírez, R. U., Calafat, A. M., Torres-Sánchez, L., Galván-Portillo, M., Needham, L. L., ... & Cebrián, M. E. (2010). Exposure to phthalates and breast cancer risk in northern Mexico. *Environmental health perspectives* , *118* (4), 539-544. |
| Lores, M., Llompart, M., Alvarez-Rivera, G., Guerra, E., Vila, M., Celeiro, M., ... & Garcia-Jares, C. (2016). Positive lists of cosmetic ingredients: Analytical methodology for regulatory and safety controls–A review. *Analytica chimica acta* , *915* , 1-26. |
| Ma, J., Wang, Z., Qin, C., Wang, T., Hu, X., & Ling, W. (2023). Safety of benzophenone-type UV filters: A mini review focusing on carcinogenicity, reproductive and developmental toxicity. *Chemosphere* , *326* , 138455. |
| Macedo, S., Teixeira, E., Gaspar, T. B., Boaventura, P., Soares, M. A., Miranda-Alves, L., & Soares, P. (2023). Endocrine-disrupting chemicals and endocrine neoplasia: A forty-year systematic review. *Environmental Research* , *218* , 114869. |
| Majhi, P. D., Sharma, A., Roberts, A. L., Daniele, E., Majewski, A. R., Chuong, L. M., ... & Jerry, D. J. (2020). Effects of benzophenone-3 and propylparaben on estrogen receptor–dependent R-loops and DNA damage in breast epithelial cells and mice. *Environmental health perspectives* , *128* (1), 017002. |
| Martín, J. M. P., Peropadre, A., Herrero, Ó., Freire, P. F., Labrador, V., & Hazen, M. J. (2010). Oxidative DNA damage contributes to the toxic activity of propylparaben in mammalian cells. *Mutation Research/Genetic Toxicology and Environmental Mutagenesis* , *702* (1), 86-91. |
| Martínez-Nava, G. A., Burguete-García, A. I., López-Carrillo, L., Hernández-Ramírez, R. U., Madrid-Marina, V., & Cebrián, M. E. (2013). PPAR γ and PPARGC1B polymorphisms modify the association between phthalate metabolites and breast cancer risk. *Biomarkers* , *18* (6), 493-501. |
| Matsushima, A., Teramoto, T., & Kakuta, Y. (2022). Crystal structure of endocrine-disrupting chemical bisphenol A and estrogen-related receptor γ. *Journal of biochemistry* , *171* (1), 23-25. |
| McAloose, D., & Newton, A. L. (2009). Wildlife cancer: a conservation perspective. *Nature reviews cancer* , *9* (7), 517-526. |
| McCabe C, Anderson OS, Montrose L*, et al.* 2017. Sexually dimorphic effects of early-life exposures to endocrine disruptors: Sex-specific epigenetic reprogramming as a potential mechanism. *Curr Environ Health Rep* 4(4): 426-438. PMID: https://pubmed.ncbi.nlm.nih.gov/28980159. DOI: http://dx.doi.org/10.1007/s40572-017-0170-z. |
| Meeker, J. D., & Ferguson, K. K. (2011). Relationship between urinary phthalate and bisphenol A concentrations and serum thyroid measures in US adults and adolescents from the National Health and Nutrition Examination Survey (NHANES) 2007–2008. *Environmental health perspectives* , *119* (10), 1396-1402. |
| Mérida-Ortega, Á., Hernández-Alcaraz, C., Hernández-Ramírez, R. U., García-Martínez, A., Trejo-Valdivia, B., Salinas-Rodríguez, A., ... & López-Carrillo, L. (2016). Phthalate exposure, flavonoid consumption and breast cancer risk among Mexican women. *Environment international* , *96* , 167-172. |

