# Exhibit 20

# Expert Opinion Report

# In Re: Hair Relaxer Marketing Sales Practices and Products Liability Litigation (MDL 3060)

**Prepared by:**

**Clarence William Brown, Jr., MD, JD**
**Board Certified Dermatologist**
**324 Pearl Street Unit 1**
**La Crosse, WI 54701**

**Prepared for:**

**MDL 3060 Plaintiffs' Steering Committee**

**Exhibit**
**02**
02/17/2026
Dr. Clarence Brown

# Table of Contents


I. Introduction ..... 4

II. Background and Qualifications of Expert ..... 4

III. Methodological Approach and Materials Reviewed ..... 5

IV. Brief Description of Injuries Alleged in the Litigation ..... 7

A. Uterine Cancer ..... 7

B. Ovarian Cancer ..... 8

V. Overview of the Scalp and Hair ..... 9

A. Anatomy and Physiological Function of the Scalp ..... 9

1. Scalp Anatomy ..... 9

2. Sebaceous Glands ..... 12

B. The pH of the Scalp ..... 14

C. Routes of Absorption ..... 14

1. Intact Epidermis ..... 14

2. Hair Follicle Trails ..... 15

3. Reservoir Effects ..... 16

4. Reduced Epidermal Integrity ..... 16

D. Anatomy and Physiology of Ethnic Skin ..... 16

E. Sebum – Seborrheic Dermatitis ..... 18

VI. Chemical Hair Relaxer – Composition and Mechanism of Action ..... 19

A. Lye relaxers ..... 19

B. No-lye relaxers ..... 20

C. Other Constituents of Chemical Hair Relaxers ..... 21

VII. Process of Chemical Hair Straightening ..... 21

VIII. Chemical Hair Straighteners and Adverse Outcomes ..... 23

A. Scalp Burns....23

IX. Inflammation....25

X. Hair Loss....26

XI. Conclusion....27

Reference List:....29

# I. Introduction

I have been asked to provide my opinion with reasonable medical and dermatological certainty, as to whether biologically plausible mechanisms exist to explain the elevated risk of uterine and ovarian cancers observed in studies of women exposed to chemical hair relaxer/hair straightening products. More specifically, I was asked to focus my review on commercially available consumer haircare products with high pH levels that are designed to permanently straighten curly or coiled hair through a process referred to as lanthionization (breaking of disulfide bonds and converting to lanthionine bonds). Said products include both "lye" and "no lye" relaxers, which contain either sodium hydroxide, potassium hydroxide, lithium hydroxide, guanidine hydroxide, guanidine carbonate, or calcium hydroxide as the active ingredient along with all other components sold together in the chemical hair relaxer "kit", "system" or "box."

To answer that question, I have reviewed a wide array of materials that include peer-reviewed, large population-based studies as well as relevant animal and experimental evidence. A significant part of my investigation, as discussed more fully below, includes my consideration of the absorptive properties of the scalp skin and forehead in that dermal exposure to these chemicals impacts the elevated risk of uterine and ovarian cancer in women exposed to said products.

A complete list of the materials that I have reviewed and relied on in reaching my opinions is contained in a separate attachment to this report **(Exhibit A),** as well as the bibliographical references that follow at the end of this report.

# II. Background and Qualifications of Expert

I, Clarence W. Brown, Jr., M.D., J.D., am a physician board certified by the American Board of Dermatology (1999 to 2009, 2009 to 2018, and 2018 to present). I am a Fellow of the American Academy of Dermatology, and a Fellow of the American College of Mohs Micrographic Surgery and Cutaneous Oncology, the sole professional organization of physicians who have extensive training and experience in Mohs Micrographic Surgery, a surgery utilized to treat certain types of skin cancer.

I graduated from Carnegie Mellon University in 1991 with a Bachelor of Science ("BS")in Chemical Engineering and Biomedical Engineering. I graduated from the University of Pittsburgh School of Medicine in 1995. I completed my Internal Medicine Internship at University of Chicago Hospitals in June 1996. I then completed my Dermatology Residency at Rush-Presbyterian-St. Luke's Medical Center, Chicago, Illinois, from July 1996 to June 1999. From July 1999 to June 2000, I completed the Mohs Surgery Fellowship at Baptist Medical Center, Kansas City, Missouri. I also obtained my Juris Doctorate at The John Marshall Law

School, Health Law Program in December 2018. I was admitted to practice law in Illinois the following year and admitted to the Wisconsin Bar in 2023.

I have been licensed to practice medicine in Illinois since 1997. I have been licensed to practice medicine in Michigan since 2009, and licensed to practice Medicine in Iowa, Wisconsin, and Minnesota since 2022. Between 2000 and 2022, I practiced medicine at Advanced Skin and Mohs Surgery Clinics (ASMSC), Chicago Illinois, where I was the Medical and Surgical Director of Mohs Micrographic Surgery. Between 2016 and 2022 I held the same position at the ASMSC facility in St. Joseph, Michigan, where I also practiced.

Additionally, between 2016 and 2022, I practiced Medical and Surgical Dermatology at Lincoln Park Dermatology, Chicago, Illinois. Prior to this, from 2009 to 2016, I practiced Medical and Surgical Dermatology at St. Joseph Dermatology, St. Joseph, Michigan, and University Dermatology, Darien and Skokie, Illinois. From 2001 to 2009 I also practiced Medical and Surgical Dermatology at Rush Dermatology in Chicago, Illinois.

Beginning in July 2022 I joined Gundersen Healthcare in La Crosse, Wisconsin where I continue to work as a dermatologist and Mohs Micrographic Surgeon.

During the past 25 years of clinical practice, year of fellowship, and three years of residency I have cared for hundreds of African American and Black women who have used chemical straighteners and relaxers on a regular basis, and I am often called upon to treat this population of women for issues related to their hair and scalp. I commonly treat women with scalp irritation and burns caused by the application of chemical relaxers, straighteners, and dyes, in addition to hair loss, or alopecia, including Central centrifugal cicatricial alopecia (CCCA).

## III. Methodological Approach and Materials Reviewed

In reaching my conclusions and opinions, I employed the same clinical-scientific reasoning process I use in my everyday practice as a board-certified dermatologist and in my treatment of scalp and hair disorders. It represents the same standard of intellectual rigor I apply when diagnosing conditions in my patients and when making treatment decisions based on the medical literature.

Before reviewing the literature, I identified the key biological questions that must be answered to assess whether chemical hair relaxer chemicals could plausibly have carcinogenic effects on the uterus and ovaries as reported in the epidemiological literature. I considered whether the active ingredients and co-formulants in chemical hair relaxers as reported in the peer reviewed literature and other publications can penetrate the scalp and reach systemic circulation; what anatomical and physiological factors govern percutaneous absorption through the scalp; whether chemical hair relaxers compromise the skin barrier in ways that

enhance systemic absorption; whether chemicals with known endocrine-disrupting or carcinogenic properties are present in these products; and whether biomarker evidence confirms systemic absorption of these chemicals in users.

I then conducted targeted searches of the peer-reviewed medical and scientific literature. For scalp anatomy and physiology, I consulted standard dermatology and anatomy texts that are referenced below. For percutaneous absorption, I reviewed studies examining transdermal drug delivery, follicular penetration pathways, and regional variation in skin permeability. I also examined the ethnic hair physiology literature to understand structural and physiological differences in hair and scalp among populations of African descent, as these differences bear directly on absorption patterns. Additionally, I reviewed product chemistry and pH analyses, biomonitoring studies measuring urinary or serum concentrations of phthalates, parabens, and other chemicals following hair product use, and clinical studies documenting scalp burns, inflammation, and alopecia associated with relaxer use.

For each study reviewed, I assessed whether the findings were relevant to my understanding how chemical hair relaxers could be absorbed systemically through the scalp. I focused on studies that examined the structure and function of scalp anatomy, percutaneous absorption mechanisms, the effects of high-pH substances on skin barrier integrity, follicular penetration pathways, and biomarker evidence of systemic absorption following use of hair care products. I then integrated these findings with the anatomical and pathophysiological principles I apply in clinical dermatology to understand how the various absorption pathways work together in the context of chemical hair relaxer use.

I then integrated the findings from the published literature with established anatomical and pathophysiological principles that I apply daily in clinical dermatology. These include the principle that high-pH substances disrupt the lipid matrix of the stratum corneum and increase transepidermal water loss, which correlates directly with enhanced percutaneous penetration. principle that lipophilic compounds accumulate in sebaceous compartments and are slowly released into systemic circulation over extended periods. I applied the clinical observation, confirmed repeatedly in my own practice, that burns, erosions, and inflammation increase vascular permeability and enhance systemic absorption of topically applied substances.

As I will discuss in further detail below, substances present within chemical hair relaxers gain access to the human circulatory system (which transports blood, oxygen, nutrients and waste throughout the body) through percutaneous absorption in the scalp and surrounding skin. I will also address the anatomy and physiology of the head, scalp skin and hair (follicles, shaft, etc.) and principles of transepidermal transport of substances through a compromised skin barrier, in this case the scalp. I will discuss studies that have shown elevated levels of the chemicals, co-compounds, and degradation by-products found in hair relaxers in

the urine of patients who have undergone chemical hair relaxation treatment and the correlation I find with the process of hair relaxing used by women at home or in the salon.

My final opinions are formed from the integration of published evidence on each step of the proposed mechanistic pathway, anatomical and pathophysiological principles I apply in clinical practice, my specialized training, and clinical observations from treating patients over the course of my career in dermatology.

A complete list of the materials that I have reviewed and relied on in reaching my opinions is contained in Exhibit B, as well as the bibliographical references that follow at the end of this report. I have also viewed a number of video depictions of the hair relaxing process and manufacturer's instructions produced by the manufacturer defendants in this litigation that were provided to me by the Plaintiffs' Steering Committee pursuant to a confidentiality agreement. A listing of these videos and instructions, with corresponding file identification numbers, can be found on Exhibit B.

## IV. Brief Description of Injuries Alleged in the Litigation

My understanding is that this litigation focuses on two primary injuries: uterine cancer and ovarian cancer. I will discuss each of these further below.

### A. Uterine Cancer

There exists epidemiologic evidence to support a significantly increased risk of developing uterine and ovarian cancers with exposure to chemical hair relaxer products, the injuries at issue in this multi-district litigation proceeding. Prior to publication of the first epidemiologic study to examine the issue, Sandler, et al., 2017, described a large prospective cohort study funded by National Institutes of Environmental Health (NIEH), a division of the National Institutes of Health (NIH) a/k/a "The Sister Study" that enrolled a total of 50,884 U.S. women (ages 35-74) from 2003-2009. (Sandler et al. 2017).

Participants were sisters of women who had had breast cancer but were themselves breast cancer-free at the time of enrollment, and who provided extensive background and health data by completing baseline questionnaires. Other data collection methods employed in-person interviews and laboratory specimen collection. Data collection included race and ethnicity, physical activity, weight, dietary habits, smoking status, education, occupational history and environmental exposures, etc. A complete description of the data collected and questionnaires utilized at baseline and follow-up every 2-3 years can be accessed at: the Sister Study website. https://sisterstudy.niehs.nih.gov/English/index1.htm.

Leveraging data from the Sister Study, in 2022, Chang and colleagues conducted a study of hair product use in the past 12 months (that included hair straightener, hair relaxer and pressing products) in association with uterine cancer. (Chang et al. 2022). The study outcome—a diagnosis of uterine cancer (endometrial cancer, uterine sarcoma or "other" uterine cancer), after study enrollment was self-reported; however, nearly 70% of the uterine cancer cases captured in this study were medically confirmed. The investigators observed that "never" users of these products were statistically more likely to develop incident uterine cancer when compared with "ever" users (HR=1.80, 95% CI=1.12 to 2.88). The association was stronger when comparing frequent use (>4 times in the past 12 months) vs never use (HR=2.55, 95% CI=1.46 to 4.45; Ptrend=.002). (Chang et al. 2022). For medically confirmed uterine cancers comparing "frequent" with "ever" use, the association was even stronger (HR = 2.78 (1.39 to 5.55), and when restricted to endometrial (Type I) cancer, "frequent" vs. "ever" use yielded a near three-fold increase in risk HR = 2.94 (1.42 to 6.08). However, use of other hair products, including dyes and permanents or body waves, was not associated with incident uterine cancer. (Chang et al. 2022). The authors concluded that they found higher rates of uterine cancer in women who reported ever or frequent use of hair straighteners in the prior 12 month period relative to those who did not. (Chang et al. 2022).

A year later, Bertrand and colleagues accessed data from the Black Women's Health Study (BWHS), a cohort of predominantly black females, and conducted a similar study of the relationship between uterine cancer and exposure to chemical hair relaxers. (Bertrand et al. 2023). This large, prospective study comprised of approximately more than 50,000 women found elevated risk of developing uterine cancer in postmenopausal women. For all subjects hazard ratios for moderate use and heavy use were positive. Among postmenopausal women exposure to hair relaxers was associated with a greater risk for endometrial cancer in moderate users (HR=1.60, 95% CL: 1.01, 2.53); and heavy users (HR=1.64, 95% CL: 1.01, 2.64). In women with more than 20 years of exposure, there was a significant increased risk for uterine cancer, (HR: 1.71, 95% CL: 1.08, 2.72).

The authors concluded that in this large cohort of Black women, long-term use of chemical hair relaxers was associated with increased risk of uterine cancer among post-menopausal women, but not among premenopausal women, and cautioned that their findings on hair relaxer use may be a potentially modifiable risk factor for uterine cancer.

**B. Ovarian Cancer**

There is also epidemiologic evidence that supports the association between usage of chemical hair relaxers and ovarian cancer. A similar trend was observed in the same Sister Study cohort utilized by the authors of Chang, et al. 2022. In White et al. (2021), hair straightening and other chemical products were also

shown to have a significant impact on the risk of ovarian cancer; specifically, it presented an increased risk of ovarian cancer in the study, especially among Black females who were more likely to use the products. (White et al. 2021). Here the NIEH/NIH investigators found that, with "frequent use" of straighteners/relaxers or pressing products ( >= 4 times per year) in the past year was associated with an increased risk of ovarian cancer (HR = 2.19, 95% CI: 1.12–4.27). Ever use of permanent hair dye was positively associated with non-serous (HR = 1.94, 95% CI 1.12–3.37), but inversely associated with serous (HR = 0.65, 95% CI: 0.43–0.99) tumors (p-for-heterogeneity = 0.002).

As noted by these authors, frequent use of hair straighteners/relaxers or pressing products (primarily used by African American/Black women), and possibly permanent hair dye, may be associated with a higher risk of ovarian cancers in these women. (White et al. 2021).

While each of the studies referenced above have limitations, such as the potential for exposure misclassification in both of the Sister Studies and the lack of a truly never exposed group in the BWHS, these limitations do not obscure a concerning signal that is worthy of further investigation into potential biologically plausible mechanisms that could further elucidate the relationship between chemical hair relaxer products and uterine and ovarian cancers.

## V. Overview of the Scalp and Hair

### A. Anatomy and Physiological Function of the Scalp

#### 1. Scalp Anatomy

The scalp covers the cranial bones and is located on the upper part of the head. It extends from the superior nuchal line in the back of the head upwards and over the crown and anteriorly to the forehead and eyebrows. (McMinn and Hutchings 1990).

