# Exhibit 21

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060** |

# EXPERT REPORT OF R. JEFFREY CHANG, MD

Dated: December 1, 2025

______________________________
R. Jeffrey Chang, MD

**Exhibit 2**
02/19/2026
R. Jeffrey Chang , MD

# TABLE OF CONTENTS


MANDATE ........ 1

CREDENTIALS, EXPERTISE, AND EXPERIENCE ........ 1

METHODOLOGY ........ 3

EXECUTIVE SUMMARY ........ 5

DISCUSSION ........ 7

I. Overview of Endocrine Disrupting Chemicals (EDCs) ........ 7

A. History ........ 7

B. Exposure to Chemical Hair Relaxers ........ 10

II. Absorption and Metabolism of Topical EDCs ........ 11

A. Dermal Absorption ........ 11

B. Passage through skin ........ 12

III. Transdermal Absorption of EDCs in Chemical Hair Relaxers ........ 13

A. Parabens ........ 13

B. Phthalates ........ 14

C. Phenols ........ 15

IV. Chemical Hair Relaxers Contain EDCs with Estrogenic Effects ........ 16

A. EDCs: Adolescent Exposure ........ 16

B. Physiological Role of Estrogen and Progesterone on the Uterine Endometrium ........ 17

C. Effects of Parabens ........ 19

D. Effects of Phthalates ........ 20

E. Effects of Phenols ........ 21

V. Estrogen and Anovulatory Disorders ........ 22

A. Chronic Anovulation ........ 23

B. Chronic Anovulation in Women with Polycystic Ovary Syndrome ........ 24

C. Role of Progesterone in Anovulatory Disorders ........ 25

VI. Uterine Cancer ........ 25

A. Clinical Factors Related to Uterine Cancer ........ 26

B. Estrogen Exposure and Adolescent Development ........ 27

C. Epidemiological Evidence - Chemical Hair Relaxers and Uterine Cancer. 28
D. Mechanistic Effect of EDCs on the Uterine Endometrium ... 30
1. Parabens ... 30
2. Phthalates ... 31
3. Phenols ... 32
VII. Ovarian Cancer ... 33
A. Ovarian Carcinogenesis ... 34
B. EDCs in the Tubal-Ovarian Environment ... 37
C. EDCs and the Development of Tubal-Ovarian Cancer ... 38
D. EDCs and Spread of Ovarian Cancer ... 39
E. Epidemiology of Ovarian Cancer ... 40
SUMMARY OF OPINIONS AND CONCLUSION ... 42

## MANDATE

I have been retained to provide a review and methodological assessment of whether exposure to chemical hair relaxers can cause uterine and ovarian cancer. My opinions are based, in part, on my education, expertise and professional experience, and clinical research in Obstetrics, Gynecology and Reproductive Endocrinology, as well as a review of vast and relevant published peer-reviewed scientific and medical literature.

My professional fee for study and testimony in this case is $700 per hour. I have not testified as an expert at deposition or trial in the last four years.

## CREDENTIALS, EXPERTISE, AND EXPERIENCE

I am Professor Emeritus in the Department of Obstetrics, Gynecology, and Reproductive Sciences at the University of California, San Diego School of Medicine. My training includes an internship in Internal Medicine at the Barnes Hospital, Washington University (1969-70) in St. Louis, Missouri. Followed by resident training in Obstetrics and Gynecology at Los Angeles County-Harbor-UCLA Medical Center (1970-74). In my last year of residency training, I began a 2-year fellowship in Reproductive Endocrinology and Infertility (1973-75). Subsequently, I performed a second fellowship in Reproductive Endocrinology and Infertility (REI) in the Department of Obstetrics, Gynecology and Reproductive Sciences at University of California, San Francisco (1975-77). In 1977, I was appointed to the faculty of the Department of Obstetrics and Gynecology at University of California, Los Angeles. In 1986, I was recruited to by the University of California, Davis to become Director of the Division of REI. In 1987, I was appointed Chair of Obstetrics and Gynecology at the same Institution. After nine years as Chair, I relinquished my position to return to creative investigation and began a sabbatical in 1996 in the Department of Obstetrics, Gynecology, and Reproductive Sciences at the University of California, San Diego (UCSD). In 1998, I was appointed as Director of the Division of REI at UCSD. In 2021, I was appointed Professor Emeritus at UCSD. Since that time, I continue to provide educational support for REI fellows and OB-GYN resident physicians at UCSD by conducting case discussion twice monthly. Occasionally when requested, I have conducted formal presentations on clinical disorders in reproductive endocrinology to fellows, residents, and reproductive endocrinology faculty at UCSD and UCLA.

I received certification as a Diplomat of the American Board of Obstetrics and Gynecology in 1977. Subsequently, I was certified by the Board in the subspecialty of Reproductive Endocrinology and Infertility in 1980.

My primary research interest has been the study of polycystic ovary syndrome (PCOS) that affects 10-15% of women during their child-bearing years. This disorder

is characterized by irregular or absent menstrual cycles, excessive hair growth, and enlarged ovaries that contain multiple small cysts. (Chang R, 2007) A primary biochemical dysfunction in women with PCOS is excessive testosterone production accompanied by constant and persistent estrogen production which can contribute to the development endometrial and ovarian cancer.

Over the past 35 years, most of my research efforts have been supported by funding from the National Institutes of Health. Within the national network of “Specialized Cooperative Centers Program in Reproductive Research (U54)” at UCSD, I have been the project leader for clinical studies regarding the Pathological Role of Hyperinsulinemia in PCOS (1999-04), Granulosa Cell Function in PCOS (2004-09), Theca Cell Function in PCOS (2009-14), and the Role of Androgen on Follicle Function in PCOS (2014-19). In conjunction with the “Specialized Cooperative Centers Program in Reproductive Research (U54)”, I was also the Principal Investigator of the Human Ovary Tissue Bank (1999-09) that provided material for laboratory research by NIH investigators across the nation. At the University of California, Davis I was the Principal Investigator of the NIH, “Cooperative Multicenter Reproductive Medicine Network” (1990-95). In the past, I have also received NIH funding as part of the “Oncofertility Consortium: Preservation of Fertility in Women with Cancer” to establish a National Physicians Cooperative to Preserve Fertility for Female Cancer Patients (2007-12). From 2006 until 2021, I was Co-Director of a long-standing NIH training grant, “Training in Reproductive Sciences” awarded to the Department of Obstetrics, Gynecology and Reproductive Sciences at UCSD.

Since 1988 I have participated in several NIH-related activities. These include Reproductive Biology Study Section (1989-93; Chair, 1991-93), Physiological Sciences Review Section (Chair, 1991-93), NIH Review Committee for internal review of Endocrinology and Reproductive Research Branch (1995), NIH Center Grant (U54) Site Visit Review Committee: University of Virginia (1997), NIEHS Conference, “PCOS: Basic Biology, Intervention and Treatment”, Program Director (1999), NIEHS Contract Services Review Study Section (2005), NICHD Integrative Clinical Endocrinology and Reproduction Study Section (2006), NICHD and NIH Office of Disease Prevention Steering Committee for 2012 Workshop on Polycystic Ovary Syndrome (2011-12), and NIEHS Intramural Scientific Review (2019). I have also served as a member of the External Advisory Board to several NICHD U-54 Specialized Cooperative Centers Program in Reproductive Research (Virginia Commonwealth University, 2006-11; Oregon National Primate Research Center (2008-2011); University of Virginia (2011-13); Oregon National Primate Research Center (2011-16); Northwestern University (2012-2017). I also served on the NIH Office of Disease Prevention Steering Committee for 2012 Workshop on Polycystic Ovary Syndrome.

Internationally, I have served as a grant reviewer for several programs in the United Kingdom, including the Wellcome Trust (2005), Medical Research Council (2007, 2009, 2016), and Royal College of Obstetrics and Gynecology - Wellbeing of Women (2008).

I have served as a reviewer for numerous journals including Biology of Reproduction, Cell Death and Differentiation, Endocrinology, Endocrine Reviews, Journal of the American Medical Association, Journal of Clinical Endocrinology and Metabolism, Journal of Endocrinology, Metabolism, Molecular and Cellular Endocrinology, Molecular Human Reproduction, Nature Clinical Practice Endocrinology and Metabolism, Nature Reviews Endocrinology, and the New England Journal of Medicine.

In addition to my leadership roles at several academic institutions, I have been the past President of the following national organizations: Pacific Coast Reproductive Society (1989-90), Society of Reproductive Endocrinologists (1990-92), American Society for Reproductive Medicine (1999-2000) and Association of Professors of Gynecology and Obstetrics (1994-5), which is the primary educational organization of the specialty. I have also been District IX Chair of the American College of Obstetricians and Gynecologists (1993-96).

Throughout my academic and research career, I have maintained an active University based clinical practice in reproductive endocrinology. My qualifications and experience are listed in my CV, attached as Exhibit A.

## METHODOLOGY

The methodology I employed in addressing the role of chemical hair relaxers and their relationship to uterine and ovarian cancer is based on a weight-of-the-evidence approach. I began my research by performing an extensive literature review to identify the most prevalent endocrine disrupting chemicals (EDCs) contained in chemical hair relaxers. In particular, I was interested in those EDCs that were associated with the development of reproductive cancers, namely uterine and ovarian cancer. Initially, my search focused on a general understanding of how, why, and to what extent chemical hair relaxers in personal care products were utilized by consumers. Given the rather large investment by adolescent and adult women using these chemical hair relaxers, I began to explore the vast literature of how these EDCs entered the dermal layers of the human scalp. Appreciation of this biophysical-chemical interaction required understanding of the molecular structure of EDCs in chemical hair relaxers as well as the composition of the dermal layers and sub-layers of human skin upon which these EDCs were exposed.

I explored the various routes of skin penetration and absorption depending on the structural composition of specific EDCs. Upon passage through the skin and entry

into the blood circulation, I investigated the evidence that EDCs in chemical hair relaxers were responsible for causing uterine and ovarian cancer. Because these cancers are induced by inordinate exposure to estrogen, I began an extensive review of studies that examined whether and to what degree EDCs in chemical hair relaxers demonstrated estrogenic bioactivity. Moreover, this included a thorough review of relevant in vitro and in vivo studies conducted on estrogen sensitive reproductive tissues of animals and humans. The identification of positive estrogenic bioeffects by EDCs in chemical hair relaxers led to studies that described how the relative bioactivity of EDCs compared to that of the most prevalent estrogen in women, estradiol. The relevance of comparative bioactivity between naturally occurring estradiol and the estrogenic bioactivity of EDCs must be considered in light of the duration and frequency of application of chemical hair relaxers. This consideration was pursued by identifying reports that described the frequency and duration of application.

Recent and emerging data appear to underscore the high prevalence of chemical hair relaxer use in women from preadolescence to well beyond menopause. This led to a careful examination of recent publications that have highlighted a significant association of chemical hair relaxer use and increased risk of uterine and ovarian cancer. These findings related to reproductive cancer risk endured by women who suffer from a pathophysiological disorder known as polycystic ovary syndrome (PCOS). I have spent an entire academic career studying this condition. I have recalled my own clinical research experience as well as explored the research publications of colleagues and other scientists who have published vastly on this subject. Briefly, PCOS may be identified initially during adolescence and persist throughout life until menopause. Women with this disorder fail to experience monthly ovulation. Lack of ovulation deprives these individuals of the cyclic production of estrogen and progesterone, hormones that determine growth and development of the endometrium of the uterus during a normal ovulatory menstrual cycle. The endometrium is comprised of glandular and stromal (support) cells that line the uterine cavity and are shed during menstruation. The failure to ovulate or anovulation is associated with continuous production of and exposure to modest levels of estrogen without progesterone. Persistence of this situation increases the risk of uterine and ovarian cancer in women with PCOS. Because of my vast clinical experience combined with an abundance of investigational studies of PCOS resulting in numerous scientific publications, I am suitably qualified to discuss the clinical relevance of this disorder as it relates to the increased risk of uterine and ovarian cancer in women exposed to chemical hair relaxers

To gather necessary and relevant information for my evidence and causality review, I used my experience and expertise as a researcher to perform an extensive literature search using primarily PubMed as well as information from scientific and medical organizations such as the American Cancer Society, the National Cancer Institute, National Institute of Environmental Health Sciences, and the Endocrine

Society. While my expertise is in the area of Obstetrics, Gynecology and Reproductive Endocrinology, I routinely consider studies and scientific literature from various scientific and medical fields including epidemiology, endocrinology, biology, toxicology and pathology. During the course of my research, I considered studies that supported a role for chemical hair relaxers and EDCs in the development of uterine and ovarian cancers as well as studies that did not. The depth and rigor of my investigation is consistent with the methods and standards I employ and have employed to generate decades of research and NIH grant applications, all of which were successfully reviewed and funded. Importantly, relevant clinical information was derived from my vast 46-year experience of providing patient care to individuals with health issues related to reproductive endocrinology.

## EXECUTIVE SUMMARY

To a reasonable degree of medical and scientific certainty, frequent use of chemical hair relaxer products can be a cause of uterine and ovarian cancers. Endocrine disrupting chemicals (EDCs) are synthesized compounds which are used in the production of commercial and consumer products. These include industrial applications in the polymer, cosmetics and pharmaceutical industries. Chemical hair relaxers contain a variety of EDCs. In particular, the use of chemical hair relaxers is underscored by direct contact with the skin (of the scalp and forehead) during frequent and long-term application, e.g., four times a year for decades, and initiation of use at an early age, e.g., pre-teens. Following dermal exposure, these chemical hair relaxers are readily absorbed through the skin and enter the blood to be distributed from the blood throughout bodily tissues. (Brito s et al, 2024; Ramadon D et al, 2022) Importantly, the life-time exposure to chemical hair relaxers may be considerable as use of these products may begin in pre-adolescence and continue well beyond menopause. (Gaston S et al, 2019, White A et al, 2021; Goldberg M et al, 2024, James-Todd T et al, 2012; Dutta S et al, 2023; Kim J et al, 2020; Gore A et al, 2011)

EDCs may disrupt the effect of natural hormones in the body by altering their synthesis, release, transport, metabolism, binding, action or elimination. Recognition of the wide array by which EDCs interfere with endocrine function was codified with an initial publication by the Endocrine Society that addressed this issue. (Diamanti-Kandarakis E et al, 2009) With respect to reproductive physiology, many EDCs, including chemical hair relaxers, have been shown to exhibit estrogenic bioactivity in many experimental studies. (Lemini C et al, 2013, Myers S et al, 2015, Harris C et al, 1997, Soto A et al, 1995; Andersen H et al, 1999, Mankidy R et al, 2013; Krishnan A et al, 1993; Rey deCastro B et al, 2006)

Evidence derived from original research reported in peer reviewed epidemiologic studies demonstrates that exposure to chemical hair relaxers can cause uterine and ovarian cancer. Recently, it was reported that long-term application of chemical hair relaxers was associated with a significant risk of uterine cancer.

(Chang C et al, 2022) In an analysis of the Sister Study, over 30,000 women between 35-74 years of age were followed regularly for approximately 11 years. Use of hair care products, including chemical hair relaxers, was recorded the year prior to enrollment. There was an 80% significantly greater adjusted hazard ratio of uterine cancer (HR = 1.80, 95% CI = 1.12-2.88) among women who were ever users of chemical hair relaxers in the previous 12 months. Frequent use also was associated with a significant risk of uterine cancer as reflected by a hazard ratio of 2.55 (95% CI = 1.46 to 4.45). Notably, in postmenopausal women there was a substantially higher risk of uterine cancer with chemical hair relaxer use (HR = 2.52, CL = 1.39 to 4.55) as well as in all medically confirmed cases of uterine cancer (HR = 2.78, 95% CL = 1.39 to 5.55) and, in particular, endometrial cancer (HR = 2.68, 95% CL = 1.30 to 5.53).

Additional epidemiologic support for the association between the use of chemical hair relaxers and uterine cancer is addressed in a study by Bertrand K et al published in 2023. To assess the association between chemical hair relaxers and cancer the authors examined the health effects of hair relaxers in 44,798 Black women from the ages of 21-69 years followed from 1997 to 2019 (Black Women's Health Study). Subjects were classified as "never/light users" (<4 years of use and ≤2 times per year exposure; "heavy users" (≥15 years of use and ≥5 times per year exposure) and "moderate users" (between "never/light" and "heavy" users). For all subjects hazard ratios for moderate use and heavy use were positive. Moreover, among postmenopausal women exposure to hair relaxers was associated with a statistically greater risk for uterine cancer in moderate users (HR=1.60, 95% CL: 1.01, 2.53) and heavy users (HR=1.64, 95% CL: 1.01, 2.64). In women with more than 20 years of exposure, there was a significant increased risk for uterine cancer, (HR: 1.71, 95% CL: 1.08, 2.72).

In addition to the increased risk of uterine cancer, researchers (also using Sister Study data) have observed and reported an increased risk of ovarian cancer positively associated with frequent use of hair relaxers. This study included 40,559 women enrolled from 2003-2009 who were followed annually. (White A, et al, 2021) The results from the White study showed that 241 women developed ovarian cancer during an average of 10 years follow-up. These individuals tended to be postmenopausal, used hormone replacement and underwent hysterectomy without complete removal of the ovaries. Ovarian cancer risk was assessed according to frequency of hair straightener use as never, less than 4 times/year, and greater than 4 times/year. The findings revealed a positive association of hair straightener use and ovarian cancer (HR = 1.29, 95% CI: 0.70, 2.38). More importantly, frequent use of hair straighteners (>4 times/year) was positively associated with ovarian cancer compared to never users (HR = 2.19, 95% CI: 1.12, 4.27; p trend = 0.03). The marked increased risk (more than double) was similar among Non-Hispanic White and African American/Black women that comprised the majority of women studied and underscored the devastating impact of frequent use. These significant findings from White et al together with recently published reports of chemical hair relaxer use and

increased risk of uterine cancer underscore the malignant susceptibility of female reproductive structures following long-term exposure to these EDCs.

Findings from these epidemiologic studies are supported by studies in animals which show that chemical hair relaxers provoke endometrial tissue changes. In mice, treatment with phthalates resulted in increased growth of endometrial glandular tissue. (Richardson K et al, 2018). Additionally, administration of the phthalate, DEHP, was associated with endometrial hyperplasia in mice. (Shukla R et al, 2024) Endometrial hyperplasia has also been reported in neonatal mice given Bisphenol A (Newbold R et al, 2007)

The risk of uterine cancer is realized in the clinical setting where women are exposed to persistent amounts of unopposed estrogen, either endogenously or exogenously, particularly in the absence of progesterone. This scenario may result in an excessive build-up of the endometrial lining of the uterus, leading to abnormal endometrial growth, and eventual uterine cancer. A clinical example of this scenario is polycystic ovary syndrome (Chang R, 2007). Alternatively, if a woman is postmenopausal, she lacks the ability to make estrogen. If she is given estrogen therapy without progesterone, an abnormal endometrial response is likely to lead to excessive endometrial proliferation followed by endometrial hyperplasia and an increased risk for uterine cancer. The impact of excess estrogen also relates to the chronicity of exposure as increased risk of uterine cancer has been associated with early menarche and late menopause.

Epidemiologic and experimental studies (in vivo and in vitro) have provided confirmatory evidence of the carcinogenic consequences of chronic chemical hair relaxer exposure in the daily lives of women from preadolescence to well beyond menopause. Chemical hair relaxers exhibit estrogenic bioactivity, and the uterus and ovary are replete with estrogen receptors. Thus, the anatomical and functional relationship between these tissues as well as their sensitivity to estrogen stimulation subserve a biologically plausible mechanism for carcinogenesis. Summarily, based on these considerations, it is my opinion to a reasonable degree of scientific certainty that it is biologically plausible that long-term exposure to chemical hair relaxers can cause the development of uterine as well as ovarian cancer.

## DISCUSSION

## I. Overview of Endocrine Disrupting Chemicals (EDCs)

### A. History

Endocrinology refers to the physiological role of hormones in the human body. This includes the production and regulation of hormones secreted by glandular organs, such as the thyroid, adrenal, ovary, and testes. These hormones are

important to several metabolic processes including growth and development, reproduction, energy balance, metabolism and lactation. The interaction between hormone stimulation and glandular responses is complex. It involves specific interactions at the tissue and cellular level that may result in activation or suppression of organ function.

Scientists have questioned whether certain chemicals could act as hormones or hormone modifiers to impact human health and cause medical harm. (Kanno J, 2016). Over the years, increasing evidence emerged addressing this question. (Shrug T et al, 2011; Ribeiro E et al, 2017) These chemicals were termed "Endocrine Disrupting Chemicals" or EDCs. EDCs are derived from chemically synthesized compounds that are incorporated into commercial and consumer products used in daily life. These include industrial applications in the polymer, cosmetics and pharmaceutical industries.

**Phthalates** are used as plasticizers. They exist in some food packaging, fragrances, children's toys and medical tubing. In addition, phthalates are found in cosmetics including nail polish, hair spray, aftershave lotion, and shampoos. In particular, phthalates are commonly included in chemical hair straightener products.

**Parabens** are used as preservatives in PCPs, including chemical hair relaxers. They exhibit anti-infection properties that prevent and limit the growth of bacteria and mold.

**Phenols** are used in the generation of polycarbonate plastics for plastic bottles, eyewear, packaging, water bottles, toys, and the lining of canned foods and beverages.

As the number and variety of these chemicals have progressively increased, it became necessary to establish uniformity in identifying these environmental contaminants that disrupt hormonal systems. In 2009 the Endocrine Society published the first white paper regarding the endocrinological effects of EDCs that was updated in 2015. (Gore A et al, 2015) With the growing number of chemicals linked to health issues as well as the various hormonal mechanisms involved, it was apparent that a uniform definition was necessary to describe EDCs and define how they exert biological effects to avoid interpretive differences. To achieve this goal, an expert panel of scientists was convened to develop "key characteristics" of EDCs as a basis for hazard identification. (La Merrill M et al, 2020) These key characteristics would provide uniformity in interpreting scientific evidence. This effort has become widely accepted by authoritative bodies including the International Agency for Research on Cancer and the National Toxicology Program, as according to the National Academies, it "avoids a narrow focus on specific pathways and hypotheses and provides for a holistic consideration of the mechanistic evidence".

Understanding how a hormone activates a normal cellular response requires a brief description. Initially, a hormone may bind to a receptor that may be located on the outer membrane of a cell. Alternatively, the hormone may enter directly into the cell and bind to an intracellular receptor. The hormone-bound receptor may be activated to stimulate or suppress cell functions. For instance, a hormone-bound receptor may be activated to signal nuclear DNA. The DNA message may be translated to synthesize a hormone. The synthesized hormone is transported to the cell surface membrane where it can be released into the blood circulation. After acting on a target organ, it breaks down and is eliminated. Alternatively, hormone-bound receptor interaction may result in antagonism of a particular cellular process that limits physiological function. EDCs may alter cell function through a variety of mechanisms. These mechanisms serve as the basis for establishing 10 key characteristics (KC) of EDCs. (La Merrill, MA, et al., Consensus on the Key Characteristics of Endocrine-Disrupting Chemicals as a Basis for Hazard Identification, Nat. Rev. Endocrinol. 2019 Nov. 12;16(1):45-57.)




**Figure 1.** Effect of EDCs on receptor-hormone interaction. (A) Shows the blocking action of EDCs, where it binds to the receptor within the cell and blocks endogenous hormone from binding. The normal signaling is blocked and the associated organ system (i.e., endometrium, ovary) fails to respond properly. In (B), the mimicking action of EDCs is depicted. EDCs may completely or partially mimic the naturally occurring hormones to interfere with physiological responses. (Adapted from Priyam A et al, 2018)

KC1: EDCs may bind to a receptor and activate an inappropriate cellular response that results in a health risk.

KC2: EDCs may bind and antagonize a receptor so as to reduce or eliminate the signal resulting in a loss of function state.

KC3: EDCs may bind a receptor and alter its expression (action) causing defective or absent function.

KC 4: An EDC may not encumber hormone-receptor binding, but the activity of this complex may not be appropriate for the intended cell action.

KC 5: EDCs can exert permanent effects by altering the mechanism by which genes are processed (epigenetic processing); thus, altering intended functions.

KC6: EDCs may alter hormone synthesis. This relates to disruption of normal feedback relationships, for instance, thyroid hormone is regulated by a negative feedback loop to its trophic stimulant, thyroid stimulating hormone, in the pituitary gland. If serum thyroid hormone levels are low, the pituitary makes more thyroid stimulating hormone to maintain sufficient thyroid function.

KC7: Some EDCs may disrupt passage of hormone across cell membranes. While some hormones pass easily from cell to cell, others require select processes that may be altered by EDCs.

KC8: Altered hormone distribution or circulating levels. Some hormones require binding to factors that facilitate passage through blood. EDCs may alter this process and prevent or interfere with this function.

KC9: Some EDCs may disrupt or interfere with normal processes to eliminate natural hormones from the body.

KC10: Some EDCs can alter tissue architecture or expose cell structure to adverse organizational processes.

## B. Exposure to Chemical Hair Relaxers

In the cosmetic industry the impact of EDCs and other carcinogens has been reflected in the increasing use of personal care products (PCPs) including creams, lotions, hygiene and hair care and, in particular, chemical hair relaxers as these PCPs contain one or more EDCs. As mentioned previously, parabens act as preservatives due to their broad antimicrobial properties and are included in nearly all chemical hair relaxers and most PCPs (Soni M et al, 2005; Ferguson K et al, 2017; Philippat C et al, 2015). By comparison, phthalates are widely used in hair care products as softeners and liquid plasticizers to increase flexibility and durability. (Wu M et al, 2012) Another group of compounds that are considered EDCs are phenols. This includes benzophenone-3 that is included in cosmetics such as hairsprays and shampoos to increase product durability (Han C et al., 2016). Other EDCs increase hair flexibility by breaking or altering chemical bonds responsible for hair stiffness. These formulations include formaldehyde and sodium hydroxide. (Weathersby C et al, 2013; França-Stefoni S et al, 2015). Additionally, benzophenone-3 (Utsunomiya H

et al, 2019), cyclosiloxanes (Helm J et al, 2018) and ethanolamines (Helm J et al, 2018) are essentially conditioners to assist in smoothing hair.

## II. Absorption and Metabolism of Topical EDCs

With respect to chemical hair relaxers, application of these substances to the hair is associated with substantial dermal contact. Entry of chemical hair relaxers through the skin is a principal route of absorption. In rendering my opinions contained herein, I have considered the routes of exposure to the mixture of ingredients contained in chemical hair relaxer products.

### A. Dermal Absorption

Many, if not most, chemical hair relaxers gain entrance to the human body by skin application and dermal absorption. (Brito s et al, 2024; Ramadon D et al, 2022) The skin is composed of 3 layers as depicted in Figure 2, the epidermis, dermis and hypodermis. The epidermis can be stratified into four sublayers. The stratum corneum (SC) is the outer surface layer that contains keratin protein derived from dead keratinized cells. The SC also is composed of cholesterol, free fatty acids, and triglycerides. Below the SC is the stratum granulosum (SG) that is only a few layers thick and exist only on digits, palms and soles. Underlying the SG is the stratum spinosum (SS) which is comprised of about 10 layers of keratinocytes. This layer includes cell-cell connectors called desmosomes as well as Langerhans cells that engulf bacteria or damaged cells by a process termed phagocytosis. The deepest layer of the epidermis is the stratum basalis (SB) that contains primary cells for keratinocytes. In this layer, there are also melanocytes and Merkel cells.




**Figure 2.** Depiction of basic skin structure (left) with focus on the epidermis (right). Purple cell is Langerhans cell; Brown cell is melanocyte; Yellow cell is Merkel cell. (Brito S et al, Pharmaceutics, 2024)

Beneath the epidermis is the dermis that is comprised of 2 layers, the papillary and reticular layers. The reticular layer contains adipocytes, blood vessels and lymphatic capillaries. The reticular layer is denser and includes a high content of collagen fibers that affords elasticity and flexible movement. Below the dermis is the

hypodermis, also known as the subcutaneous layer that is composed of blood vessels and fatty tissue.

**B. Passage through skin**

Passage of chemical hair relaxers through the skin involves 2 methods, transepidermal and transappendageal routes. Transepidermal routing includes a) transcellular and b) intercellular mechanisms (fig. 2). Transcellular passage entails direct absorption through various layers of epidermal and dermal tissue. The ease of passage by this route depends on the chemical make-up of the chemical hair relaxers and its compatibility with these skin layers. The cell membranes of epidermal and dermal cells are highly lipophilic and will allow easy passage of compounds that are high in lipid content. In contrast, chemical hair relaxers that are less lipophilic and more water soluble (hydrophilic) may not be absorbed as efficiently. Thus, hydrophilic compounds may be absorbed more slowly or incompletely or both.




**Figure 3.** Routes of drug diffusion through the skin. Each pathway is represented by a purple arrow below each label. (Brito S et al, Pharmaceutics, 2024)

The second mechanism of transepidermal absorption is intercellular wherein chemical hair relaxers travel between and around cells. This is highly advantageous for more lipophilic compounds than hydrophilic due to lipid-rich nature of cell membranes within epidermal and dermal layers. Conversely, the opposite is true for those EDCs that are more hydrophilic than lipophilic.

Transappendageal absorption is passage of chemical hair relaxers through skin structures such as hair follicles and sweat glands. This method of absorption is advantageous for absorption of large, polar (hydrophilic) compounds that are less permeable in the dense dermal layers. However, this pathway is less efficient due to the considerably smaller total area of absorption. Thus, the principal pathway of exposure is through the scalp.

## III. Transdermal Absorption of EDCs in Chemical Hair Relaxers

This section focuses generally on the structural elements and absorptive pathways of chemicals found in chemical hair relaxers, including parabens, phthalates, and phenols.

### A. Parabens

Parabens may enter the body by ingestion or skin absorption following application of chemical hair relaxers. When exposed to skin, parabens generally are readily absorbed. In humans, dermal penetration of parabens is rapid and occurs within a few hours. (Janjua N et al, 2018). The chemical structure of parabens includes both lipophilic (more fat soluble) and lipophobic (less fat soluble) regions that impacts absorption rates across the skin. The shorter the chemical length, i.e., methyl paraben, the more lipophilic and greater ease of dermal penetration. As the chemical length becomes longer, the paraben becomes less lipophilic with lower penetration of dermal layers. Thus, the smallest paraben, methyl paraben (MP), is more likely to pass easily through the skin than its longer length molecules such as, in order, ethylparaben (EP), propylparaben (PP), and butylparaben (BP). Interestingly, urinary excretion of parabens has been reported to be higher in women, 17-237 ng/mL, compared to that of men, 0.5-79.1 ng/mL (Zhou H et al, 2018) This gender disparity has been previously reported and is attributed to greater use of PCPs, including chemical hair relaxers, in women compared to that used by men. (Biesterbos J et al, 2013; Zhou H et al, 2018.

Following dermal absorption, parabens are converted by hydrolysis to their major metabolite, parahydroxybenzoic acid (PHBA) by keratinocytes in the epidermis. This conversion may also be of concern as PHBA may increase production of reactive oxygen species and nitric oxide that cause damage to DNA, RNA, and proteins, and may cause cell death. (Nowak K et al, 2018) PHBA may undergo further metabolism through conjugation with glucuronic acid, sulfate acid and glycine. This occurs in the liver and conjugates have been found to be stable in plasma after 30 days. (Ye X et al, 2009)

In a two-week study involving 26 male volunteers, a cream containing 2% DEP, DBP and BP was generously applied to the skin for 7 days after a control interval of similar length. (Janjua N et al, 2008). All subjects exhibited increased urinary excretion of these compounds after application as 5.8, 1.8 and 0.3% of applied DEP, DBP and BP were recovered as their metabolites MEP, MBP and BP. Similar results were observed for BPA in that the percent free serum BPA absorbed from the skin was much greater than following oral administration (Sasso A et al, 2020; Thayer A et al, 2015).

Perhaps, more relatable was a study of pregnant women undergoing routine ultrasound examination at mid-gestation. Urine samples were collected prior to, at 1-2 hours, and 7-1/2 hours after the imaging procedure for measurement of levels of various EDCs, including parabens. (Messerlian C et al, 2017) Prior to each exam a lubricant gel was applied to the abdomen to facilitate the ultrasound procedure. After the first exam, MP, EP, and PP were all detected in urine. By the 1-2 hour window urinary levels of MP and BP rose nearly 2-fold whereas urinary PP increased almost 4-fold. By 7-12 hours, all levels of urinary parabens had returned to baseline. These data appear to confirm rapid absorption of parabens from skin applications that suggest that significant exposure may be achieved through use of PCPs, like chemical hair relaxers.

These data provide convincing evidence that parabens are able to bind to and compete for estrogen receptor sites. In addition, studies performed on human breast cancer tissue show that parabens may stimulate call proliferation as a result of binding to and activating ERs.

**B. Phthalates**

Transdermal passage of phthalates is largely dependent on molecular structure and weight. Phthalates generally can be categorized into 2 structural groups. High-molecular weight (HMW) diester phthalates include di-(2-ethylhexyl) phthalate (DEHP), di-isononyl phthalate (DiNP), di-isodecyl phthalate (DiDP) and benzylbutyl phthalate (BzBP). These are primarily used as additives and plasticizers in polyvinyl plastics (Koniecki D et al, 2011) Low-molecular weight (LMW) diester phthalates include dimethyl phthalate (DMP), diethyl phthalate (DEP) and dibutyl phthalate (DBP) that are contained in solvents, adhesives, pharmaceuticals and a variety of PCPs. (Segal T et al, 2019; Mustiels V et al, 2020; Ikhlas S et al, 2020). Notably, potential health risks of PCPs are underscored by the lack of covalent bonding of phthalates to plastics that allows for unfettered contact with skin (Barr D et al, 2003).

It has been previously reported that phthalates bind to the ER only when the chemical structure includes an alkyl chain length of 3 carbons as in the case of LMW phthalates. (Nakai M et al, 1999) When the chain length exceeded 3 carbons, there was little or no binding to ER. The lack of binding with phthalate esters with longer alkyl chain length was attributed to steric or special hindrance. However, subsequent studies have shown that HMW phthalates may bind the ER and exhibit bioactivity provided that appropriate chemical manipulation of the molecular structure is performed. (Toda C et al, 2004; Kusu R et al, 2004)

The passage of LMW phthalates through skin has been carefully examined. Within the epidermis, the outer stratum corneum layer is adequately lipophilic to allow for easy passage of fats, oils, and LMW diester phthalates such as DMP, DEP,

and DBP, among others. Beneath the stratum corneum, the underlying epidermal layers become progressively less lipophilic and more hydrophilic (Sugino M et al, 2017). As a result, penetration of diester phthalates becomes progressively less. However, within the deeper epidermal layers diester phthalates undergo enzymatic conversion by esterases and become shorter chained monoester phthalates (MMP, MEP, and MBP). Monoester phthalates are relatively hydrophilic which allows for more efficient penetration into deeper layers of the epidermis and dermis. This effect was demonstrated in an in vitro study that compared skin absorption by diester and monoester phthalates. (Sugino M et al, 2017) Skin samples were obtained from hairless rats and a human skin bank. The stratum corneum was removed, thus exposing the epidermis to phthalate application. After incubation for 12 hours, the absorption of the monoester, MBP, into the skin was significantly greater than that of the diester, DBP. However, when an esterase inhibitor was added to the culture, there was essentially no evidence of MBP in the culture compared to substantial amounts of DBP. The results revealed that the more hydrophilic monoester, MBP, passes easily through the epidermis whereas the lipophilic diester phthalate, DBP, remains in the stratum corneum and serves as a reservoir for monoester structures. Within the deeper epidermal and dermal layers, phthalates are absorbed into local blood vessels and eventually enter the general circulation to be distributed throughout the body as previously reported (Olkowska E et al, 2022; Sugino M et al 2017; Pan T et al, 2014; Hopf N et al, 2014).

The absorptive properties of phthalates are important as their exposure has been associated with acceleration of pubertal development in girls. (Wolff M et al, 2014) In addition, higher urinary phthalates levels has been reported in girls with premature breast development (Chou Y et al, 2009; Durmaz et al, 2018) These findings are consistent with phthalate-driven activation of estrogen receptors stimulating early breast development in adolescence.

### C. Phenols

Systemic phenol absorption may result from inhalation, ingestion, or cutaneous exposure and be distributed within bodily tissues quickly. (Champmartin C et al, 2020). Phenol is both water- and lipid-soluble, is readily absorbed through the skin, lungs, and gastrointestinal tract and rapidly and widely distributed. Maximal dermal absorption appears to be related to solubility within stratum corneum as well as through the intercellular lipid lamellae (Zhang et al, 2011) Once in the circulation, these compounds undergo hepatic metabolism by glucuronidation, sulfonation, and oxidation. (Vearrier D et al, 2015)

A previous study was conducted to determine the concentrations of several bisphenols in a variety of PCP samples collected from China and the United States. (Liao C et al, 2014) The samples included hair care products, shampoos, hair conditioners, skin lotions, and make up products. These products had measurable

concentrations of 4-*n*-nonylphenol, 4-*n*-octylphenol, and 4-*tert*-octylphenol, although the geometric mean levels of individual bisphenols were at sub-nanogram levels. While quantities were relatively low, detection of these phenols indicated absorption from the skin, primarily from body lotions, face creams, and liquid foundations. In a similar study, the estimated dermal uptake of BPA from PCPs was much less than that following oral ingestion (von Goetz et al., 2017). Notably, it was pointed out that following a meal any ingested BPA is metabolized and undergoes conjugation (attaching to another molecule) in the liver before being excreted in urine (Tominaga et al., 2006). As a result, up to 99% of BPA is conjugated whereas only 1% remains unconjugated. (Doerge D et al, 2011; EFSA CEF Panel, 2015) In contrast, when absorbed into the body by dermal penetration or inhalation, BPA avoids the metabolism by the liver that results in more unconjugated BPA in circulating blood (Vandenberg N et al, 2007). In addition, subsequent studies have shown that between 27%-97% of an unconjugated BPA dose may readily penetrate human skin. (Zalko D et al, 2011) These findings clearly indicate that exposure to BPA from dermal absorption is significant and must be considered when regarding the total amount daily BPA uptake.

Collectively, these studies demonstrate that dermal application of these representative chemical hair relaxers (parabens, phthalates, and phenols) result in substantial absorption through the skin and entry into the blood circulation. Once in the blood, these chemical hair relaxers bind to and activate estrogen receptors to stimulate estrogen responsive tissue function.

