# Exhibit 22

# Scientific Review of the Epidemiologic Evidence Regarding the Association Between Use of Chemical Hair Relaxers, Uterine and Ovarian Cancers

**Michele L. Cote, Ph.D., M.P.H.**

**Professor, Fairbanks School of Public Health, Indiana University, Indianapolis, IN USA**

Exhibit
05
02/12/2026
Michelle Lynn Cote , PhD MPH

## Table of Contents


Glossary of Common Epidemiologic Terms .......... i

I. My Mandate .......... 1

II. The Science of Epidemiology .......... 1

III. My Credentials, Expertise and Experience .......... 2

IV. Executive Summary .......... 5

V. The Epidemiology of Uterine Cancer .......... 7

VI. The Epidemiology of Ovarian Cancer .......... 9

VII. The Exposure: Chemical Hair Relaxers .......... 12

A. Patterns of Use .......... 12

B. Chemical Components and Potential Biologic Mechanisms .......... 12

VIII. Overview of My Methodology .......... 14

IX. Epidemiologic Evidence: Chemical Hair Relaxers, Uterine Cancer, and Ovarian Cancer .......... 15

A. Cohort Studies .......... 15

1. Cohort Studies – Uterine Cancer .......... 15

2. Summary of Cohort Studies—Uterine Cancer .......... 20

3. Cohort Studies – Ovarian cancer .......... 20

4. Case Control Studies – Uterine and Ovarian cancers .......... 21

B. Systematic Reviews and Meta-Analyses .......... 21

X. Professional Organization and/or Foundation Statements for Patient Care .......... 22

XI. Chemical Hair Relaxers as a Causal Factor in Carcinogenesis of Uterine and Ovarian Cancers .......... 23

XII. Summary Opinion .......... 26

## Glossary of Common Epidemiologic Terms

The following definitions of common terminology used in epidemiology are a synthesis of two textbooks used worldwide by those who teach epidemiology, written by preeminent epidemiologists, Drs. Gordis and Rothman and the online "A Dictionary of Epidemiology—5th Edition" edited by Dr. Porta for the International Epidemiologic Association.[1–3]

•**Bias** is a systemic error that can occur during the design, recruitment, data collection or analysis phases of a study that results in an incorrect estimation of the true effect between the exposure and the outcome. Different study designs are prone to different biases, as described below.

•**Chance:** Whether a random error is responsible for the association identified. Chance is commonly assessed through use of a confidence interval or p-value.

•**Confidence interval (CI):** Based in probability, a confidence interval is calculated to correspond with a measure of effect (or effect measure). If the underlying statistical model is correct and there is no bias, a confidence interval will, over unlimited repetitions of the study, contain the true measure of association with a frequency no less than its confidence level (usually 95% in epidemiologic studies).

•**Confounding:** A type of bias that can occur when a third variable alters a true relationship between an exposure and an outcome. A confounding variable is one that is related to both the risk of disease and also to the exposure. It is not by itself a cause of the disease. Confounding is reduced in multivariate analyses by including potential confounding variables in the model.

•**Effect modification**: Variation in the measure of effect for the factor under study across levels of another factor (e.g., a hypothetical example: the odds ratio for the association between smoking and lung cancer is different for men compared to women—here, gender is the variable that modifies the association).

•**Hazard ratio (HR):** Also used in cohort studies, hazard ratios differ from relative risk estimates in that relative risks are cumulative over an entire study, using a defined endpoint, while hazard ratios represent instantaneous risk over the study time period, or some subset thereof. They are interpreted in a similar manner.

•**Incidence rate:** a measure that describes new cases of disease in a population over a period of time. Can be calculated from cohort, but not case-control studies. Estimates can be standardized to compare rates across different populations or adjusted for the age structure of the population.

•**Information bias:** Information bias is a distortion in the measure of association caused by a lack of accurate measurements of key study variables (such as the exposure or outcome). Also called measurement bias. Misclassification (described below) is a type of information bias.

•**Latency period:** The interval between exposure to the disease-causing agent until the disease is clinically recognized (diagnosed).

•**Misclassification:** A form of information bias, this occurs when an exposure or outcome (disease) is not accurately reported or captured. This can alter the measure of effect “away from the null” (meaning the effect measure is bigger than what is true) or “towards the null” (meaning the effect measure is smaller than what is true). Both case-control and cohort studies can have issues with misclassification. Misclassification of exposure and/or misclassification of outcomes can occur and are generally addressed in the study design and analysis phases.

> **Differential misclassification** occurs when the misclassification differs by outcome status and can increase or decrease the measure of effect. A specific type of differential misclassification, known as recall bias, is described below.
>
> In **non-differential misclassification**, the misclassification does not differ by outcome status. Generally, non-differential missclassification results in an overall reduction of the estimate of effect (e.g. the measure of effect is towards the null).

•**Null hypothesis:** A statement that can be tested via statistical analysis, a null hypothesis states no relationship exists between two variables of interest (i.e., an exposure and outcome). Related: see Type I and Type II error, below.

•**Odds ratio (OR):** The usual measure of effect calculated in case-control studies. It is calculated by the ratio of the odds of exposure among cases to the odds of exposure among controls. In situations where the disease is relatively rare in the total population, as is the case for most cancers, the odds ratio approximates the relative risk.

•**Power**: A statistical concept that measures the ability of a study to demonstrate an association between a risk factor and disease if one exists. The power of a study is determined by several factors, including the frequency of the condition under study, the magnitude of the effect, the study design, and sample size. In mathmaticial terminology, power is defined as the probability that the null hypothesis will be rejected if it is false, and is equal to $1 – \beta$, where $\beta$ is the probability of type II error (failing to reject a false null hypothesis).

•**p-value:** The probability that if you repeated the study, you would find a result at least as extreme, assuming the null hypothesis is true. The p-value quantifies the likelihood of getting the data that you got if the null hypothesis did happen to be true, not that your hypothesis is indeed true. The size of a p-value depends on the sample size, the effect size, and the consistency of the data.

•**Risk factor:** An aspect of personal behavior or lifestyle, an environmental exposure, or an inborn or inherited characteristic (germline genetics, for example) that can be measured and may be associated with disease. Risk factors may be modifiable (e.g., diet, physical activity, use of products) or nonmodifiable (e.g., age, ancestral background).

•**Recall bias:** A type of systematic error (and differential misclassification) due to differences in accuracy or completeness of recall to memory of past events or experiences that varies by

case or control status. Case-control studies may be more prone to this type of bias. It should be noted that this is not a case of participants "not remembering", which would be more likely to lead to nondifferential misclassification. The key difference is that recall varies by the outcome of interest.

•**Relative risk:** The usual measure of association calculated in cohort studies, it is calculated by dividing the incidence rate among the exposed by the incidence rate among the unexposed

•**Sample size:** A component to consider when assessing the power of a study, this is the number of people in the study population. Those with the disease are the most critical factor for both study designs.

•**Selection bias:** There are various forms of selection biases, but the general concept is that the association between the exposure and the disease is different for those who are selected to participate in the study. This can be the result of low response rates (both case-control and cohort studies) or loss to follow up (cohort studies).

•**Type I error:** Type I errors occur when a null hypothesis is incorrectly rejected (i.e., declaring that a difference exists when it does not).

•**Type II error:** A Type II error is failing to reject a false null hypothesis (i.e., declaring that no difference exists when one actually does)

## I. My Mandate

I was retained to perform a methodological review and to render my professional opinion regarding two questions: Can the use of chemical hair relaxers cause uterine cancer? Can the use of chemical hair relaxers cause ovarian cancer? When I refer to chemical hair relaxers in this report, I am referring to commercially available products that are marketed to straighten curly or coiled hair, also often referred to as hair straighteners or relaxers. I will use the term "chemical hair relaxer" to describe all of these products, regardless of whether they are applied at home or in a salon.

As a cancer epidemiologist, I have expertise in observational study methodology, data collection and analysis, and interpretation of epidemiologic data as it pertains to carcinogenesis. In order to synthesize the research in this area, as I do in my daily work, I considered the totality of evidence, including findings from the fields of epidemiology, pathology, endocrinology, oncology, toxicology, cancer biology, environmental health, and exposure science in order to render an opinion regarding causality.

I am compensated at a rate of $600 per hour for the literature review and completion of this written report. The same rate applies for additional time related to a deposition or trial.

## II. The Science of Epidemiology

Epidemiology is an observational science. The Greek origin of the word breaks down into "epi"—around or upon—and "demos", people. A standard definition is that epidemiology describes the determinants and distribution of disease in populations, with the goal of identifying areas to intervene. These interventions ultimately result in reducing the burden of the disease in the population. Note, however, that actual interventions are outside of the scope of epidemiology. Observational studies are used when it would be unethical or otherwise too difficult to examine an association between an exposure and an outcome.

Epidemiology relies on various study designs and methodology that are specific to the field. Case studies, where a new condition is described, or sometimes a new presentation of an established disease, are one basic type of study. Case series would describe several similar cases. These types of studies are rudimentary but may be the first indication of a disease circulating in a population and may provide the earliest hypotheses regarding factors that are associated with the disease (e.g., the human immunodeficiency virus in California).[4] Cross-sectional studies, another type of epidemiologic study, assess disease and exposure at the same time in a population that is not selected for either an exposure or an outcome, and are regarded as useful for hypothesis-generating, but not hypothesis-testing. Ecologic studies are similar to cross-sectional studies in that they gather exposure and outcome data at the same time, but the unit of analysis is a population (a city, state or country, for example). Data are usually identified from secondary sources, such as deaths due to respiratory conditions (from vital records) and air pollution levels in different states (based on monitoring by the EPA, for example). Again, ecologic study designs are hypothesis-generating versus hypothesis-testing.

The two study designs in epidemiology that are appropriate for hypothesis-testing are case-control and cohort studies. Case-control studies are utilized when the disease is relatively rare in the population and consist of identifying and recruiting individuals with the disease (cases) and those without (controls) into a research study. The measure of effect for case-control studies is the odds ratio. Conversely, cohort studies recruit individuals into a study based on exposure, which may be something such as birth cohort (e.g., Women's Health Initiative) or identification as belonging to a certain racial or ethnic group (e.g., the Black Women's Health Study), and follows them forward in time to see what conditions develop. Hence, cohort studies are useful to look at several outcomes, whereas case-control studies can only examine one outcome. The measure of effect for cohort studies is generally the relative risk or hazard ratio. These terms are described in greater detail below.

I would not describe one study design as better than another, as all epidemiologic studies have strengths and limitations. Even randomized controlled trials (which are interventional and thus do not fall under epidemiologic studies), often considered the gold standard in human research, may have biases and other flaws that limit their utility. Thus, it is important to consider all evidence as a whole with consideration given to the strengths and weaknesses of each study. There are ways to aggregate data from single studies into a larger study, with the goal of improving the power to detect associations between exposures and outcomes. Meta-analyses, which combine estimates of the measures of association from multiple single studies into one overall estimate, and pooled analyses, which utilize individual-level data from multiple studies to estimate a single measure of association, are two types of studies at aggregate data.

## III. My Credentials, Expertise and Experience

I received my Bachelor of Science in Biology from the University of Michigan, Ann Arbor, followed by my Master of Public Health with a concentration in Epidemiology from the University of Alabama, Birmingham. From there, I worked for the Oklahoma State Department of Health as an epidemiologist in infectious disease and maternal and child health for approximately 3 years. I returned to Michigan in 1999 and worked as a project coordinator at Wayne State University (WSU) on a case-control study of lung cancer genetics while simultaneously earning my doctorate in Epidemiologic Sciences at the University of Michigan, Ann Arbor in 2004.

I accepted a tenure-track faculty position at WSU in 2005 and remained there until 2022, climbing the ranks from Assistant Professor to Professor (with tenure). I also served as the Associate Center Director for Cancer Research Training and Education from 2016 until my departure from WSU. Finally, in 2019 I assumed leadership of the Environment and Cancer Research Interest Group leader for the NIEHS-supported Center for Urban Responses to Environmental Stressors (CURES) where I facilitated collaborative projects between toxicologists, molecular biologists, community outreach specialists and epidemiologists with a focus on cancer research. Prior to that time, I had been involved with CURES since 2016 as the co-Leader of Career Development.

In September of 2022 I moved to Indiana University as the Director of the Komen Tissue Bank, housed at the Simon Comprehensive Cancer Center (SCCC) at Indiana University in Indianapolis, Indiana. As part of my Directorship, I am the Carrie Ann Glasscock West Endowed Chair of Breast Carcinogenesis. In addition, I am a tenured Professor of Epidemiology at the Fairbanks School of Public Health in the Department of Epidemiology at Indiana University in Indianapolis, Indiana. I am a full member of the SCCC Cancer Prevention and Control program.

I am a nationally and internationally recognized cancer epidemiologist, evidenced by over 3 dozen invited lectures at cancer centers and other health-related institutions and conferences across the world, and another dozen regionally/locally. My accomplishments in the field were recognized by my peers in 2020, when I was awarded the John Snow Award from the Epidemiology Section of the American Association of Public Health. This award, named after the “father of modern epidemiology”, honors an outstanding epidemiologist for excellence in epidemiologic practice or research.

As a scientist my original research has been supported by various foundations (Susan G. Komen for the Cure, LUNGevity, etc.) and the National Cancer Institute (NCI) over the past two decades. I have published extensively in the realm of gynecologic cancers, from etiology to survivorship, including in uterine/endometrial cancer. I have also received funding from foundations (The Detroit Medical Center Foundation, INPHAASE) and the National Cancer Institute (R01CA33364X) to study racial differences in endometrial cancer incidence and survival. Specific to my mandate, approximately 1/5 of the 169 peer-reviewed manuscripts I have published to date have examined uterine or endometrial cancer as an outcome. An additional 1/3 are from the field of ovarian cancer epidemiology. Most of my work in ovarian cancer etiology and survival has been as a member of the research team for the African American Cancer Epidemiology Study (AACES), a case-control study of African American women with and without ovarian cancer. This research continues as a survivor cohort. I have not published analyses that have included chemical hair relaxers as an exposure associated with uterine, ovarian, or other hormonally-driven cancers. From a methodology standpoint, the analysis of chemical hair relaxers is similar to other types of exposures in human populations that I have utilized to better understand cancer risk.

My expertise in methodology and synthesis of data allows me to successfully work across different cancer types. For example, in uterine cancer, I was the primary author of a systematic review which included a large meta and pooled analysis examining risk factors associated with uterine cancer in black and white women from studies included in the Epidemiology of Endometrial Cancer Consortium (E2C2). This Consortium includes over 30 studies from around the globe, and I have served as a Steering Committee member for the last decade, securing support from the NCI to hold a special conference focused on uterine cancer (“Approaches to Curtail Endometrial Cancer Incidence and Mortality”) in 2023 (delayed due to the Covid pandemic). I also serve as an External Advisor on two large projects examining uterine cancer causes and control. Additional examples of my expertise in analyzing and summarizing existing data include serving as primary author of a publication examining various

risk factors for uterine cancer in black and white women using studies from the E2C2 consortium, and a lung cancer review I co-authored is listed as the "Top Read" articles in *Cancer Epidemiology, Biomarkers and Prevention* (as of October 2023).[5,6]

I also have extensive expertise in observational research, particularly cohort and case-control studies. In 2025, I stepped down as a long-standing member of the Publications and Proposals committee for the Women's Health Initiative (a prospective cohort study). As the Principal Investigator on two cohort studies (the Komen Tissue Bank and Benign Breast Disease: The Detroit Cohort) I have vast experience with cohort study design, development, maintenance, and analysis. Prior to the completion of my doctorate, I served as a project coordinator for studies of infant mortality and lung cancer. I have developed study protocols and questionnaires, identified study participants, collected, managed and analyzed novel data from both case-control and cohort studies. The methods I use have been passed down to hundreds of students via didactic teaching and mentoring graduate students. The high quality of my teaching and mentoring was recognized by Wayne State University in 2018 when I was selected to receive the Outstanding Graduate Mentor Award in Health Sciences.

As with my research, my teaching has predominantly focused on best practices for applying epidemiologic methods to human health challenges. I have led or co-led introductory courses in epidemiology as well as an applied epidemiology course at the graduate level for over a decade. In addition, I have given a wide variety of guest lectures in environmental health, chronic disease, and taught research methods to genetic counseling students. I have served as Chair or co-Chair of three doctoral committees that have focused specifically on female cancers and have mentored over two dozen graduate-level trainees. I have also served as the primary research mentor for three gynecologic oncology fellows during the research portion of their training.

My vision as to the best way to develop the next generation of scientists and my adeptness at working across disciplines resulted in two training grant awards as a Principal Investigator (PI). The first, the Komen Graduate Training in Health Disparities Research program (co-PI, Manohar Ratnam, PhD, a basic scientist), funded three doctoral students annually and was one of only a handful of programs funded across the United States. The second award, the Initiative for Maximizing Student Development, was a T32 funded by the National Institutes of Health and supported 10 doctoral students annually across the biomedical sciences. The other PIs on this award were professors in pharmacology and chemistry, showing the range of my interdisciplinary collaborations.

In addition to research and teaching, I provide service to my field through providing expert peer review of manuscripts, grants, and scientific programs. I review on average 10 manuscripts annually for national and international journals, such as the *American Journal of Epidemiology*, *Carcinogenesis, Cancer Epidemiology, Biomarkers and Prevention, Gynecologic Oncology, the Journal of Clinical Oncology*, and *The Lancet*. I have been an associate editor for *Cancer Research* and the *Journal of the National Cancer Institute*. My expertise has been requested by numerous national and international scientific review panels including the NCI, the National Heart, Lung and Blood Institute, the National Institute on Minority Health and Health

Disparities, Komen for the Cure, the French National Cancer Institute, the National Institute for Health Research--United Kingdom, and the Netherlands Organisation for Scientific Research. In addition to these manuscript and grant reviews, I have also reviewed programs, including serving on review panels for NCI-designated comprehensive cancer centers and NCI intramural programs. These program reviews are usually onsite and include assessment of both written materials and oral presentations. They require the ability to assimilate components across various clinical and research programs and assess the strengths and weaknesses of the research of the institute or program both individually and as a whole.

While my expertise is in the area of epidemiology, primarily in female cancers and health disparities, I regularly read studies from various medical fields including pathology, oncology, gynecology, physiology, molecular biology, and exposure science. I have experience and expertise based on two decades of developing my own scientific hypotheses and then writing grant proposals and scientific manuscripts that address the questions. Synthesizing information from across disciplines is one of my core strengths as a scientist and teacher, and I bring the same approach to addressing the current mandate. Additional details regarding my academic record can be found in my curriculum vitae, attached as Exhibit A.

## IV. Executive Summary

This review focused on the assessment of epidemiologic literature and the underlying mechanisms driving the association between chemical hair relaxers, uterine cancer and ovarian cancer. Specifically, my review included but was not limited to 3 studies from 2 different cohorts, epidemiologic and mechanistic reviews, and reports from various governmental and scientific agencies. The published manuscripts and the reviews usually discussed the potential underlying mechanisms driving the association between chemical hair relaxers and uterine or ovarian cancers, specifically the complex mixtures of chemicals in these products, such as use of formaldehyde, lye and various endocrine disrupting chemicals. Therefore, I reviewed exposure science work in this area as well. Additional details are available in the full report.

The epidemiologic evidence is consistent with respect to the association between chemical hair relaxer use, uterine and ovarian cancers. The two primary data analyses from the Sister Study and the Black Women’s Health Study were consistent in reporting a positive association between chemical hair relaxers and uterine cancer. Data from these cohort studies indicate women with heavy use of chemical hair relaxers have twice the risk of uterine cancers compared to never or rare users of these products. Further, they both noted a stronger association with chemical hair relaxers and uterine cancer in postmenopausal women, which is to be expected as higher incidence occurs during this time period. The Sister Study also examined the association between chemical hair relaxer use and ovarian cancer, noting an association of magnitude similar to that of the uterine cancer studies for women who used chemical hair relaxers 4 or more times a year over the last 12 months.

There are various biologically plausible ways that the components in chemical hair relaxers could be associatedwith uterine or ovarian carcinogenesis. It is important to consider that the

components in chemical hair relaxers are mixtures of various chemicals, and the biologic effects of the mixtures, versus single agents, are not tested. These untested mixtures may have additive effects above and beyond the individual effects.[7,8] These chemicals may be carcinogenic in nature, such as formaldehyde. Carcinogens directly cause DNA damage and disrupt key biological processes that control cell growth and division. This damage can lead to mutations that impair the genes responsible for cell cycle regulation, DNA repair, or apoptosis. Accumulation of these mutations allows for dysplasia and hyperplasia and ultimately formation of invasive tumors. Further, chemical hair relaxers could contribute to uterine or ovarian carcinogenesis through endocrine-disrupting chemicals (EDCs) that affect the endocrine system by mimicking or blocking natural hormones. When acting as hormone mimics, EDCs can bind to hormone receptors and trigger false signals, leading the body to respond as if the natural hormone were present. This can inappropriately activate the receptor and set off physiological processes that would normally only occur in the presence of the body's own hormone. Estrogen is critical in the development and function of reproductive processesand a target of several EDCs. Thus, EDCs may play a role in cancer development by triggering cell proliferation in estrogen-sensitive tissues, such as the ovaries and uterus. Exposure to EDCs during critical windows of susceptibility, such as in utero, during puberty or early adulthood may have deleterious effects on cancer risk. Thus, although a consensus has not yet been reached with regard to the specific mechanism(s) driving carcinogenesis, given the properties and well-documented toxicological effects of the ingredients in the chemical hair relaxer products, the association between use of chemical hair relaxers, uterine and ovarian cancer is highly biologically plausible.

In order to best synthesize all of the data from various lines of evidence, I summarized my reading and analysis of this work using a process formally described by a medical epidemiologist and statistician in 1965 which included nine considerations by which to evaluate human epidemiologic evidence to determine if causation can be deduced: strength of association, consistency, specificity, temporality, biological gradient, plausibility, coherence, experiment, and analogy. These are detailed in Section XI.

In my opinion, as an epidemiologist, stated to a reasonable degree of scientific certainty, use of chemical hair relaxers can cause uterine and ovarian cancer. I base this opinion on the strength of the association as shown in the calculated measures of effect (relative risk), with women who use chemical hair relaxers having about twice the risk of developing uterine or ovarian cancers compared to those with low or no use. The consistency of these data and results across well-designed studies that were conducted in different geographic areas and in different race/ethnic groups also provides evidence supporting a causal association. Additional evidence supporting causation is the clearly established temporality between the exposure and outcomes, with chemical hair relaxers being used for decades prior to the development of disease. Additionally, there are highly plausible biological mechanisms due to the known effects of some of the chemicals included in the product mixture that are capable of driving carcinogenesis. Taken together, it is my opinion that chemical hair relaxers can more likely than not cause uterine and ovarian cancers.

## V. The Epidemiology of Uterine Cancer

Uterine cancer is now responsible for more deaths due to a gynecologic cancer annually, with an expected 69,120 new cases diagnosed and 13,860 deaths from the disease in 2025 in the United States alone according to estimates from the American Cancer Society, making it the 5th leading cause of cancer-related deaths among women.[9] Uterine cancer is among a small number of cancers where both incidence and mortality rates have continued to increase over the last few decades. Closer analysis reveals that high grade cancers are driving both increases, despite only accounting for approximately 15-20% of all diagnoses.[10] There are also significant racial disparities in both incidence and mortality, with African American women at least twice as likely to be diagnosed with high grade, aggressive uterine cancers, particularly carcinosarcomas and serous endometrial cancers, compared to other racial and ethnic groups.[11,12] Mortality rates are increasing by 1.8% annually for all uterine cancers, but even more rapidly for Hispanic, Black and Asian women with non-endometrioid subtypes (6.7%, 3.5% and 3.4%, respectively) compared to these cancers in non-Hispanic white women (1.5%).[13] The obesity epidemic undoubtedly drives some, but not all, of the increasing incidence and mortality rates. Both incidence and mortality rates are expected to continue to increase over the next 30 years, with a disproportionate burden of disease on the Black/African American population.[14]

Overall 5-year survival has hovered around 80% for the last several decades, decreasing slightly over the last two decades. The overall survival figure conceals one of the largest racial disparities in cancer survival. African Americans have the highest mortality rates from uterine cancer of any racial/ethnic group, despite lower incidence rates. African American women are more likely to develop tumors with aggressive histologic subtypes; however, even after accounting for differences in tumor characteristics, are still about 60% more likely to die from their disease.[11,13] The 20% or greater difference in 5-year survival seen between African American and white women is one of the largest survival disparities in cancer.[9] While the cause of this disparity is multifactorial, it holds across all stages and histologic types, has not decreased over the last 50 years, and is not being driven solely by the obesity epidemic.[9,11,15]

The average age at diagnosis of uterine cancer is 61 years of age. Table 1 describes 5 year survival by stage at diagnosis, using classifications from the Surveillance, Epidemiology and End Results (SEER) program, a population-based cancer registry that now covers ~50% of the US population.[16,17]

Table 1: Relative survival rates by time since uterine cancer diagnosis, by SEER stage, for cancers diagnosed from 2014-2020

| **Stage* (% diagnosed)** | **5 year survival (% surviving)** |
|---|---|
| Local (67) | 94.8 |
| Regional (21) | 69.7 |
| Distant (4) | 18.9 |
| Unstaged (4) | 57.6 |

*Local stage is when the cancer is confined to the primary site, Regional stage is when the cancer has spread to the lymph nodes, Distant stage is when the cancer has metastasized. Stage at diagnosis was for cancers diagnosed from 2014-2020

Unlike uterine cervix cancers, with established screening and now a vaccination that reduces risk of Human Papilloma Virus (HPV), uterine cancer does not have any population-based screening modality. Due to post-menopausal bleeding from the uterine cancer, the majority of women are diagnosed when the cancer is contained to the uterus, which is associated with more favorable survival and less intensive treatments. This varies significantly by subtype, with certain histologic types more frequently diagnosed in later stages, with greater morbidity and mortality (as shown in Table 2).

*Histologic Subtypes of Uterine Cancer*

Histologic subtypes are differentiated based on the cell of origin, molecular alterations, and clinical behavior. The categories were extensions of the ovarian cancer classification system, hence the similar terminologies, including tumor grade. Table 2 described the most common histology subtypes of uterine cancer, modified from Meade et al. and Johnson et al.[18,19]

Table 2: Common histologic subtypes of uterine cancer, Surveillance, Epidemiology and End Results, 2000-2019 and 5 year survival, Florida, 2006-2016

| Type | Endometrioid<br>Low High<br>Unknown | Serous | Mixed | Clear Cell | Carcinosarcoma | Sarcoma |
|---|---|---|---|---|---|---|
| Percent of cases | 59% 10%<br>12% | 7% | 5% | 1% | 3% | 2% |
| 5 year survival % | 86.5% 68.4%<br>Unk | 57% | Unk | 63.4% | 72.4% | Unk |

Over 40 years ago, Bokhman simplified these classifications into Type I or Type II tumors which covered some, but not all, of the subtypes in Table 2.[20] Type I tumors were thought to be primarily estrogen-driven and associated with obesity, with the prototypical subtype being low grade endometrioid carcinomas. Post-menopausal bleeding was the usual symptom. Conversely, Type II tumors did not arise in a background of hyperestrogenism, with the prototypical histologic subtype being serous carcinomas. These cancers were often asymptomatic, and aggressive, leading to poorer prognosis. While this classification system

has some merit, there were limitations to this simplified system, such as how to classify high grade endometrioid cancers, which share some features of their low grade counterparts but are associated with worse survival, or clear cell tumors. Thus, with the advent of molecular subtyping the Bokhman system is generally considered to be archaic.[21,22] Molecular subtyping is outside of the focus of this expert assessment, as current work in this area is restricted to prognosis and therapeutic options.

*Risk Factors*

Due to the large proportion of uterine cancers that are low grade endometrioid subtype, the majority of what is known about risk has been examined in people with these tumor subtypes; however, examination of these factors has not identified any major differences between subtypes but are limited by the information that exists across studies.[23] Risk factors are often categorized as modifiable or non-modifiable. Risk factors for uterine cancer that are non-modifiable include: increasing age, nulliparity, early menarche, late menopause, age at first/last birth, a history of endometriosis or polycystic ovarian syndrome, and having a family history of uterine or colorectal cancer.[24,25] There are several known inherited syndromes that increase uterine cancer risk as well, with hereditary nonpolyposis colon cancer syndrome (HNPCC, also known as the Lynch Syndrome), the most common in the general population. Approximately 3% of uterine cancers are associated with the Lynch Syndrome.[26]

Modifiable risk factors that increase the risk of uterine cancer include having a higher body mass index (BMI), having conditions associated with metabolic syndrome including diabetes, use of hormone replacement with unopposed estrogen, and use of Tamoxifen.[24,25] There exists an inverse association between uterine cancer and use of oral contraceptives[27], intrauterine device (IUD) use[28], and cigarette smoking[29], all of which appear to reduce the risk of uterine cancer. The association between menopausal hormone replacement is less clear, depending on the estrogen and progesterone timing, but it appears that the most widely used formulations also decrease risk.[30] The association between chemical hair relaxers and two cancers of the female reproductive tract, ovarian and uterine cancers, is the focus of this report.

## VI. The Epidemiology of Ovarian Cancer

Ovarian cancer has the highest mortality rate of the gynecologic cancers, with an expected 20,890 new cases diagnosed and 12,730 deaths from the disease in 2025 in the United States alone according to estimates from the American Cancer Society.[9]The most common type of ovarian cancer, high grade serous epithelial, is thought to originate in the fallopian tubes, thus these cancers are often described along with epithelial ovarian cancers. [31,32] Peritoneal cancers, which are very rare, are also generally grouped with ovarian cancers due to similarities in the cell type of origin, behavior, and prognosis.[33] The average age at diagnosis is 63 years, and the overall 5 year survival rate for epithelial ovarian cancer is 50%, although this varies by stage, as well as race, with African American women having the poorest survival after an ovarian cancer diagnosis.[34] Table 3 describes survival by stage at diagnosis, using classifications from the Surveillance, Epidemiology and End Results (SEER)

program, a population-based cancer registry.

Table 3: Relative survival rates by time since ovarian cancer diagnosis, by SEER stage, for cancers diagnosed from 2000-2019

| **Stage* (% diagnosed)** | **5 year (% surviving)** | **10 year (% surviving)** |
|---|---|---|
| Local (17.5) | 92.3 | 88.7 |
| Regional (19.9) | 73.1 | 65.3 |
| Distant (54.4) | 30.2 | 17.6 |
| Unstaged (8.1) | 36.2 | 29.2 |

*Local stage is when the cancer is confined to the primary site, Regional stage is when the cancer has spread to the lymph nodes, Distant stage is when the cancer has metastasized. Stage at diagnosis was for cancer diagnosed from 2011-2020

Unlike cervix cancers, with established screening and now a vaccination that reduces risk of Human Papilloma Virus (HPV), or endometrial cancers, which generally present as post-menopausal bleeding with the tumor still localized to the uterus at diagnosis, ovarian cancer does not have any population- based screening modalities or distinct symptoms at presentation. While many women with ovarian cancer present with gastrointestinal concerns or weight loss, often these symptoms aren't present until the disease has progressed. [35] Thus, these cancers tend to be diagnosed in later stages, with greater morbidity and mortality (as shown in Table 3).