| |
|---|
| Mi C, Teng Y, Wang X, *et al.* 2018. Molecular interaction of triclosan with superoxide dismutase (SOD) reveals a potentially toxic mechanism of the antimicrobial agent. *Ecotoxicol Environ Saf* 153: 78-83. PMID: https://pubmed.ncbi.nlm.nih.gov/29407741. DOI: http://dx.doi.org/10.1016/j.ecoenv.2018.01.055. |
| Miller, M. F., Goodson III, W. H., Manjili, M. H., Kleinstreuer, N., Bisson, W. H., & Lowe, L. (2017). Low-dose mixture hypothesis of carcinogenesis workshop: scientific underpinnings and research recommendations. *Environmental health perspectives* , *125* (2), 163-169. |
| Miranda-Vilela, A. L., Botelho, A. J., & Muehlmann, L. A. (2014). An overview of chemical straightening of human hair: technical aspects, potential risks to hair fibre and health and legal issues. *International journal of cosmetic science* , *36* (1), 2-11. |
| Miranowicz-Dzierżawska, K., Zapór, L., Skowroń, J., Chojnacka-Puchta, L., & Sawicka, D. (2023). The effects of co-exposure to methyl paraben and dibutyl phthalate on cell line derived from human skin. *Toxicological Research* , *39* (1), 71-89. |
| Miret, N. V., Pontillo, C. A., Bujan, S., Chiappini, F. A., & Randi, A. S. (2023). Mechanisms of breast cancer progression induced by environment-polluting aryl hydrocarbon receptor agonists. *Biochemical Pharmacology* , *216* , 115773. |
| Modica, R., Benevento, E., & Colao, A. (2023). Endocrine-disrupting chemicals (EDCs) and cancer: new perspectives on an old relationship. *Journal of Endocrinological Investigation* , *46* (4), 667-677. |
| Moher D, Tetzlaff J, Tricco AC, *et al.* 2007. Epidemiology and reporting characteristics of systematic reviews. *PLoS Med* 4(3): e78. PMID: https://pubmed.ncbi.nlm.nih.gov/17388659. DOI: http://dx.doi.org/10.1371/journal.pmed.0040078. |
| Montjean, D., Neyroud, A. S., Yefimova, M. G., Benkhalifa, M., Cabry, R., & Ravel, C. (2022). Impact of endocrine disruptors upon non-genetic inheritance. *International Journal of Molecular Sciences* , *23* (6), 3350. |
| Morgan, M., Deoraj, A., Felty, Q., & Roy, D. (2017). Environmental estrogen-like endocrine disrupting chemicals and breast cancer. *Molecular and cellular endocrinology* , *457* , 89-102. |
| Morozova, E., Kariagina, A., Busch, C., & Schwartz, R. C. (2024). Benzophenone-3 alters expression of genes encoding vascularization and epithelial-mesenchymal transition functions during Trp53-null mammary tumorigenesis. *Food and Chemical Toxicology* , *186* , 114540. |
| Mrvos, R., & Krenzelok, E. P. (1997). Hair relaxers: lack of morbidity despite high pH. *The American journal of emergency medicine* , *15* (2), 216-216. |
| Mujtaba, S. F., Masih, A. P., Alqasmi, I., Alsulimani, A., Khan, F. H., & Haque, S. (2021). Oxidative-stress-induced cellular toxicity and glycoxidation of biomolecules by cosmetic products under sunlight exposure. *Antioxidants* , *10* (7), 1008. |
| Mulla, H., Yakkundi, S., McElnay, J., Lutsar, I., Metsvaht, T., Varendi, H., ... & Turner, M. (2015). An observational study of blood concentrations and kinetics of methyl-and propyl-parabens in neonates. *Pharmaceutical research* , *32* (3), 1084. |
| Naciff, J. M., & Daston, G. P. (2004). Toxicogenomic approach to endocrine disrupters: identification of a transcript profile characteristic of chemicals with estrogenic activity. *Toxicologic pathology* , *32* (2_suppl), 59-70. |

| |
|---|
| Nadal A, Fuentes E, Ripoll C, *et al.* 2018. Extranuclear-initiated estrogenic actions of endocrine disrupting chemicals: Is there toxicology beyond paracelsus? *J Steroid Biochem Mol Biol* 176: 16-22. PMID: https://pubmed.ncbi.nlm.nih.gov/28159674. DOI: http://dx.doi.org/10.1016/j.jsbmb.2017.01.014. |
| Nakiwala, D., Noyes, P. D., Faure, P., Chovelon, B., Corne, C., Gauchez, A. S., ... & Philippat, C. (2022). Phenol and phthalate effects on thyroid hormone levels during pregnancy: relying on in vitro assays and adverse outcome pathways to inform an epidemiological analysis. *Environmental health perspectives* , *130* (11), 117004. |
| National Research Council, Commission on Life Sciences, Board on Environmental Studies, & Committee on Hormonally Active Agents in the Environment. (2000). Hormonally active agents in the environment. |
| Nazzari, M., Romitti, M., Hauser, D., Carvalho, D. J., Giselbrecht, S., Moroni, L., ... & Caiment, F. (2023). Investigation of the effects of phthalates on in vitro thyroid models with RNA-Seq and ATAC-Seq. *Frontiers in endocrinology* , *14* , 1200211. |
| Nguyen, H. P., Bergfeld, W. F., Forman, H. P., Belsito, D. V., & Bolognia, J. L. (2018). Modernizing regulation of cosmetic products: reintroduction of the Personal Care Products Safety Act. *Journal of the American Academy of Dermatology* , *79* (2), 403-405. |
| Noda, N., & Wakasugi, H. (2001). Cancer and oxidative stress. *Japan Medical Association Journal* , *44* (12), 535-539. |
| Nohynek, G. J., Borgert, C. J., Dietrich, D., & Rozman, K. K. (2013). Endocrine disruption: fact or urban legend?. *Toxicology letters* , *223* (3), 295-305. |
| Noorimotlagh, Z., Mirzaee, S. A., Martinez, S. S., Rachoń, D., Hoseinzadeh, M., & Jaafarzadeh, N. (2020). Environmental exposure to nonylphenol and cancer progression Risk–A systematic review. *Environmental Research* , *184* , 109263. |
| NTP. 1982. *Carcinogenesis Bioassay of Bisphenol A (Cas No. 80-05-7) in F344 Rats and B6C3F $_1$ Mice (Feed Study).* Technical Report Series No. 215. NTP-80-35, NIH Publication No. 82-1771. Research Triangle Park, NC: National Toxicology Program. 131 pp. |
| NTP. 2024. Toxicology and Carcinogenesis Study of Triclosan (CASRN 3380-34-5) Administered Dermally to B6C3F1/N Mice. Technical Report 604. Research Triangle Park, NC: National Toxicology Program. 75 pp. https://ntp.niehs.nih.gov/publications/reports/tr/tr604. |
| O'Brien, K. M., Wentzensen, N., Ogunsina, K., Weinberg, C. R., D'Aloisio, A. A., Edwards, J. K., & Sandler, D. P. (2024). Intimate care products and incidence of hormone-related cancers: A quantitative bias analysis. *Journal of Clinical Oncology* , *42* (22), 2645-2659. |
| Ovarian Cancer Causes, Risk Factors, and Prevention, American Cancer Society (n.d.), https://www.cancer.org/cancer/types/ovarian-cancer/causes-risks-prevention.html |
| Page MJ, Shamseer L, Altman DG, *et al.* 2016. Epidemiology and reporting characteristics of systematic reviews of biomedical research: A cross-sectional study. *PLoS Med* 13(5): e1002028. PMID: https://pubmed.ncbi.nlm.nih.gov/27218655. DOI: http://dx.doi.org/10.1371/journal.pmed.1002028. |
| Pappas, A. A., Massoll, N. A., & Cannon, D. J. (1999). Toxicology: past, present, and future. *Annals of Clinical & Laboratory Science* , *29* (4), 253-262. |