There are five distinct layers that comprise the complex tissue structure of the scalp. These layers work together to protect the cranium or skull and provide a framework from which hair grows. (Netter 2018). The layers are often remembered using the acronym "**SCALP**" Skin, Connective tissue, Aponeurosis, Loose areolar tissue, and Pericranium. All layers of the scalp are composed of cells and intracellular material. (McMinn and Hutchings 1990; Netter 2018).




**Figure 1** (Netter 2018)**.**

The skin (made up of the epidermis and the dermis) is the outermost layer of the scalp, and it is both thick and durable. It contains eccrine and apocrine sweat glands, oil sebaceous oil glands, and hair follicles. It also contains an abundance of sensory nerve endings that make it highly sensitive to pain and touch. In addition, the skin is highly vascularized with a robust blood supply consisting of veins, arterioles, and capillaries. (McMinn and Hutchings 1990; Netter 2018).

There is a thick layer of dense connective tissue located beneath the skin and above the aponeurosis. This layer also contains a rich network of both nerves and blood vessels. These vessels are tightly bound within the connective tissue, which prevents retraction of the vessels when cut and minimizes contraction of the lumen of the vessel. This impedes clotting and directly contributes to profuse bleeding following injury or trauma to the scalp. In fact, the scalp is the carrier of more blood supply than the skin located on other areas of the body. See Figure 2 below. (McMinn and Hutchings 1990).




**Figure 2:** Depicting rich blood supply directly beneath hypodermis.
(Dancik et al. 2015).

This rich vascular network permits the circulatory system to transport substances absorbed through the skin quickly throughout the body. **Figure 2.**

The third layer of the scalp, the Glaea Aponeurotica or Epicranial Aponeurosis, is next and is composed of a strong, fibrous sheet of connective tissue. This connects the occipitalis muscle at the back of the head to the frontalis muscle at the front of the head and the temporalis muscles laterally. The Aponeurosis facilitates movements, such as raising the eyebrows. (McMinn and Hutchings 1990; Netter 2018).

A layer of loose connective tissue is located beneath the aponeurosis. This permits free movement of the layers of skin above it (skin, connective tissue, and aponeurosis) over the underlying pericranium and skull. This layer of loose connective tissue contains small blood vessels that communicate with the intracranial venous system via emissary veins that transcend the bone of the skull. (McMinn and Hutchings 1990; Netter 2018).

The innermost layer of the scalp is called the Pericranium and consists of the periosteum of the skull or cranial bones. This provides a vascular supply to the outer surface of the cranial bones and is tightly adherent to the surface of the skull bones. In situations of injury or trauma, the presence of this vasculature enables the Pericranium capable of forming new bone during the healing process when injury occurs. (McMinn and Hutchings 1990; Netter 2018).

The scalp has an extensive vascular network supplied by branches of both the external and internal carotid arteries. These vessels supply nutrients to the cells of scalp, nourish hair growth, and aid in temperature regulation of the body. The metabolic demands of growing terminal hairs require higher blood flow to the scalp, than does areas of skin with sparse and fine hair growth. (McMinn and Hutchings 1990; Netter 2018).

Before hair growth can begin, a hair follicle must first be created. For each hair follicle this begins when the germinating layer of the epidermis starts growing downward into the dermis and forms the outside of each hair follicle. Next, the dermis grows upwards into the base of the newly formed follicle to form the dermal papilla. This brings capillaries (small blood vessels) into the papilla which provides nutrients for the hair shaft to grow. (Aguh and Okoye 2017; Buffoli et al. 2014).

After this, the bottom part of the follicle enlarges into an area of actively growing cells called the hair bulb. The germinating layer merges into the outer root sheath which forms the inner wall of the follicle at the base of the hair bulb. (Aguh and Okoye 2017; Buffoli et al. 2014). Then the outer root sheath forms the germinal matrix (hair root) which surrounds the dermal papilla. Following this, the germinal matrix grows into the inner root sheath. Cells in the matrix, which forms from the hair germ, proliferate, differentiate, and migrate upwards towards the skin surface giving rise to the three concentric layers of the hair fiber: medulla, cortex, and cuticle. (Aguh and Okoye 2017; Buffoli et al. 2014).

Hair shaft cells are similar at first. But as they move up through the follicle, they begin to change shape, and a protein called keratin develops inside the cells. Three different types of hair cells then form and by the time these cells are a third of the way up the follicle, they have died and fully hardened (keratinized). (Aguh and Okoye 2017; Buffoli et al. 2014).

**Why this is important:** The hair shaft that is visible to the eye is not alive but is a rigid complex structure, the integrity of which is maintained through strong chemical bonds. Any attempt to alter this structure requires the application of highly alkaline chemicals that are caustic and can overcome these bonds and break them.

### 2. Sebaceous Glands

Alongside each follicle lies a sebaceous gland. This gland produces an oily substance called sebum and opens into the hair follicle from a duct about halfway down from the skin surface. Sebum drains into the space around the emerging hair shaft. (Aguh and Okoye 2017; Buffoli et al. 2014).

**Why this is important:** Surrounding each hair is a reservoir space located between the hair and the dermis from which it emerges. Normally this space is filled with sebum which coats the hair and lubricates its passage from the skin to

the surface of the scalp. However, the application of strong chemicals to the hair can dislodge the sebum from this reservoir and result in the chemicals occupying the reservoir space.

### 3. Hair Shaft Structure

In the basic hair structure diagram above, the hair shaft is composed of three layers: the cuticle (outer layer), cortex (middle layer) and medulla (inner layer). The medulla is a honeycomb keratin structure with air spaces inside. The cortex is made from tiny fibers of keratin running parallel to each other along the length of the hair shaft and gives flexibility and tensile (stretching) strength to hair The cuticle is comprised of 6 to 11 layers of overlapping semi-transparent keratin scales, which make the hair waterproof and allow it to be stretched. (Aguh and Okoye 2017; Buffoli et al. 2014).

Hair cells are largely made of keratin (up to 95%) and keratin is made from amino acids. Sixteen amino acids form keratin, with cysteine having the highest concentration. The two amino acids that have a high sulfur content are Cysteine and methionine. (Aguh and Okoye 2017; Buffoli et al. 2014).

Sulfur is a very important component of hair structure. It forms disulfide bonds which are strong covalent bonds between the sulfur atoms of cysteine amino acids in the keratin protein that makes up hair. These are crucial for maintaining the structure, strength, and texture of hair, and play a significant role in determining whether hair is straight or curly. The distribution and asymmetry of disulfide bonds contribute to the curliness of hair. Higher numbers of disulfide bonds create a more complex structure that results in curly hair, while straight hair has a more uniform distribution of these bonds. (Aguh and Okoye 2017; Buffoli et al. 2014).

Disulfide bonds play a critical role in the stabilization of hair proteins exposed to the harshness of an external environment. Both their distinct preference for Dihedral angles (near 90 degrees) and their strong bond strength make them more resistant to breaking than other types of bonds, such as hydrogen bonds. However, disulfide bonds can still be damaged by chemicals contained in hair relaxing treatments, which cause bond breakage thereby permitting the alteration of the internal structure of the hair.

**Why this is important:** The breaking of the disulfide bonds is the intended result of applying chemical hair relaxer products. However, when these bonds are broken, not only are they reformed as the hair is straightened, but the breaking the disulfide bonds can also lead to permanent damage. (Aguh and Okoye 2017; Buffoli et al. 2014).

### B. The pH of the Scalp

The scalp has an approximate surface pH of 4.5 to 6.0 – the so-called acid mantle, which is important to skin barrier functioning. This acidic molecule supports cell-cell keratinocyte epithelium (the main cell type of the epithelium that forms the outer layer of the skin) and promotes a balance of healthy microbiome, the collection of all microorganisms), and limits loss of water trans epidermal. A pH greater than 6.0 distorts lipid arrangement within the stratum corneum and relaxes follicular cuticle cells, making the scalp prone to irritation and the entry of topical drugs. (Surber et al. 2018; Brooks et al. 2025). Irritation to the scalp promotes the penetration of exogenous substances, such as topical medications, and in this case, the mixture of chemical ingredients contained in chemical hair relaxer products. Moreover, inflammation and irritation to the scalp comprises the barrier functions it is intended to perform, which allows for exogenous substances, including chemical hair relaxer products (and co-formulants) to be absorbed systemically.

Chemical hair relaxers are highly alkaline, well above the tolerance of the scalp. The contact of these agents results in a quick elimination of the acid mantle, solubilization of the protective sebum and loosening of the cuticle scales over the follicular ostia. Not only do these changes loosen hair shafts, but also increase the reservoir space along hair follicles, thereby providing conditions under which prolonged chemical retention and systemic absorption occur.

Repeated or extensive contact with highly alkaline solutions has been reported to destabilize the integrity of the epidermal barrier, resulting in compromised function that in turn increase trans epidermal water loss, and enhances trans epidermal absorption of both active relaxer chemicals and allied formulants, including phthalates and parabens. (Gorzelanny et al. 2020; Schmid-Wendtner and Korting 2006).

**<u>Why this is important</u>:** Relaxers destroy the defensive barrier of the scalp, thus providing direct entry for the potentially harmful chemicals to bypass the shield and enter into the blood circulation. This permits chemicals that would remain outside of the body as a result of the skin's intact barrier properties to readily enter across the epidermis into the papillary dermis where its rich blood supply rapidly transports these agents to every corner of the body. This process thereby exposes every cell in the body to toxins and carcinogens.

### C. Routes of Absorption

#### 1. Intact Epidermis

The stratum corneum consolidated (SC) is the component of the exterior most epidermis and the primary barrier to percutaneous absorption. Lipophilic substances can penetrate intact SC. (Illel et al. 1991). These molecules partition into SC lipids, diffuse through these SC lipids and find their way into the viable

epidermis and then into the dermal vasculature. The keratinocytes, and the keratin-protein structures that they produce, provide a source of physical toughness but their barrier properties are easily distorted by pH, solvents, and surfactants. Keratinocytes in the skin produce NO (nitic oxide) in response to damage from the alkali contacting the skin. Sweat contains nitrites and nitrates. Furthermore, studies have shown that skin appendages play an important role in skin permeation and penetration of topically applied substances. (Tenjarla et al. 1999; Hueber et al. 2009). With no appendages the steady-state diffusion rate [Steady state diffusion is a form of diffusion that takes place at a **constant rate** and requires a stable concentration at one location] is 2-4 times less, but not insignificant, for lipophilic substances as they penetrate intact SC. (Illel et al. 1991). And in more recent studies Turner et al. and Essa et al, determined that blocking follicular structures resulted in a five-fold lower rate of percutaneous absorption when follicular and gland shunt routes were blocked. (Turner and Guy 1998; Essa et al. 2002). Furthermore, recent research has found highly alkaline environments, like those in chemical hair relaxers, can significantly disrupt the lipid barrier properties of the SC, open follicular and gland shunt pathways resulting in an increase in water loss (trans epidermal water loss) and dramatically enhance permeability. (Dragicevic and Maibach 2021; Burton 2006; Levin and Maibach 2005).

**<u>Why this is important</u>:** Relaxers diminish SC integrity, thereby permitting the active chemicals, associated chemical co-formulants, and their decomposition by-products to penetrate more easily through the scalp than would be expected through other skin on the body. (Illel et al. 1991). By being more easily able to cross the SC, the amount of these agents arriving at the capillary network contained in the dermal papillae is significantly increased and results in greater disbursement through the circulatory system to cells in every organ system throughout the body. (Feschuk et al. 2022).

### 2. Hair Follicle Trails

Research in transdermal drug delivery provides ample support for how chemical hair relaxers are able to penetrate more easily based upon route of absorption principles. Hair follicles and the sweat ducts serve as shunt pathways and do not enter the SC. The hair is esthetically follicle dense and separation of the hair in the course of relaxation of hair, carries the relaxer product straight to the hair follicular openings. Experimental work with model compounds (e.g. caffeine) demonstrates that, in addition to acting as entry points, follicular invagination below the epidermis provides a much greater surface area for absorption and the area around each hair functions as a reservoir and contributes to a large degree of systemic uptake. (Ogiso et al. 2002; Lademann et al. 2006; 2007; 1999).

**<u>Why this is important</u>:** Absorption through hair follicles bypasses the SC and is often faster than transepidermal diffusion. Relaxer application and follow-on heat styling have the effect of exposing follicular openings, resulting in larger

reservoir volume, with greater quantity of both active and co-formulant chemicals, as well as degradation bioproducts remaining in contact with the compromised epidermis, permitting increased absorption, both in rate and over time. In other words, the chemicals pool and remain in the reservoirs.

### 3. Reservoir Effects

The SC and the hair follicles all can act as a temporary bank, storing chemicals over a period of hours, days, and weeks. During this time these agents diffuse into the dermis where they are released into the bloodstream slowly. Lipophilic compounds (compounds that dissolve in lipids or fats), such as phthalates, parabens and benzophenone derivatives that are reportedly contained in chemical hair relaxer products, accumulate in these compartments. This is enhanced by the use of alkaline relaxers that wash away all sebum resulting in increased follicular storage capacity, or larger reservoir volume. (Patzelt and Lademann 2013; Otberg et al. 2008; Awad et al. 2025).

**Why this is important:** The above-described conditions increase contact time and improve systemic dispensation of possibly endocrine-tampering substances.

### 4. Reduced Epidermal Integrity

The skin barrier may be impaired by inflammation, pre-existing scalp conditions, and/or direct chemical damage. Use of chemical hair relaxer products containing high pH ingredients (i.e. exceeding pH 10), subjects the scalp to irritation and often result in scalp burning erosions and ulceration. It is important to note that Sishi et al 2019 found little difference in the pH of Lye and No-Lye products and similar adverse event profiles as well. Decreased SC barrier function from these traumas to the skin of the scalp results in significant rises in percutaneous penetration, and elevated levels of applied substances in sebum. Compromise of the skin barrier is also enhanced by heat produced by blow dryers and pressing products, such as flat irons, which are often used at some point during hair styling and the chemical hair straightening process. (Hatsbach de Paula et al. 2022).

**Why this is important:** Scalp irritation or chemical burns caused by the high pH of chemical hair relaxers increase absorption of relaxer chemicals and by-products into the system, which in turn can be further enhanced by the application of heat discussed above.

## D. Anatomy and Physiology of Ethnic Skin

The shape of the hair follicle also influences hair texture. Round follicles tend to produce straight hair, while oval or asymmetrical follicles can lead to curlier hair due to the way disulfide bonds are arranged. (Aguh and Okoye 2017; Buffoli

et al. 2014). Hair morphology and scalp physiology differ in different populations, and this has a direct impact on the exposure and absorption of chemicals contained in hair relaxer products. See Figure 3 below.




**Fig. 1.4** Differences in the diameter and cross-sectional shape of Asian, Caucasian, and African hair

**Figure 3** (Aguh and Okoye 2017).

Given the prevalent use of chemical hair relaxers by women of African descent, I will focus more on the scalp and hair of that population of users. In order to conceptualize how chemical hair products achieve their efficacy it is useful to distinguish the three basic types of human hair. Structural characteristics of African hair (distinguished from Asian and Caucasian hair) include a tight coil and corkscrew and its flattened ribbon-like cross section of the follicles and an irregularly twisted shape to the follicle. See Figure 4 below.