## IV. Chemical Hair Relaxers Contain EDCs with Estrogenic Effects

Numerous studies have demonstrated that EDCs in chemical hair relaxers exhibit estrogenic activity through a variety of experimental methodologies. It is important to understand that the bioactivity of these chemical hair relaxers is considerably less than that observed for the main bioactive estrogen, estradiol. Nevertheless, the clinical impact of chemical hair relaxers is based on the type, dose and duration of exposure, as well as tissue susceptibility to a given chemical hair relaxer. To appreciate the potential physiological impact of chemical hair relaxers on reproductive tissues in women, it is important to describe the hormonal effects of estrogen and progesterone on the uterus and, in particular, the endometrium.

### A. EDCs: Adolescent Exposure

It has been reported that the use of chemical hair relaxers in African American women may be introduced during childhood and increase during adolescence. (Gaston S et al, 2019) Several more studies have also described use of chemical hair relaxers in late childhood and early adolescence (Tiwary C, 1998; Donovan M, et al, 2007; James-Todd T, et al. 2011) Using adolescent data from the Sister Study participants, it was reported that the use of hair straighteners and hair permanents in this

population was more common with about 10% of individuals using any hair straighteners and 34% employing any hair permanent use. Use frequency varied as hair straightener use during adolescence in Black women was reported as 75% whereas use in White women was only 3%. By comparison, use of any permanent use was 37% of White women compared to 9% of Black women during adolescence. (White A et al, 2021).

The use of these products over time has led to consideration of cumulative adverse side effects that can pose serious health risks, including certain reproductive cancers. Relevant to this consideration, epidemiological studies have demonstrated an increased risk of breast cancer in women exposed to PCPs including chemical hair relaxers during puberty and adolescence (White A et al, 2021; Goldberg M et al, 2024). Early exposure to PCPs has also been associated with latent diabetes, endometriosis, inhibition of steroidogenesis, and adverse effects on ovarian follicle development and function (James-Todd T et al, 2012; Dutta S et al, 2023; Kim J et al, 2020; Gore A et al, 2015).

### B. Physiological Role of Estrogen and Progesterone on the Uterine Endometrium

In women, estrogen is a hormone produced by the ovary. Estrogen is responsible for pubertal development and maintenance of reproductive function. During puberty, estrogen stimulates growth of the breasts. It also has a role in initiating and maintaining the menstrual cycle. In this regard. It is an essential element for the maintenance of pregnancy during a woman's reproductive years. Most estrogen exists as estradiol (E2) although other forms with much less bioactivity exist. Estradiol is converted from testosterone by the action of an enzyme, aromatase. The ovary is also responsible for the production of progesterone that is important in maintaining regular menstrual cyclicity.

During a woman's reproductive years, estrogen and progesterone work in concert to maintain the integrity of the uterine lining or endometrium. By convention, the first day of menstrual bleeding signals the onset of the menstrual cycle. During the first 2 weeks of a normal 4-week menstrual cycle, rising serum estrogen levels support growth and maturation of the endometrium, termed the proliferative phase (see Figure 4). During this portion of the cycle, the uterine lining undergoes significant growth becoming thickened with marked increases in the number and size of glands within endometrial tissue. After 14 days into the menstrual cycle, ovulation occurs resulting in the production of progesterone for 2 weeks. This is termed the secretory phase. During this time, the pattern of progesterone secretion assumes a bell-shaped curve to achieve peak levels at the mid-secretory phase (seven days after ovulation). The early increase of progesterone is accompanied by continued estrogen production. As a result, the endometrium is transformed from a compact tissue into a lush environment inundated by glandular secretions that include carbohydrates,

proteins and hormones. The purpose for this hormone-induced tissue enrichment is preparation of an endometrial implantation site should fertilization occur. In the absence of fertilization, both estrogen and progesterone levels gradually decline over 7 days to reach baseline levels after which endometrial support is lost and menstruation ensues.




**Figure 4.** Serum hormone secretion patterns and corresponding endometrial tissue response during a normal ovulatory menstrual cycle. Note endometrial growth (proliferation) during the follicular phase and, following ovulation, endometrial glandular development during the luteal phase.

Estrogen also has an effect on the uterine musculature or myometrium. Excessive exposure likely contributes to formation of uterine leiomyomas (fibroids) as therapeutic suppression of estrogen production markedly diminishes the size of these lesions. During pregnancy, increased estrogen production is essential for the development of utero-placental vascularization in preparation for placentation and embryo implantation. The placenta is responsible for the production of large quantities of progesterone that are involved in implantation of the fertilized egg and suppression of uterine muscle contractility during gestation.

The effects of E2 are mediated through binding to estrogen receptors (ER) located within endometrial and myometrial cells as well as on the surface of cell membranes. Estrogen receptor alpha (ERα) and beta (ERß) as well as a cell surface receptor, G-protein coupled estrogen receptor, are active throughout all phases of the menstrual cycle. These receptors are present in cells of the surface epithelium, within

stromal cells and myometrial cells. Estrogen receptors are most prominent in the proliferative phase of the cycle.

Progesterone antagonizes the action of E2 on the endometrium by activating its receptors, progesterone receptor alpha (PRα) and receptor beta (PRß). (Gompel A, 2020) Expression of these receptors is increased by E2 and are maximal at ovulation after which they decline. Because serum progesterone levels are low in the proliferative phase, there is little consequence on E2 activity. By comparison, during the secretory phase, increased production of progesterone opposes the effects of E2 by activation of PRα and PRß, that are present in the epithelial and stromal compartments of the endometrium. (Lessey B & Young SL, 2019)

**C. Effects of Parabens**

Recognition of parabens as EDCs with estrogenic effects stems from evidence provided by in vitro and in vivo studies. In an early report, it was demonstrated that BP actively competed with E2 by binding to the ER in uterine tissue of immature rodents (Routledge E et al, 1998). Subsequent administration of BP by injection significantly increased uterine weight, although the magnitude of this effect was less than that of E2, itself. Using a similar uterotrophic assay system in immature and adult ovariectomized rodents, estrogenicity was examined after treatment with various parabens as compared to E2. (Lemini C et al, 2013) Parabens increased uterine weight in immature and ovariectomized animals, although their relative uterotrophic effects were lower than that of $E_2$. All parabens, except MP, competed with E2 for ER binding sites. A subsequent study demonstrated similar results that validated the estrogenicity of MP and EP. (Sun L et al, 2016) Moreover, in this study it was shown that both MP and EP may enter and dock into the agonist pocket of the human ER ligand binding domain.

Parabens also appear to exert effects on human cancer cells through estrogen-mediated action. Emphasis on the estrogenic proclivity of parabens relative to breast cancer was recently reported with a focus on women of West African Ancestry. (Tapia J et al, 2023) The experiments included the effects of parabens on breast cancer cells from women of European ancestry (MCF-7) as well as those from West African ancestry (HCC1500). The results showed that ER target gene expression in cells from European and African ancestry breast cancer were stimulated by PP, BP, and MP. The responsiveness to these parabens was ER gene specific as co-incubation with a selective ER antagonist inhibited respective gene expression. In addition, BP increased cell viability in both ethnic cell lines; however, this effect was not ER mediated but rather may have been an effect of BP through an unknown mechanism.

These data provide convincing evidence that parabens are able to bind to and compete for ER sites. Moreover, the demonstration that parabens are capable of stimulating the expression of ER target genes in breast cancer cells underscores their

plausible impact on the development of estrogen-related cancer in reproductive tissues such as uterine and ovarian cancer.

**D. Effects of Phthalates**

Similar to parabens, phthalates also have been shown to exhibit estrogenic activity. Early efforts to investigate the hormonal effects of EDCs demonstrated that phthalates exhibited several estrogen-like properties. Reduced binding to the ER by E2 was demonstrated in the presence of di-ethyl-hexyl-phthalate (DEHP). (Jobling et al, 1995) In addition, DEHP was shown to stimulate growth of breast cancer cells in culture. Subsequently, a number of studies have shown that phthalates exhibit estrogenic activity, including a bioassay that tested the ability of a substance to increase the number of cultured human breast cancer cells (MCF-7). (Soto A et al, 1995) Of the phthalates tested in this study, dibutyl-phthalate (DBP) and diamyl-phthalate were not estrogenic whereas butyl-benzyl-phthalate (BBP) exhibited estrogenic activity. Similarly, a variety of assay methods were used to assess several environmental chemicals that revealed both BBP and DBP were estrogenic (Andersen H et al, 1999)

Epidemiological studies have shown that use of chemical PCPs or hair relaxers is significantly associated with an increased risk of breast cancer. (Brinton L et al, 2018; Llanos A et al, 2017; White A et al, 2021, Sandler D et al, 2017; Eberle C et al, 2020) Laboratory investigations have shown that low levels of phthalates may induce growth of human breast cancer cells. (Chen F & Chen M, 2014) In addition, normal human breast cells incubated with fibroblast cells that surround breast cancer tissue undergo proliferation in the presence of phthalates. (Chen F et al, 2018) These findings suggest that in women predisposed to or with early-stage breast cancer, phthalate exposure, at least in part, may stimulate or perpetuate cancer cell growth. This evidence of breast cancer provides additional evidence of the biologically plausible mechanism leading to the association between chemical hair relaxers and ovarian and uterine cancers.

Another mechanism by which phthalates also may impart estrogenicity is through the aryl hydrocarbon receptor (AhR) pathway. The AhR is present in almost all animal and human tissue and mediates several toxic effects of certain aromatic hydrocarbons, as well as phthalates. Relative to this physiological mechanism, a study was conducted on liver tumor cells in which DEHP and DEP stimulated significant increases in E2 production compared to cells incubated with solvent control. (Mankidy R et al, 2013) In the same study, DEHP, DEP, DBP and BBP, individually, induced increased agonistic aryl hydrocarbon receptor (AhR) responsiveness. These findings were consistent with previous in vitro studies showing that DBP induced a significant agonistic AhR response compared to solvent control. (Kruger T et al, 2008) Weak AhR activation was noted for DEHP and DIDP.

Previous investigation has shown that AhR's are located on glandular elements of human endometrium. (Kuchenhoff A, et al, 1999) Moreover, expression of AhR mRNA has been reported to be higher in human uterine carcinoma compared to normal tissues. (Li D et al, 2013) It was suggested that upregulation of AhR transcription is a relatively early event in uterine carcinogenesis. These findings are consistent with earlier findings showing that the agonist-activated AhR directly associates with estrogen receptors ERα and ERβ. This association results in the recruitment of unliganded ERs and activation of estrogen responsive gene promoters that result in estrogenic effects. (Ohtake F et al, 2003)

Thus, it is evidence that phthalate exposure, particularly over an extended period of time can contribute to reproductive carcinogenesis including uterine and ovarian cancer. The scientific data document direct stimulation of estrogen receptors as well as probable activation of the AhR pathway that is an early step in the development of uterine cancer.

### E. Effects of Phenols

Phenols, including bisphenol A (BPA), generally are contained in plastic containing products such as cosmetics, detergents, paints, textiles, epoxy resins and herbicides. (Delfosse V et al, 2012) The presence of bisphenols in these products also may be a consequence of leaching from their polycarbonate plastic containers (Vandenberg L et al, 2007). Additionally, bisphenols may be present in several PCPs, such as toothpastes, antibacterial and deodorant soaps, cosmetics, and deodorants (Liao C et al, 2014). Due to the widespread use of plastics, BPA levels in urine have been detected in more than 90% of the US population (Calafat A et al., 2008). This includes urine and serum samples of pregnant women as well as detectable levels of BPA in serum, plasma, and placental tissue of newborn infants. (Schönfelder G et al., 2002; Lee Y et al., 2008; Padmanabhan V et al., 2008; Ye X et al., 2008). Because of numerous concerns, the manufacture and use of BPA is regulated in several countries, which has prompted the development of alternative bisphenol alternatives.

Previous studies have shown that BPA exhibited estrogen-like activity by various methods, including competitive binding to ERs, induction of progesterone receptors, and interference with tamoxifen action (Krishnan A et al, 1993) In addition, it was shown that BPA was shown to induce estrogen-like effect in estrogen specific target tissues. In particular, in female mice given BPA exhibited a significant increased height of luminal epithelial cells within the uterus. An increase in uterine weight was induced by 100 mg/kg BPA was also observed. (Markey C et al, 2001) A later study demonstrated that BPA may initiate ERα gene regulation in a rodent uterine model. In this study, BPA induced uterine growth though ERα activation and that the activated gene profile was highly correlated to that of E2. (Hewitt C et al, 2011).

Taken together, these data share similarity to that of parabens and phthalates in that BPA binds and activates ER in uterine tissue and may stimulate endometrial growth in a mechanistic fashion similar to that of estrogen. Thus, it is plausible that with long-term exposure, chemical hair relaxers containing BPA can contribute to the development of uterine and ovarian cancer.

## V. Estrogen and Anovulatory Disorders

As described in IV(B), anovulatory women with PCOS are subject to chronic exposure to modest levels of estrogen in the absence of progesterone. It is estimated that 5-20% of premenopausal women suffer from this disorder. (Azziz R et al, 2016) By comparison, several studies have reported that the prevalence of irregular menstrual cycles is 10-30% of all premenopausal women. (Zhang C et al, 2023: Liu Z et al, 2007; Fraser I et al, 2009) Thus, it is likely that women with PCOS comprise a significant portion of premenopausal women with irregular uterine bleeding.

It is in this context that the neoplastic plausibility of uterine cancer must be considered in women exposed to chemical hair relaxers.




**Figure 5.** Regulation of hormone production in normal women (left) and women with PCOS (right). In normal women, the ovary is stimulated by pituitary LH and FSH that results in ovulation with accompanying E2 and progesterone production. In women with PCOS, LH and FSH secretion are abnormal leading to failed ovulation (no progesterone) accompanied by production of excess testosterone and modest, but persistent amounts of E2.

My research into the mechanisms that are responsible for the clinical features of PCOS have been performed primarily in women with this disorder. The clinical features of PCOS include anovulation, excess hair production, and ovaries that contain excess follicles or cysts. It has been long recognized that chronic, unopposed estrogen secretion (by progesterone) is a major feature of this disorder.

It has been previously established that the source of chronic estrogen secretion is derived from the conversion of testosterone to estrogen. In this regard, we have determined that excessive testosterone production is derived from an inherent defect within the polycystic ovary, itself, in the presence of abnormal ovarian stimulation by pituitary LH. (di Ziegler D et al, 1989; Rosencrantz M et al, 2011) In addition, we have shown that primary stimulation of ovarian testosterone is due to inappropriately increased LH production by the pituitary gland. (Chang R et al, 1983) Our research has also shown that persistent estrogen production is likely responsible, at least in part, for the disparity of increased pituitary LH and reduced FSH secretion in women with this disorder. (Chang R et al, 2017) Collectively, this syndrome appears to be maintained by a vicious cycle of altered hormone production and feedback mechanisms involving the pituitary gland and the polycystic ovary. The clinical impact is reflected in irregular menstrual bleeding and excessive hair growth.

While the patient spectrum of my clinical practice has included an assortment of reproductive disorders, the most prevalent conditions involved women with androgen excess. This included women with virilizing signs stemming from an androgen producing tumors to those with extremely mild hair growth. However, the predominant disorder encountered in my clinical practice was polycystic ovary syndrome. The clinical presentation varied from very mild to extremely severe. In the latter category, the condition often was complicated by the presence of obesity and type 2 diabetes mellitus. Invariably, these individuals experienced marked menstrual irregularity and associated heavy vaginal bleeding. In some individuals, the evaluation led to a diagnosis of uterine cancer. Notably, in my experience I encountered approximately 6 women who were approximately 30 years of age or less with this diagnosis. The carcinogenic process is linked to persistent exposure of the uterine endometrium to chronic, unopposed estrogen secretion that is a hallmark feature of polycystic ovary syndrome.

**A. Chronic Anovulation**

In women who exhibit chronic anovulation (failure of ovulation), estrogen production persists in the absence of progesterone. With uninterrupted exposure to chronic estrogen the endometrium continues to thicken, may result in atypical endometrial growth or hyperplasia. Moreover, the major concern for these individuals is the development of uterine cancer. While past studies have reported that women with irregular vaginal bleeding are not at increased risk for ovarian cancer (Barry J et al, 2014; Shetty C et al, 2023; Harris H et al, 2018; Tung K et al, 2005; Purdie D et al, 2003; Merritt M et al, 2013), recent studies have demonstrated a greater likelihood

of ovarian cancer in these individuals. (Moorman P et al, 2002; Cirillo P et al, 2016; Ghaempanah F et al, 2025; Schildkraut j, et al; 1996) In a 50-year prospective study of over 15,000 women recruited from 1959 to 1966 and followed through 2011, individuals with irregular menstruation or irregular menstrual cycles had a higher risk of ovarian cancer incidence and mortality. (Cirillo P et al, 2016) There was a 2-fold increased incidence and mortality by age 70 (95% CI = 1.1, 3.4) and by age 77 a 3-fold increase was evident (95% CI = 1.5, 6.7) for incidence; 95% CI = 1.4, 5.9 for mortality).

### B. Chronic Anovulation in Women with Polycystic Ovary Syndrome

The notion that persistent estrogen exposure, in the absence of progesterone, may increase the risk for endometrial hyperplasia is underscored by the observation that women who suffer from polycystic ovary syndrome (PCOS) are at risk for uterine cancer. In women with PCOS the vast majority of estrogen is derived from the conversion of testosterone to estrogen that occurs mainly in adipose (fat) tissue. As most women with PCOS are overweight or frankly obese, the extra-glandular (non-ovarian) production of estrogen accounts for constant endometrial stimulation and contributes to simple endometrial hyperplasia that may become atypical and lead to uterine cancer. Notably, the likelihood of uterine cancer has been reported to be four-fold higher in women with PCOS compared to those without PCOS (Fearnley E et al, 2010).

The impact of estrogen on the endometrium is mediated by binding to and activation of the ER. Once activated, the ER conveys the message to stimulate endometrial growth and development. Most endometrial cancers are thought to be mediated through ER as a consequence of persistent exposure to estrogen. In the endometrium of women with PCOS increased ER gene and protein expression has been demonstrated that, in part, may explain the higher incidence of endometrial hyperplasia and uterine cancer in this population. (Maliqueo M et al, 2003; Navaratnarajah R et al, 2008). In a similar manner, long-term exposure to chemical hair relaxers can lead to chronic activation of estrogen receptors in the endometrium, stimulate endometrial growth with subsequent hyperplasia and eventually uterine cancer. This carcinogenic process is underscored with the use of chemical hair relaxers in women with PCOS.

The estrogen-mediated increase of uterine cancer in women with PCOS has recently been reported together with a greater risk of several other reproductive cancers in women with this disorder. (Alur-Gupta S et al, 2025) The association between PCOS and reproductive cancers was determined in 421,277 women with PCOS compared to a reference cohort of 2,106,385 women. Both the PCOS and reference cohorts were sourced from Optum Clinformatics. For the PCOS group the adjusted HR (95% CI) for the following cancer types were found: uterine cancer, 3.53 (3.35-3.72), ovarian cancer, 4.86 (4.40-5.37), fallopian tube cancer 2.31 (1.19-4.48),

and cervical cancer 2.26 (2.15-2.38). The multivariate models were adjusted for hereditary cancer syndromes, hypertension, hyperlipidemia, diabetes, obesity, race, education, infertility, combined hormonal contraception and metformin use. Collectively, these findings are consistent with the premise that chronic estrogen exposure provides for persistent activation of ERs present in these reproductive tissues. Over time, it is biologically plausible that this continuous exposure to estrogen can contribute to the development of uterine and ovarian cancer as well as fallopian tube and cervical cancer.

### C. Role of Progesterone in Anovulatory Disorders

Anovulatory women that exbibit chronic estrogen production are subject to endometrial proliferation including simple endometrial hyperplasia, atypical endometrial hyperplasia, and increased risk of uterine cancer. These tissue alterations, at least in part, are due to the absence of progesterone as a result of failed ovulation. In cases of simple and atypical endometrial hyperplasia exposure to progesterone, either pharmacological or physiological, restores the normal appearance of glands and stroma within the endometrium. Thus, excessive buildup of the endometrial lining may be obviated by treatment with progesterone in conditions of simple and atypical endometrial hyperplasia, and in some cases, well-differentiated uterine cancer. (Gompel, A, 2020) Clinically, in anovulatory women intermittent and cyclic administration of progesterone on a monthly basis is associated with remission of endometrial hyperplasia (Marra C et al, 2014).

## VI. Uterine Cancer

Uterine cancer is the fourth most common cancer in women, and the most common gynecological cancer, accounting for more than 60,000 cases and 10,000 deaths in the USA each year (Rodriquez A et al, 2019) Most uterine cancers arise in the endometrium and are referred to as endometrial cancers. Endometrial cancer is often subdivided into two types by histopathology (Bokhman J, 1983). Type I endometrial tumors, also known as low grade endometrioid, make up the majority of endometrial cancer cases (~ 85%). These tumors are of a low-grade potential with a glandular structure. They usually express high levels of ERα, and are thought to be hormonally driven (Carlson M et al, 2014). Type II tumors include high-grade endometrioid tumors, serous tumors, clear cell tumors, carcinosarcomas, and tumors with mixed histology. These tumors are less likely to express ER (Shen F et al, 2017), have a worse prognosis, and share molecular features with triple-negative breast cancer and serous ovarian cancer (Berger A et al, 2018). Despite the worse prognosis of type II endometrial cancers, the hormonally driven type I endometrial cancers are responsible for more deaths because of their increased incidence (Setiawan V et al, 2013). Endometrial cancer also may be classified according to the microscopic appearance of five cancer cell subtypes: endometrioid (endometrial), serous, mixed (usually endometrioid and serous components), clear-cell, and malignant mixed

Mullerian tumors. The endometrioid cell type is the most common (about 75%) and can be either low or high grade in appearance. (Murali R et al, 2014)

### A. Clinical Factors Related to Uterine Cancer

Most cases of uterine cancer have been reported to occur in postmenopausal women compared to premenopausal women. (Makker V et al, 2022). However, recent data suggests that the prevalence of uterine cancer is increasing in premenopausal women with disproportionate increases in adults younger than 50 years old and, in some cases, women younger than 40 years. Recently, it has been reported that in the United States, a disproportionate increase in uterine cancer incidence exists among women of color, for both early and late onset disease. (Rodriguez V et al, 2025) The greatest increment in cancer was noted among American Indian/Alaska Native women, followed by Black, Hispanic/Latina, and Asian and Pacific Islander women while White women had the lowest increase.

Risk factors were examined in a study of premenopausal (n=126) and postmenopausal (n=155) women with uterine cancer seen at one hospital.in Malasia between 2002 and 2020 (Manap N et al, 2022) Tumor histopathology in the premenopausal group was predominantly endometrial cancer as only one of 126 women had a non-endometrial tumor. By comparison, among postmenopausal women non-endometrial cancer was present in 17 of 155 patients. There was no difference in the presentation of abnormal bleeding between groups. However, the premenopausal group exhibited significant differences in clinical presentation such as earlier age at menarche (onset of uterine bleeding in young girls), greater nulliparity (no children), higher BMI, and longer duration of bleeding compared to postmenopausal women.

These associated features are consistent with an overall greater exposure to estrogen in the premenopausal group. For instance, at the time of puberty in young women uterine bleeding occurs as a result of emerging estrogen production resulting from initiation of ovarian hormone production. The pattern of estrogen production is irregular, yet still sufficient to stimulate endometrial growth. In the presence of persistent estrogen secretion, an irregular build-up of endometrial tissue ensues that extends beyond the reach of nutrient blood vessels. This results in a loss of vascular support causing intermittent shedding of endometrial tissue and corresponding irregular vaginal bleeding. (Shayya R et al, 2009) Generally, these initial bleeding episodes are not a result of ovulation, but rather a common clinical characteristic of normal pubertal development. Notably, these early pubertal events are not associated with actual ovulation and, therefore, absent of any progesterone production. Moreover, during puberty the average interval from the onset of bleeding to monthly ovulatory menstrual cycles is about 2-3 years with a range of 1-5 years. (Apter D et al, 1985) Thus, this phase of puberty may be considered an interval of chronic estrogen exposure.

Another important feature of the premenopausal group in the study by Manap N et al was obesity as their mean BMI was significantly greater than that of postmenopausal women (Manap N et al, 2022). Greater fat mass may impact the amount of estrogen produced in the body as adipose tissue is largely responsible for the conversion of testosterone to estrogen by the enzyme aromatase. (Nelson L et al, 2001) Thus, in obese individuals increased adiposity leads to greater estrogen production by this tissue. The relevance of this extragonadal source of estrogen is underscored by the positive correlation between obesity and uterine cancer. (Dobbins M et al, 2013) The presence of obesity also increases the availability of bioactive estrogen or free estradiol (E2). In this regard, in normal women approximately 20%-40% of circulating E2 in the body is bound to a protein, sex-hormone binding globulin (SHBG) and most of the rest is bound to albumin. Both SHBG and albumin are synthesized by the liver. Protein bound E2 is not biologically active and thus, very little serum E2 exists as free or bioactive hormone. In the presence of obesity, the liver may undergo fatty infiltration that interferes with protein production. This disruptive effect may impair liver protein production, including reduced generation of SHBG, thereby increasing the amount of "free" E2. As a result, in obese individuals, there is an increased likelihood of free E2 in the blood. (Rose D, et al, 2007)

**B. Estrogen Exposure and Adolescent Development**

Relevant to long-term exposure to estrogen and persistent stimulation of the endometrium is the use of PCPs, including chemical hair relaxers in young women during or prior to the onset of puberty. It has been well documented that the use of these products is prevalent in early adolescence. (James-Todd T et al, 2012; Li S et al, 2002; Tiwary C et al, 2003; Wu X et al, 2010) As most of these products contain EDCs such as parabens, phthalates, and phenols, several recent studies have been conducted to determine whether PCPs have an impact on the physiological events of puberty, namely those related to estrogen activity such as menarche. In a recent study, early menarche was associated with use of certain EDCs in 179 predominantly Latino girls who were followed from birth through puberty. (Harley K et al, 2019) Urinary samples were obtained from mothers at the time of pregnancy and from children at 9 years of age. In addition, peripubertal concentrations of methylparaben (MEP) were associated with earlier menarche (95% CI: -1.6, -0.1). Another study examined the onset of pubertal development in female offspring of mothers in whom urinary BPA and phthalate levels had been measured during pregnancy. (Watkins D et al, 2017) Interestingly, first trimester urinary MEP levels were associated with higher odds of menarche (OR/IQR: 3.9; 95%CI: 1.1, 14.2) whereas in the second trimester, urinary BPA concentrations were associated with higher odds of early breast development (OR/IQR: 2.2; 95%CI: 1.0, 4.5). Notably, menarche and particularly, initiation of breast development are estrogen induced events during puberty.

The earlier onset of puberty associated with EDC exposure may underly the likelihood of reproductive cancers during adulthood as reported recently. (Chen N et al, 2025) In 5,540 women who participated in the National Health and Nutrition Examination Survey (NHANES) questionnaire from 2007 to 2020 various factors were assessed including age, race, BMI, waist circumference among others. The data were analyzed by logistic regression and adjusted for a variety of demographic, behavioral and health issues. With respect to age, race, education, poverty, BMI, and marital status, there was a significant association between early menarche and the prevalence of uterine cancer ($P$=0.03). There was no relationship between age at menarche and the prevalence of cervical cancer ($P = 0.17$) or ovarian cancer ($P = 0.29$). Women who experienced menarche at a young age were more likely to develop uterine cancer (OR: 0.72, 95% CI 0.54-0.98). Notably, among normal weight individuals the prevalence of uterine cancer was higher in young-aged women at menarche compared to that observed in older-aged individuals at menarche.

## C. Epidemiological Evidence - Chemical Hair Relaxers and Uterine Cancer

Recent publication of a large epidemiologic study examining the association between chemical hair relaxers and reproductive cancers revealed that women's usage of chemical hair relaxers was associated with a greater risk of uterine cancer compared to women who were non-users (Chang C et al, 2022). The study population was recruited from the Sister Study that included over 50,000 women enrolled from 2003-2009. In all subjects the interval of hair product use was limited to the year prior to enrollment. Selected subjects (33,947) were cancer-free, between the ages of 35-74 years, and had at least one sister with breast cancer. Follow-up assessments were conducted annually~~.~~ and more involved evaluations were done every 2-3 years. Participants reported their use of hair care products over the past 12 months including hair dyes, bleach, highlights, straighteners, relaxers, and hair permanents. Participants were followed for an average of about 11 years. Most subjects were non-Hispanic White (85.6%). Those who ever used ~~of~~ hair straighteners were mainly African American/Black, tended to be younger, and had a higher BMI compared to those who never used. There was an 80% greater adjusted hazard ratio of uterine cancer (HR = 1.80, 95% CI = 1.12-2.88) among women who were ever users of straighteners versus never users in the previous 12 months. In addition, a significant exposure-disease risk relationship was evident with increasing use of straighteners ($P_{trend}$ = 0.002). Frequent use, greater than 4 times a year, was associated with a significant risk of uterine cancer as reflected by a hazard ratio of 2.55 (95% CI = 1.46 to 4.45) whereas among less frequent users, fewer than 4 times per year, the hazard ratio was reported as 2.55 (95% CI = 1.46 to 4.45). Notably, there was a higher risk of uterine cancer with straightener use in postmenopausal women (frequent use: HR = 2.52, 95% CI 1.39 to 4.55) as well as in all medically confirmed cases of uterine cancer (frequent use: HR = 2.78, 95% CL = 1.39 to 5.55) and endometrial cancer (frequent use :HR = 2.68, 95% CL = 1.30 to 5.53).

A subsequent epidemiologic study examined the health effects of hair relaxer use in 44,798 Black women (Black Women's Health Study) whose ages ranged from 21-69 years at the time of enrollment. Subjects were followed every two years, and follow-up was complete for >80% of potential person-years. (Bertrand K et al, 2023). Three groups were identified: "never/light users" involved those with <4 years of use and ≤2 times per year exposure; "heavy users" were women who reported ≥15 years of use and ≥5 times per year exposure; "moderate users" comprised those between "never/light" and "heavy" users. Multivariable-adjusted hazard ratios were elevated for moderate use (HR = 1.23, 95% CI: 0.86, 1.76) and heavy use (HR = 1.18, 95% CI: 0.81, 1.71) . Notably, among postmenopausal women exposure to hair relaxers was associated with a greater risk for uterine cancer in moderate users (HR=1.60, 95% CL: 1.01, 2.53) and heavy users (HR=1.64, 95% CL: 1.01, 2.64). In women with more than 20 years of exposure, there was an increased risk for uterine cancer, (HR: 1.71, 95% CL: 1.08, 2.72), The increased risk of uterine cancer in postmenopausal women using hair relaxers is underscored by the absence of similar risk in premenopausal women.

It is readily apparent from these two large epidemiological studies that increased frequency and duration of chemical hair relaxer use is associated with a corresponding increased risk of uterine cancer. In particular, the likelihood of uterine cancer was statistically significant in those women with the highest level of exposure as measured by frequency of application. The implications of these findings are underscored by studies that reveal chemical hair relaxer use occurs in women as early as preadolescence. (James-Todd T et al, 2012; Li S et al, 2002; Tiwary C et al, 2003; Wu X et al, 2010) Moreover, persistence of this high rate of exposure over decades of one's life underscores the plausibility that EDCs contained in chemical hair relaxers can cause and contribute to the development of uterine cancer.

### C. Racial Disparities and Uterine Cancer

The identification of increased risk of uterine cancer among Black women exposed to chemical hair relaxers is significant in that over the past three decades the prevalence of this disease in the United States has increased dramatically. (Henley S et al, 2018). In 2015, the occurrence of uterine cancer was 27 per 100,000 women. At that time, the frequency was similar among Black and White women (27 per 100,000), but higher than that of other racial/ethnic groups (19-23 per 100,000). By 2018, the rate of uterine cancer had increased to approximately 57 cases per 100,000 in both Black and White groups. As recently reported, a microsimulation model of uterine cancer was employed to track simulated Black and White patients with regard to the future occurrence of endometrial tumors starting at age 18 years. (Wright J et al, 2025) Notably, the model closely approximated actual population-based incidence and mortality data for uterine cancer from 2010-2020. Moreover, the model predicted that this trend will continue through 2020 to 2050 where uterine

cancer was projected to increase in White women to 74 cases per 100,000 and increase in Black women to 87 per 100,000. Among White women, incidence-based mortality will increase from 6 per 100,000 in 2018 to 11 per 100,000 in 2050, whereas incidence-based mortality in Black women will increase from 14 per 100,000 to 28 per 100,000.

## D. Mechanistic Effect of EDCs on the Uterine Endometrium

Recent epidemiological studies have clearly demonstrated an association between the use of chemical hair relaxers and uterine cancer. Relevant to these reports, laboratory studies have been able to show that related chemical hair relaxers exhibit estrogenic bioactivity. Moreover, most of these studies have included the effects of chemical hair relaxers on endometrial tissue.

### 1. Parabens

In this section I examine the prevalence of parabens contained in chemical hair relaxers and the published research relative to exhibited estrogenicity bioactivity and related effects of these EDCs on endometrial stimulation, abnormal growth, and potential uterine cancer. In one recent study the presence of various parabens in uterine tissues were determined in 33 women with uterine cancer, 6 women with endometrial intraepithelial neoplasia (EIN), and 49 control subjects who had undergone hysterectomy for benign, non-cancer conditions. (Dogan S et al, 2019) The findings from individuals with uterine cancer and EIN were combined for statistical analysis. Five parabens were analyzed: methylparaben (MePB), ethylparaben (EtPB), N-propylparaben (N-PrPB), benzylparaben (BePB), and isobutylparaben plus N butylparaben (IsoBuPB + N-BuPB). In the cancer group, at least one paraben was detected in 9 of 39 individuals (23%) which was significantly greater (p=0.002) than that of the control group in which only 1 of 49 women (2%) was found to harbor a paraben. Among various parabens, N-PrPB and IsoBuPB + N-BuPB were the most frequently detected parabens (7 of 10 samples). Between group differences regarding tumor size, myometrial invasion, lymphovascular invasion, and tumor stage were not evident. The increased number of uterine cancer cases that exhibited parabens accumulation compared to that of non-cancer subjects was notable in that any quantification of parabens exposure in the latter group was not described nor discussed. These findings revealed that frequency of detection of parabens in endometrial cancer tissue was significantly greater than observed in endometrial tissue from non-cancerous endometrium. This observation is consistent with in vitro laboratory studies that have shown that parabens activate ERs that drive stimulation of endometrial tissue. The increased frequency of women with paraben positive endometrial cancer tissue compared to endometrium from women without cancer is consistent with a biologically plausible role for parabens in the development of uterine cancer.

The presence of parabens in endometrial tissue is consistent with their estrogenic bioactivity and ability to bind and activate ERs. The disparity between the identification of parabens in endometrial cancer tissue compared to that found in non-cancer endometrium is consistent with the likelihood that parabens can contribute to the development of uterine cancer.

**2. Phthalates**

Among phthalates, DEHP has been shown to exert effects on the endometrium. In a study conducted in female mice it was reported that administration of DEHP at doses of 133 µg/L or 1,330 µg/L for 10 weeks resulted in stimulation of endometrial tissue growth. (Kim J et al, 2018) In particular, DEHP, 133 µg/L, increased the number of endometrial glands significantly ($p < 0.05$) whereas both doses of DEHP were associated with increased endometrial thickness ($p < 0.05$) compared to untreated control animals. These findings are consistent with estrogen-like bioactivity by DEHP that accounted for the stimulatory effects on the endometrium.

Moreover, these findings were consistent with another report that administered increasing doses of DEHP (20 µg/kg/day, 200 µg/kg/day, 20 mg/kg/day, and 200 mg/kg/day) to adult mice for 30 days. (Richardson K et al, 2018) These doses were selected to approximate environmentally and occupationally relevant amounts (3-30 µg/kg/day) in humans according to the Agency for Toxic Substances and Disease Registry. (AfTSaDRA, Toxicological Profile for Di(2-ethylhexyl)phthalate (DEHP), US Department of Health and human Services, Public Health Service, Atlanta, GA. 2002). The results revealed that mice treated with DEHP at a dose of 200 mg/kg/day exhibited a significant increase in the number of endometrial glands compared to untreated control mice ($P < 0.002$). This proliferation of glandular elements is a precursor to early endometrial hyperplasia, a predecessor of atypia and carcinoma. In addition, DEHP-exposed mice had a significantly greater number of endometrial stromal cells undergoing proliferation compared to controls (200 µg/kg/day, $P<0.001$; 20 mg/kg/day, $P<0.0001$; $P<0.02$) as well as a higher percentage of dilated endometrial blood vessels compared to controls (200 µg/kg/day, $P<0.002$; 20 mg/kg/day, $P<0.01$; 200 mg/kg/day, $P<0.01$). The results also revealed that DEHP-treated mice exhibited a significantly increased number of stromal cells in the endometrium compared to untreated control mice. This is usually reflective of progesterone activity, but it is also plausible that this is the result of estrogen-mediated stimulated uterine growth factors.

Recently, it has been shown that in mice long term administration of phthalates resulted in endometrial hyperplasia. (Shukla R et al, 2024) Female mice aged 33 days were fed a mixture of phthalates that included diethyl phthalate (DEP), di(2-ethylhexyl) phthalate (DEHP), di-iso-nonyl phthalate (DiNP), di-butyl phthalate (DBP), di-iso-butyl phthalate (DiBP) and benzyl butyl phthalate (BzBP), at doses intended to mimic human exposure (24 mg/kg/day and 200 mg/kg) starting at 6 weeks

of age for one year. The results revealed an increased number of uterine glands at the lower dose ($P < 0.05$) whereas no change was noted at the higher dose. The lack of response at the higher dose is consistent with a nonmonotonic dose-response that has been associated with phthalates as well as other EDCs. (Inman Z et al, 2024) Further analysis employing RNA sequencing revealed that mice fed the low dose phthalate mixture (24 mg/kg/day) exhibited an increase in the expression of several estrogen-regulated transcripts. These included *Muc1, Fg/9, Ccn1, Cx43, Hif2a*, all of which are implicated in the carcinogenic transformation of tissues. In particular, *Muc1* is expressed in endothelial cells and has been implicated in uterine cancer. In addition, exposure to phthalates increased genes regulated by estrogen and chemokines in the uterus, including *Wnt4*, *Wnt5b*, *Wnt7a*, *Wnt8a*, and *Wnt9b*. Many of these upregulated genes are involved in oncogenic pathways. In addition, there was increased expression of a subset of ligands (Wt1, Pbx1, and Six1) that are frequently overexpressed in various epithelial adenocarcinomas, including uterine cancer. Of potential significance was the observation that despite recognition of altered gene expression at 6 months, evidence of abnormal endometrial tissue was not observed until one year. The results of this study readily show that in mice long-term administration of phthalates at dose calculated to mimic human exposure resulted in changes consistent with endometrial stimulation. In addition, exposure to phthalates induced the expression of genes associated with uterine cancer. Moreover, chronic exposure to phthalates may induce a process of carcinogenic latency in which cancer emerges well after or following cessation of phthalate exposure.