*Histologic Subtypes of Ovarian Cancer*

Histologic subtypes are differentiated based on the cell of origin, molecular alterations, and clinical behavior. A four-marker immunohistochemical panel can distinguish the five principal histologic types shown in Table 4 with high accuracy.[36]

Table 4: Common histologic subtypes of ovarian cancer

| Type | Serous<br>High Grade | <br>Low grade | Endometrioid | Clear Cell | Mucinous |
|---|---|---|---|---|---|
| Proportion | 70% | <5% | 10% | 10% | 3% |

A grading system was established nearly two decades ago that also categorizes serous ovarian tumors as high or low grade.[37] High grade serous tumors appear to arise primarily from fallopian tube epithelium or ovarian epithelium, so much so that the 2020 WHO Classification of Female Genital Tumours now uses the combined terminology of tubo-ovarian high-grade serous carcinoma.[38] Low grade serous cancers also originate in the same manner, but have mild to moderate nuclear atypia and fewer mitoses compared to their high grade counterparts with marked atypia and greater mitoses counts.[39] Endometrioid and clear cell tumors arise from the ovarian epithelium or endometriosis. [36] Mucinous ovarian cancers are relatively rare and the cell of origin has been unclear, with concerns that these are not ovarian but metastases from other primary sites, such as the gastrointestinal tract. [40] Thus,

misclassification of these tumors may have occurred in earlier studies without the technologies that have been developed over the last decade (e.g., somatic molecular testing). A recent study by Cheasley et al. has shown that mucinous ovarian carcinoma arise from mucinous borderline ovarian tumors and can progress to high grade mucinous ovarian cancer, indicating that with further molecular analysis mucinous ovarian cancers can be distinguished from metastatic disease of non-ovarian origin, such as gastrointestinal tumors.[41] In addition to these histologic types, mixed ovarian tumors also occur, as do undifferentiated carcinomas. Mixed cell types are as described: mixtures, to various degrees, of the other histologic types of ovarian cancer. Undifferentiated ovarian cancers lack distinguishing characteristics for further classification and tend to be aggressive, with a poor prognosis. [42,43] Finally, borderline ovarian cancers are epithelial tumors that represent 10-20% of all ovarian epithelial tumors. They have some malignant features, such as cell proliferation and nuclear atypia, but do not show infiltrative (invasive) growth patterns. Prognosis is significantly better for these tumors.[44]

The histologic subtypes described above represent the vast majority (90%) of ovarian cancers and are epithelial in origin.[45] Thus, the review presented here focuses on epithelial ovarian cancers, and includes both serous and non-serous subtypes.

*Risk Factors*

Risk factors are often categorized as modifiable or non-modifiable. Risk factors for ovarian cancer that are non-modifiable include: increasing age, nulliparity, greater height, a history of endometriosis, and having a family history of breast and/or ovarian cancer.[46–48] There are several known inherited syndromes that increase ovarian cancer risk as well, including *BRCA1* and *BRCA2* mutations, and Hereditary nonpolyposis colon cancer syndrome (also known as Lynch Syndrome).[49,50]"

Modifiable risk factors that increase the risk of ovarian cancer include use of post-menopausal hormone therapies, high BMI and genital use of talcum powder.[22] Use of oral contraceptives, intrauterine device (IUD) use, aspirin, and breastfeeding are modifiable factors that appear to reduce the risk of ovarian cancer.[46,51,52] Women who have undergone a tubal ligation, a method of contraception that is generally not reversable, also appear to have lower risk of ovarian cancer compared to women who have not undergone a tubal ligation.[53,54] Use of chemical hair relaxers, another modifiable risk factor, is the focus of this report.

A woman with an intact reproductive system (uterus, ovaries, fallopian tubes) also known as a patent reproductive tract, is at greater risk for ovarian cancer than a women with a hysterectomy and bilateral salpingo-oophorectomy (removal of uterus, both ovaries and fallopian tubes), or a bilateral or unilateral salpingo-oophorectomy.[55,56] These procedures can be indicated for other reasons, but have been offered as risk-reduction strategies for women with known inherited mutations (i.e. *BRCA1* or *BRCA2* mutation carriers).

## VII. The Exposure: Chemical Hair Relaxers

### A. Patterns of Use

Use of chemical hair relaxers is very common in certain racial and ethnic groups. Using data from the case-control Women's Circle of Care study, a study of breast cancer, Llanos et al. report that 88% of African American women reported regular use of chemical relaxers/straighteners, while only 5% of white women reported regular use.[57] Another cohort, the Study of Environment, Lifestyle, and Fibroids (SELF) also examined chemical hair relaxer use, including patterns of use. The SELF study, a cohort study based in Detroit, Michigan, recruited 1693 self-identified Black or African American women without uterine fibroid tumors, ages 23-35 years old, to identify risk factors for uterine fibroid development.[58] They noted that n=1,384 participants (89%) reported ever using chemical hair relaxers in their lifetime; 96% of ever users reported that first use occurred at age ≤19 years. Usage increased throughout the teenaged years, with prevalence of ≥twice/year use increasing from 9% to 34% to 73% from age 5 to 10 to 15 years, respectively, before usage dropped during adulthood. This work highlights how asking only about the last 12 months of use may underestimate the actual exposure and miss critical windows of exposure during childhood and adolescence.

Women who report higher usage of hair products, including chemical hair relaxers, have higher urinary concentrations of components of these products compared to women with less or no usage reported. In the SELF study, use of hair /relaxers/perms, styling products, moisturizers, oils, and hair food in the past 12 months was associated with higher concentrations of multiple phthalate, phenol, and paraben biomarkers.[59] Similar findings were previously reported in other populations around the world; SELF is Detroit-based African American women.[60,61] The chemical mixtures in these products are described below. The younger ages at product initiation, frequency of use, and the dermal absorption all suggest chemical hair relaxers are a major source of exposure, particularly to Black and African American women.[62]

### B. Chemical Components and Potential Biologic Mechanisms

Chemical hair relaxers are complex mixtures used to straighten naturally curly hair. As determined from questionnaires, these hair products used more often by African American women and children compared to other racial and ethnic groups, as described in the previous section. These products are mixtures of various chemicals that may affect the human body in ways that are directly or indirectly mutagenic (e.g., something that causes a permanent alteration in DNA) and may or may not be carcinogen (i.e., cancer-causing). For example, formaldehyde is both a human carcinogen and mutagen.[63,64] Additionally, these products may also contain exogenous hormones, placenta, and endocrine-disrupting chemicals (e.g. certain parabens, phenols, phthalates).[65,66]

Endocrine Disrupting Chemicals (EDCs) are an umbrella term for a class of chemicals that have many applications, including in personal care products. In 2009, the Endocrine Society took a public stance on the on the state of EDC science with the 2009 publication of its "Scientific Statement on EDCs".[67] Three EDCs, bisphenol A (BPA), parabens and phthalates, exhibit relatively low lipophilicity and, as a result, have limited accumulation in adipose tissue.

Consequently, the concentrations of these compounds, their metabolites, or specific biotransformation products measured in serum or urine are considered reliable indicators of the individual's "body burden"—a term that refers to the total quantity of a given chemical present in the body at a specific point in time.[67] In 2015, a second publication came out from the Endocrine Society, which focused more on female reproductive dysregulation and disease, including cancers. The next two paragraphs describe a mechanism by which EDCs may act to promote uterine, ovarian and other hormone-sensitive cancers, as highlighted in the second report from the Endocrine Society.

EDCs interfere with the endocrine system through their ability to mimic or antagonize endogenous hormones. In the case of hormone mimics, an EDC can bind to a hormone receptor, falsely signaling that the natural hormone is present. This can result in inappropriate activation of the receptor and the initiation of downstream physiological processes that would normally occur only in response to the endogenous hormone.[68] Among the most extensively studied EDCs are those that interact with estrogen receptors (ERs). Estrogens, a class of steroid hormones synthesized primarily in the gonads—ovaries in females and testes in males—play critical roles in reproductive function. However, estrogens also exert significant effects in non-reproductive tissues. Estrogen receptors are expressed not only in reproductive organs but also in the brain, bone, and vascular tissues of both sexes. Consequently, estrogens influence a range of physiological processes beyond reproduction, including neurobiological regulation, skeletal development and maintenance, and cardiovascular function. Therefore, EDCs that mimic or interfere with estrogen signaling have the potential to disrupt multiple biological systems.

Although estrogen receptors are among the most thoroughly investigated targets of EDCs, they are not the only vulnerable hormone receptors. EDCs may also interact with receptors for androgens (e.g., testosterone), progesterone, thyroid hormones, and others. Moreover, due to their synthetic (non-endogenous) nature, many EDCs possess the capacity to influence multiple hormonal pathways simultaneously.[69] As a result, a single EDC may compromise several endocrine functions, potentially leading to widespread dysregulation of biological systems governed by these hormonal signals. One biological system that could impact uterine or ovarian cancer development is when EDCs act as obesogens, interfering with hormonal signaling leading to adiposity.[70] The female reproductive system is tightly regulated throughout the course of a women's life by hormones, particularly estrogen. Whether endogenous or exogenous, estrogen in excess or out of balance with other sex hormones can drive uterine and ovarian carcinogenesis.[71]

In 2024, the Endocrine Society and the International Pollutants Elimination Network (IPEN) collaborated on a report to highlight concerns about EDCs.[72] They highlight two points important to this review. First, EDCs exhibit unique biological behaviors that distinguish them from conventional toxicants, and current regulatory frameworks often fail to adequately address these characteristics. Notably, EDCs can exert significant biological effects at extremely low doses, and these low-dose effects are not necessarily predictable based on outcomes observed at higher doses. This non-monotonic dose–response relationship

challenges traditional toxicological assumptions that "the dose makes the poison" as well as the importance of dose-response when assessing causality. As a result, it is possible that no threshold for safe exposure exists for certain EDCs. The report also highlights the concept of “windows of susceptibility”, noting that EDC exposure can be detrimental at any stage of life, the greatest vulnerability likely occurs during critical windows of development. These sensitive periods include fetal development, infancy, childhood, adolescence, and pregnancy, during which endocrine signaling plays a pivotal role in organogenesis, growth, and physiological programming. Disruptions to hormonal regulation during these stages can lead to permanent alterations in developmental trajectories and long-term health outcomes.[72]

Finally, the effects of chemical hair relaxers are challenging to study compared to single chemicals or classes of chemicals, because they are complex mixtures of various chemicals. A review by Goodson et al. examined dozens of different chemicals and noted that even at low levels, these chemicals in various combinations can produce synergistic effects, many of which are involved in carcinogenesis, such as cell proliferation, metabolism, and immune evasion.[73] The biological responses to these "mixture interactions," are difficult to predict due to the specific components and their blend ratios in a particular product.[74] Further, combinations of chemicals at low doses may be able to act through different mechnisms to drive carcinogenesis.[8] Thus, the potential biologic impact of exposure to these chemical mixtures can be challenging to assess; however, given what is known about the chemicals in chemical hair relaxers, it is biologically plausible that these chemical hair relaxers promote carcinogenesis.

## VIII. Overview of my Methodology

A key component to successfully obtaining external grant funding is the assessment of the rigor of the prior research that serves as the support for the proposed project. The main areas where rigor are especially critical are the background and the approach sections. In the background, a rigorous proposal should assess all of the current research in the area, identify weaknesses of prior research and gaps in current knowledge. A summary of these data is critical to convincing reviewers that you understand the prior work in this area and that your application will produce novel, high impact discoveries that will ultimately improve human health. As a grant reviewer, rigor is an area that drives the impact of the application. I assess whether the application has identified relevant research in the area, the conclusions that have been drawn from that research, and whether alternative explanations have been considered. The second area where rigor is crucial is in the approach, or the methodology that will be used to address the research question. When examining the proposed approach, I consider the study design, methodology, and planned analysis. The methods proposed in the approach should contain enough detail that they could be replicated elsewhere, and their use should be justified. As part of my methodology, I employed the same methods used as an academic and scientist to the issue presented. I also used the concept of rigor as the foundation for this review of the literature addressing the question, “Can the use of chemical hair relaxers cause uterine or ovarian cancer?”

I performed an initial literature review following guidelines for systematic reviews, utilizing PubMed and Web of Science using search terms including combinations of “hair relaxer”, “hair straightener”, “chemical relaxer”, “gynecologic cancer”, “ovarian cancer”, “uterine cancer” or “endometrial cancer” and generated lists of peer-reviewed publications. I cross-referenced my searches to make sure I had identified all relevant work to the best of my ability. In each article, I examined the reference sections in these publications to add to my review. My focus was on epidemiologic studies, although I reviewed others that described the possible mechanisms of carcinogenesis proposed when examining the association between chemical hair relaxers and cancer. I considered multiple lines of evidence, including studies that supported the association between the chemical hair relaxers and gynecologic cancers and those that did not.

## IX. Epidemiologic Evidence: Chemical Hair Relaxers, Uterine Cancer, and Ovarian Cancer

The first studies suggesting an association between use of chemical hair relaxers and uterine cancer were published recently, with the first report in 2022. Below I summarize the studies and my interpretation of their main findings, followed by systematic and other types of reviews.

### A. Cohort Studies

Cohort studies are generally best to study relatively common diseases and also have the advantage of allowing for more than one outcome of interest in a single study. If the study participants are disease-free at baseline and exposure data is collected at that time, temporality of the association between the exposure and disease is clearly established. A disadvantage to the cohort design, in addition to the cost of following the participants (and the potential loss to follow up) is that even the largest studies can accrue fewer cases than a case-control study, and the risk factor assessment can be less detailed, particularly if the disease of interest is not the primary endpoint of the study.

#### 1. Cohort Studies – Uterine Cancer

There are two prospective cohort studies that have presented novel data examining the association between chemical hair relaxer use and risk of uterine cancer. I examined each study in detail, noting the overall measure of effect and 95% confidence interval, how the exposure was categorized, the percent of the cohort exposed, the overall size of the cohort, the number of cases to date, and the year the recruitment started. When available, I included a measure of follow up time. The findings from the individual studies are described below and summarized in Table 5.

Table 5: Cohort studies examining the association between chemical hair relaxers and risk of uterine cancer

| Study (year) (ref) | Adjusted overall measure of effect (95% CI) | Exposure (% exposed) | Study/n/cases (year recruitment started) | Notes |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | | Mean years of follow up | |
| Chang et al. 2022[75] | HR: 1.8 (95% CI: 1.12, 2.88) for ever vs never<br><br>HR=2.55 (95% CI: 1.46, 4.45) for frequent use >4x/year | No use (9.1% of total cohort)<br><br>Of those that used, 59.9% were black/African American | Sister Study, 2003-2009 ages 35-74<br>N=50,884<br>33,947 included, 378 incident UC<br>10.9 years of follow up | -Asked for last 12 months of use in baseline questionnaire<br>-85.6% NHW<br>-Considered hair pressing products as use<br>-No association noted with other hair products/dye |
| Bertrand et al. 2023[76] | HR:1.23 (95% CI: 0.86, 1.76) for moderate use and 1.18 (95% CI: 0.81, 1.71) for heavy use.<br><br>Table 4: HR:1.60 (95% CI: 1.01, 2.53) and the HR associated with heavy use was 1.64 (95% CI: 1.01, 2.64). | -Never/light (<4yrs and le 2x/year) is referent group (10.1%)<br>-Moderate (all else) (53.0%)<br>-Heavy (GE 15 years and ge 5x/yr) (36.9%) | BWHS, 1995 ages 21-69<br>N=59,000<br>44,798 included;<br>347 incident UC | -Asked hair questions in 1997, lifetime use<br>-Only 5% never use, thus reference was never/light<br>-≥20 years of use relative to never/light use was 1.71 (1.08, 2.72), and similar associations were observed for 10–14 and 15–19 years of use (no duration-response noted overall) |

The Chang et al. manuscript had an accompanying editorial by Llanos et al. which highlighted the differences in the types of products used by African American/Black women and white women might add to the disparities seen with respect to the histologic subtypes of cancer that develop (i.e., Black women tend to get more aggressive subtypes). Further, they note, “For chemical hair straighteners specifically, mounting evidence support the prevalence of toxins, carcinogenic effects, chronic and early life exposure, and inequity in exposure, warranting the prioritization of interventions as a means for cancer prevention and control.”[77]

The study by Chang et al. was the first epidemiologic study to examine chemical hair relaxer use and uterine cancer risk in participants from the Sisters Study. Published in 2022, this cohort enrolled women who had at least one sister with breast cancer from 2003-2009. Women were between the ages of 35 and 74 at enrollment. A total of 50,884 women participated in the cohort, with a mean follow up time of 10.9 years. Questions about hair product use were asked in the baseline questionnaire, referencing the last 12 months before enrollment. They appropriately excluded about 33% of the original study population, primarily due to prior hysterectomy (~31%), but also due to prior uterine cancer diagnosis (n=380), or failure to provide answers to the product use questions (n=736). Cases were identified through self-report, with confirmation through medical records or death certificates. The majority (69.3%) of the n=378 cancers were confirmed in this manner, and sensitivity analyses were presented including just the confirmed cases with essentially similar findings.

Overall, 9.1% of the total study population reported ever use of chemical hair straighteners/relaxers; ever users were more likely to be Black/African American (59.9%). Ever vs never use of straightening products in the previous 12 months was associated with higher incident uterine cancer rates (HR:1.80, 95% CI: 1.12 to 2.88). The association was stronger when comparing frequent use (>4 times in the past 12 months) vs never use (HR:2.55, 95% CI:1.46 to 4.45; $P_{trend}$=0.002). Cox models were adjusted for an *a priori* selected list of confounders including race and ethnicity, educational attainment, BMI (restricted cubic spline with knots at the 5th, 35th, 65th, and 95th percentile, kg/m2), physical activity, menopausal status at enrollment, parity, smoking status, alcohol consumption, oral contraceptive use duration, hormone replacement therapy, and age at menarche.

The observed higher rates of incident uterine cancer with chemical hair relaxer use remained evident when restricting the outcomes to postmenopausal (frequent use: HR: 2.52, 95% CI: 1.39 to 4.55) cases and medically confirmed uterine (frequent use: HR: 2.78, 95% CI :1.39 to 5.55) and endometrial (frequent use: HR:2.68, 95% CI: 1.30 to 5.53) cancer cases. Similarly, the number of "Type II" cases also was insufficient to reliably provide estimates (n=5, both). The finding regarding women reporting lower activity having a greater risk of uterine cancer after ever using chemical hair straighteners/relaxers (HR= 2.59, 95% CI (1.46 to 4.61)) and frequent use (HR= 3.72 95% CI (1.91 to 7.25)) highlights the complex relationships between exercise, obesity, chemical hair relaxer use, and risk of uterine cancer.

The study was limited by only requesting usage data for the 12 months prior to the survey, which could lead to misclassification of use. However, based on the patterns of use manuscript by Schildroth et al., it is likely this time period misclassified women with a history of chemical hair relaxer use as never users, as use declines with age.[59] This was also true in this analysis, with ever users being younger compared to never users. Thus, misclassification of the referent group would drive the estimates towards the null.

Overall, this is a well-designed prospective cohort study with excellent longitudinal follow up and case ascertainment. The study methods are appropriate to answer the research questions, and the analysis is presented in a logical manner. Bias, confounding and chance are all considered. While the study population is primarily comprised of non-Hispanic white

women and all participants are recruited based on having a sister with breast cancer, the novel association described between chemical hair straighteners/relaxers and uterine cancer is established.

There was a letter to the Editor regarding this study.[78] Overall, the comments were not particularly insightful or accurate. First, Dr. Etminan posits that given the long latency period of uterine cancer (which is not defined but can be inferred from average age at diagnosis) that a time-lag analysis should be performed to address the cases that occurred shortly after enrollment, as the 12 month exposure period is too short. Authors had accounted for this in Supplementary Table by excluding cancers that occurred in the first year. Additionally, the letter does not recognize that many women use these products throughout their lives, and actually may use less frequently as they age (so use is underreported )—see Gaston 2019.[58]

Next, there was concern raised about residual confounding that may have occurred due to unbalanced confounder distribution between the cases and controls, and suggested propensity score matching as a better way to adjust for this in the analysis. The example used was oral contraceptives, which was more prevalent in the cases, which would likely drive the association towards the null, as oral contraceptive use has been shown across multiple studies to reduce risk of uterine cancer. The other example, hormone replacement therapy, which was more prevalent among the never users of chemical hair relaxers s does not have a clear relationship with uterine cancer, mostly due to the multiple types of therapies (e.g, sequential formulations with progestin added to estrogen for some days may increase risk, while combined progestin and estrogen may decrease risk). The only consistent association between hormone therapy and uterine cancer risk is with estrogen-only, which was well-established at least 25 years ago, so few women with intact uteri would be offered this formulation. The use of propensity score matching, which has been advocated by some in recent years, also has limitations. Like traditional individual or frequency matching, if a variable is selected as a matched variable, you cannot examine the association between the variable and the outcome. Additionally, a review by King and Nielsen in 2018 describes how propensity score matching often adds to the bias inherent in studies, along with various other limitations.[79]

Finally, there was a comment about competing risk of deaths due to CVD needing to be considered. This is only relevant if CVD is thought to be a confounding variable, as authors point out in the response. Additionally, the response from Chang et al. pointed out the inaccuracies in the letter to the Editor, specifically the incorrect sample size and the analyses presented in supplemental materials. Specifically, they noted that confounding did not appear to be an issue based on crude and adjusted models, mentioned limitations of the propensity score matching approach, and highlighted the evidence suggesting an association exists, while recognizing the need for additional studies.[80]

The study by Bertrand et al. examined chemical hair relaxer use in participants from the Black Women's Health Study.[76] This cohort started enrolling self-reported black or African American women between the ages of 21-69 in 1985. Questionnaires are administered every two years, with questions regarding hair relaxer use included in 1997. They appropriately excluded about

24% of the original study population because of no questionnaire in 1997 (~10%), hysterectomy (~10%), history of cancer (other than non-melanoma skin cancers (~2%) and failure to answer questions about chemical hair relaxers (~1%), leaving a cohort of n=44,798 women. From there, through self-report, linkages to state cancer registries, and linkage to the National Death Index, n=347 incident uterine cancers were identified through 2019.

Person-time was calculated from 1997 to diagnosis of any cancer, hysterectomy, death, or the end of follow-up (2019), whichever came first. Risk of uterine cancer associated with moderate or heavy use of chemical hair relaxers compared to the referent category of never/light use was estimated through Cox proportional hazard models. Multivariable models included adjustment for potential confounders: age at menarche (≤11, 12, 13, ≥14 years), oral contraceptive use (≥5 years, <5 years, never), parity (nulliparous, 1 child, 2 children, ≥3 children), menopausal status (pre, post), postmenopausal hormone use (never, ever estrogen alone, ever estrogen plus progestin but never estrogen alone, ever progestin alone), BMI (continuous), smoking history (never, past, current), alcohol consumption (<1, 1–6, ≥7 drinks/week), physical activity (none, <5, ≥5 hours/week), residential region (Northeast, South, Midwest, West, other), educational attainment (≤12, 13–15, ≥16 years). Missing information in covariates was low (generally <2%) and included as a separate category in models.

There was increased risk in women who were moderate users (HR: 1.23, 95% CI: 0.86, 1.76) and heavy use (HR:1.18, 95% CI: 0.81, 1.71) compared to never/light use of chemical hair relaxers, after adjustment. Women who reported using chemical hair relaxers for 20 or more years also had an increased risk of uterine cancer compared to never/light use (HR: 1.28; 95% CI: 0.89, 1.84). In stratified analyses, they evaluated premenopausal and postmenopausal uterine cancer separately. This is important because the incidence of uterine cancer in women under 50 was approximately 6 per 100,000 in 2017 versus 64 per 100,000 in women over the age of 50—a 10-fold difference.[81] While this age stratification does not precisely capture menopausal status, it is the best estimate for population-based data. Among postmenopausal women, the HR associated with moderate use of hair relaxers was 1.60 (95% CI: 1.01, 2.53) and the HR associated with heavy use was 1.64 (95% CI: 1.01, 2.64). Additionally, the HR for ≥20 years of use relative to never/light use was 1.71 (1.08, 2.72). Overall, postmenopausal black/African American women who used chemical hair relaxers more than twice a year or for more than five years were at least 50% more likely to develop uterine cancer compared to those who rarely or never used them. This finding is consistent with the findings from Chang et al. in the Sister Study.[75]

Also similar to the Chang et al. report, the Black Women's Health Study did not collect information on the brands of products used. They presented various sensitivity analyses that continued to show an association between chemical hair relaxer use and uterine cancer, suggesting a robust association. Most notably, 95% of the study population reported ever use of chemical hair relaxers at some point, so "light" use was included in the referent group. When the referent group has some degree of misclassification (in this case, by design), the resulting estimates of association will be biased towards the null.

Overall, this is a well-designed prospective cohort study with excellent longitudinal follow up and case ascertainment. The study methods are appropriate to answer the research questions and the analysis is presented in a logical manner. Bias, confounding and chance are all considered. The study population is self-identified Black or African American women, primarily recruited through being subscribers to Essence magazine, women who had participated in the feasibility studies, members of the Black Nurses' Association, and friends and relatives of respondents.[82] While this differs from the Sister Study, the association described between chemical hair relaxers and uterine cancer is replicated in this highly exposed population.

### 2. Summary of Cohort Studies – Uterine Cancer

The findings between the Sister Study, comprised mostly of non-Hispanic white women who all had a sister with breast cancer, and the Black Women's Health Study are consistent for postmenopausal women with "frequent" or "heavy" use, as defined by each study. From the Sister Study, the HR for frequent use was 2.52 (95% CI: 1.39 to 4.55) among postmenopausal women, while the Black Women's Health Study reported the HR to be 1.71 (95% CI: 1.08, 2.72). While statistically similar, the slightly higher estimates in the Sister Study could be the result of underlying genetics, given the inclusion criteria of having a sister with breast cancer. A genetic predisposition could act as an effect modifier, whereby exposure to the toxic ingredients of chemical hair relaxers under these conditions might produce a different risk (most likely, higher) of uterine and ovarian cancer. In both studies, it is likely there is some misclassification of the exposure, with exposed individuals in the "unexposed" reference group, resulting in the estimates being biased towards the null.

The two cohort studies share similar strengths, with the timing of the exposure preceding the uterine cancer diagnosis, high response rates with limited loss to follow up, the ability to confirm the majority of outcomes, and detailed collection of potential confounding variables. There is one limitation of both studies, which is the inability to determine specific brands or types of products that were used. Given the mix of chemicals and the changes over time, it would be nearly impossible to collect this information. Overall, the studies report consistent increased risk of uterine cancer in postmenopausal women who were frequent or heavy users of chemical hair relaxers, an exposure that was incredibly common among Black/African American women.

### 3. Cohort Studies – Ovarian cancer

Additional data from the Sister Study has been used to analyze risk of ovarian cancer associated with use of chemical hair relaxers.[83] Published in 2021, this cohort enrolled women who had at least one sister with breast cancer from 2003-2009. Women were between the ages of 35 and 74 at enrollment. A total of 50,884 participated in the cohort, with a mean follow up time of 10 years at the time of analysis. Questions about hair product use were asked in the baseline questionnaire, referencing the last 12 months before enrollment. They appropriately excluded about 20.3% of the original study population, primarily due to prior oophorectomy (with or without hysterectomy, n=8,909), but also due to an ovarian cancer

diagnosis reported at baseline (n=201), ovarian cancers where the timing was unclear (n=39), failure to provide answers to the product use questions (n=977), or failure to add time to follow up (n=196) This left 40,559 women included in the analysis (79.7% of the cohort). Cases were identified through self-report, with confirmation through medical records or death certificates as well as through linkages to the National Death Index. The majority (76.8%) of the n=241 cancers that were self-reported were confirmed. Participants are surveyed every 3 years, and response rates have remained around 90%.

At enrollment, study participants completed an extensive written questionnaire that included information on hair products used in the previous 12 months. In addition to chemical hair relaxers (pressing was also included in this category), this analysis included permanent, semi-permanent and temporary dyes, bleach, highlights, and perms. It should be highlighted that some women who are categorized as being exposed to straightening products may have used products that are less harsh than chemical straighteners/relaxers. Thus, the effect estimates reported here may underestimate the true association. Similarly, the 12 month period captured here likely misclassifies women as “never users” who had used these products earlier in life. This would also underestimate the true association.

The authors report a positive association between ever use of chemical hair relaxers in the past 12 months and incident ovarian cancer (HR = 1.29, 95% CI:0.70–2.38). Notably, frequent use (>4 times/year) of relaxers was strongly associated with ovarian cancer, compared to never use (HR = 2.19, 95% CI: 1.12–4.27; *p*-for-trend = 0.03). They noted that the positive association between frequent use of relaxers and ovarian cancer is stronger for non-serous ovarian cancer (HR = 4.35, 95% CI: 1.10–17.2) versus serous tumors (HR = 1.13, 95% CI: 0.49–2.57) (*p*-for-heterogeneity = 0.25). Additionally, they reported that associations estimated for ever or frequent use of hair products tended to be higher for African American/Black women than for non-Hispanic White women. This analysis was not stratified by menopause status, but based on the average age at diagnosis, it can be assumed most were postmenopausal.

Overall, this study is consistent with the reports in uterine cancer, where women who were frequent (>4 times/year) users of chemical hair relaxers had twice the risk of ovarian cancer compared to women who were never users.

#### 4. Case Control Studies – Uterine and Ovarian cancers

Case control studies are appropriate when the outcome is relatively rare, as is true with many cancers. To date, no case control studies have been published in peer-reviewed literature regarding the association between chemical hair relaxers and uterine or ovarian cancers.