| |
|---|
| Park, J., Lee, H., & Park, K. (2021). Gastrointestinal tract and skin permeability of chemicals in consumer products using parallel artificial membrane permeability assay (PAMPA). *Environmental Analysis, Health and Toxicology*, *36* (3), e2021021. |
| Parmar, K., & D'Andrea, A. D. (2017). Aldehydes pose a threat to BRCA2 mutation carriers. *Cell*, *169* (6), 979-981. |
| Parolini M, Magni S, Traversi I, *et al.* 2015. Environmentally relevant concentrations of galaxolide (HHCB) and tonalide (AHTN) induced oxidative and genetic damage in *Dreissena polymorpha*. *J Hazard Mater* 285: 1-10. PMID: https://pubmed.ncbi.nlm.nih.gov/25462865. DOI: http://dx.doi.org/10.1016/j.jhazmat.2014.11.037. |
| Patel, S. (2017). Fragrance compounds: The wolves in sheep's clothings. *Medical Hypotheses*, *102*, 106-111. |
| Patti MA, Eliot M, Li N, *et al.* 2022. Does early life phthalate exposure mediate racial disparities in children's cognitive abilities? *Environ Epidemiol* 6(2): e205. PMID: https://pubmed.ncbi.nlm.nih.gov/35434463. DOI: http://dx.doi.org/10.1097/ee9.0000000000000205. |
| Patti MA, Henderson NB, Gajjar P, *et al.* 2021. Gestational triclosan exposure and infant birth weight: A systematic review and meta-analysis. *Environ Int* 157: 106854. PMID: https://pubmed.ncbi.nlm.nih.gov/34560323. DOI: http://dx.doi.org/10.1016/j.envint.2021.106854. |
| Paula, J. N. H. D., Basílio, F. M. A., & Mulinari-Brenner, F. A. (2022). Effects of chemical straighteners on the hair shaft and scalp. *Anais Brasileiros de Dermatologia*, *97* (02), 193-203. |
| Pauluhn, J. (2021). Inhalation toxicity of cyclic semi-volatile methylsiloxanes: disentangling the conundrum of phase-specific adaptations from adverse outcomes. *Regulatory Toxicology and Pharmacology*, *122*, 104923. |
| Payne CE, Rockson A, Ashrafi A, *et al.* 2023. Beauty beware: Associations between perceptions of harm and safer hair- product-purchasing behaviors in a cross-sectional study of adults affiliated with a university in the northeast. *Int J Environ Res Public Health* 20(23). PMID: https://pubmed.ncbi.nlm.nih.gov/38063560. DOI: http://dx.doi.org/10.3390/ijerph20237129. |
| Peinado, F. M., Olivas-Martínez, A., Lendínez, I., Iribarne-Durán, L. M., León, J., Fernández, M. F., ... & Artacho-Cordón, F. (2023). Expression profiles of genes related to development and progression of endometriosis and their association with paraben and benzophenone exposure. *International Journal of Molecular Sciences*, *24* (23), 16678. |
| Pérez, P. A., Toledo, J., del Valle Sosa, L., Peinetti, N., Torres, A. I., De Paul, A. L., & Gutiérrez, S. (2020). The phthalate DEHP modulates the estrogen receptors α and β increasing lactotroph cell population in female pituitary glands. *Chemosphere*, *258*, 127304. |
| Pérez-Albaladejo, E., Fernandes, D., Lacorte, S., & Porte, C. (2017). Comparative toxicity, oxidative stress and endocrine disruption potential of plasticizers in JEG-3 human placental cells. *Toxicology in Vitro*, *38*, 41-48. |
| Picard, K., Lhuguenot, J. C., Lavier-Canivenc, M. C., & Chagnon, M. C. (2001). Estrogenic activity and metabolism of n-butyl benzyl phthalate in vitro: identification of the active molecule (s). *Toxicology and applied pharmacology*, *172* (2), 108-118. |