**Fig. 2.1 Structure of Hair Follicles by Ethnicity.** Hair is classified into three types: African, Asian, and Caucasian. (Courtesy of Sheila Macomber.)

**Figure 4** (Grayson and McMichael 2024).

The above-described structural characteristics not only add to the previous hair fragility but also contribute to characteristic scalp-hair interactions.

### E. Sebum – Seborrheic Dermatitis

The sebaceous glands of the hair follicles of people of African descent produce comparable or higher quantities of sebum compared to those of the other populations. However, the coiled hair shaft does not allow even distribution of sebum along the hair shaft. It causes dryness, brittleness locally, and in most cases, this translates to increased use of chemical relaxers and conditioners among other hair products. (Tanus et al. 2015). The hair shaft is composed largely of the fibrous protein keratin, which is rich in the element sulfur and gathers structural stability through disulfide bonds. These forces make hair rigid and give it pattern; tightly curled hair is richer in disulfide bonds than straight hair. Chemical relaxers target these disulfide groups, cutting or breaking them to permit the hair to straighten and allow new bonds to be made that permanently transforms the structure of hair shafts. (Needle et al. 2024).

As well as morphological variations of hair, ethnic differences begin with scalp. Black skin contains lower levels of ceramides and greater transepidermal water loss, in addition to a 2.5-fold higher rate of spontaneous desquamation than white skin. (Taylor 2002; Zaidi 2017). Black female subjects have elevated rates of seborrheic dermatitis, traction alopecia and irritant dermatitis, which may affect the stratum corneum and epidermal barrier. When highly alkaline relaxers are used on already sensitized scalps tissue, damage to the acid mantle is further compounded and thereby creates a higher risk of transcutaneous absorption of active ingredients and co-formulants. (Alchorne et al. 2024; Wesley and Maibach 2003; Elgash et al. 2019).




**Figure 5** (ISDIN 2025)**.**

**Why this is Important:** Given (1) the propensity of African American females to use chemical relaxers; (2) the fragile nature of the hair of African descent; (3) the even distribution of lipids; (4) greater inherent scalp sensitivity; and (5) an innately high level of sebum production and its associated reduced barrier properties, the effects of chemical relaxers are likely to be more damaging to women, including women of African descent. All these considerations offer a biologically plausible mechanism to explain the disproportionate systemic exposures and consequent health risks that have been summarized by epidemiological studies.

## VI. Chemical Hair Relaxer – Composition and Mechanism of Action

The efficacy of chemical straighteners that permanently straighten hair can only be achieved by the breaking and reforming of the disulfide bonds in keratin, the structural protein of hair to yield hair with significantly less curl. Hair relaxers contain harsh chemicals with high alkalinity that are meant to change the natural shape of the hair, usually the coiled or curly hairs, to give the hair a straight appearance.

Generally speaking, chemical hair straighteners, are a class of products, commonly referred to as "relaxers" (or sometimes "permanents"). These are divided into two main types: (1) lye; and (2) no-lye relaxers. Both types work by breaking the disulfide bonds of keratin in order to rearrange the hair shaft permanently. (Hatsbach de Paula et al. 2022).

One of the most prevalent components in traditional relaxers include sodium hydroxide (also known as lye). Other hydroxides in the "no-lye" formulations (e.g., potassium, calcium, lithium), marketed as being less corrosive, are also very alkaline. (Aguh & Okoye 2017). These hydroxides, whether classified as "Lye" or "No-lye" disrupt the disulfide bonds in the hair shaft permanently altering the texture. I discuss each of these types of hair relaxers that employ hydroxides as the active ingredient below.

### A. Lye relaxers

Known to straighten tightly coiled hair very quickly, highly alkaline solutions usually containing sodium or potassium hydroxide, are often referred to as perms or permanents. Although effective, hydroxide relaxers may result in burns, irritation of the scalp and hair loss even when used in accordance with manufacturer specifications. In addition to causing burns, and irritation to the scalp skin, long-term use of these products can lead to weakening of the hair strand due to a weakening mechanism called "lanthionization," where cystine is converted into

lanthionine, losing tensile strength and hair strength. (Obukowho 2018; Needle et al. 2024; Hatsbach de Paula et al. 2022).

### B. No-lye relaxers

No-lye relaxers also use hydroxides as an active ingredient e.g., combining guanidine carbonate with calcium hydroxide on-site. These relaxers use other alkaline and ingredients that can also damage the scalp barrier and dry out hair. Two common sub-categories within these no-lye relaxers are “the mix” and the “no-mix relaxers.” (Gray 2001). Mix no-lye relaxers consist of a cream base containing calcium hydroxide and an activator containing guanidine carbonate that when mixed together results in activation of guanidine hydroxide relaxer. (Gray 2001). Use of a no-lye relaxer still requires a good cleanse and neutralization rinse. Importantly, there is no appreciable difference between the no-lye relaxers and lye relaxers in that the both have a very high pH, which of course is needed in order to achieve efficacy, i.e., breaking of the disulfide bonds in order to permanently straighten the hair. (Sishi et al. 2019; Meadows 2001).

While No-lye relaxers are advertised as being gentler and more commonly used in the home, the same risks and adverse effects associated with Lye relaxers exist with No-Lye relaxers. According to one research group evaluating, among other things, pH of commonly used chemical hair relaxers while, “[c]alcium hydroxide-and lithium hydroxide-based relaxers were…introduced as safer alternatives to sodium hydroxide…relaxers containing different alkali hydroxides have similar and overlapping pH values.” (Sishi et al. 2019). Moreover, these authors found that these highly alkaline products sold for use in children did not differ appreciably in terms of its corrosive potential than products meant for adults. (See Table 1 below).

**Table 3. pH results of hair relaxers categorised by chemical composition**

| | | Adults | | | Children | | |
|---|---|---|---|---|---|---|---|
| | All relaxers | Sodium hydroxide | Calcium hydroxide | Lithium hydroxide | Sodium hydroxide | Calcium hydroxide | Lithium hydroxide |
| A. Initial study | | | | | | | |
| *n* | 121 | 70 | 20 | 13 | 6 | 4 | 8 |
| pH, median (IQR) | 12.50 (12.27 - 12.66) | 12.63 (12.51 - 12.80) | 12.25 (12.12 - 12.37) | 12.33 (12.02 - 12.36) | 12.55 (12.46 - 12.64) | 12.27 (12.05 - 12.32) | 12.02 (11.93 - 12.06) |
| pH, range | 11.81 - 13.10 | 11.81 - 13.10 | 11.95 - 12.52 | 11.96 - 12.49 | 12.26 - 12.69 | 11.85 - 12.36 | 11.81 - 12.15 |
| Max. measured pH | 13.17 | 13.17 | 12.82 | 12.62 | 12.82 | 12.52 | 12.38 |
| B. Validation study | | | | | | | |
| *n* | 121 | 70 | 20 | 13 | 6 | 4 | 8 |
| pH, median (IQR) | 12.23 (11.96 - 12.48) | 12.40 (12.19 - 12.62) | 12.13 (11.95 - 12.33) | 11.81 (11.67 - 11.99) | 12.47 (12.20 - 12.52) | 11.93 (11.68 - 12.19) | 11.88 (11.80 - 11.95) |
| pH, range | 11.53 - 12.84 | 11.63 - 12.84 | 11.66 - 12.36 | 11.53 - 12.15 | 12.16 - 12.61 | 11.64 - 12.24 | 11.56 - 12.02 |
| Max. measured pH | 13.04 | 13.04 | 12.42 | 12.38 | 12.73 | 12.28 | 12.14 |

**Table 1:** depicting pH values of relaxers by chemical composition.
(Sishi et al. 2019).

Moreover, self-application of these products that are marketed for home use are more likely to cause burns, irritation and long-term hair strand weakening. However, even salon-applied products may result in damage to the scalp. Furthermore, it is very unlikely that an individual can effectively apply a so-called

protective" barrier to the scalp prior to application of the No-lye product. (Irungu et al. 2025).

In sum, hydroxide relaxers, such as sodium, potassium, lithium and Guanidine hydroxide, are chemicals that break cysteine bonding to convert it irreversibly to lanthionine, thereby changing the natural hair curls and fixing them in a straighter pattern. They are all hydroxide products involved in a process called lanthionization, which loosens up the hair shaft and defeats elasticity. (Needle et al. 2024; Miranda-Vilela et al. 2014). Importantly, both lye and no-lye relaxers damage hair keratin architecture at the cost of scalp condition and systemic safety.

### C. Other Constituents of Chemical Hair Relaxers

In addition to their active alkali components, hair relaxers also contain other ingredients that include preservatives and fragrances which substances have been identified as chemicals of concern (CoCs) based upon their adverse event profile and associated with various adverse health effects. (Irungu et al. 2025). In addition to active components, relaxers often contain phthalates, parabens and derivatives of benzophenone, which are used as preservatives and/or fragrance stabilizers and exhibit endocrine disruptive chemistry or effects. (Helm et al. 2018; Needle et al. 2024).

Indeed, a recent biomonitoring study confirmed that women who use hair products, and in particular African American women who predominantly use chemical hair relaxers, demonstrated elevated concentrations of multiple phthalates, phenols, and parabens in cases where the women had used said products within a specified period, for example in the prior 24 hours and prior 12 months and the prior 24 hours. (Schildroth et al. 2024; Braun et al. 2014).

## VII. Process of Chemical Hair Straightening

It has been estimated that up to 70–80% of African American women have used chemical relaxers, or perms as this process of straightening is sometimes referred to. (Richardson et al. 2017). Chemical relaxers work by permanently disfiguring the hair shaft structure proteins. The mode of action is identical whether performed at salons or at home. (Aguh and Okoye 2017). As noted above, they achieve their efficacy by breaking disulfide bonds in keratin, the iron-filled, fiber proteins that control the strength of hair and make it curly. (Irungu et al. 2025). They are all hydroxide products involved in a process called lanthionization, which loosens up the hair shaft and defeats elasticity. (Needle et al. 2024; Miranda-Vilela et al. 2014).

A pre-application agent, that may include petrolatum or petroleum jelly base, is usually applied along the scalp and in the hairline prior to applying the chemical relaxer for the purpose of reducing the likelihood of chemical burn in the

area where the shielding agent is applied. (Hatsbach de Paula et al. 2022). However, this is not applied to the entire scalp and therefore does not "shield" the scalp from the active chemical ingredients that are known irritants to the scalp and that compromise its integrity and permeability. Moreover, is very unlikely that an individual can effectively apply a so-called protective" barrier to the scalp in such a way that it will eliminate the potential for scalp irritation or even frank burns (Irungu et al. 2025).

The relaxer is washed out and then followed by a neutralizing shampoo in an attempt to replace the scalp pH balance and avert further breakdown of the keratin bonds. Thereafter, a conditioner, usually one that is found in the relaxer kit, is applied. The purpose of these steps is to restore lost moisture and to strengthen the weakened hair shaft through deep conditioning treatments. Generally speaking, the entire process of chemical hair straightening with hydroxides encompasses the following steps as shown in Table 2 below.

Table 3.

**Steps in Chemical Relaxing (Lanthionization)**

| | |
|---|---|
| Processing | Chemical relaxer is applied to the hair, which immediately begins to soften, enabling the chemical to penetrate the hair and thus loosen and relax the natural curl |
| Neutralizing | Once the hair has been sufficiently processed, the chemical relaxer is thoroughly rinsed out with warm water followed by either a built-in shampoo neutralizer or a combination product of prescribed shampoo and neutralizer |
| Conditioning | Chemical relaxer opens the hair cuticle, which is unable to maintain moisture Depending on a client's needs, the conditioner may be part of a series of hair treatments or may be applied to the hair after the relaxing treatment |
| Retouching | Chemical relaxer is applied to the new growth of hair every 8 to 10 weeks to maintain the straight style as the hair grows |

**Table 2** (Quinn et al. 2003).

However, even a thorough shampooing of the hair and scalp with a neutralizing shampoo will not completely eliminate all of the chemical hair product. The relaxer chemical that has accumulated into the reservoir space described above remains. This exposes the individual to the chemicals contained in hair relaxer products for extended periods of time. Since the procedure is permanent, treated hair has a more relaxed texture which requires being touched up with additional chemical relaxation every six to eight weeks, or sooner, depending upon the speed of hair growth which can vary from individual to individual.

All hydroxide-based relaxers have been linked with cumulative structural destruction, and the severity is also related to the amount of straightening attained. (Hatsbach de Paula et al. 2022). Adding conditioning agents or hydrolysates of

proteins provides a solution that may seem appealing on the surface but in my own experience are generally ineffective. (Needle et al. 2024). Often the relaxing process is accompanied by heat applications (e.g., blow dryer, and/or flat or curling irons) to enhance the chemical process and hasten smoothing of the hair to change its orientation. (Hatsbach de Paula et al. 2022). However, this may also further damage the hair and/or scalp.

**Why this is important:** The use of highly alkaline formulations continually breaks down the skin barrier protection of the scalp. Not only does this predispose scalp irritation and breakage, but this also promotes the absorption into the body of the chemical hair relaxer products (and co-formulants) including EDCs and other chemicals of concern reported to be present in these products.

## VIII. Chemical Hair Straighteners and Adverse Outcomes

Hair relaxers are well-known to cause local cutaneous scalp reactions, including eczema, allergic contact dermatitis, desquamation, pain, inflammation, and burns. (Needle et al. 2024). These reactions may vary based on hair relaxer type, duration of application, and exposure frequency. (Needle et al. 2024).

### A. Scalp Burns

These strongly alkaline preparations are capable of causing irritant contact dermatitis and chemical burns, especially in cases of improper or frequent use. (Needle et al. 2024). The injuries are not only cosmetic, which is why they can result in scarring alopecia and irreversible follicular damage. (Salam et al. 2013). Such a high proportion of scalp burns in users is of particular concern as the disruption of the epidermis enhances the systemic uptake of relaxer ingredients, including endocrine-disrupting chemicals (EDCs), thus connecting a local cosmetic effect to possible systemic health consequences. (Chang et al. 2022). An example of a “chemical” burn as a result of the hair relaxing process is depicted in the photograph below.



Fig. 2.3 Chemical burn on the scalp from a relaxer

**Figure 6** (Haskin et al. 2017).

The chemical hair relaxers that are the focus of this report have a strongly alkaline pH in the range of 11-14. This is an extremely corrosive pH level with the capability of causing liquefactive necrosis to skin proteins. (Irungu et al. 2025). A survey of the South African market supported that the reported median pH of chemical relaxers was 12.36, which was considered skin-corrosive. (Sishi et al. 2019). There is evidence that the petroleum-based protectants applied before relaxer application to limit scalp irritation and burns, have limited protective ability even when applied in a professional salon setting. Furthermore, the innate difficulty associated with the self-application of these protectants speaks to the high incidence of burns that occur with relaxer self-use in the home where most burns are reported. (Needle et al. 2024; Hatsbach de Paula et al. 2022).