Taken together, the results of these studies have demonstrated that phthalates exposure in mice result in endometrial gland proliferation and hyperplasia that are antecedents to the development of uterine cancer. In addition, phthalate exposure also induced expression of genes linked to carcinogenesis that may be protracted until altered biological pathways dictating cellular fate become realized. These data provide strong evidence that phthalates can induce carcinogenic transformation in the endometrium. Thus, it is highly likely that phthalate exposure, particularly over an extended interval of time, can cause or, at least, contribute to the onset of uterine cancer.

### 3. Phenols

Phenols, including bisphenol A (BPA), has been shown to bind to the ER. In a study to examine whether BPA impacts endometrial tissue, neonatal female mice were treated with BPA at multiple doses (10, 100 or 1000 microg/kg/day) from days 1-5 and followed thereafter. (Newbold R et al, 2007) After 18 months, examination of the uterus revealed cystic endometrial hyperplasia as well as atypical endometrial hyperplasia in treated compared to untreated mice. Notably, there also were increased proliferative lesions of the fallopian tube. In these animals, there has been evidence that exposure to BPA may be related to growth of endometrial polyps and development of atypical hyperplasia. Moreover, the results suggested that exposure

to BPA during a critical interval of growth may result in significant abnormalities of reproductive development. Recently, similar results were reported that demonstrated in rats, life-time exposure to daily low-dose BPA altered estrous cyclicity and uterine pathology similar to that observed with E2. (Leung Y et al, 2020)

While less bioactive than E2, BPA was shown to bind to ER in a human endometrial cell line. (Bergeron R et al, 1999) In this study BPA also induced mRNA and protein to levels similar to that observed with E2. Moreover, BPA was able to induce the progesterone receptor, a characteristic estrogen action. The stimulatory effect of BPA was antagonized by ICI, an estrogen antagonist, suggesting an ER-mediated pathway. When incubated with the human endometrial cell line, E2 stimulated a 2-fold increase in cell number whereas the effect of BPA was no different than that of control. Nevertheless, the increased cell growth by E2 was inhibited by the addition of either ICI 182,780, an estrogen antagonist or BPA, likely due to similar binding sites.

The effect of BPA on the growth of uterine cancer has also been examined in endometrial cancer cells with different grades of severity. The results showed that BPA stimulated growth of grade I and II tumor cells but showed little stimulation of grade III cells. (Yaguchi T, 2019) This effect may reflect the nature of the ER as a subsequent study revealed that estrogen-stimulated proliferation of low-grade endometrial cancer cells was greater than that observed for high grade cancer cells. (Pavlic R et al, 2025) These findings demonstrate that the estrogenicity of BPA is sufficient to promote the in vitro growth of endometrial cancer cells.

Thus, similar to parabens and phthalates, BPA also has sufficient estrogenic bioeffectiveness to induce endometrial cell growth as well as perpetuate endometrial cancer cell proliferation. Moreover, the impact of neonatal exposure suggests that expression of carcinogenesis may lie dormant and only manifest later in life. In my opinion, these findings provide compelling evidence that BPA is carcinogenic and can contribute to the development of uterine cancer.

## VII. Ovarian Cancer

Ovarian cancer is the eighth leading cause of cancer death among women worldwide (Nitschke A et al, 2023). Nevertheless, the incidence of ovarian cancer has declined over the past several decades, which has been attributed to decreased use of menopausal hormone therapy and increased use of oral hormone contraception. (American Cancer Society. Cancer Facts & Figures 2025. Atlanta: American Cancer Society; 2025) Accordingly, mortality rates have also declined due to improved management and treatment. An important risk factor other than age is a family history of breast or ovarian cancer. Lowered risk is associated with pregnancy and higher number of children, later age at menarche, earlier age at menopause, and fallopian tube ligation or removal. Not uncommonly, the diagnosis is delayed due to

insidious tumor growth that is largely asymptomatic until secondary symptoms arise such as abdominal distention, pain, and general lethargy.

Tumorigenesis had been thought to originate among epithelial cells on the surface of the ovary. Malignant transformation of these superficial ovarian epithelial cells came under scrutiny when careful histological examination of normal and high-grade serous epithelial ovarian cancer tissue suggested the possibility that carcinogenesis evolved not from the ovarian surface, but possibly from the fallopian tube. (Dubeau L, 1999) A subsequent study of tubal histology was conducted in 12 women with normal appearing fallopian tubes (FT) and a *BRCA1* mutation that posed high risk of ovarian cancer. (Piek J et al, 2001) The results revealed that in six women there was tubal dysplasia, five had hyperplastic lesions, and one was without any abnormalities. No hyperplastic, dysplastic or neoplastic lesions were detected in FT of seven control subjects. In further analysis, tubal tissue of the 12 study subjects exhibited a greater potential for tissue growth as evidence by a higher measure of cell proliferation (increased Ki67-expressing cells ($p=0.005$) and a lower portion of cells expressing proteins, p21 ($p<0.0001$) and p27 ($p=0.006$), that interrupt cell cycle growth compared to corresponding measures in the control group.

Thus, the current concept of ovarian carcinogenesis involves the presence of precancerous or cancer cells within the tubal epithelium at the distal or fimbrial portion of the tube. The fimbrial segment is in constant contact with the ovarian surface. This anatomical intimacy allows for ample exposure and interchange between the ovarian surface epithelium and the contents released by the FT.

### A. Ovarian Carcinogenesis

Hereditary and genetic predisposition play an important role in an individual's susceptibility to ovarian cancer. In particular, mutations in genes responsible for DNA repair, such as breast cancer susceptibility genes 1 and 2 (*BRCA1* and *BRCA2*) increase an individual's likelihood of ovarian cancer. (Yoshida K, et al, 2004) The lifetime risk of ovarian cancer is 1.3% in the general population, increasing to 44% and 17% among *BRCA1* and *BCRA2* carriers, respectively. (Torre L et al, 2018; Kuchenbaecker K et al, 2017) The recognition that women with breast cancer are at increased risk for a secondary primary cancer and, in particular, ovarian cancer, underscores the importance of screening for *BRCA1* and *BRCA2* carriers in these patients. (Molina-Montes E et al, 2015) Genomic analyses of high-grade serous ovarian carcinoma (HGSOC) also have identified genetic alterations in *TP53, PTEN*, and other genes although few of these discoveries have affected clinical care. (Patch A et al, 2015)

It has been proposed that HGSOC stems from genetic alterations within the FT epithelium that contains a p53 signature (Fig. 4.). (Folkins A et al, 2008; Kuhn E, 2012) The p53 protein is regulated by the TP53 gene and is a tumor suppressor.

However, alteration in the gene could enable unchecked cell growth and eventual development of cancer. (Jarboe E et al, 2009) The p53 signature is a strip of 10–30 FT epithelial cells that exhibit positive p53 protein expression that is associated with serous tubal intraepithelial cancer (STIC) (Crum C et al, 2007; Lee Y et al, 2006). Not all p53 signatures progress to STIC and HGSOC. It was reported that examination of 75 FTs from *BRCA* variant carriers revealed p53 signatures in 38% of FT. (Saleemuddin A et al, 2008) It has been suggested that several decades may be required for p53 signatures to progress to STIC. However, only six to seven years may be necessary for transition from STIC into HGSOC (Labidi-Galy S et al, 2017).




**Figure 6.** A model to suggest that most ovarian cancers originate in the fallopian tube. (https://www.cancer.gov/news-events/cancer-currents-blog/2017/ovarian-cancer-fallopian-tube-origins)

Nevertheless, sufficient evidence exists to implicate FT epithelial cells as the nidus for the development of HGSOC (Folkins A et al, 2008; Perets R et al, 2013; Visvanathan K et al, 2018) Moreover, based on recent clinical observations, histopathology, and genetics studies, the cohort of high grade serous ovarian carcinomas may now include histologically similar cancers that occur in the distal portions of the fallopian tube. (Reade C et al, 2014; Bergsten T et al, 2021).

The recognition that ovarian cancer was associated with BRCA1 and BRCA2 gene mutations led to the consideration of surgically removing the fallopian tubes and ovaries (salpingo-oophorectomy, SO) in women with these gene mutations to

reduce risk. In 2010 a Canadian group of oncologists conducted a retrospective study in which 25,889 women who underwent opportunistic SO during hysterectomy were followed for approximately 3.2 (1.6-5.1) years and 32, 080 women who underwent hysterectomy alone or tubal ligation and were followed for approximately 7.3 (4.6-8.7) years). (Hanley G et al, 2022) Among women in the SO group there were no serous ovarian cancers and 5 or fewer epithelial ovarian cancers. For this group, the age-adjusted expected number for serous cancer was 5.27 (95% CI, 1.78-19.29) and for epithelial ovarian cancer the expected number was 8.68 (95% CI, 3.36-26.58). The data suggested that SO was associated with reduced ovarian cancer risk. Subsequently, numerous studies have been published that support SO or risk reducing SO to reduce the likelihood of ovarian cancer in women with BRCA gene mutations. (Eisen A et al, 2005; Kramer J et al, 2005; Kauff N et al, 2002; Kenkhuis M et al, 2010)

While the potential genomic alteration of FT epithelium may subserve the basis for ovarian as well as FT cancer, other processes or local factors may impact or facilitate neoplastic transformation. Notably, cellular elements that constitute the growing follicle destined for ovulation include a maturing egg contained in a fluid filled, cystic structure surrounded by several layers of granulosa cells beyond which exist a few exterior layers of theca cells that contain small capillary blood vessels. The granulosa cells produce substances (hyaluronan and chondroitin sulfate) that generate an osmotic gradient that draws fluid derived from the blood vessels in the theca cell layer into the microenvironment of follicular fluid. (Rodgers and Irving-Rodgers 2010). Thus, the fluid is a repository for proteins, carbohydrates, and other blood components, including EDCs and chemical PCPs.

Anatomically, the tube and ovary are in close approximation within the pelvis of the abdomen at all times. This structural relationship allows for ample contact between fimbrial portion of the tube and ovarian surface at all times. However, this anatomical relationship intensifies during ovulation when the fimbrial portion of the FT actively covers the surface of the ovary in an effort to locate the site of rupture and facilitate capture of the released ovum. The physical contact between the site of follicle rupture and fimbrial portion of the FT provides for ample exposure to factors or processes that may be linked to neoplastic change. As the enlarged, fluid-filled ovarian follicle begins to emerge from the ovarian surface, the fimbria covers the site of rupture and is exposed to most of the follicular fluid contents including the ovum (Figure 7). This intimate contact between the tubal fimbria and emerging contents of the ovulatory follicle is relevant to potential exposure to EDCs at both sites.




**Figure 7.** Serous tubal intraepithelial carcinomas (STICs) and other precursor lesions of ovarian cancer exist throughout the fallopian tubes and are regularly exposed to several potentially oncogenic factors. These factors stem from secretions, from the fallopian tube and ovarian epithelium, and follicular fluid that is released upon follicle rupture during the reproductive cycle. They can be protective or transformative, and stimulate proliferation or metastasis of fallopian tube epithelial cells (Bergsten T et al, Cancer Letters, 2020)

### B. EDCs in the Tubal-Ovarian Environment

Several reports have shown that follicular fluid obtained from oocyte aspiration during in-vitro fertilization contains numerous EDCs, including parabens, phthalates, and BPA. In 2012, assessment of BPA and five phthalates were measured in follicular fluid samples obtained from five women undergoing IVF. (Krotz S et al, 2012) Several phthalates (monoethyl phthalate, mono-n-butyl phthalate, and mono-2-ethylhexyl phthalate) were detected in follicular fluid from all women. Some phthalates, monobenzyl phthalate and mono-(2-ethyl-5-oxohexyl) phthalate, were not detected in any samples. There was an absence of BPA in follicular fluid, which is contrary to results reported by other studies that clearly demonstrated BPA in follicular fluid. (Ikezuki Y et al, 2002; Tsutsumi O, 2005) In a study of 108 women undergoing in-vitro fertilization, levels of eight phthalates (MBP, monobutyl phthalate; MBzP, monobenzyl phthalate; MEP, monoethyl phthalate; MEHP, mono(2-ethylhexyl) phthalate; MEHHP, mono(2-ethyl-5-hydroxyhexyl) phthalate; MEOHP, mono (2-ethyl-5-oxohexyl) phthalate; MMP, monomethyl phthalate; MOP, mono-n-octyl phthalate) were detected in follicular fluid and matching urine. (Du Y et al, 2016) The highest amounts were found for MEHP and MBP whereas the others were considerably less. Urinary concentrations of phthalates were generally higher than that of follicular fluid. These results are consistent with other published reports demonstrating the presence of phthalates in follicular fluid. (Paoli D et al, 2020; Hoffman-Dishon N et al, 2024) Thus, the accumulation of EDCs in follicular fluid is well established and relevance to the risk of fimbrial or ovarian cancer is compelling, particularly in women of child-bearing age. In this population, the exposure to EDCs is continuous on a monthly basis as women experience regular, ovulatory cycles over a reproductive lifetime.

Normal ovarian surface epithelium has been reported to contain estrogen receptors, ERα and ERβ. Notably, both ERα and ERβ mRNA were demonstrated in cultures of normal ovarian surface epithelial cells. (Lau K et al, 1999) Among ovarian epithelial cancers, ERα immunostaining was identified in most serous epithelial adenocarcinomas, endometrioid carcinomas, and mucinous carcinomas. (Fujimura M et al, 2001). By comparison, ERβ was detected in less than 50% of serous and mucinous adenocarcinomas as well as clear cell carcinomas. Expression of ERα also has been examined in fallopian tubes of postmenopausal women. (Brodowska A et al, 2021). Immunolocalization of ERα appeared to be primarily in the epithelium and stroma of the proximal and middle portions of the tube (isthmus and ampulla). However, other studies have been unable to detect consistent ERα expression in different segments of the tube. (Punnonen R et al, 1981; Press M et al, 1986). In addition, in premenopausal women expression of ER in tubal tissues throughout the menstrual has been variable (Punnonen R et al, 1981; Press M et al, 1986). Collectively, these findings demonstrate that the ovarian surface and the distal epithelium of the FT are replete with estrogen receptors, particularly ERα which is more commonly associate with ovarian cancers.

Summarily, the above studies provide ample evidence that ovarian follicular fluid is an ample repository for EDC accumulation, including parabens and phthalates as well as BPA. Moreover, the presence of ERs on the epithelial surface of the ovary as well as the epithelium of the FT provide a biologically plausible mechanism by which EDCs may induce carcinogenesis in these tissues.

**C. EDCs and the Development of Tubal-Ovarian Cancer**

Parabens, PP and MP, have been shown to bind ERα and Erβ and exhibit estrogenic activity (Wrobel A et al, 2014; Gomez E et al, 2005; Okubo T, 2001). Accordingly, it has been reported that these parabens increased uterine weights in immature and ovariectomized rodents. (Lemini C et al, 2003; Vo T et al, 2010) In addition, incubation of mouse oviductal epithelium with parabens resulted in toxic effects by dysregulation of molecular mechanisms that involve cell cycle and cell death. (Ziv-Gal A et al, 2021) It has been reported that parabens were present in greater amounts in ovarian cancer tissue compared to that contained in normal ovaries (Sajid M et al, 2015). In this study, four parabens (MP, EP, PP, and BP) were in extracted from frozen ovarian tissue from 15 women with and 15 women without ovarian cancer. The mass fraction of MP and PP were higher in cancer tissues compared to non-cancer tissues. In addition, the tissue mass fraction of all four parabens were at least twice as high in cancer tissues as those found in normal non-cancer tissues.

A mechanism by which EDCs may stimulate ovarian cancer cell growth was discussed in a recent study that showed how EDCs induced ovarian cancer cell growth in a manner similar to that observed with ER. (Hall J et al, 2013) The mechanism

involved binding of the EDC to the ER followed by activation of an intracellular chemokine, CXCL12 (stromal cell-derived factor-1), that resulted in proliferative growth of human ovarian cancer cells. Additionally, stimulation of cancer cell growth was inhibited when an anti-estrogenic agent was introduced into the cell culture. Thus, this chemokine is a primary intermediary target of estrogen in ER-positive breast and ovarian cancer cells.

From the above evidence, it is clearly apparent that EDCs and chemical hair relaxers may stimulate ovarian cancer cell growth. Moreover, the scientific data has shown that once established, ovarian cancer growth may undergo proliferation by the estrogenic effects of EDCs. Taken together, it is evident that EDCs and chemical hair relaxers can cause or contribute significantly to the genesis and propagation of ovarian cancer.

**D. EDCs and Spread of Ovarian Cancer**

Most ovarian cancers occur at the surface of the ovary and involve epithelial cells. The evolution of ovarian cancer is subtle and devastating as metastatic spread is common at the time of discovery. It has been observed that the proliferation of ovarian cancer may involve a cellular transformation from a stable epithelial surface cell to a more transitional or migratory cell type, a mesenchymal cell. This epithelial-mesenchymal transition (EMT) may be a normal intracellular process during embryonic organ development or, more generally, wound healing. However, it also appears to be an important step in the spread of cancer. (Yang J et al, 2020*)* Whether the process of EMT confers carcinogenesis within a normal cell has not been reported. However, EMT appears to be a process by which a variety of cancer cells may be disseminated and, thus, metastasize.




**Figure 8.** Epithelial Mesenchymal Transition (EMT) results from loss of epithelial cell polarity, resulting in generation of mesenchymal cells with increased migratory and invasive capacities. This process is correlated with malignancy, infiltration and metastasis of cancer cells, and directly affects patient prognosis. (Li, M et al, 2019)

Relevant to this concept, some EDCs contained in PCPs have been studied to determine whether these chemicals contribute to EMT. The effect of phenols on EMT was examined in ovarian cancer cells expressing E2 receptors following incubation with BPA, nonylphenol (NP), and E2. (Kim Y et al, 2015) Gene expressions of EMT markers such as snail, slug, and vimentin were enhanced following treatment with BPA, NP, as well as E2 compared to that observed following incubation with a control substance (DMSO). When these same experiments were conducted in the presence of an ER antagonist (ICI 182,780), the expression of vimentin, snail, and slug were reversed. In this report, additional studies were performed to determine whether the observed EMT responses were associated with metastatic activity. The results revealed that BPA, NP, and E2 enhanced the migration capability of the cancer cells. These findings demonstrate that these EDCs may participate in the metastatic spread of ovarian cancer, at least in part, by contributing to EMT.

In another study, BPA was shown to induce EMT in a human endometrial cancer cell line. (Wang K et al, 2015) Specifically, BPA increased the growth rate of the cancer cells, induced EMT and COX-2 gene expression, and promoted migration and invasive capacity of cancer cells. The results also showed that the expression of COX-2 was essential for BPA-induced cancer cell migration and invasion. However, another study reported that phthalates were unable to enhance cancer cell growth (Leng J et al, 2021*)*. Nevertheless, in that study low-dose MEHP, but not DEHP promoted EMT in ovarian cancer cells including cellular migration and tissue invasion.

Collectively, these biologically plausible findings are consistent with the construct that chemical hair relaxers can drive the initiation of EMT and the dissemination of ovarian cancer cells. This is an exceedingly important concept in that the detection of ovarian cancer is often delayed due to a lack of early detection methods. Thus, not only may chemical hair relaxers induce carcinogenic changes in ovarian surface epithelial cells, but in the presence of early in situ cancer cells, these chemical hair relaxers may, in fact, stimulate and propagate metastatic spread. Thus, it is clear that chemical hair relaxers can contribute to the development and spread of ovarian cancer.

**E. Epidemiology of Ovarian Cancer**

An increased risk of ovarian cancer has been positively associated with frequent use of hair relaxers was reported following an analysis of the Sister Study. (White A, et al, 2021) Researchers (using Sister Study data) reported an increased risk of ovarian cancer that was positively associated with frequent use of hair relaxers. This study included 40,559 women enrolled from 2003-2009 who were followed annually. The results from the White study showed that 241 women developed ovarian cancer during an average of 10 years follow-up. These individuals tended to be postmenopausal, used hormone replacement and underwent

hysterectomy without complete removal of the ovaries. Ovarian cancer risk was assessed according to frequency of hair straightener use as never, less than 4 times/year, and greater than 4 times/year. The findings revealed a positive association of hair straightener use and ovarian cancer (HR = 1.29, 95% CI: 0.70, 2.38). More importantly, frequent use of hair straighteners (>4 times/year) was positively associated with ovarian cancer compared to never users (HR = 2.19, 95% CI: 1.12, 4.27; p trend = 0.03). The marked increased risk (more than double) was similar among Non-Hispanic White and African American/Black women that comprised the majority of women studied and underscored the devastating impact of frequent use. Notably, ever or frequent use of hair products tended to be higher among African American/Black women compared to non-Hispanic White women.

These significant findings from White et al together with recently published reports of chemical hair relaxer use in the female population from preadolescence to well beyond menopause that showed an increased risk of uterine cancer underscore the carcinogenic susceptibility of female reproductive structures following frequent and long-term exposure to these EDCs.

The estrogenicity of parabens and phthalates as well as other EDCs that have been identified in chemical hair relaxers represent a substantial burden on the susceptibility to cancer in reproductive structures of women. As previously stated in this document, there are considerable data from vivo and in vitro studies that demonstrate the estrogenic effects of parabens and phthalates in endometrial and ovarian tissues, including the fallopian tube. (Routledge E et al, 1998; Lemini C et al, 2013; Sun L et al, 2016; Jobling et al, 1995; Harris C et al, 1997; Soto A et al, 1995; Andersen H et al, 1999; Folkins A et al, 2008; Kuhn E, 2012; Crum C et al, 2007; Lee Y et al, 2006). Moreover, the realization that exposure to parabens and phthalates and other EDCs occurs over decades of use only underscores the concern for carcinogenesis in the reproductive structures of women. (Chang C et al, 2022; Bertrand K et al, 2023; White A, et al, 2021) In addition, emerging clinical data in women with PCOS regarding the rate of cancer among reproductive structures, including the cervix and fallopian tube, only underscores the impact of exposure to parabens and phthalates among other EDCs and the risk of reproductive cancers in women. (Alur-Gupta S et al, 2025)

Based on the totality of the evidence dermal exposure to chemical hair relaxers is clearly associated with an increased risk for ovarian cancer. It is my opinion to a reasonable degree of scientific certainty that it is biologically plausible that persistent use of chemical hair relaxers over time can cause ovarian as well as uterine cancer.

## SUMMARY OF OPINIONS AND CONCLUSION

An essential aspect of human health maintenance is endocrinology, which refers to the production and function of hormones. Hormones are essential for many metabolic processes including growth and development, reproduction, and energy balance. Hormones act on a number of tissues through complex mechanisms that may result in activation or suppression of organ function. Endocrine disrupting chemicals (EDCs) are substances that have structural and functional similarity to many hormones and can exert endocrine effects. Thus, EDCs can bind to hormone receptors located on or in endocrine cells and activate, interfere, or inhibit cell function.

With respect to chemical hair relaxers, dermal application of these chemicals is the principal route of absorption. In women, exposure to chemical hair relaxers may occur at preadolescence, adolescence, and during adulthood, including postmenopause, essentially reflecting a lifetime of risk.

Studies have demonstrated that composition of chemical hair relaxers include many substances that exhibit estrogenic bioactivity. These include but are not limited to parabens, phthalates, and phenols. As a result, the dermal absorption, protracted use (frequency and duration) of chemical carcinogens and EDCs contained in chemical hair relaxers is problematic, as regards excessive estrogen exposure and association with estrogen related cancers.

Epidemiological studies have shown an increased and consistent increased risk of uterine and ovarian cancer in women exposed to chemical hair relaxers. These findings are supported by the results of clinical and laboratory studies that have revealed the ability of chemical hair relaxers to induce and/or propagate reproductive cancer tissue growth. Carcinogenesis is likely to arise from the estrogenic bioactivity exhibited by these chemical hair relaxers and their ability to induce neoplastic effects on endometrial and ovarian tissues as reported in numerous scientific publications.

In summary, based upon the totality of the evidence and considering individual lines of evidence (mechanistic, animal, and epidemiological studies) it is my opinion to a reasonable degree of medical and scientific certainty that long-term, frequent use of chemical hair relaxers can lead to the development of and can cause uterine and ovarian cancers. Moreover, it is my opinion that these chemical hair relaxers play a role in the metastatic spread of cancer cells.

I reserve the right to amend this report if additional relevant information is made available to me.

**References:**

Alur-Gupta S et al. Female reproductive cancer risk increased in those with polycystic ovary syndrome. Annual Meeting of the Androgen Excess-Polycystic Ovary Society, San Antonio, TX, 2025

Andersen H et al. Comparison of short-term estrogenicity tests for identification of hormone-disrupting chemicals. Environ Health Perspect. 1999, 107(Suppl 1):89-108.

Anderson M et al. Placental transport of parabens studied using an ex-vivo human perfusion model. Placenta. 2021 Nov:115:121-128.

Apter D et al. Premenarcheal endocrine changes in relation to age at menarche. Clin Endocrinol (Oxf). 1985 Jun;22(6):753-60.

Arcaro K et al. 2,2',6,6'-Tetrachlorobiphenyl is estrogenic in vitro and in vivo. J Cell Biochem 1999 Jan 1;72(1):94-102.

Arment F et al. Endometrial cancer. Lancet. 2005 Aug 6-12;366(9484):491-505.

Bailey, Jared T., et al. Use of hair straighteners and chemical relaxers and incidence of non-reproductive cancers. JNCI: Journal of the National Cancer Institute (2025)

Bangalore K et al. Diagnosis of Central Precocious Puberty. Endocrinol Metab Clin North Am. 2024 Jun;53(2):217-227

Barr D et al. Assessing human exposure to phthalates using monoesters and their oxidized metabolites as biomarkers. Environ Health Perspect. 2003 Jul;111(9):1148-51.

Barry J et al, Risk of endometrial, ovarian and breast cancer in women with polycystic ovary syndrome: a systematic review and meta-analysis. Hum Reprod Update. 2014 Sep-Oct;20(5):748-58.

Berger A et al. Palliative hysterectomy for vaginal bleeding from breast cancer metastatic to the uterus. Ecancermedicalscience. 2018 Feb 14;12:811.

Bergeron R et al. Estrogenicity of bisphenol A in a human endometrial carcinoma cell line. Mol Cell Endocrinol. 1999 Apr 25;150(1-2):179-87.

Bergsten T et al. Fallopian tube initiation of high grade serous ovarian cancer and ovarian metastasis: Mechanisms and therapeutic implications. Cancer lett. 2020 Apr 28:476:152-160.

Berman Y et al. Associations between Prenatal Exposure to Phthalates and Features of the Metabolic Syndrome in Males from Childhood into Adulthood. Int J Environ Res Public Health. 2022 Nov 18;19(22):15244.

Bertrand K et al. Hair relaxer use and risk of uterine cancer in the Black Women's Health Study. Environ Res. 2023 Dec 15;239(Pt 1):117228.

Biesterbos JW et al. Usage patterns of personal care products: important factors for exposure assessment. Food Chem Toxicol, 2013 May:55:8-17.

Binder A et al. Prepubertal and Pubertal Endocrine-Disrupting Chemical Exposure and Breast Density among Chilean Adolescents. Cancer Epidemiol Biomarkers Prev. 2018 Dec;27(12):1491-1499

Bloom M et al. Environmental toxicants and placental function. Best Pract Res Clin Obstet Gynaecol. 2022 Dec;85(Pt B):105-120.

Bokhman J. Two pathogenetic types of endometrial carcinoma. Gynecol Oncol. 1983 Feb;15(1):10-7.

Bordini B et al. Normal pubertal development: part II: clinical aspects of puberty. Pediatr Rev. 2011 Jul;32(7):281-92.

Branch F et al. Vaginal douching and racial/ethnic disparities in phthalates exposures among reproductive-aged women: National Health and Nutrition Examination Survey 2001-2004 Environ Health. 2015 Jul 15:14:57

Brinton L et al. Skin lighteners and hair relaxers as risk factors for breast cancer: results from the Ghana breast health study. Carcinogenesis. 2018 Apr 5;39(4):571-579.

Brito S et al. Skin Structure, Physiology, and Pathology in Topical and Transdermal Drug Delivery. Pharmaceutics. 2024 Oct 31;16(11):1403.

Brodowska A et al. Estrogen and Progesterone Receptor Immunoexpression in Fallopian Tubes among Postmenopausal Women Based on Time since the Last Menstrual Period. Int J Environ Res Public Health 2021 Aug 31;18(17):9195.

Brophy J et al. Breast cancer risk in relation to occupations with exposure to carcinogens and endocrine disruptors: a Canadian case-control study. Environ Health. 2012 Nov 19;11:87.

Buttke D et al. Exposures to endocrine-disrupting chemicals and age of menarche in adolescent girls in NHANES (2003-2008). Environ Health Perspect. 2012 Nov;120(11):1613-8.

Calafat A et al. Exposure of the U.S. population to bisphenol A and 4-tertiary-octylphenol: 2003-2004. Environ Health Perspect. 2008 Jan;116(1):39-44.

Carlson M et al. Past, present, and future of hormonal therapy in recurrent endometrial cancer. Int J Women's Health. 2014 May 2:6:429-35.

Champmartin C et al. Human in vitro percutaneous absorption of bisphenol S and bisphenol A: A comparative study. Chemosphere. 2020 Aug;252:126525.

Chang C et al. Use of Straighteners and Other Hair Products and Incident Uterine Cancer. J Natl Cancer Inst. .2022 Dec 8;114(12):1636-1645.

Chang, Che-Jung, et al. Use of personal care product mixtures and incident hormone-sensitive cancers in the Sister Study: a US-wide prospective cohort. Environment international 183 (2024): 108298.

Chen F & Chen M. Lower concentrations of phthalates induce proliferation in human breast cancer cells. Climacteric. 2014 Aug;17(4):377-84.

Chen F et al. Effects of phthalates on normal human breast cells co-cultured with different fibroblasts. PLoS One. 2018 Jun 25;13(6):e0199596.

Chen N et al. Age at menarche is inversely related to the prevalence of uterine cancer. Eur J Med Res. 2025 Mar 26;30(1):209.

Chou Y et al. Phthalate exposure in girls during early puberty. Pediatr Endocrinol Metab, 2009 Jan;22(1):69-77.

Cirillo P et al. Irregular menses predicts ovarian cancer: Prospective evidence from the Child Health and Development Studies. Int J Cancer. 2016 Sep 1;139(5):1009-17

Crum C et al. The distal fallopian tube: a new model for pelvic serous carcinogenesis. Curr Opin Obstet Gynecol. 2007 Feb;19(1):3-9.

Crum C et al. Lessons from BRCA: the tubal fimbria emerges as an origin for pelvic serous cancer. Clin Med Res. 2007 Mar;5(1):35-44.

Dann A et al. Triclosan: environmental exposure, toxicity and mechanisms of action. J Appl Toxicol. 2011 May;31(4):285-311.

Darbre P et al. Concentrations of parabens in human breast tumours. J Appl Toxicol. 2004 Jan-Feb;24(1):5-13

Darbre P et al. Parabens can enable hallmarks and characteristics of cancer in human breast epithelial cells: a review of the literature with reference to new exposure data and regulatory status. J Appl Toxicol. 2014 Sep;34(9):925-38.

DeCastro B et al. Estrogenic activity of polychlorinated biphenyls present in human tissue and the environment. Environ Sci Technol. 2006 Apr 15;40(8):2819-25.

Delfosse V et al. Structural and mechanistic insights into bisphenols action provide guidelines for risk assessment and discovery of bisphenol A substitutes. Proc Natl Acad Sci U S A. 2012 Sep 11;109(37):14930-5.

Dobbins M et al. The Association between Obesity and Cancer Risk: A Meta-Analysis of Observational Studies from 1985 to 2011. ISRN Prev Med. 2013 Apr 4;2013:680536.

Doerge D et al. Distribution of bisphenol A into tissues of adult, neonatal, and fetal Sprague-Dawley rats. Toxicol Appl Pharmacol. 2011 Sep 15;255(3):261-70.

Dogan S et al. Traces of intact paraben molecules in endometrial carcinoma. Environ Sci Pollut Res Int. 2019 Oct;26(30):31158-31165

Donat-Vargas C et al. Dietary exposure to polychlorinated biphenyls and risk of breast, endometrial and ovarian cancer in a prospective cohort. Br J Cancer. 2016 Oct 25;115(9):1113-1121.

Du Y et al. Follicular fluid and urinary concentrations of phthalate metabolites among infertile women and associations with in vitro fertilization parameters. Reprod Toxicol. 2016 Jun;61:142-50.

Dubeau L. The cell of origin of ovarian epithelial tumors and the ovarian surface epithelium dogma: does the emperor have no clothes? Gynecol Oncol. 1999 Mar;72(3):437-42.

Durmaz E et al. Urinary phthalate metabolite concentrations in girls with premature thelarche. Environ Toxicol Pharmacol . 2018 Apr:59:172-181.

Dutta S et al. Endocrine disruptors and endometriosis. Reprod Toxicol. 2023 Jan:115:56-73.

Eberle C et al. Hair dye and chemical straightener use and breast cancer risk in a large US population of black and white women. Int J Cancer. 2020 Jul 15;147(2):383-391.

Eisen A et al. Breast cancer risk following bilateral oophorectomy in BRCA1 and BRCA2 mutation carriers: an international case-control study. J Clin Oncol. 2005 Oct 20;23(30):7491-6.

Elsisi A et al. Dermal absorption of phthalate diesters in rats. Fundam Appl Toxicol. 1989 Jan;12(1):70-7.

Etminan, Mahyar. RE: Use of straighteners and other hair products and incident uterine cancer. JNCI: Journal of the National Cancer Institute 115.2 (2023): 228-228.

Farooq, Hajra, et al. A systematic review of association between use of hair products and benign and malignant gynecological conditions. European Journal of Obstetrics & Gynecology and Reproductive Biology 295 (2024): 160-171.

Fearnley E et al. Polycystic ovary syndrome increases the risk of endometrial cancer in women aged less than 50 years: an Australian case-control study. Cancer Causes Control. 2010 Dec;21(12):2303-8.

Ferguson K et al. Personal care product use among adults in NHANES: associations between urinary phthalate metabolites and phenols and use of mouthwash and sunscreen. J Expo Sci Environ Epidemiol. 2017 May;27(3):326-332.

Folkins A et al. A candidate precursor to pelvic serous cancer (p53 signature) and its prevalence in ovaries and fallopian tubes from women with BRCA mutations. Gynecol Oncol. 2008 May;109(2):168-73.

França-Stefoni S et al. Protein loss in human hair from combination straightening and coloring treatments. J Cosmet Dermatol. 2015 Sep;14(3):204-8.

Fujimura M et al. Absence of estrogen receptor-alpha expression in human ovarian clear cell adenocarcinoma compared with ovarian serous, endometrioid, and mucinous adenocarcinoma. Am J Surg Pathol. 2001 May;25(5):667-72

Gassner F. Effects of hormones on growth, fattening, and meat production potential of livestock. Recent Prog. Horm. Res. 1958;14:183–210

Gaston S et al. Chemical/straightening and other hair product usage during childhood, adolescence, and adulthood among African-American women: potential implications for health. J Expo Sci Environ Epidemiol. 2019 Jan;30(1):86-96.

Ghaempanah F et al. Polycystic ovarian syndrome and the risk of ovarian, endometrial, and breast cancer: A systematic review and meta-analysis. Med J Islam Repub Iran . 2025 Apr 2:39:50.

Ghassabian A et al. Prenatal exposure to common plasticizers: a longitudinal study on phthalates, brain volumetric measures, and IQ in youth. Mol Psychiatry. 2023 Nov;28(11):4814-4822.

Gibson, Douglas A., and Philippa TK Saunders. Endocrine disruption of oestrogen action and female reproductive tract cancers. Endocrine-related cancer 21.2 (2014): T13-T31.

Giulivo M et al. Human exposure to endocrine disrupting compounds: Their role in reproductive systems, metabolic syndrome and breast cancer. A review. Environ Res. 2016 Nov;151:251-264.

Goldberg M et al. Personal Care Product Use during Puberty and Incident Breast Cancer among Black, Hispanic/Latina, and White Women in a Prospective US-Wide Cohort. Environ Health Perspect. 2024 Feb;132(2):27001.

Gomez E et al. Estrogenic activity of cosmetic components in reporter cell lines: parabens, UV screens, and musks. J Toxicol Environ Health A. 2005 Feb 27;68(4):239-51.

Gompel, A. Progesterone and endometrial cancer. Best Pract Res Clin Obstet Gynaecol. 2020 Nov;69:95-107.

Gonzalez N et al. Douching, Talc Use, and Risk of Ovarian Cancer. Epidemiology. 2016 Nov;27(6):797-802.

Gore A et al. EDC-2: The Endocrine Society's Second Scientific Statement on Endocrine-Disrupting Chemicals. Endocr Rev. 2015 Dec;36(6):E1-E150.

Han C et al. Ten-year trends in urinary concentrations of triclosan and benzophenone-3 in the general U.S. population from 2003 to 2012. Environ Pollut. 2016 Jan;208(Pt B):803-10.

Hanley G et al. Outcomes From Opportunistic Salpingectomy for Ovarian Cancer Prevention. JAMA Netw Open. 2022 Feb 1;5(2):e2147343.

Harley K et al. Association of phthalates, parabens and phenols found in personal care products with pubertal timing in girls and boys. Hum Reprod. 2019 Jan 1;34(1):109-117.

Harris C et al. The estrogenic activity of phthalate esters in vitro. Environ Health Perspect. 1997 Aug;105(8):802-11.

Harris H et al. Polycystic ovary syndrome, oligomenorrhea, and risk of ovarian cancer histotypes: Evidence from the Ovarian Cancer Association Consortium, Australian Ovarian Cancer Study Group. 2018, Cancer Epidemiol Biomarkers Prev. 2018 Feb;27(2):174-182.

Helm J et al. Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by Black women. Environ Res. 2018 Aug;165:448-458.

Hennekens C et al. Use of permanent hair dyes and cancer among registered nurses. Lancet. 1979 Jun 30;1(8131):1390-3.

Herbst A et al, Primary carcinoma of the vagina. An analysis of 68 cases. Am J Obstet Gynecol. 1970 Jan 15;106(2):210-8.

Herbst A et al, Age-incidence and risk of diethylstilbestrol-related clear cell adenocarcinoma of the vagina and cervix. Am J Obstet Gynecol. 1977 May 1;128(1):43-50.