### B. Systematic Reviews and Meta-Analyses

As there are limited data from epidemiologic studies specific to uterine and ovarian cancers, the three systematic reviews identified included various malignant and benign gynecologic conditions and different types of hair products or chemical hair relaxers and hormone-sensitive reproductive outcomes.[84–86] The first article, published in 2023, was a brief 4 paragraphs that

noted 9 articles had been published between 2000 and 2022, with 7 of the 9 focused on breast cancer, and a single article each on uterine and ovarian cancers. Notably, this report only described uterine cancer, and focused on the lack of generalizability (the Sister Study participants are predominantly non-Hispanic white women), concerns about the lack of detail regarding type of product used, and ultimately called for larger, more detailed studies to be performed.[86] Next, published in 2024, the Farooq et al. review summarized the findings from the Sister Study, but did not include the Black Women's Health Study (although Bertrand et al. was available online October 10, 2023 and published December 15, 2023, prior to the revision date of Farooq et al. on January 14, 2024), something I consider to be a critical omission and a flaw in terms of the methodology that was used by the authors of this study.[84] Lastly, the 2025 study by Hernandez et al., employees of the Benchmark Risk Group, noted that chemical hair relaxers were not associated with breast, ovarian, or uterine cancers in black women.[85] With a heavy emphasis on statistical significance (i.e., p-values), they note, "The authors assessed the association between hair relaxers and uterine cancer within the BWHS and did not identify statistically significant associations except among postmenopausal women." but ultimately conclude, "…the overall findings of our current review suggest that Black women likely do not experience increased risk of breast cancer, ovarian cancer, or uterine cancer due to hair relaxer use" and concede that more research is needed to examine the potential relationship between uterine leiomyomata and hair relaxer use. Notably, the study Hernandez et al. referenced regarding uterine leiomyomata does not contain those data, and is instead from the Pregnancy Study Online (PRESTO) cohort of women planning to conceive ("preconception") women, examining factors associated with fecundability.[87] The manuscript they should have examined is from the Black Women's Health Study, and it reported the incidence rate ratio comparing ever with never use of relaxers of 1.17 (95% CI: 1.06, 1.30) for uterine leiomyomatas, with evidence of a trend associated with increasing number of uses each year ($P_{trend}$ = 0.002).[88] Overall, the reviews are mostly a regurgitation of the original work and the review by Hernandez et al. fails to recognize the significant risk associated with chemical hair relaxers in postmenopausal women, despite their heavy reliance on statistical significance as a way to rule out an association.

No meta-analyses have been published to date. I did not identify any other types of reviews (invited or investigator-initiated).

## X. Professional Organization and/or Foundation Statements for Patient Care

My searches also identified several websites or press releases from professional and scientific organizations or foundations. It was unclear what, if any, methodology was used to support their recommendations. While I did not put much weight onto these statements, I did consider amongst others, statements from the American Cancer Society, the American College of Obstetricians and Gynecologists, and the National Cancer Institute PDQ-Health Professional Version.

## XI. Chemical Hair Relaxers as a Causal Factor in Carcinogenesis of Uterine and Ovarian Cancers

This review focused on primary epidemiologic literature, systematic reviews, commentaries and other statements that examined chemical hair relaxers and risk of two cancers of the female reproductive tract: uterine and ovarian cancers. I also examined original literature regarding the biological mechanisms that might drive this association, including research in humans, animal models, and cell lines. I reviewed the chemical properties of chemical hair relaxer products, which are mixtures of various chemicals, some of which are carcinogens. I considered multiple lines of evidence as I formulated my opinion. I returned to the framework described below as a way to summarize my conclusions.

In 1965, Sir Austin Bradford Hill, at the time a Professor Emeritus of Medical Statistics, at the University of London published the seminal manuscript, "The Environment and Disease: Association or Causation?" in the *Proceedings of the Royal Society of Medicine*.[89] In it, he described his viewpoints on 9 areas to consider when assessing whether the relationship between an environmental factor and an outcome could be deemed causal. This framework allows an integrative synthesis that is still considered useful in modern day risk assessment.[90,91] Here, I describe my interpretation of his viewpoints, considering updates to what has been discovered about human health and disease over the last five decades since, "Hill's Criteria", as they have become colloquially known, were published. The quotes below are taken from this publication unless otherwise referenced.

*Strength of Association* and *Consistency*: The first two concepts put forth by Dr. Hill are related, strength of association and consistency. Strength of association refers to the estimate of risk—in other words, how large the measure of association is. In Dr. Hill's terms, consistency was established via multiple epidemiologic studies using a variety of populations and methods--showing a consistent association with respect to the null hypothesis. Recent adaption of these concepts describes how this should include careful examination of underlying methods, comparison to the weight of evidence in the literature, and consideration of other contextual factors.[92]

In the Sister Study, women who ever used chemical hair relaxers were about 80% more likely to develop uterine cancer after adjustment for potential confounders suggesting strength of association. This association is even greater when just the medically confirmed cases are included, indicating the finding is robust. Further, when analyses are restricted to postmenopausal women who are at increased risk as they age, the hazard ratio associated with frequent use is 2.52 (95% CI: 1.39 to 4.55).

The BWHS noted increased risk in women who were moderate users (HR: 1.23, 95% CI: 0.86, 1.76) and heavy use (HR:1.18, 95% CI: 0.81, 1.71) compared to never/light use of chemical hair relaxers, after adjustment. As in the Sister Study, risk was higher for post-menopausal women, with about 70% increased risk (HR=1.71 95% CI: 1.08, 2.72) among those with frequent or heavy use. It is important to note that the "unexposed" group used as the reference group in the Sister Study did contain women who had some exposure to chemical hair

relaxers—there were too few women with no exposure to analyze them separately. This likely results in a bias toward the null and lower estimates of risk, in comparison to, for example, the greater than two-fold increases in risk that were elicited in the Sister Study analysis for which there was a true "never exposed" comparator group .

Currently, only the Sister Study has released data regarding the association between chemical hair relaxers and ovarian cancer risk. They noted frequent use (>4 times/year) of relaxers/relaxers or pressing products in the past year was associated with an increased risk of ovarian cancer (HR = 2.19, 95% CI: 1.12-4.27). Moreover, in a subanalysis of frequent users with histopathological diagnosis of non-serous ovarian cancer, the risk was greater than four-fold, albeit the confidence intervals were wide likely due to the small number of cases included in the calculation.

Overall, those who were frequent or heavy users of chemical hair relaxers were at increased risk of uterine and ovarian cancers. Excess risk ranges from 20% to about 250%, with greatest risk seen among postmenopausal women.  Taken together I give moderate to strong weight to the strength of association and consistency reported in the cohort studies to date.

*Specificity:* The third factor described by Hill was specificity between the exposure and outcome, meaning the exposure only caused one disease. While including this as a point of consideration, Hill also noted that this would be a very strong piece of evidence if it were the case, but that it was likely a particular exposure could cause many different diseases.  He noted the case of cigarette smoking (his area of expertise) with both lung and nose cancers, and also gave the example of milk being a vector for various infectious agents that caused a host of diseases.  Thus, specificity has generally not been strongly considered as a factor when examining causality, given that the development of most cancers is multifactorial.

*Temporality:* Temporality is a simple concept as to whether the exposure occurred before the disease.  While conceptually simple, it can be more difficult to determine in diseases where there is a long latency period between the exposure and the onset of clinically apparent disease. Similarly, the idea that there may be windows of susceptibility where exposures during that time period are particularly deleterious, can make temporality difficult to ascertain. Regardless, this is an important consideration when assessing causality, because if the exposure clearly did not occur before the disease, there would be no causal association.

Here, temporality is well established, given that uterine and ovarian cancers occur in adulthood, and most chemical hair relaxer exposures started in early childhood or adolescence. Concerns regarding only asking about the last year of use are warranted, but work by Gaston et al. in 2019 reported relaxer usage patterns among women.[58]  They found that most women who use chemical hair relaxers start during their teens or younger and are more likely to quit using these products as they age.  This would introduce differential misclassification into the exposure, where the those who were actually exposed are included in the unexposed group.  This bias, where those who were exposed are classified as unexposed, shifts the relative risk towards the null.

In my opinion, temporality is strongly established and was also given a strong weight when considering the totality of evidence.

_Biologic gradient_: The fifth guideline described was the idea that a biological gradient, or a dose-response association is present, with increased exposures (either in time or intensity) leading to a greater risk of disease. As with temporality, it is simple in concept but can be difficult to assess in real life. A dose-response relationship assumes a linear association between the exposure and disease and does not consider that there may be a low threshold of exposure that is sufficient to cause disease (i.e., after a certain intensity or duration, risk does not increase). Additionally, the biological gradient does not take into account windows of susceptibility; however, if present, it can provide good evidence supporting causality (see pack years of cigarette smoking and risk of tobacco-related cancers).

Dose-response is a combined measurement of frequency of use and number of years of use. Here, evidence also exists supporting a biologic gradient, or dose-response relationship. In the Sister Study,  those who used chemical hair relaxers more than 4 times in the last 12 months, had a 2.5 times the risk of developing uterine cancer (HR=2.55, 95% CI (1.46 to 4.45)) after adjustment and the overall trend for use over time was also significant ($P_{trend}$=.002).[75] In the BWHS, which utilized a combined dose-response measure (no/light as the reference group, moderate and heavy), no differences were seen between the moderate and heavy groups; however, these groups were not granular, with wide exposures possible within each category. Additionally, it is possible that the main effects of the exposure happen during critical developmental periods that occur early in life, and anything afterwards does not continue to increase risk.  In other words, a threshold of exposure is met at an early age. For example, even low levels of exposure to EDC may negatively impact various mechanisms, ultimately increasing risk of cancer, depending on the timing of the exposure.[69]

In my opinion, there is some evidence of a dose-response relationship between use of chemical hair relaxers and uterine and ovarian cancers. I weighted this as a moderate factor in my overall assessment.

_Biological plausibility:_ The idea that an association must be considered feasible given what was known about the underlying biology was described as the sixth factor with the caveat, "…But this is a feature I am convinced we cannot demand. What is biologically plausible depends upon the biological knowledge of the day." Often, biologically plausibility is supplemented by studies in other model systems (rodent models, cell lines) with the idea that this extends to humans.  Lack of biological plausibility may simply be a limitation of scientific knowledge."

There exist multiple pathways of biological plausibility. The complex mixtures of chemicals found in hair straightener products may promote carcinogenesis individually or in combination. Classes of chemicals, such as endocrine disrupting chemicals (EDCs) may drive carcinogenesis, as well as single chemicals including heavy metals and formaldehyde that are classified as carcinogenic.[66] In my opinion biologic plausibility is strongly established, and I weighted biologic plausibility as a strong factor.

*Coherence:* The seventh factor, coherence, advises that the relationship between the exposure and disease should not be far afield from what is generally understood about the underlying biology of the disease. Similar to biologic plausibility, this may be limited by scientific knowledge. Coherence is also in place, as exposure to endocrine disrupting chemicals would support the hypothesis that excess estrogen can drive carcinogenesis in estrogen-sensitive tissues, including uterine and ovarian cancers. Additionally, by definition, a chemical that is labeled as a carcinogen would support coherence. I weighted coherence as a strong factor.

*Experimental evidence:* The eighth factor is experimental evidence. Hill noted that interventions or experiments that demonstrate a change in the outcome after the removal (or reduction) of the suspected cause provides evidence for causality. It would be unethical to intentionally expose women to the chemicals in chemical hair relaxers, given what observational studies have shown thus far, hence these data are not feasible. As examining chemical hair relaxer exposure and uterine and ovarian cancers in humans is feasible only through observational studies, experimental evidence could be gathered if the exposure was completely discontinued (e.g., women quit using chemical hair relaxers) and the risk of uterine and ovarian cancers decreased—but this would take decades. This factor is not considered in the overall analysis to determine causality between chemical hair relaxers and uterine or ovarian cancer.

*Analogy:* With respect to analogy, if there was an established causal relationship between a similar exposure and disease, it would add support to this line of evidence. In other words, the relationship is in line with other similar exposure-disease associations. An example of this would be the established cigarette—lung cancer association, and the cigar—lung cancer association. While both are combustible tobacco products, there are some differences in patterns of use, amounts and types of chemicals, etc.; however, both are tobacco-based, similar exposures. Here, as with coherence, the relationship between excess estrogen, obesity, and cancers of the female reproductive tract has been well-established. As "cancer" is a group of complex diseases, there are many possible analogies, thus I would weight this as a low factor in assessment of causality.

It should be noted that Hill himself stated that these 9 guidelines should not be considered "hard and fast" rules of evidence that must be met before a causal determination was made. Instead, they should be considered as a whole, and help answer the question, "is there any other answer equally, or more, likely than cause and effect?"

## XII. Summary Opinion

Chemical hair relaxers are commonly used products containing a mixture of chemicals that have been used by generations of women, particularly Black/African American women, generally starting in childhood and continuing for decades. Uterine cancer is the most frequently diagnosed female reproductive cancer, increasing in incidence and mortality over the last several decades. Ovarian cancer is less common but is typically more rapidly fatal. Cohort studies are appropriate to examine these associations and have the advantage of

defining the temporal association between the exposure and the disease. I considered the strengths, weaknesses and the rigor of each individual study when providing a comprehensive evaluation of these data. I also considered multiple lines of evidence, including findings from exposure and environmental health science, toxicology, cancer biology, and endocrinology when making a determination about whether the potential mechanism(s) driving the association between use of chemical hair relaxers and uterine and ovarian cancers are scientifically sound.

I considered the totality of the evidence and highlight below the points that support my opinion that the association between chemical hair relaxer use, uterine and ovarian is more likely than not a causal relationship.

•These chemical hair relaxers are a mixture of chemicals, some of which are known to be directly carcinogenic (i.e., formaldehyde), whereas others are classified as endocrine disruptive chemicals (EDCs), which can drive the carcinogenic process, particularly in hormone-responsive cancers.[72,93]

• There is strong evidence that the chemicals, either individually or in combinations as a mixture, can cause uterine and ovarian cancers.

•There is a consistent association between use of chemical hair relaxers and uterine cancer across two well-characterized study cohorts—the Sister Study and the Black Women's Health Study. The Sister Study also noted an association between chemical hair relaxers and ovarian cancer. All three studies indicate increased risk of cancer of a magnitude (~2.0) in post-menopausal women, the group at highest risk of uterine and ovarian cancers. The risk estimates in these studies are comparable to other common exposures that are causally related to cancer. It is evident the exposure occurred prior to the disease, given most chemical hair relaxer use started in childhood or early adolescence.

•The epidemiologic studies are well-designed, have excellent follow up, and cover a wide range of potential exposures. The biases that could potentially result in an over or under estimate of the measures of effect did not invalidate the associations seen between use of chemical hair relaxers and uterine or ovarian cancer risk—in fact, misclassification of light users into the "no use" group in the BWHS and the collection of use in just the last 12 months for the Sister Study—would underestimate the risk of chemical hair relaxers and these reproductive cancers.

For these reasons, based on my education, training, and experience and the totality of evidence available today, it is my opinion to a reasonable degree of scientific certainty that the use of chemical hair relaxers can cause uterine and ovarian cancers. I reserve the right to revise or amend my report if additional information is made available, which includes but is not limited to discovery and expert disclosures by the defendants. In addition I reserve the right to review and evaluate any and all relevant new literature in this area using the methodology set forth in this report.

Michele L. Cote, PhD, MPH

December 1, 2025

## Literature Cited


1. Gordis L. *Epidemiology*. Fifth edition. Elsevier/Saunders; 2014.

2. Rothman KJ. *Modern Epidemiology*. 5. print. Little Brown; 1986.

3. Porta MS, International Epidemiological Association, eds. *A Dictionary of Epidemiology*. 5th ed. Oxford University Press; 2008.

4. Centers for Disease Control (CDC). Pneumocystis pneumonia--Los Angeles. *MMWR Morb Mortal Wkly Rep*. 1981;30(21):250-252.

5. Schabath MB, Cote ML. Cancer Progress and Priorities: Lung Cancer. *Cancer Epidemiol Biomark Prev Publ Am Assoc Cancer Res Cosponsored Am Soc Prev Oncol*. 2019;28(10):1563-1579. doi:10.1158/1055-9965.EPI-19-0221

6. Cote ML, Alhajj T, Ruterbusch JJ, et al. Risk factors for endometrial cancer in black and white women: a pooled analysis from the Epidemiology of Endometrial Cancer Consortium (E2C2). *Cancer Causes Control CCC*. 2015;26(2):287-296. doi:10.1007/s10552-014-0510-3

7. Evans RM, Scholze M, Kortenkamp A. Additive Mixture Effects of Estrogenic Chemicals in Human Cell-Based Assays Can Be Influenced by Inclusion of Chemicals with Differing Effect Profiles. Pant AB, ed. *PLoS ONE*. 2012;7(8):e43606. doi:10.1371/journal.pone.0043606

8. Miller MF, Goodson WH, Manjili MH, Kleinstreuer N, Bisson WH, Lowe L. Low-Dose Mixture Hypothesis of Carcinogenesis Workshop: Scientific Underpinnings and Research Recommendations. *Environ Health Perspect*. 2017;125(2):163-169. doi:10.1289/EHP411

9. American Cancer Society. Cancer Statistics Center. Accessed May 24, 2025. http://cancerstatisticscenter.cancer.org

10. Clarke MA, Devesa SS, Harvey SV, Wentzensen N. Hysterectomy-Corrected Uterine Corpus Cancer Incidence Trends and Differences in Relative Survival Reveal Racial Disparities and Rising Rates of Nonendometrioid Cancers. *J Clin Oncol Off J Am Soc Clin Oncol*. 2019;37(22):1895-1908. doi:10.1200/JCO.19.00151

11. Cote ML, Ruterbusch JJ, Olson SH, Lu K, Ali-Fehmi R. The Growing Burden of Endometrial Cancer: A Major Racial Disparity Affecting Black Women. *Cancer Epidemiol Biomark Prev Publ Am Assoc Cancer Res Cosponsored Am Soc Prev Oncol*. 2015;24(9):1407-1415. doi:10.1158/1055-9965.EPI-15-0316

12. Abel MK, Liao CI, Chan C, et al. Racial disparities in high-risk uterine cancer histologic subtypes: A United States Cancer Statistics study. *Gynecol Oncol*. 2021;161(2):470-476. doi:10.1016/j.ygyno.2021.02.037

13. Clarke MA, Devesa SS, Hammer A, Wentzensen N. Racial and Ethnic Differences in Hysterectomy-Corrected Uterine Corpus Cancer Mortality by Stage and Histologic Subtype. *JAMA Oncol*. 2022;8(6):895-903. doi:10.1001/jamaoncol.2022.0009

14. Wright JD, Prest MT, Ferris JS, et al. Projected Trends in the Incidence and Mortality of Uterine Cancer in the United States. *Cancer Epidemiol Biomark Prev Publ Am Assoc Cancer Res Cosponsored Am Soc Prev Oncol*. 2025;34(7):1156-1166. doi:10.1158/1055-9965.EPI-24-1422

15. Mullins MA, Cote ML. Beyond Obesity: The Rising Incidence and Mortality Rates of Uterine Corpus Cancer. *J Clin Oncol*. 2019;37(22):1851-1853. doi:10.1200/JCO.19.01240

16. *SEER Preliminary Cancer Incidene Rate Estimates for Diagnosis Years 2000-2022*. National Cancer Institute Accessed May 24, 2025. https://seer.cancer.gov/statistics/preliminary-estimates/

17. Henley SJ, Miller JW, Dowling NF, Benard VB, Richardson LC. Uterine Cancer Incidence and Mortality - United States, 1999-2016. *MMWR Morb Mortal Wkly Rep*. 2018;67(48):1333-1338. doi:10.15585/mmwr.mm6748a1

18. Meade CE, Sinnott JA, Padamsee TJ, et al. Geographic Variation of Racial and Ethnic Differences in Uterine Cancer Survival. *JAMA Netw Open*. 2025;8(4):e257227. doi:10.1001/jamanetworkopen.2025.7227

19. Johnson AL, Medina HN, Schlumbrecht MP, Reis I, Kobetz EN, Pinheiro PS. The role of histology on endometrial cancer survival disparities in diverse Florida. Glubb D, ed. *PLOS ONE*. 2020;15(7):e0236402. doi:10.1371/journal.pone.0236402

20. Bokhman JV. Two pathogenetic types of endometrial carcinoma. *Gynecol Oncol*. 1983;15(1):10-17. doi:10.1016/0090-8258(83)90111-7

21. Talhouk A, McConechy MK, Leung S, et al. Confirmation of ProMisE: A simple, genomics-based clinical classifier for endometrial cancer. *Cancer*. 2017;123(5):802-813. doi:10.1002/cncr.30496

22. Cancer Genome Atlas Research Network, Kandoth C, Schultz N, et al. Integrated genomic characterization of endometrial carcinoma. *Nature*. 2013;497(7447):67-73. doi:10.1038/nature12113

23. Setiawan VW, Yang HP, Pike MC, et al. Type I and II endometrial cancers: have they different risk factors? *J Clin Oncol Off J Am Soc Clin Oncol*. 2013;31(20):2607-2618. doi:10.1200/JCO.2012.48.2596

24. Felix AS, Brinton LA. Cancer Progress and Priorities: Uterine Cancer. *Cancer Epidemiol Biomark Prev Publ Am Assoc Cancer Res Cosponsored Am Soc Prev Oncol*. 2018;27(9):985-994. doi:10.1158/1055-9965.EPI-18-0264

25. Makker V, MacKay H, Ray-Coquard I, et al. Endometrial cancer. *Nat Rev Dis Primer*. 2021;7(1):88. doi:10.1038/s41572-021-00324-8

26. Ryan N a. J, Glaire MA, Blake D, Cabrera-Dandy M, Evans DG, Crosbie EJ. The proportion of endometrial cancers associated with Lynch syndrome: a systematic review of the literature and meta-analysis. *Genet Med Off J Am Coll Med Genet*. 2019;21(10):2167-2180. doi:10.1038/s41436-019-0536-8

27. Harajka A, Hercsik T, das Virgens IPA, et al. Association of oral contraceptives and risk of endometrial cancer: A systematic review and meta-analysis. *Acta Obstet Gynecol Scand*. 2025;104(4):591-603. doi:10.1111/aogs.15043

28. Felix AS, Gaudet MM, La Vecchia C, et al. Intrauterine devices and endometrial cancer risk: a pooled analysis of the Epidemiology of Endometrial Cancer Consortium. *Int J Cancer*. 2015;136(5):E410-422. doi:10.1002/ijc.29229

29. Baron JA, Nichols HB, Anderson C, Safe S. Cigarette Smoking and Estrogen-Related Cancer. *Cancer Epidemiol Biomark Prev Publ Am Assoc Cancer Res Cosponsored Am Soc Prev Oncol*. 2021;30(8):1462-1471. doi:10.1158/1055-9965.EPI-20-1803

30. Chlebowski RT, Aragaki AK, Pan K, et al. Menopausal Hormone Therapy and Ovarian and Endometrial Cancers: Long-Term Follow-Up of the Women's Health Initiative Randomized Trials. *J Clin Oncol Off J Am Soc Clin Oncol*. 2024;42(30):3537-3549. doi:10.1200/JCO.23.01918

31. Crum CP, Drapkin R, Miron A, et al. The distal fallopian tube: a new model for pelvic serous carcinogenesis. *Curr Opin Obstet Gynecol*. 2007;19(1):3-9. doi:10.1097/GCO.0b013e328011a21f

32. Lee Y, Medeiros F, Kindelberger D, Callahan MJ, Muto MG, Crum CP. Advances in the recognition of tubal intraepithelial carcinoma: applications to cancer screening and the pathogenesis of ovarian cancer. *Adv Anat Pathol*. 2006;13(1):1-7. doi:10.1097/01.pap.0000201826.46978.e5

33. Kurman RJ, Shih IM. Pathogenesis of Ovarian Cancer: Lessons From Morphology and Molecular Biology and Their Clinical Implications. *Int J Gynecol Pathol*. 2008;PAP. doi:10.1097/PGP.0b013e318161e4f5

34. National Cancer Institute. *SEER Cancer Stat Facts: Ovarian Cancer*.; 2023. Accessed October 6, 2023. https://seer.cancer.gov/statfacts/html/ovary.html

35. Ebell MH, Culp MB, Radke TJ. A Systematic Review of Symptoms for the Diagnosis of Ovarian Cancer. *Am J Prev Med*. 2016;50(3):384-394. doi:10.1016/j.amepre.2015.09.023

36. Prat J, D'Angelo E, Espinosa I. Ovarian carcinomas: at least five different diseases with distinct histological features and molecular genetics. *Hum Pathol*. 2018;80:11-27. doi:10.1016/j.humpath.2018.06.018

37. Malpica A, Deavers MT, Lu K, et al. Grading Ovarian Serous Carcinoma Using a Two-Tier System: *Am J Surg Pathol*. 2004;28(4):496-504. doi:10.1097/00000478-200404000-00009

38. WHO. Classification of Tumours Editorial Board. In Female Genital Tumours, 5th ed. Published online 2020.

39. Wang Y, Hong S, Mu J, et al. Tubal Origin of "Ovarian" Low-Grade Serous Carcinoma: A Gene Expression Profile Study. *J Oncol*. 2019;2019:8659754. doi:10.1155/2019/8659754

40. Jonathan A. Ledermann, Daniela Luvero, Aaron Shafer, et al. Gynecologic Cancer InterGroup (GCIG) Consensus Review for Mucinous Ovarian Carcinoma. *Int J Gynecol Cancer*. 2014;24(Supp 3):S14. doi:10.1097/IGC.0000000000000296

41. Cheasley D, Wakefield MJ, Ryland GL, et al. The molecular origin and taxonomy of mucinous ovarian carcinoma. *Nat Commun*. 2019;10(1):3935. doi:10.1038/s41467-019-11862-x

42. Tafe LJ, Garg K, Chew I, Tornos C, Soslow RA. Endometrial and ovarian carcinomas with undifferentiated components: clinically aggressive and frequently underrecognized neoplasms. *Mod Pathol*. 2010;23(6):781-789. doi:10.1038/modpathol.2010.41

43. Bennett JA, Oliva E. Undifferentiated and dedifferentiated neoplasms of the female genital tract. *Semin Diagn Pathol*. 2021;38(6):137-151. doi:10.1053/j.semdp.2020.11.002

44. du Bois A, Trillsch F, Mahner S, Heitz F, Harter P. Management of borderline ovarian tumors. *Ann Oncol*. 2016;27:i20-i22. doi:10.1093/annonc/mdw090

45. Loda M, Mucci LA, Mittelstadt ML, Van Hemelrijck M, Cotter MB, eds. *Pathology and Epidemiology of Cancer*. Springer; 2017. doi:10.1007/978-3-319-35153-7

46. Reid BM, Permuth JB, Sellers TA. Epidemiology of ovarian cancer: a review. *Cancer Biol Med*. 2017;14(1):9-32. doi:10.20892/j.issn.2095-3941.2016.0084

47. Whelan E, Kalliala I, Semertzidou A, et al. Risk Factors for Ovarian Cancer: An Umbrella Review of the Literature. *Cancers*. 2022;14(11):2708. doi:10.3390/cancers14112708

48. Dixon-Suen SC, Nagle CM, Thrift AP, et al. Adult height is associated with increased risk of ovarian cancer: a Mendelian randomisation study. *Br J Cancer*. 2018;118(8):1123-1129. doi:10.1038/s41416-018-0011-3

49. Toss A, Tomasello C, Razzaboni E, et al. Hereditary ovarian cancer: not only BRCA 1 and 2 genes. *BioMed Res Int*. 2015;2015:341723. doi:10.1155/2015/341723

50. Struewing JP, Hartge P, Wacholder S, et al. The risk of cancer associated with specific mutations of BRCA1 and BRCA2 among Ashkenazi Jews. *N Engl J Med*. 1997;336(20):1401-1408. doi:10.1056/NEJM199705153362001

51. Babic A, Sasamoto N, Rosner BA, et al. Association Between Breastfeeding and Ovarian Cancer Risk. *JAMA Oncol*. 2020;6(6):e200421. doi:10.1001/jamaoncol.2020.0421

52. Hurwitz LM, Townsend MK, Jordan SJ, et al. Modification of the Association Between Frequent Aspirin Use and Ovarian Cancer Risk: A Meta-Analysis Using Individual-Level Data From Two Ovarian Cancer Consortia. *J Clin Oncol Off J Am Soc Clin Oncol*. 2022;40(36):4207-4217. doi:10.1200/JCO.21.01900

53. Kjaer SK, Mellemkjaer L, Brinton LA, Johansen C, Gridley G, Olsen JH. Tubal sterilization and risk of ovarian, endometrial and cervical cancer. A Danish population-based follow-up study of more than 65 000 sterilized women. *Int J Epidemiol*. 2004;33(3):596-602. doi:10.1093/ije/dyh046

54. Cibula D, Widschwendter M, Zikan M, Dusek L. Underlying mechanisms of ovarian cancer risk reduction after tubal ligation. *Acta Obstet Gynecol Scand*. 2011;90(6):559-563. doi:10.1111/j.1600-0412.2011.01114.x

55. Salvador S, Scott S, Francis JA, Agrawal A, Giede C. No. 344-Opportunistic Salpingectomy and Other Methods of Risk Reduction for Ovarian/Fallopian Tube/Peritoneal Cancer in the General Population. *J Obstet Gynaecol Can JOGC J Obstet Gynecol Can JOGC*. 2017;39(6):480-493. doi:10.1016/j.jogc.2016.12.005

56. Clarfield L, Diamond L, Jacobson M. Risk-Reducing Options for High-Grade Serous Gynecologic Malignancy in BRCA1/2. *Curr Oncol Tor Ont*. 2022;29(3):2132-2140. doi:10.3390/curroncol29030172

57. Llanos AAM, Rabkin A, Bandera EV, et al. Hair product use and breast cancer risk among African American and White women. *Carcinogenesis*. 2017;38(9):883-892. doi:10.1093/carcin/bgx060

58. Gaston SA, James-Todd T, Harmon Q, Taylor KW, Baird D, Jackson CL. Chemical/straightening and other hair product usage during childhood, adolescence, and adulthood among African-American women: potential implications for health. *J Expo Sci Environ Epidemiol*. 2020;30(1):86-96. doi:10.1038/s41370-019-0186-6

59. Schildroth S, Geller RJ, Wesselink AK, et al. Hair product use and urinary biomarker concentrations of non-persistent endocrine disrupting chemicals among reproductive-aged Black women. *Chemosphere*. 2024;361:142442. doi:10.1016/j.chemosphere.2024.142442

60. Sakhi AK, Sabaredzovic A, Cequier E, Thomsen C. Phthalate metabolites in Norwegian mothers and children: Levels, diurnal variation and use of personal care products. *Sci Total Environ*. 2017;599-600:1984-1992. doi:10.1016/j.scitotenv.2017.05.109

61. Hsieh CJ, Chang YH, Hu A, et al. Personal care products use and phthalate exposure levels among pregnant women. *Sci Total Environ*. 2019;648:135-143. doi:10.1016/j.scitotenv.2018.08.149

62. Ogunsina K, O'Brien KM, White AJ, et al. Hair Straightener Use in Relation to Prevalent and Incident Fibroids in the Sister Study with a Focus on Black Women. *Environ Health Perspect*. 2025;133(1):17004. doi:10.1289/EHP14493