| |
|---|
| Plošnik, A., Vračko, M., & Mavri, J. (2015). Computational study of binding affinity to nuclear receptors for some cosmetic ingredients. *Chemosphere* , *135* , 325-334. |
| Pollock, T., Weaver, R. E., Ghasemi, R., & deCatanzaro, D. (2017). Butyl paraben and propyl paraben modulate bisphenol A and estradiol concentrations in female and male mice. *Toxicology and applied pharmacology* , *325* , 18-24. |
| Preece, A. S., Knutz, M., Lindh, C. H., Bornehag, C. G., & Shu, H. (2022). Prenatal phthalate exposure and early childhood wheeze in the SELMA study. *Journal of Exposure Science & Environmental Epidemiology* , *32* (2), 303-311. |
| Prichystalova, R., Caron-Beaudoin, E., Richardson, L., Dirkx, E., Amadou, A., Zavodna, T., ... & Ho, V. (2021). An approach to classifying occupational exposures to endocrine disrupting chemicals by sex hormone function using an expert judgment process. *Journal of Exposure Science & Environmental Epidemiology* , *31* (4), 753-768. |
| Priyadarshini, E., Parambil, A. M., Rajamani, P., Ponnusamy, V. K., & Chen, Y. H. (2023). Exposure, toxicological mechanism of endocrine disrupting compounds and future direction of identification using nano-architectonics. *Environmental Research* , *225* , 115577. |
| Pulcastro, H., & Ziv-Gal, A. (2024). Parabens effects on female reproductive health–Review of evidence from epidemiological and rodent-based studies. *Reproductive Toxicology* , *128* , 108636. |
| PUP, L. D., Mantovani, A., Luce, A., Cavaliere, C., Facchini, G., Di Francia, R., ... & Berretta, M. (2015). Endocrine disruptors and female cancer: Informing the patients. *Oncology reports* , *34* (1), 3-11. |
| Rajapakse, N., Ong, D., & Kortenkamp, A. (2001). Defining the impact of weakly estrogenic chemicals on the action of steroidal estrogens. *Toxicological Sciences* , *60* (2), 296-304. |
| Reuter, S., Gupta, S. C., Chaturvedi, M. M., & Aggarwal, B. B. (2010). Oxidative stress, inflammation, and cancer: how are they linked?. *Free radical biology and medicine* , *49* (11), 1603-1616. |
| Robert, T., Tang, E., Kervadec, J., Zaworski, J., Daudon, M., & Letavernier, E. (2024). Kidney injury and hair-straightening products containing glyoxylic acid. *New England Journal of Medicine* , *390* (12), 1147-1149. |
| Rock, K. D., & Patisaul, H. B. (2018). Environmental mechanisms of neurodevelopmental toxicity. *Current environmental health reports* , *5* (1), 145-157. |
| Rodriguez, A. C., Blanchard, Z., Maurer, K. A., & Gertz, J. (2019). Estrogen signaling in endometrial cancer: a key oncogenic pathway with several open questions. *Hormones and Cancer* , *10* (2), 51-63. |
| Rohani, N., Hao, L., Alexis, M. S., Joughin, B. A., Krismer, K., Moufarrej, M. N., ... & Gertler, F. B. (2019). Acidification of tumor at stromal boundaries drives transcriptome alterations associated with aggressive phenotypes. *Cancer research* , *79* (8), 1952-1966. |
| Romero-Franco, M., Hernández-Ramírez, R. U., Calafat, A. M., Cebrián, M. E., Needham, L. L., Teitelbaum, S., ... & López-Carrillo, L. (2011). Personal care product use and urinary levels of phthalate metabolites in Mexican women. *Environment international* , *37* (5), 867-871. |
| Roncati, L., Piscioli, F., & Pusiol, T. (2016). The endocrine disruptors among the environmental risk factors for stillbirth. *Science of the total environment* , *563* , 1086-1087. |