Nevertheless, the ability to protect the scalp entirely from the corrosive effects of the hair relaxer product, even when applied according to manufacturer directions, is not feasible. The photograph below depicts the proximity of the chemicals that sit on the scalp hair in relation to the scalp skin. Moreover, the product is left on the scalp for a minimal period of 20 minutes, and in some cases of coarser hair, for longer periods of time. Given that the body, including the scalp, emits heat, it is inevitable that product shall gravitate and run back to the scalp skin and penetrate the barrier, even in the presence of so-called barriers or shields (i.e., petroleum jelly). In addition, over the course of the hair relaxer application, the petrolatum barrier thins and runs under the influence of this same heat, leaving the

skin of scalp, the hair follicles, and gland openings exposed to the corrosive effects of the alkaline chemicals. This is well-demonstrated by the photograph below.



Fig. 2.2 Chemical relaxer being applied to the roots of the hair to permanently straighten the curly "new growth"

**Figure 7** (Haskin et al. 2017)**.**

Furthermore, it is nearly impossible to prevent the relaxer chemical from coming into contact with areas surrounding skin, including the forehead, ears, and neck, areas where the protective petrolatum barrier is not applied. It should be noted that outside of the scalp the forehead has been demonstrated to have one of the highest densities of hair follicles. (Blume-Peytavi et al. 2010). This was expanded upon by Dragicevic and Maibach who found that the highest hair follicle density, percentage of hair follicle orifices on the skin surface, and infundibular surface area is found on the forehead. (Dragicevic and Maibach 2021).

In addition to direct tissue damage, scalp burns destroy the skin barrier, allowing unusually high rates of diffusion of these chemicals into the dermis where dilated capillaries in the area of burn facilitate absorption and systemic distribution.

**<u>Why this is important</u>:** The chemical hair relaxer inevitably will come into contact with the skin of the scalp and surrounding areas of the skin. These surrounding areas may also serve as an important pathway for transcutaneous absorption and may also experience inflammation and burns when contact occurs with the relaxer chemicals.

## IX. Inflammation

A key side effect of using chemical hair relaxers is inflammation. This results in hair loss, disruption of the follicle composition, and impairment of epidermal

barriers. (Needle et al. 2024). Clinical presentations of eczema-type and psoriasiform dermatitis are reported after relaxer use, and one series reported 7 acute and 43 chronic cases of psoriasiform dermatitis after Brazilian keratin treatments. (Sanchez-Duenas et al. 2022). Allergic contact dermatitis (ACD) is also frequently observed following chemical hair relaxer treatment, another source of scalp inflammation. In fact, in a 2024 study, investigators looked at 41 different chemical hair relaxer kits and found that each relaxer kit contained at least one allergen, as classified by the 2020 American Contact Dermatitis Society. (Okeke et al. 2024). Dermatopathology characteristics after hair relaxing treatments include spongiform changes, perifollicular inflammation and peri-pilar scaling which disturbs the follicular structure and promotes hair loss or alopecia. (Needle et al. 2024).

The combination of barrier compromise and inflammation increases hypervascularity offers a biologically plausible explanation why biomonitoring studies of Black women exposed to relaxers have higher systemic levels of the chemicals in relaxer products. (James-Todd et al. 2021). Localized adverse events related to hair relaxer treatments have the potential to expose remote tissues to high levels of these toxins.

**Why this is important:** This data further supports the key role that local inflammation plays in both compromising SC barrier function and facilitating toxin distribution.

## X. Hair Loss

Hair loss is a commonly reported side effect related to the use of chemical hair relaxers, which occurs as both a structural deformation of the hair and a disruptive inflammatory process into the hair follicular unit. Biochemical tests show relaxed hair having a much lower amount of cystine, citrulline and arginine in contrast to untreated hair. (Needle et al. 2024). This reduction matches with molecular signatures of brittle hair conditions like trichothiodystrophy, in which a deficient cysteine makes the cuticle susceptible to splits and breaks. (Mirmirani and Khumalo 2014). Arginine and citrulline are also involved in regulating nitric pathways. Therefore, the loss of these nutrients can be another result of an inflammatory microenvironment produced in the scalp, worsening follicular cycling. (Song et al. 2025).

Relaxers also have a role to play in scarring alopecia, especially in central centrifugal cicatricial alopecia (CCCA), which affects women of African descent disproportionately. A case-control study conducted by survey found chemical hair relaxer use was 12 times more likely in women with CCCA. (Ogunleye et al. 2014). In Black girls too, relaxer use was found to result in doubling the probability of traction alopecia especially when coupled with tight hairstyles as in the case of braids or cornrows. (Khumalo et al. 2008).

Chemical relaxer-mediated hair loss occurs through two converging physical mechanisms:

1. Direct chemical damage to the shaft, which causes loss of tensile strength and breakage and shedding.

2. Apoptosis, as a result of follicular inflammation changes the anagen growth period by inducing follicle miniaturization or scarring hair.

Chemical relaxers not only directly cause mechanical or structural weakening of the hair shaft, but also negatively influence the physiological condition of the follicular root system. This in turn leads to permanent follicular pathology and irreversible hair loss. Together these factors, coupled with the loss of scalp skin integrity as discussed above, provide a biologically plausible mechanism by which chemicals externally applied can penetrate the integument and be transported to other tissues and cells throughout the body. The adverse effects of using these chemical relaxer products are diverse and multifaceted. This supports the observed enhanced absorption of toxins, including endocrine disruptors and carcinogens as reported in the published literature, which enter into the systemic circulation of women using these products.

## XI. <u>Conclusion</u>

After my review of the available evidence, it is my opinion with reasonable medical certainty that it is biologically plausible that the chemicals contained in chemical hair relaxer products can be absorbed through the scalp during the application of and during the period after the application has been completed. This process of absorption can be further enhanced by loss of integrity to the scalp skin due to the highly alkaline pH of the chemical hair relaxer products. This loss of scalp skin integrity can manifest as irritation, lesions, contact dermatitis (ACD) and/or frank burns to the scalp skin. After being absorbed in this manner, the chemicals can enter the body's bloodstream through the rich capillary network that sits within the dermis to then be distributed to other parts of the body, including internal organs. Furthermore, because chemical hair relaxers cause the skin barrier to be compromised for days to weeks after the application process, this increases the vulnerability and risk to the user of additional exposures over an extended period of time outside of the hair relaxing process itself. It is my further opinion that the local and physiological effects caused by the application of chemical hair relaxers support the existence of biologically plausible mechanisms to explain the excess risk of uterine and ovarian cancers reported in the epidemiologic studies.

I reserve my right to supplement or amend this report in the event that new or additional materials become available to me.

Testimony that I have provided in the last four years is set forth in Exhibit C for this report.

My fee schedule for providing expert services is attached as Exhibit D.

November 30, 2025_
Date

Clarence W. Brown, Jr., MD

## Reference List:

Aguh, Crystal, and Ginette Okoye, eds. 2017. *Fundamentals of Ethnic Hair*. Springer International Publishing.

Alchorne, Maurício Mota de Avelar, Katleen da Cruz Conceição, Leonardo Lora Barraza, and Marilda Aparecida Milanez Morgado de Abreu. 2024. “Dermatology in Black Skin.” *Anais Brasileiros de Dermatologia* 99 (3): 327–41. https://doi.org/10.1016/j.abd.2023.10.001.

Awad, Christian, Parsa Abdi, Rebecca M. Law, Thomas Lacaprucia, and Howard I. Maibach. 2025. “Sebaceous Gland Role in Percutaneous Absorption: Human and Animal.” *Archives of Dermatological Research* 317 (1): 927. https://doi.org/10.1007/s00403-025-04437-y.

Bertrand, Kimberly A., Lauren Delp, Patricia F. Coogan, et al. 2023. “Hair Relaxer Use and Risk of Uterine Cancer in the Black Women’s Health Study.” *Environmental Research* 239 (Pt 1): 117228. https://doi.org/10.1016/j.envres.2023.117228.

Blume-Peytavi, Ulrike, Lida Massoudy, Alexa Patzelt, et al. 2010. “Follicular and Percutaneous Penetration Pathways of Topically Applied Minoxidil Foam.” *European Journal of Pharmaceutics and Biopharmaceutics: Official Journal of Arbeitsgemeinschaft Fur Pharmazeutische Verfahrenstechnik e.V* 76 (3): 450–53. https://doi.org/10.1016/j.ejpb.2010.06.010.

Braun, Joe M., Allan C. Just, Paige L. Williams, Kristen W. Smith, Antonia M. Calafat, and Russ Hauser. 2014. “Personal Care Product Use and Urinary Phthalate Metabolite and Paraben Concentrations during Pregnancy among Women from a Fertility Clinic.” *Journal of Exposure Science & Environmental Epidemiology* 24 (5): 459–66. https://doi.org/10.1038/jes.2013.69.

Brooks, Sarah G., Rami H. Mahmoud, Rachel R. Lin, Joachim W. Fluhr, and Gil Yosipovitch. 2025. “The Skin Acid Mantle: An Update on Skin pH.” *The Journal of Investigative Dermatology* 145 (3): 509–21. https://doi.org/10.1016/j.jid.2024.07.009.

Buffoli, Barbara, Fabio Rinaldi, Mauro Labanca, et al. 2014. “The Human Hair: From Anatomy to Physiology.” *International Journal of Dermatology* 53 (3): 331–41. https://doi.org/10.1111/ijd.12362.

Burton, Michael E. 2006. *Applied Pharmacokinetics & Pharmacodynamics: Principles of Therapeutic Drug Monitoring*. Lippincott Williams & Wilkins.

Chang, Che-Jung, Katie M. O’Brien, Alexander P. Keil, et al. 2022. “Use of Straighteners and Other Hair Products and Incident Uterine Cancer.” *Journal of the National Cancer Institute* 114 (12): 1636–45. https://doi.org/10.1093/jnci/djac165.

Dancik, Yuri, Paul L. Bigliardi, and Mei Bigliardi-Qi. 2015. "What Happens in the Skin? Integrating Skin Permeation Kinetics into Studies of Developmental and Reproductive Toxicity Following Topical Exposure." *Reproductive Toxicology* 58 (December): 252–81. https://doi.org/10.1016/j.reprotox.2015.10.001.

Dragicevic, Nina, and Howard Maibach, eds. 2021. *Percutaneous Absorption, Drugs, Cosmetics, Mechanisms, and Methods*. 5th ed. CRC Press.

Elgash, May, Ncoza Dlova, Temitayo Ogunleye, and Susan C. Taylor. 2019. "Seborrheic Dermatitis in Skin of Color: Clinical Considerations." *Journal of Drugs in Dermatology: JDD* 18 (1): 24–27.

Essa, Ebtessam A, Michael C Bonner, and Brian W Barry. 2002. "Human Skin Sandwich for Assessing Shunt Route Penetration during Passive and Iontophoretic Drug and Liposome Delivery." *Journal of Pharmacy and Pharmacology* 54 (11): 1481–90. https://doi.org/10.1211/002235702135.

Feschuk, Aileen M., Nadia Kashetsky, Chavy Chiang, Anuk Burli, Halie Burdick, and Howard I. Maibach. 2022. "Regional Variation in Percutaneous Absorption in in Vitro Human Models: A Systematic Review." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 25 (3): 97–112. https://doi.org/10.1080/10937404.2022.2032517.

Gorzelanny, Christian, Christian Mess, Stefan W. Schneider, Volker Huck, and Johanna M. Brandner. 2020. "Skin Barriers in Dermal Drug Delivery: Which Barriers Have to Be Overcome and How Can We Measure Them?" *Pharmaceutics* 12 (7): 684. https://doi.org/10.3390/pharmaceutics12070684.

Gray, J. 2001. "Hair Care and Hair Care Products." *Clinics in Dermatology* 19 (2): 227–36. https://doi.org/10.1016/s0738-081x(00)00133-4.

Grayson, Ciara, and Amy McMichael. 2024. "Ch. 2 - Ethnic Differences in Hair." In *Procedures in Cosmetic Dermatology*. Elsevier.

Haskin, Alessandra, Ginette Okoye, and Crystal Aguh. 2017. "Ch.2 - Chemical Modifications of Ethnic Hair." In *Fundamentals of Ethnic Hair*, edited by Crystal Aguh and Ginette Okoye. Springer International Publishing.

Hatsbach de Paula, Joane Nathache, Flávia Machado Alves Basílio, and Fabiane Andrade Mulinari-Brenner. 2022. "Effects of Chemical Straighteners on the Hair Shaft and Scalp." *Anais Brasileiros de Dermatologia* 97 (2): 193–203. https://doi.org/10.1016/j.abd.2021.02.010.

Helm, Jessica S., Marcia Nishioka, Julia Green Brody, Ruthann A. Rudel, and Robin E. Dodson. 2018. "Measurement of Endocrine Disrupting and Asthma-Associated Chemicals in Hair Products Used by Black Women." *Environmental Research* 165 (August): 448–58. https://doi.org/10.1016/j.envres.2018.03.030.

Hueber, F., H. Schaefer, and J. Wepierre. 2009. "Role of Transepidermal and Transfollicular Routes in Percutaneous Absorption of Steroids: In Vitro Studies on Human Skin." *Skin Pharmacology* 7 (5): 237–44. https://doi.org/10.1159/000211300.

Illel, Brigitte, Hans Schaefer, Jacques Wepierre, and Olivier Doucet. 1991. "Follicles Play an Important Role in Percutaneous Absorption." *Journal of Pharmaceutical Sciences* 80 (5): 424–27. https://doi.org/10.1002/jps.2600800505.

Irungu, Beatrice N., Adana A. M. Llanos, Mary Nyangi, et al. 2025. "Chemicals of Concern in Select Packaged Hair Relaxers Available on the Kenyan Market: An Examination of Ingredient Labels and Measurement of pH." *Frontiers in Public Health* 13 (April). https://doi.org/10.3389/fpubh.2025.1532113.

ISDIN. 2025. "Dandruff: Advices and Shampoos to Fight It Effectively." https://www.isdin.com/en-GB/dandruff/https//www.isdin.com/en-GB/dandruff/.

James-Todd, Tamarra, Lisa Connolly, Emma V. Preston, et al. 2021. "Hormonal Activity in Commonly Used Black Hair Care Products: Evaluating Hormone Disruption as a Plausible Contribution to Health Disparities." *Journal of Exposure Science & Environmental Epidemiology* 31 (3): 476–86. https://doi.org/10.1038/s41370-021-00335-3.

Khumalo, Nonhlanhla P., Susan Jessop, Freedom Gumedze, and Rodney Ehrlich. 2008. "Determinants of Marginal Traction Alopecia in African Girls and Women." *Journal of the American Academy of Dermatology* 59 (3): 432–38. https://doi.org/10.1016/j.jaad.2008.05.036.

Lademann, J., H. Richter, U. F. Schaefer, et al. 2006. "Hair Follicles - a Long-Term Reservoir for Drug Delivery." *Skin Pharmacology and Physiology* 19 (4): 232–36. https://doi.org/10.1159/000093119.