Hernandez, Ashley M., et al. Systematic Review of the Epidemiology of Hair Relaxer Use and Hormone-Sensitive Reproductive Outcomes Among Black Adult Women in the United States. *Journal of Applied Toxicology* 45.8 (2025): 1394-1416.

Hewitt C et al. Estrogenic activity of bisphenol A and 2,2-bis(p-hydroxyphenyl)-1,1,1-trichloroethane (HPTE) demonstrated in mouse uterine gene profiles. Environ Health Perspect. 2019 Jan 1;34(1):109-117.

Hopf N et al. Human skin absorption of three phthalates. Toxicol Lett. 2024 Jul;398:38-48.

Hung M et al. Risk of Second Non-Breast Primary Cancer in Male and Female Breast Cancer Patients: A Population-Based Cohort Study. PLoS One. 2016 Feb 19;11(2):e0148597.

Ikhlas S et al. Acute and sub-acute bisphenol-B exposures adversely affect sperm count and quality in adolescent male mice. Chemosphere. 2020 Mar:242:125286.

Irungu, Beatrice N., et al. Chemicals of concern in select packaged hair relaxers available on the Kenyan market: an examination of ingredient labels and measurement of pH. Frontiers in Public Health 13 (2025): 1532113.

James-Todd T et al. Urinary phthalate metabolite concentrations and diabetes among women in the National Health and Nutrition Examination Survey (NHANES) 2001-2008. Environ Health Perspect. 2012 Sep;120(9):1307-13.

James-Todd, Tamarra, et al. Childhood hair product use and earlier age at menarche in a racially diverse study population: a pilot study. Annals of epidemiology 21.6 (2011): 461-465.

James-Todd, Tamarra, et al. Hormonal activity in commonly used Black hair care products: evaluating hormone disruption as a plausible contribution to health disparities. Journal of exposure science & environmental epidemiology 31.3 (2021): 476-486.

James-Todd, Tamarra, Ruby Senie, and Mary Beth Terry. Racial/ethnic differences in hormonally-active hair product use: a plausible risk factor for health disparities. Journal of immigrant and minority health 14.3 (2012): 506-511.

Janjua N et al. Systemic uptake of diethyl phthalate, dibutyl phthalate, and butyl paraben following whole-body topical application and reproductive and thyroid hormone levels in humans. Environ Sci Technol. 2007 Aug 1;41(15):5564-70.

Jarboe E et al. Evidence for a latent precursor (p53 signature) that may precede serous endometrial intraepithelial carcinoma. Mod Pathol. 2009 Mar;22(3):345-50.

Jin S et al. Associations between prenatal exposure to phthalates and birth weight: A meta-analysis study. Ecotoxicol Environ Saf. 2023 Jun 30;262:115207.

Jobling et al. A variety of environmentally persistent chemicals, including some phthalate plasticizers, are weakly estrogenic. Environ Health Perspect. 1995 Jun;103(6):582-7.

Kanno J. Introduction to the concept of signal toxicity. J Toxicol Sci. 2016;41(Special):SP105-SP109

Kauff N et al. Risk-reducing salpingo-oophorectomy in women with a BRCA1 or BRCA2 mutation. N Engl J Med. 2002 May 23;346(21):1609-15.

Kenkhuis M et al. Short-term surgical outcome and safety of risk reducing salpingo-oophorectomy in BRCA1/2 mutation carriers. Maturitas. 2010 Jul;66(3):310-4.

Kim J et al. Dexamethasone inhibits hypoxia-induced epithelial-mesenchymal transition in colon cancer. World J Gastroenterol . 2015 Sep 14;21(34):9887-99.

Kim J et al. Chronic low-dose nonylphenol or di-(2-ethylhexyl) phthalate has a different estrogen-like response in mouse uterus. Dev Reprod. 2018 Dec;22(4):379-391.

Kim J et al. Exposure to Phthalate Esters and the Risk of Endometriosis. Dev Reprod. 2020 Jun;24(2):71-78.

Kim Y et al. Bisphenol A and nonylphenol have the potential to stimulate the migration of ovarian cancer cells by inducing epithelial-mesenchymal transition via an estrogen receptor dependent pathway. Chem Res Toxicol. 2015 Apr 20;28(4):662-71.

Koniecki D et al. Phthalates in cosmetic and personal care products: concentrations and possible dermal exposure. Environ Res. 2011 Apr;111(3):329-36.

Kramer J et al. Prophylactic oophorectomy reduces breast cancer penetrance during prospective, long-term follow-up of BRCA1 mutation carriers. Comparative Study. 2005 Dec 1;23(34):8629-35.

Krishnan A et al. Bisphenol-A: an estrogenic substance is released from polycarbonate flasks during autoclaving. Endocrinology. 1993 Jun;132(6):2279-86.

Krotz S et al. Phthalates and bisphenol do not accumulate in human follicular fluid. J Assist Reprod Genet. 2012 Aug;29(8):773-7.

Kruger T et al. Plastic components affect the activation of the aryl hydrocarbon and the androgen receptor. Toxicology. 2008 Apr 18;246(2-3):112-23.

Kuchenbaecker K et al. Risks of Breast, Ovarian, and Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers. JAMA. 2017 Jun 20;317(23):2402-2416.

Kuchenhoff A, et al. Arylhydrocarbon receptor expression in the human endometrium. Fertil Steril. 1999 Feb;71(2):354-60.

Kuhn E. TP53 mutations in serous tubal intraepithelial carcinoma and concurrent pelvic high-grade serous carcinoma--evidence supporting the clonal relationship of the two lesions J Pathol. 2012 Feb;226(3):421-6.

Kusu R et al. Structural properties of estrogen receptor ligand obtained by study of hydroxylated phthalate ester derivatives. Environ Toxicol Pharmacol. 2007 Nov;24(3):311-5.

La Merrill M et al. Consensus on the key characteristics of endocrine-disrupting chemicals as a basis for hazard identification. Nat Rev Endocrinol. 2020 Jan;16(1):45-57.

Labidi-Galy S et al. High grade serous ovarian carcinomas originate in the fallopian tube. Nat Commun. 2017 Oct 23;8(1):1093.

Lau K et al. Expression of human estrogen receptor-alpha and -beta, progesterone receptor, and androgen receptor mRNA in normal and malignant ovarian epithelial cells. Proc Natl Acad Sci U S A. 1999 May 11;96(10):5722-7.

Lee Y et al. Maternal and fetal exposure to bisphenol A in Korea. Reprod Toxicol. 2008 Aug;25(4):413-9.

Lee Y et al. A candidate precursor to serous carcinoma that originates in the distal fallopian tube. J Pathol. 2007 Jan;211(1):26-35.

Lee Y et al. Advances in the recognition of tubal intraepithelial carcinoma: applications to cancer screening and the pathogenesis of ovarian cancer. Adv Anat Pathol. 2006 Jan;13(1):1-7.

Lemini C et al. In vivo and in vitro estrogen bioactivities of alkyl parabens. Toxicol Ind Health. 2003 Jul;19(2-6):69-79.

Leng J et al. Low-dose mon(2-ethylhexyl) phthalte promotes ovarian cancer develpoment thoruogh PPARα-dependent PI3K/Akt?NF-κB pathway. Sci Total Environ. 2021 Oct 10;790:147990.

Lessey B & Young SL. Structure, Function, and Evaluation of the Female Reproductive Tract. Reproductive Endocrinology, Yen SCC & Jaffe RB (Eds), 2019

Leung Y et al. Low-Dose Bisphenol A in a Rat Model of Endometrial Cancer: A CLARITY-BPA Study. Environ Health Perspect. 2020 Dec;128(12):127005.

Li D et al. Inhibition of AHR transcription by NF1C is affected by a single-nucleotide polymorphism, and is involved in suppression of human uterine endometrial cancer. Oncogene. 32(41):4950-9.

Li S et al. Hormone-containing hair product use in prepubertal children. Arch Pediatr Adolesc Med. 2002 Jan;156(1):85-6.

Liao C et al. A survey of alkylphenols, bisphenols, and triclosan in personal care products from China and the United States. Arch Environ Contam Toxicol. 2014 Jul;67(1):50-9.

Llanos A et al. Hair product use and breast cancer risk among African American and White women. Carcinogenesis. 2017 Sep 1;38(9):883-892.

Lucaccioni L et al. Perinatal Exposure to Phthalates: From Endocrine to Neurodevelopment Effects. Int J Mol Sci. 2021 Apr 14;22(8):4063.

Makker V et al. Endometrial Cancer. Nat Rev Dis Primers. 2021 Dec 9;7(1):88

Maliqueo M et al. Expression of steroid receptors and proteins related to apoptosis in endometria of women with polycystic ovary syndrome. Fertil Steril. 2003 Sep:80 Suppl 2:812-9.

Mallozzi M et al. Endocrine Disrupting Chemicals and Endometrial Cancer: An Overview of Recent Laboratory Evidence and Epidemiological Studies. Int J Environ Res Public Health. 2017 Mar 22;14(3):334.

Manap N et al. Endometrial Cancer in Pre-Menopausal Women and Younger: Risk Factors and Outcome. Int J Environ Res Public Health. 2022 Jul 25;19(15):9059.

Mankidy R et al. Biological impact of phthalates. Toxicol Lett. 2013 Feb 13;217(1):50-8.

Markey C et al. The mouse uterotrophic assay: a reevaluation of its validity in assessing the estrogenicity of bisphenol A. Environ Health Perspect. 2001 Jan;109(1):55-60.

Marra C et al. Treatment of simple and complex endometrial non-atypical hyperplasia with natural progesterone: response rate to different doses. Gynecol Endocrinol. 2014;30(12):899-901.

Merritt M et al. Reproductive characteristics in relation to ovarian cancer risk by histologic pathways. Hum Reprod . 2013 May;28(5):1406-17.

Messerlian C et al. Ultrasound gel as an unrecognized source of exposure to phthalates and phenols among pregnant women undergoing routine scan. Int J Hyg Environ Health. 2017 Nov;220(8):1285-1294.

Molina-Montes E et al. Risk of second cancers cancer after a first primary breast cancer: a systematic review and meta-analysis. Gynecol Oncol. 2015 Jan;136(1):158-71

Moorman P et al. Ovulation and ovarian cancer: a comparison of two methods for calculating lifetime ovulatory cycles (United States). Cancer Causes Control . 2002 Nov;13(9):807-11.

Murali R et al. Classification of endometrial carcinoma: more than two types. Lancet Oncol. 2014 Jun;15(7):e268-78.

Mustiels V et al. Bisphenol A and its analogues: A comprehensive review to identify and prioritize effect biomarkers for human biomonitoring. Environ Int. 2020 Nov;144:105811.

Myers S et al. Estrogenic and anti-estrogenic activity of off-the-shelf hair and skin care products. J Expo Sci Environ Epidemiol. 2015 May;25(3):271-7.

Nakai M et al. Binding characteristics of dialkyl phthalates for the estrogen receptor. Biochem Biophys Res Commun. 1999 Jan 19;254(2):311-4.

Navaratnarajah R et al. Polycystic ovary syndrome and endometrial cancer. Semin Reprod Med. 2008 Jan;26(1):62-71.

Needle, Carli D., et al. Safety of chemical hair relaxers: A review article. JAAD Reviews 2 (2024): 50-56.

Nelson L et al. Estrogen production and action. J Am Acad Dermatol. 2001 Sep;45(3 Suppl):S116-24

Newbold R et al. Long-term adverse effects of neonatal exposure to bisphenol A on the murine female reproductive tract. Reprod Toxicol. 2007 Aug-Sep;24(2):253-8.

Nitschke A et al. Long-Term Non-Cancer Risks in People with BRCA Mutations following Risk-Reducing Bilateral Salpingo-Oophorectomy and the Role of Hormone Replacement Therapy: A Review. Cancers (Basel). 2023 Jan 24;15(3):711.

Nowak K et al. Parabens and their effects on the endocrine system. Mol Cell Endocrinol. 2018 Oct 15:474:238-251.

Ogunsina, Kemi, et al. "Hair straightener use in relation to prevalent and incident fibroids in the Sister Study with a focus on Black women." Environmental Health Perspectives 133.1 (2025): 017004.

Olkowska E et al. Skin models for dermal exposure assessment of phthalates. Chemosphere. 2022 May:295:133909..

Patch AM et al. Whole-genome characterization of chemoresistant ovarian cancer. Nature. 2015 May 28;521(7553):489-94.

Padmanabhan V et al. Maternal bisphenol-A levels at delivery: a looming problem? J Perinatol. 2008 Apr;28(4):258-63.

Pan T et al. Dermal toxicity elicited by phthalates: evaluation of skin absorption, immunohistology, and functional proteomics. Food Chem Toxicol. 2014 Mar:65:105-14.

Paoli D et al. Phthalates and Bisphenol A: Presence in Blood Serum and Follicular Fluid of Italian Women Undergoing Assisted Reproduction Techniques. Toxics. 2020 Oct 21;8(4):91.

Pavlic R et al. Evaluation of the effects of estrogens on endometrial cancer cells of different grades. J Steroid Biochem Mol Biol. 2025 Jul;251:106762.

Pierce, Jennifer S., et al. Evaluation of dermal exposure to phthalates and parabens resulting from the use of hair relaxers. International Journal of Environmental Health Research 35.7 (2024): 1707-1726.

Perets R et al. Transformation of the fallopian tube secretory epithelium leads to high-grade serous ovarian cancer in Brca;Tp53;Pten models. Cancer Cell. 2013 Dec 9;24(6):751-65.

Philippat C et al. Exposure to select phthalates and phenols through use of personal care products among Californian adults and their children. Environ Res. 2015 Jul:140:369-76.

Piek J et al. Dysplastic changes in prophylactically removed Fallopian tubes of women predisposed to developing ovarian cancer. J Pathol. 2001 Nov;195(4):451-6.

Press M et al. Estrogen receptor localization in the female genital tract. Am J Pathol. 1986 May;123(2):280-92.

Punnonen R et al. Binding of estrogen and progestin in the human fallopian tube. Fertil Steril. 1981 Nov;36(5):610-4

Purdie D et al. Ovulation and risk of epithelial ovarian cancer. Int J Cancer. 2003 Mar 20;104(2):228-32.

Ohtake F et al. Modulation of oestrogen receptor signalling by association with the activated dioxin receptor Nature. 2003 May 29;423(6939):545-50.

Okeke, Chidubem AV, and Cheryl M. Burgess. Dispelling myths of chemical hair relaxers causing uterine cancer. Journal of the American Academy of Dermatology 89.4 (2023): 875-876.

Okubo T. Estimation of estrogenic and anti-estrogenic activities of some phthalate diesters and monoesters by MCF-7 cell proliferation assay in vitro. Biol Pharm Bull. 2003 Aug;26(8):1219-24.

Oral D et al. Epithelial-Mesenchymal Transition: A Special Focus on Phthalates and Bisphenol A. J Environ Pathol Toxicol Oncol. 2016;35(1):43-58.

Osamu Tsutsumi, Yasushi Takai, Yoshimasa Kamei, Yuji Taketani, Determination of bisphenol A concentrations in human biological fluids reveals significant early prenatal exposure Yumiko Ikezuki , Hum. Reprod. 2002 Nov;17(11):2839-41.

Osamu Tsutsumi, Assessment of human contamination of estrogenic endocrine-disrupting chemicals and their risk for human reproduction, J Steroid Biochem Mol Biol. 2005 Feb;93(2-5):325-30

Ramadon D et al. Enhancement strategies for transdermal drug delivery systems: current trends and applications. Drug Deliv Transl Res. 2022 Apr;12(4):758-791.

Reade C et al. The fallopian tube as the origin of high grade serous ovarian cancer: review of a paradigm shift. J Obstet Gynaecol Can. 2014 Feb;36(2):133-140.

Ribeiro E et al. EDCs Mixtures: A Stealthy Hazard for Human Health? Toxics. 2017 Feb 7;5(1):5.

Richardson K et al. Di (2-ethylhexyl) phthalate (DEHP) alters proliferation and uterine gland numbers in the uteri of adult exposed mice. Reprod Toxicol. 2018 Apr:77:70-79.

Rodriquez A et al. Estrogen Signaling in Endometrial Cancer: a Key Oncogenic Pathway with Several Open Questions. Horm Cancer. 2019 Jun;10(2-3):51-63.

Rodriguez V et al. Trends in endometrial cancer incidence in the United States by race/ethnicity and age of onset from 2000 to 2019. Am J Epidemiol. 2025 Jan 8;194(1):103-113.

Rose D et al.. Adiposity, the metabolic syndrome, and breast cancer in African-American and white American women. Endocr Rev. 2007 Dec;28(7):763-77.

Routledge EJ et al. Some alkyl hydroxy benzoate preservatives (parabens) are estrogenic. Toxicol Appl Pharmacol . 1998 Nov;153(1):12-9.

Sajid M et al. Application of microwave-assisted micro-solid-phase extraction for determination of parabens in human ovarian cancer tissues. J Chromatogr B Analyt Technol Biomed Life Sci. 2015 Sep 1:1000:192-8.

Saleemuddin A et al. Risk factors for a serous cancer precursor ("p53 signature") in women with inherited BRCA mutations. Gynecol Oncol . 2008 Nov;111(2):226-32.

Sandler D et al. The Sister Study Cohort: Baseline Methods and Participant Characteristics. Environ Health Perspect. 2017 Dec 20;125(12):127003.

Sasso A et al. Pharmacokinetics of bisphenol A in humans following dermal administration. Environ Int. 2020 Nov:144:106031.

Sathyanarayana S et al. Phthalates and children's health. Curr Probl Pediatr Adolesc Health Care. 2008 Feb;38(2):34-49.

Schildkraut J et al. Epithelial ovarian cancer risk among women with polycystic ovary syndrome. Obstet Gynecol . 1996 Oct;88(4 Pt 1):554-9

Schildroth, Samantha, et al. Hair product use and urinary biomarker concentrations of non-persistent endocrine disrupting chemicals among reproductive-aged Black women. Chemosphere 361 (2024): 142442.

Segal T et al. Before the beginning: environmental exposures and reproductive and obstetrical outcomes. Fertil Steril. 2019 Oct;112(4):613-621.

Setiawan V et al. Type I and II endometrial cancers: have they different risk factors? J Clin Oncol. 2013 Jul 10;31(20):2607-18.

Shayya R et al. Reproductive endocrinology of adolescent polycystic ovary syndrome. BJOG. 2010 Jan;117(2):150-5.

Shen F et al. Is the positivity of estrogen receptor or progesterone receptor different between type 1 and type 2 endometrial cancer? Oncotarget. 2017 Jan 3;8(1):506-511.

Shetty C et al. Risk of Gynecological Cancers in Women With Polycystic Ovary Syndrome and the Pathophysiology of Association. Cureus. 2023 Apr 7;15(4):e37266

Shug T et al. Minireview: Endocrine Disruptors: Past Lessons and Future Directions. Mol Endocrinol. 2016 Aug;30(8):833-47.

Shukla R et al. Long-term dietary exposure to a mixture of phthalates enhances estrogen and beta-catenin signaling pathways, leading to endometrial hyperplasia in mice. bioRxiv. 2024 Sep 20:2024.09.16.613339.

Smith, Martyn T., et al. Key Characteristics of Carcinogens as a Basis for Organizing Data on Mechanisms of Carcinogens. Environmental Health Perspectives 124.6 (2016): 713-721.

Soni M et al. Evaluation of the health aspects of methyl paraben: a review of the published literature. Food Chem Toxicol. 2002 Oct;40(10):1335-73.

Soto A et al. The E-SCREEN assay as a tool to identify estrogens: an update on estrogenic environmental pollutants. Environ Health Perspect. 1995 Oct;103 Suppl 7(Suppl 7):113-22.

Stavraky K et al. A case-control study of hair-dye use and cancers of various sites. Br J Cancer . 1981 Feb;43(2):236-9.

Sugino M et al. Safety evaluation of dermal exposure to phthalates: Metabolism-dependent percutaneous absorption. Toxicol Appl Pharmacol. 2017 Aug 1:328:10-17.

Sun L et al. The estrogenicity of methylparaben and ethylparaben at doses close to the acceptable daily intake in immature Sprague-Dawley rats. Sci Rep. 2016 Apr 28:6:25173

Tapia J et al. Parabens Promote Protumorigenic Effects in Luminal Breast Cancer Cell Lines With Diverse Genetic Ancestry. J Endocr Soc. 2023 Jun 9;7(8):bvad080.

Thayer A et al. Bisphenol A, Bisphenol S, and 4-Hydroxyphenyl 4-Isoprooxyphenyl sulfone (BPSIP) in Urine and Blood of Cashiers. Environ Health Perspect. 2016 Apr;124(4):437-44.

Tiwary C et al. Use of hair products containing hormone or placenta by US military personnel. J Pediatr Endocrinol Metab. 2003 Sep;16(7):1025-32

Toda C et al. Unequivocal estrogen receptor-binding affinity of phthalate esters featured with ring hydroxylation and proper alkyl chain size. Arch Biochem Biophys. 2004 Nov 1;431(1):16-21.

Tominaga et al. Toxicokinetics of bisphenol A in rats, monkeys and chimpanzees by the LC-MS/MS method. Toxicology. 2006 Sep 21;226(2-3):208-17.

Torre L et al. Ovarian cancer statistics, 2018. CA Cancer J Clin. 2018 Jul;68(4):284-296.

Tung K et al. Effect of anovulation factors on pre- and postmenopausal ovarian cancer risk: revisiting the incessant ovulation hypothesis. Am J Epidemiol . 2005 Feb 15;161(4):321-9

Tzonou A et al. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. Int J Cancer,. 1993 Sep 30;55(3):408-10.

Utsunomiya H et al. Cytotoxicity of benzophenone-3, an organic ultraviolet filter, caused by increased intracellular Zn2+ levels in rat thymocytes. Chem Biol Interact. 2019 Jan 25:298:52-56.

van den Berg L et al. Hormones and endocrine-disrupting chemicals: low-dose effects and nonmonotonic dose responses. Endocr Rev. 2012 Jun;33(3):378-455.

Vandenberg N et al. Human exposure to bisphenol A (BPA). Reprod Toxicol. 2007 Aug-Sep;24(2):139-77.

Vearrier D et al. Phenol Toxicity Following Cutaneous Exposure to Creolin®: A Case Report. J Med Toxicol. 2015 Jun;11(2):227-31.

Visvanathan K et al. Fallopian Tube Lesions in Women at High Risk for Ovarian Cancer: A Multicenter Study. Cancer Prev Res (Phila). 2018 Nov;11(11):697-706.

Vo T et al. Potential estrogenic effect(s) of parabens at the prepubertal stage of a postnatal female rat model. Reprod Toxicol. 2010 Jun;29(3):306-16.

von Goetz N et al. Including non-dietary sources into an exposure assessment of the European Food Safety Authority: The challenge of multi-sector chemicals such as Bisphenol A. Regul Toxicol Pharmacol. 2017 Apr:85:70-78.

Kai-Hung Wang et al. Bisphenol A-induced epithelial to mesenchymal transition is mediated by cyclooxygenase-2 up-regulation in human endometrial carcinoma cells. Reprod Toxicol. 2015 Dec:58:229-33.

Watkins DJ et al. In utero and peripubertal exposure to phthalates and BPA in relation to female sexual maturation. Environ Res. 2014 Oct;134:233-41.

Watkins D et al. Phthalate and bisphenol A exposure during in utero windows of susceptibility in relation to reproductive hormones and pubertal development in girls. Environ Res. 2017 Nov;159:143-151.

Weathersby C et al. Brazilian keratin hair treatment: a review. J Cosmet Dermatol. 2013 Jun;12(2):144-8.

Weiderpass E et al. Organochlorines and endometrial cancer risk. Cancer Epidemiol Biomarkers Prev. 2000 May;9(5):487-93.

White A et al. Adolescent use of hair dyes, straighteners and perms in relation to breast cancer risk. Int J Cancer. 2021 May 1;148(9):2255-2263.

White, Alexandra J., et al. Adolescent use of hair dyes, straighteners and perms in relation to breast cancer risk. International journal of cancer 148.9 (2021): 2255-2263.

Wolff M et al. Phthalate exposure and pubertal development in a longitudinal study of US girls. Hum Reprod. 2014 Jul;29(7):1558-66.

Wrobel A et al. Effects of single and repeated in vitro exposure of three forms of parabens, methyl-, butyl- and propylparabens on the proliferation and estradiol secretion in MCF-7 and MCF-10A cells. Pharmacol Rep. 2013;65(2):484-93.

Wu M et al. The public health threat of phthalate-tainted foodstuffs in Taiwan: the policies the government implemented and the lessons we learned. Environ Int. 2012 Sep;44:75-9.

Wu X et al. Usage pattern of personal care products in California households. Food Chem Toxicol. 2010 Nov;48(11):3109-19

Xin F et al. Multigenerational and transgenerational effects of endocrine disrupting chemicals: A role for altered epigenetic regulation? Semin Cell Dev Biol. 2015 Jul:43:66-75.

Yaguchi T. The endocrine disruptor bisphenol A promotes nuclear ERRγ translocation, facilitating cell proliferation of Grade I endometrial cancer cells via EGF-dependent and EGF-independent pathways. Mol Cell Biochem. 2019 Feb;452(1-2):41-50.

Yang J et al. Guidelines and definitions for research on epithelial-mesenchymal transition. Nat Rev Mol Cell Biol. 2020 Jun;21(6):341-352.

Ye X et al. Urinary metabolite concentrations of organophosphorous pesticides, bisphenol A, and phthalates among pregnant women in Rotterdam, the Netherlands: the Generation R study. Environ Res. 2008 Oct;108(2):260-7.

Ye X et al. Levels of metabolites of organophosphate pesticides, phthalates, and bisphenol A in pooled urine specimens from pregnant women participating in the Norwegian Mother and Child Cohort Study (MoBa). nt J Hyg Environ Health. 2009 Sep;212(5):481-91.

Yoshida K et al. Role of BRCA1 and BRCA2 as regulators of DNA repair, transcription, and cell cycle in response to DNA damage. Cancer Sci. 2004 Nov;95(11):866-71.

Yoshizawa K et al. Reproductive lesions in female Harlan Sprague-Dawley rats following two-year oral treatment with dioxin and dioxin-like compounds. Toxicol Pathol. 2009 Dec;37(7):921-37.

Zalko D et al. Viable skin efficiently absorbs and metabolizes bisphenol A. Chemosphere. 2011 Jan;82(3):424-30.

Zhang Q et al. Maximum transepidermal flux for similar size phenolic compounds is enhanced by solvent uptake into the skin. J Control Release. 2011 Aug 25;154(1):50-7.

Zhang Q et al. The association between prenatal exposure to phthalates and cognition and neurobehavior of children-evidence from birth cohorts. Neurotoxicology. 2019 Jul;73:199-212.

Zhou H et al. Accurate analysis of parabens in human urine using isotope-dilution ultrahigh-performance liquid chromatography-high resolution mass spectrometry. J Pharm Biomed Anal. 2018 Feb 20:150:469-473.

Ziv-Gal A et al. Paraben exposure alters cell cycle progression and survival of spontaneously immortalized secretory murine oviductal epithelial (MOE) cells. Reprod Toxicol. 2021 Mar;100:7-16.

Zoeller, Thomas R, et al., Endocrine-disrupting chemicals and public health protection: a statement of principles from The Endocrine Society, Endocrinology 2012 Sep; 153(9):4097-110.

# EXHIBIT 1

R. Jeffrey Chang, M.D.
Curriculum Vitae

Birthdate: [redacted]
Birthplace: Portland, Oregon

Spouse: [redacted]

Education:
1961-65 University of Oregon
Eugene, Oregon (BA)

1965-69 University of Oregon Medical School
Portland, Oregon (MD)

**Postgraduate Training:**

1969-70 Intern, Medicine
Washington University
Barnes Hospital, St. Louis, Missouri

1970-74 Resident, Obstetrics and Gynecology
UCLA-Harbor General Hospital, Torrance, California

1973-74 Specialty Training, Reproductive Endocrinology
Division of Reproductive Biology, Obstetrics and Gynecology
UCLA-Harbor General Hospital, Torrance, California

1974-75 Postdoctoral Fellowship, Reproductive Endocrinology
Division of Reproductive Biology, Obstetrics and Gynecology
UCLA-Harbor General Hospital, Torrance, California

1975-77 Postdoctoral Fellowship, Reproductive Endocrinology
Reproductive Endocrinology Center, Obstetrics and Gynecology
University of California Medical Center, San Francisco, CA

**Academic Appointments:**

1976-77 Adjunct Instructor, Reproductive Endocrinology
Department of Obstetrics and Gynecology
UC San Francisco School of Medicine, San Francisco, California

1977-83 Assistant Professor, Reproductive Endocrinology
Department of Obstetrics and Gynecology
UCLA School of Medicine, Los Angeles, California

1983-86 Associate Professor, Reproductive Endocrinology
Department of Obstetrics and Gynecology
UCLA School of Medicine, Los Angeles, California

1986-88 Associate Professor

Director, Division of Reproductive Biology and Medicine
Department of Obstetrics and Gynecology
UC Davis School of Medicine, Davis, California

1987-88 Associate Professor and Chair
Department of Obstetrics and Gynecology
UC Davis School of Medicine, Davis, California

1988-96 Professor and Chair
Department of Obstetrics and Gynecology
UC Davis School of Medicine, Davis, California

1996-97 Professor
Department of Obstetrics and Gynecology
UC Davis School of Medicine, Davis, California

1997-2021 Professor
Director, Division of Reproductive Endocrinology
Department of Reproductive Medicine
UC San Diego School of Medicine, La Jolla, California

2021- Professor Emeritus
Division of Reproductive Endocrinology
Department of Reproductive Medicine
UC San Diego School of Medicine, La Jolla, California

**Hospital Appointments:**

1998-2021 UC San Diego Medical Center, Attending Staff
1998-2005 Scripps Mercy Hospital, San Diego, Active Staff
2000-2015 Kaiser Permanente, San Diego, Courtesy Staff

**Professional Certifications:**

1970 National Board of Medical Examiners
1971 State of California Board of Medical Examiners (Lic#G20109)
1977 Diplomat of the American Board of Obstetrics and Gynecology
Recertification: 1994, 1999, 2000, 2001, 2002, 2003
1980 Diplomat of the American Board of Obstetrics and Gynecology, Subspecialty of Reproductive Endocrinology
Recertification: 1994, 1999, 2001, 2002, 2003

**Academic Service Activities**

Journal Reviewer (Psat Journals)

American Journal of Obstetrics and Gynecology, American Journal of Physiology-Endocrinology and Metabolism, Archives of Internal Medicine, Biology of Reproduction, Cell Death and Differentiation, Chest, Clinical Chemistry, Communications Biology, Contraception, Diabetes, Diabetologia, Endocrinology, Endocrine Connection, Current Opinion in Endocrine and Metabolic Research, Endocrine Reviews, European Journal of Endocrinology, Expert Review of Dermatology, FEBS Open Bio, Fertility and Sterility, Hormone Research in Paediatrics, Hormone and Metabolic Research, Human Reproduction,

Human Reproduction Update, International Journal of Obstetrics and Gynecology, Journal of Adolescent Health, Journal of Adolescent and Young Adult Oncology, Journal of the American Medical Association, Journal of the American Psychosomatic Society, Journal of Clinical Endocrinology and Metabolism, Journal of Endocrinology, Journal of Neuroendocrinology, Journal of Ovarian Research, Journal of Pediatrics, Journal of Pediatric Endocrinology and Metabolism, Journal of the Society for Gynecological Investigation, Journal of the Endocrine Society, Medical Sciences, Metabolic Syndrome and Related Disorders, Metabolism, Molecular and Cellular Endocrinology, Molecular Human Reproduction, Nature Clinical Practice Endocrinology and Metabolism, Nature Reviews Endocrinology, New England Journal of Medicine, Obesity, Obstetrics and Gynecology, Pediatric Obesity, PLOS, Reproduction, Reproductive Sciences, Scientific Reports, Southern Medical Journal, The FASEB Journal, Therapeutic Advances in Endocrinology and Metabolism. Trends in Endocrinology and Metabolism

Editorships

Books:

1987 Prolactin-related Disorders. Blackwell RE, **Chang RJ** (eds) MacMillan Inc., Florham Park, New Jersey

1994 Infertility: Evaluation and Treatment. Keye WR Jr, **Chang RJ**, Rebar RW, Soules MR (eds) W.B. Saunders Company, New York, NY

1996 Polycystic Ovary Syndrome. **Chang RJ** (ed) Springer-Verlag, New York, NY

2002 Polycystic Ovary Syndrome: Basic Biology and Clinical Intervention. **Chang RJ**, Dunaif A, Heindel J (eds) Marcel Dekker

2007 Polycystic Ovary Syndrome. Current Concepts and Controversies, From the Ovary to the Pancreas (eds: Dunaif A, **Chang RJ**, Franks S, Legro R) Humana Press, (2008)

Journals/Monographs

1984 Guest Editor, Polycystic Ovary Syndrome, Seminars in Reproductive Endocrinology

1986-87 Editor-in-Chief, The Prolactin Newsletter

1989 Guest Editor:
Fertility and Sterility
Prologues (American College of Obstetrics and Gynecology Special Series)
"Prolactin and Reproduction", Contemporary OB/GYN

1994 Guest Editor:
Epitomes, "Important Advances in Clinical Medicine- Obstetrics and Gynecology", Western Journal of Medicine

1996 Editorial Board:
APGO Educational Series on Women's Health Issues, Perimenopause

Federal Activities

1988 NIH Reproductive Biology Study Section

| | | |
|---|---|---|
| | Ad Hoc member | 1988 |
| | Member | 1989-93 |
| | Chair | 1991-93 |
| | Reviewer Reserve | 1993-2021 |

1989 NIH Workshop, Polycystic Ovary Syndrome Study Group

1991 NIH Physiological Sciences Review Section (PH4)
Administrative Chair 1991-93

1995 NIH Review Committee for internal review of Endocrinology and Reproductive Research Branch (ad hoc member)

1996-2000 NICHD U-54 Specialized Cooperative Centers Program in Reproductive Research, External Scientific Advisory Board, Baylor University

1997 NIH Center Grant (U54) Site Visit Review Committee: University of Virginia

1998 NICHD Aspen Conference on Maternal-Fetal-Neonatal-Reproductive Medicine (Faculty)

1999 NIEHS Conference. PCOS: Basic Biology, Intervention and Treatment (Program Director)

2004-09 Building Interdisciplinary Research Careers in Women's Health (BIRCWH), External Advisory Board, Stanford University

2005 NIEHS Contract Services Review Study Section

2006 NICHD Integrative Clinical Endocrinology and Reproduction Study Section (ad hoc reviewer)

2006-11 NICHD U-54 Specialized Cooperative Centers Program in Reproductive Research, External Scientific Advisory Board, Virginia Commonwealth University

2006 NICHD Specialized Cooperative Centers Program for Reproduction Research 2007 Annual Meeting, Planning Committee

2008-11 NICHD U-54 Specialized Cooperative Centers Program in Infertility and Reproduction, External Scientific Advisory Board, Oregon National Primate Research Center

2008-11 Oregon National Primate Research Center (ONPRC) P51 External Scientific Advisory Board

2011-12 NICHD and NIH Office of Disease Prevention Steering Committee for 2012 Workshop on Polycystic Ovary Syndrome.