63. Cogliano VJ, Grosse Y, Baan RA, et al. Meeting Report: Summary of *IARC Monographs* on Formaldehyde, 2-Butoxyethanol, and 1-*tert*-Butoxy-2-Propanol. *Environ Health Perspect*. 2005;113(9):1205-1208. doi:10.1289/ehp.7542

64. NTP (National Toxicology Program. *Report on Carcinogens, Fifteenth Edition.* Department of Health and Human Services, Public Health Service; 2021. doi:https://doi.org/10.22427/NTP-OTHER-1003

65. Okeke CAV, Seltzer JA, De Guzman CB, et al. Allergen content of popular chemical hair relaxers: A product analysis. *Contact Dermatitis*. 2024;91(2):139-145. doi:10.1111/cod.14583

66. Needle CD, Kearney CA, Brinks AL, et al. Safety of chemical hair relaxers: A review article. *JAAD Rev*. 2024;2:50-56. doi:10.1016/j.jdrv.2024.09.001

67. Diamanti-Kandarakis E, Bourguignon JP, Giudice LC, et al. Endocrine-Disrupting Chemicals: An Endocrine Society Scientific Statement. *Endocr Rev*. 2009;30(4):293-342. doi:10.1210/er.2009-0002

68. Gore AC, Chappell VA, Fenton SE, et al. EDC-2: The Endocrine Society's Second Scientific Statement on Endocrine-Disrupting Chemicals. *Endocr Rev*. 2015;36(6):E1-E150. doi:10.1210/er.2015-1010

69. Soto AM, Sonnenschein C. Environmental causes of cancer: endocrine disruptors as carcinogens. *Nat Rev Endocrinol*. 2010;6(7):363-370. doi:10.1038/nrendo.2010.87

70. Heindel JJ, Lustig RH, Howard S, Corkey BE. Obesogens: a unifying theory for the global rise in obesity. *Int J Obes*. 2024;48(4):449-460. doi:10.1038/s41366-024-01460-3

71. Amir S, Shah STA, Mamoulakis C, et al. Endocrine Disruptors Acting on Estrogen and Androgen Pathways Cause Reproductive Disorders through Multiple Mechanisms: A Review. *Int J Environ Res Public Health*. 2021;18(4):1464. doi:10.3390/ijerph18041464

72. Gore, A.C., La Merrill, M.A., Patisaul, H.B., and Sargis,. Endocrine Disrupting Chemicals: Threats to Human Health. The Endocrine Society and IPEN. Published online February 2024. Accessed May 30, 2025. https://ipen.org/sites/default/files/documents/edc_report-2024-final-compressed.pdf

73. Goodson WH, Lowe L, Carpenter DO, et al. Assessing the carcinogenic potential of low-dose exposures to chemical mixtures in the environment: the challenge ahead. *Carcinogenesis*. 2015;36(Suppl 1):S254-S296. doi:10.1093/carcin/bgv039

74. Derby CD, McClintock TS, Caprio J. Understanding responses to chemical mixtures: looking forward from the past. *Chem Senses*. 2022;47:bjac002. doi:10.1093/chemse/bjac002

75. Chang CJ, O'Brien KM, Keil AP, et al. Use of Straighteners and Other Hair Products and Incident Uterine Cancer. *J Natl Cancer Inst*. 2022;114(12):1636-1645. doi:10.1093/jnci/djac165

76. Bertrand KA, Delp L, Coogan PF, et al. Hair relaxer use and risk of uterine cancer in the Black Women's Health Study. *Environ Res*. 2023;239:117228. doi:10.1016/j.envres.2023.117228

77. Llanos AAM, McDonald JA, Teteh DK, Bethea TN. Chemical Relaxers and Hair-Straightening Products: Potential Targets for Hormone-Related Cancer Prevention and Control. *JNCI J Natl Cancer Inst*. 2022;114(12):1567-1569. doi:10.1093/jnci/djac169

78. Etminan M. RE: Use of straighteners and other hair products and incident uterine cancer. *J Natl Cancer Inst*. 2023;115(2):228. doi:10.1093/jnci/djac234

79. King G, Nielsen R. Why Propensity Scores Should Not Be Used for Matching. *Polit Anal*. 2019;27(4):435-454. doi:10.1017/pan.2019.11

80. Chang CJ, O'Brien KM, Keil AP, et al. Response to Etminan. *J Natl Cancer Inst*. 2023;115(2):233-234. doi:10.1093/jnci/djac236

81. Liu L, Habeshian TS, Zhang J, et al. Differential trends in rising endometrial cancer incidence by age, race, and ethnicity. *JNCI Cancer Spectr*. 2023;7(1):pkad001. doi:10.1093/jncics/pkad001

82. Rosenberg L, Adams-Campbell L, Palmer JR. The Black Women's Health Study: a follow-up study for causes and preventions of illness. *J Am Med Womens Assoc 1972*. 1995;50(2):56-58.

83. White AJ, Sandler DP, Gaston SA, Jackson CL, O'Brien KM. Use of hair products in relation to ovarian cancer risk. *Carcinogenesis*. 2021;42(9):1189-1195. doi:10.1093/carcin/bgab056

84. Farooq H, Mhatre P, Aggarwal R, et al. A systematic review of association between use of hair products and benign and malignant gynecological conditions. *Eur J Obstet Gynecol Reprod Biol*. 2024;295:160-171. doi:10.1016/j.ejogrb.2024.02.012

85. Hernandez AM, Smith SJ, Vahora MS, et al. Systematic Review of the Epidemiology of Hair Relaxer Use and Hormone-Sensitive Reproductive Outcomes Among Black Adult

Women in the United States. *J Appl Toxicol*. Published online January 19, 2025:jat.4744. doi:10.1002/jat.4744

86. Okeke CAV, Burgess CM. Dispelling myths of chemical hair relaxers causing uterine cancer. *J Am Acad Dermatol*. 2023;89(4):875-876. doi:10.1016/j.jaad.2023.06.031

87. Wise LA, Wang TR, Ncube CN, et al. Use of Chemical Hair Straighteners and Fecundability in a North American Preconception Cohort. *Am J Epidemiol*. 2023;192(7):1066-1080. doi:10.1093/aje/kwad079

88. Wise LA, Palmer JR, Reich D, Cozier YC, Rosenberg L. Hair Relaxer Use and Risk of Uterine Leiomyomata in African-American Women. *Am J Epidemiol*. 2012;175(5):432-440. doi:10.1093/aje/kwr351

89. Hill AB. THE ENVIRONMENT AND DISEASE: ASSOCIATION OR CAUSATION? *Proc R Soc Med*. 1965;58(5):295-300.

90. US EPA. *Guidelines for Carcinogen Risk Assessment*.

91. Shimonovich M, Pearce A, Thomson H, Keyes K, Katikireddi SV. Assessing causality in epidemiology: revisiting Bradford Hill to incorporate developments in causal thinking. *Eur J Epidemiol*. 2021;36(9):873-887. doi:10.1007/s10654-020-00703-7

92. Fedak KM, Bernal A, Capshaw ZA, Gross S. Applying the Bradford Hill criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology. *Emerg Themes Epidemiol*. 2015;12(1). doi:10.1186/s12982-015-0037-4

93. La Merrill MA, Vandenberg LN, Smith MT, et al. Consensus on the key characteristics of endocrine-disrupting chemicals as a basis for hazard identification. *Nat Rev Endocrinol*. 2020;16(1):45-57. doi:10.1038/s41574-019-0273-8

## Additional Materials Considered


1. Ahern, Thomas P., et al. Phthalate exposure and breast cancer incidence: a Danish nationwide cohort study. Journal of Clinical Oncology 37.21 (2019): 1800-1809.

2. American Chemistry Council. Comments on California Background Document on Chemicals in Hair Straightening Products (July 23, 2021)

3. Amin, Mohammad Mehdi, et al. Paraben content in adjacent normal-malignant breast tissues from women with breast cancer. Biomedical and Environmental Sciences 32.12 (2019): 893-904.

4. Bailey, Jared T., et al. Use of hair straighteners and chemical relaxers and incidence of non-reproductive cancers. JNCI: Journal of the National Cancer Institute (2025): djaf280.

5. Bergman, Åke, et al. The impact of endocrine disruption: a consensus statement on the state of the science. Environmental health perspectives 121.4 (2013): a104-a106.

6. Bergman, et al. State of the Science of Endocrine Disrupting Chemicals-2012. An assessment of the state of the science of endocrine disruptors prepared by a group of experts for the United Nations Environment Programme and World Health Organization (2013).

7. Black Women's Health Study Biennial Questionnaires - https://www.bu.edu/bwhs/for-researchers/sample-bwhs-questionnaires/

8. Black Women's Health Study Publications - https://www.bu.edu/bwhs/research/publications/

9. Braun, Joe M., et al. Personal care product use and urinary phthalate metabolite and paraben concentrations during pregnancy among women from a fertility clinic. Journal of exposure science & environmental epidemiology 24.5 (2014): 459-466. [including supplemental materials]

10. Brinton, Louise A., et al. Skin lighteners and hair relaxers as risk factors for breast cancer: results from the Ghana breast health study. Carcinogenesis 39.4 (2018): 571-579.

11. Caserta, Donatella, et al. Endocrine disruptors and endometrial cancer: molecular mechanisms of action and clinical implications, a systematic review. International Journal of Molecular Sciences 23.6 (2022): 2956.

12. Chang, Che-Jung, et al. Use of personal care product mixtures and incident hormone-sensitive cancers in the Sister Study: a US-wide prospective cohort. Environment international 183 (2024): 108298. [including supplemental materials]

13. Coogan, Patricia F., et al. Hair product use and breast cancer incidence in the Black Women's Health Study. Carcinogenesis 42.7 (2021): 924-930.

14. Czarnywojtek, A., et al. The effect of endocrine disruptors on the reproductive system-current knowledge. European Review for Medical & Pharmacological Sciences 25.15 (2021).

15. D'Oria, Ottavia, Aris Raad Besharat, and Donatella Caserta. Endocrine Disruptor Chemicals in Gynecologic Oncology: A Focus on Endometrial Cancer. Clinical and Experimental Obstetrics & Gynecology 51.8 (2024): 182.

16. Department of Toxic Substances Control Safer Consumer Products Program. California Environmental Protection Agency. Chemicals in Hair Straightening Products Background Document. (May 24, 2021)

17. Dogan, Selen, et al. Traces of intact paraben molecules in endometrial carcinoma. Environmental Science and Pollution Research 26.30 (2019): 31158-31165.

18. Eberle, Carolyn E., et al. Hair dye and chemical straightener use and breast cancer risk in a large US population of black and white women. International journal of cancer 147.2 (2020): 383-391.

19. Fragrance Creators Association. Comments of the Fragrance Creators Association on Chemicals in Hair Straightening Products Background Document, dated May 24, 2021 (July 23, 2021)A201

20. Geczik, Ashley M., et al. Relation of circulating estrogens with hair relaxer and skin lightener use among postmenopausal women in Ghana. Journal of exposure science & environmental epidemiology 33.2 (2023): 301-310.

21. Gibson, Douglas A., and Philippa TK Saunders. Endocrine disruption of oestrogen action and female reproductive tract cancers. Endocrine-related cancer 21.2 (2014): T13-T31.

22. Giulivo, Monica, et al. Human exposure to endocrine disrupting compounds: Their role in reproductive systems, metabolic syndrome and breast cancer. A review. Environmental research 151 (2016): 251-264.

23. Hedin, Tosha, and Mahvish Haider. Chemical hair relaxer use and its potential effect on incidence of endometrial cancer in Black women. (2024): e17591-e17591.

24. Helm, Jessica S., et al. Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by Black women. Environmental research 165 (2018): 448-458. [including supplemental materials]

25. Holmes, Adrianne K., et al. Case–control study of breast cancer and exposure to synthetic environmental chemicals among Alaska Native women. International journal of circumpolar health 73.1 (2014): 25760.

26. IARC Priorities 2025-2029

27. Irungu, Beatrice N., et al. Chemicals of concern in select packaged hair relaxers available on the Kenyan market: an examination of ingredient labels and measurement of pH. Frontiers in Public Health 13 (2025): 1532113. [including supplemental materials]

28. James-Todd, Tamarra, et al. Childhood hair product use and earlier age at menarche in a racially diverse study population: a pilot study. Annals of epidemiology 21.6 (2011): 461-465.

29. James-Todd, Tamarra, et al. Hormonal activity in commonly used Black hair care products: evaluating hormone disruption as a plausible contribution to health disparities. Journal of exposure science & environmental epidemiology 31.3 (2021): 476-486.

30. James-Todd, Tamarra, Ruby Senie, and Mary Beth Terry. Racial/ethnic differences in hormonally-active hair product use: a plausible risk factor for health disparities. Journal of immigrant and minority health 14.3 (2012): 506-511.

31. Kirtana, Arikath, and Barathi Seetharaman. Comprehending the role of endocrine disruptors in inducing epigenetic toxicity. Endocrine, Metabolic & Immune Disorders-Drug Targets (Formerly Current Drug Targets-Immune, Endocrine & Metabolic Disorders) 22.11 (2022): 1059-1072.

32. Kortenkamp, Andreas, and Michael Faust. Regulate to reduce chemical mixture risk. Science 361.6399 (2018): 224-226.

33. Llanos, Adana AM, et al. Hair product use and breast cancer risk among African American and White women. Carcinogenesis 38.9 (2017): 883-892.

34. Lunn, Ruth M., et al. Cancer hazard evaluations for contemporary needs: highlights from new national toxicology program evaluations and methodological advancements. JNCI: Journal of the National Cancer Institute 114.11 (2022): 1441-1448.

35. Macedo, Sofia, et al., Endocrine-disrupting chemical and endocrine neoplasia: A forty-year systematic review, Environmental Research 218 (2023) 114869.

36. Mallozzi, Maddalena, et al. Endocrine disrupting chemicals and endometrial cancer: an overview of recent laboratory evidence and epidemiological studies. International journal of environmental research and public health 14.3 (2017): 334.

37. Masood, Fareeha, Sawera Haider, and Hadiya Afzal. Use of Hair Straightening Chemicals and Uterine Cancer. Pakistan Journal of Medicine and Dentistry 12.4 (2023).

38. McDonald, Jasmine A., et al. Hair product use, age at menarche and mammographic breast density in multiethnic urban women. Environmental health 17.1 (2018): 1.

39. McDonald, Jasmine A., et al. The environmental injustice of beauty products: toward clean and equitable beauty. American journal of public health 112.1 (2022): 50-53.

40. Myers, Sharon L, et al., Estrogenic and anti-estrogenic activity of off-the-shelf hair and skin car products, J Expo Sci Environ Epidemiol. 2015 May; 24(3): 271-277.

41. Nguyen, Vy Kim, et al. A comprehensive analysis of racial disparities in chemical biomarker concentrations in United States women, 1999–2014. Environment international 137 (2020): 105496.

42. NIEHS. NIH. Endocrine Disruptors https://www.niehs.nih.gov/health/topics/agents/endocrine

43. NTP (National Toxicology Program). *Report on Carcinogens, Twelfth Edition.* Department of Health and Human Services, Public Health Service; 2011.

44. O'Brien, Katie M, et al., Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis, J Clinical Oncology 2024

45. Pierce, Jennifer S., et al. Evaluation of dermal exposure to phthalates and parabens resulting from the use of hair relaxers. International Journal of Environmental Health Research 35.7 (2024): 1707-1726. [including supplemental materials]

46. Polemi, Katelyn M., et al. Identifying the link between chemical exposures and breast cancer in African American women via integrated in vitro and exposure biomarker data. Toxicology 463 (2021): 152964.

47. Rivera-Nunez, Zorimar, et al., Personal care products: Demographic characteristics and maternal hormones in pregnant women from Puerto Rico, Environmental Research 206 (2022) 112376.

48. Roa, Rohan, et al., Association of hair dye and relaxer use with breast tumor clinicopathologic features: Findings fromt eh Women's circle of Health Study, Enviromental Research 203 (2022) 111863.

49. Rosenberg, Lynn, et al. Hair relaxers not associated with breast cancer risk: evidence from the black women's health study. Cancer Epidemiology Biomarkers & Prevention 16.5 (2007): 1035-1037.

50. Ruiz, Daniel, et al., Disparities in Environmental Exposures to Endocrine-Disrupting Chemicals and Diabetes Risk in Vulnerable Populations, Diabetes Care 2018;41:193-205.

51. Sandler, Dale P., et al. The Sister Study cohort: baseline methods and participant characteristics. Environmental health perspectives 125.12 (2017): 127003.

52. Sarink, Danja, et al. BPA, parabens, and phthalates in relation to endometrial cancer risk: a case–control study nested in the multiethnic cohort. Environmental Health Perspectives 129.5 (2021): 057702.

53. Silent Spring Institute. Candidate Chemicals in Hair Straightening Products (July 9, 2021)

54. Sishi, V. N. B., J. C. Van Wyk, and N. P. Khumalo. The pH of lye and no-lye hair relaxers, including those advertised for children, is at levels that are corrosive to the skin. South African Medical Journal 109.12 (2019): 941-946.

55. Sister Study Baseline Data Collection - https://sisterstudy.niehs.nih.gov/english/enroll-data.htm

56. Sister Study Follow-Up Data Collection - https://sisterstudy.niehs.nih.gov/english/fu-data.htm

57. Sister Study Research Articles - https://sisterstudy.niehs.nih.gov/english/articles.htm

58. Smith, Martyn T., et al. Key Characteristics of Carcinogens as a Basis for Organizing Data on Mechanisms of Carcinogens. Environmental Health Perspectives 124.6 (2016): 713-721.

59. Tapia, Jazma L., et al. Parabens Promote Protumorigenic Effects in Luminal Breast Cancer Cell Lines With Diverse Genetic Ancestry. Journal of the Endocrine Society 7.8 (2023): bvad080.

60. Wen, Hui-Ju, et al. Exposure to endocrine disruptor alkylphenols and the occurrence of endometrial cancer. Environmental Pollution 267 (2020): 115475.

61. Whetstone, Sara, et al. Health disparities in uterine cancer: report from the uterine cancer evidence review conference. Obstetrics & Gynecology 139.4 (2022): 645-659.

62. White, Alexandra J., et al. Adolescent use of hair dyes, straighteners and perms in relation to breast cancer risk. International journal of cancer 148.9 (2021): 2255-2263.

63. World Trade Center Health Program. Scientific Considerations for the Addition of Uterine Cancer to the List of Covered Conditions by the World Trade Center Health Program (Final) (December 13, 2022)

64. Wu, Anna H., et al. Risk of breast cancer and prediagnostic urinary excretion of bisphenol A, triclosan and parabens: The Multiethnic Cohort Study. International journal of cancer 149.7 (2021): 1426-1434.

65. Wu, Anna H., et al. Urinary phthalate exposures and risk of breast cancer: the Multiethnic Cohort study. Breast Cancer Research 23.1 (2021): 44.

66. Zoeller, Thomas R, et al., Endocrine-disrupting chemicals and public health protection: a statement of principles from The Endocrine Society, Endocrinology 2012 Sep; 153(9):4097-110.

67. Zota, Ami R., and Bhavna Shamasunder. The environmental injustice of beauty: framing chemical exposures from beauty products as a health disparities concern. American journal of obstetrics and gynecology 217.4 (2017): 418-e1.

# EXHIBIT 1

# MICHELE LYNN COTE


| | |
|---|---|
| Work Address: | 550 University Blvd AOC 6047 Indianapolis, IN 46202 |
| Telephone: | [redacted] |
| Work email: | mlcote@iu.edu |
| Personal email: | [redacted] |
| Date prepared: | November 13, 2025 |


## PROFILE

Dr. Cote has over 20 years of experience in scientific research, scientific review, and educational program management. As an internationally recognized molecular cancer epidemiologist with a focus on the intersection of health disparities and cancer incidence and prognosis, she rose through the academic and administrative ranks during two decades at Wayne State University in Detroit, Michigan. She is an innovative, versatile, collaborative research scientist, with leadership, financial, and strategic planning experience across academia and non-profit organizations. She joined Indiana University and the Simon Comprehensive Cancer Center in September 2022 as the Director of the Susan G. Komen Tissue Bank and a Professor in the Fairbanks School of Public Health.

| **EDUCATION** | DATES |
|---|---|
| *Graduate:* | |
| Ph.D.—Epidemiologic Sciences--University of Michigan, Ann Arbor, MI | 2000-2004 |
| M.P.H.—Epidemiology--University of Alabama, Birmingham, AL | 1995-1996 |
| *Baccalaureate:* | |
| B.S.--Biology--University of Michigan, Ann Arbor, MI | 1990-1994 |

## FACULTY APPOINTMENTS

| | |
|---|---|
| Indiana University Fairbanks School of Public Health, Department of Epidemiology, Professor (with tenure) | 9/2022- |
| Director, Susan G. Komen Tissue Bank at Indiana University | 9/2022- |
| Carrie Glasscock-West Endowed Chair of Breast Carcinogenesis | 9/2022- |
| Wayne State University School of Medicine, Departments of Oncology and Otolaryngology, Vice Chair for Diversity, Equity and Inclusion | 5/2021-8/2022 |
| Wayne State University School of Medicine, Department of Oncology, Professor (with tenure) | 8/2019-8/2022 |
| Associate Center Director for Cancer Research Training and Education, Karmanos Cancer Institute | 1/2016-8/2022 |

| | |
|---|---|
| Wayne State University School of Medicine, Department of Oncology, Associate Professor (with tenure) | 8/2011-7/2019 |
| Wayne State University School of Medicine, Department of Oncology, Assistant Professor | 7/2010-7/2011 |
| Wayne State University School of Medicine, Department of Internal Medicine, Assistant Professor | 1/2005-6/2010 |
| Wayne State University School of Medicine, Department of Family Medicine, and Public Health Practice Graduate Faculty | 1/2006-8/2022 |
| Karmanos Cancer Institute Population Studies and Disparities Research Program, Member | 1/2005-8/2022 |

**MAJOR PROFESSIONAL SOCIETIES**

| | |
|---|---|
| International Association for the Study of Lung Cancer | 2010-2013 |
| American College of Chest Physicians | 2006-2013 |
| Society of Epidemiologic Research | 2005-2010 |
| American Association of Cancer Research | 2000-present |
| Molecular Epidemiology Working Group* | |
| Molecular Epidemiology Working Group Steering Committee | 2020-2023 |
| *As of 2022, the Population Sciences Working Group | |
| International Genetic Epidemiology Society | 2000-2010 |

**HONORS/AWARDS**

| | |
|---|---|
| John Snow Award, Epidemiology Section, American Association of Public Health | 2020 |
| Outstanding Graduate Mentor Award in Health Sciences, Wayne State University | 2018 |
| Dr. Michael J. Brennan Scientific Distinction Award, Heroes of Breast Cancer | 2015 |
| College Teaching Award, Wayne State University School of Medicine | 2011 |

## SERVICE

### Indiana University, Indianapolis

**Departmental/Divisional**

Fairbanks SPH, Doctoral Admissions Committee — 2023-current

Faculty Search Committee, Epidemiology — 2025-current

**University**

Co-Chair, Search Committee: Director, Vera Bradley Center for Breast Cancer Research — 2025-current

Elected Member, Faculty Council 2025-2027

### Wayne State University

**Departmental/Divisional**

| | |
|---|---|
| Karmanos Cancer Institute Biobank Oversight Committee | 2018-2022 |
| Cancer Biology Student Day, Judge | 2015-2022 |
| Steering Committee Member, Cancer Biology | 2015-2022 |
| Search Committee Member: Molecular Imaging & Diagnostics Program | 2013, 2021 |
| Search Committee Member: Population Sciences | 2010, 2014-15, 2021-2022 |
| Coordinator: Population Studies and Disparities Monthly Meetings | 2009-2010, 2014-2018 |
| Coordinator: Population Studies and Prevention Annual Retreat | 2009, 2015 |
| Member, Sleep Medicine Training Grant Working Group | 2007-2008 |
| Co-Chair, Lung Cancer Working Group | 2007-2015 |

**School of Medicine**

| | |
|---|---|
| Faculty Development Liaison, Oncology | 2020-2022 |
| Poster/Presentation Judge, Lifespan Alliance Research Day | 2019 |
| Recruiting/Poster Judging ABRCMS National meeting | 2014, 2016 |
| MD/PhD Candidate Interviews | 2016-2022 |

| | |
|---|---|
| IBS Recruitment/Admission Committee Member: Cancer Biology | 2010-2011, 2014-2017 |
| Admissions Committee Member: MPH Program | 2010-2011, 2014-2015 |

**University**

| | |
|---|---|
| Search Committee Member: Environmental Health Sciences | 2018, 2021-2022 |
| Search Committee Ad Hoc Member: Undergraduate Public Health | 2020 |
| Co-Chair, Arab American Community Economic and Social Services & Wayne State University Research Enhancement Initiative | 2019-2022 |
| Graduate Student Research Day Poster Judge | 2016, 2017, 2018 |
| Invited Panelist, Professional and Academic Development Seminar, "NIH and NSF Career Award Advice from WSU Recipients and Reviewers" | 2011 |
| Chair, WSU President's Commission on the Status of Women | 2007-2008 |
| Vice-Chair, WSU President's Commission on the Status of Women | 2006-2007 |
| Member (Former Chair), Health Sciences Committee, WSU President's Commission on the Status of Women | 2005-2009 |
| Commissioner, WSU President's Commission on the Status of Women | 2005-2009 |

**Community**

| | |
|---|---|
| Breast Cancer Awareness—WIBC Radio Interview | 2024 |
| Breast Cancer Awareness, BP, Whiting, IN | 2024 |
| Breast Cancer Awareness, Kiwanis Club, Indianapolis, IN | 2024 |
| Breast Cancer Awareness, Next Science, Jacksonville, FL | 2024 |
| Interview, iHeart Radio, Sista Strut for Breast Cancer | 2018 |
| Komen for the Cure, Greater Detroit, Invited Scientific Speaker | 2017, 2018 |
| Interview, Black American Journal: Breast Health | 2017 |

| | |
|---|---|
| Principal Investigator and Host, Komen Normal Tissue Bank Collection | 2016 |
| Komen for the Cure, Greater Detroit, Board Member, Executive Committee | 2016-2020 |
| Street Beat, Invited Guest: Komen Race for the Cure | 5/9/2015 |
| LungForce/American Lung Association Region B, Board Member | 2015-2017 |
| LungForce, Invited Speaker, Belle Isle | 2014 |
| Health Talk, Bloomfield Michigan Public Television, Invited Guest | 2014 |
| On The Floor, Breast Cancer Awareness, The Impact Network, Invited Guest | 2014 |
| Metropolitan Detroit LUNGevity Walk, Invited Speaker | 2008, 2009 |
| Hurricane Katrina Family Identification Team, Baton Rouge, LA | 2006 |
| Ford Motor Company, Invited Speaker | 2005 |

**Scholarly Service**

Grant Review Committees

National/International

| | |
|---|---|
| Reviewer, France National Cancer Institute—Addictive behaviours, drugs and cancers | 2025 |
| Reviewer, United Kingdom Prevention and Population Expert Review | 2024 |
| Reviewer, National Cancer Institute, Cancer Moonshot Scholars Diversity Program (CMSDP) | 2024 |
| Reviewer, National Cancer Institute, R35 (Individual Career Award) | 2024 |
| Reviewer, End Breast Cancer NOW Foundation, UK | 2023 |
| Reviewer, National Cancer Institute, SEP-10: Ovarian and GYN | 2022 |
| Reviewer, National Institute for Health Research, UK | 2022 |
| Reviewer, Conquer Cancer: The ASCO Foundation Career Development and Young Investigator Awards | 2021, 2022, 2023 |

| | |
|---|---|
| Site Visitor, NCI Integrative Tumor Epidemiology Branch | 2021 |
| Reviewer, World Cancer Research Fund International | 2021 |
| Reviewer, National Cancer Institute, CCSG: ZCA1 RTRB-0 (O1) | 2021 (2 panels) |
| Reviewer, The Netherlands Organisation for Scientific Research (NWO/ZonMw) | 2021 |
| Reviewer, National Cancer Institute, CLAS-B (March, June) | 2020 |
| Reviewer, National Cancer Institute, "P20-Feasibility and Planning Studies for SPOREs to Investigate Cancer Health Disparities" (ZCA1 RPRB-L (J1)) | 2019 |
| Chair, National Cancer Institute, Special Emphasis Panel: "Mechanisms of Disparities in Etiology and Outcomes of Lung Cancer" | 2019 |
| Site Visitor, NCI Metabolic Epidemiology Branch | 2018 |
| Paper & Publications Review Committee (includes grants), Women's Health Initiative | 2018-present |
| Reviewer, National Cancer Institute (NCI-J) K-series Mentored Research Awards | 2018, 2020, 2021 |
| Reviewer, French National Cancer Institute (INCa), "Research in Human and social sciences, epidemiology and public health" | 2017, 2019, 2020 |
| Reviewer, National Cancer Institute, Planning Grants for Global Research Infrastructure in Non-Communicable Disease | 2016 |
| Reviewer, Komen Career Catalyst Research Grants | 2015 |
| Reviewer, Komen Career Catalyst Research Grant Committee—Letter of Intent pre-review | 2014, 2016 |
| Reviewer, ad hoc, National Institute on Minority Health and Health Disparities P20 Pilot Studies Limited Competition Grants | 2014 |
| Reviewer, ad hoc, National Cancer Institute Specialized Program of Research Excellence (SPORE) | 2014 |
| Reviewer, ad hoc, National Cancer Institute Cancer Etiology Study Section | 2012 |
| Reviewer, ad hoc, National Cancer Institute "Provocative Questions" | 2012 |

| | |
|---|---|
| Reviewer, ad hoc, National Institute on Minority Health and Health Disparities P20 Exploratory Health Disparities Centers of Excellence | 2011 |
| Reviewer, ad hoc, National Cancer Institute P20 Feasibility Studies for Collaborative Interaction for Minority Institution/Cancer Center Partnership | 2011, 2015, 2017 |
| Reviewer, ad hoc, National Center on Minority Health and Health Disparities Loan Repayment Program Applications | 2010, 2012, 2013, 2014, 2015 (2 panels) |
| Reviewer, ad hoc, National Cancer Institute Special Emphasis Panel, NCI-ARRA Grand Opportunity | 2009 |
| Reviewer, ad hoc, National Cancer Institute, PAR 06-294, Small Grants Program for Cancer Epidemiology (now R03/R21 omnibus) | 2008 (2 panels), 2009 (2 panels), 2010, 2011(2 panels), 2012 (2 panels), 2013, 2014 (2 panels), |
| Mail Reviewer, National Lung Cancer Partnership Career Development Award | 2007, 2008, 2010 |
| Reviewer, ad hoc, National Heart, Lung and Blood Institute | 2006 |