| |
|---|
| Rybczynska-Tkaczyk K, Skora B, Szychowski KA. 2023. Toxicity of bisphenol A (BPA) and its derivatives in divers biological models with the assessment of molecular mechanisms of toxicity. *Environ Sci Pollut Res Int* 30(30): 75126-75140. PMID: https://pubmed.ncbi.nlm.nih.gov/37213006. DOI: http://dx.doi.org/10.1007/s11356-023-27747-y. |
| Santangeli S, Maradonna F, Olivotto I, *et al.* 2017. Effects of BPA on female reproductive function: The involvement of epigenetic mechanism. *Gen Comp Endocrinol* 245: 122-126. PMID: https://pubmed.ncbi.nlm.nih.gov/27591071. DOI: http://dx.doi.org/10.1016/j.ygcen.2016.08.010. |
| Sarink, D., Franke, A. A., White, K. K., Wu, A. H., Cheng, I., Quon, B., ... & Merritt, M. A. (2021). BPA, parabens, and phthalates in relation to endometrial cancer risk: a case–control study nested in the multiethnic cohort. *Environmental Health Perspectives* , *129* (5), 057702. |
| Sasseville, D., Alfalah, M., & Lacroix, J. P. (2015). Parabenoia" debunked, or "who's afraid of parabens?. *Dermatitis* , *26* (6), 254-259. |
| Schiller, V., Wichmann, A., Kriehuber, R., Schaefers, C., Fischer, R., & Fenske, M. (2013). Transcriptome alterations in zebrafish embryos after exposure to environmental estrogens and anti-androgens can reveal endocrine disruption. *Reproductive Toxicology* , *42* , 210-223. |
| Schreurs RH, Quaedackers ME, Seinen W, *et al.* 2002. Transcriptional activation of estrogen receptor ERalpha and ERbeta by polycyclic musks is cell type dependent. *Toxicol Appl Pharmacol* 183(1): 1-9. PMID: https://pubmed.ncbi.nlm.nih.gov/12217637. DOI: http://dx.doi.org/10.1006/taap.2002.9458. |
| Seachrist DD, Bonk KW, Ho SM, *et al.* 2016. A review of the carcinogenic potential of bisphenol A. *Reprod Toxicol* 59: 167-182. PMID: https://pubmed.ncbi.nlm.nih.gov/26493093. DOI: http://dx.doi.org/10.1016/j.reprotox.2015.09.006. |
| Sears, C. G., & Braun, J. M. (2020). Phthalate exposure, adolescent health, and the need for primary prevention. *Endocrinology and Metabolism Clinics* , *49* (4), 759-770. |
| Shane, H. L., Othumpangat, S., Marshall, N. B., Blachere, F., Lukomska, E., Weatherly, L. M., ... & Anderson, S. E. (2020). Topical exposure to triclosan inhibits Th1 immune responses and reduces T cells responding to influenza infection in mice. *Plos one* , *15* (12), e0244436. |
| Sheikh IA, Beg MA. 2017. Endocrine disruption: *In silico* interactions between phthalate plasticizers and corticosteroid binding globulin. *J Appl Toxicol* 37(12): 1471-1480. PMID: https://pubmed.ncbi.nlm.nih.gov/28677244. DOI: http://dx.doi.org/10.1002/jat.3497. |
| Sheikh, I. A., Tayubi, I. A., Ahmad, E., Ganaie, M. A., Bajouh, O. S., AlBasri, S. F., ... & Beg, M. A. (2017). Computational insights into the molecular interactions of environmental xenoestrogens 4-tert-octylphenol, 4-nonylphenol, bisphenol A (BPA), and BPA metabolite, 4-methyl-2, 4-bis (4-hydroxyphenyl) pent-1-ene (MBP) with human sex hormone-binding globulin. *Ecotoxicology and Environmental Safety* , *135* , 284-291. |

| |
|---|
| Sheng Z, Wang C, Ren F*, et al.* 2019. Molecular mechanism of endocrine-disruptive effects induced by Bisphenol A: The role of transmembrane G-protein estrogen receptor 1 and integrin alphavbeta3. *J Environ Sci (China)* 75: 1-13. PMID: https://pubmed.ncbi.nlm.nih.gov/30473274. DOI: http://dx.doi.org/10.1016/j.jes.2018.05.002. |
| Shetty, V. H., Shetty, N. J., & Nair, D. G. (2013). Chemical hair relaxers have adverse effects a myth or reality. *International journal of trichology* , *5* (1), 26-28. |
| Shi M, He J, Xu M*, et al.* 2023. Interactions between polycyclic musks and human lactoferrin: Multi- spectroscopic methods and docking simulation. *J Mol Recognit* 36(4): e3005. PMID: https://pubmed.ncbi.nlm.nih.gov/36573888. DOI: http://dx.doi.org/10.1002/jmr.3005. |
| Shi XY, Wang Z, Liu L*, et al.* 2017. Low concentrations of bisphenol A promote human ovarian cancer cell proliferation and glycolysis-based metabolism through the estrogen receptor-alpha pathway. *Chemosphere* 185: 361-367. PMID: https://pubmed.ncbi.nlm.nih.gov/28709040. DOI: http://dx.doi.org/10.1016/j.chemosphere.2017.07.027. |
| Sifakis, S., Androutsopoulos, V. P., Tsatsakis, A. M., & Spandidos, D. A. (2017). Human exposure to endocrine disrupting chemicals: effects on the male and female reproductive systems. *Environmental toxicology and pharmacology* , *51* , 56-70. |
| Silva MJ, Barr DB, Reidy JA*, et al.* 2004. Urinary levels of seven phthalate metabolites in the U.S. population from the National Health and Nutrition Examination Survey (NHANES) 1999-2000. *Environ Health Perspect* 112(3): 331-338. PMID: https://pubmed.ncbi.nlm.nih.gov/14998749. DOI: http://dx.doi.org/10.1289/ehp.6723. |
| Skov, T., & Lynge, E. (1994). Cancer risk and exposures to carcinogens in hairdressers. *Skin Pharmacology and Physiology* , *7* (1-2), 94-100. |
| Smith, M. T., Guyton, K. Z., Gibbons, C. F., Fritz, J. M., Portier, C. J., Rusyn, I., ... & Straif, K. (2016). Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. *Environmental health perspectives* , *124* (6), 713-721. |
| Soave, I., Occhiali, T., Assorgi, C., Marci, R., & Caserta, D. (2020). Environmental toxin exposure in polycystic ovary syndrome women and possible ovarian neoplastic repercussion. *Current Medical Research and Opinion* , *36* (4), 693-703. |
| Soni, M. G., Burdock, G. A., Taylor, S. L., & Greenberg, N. A. (2001). Safety assessment of propyl paraben: a review of the published literature. *Food and Chemical Toxicology* , *39* (6), 513-532. |
| Soni, M. G., Carabin, I. G., & Burdock, G. (2005). Safety assessment of esters of p-hydroxybenzoic acid (parabens). *Food and chemical toxicology* , *43* (7), 985-1015. |
| Sousa, S., Pestana, D., Faria, G., Vasconcelos, F., Delerue-Matos, C., Calhau, C., & Domingues, V. F. (2020). Method development for the determination of synthetic musks and organophosphorus pesticides in human adipose tissue. *Journal of Pharmaceutical and Biomedical Analysis* , *191* , 113598. |