Lademann, Juergen, Heike Richter, Alexa Teichmann, et al. 2007. "Nanoparticles – An Efficient Carrier for Drug Delivery into the Hair Follicles." *European Journal of Pharmaceutics and Biopharmaceutics* 66 (2): 159–64. https://doi.org/10.1016/j.ejpb.2006.10.019.

Lademann, Juergen, Hans-Juergen Weigmann, Christiane Rickmeyer, et al. 1999. "Penetration of Titanium Dioxide Microparticles in a Sunscreen Formulation into the Horny Layer and the Follicular Orifice." *Skin Pharmacology and Applied Skin Physiology* 12 (5): 247–56. https://doi.org/10.1159/000066249.

Levin, Jackie, and Howard Maibach. 2005. "The Correlation between Transepidermal Water Loss and Percutaneous Absorption: An Overview." *Journal of Controlled Release: Official Journal of the Controlled Release Society* 103 (2): 291–99. https://doi.org/10.1016/j.jconrel.2004.11.035.

McMinn, R.M., and R.T. Hutchings, eds. 1990. *A Colour Atlas of Human Anatomy*. 3rd ed. Wolfe Publishing.

Meadows, Michelle. 2001. "Heading Off Hair-Care Disasters: Use Caution With Relaxers and Dyes." U.S. Food and Drug Administration; FDA Consumer Magazine. https://permanent.access.gpo.gov/lps1609/www.fda.gov/fdac/features/2001/101_hair.html.

Miranda-Vilela, A. L., A. J. Botelho, and L. A. Muehlmann. 2014. "An Overview of Chemical Straightening of Human Hair: Technical Aspects, Potential Risks to Hair Fibre and Health and Legal Issues." *International Journal of Cosmetic Science* 36 (1): 2–11. https://doi.org/10.1111/ics.12093.

Mirmirani, Paradi, and Nonhlanhla P. Khumalo. 2014. "Traction Alopecia: How to Translate Study Data for Public Education--Closing the KAP Gap?" *Dermatologic Clinics* 32 (2): 153–61. https://doi.org/10.1016/j.det.2013.12.003.

Needle, Carli D., Caitlin A. Kearney, Anna L. Brinks, et al. 2024. "Safety of Chemical Hair Relaxers: A Review Article." *JAAD Reviews* 2 (December): 50–56. https://doi.org/10.1016/j.jdrv.2024.09.001.

Netter, F.H., ed. 2018. *Atlas of Human Anatomy*. 7th ed. Elsevier.

Obukowho, Patrick. 2018. *Hair Relaxers: Science, Design, and Application*. Dorrance Publishing Co.

Ogiso, Taro, Toshiya Shiraki, Kazuto Okajima, Tadatoshi Tanino, Masahiro Iwaki, and Tetsuyuki Wada. 2002. "Transfollicular Drug Delivery: Penetration of Drugs through Human Scalp Skin and Comparison of Penetration between Scalp and Abdominal Skins in Vitro." *Journal of Drug Targeting* 10 (5): 369–78. https://doi.org/10.1080/1061186021000001814.

Ogunleye, Temitayo A., Amy McMichael, and Elise A. Olsen. 2014. "Central Centrifugal Cicatricial Alopecia: What Has Been Achieved, Current Clues for Future Research." *Dermatologic Clinics* 32 (2): 173–81. https://doi.org/10.1016/j.det.2013.12.005.

Okeke, Chidubem A. V., Janyla A. Seltzer, Christian B. De Guzman, et al. 2024. "Allergen Content of Popular Chemical Hair Relaxers: A Product Analysis." *Contact Dermatitis* 91 (2): 139–45. https://doi.org/10.1111/cod.14583.

Otberg, Nina, Alexa Patzelt, Utkur Rasulev, et al. 2008. "The Role of Hair Follicles in the Percutaneous Absorption of Caffeine." *British Journal of Clinical Pharmacology* 65 (4): 488–92. https://doi.org/10.1111/j.1365-2125.2007.03065.x.

Patzelt, Alexa, and Juergen Lademann. 2013. "Drug Delivery to Hair Follicles." *Expert Opinion on Drug Delivery* 10 (6): 787–97. https://doi.org/10.1517/17425247.2013.776038.

Quinn, Chemene R., Timothy M. Quinn, and A. Paul Kelly. 2003. "Hair Care Practices in African American Women." *Cutis* 72 (4): 280–82, 285–89.

Richardson, Vanessa, Ada T. Agidi, Erica R. Eaddy, and Loretta S. Davis. 2017. "Ten Pearls Every Dermatologist Should Know about the Appropriate Use of Relaxers." *Journal of Cosmetic Dermatology* 16 (1): 9–11. https://doi.org/10.1111/jocd.12262.

Salam, A., S. Aryiku, and O. E. Dadzie. 2013. "Hair and Scalp Disorders in Women of African Descent: An Overview." *The British Journal of Dermatology* 169 Suppl 3 (October): 19–32. https://doi.org/10.1111/bjd.12534.

Sanchez-Duenas, Luis Enrique, Angelica Ruiz-Dueñas, Elizabeth Guevara-Gutiérrez, and Alberto Tlacuilo-Parra. 2022. "Psoriasiform Skin Reaction Due to Brazilian Keratin Treatment: A Clinical-Dermatoscopic Study of 43 Patients." *International Journal of Trichology* 14 (3): 103–8. https://doi.org/10.4103/ijt.ijt_62_21.

Sandler, Dale P., M. Elizabeth Hodgson, Sandra L. Deming-Halverson, et al. 2017. "The Sister Study Cohort: Baseline Methods and Participant Characteristics." *Environmental Health Perspectives* 125 (12): 127003. https://doi.org/10.1289/EHP1923.

Schildroth, Samantha, Ruth J. Geller, Amelia K. Wesselink, et al. 2024. "Hair Product Use and Urinary Biomarker Concentrations of Non-Persistent Endocrine Disrupting Chemicals among Reproductive-Aged Black Women." *Chemosphere* 361 (August): 142442. https://doi.org/10.1016/j.chemosphere.2024.142442.

Schmid-Wendtner, M.-H., and H. C. Korting. 2006. "The pH of the Skin Surface and Its Impact on the Barrier Function." *Skin Pharmacology and Physiology* 19 (6): 296–302. https://doi.org/10.1159/000094670.

Sishi, V. N. B., J. C. Van Wyk, and N. P. Khumalo. 2019. "The pH of Lye and No-Lye Hair Relaxers, Including Those Advertised for Children, Is at Levels That Are Corrosive to the Skin." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 109 (12): 941–46. https://doi.org/10.7196/SAMJ.2019.v109i12.14010.

Song, Weiguo, Mingli Peng, Qiqi Ma, et al. 2025. "The Skin Microenvironment: A Dynamic Regulator of Hair Follicle Development, Cycling and Disease." *Biomolecules* 15 (9): 1335. https://doi.org/10.3390/biom15091335.

Surber, Christian, Philippe Humbert, Christoph Abels, and Howard Maibach. 2018. "The Acid Mantle: A Myth or an Essential Part of Skin Health?" *Current Problems in Dermatology* 54: 1–10. https://doi.org/10.1159/000489512.

Tanus, Aline, Camila Caberlon Cruz Oliveira, Delky Johanna Villarreal Villarreal, Fernando Andres Vargas Sanchez, and Maria Fernanda Reis Gavazzoni Dias. 2015. "Black Women's Hair: The Main Scalp Dermatoses and Aesthetic Practices in

Women of African Ethnicity." *Anais Brasileiros de Dermatologia* 90 (4): 450–65. https://doi.org/10.1590/abd1806-4841.20152845.

Taylor, Susan C. 2002. "Skin of Color: Biology, Structure, Function, and Implications for Dermatologic Disease." *Journal of the American Academy of Dermatology* 46 (2 Suppl Understanding): S41-62. https://doi.org/10.1067/mjd.2002.120790.

Tenjarla, Srini N., Ram Kasina, Porranee Puranajoti, Mehboob S. Omar, and Wayne T. Harris. 1999. "Synthesis and Evaluation of *N*-Acetylprolinate Esters — Novel Skin Penetration Enhancers." *International Journal of Pharmaceutics* 192 (2): 147–58. https://doi.org/10.1016/S0378-5173(99)00300-2.

Turner, N. G., and R. H. Guy. 1998. "Visualization and Quantitation of Iontophoretic Pathways Using Confocal Microscopy." *The Journal of Investigative Dermatology. Symposium Proceedings* 3 (2): 136–42. https://doi.org/10.1038/jidsymp.1998.28.

Wesley, Naissan O., and Howard I. Maibach. 2003. "Racial (Ethnic) Differences in Skin Properties: The Objective Data." *American Journal of Clinical Dermatology* 4 (12): 843–60. https://doi.org/10.2165/00128071-200304120-00004.

White, Alexandra J., Dale P. Sandler, Symielle A. Gaston, Chandra L. Jackson, and Katie M. O'Brien. 2021. "Use of Hair Products in Relation to Ovarian Cancer Risk." *Carcinogenesis* 42 (9): 1189–95. https://doi.org/10.1093/carcin/bgab056.

Zaidi, Zohra. 2017. "Skin of Colour: Characteristics and Disease." *JPMA. The Journal of the Pakistan Medical Association* 67 (2): 292–99.

# Exhibit A

# Clarence William Brown, Jr., MD, JD

[redacted]

## Clinical:

**Gundersen Healthcare Dermatology**, Onalaska, WI
Medical and Surgical Dermatology, Mohs Micrographic Surgery: 2022 – present.

**Advanced Skin and Mohs Surgery Center**, Chicago, IL and St. Joseph, MI
Medical and Surgical Dermatology, Director Mohs Micrographic Surgery: 2000 – 2022.

**Lincoln Park Dermatology**, Chicago, IL
Medical and Surgical Dermatology: 1997-2002, 2016 – 2022.

**St. Joseph Dermatology,** St. Joseph, Michigan
Medical and Surgical Dermatology, Mohs Micrographic Surgery: 2009 – 2016

**University Dermatology,** Darien and Skokie, Illinois
Medical and Surgical Dermatology, Mohs Micrographic Surgery: 2009 – 2016

## Consulting:

**ML Consuting Inc.,** Chicago, IL
Medical Legal Consulting, ExpertWitness, Trial Preparation: 2020 – present.

## Academic:

**AMITA St. Joseph Medical Center, Chicago, Illinois**
Section Chief of Dermatology: 2018 – 2022.

**Rush University Medical Center,** Chicago, Illinois
Director of Mohs Micrographic and Dermatologic Surgery: 2001 - 2009
Assistant Professor of Dermatology: 2001- 2009
Associate Program Director: 2004 - 2008
Coordinator of Clinical Operations: 2007 - 2009

## Research:

**Taltz Phase III Clinical Trial, Co-investigator.**
University Dermatology, Darien, IL: 2015-2016.

## Post Graduate Training:

**Mohs Surgery Fellowship:** July 1999 - June 2000
Baptist Medical Center, Kansas City, Missouri

**Dermatology Residency:** July 1996 - June 1999
Rush-Presbyterian-St. Luke's Medical Center, Chicago, Illinois

**Internal Medicine Internship:** June 1995 - June 1996
University of Chicago Hospitals, Chicago, Illinois

## Education:

**John Marshall Law School,** Chicago, Illinois,
Juris Doctorate (JD), 2018.

**University of Pittsburgh School of Medicine**, Pittsburgh, Pennsylvania
Medical Doctorate (MD); May 1995

**Carnegie Mellon University**, Pittsburgh, Pennsylvania
B.S. in Chemical and Bio-Medical Engineering; May 1991

## Board Certification:

1999 by the American Board of Dermatology: Dermatology
2009 by the American Board of Dermatology: Dermatology
2018 by the American Board of Dermatology: Dermatology
2021 by the American Board of Dermatology: Micrographic and Procedural Dermatology

## Publications:

**Brown CW**. Complications of Laser Surgery, In: James WD, Elston D. (Chief Eds.); eMedicine Dermatology. St. Petersburgh: eMedicine Corporation, 2020.

**Brown CW**. Cherry Angiomas. In: James WD, Elston D. (Chief Eds.); eMedicine Dermatology. St. Petersburgh: eMedicine Corporation, 2020.

**Brown CW**. Pearly Penile Papules. In: James WD, Elston D. (Chief Eds.); eMedicine Dermatology. St. Petersburgh: eMedicine Corporation, 2020.

**Brown CW**. Seabather's Euuption. In: James WD, Elston D. (Chief Eds.); eMedicine Dermatology. St. Petersburgh: eMedicine Corporation, 2020.

Dimitropoulos V, **Brown CW Jr**, Ressa NA, Newman M. Reasons Behind the Ink. Cutis. 2016 Nov; 98(5): 320-322.

Kahn SL, Podjasek JO, Dimitropoulos VA, **Brown CW.** Natural Rubber Latex Allergy, Disease-a-Month, 2016, 62(1): 1-18.

Kahn SL, Podjasek JO, Dimitropoulos VA, **Brown CW.** Excisional Debulking and Electrosurgery of Otophyma and Rhinophyma, Dermatologic Surgery, 2016 Jan; 42(1): 137-139.

**Brown CW,** Dy LC**.** *Eccrine Porocarcinoma*. Derm Therapy. 2008 Dec; 21(6): 433-438.

**Brown CW**, O'Donoghue MN, Moore JA, Tharp M. Recalcitrant Molluscum Contagiosum in an mv Afflicted Male Treated Successfully with Topical Imiquimod. CUTIS. 2000; 27(4): 287-294.

**Brown CW** and Marschall SF. *Lupus Erythematosus: Reading the Skin for Diagnostic Clues.* Consultations in Primary Care, 1999; 39(4): 1173-1190.

**Brown CW** and Marschall SF. *Connective Tissue Disease Update: Focus on Scleroderma.* Consultations in Primary Care, 1999; 39(7): 2071-2082.

**Brown CW** and Marschall SF. *Connective Tissue Disease Update: Focus on Dematomyositis.* Consultations in Primary Care, 1999; 39(10): 2867-2875.

**Brown CW** and Deng JS. *Thiazide Diuretics Induce Cutaneous Lupus-Like Adverse Reaction:* University of Pittsburgh School of Medicine. J. of Clinical Toxicology, 1995; 33(6): 729-733.

Campbell T, Dimitropoulos VA, **Brown CW**. *Successful Treatment of Eruptive Unilateral Angiokeratomas*. Arch Dermatol. 2008 Dec; 144(12):1663-1664.

Carrol P, **Brown CW**, Goldstein GD. *Metastatic Microcystic Adnexal Carcinoma*. J Derm Surg Cutaneous Oncol, 2000; 20(7): 429-34.

Guise NB, Huber JT, Guise DA, **Brown CW**, Bankowitz RA, Hunt S. *Information Needs of an AIDS Outpatient Clinic as Determined by Chart Review:* University of Pittsburgh School of Medicine. J. of the American Medical Informatics Assoc.: Sept. 1994.

Haugen RN, **Brown CW.** Case Reports: Type I Hypersensitivity to Lidocaine. J Drugs Dermatol. 2007 Dec;6(12):1222-3.