2011-13 NICHD U-54 Specialized Cooperative Centers Program in Reproductive Research, External Scientific Advisory Board, University of Virginia

2011-16 NICHD U-54 Specialized Cooperative Centers Program in Infertility and Reproduction, External Scientific Advisory Board, Oregon National Primate Research Center

2012-17 NICHD U-54 Specialized Cooperative Centers Program in Reproductive Research, External Scientific Advisory Board, Northwestern University

2019 NIEHS Intramural Scientific Review

**Teaching Activities:**

Medical Students

University of California, Davis

MS 432A, OB/GYN Maternal/Child Health Lecture Series and Clinical Rotation
MS 420J, Obstetric and Pediatric Lecture Series for Third Year Students
MS 199, Fourth Year Research Elective in Reproductive Endocrinology

University of California, San Diego

Group Instruction

| | |
|---|---|
| 2002-03 | RMED 251, Introduction to Reproductive Medicine (1-2 hours) |
| 2004-10 | Endocrinology, Reproduction, and Metabolism (ERM) for MS I students, Head, Reproductive Section |
| 2008 | Human Anatomy Seminar (2 hours) |
| 2010-14 | Endocrinology, Reproduction, and Metabolism (ERM) for MS I students, Lecturer |
| 2007-12 | CMM 250 Interinstitutional Core Course in Stem Cell Biology, Medicine, and Ethics (W.09) |
| 2016 | American Medical Student Association (UCSD), Guest Speaker |
| 2017 | American Medical Student Association (UCSD), Annual Physician Mixer, Speaker |
| 2019 | UCSD Scientific Ethics Faculty Panel (July), Informed Consent. For graduate and postgraduate scholars and postdoctoral fellows in research |

Individual Instruction (2001-2025)

RMED 427, Advanced Clerkship - Reproductive Endocrinology (4 weeks)

| | |
|---|---|
| 2001 | Jennifer Ragazzo, MS IV, Creighton |
| 2001 | Lindsay Mains, MS IV, Louisiana State University |
| 2002 | Vanita Dharan, MS IV, Hahnemann University |
| 2002 | Geneen Gin, MS IV, Touro University |
| 2003 | Rana Shayya, MS IV, UCSD |
| 2003 | Ming Zhou, MS IV, University of Nevada |
| 2003 | Trung Nguyen, MS IV, Touro University |
| 2003 | Mark Amols, MS IV, University of Arizona |
| 2004 | Evan Rosenbluth, MS IV, Tulane |
| 2005 | Alexis Conrad, MS IV, Penn State |
| 2005 | Alia Shbeeb, MS IV, UCI |
| 2005 | Ana Tergas, MS IV, U of Miami |
| 2006 | Nora Hongsdusit, MS IV, UCSD |
| 2006 | Linda Zhou, MS IV, UCSD |
| 2006 | Gaea Moore, MS IV, UCSD |
| 2006 | Dina Robins, MS IV, Albany Medical College |
| 2007 | Enid Quo, MS IV, UCSD |
| 2007 | Radhika Madhavan, MS IV, UCSD |
| 2007 | Rudy Rey, MS IV, UCSD |
| 2007 | Beth Cole, MS IV, UCSD |
| 2008 | Carlos Flores, MS IV, Georgetown |
| 2008 | Kristen Sharpe, MS IV, Western University |
| 2008 | Maika Onishi, MS IV, UCSD |
| 2009 | Rita McGill, MS IV, Univ Texas, Galveston |

2010 Claire Hoppenot, MS IV, Thomas Jefferson University
2010 Bhakti Gangapurkar, MS IV, UCSD
2011 Jamie Tarouilly, MS IV, Loma Linda University
2012 Anna Childson, MS IV, Chicago Med School
2012 Kelly Cleaves, MS IV, Western University
2012 Carrie Riestenberg, MS IV, UCSD
2012 Kristen Buono, MS IV, UCSD
2013 Amy Brown, MS IV, Med Univ So Carolina
2013 Zena Kharsa, MS IV, UCSD
2013 Michelle Han, MS III, UCSD
2013 Danielle Panelli, MS IV, UCSD
2014 Shelley McCormick MS IV, UCSD
2016 Prapti Singh MS IV, Arizona Coll Osteo Med
2016 Silvia Fonseca, MS III, UCSD
2016 Angela Liu, MS IV, UCSD
2016 Anna Goebel, MS IV, USC

RMED 299. Reproductive Medicine Independent Study Project (ISP)

1997 Laura Robert, MS II, "An examination of the effect of male and female exercise on success rates of assisted reproductive technologies" (Hillary Klonoff-Cohen, Ph.D.)
1997 Henry Ferreyra, MS II, "Oocyte regulation of follicle stimulating hormone (FSH)-dependent production of insulin-like growth factor binding protein-4 –5 (IGFBP-4 and –5) by rat granulosa cells in vitro" (Greg Erickson, Ph.D.)
1998 Karen Nishida, MS IV, "Pituitary sensitivity to GnRH in adolescent girls with type II diabetes mellitus" (R. Jeffrey Chang)
1999 Patty Yeh, MS II, "Characterization of younger female siblings of adolescent girls with polycystic ovary syndrome" (R. Jeffrey Chang)
2001 Stephanie Lu, MS I, "Perceptions and attitudes about diabetes mellitus in Hispanic women" (R. Jeffrey Chang)
2001 Tamara Brown, MS III, "Exploring the presence of the unique mammalian oocyte-derived specific linker histone gene H1oo in the human ovary and its pattern of expression in normal versus polycystic ovarian syndrome ovaries" (Greg Erickson, Ph.D.)
2001 Rena Shayya, MS I, "Effect of androgen on GnRH and LH expression" (Pam Mellon)
2001 Omid Shaye, MS IV, "Questionnaire on the experiences and satisfaction of medical care for women with polycystic ovary syndrome" (R. Jeffrey Chang)
2004 Kathy Solari, MS I, "Effect of letrozole on gonadotropin levels in women with PCOS" (R. Jeffrey Chang)
2004 Gina Reggiardo, MS III, Clinical reproductive endocrinology (R. Jeffrey Chang)
2005 Beth Cole, MS I "The Capacity of Human Fetal Ovarian Theca Cells to Produce Androgens" (R. Jeffrey Chang)
2006 Kay Waud, MS I "Theca Cell Function in Women with Polycystic Ovary Syndrome" (R. Jeffrey Chang)

2006 Rudolfo Reyes, MS III "Androgen Responses to FSH in PCOS and Normal Women" (R. Jeffrey Chang)
2009 Bhakti Gangapurkar.MS I, "Regulation of mRNA by GnRH through the RNA-binding protein HuR" (Mark Lawson, Ph.D.)
2010 Zena Kharsa, MSI, "A Novel and Critical Role for RNA Polymerase III in the Early Embryo" (Mylene Yao, M.D., Stanford University)
2011 James Sargent, MS IV, " Role of inflammation in women with PCOS" (R. Jeffrey Chang)
2012-16 Andy Huang, MS I, "Pathophysiology of PCOS" (R. Jeffrey Chang, M.D.)

Undergraduate Mentorship:

2007 Mentor to Hanmanth (Jaideep) Neboori, UCSD senior student and member of the UCSD Student Foundation (Radiation Oncologist in Modesto, CA)
2010-2011: Kaivan Dadachanji, UCSD undergraduate student, 1st year: Bimonthly seminars "Reproductive Pathophysiology" (Pediatrician, San Diego)
2011 Anna Lei, Notre Dame undergraduate student, first year: Summer teaching "Reproductive Physiology" Senior Copy Writer, Banana Republic)
2016-17: Jackie Nguyen, 3rd year UCSD student and member of the UCSD Student Foundation, pre-optometry (Assist Clin Professor, Ophthalmology and Visual Sciences, Univ Michigan)
2016-17: Moena Nishikawa, UCSD student, Post-bac scholar, Pre-Med
2016-18: Noor Makan, 1st year UCSD student, Human Biology, Pre-Med
2017- 20 Katherine Tian, 2nd year UCSD student, Pre-Med (OB/GYN Resident at Univ Cincinnati, Ohio)
2017 Kim Apolonia, 1st year, UCSD student, Pre-Med
2017-18: Stephanie Jo, 4th year UCSD student, Pre-Med (Primary Care Physician, Kaiser, San Diego)
2018-21 Vanessa Nyawabili, 2nd year SDSU student, Pre-Med
2020-21 Catherine Nguyen, 2nd year UCSD student, Pre-Med
2020-21 Leona Hariharan, 1st year Brown student, Pre-Med (1st year resident, UC San Francisco)

Other Individual Instruction:

2000 Ilona Barish, MS II. Minor Proposition Committee: "Leptin in the ovary: Interactions with IGF"
2002 Reshmi Basu, MS I. Summer Research Project (Recipient of NIH Summer Research Training Grant): "Adolescent polycystic ovary syndrome"
2002 Larisa Gabrilova-Jordan, MS Graduate, Russia
2004 Mitchell Kamrava MS III, Senior Medical Student Advisor
2004 Erin Barcarse MS IV. Elective Summer Study Project (RMED 296): "Gonadotropin secretion in male relatives of PCOS women"
2005 Reshmi Basu, MS IV. Elective Study Project:"Analysis of 17-Hydroxy Progesterone Response to GnRH agonist in Adolescent PCOS"

2011 Anjana Patel, High School Student (16 years): Summer teaching "Ovarian Physiology"
2012-16 Andy Huang, UCSD Med Student I, Med 296-Medicine Research/ISP, "Reproductive Physiology"
2018-20 Jessica Jang, High School Student (16 years) at Canyon Crest Academy. "Reproductive Physiology and Pathology", UCSD, (Resident at UCSF Medical School)
2018-20 Emily Ho, M.D., Ph.D. candidate. Clinical reproductive endocrinology and infertility observership.
2018-19 Noor Makan, UCSD post bac, Pre-Med
2020 Teresa Chou, Masters student (Mellon Lab) Pre-Med

<u>Residents</u>

Group Instruction:

Resident Didactic REI Lecture Series: (1998-2014)

Polycystic Ovary Syndrome, Hyperprolactinemia, Central Amenorrhea, Postmenopause, Endometriosis, Hirsutism, The Normal Menstrual Cycle, Hyperandrogenism: Evaluation and Management

REI Workshop (1998-2011)
Morbidity and Mortality Teaching Conference (1998-2013)
REI Journal Club
Chief of Service Rounds (1998-2013)
Ward Rounds and Consultations (1998-2013)

Individual Instruction:

Faculty Mentor/Advisor for all PGY 1 residents (UC Davis)
PGY 1 resident One-on-One Endocrine/Infertility didactic session , 1997-2004 (UCSD)
Research Mentor (Independent Study Projects):

Lisa Goodman, Undergraduate, UCLA (Publication #41)
Christine Boulanger, M.D., PGY-3, UCLA (Publication #44)
Eric Surrey, M.D., PGY-3, UCLA (Publication #45)
John Hesla, M.D., PGY-3, UCLA (Publication #54)
Mimi Lukacz, M.D. PGY-3, UCSD, 1998-1999
"Granulosa cell response to recombinant human FSH in normal women and women with PCOS"
Elena Martinez, M.D. PGY-3, UCSD, 1998-99
Jennifer Keilp, M.D. PGY-2, UCSD, 1999-00
Kelly Culwell, M.D., PGY-1, UCSD, 2001-04
"Self-perception among adolescent girls with PCOS"
Ryan Stratford, M.D., PGY-1, UCSD, 2001-04
"Clinical Responses to metformin therapy in PCOS women"
Adrienne Boyton, M.D., PGY-1, UCSD, 2001-04
"Comparison of theca cell function in PCOS, hyperthecosis and normal women"
Song Nguyen, M.D., PGY-3, UCSD, 2001-02
"Perception of medical care by women with PCOS"

Rana Shayya, M.D., PGY-2, UCSD, 2005-08
"Pulsatile gonadotropin secretion in normal adolescent girls"
Nora Hongsdusit, M.D., PGY-1, 2006-07
"Effect of FSH on LH-induced androgen release in PCOS women"
Jessica Selander, M.D., PGY-2, 2009
"FSH mutation in a woman with normal reproductive function"
Margaret Howe, M.D., PGY-2, 2011
"Effect of oral contraceptives on carbohydrate metabolism"
Evan Harrison, M.D., PGY-2, 2013-15
"Adrenal response to ACTH in women with PCOS"

Resident Advisor (OB/GYN & Reproductive Sciences, UCSD)
Jennifer Keilp, M.D. PGY-2, UCSD, 1999
Song Nguyen, M.D. PGY-2, UCSD, 2000
Alexandra Kidd, M.D. PGY-2, 2001
Marcus Rosencrantz, M.D. PGY-2, 2003
Rana Shayya, M.D., PGY-2, UCSD, 2006

Accelerated Clinical Experience (ACE) program (UCSD)
Sila Cetik, M.D., Chief Resident of Department of Internal Medicine, Hacettepe University Faculty of Medicine, Istanbul, Turkey, 2019

Fellows

Group Instruction (UCSD):

| | |
|---|---|
| 1997-current | Reproductive Endocrinology Fellows Case Seminar |
| 2021-22 | Reproductive Endocrinology Fellows Didactics Lecture |
| 1997-2021 | Reproductive Endocrinology Journal Club |
| 2005-11 | Reproductive Endocrine Chapter Review Series |
| 1997-2021 | Clinical Research Conference |
| 1997-2023 | Combined Endocrine Conference (Med, Peds, Repro) |
| 2001-15 | Medical Endocrine Fellows Core Curriculum Lecture Series<br>Amenorrhea, PCOS, Androgenic Disorders Not PCOS |
| 2008 | Inter-institutional (UCSD, Scripps, Salk, Burnham) Core Course in Stem Cell Biology, Medicine, and Ethics, January 15, 2008 |

Reproductive Endocrinology Fellows

| | | |
|---|---|---|
| UCLA: | 1975-77 | Issa Shamonki, M.D. |
| | 1976-78 | Anthony Frumar, M.D. |
| | 1977-79 | Ivana Tartaryn, M.D. |
| | 1978-80 | Bert Davidson, M.D. |
| | 1979-81 | Fred Mandel, M.D. |
| | 1980-82 | Joe Gambone, D.O. |
| | 1981-83 | Larry Laufer, M.D. |
| | 1982-84 | John DeFazio, M.D. |
| | 1983-85 | Ryszard Chetkowski, M.D. |
| | 1984-86 | Kenneth Steingold, M.D. |

| | | |
|---|---|---|
| | 1984-86 | Dominque de Ziegler, M.D |
| | 1985-87 | Marcelle Cedars, M.D. |
| UC Davis: | 1988-89 | Ron Paul Clisham, M.D. |
| | 1989-92 | Anthony Cheung, M.D. |
| UC San Diego: | | |
| | 1997-98 | Brian Berger, M.D. |
| | 1997-98 | Seth Katz, M.D. |
| | 1997-99 | Armando Arroyo, M.D. |
| | 1999-02 | Mickey Coffler, M.D. |
| | 1999-02 | Ketan Patel, M.D. |
| | 2000-03 | Michael Dahan, M.D. |
| | 2001-04 | Richard Yoo, M.D. |
| | 2002-05 | Johanna Archer, M.D. |
| | 2003-06 | Rinku Mehta, M.D. |
| | 2004-07 | Deborah Wachs, M.D. |
| | 2005-08 | Mickey Coffler, M.D. |
| | 2006-10 | Alice Park, M.D. |
| | 2007-10 | Marcus Rosencrantz, M.D. |
| | 2008-11 | Rana Shayya, M.D. |
| | 2009-12 | Sandy Chuan, M.D. |
| | 2010-13 | Heidi Cook-Anderson, M.D., Ph.D. |
| | 2011-14 | Kevin Maas, M.D., Ph.D. |
| | 2012-15 | Jingwen Hou, M.D., Ph.D. |
| | 2013-16 | Michael Homer, M.D. |
| | 2014-17 | Manuel Doblado, M.D. |
| | 2015-18 | Tannaz Toloubeydokhti, M.D. |
| | 2016-19 | Tracy Hadnott. M.D. |
| | 2017-20 | Chelsea Fox, M.D. |
| | 2018-21 | Paige (Helen) Swenson, M.D. |
| | 2019-22 | Beth Zhou, M.D. |
| | 2020-23 | Alexa Medica, M.D. |
| | 2021-24 | Renee Rivas, M.D., Ph.D. |
| | 2022- | Mayowa Dayo, M.D. |
| | 2023- | Kelly Chacon, M.D. |
| | 2024- | Carissa Pekny, M.D. |
| | 2025- | Emily Allard-Phillips, M.D. |

Post-Doctoral Fellows

| | |
|---|---|
| 2007-11 | Leanne M. Redman, Ph.D., Pennington Biomedical Research Center, Baton Rouge, LA, Advisor to NIH grant. K99/R00 funded in 2010. “Effects of weight and insulin sensitivity on reproductive function in PCOS” (K99HD060762) |
| 2009-12 | Kellie Church, Ph.D., Dept. Reproductive Medicine, UCSD Career Development Training Committee, member |
| 2011-13 | Jie Ping, Ph.D., Oregon National Primate Research Center, Beaverton, Oregon, Advisor to NIH grant. K99/R00 submitted. “Anti-Mullerian hormone in primate folliculogenesis and fertility preservation” |

| | |
|---|---|
| 2012-13 | Hiba Al-Zubeidi, M.D., Pediatric Endocrinology, Dept Pediatrics, UCSD, Fellowship Oversight Committee "Metformin versus oral contraceptive pills in the treatment of polycystic ovary syndrome in adolescents" |
| 2014-16 | Heidi Cook-Andersen, M.D., Ph.D., Department of Reproductive Medicine, UCSD, Co-Mentor on Advisory Committee, NICHD grant. K99/R00. "The Role of the mRNA Degradation Factor Zfp36l2 in the Oocyte-to-Embryo Transition and Female Fertility" |
| 2018-22 | Tracy Harrison, M.D., Department of OB, GYN & Reproductive Sciences, UCSD, Women Reproductive Health Research Scholar. "Granulosa Cell Responses to Subcutaneous FSH in Women with PCOS"; "Effects of Androgen on the Hypothalamic-Pituitary-Gonadal Axis in Transgender Men" |

Graduate Students

| | |
|---|---|
| 2009-13 | Emily Witham, Ph.D., Dept. Reproductive Medicine, UCSD, Doctoral Thesis Committee |
| 2011-12 | Manely Yafeh, Department of Biology, UCSD, Masters Thesis Committee, "Progesterone Therapy as a Treatment against Vascular Disease" |
| 2011-12 | Matt Pooling, UCSD predoctoral candidate, Dept Reproductive Medicine, Howard Hughes Medical Institute Sponsored Med-into-Grad Program, Integrated Training in Reproductive Medicine |
| 2014-15 | Al-Muataz Khalil, Masters in Advanced Studies – Clinical Research |
| 2015-16 | Genevieve Ryan, UCSD predoctoral candidate, Dept Reproductive Medicine, Howard Hughes Medical Institute Sponsored Med-into-Grad Program, Integrated Training in Reproductive Medicine |
| 2016 | Erica Pandolfi, UCSD predoctoral candidate, Dept Reproductive Medicine, Howard Hughes Medical Institute Sponsored Med-into-Grad Program, Integrated Training in Reproductive Medicine |

Visiting Scholars (UCSD)

| | |
|---|---|
| 1998-99 | Barbro Friden, M.D. (Sweden) |
| 1999-00 | Fabio Lopes, M.D. (Brazil) |
| 1999-02 | Taek Hoo Lee, M.D. (Korea) |
| 1999-02 | Chang Suk Suh, M.D. (Korea) |
| 1999-01 | Barbara Sonntag, M.D. (Germany) |
| 2002-03 | Gustavo Maciel, M.D. (Brazil) |
| 2004-05 | Bill Gibbons, M.D. (Univ. of Virginia) |
| 2007-09 | Sandy Chuan, M.D. (Loma Linda) |
| 2008 | Bian Cohen, M.D. (U. Mississippi) |
| 2009-14 | Douglas Saunders, M.D. (Australia), 3 mos/year |
| 2010 | Chen-yu Hwang, M.D. (Taiwan) |
| 2010 | Maria Delgado, M.D. (Bogota, Columbia) |
| 2011-12 | Warren Foster, Ph.D. (Toronto) |
| 2015 | Michael Checa, M.D., Ph.D. (Barcelona) |

Faculty Mentorship Programs

2005 Andres Sciolla, M.D., Dept Psychiatry. UCSD National Center of Leadership in Academic Medicine (NCLAM) "Eye Movement Desensitization and Reprocessing (EMDR) To Decrease human immunodeficiency virus (HIV) Risk Behaviors among Latino Men Who Have Sex with Men (MSM)".

2015 Michael Hsieh, M.D., Dept Urology. UCSD National Center of Leadership in Academic Medicine (NCLAM) "Establishment of a comprehensive oncofertility program".

2021 Tracy Harrison, M.D., Dept. OB/GYN & Reproductive Sciences, Master's of Advanced Studies in Clinical Research, Independent Study Program, Thesis Committee, member.

Community Outreach Teaching Programs

2008-20 Reproductive and Oncofertility Science Academy (14-17 year old girls)
Director
Introduction of reproductive biology, polycystic ovary syndrome and related metabolic disorders, assisted reproductive technology, cancer biology, reproductive ethics, and preservation of fertility in patients with cancer.

2008 Introduction to Research in Reproductive Medicine: Reproductive Endocrinology and Infertility (14-16 year old girls)
Director
Introduction to clinical research principles and application to graduates of the Oncofertility Consortium, Saturday Academy

2017-19 Reproductive Sciences Academy-Teachers Program
Co-Director (Director, Irene Su, M.D., MSCE)
Teaching middle school teachers about reproductive sciences with the intent of introducing subject matter into middle school curricula.

2022-23 UCSD, Pre-College Advisory Board (UC Extension)

**Administrative/Campus Service Activities:**

School of Medicine

University of California, Davis

| | |
|---|---|
| 1987-96 | Council of Deans and Department Chairs Committee |
| 1987-88 | Genetics Chair Search Committee |
| 1987-88 | Pediatric Chair Search Committee |
| 1989 | Future Directions for UC Davis Task Force (Chancellor's Office) |
| 1989-91 | Advisory Committee, Core Molecular Biology Lab |
| 1989 | Chief Financial Officer Search Committee |
| 1989-1990 | Neonatal Chief Search Committee, Chair |
| 1990-91 | Department of Pathology Consultant Review Committee |
| 1994-96 | VA Northern California System of Clinics Dean's Committee |

University of California, San Diego

| | |
|---|---|
| 1997-98 | Clinical Advisory Committee |
| 1997-99 | Primary Care Services Committee |

| | |
|---|---|
| 1998-09 | Director, Hormone Research Laboratory (GCRC) |
| 1999 | Promotion and Tenure Ad Hoc Committees(#1 & #2) |
| 1999-00 | Graduate Medical Education Committee |
| 2000-01 | Technology Transfer Advisory Committee Subcommittee<br>Materials Transfer Agreement Process Committee |
| 2000 | Promotion and Tenure Ad Hoc Committees |
| 2000-03 | UCSD School of Medicine Patient Safety Discussion Group |
| 2001-03 | Promotion and Tenure Ad Hoc Committee |
| 2001-03 | Safety Advisory Group |
| 2002-21 | Institute for Molecular Medicine, Charter Member |
| 2003 | Pathology Chair Search Committee |
| 2004-21 | Clinical Investigation Institute, Charter Member |
| 2005-06 | Blastocyst Registry Committee, Chair |
| 2005-11 | UCSD Human Embryonic Stem Cell Research Oversight (ESCRO) Committee (Advisory to the Vice-Chancellor of Research), Co-Director |
| 2006-2007 | UCSD Stem Cell Implementation Group, Co-Director |
| 2006 | Department of Medicine Faculty Recruitment Committee (Endocrinology/Metabolism) |
| 2006-07 | Health Sciences Executive Committee (Alternate for Department Chair) |
| 2007-12 | Clinical Strategies and Operations Committee (Alternate for Department Chair) |
| 2007-13 | Director, UCSD Oncofertility Consortium |
| 2008-09 | Anesthesiology Chair Search Committee, member |
| 2008-09 | Department of Medicine Recruitment Committee, member (Endocrinology/Metabolism) |
| 2009 | Clinical and Translational Research Institute, Charter Member |
| 2009-10 | Search Committee, Chair of Family & Preventive Medicine |
| 2009-12 | Health Sciences Faculty Development Executive Committee |
| 2010 | Clinical and Translational Research Institute, Building Planning Committee (Temporary and Permanent Structures) |
| 2010-13 | Clinical and Translational Research Institute (CTRI), Human Subject Research and Clinical Cores Workgroup |
| 2010-13 | CTRI Pilot Project Review Committee, member |
| 2011-20 | UCSD Institutional Review Board Subcommittee, UCSD Human Embryonic Stem Cell Research Oversight (ESCRO) Committee, member |
| 2013-19 | Faculty Emeriti Host Committee, member |
| 2018-21 | UCSD Cancer Research Career Enhancement and Related Activities, Steering Committee, member |

<u>Hospital</u>

University of California, Davis (UCD Medical Center)

| | |
|---|---|
| 1987-96 | Medical Staff Executive Committee |
| 1987-93 | Comprehensive Perinatal Services Committee, Chair |
| 1987-89 | Perinatal Improvement Network |
| 1987-89 | Labor and Delivery Remodel Committee |
| 1988-89 | Ambulatory Care/Academic Support Cluster Building Committee |
| 1988-89 | East-3 Remodel Building Committee |
| 1989-96 | Ambulatory Care Administrative Advisory Committee |
| 1989-93 | Clinical Programs Advisory Committee |
| 1989-90 | Tower II, Phase 1, Perinatal Center Planning Committee |

| | |
|---|---|
| 1992-96 | Advisory Panel, Assisted Reproductive Technology |
| 1992-94 | Medi-Cal Geographic Managed Care Steering Committee |
| 1993-96 | Graduate Medical Education Advisory Committee |
| 1994-96 | Managed Care Operations Committee |
| 1994-96 | Long-Range Financial Planning Committee |
| 1994-96 | Tower II Planning committee |
| 1994-96 | Ambulatory Care Facility Planning Committee |
| 1994-96 | UCDMC Children's Hospital Planning Committee |

University of California, San Diego (UCSD Medical Center)

| | |
|---|---|
| 1997-03 | Medical Risk Management Committee<br>Member, 1997-1998<br>Vice-Chair, 1998-2000<br>Chair, 2000-03 |
| 1999-01 | Sentinel Event Oversight Committee |
| 2000-03 | Medical Risk Management Executive Committee<br>Chair, 2000-03 |
| 2000-03 | Patient Care Review Committee |
| 2000 | Informed Consent Documentation Ad Hoc Committee |
| 2000-03 | Systemwide Medical Error and Risk Management Committee<br>(UCSD Representative) |
| 2001-03 | Patient Safety Oversight Committee |
| 2001-03 | Medical Staff Executive Committee, Vice-Chair |
| 2001-05 | Medical Staff Executive Meeting Agenda Planning Committee, Member |
| 2003-05 | Medical Staff Executive Committee, Chair |
| 2003-05 | Chief of Staff, UCSD Medical Center |
| 2003-05 | Patient Safety Committee, Member |
| 2003-05 | California Survey Preparation Group, Member |
| 2003-05 | Capital Budget Equipment Committee, Chair |
| 2003-05 | Quality Council, Member |
| 2003-05 | Governance Advisory Committee, Member |
| 2004-05 | Board of Governors, Member |
| 2006-07 | Health Sciences Executive Committee (Alternate for Department Chair) |
| 2007-08 | Clinical Strategies and Operations Committee (Alternate for Department Chair) |
| 2010-12 | Health Sciences Faculty Development Committee, Jacobs Medical Center Task Force, Co-Chair |
| 2012-13 | Medical Staff Executive Committee (Alternate for Department Chair) |

<u>Departmental</u>

University of California, Davis

| | |
|---|---|
| 1987-96 | Continuing Quality Improvement Committee |
| 1992-96 | Executive Committee |
| 1992-96 | Teaching Committee |
| 1993-96 | Residency Program Director |

University of California, San Diego

| | |
|---|---|
| 1997-2012 | Executive Committee |
| 1997-98 | Didactic Teaching Re-Tooling Committee |
| 1997-2003 | Faculty Development in Clinical Research, Chair |

| | |
|---|---|
| 1997-2014 | REI Resident Teaching Consortium (Chair, 1997-2004) |
| 1998-99 | Fund Raising Task Force, Chair |
| 1998-05 | Resident Research Day, Moderator |
| 1999-03 | Education Improvement Committee, Member |
| 1999-05 | Resident ISP Program, Chair |
| 2000 | Committee on Reproductive Medicine Chair 5-Year Review, Chair |
| 2004 | Finance Committee, Ad hoc member |
| 2005 | Search Committee (Reproductive Neuroendocrinology) |
| 2005-06 | Search Committee, Chair (Stem Cell Biologist) |
| 2006-07 | Search Committee (Vice-Chair of Research) |
| 2007-12 | Departmental Space Committee<br>- Research Space Committee (2011-12) |
| 2007 | Search Committee (Women's Reproductive Health Research Scholar) |
| 2007-08 | JCAHO Medical Staff Leadership Session (Alternate for Chair) |
| 2007-09 | Search Committee (Reproductive Scientist) |
| 2009-13 | Reproductive Endocrinology Seminar Series Organizing Committee |
| 2010 | Search Committee (Pelvic Floor Basic Scientist) |
| 2010-22 | Advisory Committee (Women's Reproductive Health Research Scholar) |

**Professional Services Activities:**

1988-98 American Board of Obstetrics and Gynecology
- Examiner, General Board 1988-1996
- Examiner, Subspecialty Board, Reproductive Endocrinology 1992-2001

1989-2002 American College of Obstetricians and Gynecologists
- GYN Practice Committee
  - Member 1989-93, 1996-99
  - Chair 1994-95
- Subcommittee on Reproductive Endocrinology (GYN Practice Committee)
  - Member 1989-93, 1996-99
  - Chair 1991-93, 1997-99
- Document Review Panel on Gynecology
  - Member 1999-2002
  - Vice-Chair 2001-2002

1989 PROLOG Task Force Reproductive Endocrinology and Infertility

1990-97 California Medical Association
- Scientific Advisory Panel on Obstetrics and Gynecology

1991-97 APGO/Wyeth-Ayerst Executive Education Program (for University Chairs of Obstetrics and Gynecology)
- Advisory Committee
  - Chair 1991-94
- Steering Committee
  - Member 1991-97
  - Chair 1994-97

1994 RAND Corporation, expert panel member for assessment of appropriate use of hysterectomy

1995 University of California Presidential Task Force on Practice Standards for Assisted Reproductive Technology

| | |
|---|---|
| 1996 | External Review Committee, Chair, Department of Obstetrics and Gynecology, Stanford University |
| 2000-06 | Polycystic Ovary Syndrome Association Medical Advisory Board |
| 2003 | REI Blue Ribbon Committee, Member, Department of Obstetrics and Gynecology, University of California, Irvine |
| 2003-09 | Society for Women's Health Research, Scientific Advisory Committee for Isis Network on Metabolism |
| 2004-07 | External Advisory Board, Building Interdisciplinary Research Careers in Women's Health (BIRCWH), Stanford University |
| 2005-09 | Center for Ethics in Science and Technology San Diego, Media Experts member |
| 2005 | Grant Reviewer for Wellcome Trust, United Kingdom |
| 2007 | Grant Reviewer for Medical Research Council, United Kingdom |
| 2007 | Endocrine Society Task Force, Evaluation & Treatment of Hirsutism in Premenopausal Women: Clinical Practice Guideline |
| 2008-15 | External Scientific Advisory Board, Oregon National Primate Research Center (ONPRC) |
| 2008-11 | UC Irvine Stem Cell Research Oversight Committee, Member |
| 2008 | Grant Reviewer for Royal College of Obstetrics and Gynecology-Wellbeing of Women, United Kingdom |
| 2009 | Grant Reviewer for Medical Research Council, United Kingdom |
| 2011-16 | External Advisory Board, NIH SCCPIR Center, Oregon National Primate Center (2nd term) |
| 2011-14 | UC Irvine Stem Cell Research Oversight Committee, Member (2nd term) |
| 2012-19 | ONPRC Research Advisory Committee, Pilot Research Program, External Reviewer |
| 2012-21 | Endocrine Society Task Force, Revision of Evaluation & Treatment of Hirsutism in Premenopausal Women: Clinical Practice Guideline |
| 2013 | Pediatric Endocrine Society Task Force: Pediatric Consensus Statement on Adolescent PCOS |
| 2014-17 | UC Irvine Stem Cell Research Oversight Committee, Member (3rd term) |
| 2015 | Grant Reviewer for ONPRC NCTRI pilot projects for NICHD RO3 grant submission |
| 2016-17 | Global Adolescent PCOS Consensus Statement |
| 2016 | Grant Reviewer for Medical Research Council, United Kingdom |
| 2017-20 | UC Irvine Stem Cell Research Oversight Committee, Member (4th term) |
| 2017 | Wisconsin National Primate Research Center (WNPRC, Pilot Research Program, External Reviewer |
| 2018 | Grant Reviewer for Medical Research Council, United Kingdom |

**Community Service Activities:**

| | | |
|---|---|---|
| 1997-04 | Reuben H. Fleet Science Center, San Diego, California | |
| | Board of Trustees, Member | 1997-2004 |
| | Emeritus Advisory Board Member | 2005-2018 |
| | Bio-tech Committee | 2009-15 |
| 2002-21 | People to People Ambassador Program, Spokane, Washington<br>Leadership Advisory Board | |
| 2008-11 | San Diego Zoo, San Diego, California<br>Animal Health and Sustainability Council, Member | |
| 2015-16 | National Conflict Resolution Center, San Diego, Co-Chair, Annual Gala | |

**Societies**:

National/International

| | | | |
|---|---|---|---|
| 1974- | American Society for Reproductive Medicine (American Fertility Society) | | |
| | Industry Committee | | |
| | | Member | 1989-2003 |
| | | Chair | 1993-2003 |
| | Corporate Sponsors Council | | |
| | | Chair | 1998-03 |
| | Board of Directors | | 1990-93 |
| | Finance Committee | | 1990-93 |
| | | Chair | 1993 |
| | Executive Committee | | 1997-2002 |
| | President | | 1999-2000 |
| | Audit Committee | | 2009-2011 |
| 1978- | The Endocrine Society | | |
| | Task Force on Guidelines for Treatment of Women with Hirsutism (2006-7, 2012-13, 2016) | | |
| 1978-2015 | Society for Gynecologic Investigation | | |
| 1983-2020 | Society of Reproductive Endocrinologists | | |
| | Vice-President | | 1989-90 |
| | President | | 1990-92 |
| 1987-89 | American Society of Andrology | | |
| 1988-2018 | Association of Professors of Gynecology and Obstetrics | | |
| | Program Chair | | 1992 |
| | Board of Directors | | 1989-94 |
| | President | | 1994-95 |
| | Medical Education Foundation Board | | 1995-98 |
| 1997- | American Gynecology and Obstetrics Society | | |
| 1997-2018 | European Society for Human Reproduction and Embryology | | |
| 2000- | American Gynecological Club | | |
| 2003- | Androgen Excess-PCOS Society | | |
| | Research Committee | | 2004-2006 |
| | Corporate Advisory Committee 2005-2008 | | |
| | Strategic Planning Committee, Chair 2006 | | |
| | Annual Meeting Committee, 2007-2010 | | |
| | Nominating Committee, 2007 | | |

Regional

| | | | |
|---|---|---|---|
| 1977-2015 | Pacific Coast Fertility Society (Pacific Coast Reproductive Society) | | |
| | Board of Directors | | 1982-84 |
| | President | | 1989-90 |
| 1978-96 | American College of Obstetricians and Gynecologists Section I, District IX | | |
| | | Executive Council | 1990-96 |
| | | Vice-Chair | 1990-93 |
| | | Chair | 1993-96 |
| 1978-99 | Los Angeles Obstetrical and Gynecological Society | | |
| 1987-97 | Northern California Obstetrical and Gynecological Society | | |

1987-97 Sacramento/El Dorado Medical Society
1989-98 San Francisco Gynecological Society
1990-97 Bay Area Reproductive Endocrinologist Society
1998-2010 San Diego Reproductive Endocrine Society

**Awards and Honors:**

1976 Frank Lynch Memorial Lecture Award - Pacific Coast OB/GYN Society
1977 Purdue Fredrick Award for Best Presentation - American College of Obstetricians and Gynecologists
1978 Judge Searle-Donald F. Richardson Memorial Prize Paper- American College of Obstetricians and Gynecologists
1995 Chinese Physician of the Year Award - Chinese Physicians Society
1995 Richard H. Oi Teaching Award - Presented by UCD OB/GYN Chief Residents
2001 APGO Award for Teaching Excellence (UCSD)
2008 Honorary Professor of Obstetrics and Gynecology, Taipei Medical School, Taipei, Taiwan
2009 San Diego Science Alliance, Partnership Award for enhancement of K-12 science education in San Diego County
2011 Honorary Professor of Obstetrics and Gynecology, Taipei Medical School, Taipei, Taiwan
2019 TEDX Talk, : "A Virtuous Journey" (Mount Camel High School)
2025 Walter Futterweit Award In Clinical Research - Androgen Excess-PCOS Society, San Antonio, TX

**Invited Lectures (International from 2001 forward)**

2000 "Polycystic Ovary Syndrome in 2001: Physiology and Treatment"
LH in the New Millennium: Physiologic and Therapeutic Aspects, Versailles, France
2001 "Polycystic Ovary Syndrome"
Brazil Obstetrical and Gynecological Congress, Sao Paulo, Brazil
2002 "Current Aspects of Polycystic Ovary Syndrome"
International Biennial Meeting Health Research Council Mexican Institute of Social Security, Mexico City, Mexico
2005 "Role of Gonadotropins: Granulosa Cell Responses to FSH in PCOS", First PCOS Forum, Avalon, France
2006 "Insulin Resistance and PCOS: Implications for Pathogenesis, Evaluation and Treatment"
The Athens Congress on PCOS, Athens, Greece
2006 "The Role of Androgen in the Evolution of Polycystic Ovary Syndrome"
4th International Ovarian Conference, Yokohama, Japan
2007 "Conceptual Advances in Polycystic Ovary Syndrome"
University of British Columbia, Vancouver, British Columbia, Canada
2007 "Role of LH and Insulin on Follicle Development in Polycystic Ovary Syndrome"
European Society for Human Reproduction and Embryology, Lyon, France
2008 "Basis for Ovarian Dysfunction in Women with Polycystic Ovary Syndrome"; "Identification of the Adolescent PCOS"

| | |
|---|---|
| | Taiwan Society of Reproductive Medicine, Taipei, Taiwan |
| 2010 | "Hirsutism, Acne, and Alopecia",<br>PCOS Consensus Conference, Amsterdam, Netherlands |
| 2011 | "Mechanism of Excess Androgen Production in Women with PCOS"<br>"Obesity, Oligomenorrhea, and the Ovary in Puberty and Adolescence: Pathways to PCOS"<br>Taiwan Society of Reproductive Medicine, Taipei, Taiwan |
| 2011 | "The follicle is not intrinsically abnormal in PCOS"<br>"Androgen excess is the primary defect in PCOS"<br>Fourth PCOS Forum, Albuquerque, New Mexico |
| 2015 | "AMH in PCOS-Current and future considerations: Ovarian function"<br>"Determinants of follicle responsiveness to gonadotropins in PCOS: In vivo studies"<br>Sixth PCOS Forum, Borgo dei Conti, Italy |
| 2018 | "The Role of Androgen in the Pathogenesis of Polycystic Ovary Syndrome" Plenary Speaker<br>"Polycystic Ovary Syndrome: An Inconvenient Diagnosis in Adolescence" Concurrent session, Asia Pacific Initiative on Reproduction (ASPIRE), Taipei, Taiwan |

**Research Interests:**

Abnormal Androgen Metabolism
Polycystic Ovary Syndrome
Disorders of Ovulation

**Grants and Contracts (current or most recent awards):**

| | | |
|---|---|---|
| NIH | "Cooperative Multicenter Reproductive Medicine Network"<br>**Chang RJ**, Principal Investigator, 1990-95 | $1,323,315 |
| Serono | "National Reproductive Medicine Network-Ovulation Induction/Insemination Trials, 1992-95 ( in conjunction with Cooperative Multicenter study above) | $ 25,000 |
| NIH | "Cooperative Multicenter Reproductive Medicine Network"<br>**Chang RJ**, Principal Investigator, 1995-2000 | $ 1,756,239 |
| NIH | "Training in Reproductive Sciences", Mellon PL, Program Director;<br>**Chang RJ**, Program Co-Director | $ 689,296 |
| NIH | U54 HD012303<br>Center for Reproductive Science and Medicine<br>"Specialized Cooperative Centers Program in Reproductive Research (U54)", Project V. Pathological Role of Hyperinsulinemia in Polycystic Ovary Syndrome,<br>**Chang RJ**, Project Leader (1999-2004) | $141,892/yr |
| NIH | U54 HD012303<br>Center for Reproductive Science and Medicine<br>"Specialized Cooperative Centers Program in Reproductive Research U54", Human Ovary Tissue Core<br>**Chang RJ**, Project Leader (1999-2004) | $56,449/yr |
| AHRQ | "SDCERPS: Standardized Encounters in Patient Safety"<br>(P20 HS11521-01) Weinger MB, Principle Investigator (2001-2004)<br>**Chang RJ**, Consultant (<3%) | $417,400 |
| NIH | "Pregnancy in Polycystic Ovary Syndrome", Supplement to "Specialized Cooperative Center for Reproduction Research (U54)"<br>**Chang RJ**, Project Leader (2002-05) | $184,359/yr |
| Pfizer, Inc | "Oral contraceptive Treatment of Hirsutism: Effect on Women's Health"<br>**Chang RJ**, Principal Investigator (2000-03) | $66,366 |
| Wyeth: | "Estrogen Replacement Therapy and Insulin Resistance in the Menopause"<br>**Chang RJ**, Olefsky JM, Co-Principal Investigators, (2002-05) | $900,000 |

| | | |
|---|---|---|
| NIH | RO1 HD 047759-01<br>"Granulosa Cell Function in PCOS"<br>**Chang RJ**, Principal Investigator (2004-2005) | $250,000/yr |
| NIH | U54 HD012303<br>Center for Reproductive Science and Medicine<br>"Specialized Cooperative Centers Program in Reproductive Research (U54)", Project III. Granulosa Cell Function in PCOS,<br>**Chang RJ**, Project Leader (2005-2009)<br>(conversion from RO1) | $250,000/yr |
| NIH | U54 HD012303<br>Center for Reproductive Science and Medicine<br>"Specialized Cooperative Centers Program in Reproductive Research (U54)", Human Ovary Tissue Bank,<br>**Chang RJ**, Principal Investigator (2005-2009) | $56,000/yr |
| Wyeth | "Estrogen Replacement Therapy and Insulin Resistance in Obese Postmenopausal Women",<br>**Chang RJ**, Principal Investigator, (2006-09) | $257,000 |
| SWHR | "Sex Differences in Gene Expression in Human Adipose Tissue"<br>Chang, RJ, Principal Investigator (2007-2008) | $24,708 |
| NIH | U54 RR024347-01<br>Oncofertility Consortium: Preservation of Fertility in Women with Cancer, Project 7: P30B "National Physicians Cooperative to Preserve Fertility for Female Cancer Patients" (1 PL1 CA133835-01)<br>**Chang RJ**, Project Leader (2007-2012) | $255,237/yr |
| NIH | U54 HD012303<br>Center for Reproductive Science and Medicine<br>"Specialized Cooperative Centers Program in Reproductive Research (U54)", Project III. Theca Cell Function in PCOS,<br>**Chang RJ**, Project Leader (2009-2014) | $250,000/yr |
| NIH | U54 HD012303<br>Center for Reproductive Science and Medicine<br>"Specialized Cooperative Centers Program in Reproductive Research (U54)", Human Ovary Tissue Bank,<br>**Chang RJ**, Project Leader (2009-2014) | $63,000/yr |
| NIH | ZHD1 DSR-L (55)<br>Center for Reproductive Heath after Disease<br>"Specialized Cooperative Centers Program in Reproductive (U54)"<br>Core C: Human Ovarian Tissue, Oocyte and Date Repository Core<br>**Chang RJ**, Principal Investigator (2013-2018) | |
| NIH | P50 HD012303<br>Center for Reproductive Science and Medicine | $263,621/yr |

"National Centers for Translational Research in Reproduction and Infertility (NCTRI)", Project III. Role of Androgen on Follicle Function in PCOS, **Chang RJ**: Project Leader (2016-21)

**Training Grants**

NIH T32 HD007203-25 "Training in Reproductive Sciences" Mellon, P., Director; Chang, R.J., Co-Director (2006-2022)

Publications:


1. **Chang RJ**, Persellin RH. Gold thiomalate-induced weight gain in guinea pigs. Proc Soc Exp Biol Med 129:568-571, 1968.