Regional/Local

| | |
|---|---|
| Reviewer, American Cancer Society/KCI Block Research Grants | 2017, 2018 |
| Reviewer, Henry Ford Health System Career Development Grants | 2015 |
| Reviewer, University of Cincinnati Environmental Health Center Grant Pilot Projects | 2015-2021 |
| Judge, Henry Ford Health System Annual Research Symposium | 2010 |
| Reviewer, Kentucky Lung Cancer Research Program | 2009, 2015 |
| Reviewer, Pre and Post-doctoral Fellowships in Cancer Prevention, University of Texas, M.D Anderson Cancer Center | 2007 |
| Reviewer, Del Harder Research Award, Rehab Institute of Michigan, Detroit Medical Center | 2007, 2008 |

**External Advisory Boards**

| | |
|---|---|
| AIDS and Cancer Specimen Resource (ACSR) | 2024, 2025 |
| University of North Carolina Chapel Hill Endometrial Cancer SPORE | 2024 |

**Service for Peer-Reviewed Journals**

Review Editor

| | |
|---|---|
| Editorial Board—Cancer Research | 2016-2021 |
| Statistical Editor-Journal of the National Cancer Institute (JNCI) | 2013-2020 |
| Frontiers in Applied Genetic Epidemiology | 2010-2012 |

Review of Manuscripts
American Journal of Epidemiology, Breast Cancer Treatment & Prevention, BMC Cancer, Cancer, Cancer Biomarkers, Cancer Epidemiology Biomarkers and Prevention, Cancer Research, Carcinogenesis, Clinical Cancer Research, Disease Markers, Endocrine Related Cancers, Gynecologic Oncology, Human Genetics and Genomics Advances, Journal of Clinical Oncology, Journal of the National Cancer Institute, Nature Communications, Journal of Thoracic Oncology, Journal of Women's Health, Lancet Oncology, Molecular Carcinogenesis, PLOS ONE, Respiration, Respiratory Medicine

**Other Scholarly Service**

| | |
|---|---|
| AACR Abstract Reviewer | 2022 |
| AACR Cancer Epidemiology and Prevention Award Committee | 2020-2022 |
| American Society of Preventive Oncology, Annual Meeting Planning Committee & Panel Chair | 2020 |
| Member, Steering Committee, AACR Molecular Epidemiology Group* *now known as the Population Sciences Working Group | 2020-2023 |
| Arab Health Summit National Steering Committee | 2018-2022 |
| State of Michigan BioTrust Scientific Advisory Board | 2018-2022 |
| Epidemiology of Endometrial Cancer Consortium, Steering Committee | 2016-present |
| Epidemiology of Endometrial Cancer Consortium, Member | 2010-present |
| Centers for Disease Control and Prevention. The Intersection of Public Health Genomics, Academia and Government. Invited participant to this two day working meeting, Ann Arbor, MI | 2008 |

| | |
|---|---|
| Michigan Department of Community Health. Newborn Screening Dried Blood Spots BioBank: Implications for Research and Public Health. Invited participant to this single day working meeting. Ann Arbor, MI | 2006 |
| International Lung Cancer Consortium, Familial Risk committee | 2006-2010 |
| Michigan Cancer Genetics Alliance, Research Committee | 2005-2015 |

**TEACHING**
**Indiana University**

| | |
|---|---|
| Introduction to Epidemiology (online)<br>This is a required 3 credit course for all epidemiology students and is open to other disciplines. | 2023-current |

**Teaching at other institutions**
**Wayne State University**
*Classroom/Didactic*

| | |
|---|---|
| Guest lecture: Environmental health (FPH 7420), "Gene X Environment Interactions and Cancer" 75 minute lecture. | 2017, 2018, 2019, 2020, 2021, 2022 |
| Co-Instructor: Special Topics in Cancer Biology, "Emerging Issues in Breast Cancer Disparities Research" (1 credit).<br>This 8 week summer course is required for all Komen trainees. Co-led by Dr. Kristen Purrington. | 2016 |
| Co-Instructor: Family Medicine and Public Health Practice: Introduction to Epidemiology (FPH 7240-3 credits).<br>This 14 week course is required for all MPH students. It is offered annually Fall semester and is attended by a mix of graduate and medical students. I set the learning objectives, organized the syllabus, coordinated guest lecturers, created exams and assigned grades. | 2015 |
| Guest lecture: Cancer Epidemiology (CB 7430), "Tobacco and Cancer" 75 minute lecture | 2019, 2016, 2015, 2013, 2011 |
| Guest lecture: Cancer Epidemiology (CB 7430), "Biomarkers and Cancer" 75 minute lecture | 2013 |
| Guest lecture: Introduction to Cancer Biology (CB 7250), "Cancer Epidemiology" 60 minute lecture | 2007, 2008, 2010, 2011, 2012 |
| Guest lecture: Applied Epidemiology (FPH 7250) | 2013 |

Guest lecture: Center for Molecular Medicine and Genetics (Genetic Counseling). "Developing a Research Project" 90 minute annual lecture — 2008-2012

Co-Instructor: Family Medicine and Public Health Practice: Applied Epidemiology (FPH 7250). — 2007-2011
This 14 week course is required for MPH students with a concentration in Public Health Practice. Held annually Winter semester and attended by a mix of graduate and medical students. I set the learning objectives, organized the syllabus, coordinated guest lecturers, created exams, and assigned grades.

Residents/Fellows

Guest lecture: Gyn Onc Educational Seminar. "Cancer Epidemiology" 60 minute guest lecture as part of a seminar series — 2012

Guest lecture: Pathology Department Seminar. "Epidemiology in Medicine" 90 minute lecture — 2008

Faculty

Member, Sleep Medicine Collaborative Training Grant. "Complex disorders: identifying germline mutations via epidemiological studies." 60 minute lecture — 2008

**University of Michigan, Ann Arbor**

Graduate Students

Guest Lecture: University of Michigan School of Public Health, Cancer Epidemiology Course, "Epidemiology of Endometrial Cancer", 75 minute lecture — 2013-2022

Guest Lecture: University of Michigan School of Public Health, Cancer Epidemiology Course, "Cancer Registries and Surveillance", 60 minute lecture — 2013-2022

Guest Lecture: University of Michigan School of Public Health, Genes and the Environment Course, "Lung cancer and the environment", 60 minute lecture — 2012, 2017

Guest Lecture: University of Michigan School of Public Health, Chronic Disease Epidemiology Course, "Cancer Registries and Surveillance", 60 minute lecture — 2010

Guest Lecture: University of Michigan School of Public Health, Topics in Cancer Prevention Course, "Lung Cancer", 60 minute lecture — 2010

**Mentorship**

Post-doctoral fellow, Hannah Mandel — 2024-

| | |
|---|---|
| Post-doctoral fellow, Teresa Imburgia | 2024- |
| MPH Mentor, Kristen Cunningham, Indiana University Fairbanks School of Public Health | 2023-2024 |
| Dissertation Committee Member, Afrin Sultana Chowdhury, Pharmacology and Toxicology, Indiana University School of Medicine | 2023- |
| Dissertation Committee Member, Teresa Imburgia, Department of Epidemiology, Indiana University Fairbanks School of Public Health<br>Current role: Vera Bradley Postdoctoral Fellow | 2023 |
| Dissertation Committee Member: Katherine Ridley-Merriweather, Health Communication, Indiana University Purdue University, Indianapolis<br>Current role: Director of Communication and Outreach, Biobanking, Indiana University | 2023 |
| Dissertation Committee Member: Abby Felder, Cancer Biology, Wayne State University, Detroit MI | 2022- |
| Research Advisor, Rosa Polin, MD, Gynecologic Oncology Fellow<br>Wayne State University<br>Current Role: Wellstar Health System | 2021-2022 |
| Research Advisor, Larissa Mattai, MD, Gyencologic Oncology Fellow<br>Wayne State University<br>Current role: UMass Memorial Hospital | 2021-2022 |
| Dissertation Committee Member and Deans Diversity Advisor, Gabriel Mpilla,<br>Current role: Lab manager, Stankovi Lab, Stanford University | 2018-2021 |
| Komen Trainee and Deans Diversity Advisor, Morenci Manning-Powell<br>“Clinical Significance, functional role and molecular mechanism of 2’-O-Methyltransferase Ftsj3 in promoting cancer progression”<br>Current role: Medical Science Liaison, Johnson & Johnson | 2018-2021 |
| External Advisory Committee, Justin Colacino, PhD, University of Michigan, as part of his NIEHS ONES Award: “Developmental Exposures, Stem Cell Reprogramming, and Breast Cancer Disparities”<br>Current role: Associate Professor, Environmental Health Sciences, University of Michigan, Ann Arbor | 2017-2000 |
| Dissertation Co-Chair, Megan Mullins, PhD Candidate, University of Michigan School of Public Health Department of Epidemiology, Dissertation: *“Understanding end-of-life care among women with ovarian carcinoma: racial differences in clinical practice and policy response.”* | 2016-2020 |

Current Role: Assistant Professor (tenure track), University of Texas Southwestern

Dissertation Chair, Andreana Holowatyj, Dissertation: *"Clinicopathology and molecular determinants underlying benign breast and breast cancer lesions."* 2015-2017
Current Role: Assistant Professor (tenure track), Vanderbilt University, Internal Medicine

Dissertation Chair, Asra Shaik, MD/PhD student, Cancer Biology, Dissertation: *"Characterizing novel radiologic and pathologic tissue-based risk factors for breast cancer in African American women with benign breast disease."* 2015-2018
Currently:3rd year Fellow, Hem/Onc, The University of Washington/Fred Huc

Research Advisor, Hyo Park, MD, Gynecologic Oncologist 2015-2019
Current role: Gynecologic Oncology Associates, Los Angeles, CA

Rotation mentor and Committee Member, Kayla Connor, PhD Candidate, 3rd year Cancer Biology, Dissertation: *"Role of the APOBEC3 family of Cytidine Deaminases in mediating Cisplatin and Carboplatin response."* 2015-2020
Current role: Scientist III, Bioinformatics, Thermo Scientific

Advisor, J1-International Scholar: Pratthana Yongsakulchai, Khon Kaen University, Thailand, "SNPs associated with coronary artery disease in a Thai population." 2013
Current role: Assistant Professor, Thammasat University, Thailand

Summer research advisor: Susanna Mitro, University of Michigan MPH 2014, "Clinical characteristics of breast cancers in African-American women with benign breast disease: A comparison to the Surveillance, Epidemiology and End Results Program." 2013
Current role: Research Scientist, Kaiser Permanente, Division of Research

Cancer Biology Independent Study Student: Brittany Haynes 2013
Current role: Scientific Program Specialist · National Center for Advancing Translational Sciences

Dissertation committee member: Shama Virani, University of Michigan PhD 2014, "Effect of Environmental Exposures on Cancer May Be Mediated Via Epigenetic Mechanisms." 2012-2014
Current role: Scientist, International Agency for Research in Cancer (IARC), Lyon, France

Master's Thesis Advisor: Michael "Jay" Harrison, Genetic Counseling Graduate, Wayne State University. Thesis: Re-contact of lung cancer study subjects to consent allowing dbGap access to de-identified GWAS data. 2010-2011
Current role: Owner, Peared Creation

| | |
|---|---|
| Family Medicine and Public Health Practice Independent Study (3 credits). Student: David Edwards, PharmD. Topic: Oncogene mutations in lung cancers. This independent study resulted in a peer-reviewed publication.<br>Current role: Associate Dean, Faculty of Science, University of Waterloo (retired) | 2010-2010 |
| Dissertation committee member: Alison Van Dyke, MD, PhD<br>PhD 2009, "Inflammation in non-small cell lung cancer: associations with risk and survival in women"<br>Current role: Pathologist and Direct of the SEER-linked Virtual Tissue Repository, National Cancer Institute, Surveillance Research Branch | 2007-2009 |
| Master's Thesis Advisor: Shawnita Sealy-Jefferson, MPH (5/2008), Wayne State University. Thesis: Racial differences in prevalence and risk factors associated with osteoarthritis and rheumatoid arthritis in Caucasian and African American women.<br>Current role: Associate Professor with tenure, The Ohio State University | 2007-2008 |
| Master's Thesis Advisor: Julie J. Ruterbusch, MPH (5/2007), Wayne State University. Thesis: Increased risk of secondary kidney tumors: a population-based analysis.<br>Current role: Director, Epidemiology Core, WSU and Karmanos Cancer Institute | 2006-2007 |
| Master's Thesis Advisor: Jessica Naff, MPH (5/2007), University of Michigan. Thesis: Racial differences in cancer risk among relatives of early-onset lung cancer cases.<br>Current role: Pediatrician, Navy Medicine Support Command, Jacksonville, Florida | 2006-2007 |
| Course or curriculum development | |
| MPH Curriculum Committee—Epidemiology tract | 2012 |
| Accreditation Committee Genetic Counseling Program, Internal Review (Committee Chair, Research Plan) | 2012 |
| Wayne State University Master of Public Health, Epidemiology Concentration | 2011-2014 |
| Wayne State University Master of Public Health, SAS course | 2010-2011 |
| MPH Project Task Force (subcommittee of the Curriculum committee) | 2007 |
| Accreditation Committee Genetic Counseling Program (Internal Review) | 2007 |

**GRANTS, CONTRACTS, AND OTHER FUNDING**

**Active National/International Grants and Contracts**

OGKTB1301(PI: Cote)
The Susan G. Komen Tissue Bank at the IU Simon Comprehensive Cancer Center
$750,000 (total); 5% effort
7/1/2025-6/30/2027
This is a novel biorepository with longitudinal data that collects, stores and annotates healthy breast tissue from volunteers. These specimens are provided to researchers both internally and worldwide.

OGKTB2201 (PI: Cote)
Biorepository Partner
$645,242 (total); 1% effort
4/1/2022-3/31/2026
The Komen Tissue Bank will additionally serve as the biorepository for a large-scale national breast cancer project.

*Released due to move to Indiana University*

1T32GM139807 (MPI: Chow, Cote, Lanier (contact))
"Initiative for Maximizing Student Development"
2/1/2021-1/31/2026
$471,620 (year 1 direct); 5% effort
Building off five decades of successful recruitment and retention of underrepresented students in STEM fields, this new funding mechanism will focus on training 10 doctoral students in the biomedical sciences.

NCI 2P30 CA022453-34 (PI: Bepler)
Cancer Center Support Grant
$1,900,000; 10% effort
08/08/1997-9/11/30/2025
Role: Associate Center Director for Cancer Research Training & Education Coordination
The Karmanos Cancer Institute is a NCI-designated Comprehensive Cancer Center. Dr. Cote facilitates education and career development across the institution. Dr. Cote also has supplemental support to increase tobacco cessation services at Karmanos Cancer Institute.

R01CA237318-01A1 (PI: Schildkraut)
$55,412; 5% effort (Site PI: Cote)
7/1/2020-6/30/2025
Ovarian Cancer Survival in African-American Women
This study will gather survivorship information on a large number of African-American ovarian cancer cases and controls that will allow us to make meaningful assessments of factors related to outcomes for African Americans.

5R01CA237602 (PI: Radisky)
$35,795 subcontract; 5% effort (Co-I: Cote)

9/1/2020-5/31/2025
Involution-based biomarkers of breast cancer risk
This study utilizes multiple technologies to assess involution in benign breast biopsies of African-American women with and without a subsequent breast cancer.

NCI R13CA250188-01 (MPI: Cote, Du)
$25,000 (total)
No effort
Approaches to Curtail Endometrial Cancer Incidence and Mortality
This conference grant was awarded to bring together endometrial cancer researchers from across the globe to highlight the current progress and challenges in endometrial cancer control. The award has been extended until April 2023.

**Active Other Grants and Contracts**
NA

**Previously funded Grants and Contracts**

5R01CA237607-04 (PI: Degnim)
$35,795 subcontract; 5% effort (Co-I: Cote)
9/1/2020-5/31/2025
Biomarkers to improve targeting of breast cancer prevention in women with atypical hyperplasia
We will provide a validation set of benign breast biopsies of African-American women with and without a subsequent breast cancer.

NCI 1R01CA200864-01A1 (PI: Cote)
5/1/2016-4/30/2023 (NCE)
"Molecular Classification of High Grade Endometrial Cancers: Extending TCGA Findings to a Diverse Population"
$ 1,855,068 (total direct); 25% effort

NCI R13CA250188-01 (MPI: Cote, Du)
$25,000 (total) No effort
Approaches to Curtail Endometrial Cancer Incidence and Mortality

Michigan Department of Health and Human Services (PI: Cote)
11/01/2015 – 09/30/2022
"Lung Cancer Screening and Tobacco Cessation Health Systems Change for Tobacco Dependence Treatment and Lung Cancer Screening"
$100,000 (annual total); 10% effort

NIEHS P30 ES020957 (PI: Runge-Morris)
Center for Urban Responses to Environmental Stressors (CURES)
1,539,440; 8% effort

9/30/2017-9/29/2022
Role: Leader, Environment and Cancer

GTDR 14299438 Komen for the Cure Graduate Training in Breast Cancer Disparities Research (PI: Cote)
"Multidisciplinary training in the biology of breast cancer disparities"
10/1/2014-2/26/2021
$405,000 (total direct); 2% effort

1 F31 CA221333-01 (PI: Shaik; Dr. Cote was primary mentor on this award)
"Characterizing novel radiologic and pathologic tissue-based risk factors for breast cancer in African American women with benign breast disease."
9/11/2017-6/30/2018

R21CA184778 (PI: Schwartz)
"Profiling Genetic Alterations in NSCLC in African Americans"
$87,068 (annual direct); 2% effort
9/11/2014-8/31/2016

Komen for the Cure Foundation (PI: Cote)
IIRG 222547
"Benign Breast Disease and the Risk of Breast Cancer: The Detroit Cohort"
$789,463 (direct); 30% effort
7/28/2012-7/27/2016, extensions and additional support through 2019

NCI R01 CA142081 (PI: Schilkraut)
"Epidemiology of Ovarian Cancer in African American Women"
$499,542 (direct); Role: Co-Investigator, 9% effort
6/2010-5/2016

NCI R01 CA97075-08 (PI: Petersen, Site PI: Schwartz)
"Pancreatic Cancer Genetic Epidemiology Consortium"
$365,011 (direct); Role: Collaborator, 0% effort
6/2008-5/2013

Mass General Hospital (site PI: Cote)
"Impact of Smoking Cessation and Screening on Michigan's Lung Cancer Rate"
$21,147 (direct); 2% effort, no cost

NCI R21CA1543219-01 (MPI: Sheng and Lonardo)
"Assessment of maspin expression in NSCLC and its interaction with HDAC"
$275,000 (direct); Role: Collaborator, 0% effort
6/1/10-5/31/2012

NIH/NHLBI-Women's Health Initiative
"Midwestern Regional Extension"

100 hours annually, Role: Investigator
4/1/2010-9/30/2018

Department of Defense/NOMIC/KCI (PI: Cote)
"Molecular Signatures of non-small Cell Lung Cancers: Oncogenes as Therapeutic Targets"
$50,000 (total); 0% effort
7/1/2010-6/30/2011

NCI 3K07 CA125203-02S1 American Recovery and Reinvestment Supplement (PI: Cote)
"Exploring Common Linkage Regions in Lung Cancer and COPD"
$99,522 (direct); 0% effort
9/2009-9/2011

NCI K07 CA125203-01A2 Mentored Career Development Award (PI: Cote)
"Exploring Common Linkage Regions in Lung Cancer and COPD"
$615,375 (direct); 75% effort
9/2008-2/2014

National Lung Cancer Partnership/LUNGevity Foundation
Career Development Award (PI: Cote)
"Hormonal Factors and Lung Cancer: A Potential Target for Therapy"
$100,000 (total); 35% year 1, 50% year 2
3/2007-3/2009

Institute for Population Studies, Health Assessment, Administration, Services and Economics (PIs: Cote and Rybicki)
"Risk Factors Associated with Racial Disparities in Endometrial Cancer Survival"
$73,098 (total); 0% effort
4/2007-10/2008

NCI R01 CA97075 (PI: Petersen)
"Pancreatic Cancer Genetic Epidemiology Consortium"
$6,589,472 (total); Role: Co-Investigator, 5%
8/2002-7/2007

## PUBLICATIONS

**Peer-Reviewed Publications** (*indicates trainee)

<u>Reports of Original Work</u>

1. Colin-Leitzinger C, Aranzabal O, Johnson CE, Alberg AJ, Bandera EV, Bondy M, **Cote ML**, Hastert TA, Haller K, Lawson A, Marks JR, Peters ES, Terry PD, Schildkraut JM, Peres LC. Use of non-prescription analgesic medications and survival among Black women with ovarian cancer. Br J Cancer. 2025 Nov 5. doi: 10.1038/s41416-025-03254-4. Epub ahead of print. PMID: 41193853.

2. Ping J, Jia G, Cai Q, Guo X, Wang J, Tao R, Li B, Bauer JA, Xie Y, Ambs S, Barnard ME, Chen Y, Choi JY, Gao YT, Garcia-Closas M, Gu J, Hu JJ, Iwasaki M, John EM, Kweon SS, Li CI, Matsuda K, Matsuo K, Nathanson KL, Nemesure B, Olopade OI, Pal T, Park SK, Park B, Press MF, Sanderson M, Sandler DP, Yao S, Zheng Y, Ahearn T, Brewster AM, Falusi A, Hennis AJM, Ito H, Kubo M, Lee ES, Makumbi T, Mapoko BSE, Noh DY, O'Brien KM, Ojengbede O, Olshan AF, Park MH, Reid S, Yamaji T, Zirpoli G, Butler EN, Huang M, Low SK, Obafunwa J, Weinberg CR, Zhang H, Zhao H, Ambrosone CB, **Cote ML**, Huo D, Haiman CA, Kang D, Palmer JR, Troester MA, Shu XO, Long J, Zheng W. Multi-Ancestry Transcriptome-wide Association Studies Uncover New Insights into Breast Cancer Genetics and Biology. medRxiv [Preprint]. 2025 Aug 13:2025.08.12.25333509. doi: 10.1101/2025.08.12.25333509. PMID: 40832405; PMCID: PMC12363744.

3. Pierson C, Mooney SJ, Lawson A, Alberg AJ, Bandera EV, Bondy M, Collin LJ, **Cote ML**, Hastert TA, Huels A, Johnson CE, Khanna N, Mandle HB, Peres LC, Ratnapradipa KL, Terry P, Schildkraut JM, Peters ES. Neighborhood disorder and ovarian cancer survival in black women. Am J Epidemiol. 2025 Jul 30:kwaf159. doi: 10.1093/aje/kwaf159. Epub ahead of print. PMID: 40731251.

4. Collin LJ, Johnson CE, Akonde M, Kan M, Bandera EV, Peres LC, Qin B, **Cote ML**, Alberg A, Peters ES, Hastert TA, Schildkraut JM. Perceived discrimination, trust in physicians, and their associations with ovarian cancer mortality among women in the African American Cancer Epidemiology Study. Cancer Causes Control. 2025 May 6. doi: 10.1007/s10552-025-01995-4. Epub ahead of print. PMID: 40327211.

5. Thomson CA, Basen-Engquist K, Robles-Morales R, Roe DJ, Erdrich J, Trabert B, Saquib N, **Cote ML**, Qi L, Lane DS, Crane TE. Epidemiological Analysis of Obesity-related co-morbidities and mortality among post- menopausal women diagnosed with endometrial cancer: A Randomized Controlled Trial. Res Sq [Preprint]. 2025 Apr 8:rs.3.rs-6214415. doi: 10.21203/rs.3.rs-6214415/v1. PMID: 40297687; PMCID: PMC12036450.

6. Gottschlich A, Robinson JRM, Ruterbusch JJ, Burchett K, Adams RM, Washington A, **Cote ML**, Schwartz AG, Purrington KS, Wilson MR. A Comparison of Neighborhood Socioeconomic Deprivation Measures and the Association with Survival among Black and White Women with Endometrial Cancer. Cancer Epidemiol Biomarkers Prev. 2025 Jun 3;34(6):885-894. doi: 10.1158/1055-9965.EPI-24-1833. PMID: 40116712; PMCID: PMC12133413.

7. Akonde M, Alberg AJ, Johnson C, Bandera EV, Collin LJ, **Cote ML**, Hastert TA, Peres LC, Peters ES, Qin B, Terry PD, Lawson AB, Schildkraut JM. Cigarette smoking in relation to survival in Black women with ovarian cancer: Evidence from the African American Cancer

Epidemiology Study (AACES). Ann Epidemiol. 2025 Apr;104:48-54. doi: 10.1016/j.annepidem.2025.02.011. Epub 2025 Feb 26. PMID: 40021070.

8. Jia G, Chen Z, Ping J, Cai Q, Tao R, Li C, Bauer JA, Xie Y, Ambs S, Barnard ME, Chen Y, Choi JY, Gao YT, Garcia-Closas M, Gu J, Hu JJ, Iwasaki M, John EM, Kweon SS, Li CI, Matsuda K, Matsuo K, Nathanson KL, Nemesure B, Olopade OI, Pal T, Park SK, Park B, Press MF, Sanderson M, Sandler DP, Shen CY, Troester MA, Yao S, Zheng Y, Ahearn T, Brewster AM, Falusi A, Hennis AJM, Ito H, Kubo M, Lee ES, Makumbi T, Ndom P, Noh DY, O'Brien KM, Ojengbede O, Olshan AF, Park MH, Reid S, Yamaji T, Zirpoli G, Butler EN, Huang M, Low SK, Obafunwa J, Weinberg CR, Zhang H, Zhao H, **Cote ML**, Ambrosone CB, Huo D, Li B, Kang D, Palmer JR, Shu XO, Haiman CA, Guo X, Long J, Zheng W. Refining breast cancer genetic risk and biology through multi-ancestry fine-mapping analyses of 192 risk regions. Nat Genet. 2025 Jan;57(1):80-87. doi: 10.1038/s41588-024-02031-y. Epub 2025 Jan 3. PMID: 39753771; PMCID: PMC12184877.

9. Richards AR, Johnson CE, Montalvo NR, Alberg AJ, Bandera EV, Bondy M, Collin LJ, **Cote ML**, Hastert TA, Haller K, Khanna N, Marks JR, Peters ES, Qin B, Staples J, Terry PD, Lawson A, Schildkraut JM, Peres LC. Comorbid conditions and survival among Black women with ovarian cancer. Cancer. 2025 Jan 1;131(1):e35694. doi: 10.1002/cncr.35694. PMID: 39748467.

10. Keller SR, Rosen A, Lewis MA, Park HK, Babyak R, Feldman J, Ye F, Agarwal R, Ciombor KK, Geiger TM, Eng C, Hunzinger KJ, Viskochil RH, Roach MK, Velez Edwards DR, **Cote ML**, Holowatyj AN. Patient-reported discussions on fertility preservation before early-onset cancer treatment. JAMA Netw Open. 2024 Nov 4;7(11):e2444540. doi: 10.1001/jamanetworkopen.2024.44540. PMID: 39531236

11. Lawson AB, Xin Y, Peters ES, Johnson C, Hastert T, Bandera EV, Alberg AJ, Collin L, Terry P, Akonde M, Mandle H, **Cote ML**, Bondy M, Marks J, Peres LC, Ratnapradipa KL, Schildkraut JM. The role of multiple mediation with contextual neighborhood measures in ovarian cancer survival. Ann Epidemiol. 2024 Nov;99:41-46. doi: 10.1016/j.annepidem.2024.10.002. Epub 2024 Oct 9. PMID: 39389398

12. Zhao T, Xu S, Ping J, Jia G, Dou Y, Henry JE, Zhang B, Guo X, **Cote ML**, Cai Q, Shu XO, Zheng W, Long J. A proteome-wide association study identifies putative causal proteins for breast cancer risk. Br J Cancer. 2024 Oct 28. doi: 10.1038/s41416-024-02879-1.PMID: 39468330

13. Armidie TA, Bandera EV, Johnson CE, Peres LC, Haller K, Terry P, Akonde M, Peters ES, **Cote ML**, Hastert TA, Collin LJ, Epstein M, Marks J, Bondy M, Lawson AB, Alberg AJ, Schildkraut JM, Qin B. Diet and Survival in Black Women with Epithelial Ovarian Cancer. JAMA Netw Open. 2024 Oct 1;7(10):e2440279. doi: 10.1001/jamanetworkopen.2024.40279.PMID: 39422908

14. Habeshian TS, Peeri NC, De Vivo I, Schouten LJ, Shu XO, **Cote ML**, Bertrand KA, Chen Y, Clarke MA, Clendenen TV, Cook LS, Costas L, Dal Maso L, Freudenheim JL, Friedenreich CM, Gallagher G, Gierach GL, Goodman MT, Jordan SJ, La Vecchia C, Lacey JV, Levi F, Liao LM, Lipworth L, Lu L, Matias-Guiu X, Moysich KB, Mutter GL, Na R, Naduparambil J, Negri E, O'Connell K, O'Mara TA, Onieva Hernández I, Palmer JR, Parazzini F, Patel AV, Penney KL,

Prizment AE, Ricceri F, Risch HA, Sacerdote C, Sandin S, Stolzenberg-Solomon RZ, van den Brandt PA, Webb PM, Wentzensen N, Wijayabahu AT, Wilkens LR, Xu W, Yu H, Zeleniuch-Jacquotte A, Zheng W, Du M, Setiawan VW. Hypertension and Risk of Endometrial Cancer: A Pooled Analysis in the Epidemiology of Endometrial Cancer Consortium (E2C2). Cancer Epidemiol Biomarkers Prev. 2024 Jun 3;33(6):788-795. doi: 10.1158/1055-9965.EPI-23-1444.PMID: 38530242

15. Patil V, Ruterbusch JJ, Chen W, Boerner JL, Abdulfatah E, Alosh B, Pardeshi V, Shaik AN, Bandyopadhyay S, Ali-Fehmi R, **Cote ML**. Multiplicity of benign breast disease lesions and breast cancer risk in African American women. Front Oncol. 2024 May 16;14:1410819. doi: 10.3389/fonc.2024.1410819. eCollection 2024.PMID: 38817898

16. Winkler SS, Tian C, Casablanca Y, Bateman NW, Jokajtys S, Kucera CW, Tarney CM, Chan JK, Richardson MT, Kapp DS, Liao CI, Hamilton CA, Leath CA 3rd, Reddy M, **Cote ML**, O'Connor TD, Jones NL, Rocconi RP, Powell MA, Farley J, Shriver CD, Conrads TP, Phippen NT, Maxwell GL, Darcy KM. Racial, ethnic and country of origin disparities in aggressive endometrial cancer histologic subtypes. Gynecol Oncol. 2024 Jan 25;184:31-42. doi: 10.1016/j.ygyno.2024.01.009. PMID: 38277919

17. Lawson AB, Kim J, Johnson C, Ratnapradipa KL, Alberg AJ, Akonde M, Hastert T, Bandera EV, Terry P, Mandle H, **Cote ML**, Bondy M, Marks J, Peres LC, Schildkraut J, Peters ES. The association between mediated deprivation and ovarian cancer survival among African American women. Cancers (Basel). 2023 Oct 4;15(19):4848. doi: 10.3390/cancers15194848. PMID: 37835542

18. Kumar B, Khatpe AS, Guanglong J, Batic K, Bhat-Nakshatri P, Granatir MM, Addison RJ, Szymanski M, Baldridge LA, Temm CJ, Sandusky G, Althouse SK, **Cote ML**, Miller KD, Storniolo AM, Nakshatri H. Stromal heterogeneity may explain increased incidence of metaplastic breast cancer in women of African descent. Nat Commun. 2023 Sep 14;14(1):5683. doi: 10.1038/s41467-023-41473-6. PMID: 37709737

19. Johnson CE, Alberg AJ, Bandera EV, Peres LC, Akonde M, Collin LJ, **Cote ML**, Hastert TA, Hébert JR, Peters ES, Qin B, Terry P, Schwartz AG, Bondy M, Epstein MP, Mandle HB, Marks JR, Lawson AB, Schildkraut JM. Association of inflammation-related exposures and ovarian cancer survival in a multi-site cohort study of Black women. Br J Cancer 2023 Oct;129(7):1119-1125. doi: 10.1038/s41416-023-02385-w. PMID: 37537254

20. Lawson AB, Kim J, Johnson C, Hastert T, Bandera EV, Alberg AJ, Terry P, Akonde M, Mandle H, **Cote ML**, Bondy M, Marks J, Peres L, Ratnapradipa KL, Xin Y, Schildkraut J, Peters ES. Deprivation an dsegregation in ovarian cancer survival among African American women: a mediation analysis. Ann Epidemiol. 2023 Oct;86:57-64. doi: 10.1016/j.annepidem.2023.07.001. PMID: 37423270

21. Wharram CE*, Kyko JM, Ruterbusch JJ, Beebe-Dimmer JL, Schwartz AG, **Cote ML**. Use of electronic cigarettes among African American cancer survivors [published online ahead of print, 2023 Jul 3]. *Cancer*. 2023;10.1002/cncr.34933. doi:10.1002/cncr.34933

22. Mullins MA*, Ruterbusch J, **Cote ML**, Uppal S, Wallner LP. Trends in hospice referral timing and location among individuals dying of ovarian cancer: persistence of missed opportunities. Int J Gynecol Cancer. 2023 May 19:ijgc-2023-004405. Doi: 10.1136/ijgc-2023-004405. PMID: 37208020.