| |
|---|
| Spagnoletti A, Paulesu L, Mannelli C*, et al.* 2015. Low concentrations of Bisphenol A and para-Nonylphenol affect extravillous pathway of human trophoblast cells. *Mol Cell Endocrinol* 412: 56-64. PMID: https://pubmed.ncbi.nlm.nih.gov/26027920. DOI: http://dx.doi.org/10.1016/j.mce.2015.05.023. |
| Spiegelhalder, B., & Preussmann, R. (1984). Contamination of toiletries and cosmetic products with volatile and nonvolatile N-nitroso carcinogens. *Journal of cancer research and clinical oncology* , *108* (1), 160-163. |
| Sprague, B. L., Trentham-Dietz, A., Hedman, C. J., Wang, J., Hemming, J. D., Hampton, J. M., ... & Burnside, E. S. (2013). Circulating serum xenoestrogens and mammographic breast density. *Breast Cancer Research* , *15* (3), R45. |
| Stoiber, T. (2019). What are parabens, and why don't they belong in cosmetics?. *What Are Parabens, and Why Don't They Belong in Cosmetics* . |
| Sun, X., Yang, C., Zhang, W., Zheng, J., Ou, J., & Ou, S. (2025). Toxicity of formaldehyde, and its role in the formation of harmful and aromatic compounds during food processing. *Food Chemistry: X* , 102225. |
| Swanton C, Bernard E, Abbosh C*, et al.* 2024. Embracing cancer complexity: Hallmarks of systemic disease. *Cell* 187(7): 1589-1616. PMID: https://pubmed.ncbi.nlm.nih.gov/38552609. DOI: http://dx.doi.org/10.1016/j.cell.2024.02.009. |
| Swietach, P., Vaughan-Jones, R. D., Harris, A. L., & Hulikova, A. (2014). The chemistry, physiology and pathology of pH in cancer. *Philosophical transactions of the royal society B: biological sciences* , *369* (1638), 20130099. |
| Szychowski KA, Skora B, Bar M*, et al.* 2022. Triclosan (TCS) affects the level of DNA methylation in the human oral squamous cell carcinoma (SCC-15) cell line in a nontoxic concentration. *Biomed Pharmacother* 149: 112815. PMID: https://pubmed.ncbi.nlm.nih.gov/35286965. DOI: http://dx.doi.org/10.1016/j.biopha.2022.112815. |
| Tan, S. L. W., Chadha, S., Liu, Y., Gabasova, E., Perera, D., Ahmed, K., ... & Venkitaraman, A. R. (2017). A class of environmental and endogenous toxins induces BRCA2 haploinsufficiency and genome instability. *Cell* , *169* (6), 1105-1118. |
| Teplova VV, Belosludtsev KN, Kruglov AG. 2017. Mechanism of triclosan toxicity: Mitochondrial dysfunction including complex II inhibition, superoxide release and uncoupling of oxidative phosphorylation. *Toxicol Lett* 275: 108-117. PMID: https://pubmed.ncbi.nlm.nih.gov/28478158. DOI: http://dx.doi.org/10.1016/j.toxlet.2017.05.004. |
| Terasaka, S., Inoue, A., Tanji, M., & Kiyama, R. (2006). Expression profiling of estrogen-responsive genes in breast cancer cells treated with alkylphenols, chlorinated phenols, parabens, or bis-and benzoylphenols for evaluation of estrogenic activity. *Toxicology letters* , *163* (2), 130-141. |
| Thompson, M. J., Fell, A. F., Clark, B. J., & Robinson, M. L. (1993). LC studies on the potential interaction of paraben preservatives with sorbitol and glycerol. *Journal of pharmaceutical and biomedical analysis* , *11* (3), 233-240. |
| Thouennon, E., Delfosse, V., Bailly, R., Blanc, P., Boulahtouf, A., Grimaldi, M., ... & Balaguer, P. (2019). Insights into the activation mechanism of human estrogen-related receptor γ by environmental endocrine disruptors. *Cellular and molecular life sciences* , *76* (23), 4769-4781. |