## Professional Societies:

American Academy of Dermatology

American Society of Dermatologic Surgery

Dermatology Foundation

Illinois State Medical Society

American College of Mohs Surgery

Wisconsin State Medical Society

Chicago Medical Society

American Medical Association

International Society Dermatological Surgery

## Committee Participation:

President, Illinois State Medical Society, 2022 - 2023.

President, Chicago Medical Society, 2016 - 2017.

Board Trustee, Illinois State Medical Society, 2014 – 2018.

Vice-President, Illinois State Medical Society, 2018 - 2019.

Secretary, Chicago Medical Society, 2011 – 2016.

Medical Legal Counsel, Illinois State Medical Society, 2008 – Present.

Economics Counsel, Illinois State Medical Society, 2014– Present.

Professional Conduct Committee, American Society of Dermatologic Surgery, 2014 – Present.

Council on Communications, Illinois State Medical Society 2008 – 2009.

District 1 President, Chicago Medical Society, 2014 – 2017.

Practice Management Task Force, American Academy of Dermatology, 2011 - 2015.

Audit Committee, American Society of Dermatologic Surgery, 2009 – 2014.

Cancer Committee, Rush University Medical Center, 2008 – 2009.

Transplant Advisory Committee, Rush University Medical Center 2008 – 2009

Invasive and Operative Procedures Committee, Rush University Medical Center 2004 – 2009.

Associates Board, Rush University Medical Center, 2006 – 2009.

Young Physicians Committee, American Academy of Dermatology, 2007 – 2011.

Observer to the Board, American Academy of Dermatology, 2008 - 2009.

President of House Staff Council: Rush-Presbyterian-St. Luke's Medical Center; 1998-1999.

## Volunteerism:

Carnegie Mellon Univeristy, Mellon College of Science Associates Board, 2020 - Present

Associates Board, Finance Committee, RUSH University Medical Center, 2007 – 2010.

RUSH Generations, Community Outreach, RUSH University Medical Center, November 2007

Skin Cancer Screening On North Avenue Beach, Chicago Dermatologic Society, Chicago, Illinois, 2002, 2003, 2004, 2005

## Volunteerism (cont.):

Skin Cancer Screening, RUSH University Medical Center, Chicago, Illinois, 2001-2009.

Skin Cancer Screening, RUSH North Shore Medical Center, Skokie, Illinois, 2002, - 2012.

## Presentations:

Internal Medicine Clinical Lecture: *AutoImmune Diseases and the Skin*. AMITA St. Joseph Medical Center, October 2018.

Internal Medicine Clinical Lecture: *Blistering Diseases of the Skin*. AMITA St. Joseph Medical Center, May 2018.

Board Review Course, AMITA St. Joseph Medical Center, Internal Medicine Residency Program, April, 2018.

Internal Medicine Clinical Lecture: *Diseases of the Mucous Membranes*. AMITA St. Joseph Medical Center, March 2018.

Basics of Dermatologic Surgery, International Society for Dermatologic Surgery, 2014.

Starting a Mohs Surgical Practice, American Academy of Dermatology, March 2011

Starting a Mohs Surgical Practice, American College of Mohs Surgery, May 2010

Practice Pearls, American College of Mohs Surgery, May 2009.

Practice Pearls, American College of Mohs Surgery, May 2008.

Medical Student Dermatology Lecture Series: *Benign and Malignant Neoplasms*. Rush University Medical Center, 2002 – 2009.

Medical Student Dermatology Clinical Patient Viewing. Rush University Medical Center, 2002 – 2008.

Chicago Board Review Course: Dermatologic Surgery for the Boards. Oakbrook, IL 2004 - 2009.

American Academy of Dermatology Annual Meeting: *Young Physician's Forum; Maintenance of Certification.* San Francisco, California, March 2009

American Academy of Dermatology Annual Meeting: *Practice Administration; 20 Tips for an Efficient Office in 20 Minutes.* San Francisco, California, March 2009.

Dermatologic Surgery Lecture Series: Five Part Lecture Series over course of academic year to Dermatology Residents of RUSH and Cook County. 2001 – 2009.

## Presentations (cont.):

Dermatology Resident Pig's Foot Lab: Practical Hands on Pigs Foot Surgical Technique Lab for RUSH and Cook County Dermatology Residents. 2001 -2009.

Grand Rounds: Benign and Malignant Cutaneous Neoplasms. Plastic Surgery Department, RUSH University Medical Center, 2002, 2004, 2006, 2008.

Grand Rounds: *Oral Cutaneous Diseases*. Plastic Surgery Department, RUSH University Medical Center, April 2004.

Grand Rounds: *Dermatologic Surgery Emergencies*. RUSH University Medical Center Department of Dermatology 2004, 2006, 2008

American Academy of Dermatology Summer Meeting: *Therapuetics: An Update in Dermatologic Surgery*, Chicago, IL July 2006

Chicago Dermatologic Society, Surgical Dermatology Lecture: *Complications of Cutaneous Surgery*, University of Illinois, Chicago, April 2006

Chicago Park Outreach Program: *Skin Cancer and Sun Safety*. American Cancer Society Four Part Annual Lecture Series, 2003 -2005.

Grand Rounds: *Photodynamic Therapy*. RUSH University Medical Center Department of Dermatology, November 2003.

Internal Medicine Grand Rounds: *Skin Cancer Update*. St. Joseph's Hospital, Internal Medicine Clinical Lecture, October 2003.

Grand Rounds: *Photocarcinogenesis*. RUSH University Medical Center Department of Dermatology, September 2003.

Grand Rounds: *Epithelial Cell Tumor Biology*. RUSH University Medical Center Department of Dermatology, January 2003.

Internal Medicine Clinical Lecture: *Skin Cancer Update*. Rush North Shore Medical Center, May 2002.

Chicago Medical Society Lecture: *Human Papilloma Virus and Its Role in Oncogenesis*. Chicago Illinois, March 2002.

# Exhibit B

| **Materials Considered by Expert Dr. Clarence Brown** |
| --- |
| All materials referenced and/or discussed within general opinion report are incorporated herein by reference |
| |
| ADAIR-SON0000002858 |
| ADAIR-SON0000002909 |
| ADAIR-SON0000004338 |
| Aguh, Crystal, and Ginette A. Okoye. "Fundamentals of ethnic hair." *Cham, Switzerland: Springer International Publishing* (2017). |
| Ahmad, Shahzad, et al. "Molecular docking reveals the potential of phthalate esters to inhibit the enzymes of the glucocorticoid biosynthesis pathway." *Journal of Applied Toxicology* 37.3 (2017): 265-277. |
| Alchorne, Maurício Mota de Avelar, et al. "Dermatology in black skin." *Anais Brasileiros de Dermatologia* 99.3 (2024): 327-341. |
| Arfin, Saniya, et al. "Oxidative stress in cancer cell metabolism." *Antioxidants* 10.5 (2021): 642. |
| AVLON_00000116 |
| AVLON_00000117 |
| AVLON_00000145 |
| AVLON_00004886 |
| AVLON_00006573 |
| AVLON_00006591 |
| AVLON_00011857 |
| AVLON_00022770 |

| |
|---|
| AVLON_00220630 |
| Balabanic, Damjan, Marjan Rupnik, and Aleksandra Krivograd Klemencic. "Negative impact of endocrine-disrupting compounds on human reproductive health." *Reproduction, Fertility and Development* 23.3 (2011): 403-416. |
| Barreto, Taynara, et al. "Straight to the point: what do we know so far on hair straightening?." *Skin Appendage Disorders* 7.4 (2021): 265-271. |
| Bertrand, Kimberly A., et al. "Hair relaxer use and risk of uterine cancer in the Black Women's Health Study." *Environmental Research* 239 (2023): 117228. [including supplemental materials] |
| Booker, Matthew J. "Stevens-Johnson Syndrome triggered by chemical hair relaxer: a case report." *Cases Journal* 2.1 (2009): 7748. |
| Borahay, Mostafa A., et al. "Estrogen receptors and signaling in fibroids: role in pathobiology and therapeutic implications." *Reproductive sciences* 24.9 (2017): 1235-1244. |
| Borgeest, C., et al. "The effects of endocrine disrupting chemicals on the ovary." *Front Biosci* 7.1-3 (2002): d1941-d1948. |
| Bormann, Jordan L., and Howard I. Maibach. "Effects of anatomical location on in vivo percutaneous penetration in man." *Cutaneous and Ocular Toxicology* 39.3 (2020): 213-222. |
| Boyle, Meleah D., et al. "Occupational exposures to phthalates among black and Latina US hairdressers serving an ethnically diverse clientele: a pilot study." *Environmental Science & Technology* 55.12 (2021): 8128-8138. |
| Byford, J. R., et al. "Oestrogenic activity of parabens in MCF7 human breast cancer cells." *The Journal of steroid biochemistry and molecular biology* 80.1 (2002): 49-60. |
| Calaf, Gloria M., et al. "Oxidative stress in female cancers." *Oncotarget* 9.34 (2018): 23824. |
| Cao, Wan-shuang, et al. "Low-dose phthalates promote breast cancer stem cell properties via the oncogene ΔNp63α and the Sonic hedgehog pathway." *Ecotoxicology and Environmental Safety* 252 (2023): 114605. |
| Caserta, Donatella, et al. "Endocrine disruptors and endometrial cancer: molecular mechanisms of action and clinical implications, a systematic review." *International Journal of Molecular Sciences* 23.6 (2022): 2956. |
| Caserta, Donatella, et al. "Impact of endocrine disruptor chemicals in gynaecology." *Human reproduction update* 14.1 (2008): 59-72. |
| Chang, Che-Jung, et al. "Response to Etminan." *JNCI: Journal of the National Cancer Institute* 115.2 (2023): 233-234. |
| Chang, Che-Jung, et al. "Use of personal care product mixtures and incident hormone-sensitive cancers in the Sister Study: a US-wide prospective cohort." *Environment international* 183 (2024): 108298. [including supplemental materials] |

| |
|---|
| Chang, Che-Jung, et al. "Use of straighteners and other hair products and incident uterine cancer." *JNCI: Journal of the National Cancer Institute* 114.12 (2022): 1636-1645. [including supplemental materials] |
| Chen, Fang-Ping, et al. "Effects of phthalates on normal human breast cells co-cultured with different fibroblasts." *PLoS One* 13.6 (2018): e0199596. |
| Chen, Fang-Ping, Mei-Hua Chien, and Chun-Hui Lee. "The no-observed-adverse-effect level of phthalates promotes proliferation and cell cycle progression in normal human breast cells." *Taiwanese Journal of Obstetrics and Gynecology* 62.6 (2023): 874-883. |
| Chen, Fang-Ping, Mei-Hua Chien, and Ingrid Ying-Yu Chern. "Impact of low concentrations of phthalates on the effects of 17β-estradiol in MCF-7 breast cancer cells." *Taiwanese Journal of Obstetrics and Gynecology* 55.6 (2016): 826-834. |
| Chen, F-P., and M-H. Chien. "Lower concentrations of phthalates induce proliferation in human breast cancer cells." *Climacteric* 17.4 (2014): 377-384. |
| Cho, Yoon Hee, et al. "Exposure to Phthalates and Alternative Plasticizers Is Associated with Methylation Changes of ESR1 and PGR in Uterine Leiomyoma: The ELENA Study." *Applied Sciences* 11.9 (2021): 4234. |
| Craig, Zelieann R., Wei Wang, and Jodi A. Flaws. "Endocrine-disrupting chemicals in ovarian function: effects on steroidogenesis, metabolism and nuclear receptor signaling." *Reproduction* 142.5 (2011): 633. |
| Crawford, Karla, and Claudia Hernandez. "A review of hair care products for black individuals." *Cutis* 93.6 (2014): 289-293. |
| Czarnywojtek, A., et al. "The effect of endocrine disruptors on the reproductive system-current knowledge." *European Review for Medical & Pharmacological Sciences* 25.15 (2021). |
| Dairkee, Shanaz H., et al. "Reduction of daily-use parabens and phthalates reverses accumulation of cancer-associated phenotypes within disease-free breast tissue of study subjects." *Chemosphere* 322 (2023): 138014. |
| Darbre, P. D., et al. "Oestrogenic activity of benzylparaben." *Journal of Applied Toxicology: An International Journal* 23.1 (2003): 43-51. |
| Darbre, P. D., et al. "Oestrogenic activity of isobutylparaben in vitro and in vivo." *Journal of Applied Toxicology: An International Journal* 22.4 (2002): 219-226. |
| Darbre, Philippa D. "Environmental oestrogens, cosmetics and breast cancer." *Best practice & research clinical endocrinology & metabolism* 20.1 (2006): 121-143. |
| Darbre, Philippa D., et al. "Concentrations of parabens in human breast tumours." *Journal of Applied Toxicology: An International Journal* 24.1 (2004): 5-13. |
| Deavall, Damian G., et al. "Drug induced oxidative stress and toxicity." *Journal of toxicology* 2012.1 (2012): 645460. |
| Dogan, Selen, et al. "Traces of intact paraben molecules in endometrial carcinoma." *Environmental Science and Pollution Research* 26.30 (2019): 31158-31165. |

| |
|---|
| Dolmans, Marie-Madeleine, et al. "Pathogenesis of uterine fibroids: current understanding and future directions." *Fertility and sterility* 122.1 (2024): 6-11. |
| Dragicevic, Nina, and Howard Maibach, eds. 2021. *Percutaneous Absorption, Drugs, Cosmetics, Mechanisms, and Methods* . 5th ed. CRC Press. |
| D'Souza, Leonard Clinton, et al. "Oxidative stress and cancer development: are noncoding RNAs the missing links?." *Antioxidants & Redox Signaling* 33.17 (2020): 1209-1229. |
| Dubey, Divya, et al. "Photoexcited triclosan induced DNA damage and oxidative stress via p38 MAP kinase signaling involving type I radicals under sunlight/UVB exposure." *Ecotoxicology and Environmental Safety* 174 (2019): 270-282. |
| Etminan, Mahyar. "RE: Use of straighteners and other hair products and incident uterine cancer." *JNCI: Journal of the National Cancer Institute* 115.2 (2023): 228-228. |
| Farooq, Hajra, et al. "A systematic review of association between use of hair products and benign and malignant gynecological conditions." *European Journal of Obstetrics & Gynecology and Reproductive Biology* 295 (2024): 160-171. |
| Ferguson, Kelly K., et al. "Urinary concentrations of phenols in association with biomarkers of oxidative stress in pregnancy: assessment of effects independent of phthalates." *Environment international* 131 (2019): 104903. |
| Feschuk, Aileen M., et al. "Regional variation in percutaneous absorption in in vitro human models: a systematic review." *Journal of Toxicology and Environmental Health* , Part B 25.3 (2022): 97-112. |
| Finot, F., et al. "Genotoxic risk of ethyl paraben could be related to telomere shortening." *Journal of Applied Toxicology* 37.6 (2017): 758-771. |
| Fiocchetti, Marco, et al. "The peculiar estrogenicity of diethyl phthalate: modulation of estrogen receptor A activities in the proliferation of breast cancer cells." *Toxics* 9.10 (2021): 237. |
| Fujita, Tetsuo, et al. "Full activation of estrogen receptor α activation function-1 induces proliferation of breast cancer cells." *Journal of Biological Chemistry* 278.29 (2003): 26704-26714. |
| Ge, Xiyu, Karen Weis, and Lori Raetzman. "IMPACT OF REAL-LIFE ENVIRONMENTAL EXPOSURES ON REPRODUCTION: Impact of developmental exposures to endocrine-disrupting chemicals on pituitary gland reproductive function." *Reproduction* 168.6 (2024). |
| Ghosh, Krishna, et al. "Di-(2-ethylhexyl) phthalate triggers DNA methyltransferase 1 expression resulting in elevated CpG-methylation and enrichment of MECP2 in the p21 promoter in vitro." *Chemosphere* 293 (2022): 133569. |
| Gibson, Douglas A., and Philippa TK Saunders. "Endocrine disruption of oestrogen action and female reproductive tract cancers." *Endocrine-related cancer* 21.2 (2014): T13-T31. |
| Giulivo, Monica, et al. "Human exposure to endocrine disrupting compounds: Their role in reproductive systems, metabolic syndrome and breast cancer. A review." *Environmental research* 151 (2016): 251-264. |
| Goodson III, William H., et al. "Assessing the carcinogenic potential of low-dose exposures to chemical mixtures in the environment: the challenge ahead." *Carcinogenesis* 36.Suppl_1 (2015): S254-S296. |