2. Persellin RH, **Chang RJ**. Multiple IgM autoantibodies in a nonhuman primate. Int Arch Allerg Appl Immunol 46:815-821, 1974.

3. **Chang RJ**, Abraham GE. Peripheral steroid levels in a patient with congenital absence of the uterus. Obstet Gynecol 46:320-323, 1975.

4. **Chang RJ**, Abraham GE. Peripheral arterial venous concentrations of various androgens in patients with and without hirsutism. Obstet Gynecol 46:549-550, 1975.

5. **Chang RJ**, Buster JE, Blakely JL, Okada DM, Hobel CJ, Abraham GE, Marshall JR. Simultaneous comparison of delta 5-3 beta-hydroxysteroid levels in the fetoplacental circulation of normal pregnancy in labor and not in labor. J Clin Endocrinol Metab 42:744-751, 1976.

6. Abraham GE, Maroulis GB, Buster JE, **Chang RJ**, Marshall JR. The effects of dexamethasone on serum cortisol and androgen levels in hirsute patients. Obstet Gynecol 47:395-402, 1976.

7. **Chang RJ**, Abraham GE. Effect of dexamethasone and clomiphene citrate on peripheral steroid levels and ovarian function in a hirsute amenorrheic patient. Fertil Steril 27:640-646, 1976

8. Cousins LM, Hobel CJ, **Chang RJ**, Okada DM, Marshall JR. Serum progesterone and estradiol 17-beta levels in preterm and term labor. Am J Obstet Gynecol 127:612-615, 1977.

9. Siiteri PK, Febres F, Clemens LE, **Chang RJ**, Gondos B, Stites D. Progesterone maintenance of pregnancy: is progesterone nature's immunosuppressant? Annals New York Acad Sci 286:384-397, 1977.

10. **Chang RJ**, Keye WR Jr, Young JR, Wilson CB, Jaffe RB. Detection, evaluation and treatment of pituitary adenomas in patients with galactorrhea and amenorrhea. Am J Obstet Gynecol 128:356-363, 1977.

11. Keye WR Jr, **Chang RJ**, Jaffe RB. Prolactin secreting pituitary adenomas in women with amenorrhea and glactorrhea. Obstet Gynecol Surv 32:727-738, 1977.

12. Keye WR Jr, **Chang RJ**, Jaffe RB. Hyperprolactinemic amenorrhea. N Engl J Med 297:396-397, 1977.

13. **Chang RJ**, Jaffe RB. Progesterone effects on gonadotropin release in women pretreated with estradiol. J Clin Endocrinol Metab 47:119-126, 1978.

14. Persellin RH, **Chang RJ**. Multiple IgM autoantibodies in a non-human primate. Devel Comp Immunol 2:713-725, 1978.

15. Buster JE, **Chang RJ**, Preston DL, Elashoff RM, Cousins LM, Abraham GE, Hobel CJ, Marshall JR. Interrelationships of circulating maternal steroid concentrations in third trimester pregnancies: I. C21 steroids: Progesterone, 16 alpha-hydroxy-progesterone, 17 alpha-hydroxyprogesterone, 20 alpha-dihydroxyprogesterone, delta 5-pregnenolone sulfate and 17-hydroxy alpha 5-pregnenolone. J Clin Endocrinol Metab 48:133-138, 1979.

16. Buster JE, **Chang RJ**, Preston DL, Elashoff RM, Cousins LM, Abraham GE, Hobel CJ, Marshall JR. Interrelationship[s of circulating maternal steroid concentrations in third trimester pregnancies: C18 and C19 steroids: Estradiol, estriol, dehydroepiandrosterone, dehydroepiandrosterone sulfate, delta 5-androstenediol, delta 4-androstenedione, testosterone and dihydrotestosterone. J Clin Endocrinol Metab 48:139-143, 1978.

17. Keye WR Jr, **Chang RJ** Monroe SE, Wilson CB, Jaffe RB. Prolactin secreting pituitary adenomas in women. II. Menstrual function, pituitary reserves and prolactin production following microsurgical removal. Am J Obstet Gynecol 134:360-365, 1979.

18. Meldrum DR, Shamonki IM, Frumar AM, Tataryn IV, **Chang RJ**, Judd HL. Elevations in skin temperatures of the finger as an objective index of postmenopausal hot flashes: Standardization of the technique. Am J Obstet Gynecol 135:713-717, 1979.

19. Morley JE, Baranetsky NG, Wingert TD, Carlson HE, Hershman JM, Melmed S, Levin SR, Jamison KR, Weitzman R, **Chang RJ**, Varner AA. Endocrine effects of naloxone-induced opiate receptor blockade. J Clin Endocrinol Metab 50: 251-257, 1980.

20. Carlson HE, **Chang RJ**. Studies on the role of histamine in human pituitary function. Clin Endocrinol 12:461-466, 1980.

21. Keye WR Jr, **Chang RJ**, Wilson CB, Jaffe RB. Prolactin secreting pituitary adenomas. III: Frequency and diagnosis in amenorrhea-galactorrhea. J Am Med Assn 244:1329-1332, 1980.

22. **Chang RJ**, Keye WR Jr, Monroe SE, Jaffe RB. Prolactin-secreting pituitary adenomas in women. IV. Pituitary function in amenorrhea associated with normal or abnormal serum prolactin and sellar polytomography. J Clin Endocrinol Metab 51:830-835, 1980.

23. Monroe SE, Levine L, **Chang RJ**, Keye WR Jr, Yamamoto M, Jaffe RB. Prolactin-secreting pituitary adenomas. V. Increased gonadotroph responsivity in hyperprolactinemic women with pituitary adenomas. J Clin Endocrinol Metab 52:1171-1178, 1981.

24. Carlson HE, **Chang RJ**, Meyer NV, Lu JKH, Judd HL. Effect of cimetidine on serum prolactin in normal women and patients with hyperprolactinemia. Clin Endocrinol 15:491-498, 1981.

25. Schwabe AD, LippeB, **Chang RJ**, Pops MA, Yager J. Anorexia nervosa. Annals Int Med 94:371-381, 1981.

26. **Chang RJ**, Davidson BJ, Carlson HE, Lu JKH, Judd HL. Hypogonadotropic hypogonadism associated with retinitis pigmentosa in a female sibship: Evidence for gonadotropin deficiency. J Clin Endocrinol Metab 53:1179-1184, 1981.

27. **Chang RJ**, Mandel FP, Lu JKH, Judd HL. Enhanced disparity of gonadotropin secretion by estrone in women with polycystic ovarian disease. J Clin Endocrinol Metab 54:490-494, 1982.

28. Meldrum DR, **Chang RJ**, Lu JKH, Vale W, Rivier J, Judd HL. Medical oophorectomy using a long-acting GnRH agonist - a Possible new approach to the treatment of endometriosis. J Clin Endocrinol Metab 54:1081-1083, 1982.

29. **Chang RJ**, Mandel FP, Wolfsen AR, Judd HL. Circulating levels of plasma adrenocorticotropin in polycystic ovarian disease. J Clin Endocrinol Metab54:1265-1267, 1982.

30. **Chang RJ**, Davidson BJ, Carlson HE, Judd HL. Circadian pattern of prolactin secretion in postmenopausal women receiving estrogen with or without progesterone. Am J Obstet Gynecol 144:402-407, 1982.

31. **Chang RJ**, Laufer L, DeFazio J. Bromocriptine therapy of hyperprolactinemia. Drug Ther 12:235-243, 1982.

32. **Chang RJ**. Amenorrhea-galactorrhea syndrome. J Am Med Assn 249:652, 1983.

33. Mandel FP, **Chang RJ**, Dupont B, Pollack MS, Levine LS, New MI, Lu JKH, Judd HL. HLA genotyping in family members of patients with polycystic ovarian disease. J Clin Endocrinol Metab 56:802-807, 1983.

34. **Chang RJ**, Laufer LR, Meldrum DR, DeFazio J, Lu JKH, Vale WW, Rivier JE, Judd HL. Steroid secretion in polycystic ovarian disease after ovarian suppression by a long-acting gonadotropin-releasing hormone agonist. J Clin Endocrinol Metab 56:897-903, 1983.

35. Blackwell RE, Bradley EL Jr, Kline LB, Duvall ER, Vitek JJ, DeVane GW, **Chang RJ**. A comparison of dopamine agonists in the treatment of hyperprolactinemic syndromes: A multicenter study. Fertil Steril 39:744-748, 1983.

36. **Chang RJ**, Nakamura R, Judd HL, Kaplan SA. Insulin resistance in nonobese patients with polycystic ovarian disease. J Clin Endocrinol Metab 57:356-359, 1983.

37. Meldrum DR, Tsao Z, Monroe SE, Braunstein GD, Sladek J, Lu JKH, Vale W, Rivier J, Judd H, **Chang RJ**. Stimulation of LH fragments with reduced bioactivity following GnRH agonist administration in women. J Clin Endocrinol Metab 58:755-757, 1984.

38. Chetkowski RJ, DeFazio J, Shamonki I, Judd HL, **Chang RJ**. The incidence of late-onset congenital adrenal hyperplasia due to 21-hydroxylase deficiency among hirsute women. J Clin Endocrinol Metab 58:595-598, 1984.

39. Chetkowski RJ **Chang RJ**, DeFazio J, Meldrum DR, Judd HL, Origin of serum progestins in polycystic ovarian disease. Obstet Gynecol 64:27-31, 1984.

40. DeFazio J, Meldrum DR, Lu JKH, Vale W, Rivier JE, Judd HL, **Chang RJ**. Acute ovarian responses to a long-acting gonadotropin-releasing hormone in ovulatory women and women with polycystic ovarian disease. Fertil Steril 44:453-459, 1985.

41. Goodman LA, **Chang RJ**. Pregnancy following bromocriptine-induced reduction of an extrasellar prolactin-secreting pituitary macroadenoma. Obstet Gynecol 64:2S-7S, 1984.

42. Gambone J, Meldrum D, Laufer L, **Chang RJ**, Lu JKH, Judd HL. Further delineation of hypothalamic dysfunction responsible for menopausal hot flashes. J Clin Endocrinol Metab 59:1097-1102, 1984.

43. Chetkowski RJ, Judd HL, Jagger PI, Nieberg RK, **Chang RJ**. Autonomous cortisol secretion by a lipoid cell tumor of the ovary. J Am Med Assn 254: 2628-2631, 1985.

44. Boulanger CM, Mashchak CA, **Chang RJ**. Lack of tumor reduction in hyperprolactinemic women with extrasellar macroadenomas treated with bromocriptine. Fertil Steril 44:532-535, 1985.

45. Surrey ES, **Chang RJ**. Nelson's syndrome in pregnancy. Fertil Steril 44:548-551, 1985.

46. Molitch ME, Elton RL, Blackwell RE, Caldwell B, **Chang RJ**, Jaffe RB, Joplin G, Robbins RJ, Tyson J, Thorner MO, and the Bromocriptine Study Group. Bromocriptine as a primary therapy for prolactin-secreting macroadenomas: Results of a prospective multicenter study. J Clin Endocrinol Metab 60: 698-705, 1985.

47. Steingold KA, Judd HL, Nieberg RK, Lu JKH, **Chang RJ**. Treatment of severe androgen excess due to ovarian hyperthecosis with a long-acting gonadotropin- releasing hormone agonist. Am J Obstet Gynecol 154:1241-1248, 1986.

48. Steingold KA, Lobo RA, Judd HL, Lu JKH, **Chang RJ**. The effect of bromocriptine on gonadotropin secretion in polycystic ovarian disease. J Clin Endocrinol Metab 62:1048-1051, 1986.

49. Geffner ME, Kaplan SA, Bersch N, Golde DW, Landlaw EM, **Chang RJ**. Persistence of insulin resistance in polycystic ovarian disease after inhibition of ovarian steroid secretion. Fertil Steril 45:327-333, 1986.

50. Chetkowski RJ, DeFazio J, Shamonki I, Judd HL, **Chang RJ**. Late-onset adrenal hyperplasia. N Engl J Med 314:450-451, 1986.

51. Blackwell RE, **Chang RJ**. Report of the national symposium on the clinical management of prolactin-related reproductive disorders. Fertil Steril 45: 607-610, 1986.

52. Melmed S, Braunstein GD, **Chang RJ**, Becker DP. Pituitary tumors. Annals Int Med 105:238-253, 1986.

53. Blackwell RE, Carr BR, **Chang RJ**, DeCherney, Haney AF, Keye WR Jr, Rebar RW, Rock JW, Rosenwaks Z, Seibel MM, Soules MR. Are we exploiting the infertile couple? Fertil Steril 48:735-739, 1987.

54. Hesla JS, Rodman E, Molitch ME, Goodman LA, **Chang RJ**. The effect of the ergoline derivative CU 32-085 on prolactin secretion in hyperprolactinemic women. Fertil Steril 48:555-559, 1987.

55. Wiley LM, Obasaju MF, Overstreet JW, Cross NL, Hanson FW, **Chang RJ**. Detection of anti-sperm antibodies: their localization to human sperm antigens that are transferred to the surface of zona-free hamster oocytes during the sperm penetration assay. Fertil Steril 48:292-298, 1987.

56. Steingold KA, de Ziegler D, Cedars M, Meldrum DR, Lu JKH, Vale W, Rivier J, Judd HL, **Chang RJ**. Clinical and hormonal effects of chronic long-acting gonadotropin-releasing hormone agonist treatment in polycystic ovarian disease. J Clin Endocrinol Metab 65:773-778, 1987.

57. Obasaju MF, Wiley LM, Miller L. Samuels SJ, **Chang RJ**, Overstreet JW. Reproductive effects of chlorpormazine exposure to female mice: cell proliferation disadvantage revealed by the chimera embryo assay. Reprod Toxicol 1:17-23, 1987.

58. Obasaju MF, Wiley LM. Oudiz DJ, Miller L, Samuels SJ, **Chang RJ**, Overstreet JW. An assay using embryo aggregation chimeras for the detection of non-lethal changes in x-irradiated mouse preimplantation embryos. Radiation Res 113: 289-299, 1987.

59. de Ziegler D, Steingold KA, Cedars M, Lu JKH, Judd HL, **Chang RJ**. Recovery of hormone secretion after chronic gonadotropin-releasing hormone agonist administration in women with polycystic ovarian disease. J Clin Endocrinol Metab 68:1111-1117, 1989.

60. Hellstrom WJG, Overstreet JW, Moore SM, Samuels SJ, **Chang RJ**, Lewis EL. Antisperm antibodies bind with different patterns to sperm of different men. J Urol 138:895-898, 1988.

61. Morales P, Katz DF, Overstreet JW, Samuels SJ, **Chang RJ**. The relationship between the motility and morphology of spermatozoa in human sperm. J Androl 9:241-247, 1988.

62. Vance ML, Cragun JR, Reimnitz C, **Chang RJ**, Rashef E, Blackwell RE, Miller MM, Molitch ME. CV 205-502 treatment of hyperprolactinemia. J Clin Endocrinol Metab 68:336-339, 1989.

63. Anderson RE, Cragun JR, **Chang RJ**, Stanzyck FZ, Lobo RA. A pharmaco-dynamic comparison of human urinary follicle stimulating hormone and human menopausal gonadotropin in normal women and polycystic ovary syndrome. Fertil Steril 52:216-220, 1989.

64. Surrey ES, de Ziegler D, Lu JKH, **Chang RJ**, Judd HL. Effects of gonadotropin-releasing hormone agonist (GnRHa) on pituitary and ovarian responses to pulsatile GnRH therapy in polycystic ovarian disease. Fertil Steril 52:547-552, 1989.

65. Erickson GF, Magoffin DA, Cragun JR, **Chang RJ**. The effects of insulin and insulin-like growth factors I and II on estradiol production by granulosa cells of polycystic ovaries. J Clin Endocrinol Metab 70:894-902, 1990.

66. Cedars MI, Steingold KA, de Ziegler D, Lapolt PS, **Chang RJ**, Judd HL. Long- term administration of gonadotropin-releasing hormone agonist and dexamethasone: assessment of the adrenal role in ovarian dysfunction. Fertil Steril 57:495-500, 1992.

67. Erickson GF, Magoffin DA, Garzo G, Cheung AP, **Chang RJ**. Granulosa cells of polycystic ovaries: are they normal or abnormal? Hum Reprod 7:293-299, 1992.

68. Grody WW, **Chang RJ**, Panagiotis NM, Cedarbaum S. Menstrual cycle and gonadal steroid effects on symptomatic hyperammonaemia of urea cycle-based and idiopathic aetiologies. J Inher Metab Dis 17:565-574, 1994.

69. Cheung AP, **Chang RJ**. Pituitary responsiveness to gonadotropin-releasing hormone agonist stimulation: a dose-response comparison of LH/FSH secretion in women with polycystic ovary syndrome and normal women. Hum Reprod 10:1054-1059, 1995.

70. **Chang RJ**. Gonadotropin releasing hormone agonists and hormone replacement therapy. Reprod Med Rev 5:139-150, 1996. (Review)

71. Cheung AP, Lu JKH, **Chang RJ**. Pulsatile gonadotropin secretion in women with polycystic ovary syndrome after gonadotropin-releasing hormone agonist treatment. Hum Reprod 12: 1156-1164, 1997.

72. **Chang RJ**, Gougeon A, Erickson GF. Evidence for a neutrophil/interleukin-8 system in human folliculogenesis. Am J Obstet Gynecol 178:650-7, 1998.

73. Shimasaki S, Zachow RJ, Li D, Kim H, Iemura S, Ueno N, Sampath K, **Chang RJ**, Erickson GF. A functional bone morphogenetic protein system in the ovary. Proc Natl Acad Sci 96:7282-7287, 1999.

74. Hourvitz A, Widger AE, Lopes F, Chang, RJ, Adashi EY, Erickson GF. Insulin-like growth factor binding protein-4 protease (IGFBP-4ase) gene expression in human ovaries is restricted to dominant follicles and corpora lutea. J Clin Endocrinol Metab 85:4916-4919, 2000.

75. Dahan M, **Chang RJ**. Pancreatitis secondary to hyperparathyroidism during pregnancy. Obstet Gynecol 98:923-925, 2001.

76. Teixeira Filho FL, Baracat EC, Lee TH, Suh CS, Matsui M, **Chang RJ**, Shimasaki S, Erickson GF. Aberrant expression of growth differentiation factor-9 in oocytes of women with polycystic ovary syndrome. J Clin Endocrinol Metab 87:1337-1344, 2002.

77. Coffler MS, Patel K, Dahan MH, Malcom PJ, Kawashima T, Deutsch R, **Chang RJ**. Evidence for abnormal granulosa cell responsiveness to follicle stimulating hormone in women with polycystic ovary syndrome. J Clin Endocrinol Metab 88: 1742-1747, 2003.

78. Klein KO, Janfaza M, Wong JA, **Chang RJ**. Estrogen bio-activity in Fo-Ti and other herbs used for their estrogen-like effects as determined by a recombinant cell bioassay assay. J Clin Endocrinol Metab 88:4077-4079, 2003.

79. Coffler MS, Patel K, Dahan MH, Yoo RY, Malcom PJ, **Chang RJ**. Enhanced granulosa cell responsiveness to follicle stimulating hormone during insulin infusion in women with polycystic ovary syndrome treated with pioglitazone J Clin Endocrinol Metab 88:5624-5631, 2003.

80. Patel K, Coffler MS, Dahan MH, Yoo RY, Lawson MA Malcom PJ, Chang RJ. Increased luteinizing hormone secretion in women with polycystic ovary syndrome is unaltered by prolonged insulin infusion. J Clin Endocrinol Metab 88:5456-5461, 2003.

81. Patel K, Coffler MS, Dahan MH, Malcom PJ, Deutsch R, **Chang RJ**. Relationship of GnRH-stimulated LH release to episodic LH secretion and baseline endocrine-metabolic measures in women with polycystic ovary syndrome. Clin Endocrinol 60:67-74, 2004.

82. Dahan MH, Lyle LN, Patel KS, Coffler MS, Wolfsen A, **Chang RJ**. Tumor level serum testosterone associated with human immunodeficiency virus Lipodystrophy syndrome. Obstet Gynecol 103:1094-1096, 2004.

83. Rock CL, Flatt SW, Thomson C, Stefanick ML, Newman V, Jones L, Natarajan L, Pierce JP, **Chang RJ**, Witztum JL. Plasma triacylglycerol and HDL concentrations confirm self- reported changes in carbohydrate and fat intakes in women in a diet intervention trial. J Nutrition 134:342-347, 2004.

84. Rock CL, Flatt SW, Thomson CA, Stefanick ML, Newman VA, Jones L, Natarajan L, Ritenbaugh C, Hollenbach KA, Pierce JP, **Chang RJ**. Effects of high-fiber, low-fat diet intervention on serum concentrations of reproductive steroid hormones in women with a history of breast cancer. J Clin Oncology 22:2379-2387, 2004.

85. Maciel GA, Baracat EC, Benda JA, Markham SM, Hensinger K, **Chang RJ**, Erickson GF. Stockpiling of transitional and classic primary follicles in ovaries of women with polycystic ovary syndrome. J Clin Endocrinol Metab 89:5321-5327, 2004.

86. Mehta RV, Patel KS, Coffler MS, Dahan MH, Yoo RY, Archer JS, Malcom PJ, **Chang RJ**. Luteinizing hormone secretion is not influenced by insulin infusion in women with polycystic ovary syndrome despite improved insulin sensitivity during pioglitazone treatment. J Clin Endocrinol Metab 90:2136-2141, 2005.

87. Chhabra S, McCartney CR, Yoo RY, Eagleson CA, **Chang RJ**, Marshall JC. Progesterone inhibition of the hypothalamic gonadotropin-releasing hormone pulse generator: Evidence for varied effects in hyperandrogenemic adolescent girls. J Clin Endocrinol Metab 90:2810-15, 2005.

88. Yoo RY, Sirlin C, Gottschalk M, **Chang RJ**. Ovarian imaging by magnetic resonance in obese adolescent girls with Polycystic Ovary Syndrome: a pilot study. Fertil Steril 84:985-95, 2005

89. Yoo RY, Dewan A, Basu R, Newfield R, Gottschalk M, **Chang RJ**. Increased luteinizing hormone pulse frequency in obese oligomenorrheic girls with no evidence of hyperandrogenism. Fertil Steril 85: 1049-56, 2006.

90. McCartney CR, Prendergast KA, Chhabra S, Eagleson CA, Yoo R, **Chang RJ**, Foster CM, Marshall JC. The association of obesity and hyperandrogenemia during the pubertal transition in girls: obesity as a potential factor in the genesis of postpubertal hyperandrogenism . J Clin Endocrinol Metab 91:1714-1722, 2006

91. Wachs DS, Coffler MS, Malcom PJ, **Chang RJ**. Comparison of follicle-stimulating-hormone-stimulated dimeric inhibin and estradiol responses as indicators of granulosa cell function in PCOS and Normal Women. J Clin Endocrinol Metab 91:2920-2925, 2006

92. Mehta RV, Malcom PJ, **Chang RJ**. The effect of androgen blockade on granulosa cell estradiol production after follicle-stimulating hormone stimulation in women with Polycystic Ovary Syndrome. J Clin Endocrinol Metab 91:3503-3506, 2006.

93. Cole B, Hensinger K, Maciel GAR, **Chang RJ**, Erickson GF. Human fetal ovary development involves the spatiotemporal expression of P450c17 protein. J Clin Endocrinol Metab 91:3654-3661, 2006.

94. Archer JS, Love-Geffen TE, Herbst-Damm KL, Swinney DA, **Chang RJ**. Effect of estradiol versus estradiol and testosterone on brain-activation patterns in postmenopausal women. Menopause 13:528-37, 2006.

95. McCartney CR, Blank SK, Prendergast KA, Chhabra S, Eagleson CA, Helm KD, Yoo R, **Chang RJ**, Foster CM, Caprio S, Marshall JC. Obesity and sex steroid changes across puberty: Evidence for marked hyperandrogenemia in pre- and early pubertal obese girls. J Clin Endocrinol Metab 92:430-436, 2007.

96. Wachs DS, Coffler MS, Malcom PJ, **Chang RJ**. Serum Anti-mullerian hormone concentrations are not altered by acute administration of follicle stimulating hormone in polycystic ovary syndrome and normal women. J Clin Endocrinol Metab 92:1871-1874, 2007.

97. Aroda VR, Ciaraldi TP, Chang SA, Dahan MH, **Chang RJ**, Henry RR. Circulating and cellular adiponectin in polycystic ovary syndrome: relationship to glucose tolerance and insulin action. Fertil Steril 89:1200-1208, 2008. PMID: 17706206; PMCID: PMC7027432

98. Martin KA, **Chang RJ**, Ehrmann DA, Ibanez L, Lobo RA, Rosenfield RL, Shapiro J, Montori VM, Swiglo BA. Evaluation and treatment of hirsutism in premenopausal women: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab 93:1105-1120, 2008.

99. Wachs DS, Coffler MS, Malcom PJ, Shimasaki S, **Chang RJ**. Increased androgen response to follicle-stimulating hormone administration in women with polycystic ovary syndrome. J Clin Endocrinol Metab 93:1827-1833, 2008. PMC2386684

100. Lawson MA, Jain S, Sun S, Patel K, Malcolm PL, **Chang RJ**. Evidence for insulin suppression of baseline luteinizing hormone in women with polycystic ovarian syndrome and normal women. J Clin Endocrinol Metab 93:2089-2096, 2008. PMC2435648

101. Ciaraldi TP, Aroda V, Mudaliar S, **Chang RJ**, Henry RR. Polycystic ovary syndrome is associated with tissue-specific differences in insulin resistance. J Clin Endocrinol Metab 94:157-63, 2009. PMID: 18984667, PMCID: PMC2646515

102. Aroda V, Ciaraldi T, Burke P, Mudaliar S, Clopton P, Phillips S, **Chang RJ**, Henry RR. Metabolic and hormonal changes induced by pioglitazone in Polycystic Ovary Syndrome: A randomized, placebo-controlled clinical trial. J Clin Endocrinol Metab 94:469-76, 2009. PMID: 18984667, PMCID: PMC2646515

103. West ER, Zelinski MB, Kondapalli LA, Gracia C, **Chang J**, Coutifaris C, Critser J, Stouffer RL, Shea LD, Woodruff TK. Preserving female fertility following cancer treatment: Current options and future Possibilities. Pediatr Blood Cancer 53:289-95, 2009. PMID: 19301373, PMCID: PMC3081672

104. Meldrum DR, **Chang RJ**, de Ziegler D, Schoolcraft WB, Scott Jr., RT, Pellicer A. Adjuncts for ovarian stimulation - when do we adopt "orphan indications" for approved drugs? Fertil Steril 92:13-18, 2009. PMID: 19423104

105. **Chang RJ**. Obesity and the emergence of sleep-wake gonadotropin secretion in girls during early pubertal development. Editorial comment. J Clin Endocrinol Metab 94(4):1094-6, 2009. PMID: 19349476

106. Blank SK, McCartney CR, Chhabra S, Helm KD, Eagleson CA, **Chang RJ**, Marshall JC. Modulation of GnRH pulse generator sensitivity to progesterone inhibition in hyperandrogenic adolescent girls – Implications for regulation of pubertal maturation. J Clin Endocrinol Metab 94:2360-2366, 2009. PMID: 19351732, PMCID: PMC2708962

107. Rosencrantz MA, Wachs DS, Coffler MS, Malcom PJ, Donohue M, **Chang RJ**. Comparison of Inhibin B and Estradiol responses to intravenous follicle stimulating hormone in women with Polycystic Ovary Syndrome and normal women. Hum Reprod 25:198-203, 2010. PMC2794669, PMCID: PMC2794669

108. Park AS, Lawson MA, Oberfield SL, Hoeger KM, Witchel SF, **Chang RJ**. Serum anti-mullerian hormone concentrations are elevated in oligomenorrheic girls without evidence of hyperandrogenism. J Clin Endocrinol Metab. 95(4):1786-92, 2010. PMC2853993; PMCID: PMC2853993

109. Knudsen KL, Blank SK, Burt Solorzano C, Patrie JT, **Chang RJ**, Caprio S, Marshall JC, McCartney CR. Variable hyperandrogenemia in obese peripubertal girls: correlates and potential etiological determinants. Obesity (Silver Spring), 18: 2118-2124, 2010. PubMed Central reference number PMC2932780. PMCID: PMC2932780

110. Sharma S, Sharma PM, Mistry DS, **Chang RJ**, Olefsky JM, Mellon PL, Webster NJ. PPARG regulates gonadotropin-releasing hormone signaling in LbetaT2 cells in vitro and pituitary gonadotroph function in vivo in mice. Biol Reprod. 84:466-75, 2011. PMCID: PMC3043129

111. Rosencrantz MA, Coffler MS, Haggan A, Duke KB, Donohue MC, Shayya RF, Su HI, **Chang RJ**. Clinical Evidence for Predominance of Delta-5 Steroid Production in Women with Polycystic Ovary Syndrome J Clin Endocrinol Metab 96:1106-13, 2011. PMCID: PMC3070255

112. McGee WK, Bishop CV, Bahar A, Pohl CR, **Chang RJ**, Marshall JC, Pau FK, Stouffer RL, Cameron JL. Elevated androgens during puberty lead to increased neuronal drive to the reproductive axis: a possible component of polycystic ovary syndrome. Hum Reprod 27:531-540, 2012 PMCID: PMC3258033

113. Brown M, Park AS, Shayya RF, Wolfson T, HI Su, **Chang RJ**. Detailed morphometric analysis of the ovary in adolescent girls with polycystic ovary syndrome and age-matched controls. J Magn Reson Imaging. 38:689-93, 2013. PMID: 23292744; PMC3620938. PMCID: PMC3620938

114. Gracia CR, **Chang J**, Kondapalli L, Prewitt M, Carlson CA, Mattei P, Jeffers S, Ginsberg JP. Ovarian Tissue Cryopreservation for Fertility Preservation in Cancer Patients: Successful Establishment and Feasibility of a Multidisciplinary Collaboration J Assist Reprod Genet 29:495-502, 2012. PMID: 22466745. PMCID: PMC3370042

115. Meldrum DR, **Chang RJ**, Giudice LC, Balasch J, Barbieri RL. Role of decreased androgens in the ovarian response to stimulation in older women. Fertil Steril 99:5-11, 2013. PMID: 23122826.

116. Karastergiou K, Fried SK, Xie H, Lee M, Divoux A, Rosencrantz MA, **Chang RJ**, Smith SR. Distinct Developmental Signatures of Human Abdominal and Gluteal Subcutaneous Adipose Tissue Depots. J Clin Endocrinol Metab 98:362-71, 2013. PMID: 23150689; PMCID: PMC3537084

117. Waimey KE, Duncan F, Su HI, Smith K, Wallach H, Jona K, Coutifaris C, Gracia C, Shea L, Brannigan R, **Chang RJ**, Zelinski M, Stouffer R, Taylor R, Woodruff TK. Future Directions in Oncofertility and Fertility Preservation: A Report from the 2011 Oncofertility Consortium Conference. J Adolesc Young Adult Oncol 2:25-30, 2013; PMCID: PMC3604786

118. Song HW, Anderson RA, Bayne RA, Gromoll J, Shimasaki S, **Chang RJ**, Parast MM, Laurent LC, de Rooij DG, Wilkinson MF. The *RHOX* homeobox gene cluster is selectively expressed in human male germ cells and oocytes. Hum Reprod 28:1635-46, 2013 PMID: 23482336; PMCID: PMC3657123

119. Hoang YD, McTavish KJ, **Chang RJ**, Shimasaki S. Paracrine regulation of theca androgen production by granulosa cells in the ovary. Fertil Steril 100:561-567, 2013 PMID: 23706336; PMCID: PMC3732568

120. Shayya RF, Rosencrantz MA, Chuan SS, Cook-Anderson H, Roudebush WE, Haggan A, Shimasaki S, **Chang RJ**. Decreased Inhibin B Responses to Following hCG Administration in Normal Women and Women with Polycystic Ovary Syndrome. Fertil Steril 101:275-279, 2014 PMID: 24188875; PMCID: PMC3889658

121. Collins JS, Beller JP, Burt-Solorzano C, Patrie JT, Chang RJ, Marshall JC, McCartney CR. Blunted Day-Night Changes of Luteinizing Hormone Pulse Frequency in Girls with Obesity: the Potential Role of Hyperandrogenemia. J Clin Endocrinol Metab 99:2887-96, 2014. PMID:24780043; PMCID: PMC4121026

122. Su HI, Mass K, Sluss P, **Chang RJ**, Hall JE, Joffe H.. The impact of depot GnRH agonist on AMH levels in healthy reproductive-aged women. J Clin Endocrinol Metab. 98:E1961-6, 2013 PMID: 24081742; PMCID: PMC3849679

123. McGee WK, Bishop CV, Pohl CR, **Chang RJ**, Marshall JC, Pau FK, Stouffer RL, Cameron JL. Effects of hyperandrogenemia and increased adiposity on reproductive and metabolic parameters in young adult female monkeys: A possible component of polycystic ovary syndrome. Am J Physiol Endocrinol Metab 306: E1292-304, 2014. PMID: 24735887; PMCID: PMC4042098

124. Sopher AB, Grigoriev G, Laura D, Cameo T, Lerner JP, **Chang RJ,** McMahon DJ, Oberfield SE. Anti-Mullerian hormone may be a useful adjunct in the diagnosis of polycystic ovary syndrome in nonobese adolescents. J Pediatr Endocrinol Metab. 27:1175-9, 2014. . doi: 10.1515/jpem-2014-0128. PMID:25003376. PMCID: PMC4415850

125. Cook-Andersen H, Chuan SS, Maas K, Rosencrantz MA, Su HI, Lawson M, Mason HD, **Chang RJ**. Lack of serum anti-mullerian hormone responses following recombinant human chorionic gonadotropin stimulation in women with PCOS. J Clin Endocrinol Metab 100:251-257. 2015. PMID: 25303490 PMCID: PMC4283023

126. Maas KH, Chuan SS, Cook-Andersen H, Su HI, Duleba AJ, Shimasaki SS, **Chang RJ**. Relationship between 17-hydroxyprogesterone Responses to Human Chorionic Gonadotropin and Markers of Ovarian Follicle Morphology in Women with Polycystic Ovary Syndrome. J Clin Endocrinol Metab. 2015 100:293-300, 2015. PMID: 25313914 . PMCID: PMC4283019

127. Cook-Andersen H, Curnow KJ, **Chang RJ**, Shimasaki S. Growth and differentiation factor 9 promotes oocyte growth at the primary but not the early secondary stage in three-dimensional follicle culture. J Assisted Reprod Genetics J Assist Reprod Genet, 33:1067-77. 2016. PMID: 27155601: PMCID: PMC4974221.

128. Hou J, Maas KH, Cook-Andersen H, Burt-Solorzano CM, Kumar A, Shayya R, **Chang RJ**. Stimulated 17-OHP responses and basal serum AMH levels among adolescent women with polycystic ovary syndrome. J Ped Endocrinol Metab J Pediatr Endocrinol Metab. 29(7):835-40. 2016. PMID: 27166718; PMCID: PMC5424394

129. Maas KH, Chuan SS, Cook-Andersen H, Harrison E, Su HI, Duleba AJ, **Chang RJ**. Adrenal Androgen Responses to ACTH Infusion are Correlated with Ovarian Androgen Responses to hCG in Women with PCOS. Fertil Steril 106:1252-1257, 2016. PMID: 27473350; PMCID: PMC5048513

130. Castle M, Cleveland C, Gordon D, Jones L, Zelinski M, Winter P, **Chang J**, Senegar-Mitchell E, Coutifaris C, Shuda J, Mainigi M, Bartolomei M, Woodruff TK.