23. Banning K*, Fucinari J, Fielder A*, Ruterbusch JJ, Beebe-Dimmer JL, Schwartz AG, Wallbillich JJ, **Cote ML**. Quality of life in endometrial cancer survivors by grade of disease. Cancer Med. 2023 May 26. Doi: 10.1002/cam4.5987 PMID: 37148545.

24. Schildkraut JM, Johnson C, Dempsey LF, Qin B, Terry P, Akonde M, Peters ES, Mandle H, **Cote ML**, Peres L, Moorman P, Schwartz AG, Epstein M, Marks J, Bondy M, Lawson AB, Alberg AJ, Bandera EV. Survival of epithelial ovarian cancer in Black women: a society to cell approach in the African American cancer epidemiology study (AACES). Cancer Causes Control. 2022 Dec 15:1-15. doi: 10.1007/s10552-022-01660-0. PMID: 36520244.

25. Mattei LH*, Robb L, Banning K, Polan RM, **Cote ML**. Enrollment of individuals from racial and ethnic minority groups in gynecologic cancer precision oncology trials. Obstet Gynecol. 2022 Oct 1;140(4):654-661. doi: 10.1097/AOG.0000000000004917. Epub 2022 Sep 7. PMID: 36075065.

26. Nolin AC, Tian C, Hamilton CA, Casablanca Y, Bateman NW, Chan JK, **Cote ML**, Shriver CD, Powell MA, Phippen NT, Conrads TP, Maxwell GL, Darcy KM. Conditional estimates for uterine serous cancer: Tools for survivorship counseling and planning. Gynecol Oncol. 2022 Jul;166(1):90-99. doi: 10.1016/j.ygyno.2022.05.013. Epub 2022 May 24. PMID: 35624045.

27. Kheil MH, Jain D, Jomaa J, Askar B, Alcodray Y, Wahbi S, Brikho S, Kadouh A, Harajli D, Jawad ZN, Fehmi Z, Elhage M, Tawil T, Fehmi O, Alzouhayli SJ, Ujayli D, Suleiman N, Kazziha O, Saleh R, Abada E, Shallal A, Kim S, Kumar VA, Zervos M, **Cote ML**, Ali-Fehmi R. COVID-19 vaccine hesitancy among Arab Americans. Vaccines. 2022 Apr 14;10(4):610 doi: 10.3390/vaccines10040610. PMID: 35455359.

28. Peres LC, Colin-Leitzinger C, Sinha S, Marks JR, Conejo-Garcia JR, Alberg AJ, Bandera EV, Berchuck A, Bondy ML, Christensen BC, **Cote ML**, Doherty JA, Moorman PG, Peters ES, Moran Segura C, Nguyen JV, Schwartz AG, Terry PD, Wilson CM, Fridley BL, Schildkraut JM. Racial Differences in the Tumor Immune Landscape and Survival of Women with High-Grade Serous Ovarian Carcinoma. Cancer Epidemiol Biomarkers Prev. 2022 May 4;31(5):1006-1016. doi: 10.1158/1055-9965.EPI-21-1334.PMID: 35244678

29. McBride CM, Pathak S, Johnson CE, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy ML, **Cote ML**, Moorman PG, Peres LC, Peters ES, Schwartz AG, Terry PD, Schildkraut JM. Psychosocial factors associated with genetic testing status among African American women with ovarian cancer: Results from the African American Cancer Epidemiology Study. Cancer. 2022 Mar 15;128(6):1252-1259. doi: 10.1002/cncr.34053. Epub 2021 Dec 9.PMID: 34882782

30. Corey L*, **Cote ML**, Ruterbusch JJ, Winer I. Disparities in adjuvant treatment of high grade endometrial cancer in the Medicare population. Am J Obstet Gynecol. 2021 Nov 1:S0002-9378(21)01179-0. doi: 10.1016/j.ajog.2021.10.031

31. Blackford AL, Childs EJ, Porter N, Petersen GM, Rabe KG, Gallinger S, Borgida A, Syngal S, **Cote ML**, Schwartz AG, Goggins MG, Hruban RH, Parmigiani G, Klein AP. A risk prediction tool for individuals with a family history of breast, ovarian or pancreatic cancer: BRCAPANCPRO. Br J Cancer. 2021 Oct 26. doi: 10.1038/s41416-021-01580-x.

32. Mullins MA*, Uppal S, Ruterbusch JJ, **Cote ML**, Clarke P, Wallner LP. Physician influence on variation of receipt of aggressive end-of-life care among women dying of ovarian cancer. JCO Oncol Pract. 2021 Sep 28:OP2100351. doi: 10.1200/OP.21.00351.

33. Shallal A, Abada E, Musallam R, Fehmi O, Kaljee L, Fehmi Z, Alzouhayli S, Ujayli D, Dankerlui D, Kim S, **Cote ML**, Kumar VA, Zervos M, Ali-Fehmi R. Evaluation of Covid-19 vaccine attitudes among Arab American health care professionals living in the United States. Vaccines (Basel). 2021 Aug 24;9(9):942. doi: 10.3390/vaccines9090942.

34. Corey L*, Fucinari J, Elshaikh M, Schultz D, Musallam R, Zaiem F, Daaboul F, Fehmi O, Dyson G, Ruterbusch J, Morris R, **Cote ML**, Ali-Fehmi R, Bandyopadhyay S. The impact of positive cytology in uterine serous carcinoma: A reassessment. Gynecol Oncol Rep. 2021 Jul 12;37:100830. doi: 10.1016/j.gore.2021.100830.

35. Fucinari J, Elshaikh MA, Ruterbusch JJ, Khalil R, Dyson G, Shultz D, Ali-Fehmi R, **Cote ML**. The impact of race, comorbid conditions and obesity on survival endpoints in women with high grade endometrial carcinoma. Gynecol Oncol. 2021 May 10:S0090-8258(21)00356-5. doi: 10.1016/j.ygyno.2021.04.036.

36. Mullins MA*, Ruterbusch JJ, Clarke P, Uppal S, Wallner LP, **Cote ML**. Trends and racial disparities in aggressive end of life care for a national sample of women with ovarian cancer. Cancer. 2021 Feb 25. doi: 10.1002/cncr.33488.

37. Lau YK, Bhattarai H, Caverly TJ, Hung PY, Jimenez-Mendoza E, Patel MR, **Coté ML**, Arenberg DA, Meza R. Lung Cancer Screening Knowledge, Perceptions, and Decision Making Among African Americans in Detroit, Michigan. Am J Prev Med. 2021 Jan;60(1):e1-e8. doi: 10.1016/j.amepre.2020.07.004.

38. Conner KL*, Shaik AN, Marshall KA, Floyd AM, Ekinci E, Lindquist J, Sawant A, Lei W, Adolph MB, Chelico L, Siriwardena SU, Bhagwat A, Kim S, **Cote ML**, Patrick SM. APOBEC3 enzymes mediate efficacy of cisplatin and are epistatic with base excision repair and mismatch repair in platinum response. NAR Cancer. 2020 Dec; 2(4): zcaa033.

39. Kamatham S, Trak J, Alzouhayli S, Fehmi Z, Rahoui N, Sulieman N, Khoury Z, Fehmi O, Rakine H, El-Masri D, Ujayli D, Elhagehassan H, Naaman J, Almsaddi F, Salloum M, Farooquee I, Syed N, Kim S, Lattouf O, **Cote ML**, Ali-Fehmi R. Characteristics and distribution of obesity in Arab-Americans in Southeastern Michigan. BMC Public Health. 2020 Nov 10;20(1):1685.

40. Shaik AN*, Kiavash K, Stark K, Boerner JL, Ruterbusch JJ, Deirawan H, Bandyopadhyay S, Ali-Fehmi R, Dyson G, **Cote ML**. Inflammation markers on benign biopsy are associated with risk of invasive breast cancer in African American women. Breast Cancer Res & Treatment 2021 Feb;185(3):831-839. doi: 10.1007/s10549-020-05983-x

41. Malburg CM*, Fucinari J, Ruterbusch JJ, Ledgerwood DM, Beebe-Dimmer JL, Schwartz AG, **Cote ML**. Continued smoking in African American cancer survivors: The Detroit Research on Cancer Survivors Cohort. Cancer Med. 2020 Aug 21. Doi: 10.1002/cam4.3368.

42. Staples JN, Peres LC, Camacho F, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy ML, **Cote ML**, Funkhouser E, Moorman PG, Peters ES, Schwartz AG, Terry PD, Schildkraut JM. Cardiometabolic comorbidities and epithelial ovarian cancer risk among African-American women in the African-American Cancer Epidemiology Study (AACES). Gynecol Oncol. 2020 Jul;158(1) 123-129.

43. Conner KL*, Shaik AN, Ekinci E, Kim S, Ruterbusch JJ, **Cote ML**, Patrick SM. HPV indication of APOBEC3 enzymes mediate overall survival and response to cisplatin in head and neck cancer. DNA Repair 2020 Mar; 87:102802.

44. Nagasaka M, Lehman A, Chlebowski R, Haynes BM, Ho G, Patel M, Sakoda LC, Schwartz AG, Simon MS, **Cote ML**. COPD and lung cancer incidence in the Women's Health Initiative Observational Study: A brief report. Lung Cancer. 2020 Mar;141:78-81.

45. Schabath MB and **Cote ML**. Cancer Progress and Priorities: Lung Cancer. Cancer Epidemiol Biomarkers Prev. 2019 Oct;28(10):1563-1579.

46. Wong C, Chen F, Alirezaie N, Wang Y, Cuggia A, Borgida A, Holter S, Lenko T, Domecq C; Alzheimer's Disease Neuroimaging Initiative, Petersen GM, Syngal S, Brand R, Rustgi AK, **Cote ML**, Stoffel E, Olson SH, Roberts NJ, Akbari MR, Majewski J, Klein AP, Greenwood CMT, Gallinger S, Zogopoulos G. A region-based gene association study combined with a leave-one-out sensitivity analysis identifies SMG1 as a pancreatic cancer susceptibility gene. PLoS Genet. 2019 Aug 30;15(8):e1008344. doi: 10.1371/journal.pgen.1008344. eCollection 2019 Aug.

47. Manichaikul A, Peres LC, Wang XQ, Barnard ME, Chyn D, Sheng X, Du Z, Tyrer J, Dennis J, Schwartz AG, **Cote ML**, Peters E, Moorman PG, Bondy M, Barnholtz-Sloan JS, Terry P, Alberg AJ, Bandera EV, Funkhouser E, Wu AH, Pearce CL, Pike M, Setiawan VW, Haiman CA; African American Breast Cancer Consortium (AABC); African Ancestry Prostate Cancer Consortium (AAPC), Palmer JR, LeMarchand L, Wilkens LR, Berchuck A, Doherty JA, Modugno F, Ness R, Moysich K, Karlan BY, Whittemore AS, McGuire V, Sieh W, Lawrenson K, Gayther S, Sellers TA, Pharoah P, Schildkraut JM; African American Cancer Epidemiology Study (AACES) and the Ovarian Cancer Association Consortium (OCAC). Identification of novel epithelial ovarian cancer loci in women of African ancestry. Int J Cancer. 2019 Aug 30. doi: 10.1002/ijc.32653.

48. Mullins MA*, Peres LC, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy ML, Funkhouser E, Moorman PG, Peters ES, Terry PB, Schwartz AG, Lawson AB, Schildkraut JM, **Cote ML**. Perceived discrimination, trust in physicians, and prolongs symptom duration before ovarian cancer diagnosis in the African American Cancer Epidemiology Study. Cancer 2019 Aug 30 doi: 10.1002/ijc.32653.

49. Mullins MA*, **Cote ML**. Beyond obesity: The rising incidence and mortality rates of uterine corpus cancer. J. Clin Oncol. 2019 Aug 1;37(22):1851-1853. See also: Reply to M. Schlumbrecht et al. J Clin Oncol. 2019 Oct 2.

50. Peres LC, Hebert JR, Qin B, Guertin KA, Bandera EV, Shivappa N, Camacho TF, Chyn D, Alberg AJ, Barnholtz-Sloan JS, Bondy ML, **Cote ML**, Funkhouser E, Moorman PG, Peters ES, Schwartz AG, Terry PD, Schildkraut JM. Prediagnostic proinflammatory dietary potential is associated with all-cause mortality among African-American women with high-grade serous ovarian carcinoma. J Nutr. 2019 Jun 1. pii: nxz098. doi: 10.1093/jn/nxz098.

51. Grant DJ, Manichaikul A, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, **Cote ML**, Funkhouser E, Moorman PG, Peres LC, Peters ES, Schwartz AG, Terry PD, Wang XQ, Keku TO, Hoyo C, Berchuck A, Sandler DP, Taylor JA, O'Brien KM, Velez Edwards DR, Edwards TL, Beeghly-Fadiel A, Wentzensen N, Pearce CL, Wu AH, Whittemore AS, McGuire V, Sieh W, Rothstein JH, Modugno F, Ness R, Moysich K, Rossing MA, Doherty JA, Sellers TA, Permuth-Way JB, Monteiro AN, Levine DA, Setiawan VW, Haiman CA, LeMarchand L, Wilkens LR, Karlan BY, Menon U, Ramus S, Gayther S, Gentry-Maharaj A, Terry KL, Cramer DW, Goode EL, Larson MC, Kaufmann SH, Cannioto R, Odunsi K, Etter JL, Huang RY, Bernardini MQ, Tone AA, May T, Goodman MT, Thompson PJ, Carney ME, Tworoger SS, Poole EM, Lambrechts D, Vergote I, Vanderstichele A, Van Nieuwenhuysen E, Anton-Culver H, Ziogas A, Brenton JD, Bjorge L, Salvensen HB, Kiemeney LA, Massuger LFAG, Pejovic T, Bruegl A, Moffitt M, Cook L, Le ND, Brooks-Wilson A, Kelemen LE, Pharoah PDP, Song H, Campbell I, Eccles D, DeFazio A, Kennedy CJ, Schildkraut JM. Evaluation of vitamin D biosynthesis and pathway target genes reveals UGT2A1/2 and EGFR polymorphisms associated with epithelial ovarian cancer in African American women. Cancer Med. 2019 May;8(5):2503-2513.

52. Holowatyj AN*, Heath EI, Pappas LM, Ruterbusch JJ, Gorski DH, Triest JA, Park HK, Beebe-Dimmer JL, Schwartz AG, Cote ML, Schwartz KL. The Epidemiology of Cancer Among Homeless Adults in Metropolitan Detroit. JNCI Cancer Spectr. 2019 Mar; 3(1): epub Mar 25.

53. Reeves KW, Santana MD, Manson JE, Hankinson SE, Zoeller RT, Bigelow C, Sturgeon SR, Spiegelman D, Tinker L, Luo J, Chen B, Meliker J, Bonner MR, **Cote ML**, Cheng TD, Calafat AM. Urinary Phthalate Biomarker Concentrations and Postmenopausal Breast Cancer Risk. J Natl Cancer Inst. 2019 Oct 1;111(10):1059-1067.

54. Moorman PG, Barrett NJ, Wang F, Alberg JA, Bandera EV, Barnholtz-Sloan JB, Bondy M, **Cote ML**, Funkhouser E, Kelemen LE, Peres LC, Peters ES, Schwartz AG, Terry PD, Crankshaw S, Abbott SE, Schildkraut JM. Effect of Cultural, Folk, and Religious Beliefs and practices on Delays in Diagnosis of Ovarian Cancer in African American Women. J Womens Health. 2019 Apr;28(4):444-451.

55. Anderson RT, Peres LC, Camacho F, Bandera EV, Funkhouser E, Moorman PG, Paddock LE, Peters ES, Abbott SE, Alberg AJ, Barnholtz-Sloan J, Bondy M, **Cote ML**, Schwartz AG, Terry P, Schildkraut JM. Individual, Social, and Societal Correlates of Health-Related Quality of Life Among African American Survivors of Ovarian Cancer: Results from the African American Cancer Epidemiology Study. J Womens Health 2019 Feb;28(2):284-293.

56. Park HK, Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy M, Crankshaw S, Funkhouser E, Moorman PG, Peters ES, Terry P, Wang F, Ruterbusch JJ, Schwartz AG, **Cote ML.** Benign gynecologic conditions are associated with ovarian cancer risk in African-American women: a case-control study. Cancer Causes Control. 2018 Nov;29(11):1081-1091.

57. Sealy-Jefferson S, Roseland ME, **Cote ML**, Lehman A, Whitsel EA, Mustafaa FN, Booza J, Simon MS. Rural-Urban Residence and Stage at Breast Cancer Diagnosis Among Postmenopausal Women: The Women's Health Initiative. 2019 Feb;28(2):276-283.

58. Shaik AN*, Ruterbusch JJ, Abulfatah E, Shrestha R, Daaboul MHD F, Pardeshi V, Visscher DW, Bandyopadhyay S, Ali-Fehmi R, **Cote ML**. Breast fibroadenomas are not associated with increased breast cancer risk in an African American contemporary cohort of women with benign breast disease. Breast Cancer Research 2018;Aug 9;20(1):91.

59. Bock CH, Ruterbusch JJ, Holowatyj AN, Steck SE, Van Dyke AL, Ho WJ, **Cote ML**, Hofmann JN, Davis F, Graubard BI, Schwartz KL, Purdue MP. Renal cell carcinoma risk associated with lower intake of micronutrients. Cancer Med. 2018 Aug;7(8):4087-4097.

60. Tamura K, Yu J, Hata T, Suenaga M, Shindo K, Abe T, MacGregor-Das A, Borges M, Wolfgang CL, Weiss MJ, He J, Canto MI, Petersen GM, Gallinger S, Syngal S, Brand RE, Rustgi A, Olson SH, Stoffel E, **Cote ML**, Zogopoulos G, Potash JB, Goes FS, McCombie RW, Zandi PP, Pirooznia M, Kramer M, Parla J, Eshleman JR, Roberts NJ, Hruban RH, Klein AP, Goggins M. Mutations in the pancreatic secretory enzymes CPA1 and CPB1 are associated with pancreatic cancer. Proc Natl Acad Sci USA. 2018 May 1;115(18):4767-4772. PMID: 29669919.

61. Colacino JA*, Azizi E, Brooks MD, Harouaka R, Fouladdel S, McDermott SP, Lee M, Hill D, Madden J, Boerner J, **Cote ML**, Sartor MA, Rozek LS, Wicha MS. Heterogeneity of human breast stem and progenitor cells as revealed by transcriptional profiling. Stem Cell Reports. 2018 May 8;10(5):1596-1609. pii: S2213-6711(18)30107-3. PMID: 29606612.

62. Mills AM, Peres LC, Meiss A, Ring KL, Modesitt SC, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy ML, **Cote ML**, Funkhouser E, Moorman PG, Peters ES, Schwartz AG, Terry PD, Wallace K, Schildkraut JM. Targetable immune regulatory molecule expression in high-grade serous ovarian carcinomas in African American women: A study of PD-L1 and IDO in 112 cases from the African American Cancer Epidemiology Study (AACES). Int J Gynecol Pathol. 2018 Feb 26 [Epub ahead of print].

63. Holowatyj AN*, **Cote ML**, Ruterbusch JJ, Ghanem K, Schwartz AG, Vigneau FD, Gorski DH, Purrington KS. Racial differences in 21-Gene recurrence scores among patients with hormone receptor-positive, node-negative breast cancer. J Clin Oncol. 2018 Mar 1; 36(7):652-658.

64. Peres LC, Risch H, Terry KL, Webb PM, Goodman MT, Wu AH, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy ML, **Cote ML**, Funkhouser E, Moorman PG, Peters ES, Schwartz AG, Terry PD, Manichaikul A, Abbott SE, Camacho F, Jordan SJ, Nagle CM; Australian Ovarian Cancer Study Group, Rossing MA, Doherty JA, Modugno F, Moysich K, Ness R, Berchuck A, Cook L, Le N, Brooks-Wilson A, Sieh W, Whittemore A, McGuire V, Rothstein J, Anton-Culver H, Ziogas A, Pearce CL, Tseng C, Pike M, Schildkraut JM; African American Cancer Epidemiology Study and the Ovarian Cancer Association Consortium. Racial/ethnic differences in the epidemiology of ovarian cancer: a pooled analysis of 12 case-control studies. Int J Epidemiol. 2018 Apr 1;47(2):460-472

65. Sealy-Jefferson S*, **Cote ML**, Chlebowski RT, Rexrode KM, Simon MS. Post-Stroke Cancer Risk among Postmenopausal Women: The Women's Health Initiative. Womens Health Issues. 2018 Jan - Feb;28(1):29-34.

66. Abbott SE, Camacho F, Peres LC, Alberg AJ, Bandera EV, Bondy M, **Cote ML**, Funkhouser E, Moorman PG, Peters ES, Qin B, Schwartz AG, Barnholtz-Sloan J, Terry P, Schildkraut JM. Recreational physical activity and survival in African-American women with ovarian cancer. Cancer Causes Control. 2018 Jan;29(1):77-86.

67. Bock CH, Jay AM, Dyson G, Beebe-Dimmer JL, **Cote ML**, Hou L, Howard BV, Desai P, Purrington K, Prentice R, Simon MS. The effect of genetic variants on the relationship between statins and breast cancer in postmenopausal women in the Women's Health Initiative observational study. Breast Cancer Res Treat. 2018 Feb;167(3):741-749.

68. McNamara C, Abbott SE, Bandera EV, Qin B, Peres LC, Camacho F, Moorman PG, Alberg AJ, Barnholtz-Sloan JS, Bondy M, **Cote ML**, Funkhouser E, Peters ES, Schwartz AG, Schildkraut JM, Terry P. Tubal ligation and ovarian cancer risk in African American women. Cancer Causes Control. 2017 Oct;28(10):1033-1041.

69. Tarney CM, Tian C, Wang G, Dubil EA, Bateman NW, Chan JK, Elshaikh MA, **Cote ML**, Schildkraut JM, Shriver CD, Conrads TP, Hamilton CA, Maxwell GL, Darcy KM. Impact of age at diagnosis on racial disparities in endometrial cancer patients. Gynecol Oncol. 2018 Apr;149(1):12-21.

70. Park HK*, Ruterbusch JJ, **Cote ML**. Recent trends in ovarian cancer incidence and relative survival in the United States by race/ethnicity and histologic subtypes. Cancer Epidemiol Biomarkers Prev. 2017 Oct;26(10):1511-1518.

71. Qin B, Moorman PG, Kelemen LE, Alberg AJ, Barnholtz-Sloan JS, Bondy M, **Cote ML**, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM, Bandera EV. Dietary quality and ovarian cancer risk in African-American women. Am J Epidemiol. 2017 Jun 15;185(12):1281-1289.

72. Kelemen LE, Abbott S, Qin B, Peres LC, Moorman PG, Wallace K, Bandera EV, Barnholtz-Sloan JS, Bondy M, Cartmell K, **Cote ML**, Funkhouser E, Paddock LE, Peters ES, Schwartz AG, Terry P, Alberg AJ, Schildkraut JM. Cigarette smoking and the association with serous ovarian cancer in African American women: African American Cancer Epidemiology Study (AACES). Cancer Causes Control. 2017 Jul;28(7):699-708.

73. Peres LC, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, **Cote ML**, Funkhouser E, Moorman PG, Peters ES, Schwartz AG, Terry PD, Abbott SE, Camacho F, Wang F, Schildkraut JM. Premenopausal hysterectomy and risk of ovarian cancer in African-American women. Am J Epidemiol 2017 Jul 1;186(1):46-53.

74. Mahdi Z, Abdulfatah E, Pardeshi V, Hassan O, Schultz D, Morris R, **Cote ML**, Elshaikh MA, Bandyopadhyay S, Ali-Fehmi R. The Impact of Androgen Receptor Expression on Endometrial Carcinoma Recurrence and Survival. Int J Gynecol Pathol 2017 Sep;36(5):405-411.

75. Ben Khedher S, Neri M, Papadopoulos A, Christiani DC, Diao N, Harris CC, Olivo-Marston S, Schwartz AG, **Cote M**, Koushik A, Siemiatycki J, Landi MT, Hung RJ, McLaughlin J, Duell EJ, Andrew AS, Orlow I, Park BJ, Brenner H, Saum KU, Pesatori AC, Stücker I. Menstrual and reproductive factors and lung cancer risk: A pooled analysis from the international lung cancer consortium. Int J Cancer. 2017 Jul 15;141(2):309-323.

76. Peres LC, Moorman PG, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, **Cote ML**, Funkhouser E, Peters ES, Schwartz AG, Terry PD, Abbott SE, Camacho F, Wang F, Schildkraut JM. Lifetime number of ovulatory cycles and epithelial ovarian cancer risk in African American Women. Cancer Causes Control. 2017 May;28(5):405-414.

77. Terry PD, Qin B, Camacho F, Moorman PG, Alberg AJ, Barnholtz-Sloan JS, Bondy M, **Cote ML**, Funkhouser E, Guertin KA, Peters ES, Schwartz AG, Schildkraut JM, Bandera EV. Supplemental Selenium May Decrease Ovarian Cancer Risk in African-American Women. J Nutr. 2017 Apr;147(4):621-627.

78. Qin B, Moorman PG, Alberg AJ, Barnholtz-Sloan JS, Bondy M, **Cote ML**, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM, Bandera EV. Dairy, calcium, vitamin D and ovarian cancer risk in African-American women. Br J Cancer. 2016 Oct 25;115(9):1122-1130.

79. Gaber C*, Meza R, Ruterbusch JJ, **Cote ML**. Endometrial Cancer Trends by Race and Histology in the USA: Projecting the Number of New Cases from 2015 to 2040. J Racial Ethn Health Disparities. 2016 Oct 17.

80. Peres LC, Bandera EV, Qin B, Guertin KA, Shivappa N, Hebert JR, Abbott SE, Alberg AJ, Barnholtz-Sloan J, Bondy M, **Cote ML**, Funkhouser E, Moorman PG, Peters ES, Schwartz AG, Terry PD, Camacho F, Wang F, Schildkraut JM. Dietary Inflammatory Index and Risk of Epithelial Ovarian Cancer in African American Women. Int J Cancer. 2016 Oct 11.

81. Moorman PG, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, **Cote ML**, Funkhouser E, Peters ES, Schwartz AG, Terry P, Crankshaw S, Wang F, Schildkraut JM. Reproductive factors and ovarian cancer risk in African-American women. Ann Epidemiol. 2016 Sep;26(9):654-62.

82. Alberg AJ, Moorman PG, Crankshaw S, Wang F, Bandera EV, Barnholtz-Sloan JS, Bondy M, Cartmell KB, **Cote ML**, Ford ME, Funkhouser E, Kelemen LE, Peters ES, Schwartz AG, Sterba KR, Terry P, Wallace K, Schildkraut JM. Socioeconomic Status in Relation to the Risk of Ovarian Cancer in African-American Women: A Population-Based Case-Control Study. Am J Epidemiol. 2016 Aug 15;184(4):274-83.

83. Schwartz AG, Lusk CM, Wenzlaff AS, Watza D, Pandolfi S, Mantha L, **Cote ML**, Soubani AO, Walworth G, Wozniak A, Neslund-Dudas C, Ardisana AA, Flynn MJ, Song T, Spizarny DL, Kvale PA, Chapman RA, Gadgeel SM. Risk of Lung Cancer Associated with COPD Phenotype Based on Quantitative Image Analysis. Cancer Epidemiol Biomarkers Prev. 2016 Sep;25(9):1341-7.

84. Holowatyj AN*, Ruterbusch JJ, Ratnam M, Gorski DH, **Cote ML**. HER2 status and disparities in luminal breast cancers. Cancer Med. 2016 Aug;5(8):2109-16.

85. Childs EJ, Chaffee KG, Gallinger S, Syngal S, Schwartz AG, **Cote ML**, Bondy ML, Hruban RH, Chanock SJ, Hoover RN, Fuchs CS, Rider DN, Amundadottir LT, Stolzenberg-Solomon R, Wolpin BM, Risch HA, Goggins MG, Petersen GM, Klein AP. Association of Common Susceptibility Variants of Pancreatic Cancer in Higher-Risk Patients: A PACGENE Study. Cancer Epidemiol Biomarkers Prev. 2016 Jul;25(7):1185-91.

86. Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy ML, **Cote ML**, Funkhouser E, Peres LC, Peters ES, Schwartz AG, Terry P, Crankshaw S, Camacho F, Wang F, Moorman PG. Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). Cancer Epidemiol Biomarkers Prev. 2016 Oct;25(10):1411-1417.

87. Holowatyj AN*, Ruterbusch JJ, Rozek LS, **Cote ML**, Stoffel EM. Racial/Ethnic disparities in survival among patients with young-onset colorectal cancer. J Clin Oncol. 2016 Jun 20;34(18):2148-56.

88. Bandera EV, Qin B, Moorman PG, Alberg AJ, Barnholtz-Sloan JS, Bondy M, **Cote ML**, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM. Obesity, weight gain, and ovarian cancer risk in African American women. Int J Cancer; 2016 Aug 1; 139(3):593-600.

89. Yongsakulchai P*, Settasatian C, Settasatian N, Komanasin N, Kukongwiriyapan U, **Cote ML**, Intharapetch P, Senthong V. Association of combined genetic variations in PPARγ, PGC-1α, and LXRα with coronary artery disease and severity in Thai population. Atherosclerosis 2016 May;248:140-8.

90. Abbott SE, Bandera EV, Qin B, Peres LC, Moorman PG, Barnholtz-Sloan J, Schwartz AG, Funkhouser E, Peters ES, **Cote ML**, Alberg AJ, Terry P, Bondy M, Paddock LE, Crankshaw S,

Wang F, Camacho F, Schildkraut JM. Recreational physical activity and ovarian cancer risk in African American women. Cancer Med. 2016 Jun;5(6):1319-27.

91. Peres LC, Camacho F, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, **Cote ML**, Crankshaw S, Funkhouser E, Moorman PG, Peters ES, Schwartz AG, Terry P, Wang F, Schildkraut JM. Analgesic medication use and risk of epithelial ovarian cancer in African American women. Br J Cancer. 2016 Mar 29;114(7)819-25.

92. Thomas S, Hussein Y, Bandyopadhyay S, **Cote M**, Hassan O, Abdulfatah E, Alosh B, Guan H, Soslow RA, Ali-Fehmi R. Interobserver Variability in the Diagnosis of Uterine High-Grade Endometrioid Carcinoma. Arch Pathol Lab Med. 2016 May 3.

93. Erondu CO, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, **Cote ML**, Funkhouser E, Peters E, Schwartz AG, Terry PD, Wallace K, Akushevich L, Wang F, Crankshaw S, Berchuck A, Schildkraut JM, Moorman PG. The Association Between Body Mass Index and Presenting Symptoms in African American Women with Ovarian Cancer. J Womens Health (Larchmt). 2016 Jun;25(6):571-8.

94. Winer I, Lehman A, Wactawski-Wende J, Robinson R, Simon M, **Cote M**. Tubal Ligation and Risk of Endometrial Cancer: Findings from the Women's Health Initiative. Int J Gynecol Cancer. 2016 Jan 29.

95. Bandyopadhyay S, Barak S, Hayek K, Thomas S, Saeed H, Beydoun R, Shi D, Arabi H, Ruterbusch J, **Cote M**, Ali-Fehmi R. Can problematic fibroepithelial lesions be accurately classified on core needle biopsies? Hum Pathol. 2016 Jan; 47(1):34-44.

96. Huang R, Wei Y, Hung RJ, Liu G, Su L, Zhang R, Zong X, Zhang ZF, Morgenstern H, Brüske I, Heinrich J, Hong YC, Kim JH, **Cote M**, Wenzlaff A, Schwartz AG, Stucker I, Mclaughlin J, Marcus MW, Davies MP, Liloglou T, Field JK, Matsuo K, Barnett M, Thornquist M, Goodman G, Wang Y, Chen S, Yang P, Duell EJ, Andrew AS, Lazarus P, Muscat J, Woll P, Horsman J, Dawn Teare M, Flugelman A, Rennert G, Zhang Y, Brenner H, Stegmaier C, van der Heijden EH, Aben K, Kiemeney L, Barros-Dios J, Pérez-Ríos M, Ruano-Ravina A, Caporaso NE, Bertazzi PA, Landi MT, Dai J, Shen H, Fernandez-Tardon G, Rodriguez-Suarez M, Tardon A, Christiani DC. Associated Links Among Smoking, Chronic Obstructive Pulmonary Disease, and Small Cell Lung Cancer: A Pooled Analysis in the International Lung Cancer Consortium. EBioMedicine. 2015 Sep 24;2(11):1677-1685. eCollection 2015 Nov.

97. Pine SR, Mechanic LE, Enewold L, Bowman ED, Ryan BM, **Cote ML**, Wenzlaff AS, Loffredo CA, Olivo-Marston S, Chaturvedi AK, Caporaso NE, Schwartz AG, Harris CC. Differential Serum Cytokine Levels and Risk of Lung Cancer between African and European Americans. Cancer Epidemiol Biomarkers Prev. 2016 Mar;25(3):488-97.

98. Qin B, Moorman PG, Alberg AJ, Barnholtz-Sloan JS, Bondy M, **Cote ML**, Funkhouser E, Peters ES, Schwartz AG, Terry P, Schildkraut JM, Bandera EV. Dietary carbohydrate intake, glycaemic load, glycaemic index and ovarian cancer risk in African-American women. British Journal of Nutrition. 2016 Feb;115(4):694-702.

99. Kim CH, Lee YC, Hung RJ, Boffetta P, Xie D, Wampfler JA, **Cote ML**, Chang SC, Ugolini D, Neri M, Le Marchand L, Schwartz AG, Morgenstern H, Christiani DC, Yang P, Zhang ZF. Secondhand Tobacco Smoke Exposure and Lung Adenocarcinoma In Situ/Minimally Invasive Adenocarcinoma (AIS/MIA). Cancer Epidemiol Biomarkers Prev. 2015 Dec;24(12):1902-6.

100. Roberts NJ, Norris AL, Petersen GM, Bondy ML, Brand R, Gallinger S, Kurtz RC, Olson SH, Rustgi AK, Schwartz AG, Stoffel EM, Syngal S, Zogopoulos G, Ali SZ, Axilbund J, Chaffee KG, Chen YC, **Cote ML**, Childs EJ, Douville C, Goes FS, Herman JM, Iacobuzio-Donahue C, Kramer M, Makohon-Moore A, McCombie RW, McMahon KW, Niknafs N, Parla J, Pirooznia M, Potash JB, Rhim AD, Smith AL, Wang Y, Wolfgang CL, Wood LD, Zandi PP, Goggins M, Karchin R, Eshleman JR, Papadopoulos N, Kinzler KW, Vogelstein B, Hruban RH, Klein AP. Whole genome sequencing defines the genetic heterogeneity of familial pancreatic cancer. Cancer Discov. 2016 Feb;6(2):166-75.

101. Patel MI, Wang A, Kapphahn K, Desai M, Chlebowski RT, Simon MS, Bird C, Corbie-Smith G, Gomez S, Adams-Campbell L, **Cote M**, Stefanick ML, and Wakelee HA. Racial and Ethnic Variations in lung cancer incidence and mortality. Journal of Clinical Oncology 2016 Feb 1;34(4):360-8.

102. **Cote ML**, Ruterbusch JJ, Olson SH, Lu KH, Ali-Fehmi R. The growing burden of endometrial cancer: A major racial disparity affecting black women. Cancer Epi Biomarkers & Prev 2015 Sep;24(9):1407-15.

103. Schwartz AG, Ray RM, **Cote ML**, Abrams J, Sokol RJ, Hendrix SL, Chen C, Chlebowski RT, Hubbell FA, Kooperberg C, Manson JE, O'Sullivan MJ, Rohan T, Stefanick ML, Wactawski-Wende J, Wakelee H, Simon MS. Hormone Use, Reproductive History and Risk of Lung Cancer: The Women's Health Initiative Studies. J Thorac Oncol. 2015 Jul;10(7):1004-13.

104. Meza R, Meernik C, Jeon J, **Cote ML**. Lung cancer incidence trends by gender, race and histology in the United States, 1973-2010. PLoS One. 2015 Mar 30;10(3):e0121323. doi: 10.1371/journal.pone.0121323. eCollection 2015. PMID: 25822850

105. Beebe-Dimmer JL, Yee C, **Cote ML**, Petrucelli N, Palmer N, Bock C, Lane D, Agalliu I, Stefanick ML, Simon MS. Familial clustering of breast and prostate cancer and risk of postmenopausal breast cancer in the Women's Health Initiative Study. Cancer. 2015 Apr 15;121(8):1265-72. doi: 10.1002/cncr.29075.

106. Bollig-Fischer A, Chen W, Gadgeel SM, Wenzlaff AS, **Cote ML**, Schwartz AG, Bepler G. Racial diversity of actionable mutations in non-small cell lung cancer. J. Thorac Oncology. 2015 Feb;10(2):250-5.

107. Ahmed QF, Gattoc L, Al-Wahab Z, Abdulfatah E, Ruterbusch JJ, **Cote M**, Bandyopadhyay S, Morris RT, Ali-Fehmi R. Vanishing Endometrial Cancer in Hysterectomy Specimens: A Myth or a Fact. Am J of Surg Path 2015 Feb;39(2):221-6.

108. **Cote ML**, Alhajj T, Ruterbusch JJ, Bernstein L, Brinton LA, Blot WJ, Chen C, Gass M, Gaussoin S, Henderson B, Lee E, Horn-Ross PL, Kolonel LN, Kaunitz A, Liang X, Nicholson WK, Park AB, Petruzella S, Rebbeck TR, Setiawan VW, Signorello LB, Simon MS, Weiss NS, Wentzensen N, Yang HP, Zeleniuch-Jacquotte A, Olson SH. Risk factors for endometrial cancer in black and white women: A pooled analysis from the Epidemiology of Endometrial Cancer Consortium (E2C2). Cancer Causes & Control. 2014; 26:287–296.

109. Winer I, Ahmed QF, Mert I, Bandyopadhyay S, **Cote M**, Munkarah AR, Hussein Y, Al-Wahab Z, Elshaikh MA, Alosh B, Schultz DS, Mahdi H, Nucci MR, Van de Vijver KK, Morris RT, Oliva E, Ali-Fehmi R. Significance of Lymphovascular Space Invasion in Uterine Serous Carcinoma: What Matters More; Extent or Presence? Int J Gynecol Pathol. 2015 Jan;34(1):47-56.

110. Wang A, Kubo J, Luo J, Desai M, Hedlin H, Henderson M, Chlebowski R, Tindle H, Chen C, Gomez S, Manson JE, Schwartz AG, Wactawski-Wende J, **Cote M**, Patel MI, Stefanick ML, Wakelee HA. Active and passive smoking in relation to lung cancer incidence in the Women's Health Initiative Observational Study Prospective Cohort. Ann Oncol. 2015 Jan;26(1):221-30. PMID: 25316260.

111. Schildkraut JM, Alberg AJ, Bandera EV, Barnholtz-Sloan J, Bondy M, **Cote ML**, Funkhouser E, Peters E, Schwartz AG, Terry P, Wallace K, Akushevich L, Wang F, Crankshaw S, Moorman PG. A multi-center population-based case-control study of ovarian cancer in African-American women: the African American Cancer Epidemiology Study (AACES). Br J of Cancer. 2014 Sep 22;14(1):688 PMID: 25242549.

112. Ruterbusch JJ, Ali-Fehmi R, Olson SH, Sealy-Jefferson S, Rybicki BA, Hensley-Alford S, Elshaikh MA, Gaba AR, Schultz D, Munkarah AR, **Cote ML**. The influence of comorbid conditions on racial disparities in endometrial cancer survival. Am J Obstet Gynecol. 2014 Dec;211(6):627.e1-9.

113. Mitro SD, Ali-Fehmi R, Bandyopadhyay S, Alosh B, Albashiti B, Radisky DC, Frost MH, Degnim AC, Ruterbusch JJ, **Cote ML**. Clinical characteristics of breast cancers in African American women with benign breast disease: A comparison to the Surveillance, Epidemiology and End Results Program. The Breast Journal 2014 Nov;20(6):571-7.

114. **Cote ML**, Harrison MJ, Wenzlaff AS, Schawartz AG. Re-contacting participants for inclusion in the database of Genotypes and Phenotypes (dbGaP): Findings from three case control studies of lung cancer. Genomic Medicine 2014. 6:54 (July 23). PMID: 25228924

115. Catsburg C, Gunter MJ, Chen C, **Cote ML**, Kabat GC, Nassir R, Tinker L, Wactawski-Wende J, Page DL, Rohan TE. Insulin, estrogen, inflammatory markers and risk of benign breast disease. Cancer Research 2014 Jun 15;74(12):3248-58. PMID:24755474.

116. Pathak A, Wenzlaff AS, Hyland PL, **Cote ML**, Keele GR, Land S, Boulton ML, Schwartz AG. Apoptosis-related single nucleotide polymorphisms and risk of NSCLC in women. J Cancer Ther Res. 2014;3(1). doi: 10.7243/2049-7962-3-1. PMID:24790730.

117. Setiawan VW, Schumacher F, Prescott J, Haessler J, Malinowski J, Wentzensen N, Yang H, Chanock S, Brinton L, Hartge P, Lissowska J, Park SL, Cheng I, Bush WS, Crawford DC, Ursin G, Horn-Ross P, Bernstein L, Lu L, Risch H, Yu H, Sakoda LC, Doherty J, Chen C, Jackson R, Yasmeen S, **Cote M**, Kocarnik JM, Peters U, Kraft P, De Vivo I, Haiman CA, Kooperberg C, Le Marchand L. Cross-cancer pleiotropic analysis of endometrial carcinoma: A PAGE and E2C2 consortia. Carcinogenesis. 2014 Sep;35(9):2068-73.. PMID:24832084

118. Park SL, Fesinmeyer MD, Timofeeva M, Caberto CP, Kocarnik JM, Han Y, Love SA, Young A, Dumitrescu L, Lin Y, Goodloe R, Wilkens LR, Hindorff L, Fowke JH, Carty C, Buyske S, Schumacher FR, Butler A, Dilks H, Deelman E, **Cote ML**, Chen W, Pande M, Christiani DC, Field JK, Bickebller H, Risch A, Heinrich J, Brennan P, Wang Y, Eisen T, Houlston RS, Thun M, Albanes D, Caporaso N, Peters U, North KE, Heiss G, Crawford DC, Bush WS, Haiman CA, Landi MT, Hung RJ, Kooperberg C, Amos CI, Le Marchand L, Cheng I. Pleiotropic Associations of Risk Variants Identified for Other Cancers With Lung Cancer Risk: The PAGE and TRICL Consortia. JNCI, 2014 106(4) PMCID: PMC3982896

119. Kim CH, Amy Lee YC, Hung RJ, McNallan SR, **Cote ML**, Lim WY, Chang SC, Kim JH, Ugolini D, Chen Y, Liloglou T, Andrew AS, Onega T, Duell EJ, Field JK, Lazarus P, Marchand LL, Neri M, Vineis P, Kiyohara C, Hong YC, Morgenstern H, Matsuo K, Tajima K, Christiani DC, McLaughlin JR, Bencko V, Holcatova I, Boffetta P, Brennan P, Fabianova E, Foretova L, Janout V, Lissowska J, Mates D, Rudnai P, Szeszenia-Dabrowska N, Mukeria A, Zaridze D, Seow A, Schwartz AG, Yang P, Zhang ZF. Exposure to secondhand tobacco smoke and lung cancer by histological type: a pooled analysis of the International Lung Cancer Consortium (ILCCO). Int J Cancer. 2014 Oct 15;135(8):1918-30. PMID: 24615328

120. **Cote ML,** Ruterbusch JJ, Ahmed Q, Bandyopadhyay S, Alosh B, Abdulfatah E, Seward S, Morris R, Ali-Fehmi R. Endometrial cancer in morbidly obese women: do racial disparities affect surgical or survival outcomes? Gyn Onc. 2014 April 1; 133: 38-42. PMID: 24680590

121. Gayar OH, Ruterbusch JJ, Elshaikh M, **Cote M**, Ghanem T, Hall F, Siddiqui F. Oropharyngeal Carcinoma in Young Adults: An Alarming National Trend. Otolaryngology—Head and Neck Surgery. 2014 Apr; 150(4):594-601. PMID: 24452304.

122. Gadgeel SM, Chen W, **Cote ML**, Bollig-Fischer A, Land S, Schwartz AG, Bepler G. Fibroblast Growth Factor Receptor 1 Amplification in Non-Small Cell Lung Cancer by Quantitative Real-Time PCR. PLOS One. 2013. Nov 8;8(11):e79820. PMID: 24255716.

123. Elshaikh MA, Ruterbusch J, **Cote ML**, Cattaneo R, Munkarah AR. Improved survival of baby boomer women with early-stage uterine cancer: A surveillance, epidemiology and end results (SEER) study. Anticancer Research. 2013 Nov;33(11):4983-7. PMID: 24222139.

124. Patel DA, Saraiya M, Copeland G, **Cote ML**, Datta SD, Sawaya GF. Treatment patterns for cervical carcinoma in situ in Michigan, 1998-2003. Journal of Registry Management 2013 Volume 40 Number 2, page 84-92.

125. Desai P, Chlebowski RT, Cauley JA, Manson JE, Wu C, Martin LW, Jay A, Bock CH, **Cote ML**, Petrucelli N, Rosenberg CA, Peters U, Agalliu I, Budrys N, Abdul-Hussein M, Lane DS, Luo J, Park HL, Thomas F, Wactawski-Wende J, Simon MS. Prospective analysis of association between statin use and breast cancer risk in the Women's Health Initiative. Cancer Epidemiol Biomarkers Prev. 2013 Oct;22(10):1868-76.

126. Semaan A, Mert I, Munkarah AR, Bandyopadhyay S, Mahdi HS, Winer IS, Nucci MR, Hussein Y, Quershi F, Hayek K, Tabassum F, Alosh B, Schultz DS, **Cote ML**, Vijver KK, Morris RT, Oliva E, Ali-Fehmi R. Clinical and Pathologic Characteristics of Serous Carcinoma Confined to the Endometrium: A Multi-institutional Study. Int J Gynecol Pathol. 2013 Mar;32(2):181-7.

127. Winer I, Mahdi H, Bandyopadhyay S, Semaan A, Van de Vijver KK, Nucci MR, Abdul-Karim F, Hussein Y, Qureshi F, Hayek K, Alosh B, Schulz D, **Cote M**, Munkarah A, Morris R, Oliva E, Ali-Fehmi R. Correlation of tumor size with other prognostic factors in uterine serous carcinoma: A large multi-institutional study. Gynecol Oncol. 2013 Feb;128(2):316-21.

128. Yoo W, Ference BA, **Cote ML**, Schwartz AG. A Comparison of Logistic Regression, Logic Regression, Classification Tree, and Random Forests to Identify Effective Gene-Gene and Gene-Environmental Interactions Int J Appl Sci Technol. 2012 August 2(7) 268. PMID: 23795347

129. **Cote ML**, Ruterbusch JJ, Alosh B, Bandyopadhyay S, Kim E, Albashiti B, Radisky DC, Frost MH, Visscher DW, Hartmann LC, Nassar H, Ali-Femhi R. Benign breast disease and the risk of subsequent breast cancer in African American women. Cancer Prevention Research 2012 Dec;5(12):1375-80.

130. Purdue MP, Moore LE, Merino MJ, Boffetta P, Colt JS, Schwartz KL, Bencko V, Davis FG, Graubard BI, Janout V, Ruterbusch JJ, Beebe-Dimmer J, **Cote ML**, Shuch B, Mates D, Hofmann JN, Foretova L, Rothman N, Szeszenia-Dabrowska N, Matveev V, Wacholder S, Zaridze D, Linehan WM, Brennan P, Chow WH. An investigation of risk factors for renal cell carcinoma by histologic subtype in two case-control studies. International Journal of Cancer 2013 Jun 1;132(11):2640-7.

131. **Cote ML**, Atikukke G, Ruterbusch JJ, Olson SH, Sealy-Jefferson S, Rybicki BA, Hensley Alford S, Elshaikh MA, Gaba AR, Schultz D, Haddad R, Munkarah AR , Ali-Fehmi R. Racial differences in oncogene mutations detected in early stage, low grade endometrioid endometrial cancers. Int J Gynecol Cancer 2012 Oct;22(8):1367-72.

132. **Coté ML**, Liu M, Bonassi S, Neri M, Schwartz AG, Christiani DC, Spitz MR, Muscat JE, Rennert G, Aben KK, Andrew AS, Bencko V, Bickeböller H, Boffetta P, Brennan P, Brenner H, Duell EJ, Fabianova E, Field JK, Foretova L, Friis S, Harris CC, Holcatova I, Hong YC, Isla D, Janout V, Kiemeney LA, Kiyohara C, Lan Q, Lazarus P, Lissowska J, Le Marchand L, Mates D, Matsuo K, Mayordomo JI, McLaughlin JR, Morgenstern H, Müeller H, Orlow I, Park BJ, Pinchev M, Raji OY, Rennert HS, Rudnai P, Seow A, Stucker I, Szeszenia-Dabrowska N, Dawn Teare M, Tjønnelan A, Ugolini D, van der Heijden HF, Wichmann E, Wiencke JK, Woll PJ, Yang P, Zaridze D, Zhang ZF, Etzel CJ, Hung RJ. Increased risk of lung cancer among patients

with a family history of the disease: A pooled analysis from the International Lung Cancer Consortium. European Journal of Cancer. 2012 Sep;48(13):1957-68. PMID: 22436981.

133. Olson SH, Atoria CL, **Cote ML**, Cook LS, Rastogi R, Soslow RA, Brown CL, Elkin EB. The impact of race and comorbidity on survival in endometrial cancer. Cancer Epi Biomark Prev 2012 May; 21(5):753-60. PMID: 22426148.

134. **Cote ML**, Colt JS, Schwartz KL, Wacholder S, Ruterbusch JJ, Davis FG, Purdue MP, Graubard BI, Chow WH. Cigarette smoking and risk of renal cell carcinoma among black and white Americans: effect modification by hypertension and obesity. Cancer Epi Biomark Prev 2012 May; 21(5):770-9. PMID: 22426145. *This work was highlighted in MDLynx.com and in the Journal of Urology*

135. Setiawan VW, Haessler J, Schumacher F, **Cote ML**, Deelman E, Fesinmeyer MD, Henderson BE, Jackson RD, Vöckler JS, Wilkens LR, Yasmeen S, Haiman CA, Peters U, Le Marchand L, Kooperberg C. HNF1B and Endometrial Cancer Risk: Results from the PAGE Study. PLoS One. 2012;7(1):e30390. PMID: 22299039.

136. Seward S, Munkarah AR, Semaan A, Al-Wahab ZR, Elshaikh MA, Bandyopadhyay S, **Cote ML**, Morris RT, Ali-Fehmi R. Outcomes of patients with uterine serous carcinoma using the revised FIGO staging. Int J Gynecol Cancer 2012 Mar; 22(3):452-6. PMID: 22274544. I

137. Roberts NJ, Jiao Y, Yu J, Kopelovich L, Petersen GM, Bondy ML, Gallinger S, Schwartz AG, Syngal S, **Cote ML**, Axilbund J, Schulick R, Ali SZ, Eshleman JR, Velculescu VE, Goggins M, Vogelstein B, Papadopoulos N, Hruban RH, Kinzler KW, Klein AP. ATM mutations in patients with hereditary pancreas cancer. Cancer Discov. 2012 Jan;2(1):41-46. Epub 2011 Dec 29. Cancer Discov. 2012 Jan; 2(1): 41-46 PMID: 22585167.

138. Rosenberger A, Bickeböller H, McCormack V, Brenner DR, Duell EJ, Tjønneland A, Friis S, Muscat JE, Yang P, Wichmann HE, Heinrich J, Szeszenia-Dabrowska N, Lissowska J, Zaridze D, Rudnai P, Fabianova E, Janout V, Bencko V, Brennan P, Mates D, Schwartz AG, **Cote ML**, Zhang ZF, Morgenstern H, Oh SS, Field JK, Raji O, McLaughlin JR, Wiencke J, Lemarchand L, Neri M, Bonassi S, Andrew AS, Lan Q, Hu W, Orlow I, Park BJ, Boffetta P, Hung RJ. Asthma and lung cancer risk: A systematic investigation by the ILCC. Carcinogenesis 2012 Mar; 33(3): 587-97. PMID: 22198214.

139. Mina N, Soubani AO, **Cote ML**, Suwan T, Wenzlaff AS, Jhajhria S, Samarah H, Schwartz AG. The relationship between chronic obstructive pulmonary disease and lung cancer in African American patients. Clin Lung Cancer 2012 Mar; 13(2): 149-56. PMID: 22129972.

140. Semann A, Ali-Fehmi R, Munkarah AR, Bandyopadhyay S, Morris RT, Rizk S, Mert I, Ruterbusch JJ, **Cote ML**. Clinical/pathologic features and patient outcome in early onset endometrial carcinoma: A population based analysis and an institutional perspective from the Detroit metropolitan area, Michigan. Gynecologic Oncology 2012 Feb; 124(2):265-9. PMID: 22044605.

141. Patel MK*, **Cote ML**, Ali-Fehmi R, Buekers T, Munkarah AR, Elshaikh MA. Trends in the utilization of adjuvant vaginal cuff brachytherapy and/or external beam radiation treatment in stage I and II endometrial cancer: A surveillance, Epidemiology and End-Results (SEER) study. Int J Radiat Oncol Biol Phys 2012 May 1; 83(1):178-84. PMID: 22014953

142. **Cote ML**, Kam A*, Chang C, Raskin L, Redding KR, Cho KR, Gruber SB, Ali-Fehmi R. A pilot study of microsatellite instability and endometrial cancer survival in white and African American women. In J of Gyn Pathology, 2012 Jan; 31(1):66-72. PMID: 22123725.

143. Al-Wahab Z, Ali-Fehmi R, **Cote ML**, Elshaikh MA, Ibrahim DR, Semann A, Schultz D, Morris RT, Munkarah AR. The impact of race on survival in uterine serous carcinoma: A hospital-based study. Gynecol Oncol. 2011 Jun 1; 121(3):577-80. PMID: 21377196.

144. **Cote ML**, Haddad R, Edwards DJ, Atikukke G, Gadgeel S, Soubani AO, Lonardo F, Bepler G, Schwartz AG, Ethier SP. Frequency and type of epidermal growth factor receptor mutations in African Americans with non-small cell lung cancer. J Thorac Oncol, 2011 Mar;6(3):627-30. PMID: 21317742.

145. Schwartz AG, Wenzlaff AS, Bock CH, Ruterbusch JJ, Chen W, **Cote ML**, Artis A, Van Dyke AL, Land S, Harris CC, Pine S, Spitz M, Amos CI, Levin AM, McKeigue P. Admixture Mapping of Lung Cancer in 1812 African Americans. Carcinogenesis. 2011 Mar;32(3):312-17. PMID: 21115650.

146. Boffetta P, Jayaprakash V, Yang P, Asomaning K, Muscat JE, Schwartz AG, Zhang ZF, Le Marchand L, **Cote ML**, Stoddard SM, Morgenstern H, Hung RJ, Christiani DC. Tobacco smoking as a risk factor of bronchioloalveolar carcinoma of the lung: pooled analysis of seven case-control studies in the International Lung Cancer Consortium (ILCCO). Cancer Causes Control 2011 Jan;22(1):73-9. PMID: 21072579.

147. Kakarala M, Rozek L, **Cote M**, Liyanage S, Brenner DE. Breast cancer histology and receptor status characterization in Asian Indian and Pakistani women in the U.S.-a SEER analysis. BMC Cancer 2010 May; 10:191. PMID: 20459777 PMCID: PMC2873947.

148. Schwartz AG, **Cote ML**, Wenzlaff AS, Land S, Amos CI. Racial differences in the association between SNPs on 15q25.1, smoking behavior, and risk of non-small cell lung cancer. J Thorac Oncol. 2009, Oct; 4(10):1195-201. PMID: 19641473

149. VanDyke AL*, **Cote ML**, Wenzlaff AS, Abrams J, Land S, Iyer P, Schwartz AG. Chromosome 5p region SNPs are associated with risk of NSCLC among women. Journal of Cancer Epidemiology, 2009, Jun; 18(6):1829-40 PMID: 20445798 PMC2861408.

150. VanDyke AL*, **Cote ML**, Wenzlaff AS, Chen W, Abrams J, Giroux C, Land S, Schwartz AG. Cytokine and Cytokine Receptor Single Nucleotide Polymorphisms Predict Risk for Non-small Cell Lung Cancer Among Women. Cancer Epidemiology, Biomarkers and Prevention. 2009 June; 18(6): 1829-40. PMID: 19505916.

151. VanDyke AL*, **Cote ML**, Wenzlaff AS, Land S, Schwartz AG. Cytokine SNPs: Comparison of allele frequencies by race and implications for future studies. Cytokine 2009 May; (46): 236-44. PMID: 19356949 PMCID: 2742911 NIHMS: 98428.

152. Arabi H, Hui G, Kumar S, **Cote M**, Bandyopadhyay S, Shah J, Fadi W, Munkarah A, Ali-Fehmi R. Impact of microsatellite instability (MSI) on survival in high grade endometrial carcinoma. Gynecologic Oncology. 2009 May; 113(2):153-8. PMID: 19275958

153. **Cote ML**, Yoo W, Wenzlaff AS, Prysak GM, Santer S, Claeys GB, VanDyke AL, Land SJ, Schwartz AG. Tobacco and estrogen metabolic polymorphisms and risk of non-small cell lung cancer in women. Carcinogenesis 2009 April; 30(4):626-35. PMCID:2664455.

154. **Cote ML**, Chen W, Smith DW, Behamou S, Bouchardy C, Butkiewicz D, Fong KM, Gene M, Hirvonen A, Kiyohara C, Larsen JE, Lin P, Raaschou-Nielsen O, Povey AC, Reszka E, Risch A, Schneider J, Schwartz AG, Sorensen M, To-Figueras J, Tokudome S, Pu Y, Yang P, Wenzlaff AS, Wikman H, Taioli E. A Meta- and pooled analysis of GSTP1 and lung cancer risk. American Journal of Epidemiology 2009 April; 169(7):802-14. PMID: 19240225 PMCID: 2727222 IF: 4.8

155. Kumar S, Shah JP, Bryant CS, Awonuga AO, Imudia AN, Ruterbusch JJ, **Cote ML**, Ali-Fehmi R, Morris RT, Malone JM. Second neoplasms in survivors of endometrial cancer: Impact of radiation therapy. Gynecologic Oncology 2009 May;113(2):233-39. PMID: 19249081.

156. Schwartz AG, **Cote ML**, Wenzlaff AS, Van Dyke A*, Chen W, Ruckdeschel JC, Gadgeel S, Soubani AO. Chronic obstructive lung diseases and risk of lung cancer in women. J Thorac Oncol. 2009 Mar; 4(3):291-99. PMID: 19190518 PMCID: 2745706 NIHMS:109377.