| |
|---|
| Tiwary, C. M. (1998). Premature sexual development in children following the use of estrogen-or placenta-containing hair products. *Clinical Pediatrics* , *37* (12), 733-739. |
| Trim, A., Hankinson, S. E., Liu, S., Shadyab, A. H., Meliker, J., Bao, W., ... & Reeves, K. W. (2021). Biomarkers of phthalates and inflammation: Findings from a subgroup of Women's Health Initiative participants. *International journal of hygiene and environmental health* , *234* , 113743. |
| Urban, H., & Danz, M. (1983). N-methyl-N-nitro-N′-nitrosoguanidine, guanidine carbonate and guanidine nitrate—nifferent action of single oral doses on cell proliferation in male rats. *Experimental Pathology* , *24* (2-3), 189-196. |
| Van Meeuwen, J. A., ter Burg, W., Piersma, A. H., van den Berg, M., & Sanderson, J. T. (2007). Mixture effects of estrogenic compounds on proliferation and pS2 expression of MCF-7 human breast cancer cells. *Food and Chemical Toxicology* , *45* (11), 2319-2330. |
| Van Meeuwen, J. A., Van Son, O., Piersma, A., De Jong, P. C., & van den Berg, M. (2008). Aromatase inhibiting and combined estrogenic effects of parabens and estrogenic effects of other additives in cosmetics. *Toxicology and applied pharmacology* , *230* (3), 372-382. |
| Van Wyk, J. C., Mkentane, K., Gumedze, F., & Khumalo, N. P. (2014). No-lye not better than lye relaxers. *J Cosmet Sci* , *65* (6), 403-405. |
| Vandenberg, L. N., Wadia, P. R., Schaeberle, C. M., Rubin, B. S., Sonnenschein, C., & Soto, A. M. (2006). The mammary gland response to estradiol: monotonic at the cellular level, non-monotonic at the tissue-level of organization?. *The Journal of steroid biochemistry and molecular biology* , *101* (4-5), 263-274. |
| Varticovski, L., Stavreva, D. A., McGowan, A., Raziuddin, R., & Hager, G. L. (2022). Endocrine disruptors of sex hormone activities. *Molecular and cellular endocrinology* , *539* , 111415. |
| Vermeulen, S., Van Rensburg, A. J., Van Der Merwe, B., Shalvoy, R., & Willford, S. (2004). The application of polymethylene waxes as conditioning agent in hair relaxers. *Journal of cosmetic science* , *55* , S181-S194. |
| Vo, T. T., Yoo, Y. M., Choi, K. C., & Jeung, E. B. (2010). Potential estrogenic effect (s) of parabens at the prepubertal stage of a postnatal female rat model. *Reproductive toxicology* , *29* (3), 306-316. |
| Volmer, D. A., Lay, J. O., Billedeau, M., & Vollmer, D. L. (1996). Characterization of Nitrosation Products in Cosmetics Raw Materials by Liquid Chromatography/Mass Spectrometry Techniques. *Rapid communications in mass spectrometry* , *10* (6), 715-720. |
| Wan, M. L. Y., Co, V. A., & El-Nezami, H. (2022). Endocrine disrupting chemicals and breast cancer: a systematic review of epidemiological studies. *Critical reviews in food science and nutrition* , *62* (24), 6549-6576. |
| Wang Z, Li X, Klaunig JE. 2017. Investigation of the mechanism of triclosan induced mouse liver tumors. *Regul Toxicol Pharmacol* 86: 137-147. PMID: https://pubmed.ncbi.nlm.nih.gov/28267557. DOI: http://dx.doi.org/10.1016/j.yrtph.2017.03.001. |

Wang ZY, Lu J, Zhang YZ, et al. 2015. Effect of bisphenol A on invasion ability of human trophoblastic cell line BeWo. Int J Clin Exp Pathol 8(11): 14355-14364. PMID: https://pubmed.ncbi.nlm.nih.gov/26823751.

Ward JB, Casagrande SS, Cowie CC. 2020. Urinary phenols and parabens and diabetes among US adults, NHANES 2005-2014. *Nutr Metab Cardiovasc Dis* 30(5): 768-776. PMID: https://pubmed.ncbi.nlm.nih.gov/32127337. DOI: http://dx.doi.org/10.1016/j.numecd.2020.01.005.

Weathersby, C., & McMichael, A. (2013). Brazilian keratin hair treatment: a review. *Journal of cosmetic dermatology* , *12* (2), 144-148.

Wei, F., Mortimer, M., Cheng, H., Sang, N., & Guo, L. H. (2021). Parabens as chemicals of emerging concern in the environment and humans: A review. *Science of The Total Environment* , *778* , 146150.

Winz C, Suh N. 2021. Understanding the mechanistic link between bisphenol A and cancer stem cells: A cancer prevention perspective. *J Cancer Prev* 26(1): 18-24. PMID: https://pubmed.ncbi.nlm.nih.gov/33842402. DOI: http://dx.doi.org/10.15430/jcp.2021.26.1.18.

Witorsch, R. J., & Thomas, J. A. (2010). Personal care products and endocrine disruption: a critical review of the literature. *Critical reviews in toxicology* , *40* (sup3), 1-30.

Woodruff TJ, Zota AR, Schwartz JM. 2011. Environmental chemicals in pregnant women in the United States: NHANES 2003-2004. *Environ Health Perspect* 119(6): 878-885. PMID: https://pubmed.ncbi.nlm.nih.gov/21233055. DOI: http://dx.doi.org/10.1289/ehp.1002727.

Wróbel, A. M., & Gregoraszczuk, E. Ł. (2014). Actions of methyl-, propyl-and butylparaben on estrogen receptor-α and-β and the progesterone receptor in MCF-7 cancer cells and non-cancerous MCF-10A cells. *Toxicology letters* , *230* (3), 375-381.

Xiong Y, Li Z, Xiong X*, et al.* 2025. Associations between phenol and paraben exposure and the risk of developing breast cancer in adult women: A cross-sectional study. *Sci Rep* 15(1): 4038. PMID: https://pubmed.ncbi.nlm.nih.gov/39900803. DOI: http://dx.doi.org/10.1038/s41598-025-88765-z.

Xu F, Wang X, Wu N*, et al.* 2017. Bisphenol A induces proliferative effects on both breast cancer cells and vascular endothelial cells through a shared GPER-dependent pathway in hypoxia. *Environ Pollut* 231(Pt 2): 1609-1620. PMID: https://pubmed.ncbi.nlm.nih.gov/28964603. DOI: http://dx.doi.org/10.1016/j.envpol.2017.09.069.