| |
|---|
| Gopisetty Venkata, Nagaraj, et al. "Mono (2-ethylhexyl) phthalate and mono-n-butyl phthalate activation of peroxisome proliferator activated-receptors α and γ in breast." *Toxicol Lett* 163.3 (2006): 224-34. |
| Gray, John. "Hair care and hair care products." *Clinics in dermatology* 19.2 (2001): 227-236. |
| Grayson, Ciara, and Amy McMichael. 2024. "Ch. 2 - Ethnic Differences in Hair." In *Procedures in Cosmetic Dermatology* . Elsevier. |
| Greige Gerges, Hélène, et al. "Reviewing the binding of a series of parabens to human serum albumin." *Biopharmaceutics & drug disposition* 34.3 (2013): 186-194. |
| Hall, Julie M., and Kenneth S. Korach. "Endocrine disrupting chemicals promote the growth of ovarian cancer cells via the ER CXCL12 CXCR4 signaling axis." *Molecular carcinogenesis* 52.9 (2013): 715-725. |
| Harris, Catherine A., et al. "The estrogenic activity of phthalate esters in vitro." *Environmental health perspectives* 105.8 (1997): 802-811. |
| Hauser, Russ, and A. M. Calafat. "Phthalates and human health." *Occupational and environmental medicine* 62.11 (2005): 806-818. |
| Hayes, John D., Albena T. Dinkova-Kostova, and Kenneth D. Tew. "Oxidative stress in cancer." *Cancer cell* 38.2 (2020): 167-197. |
| Hedin, Tosha, and Mahvish Haider. "Chemical hair relaxer use and its potential effect on incidence of endometrial cancer in Black women." *J Clin Oncol* 42 (2024): e17591-e17591. |
| Helm, Jessica S., et al. "Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by Black women." *Environmental research* 165 (2018): 448-458. |
| Hensel, A., et al. "Transesterification reactions of parabens (alkyl 4 hydroxybenzoates) with polyols in aqueous solution." *Journal of pharmaceutical sciences* 84.1 (1995): 115-118. |
| Hernandez, Ashley M., et al. "Systematic Review of the Epidemiology of Hair Relaxer Use and Hormone Sensitive Reproductive Outcomes Among Black Adult Women in the United States." *Journal of Applied Toxicology* 45.8 (2025): 1394-1416. |
| Hill AB. The Environment and Disease: Association or Causation? Proceedings of the Royal Society of Medicine. 1965;58(5):295-300 |
| HOCLLC0084835 |
| HOCLLC0084840 |
| HOCLLC0084841 |

| |
|---|
| HOCLLC0084849 |
| Hong, Eui-Ju, et al. "Conflict of estrogenic activity by various phthalates between in vitro and in vivo models related to the expression of Calbindin-D9k." *Journal of Reproduction and Development* 51.2 (2005): 253-263. |
| Hsieh, Tsung-Hua, et al. "n-Butyl benzyl phthalate promotes breast cancer progression by inducing expression of lymphoid enhancer factor 1." (2012): e42750. |
| Hsieh, Tsung  Hua, et al. "Phthalates induce proliferation and invasiveness of estrogen receptor  negative breast cancer through the AhR/HDAC6/c  Myc signaling pathway." *The FASEB Journal* 26.2 (2012): 778-787. |
| Hsieh, Tsung-Hua, et al. "Phthalates stimulate the epithelial to mesenchymal transitionthrough an HDAC6-dependent mechanism in human breastepithelial stem cells." *Toxicological sciences* 128.2 (2012): 365-376. |
| Hsu, Ya-Ling, et al. "Didymin reverses phthalate ester-associated breast cancer aggravation in the breast cancer tumor microenvironment." *Oncology Letters* 11.2 (2016): 1035-1042. |
| Iizuka, Takashi, et al. "Mono-(2-ethyl-5-hydroxyhexyl) phthalate promotes uterine leiomyoma cell survival through tryptophan-kynurenine-AHR pathway activation." *Proceedings of the National Academy of Sciences* 119.47 (2022): e2208886119. |
| Irungu, Beatrice N., et al. "Chemicals of concern in select packaged hair relaxers available on the Kenyan market: an examination of ingredient labels and measurement of pH." *Frontiers in Public Health* 13 (2025): 1532113. [including supplemental materials] |
| Jain, Tanvi, and C. N. Sivaramakrishnan. "Evaluation of cosmetic ingredients impacting human health." *Pharmaceutical Sciences* 3.2 (2023). |
| Jamerson, Taylor A., Achiamah Osei-Tutu, and Crystal Aguh. "Hair disorders: Aesthetic approaches for patients of African ancestry." Cosmetic Procedures in Skin of Color. Elsevier, 2025. 216-227. |
| Jelic, Marija Dragan, et al. "Oxidative stress and its role in cancer." *Journal of cancer research and therapeutics* 17.1 (2021): 22-28. |
| Jung, Eui-Man, et al. "Cytotoxicity evaluation and mechanism of endocrine-disrupting chemicals by the embryoid body test." *Toxicological Research* 38.4 (2022): 469-478. |
| Key, T. J. A., and M. C. Pike. "The dose-effect relationship between'unopposed'oestrogens and endometrial mitotic rate: its central role in explaining and predicting endometrial cancer risk." *British journal of cancer* 57.2 (1988): 205-212. |
| Khanna, Sugandha, and Philippa D. Darbre. "Parabens enable suspension growth of MCF  10A immortalized, non  transformed human breast epithelial cells." *Journal of Applied Toxicology* 33.5 (2013): 378-382. |
| Khanna, Sugandha, Philip R. Dash, and Philippa D. Darbre. "Exposure to parabens at the concentration of maximal proliferative response increases migratory and invasive activity of human breast cancer cells in vitro." *Journal of Applied Toxicology* 34.9 (2014): 1051-1059. |
| Kim, Hye-Ryun, et al. "Egr1 is rapidly and transiently induced by estrogen and bisphenol A via activation of nuclear estrogen receptor-dependent ERK1/2 pathway in the uterus." *Reproductive Toxicology* 50 (2014): 60-67. |

| |
|---|
| Kim, Jin Hee, et al. "In vitro effects of phthalate esters in human myometrial and leiomyoma cells and increased urinary level of phthalate metabolite in women with uterine leiomyoma." *Fertility and sterility* 107.4 (2017): 1061-1069. |
| Kim, Young Ah, et al. "Increased urinary phthalate levels in women with uterine leiomyoma: a case-control study." *International Journal of Environmental Research and Public Health* 13.12 (2016): 1247. |
| Kirtana, Arikath, and Barathi Seetharaman. "Comprehending the role of endocrine disruptors in inducing epigenetic toxicity." *Endocrine, Metabolic & Immune Disorders-Drug Targets* (Formerly Current Drug Targets-Immune, Endocrine & Metabolic Disorders) 22.11 (2022): 1059-1072. |
| Kolšek, Katra, et al. "Screening of bisphenol A, triclosan and paraben analogues as modulators of the glucocorticoid and androgen receptor activities." *Toxicology in Vitro* 29.1 (2015): 8-15. |
| Krewski, Daniel, et al. "Key characteristics of 86 agents known to cause cancer in humans." *Journal of Toxicology and Environmental Health* , Part B 22.7-8 (2019): 244-263. |
| Lee, Handule, Juyoung Park, and Kwangsik Park. "Effects of consumer products chemicals ingredients and their mixtures on the estrogen receptor/androgen receptor transcriptional activation." *Chemosphere* 302 (2022): 134866. |
| Lee, Hye Rim, et al. "Molecular mechanism (s) of endocrine disrupting chemicals and their potent oestrogenicity in diverse cells and tissues that express oestrogen receptors." *Journal of cellular and molecular medicine* 17.1 (2013): 1-11. |
| Leng, Jing, et al. "Low-dose mono (2-ethylhexyl) phthalate promotes ovarian cancer development through PPARα-dependent PI3K/Akt/NF-κB pathway." *Science of The Total Environment* 790 (2021): 147990. |
| Lewallen, Robin, et al. "Hair care practices and structural evaluation of scalp and hair shaft parameters in African American and Caucasian women." *Journal of cosmetic dermatology* 14.3 (2015): 216-223. |
| Li, Huitao, et al. "Triclocarban and triclosan inhibit human aromatase via different mechanisms." *BioMed research international* 2017.1 (2017): 8284097. |
| Li, Xiaohui, Pinghe Yin, and Ling Zhao. "Effects of individual and combined toxicity of bisphenol A, dibutyl phthalate and cadmium on oxidative stress and genotoxicity in HepG 2 cells." *Food and Chemical Toxicology* 105 (2017): 73-81. |
| Li, Yin, et al. "Endocrine-disrupting chemicals (EDCs): in vitro mechanism of estrogenic activation and differential effects on ER target genes." *Environmental health perspectives* 121.4 (2013): 459-466. |
| Lillo, M. Angeles, et al. "Methylparaben stimulates tumor initiating cells in ER+ breast cancer models." *Journal of Applied Toxicology* 37.4 (2017): 417-425. |
| Llanos, Adana AM, et al. "Chemical relaxers and hair-straightening products: potential targets for hormone-related cancer prevention and control." *JNCI: Journal of the National Cancer Institute* 114.12 (2022): 1567-1569. |
| Lobemeier, Claudia, et al. "Hydrolysis of parabenes by extracts from differing layers of human skin." *Biological chemistry* 377.10 (1996): 647-651. |
| LOUSA-0000666 |

| |
|---|
| LOUSA-0000679 |
| LOUSA-0000689 |
| LOUSA-0000712 |
| LOUSA-0000714 |
| LOUSA-0003699 |
| LOUSA-0311638 |
| LOUSA-0436703 |
| LOUSA-0437677 |
| LOUSA-0490087 |
| LOUSA-0490089 |
| LOUSA-0490091 |
| LOUSA-0490092 |
| LOUSA-0490093 |
| LOUSA-0490096 |
| Luster0045 |
| Luster0425 |

| |
|---|
| LUSTER0936739 |
| Luster2883 |
| LUSTER633685 |
| Mallozzi, Maddalena, et al. "Endocrine disrupting chemicals and endometrial cancer: an overview of recent laboratory evidence and epidemiological studies." *International journal of environmental research and public health* 14.3 (2017): 334. |
| Martín, José Manuel Pérez, et al. "Oxidative DNA damage contributes to the toxic activity of propylparaben in mammalian cells." *Mutation Research/Genetic Toxicology and Environmental Mutagenesis* 702.1 (2010): 86-91. |
| MCBRIDE00022 |
| MCBRIDE00765384 |
| MCBRIDE00765977 |
| MCBRIDE00804598 |
| MCBRIDE09763 |
| MCBRIDE09892 |
| McDonald, Jasmine A., et al. "The environmental injustice of beauty products: toward clean and equitable beauty." *American journal of public health* 112.1 (2022): 50-53. |
| McMichael, Amy J. "Hair and scalp disorders in ethnic populations." *Dermatologic clinics* 21.4 (2003): 629-644. |
| Meadows, Michelle. 2001. “Heading Off Hair-Care Disasters: Use Caution With Relaxers and Dyes.” U.S. Food and Drug Administration; FDA Consumer Magazine. https://permanent.access.gpo.gov/lps1609/www.fda.gov/fdac/features/2001/101_hair.html. |
| Miranda Vilela, Ana Luisa, Adelaide J. Botelho, and Luis A. Muehlmann. "An overview of chemical straightening of human hair: technical aspects, potential risks to hair fibre and health and legal issues." *International journal of cosmetic science* 36.1 (2014): 2-11. |

| |
|---|
| Morgan, Marisa, et al. "Association between exposure to estrogenic endocrine disruptors-polychlorinated biphenyls, phthalates, and bisphenol A and gynecologic cancers-cervical, ovarian, uterine cancers." (2016) *J Carciong Mutagen* 2016, Volume 7, Issue 6 |
| Mughees, Mohd, Himanshu Chugh, and Saima Wajid. "Mechanism of phthalate esters in the progression and development of breast cancer." *Drug and Chemical Toxicology* 45.3 (2022): 1021-1025. |
| Mujtaba, Syed Faiz, et al. "Oxidative-stress-induced cellular toxicity and glycoxidation of biomolecules by cosmetic products under sunlight exposure." *Antioxidants* 10.7 (2021): 1008. |
| NAMASTE_00015505 |
| NAMASTE_00039838 |
| NAMASTE_00040009 |
| NAMASTE_01198971 |
| NAMASTE_01198972 |
| NAMASTE_01198973 |
| Needle, Carli D., et al. "Safety of chemical hair relaxers: A review article." *JAAD Reviews* 2 (2024): 50-56. |
| Neri, Ilaria, et al. "Into the toxicity potential of an array of parabens by biomimetic liquid chromatography, cell viability assessments and in silico predictions." *Science of The Total Environment* 917 (2024): 170461. |
| Noda, Noriko, and Hiro Wakasugi. "Cancer and oxidative stress." *Japan Medical Association Journal* 44.12 (2001): 535-539. |
| Ogiso, Taro, et al. "Transfollicular drug delivery: penetration of drugs through human scalp skin and comparison of penetration between scalp and abdominal skins in vitro." *Journal of Drug Targeting* 10.5 (2002): 369-378. |
| Okeke, Chidubem AV, and Cheryl M. Burgess. "Dispelling myths of chemical hair relaxers causing uterine cancer." *Journal of the American Academy of Dermatology* 89.4 (2023): 875-876. |
| Okeke, Chidubem AV, et al. "Allergen content of popular chemical hair relaxers: a product analysis." *Contact Dermatitis* 91.2 (2024): 139-145. |
| Okubo, T., et al. "ER-dependent estrogenic activity of parabens assessed by proliferation of human breast cancer MCF-7 cells and expression of ERα and PR." *Food and Chemical Toxicology* 39.12 (2001): 1225-1232. |