Reproductive Science for High School Students: A Shared Curriculum Model to Enhance Student Success. Biol Reprod, 95:1-4, 2016. PMID: 27335072; PMCID: PMC5029436

131. Homer M, Rosencrantz MA, Shayya R, **Chang RJ**. The effect of estradiol on granulosa cell responses to FSH in women with polycystic ovary syndrome. Reprod Biol Endocrinol 15:13-, 2017. PMID: 28187771; PMCID: PMC5303291

132. Yamada-Nomoto K, Yoshino O, Akiyama I, Iwase A, Nakamura T, Shima T, Ushijima A, Osuga Y, **Chang J**, Shimasaki S, Saito S. PAI-1 in granulosa cells is suppressed directly by statin and indirectly by suppressing TGF-β and TNF-α in mononuclear cells by insulin sensitizing drugs. Am J Reprod Immunol. 78:1-8, 2017. PMID: 28337819; PMCID: PMC5468471

133. Takahashi N, Harada M, Hirota Y, Nose E, Azhary JMK, Koike H, Kunitomi C, Yoshino O, Izumi G, Hirata T, Koga K, Wada-Hiraike O, **Chang RJ**, Shimasaki S, Fujii T, Osuga Y. Activation of Endoplasmic Reticulum Stress in 1 Granulosa Cells from Patients with Polycystic Ovary Syndrome Contributes to Ovarian Fibrosis. Sci Rep. 7:10824, 2017. PMID: 28883502; PMCID: PMC5589802

134. Divoux A, Xie H, Li J, Karastergiou K, Perera RJ, **Chang RJ**, Fried SK, Smith SR. MicroRNA-196 regulates HOX Genes Expression in Human Gluteal Adipose Tissue Obesity, 25:1375-1383, 2017. PMID: 28649807; PMCID: PMC5551414

135. Lee M, Yang R, Karastergiou K, Smith SR, **Chang RJ**, Fried SK,. Low expression of the glucocorticoid-induced leucine zipper may contribute to adipose inflammation and altered adipokine production in human obesity. J Lipid Res 57(7):1256-63, 2016 PMID: 27178044; PMCID: PMC4918854

136. Burt Solorzano CM, Helm KD, Patrie JT, Shayya RF, Cook-Andersen HL, **Chang RJ**, McCartney CR, Marshall JC. Increased Adrenal Androgen Production in Overweight Prepubertal Girls. J Endocr Soc, 1(5):538-552, 2017. PMID: 29264508; PMCID: PMC5686668

137. Ibáñez L, Oberfield SE, Witchel S, Auchus RJ, **Chang RJ**, Codner E, Dabadghao P, Darendeliler F, Elbarbary NS, Gambineri A, Garcia Rudaz C, Hoeger KM, López-Bermejo A, Ong K, Peña AS, Reinehr T, Santoro N, Tena-Sempere M, Tao R, Yildiz BO, Alkhayyat H, Deeb A, Joel D, Horikawa R, de Zegher F, Lee PA. An International Consortium Update: Pathophysiology, Diagnosis, and Treatment of Polycystic Ovarian Syndrome in Adolescence. Horm Res Paediatr 88(6):371-395, 2017. PMID: 29156452

138. Smith BM, Duncan FE, Ataman L, Smith K, Quinn GP, **Chang RJ**, Finlayson C, Orwig K, Valli-Pulaski H, Moravek MB, Zelinski MB, Irene Su H, Vitek W, Smith JF, Jeruss JS, Gracia C, Coutifaris C, Shah D, Nahata L, Gomez-Lobo V, Appiah LC, Brannigan RE, Gillis V, Gradishar W, Javed A, Rhoton-Vlasak AS, Kondapalli LA, Neuber E, Ginsberg JP, Muller CH, Hirshfeld-Cytron J, Kutteh WH, Lindheim SR, Cherven B, Meacham LR, Rao P, Torno L, Sender LS, Vadaparampil ST, Skiles JL, Schafer-Kalkhoff T, Frias OJ, Byrne J, Westphal LM, Schust DJ, Klosky JL, McCracken KA, Ting A, Khan Z, Granberg C, Lockart B, Scoccia B, Laronda MM, Mersereau JE, Marsh C, Pavone ME, Woodruff TK. The National Physicians Cooperative: transforming

fertility management in the cancer setting and beyond. Future Oncol 14(29)3059-3072, 2018. PMID: 30474429; PMCID: PMC6331694

139. Homer MV, Toloubeydokhti T, Lawson MA, Garzo G, Duleba AJ, **Chang RJ**. Individual 17-Hydroxyprogesterone Responses to hCG are not Correlated with Follicle Size in Polycystic Ovary Syndrome. J Endocrine Soc 3(4):687-698, 2019. PMID: 30918916; PMCID: PMC6411416

140. Fox CW, Zhang L, Sohni A, Doblado M, Wilkinson MF, **Chang RJ**, Duleba A. The Inflammatory Stimuli LPS and IL-1ß Trigger Increased Androgen Production, Proliferation, and Widespread Shifts in Gene Expression in Rat Theca-Interstitial Cells. Endocrinol 160(12):2946-2958, 2019. PMID: 31599939; PMCID:PMC6855291

141. Doblado M, Zhang L, Toloubeydokhti T, **Chang RJ**, Duleba AJ. Androgens Modulate Rat Granulosa Cell Steroidogenesis. Reprod Sci 27(4):1002-1007, 2020. PMID: 31916094; PMCID: PMC7539820

142. Banaszewska B, Siakowska M, Chudzicka-Strugala I, **Chang RJ**, Pawelczyk L, Zwozdziak B, Spaczynski R, Duleba AJ. Elevation of markers of endotoxemia in women with polycystic ovary syndrome. Hum Reprod 35(10):2303-2311, 2020. PMID: 32869098; PMCID:

143. Secchi C, Belli M, Harrison TNH, Swift JA, Ko C, Duleba AJ, Stupack D, **Chang RJ**, Shimasaki S. Effect of the Spatial-Temporal specific Theca Cell Cyp17 overexpression on the reproductive phenotype of the novel TC17 mouse. J Transl Med, 19:428-42. PMID: 34554452; PMCID: PMC8520195

144. Fox CW, Zhang L, Duleba A, **Chang RJ**, Moeller B, Garzo G. Ibuprofen Inhibits Key Genes Involved in Androgen Production in Theca-Interstitial Cells. Fertil Steril Science, 2021 Aug;2(3):230-236, PMID: 35199048; PMCID: PMC8862173

145. Harrison TH, **Chang RJ**. Diminished Ovarian Response to Follicle Stimulating Hormone in Women with Polycystic Ovary Syndrome Compared to Ovulatory Controls. Clin Endocrinol, 2022 Sept 97(3): 310-318, PMID: 35244287; PMCID: PMC93544287

146. Banaszewska B, Ozegowska K, Polska M, Pawelczyk L, **Chang RJ**, Duleba AJ. Ibuprofen Reduces Serum Testosterone Levels in Women with Polycystic Ovary Syndrome. J Endocrine Soc, 2022, 6, 1–5. PMID: 36168587; PMCID: PMC9508875

Books, Chapters and Monographs:

1. Jaffe RB, Keye Jr. WR, **Chang RJ**. Steroid modulation of gonadotropins in women. In J. D. Lallemond (Ed.), Proceedings of the Symposium of Endocrinology of the Ovary, Paris, October 6-8. 1976.

2. **Chang RJ**. Normal and abnormal prolactin metabolism. In H. L. Judd (Ed.), Clinical Obstetrics and Gynecology. Harper & Row. 1978, p. 125-137.

3. Jaffe RB, Keye Jr. WR, **Chang RJ,** Young JR. Hormone secretion during the normal

menstrual cycle. In J. A. Linfoot (Ed.), Recent Advances in the Diagnosis and Treatment of Pituitary Tumors 1979.

4. **Chang RJ**. Pituitary tumors, Chapter 25. In J. J. Sciarra (Ed.), Gynecology and Obstetrics: Reproductive Endocrinology, Infertility and Genetics, Vol. 5. Harper and Row, New York. 1981.

5. **Chang RJ,** Judd HL. The ovary after menopause. In R. J. Worley (Ed.), Clinical Obstetrics and Gynecology 4:181-191, 1981.

6. **Chang RJ**, Judd HL. Clinical management of galactorrhea. In C. D. Christian (Ed.), Controversies in Obstetrics and Gynecology. 1983.

7. **Chang RJ**. Hyperprolactinemia and menstrual dysfunction. In N. Y. Dawood (Ed.), Clinical Obstetrics and Gynecology, Vol. 26, Harper & Row. 1983, p. 736-748.

8. **Chang RJ**. Ovarian steroid secretion in polycystic ovarian disease. In L. Speroff and Chang RJ (Eds.), Seminars in Reproductive Endocrinology, Vol. 2. 1984, p. 244-250.

9. **Chang RJ**. Suppression of ovarian steroid secretion in polycystic ovarian disease by a long-acting GnRH agonist. In J. R. Givens (Ed.), The Hypothalamus in Health and Disease, Yearbook Medical Publishers. 1984, p. 215-227.

10. **Chang RJ**. Virilism and hirsutism. In J. G. Moore and N. F. Hacker (Eds.), Introduction to Obstetrics and Gynecology, W.B. Saunders Company, Philadelphia. 1986.

11. **Chang RJ**, ME Geffner. Associated non-ovarian problems of polycystic ovarian disease: Insulin resistance. Clinics in Obstetrics and Gynecology. 1983, p. 675-685.

12. Cedars M, **Chang RJ**. Functional ovarian causes of hyperandrogenism. In L. Speroff and H. Wiebe (Eds), Seminars in Reproductive Endocrinology. Thieme-Stratton, Inc., New York. 1985. , p. 143-153.

13. Geffner ME, **Chang RJ**: Does insulin action cause the polycystic ovary? Contemporary OB/GYN 27: 51-65. 1986.

14. Judd HL, Meldrum DR, **Chang RJ**, Lu KH, Laufer L, DeFazio J, Tsao Z, Monroe SE, Braunstein GD, Sladek J . Use of GnRH agonist in the treatment of gynecologic disease. In Proceedings of the International Symposium on LHRH and Its Analogues. 1984.

15. **Chang RJ**, de Ziegler, D. Polycystic ovary syndrome and related abnormalities. In B. Gondos and D. Riddick (Eds.), Pathology of Infertility. Thieme Medical Publishers, Inc. New York. 1987

16. Blackwell RB, **Chang RJ** (eds.). Prolactin-related disorders, Macmillan, Inc., Florham Park, NJ 1987.

17. **Chang RJ**. LHRH analogues in the polycystic ovary syndrome. In R.W. Shaw, J.C. Marshall (eds.) LHRH and its analogues: Their use in gynecological practice, Butterworth & Company, Ltd., London. 1989.

18. Cragun JR, **Chang RJ**. Polycystic ovarian disease. In C.W. Bardin (ed.), Current Therapy in Endocrinology and Metabolism-3, BC Decker, Philadelphia. 1988.

19. **Chang RJ**. Medical management of prolactinomas in pregnancy. In G. DeVane (ed) Prolactin Disorders. MacMillan Professional Journal, Florham Park, New Jersey. 1986.

20. Cragun JR, **Chang RJ**. Treatment of hyperprolactinemia: bromocriptine. In R.L. Barbieri and I. Schiff (eds.) Reproductive Endocrine Therapeutics, Alan R. Liss, Inc., New York. 1988.

21. Cragun JR, **Chang RJ**. Polycystic ovary syndrome. In E.J. Quilligan and FP Zuspan (eds.), Current Therapy in Obstetrics and Gynecology, W.B. Saunders, Philadelphia. 1988

22. Blackwell RB, **Chang RJ**, Cragun JR. Prolactin disorders in infertility. In M.M. Seibel (ed.), Infertility: A Comprehensive Text, Appleton Lange, Norwich. 1989.

23. **Chang RJ**. Hyperprolactinemia. In Rivlin ME, Morrison JC, Bates GW (eds.) Manual of Clinical Problems in Obstetrics and Gynecology. 1990.

24. **Chang RJ**. Pathophysiological Basis of PCO Continues to Elude Researchers. Compendium, First Scientific Session of International Society on Androgen Disorders, 1989.

25. **Chang RJ** (ed). Special series "Prolactin and Reproduction" In Contemporary OB/GYN. 1989

26. **Chang RJ**, Cragun JR. Bromocriptine for hyperprolactinemia patients. In B. Yee (ed.), Infertility and Reproductive Medicine Clinics of North America. 1990.

27. Cheung AP, **Chang RJ**. Polycystic ovary syndrome. In E. Adashi (ed.), Reproductive Endocrinology Update, Clinical Obstetrics and Gynecology, J.B. Lippincott Company, Philadelphia. 1990.

28. **Chang RJ**, MacKay HT. Low dose oral contraceptives. In Contemporary OB/GYN. Dec. 1990.

29. **Chang RJ**, Cragun JR. Surgical and medical treatment of polycystic ovary syndrome. In A. Dunaif, J. Givens, G. Merriam, F. Haseltine (eds.), Polycystic Ovary Syndrome, Current Issues in Endocrinology and Metabolism Series, Blackwell Scientific Publications, Inc., 1992.

30. **Chang RJ**. Physiology of the Menopause. In Comprehensive Management of Menopause. Springer-Verlag New York, Inc. 1993.

31. **Chang RJ**. The Downs and Ups of Gonadotropin-Releasing Hormone Analogs in Ovulation Induction. In MM. Seibel, RE. Blackwell (eds), Ovulation Induction. Raven Press Ltd., New York, 1994.

32. MacKay HT, **Chang RJ**. Dysmenorrhea. In RE Rakel (ed), Conn's Current Therapy. WB Saunders Company, Philadelphia, 1993

33. **Chang RJ**, Keye Jr, WR, Rebar RW, Soules MR (eds). In Infertility: Evaluation and Treatment. W.B. Saunders Company, New York, NY 1994.

34. Homburg R, Giudice LC, **Chang RJ**. Polycystic Ovary Syndrome. Hum Reprod. 11:465- 466, 1996

35. Barbieri R, **Chang RJ**, Lindsay R, Lobo RA. Osteoporosis: diagnosis, treatment, and monitoring. APGO Educational Series on Women's Health Issues. Washington DC, 1996.

36. Cheung AP, Lu JKH, **Chang RJ**. Hypothalamic-pituitary dynamics in polycystic ovary syndrome. In Polycystic Ovary Syndrome. Chang RJ (ed) Springer-Verlag, NY, NY, 1996.

37. **Chang RJ**. Gonadotropin releasing hormone agonists and hormone replacement therapy. In Rose BD (ed), UpToDate in Medicine, UpToDate, Wellesley, Mass, 1997

38. **Chang RJ**. Management of hyperandrogenism: GnRH agonist and hormone replacement therapy. In Filicori M, Flamigni C (eds), The Ovary: Regulation, Dysfunction and Treatment, Elsevier Science, Amsterdam, 1996.

39. **Chang RJ**, Katz SE. Diagnosis of polycystic ovary syndrome. In A Dunaif (ed), Endocrinology and Metabolism Clinics of North America. 2:397-408, 1999.

40. Amato P, **Chang RJ**. Polycystic ovary syndrome. In E.J. Quilligan and FP Zuspan (eds.), Current Therapy in Obstetrics and Gynecology, W.B. Saunders, Philadelphia. 2000

41. Katz SE, **Chang RJ**. Amenorrhea. In P Bouchard (ed),. Références En Gynécologie Obstétrique, 7:138-146, Springer Verlag, 2000.

42. Adamson D, **Chang RJ**, DeCherney AH, Fritz MA, Younger JB. A Model for Initial Care of the Infertile Couple. The Journal of Reproductive Medicine 46(4), 2001.

43. **Chang RJ**. Polycystic ovary syndrome: Diagnostic criteria. In Polycystic Ovary Syndrome: Basic Biology and Clinical Intervention (eds: Chang RJ, Dunaif A, Heindel J) Marcel Dekker, 2002

44. **Chang RJ**. Polycystic ovaries in 2001: Physiology and treatment. J Gynecol Obstet Biol Reprod (Journal de Gynecologie Obstetrique et Biologie de a reproduction), 31:1S15-1S19, 2002.

45. Revised 2003 consensus on diagnostic criteria and long-term health risks related to polycystic ovary syndrome. Rotterdam ESHRE/ASRM-Sponsored PCOS Consensus Workshop Group. Fertil Steril 81:19-25, 2004.

46. **Chang RJ**. Polycystic Ovary Syndrome. In Yen and Jaffe's Reproductive

Endocrinology: Physiology, Pathophysiology and Clinical Management (eds: Yen SSC, Jaffe RB, Barbieri R, Strauss J) 5th Edition, Philadelphia, Elsevier, 2004.

47. **Chang RJ.** A practical approach to the diagnosis of polycystic ovary syndrome. Am J Obstet Gynecol. 191:713-7, 2004.

48. **Chang RJ**. Use of GnRH agonists in the treatment of hyperandrogenism and hirsutism. In: UpToDate, Rose, BD (Ed), UpToDate, Waltham, MA, 2005

49. Archer J, **Chang RJ**: Hirsutism and acne in polycystic ovarian syndrome. In Polycystic Ovarian Syndrome – Challenges for the Clinician. Bailliere's Best Practice in Research and Clinical Obstetrics and Gynaecology (eds: Fraser IS, Kovacs GT) Elsevier, 18:737-754, 2004.

50. **Chang RJ,** Mehta RV. Hypothalamic-pituitary-gonadotropic Dysfunction in PCOS. In Androgen Excess Disorders In Women, (eds: Azziz R, Nestler JE, Dewailly D) 2nd Edition, Humana Press, 2006.

51. Wachs D, **Chang RJ**. Treatment of Infertility in PCOS: Ovulation Induction. In Insulin Resistance and PCOS: Pathogenesis, Evaluation and Treatment (eds: Diamanti-Kandarakis E, Nestler JE, Panidis D, Pasquali R) Humana Press, 2007.

52. Erickson GF, **Chang RJ**. Ovarian Anatomy and Physiology. In Treatment of the Postmenopausal Woman, 3rd edition, (ed: Lobo RA) Humana Press, 2007

53. **Chang RJ**, Coffler MS. Polycystic Ovary Syndrome: Early Detection in the Adolescent. In Polycystic Ovary Syndrome (ed: Guzick D) Clinical Obstetrics and Gynecology, 2006, pp. 178-186.

54. Backhus LE, Kondapalli LA, **Chang RJ**, Coutifaris C, Kazer R, Woodruff TK. Oncofertility consortium consensus statement: guidelines for ovarian tissue cryopreservation. Cancer Treat Res. 2007;138:235-9

55. Agarwal SK, **Chang RJ**. Fertility management for women with cancer. Cancer Treat Res 2007;138:15-27

56. Brown MA, **Chang RJ**. Polycystic ovary syndrome: clinical and imaging features. Ultrasound Q. 2007 23:233-8.

57. **Chang RJ.** The reproductive phenotype in polycystic ovary syndrome. Nat Clin Pract Endocrinol Metab. 2007 3:688-95

58. **Chang RJ**. Recommendations for the Early Recognition and Prevention of PCOS: In Polycystic Ovary Syndrome: Current Concepts and Controversies, From the Ovary to the Pancreas (eds: Dunaif A, Chang RJ, Franks S, Legro R) Humana Press, 2008

59. Consensus on infertility treatment related to polycystic ovary syndrome. The Thessaloniki ESHRE/ASRM-Sponsored PCOS Consensus Workshop Group. Fertil Steril 89:505-22, 2008.

60. Martin KA, **Chang RJ**, Ehrmann DA, Ibanez L, Lobo RL, Rosenfield RL, Shapiro J, Montori VM, Swiglo BA. Evaluation and Treatment of Hirsutism in Premenopausal Women; An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab 93:1105-1120, 2008.

61. **Chang RJ**. Polycystic Ovary Syndrome. In Yen and Jaffe's Reproductive Endocrinology: Physiology, Pathophysiology and Clinical Management (eds: Barbieri R, Strauss J) 6th Edition, Philadelphia, Elsevier, 2008.

62. **Chang RJ**, Kazer RR. Polycystic Ovary Syndrome. In Sciarra J (Ed) Global Library of Women's Medicine (ISSN: 1756-2228) 2009; DOI 10.3843/GLOWM.10301

63. **Chang RJ**. Obesity and the Emergence of Sleep-Wake Gonadotropin Secretion in Girls during Early Pubertal Development. (Editorial Comment) J Clin Endocrinol Metab 94:1094-1095, 2009.

64. **Chang RJ**, Erickson GF. Folliculogenesis, Ovulation, And Luteogenesis. In Jameson and DeGroot: <u>Endocrinology Vol II</u>, Sixth Edition, Chapter 125, (section ed: Marshall JC), 2010

65. Shayya R and **Chang RJ**. Reproductive Endocrinology of Adolescent Polycystic Ovary Syndrome. Brit J Obstet Gynecol 117:150-155, 2010.

66. Chuan SS and **Chang RJ**. Polycystic Ovary Syndrome and Acne. Skin Therapy Lett 15:1-4, 2010. PMID: 21076799

67. **Chang RJ**. Defining Risk in Women with Polycystic Ovary Syndrome - A Need for Constant Vigilance. (Editorial Comment) Obstet Gynecol Jan 2011.

68. Fauser BC, Tarlatzis BC, Rebar RW, Legro RS, Balen AH, Lobo R, Carmina H, Chang RJ, Yildiz BO, Laven JS, Boivin J, Petraglia F, Wijeyeratne CN, Norman RJ, Dunaif A, Franks S, Wild RA, Dumesic D, Barnhart K. **Consensus** on women's health aspects of polycystic ovary syndrome (**PCOS**). Amsterdam ESHRE/ASRM-Sponsored 3rd **PCOS Consensus** Workshop Group. Hum Reprod. 2012, 27:14-24. PMID: 22147920

69. Fauser BCJM, Tarlatzis BC, Rebar RW, Legro RS, Balen AH, Lobo R, Carmina E, **Chang J**, Yildiz BO, Laven JSE, Boivin J, Petraglia F, Wijeyeratne CN, Norman RJ, Dunaif A, Franks S, Wild RA, Dumesic D, Barnhart K. Consensus on women's health aspects of polycystic ovary syndrome. The Amsterdam ESHRE/ASRM-Sponsored PCOS Consensus Workshop Group. Fertil Steril 97:28-38, 2012

70. Su HI, Ray L, **Chang RJ**. Setting Up an Oncofertility Program. In Oncofertility Medical Practice: Clinical Issues and Implementation (eds: Gracia CR, Woodruff TK), Springer, 2012.

71. **Chang RJ,** Cook-Andersen H**.** Disordered Follicle Development. In Polycystic Ovary Syndrome. Mol Cell Endocrinol 373:51–60, 2013

72. Waimey KE, Duncan F, Su HI, Smith K, Wallach H, Jona K, Coutifaris C, Gracia C, Shea L, Brannigan R, **Chang RJ**, Zelinski M, Stouffer R, Taylor R, Woodruff TK, on

behalf of the Oncofertility Consortium. Consensus on Future Directions in Oncofertility and Fertility Preservation Research. J Adolesc Young Adult Oncol 2:25-30, 2013.

73. **Chang RJ**. Polycystic Ovary Syndrome. In Yen and Jaffe's Reproductive Endocrinology: Physiology, Pathophysiology and Clinical Management (eds: Barbieri R, Strauss J) 6th Edition, Philadelphia, Elsevier, 2013.

74. **Chang RJ**. Anti-Mullerian Hormone (AMH) and Measurement of Ovarian Reserve in Women with PCOS. Ovarian Reserve: Regulation and Implications for Women's Health (NICHD/ASRM Workshop). J Assisted Reprod Genetics, 30:285-292, 2013.

75. **Chang, R**, Kazer, R, Polycystic Ovary Syndrome. *Glob. libr. women's med*., *(ISSN: 1756-2228)* 2014; DOI 10.3843/GLOWM.10301

76. Conti M, **Chang RJ**. Folliculogenesis, Ovulation, And Luteogenesis. In Jameson and DeGroot: ENDOCRINOLOGY Vol II, Sixth Edition, Chapter 125, (section ed: Guidice LJ), 2014

77. **Chang RJ and Dumesic D**. Polycystic Ovary Syndrome. In Yen and Jaffe's Reproductive Endocrinology: Physiology, Pathophysiology and Clinical Management (eds: Barbieri R, Strauss J) 7th Edition, Philadelphia, Elsevier, 2017.

78. Ibáñez L, Oberfield SE, Witchel S, Auchus RJ, **Chang RJ**, Codner E, Dabadghao P, Darendeliler F, Elbarbary NS Gambineri A, Rudaz CG, Hoeger KM, López-Bermejo A, Ong K, Peña AS, Reinehr T, Santoro T, Tena-Sempere M, Tao R, Yildiz BO, Alkhayyat HM, Deeb A, Dipesalema J, Horikawa R, de Zegher F, Lee P. An International Consortium Update: Pathophysiology, Diagnosis, and Treatment of Polycystic Ovarian Syndrome (PCOS) in Adolescence. Horm Res Paediatr, 88:371-395, 2017.

79. Martin KA, Anderson RR, **Chang RJ**, Ehrmann DA, Lobo RL, Hassan M, Pugeat M, Rosenfield RL. Evaluation and Treatment of Hirsutism in Premenopausal Women; An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab 103:1-25, 2018.

80. **Chang RJ**. Polycystic ovary syndrome: Reproductive aspects. In Oxford Textbook of Endocrinology and Diabetes (eds: Wass JAH, Stewart PM, Amiel SA, Davies MJ) 3rd Edition, Oxford University Press, 2019.

81. Dumesic D, Dokras A, **Chang RJ**. Polycystic Ovary Syndrome. In Yen and Jaffe's Reproductive Endocrinology: Physiology, Pathophysiology and Clinical Management (eds: Barbieri R, Strauss J) 8th Edition, Philadelphia, Elsevier, 2022.

Abstracts

1. **Chang RJ**, Abraham GE, Buster JE, Marshall JR. Simultaneous comparison of 5 alpha-3 beta hydroxysteroid levels in the fetoplacental circulation of normal pregnancy in labor and not in labor. 22nd Meeting of the Society for Gynecologic Investigation. 1975.

2. Hobel CJ, **Chang RJ**, Okada DM. Plasma progesterone (P) and 17 beta-estradiol ($E_2$) levels and the ratio ($P/E_2$) in patients at risk for premature delivery. Annual Meeting of the Society for Gynecologic Investigation. 1975.

3. **Chang RJ**, Abraham GE. Serum concentrations of 16 alpha hydroxyprogesterone in maternal and fetal circulations. Annual Meeting of the Endocrine Society. 1975.

4. **Chang RJ**, Abraham GE. Effect of dexamathasone and clomiphene citrate on peripheral steroid levels and ovarian function in a hirsute amenorrheic patient. Annual Meeting of the Pacific Coast Fertility Society. 1975.

5. Cousins LM, **Chang RJ**, Hobel CJ, Marshall JR. Differences in serum progesterone (P) and estradiol ($E_2$) between normal pregnancies and those complicated by various types of premature labor. Annual Meeting of the Society for Gynecologic Investigation. 1976.

6. Siiteri PK, Ferbres F, **Chang RJ**, Clemens LE, Gondos B. Immunosuppressive properties of progesterone. Annual Meeting of the Endocrine Society. 1976.

7. Seron-Ferre M, Parer JT, Rose JC, **Chang RJ**, Foster DB, Jaffe RB. Regulation of the rhesus monkey fetal adrenal in utero. Annual Meeting of the Endocrine Society. 1976.

8. Clemens L E, Febres J, **Chang RJ**, Gondos B, Siiteri PK. Immunosuppressive properties of progesterone. International Congress of Endocrinology. 1976.

9. **Chang RJ**, Jaffe RB and Wilson CB. Clinical outcome of galactorrheic-amenorrhea associated with pituitary tumors treated by microsugery. District VIII Meeting of the American College of Obstetricians and Gynecologists. 1976.

10. **Chang RJ**, Jaffe RB. Pituitary function in galactorrhea and/or amenorrhea associated with pituitary tumors. Annual Meeting of the Pacific Coast Obstetrical and Gynecological Society (Recipient of the Frank W. Lynch Memorial Essayist's Award). 1976.

11. Buster JE, **Chang RJ**, Cousins LM, Abraham GE, Hobel CJ, Marshall JR. Interrelationships of maternal 17-OH progesterone (17P), 16-OH progesterone (16P), progesterone (P), estradiol ($E_2$), estriol ($E_3$) and dehydroepiandrosterone sulfate (D-S) levels in normal third trimester pregnancies. Annual Meeting of the Society for Gynecologic Investigation. 1977.

12. Keye Jr. WR, **Chang RJ**, Wilson CB, Jaffe RB. Prolactin secreting pituitary adenomas in women. II. Frequency, clinical aspects, diagnosis and microsurgical removal. District V Meeting of the American College of Obstetricians and Gynecologists (Recipient of the Purdue Frederick Award). 1977.

13. Meldrum DR, Shamonki I, **Chang RJ**, Lu KH, Judd HL. Fluctuations of hand

temperature as an objective of hot flashes. Annual Meeting of the Society for Gynecologic Investigation. 1978.

14. Keye Jr WR, **Chang RJ**, Monroe SE, Wilson CB, Jaffe RB. Prolactin secreting pituitary adenomas in women. IV: Menstrual function, pituitary reserves and prolactin production following microsurgical removal. Meeting of the Central Association of Obstetricians and Gynecologists (Prize Award Paper). 1978.

15. Kledzik GS, Lu KH, Wilson GA, **Chang RJ**, Tataryn IV, Judd HL. Patterns of estradiol and progesterone receptor activity in the anterior pituitaries of regular cycling young and old rats and old constant estrous rats. Annual Meeting of the Society for Gynecologic Investigation. 1979.

16. Lu KH, **Chang RJ**, Kledzik GS, Frumar AM, Judd HL. Patterns of gonadotropin, prolactin, and ovarian steroid levels in noncycling, constant estrous aging rats. Annual Meeting of the Society for Gynecologic Investigation. 1979.

17. **Chang RJ**, Carlson HE, Lu KH, Judd HL. Prolactin response to cimetidine in normal women and hyperprolactinemic pituitary tumor patients. Annual Meeting of the Society for Gynecologic Investigation. 1979.

18. Lu KH., **Chang RJ**, Kledzik GS. Daily patterns of ovarian and pituitary hormone secretion in old female rats just prior to the onset of estrous cycle irregularity and during chronic anovulation. Annual Meeting of the Endocrine Society. 1979.

19. Kledzik GS, Lu KH, Wilson GA, **Chang RJ**. Daily patterns of estradiol and progesterone receptor levels in the hypothalamus and/or anterior pituitary of regularly cycling old and young female rats. Annual Meeting of the Endocrine Society. 1979.

20. **Chang RJ**, Davidson BJ, Carlson HE, Judd HL. 24-hr pattern of prolactin secretion in postmenopausal women before and after estrogen therapy. Annual Meeting of the Society for Gynecologic Investigation. 1980.

21. **Chang RJ**, Mandel F, Lu KH, Judd HL. Modulative effect of estrone benzoate (E1B) on LH secretion in polycystic ovary disease (PCO). Annual Meeting of the Society for Gynecologic Investigation. 1980.

22. Davidson BJ, **Chang RJ**, Carlson HE, Lu KH, Judd HL. Hypothalamic-pituitary and gonadal function in an incomplete form of Laurence-Moon-Biedl syndrome (LMB). Annual Meeting of the Endocrine Society. 1980.

23. **Chang RJ**, Mandel FP, Wolfson AR, Lu KH, Judd HL. Circulating levels of ACTH in polycystic ovary syndrome (PCO). Annual Meeting of the Society for Gynecologic Investigation. 1981.

24. Mandel FP, **Chang RJ**, Dupont B, Pollack M, Levine LS, New MI, Lu KH, Judd HL. HLA genotyping in family members of patients with polycystic ovarian syndrome (PCO). Annual Meeting of the Society for Gynecologic Investigation. 1981.

25. **Chang RJ**, Laufer L, Meldrum DR, DeFazio J, Lu KH, Vale W, Rivier J, Judd HL. Sex

steroid secretion in polycystic ovarian disease (PCO) following ovarian suppression by a long-acting GnRH agonist. Annual Meeting of the Society for Gynecologic Investigation. 1982.

26. Gambone J, Meldrum DR, Laufer L, **Chang RJ**, Lu KH, Judd HL. Further delineation of hypothalamic dysfunction responsible for menopausal hot flashes (HF). Annual Meeting of the Society for Gynecologic Investigation. 1981.

27. Meldrum DR, **Chang RJ**, Lu KH, Vale W, Rivier J, Judd HL. "Medical oophorectomy" using a long-acting GnRH agonist - a new approach to the treatment of endometriosis (ENDO). Annual Meeting of the Society for Gynecologic Investigation. 1982.

28. Kaplan SA, Nakamura R, **Chang RJ**. Insulin resistance in nonobese patients with polycystic ovarian disease. Annual Meeting of the Endocrine Society. 1982.

29. **Chang RJ**, Laufer L, Meldrum DR, DeFazio J, Lu KH, Judd HL. Sex steroid secretion in polycystic ovarian disease (PCO) following ovarian suppression by a long-acting GnRH agonist. Annual Meeting of the Endocrine Society. 1982.

30. Match J, **Chang RJ**, Gambone J. Medical management of significant hyperprolactinemia with macroadenoma-a case report. District X Meeting, American College of Obstetricians and Gynecology, Portland, Oregon. 1982.

31. Gambone J, Meldrum DR, Laufer L, **Chang RJ**. Hypothalamic dysfunction and menopausal hot flashes. District X Meeting, American College of Obstetricians and Gynecology, Portland, Oregon. 1982.

32. Chetkowski R, DeFazio J, Judd HL, **Chang RJ**. Incidence of late-onset congenital adrenal hyperplasia due to 21-hydroxylase deficiency (CAH) among hirsute women (HW). Annual Meeting of the Society for Gynecologic Investigation. 1983.

33. Chetkowski R, DeFazio J, Meldrum DR, Judd HL, **Chang RJ**. 17-hydroxyprogesterone (17OHP): Evidence for ovarian origin in patients with polycystic ovary disease (PCO). Annual Meeting of the Society for Gynecologic Investigation. 1983.

34. DeFazio J, Meldrum DR, Chetkowski R, Lu KH, Vale W, Rivier J, Judd HL, **Chang RJ**. Acute ovarian response to D-Trp$^{6}$-Pro$^{9}$-Net-LHRH (GnRH) in polycystic ovarian disease (PCO) and ovulatory women (OW). Annual Meeting of the Society for Gynecologic Investigation. 1983.

35. **Chang RJ**, Nakamura R, Judd HL, Kaplan S. Insulin resistance in nonobese patients with polycystic ovarian disease (PCO). Annual Meeting of the Society for Gynecologic Investigation. 1983.

36. Chetkowski RJ, DeFazio J, Shamonki I, Judd HL, **Chang RJ**. The incidence and detection of congenital adrenal hyperplasia due to 21-hydroxylase deficiency among hirsute women. District VII and IX Meeting, American College of Obstetricians and Gynecologists. 1983.

37. deZiegler D, Steingold KA, Andrews LA, **Chang RJ**. Lack of positive feedback by

progesterone on gonadotropin secretion in polycystic ovarian disease (PCO). Annual Meeting of the Society for Gynecologic Investigation. 1984.

38. **Chang RJ**, Geffner M, Golde D, Bersch N, Bergman R, Kaplan S. Characterization of insulin resistance in polycystic ovarian disease (PCO). Annual Meeting of the Society for Gynecologic Investigation. 1984.

39. Meldrum DR, Tsao Z, Monroe SE, Braunstein G, Sladek J, Lu KH, Judd HL, **Chang RJ**. Stimulation of LH with reduced bioactivity following GnRH agonist (GnRH-a) administration in women. Annual Meeting of the Society for Gynecologic Investigation. 1984.

40. Chetkowski RJ, Nieberg R, Judd HL, **Chang RJ**. Autonomous secretion of cortisol by lipoid cell tumor of the ovary. American Fertility Society Annual Meeting. 1984.

41. **Chang RJ**, Geffner M, Golde D, Bersch N, Bergman R, Kaplan S. Characterization of insulin resistance in polycystic ovarian disease (PCO). International Congress of Endocrinology. 1984.

42. Judd HL, Meldrum DR, **Chang RJ**, Lu KH. Use of GnRH agonist in treatment of gynecologic disease. International Congress of Endocrinology. 1984.

43. Steingold KA, Lobo RA, Andrews L, Lu KH, **Chang RJ**. The effect of bromocriptine on gonadotropin secretion in polycystic ovary disease. Annual Meeting of the Pacific Coast Fertility Society. 1984.

44. de Ziegler, D., **Chang RJ**, D. R. Meldrum, Reitz R, Judd HL. 3 alpha, 17 beta androstanediol glucuronide (AG) in androgenized women. Annual Meeting of the Society for Gynecologic Investigation. 1984.

45. Steingold K, Meldrum DR, Randle D, Lu JKH, Judd HL, **Chang RJ**. Clinical and hormonal responses to long-acting GnRH agonist (GnRH-a) therapy in polycystic ovarian disease (PCO). Annual Meeting of the American Fertility Society. 1985.

46. de Ziegler DK, Steingold K, Lu KH, Judd HL, **Chang RJ**. Recovery pattern of gonadotropin secretion and ovarian steroidogenesis in PCO patients after discontinuation of prolonged ovarian suppression by a GnRH agonist (GnRHa). Annual Meeting of the American Fertility Society. 1986.

47. de Ziegler D, Steingold K, Cedars M, Lu KH, Judd HL, **Chang RJ**. Recovery of hormone secretion following chronic gonadotropin-releasing hormone agonist treatment in polycystic ovarian disease. National Institute of Health, Contraceptive Development Branch Workshop on LHRH Analogs, Bethesda, Maryland. 1986.

48. Surrey E, de Ziegler D, Meldrum D, **Chang RJ**, Judd HL. Effect of ovarian suppression with GnRH agonist (GnRHa) on pulsatile GnRH-induced ovulation in polycystic ovarian disease (PCO). Annual Scientific Meeting of the Society for Gynecologic Investigation. Atlanta, Georgia. 1987.

49. Wiley LM, Obasaju MF, Overstreet JW, Cross NL, Hanson FW, **Chang RJ**. Detection

anti-sperm antibodies: their localization to human sperm antigens that are transferred to the surface of zona free hamster oocytes during the sperm penetration assay. 34th Annual Meeting of the Society for Gynecologic Investigation. Atlanta, Georgia. 1987.