157. **Cote ML**, Schenk M, Schwartz AG, Vigneau FD, Kinnard M, Greenson JK, Fryzek JP, Ying GS, Garabrant DH. Risk of other cancers in individuals with a family history of pancreas cancer. J Gastrointest Cancer. 2008 Apr; 38(2-4):119-26. PMID: 19089664 PMCID:2719298 NIHMS:129913.

158. Copeland G, Datta SD, Spivak G, Garvin AD, **Cote ML**. Total burden and incidence of in situ and invasive cervical carcinoma in Michigan, 1985-2003. Cancer 2008 Nov; 113(10): 2946-54. PMID: 18980278.

159. Etzel CJ, Kachroo S, Liu M, D'Amelio A, Dong Q, **Cote ML**, Wenzlaff AS, Hong WK, Greisinger AJ, Schwartz AG, Spitz MR. Development and validation of a lung cancer risk prediction model for African-Americans. Cancer Prevention Research 2008 Sep; 1(4): 255-65. PMID: 19138969 PMCID:2854402

160. Kumar S, Shah JP, Bryant CS, Imudia AN, **Cote ML**, Ali-Fehmi R, Malone JM, Morris RT. The prevalence and prognostic impact of lymph node metastasis in malignant germ cell tumors of the ovary. Gynecological Oncology 2008; Aug:110(2):125-32. PMID: 18571705

161. VanDyke AL*, **Cote ML**, Prysak G, Claeys GB, Wenzlaff AS, Murphy V, Lonardo F, Schwartz AG. COX-2/EGFR Expression and Survival among Women with Adenocarcinoma of the Lung. Carcinogenesis 2008 Sep; 29(9):1781-87. PMID: 18453539 PMCID:2527644.

162. VanDyke AL*, **Cote ML**, Prysak G, Claeys GB, Wenzlaff AS, Schwartz AG. Regular adult aspirin use decrease the risk of non-small cell lung cancer among women. Cancer Epidemiology, Biomarkers and Prevention 2008 Jan; 17(1):148-57. PMID: 18187393.

163. Orom H, **Cote ML**, González HM, Underwood III W, Schwartz AG. Family History of Cancer: Is it an Accurate Indicator of Cancer Risk in the Immigrant Population? Cancer 2008 Jan; 112(2):399-406. PMID: 18072272.

164. Schwartz AG, Wenzlaff AS, Prysak GM, Murphy V, **Cote ML**, Brooks SC, Skafar DF, Lonardo F. Reproductive factors, hormone use, ER expression and risk of non-small cell lung cancer in women. J Clin Onco 2007 Dec; 25(36):5785-92. PMID: 18089876.

165. Naff JL*, **Cote ML**, Wenzlaff AS, Schwartz AG. Racial differences in cancer risk among relatives of early-onset lung cancer cases. Chest 2007 May; 131(5):1289-94. PMID: 17400658.

166. **Cote ML**, Wenzlaff AS, Bock CH, Land SJ, Santer SK, Schwartz DR, Schwartz AG. Combinations of Cytochrome P-450 Genotypes and Risk of Early-onset Lung Cancer in Caucasians and African Americans: A Population-based Study. Lung Cancer 2007 March; 55(3): 255-62. PMC1839885.

167. Raimondi S, Paracchini V, Autrup H, Barros-Dios JM, Benhamou S, Boffetta P, **Cote ML**, Dialyna IA, Dolzan V, Filiberti R, Garte S, Hirvonen A, Husgafvel-Pursiainen K, Imyanitov EN, Kalina I, Kang D, Kiyohara C, Kohno T, Kremers P, Lan Q, London S, Povey AC, Rannug A, Reszka E, Risch A, Romkes M, Schneider J, Seow A, Shields PG, Sobti RC, Sørensen M, Spinola M, Spitz MR, Strange RC, Stücker I, Sugimura H, To-Figueras J, Tokudome S, Yang P, Yuan J-M, Warholm M and Taioli E. Meta and pooled analysis of GSTT1 and lung cancer: a HuGE-GSEC review. AJE 2006 Dec; 164(11):1027-42. PMID: 17000715.

168. **Cote ML**, Wenzlaff AS, Philip PA, Schwartz AG. Secondary cancers after a lung carcinoid primary: A population-based analysis. Lung Cancer 2006 June; 52 (3):273-79. PMID: 16567020.

169. Wenzlaff AS, **Cote ML**, Bock CH, Santer S, Land SJ, Schwartz DR, Schwartz AG. CYP1A1 and CYP1B1 polymorphisms and risk of lung cancer among never smokers: a population-based study. Carcinogenesis 2005 Dec; 26(12):2207-212 PMID: 16051642.

170. **Cote ML**, Kardia SLR, Wenzlaff AS, Ruckdeschel J, Schwartz AG. Risk of lung cancer among white and black relatives of individuals with early-onset lung cancer. JAMA 2005 June; 293:3036-42. PMID: 15972566.

171. **Cote ML**, Kardia SLR, Wenzlaff AS, Land SJ, Schwartz AG. Combinations of glutathione S-transferase genotypes and risk of lung cancer in early onset African American and Caucasian

populations: A population-based study. Carcinogenesis 2005 April; 26(4):811-19. PMID: 15661806.

172. Wenzlaff AS, **Cote ML**, Bock CH, Land SJ, Schwartz AG. GSTM1, GSTT1 and GSTP1 polymorphisms, environmental tobacco smoke exposure and risk of lung cancer among never smokers: A population-based study. Carcinogenesis. 2005 Feb; 26(2):395-401. PMID: 15528218.

173. Bock CH, Wenzlaff AS, **Cote ML**, Land SJ, Schwartz AG. NQO1 T allele associated with decreased risk of later age at diagnosis lung cancer among never smokers: results from a population-based study. Carcinogenesis. 2005 Feb; 26(2):381-86. PMID: 15498787.

174. **Cote ML**, Spindler AJ, Schwartz AG. Lung cancer risk in relatives of early onset lung cancer cases. Chest. 2004 May; 125(5) 89S-90S. PMID: 15136431. IF: 6.0

Review Articles

1. Gadgeel SM, **Cote ML**, Schwartz AG, Matherly LH, Wozniak A, Bepler G. Parameters for individualizing systemic therapy in non-small cell lung cancer. Drug Resis Update. 2010 Nov 2 PMID: 21051275

2. Schwartz AG, Prysak GM, Bock CH, **Cote ML**. The Molecular Epidemiology of Lung Cancer. Carcinogenesis 2007; March; 28(3): 507-18.

3. **Cote ML**, and Schwartz AG. Lung cancer: Genetics. The Encyclopedia of Life Sciences. John Wiley & Sons, Ltd. 2006; published online 2007.

**Book Authorships, Editorships, and Chapters**

1. **Cote ML** and Ramnath N. "Incidence, Behavior, and Therapy of Lung Cancer in Women" American Society of Clinical Oncology 2010 Educational Book. ASCO, 2010.

2. **Cote ML**. "Study designs in genetic epidemiology". Tumor Biomarker Discovery: Methods and Protocols. Editor: Tainsky MA. Humana Press, 2009.

**Other (not peer-reviewed)**

1. **Cote ML**. "Lung Cancer: An update on the search for a gene" Michigan Cancer Consortium Update (Newsletter), November 2008.

2. **Cote ML**. "For the 'greater good' would you share your biological data? Science's need for study participants' consent" BioMed Central Blog, September 2014.

**PRESENTATIONS**

**Podium Presentations** (refereed, *trainee)

1. Cote, ML. Incidence and Outcome Disparities in High Grade Endometrial Cancers. Keynote Lecture: Heartland Association of Gynecologic Oncology Annual Meeting, Iowa City, Iowa, September 2025.

2. Cote, ML. Racial disparities in high grade endometrial cancers. AACR Special Conference in Cancer Research Endometrial Cancer: Transforming Care Through Science. Boston, MA, November 2023.

3. Shaik, AN*…Cote, ML. Adipose inflammation and the risk of benign and malignant breast disease in African American women. AACR Annual Meeting, Late Breaking Abstract Minisymposium, Chicago, IL, April 2018.

4. Cote, ML. Risk factors for endometrial cancer in black and white women: a pooled analysis from the Epidemiology of Endometrial Cancer Consortium (E2C2). AACR Annual Meeting, Minisymposium, Washington, DC, April 2013.

**Poster Presentations** (refereed, *trainee)

1. Holowatyj AN*, Ruterbusch JJ, Ali-Fehmi R, Bandyopadhyay S, Mehner C, Stallings Mann M, Dyson G, Radisky D, Cote ML. Expression profiling of paired benign and breast cancer lesions in African American women. American Association for Cancer Research (AACR) Annual Meeting, April 2017.

2. Shaik AN*, Ruterbusch JJ, Abdulfatah E, Alosh B, Pardeshi V, Ali-Fehmi R, Visscher DW, Bandyopadhyay S, Cote ML. Fibroadenomas on benign breast biopsy and subsequent breast cancer risk in an African American Cohort. American Association of Cancer Research Molecular Working Group Special Conference, November 2016.

3. Ruterbusch JJ, Cote ML, Boerner J, Abdulfatah E, Alosh B, Pardeshi V, Roquiz W, Ali-Fehmi R, Bandyopadhyay. Breast cancer subtype subsequent to a benign breast biopsy among African Americans. American Association of Cancer Research Molecular Working Group Special Conference, November 2016

4. Cote ML, Chen W, Ruterbusch JJ, Abdulfatah E, Alosh B, Pardeshi V, Shaik AN, Visscher DW, Bandyopadhyay, Ali-Fehmi R. Benign breast disease and subsequent breast cancer risk: The Detroit Cohort. American Association of Cancer Research Molecular Working Group Special Conference, November 2016

5. Holowatyj AN*, Ruterbusch JJ, Ali-Fehmi R, Bandyopadhyay S, Dyson G, Radisky D, Cote ML.Transcriptional variations associated with time to breast cancer development among African American women with benign breast disease. 24th BIENNIAL CONGRESS OF THE EUROPEAN ASSOCIATIONFOR CANCER RESEARCH: JUL. 2016

6. Holowatyj AN*, Ali-Fehmi R, Ruterbusch JJ, Abdulfatah E, Pardeshi V, Roquiz W, Alosh B, Bandyopadhyay S, Radisky D. Cote ML. Ankryin repeat domain 30A as a novel molecular marker of columnar alterations in benign breast disease and subsequent breast cancer in African American women. American Association for Cancer Research (AACR) Annual Meeting, New Orleans, LA, 2016.

7. Cote ML, Ruterbusch JJ, Bandyopadhyay S, Ahmed Q, Alosh B, Abdulfatah E, Arabi H, Ali-Fehmi R. Characteristics of benign breast disease and subsequent risk of breast cancer differ by age among African Americans. AACR-San Antonio Breast Cancer Symposium, San Antonio, TX, 2014.

8. Cote ML, Ruterbusch JJ, Lu K, Olson SH, Ali-Fehmi R. Racial disparities in aggressive endometrial cancer incidence and mortality are limited to non-Hispanic black women. AACR Special Conference on Health Disparities, San Antonio, TX, 2014.

9. Cote ML, Ruterbusch JJ, Chen W, Bandyopadhyay S, Ahmed Q, Alosh B, Abdulfatah E, Radisky DC, Frost MH, Degnim AC, Hartmann LC, Visscher DW, Ali-Fehmi R. Racial differences in benign breast disease features. SIS World Congress on Breast Healthcare, Orlando, FL, 2014.

10. Mitro SD*, Ali-Fehmi R, Bandyopadhyay S, Alosh B, Albashiti B, Radisky DC, Frost MH, Degnim AC, Ruterbusch JJ, Cote ML. Clinical characteristics of breast cancers in African-American women with benign breast disease: A comparison to the Surveillance, Epidemiology and End Results Program. AACR Special Conference on Health Disparities, Atlanta, GA, 2013.

11. Haynes B*, Ruterbusch JJ, Simon M, Cote ML. A comparison of hormone receptor status in black women born in the U.S., West Africa, East Africa and the Caribbean- a SEER Analysis. AACR San Antonio Breast Cancer Symposium, San Antonio, TX, 2013.

12. Wang A, Kubo J, Luo J, Desai M, Henderson M, Chlebowski R, Tindle H, Chen C, Gomez S, Manson JE, Schwartz AG, Wactawski-Wende J, Cote ML, Patel M, Stefanick ML, and Wakelee HA. Active and passive smoking in relation to lung cancer incidence in the Women's Health Initiative prospective cohort study. American Society of Clinical Oncology, Chicago, IL, 2013.

13. Gadgeel S, Bollig-Fischer A, Cote ML, Schwartz AG, Land S, Wenzlaff A, Mantha L, Wozniak A, Sukari A, Chen Wei, Bepler G. Multiplex testing of driver mutations in non-small cell lung cancer (NSCLCs) of African-American (AA) patients. American Society of Clinical Oncology, Chicago, IL, May 2013.

14. Vigneau FD, and Cote ML. Usefulness of Collaborative Stage (CS) Site Specific Factors (SSF) 3, 4, 5 and 6 in describing short-term mortality risk disparities for Type II Endometrial Cancers in Metropolitan Detroit. North American Association of Cancer Registries, Austin, TX, 2013.

15. Bandyopadhyay S, Alosh B, Bowles M, Cote M, Shi D, Salem N, Kim MH, Visscher D, Ali-Fehmi R. Clinico-Pathological Features of Fibroadenoma Occurring in a Cohort of Young African American Patients: Single Institution Experience. United States & Canadian Academy of Pathology Annual Meeting, Baltimore, MD, 2013.

16. Cote ML, Bepler G, Land S, Bollig-Fischer A, Schwartz AG, Gadgeel SM. FGFR1 amplification in squamous cell lung cancers. American Society of Clinical Oncology, Chicago, IL, May 2012. J Clin Oncol 30, 2012 (suppl; abstr 7063).

17. Gadgeel SM, Cote ML, Bepler G, Murphy V, Malysa A, Wozniak AJ, Sukari A, Schwartz AG. Frequency of anaplastic lymphoma kinase (ALK) positive tumors among African American non-small cell lung cancer (NSCLC) patients. American Society of Clinical Oncology, Chicago, IL, May 2012. J Clin Oncol 30, 2012 (suppl; abstr 7593).

18. Cote ML, Colacino JA, Sheng S, Lonardo F, Stewart M, Dolinoy DC, Jones TR, Schwartz AG, Rozek LS. Methylation profiles using >480,000 cytosine markers of early stage adenocarcinomas of the lung. American Association of Cancer Research Annual Meeting, Chicago, IL, April 2012.

19. Bandyopadhyay S, Cote ML, Visscher DW, Ruterbusch JJ, Albashiti B, Alosh B, Frost MH, Hartmann LC, Ali-Fehmi R. Expression of selective predictive markers in African American women with atypical hyperplasia of the breast. San Antonio Breast Cancer Symposium, San Antonio, TX, December 2011.

20. Ali-Femhi R, Cote ML, Ruterbusch JJ, Alosh B, Bandyopadhyay S, Albashiti B, Hartmann LC, Frost MH, Visscher DW. Benign breast disease and breast cancer in African American women. San Antonio Breast Cancer Symposium, San Antonio, TX, December 2011.

21. Patel DA, Saraiya M, Copeland G, Cote ML, Datta SD, Sawaya GF. Treatment patterns for cervical cancer in situ in Michigan, 1998-2003. International Papillomavirus Conference and Clinical Workshop, Berlin, Germany, September 2011.

22. Cote ML, Atikukke G, Ruterbusch JJ, Olson SH, Sealy-Jefferson S, Rybicki BA, Hensley-Alford S, Elshaikh MA, Gaba AR, Schultz D, Ali-Fehmi R, Haddad R, Munkarah AR. Oncogene mutations in endometrial cancer vary by race. AACR Annual Conference, Orlando, Florida, April 2011.

23. Cote ML, Ruterbusch JJ, Olson SH, Sealy-Jefferson S, Rybicki BA, Hensley-Alford S, Elshaikh MA, Gaba AR, Schultz D, Ali-Fehmi R, Munkarah AR. Race is a predictor for endometrioid endometrial cancer cause-specific survival, but not all-cause survival. AACR Special Conference on Health Disparities, Miami, Florida, October 2010.

24. Atikukke G, Cote ML, Edwards DJ*, Gadgeel S, Soubani AO, Lonardo F, Schwartz AG, Ethier SP, Haddad R. EGFR mutations in African American NSCLC patients occurs at a similar frequency to Caucasians but demonstrates an extreme bias to exon 19 mutations. AACR Special Conference on Molecular Diagnostics in Cancer Therapeutic Development, Denver, Colorado. September 2010.*This abstract was selected for a press release by AACR as a highlighted abstract.

25. Gadgeel SM, Goveas R, Vigneau FD, Quarshie WO, Islam MK, Schwartz AG, Wozniak AJ, Cote ML. "Brain Metastases in lung cancer patients: Analysis of the Detroit Surveillance, Epidemiology and End Results (SEER) Data. American Society of Clinical Oncology, Chicago, Illinois. June 2010.

26. Atikukke G, Cote ML, Schwartz AG, Gadgeel SM, Soubani AO, Lonardo F, Haddad R. "Oncogenomic profiling of NSCLC: A pilot study" AACR Annual Meeting, Washington, D.C. April 2010.

27. Cote ML, Schwartz AG, Gadgeel S, Soubani AO, Haddad R. Oncogenomic profiling of adenocarcinomas: a pilot study. AACR/IASLC Special Conference on Lung Cancer. Coronado, California. January 2010.

28. Patel MK*, Cote ML, Ali-Fehmi R, Munkarah AR, Kim W, Elshaikh MA. Trends in the Utilization of Adjuvant Vaginal Cuff Brachytherapy and/or External Beam Radiation Treatment in Stage I and II Endometrial Cancer: A Surveillance, Epidemiology and End-Results (SEER) Study. American Society for Radiation Oncology Annual Meeting. Chicago, Illinois. November 2009.

29. Nyhuis M, Petrucelli N, Barrick M, Abrams J, Cote M, Hammad N, Simon, M. The accuracy of the CancerGene program to assess the probability of a BRCA1/2 mutation: The impact of limited family structure. National Society of Genetic Counselors Annual Meeting. Atlanta, Georgia, November 2009.

30. Schwartz AG, Cote ML, Wenzlaff AS, Land SL, Amos CI. Racial differences in lung cancer risk associated with SNPs on 15q25 and variation in LD patterns. GENETIC EPIDMIOLOGY 32(7): 152. International Genetic Epidemiology Society, St. Louis, Missouri, September, 2008.

31. Sealy-Jefferson, S*, Schenk, M.J., Cote ML. A Population-Based Analysis of Race and gender differences in pancreas cancer survival. American Association of Cancer Research Special Conference on Racial and Health Disparities. Atlanta, Georgia, November 2007.

32. Cote, ML, Orom H, Wenzlaff, A.G., Schwartz A.G. Ascertaining first-degree relatives in adult-onset cancer research: The genetic epidemiology of lung cancer study, 1999-2003. American Association of Cancer Research Special Conference on Racial and Health Disparities. Atlanta, Georgia, November 2007.

33. Ali-Fehmi, R. Cote, ML., Arabi, M.H., Bryant, C.S., Shah, J.P., Mughrabi, L., Schimp, V.L., Sauder, K., Abdul-Karim, F., Munkarah, A.R. Endometrial carcinoma (EC) in Women 35 years of age or younger. United States and Canadian Academy of Pathology. San Diego, California, March 2007.

34. Bock C.H., Wenzlaff A.S., Cote ML., Land S.J., Schwartz, A.G. NQ01 genotype and risk of early-onset lung cancer: Results from a population-based study. PROC AMER ASSOC CANCER RES. Washington, DC. April 2006.

35. Cote ML., Wenzlaff A.S., Bock C.H., Land S.J., Santer S.K., Schwartz D.R., Schwartz, A.G. CYP1A1 and CYP1B1 polymorphisms and risk of early-onset lung cancer: a population-based study. PROC AMER ASSOC CANCER RES. Washington, DC. April 2006.

36. Ali-Fehmi, R, Cote, ML, Schimp, V.L., Munkarah, A.R. Leiomyosarcoma of the uterus: A population-based analysis. Society of Gynecologic Oncologists. Palm Springs, CA. March 2006.

37. Cote, ML., Schimp, V.L., Wenzlaff, A.J., Munkarah, A.R. Second primary cancers after an endometrial cancer diagnosis: a population-based study. AACR Frontiers in Cancer Prevention Research. Baltimore, MD. October 2005.

38. Schwartz, A.G., Wenzlaff, A.J., Cote, ML., Schwartz, D.R., Land, S.J., McKeigue, P.M. Identification of lung cancer susceptibility regions using admixture mapping in an African American population. PROC AMER ASSOC CANCER RES. Orange County, CA. April 2005.

39. Cote, ML., Wenzlaff, A.J., Schwartz, A.G. Secondary cancers after a lung carcinoid diagnosis: a population-based study. PROC AMER ASSOC CANCER RES. Orange County, CA. April 2005.

40. Cote, ML., Kardia, S.L.R., Schwartz, A.G. Racial Differences in Early Onset Lung Cancer Risk by CYP1B1*3 Genotype. AACR Special Conference: SNPs, Haplotypes, and Cancer: Applications in Molecular Epidemiology. Miami, Florida, September 2003.

41. Spindler, A., Cote, M., Miller, N., Santer, S., Schwartz, A.G. Survival Differences in Individuals with Early-Onset Lung Cancer Associated with a CYP1B1 Polymorphism. PROC AMER ASSOC CANCER RES. San Francisco, CA. April 2003.

42. Cote, ML., Kardia, S.L.R., Spindler, A.J., Schwartz, A.G. Racial Differences in Elevated Cancer Risk among Relatives of Early Onset Lung Cancer Cases. GENETIC EPIDEMIOL, 23, 274, 2002.

43. Schwartz, A.G., Spindler, A., Cote, M., Miller, N. CYP1A1, CYP2E1 AND CYP1B1 and Risk of Early Onset Lung Cancer. PROC AMER ASSOC CANCER RES 43: 401, 2002.

**Invited Lectures/Presentations**
International/National

1. Somatic Mutations in High Grade Endometrial Cancers: Old Challenges and New Targets. Baylor University, Duncan Cancer Center, Cancer Prevention and Population Sciences Seminar Series. Virtual, January 19, 2023.

2. Risk of Breast Cancer in Women with Benign Breast Disease: Novel Pathological Insights. Simon Comprehensive Cancer Center, Indianapolis, IN, Vera Bradley Breast Cancer Research Foundation Seminar Series. April 28, 2022

3. Somatic Mutations in High Grade Endometrial Cancers: Old Challenges and New Targets. Georgetown Cancer Center, Cancer Control and Prevention meeting. Virtual, April 25, 2022

4. Somatic Mutations in High Grade Endometrial Cancers: Old Challenges and New Targets. Knight Cancer Center, Population Sciences Program meeting. Virtual, January 25, 2022

5. Somatic Mutations in High Grade Endometrial Cancers: Old Challenges and New Targets. Moffitt Cancer Center, Grand Rounds in Population Science. Virtual, October 14, 2021

6. Somatic Mutations in High Grade Endometrial Cancers. National Cancer Institute SeqSPACE Webinar, Virtual, October 12, 2021

7. Beyond Obesity: The Increasing Incidence and Epidemiology of High Grade Endometrial Cancers. Center for Cancer Health Equity (CCHE) at the Cancer Institute of New Jersey, Rutgers University Distinguished Lecturer Series. Virtual, May 24, 2021

8. Beyond Obesity: The Increasing Incidence and Epidemiology of High Grade Endometrial Cancers. Case Western University Cancer Seminar Series Cancer Prevention, Control & Population, Virtual, February 26, 2021

9. Obesity and Arab Americans. The National Arab American Medical Association Meeting, Virtual, October 24, 2020.

10. Benign Breast Disease and Subsequent Risk of Breast Cancer: Novel Molecular Insights. University of Michigan Population Science Program Meeting, Ann Arbor, MI, April 2019.

11. Eliminating Disparities: Reject Common Dogma. University of Cincinnati Cancer Center Annual Conference, Cincinnati, OH, June 2018.

12. Benign Breast Disease and Subsequent Risk of Breast Cancer: The Detroit Cohort. NCI New Grantee Workshop. Rockville, MD, September 2017.

13. Benign Breast Disease and Subsequent Risk of Breast Cancer: The Detroit Cohort. Columbia University Mailman School of Public Health. New York City, NY, April 2017.

14. Molecular Classification of High Grade Endometrial Cancers: Extending TCGA Findings to a Diverse Population. Advances in Endometrial Cancer Epidemiology and Biology Symposium. NCI-R13 funded symposium, Memorial Sloan Kettering Cancer Center, NYC, NY, March 2016.

15. Breast and endometrial cancers: An emerging public health crisis associated with obesity. 7th International Conference on Health Issues in Arab Communities. Muscat, Oman, March 2015.

16. Endometrial cancer: Epidemiology, Etiology, and Emerging Research Challenges. University of Colorado, Denver, Reproductive Biology Program, Aurora, Colorado, January 2015.

17. Recent Progress in Lung Cancer Epidemiology, Etiology, and Screening. Epidemiology Seminar Series, University of Alabama, Birmingham, School of Public Health, Birmingham, Alabama, October 2014.

18. Benign Breast Disease and Subsequent Breast Cancer Risk: Expanding Disparities Research. Cancer. Cancer Prevention Grand Rounds, MD Anderson Cancer Center, Houston, Texas, August 2014.

19. Risk factors in African American Women. Advances in Endometrial Cancer Epidemiology and Biology Symposium. NCI-R13 funded symposium, Harvard School of Public Health, Cambridge, MA, March 2014.

20. Benign Breast Disease and Subsequent Breast Cancer Risk: Expanding Disparities Research. Cancer Biology Program, Mayo Clinic—Jacksonville, Florida, March 2014.

21. Lung cancer in women: Beyond smoking. Thailand National Cancer Institute National Cancer Forum 2013. Bangkok, Thailand, August 2013.

22. Epidemiology and the Environment: Methods to study exposure-disease associations in humans. Khon Kaen University, Khon Kaen, Thailand, October 2012

23. Cancer Registries. National Cancer Institute (Thailand) 11th Annual Conference, Bangkok, Thailand, March 2012.

24. Lung Cancer Epidemiology: Beyond Tobacco. Walailak University, Nakhon Si Thammarat, Thailand, March 2012.

25. Allocating Resources for Identification of Cancer Risk in Individuals, Families and Populations. Translational Cancer Prevention and Biomarkers Workshop, Bangalore, India, February 2011.

26. Frequency and Type of EGFR Mutations in African Americans with Non-small Cell Lung Cancer. National Functional Genomics Center 2010 Annual Meeting, Clearwater, Florida, October 2010.

27. Hormone Receptors and Lung Cancer: A potential target for therapy? National Lung Cancer Partnership Annual Meeting, Orlando, Florida, May 2009

28. Lung Cancer. National Society for Genetic Counselors Annual Educational Meeting, Nashville, Tennessee, November 2006.

29. Around People: Epidemiology in Everyday Life. National Society for Genetic Counselors Annual Educational Meeting, Nashville, Tennessee, November 2006.

30. Racial differences in familial aggregation of lung and other cancers. American College of Chest Physicians 72nd Annual International Scientific Assembly, Salt Lake City, UT, October 2006.

31. Lung Cancer Epidemiology: Defining a High Risk Group. Mt. Sinai Hospital, New York City, New York, April 2006.

32. Lung Cancer Risk in Relatives of Early Onset Cases. Presented at the Thomas L. Petty Aspen Lung Conference. Aspen, Colorado, June, 2003.

33. Tobacco smoke and childhood illness. Presented at the Maternal Infant and Child Health Workshop, Atlanta, Georgia, December 1998.

Local/Regional

34. Work-Life Balance. Coalition for Women in Science, Technology, Engineering, and Mathematics (CW STEM) Mentoring Lunch Series, Wayne State University, Detroit, MI, February 26, 2016.

35. Molecular Epidemiology and Pathology: A Successful Partnership. Pathology Research Retreat, Detroit, MI, December 2015.

36. Benign Breast Disease and Subsequent Breast Cancer Risk in African Americans. Wayne State University Department of Pathology Seminar Series, Detroit, MI, September 2014.

37. Recent progress in lung cancer epidemiology, etiology, and screening. Wayne State University Department of Family Medicine and Public Health Practice Lunch Seminar Series, Detroit, MI, September 2014.

38. Cancer Disparities: Challenges and Opportunities in the WHI. Midwestern Regional Conference, Chicago, IL, July 2012.

39. Germline and somatic mutations as predictors of risk and response in NSCLC. Department of Pharmaceutical Sciences, Wayne State University, Seminar Series, 2011

40. Germline and Somatic Mutations as Predictors of Risk and Prognosis in Lung Cancer. Karmanos Cancer Institute Clinical Cancer Genetics Grand Rounds, Detroit, Michigan, January 2010.

41. Hormone Receptors and Lung Cancer: A potential target for therapy? Henry Ford Health System Cancer Genetics Grand Rounds, Detroit, Michigan, October 2009.

42. Mentoring in Math, Science and Health. Young Women, Strong Leaders Conference, sponsored by the State of Michigan, Detroit, Michigan, April 2009.

43. Racial differences in endometrial cancer survival. Wayne State University Conference on Racial and Ethnic Disparities in Health Biannual Meeting. Detroit, Michigan, November 2007.

44. Racial differences in endometrial cancer survival: The INPHAASE Study. University of Michigan Cancer Epidemiology Working Group. Ann Arbor, Michigan, April 2007.

45. Lung Cancer Epidemiology:  Defining a High Risk Group.  VA Tumor Board. Detroit, Michigan, August 2006.

46. Lung Cancer Epidemiology:  Beyond Smoking.  National Cancer Registrars Week.  Detroit, Michigan, April, 2006.

47. Lung Cancer Epidemiology:  Defining a High Risk Group. Michigan State University, East Lansing, Michigan, March, 2006.

48. Tobacco and Genetics:  Current Challenges and Future Directions.  Michigan Department of Community Health.  Lansing, Michigan, October, 2005.

49. The Genetic Epidemiology of Lung Cancer.  Cancer Genomics in Public Health.  Okemos, Michigan, June, 2005.

# EXHIBIT 2

# DEPOSITION OR TRIAL TESTIMONY PROVIDED IN LAST FOUR YEARS

## Depositions

U.S. District Court, District of New Jersey, *In re: Johnson & Johnson Talcum Powder Product Marketing, Sales Practices and Products Liability Litigation,* MDL No. 2738: March 21, 2024.

Superior Court of California, Los Angeles, *In re: Johnson & Johnson Talcum Powder Cases*, JCCP No. 4872: August 6, 2025

## Trial Testimony

None