Xu, S., Wang, H., Liu, Y., Zhang, C., Xu, Y., Tian, F., & Mei, L. (2021). Hair chemicals may increase breast cancer risk: a meta-analysis of 210319 subjects from 14 studies. *PLoS one* , *16* (2), e0243792.

Xu, T., Chen, J., Chen, X., Xie, H., Wang, Z., Xia, D., ... & Xie, H. B. (2021). Prediction models on p K a and base-catalyzed hydrolysis kinetics of parabens: experimental and quantum chemical studies. *Environmental Science & Technology* , *55* (9), 6022-6031.

| |
|---|
| Yang, A. M., Lai, T. S., Lin, Y. L., Wang, C., & Lin, C. Y. (2023). Urinary di-(2-ethylhexyl) phthalate metabolites are independently related to serum neurofilament light chain, a biomarker of neurological diseases, in adults: results from NHANES 2013–2014. *Environmental Science and Pollution Research* , *30* (24), 66417-66425. |
| Yang, P. J., Hou, M. F., Tsai, E. M., Liang, S. S., Chiu, C. C., Ou-Yang, F., ... & Wang, T. N. (2018). Breast cancer is associated with methylation and expression of the a disintegrin and metalloproteinase domain 33 (ADAM33) gene affected by endocrine-disrupting chemicals. *Oncology reports* , *40* (5), 2766-2777. |
| Yang, S., Zhang, L., Khan, K., Travers, J., Huang, R., Jovanovic, V. M., ... & Xia, M. (2024). Identification of environmental compounds that may trigger early female puberty by activating human GnRHR and KISS1R. *Endocrinology* , *165* (10), bqae103. |
| Yu, S., McWilliams, J. C., Dirat, O., Dobo, K. L., Kalgutkar, A. S., Kenyon, M. O., ... & Schuler, M. (2024). A kinetic model for assessing potential nitrosamine carcinogenicity. *Chemical Research in Toxicology* , *37* (8), 1382-1393. |
| Yuan N, Wang L, Zhang X*, et al.* 2020. Bisphenol A and thyroid hormones: Bibliometric analysis of scientific publications. *Medicine (Baltimore)* 99(45): e23067. PMID: https://pubmed.ncbi.nlm.nih.gov/33157965. DOI: http://dx.doi.org/10.1097/md.0000000000023067. |
| Zarean, M., Keikha, M., Feizi, A., Kazemitabaee, M., & Kelishadi, R. (2019). The role of exposure to phthalates in variations of anogenital distance: a systematic review and meta-analysis. *Environmental Pollution* , *247* , 172-179. |
| Zhang X, Cheng C, Zhang G*, et al.* 2021. Co-exposure to BPA and DEHP enhances susceptibility of mammary tumors via up-regulating Esr1/HDAC6 pathway in female rats. *Ecotoxicol Environ Saf* 221: 112453. PMID: https://pubmed.ncbi.nlm.nih.gov/34186418. DOI: http://dx.doi.org/10.1016/j.ecoenv.2021.112453. |
| Zhang Y, Tao S, Yuan C*, et al.* 2016. Non-monotonic dose-response effect of bisphenol A on rare minnow *Gobiocypris rarus* ovarian development. *Chemosphere* 144: 304-311. PMID: https://pubmed.ncbi.nlm.nih.gov/26364221. DOI: http://dx.doi.org/10.1016/j.chemosphere.2015.08.079. |
| Zhang, L., Ding, S., Qiao, P., Dong, L., Yu, M., Wang, C., ... & Chang, B. (2016). n-butylparaben induces male reproductive disorders via regulation of estradiol and estrogen receptors. *Journal of Applied Toxicology* , *36* (9), 1223-1234. |
| Zhang, X., Wolff, M. S., Shen, J., Parada Jr, H., Santella, R. M., Neugut, A. I., ... & Teitelbaum, S. L. (2022). Phthalates and phenols, leukocyte telomere length, and breast cancer risk and mortality in the long island breast cancer study project. *Cancer Epidemiology, Biomarkers & Prevention* , *31* (1), 117-123. |
| Zhang, Y., Dong, S., Wang, H., Tao, S., & Kiyama, R. (2016). Biological impact of environmental polycyclic aromatic hydrocarbons (ePAHs) as endocrine disruptors. *Environmental pollution* , *213* , 809-824. |
| Zhang, Y., Tu, L., Chen, J., & Zhou, L. (2024). Interference Mechanisms of Endocrine System and Other Systems of Endocrine-Disrupting Chemicals in Cosmetics—In Vitro Studies. *International Journal of Endocrinology* , *2024* (1), 2564389. |

| |
|---|
| Zhu, Q., Liu, L., Zhou, X., & Ma, M. (2019). In silico study of molecular mechanisms of action: Estrogenic disruptors among phthalate esters. *Environmental Pollution* , *255* , 113193. |
| Zhu, T., Li, Q., Xu, L., Zhang, Q., Lv, W., Yu, H., ... & Qian, B. (2021). Stratification of lung adenocarcinoma patients for d-limonene intervention based on the expression signature genes. *Food & Function* , *12* (16), 7214-7226. |