| |
|---|
| Okubo, Tomoko, et al. "Estimation of estrogenic and anti-estrogenic activities of some phthalate diesters and monoesters by MCF-7 cell proliferation assay in vitro." *Biological and Pharmaceutical Bulletin* 26.8 (2003): 1219-1224. |
| Oral, Didem, et al. "Epithelial-mesenchymal transition: a special focus on phthalates and bisphenol A." Journal of Environmental Pathology, *Toxicology and Oncology* 35.1 (2016). |
| Pagoni, Alexandra, Olga S. Arvaniti, and Olga-Ioanna Kalantzi. "Exposure to phthalates from personal care products: Urinary levels and predictors of exposure." *Environmental Research* 212 (2022): 113194. |
| Pan, Shawn, et al. "Parabens and human epidermal growth factor receptor ligand cross-talk in breast cancer cells." *Environmental health perspectives* 124.5 (2016): 563-569. |
| Park, Choa, et al. "The effects of bisphenol A, benzyl butyl phthalate, and di (2-ethylhexyl) phthalate on estrogen receptor alpha in estrogen receptor-positive cells under hypoxia." *Environmental Pollution* 248 (2019): 774-781. |
| Park, Se-Hyung, et al. "Cell growth of ovarian cancer cells is stimulated by xenoestrogens through an estrogen-dependent pathway, but their stimulation of cell growth appears not to be involved in the activation of the mitogen-activated protein kinases ERK-1 and p38." *Journal of Reproduction and Development* 55.1 (2009): 23-29. |
| Paula, Joane Nathache Hatsbach de, Flávia Machado Alves Basílio, and Fabiane Andrade Mulinari-Brenner. "Effects of chemical straighteners on the hair shaft and scalp." *Anais Brasileiros de Dermatologia* 97.02 (2022): 193-203. |
| Paula, Joane Nathache Hatsbach de, Flávia Machado Alves Basílio, and Fabiane Andrade Mulinari-Brenner. "Effects of chemical straighteners on the hair shaft and scalp." *Anais Brasileiros de Dermatologia* 97.02 (2022): 193-203. |
| Pérez-Albaladejo, Elisabet, et al. "Comparative toxicity, oxidative stress and endocrine disruption potential of plasticizers in JEG-3 human placental cells." *Toxicology in Vitro* 38 (2017): 41-48. |
| Petry, T., et al. "Review of data on the dermal penetration of mineral oils and waxes used in cosmetic applications." *Toxicology letters* 280 (2017): 70-78. |
| Picard, Karine, et al. "Estrogenic activity and metabolism of n-butyl benzyl phthalate in vitro: identification of the active molecule (s)." *Toxicology and applied pharmacology* 172.2 (2001): 108-118. |
| Pierce, Jennifer S., et al. "Evaluation of dermal exposure to phthalates and parabens resulting from the use of hair relaxers." *International Journal of Environmental Health Research* 35.7 (2024): 1707-1726. |
| Pugazhendhi, D., G. S. Pope, and P. D. Darbre. "Oestrogenic activity of p hydroxybenzoic acid (common metabolite of paraben esters) and methylparaben in human breast cancer cell lines." *Journal of Applied Toxicology: An International Journal* 25.4 (2005): 301-309. |
| Quinn, Chemene R., Timothy M. Quinn, and A. Paul Kelly. "Hair care practices in African American women." *Cutis* 72.4 (2003): 280-2. |

| |
|---|
| Raffi, Jodie, Raagini Suresh, and Oma Agbai. "Clinical recognition and management of alopecia in women of color." *International Journal of Women's Dermatology* 5.5 (2019): 314-319. |
| Rawlings, Anthony V. "Ethnic skin types: are there differences in skin structure and function? 1." *International journal of cosmetic science* 28.2 (2006): 79-93. |
| Reis, Fernando M., Enrrico Bloise, and Tânia M. Ortiga-Carvalho. "Hormones and pathogenesis of uterine fibroids." *Best Practice & Research Clinical Obstetrics & Gynaecology* 34 (2016): 13-24. |
| Reuter, Simone, et al. "Oxidative stress, inflammation, and cancer: how are they linked?." *Free radical biology and medicine* 49.11 (2010): 1603-1616. |
| Revlon-MDL-00013497 |
| Revlon-MDL-00042144 |
| Revlon-MDL-00753822 |
| Revlon-MDL-00769667 |
| Revlon-MDL-00772400 |
| Richards, Georgianna M., Christian O. Oresajo, and Rebat M. Halder. "Structure and function of ethnic skin and hair." *Dermatologic clinics* 21.4 (2003): 595-600. |
| Richardson, Vanessa, et al. "Ten pearls every dermatologist should know about the appropriate use of relaxers." *Journal of Cosmetic Dermatology* 16.1 (2017): 9-11. |
| Roje, Željka, et al. "Synergistic effects of parabens and plastic nanoparticles on proliferation of human breast cancer cells." *Arh Hig Rada Toksikol* 70.4 (2019): 310-314. |
| SallyBeauty_MDL_0001495 |
| SallyBeauty_MDL_0001759 |
| SallyBeauty_MDL_0003803 |

| |
|---|
| SallyBeauty_MDL_0037597 |
| SallyBeauty_MDL_0051151 |
| Salminen, Alec T., Prashiela Manga, and Luísa Camacho. "Race, pigmentation, and the human skin barrier—considerations for dermal absorption studies." *Frontiers in Toxicology* 5 (2023): 1271833. |
| Sandler, Dale P., et al. "The Sister Study cohort: baseline methods and participant characteristics." *Environmental health perspectives* 125.12 (2017): 127003. |
| Sarink, Danja, et al. "BPA, parabens, and phthalates in relation to endometrial cancer risk: a case–control study nested in the multiethnic cohort." *Environmental Health Perspectives* 129.5 (2021): 057702. |
| Schildroth, Samantha, et al. "Hair product use and urinary biomarker concentrations of non-persistent endocrine disrupting chemicals among reproductive-aged Black women." *Chemosphere* 361 (2024): 142442. |
| Scsukova, Sona, Eva Rollerova, and Alzbeta Bujnakova Mlynarcikova. "Impact of endocrine disrupting chemicals on onset and development of female reproductive disorders and hormone-related cancer." *Reproductive biology* 16.4 (2016): 243-254. |
| Segovia-Mendoza, Mariana, et al. "Association of serum levels of plasticizers compounds, phthalates and bisphenols, in patients and survivors of breast cancer: a real connection?." *International Journal of Environmental Research and Public Health* 19.13 (2022): 8040. |
| Shanle, Erin K., and Wei Xu. "Endocrine disrupting chemicals targeting estrogen receptor signaling: identification and mechanisms of action." *Chemical research in toxicology* 24.1 (2011): 6-19. |
| Sheng, Zhiguo, et al. "Molecular mechanism of endocrine-disruptive effects induced by Bisphenol A: The role of transmembrane G-protein estrogen receptor 1 and integrin αvβ3." *Journal of Environmental Sciences* 75 (2019): 1-13. |
| Sishi, V. N. B., J. C. Van Wyk, and N. P. Khumalo. "The pH of lye and no-lye hair relaxers, including those advertised for children, is at levels that are corrosive to the skin." *South African Medical Journal* 109.12 (2019): 941-946. |
| Smith, Martyn T., et al. "Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis." *Environmental health perspectives* 124.6 (2016): 713-721. |
| Smith, Martyn T., et al. "The key characteristics of carcinogens: relationship to the hallmarks of cancer, relevant biomarkers, and assays to measure them." *Cancer Epidemiology, Biomarkers & Prevention* 29.10 (2020): 1887-1903. |
| SON0000000165 |
| SON0000000279 |
| SON0000000287 |

| |
|---|
| SON0000000311 |
| SON0000051091 |
| SON0000059450 |
| Spagnoletti, Antonella, et al. "Low concentrations of Bisphenol A and para-Nonylphenol affect extravillous pathway of human trophoblast cells." *Molecular and cellular endocrinology* 412 (2015): 56-64. |
| Tackey, Robert N., Harold Bryant, and Felicia M. Parks. "Cytokine expression correlates with differential sensory perception between lye and no-lye relaxers." Journal of Cosmetic Science 64.2 (2013): 111-117. |
| Tanus, A., et al. "Black womens hair: the main scalp dermatoses and aesthetic practices in women of African ethnicity." *Bras Dermatol.* 2015; 90 (4): 450-65. |
| Teplova, Vera V., Konstantin N. Belosludtsev, and Alexey G. Kruglov. "Mechanism of triclosan toxicity: Mitochondrial dysfunction including complex II inhibition, superoxide release and uncoupling of oxidative phosphorylation." *Toxicology letters* 275 (2017): 108-117. |
| Thouennon, Erwan, et al. "Insights into the activation mechanism of human estrogen-related receptor γ by environmental endocrine disruptors." *Cellular and molecular life sciences* 76.23 (2019): 4769-4781. |
| Trim, Avery, et al. "Biomarkers of phthalates and inflammation: Findings from a subgroup of Women's Health Initiative participants." *International journal of hygiene and environmental health* 234 (2021): 113743. |
| Wang CaiFeng, Wang CaiFeng, et al. "Impacts of prenatal triclosan exposure on fetal reproductive hormones and its potential mechanism." *Environment International* (2018): 279-286. |
| Wang, Yu-Chih, et al. "Benzyl butyl phthalate promotes breast cancer stem cell expansion via SPHK1/S1P/S1PR3 signaling." *Oncotarget* 7.20 (2016): 29563. |
| Watson, Cheryl S., Yow-Jiun Jeng, and Jutatip Guptarak. "Endocrine disruption via estrogen receptors that participate in nongenomic signaling pathways." *The Journal of steroid biochemistry and molecular biology* 127.1-2 (2011): 44-50. |
| Wen, Hui-Ju, et al. "Exposure to endocrine disruptor alkylphenols and the occurrence of endometrial cancer." *Environmental Pollution* 267 (2020): 115475. |
| Weng, Xueyu, et al. "Cumulative exposure to phthalates and their alternatives and associated female reproductive health: body burdens, adverse outcomes, and underlying mechanisms." *Environmental Science & Technology* 57.22 (2023): 8189-8212. |
| Wesley, Naissan O., and Howard I. Maibach. "Racial (ethnic) differences in skin properties: the objective data." *American journal of clinical dermatology* 4.12 (2003): 843-860. |
| Whetstone, Sara, et al. "Health disparities in uterine cancer: report from the uterine cancer evidence review conference." *Obstetrics & Gynecology* 139.4 (2022): 645-659. |

| |
|---|
| White, Alexandra J., et al. "Use of hair products in relation to ovarian cancer risk." *Carcinogenesis* 42.9 (2021): 1189-1195. [including supplemental materials] |
| Wright, Dakara Rucker, et al. "Hair care practices and their association with scalp and hair disorders in African American girls." *Journal of the American Academy of Dermatology* 64.2 (2011): 253-262. |
| Wright, Jason D., et al. "Projected Trends in the Incidence and Mortality of Uterine Cancer in the United States." *Cancer Epidemiology, Biomarkers & Prevention* 34.7 (2025): 1156-1166. |
| Wróbel, Anna Maria, and Ewa Łucja Gregoraszczuk. "Action of methyl-, propyl-and butylparaben on GPR30 gene and protein expression, cAMP levels and activation of ERK1/2 and PI3K/Akt signaling pathways in MCF-7 breast cancer cells and MCF-10A non-transformed breast epithelial cells." *Toxicology Letters* 238.2 (2015): 110-116. |
| Wróbel, Anna Maria, and Ewa Łucja Gregoraszczuk. "Actions of methyl-, propyl-and butylparaben on estrogen receptor-α and-β and the progesterone receptor in MCF-7 cancer cells and non-cancerous MCF-10A cells." *Toxicology letters* 230.3 (2014): 375-381. |
| Wróbel, Anna Maria, and Ewa Łucja Gregoraszczuk. "Differential effect of methyl , butyl and propylparaben and 17β estradiol on selected cell cycle and apoptosis gene and protein expression in MCF 7 breast cancer cells and MCF 10A non malignant cells." *Journal of Applied Toxicology* 34.9 (2014): 1041-1050. |
| Wróbel, Anna, and Ewa Gregoraszczuk. "Effects of single and repeated in vitro exposure of three forms of parabens, methyl-, butyl-and propylparabens on the proliferation and estradiol secretion in MCF-7 and MCF-10A cells." *Pharmacological Reports* 65.2 (2013): 484-493. |
| Xu, Fangyi, et al. "Bisphenol A induces proliferative effects on both breast cancer cells and vascular endothelial cells through a shared GPER-dependent pathway in hypoxia." *Environmental pollution* 231 (2017): 1609-1620. |
| Yager, James D., and Nancy E. Davidson. "Estrogen carcinogenesis in breast cancer." *New England Journal of Medicine* 354.3 (2006): 270-282. |
| Yang, Oneyeol, et al. "Endocrine-disrupting chemicals: review of toxicological mechanisms using molecular pathway analysis." *Journal of cancer prevention* 20.1 (2015): 12. |
| Zota, Ami R., et al. "Phthalates exposure and uterine fibroid burden among women undergoing surgical treatment for fibroids: a preliminary study." *Fertility and sterility* 111.1 (2019): 112-121. |

# Exhibit C

**Clarence W. Brown, M.D.**

**Testimony**

**December 1, 2021 – December 1, 2025**

| |
|---|
| Hartley Cole, et al v. David Goldberg, MD, et al |
| Judith K. Chelsea, et al. v. The Regents of the University of California, et al. |
| Multiple Plaintiffs v. L'Oreal, et al. |
| Jonnika Joseph v. Midwest Medical Spec |
| Marilyn Deliso v. Henry Ford Dermatology, et al. |
| Barbara VanLeeuwen v. Richard J. Ashack, MD, et al. |
| Blake Meyer v. William Schaetzel, D.O, et al. |
| Joanne Janke v. Mischke, et al. |
| Jacqueline Beaumont v. Edward Joseph Ricciardelli, MD, et al. |
| Barbara Berry v. Sandra D. Elder, MD, et al. |

# Exhibit D

## Clarence William Brown, Jr., MD, JD, FAAD, FACMS

# FEE SCHEDULE

| | |
|---|---|
| **Independent Medical Exam:** | $800 – includes chart review, client evaluation, and report |
| **Initial Chart Review:** | $1000 - includes up to 300 pages and a 1-2-page summary report |
| **Additional Chart Review:** | $200 for each additional 100 pages |
| **Advance Payment Retainer:** | $3,000 |
| **Hourly Rate (Phone & Emai)l:** | $650 per hour billed in 10-minute increments |
| **Deposition In Town:** | $3000 (up to 4 hours) plus expenses – includes prep time - 72 Business hours' notice to cancel<br>$400 for each additional hour |
| **Deposition Out of Town:** | $5000 (up to 7 hours) plus expenses – includes prep time - 72 Business hours notice to cancel<br>$400 for each additional hour |
| **Trial In Town Trial:** | $3000 (per half day) plus expenses – includes prep time - 72 Business hours' notice to cancel<br>$6000 (per day) plus expenses – includes prep time - 72 Business hours notice to cancel |
| **Trial Out of Town Trial:** | $10,000 (per day) plus expenses – includes prep time - 7 business days notice to cancel |