50. Katz DF, Overstreet JW, Hanson FW, **Chang RJ**. External pressure gradients increase cervical mucus permeability to sperm. 34th Annual Scientific Meeting of the Society for Gynecologic Investigation, Atlanta, Georgia. 1987.

51. Katz DF, Happ R, Yudin A, Overstreet JW, Hanson F, **Chang RJ**. Effects of cervical mucus shearing on the biomechanics of sperm penetration. Annual Meeting of the Society of Andrology. 1987.

52. Hellstrom WJG, Overstreet JW, Moore SM, Samuels SJ, **Chang RJ**, Lewis EL. Antisperm antibodies bind with different patterns to sperm of different men. Annual Meeting of the American Urological Association. Anaheim, CA. 1987.

53. Cragun JR, Growdon WA, Moore JG, **Chang RJ**. Novel surgical correction of congenital cervical atresia. Annual Meeting of the Pacific Coast Fertility Society. 1987.

54. Hellstrom WJG, Andrew JB, Katz DF, Overstreet JW, Samuels SJ, **Chang RJ**, Lewis EL. Does human sperm movement improve following varicocele repair? Annual Meeting of the American Fertility Society. 1987.

55. Behboodi E, Lasley BL, Katz DF, Overstreet JW, **Chang RJ**, Hendricks AG. The correlation of sperm survival in cervical mucus with conception rate in the cynomolgus macaque. Annual Meeting of the American Fertility Society. 1987.

56. Morales P, Katz DF, Overstreet JW, **Chang RJ**. Changes in human sperm flagellae and swimming motion during capacitation and their relation to individual sperm morphology. Annual Meeting of the American Fertility Society. 1987.

57. Anderson R, Cragun J, **Chang RJ**, Stanczyk F. Pattern of hormonal responses to human urinary FSH (hFSH) and human menopausal gonadotropin (HMG) in PCO and normal women. Annual Meeting of the Endocrine Society. 1988.

58. Cragun JR, Ory SJ, Erickson L, Vanderbilt AS, Lasley BL, **Chang RJ**. Utility of rapid urinary estrogen measurement by immunofluorometry during ovulation induction. Annual Meeting of the Society Gynecologic Investigation, Baltimore, Maryland. 1988.

59. Anderson R, Cragun JR, **Chang RJ**, Basin S, Stanczyk F, Vijod M, Lobo RA. Pharmacodynamics of human urinary FSH (h FSH) and human menopausal gonadotropin (HMG) in polycystic ovary syndrome and normal women. Annual Meeting of the Society of Gynecologic Investigation. 1988.

60. Overstreet JW, Hanson FW, Brazil C, Obasaju MF, Wiley LM, **Chang RJ**. Anti-sperm antibodies in women receiving intrauterine insemination. Annual Meeting of the Society Gynecologic Investigation. 1988.

61. Katz DF, Yudin AI, Drobnis EZ, Hanson FW, Cragun JR, **Chang RJ**. Human sperm penetration of cervical mucus and the hamster cumulus in relation to capacitation.

Annual Meeting of the Society Gynecologic Investigation. 1988.

62. Monfort SL, Hess DL, Hendricks AG, Lasley BL, **Chang RJ**. Absence of regular pulsatile gonadotropin secretion during implantation in the Rhesus Macaque. Annual Meeting of the Society Gynecologic Investigation. 1988.

63. Cedars M, de Ziegler D, Steingold D, Lu JHK, **Chang RJ**, Judd HL. Assessment of the role of abnormal adrenal androgen metabolism in the development of ovarian dysfunction present in polycystic ovarian disease. Annual Meeting of the Society Gynecologic Investigation. 1988.

64. Cragun JR, Addiego LA, Jankovsky LW, Boyers SP, **Chang RJ**. The utility of rapid daily urinary estrone measurement by immunofluorometry in normally cycling women. Annual Meeting of the Society Gynecologic Investigation, San Diego, CA. 1989.

65. Munro CJ, Addiego LA, Shahnazarian LS, Cragun JR, Overstreet JW, **Chang RJ**, Lasley BL. A comparison of urinary estrone conjugates and pregnanediol-3-glucuronide to serum estradiol and progesterone concentrations during the human menstrual cycle. Annual Meeting of the Society Gynecologic Investigation. 1989.

66. Cedars MI, deZiegler D, Steingold KA, Meldrum DR, **Chang RJ**, Judd HL. Adrenal steroid metbolism in the presence and absence of ovarian function in polycystic ovarian disease (PCO). Annual Meeting of the Society Gynecologic Investigation. 1990.

67. Cragun JR, Wisner LW, Boyers SP, **Chang RJ**. The effect of ultra-low dose gonadotropin releasing hormone agonist (GnRH Ag) on bone density in women with symptomatic endometriosis. Annual Meeting of the Society Gynecologic Investigation. 1990.

68. Cragun JR, Lasley BL, Addiego LA, **Chang RJ**. Ovarian function and bone metabolism in rhesus monkeys treated with low dose gonadotropin releasing hormone agonist (GnRH Ag). Annual Meeting of the Society Gynecologic Investigation. 1990.

69. Cheung AP, Erickson GF, Garzo G, Cragun JR, **Chang RJ**. Comparison of aromatase activity in granulosa cells of polycystic ovaries and a size-matched dominant follicle. Annual Meeting of the Society Gynecologic Investigation. 1991.

70. Cheung AP, **Chang RJ**. Quantitative analysis of gonadotropin response to GnRH agonist in patients with polycystic ovary syndrome (PCO) and normal women. Annual Meeting of the American Fertility Society. 1991.

71. Cheung AP, Magoffin DA, Erickson GF, **Chang RJ**. The effects of insulin-like growth factor I (IGF-I) and FSH in progesterone production by granulosa cells of polycystic ovaries (PCO). Annual Meeting of the American Fertility Society. 1992.

72. Boyers SP, Stewart DR, Douglas GC, King BF, Cragun JR, Oi R, **Chang RJ**. Immunocytochemical localization of relaxin and prorelaxin in endometrial biopsies from normal and out-of-phase cycles. Society for Gynecologic Investigation. 1992.

73. Cheung AP, Laughlin LS, Schaffer K, Lu JK, **Chang RJ**. Characterization of pulsatile

gonadotropin secretion after discontinuing chronic GnRH agonist treatment in women with polycystic ovary syndrome (PCOS). Annual Meeting of the Society for Gynecologic Investigation. 1993.

74. Haghi M, Gottschalk M, Katz SE, **Chang RJ**, Jones KL. An unusual presentation for pure gonadal dysgenesis in a 16 year old phenotypic female. Annual Carmel Research Meeting, 1999.

75. Coffler MS, Teixeira Filho FL, Malcom PJ, **Chang RJ**. Ovarian responsiveness to recombinant human FSH in normal women and women with PCOS. Annual Meeting of the Society for Gynecologic Investigation, Chicago, Illinois, 2000.

76. Coffler MS, Patel KS, **Chang RJ**. Hyperinsulinemia and ovarian response to FSH stimulation in PCOS. International Congress on Reproductive Medicine, Obstetrics & Gynecology: Challenges in the 3rd Millenium, Tel-Aviv, Israel, 2000.

77. Coffler MS, Patel KS, Dahan MH, Malcom PJ, **Chang RJ**. Hyperinsulinemia and ovarian response to FSH stimulation in PCOS. Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, 2001.

78. Ciaraldi TP, Coffler MS, Erickson GF, Soules MR, Henry RR, **Chang RJ**. Intracellular insulin and IGF-I signaling in the polycystic ovary. Annual Meeting of the Endocrine Society, Denver, Colorado, 2001.

79. Ciaraldi TP, Chu N, Carter L, Coffler M, **Chang, RJ**, Henry, RR. Tissue specificity of insulin resistance in polycystic ovary syndrome. Interagency Research Symposium on Health Issues of Military and Veteran Women, 2001.

80. Coffler MS, Patel PS, Dahan MH, Malcom PJ and **Chang RJ**. Ovarian Response to FSH Stimulation in PCOS Following Pioglitazone Administration. Annual Meeting of the American Society for Reproductive Medicine, Orlando, Florida, 2001.

81. Wasserman LM, Flatt S, Matusalem M, **Chang RJ**, Gilpin E, Rock C, Pierce J. Genetic correlates of obesity in breast cancer: the role of the CYP17, progesterone receptor and AIB-1 polymorphisms. Annual Meeting of the Amerian Association for Cancer Research, San Francisco, CA, 2002.

82. Patel KS, Coffler MS, Dahan MH , Malcom PJ, **Chang RJ**. Pituitary sensitivity to GnRH in polycystic ovary syndrome (PCOS): Dose-response comparison in PCOS and normal women. Annual Meeting of the Society for Gynecological Investigation, Los Angeles, CA, 2002.

83. Coffler MS, Patel KS, Dahan MH, Yoo RY, Kawashima T, **Chang RJ**. Progesterone Responsiveness to FSH Stimulation in Normal Women and Women with PCOS. Annual Meeting of the Society for Gynecological Investigation, Los Angeles, CA, 2002.

84. Dahan MH, Abu II, Patel KS, Coffler MS, Yoo RY, Nguyen S, Krikorian R, **Chang RJ**. An Assessment of Polycystic Ovary Syndrome (PCOS) Patients' Perceptions of Medical Experiences. Annual Meeting of the Society for Gynecological Investigation, Los Angeles, CA, 2002.

85. Dahan MH, Abu II, Patel KS, Coffler MS, Yoo RY, Nguyen S, Krikorian R, **Chang RJ**. Questionnaire on Obesity Related Medical Experiences for Polycystic Ovary Syndrome (PCOS) Patients. Annual Meeting of the Society for Gynecological Investigation, Los Angeles, CA, 2002.

86. Ciaraldi TP, Chu NV, Aroda V, Bandukwala R, Chandran M, Coffler MS, **Chang RJ**, Mudaliar S, Henry RR. Insulin resistance in the polycystic ovary syndrome involves defects in skeletal muscle glucose uptake and insulin action. Annual Meeting of the American Diabetes Association, San Francisco, 2002.

87. Plodkowski R, Aroda V, Chu N, Sathyaprakash R, Coffler MS, **Chang RJ**, Mudaliar S, Henry RR, Ciaraldi. In vitro insulin resistance in the polycystic ovary syndrome involves tissue specific alterations in insulin signaling. Annual Meeting of the American Diabetes Association, San Francisco, 2002.

88. Yeh P, Amato P, Deak P, **Chang RJ**, Moore TR. Development of a preclinical reproductive medicine elective and its impact on medical student knowledge of women's health issues. Annual Meeting of the Association of Professor of Gynecology and Obstetrics, Dallas, 2002.

89. Dahan MH, Nguyen SL, Abu II, Patel KS, Yoo RY, Coffler MS, Krikorian R, **Chang RJ**. Rates of associated medical conditions in relatives of patients with polycystic ovary syndrome (PCOS). 11th World Congress of Human Reproduction, Montreal, 2002.

90. Dahan MH, Patel K, Yoo R, Stratford R, Coffler M, Malcom P, **Chang RJ**. Sex hormone binding globulin (SHBG) levels in polycystic ovary syndrome (PCOS) patients on metformin (MET). 11th World Congress on Human Reproduction, Montreal, 2002.

91. Dahan MH, Nguyen SL, Abu II, Patel KS, Yoo RY, Coffler MS, Krikorian R, **Chang RJ**. Social implications of polycystic ovary syndrome (PCOS). Annual Meeting of the Endocrine Society, San Francisco, 2002.

92. Dahan MH, Patel KS, Yoo RY, Coffler MS, Malcom P, **Chang RJ**. Comparison of 17-hydroxyprogesterone (17P) responses to GnRH agonist (GnRH Ag) in PCOS treated with metformin (MET). Annual Meeting of the Endocrine Society, San Francisco, 2002.

93. Dahan MH, Nguyen SL, Abu II, Patel KS, Yoo RY, **Chang RJ**. Rates of polycystic ovary syndrome (PCOS) symptoms in relatives of patient with PCOS. Annual Meeting of the American Society for Reproductive Medicine, Seattle, 2002.

94. Nguyen SL, Dahan MH, Abu II, Yoo RY, Patel KS, Coffler MS, Krikorian R, **Chang RJ**. Pubertal presentation of polycystic ovary syndrome (PCOS). Annual Meeting of the American Society for Reproductive Medicine, Seattle, 2002.

95. Dahan MH, Patel KS, Yoo RY, Stratford RR, Malcom PJ, **Chang RJ**. Affect of a six months treatment regimen of metformin (MET) on 17-hydrozyprogesterone (17P) responses to GnRH agonist (GnRH Ag) in polycystic ovary syndrome. Annual Meeting of the American Society for Reproductive Medicine, Seattle, 2002.

96. Dahan MH, Nguyen SL, Abu II, Yoo RR, Patel KS, **Chang RJ**. An evaluation if the chronology and frequency of the symptomatology during polycystic ovary syndrome (PCOS) patient's initial clinical presentation. Annual Meeting of the American Society for Reproductive Medicine, Seattle, 2002.

97. Chandran M, Sathyaprakash R, **Chang RJ**. Oral contraceptive pill induced porphyria cutanea tarda (PCT). Annual Meeting of the American Association of Clinical Endocrinologists, San Diego, 2002.

98. Dahan MH, Yoo RY, Patel KS, Stratford RR, Malcom PJ, **Chang RJ**. Endocrine response to increasing metformin (MET) dose in unresponsive polycystic ovary syndrome (PCOS) patients. Annual Meeting of the Society for Gynecological Investigation, Washington, D.C., 2003

99. Dahan MH, Yoo RY, Coffler M, Patel KS, Malcom PJ, **Chang RJ**. A comparison of endocrine responses to metformin (MET) in polycystic ovary syndrome (PCOS). Annual Meeting of the Society for Gynecological Investigation, Washington, D.C., 2003

100. Patel KS, Coffler MS, Dahan MH, Yoo RY, , Malcom PJ, **Chang RJ**. Suppression of increased pituitary LH secretion in polycystic ovary syndrome (PCOS) by hyperinsulinemia. Annual Meeting of the Society for Gynecological Investigation, Washington, D.C., 2003

101. Chhabra S, Bellows AB, Prendergast KA, **Chang J,** Yoo R, Marshall JC. The Hypothalamic GnRH pulse generator in normal and hyperandrogenemic girls: Evidence for reduced sensitivity to progesterone inhibition in hyperandrogenemic adolescents. Annual Meeting of the Endocrine Society, Philadelphia, 2003.

102. Ciaraldi TP, Aroda V, Chang A, Chandran M, Baxi S, Mudaliar SR, **Chang J**, Henry RR. Skeletal muscle in the polycystic ovary syndrome has an increased sensitivity to the negative effects of free fatty acids. Annual Meeting of the American Diabetes Association, 2003.

103. Aroda VR, Ciaraldi TP, Burke PM, Chandran M, Sathyaprakash R, **Chang RJ**, Dahan MH, Baxi SC, Mudaliar SR, Henry RR. Ghrelin secretion is abnormal in polycystic ovary syndrome. Annual Meeting of the Endocrine Society, 2003.

104. Aroda VR, Ciaraldi TP, Burke PM, Juliano J, **Chang RJ**, Dahan MH, Chang AR, Mudaliar SR, Baxi SC, Henry RR. Nontraditional cardiovascular risk factors are normal in dyslipidemic women with polycystic ovary syndrome. Annual Meeting of the Endocrine Society, 2003.

105. Klein KO, Janfaza M, Wong J, **Chang RJ**. Estrogen Bio-activity in Fo-Ti and Other Herbs used for their Estrogen-like Effects as Determined by a Recombinant Cell Bioassay Assay. Annual Meeting of the Endocrine Society, 2003.

106. Dahan MH, Yoo R, Boynton A, Patel K, Coffler M, Malcom P, **Chang RJ**. Comparison of Theca Cell Stimulation Testing with GnRH Agonist (GnRH Ag) and Human Chorionic Gonadotropin (hCG) in Polycystic Ovary Syndrome (PCOS) and Control Patients. Annual Meeting of the Endocrine Society, 2003.

107. Culwell K, Yoo RY, Adams J, **Chang RJ**. Questionnaire on Self-Perception and Behavior of Adolescent Girls with Polycystic Ovary Syndrome (PCOS). Annual Meeting of the American Society for Reproductive Medicine, San Antonio, 2003.

108. Dahan MH, Yoo RY, Boynton A, Malcom PJ, **Chang RJ**. Progesterone (P4) Production in Response to GnRH Agonist (GnRH Ag) and Human Chorionic Gonadotropin (hCG) in Women with PCOS. Annual Meeting of the American Society for Reproductive Medicine, San Antonio, 2003.

109. Dahan MH, Yoo RY, Boynton A, Patel KS, Coffler MS, Malcom PJ, **Chang RJ**. Increased 17-Hydroxyprogesterone (17P) Responsiveness to Gonadotropin Stimulation in Hyperthecosis (HT) Compared to Polycystic Ovary Syndrome (PCOS). Annual Meeting of the American Society for Reproductive Medicine, San Antonio, 2003.

110. Krikorian R, Elkind-Hirsch K, **Chang RJ**. Oral Contraceptive Treatment in Polycystic Ovarian Syndrome Improves Mental Health. Annual Meeting of the American Society for Reproductive Medicine, San Antonio, 2003.

111. Yoo R, Basu R, **Chang RJ**. Gonadotropin Secretion in Obese Adolescent Girls with Polycystic Ovary Syndrome (PCOS) and Obese Non-hirsute Girls with Oligomenorrhea. Annual Meeting of the Endocrine Society, New Orleans, 2004.

112. Chhabra S, McCartney C, Chopra C, Yoo R, **Chang J,** Marshall J. Elevated testosterone impairs progesterone inhibition of the hypothalamic GnRH pulse generator: Evidence for reduced effects of hyperandrogenemia in adolescent girls of Hispanic decent. Annual Meeting of the Endocrine Society, New Orleans, 2004.

113. Krikorian R, Elkind-Hirsch K, **Chang RJ**. Oral contraceptive therapy improves mental function in polycystic ovary syndrome. Annual Meeting of the Endocrine Society, 2004, New Orleans, 2004.

114. Maciel G, **Chang RJ**, Erickson GF. Evidence for stockpiling of classic primary preantral follicles in PCSO ovaries. Annual Meeting of the Endocrine Society, New Orleans, 2004.

115. Falquier S, Ciaraldi TP, Aroda V, Bandukwala R, Greenberg A, Chang J, Mudaliar SR, Henry RR. Aspects of adipocytes triglyceride storage and mobilization in the polycystic ovary syndrome. Annual Meeting of the American Diabetes Association, 2004.

116. Chang A, Aroda V, Ciaraldi TP, Phillips SA, Wilson J, Burke P, Dahan M, **Chang J**, Mudaliar SR, Henry RR. Multimerization of tissue and circulating adiponectin in the polycystic ovary syndrome. Annual Meeting of the American Diabetes Association, 2004.

117. Woods G, Ciaraldi TP, Aroda V, Chang A, Chavez B, **Chang J**, Greenberg A, Mudaliar SR, Henry RR. Effects of extracellular free fatty acid levels on skeletal muscle free fatty acid storage and metabolism. Annual Meeting of the American Diabetes Association, 2004.

118. Aroda V, Burke P, Ciaraldi TP, Dahan M, Chang A, Mudaliar SR, **Chang RJ**, Henry RR.

Circulating adiponectin levels and insulin sensitivity in the polycystic ovary syndrome (PCOS): Regulation by pioglitazone therapy. Annual Meeting of the American Diabetes Association, 2004.

119. Archer JS, Love-Geffen TE, Herbst-Damm K, **Chang RJ**. Effect of age and hormonal status on response to visual sexual stimulation in premenopausal versus surgically agonadal women. Annual Meeting of the North American Menopause Society, 2004.

120. Mehta RV, Patel KS, Coffler MS, Dahan MS, Yoo RY, Archer JS, Malcom PJ, **Chang RJ**. Luteinizing Hormone Secretion is not Influenced by Insulin Infusion in Women with Polycystic Ovary Syndrome Despite Improved Insulin Sensitivity During Pioglitazone Treatment. Annual Meeting of the Society for Reproductive Medicine, 2004, Philadelphia.

121. Yoo RY, Sirlin CB, **Chang RJ**. Ovarian imaging by magnetic resonance in obese adolescent females with polycystic ovary syndrome. Annual Meeting of the Society for Reproductive Medicine, 2004, Philadelphia.

122. Archer JS, Malcom P, **Chang RJ**. Pharmacodynamics of testosterone gel in bilaterally oophorectomized women. Annual Meeting of the Society for Reproductive Medicine, 2004, Philadelphia.

123. Chhabra S, McCartney CR, Yoo RY, Eagleson CA, **Chang RJ**, Marshall JC. Hispanic adolescents with hyperandrogenism: Testosterone does not impair progesterone action on the hypothalamic GnRH pulse generator in girls of Hispanic descent. Specialized Cooperative Centers Program in Reproductive Research Meeting, April, 2005, Chicago.

124. Wachs D, Coffler MS, **Chang RJ**. Inhibin B Responses to FSH in Women with PCO and Normal Women: A Potential Marker of Granulosa Cell Function. Annual Meeting of the Endocrine Society, San Diego, 2005.

125. Mehta R, Malcom P, **Chang RJ**. Granulosa Cell Responses to Recombinant Human FSH are Minimally Altered by Androgen Blockade in Women with Polycystic Ovary Syndrome. Annual Meeting of the Endocrine Society, San Diego, 2005.

126. McCartney CR, Chhabra S, Prendergast KA, Yoo RY, Huerta M, Foster CM, **Chang RJ**, Marshall JC. Hyperandrogenemia in obese peripubertal girls: evidence that hyperinsulinemia contributes to marked hyperandrogenemia early in puberty. Annual Meeting of the Endocrine Society, San Diego, 2005

127. Archer JS, Coffler M, Yu J, Wachs D, Yoo R, **Chang R**. Effect of Estrogen and Progesterone on Free Fatty Acid-Induced Insulin Resistance in Postmenopausal Women. Annual Meeting of the American Society for Reproductive Medicine, Montreal, 2005

128. Archer JS, Love-Geffen TE, Herbst-Damm K, **Chang RJ**. The Effect of Estradiol Versus Estradiol and Testosterone on Brain Activation Patterns in Postmenopausal Women. Annual Meeting of the North American Menopause Association, San Diego, 2005.

129. Blank SK, Chhabra S, McCartney CR, Yoo RY, Eagleson CA, **Chang RJ**, Marshall JC.

Reduced Sensitivity of the Hypothalamic GnRH Pulse Generator during Pubertal Maturation in Adolescent Girls with and without Hyperandrogenemia. Annual Meeting of the Endocrine Society, Boston, 2006

130. McCartney CR, Blank SK, Chhabra S, Prendergast KA, Yoo RY, Caprio S, Foster CM, **Chang RJ**, Marshall JC. Hyperandrogenemia in Prepubertal and Early Pubertal Obese Girls. Annual Meeting of the Endocrine Society, Boston, 2006

131. Cole BA, Hensinger K, Maciel G, **Chang RJ**, Erickson GF. Human Fetal Ovary Involves the Spatiotemporal Expression of P450c17 Protein. Annual Meeting of the Endocrine Society, Boston, 2006

132. Coffler MS, Wachs DS, Park AS, Patel KS, Dahan MH, Yoo RY, Malcom PJ, **Chang RJ**. Serum anti-mullerian hormone (AMH) levels are not influenced by insulin infusion in women with PCOS. Annual Meeting of the Society for Gynecological Investigation, Reno, 2007

133. Wachs DS, Coffle MS, Reyes R, Malcom PJ, **Chang, RJ**. Enhanced Androgen Responses to FSH Stimulation in Women with Polycystic Ovary Syndrome Compared to Normal Women. Annual Meeting of the Society for Gynecological Investigation, Reno, 2007

134. Park AS, Wachs DS, Coffler MS, Yoo RY, **Chang RJ** Serum anti-mullerian hormone (AMH) concentrations in oligomenorrheic adolescents without evidence of hyperandrogenism and girls wit polycystic ovary syndrome. Annual Meeting of the Society for Gynecological Investigation, Reno, 2007

135. Wachs DS, Coffler MS, Malcom PJ, **Chang RJ** Serum anti-mullerian hormone (AMH) concentrations are not altered by acute administration of follicle stimulating hormone in polycystic ovary syndrome and normal women. Annual Meeting of the Society for Gynecological Investigation, Reno, 2007

136. Bahar A, Cameron JL, Hess DL, Slayden OD, **Chang RJ**, Marshall JC, Herold D, Stouffer RL. Raising testosterone levels in peripubertal female macaques: first phase of a prospective study to evaluate the role of postnatal hyperandrogenemia in the pathogenesis of PCOS. Specialized Cooperative Centers Program in Reproduction and Infertility Research Meeting, Portland, May, 2007.

137. Wachs DS, Coffler MS, Malcom PJ, **Chang RJ**. Recovery of granulosa cell responses to FSH stimulation following ovarian suppression with a long acting GnRH agonist. Annual Meeting of the Endocrine Society, Toronto, 2007

138. Coffler MS, Yoo RY, Wachs D, Dahan MH, **Chang RJ**. Similar 17-Hydroxyprogesterone responses to gonadotropin stimulation in adult women and adolescent girls with PCOS. Annual Meeting of the Endocrine Society, Toronto, 2007

139. McCartney CR, Blank SK, Helm KD, Caprio S, **Chang RJ**, Marshall JC. Varied degrees of hyperandrogenism in obese peripubertal girls: the relative roles of insulin and LH across pubertal maturation. Annual Meeting of the Endocrine Society, San Francisco, 2008

140. Bahar A, Cameron JL, **Chang RJ**, Marshall JC, Stouffer RL. Metabolic parameters in female monkeys chronically exposed to a hyperandrogenic milieu. Annual Meeting of the Endocrine Society, San Francisco, 2008

141. Coffler MS, Rosencrantz MA, Park AS, Wachs DS, Malcom PJ, Rey R, **Chang RJ**. Ovarian dose-responsiveness to recombinant hCG in normal women and women with PCOS. Annual Meeting of the Endocrine Society, San Francisco, 2008

142. Blank SK, Chhabra S, McCartney CR Helm CD, Eagleson CA, **Chang RJ**, Marshall JC. Effects of androgens on hypothalamic GnRH pulse generator sensitivity: Further evidence of variable sensitivity in hyperandrogenic adolescent girls. Annual Meeting of the Endocrine Society, San Francisco, 2008

143. Park AS, Wachs DS, Coffler MS, Yoo RY, Klein K, Oberfield SL, **Chang RJ**. Serum anti-mullerian hormone concentrations are elevated in oligomenorrheic girls without evidence of hyperandrogenism. Annual Meeting of the Endocrine Society, San Francisco, 2008

144. Rosencrantz M, Wachs D, Coffler MS, Ramos-Haggan, **Chang RJ**. Inhibin B as a surrogate for granulosa cell responsiveness to intravenous FSH administration in women with polycystic ovary syndrome and normal women. Annual Meeting of the American Society for Reproductive Medicine, San Francisco, 2008

145. Gerrity M, Woodruff TK, **Chang J**. A novel approach to interdisciplinary, unified fertility preservation research: The oncofertility consortium. Annual Meeting of the American Society for Reproductive Medicine, San Francisco, 2008

146. Bardwell WA, Tayer W, Quinn QP, Dimsdale JE, **Chang RJ**. Assessing reproductive concerns & overall psychosocial functioning in cancer patients. Annual Meeting of the Oncofertility Consortium, Chicago, 2008

147. Villanueva J, Cress A, Wong D, Gee N, Lasley B, **Chang RJ**, Duleba AJ. FSH stimulates androgen production by co-cultures of theca and granulosa cells. Annual Meeting of the Society for Gynecological Investigation, Glasgow, 2009

148. Rosencrantz MA, Shayya R, Park A, Hagan A, **Chang RJ**. Twenty-four hour pattern of androgen response to recombinant human chorionic gonadotropin in women with polycystic ovary syndrome and normal women. Annual Meeting of the Endocrine Society, Washington, D.C., 2009

149. McGee WK, Bishop C, Bahar A, **Chang RJ**, Marshall JC, Stouffer RL, Cameron JL. Slight elevation in circulating androgen levels: A possible model for PCOS? Northwest Reproductive Sciences Symposium, Portland, Oregon, 2009

150. Pop MI, Park A, Rosencrantz M, **Chang RJ**, Brown MA. MR imaging of the ovary in adolescent girls with and without PCOS. Annual Meeting of the Society of Uroradiology, Maui, Hawaii, 2009

151. Park AS, Brown MA, Chuan S, Shayya R, Rosencrantz M, **Chang RJ**. Serum AMH

levels correlate with antral follicle count in PCOS adolescents. Annual Meeting of the American Society for Reproductive Medicine, Atlanta, GA, 2009

152. Rosencrantz M, Coffler MS, Haggan A, **Chang RJ**. Comparison of hCG-stimulated androgen production in women with polycystic ovary syndrome and normal women. Annual Meeting of the American Society for Reproductive Medicine, Atlanta, GA, 2009

153. McGee WK, Bishop C, Bahar A, Pohl C, **Chang RJ**, Marshall JC, Stouffer RL, Cameron JL. Slight elevation in circulating androgen levels in pubertal monkeys increases central drive to the reproductive axis as seen in polycystic ovary syndrome. Annual meeting of the Society for Neuroscience, Chicago, Ill, 2009

154. Blank SK, Chhabra S, McCartney, Eagleson CA, **Chang RJ**, Marshall JC. Mechanisms for Varied Hypothalamic Progesterone Sensitivity in Hyperandrogenic Adolescent Girls: Role of Androgen Receptor CAG Repeat Polymorphism Length. Annual Meeting of the Endocrine Society, San Diego, 2010

155. Rosencrantz MA, Coffler MS, Haggan A, **Chang RJ**. Role of Endogenous LH Secretion on Theca Cell Responsiveness to Provocative Gonadotropin Stimulation in Women with Polycystic Ovary Syndrome. Annual Meeting of the Endocrine Society, San Diego, 2010

156. Rosencrantz MA, Coffler MS, Haggan A, **Chang RJ**. Contribution of Endogenous LH Secretion to hCG-Stimulated Androgen Production in Women with Polycystic Ovary Syndrome. Annual Meeting of the American Society for Reproductive Medicine, Denver, 2010

157. McGee MK, Bishop CV, Bahar A, Pohl CR, **Chang RJ**, Marshall JC, Pau FK, Stouffer RL, Cameron JL. Elevated androgens during puberty lead to an increased neuronal drive to the reproductive axis in the nonhuman primate. Annual Meeting of the Endocrine Society, Boston, 2011

158. Shayya RF, Rosencrantz MA, Chuan SS, Cook-Andersen H, **Chang RJ**. Altered granulosa cell function in women with PCOS in response to hCG stimulation. Annual Meeting of the Endocrine Society, Boston, 2011

159. Abshire MY, Blank SK, Chhabra S, McCartney CR, Eagleson CA, **Chang RJ**, Marshall JC. Contribution of Androgen Receptor CAG Repeat Polymorphism Length to Hypothalamic Progesterone Sensitivity in Hyperandrogenic Adolescent Girls. Specialized Cooperative Centers Program in Reproduction and Infertility Research Meeting, Chicago, May, 2011.

160. Burt Solorzano CM, Shayya RF, Collins J, Beller J, Abshire M, McCartney CR, **Chang RJ**, Marshall JC. Adrenal androgen overproduction in overweight girls throughout puberty. Specialized Cooperative Centers Program in Reproduction and Infertility Research Meeting, Chicago, May, 2011.

161. McGee WK, Bishop CV, Bahar A, Pohl CR, **Chang RJ**, Marshall JC, Pau PK, Stouffer RL, Cameron JL. Hyperandrogenemia During Puberty in Female Rhesus Monkeys Leads to Increased Neuronal Drive to the Reproductive Axis: A Possible Component of Polycystic Ovary Syndrome. Specialized Cooperative Centers Program in Reproduction

and Infertility Research Meeting, Chicago, May, 2011

162. Karastergiou K, Fried SK, Xie H, Thomas S, Rosencrantz MA, **Chang RJ**, Smith SR. Evidence for Developmental Programming of Human Gluteal vs. Abdominal Adipose Tissue. Annual Meeting of the Obesity Society, Orlando, 2011

163. Shayya RF, Rosencrantz MA, Chuan SS, Cook-Anderson H, **Chang RJ**. Altered granulosa cell function in women with PCOS in response to hCG stimulation. Annual Meeting of the Endocrine Society, Boston, 2011

164. McGee WK, Bishop CV, Bahar Z, Pohl CR, **Chang RJ**, Marshall JC, Pau FK, Stouffer RL, Cameron JL. Elevated Androgen during Puberty Lead to an Increased Neuronal Drive to the Reproductive Axis in the Nonhuman Primate. Annual Meeting of the Endocrine Society, Boston, 2011

165. Chuan SS, Rosencrantz MA, Su HI, Shayya R, Haggan A, **Chang RJ**. Increased theca cell androgen response to hCG stimulation with FSH administration in women with polycystic ovary syndrome. Annual Meeting of the American Society for Reproductive Medicine, Orlando, 2011

166. Collins JSP, Abshire MY, Beller JP, Burt-Solorzano CM, **Chang RJ**, Marshall JC, McCartney CR. Day-night changes of luteinizing hormone pulse frequency in girls with obesity: potential role of hyperandrogenemia. Annual Meeting of the Endocrine Society, San Diego, 2012

167. Sopher AB, Grigoriev G, Cameo T, Laura D, Lerner JP, **Chang RJ**, McMahon DJ, Oberfield SE. In adolescents anti-Mullerian Hormone (AMH) may be a useful adjunct in the diagnosis of PCOS. Annual Meeting of the Endocrine Society, San Francisco, 2013

168. Solorzano CM, Collins J, Beller J, Anderson A, Bhabra R, **Chang RJ**, McCartney CR, Marshall JC. Identifying sources of hyperandrogenemia in girls with obesity. Annual Meeting of the Endocrine Society, San Francisco, 2013

169. Maas KH, Su HI, Hall JE, **Chang RJ**, Sluss PM, Joffe H. Anti-mullerian hormone levels fluctuate after depot GnRH agonist exposure in healthy reproductive-aged women. Annual Meeting of the American Society for Reproductive Medicine, Boston, 2013

170. Maas KH, Chuan S, Cook-Andersen H, Su HI, **Chang RJ**. Phenotypically distinct theca cell responses to gonadotropin administration in women with polycystic ovary syndrome. Annual Meeting of the American Society for Reproductive Medicine, Boston, 2013

171. Burt Solorzano CM, Collins J, Beller J, Anderson A, Bhabhra R, **Chang RJ**, Marshall JC, McCartney CR. Adrenal and ovarian androgen overproduction in girls with obesity. Specialized Cooperative Centers Program in Reproduction and Infertility Research Meeting, Washington, S.C., May, 2013

172. Maas KH, Chuan S, Phung K, Hou J, Duleba A, **Chang RJ**. Relationship of ovarian markers to androgen production in women with polycystic ovary syndrome. Annual Meeting of the Endocrine Society, Chicago, 2014

173. Maas H, Harrison E, Chuan S, Cook-Andersen H, Duleba A, **Chang RJ**. Characterization of adrenal androgen production in functionally distinct women with polycystic ovary syndrome. Annual Meeting of the American Society for Reproductive Medicine, Honolulu, 2014

174. Hou J, Mass K, Burt-Solorzano CM, Cook-Andersen H, Shayya R, Kumar A, **Chang RJ**. hCG-stimulated 17OHP responses and basal serum AMH levels among adolescent women with polycystic ovary syndrome. Annual Meeting of the American Society for Reproductive Medicine, Honolulu, 2014

175. Homer M, Rosencrantz M, Shayya R, **Chang RJ**. The role of E2 on granulosa cell function in women with polycystic ovary syndrome: Clinical evidence to suggest that E2 facilitates granulosa cell responses to FSH. Annual Meeting of the American Society for Reproductive Medicine, Honolulu, 2014

176. Hou J, Cook-Andersen H, Shayya R, Burt-Solorzano CM, **Chang RJ**. Androgen Responses to Human Chorionic Gonadotropin (hCG) Administration in Adolescents with PCOS. Annual Meeting of the Endocrine Society, San Diego, 2015

177. Doblado MA, Maas KH, Chuan S, Hou J, Duleba A, **Chang RJ**, Serum AMH and Inhibin B responses to gonadotropin administration in women with polycystic ovary syndrome. Annual Meeting of the Endocrine Society, San Diego, 2015

178. Burt Solorzano CM, Hutchens E, **Chang RJ**, McCartney CR, Marshall JC. Sources of androgen excess in pubertal girls—acute androgen responses are not increased in overweight girls. Annual Meeting of the Endocrine Society, San Diego, 2015

179. Doblado MA, Zhang L**, Chang RJ**, Duleba A. Paracrine feedback loop between theca-interstitial cells and granulosa cells regulate androgen and AMH production. Annual Meeting of the Endocrine Society, Boston, 2016

180. Homer MV, **Chang RJ**. Ovarian Morphology As Determined By Morphometric Analysis of Individual Follicles Using 3-D Ultrasonography in Normal Women and Women with Polycystic Ovary Syndrome. Annual Meeting of the Endocrine Society, Boston, 2016

181. Doblado M, Zhang L, **Chang RJ**. Duleba A. Androgens regulate 3β-HSD expression in rat granulosa cells. Annual Meeting of the Society for the Study of Reproduction, San Diego, 2016

182. Burt Solorzano CM, Lundgren J, Kim SH, **Chang RJ**, Marshall JC, McCartney CR. Fasting Insulin Predicts Elevated Free Testosterone Levels after Recombinant Human Chorionic Gonadotropin in Overweight Girls. International Meeting of Pediatric Endocrinology, Washington, D.C., 2017

183. Burt Solorzano CM, Lundgren J, Kim SH, **Chang RJ**, Marshall JC, McCartney CR. Elevated Free Testosterone and Androstenedione Levels after Recombinant Human Chorionic Gonadotropin in Overweight Girls are Predicted by Fasting Insulin, NCTRI Meeting, Washington, D.C., 2017

184. Hadnott T, **Chang RJ**. Hormone Responses Associated with Letrozole Ovulation

Induction in Anovulatory Women with PCOS. Annual Meeting of the Endocrine Society, New Orleans, 2019

185. Harrison T Quaas A, **Chang RJ**. Dose-dependent ovulation rates and endocrine correlates of ovulation in PCOS patients undergoing letrozole ovulation induction: secondary analysis of the PPCOS-II trial. Annual Meeting of the Society for Reproductive Investigation, 2020