# Exhibit 24

# EXPERT REPORT OF DIPAK PANIGRAHY, MD

**In Re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation**

Dipak Panigrahy

**November 30, 2025**

Exhibit
3
02/06/2026
Dipak Panigrahy , MD PhD

# TABLE OF CONTENTS

Page


I. BACKGROUND & QUALIFICATIONS ... 3
II. SUMMARY OF OPINIONS ... 9
III. METHODOLOGIES FOR EVALUATING CANCER CAUSATION ... 9
IV. INTEGRATING MULTIPLE STREAMS OF EVIDENCE TO EVALUATE CAUSATION ... 12
V. HALLMARKS OF CANCER VS KEY CHARACTERISTICS OF CARCINOGENS .. 13
VI. THE TEN KEY CHARACTERISTICS OF CARCINOGENS ... 14
VII. KEY CHARACTERISTICS ARE INTERDEPENDENT AND DO NOT ACT ON THEIR OWN ... 23
VIII. OVERVIEW OF ANALYSES PERFORMED IN THIS LITIGATION AND OF DISCUSSIONS IN THE FOLLOWING CHAPTERS ... 25
IX. SCIENTIFIC LITERATURE REGARDING THE USE OF CHEMICAL HAIR RELAXERS ... 26
a. Human Studies on Chemical Hair Relaxer Exposures ... 26
b. Non-Human Studies on Chemical Hair Relaxer Exposures ... 29
c. Chemical Hair Relaxer induced Tissue Damage ... 30
X. UTERINE CANCERS INVOLVE SEVERAL KEY CHARACTERISTICS OF CARCINOGENS ... 32
XI. OVARIAN CANCERS INVOLVE SEVERAL KEY CHARACTERISTICS OF CARCINOGENS ... 37
XII. BIOLOGICAL PLAUSIBILITY-CHEMICALS THAT HAVE BEEN PRESENT IN CHEMICAL HAIR RELAXERS COULD POSSIBLY CAUSE OR CONTRIBUTE TO UTERINE OR OVARIAN CANCER THROUGH A NUMBER OF MOLECULAR PATHWAYS ... 43
a. Dermal Absorption, Generally ... 43
b. Formaldehyde ... 44
c. Ethylene Oxide ... 49
d. 1,4-Dioxane ... 55
e. Acrylamide ... 57
f. Parabens ... 63
g. Phthalates ... 69
h. NDELA ... 75
i. Benzophenones ... 77
j. NDMA ... 80
k. Polyaromatic hydrocarbons (PAHs) ... 85
l. Arsenic ... 90
XIII. CHEMICAL MIXTURES CAN EXHIBIT SYNERGISTIC PRO-CANCER ACTIVITY ... 96
XIV. CONCLUSIONS REGARDING BIOLOGICAL PLAUSIBILITY ... 101
XV. ASSESSMENT OF THE EVIDENCE AND CONCLUSIONS ... 102
XVI. REFERENCES ... 108

# I) Introduction

I was asked by counsel in this matter to review the scientific evidence regarding chemical hair relaxers and both uterine cancer and ovarian cancer, and render an opinion (1) as to whether observed associations between chemical hair relaxer use and these cancers was biologically plausible, and (2) whether it is more likely than not that chemical hair relaxer use is a cause of uterine cancer or ovarian cancer in humans.

To formulate these opinions, I used the same methodology I would use if conducting clinical work or research for scientific publications. This evaluation required the analysis of the scientific data from studies of human populations exposed to chemical hair relaxers, as well as relevant animal cancer studies, and relevant animal and human tissue and cell studies investigating the mechanisms through which these products can cause cancer. There are numerous studies in the peer-reviewed medical and scientific literature that provide valuable information regarding these questions, as will be discussed further below.

## Background & qualifications

As an academic scientist, I am committed to research efforts that are focused on preventing and finding a cure for cancer. I am motivated and dedicated to discovering innovative approaches to answer important biological questions that impact carcinogenesis in humans. My qualifications include: 30 years of expertise in cancer causation and mechanisms of cancer pathogenesis, 30 years of expertise in preclinical animal models of cancer and human cancer clinical trials; 78 publications and 9 high impact publications in the past 7 years focused on cancer causation and pathogenesis. My scientific expertise also extends to providing consulting services to cancer researchers in academia and industry. I have been awarded four NIH-RO1 multi-million dollar grants from 2010 to the present on mechanism of cancer pathogenesis. My scientific expertise has also extended to providing consulting services to cancer researchers in academia and industry. My cancer research laboratory at Harvard Medical School focuses on various molecules that initiate and stimulate the resolution of inflammation in cancer, including bioactive lipid mediators as well as mechanisms which regulate the key characteristics of carcinogens such as chronic inflammation, oxidative stress, angiogenesis and immunosuppression. These mechanisms are highly relevant to the carcinogens and chemicals emitted by the hair relaxers and their mechanisms of carcinogenesis.

I was accepted into medical school while attending high school, graduated from the combined BA/MD program at Boston University Medical School and earned my M.D. degree in 1994. From 1994 to 1996, I trained in a surgical residency at the University of Medicine and Dentistry of New Jersey-Robert Wood Johnson Medical School (UMDNJ-RWJ). Throughout my medical and post-doctoral training, I was mentored by Dr. Judah Folkman, who pioneered the field of angiogenesis. Tumor growth is dependent on this important process of new blood vessel growth in the body. During my 15+ years in the Folkman laboratory, I assisted in establishing advanced angiogenesis and complex cancer animal models, which today serve as the foundation for studying mechanisms of cancer causation and pathogenesis in the cancer associated angiogenesis field world-wide. Abnormal blood vessel growth, either excessive or insufficient, plays an important role in many deadly and debilitating conditions, including cancer, age-related blindness, skin diseases, diabetic ulcers, cardiovascular disease, and stroke. Angiogenesis is an important mechanism that may contribute to how hair relaxers can stimulate the growth of uterine and ovarian cancers.

Angiogenesis (nutrient supply) is included in key characteristic (KC) # 10. Angiogenesis, abnormal blood vessel growth, either excessive or insufficient, plays an important role in many deadly and debilitating conditions, including cancer, age-related blindness, skin diseases, diabetic ulcers, cardiovascular disease, and stroke.

By leading most of the in vivo tumor studies in the Folkman laboratory at Harvard Medical School from 1996 to 2008, I acquired a uniquely broad proficiency in synthesizing and utilizing several complex animal models to study processes highly relevant to acute and chronic inflammation, including chemotherapy, surgery, and radiation. I also studied processes affecting acute and chronic inflammation including angiogenesis, oxidative stress, immunosuppression and apoptosis (cell death). My laboratory, which I started in 2014, has developed a robust platform to study various mechanisms highly relevant to cancer pathogenesis such as the failure of resolution of inflammation, angiogenesis, oxidative stress, immunosuppression, DNA damage and cell death.

I also developed the ability to critically evaluate mechanisms of inflammation and a comprehensive expertise in testing anti-inflammatory and anti-cancer drugs. These anti-inflammatory and pro-resolving drugs target the key characteristics of carcinogens, including inflammation, oxidative stress, angiogenesis, immunosuppression, and apoptosis. These key characteristics of carcinogens are highly relevant to how hair relaxers may cause cancer. I have over 30 years of expertise on preclinical animal tumor models, including murine models of ovarian cancer. I have helped develop anti-angiogenic and anti-inflammatory agents that are in clinical development for the treatment of various angiogenic and inflammatory cancers including ovarian cancer. My laboratory studies the pathogenesis of inflammation-driven cancers including ovarian and uterine cancer, including chronic inflammation and resolution of inflammation, oxidative stress, angiogenesis, cell death, immunosuppression, and proliferation. I have developed anti-angiogenic and anti-inflammatory agents that are in clinical development to treat various types of angiogenic and inflammation-driven cancers including ovarian cancer and other inflammation-associated diseases such as heart disease and diabetes.

My first publication in the Folkman laboratory, which demonstrates a critical role of tumor angiogenesis as a driver of cancer, was featured on the cover of the high impact journal, The Journal of Clinical Investigation, in 2002. My laboratory and colleagues demonstrated that the endothelium and certain stromal cells secrete signaling lipids called anti-inflammatory epoxyeicosatrienoic acids (EETs) that potently stimulate angiogenesis, multi-organ metastasis, and tumor dormancy escape (Panigrahy et al. The Journal of Clinical Investigation 20126, voted by Faculty of 1000 as one of the top 2% of publications in biology and medicine). Based on this discovery, as the principal investigator, I was awarded a prestigious 2.5-million-dollar RO1 grant from the National Institutes of Health (NIH) and the National Cancer Institute (NCI), to study EETs and angiogenesis in cancer and metastasis from 2010 to 2015. Furthermore, my laboratory and colleagues discovered that EETs play a critical role in stimulating organ and tissue regeneration (Panigrahy et al., Proceedings of the National Academy of Science, 2013)7. As part of the NCI's Provocative Questions project, I, as the principal investigator, was awarded another 2.4-million-dollar RO1 grant funded by the NIH and NCI to study inflammation resolution in cancer from 2012 to 2016. In 2024 and 2025, I was awarded my 3rd and 4rd RO1s (> 7 million dollars) by the NCI to further study lipid autacoids and inflammation resolution in chemical carcinogenesis (scored at 1% and 4%).

My laboratory has won 70 awards for our studies on mechanisms of cancer pathogenesis including chronic inflammation, oxidative stress, immunosuppression, and angiogenesis. In 2015, I was awarded the American Society of Investigative Pathology (ASIP) Cotran Early Investigator Award and a Young Investigator Award at the 14th International Conference on Bioactive Lipids in Cancer, Inflammation, and Related Diseases (Budapest, Hungary). Since 2015, I have held a Visiting Professorship at Khon Kaen University in Thailand. I have chaired over ten symposiums and given over 70 invited lectures at various local/national/international meetings over the past decade. I continue to play an active role in bringing together the fields of bioactive lipids and cancer biology through the organization of meetings, including the 17th International Conference on Bioactive Lipids in Cancer, Inflammation, and Related Diseases (New Orleans, LA. October 30-November 2, 2022) and the 19th International Winter Eicosanoid Conference (Baltimore, MD. October 15-17, 2023), and editorial work. After an international search by the Center for Vascular Biology Research at the Beth Israel Deaconess Medical Center and Harvard Medical School, I was selected to be a research faculty member and currently hold the title of Assistant Professor of Pathology.

Since 2018, my laboratory has published nine original research papers in various high-impact journals, which is a testament to my laboratory's expertise in helping pioneer the new field of the resolution of inflammation in cancer. My laboratory's scientific discoveries include demonstrating that endogenous anti-inflammatory and pro-resolution lipids, such as resolvins, and dual COX-2/sEH inhibitors, stimulate the resolution of inflammation in cancer and heart disease.

**I.** Sulciner et al. 2018. Resolvins suppress tumor growth and enhance cancer therapy Journal of Experimental Medicine. 215:115-140. Featured with related Insight commentary in Journal of Experimental Medicine: Resolving the dark side of therapy-driven cancer cell death. Voted by Faculty of 1000 as one of the top 2% of publications in biology and medicine. Featured in Science, EurekAlert, Genetic Engineering & Biotechnology News, ecancernews, Medical News, MedIndia, Newswise, ALN Magazine, Stat News, Health Medicine Network, Science Newsline, Medical News Today, El Economista, BioCentury, MedPage Today, and Boston Globe.

**II.** Gartung et al. 2019. Suppression of chemotherapy-induced cytokine/lipid mediator surge and ovarian cancer by a dual COX-2/sEH inhibitor. Proceedings of the National Academy of Sciences. 116:1698-170310. Featured in Medical Xpress, EurekAlert, Entomolology & Nematology UC News, Bug Squad Blog, and The California Aggie.

**III.** Gilligan et al. 2019. Aspirin-triggered pro-resolving mediators stimulate resolution in cancer. Proceedings of the National Academy of Sciences. 116; 6292-6297. Featured in Harvard Medical School News & Research: Mitchell J, A daily dose.

**IV.** Panigrahy et al. 2019. Pre-operative stimulation of resolution and inflammation blockade eradicates micrometastases. The Journal of Clinical Investigation. 17:130; 2974-2979. Featured with Editor's pick and related commentary in The Journal of Clinical Investigation: Dampening the fire to prevent surgery- and chemotherapy-induced metastasis, and Research Watch in Cancer Discovery.

**V.** Chang et al. 2019. Chemotherapy-generated cell debris stimulates colon carcinoma tumor growth via osteopontin. The FASEB Journal 33(1):114-125. Chang et al. showed that chemotherapy-generated cell death can stimulate colon cancer growth via osteopontin-mediated angiogenesis. Blocking osteopontin represents a potential therapeutic strategy to overcome the inherent limitation of cancer therapy-induced cell death.

**VI.** Fishbein et al. 2020. Resolution of eicosanoid/cytokine storm prevents carcinogen and inflammation-initiated hepatocellular cancer progression. Proceedings of the National Academy of Sciences. 1;117(35): 21576-21587. Fishbein et al. showed for the first time that simultaneously blocking two lipid pathways prevents cancer growth in mice caused by the carcinogen aflatoxin B1. Over 4 billion people world-wide are at risk for cancer because of this carcinogen in their food.

**VII.** Deng et al. 2021. Resolution of debris-stimulated metastatic hepato-pancreatic cancer via combined soluble epoxide hydrolase and EP4 inhibition. Proceedings of the National Academy of Sciences 12;118(41)12. Deng et al. showed that the synergistic antitumor activity of sEH and EP4 inhibition suppresses cancer growth via macrophage phagocytosis of debris and blocking a cytokine storm. Thus, stimulating the resolution of inflammation via combined inhibition of sEH and EP4 may prevent metastases, the spread of cancer.

**VIII.** Kelly et al. 2024. Enhancing cancer immunotherapy via inhibition of soluble epoxide hydrolase. Proceedings of the National Academy of Sciences Feb 13, 121(7)16. Kelly et al. showed that increasing anti-inflammatory and pro-resolving fatty acids via dietary supplementation and inhibition of sEH may be critically important as an adjuvant to conventional cancer therapies such as immunotherapy.

**IX.** Panigrahy D et al. 2025. Inhibition of Soluble Epoxide Hydrolase Reduces Inflammation and Myocardial Injury in Arrhythmogenic Cardiomyopathy. JACC Basic Transl Sci. 2025 Mar; 10(3):367-38017; Featured with related commentary in JACC Basic Transl Sci. 2025, 10(3):381-382; "Unraveling "Hot Phases" of Arrhythmogenic Cardiomyopathy".

These recent 9 high-impact publications focus on chronic inflammation, oxidative stress, angiogenesis, and immunosuppression, which are all critical mechanisms in the pathogenesis of ovarian and uterine cancers. My recent commentary on COVID-19 is highly relevant to inflammation and its resolution: Panigrahy et al. 2020. Inflammation resolution: a dual-pronged approach to averting cytokine storms in COVID-1918 was the most read publication of Cancer & Metastasis Reviews (Springer Nature publishing group) in 2020 and has over 25,000 downloads to date. My colleagues and I have recently published several high impact review articles focused on the role of inflammation in human health including Fishbein et al. 2021. "Carcinogenesis: Failure of resolution of inflammation?" Pharmacology & Therapeutics. 218:107670; Panigrahy et al. 2021. "Resolution of inflammation: an organizing principle in biology and medicine". Pharmacology & Therapeutics. April 26:107879; Sulciner et al. 2018. Targeting lipid mediators in cancer biology. Cancer & Metastasis Reviews 37 (2-3):557-572; Kipper et al. Notch signaling in malignant gliomas: supporting tumor growth and the vascular environment. Cancer Metastasis Reviews 2022; Barksdale et al. COVID-19 and cancer: start the resolution! Cancer Metastasis Reviews 2022 Mar;41(1):1-15; and Kelly et al. 2022. Targeting Angiogenesis via Resolution of Inflammation. Cold Spring Harb Perspect Med. 2023 Mar 1:13(3):041172.

Because of my extensive expertise in mechanisms of cancer causation, I am an Invited Specialist for the World Health Organization (WHO)/International Agency for Research in Cancer (IARC) (Lyon, France): the only international agency that determines cancer hazards for regulatory agencies worldwide. For example, I was an Invited Specialist at the IARC Workshop and Scientific Monograph on "Key characteristics-associated end-points for evaluating mechanistic evidence of carcinogenic hazards" in Lyon, France from July 25-28, 2023. I am a collaborator on the project, "Key Characteristics of Carcinogens: Assessment of Endpoints for Evaluating Mechanistic Evidence of Carcinogenic Hazards." With over 30 years of research experience in key characteristics of carcinogens such as chronic inflammation, oxidative stress, immunosuppression, genotoxicity, proliferation, apoptosis, and angiogenesis, I was invited to IARC as an expert in cancer biology mechanisms, cancer causation, and cancer treatment. I helped examine and discuss issues related to the reporting and interpretation of results under the key characteristics of carcinogens framework for the evaluation of mechanistic evidence. The themes explored during this workshop included interpretation of end-points forming the evidence base for the key characteristics of carcinogens in exposed humans and in experimental systems; incorporation of data from emerging assays and biomarkers in the key characteristics of carcinogens; and integration of the mechanistic evidence as part of cancer hazard identification.

My laboratory has discovered novel innovative approaches to answering important biological questions that impact cancer causation and pathogenesis in humans. Based on my publication in 2007 (Kaipainen et al Plos One), Tempest Therapeutics developed the first-in-class small molecule to target PPARalpha in cancer patients, which is now front-line therapy for advanced and unresectable liver cancer. I have raised > 1 million dollars in philanthropic funds for my cancer research over the past 5 years. Based on my publication in 2018 (Sulciner et al, JEM), Thetis Pharmaceuticals has developed the first resolvin analogue targeting clinical cancer trials in pancreatic, colon, and brain cancer. I collaborate with a number of pharmaceutical companies to advance anti-inflammatory drugs into clinical development to treat various inflammatory cancer types including pancreatic, colorectal, liver, lung, and ovarian cancer. I have had continuous industry funding since 2012. (e.g. Tempest Therapeutics) to study eicosanoid modulating drugs in experimental cancer models.

I have mentored 5 postdoctoral fellows, of whom 2 are now Professors and 2 are in industry. I have also mentored 18 technicians, of whom 9 have been accepted to medical schools (including UCLA David Geffen Memorial Scholarship), 3 accepted to PhD programs (including Harvard BBS and NYU), 1 accepted to law school, 1 to dental school (Univ. of Michigan), 2 to physician-assistant programs, and 1 to pharmacy school. I teach locally (e.g. Harvard Medical School "inflammation/resolution" to Immunology PhD graduate students) course on inflammation resolution), nationally (e.g. Patho-Biology course in Experimental Biology), and internationally (e.g. Course on Angiogenesis and Inflammation: Bergen, Norway; Visiting Professor at Khon Kaen University in Thailand). I am committed to training the new generation of medical students; for example, I am on the Board of Trustees for The Community Solution Education System that founded the first osteopathic medical school in Kansas (Kansas College of Osteopathic Medicine) in Kansas and currently helping to found a new osteopathic medical school in Chicago.

I am also an invited keynote lecturer for international meetings on the resolution of inflammation (e.g. 2024-Poznan, Poland, 2025-Frankfurt, Germany, and 2025-Bethesda (NIH), MD). My invited international presentations on cancer causation and pathogenesis over the past year include Stockholm, Sweden (Karolinksa Institute); Dublin, Ireland; Frankfurt, Germany; Madrid, Spain; Poznan, Poland; Quebec City, Canada; Oslo, Norway; and Eliat, Israel.

My laboratory conducts over 40 cancer studies each year utilizing various animal cancer models, including various carcinogen-driven models, to study the mechanisms of cancer causation and treatment. I am directly involved in designing these studies, which determine the pro-tumor or anti-tumor activity of various drugs, chemicals, and carcinogens. These studies include examination of human tissues and cells. My laboratory studies the key characteristics of carcinogens, along with the mechanisms of initiation and progression of primary tumors and tumor metastasis in the context of different cancer types including ovarian and uterine cancers. My laboratory also designs and conducts studies for clinical translation of novel cancer drugs in collaboration with various pharmaceutical companies. Based on our preclinical studies, these drugs are candidates for clinical cancer trials in humans.

In the past 4 years, I have testified at deposition hearings with expert reports including: December 2021: Superior Court of the State of California for the Country of Orange; Gregg Gann (Westview Services) vs Ned Leiba (Ellsworth Vines); March 2022: Zantac (Ranitidine) Products Liability Litigation, (District Southern District of Florida); May 2022-present: Perrotti et al. (Morgan & Morgan) vs. Lockheed Martin et al.; 6:21-cv-1363-RBD-DCI; October 2022; United States District Court Western District of Louisiana Shreveport Division; Jackie McCleary, Sanford Bellows, Sharron Bellows, Mark Hays, Glenna Hays, Justin Kraker and Christy Kraker versus Elekta, Inc., and Advanced Shielding Technologies, Inc. In the United States District Court, Western District of Louisiana, Shreveport Division. Civil Action No. 5:19-CV-00052; September 2023 – Chad Scogin, et al vs. HRI Properties, LLC, et al; October 2023; Bard (3D-Max) hernia litigation (Aaron Stinson); November 2023; Strattice MCL hernia litigation; December 2023; California; Bryan Kappel and Jane Kappel, vs. Central Contra Costa Sanitary District

In the past 4 years, I have testified in May 2024 at the trial of Strattice Hernia Mesh Litigation; trial of Theresa Blakely vs. Lifecell Corp., et al and John Jack Bunce vs. Lifecell Corp. et al. (ATL-L-3863-21) (Superior Court of New Jersey Law Division – Atlantic County; MCL Case No 636; Master Docket Number: ATL-L-3857-21.

My opinions in this case are rendered to a reasonable degree of scientific certainty. My hourly fee for work conducted in this litigation is $600/hour. This is not contingent upon the content of my opinions.

## II. Summary of opinions

1) Compelling epidemiological evidence shows that chemical hair relaxers significantly increase the risk of uterine cancer and ovarian cancer.

2) There are biologically plausible mechanism(s) supporting these findings, which provides further evidence that chemical hair relaxers cause uterine cancer and ovarian cancer.

3) Many chemicals present in chemical hair relaxers are genotoxic and function as tumor initiators. These carcinogens can cause irreversible changes to DNA that lead to cancer and increased cancer risk.

4) Many chemicals in chemical hair relaxers function as tumor promoters through direct action on tumor cells (e.g. cell autonomous processes) and the tumor microenvironment.

5) Exposure to a mixture of carcinogens can cause cancer to grow more aggressively than exposure to a single carcinogen.

6) Chemicals in hair relaxers consist of mixtures that include carcinogenic chemicals. These can have synergistic or additive carcinogenesis activity via the key characteristics of carcinogens.

7) It is more likely than not that chemical hair relaxers can cause uterine cancer and ovarian cancer in humans.

## III. Methodologies For Evaluating Cancer Causation

National and international health agencies have studied the well-established field of cancer biology and prevention based on scientific evidence on how chemicals can cause cancer. These highly respected agencies have published criteria in peer-reviewed scientific journals that are used for evaluating potential cancer causing chemicals (called "carcinogens"), including the World Health Organization-affiliated IARC *Monographs on the Evaluation of Carcinogenic Risks to Humans*, the published by the United States NTP Report on Carcinogens, health risk assessments developed by the United States EPA, and the list of chemicals known to cause cancer maintained by the California EPA[1]. Each program considers relevant studies in an evaluation of carcinogenicity, including cancer studies in humans, cancer studies in experimental animals, and mechanistic data[1].

The identification of a potential carcinogen requires scientific evaluation involving experimental animals, human epidemiologic studies, and the careful collection of other data relevant to cancer causation mechanisms[2]. Experts review the available experimental scientific evidence to determine the cancer-causing potential of different substances. Under this paradigm, it is possible to identify carcinogens through mechanistic understanding and pre-clinical animal studies alone, without waiting for epidemiological studies[1]. The IARC, NTP, and other respected

scientific organizations agree unanimously that animal data should not be ignored, and precautions should be taken to reduce human exposures to carcinogens to prevent human suffering.

### 1. World Health Organization (WHO)/ International Agency for Research on Cancer (IARC)

IARC is part of the WHO that focuses on identifying causes of cancer. IARC utilize three types of scientific evidence: human studies, animal carcinogenesis studies, and mechanistic studies. The *IARC Monographs* Program identifies and evaluates the preventable causes of cancer in humans[3]. For nearly 50 years, the Monographs program of the IARC has been a premier global resource for identifying agents that can cause cancer[4]. The IARC Monographs embody principles of scientific rigor, impartial evaluation (free of financial conflict of interest), transparency, and consistency[4]. The scientific field deemphasizes publications in which there is a financial conflict of interest. The IARC has a program in which they convene experts to review the totality of evidence on classifying carcinogens. I use a similar methodology in determining cancer causation in my impartial evaluation in this case.

Carcinogen identification involves the joint consideration of human epidemiologic studies, cancer bioassays, and mechanistic and other relevant data to determine whether an agent can increase the risk of cancer in humans[5]. IARC evaluations are used worldwide by national and international health agencies to support a wide range of subsequent activities ranging from research, risk assessment, and preventative actions[6,7].

Epidemiological studies of cancer and lifetime cancer bioassays in rodents likely cover only a subset of carcinogens to which humans are currently exposed[8,9]. Importantly, mechanistic studies have gained in prominence, increasing in their volume, diversity, and relevance to cancer hazard evaluation[8,9]. The key characteristics of carcinogens were established to facilitate systematic review of mechanistic evidence in *IARC Monographs* evaluations[9,10]. The Preamble to the IARC Monographs was recently updated based on the recommendations of a 2018 advisory group[4,11], which include strengthened systematic review methodologies with a greater emphasis on mechanistic evidence, based on key characteristics of carcinogens; and a single-step process of integrating evidence on cancer in humans and cancer in experimental animals to achieve overall evaluations[11]. The US National Academies of Sciences, Engineering, and Medicine have described the influence of mechanistic data on toxicity testing, hazard identification, and risk assessment[4].

| Stream of Evidence | | | |
|---|---|---|---|
| Evidence of cancer in humans[a] | Evidence of cancer in experimental animals | Mechanistic evidence | Classification based on strength of evidence |
| ***Sufficient*** | Not necessary | Not necessary | **Carcinogenic to humans (Group 1)** |
| Limited or inadequate | ***Sufficient*** | ***Strong (b)(1) (exposed humans)*** | |
| ***Limited*** | ***Sufficient*** | Strong (b)(2-3), limited, or inadequate | **Probably carcinogenic to humans (Group 2A)** |
| Inadequate | ***Sufficient*** | ***Strong (b)(2) (human cells or tissues)*** | |
| ***Limited*** | Less than sufficient | ***Strong (b)(1-3)*** | |
| Limited or inadequate | Not necessary | ***Strong (a) (mechanistic class)*** | |
| ***Limited*** | Less than sufficient | Limited or inadequate | **Possibly carcinogenic to humans (Group 2B)** |
| Inadequate | ***Sufficient*** | Strong (b)(3), limited, or inadequate | |
| Inadequate | Less than sufficient | ***Strong (b)(1-3)*** | |
| ***Limited*** | ***Sufficient*** | ***Strong (c) (does not operate in humans)***[b] | |
| Inadequate | ***Sufficient*** | ***Strong (c) (does not operate in humans)***[b] | **Not classifiable as to its carcinogenicity in humans (Group 3)** |

**Table 1. IARC classification of carcinogenic risk of chemicals[4].**

"***Group 1: The agent is carcinogenic to humans.*** *There is sufficient evidence of carcinogenicity in humans. The evaluation is based on epidemiological studies showing development of cancer in exposed humans. Group 1 agents can also be classified as such based on sufficient evidence of carcinogenicity in experimental animals supported by strong evidence in exposed humans that the agent exhibits one or more of the key characteristics of carcinogens[4].*
***Group 2A:*** *The agent is* ***probably*** *carcinogenic to humans. There is usually convincing evidence that the agent causes cancer in laboratory animals and some evidence that it causes cancer in humans. There could also be consistent mechanistic evidence, showing that the agent exhibits one or more of the key characteristics of carcinogens, or that it belongs to a class of agents for which one or more members have been classified as carcinogenic to humans or probably carcinogenic to humans[4].*"

Mechanistic evidence, including the 10 key characteristics of carcinogens (KC), plays a critical role in the overall evaluations. IARC, NTP, and EPA have repeatedly demonstrated the power of consideration of identifying similar mechanisms of action in human tissues and cells vs animal tissues and cells (e.g., genotoxicity, inflammation, oxidative stress, and immunosuppression) in identifying human carcinogens. In contrast, if a mechanism of cancer causation is only specific to a rodent model and not relevant to human tissues and cells, this would strongly suggest an agent is not a human carcinogen.

## 2. **The United States National Toxicology Program** (NTP)

The **National Toxicology Program (NTP)** is formed from parts of several different US government agencies. The NTP publishes the *Report on Carcinogens* (RoC), which identifies and discusses substances that can pose a *"carcinogenic hazard to human health and to which a*

*significant number of persons residing in the United States are exposed*[2]". The RoC is a congressionally mandated science-based public health document that identifies potential cancer hazards for people living in the United States. The RoC lists agents "*known to be a human carcinogen" or "reasonably anticipated to be a human carcinogen*." Additionally, the NTP has published an 89-page **Handbook for Preparing Report on Carcinogens Monographs.** This handbook provides instructions including **evaluating mechanistic and other relevant data** when preparing the RoC monographs[12].

### 3. United States Environmental Protection Agency (EPA)

The EPA assesses the health hazards of chemical contaminants and agents present in the environment, including the potential of chemicals or agents to cause cancer[13]. Chemical assessments are developed through a toxicological review of the pertinent scientific literature written by U.S. EPA scientists or contractors, internal and external peer reviews, and an internal consensus review[14]. The EPA Guidelines is a 165 page document on the Guidelines for Carcinogen Risk Assessment[13]. The following excerpt details the EPA's guidelines for carcinogen risk assessment: *"Agents that are positive in long-term animal experiments and also show evidence of promoting or carcinogenic activity in specialized tests should be considered as complete carcinogens unless there is evidence to the contrary.* (Guidelines for Carcinogen Risk Assessment: Risk Assessment Forum, U.S. Environmental Protection Agency, Washington D.C., September 1986)[14,15].

Collectively, the NTP and IARC monographs and the EPA guidelines are comprehensive science-based documents based on the science underlying chemical cancer causation. ***The detailed methodology in these IARC, NTP, and EPA documents is similar to my methodology in determining whether an agent causes cancer by considering the totality of the scientific evidence – human studies, animal studies, and mechanistic studies.***

## IV. Integrating Multiple Streams of Evidence to Evaluate Causation

Mechanistic evidence can add biological plausibility to epidemiological findings, thereby strengthening the causal association between an exposure and cancer[16]. The process of cancer causation with biological plausibility utilizes the current cutting edge biological and medical knowledge.

Mechanistic evidence can also elucidate whether the induction of observed animal tumors may occur in humans through analogous mechanisms. If similar mechanisms in animals and humans occur, this provides strong support for cancer causation of an agent or chemical. If these key characteristics are present, they help to create the necessary tumor microenvironment for tumor initiation and progression. The IARC has applied the 10 key characteristics in mechanistic data evaluations of more than 50 diverse chemicals and complex exposures since 2015[9], and included them in the January 2019 Preamble of the IARC Monographs. Other public health bodies, including the IARC, NTP, EPA, CalEPA, and OEHHA are increasingly using the key characteristics to identify carcinogens and better understand the mechanisms underlying how chemicals cause cancer.

Many cancer-causing agents have a direct carcinogenic effect, but in other cases the carcinogenic characteristic is the result of a secondary event along the mechanistic pathway[17]. An example of a secondary effect is cell-killing (cytotoxic activity) which stimulate cell division (proliferation) which can stimulate tissue regeneration and cancer. A similar issue arises with genotoxicity, where many agents are not directly genotoxic but produce DNA damage by stimulating key characteristics such as chronic inflammation[17].

The 10 KCs of human carcinogens provide the basis for an objective approach to identify and categorize scientific findings relevant to cancer mechanisms when assessing whether a chemical is a potential human carcinogen[10,16].

## V. Hallmarks of cancer vs. key characteristics of carcinogens

As a framework for my analysis as it relates to hair relaxers, it is important to set forth and understand the hallmarks of cancer versus the key characteristics of carcinogens.

Cancer can result from the cumulative effect of multiple low-dose hits (or mechanisms) in multiple pathways to reduce the tumor latency period. The mode of action for carcinogenesis is defined as: *"a biologically plausible sequence of key events leading to an observed effect"*[18].

The hallmarks of cancer include "*sustaining proliferative signaling, evading growth suppressors, resisting cell death, enabling replicative immortality, inducing angiogenesis, and activating invasion and metastasis, reprogramming cellular metabolism, avoiding immune surveillance, genetic instability, and chronic inflammation*"[19,20]. The 10 key characteristics of carcinogens are: *"1) acting as an electrophile; 2) is genotoxic; 3) alters DNA repair or causes genomic instability; 4) induces epigenetic alterations; 5) induces oxidative stress; 6) induces chronic inflammation; 7) is immunosuppressive; 8) modulates receptor-mediated effects; 9) causes immortalization; and 10) alters cell proliferation, cell death, or nutrient supply (angiogenesis)*"[10].

While the Hallmarks of cancer describe the biologic properties of cancer and how it grows and spreads[19,20], the key characteristic (KCs) of carcinogens describes how a carcinogen (e.g. formaldehyde) initiates and promotes cancer via mechanisms that can induce bodily harm. Moreover, the KCs describe the actions of carcinogens that can cause those Hallmarks to become acquired in various types of cancer[10,16]. There is overlap between the Hallmarks and the KCs of carcinogens, such as sustained angiogenesis, apoptosis, immunosuppression, genomic instability, and chronic inflammation[21]. These key characteristics may help enable the hallmarks of cancer, which are biological properties of the cancer cells and tumor microenvironment. Prior mechanistic studies focused on "genotoxic" vs. "non-genotoxic" mechanisms of carcinogens; however, this was an oversimplification. Genotoxic refers to DNA damage while non-genotoxic refers to agents that induce cancer by a mechanism different from direct DNA damage.

The key characteristics refer to the properties of a carcinogen that enable it to cause cancer, such as the ability to induce DNA damage, genomic instability, chronic inflammation, and suppress the immune system[10]. Scientists have used this framework to evaluate the validity of mechanistic evidence of carcinogenicity of individual agents, and inform research on exposures[22,23]. Exposures

to mixture of chemicals will often activate key characteristics and mechanisms of tumor initiation and tumor promotion as well as the disruption of several defense anti-tumor mechanisms[24].

The key characteristics and toxicological endpoints are demonstrated by agents known to cause cancer in humans[17]. After review of the mechanisms of Group 1 agents described in Volume 100 and subsequent Volumes of the IARC Monographs, it is clear that multiple mechanisms operate for many carcinogenic agents[25]. Since mechanistic data display important implications for cancer risk assessment, it is important to evaluate the interrelationships of the key characteristics of human carcinogens to better understand the complex interactions among different carcinogens[8].

Some agents can indirectly induce DNA damage by generating reactive oxygen species[26]. Oxidative damage to DNA leads to several types of lesions including mutations, single-strand breaks, DNA–protein crosslinks, chromosomal abnormalities, and translocations. Mutations resulting from oxidative stress were found to activate oncogenes and inactivate tumor-suppressor genes[27]. Some agents interfere with multiple pathways that involve DNA damage and genotoxicity. Examples of non-genotoxic mechanisms include changes in gene expression, activation of cell-signaling pathways, oxidative stress, immunosuppression, and inflammation[28]. There is a lot of interplay between the various key characteristics to cause cancer as they frequently interact with each other. For example, oxidative stress (KC #5) and chronic inflammation (KC #6) can act to stimulate angiogenesis (KC #10), proliferation (KC #10), and apoptosis (KC #10).

Over the past decade, the Key Characteristics (KCs) have been utilized to evaluate cancer causation in over 100 agents by IARC, NTP, and U.S. EPA in a simultaneous one-step analysis with human and animal carcinogenesis studies[29-32].

As set forth below in detail, hair relaxers, as a chemical mixture, facilitate widespread induction of DNA damage, as well as other mechanistic pathways which lead to uterine and ovarian cancer.

## VI. THE TEN KEY CHARACTERISTICS (KCS) OF CARCINOGENS

The mechanistic features by which a carcinogen causes cancer are summarized as the 10 key characteristics of carcinogens[9,10,16]. Since the biologically plausible mechanisms of action of carcinogens are key to understanding cancer causation and identifying carcinogens, the KCs of carcinogens were developed to provide universal alignment on the properties of human carcinogens leading to cancer[10].

The key characteristics of carcinogens[10,16] utilized by IARC, NTP, and EPA are as follows:

**10 Key Characteristics of Carcinogens**

1. Can the agent act as an electrophile or be metabolically activated to an electrophile?
2. Is the agent genotoxic?
3. Does the agent alter DNA repair or cause genomic instability?
4. Does the agent induce epigenetic alterations?

5. Does the agent induce oxidative stress?
6. Does the agent induce chronic inflammation?
7. Is the agent immunosuppressive?
8. Does the agent modulate receptor-mediated effects?
9. Does the agent cause immortalization?
10. Does the agent alter cell proliferation, cell death, or nutrient supply?

The first 4 characteristics focus on the genotoxic nature of the chemical agent. The last 6 characteristics focus on nongenotoxic mechanisms in the tumor microenvironment. These 10 key characteristics of human carcinogens act as a roadmap for identifying and categorizing scientific findings relevant to cancer mechanisms when determining whether a chemical agent is a potential human carcinogen[10]. The 10 key characteristics can be used to identify carcinogens and serve as a first step in cancer prevention to prevent human suffering and death from cancer[16]. Multiple key characteristics may be additive or synergistic for specific carcinogens causing cancer[16].

Below are general descriptions of the 10 key characteristics of carcinogens[10,16].

***Key Characteristic 1: is electrophilic or can be metabolically activated to an electrophile***

The first key characteristic (KC) focuses on agents that act as electrophiles or that may be metabolized to form electrophiles[10,17]. Electrophiles are reactive, electron-seeking molecules capable of binding electron-rich species (e.g., DNA, RNA, lipids, and proteins) to form covalent adducts[16]. A common endpoint to measure KC #1 is quantifying DNA and protein adducts. Certain chemical carcinogens are direct-acting electrophiles including formaldehyde, sulfur mustard, and ethylene oxide; while others, such as nitrosamines (e.g. NDELA in hair relaxers), PAHs, and benzene, require metabolic activation, which involves biotransformation by enzymes[10,17].

Toxicological endpoints of KC number 1 include: protein adducts, reactive metabolites, and what is often referred to as ADME, or more specifically, absorption, distribution, metabolism, and excretion[28]. Formation of protein adducts is important as it indicates the presence of reactive metabolites, which can be an indirect indicator/predictor of DNA damage (discussed in KC # 2 below)[28]. Hazardous environmental chemicals and their electrophilic metabolites can form adducts with genomic DNA, that induce mutations and can initiate cancer growth. Reactive oxygen and nitrogen molecules triggered by oxidative stress can lead to DNA damage[33]. The absorption, distribution, metabolism, and excretion (ADME) of the agent or hazardous chemical can influence its cancer causing activity, and is relevant to analyzing specific agents/chemicals found in hair relaxer.

***Key Characteristic 2: is genotoxic***

It has been widely accepted for centuries that the initiation of cancer is associated with chemical exposures[34]. Many cancer-causing chemicals, or carcinogens, are "genotoxic". These DNA damaging mechanisms involve the formation of DNA adducts, or covalent bonds, between the chemical to the DNA[34]. It is well acknowledged that the accumulation of DNA adducts is a requirement for tumor induction[34]. Multiple types of DNA adducts combined with other risk factors (e.g., infection or inflammation), may be associated with a greater than 10-fold higher

cancer risk[34]. Nonetheless, animal studies have shown that reducing DNA damage in turn reduces cancer risk.[34]

"Genotoxic" is the term used to describe an agent or chemical that has the capability to cause DNA damage, alteration to the genome (mutation), or both. The link between genotoxicity and increased risk of cancer is well-established (>14,000 publications on PUBMED on genotoxicity and cancer)[35]. Once a drug or chemical is deemed "genotoxic", it is very challenging to get FDA-approval for use in healthy people. Genotoxicity can arise from, for example, DNA strand breaks, DNA adducts, DNA-DNA crosslinks, and DNA-protein crosslinks, as well as from oxidative damage to DNA (related to KC # 5); all of these types of damage may give rise to permanent changes in the nucleotide sequence (mutation) as the cell attempts to repair the damage[16,35]. Genotoxicity can give rise to single nucleotide variants (point mutations), or it can manifest over a larger span of the genome at the chromosome level (e.g., structural (clastogenicity) or numerical chromosomal aberrations (aneuploidy))[16].

To evaluate for genetic damage in exposed populations, the comet assay can detect DNA reparable lesions[36]. The comet assay allows for the easier detection of various forms of DNA damage in various cell types[36]. The micronucleus test can detect fixed mutations that last at least one mitotic cycle. DNA-adducts in peripheral white blood cells (called lymphocytes) is as a good biomarker when studying the early effect of genotoxic exposures in humans[37]. Higher DNA adduct levels or a higher proportion of subjects with detectable DNA adduct levels were found in exposed individuals as compared with nonexposed subjects[37]. DNA adducts resulting from a specific carcinogen in a mixture can be even higher than as a when given as a single compound—which is especially important in the context of chemical hair relaxers, which consist of complex mixtures of chemicals with pro-cancerous effects[38].

KC #2 includes several forms of genotoxicity, which are commonly evaluated using classical in vitro assays referenced in some regulatory testing guidelines and can be measured preclinically using biomarkers in experimental animals and in humans[16]. In reviewing the evidence concerning hair relaxers, measurements of endpoints such as DNA cross-links can provide important mechanistic information, while more apical endpoints such as mutation or chromosome loss, which reflect the consequence of damage to daughter cells, are considered more relevant and useful for hazard identification[16]. Chromosome aberrations and micronuclei (small nuclei-like structure containing DNA separate from the main nucleus) have been shown to be associated with future cancer risk[39,40]. Mechanistic evidence linking chromosomal aberration (CA) to early stages of cancer is demonstrated by epidemiological studies that show an association of CA frequency in peripheral lymphocytes (type of white blood cell key in protecting our immune system) of healthy individuals to future cancer incidence[40]. Increased relative risk (RR) of cancer was observed in subjects with chromosome-type aberrations and the presence of ring chromosomes[40].

There is clear overlap and synergistic activity between the genotoxic effects described here in key characteristic #2 (KC #2) and other key characteristics that can lead to genotoxicity; for instance, key characteristic #1 (KC #1) (electrophilic agents that covalently bind DNA and form DNA adducts); key characteristic #3 (KC #3: alters DNA repair or cause genomic instability) for agents that inhibit DNA repair; and key characteristic #5 (KC #5: which induces oxidative stress) for agents that cause oxidative DNA damage.

Genotoxic changes can involve mutations and chromosomal changes. Mutations are changes in the DNA sequence and can help lead to cancer initiation. Changes in chromosomes can include having too many chromosomes or too few or changes in the structure of the chromosomes. Exposure to genotoxic activity may initiate or promote cancer growth especially in concert with other KCs such as chronic inflammation (KC #6), oxidative stress (KC #5), angiogenesis (KC #10), immunosuppression (KC #7), proliferation (KC #10), and apoptosis (KC #10).

As set forth below, hair relaxers, as a mixture, facilitate genotoxicity, as well as other mechanistic pathways, which can lead to uterine and ovarian cancer.

***Key Characteristic 3: alters DNA repair or causes genomic instability***

DNA damage induces mutations and genomic instability that eventually leads to cancer. Molecules that stimulate oxidative stress such as reactive oxygen species (ROS) and reactive nitrogen species (RNS) can be generated by inflammatory cells to induce DNA damage, as well as augment inflammatory responses that leads to more DNA damage. To prevent DNA damage, cells employ multiple DNA repair pathways to efficiently and accurately repair any damage. Impaired DNA-repair mechanisms increase the risk of cancer. Thus, the failure to repair DNA damage or to control inflammation and oxidative stress may lead to cancer.

Studies show that defective DNA repair is associated with an increased risk for cancer development[41]. The defect in DNA repair can lead to genomic instability, a hallmark of cancer, and is an characteristic of tumorigenesis[20]. Genomic instability refers to increased alterations in the genome[42] which promote cancer pathogenesis. The genes can acquire mutations and other changes in the genome, which is the genetic instructions such as DNA and RNA for an organism to function. During cell division, genomic instability is curbed by high-fidelity DNA replication in the S-phase, precise chromosome segregation in mitosis, error free repair of sporadic DNA damage, and a coordinated cell cycle progression[42]. DNA damage response (DDR) pathways preserve genomic stability by promoting DNA replication and activating cell cycle checkpoints and/or DNA repair pathways in response to DNA damage caused by endogenous processes and exogenous agents[43].

Disruptions in DNA repair can lead to elevations in mutagenesis and genomic instability. Key endpoints to consider when analyzing hair relaxer include: increasing rate of genomic alterations, characterized by gene mutation, microsatellite instability (MSI) (defined as the cell's inability to repair DNA errors, leading to numerous mutations), and genomic/chromosomal instability (CIN)(seen when there is an increased rate of genetic or chromosomal alterations, such as extra chromosomes)[42-44].

Other mechanisms can lead to genomic instability. Oncogene-induced DNA replication stress, generated by sustained cell proliferation (e.g., replication), may provide a selective advantage that drives tumorigenesis[45]. Genomic instability can be stimulated by various pro-inflammatory mediators including reactive oxygen species and cytokines (e.g. TNF-alpha), which result in inflammatory signaling and NF-kB activation[46,47].

Genomic instability may also result from mutations in DNA repair genes[48]. Altered DNA repair and/or induction of genomic instability can result from genotoxic agents (KC # 2), induce

oxidative stress (KC # 5), or induce epigenetic alterations (KC # 4) and thereby disrupt DNA repair genes[16]. Several chemical and physical agents have been shown to block high-fidelity DNA repair and/or activate error-prone DNA repair pathways leading to genomic instability and cancer, including ionizing radiation[46], metals[49], and aldehydes[50]. Single cell gel electrophoresis (SCGE) (i.e., comet assay) has been used to quantify DNA damage[51,52].

As set forth below, hair relaxers, as a mixture, alter DNA repair and cause genomic instability, as well as other mechanisms which can lead to uterine and ovarian cancer.

***Key Characteristic 4: induces epigenetic alterations***

Epigenetic alterations can promote cancer initiation and tumor progression in various cancers including ovarian and uterine cancers[53,54]. Epigenetic alterations occur without changes to the DNA sequence, and include changes to DNA (e.g., DNA methylation), non-coding RNAs (altered expression of microRNA), and chromatin (e.g., histone modification)[55]. Epigenetic mechanisms leading to cancer should be considered in relation to chemical hair relaxers. Alterations in the epigenetics can help lead to the induction of cancerous change from a normal cell to a cancer cell[56].

Carcinogens can induce epigenetic changes which interact with inflammation to promote tissue injury and cancer[57]. Some epigenetic modifications directly affect the hallmark properties of cancer; for example, shifts in methylation can result in enhanced proliferation and metabolic change, and increased invasive potential[57]. Epigenetic dysregulation occurs very early in cancer. For example, DNA methylation is altered in the normal tissue of cancer patients, and these changes increase with cancer[57]. Indeed, cancer's hallmarks may also be achieved through epigenetic mechanisms affecting tumor suppressor silencing, oncogene activation by repurposed enhancers, or cell fate transitions[58].

As set forth below, hair relaxers, as a mixture, can induce epigenetic alterations, as well as other mechanistic pathways, which can lead to uterine and ovarian cancer.

***Key Characteristic 5: generate oxidative stress***

Oxidative stress results from an imbalance between increased pro-cancer molecules called reactive oxygen species (ROS) and anti-oxidative stress molecules generated by the body[59]. A major source of these ROS molecules are mitochondria found inside the cell. Low concentrations of ROS are required for normal tissue function. However, cancer cells, which exhibit accelerated metabolism and proliferation, require high ROS concentrations[59]. Oxidative stress occurs as an imbalance between formations of reactive oxygen species (ROS) and detoxification of the radical species within cells and tissues. ROS induce a cascade of events that include DNA mutation and oxidative DNA damage—key events in cancer causation and pathogenesis[60]. Oxidative damage resulting from ROS generation can participate in all stages of the cancer process[27].

ROS generation has been associated with human cancer induction, thus, oxidative stress may both cause cancer and act as a tumor promoter[27]. Increased oxidative stress can initiate and promote tumorigenesis by inducing DNA damage[61]. Cancer and oxidative stress can be driven by

oxidative damage to DNA, including base modification, DNA-protein crosslinks, and other lesions[27,62]. These reactive molecules can induce tissue damage, leading to inflammatory lesions. These lesions include non-bulky (8-oxoguanine and formamidopyrimidine) and bulky (cyclopurine and etheno adducts) base modifications, abasic sites, non-conventional single-strand breaks, protein-DNA adducts, and intra/interstrand DNA crosslinks[62]. Additionally, oxidative stress activates transcription factors and inflammatory pathways that promote transformation of a normal cell to a cancer cell, tumor cell survival, proliferation, chemoresistance, radioresistance (resistant to the effects of radiation), invasion, and angiogenesis. Thus, oxidative stress, chronic inflammation, and cancer are tightly linked[63].

Oxidative stress is directly related to many other KCs (including KC #2 and #3 via DNA damage) leading to genotoxicity and alteration of DNA repair, as well as others including chronic inflammation (key characteristic #6) and altered cell proliferation (key characteristic #10)[16]. An example is that oxidative stress can affect the proliferation (e.g., replication) of cells, evasion of apoptosis (programmed cell self-destruction), tissue invasion (cancer cell breaks from primary tumor to grow nearby) and metastasis (cancer cells spread throughout to form new tumors), and angiogenesis (new blood vessels form from pre-existing ones)[59,63].

This KC is often non-specific, as non-carcinogens can also induce oxidative stress[16]. In the context of genotoxic carcinogens, oxidative stress can initiate and stimulate tumor growth. Oxidative stress can be accompanied by genotoxicity in strains of yeast and bacteria more sensitive to oxidative DNA damage[9]. Therefore, it is essential to understand hair relaxer's nature of being a mixture, encompassing many KC's that coincide with oxidative stress to promote carcinogenicity.

As set forth below, hair relaxers, as a mixture, can generate oxidative stress, as well as other mechanistic pathways, which can lead to uterine and ovarian cancer.

***Key Characteristic 6: induces chronic inflammation***

Chronic inflammation and related immunosuppression can directly support tumor growth and dramatically reduce the efficacies of traditional cancer treatments, as well as novel immune-based therapies, which require a functional immune system[64]. Chronic inflammation stimulates essentially all tumor types including ovarian cancer, uterine cancer, pancreatic cancer, colon cancer, lung cancer, hematological cancer, prostate cancer and other tumor types[65]. Chronic inflammation can initiate tumor growth and stimulates tumor progression via the tumor microenvironment in multiple ways. Chronic inflammation predisposes normal cells to neoplastic transformation, which allows normal cells to become malignant and experience uncontrolled growth[66]. The longer the inflammation persists, the higher the risk of cancer[66]. Chronic inflammation can stimulate cancer via pro-inflammatory and pro-tumorigenic molecules (e.g., cytokines, chemokines, and lipid mediators)[67]. Chronic inflammation can act through various mechanisms, including through generation of oxidative stress, release of cytokines, and stimulation of cell proliferation, which ultimately produce DNA damage[68]. Some of the ways in which chronic inflammation stimulates tumor progression are described below.

**Genotoxic and Non-Genotoxic Implications.** Inflammation has both genotoxic and non-genotoxic implications[69]. Genotoxic implications are those that promote inflammation via DNA

damage, whereas non-genotoxic implications promote inflammation without DNA interaction or damage. DNA damage induced by chronic inflammation promotes cancer growth[70]. Chronic, low-grade inflammation may induce DNA damage through immune cell-derived reactive oxygen species (ROS)[69]. Several pro-inflammatory cytokines and chemokines display mitogenic, morphogenic and/or angiogenic properties that promote tumor growth and metastasis.

**Promotion of Cytokines**. Cytokines are signaling proteins that control inflammation and messaging in the immune system. Systemically circulating proinflammatory cytokines induces genotoxicity in both in vivo and in vitro modeling[71]. Several pro-inflammatory cytokines and chemokines display mitogenic, morphogenic and/or angiogenic properties that promote tumor growth and metastasis.

**Initiating and Promoting Mutations.** Chronic inflammation can induce DNA damage and mutations via pro-cancer molecules such as reactive oxygen species[72]. Mutations are a critical driver of cancer initiation[73]. This can lead to a vicious pro-tumorigenic cycle where the DNA damage leads to apoptotic cell death ("debris") that can further stimulate inflammation. My laboratory and others have shown that this apoptotic cell death can stimulate tumor growth such as ovarian cancer via chronic inflammation[74]. Chronic inflammation can affect the tissue physiology in the body to increase mutation damage *in vivo*. Inflammation-induced cell proliferation increases the incidence of mutations from DNA damage *in vivo*[73]. Studies by Kiraly et al 2015 demonstrate a key mechanism by which inflammation can act synergistically with DNA damage to induce mutations that drive cancer and cancer recurrence[73].

**Persistent oxidative/nitrosative stress and excess lipid peroxidation.** Persistent oxidative/nitrosative stress and excess lipid peroxidation (over-oxidation of lipids, leading to cell membrane damage) are induced by inflammatory processes in a self-perpetuating process and cause progressive accumulation of DNA damage in target organs[75]. Together, with deregulation of cell homeostasis, the resulting genetic changes act as driving force in chronic inflammation-associated human disease pathogenesis including cancer[75]. Thus steady-state levels of DNA damage caused by oxidative stress promoting molecules such as reactive oxygen species (ROS), reactive nitrogen species (RNS), and lipid peroxidation (LPO) end products, can lead to cancer[75].

**Cell Death and Tissue Injury.** Chronic inflammation associated with the development of cancer is a prolonged response to persistent infections or chemicals (e.g., carcinogens) that inflict cell death and tissue injury[16]. This pro-cancer inflammation is followed by deregulated compensatory cell proliferation and aberrant repair[76].

**Trigger of Nitrative DNA damage**. Inflammation-mediated carcinogenesis involving infiltration of phagocytes, immune cells (e.g., neutrophils) and generation of reactive species that cause local molecular damage leading to cell dysfunction, mutation, and cell death[77]. These studies demonstrate that chronic inflammation triggers oxidative and nitrative DNA damage at the sites of carcinogenesis, regardless of etiology[78].

**Relation to other KCs.** Chronic inflammation may induce sustained DNA damage and DNA damage responses that result in these transient covalent chromatin modifications becoming mitotically stable epigenetic alterations[79]. Thus, epigenetic alterations (KC #4) can be initiated

during chronic inflammation[79]. Further, during chronic inflammatory reactions, production of reactive oxygen (ROS) and nitrogen species (RNS) by infiltrating inflammatory cells contributes to oxidative stress and epigenetic alterations (KC #4 and #5)[16]. ROS and RNS released from inflammatory cells are likely to induce DNA double-strand breaks in the various cells in the human body[80]. The DNA damage response can be activated, resulting in the production of pro-inflammatory cytokines. These pro-inflammatory cytokines further stimulate inflammatory cell infiltration and DNA damage through a positive-feedback mechanism[80]. This vicious cycle, characterized by mutually reinforcing inflammation and DNA damage, may cause the inflammation to become chronic, which can lead to cancer.

As set forth below, hair relaxers, as a mixture, induce chronic inflammation, as well as other mechanistic pathways, which can lead to uterine and ovarian cancer.

***Key Characteristic 7: is immunosuppressive***

Immunosuppression is a reduction in the normal capacity of immune system in the healthy human body to fight cancer (e.g. antigen molecules on tumor cells) or infection[16]. Immunosuppressive agents are molecules that interfere with key steps of the "cancer immunity cycle", which can be divided into several processes, including the release and subsequent presentation of antigens by the cancer cell to immune cells that help prevent cancer via immune defense cells such as T lymphocytes and natural killer cells[81]. These immune cells are important in our host defense to protect from cancer. In contrast to other key characteristics, immune suppression does not play a direct part in transforming normal cells into tumor cells but enables them to escape immune surveillance. Among other roles, the immune system also plays a major part in the inflammatory response to injury[17].

Epidemiological data from patients with congenital immunodeficiencies, virally-induced immunodeficiencies (e.g., HIV-mediated), or on with immunosuppressive therapies indicate an association between immunosuppression and increased cancer risk. Immunosuppression-associated cancer types can include hematological malignancies (cancers that originate in blood or bone marrow) and solid tumors[16]. Immunosuppression functional assays include standard hematology and anatomic pathology (e.g., evidence of marked lymphodepletion and hematotoxicity), lymphocyte population enumeration by flow cytometry, and NK cell activity[16].

As set forth below, hair relaxers, as a mixture, can generate immunosuppression, as well as other mechanistic pathways, which can lead to uterine and ovarian cancer.

***Key Characteristic 8: modulates receptor-mediated effects***

Receptor-mediated effects may occur when agents mimic the structure of endogenous ligands that bind to cells and activate cell surface receptors or intracellular receptors, thereby initiating pathways that may stimulate proliferation and other pro-cancer responses[10,17]. An example of agents that have receptor-mediated effects is endocrine disruption compounds (EDCs), which disrupt hormones in the body. EDCs interfere with normal functions of hormones in the body such as increased or decreased normal activity of hormones. These external factors might also demonstrate reactivity similar to the reactivity endogenously produced hormones, which can

lead to mediation of changes in homeostasis, reproduction, development, or behavior[17]. Receptor-mediated effects interfere with cell-signaling pathways, leading to expression of carcinogenic trait/phenotype in the cell (e.g., facilitating cell invasion or induction of genes for inflammatory mediators and oncogenes)[28]. EDCs can also block hormonal stimulus by inducing epigenetic changes, which make various EDCs likely exhibit additive pro-cancer effects[82]. EDCs can also induce cancer spread (e.g. metastasis) through regulating a pro-cancer mechanism called epithelial-mesencyhmal transition (EMT) via several signaling pathways associated with the EMT program[83]. EDCs increase the migration and invasion of cancer cells, increased proliferation, induce genomic instability, cause epigenetic changes (e.g. DNA methylation), induction of angiogenesis, increase pro-angiogenic factors (e.g. VEGF), damage DNA and/or reduce DNA repair (including BRCA1) in breast cancer cells, and cause tumor-promoting inflammation[84].

EDCs can disrupt a wide variety of hormone-driven processes leading to cancer. EDCs cause hormone-driven cancers such as endometrial, ovarian, uterine, and breast cancer[85], and hormone-dependent cancers, including breast, ovarian, and prostate cancers[83]. The carcinogenic effect of EDCs in humans has been confirmed for various chemicals including phthalates, pesticides, DDT, dioxins, bisphenol A, and diesthylstilbestrol (DES)[82].

As set forth below, hair relaxers, as a mixture, modulate receptor mediated effects in the endocrine system, as well as other mechanistic pathways, which can lead to uterine and ovarian cancer.

***Key Characteristic 9: causes immortalization***

Immortalization refers to a cell evading normal cellular senescence and proliferating indefinitely[16,17]. Normal cells will die in the human body, or may stop dividing and enter a phase is called senescence in which it does not die. Senescent cells can release toxic molecules that stimulate chronic inflammation. Cancer cells, on the other hand, are immortal and therefore have limitless potential to divide. Replication stress is an early driver of tumorigenesis and is associated with several oncogenes[86]. As such, cancers rely on "cancer stem cells" that can arise from an intrinsic mutation, leading to self-sufficient cell proliferation (i.e. self-renewal)[87].

Several mechanisms can influence immortalization: cellular pathways that regulate stemness versus senescence, telomere (caps that prevent chromosomes from damage) length and telomerase activity, and Alternative Lengthening of Telomeres (ALT), break-induced telomere synthesis and mitotic DNA synthesis (MiDAS) at so-called common fragile sites and telomeres[86,88]. Stemness refers to the ability of a cell to keep dividing, while senescence refers to a cell to stop dividing. Evasion of senescence is frequently associated with activation of telomerase[89] and plays a critical part in carcinogenesis[90]. Many cancers have an activated telomere maintenance mechanism, a marker of immortalization[90]. Carcinogenesis may involve activation of a telomerase that prevents loss of telomere length, leading to immortalization of cells[89].

***Key Characteristic 10: alters cell proliferation, cell death, or nutrient supply***

Cancer is characterized by unrestricted cell proliferation[91]. Cell proliferation is affected by alterations in the rate of cell growth within a tissue. It may be a direct effect or a secondary

regenerative effect after induction of cell death by cytotoxic agents, such as radiation. Two associated toxicological end-points are (i) cell-cycle effects, i.e. alterations in the functioning of the complex series of factors that control the cell cycle and cell division, which have been associated with carcinogenesis[91], and (ii) alterations in cell signaling pathways, which relate to the ability of the agent to interfere with cell signaling pathways, resulting in expression of a carcinogenic trait or phenotype in the cell[91]. Key characteristic # 10 includes detection of alterations in cell proliferation and cell-cycle effects (e.g., DNA-replication changes, cell-cycle control, ploidy) and mitogenesis[28].

Tumor growth is regulated by cell proliferation (growth), cell loss by apoptosis (programmed cell death) or necrosis, and the blood (vascular) supply that provides oxygen and other nutrients[16,92]. The resultant altered cell proliferation and/or cell-cycle control can contribute to carcinogenesis in three ways: (1) predispose replicating cells to propagate unrepaired DNA damage and cancer-causing mutations; (2) sustained replication may be an independent mechanistic event; and (3) abnormal proliferation may allow transformed cells to evade usual checkpoints and to continue replication. Such scenarios foster avoidance of apoptosis or other terminal programming (e.g., autophagy)[93].

Altered nutrient supply (i.e. angiogenesis) affects cell viability. Adequate cell nutrition is essential for proliferating cancer cells, and agents that promote the growth of blood vessels (angiogenesis) stimulate tumor growth[92]. The vascularity of a tumor can be analyzed by visual observation of blood vessel density (e.g., microvessel density) by staining for endothelial cell markers such as CD31 as we and others have demonstrated[94,95]. The amount of vascular supply in tumors can be estimated by laboratory techniques such as immunohistochemical detection of the EC marker CD31 and by flow cytometry[95].

Induction of necrotic or apoptotic cell death can stimulate inflammation (KC #6) and/or DNA damage (KC #2). Apoptosis or necrosis can be assessed via histology (e.g., TUNEL assay or Annexin-V) or flow cytometry, and expression of pro- and anti-apoptotic genes as we and others have demonstrated[96]. A mixture of carcinogens demonstrated synergism for apoptosis suppression greater than simple additive effects at low concentrations that were not observed with a single chemical[97].

As set forth below, hair relaxers, as a mixture, can alter cell proliferation, cell death and nutrient supply, as well as other mechanistic pathways, which can lead to uterine and ovarian cancer.

## VII. Key Characteristics are interdependent and do not act on their own

There is significant cross-talk between many of the KCs of carcinogens, especially between genotoxicity (KC#2), chronic inflammation (KC#6), oxidative stress (KC#5), and immunosuppression (KC#7). Oxidative stress (KC#5) can enhance pro-inflammatory responses (KC#6), leading to increased DNA damage[44]. Importantly, increased ROS production (KC#5) in cells initiates tumor growth in various organs[61]. ROS are harmful to the body via various biological processes, including genomic instability, cell growth, angiogenesis (KC #10), chronic

inflammation (KC #6), pro-cancer signaling, DNA mutations, and immune escape[98,99]. Chronic inflammation (KC#6) is characterized by increased infiltration of innate immune cells (e.g., macrophages, mast cells and neutrophils) into the tumor. Chronic inflammation directly correlates with increased angiogenesis (KC#10 and hallmark of cancer) which provides nutrients and oxygen to the growing tumor[100]. The pro-inflammatory and pro-tumorigenic cytokine TNF-α triggers a pro-cancer mechanism by stimulating immune cells such as macrophages. There is an intricate crosstalk that is harmful to the body between ROS molecules (KC#5), oxidative DNA damage (KC#2), and the pro-inflammatory cytokine tumor necrosis factor α (TNF-α)-mediated signaling to trigger chronic inflammation (KC#6) causing invasive cancer[61]. Thus, increased oxidative stress can initiate and promote tumor growth during the latency period[61]. Oxidative stress activates pro-inflammatory pathways that stimulate carcinogenesis, tumor cell survival, proliferation, invasion, and angiogenesis[101].

Unrepaired oxidative DNA damage (KC#3) can result in mutagenesis (KC#2)[62]. Epigenetic alterations (KC#4) can directly affect the hallmarks and the KCs of carcinogens; for example, changes in DNA methylation can stimulate proliferation (KC#10)[57]. These ROS induce genetic and epigenetic alterations (KC#4) via damaged DNA (KC#2) and reduced activity of tumor suppressor genes[102].

## VIII. Overview of Analyses performed in this litigation, and of discussions in following chapters

Consistent with the approaches described above, I reviewed the published literature to find whether there were informative human studies on the relationship between chemical hair relaxers and uterine cancer or ovarian cancer specifically, as well as other cancers and health harms in humans more generally **(Chapter IX)**. This review focused on original studies and did not consider review articles in this section of the analysis. However, if reviews by public health agencies such as EPA, IARC or NTP become available, I reserve the right to supplement my opinions to include these. This review in **Chapter IX** revealed compelling human evidence that chemical hair relaxers can cause uterine cancer[103,104] and ovarian cancer[105]. These findings were supported by human evidence that chemical hair relaxer use increased internal concentrations of endocrine disrupting chemicals[106], circulating estrogens[107] and by mechanistic evidence that chemical hair relaxer use triggers chronic inflammation through potent cytokines and $PGE_2$, a lipid hormone with behavior in both immune response and the reproduction system[108]. These findings are all significant evidence of a causal relationship between chemical hair relaxer use and uterine and ovarian cancer.

In order to evaluate the biological plausibility of a potential causal relationship between chemical hair relaxer use and uterine cancer and ovarian cancer, I provide an overview of mechanisms relevant to uterine cancer **(Chapter X)** and ovarian cancer **(Chapter XI)**. In these chapters, I discuss how each of that uterine and ovarian cancers are initiated and progress through similar mechanisms described by the key characteristics of carcinogens, namely: KC #2 (genotoxicity), KC #3 (loss of DNA repair mechanisms/genomic instability), KC #4 (epigenetic alterations), KC #5 (oxidative stress), KC #6 (chronic inflammation), KC #7 (immunosuppression), KC #8 (receptor mediated effects) and KC #10 (alters cell proliferation, cell death, or nutrient supply).

In addition to the epidemiological studies showing associations between chemical hair relaxer use and uterine and ovarian cancers, the literature discussed in **Chapter IX** includes evidence of

endocrine disruption with chemical hair relaxer use (KC #8, receptor mediated effects), chronic inflammation (KC #6), and elevations in Prostaglandin E2, which can stimulate cancer growth via the tumor microenvironment (key characteristics such as DNA methylation (KC #4), chronic inflammation (KC #6), immunosuppression (KC #7), and angiogenesis/nutrient supply (KC #10)[19]. Therefore, **Chapter IX** reveals strong evidence of biological plausibility, because chemical hair relaxer use triggers the same type of mechanisms that cause uterine and ovarian cancers to initiate and proliferate.

In order to further evaluate the biological plausibility of a causal relationship between chemical hair relaxer use and uterine cancer and ovarian cancer, I examined evidence relating to chemicals that have been present in chemical hair relaxers as well as potential mechanisms of harm **(Chapter XII-IV)**. In this chapter, I discuss how numerous chemicals that have been present in chemical hair relaxers trigger mechanisms by which uterine cancers and ovarian cancers initiate and proliferate. For example:

- **Formaldehyde exhibits 7 of 10 key characteristics of carcinogens.** *Formaldehyde is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply.*

- **Ethylene Oxide exhibits 4 of the 10 key characteristics of carcinogens.** *Ethylene oxide is genotoxic, impairs DNA repair, induces oxidative stress, and induces chronic inflammation.*

- **1,4-Dioxane exhibits 4 of the 10 key characteristics of carcinogens.** *1,4-Dioxane is genotoxic, induces oxidative stress, induces chronic inflammation, and alters cell proliferation, cell death, or nutrient supply.*

- **Acrylamide exhibits 7 of the 10 key characteristics of carcinogens.** *Acrylamide can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, induces oxidative stress, induces chronic inflammation, is immunosuppressive, can modulate receptor-mediated effects, and alters cell proliferation, cell death, or nutrient supply.*

- **Parabens exhibit 7 of the 10 key characteristics of carcinogens.** *Parabens are genotoxic, induce epigenetic alterations, induce oxidative stress, induce chronic inflammation, are immunosuppressive, can modulate receptor-mediated effects and alter cell proliferation, cell death, or nutrient supply.*

- **Phthalates exhibit 7 of the 10 key characteristics of carcinogens.** *Pthalates are genotoxic, induced epigenetic alterations, induce oxidative stress, induce chronic inflammation, are immunosuppressive, can modulate receptor-mediated effects and alter cell proliferation, cell death, or nutrient supply.*

- **Benzophenones exhibit 6 of the 10 key characteristics of carcinogens.** *Benzophenones are genotoxic, induce oxidative stress, induce chronic inflammation, induces*

*immunosuppression, modulate receptor-mediated effects, and alter cell proliferation, cell death, or nutrient supply.*

- **N-Nitrosodiethanolamine (NDELA) exhibits 2 of the 10 key characteristics of carcinogens.** *NDELA is genotoxic and induces oxidative stress.*

- **NDMA exhibits 9 of 10 key characteristics of carcinogens.** *NDMA induces metabolic activation, is genotoxic, impairs DNA repair, induce epigenetic alterations, induces oxidative stress, induces chronic inflammation, immunosuppression, cell immortalization, and alteration of cell proliferation, cell death, and nutrient supply.*

- **Polycyclic aromatic hydrocarbons (PAHs) exhibit 7 of the 10 key characteristics of carcinogens.** *PAHs are genotoxic, induced epigenetic alterations, induce oxidative stress, induce chronic inflammation, induces immunosuppression, modulate receptor-mediated effects, and alter cell proliferation, cell death, or nutrient supply.*

- **Arsenic exhibits 8 of 10 key characteristics of carcinogens.** *Arsenic is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces immortalization and alters cell proliferation, cell death, or nutrient supply.*

Thus, the presence of these types of chemicals in chemical hair relaxers provides additional compelling evidence that the epidemiological observations of associations between chemical hair relaxer use and uterine and ovarian cancers are not only biologically plausible but likely to be causal in nature. **Chapter XIII** also provides a discussion about mixed toxicities that are inherent to chemical hair relaxers and the likelihood that multiple toxicities present in these products will act synergistically to magnify the risks of uterine and ovarian cancer.

This report concludes with an overall assessment of the evidence relating to causality between chemical hair relaxer use and uterine cancer and ovarian cancer **(Chapter XV)** and **concludes that it is more likely than not that chemical hair relaxer use cause uterine cancer and ovarian cancer in humans**.

## IX. Scientific Literature Regarding The Use of Chemical Hair Relaxers

### a. Human Studies on Chemical Hair Relaxer Exposures

A number of studies evaluating the potential health harms of chemical hair relaxer products have been published in the scientific literature. These studies point strongly in the direction of harm, and are discussed further below.

*Uterine Cancer*

In Chang 2022, a prospective cohort of 39,947 women aged 35-74 and who had a uterus at enrollment were followed for an average of 10.9 years of follow-up[103]. These women were part of the NIH's Sister Study, a cohort of U.S. and Puerto Rican women who had at least 1 sister with

breast cancer. Use of various hair products was ascertained at baseline through questionnaires evaluating product use in the 12 months prior to enrollment. Users of straighteners, relaxers, or pressing products were found to have significantly increased risks of uterine cancer (HR 1.80; 1.12-2.88). A statistically significant dose-response relationship was observed (Ptrend .002), with more frequent users (i.e. more than 4 times a year) having more than double the risks of non-users (HR 2.55, 1.46-4.45). Hazard ratios did not vary by race and ethnicity or obesity[103]. Similarly, risks did not meaningfully differ between uterine or endometrial cancer subtypes[103]. However, risks of premenopausal cancer were not significant, likely because of the small number of overall cases and corresponding loss of statistical power. No associations were observed between uterine cancer risks and any other cosmetic product in the study[103].

The relationship between chemical hair relaxer use and uterine cancer risks was also evaluated in another prospective cohort published by Bertrand et al. 2023[104]. That study evaluated 44,798 black women who enrolled in the Black Women's Health Study cohort, and who had an intact uterus at time of enrollment[104]. The cohort was followed for up to 22 years[104]. Chemical hair relaxer use, frequency and duration of use, age at first use, type most commonly used, and number of burns was assessed via questionnaire at enrollment[104]. Because of the low number of non-exposed women in this population (only 5% reported no exposure to chemical hair relaxers), this study used a combined category of never/light users as the referent group instead of a true non-exposed control group[104]. The study did not observe statistically significant increases in overall risks between this group and those classified as moderate or heavy users[104]. However, significantly increased risks were observed in post-menopausal women who were either moderate (HR 1.60; 1.01-2.53) or heavy users (HR 1.64; 1.01-2.64) of chemical hair relaxers[104]. The authors reported that the use of a referent group with exposed women (i.e. light users) "may have biased results towards the null", and thus may have underestimated true risks[104].

*Ovarian Cancer*

White et al. evaluated the risks of ovarian cancer among users of hair products in another publication from the Sister Study Cohort[105]. That study followed 40,559 women over a mean follow-up of 10 years[105]. Product use was ascertained through the same methods described above in Chang 2022. In this study, frequent users of straighteners, relaxers, or pressing products were found to have significantly increased risks of ovarian cancer (HR 2.19; 1.12-4.27). Exposure to straighteners, relaxers, or pressing products significantly increased the risk of ovarian cancer. However, significant risks were only observed in frequent users, and not in the comparison between ever users and never users (HR 1.29; 0.70-2.38)[105]. Risks were particularly elevated for non-serous ovarian cancer among frequent users of straighteners, relaxers or pressing products (HR 4.35; 1.10-17.2), though risks of certain histologic types such as serous ovarian cancer were not significantly elevated. No significant risks for ovarian cancer were observed in users of any other cosmetic product reported[105].

*Other Cancers*

The relationship between chemical hair straightener use and the risks of other cancers has been further explored in additional studies from both the Sister Study and other prospective cohorts. In the most recent publication from the Sister Study, Bailey et al. evaluated non-

reproductive cancer risks among 46,287 women over a median follow-up of 13.1 years[109]. Exposure assessment was performed as described above. This study found that users of hair straighteners/chemical relaxers had significantly increased risks of thyroid cancer (HR 1.71; 1.01-2.89) and pancreatic cancer (HR 2.66; 1.25-5.66) as well as elevated risks of non-Hodgkin's lymphoma (HR 1.62; 0.94-2.80)[109]. The authors cautioned that the inclusion of "pressing products" in the study question may have created the potential for exposure misclassification, as participants may have interpreted this as using a flat iron, but that such misclassification "would likely bias our effect estimates toward the null" if such misclassification did occur[109]. The same would be true for both the Chang 2022 and White 2021 studies, which were generated from the same cohort and exposure questionnaire.

Several studies have also analyzed the potential relationship between chemical hair straightener use and breast cancer, and have reported somewhat mixed results. For example, a prospective cohort study from the Sister Study cohort, use of chemical straighteners was associated with a borderline significant risk of breast cancer (HR 1.18; 0.99-1.41), and a statistically significant dose-response was observed with increasing use of chemical straighteners and increasing risks of breast cancer (Ptrend=0.02)[110]. Significant risks of breast cancer were also observed in frequent users of chemical straighteners (HR 1.31; 1.05-1.63)[110]. Similarly, another prospective study from that cohort found that frequent adolescent users of straighteners/relaxers had significantly increased risks of premenopausal breast cancer (HR 2.11; 1.26-3.55) but not postmenopausal breast cancer (HR 0.99; 0.76-1.30)[111]. A statistically significant dose-response was observed among the premenopausal breast cancer group, with risks increasing with more frequent straightener/relaxer use in adolescence (Ptrend=0.004)[111]. An analysis from the Black Women's Health Study found that heavy users of hair relaxers had borderline significant risks of breast cancer (HR 1.13; 0.96-1.33) compared to never/light users[112]. However a prior study from the same cohort did not observe significant risks[113]. In a case-control study from the Women's Circle of Health cohort, an association between chemical straightener/relaxer use was observed among European American women (HR 1.74; 1.11-2.74) but not African American women (HR 0.99; 0.79-1.26)[114]. A case-control study from Ghana also found that users of hair relaxers had significantly higher odds of breast cancer (HR 1.15-2.18) than non-users. [115]

*Non-Cancer Endpoints*

Frequent users of hair relaxers had significantly increased risks of uterine leiomyomata (IRR 1.15; 1.01-1.31) in the Black Women's Health Study[116]. In that study, risks for less frequent users were elevated but did not reach significance, though significant dose-responses were observed for both frequency of use (Ptrend<0.001) duration of use (Ptrend=0.015) and number of burns (Ptrend<0.001)[116]. Similarly, in the Sister Study, users of chemical hair straighteners had non-significant elevations in risks of uterine fibroids (OR 1.15; 0.96-1.36)[117]. In a cross-sectional study evaluating urinary biomarkers of endocrine disrupting chemicals in 425 young black women in the Detroit area, women who had used chemical relaxers within the past year had higher concentrations of 2,5-dichlorophenol, MBzP, and ethyl paraben when compared to non-users[118]

Black women as well as children use hair products which contain various chemicals characterized by endocrine disruption and inflammatory diseases such as asthma[106]. The prevalence of parabens is consistent with higher levels of these compounds in biomonitoring

samples of women who used hair relaxers [106]. Hair relaxers and scalp burns increase estrogens (estriol/estradiol) in the blood circulation[107]

*Summary of the Human Evidence*

Evidence from two large and rigorously conducted prospective cohort studies indicates that frequent use of chemical hair straighteners significantly increases the risk of uterine cancer. The study designs in these studies are robust, and include adjustments for a number of potential confounders. While each study has limitations, such as the lack of a true non-exposed group in Bertrand et al 2023[104] and the potential for some exposure misclassification in Chang et al 2022[103], these would tend to bias results towards the null and underestimate risks. These factors, along with the consistency in risks between these two study populations strongly suggests that the observed associations are causal in nature.

While the human evidence for ovarian cancer risks is more limited than for uterine cancer, the White et al 2021 study[105], which shares a similar study design of Chang et al 2022[103], provides strong evidence of a causal relationship between the use of chemical hair straighteners and ovarian cancer. Because I was asked to focus my analysis on uterine and ovarian cancers, I did not perform a full causal assessment regarding other endpoints. However, the fact that several human studies have observed relationships between chemical hair relaxer use and several endpoints that may share biological mechanisms with uterine and ovarian cancer provides additional suggestive evidence that true causal relationships were observed in the uterine and ovarian cancer studies.

### b. Non-Human Studies on Chemical Hair Relaxer Exposures

L'Oreal Institute for Ethnic Hair and Skin Research conducted a study to evaluate the expression of pro-inflammatory molecules induced by a lye-based relaxer and a no-lye based relaxer[108]. Investigators applied a lye-based relaxer and a no-lye based relaxer to a skin model for 15 minutes and then washed the tissue three times[108]. Both the lye and the no-lye relaxers significantly increased prostaglandin $E_2$ ($PGE_2$) expression compared to control, with the lye relaxer inducing significantly more $PGE_2$ than the no-lye relaxer throughout the 48-hour observation period[108]. The lye relaxer induced over 350% more $PGE_2$ expression than the untreated control, whereas the no-lye relaxer induced a 200% increase in $PGE_2$ in the early phase (4 h) postexposure epidermal response[108]. $PGE_2$ levels induced by both relaxers were increased at the last observation, and remained significantly elevated at the end of follow-up[108]. Similarly, expression of the potent pro-inflammatory cytokine interleukin (IL)-1α was significantly elevated throughout the 48-hour observation period, with significantly higher levels observed in the no-lye relaxer compared to the lye relaxer[108]. Both relaxers induced IL-1ra throughout the observation period[108].

The fact that chemical hair relaxers can stimulate $PGE_2$ has important implications for how they can cause ovarian and uterine cancer. **$PGE_2$ can initiate and stimulate tumor growth**, metastasis, and tumor recurrence. **$PGE_2$ is a potent lipid mediator that promotes tumor-initiating cells (TICs),** also called cancer stem cells[119-122]. $PGE_2$ can stimulate cancer growth via the tumor microenvironment (key characteristics such as DNA methylation (KC #4), chronic inflammation (KC #6), immunosuppression (KC #7), and angiogenesis/nutrient supply (KC #10)[123]). Blocking $PGE_2$ prevents tumor initiation[121,124].

### c. Chemical Hair Relaxers Induce Tissue Damage

Chemical Hair relaxers are corrosive to the skin[125], as they utilize a harsh high pH alkaline to break disulfide bonds in the hair. This same action causes scalp inflammation, tissue damage, burns, damaged hair cuticles, scalp irritation, hair loss due to breakage, atrophy, and eczema[126-129]. Long exposures to hair relaxers are associated with increased hair damage[130]. While a healthy human scalp exhibits a pH of 5.4 to 5.9, an alkaline pH increases tissue damage/breakage and can harm hair health by altering its composition[131]. Hair relaxer chemicals are absorbed through the skin[132]. Recent animal studies with hair relaxers demonstrated induction of hair damage, severe degeneration of the hair shaft, and corrosive damage to skin[133]. Histopathological analysis revealed cuticular damage, epidermal necrosis (KC #10), follicular atrophy and disruption of collagen matrix, all of which worsened with prolonged treatment. The authors concluded, "***These findings highlight the potential for chronic tissue injury with repeated exposures.*** *While the study did not directly assess tissue recovery over time, the extensive histopathological damage observed highlights the need for minimizing frequent use and developing safer alternatives to protect scalp and hair health…These findings underline the cytotoxic potential of chemical hair straighteners and risks related to* ***systemic absorption of their chemical ingredients***."

Thus, chemical hair relaxers are corrosive to the scalp and **lead to tissue wounding[125]. Repeated tissue wounding can lead to tumor progression in various cancer models[134]. Antonio et al 2015 published a high-impact journal article entitled "*The wound inflammatory response exacerbates growth of pre-neoplastic cells and progression to cancer*[134]."** "Corrosive" refers to chemical hair relaxer activity damaging the local hair scalp microenvironment through chemical reactions including oxygen. These caustic hair relaxer chemicals can induce burns, from minor first-degree burns to severe second- and third-degree burns that may blister and bleed. There is burning and pain, and the skin becomes reddened, a sign of inflammation (KC #6). Thus, chemical hair relaxers trigger molecules which stimulate local tissue damage and wounding. **Importantly, wounding is a strong risk factor for cancer progression[134-136]** (See **Figure 1).** Wounding stimulates cancer by creating a tumor-promoting inflammatory microenvironment that enhances the proliferation of pre-neoplastic cells. This process is driven by growth factors and cytokines released during the wound healing response, which can recruit immune cells and stem cells to the site and promote cell division.




**Figure 1. Hair Relaxers induce tissue damage and wounding, which is a strong risk factor for cancer progression. (adapted from Tang et al Journal of Clinical Medicine 2020).**

The "cardinal" clinical signs of chemical hair relaxer-induced inflammation in the scalp include visible signs of inflammation such as redness, heat, burning, swelling, pain, erythematous, desquamation, irritation, itching, scaling, hair loss and loss of function[126]. Hair relaxers can induce histopathology signs of inflammation in the scalp such as **perifollicular inflammation** (inflammation around hair follicles), **fibrosis** (scarring), and **destructive changes to the hair follicle**. Histopathology refers to the microscopic study of tissues and/or cells of organs. Histopathology studies are utilized to understand how carcinogens from hair relaxers may cause ovarian and uterine cancer via the key characteristics of carcinogens.

Common signs of inflammation include a **lymphocytic infiltrate, neutrophils,** and changes to the hair follicles such as miniaturization, decreased terminal hairs, or complete destruction leading to scarring. Lymphocytes are a type of white blood cell that are critical for the immune system, helping to protect the body from diseases such as cancer cells.

In normal scalp, levels of IL-1ra are 10–15 times higher than IL-1 α, which suggests that the baseline condition of the scalp may be anti-inflammatory[130]. The scalp expresses inflammatory cytokines interleukin-1alpha (IL-1α) and IL-1 receptor antagonist (IL-ra) at baseline prior to hair relaxer exposure. Thus, at baseline there is "*site-specific scalp predisposition to inflammation*" in healthy women[130]. As shown by Tackey et al 2013, the hair relaxers can trigger chronic inflammation by stimulating the baseline pro-inflammatory cytokines such as IL-1α[108]. Hair relaxers induce inflammation via "fragile damaged hair" and a reduction in amino acids (e.g. citrulline and glutamine)[127]. At the local hair scalp tissue microenvironment, hair relaxers induce oxidative stress (KC #5), chronic inflammation (KC #6), and angiogenesis (KC #10). Oxidative stress induces tissue damage in hair cells via ROS (KC #5) and cell death (KC #10)[137,138].

In healthy people, oxidative stress is tightly balanced as reactive oxygen species (ROS) drive hair follicle cycle progression by controlling DNA damage and repair via apoptosis and

inflammation[139]. Wounding at the scalp can induce damage at the skin which up-regulates pro-inflammatory lipid enzymes including cyclooxygenase-2 (COX-2), and stimulates pro-inflammatory lipid mediators such as $PGE_2$ which stimulates pro-inflammatory cytokines[140]. Both lye and non-lye hair relaxers can burn the scalp, which provides an entry point for the toxic hair relaxer chemicals to spread throughout the body via the blood and lymphatic circulation.

Several tissues are characterized by quickly dividing tissues such as the skin, gut and hematopoietic (blood) system, whereas in most tissues such as in the hair, the stem cells are quiet (inactive) unless stimulated by tissue damage or inflammation[141]. In this context, hair relaxers stimulate the lipid mediator $PGE_2$, which stimulates stem cells[108]. Genotoxic agents can promote pre-cancerous changes such as hyperplasia via DNA damage in the local hair microenvironment[142]. These can then be circulated via the bloodstream and reach target tissues such as the uterus and ovary.

The expression of keratins including KRT32, KRT33A, KRT34, KRT35, KRT39 and KRT82, and fatty acid binding protein (FABP4) increase with an alkaline pH[131]. Keratins (e.g. *KRT8*, *KRT19*, *KRT23* and *KRT80)* are up-regulated in ovarian cancer.[143] FABP4 is a critical factor that drives aggressive ovarian cancer metastasis and results in poor survival[144]. An inhibitor of FABP4 blocked ovarian cancer growth in a mouse orthotopic model (in which ovarian cancer grows in the ovary)[145].

## X. Uterine Cancers Involve Several Key Characteristics of Carcinogens

The mechanism(s) of initiation and progression of uterine cancer overlaps with eight key characteristics of carcinogens (KCs). These include KC #2 (is genotoxic), KC #3 (impaired DNA repair mechanisms/genomic instability), KC #4 (induce epigenetic alterations), KC #5 (induce oxidative stress), KC #6 (induce chronic inflammation), KC #7 (induce immunosuppression), KC #8 (receptor-mediated effect) and KC #10 (alter cell proliferation, cell death, or nutrient supply).

*Key characteristic #2- is genotoxic*

Approximately 90% of uterine cases consist of endometrial cancer. Recent studies show that endometrial cancer is driven by an excessive amount of genetic damage (e,g, DNA and chromosomal damage) [146]. This genetic damage reflects genotoxic activity which can be measured in the blood or tissue (e.g. tumor or non-tumor tissue). Endometrial cancer is characterized by genotoxicity markers such as micronucleus (MN)[147]. MN results from chromosomal instability and is used as a biomarker of chromosomal damage and a risk factor for cancer progression[147]. The amount of micronucleus is significantly higher in cervical smears from endometrial cancer patients which can be utilized to help diagnose this cancer type[147]. Studies have shown consistently highest micronucleus scores in cancer patients with endometrial cancer[147].

The peripheral blood lymphocytes of endometrial cancer patients exhibit chromosomal instability and are sensitive to mutagenic chemicals[148]. A single dose of a genotoxic carcinogen nitrosamine (N-ethyl-N-nitrosourea (ENU)) can induce uterine tumors in animals[149]. The combination of estrogen and nitrosamine further cause uterine tumors in animals. Estrogens act as a tumor promoter to induce uterine cancer via genotoxic mechanisms[150]. Estrogens induce

genotoxic activity via direct DNA damage (e.g. chromosomal aberrations, DNA adducts, and gene mutations) and indirect DNA damage[151]. Numerous chemicals in hair relaxers also trigger the induction of chromosomal instability, micronuclei, chromosomal aberrations, DNA adducts, gene mutations, and indirect DNA damage.

*Key characteristic #3- impaired DNA repair*

Endometrial cancer is characterized by increased genomic instability (KC #4), DNA damage (KC #2) and defective DNA repair (KC #3) in the peripheral blood lymphocytes[152]. DNA mismatch repair (MMR) gene mutations drive endometrial cancer in a subset of patients with a higher recurrence rate[153,154]. Loss of DNA mismatch repair proteins/high-level microsatellite instability (dMMR/MSI-H) is characteristic of and a prognostic factor in endometrial cancer[155,156]. DNA repair mismatch deficiency accelerates endometrial tumor growth in mice[157]. Screening for MMR-deficiency in all endometrial cancers, independent of age, has become the standard at many major medical centers.

Uterine fibroid tumors express defects in double-stranded DNA repair and increased DNA damage leading to mutations[158]. EDC exposure alters DNA repair in myometrial stem cells, thereby increasing the incidence of uterine fibroids[159].

*Key characteristic #4- induces epigenetic alterations*

Uterine cancers including sarcomas are stimulated by epigenetic alterations such as DNA methylation and chromatin remodeling[160]. More than 80% of endometrial cancers are initiated by recurrent epigenetic reprogramming that turns off tumor suppressor genes[161]. Endometrial cancer exhibits increased epigenetic changes such as DNA hypermethylation of various genes[162-164]. In contrast, no DNA hypermethylation was found in normal endometrial cells[162]. DNA hypermethylation in endometrial cancer was associated with decreased PD-L1 and CTLA4 expression in an immunosuppressive environment (KC#7) with suboptimal response to immunotherapy[165,166].

Epigenetic changes in endometrial cancer also include chromatin modification which can increase or decrease gene expression[167]. These changes include DNA methylation, histone changes, or chromatin remodeling which can initiate or stimulate endometrial cancer progression. Abnormal DNA methylation is associated with microsatellite instability in a subset of endometrial cancer patients[167]. Defective DNA mismatch repair leads to genomic instability that initiates or stimulates endometrial cancer[167]. Hypermethylation via epigenetic alterations may be a biomarker for the early detection of endometrial cancer and predict the efficacy of treatment[168].

*Key characteristic #5- induces oxidative stress*

Endometrial cancer is characterized by oxidative stress[169]. In endometrial cancer, potent pro-inflammatory and pro-cancer molecules called ROS mediate oxidative stress and induce DNA damage[170]. Experimental studies show that increasing oxidative stress stimulates uterine cancer, while blocking oxidative stress reduces the growth of uterine cancer. Thus, regulation of oxidative stress can control uterine cancer[171].

Total oxidant status (TOS) and prolidase, an enzyme that breaks down collagen, are used to measure oxidative stress[172]. Oxidative stress typically increases the activity of prolidase. Endometrial cancer patients exhibit significantly higher amounts of prolidase in the blood and TOS compared to control patients[172]. Increased prolidase may be associated with local invasion of endometrial cancer.

Endometrial cancer also exhibits an increase in bioactive lipids called sphingolipids compared the normal endometrial tissue[173]. Total antioxidant capacity (TAC) is a readout of the body's natural defense mechanisms to block oxidative stress to protect from inflammatory diseases such as cancer. Increased sphingolipids resulted in an increased TOS and decreased TAC in endometrial cancer patients compared to healthy women[173].

Since endometrial cancers have inherent potent oxidative stress properties, they are routinely used by research laboratories as a positive control to study the potential anti-oxidative stress properties of drugs[174]. For example, the drugs selenium and quercetin reduced malondialdehyde (MDA) levels via synergistic anti-oxidative stress activity in endometrial adenocarcinoma cells[175]. MDA is produced after lipid peroxidation in which the ROS molecules cause oxidative stress and damage to cell membranes. MDA is a marker of oxidative stress, which results from excess ROS production to overcome the body's ability to block their harmful effects[175].

Oxidative stress-related biomarkers are also expressed in uterine fibroids[176]. Increased estrogen is viewed as a main driver of the growth of fibroids[177]. Uterine fibroids (myoma) exhibit a higher level of a standard oxidative stress biomarker, 8-hydroxy-2'-deoxyguanosine (8-OH-dG), than their respective control tumor-free tissues[178]. The oxidative stress biomarker, 8-OH-dG, correlates with the size of the tumor and is produced by estrogen. This oxidative stress biomarker may lead to the formation of fibroids and malignant transformation of the myoma cells.

*Key characteristic #6- induces chronic inflammation*

Several studies support that chronic inflammation can trigger endometrial cancer[179]. To quote, "*Many researchers hold a view that inflammation underlies the initiation and progression of endometrial cancer*[180]."

The pro-inflammatory cytokines TNF-α, IL-1β, IL-6 and CSF-1 are significantly increased in uterine endometrial cancer tissue vs. normal endometrial tissue[181]. CSF-1 can stimulate endometrial cancer progression by stimulating the macrophage migration[181]. Blocking CSF-1 can suppress the growth of experimental endometrial cancer by inhibiting inflammation[181].

The lipid mediator prostaglandin E2 ($PGE_2$) polarizes M2 macrophages to activated pro-inflammatory M1 macrophages[182], which can stimulate chronic inflammation. Chemicals in the hair relaxers can release $PGE_2$, which can initiate and stimulate cancer via pro-tumorigenic and pro-inflammatory molecules called cytokines. Malignant endometrial epithelial cells secrete $PGE_2$ that stimulates endometrial tumor growth[183]. $PGE_2$ also triggers cancer stem cells to stimulate tumor growth[121,184].

To quote, "*Elevated levels of prostaglandin E2 may underlie the transformation of normal endometrium to neoplastic tissue*.[185]" $PGE_2$ can induce DNA damage and cell proliferation, "*thus initiating and promoting neoplastic transformation*"[180].

"*Significantly elevated levels of $PGE_2$ in malignant endometrial epithelial cells were observed by Tamura et al, and according to Sales and Jabbour, increased levels of $PGE_2$ may account for the transformation of normal endometrium into neoplastic tissue, by stimulating the production of cytokines (including IL-6) and growth factors that are necessary for cancer development*[180].

A risk factor for endometrial cancer is persistent estrogen which increases the exposure of the endometrium to chronic inflammation[185]. Estrogen can stimulate proliferation via pro-inflammatory cytokines such as TNF-alpha or growth factors[186]. Chronic inflammation can also increase estrogen production and lead to genotoxic and mutagenic activity to initiate cancer. Infiltrating macrophages induce estrogen receptor-alpha expression via an IL-17A-mediated epigenetic mechanism to make endometrial cells sensitive to estrogen[187]. In endometrial cancer samples vs. precancerous lesions, macrophages infiltration correlates with endometrial cancer progression[187].

80% of Type 2 endometrial cancers exhibit TP53 mutation and CDH1 inactivation. Loss of *Cdh1* and *Trp53* in the uterus induces chronic inflammation, cell proliferation (KC#10), and angiogenesis (KC#10) in the tumor microenvironment[188]. The chronic inflammation stimulates endometrial cancer growth via NF-kB signaling, which is a critical pro-inflammatory signaling factor[188].

Biomarkers including adipose tissue-derived pro-inflammatory cytokines and transcription factors can contribute to the pathogenesis of endometrial cancer[189]. These factors include tumor necrosis factor-α, interleukin-6, interleukin-1 receptor antagonist, nuclear factor-kB, leptin, adiponectin and C- Reactive Protein[189]. The pro-inflammatory cytokine IL-17A is up-regulated in endometrial carcinoma tissues compared to endometrial hyperplastic tissues[179]. IL-17A treatment of endometrial cancer cells stimulated their proliferation and migration via estrogen receptor proteins. IL-17 also contributes to tumor angiogenesis (KC #10)[179].

Infiltrating estrogen receptor alpha macrophages expressed by macrophages in endometrial cancer tissue initiate chronic inflammation[190]. These macrophages "act as drivers of endometrial cancer" by stimulating epithelial-mesenchymal-transition (EMT)[190]. This is highly relevant to this case, as the EDCs in the chemical hair relaxers stimulate estrogen production that can lead to uterine and ovarian cancers.

A case-control European study in cancer and nutrition (EPIC) studied the role of pro-inflammatory cytokine TNF-α and its soluble receptors (sTNFR1 and sTNFR2) in endometrial cancer. An increased level of TNF-α and its receptors was associated with a higher risk of endometrial cancer[191]. Epidemiology case-control studies in Canada also showed support for an association between C-reactive protein and the risk of endometrial cancer[192].

*Key characteristic #7- induces immunosuppression*

Uterine cancer is characterized by an immunosuppressive tumor environment including cytokines, extracellular vesicles, and checkpoint blockade pathways[193-195]. These pathways suppress natural tumor immunity which normally acts to protect the body from cancer. In endometrial cancer, ROS activates the NF-κB signaling factor, inducing the potent molecule CCL2 to recruit macrophages into the tumor microenvironment[196].

Low levels of cytotoxic CD8 T lymphocytes and CD3 T-lymphocytes and abundant myeloid-derived suppressor cells (MDSCs) correlated with poor prognosis in both early stage and late stage uterine/endometrial cancer[197-199].

DNA methylation (KC #4) mediates an immunosuppressive tumor microenvironment in metastatic endometrial clear cell carcinoma[200]. In aggressive types of endometrial cancer, there is host-protective tumor-infiltrating lymphocytes (TILs). Thus, the epigenetic (KC #4)-immune cell (KC #7) pathways are important to promoting the spread of endometrial cancer (metastasis)[200].

*Key characteristic #8- receptor-mediated effects*

Estrogen can fuel the growth of uterine and ovarian cancers. Therefore, chemicals that bind receptors that control estrogen levels in the body, also known as endocrine-disruptors, can affect the initiation and growth of these cancers. Estrogen acts through the estrogen receptor, a protein on the surface of cells in the ovaries, breasts and other cells in the body. At least 60 percent of ovarian cancers express the estrogen receptor.

Exposure to estrogens is considered as a strong risk factor, i.e., the more estrogen, the higher the overall risk of cancers[82]. Ovarian cancer and endometrial (e.g. uterine) cancer are dependent on estrogen to grow and spread. EDCs target the uterine and ovarian tissues and can increase the risks of these cancers[201]. Anti-cancer treatments can stop the body from making estrogen or prevent hormone receptors from binding to estrogen.

Numerous chemicals that have been present in chemical hair relaxers trigger receptor mediated responses through endocrine disruption, and there is evidence showing that chemical hair relaxers themselves can trigger receptor mediated changes to circulating estrogen levels.

*Key characteristic #10- alters cell proliferation, cell death, or nutrient supply*

Nutrient supply stimulates the growth of endometrial cancer[202,203]. The more advanced the endometrial cancer the more angiogenesis is observed in the tumor[204]. The more angiogenesis (e.g. as measured by microvessel density or CD105), the worse the overall survival and progression-free survival[205-209]. Blood flow is correlated with surgical/tumor stage, muscle invasion, and metastasis of lymph nodes in endometrial carcinoma patients[210]. Tumor-associated macrophages stimulate endometrial tumor growth via tumor angiogenesis[211,212].

Vascular endothelial growth factor (VEGF) stimulates angiogenesis and endometrial tumor growth. Increased expression of VEGF and its receptor (flt-1/KDR), as well as high microvessel

density (marker of tumor blood vessels) and FOXP3(+) Tregs indicate poor prognosis in endometrial cancer[213]. Overexpression of the lipid enzyme COX-2 and the pro-cancer PI3K/AKT/mTOR pathway stimulate angiogenesis and endometrial cancer growth[202,214].

Endometrial cancer patients express higher amounts of the pro-angiogenic molecule osteopontin. Inhibition of angiogenesis is a therapeutic approach to slow down the growth of endometrial cancer[215-219]. Blocking osteopontin in endometrial cancer cells inhibited angiogenesis *in vitro* (e.g. endothelial cell migration) and *in vivo* (microvessel density) which suppressed endometrial tumor growth in mice[220]. Drugs that inhibit angiogenesis such as Avastin are in clinical development for the treatment of endometrial cancer[221].

Dysregulation of apoptosis (programmed cell death) can initiate and stimulate endometrial cancer progression. Endometrial cancer patients with a high cell death have a poor prognosis[222]. Estrogen can prevent apoptotic cell death induced by oxidative stress (KC #5) in endometrial cancer cells[223].

Regulation of cellular proliferation and apoptosis, including apoptotic proteins such as bcl2, is characteristic of endometrial cancer[224-226]. Chronic proliferative stimulus that occurs in the uterus due to the estrogen agonist properties of tumor-associated macrophages (TAMs) may induce chronic cell proliferation in endometrial cells[227]. Blocking the colony-stimulating factor (CSF)-1 receptor inhibits TAMs and endometrial cancer cell proliferation[228].

## XI. Ovarian Cancers Involve Several Key Characteristics Of Carcinogens

The mechanism(s) of initiation and progression of ovarian cancer overlaps with eight key characteristics of carcinogens (KCs). These include KC #2 (is genotoxic), KC #3 (impaired DNA repair mechanisms/genomic instability), KC #4 (induces epigenetic alterations), KC #5 (induces oxidative stress), KC #6 (induces chronic inflammation), KC #7 (induces immunosuppression), KC #8 (receptor-mediated effects) and KC #10 (alters cell proliferation, cell death, or nutrient supply).

*Key characteristic #2- is genotoxic*

Increased DNA damage contributes to the initiation and promotion of ovarian cancer[229]. Ovarian cancer cells form micronuclei when exposed to genotoxic agents[230], leading to unstable genes. High levels of the mutagenic 8-oxo-guanine adducts, DNA fragments, and apoptotic cell death lead to ovarian cancer via genotoxic activity[231].

High levels of estrogen in the ovarian stroma or follicular fluid are genotoxic and mitogenic to ovarian surface epithelium cells[232]. A defect in the host protective process called homologous recombination can lead to estrogen-induced genotoxicity and genomic instability of ovarian and fallopian cells[233]. Thus, increased exposure to estrogen is a strong risk factor for ovarian cancer[234]. Scientific evidence shows that estrogen production via estrogen-DNA adducts is not controlled in ovarian cancer[234]. Women with ovarian cancer exhibit high levels of estrogen-DNA adducts[235]. Elevated levels of chromosomal aberrations in ovarian cancer are associated with poor clinical outcomes[236]. Reduced survival in ovarian cancer patients was related to an elevated chromosomal index (CDI)[236]. Researchers have concluded that "*DNA damage detected as estrogen-DNA adducts*

*is a causal factor in the etiology of ovarian cancer*[234]." Estrogen can induce the transformation of a normal ovarian cell to a cancerous ovarian cell. Thus, "estrogens are implicated as causative factors of ovarian carcinogensis[232]." The mitogenic effects of estrogen can occur through the pro-inflammatory IL6-STAT3 pathway (KC #6)[232]. The increased estrogen activity from the chemicals released from the hair relaxers may initiate and stimulate ovarian cancer growth.

Genotoxic stress activity accounts for a high incidence of ovarian cancers[237]. Genotoxic damage can interact with repeated chronic inflammation to lead to ovarian cancer[238]. Mutagenic events such as single strand annealing, which leads to a permanent deletion, is detectable in blood-derived cells from women with a family history of ovarian cancer[239]. The oncogene c-myc can stimulate ovarian cancer progression[240].

Various carcinogens can cause ovarian cancer via genotoxic activity. For example, pesticides induce DNA damage, inflammation (KC #6), and oxidative stress (KC #5) in human epithelial ovarian cells to cause transformation to cancer cells[241]. The elevated levels of DNA damage and ROS stimulate pro-inflammatory cytokines, transcription factors, and lipid enzymes such as TNF-alpha, Il-1beta, NF-kB, and COX-expression. These molecules induce a tumor-promoting microenvironment that interacts with DNA damage to initiate ovarian cancer[241]. Similar mechanisms can be triggered by several chemicals present in chemical hair relaxers.

*Key characteristic #3- impaired DNA repair*

Impaired DNA repair pathways are characteristic of ovarian cancer[242,243]. Lack of properly functioning DNA repair pathways leading to increased DNA lesions can stimulate ovarian cancer growth[244]. For example, there are reduced levels of the DNA damage response factors RNF8, Ku 70, and FEN 1 in human ovarian cancer tissue[244].

Ovarian cancer is characterized by inactivation of genes associated with DNA repair of tissue damage, leading to genomic/chromosomal instability[245]. Ovarian cancer including the Lynch syndrome in high-risk women is also characterized by tumor mismatch repair deficiency[246].

To quote, "*A defective DNA-damage response (DDR) is a defining hallmark of high grade serous ovarian cancer"*[247]. A potential therapy for ovarian cancer is PARP inhibitors (e.g. Olaparib) which activate DNA repair proteins. Targeting DNA damage repair, immune cells (KC#6 and 7), and DNA damage (KC#2) is a therapeutic approach to ovarian cancer[248].

Increased levels of double-strand DNA break repair proteins protect from genotoxic activity in ovarian cancer cells[249]. This can maintain genomic stability to prevent ovarian cancer progression caused by genotoxic-induced cell death[249]. Carcinogens can disrupt DNA damage repair which can lead to ovarian cancer progression.

The loss of the protein called WRAP53Beta significantly impairs the repair of DNA double-strand breaks[250]. This leads to accumulation of DNA damage. The lowered levels of WRAP53Beta is associated with more aggressive ovarian cancer growth and reduced survival[250]. Higher levels of another molecule called laminin in human ovarian cancer cells (called NIH-

OVCAR3) disrupts the DNA repair abilities of normal ovarian epithelial cells[251]. Higher levels of laminin A can lead to metastasis of ovarian cancer as well as resistance to chemotherapy.

*Key characteristic #4- induces epigenetic alterations*

Epigenetic changes play an important role in the initiation and growth of ovarian cancer[252,253]. Human ovarian cancer is characterized by epigenetic alterations such as DNA methylation and histone modifications[54,55]. DNA methylation alterations are associated with tumor initiation, resistance to cancer chemotherapy, cancer stem cell survival, increased tumor metastasis, and the poor prognosis of high grade serous ovarian cancer[55,252,254,255]. DNA methylation alterations in ovarian cancer include the estrogen receptor pathways[256].

There is a strong link between DNA methylation and epidermal growth factor stimulation in ovarian cancer cells[257]. In a retrospective study of over 100 patients with ovarian cancer, tumor samples found to exhibit DNA hypermethylation were associated with aggressive pro-cancer pathways such as PI3K-AKT, RAS, MAPK, and WNT[258]. DNA methyltransferases (DNMTs) and histone deacetylases (HDACs) are important to the process of DNA methylation. Three DNMTs, DNMT1, DNMT3A, and DNMT3B, are increased in aggressive epithelial ovarian cancer[259]. DNA methylation and other epigenetic changes can lead to poor prognosis and resistance to chemotherapy[258]. Targeting epigenetic alterations with demethylating agents for anti-DNA methylation is a viable treatment approach to ovarian cancer[258].

DNA methylation changes can lead to further pro-cancer processes such as epithelial-mesenchymal transition, ovarian cancer cell migration, and ovarian cancer cell invasion[54]. To quote the authors, "These findings are congruent with other studies linking epigenetic abnormalities including DNA methylation with chronic DNA damage, tumor initiation and progression to platinum-resistance."[54] Thus, epigenetic alterations can lead to initiation and progression of ovarian cancer[54].

Aged and BRCA-mutated stromal cells transform normal epithelial cells to cancerous ovarian cancer cells via epigenetic alterations of mesenchymal stem cells[260]. These mesenchymal stem cells induce DNA damage. Thus, epigenetic alterations lead to the initiation of ovarian cancer via critical changes in the stromal tumor microenvironment.

DNA methylation of HOXA11 and NOTCH family is associated with worse outcome in ovarian cancer[253,261]. Epigenetic regulation of IQGAP2 DNA methylation stimulates ovarian cancer progression via a pro-cancerous pathway called Wnt/beta-catenin signaling[262]. Paired homeodomain transcription factor-2 (PITX2) can cause epigenetic alterations resulting in increased cancer cell proliferation (KC #10) and increases ovarian tumor growth in mice[263]. The oncogene RAD21 also undergoes epigenetic alterations to overcome anti-tumor immunity via an immunosuppressive environment (KC #7) to stimulate ovarian cancer[264].

Epigenetic biomarkers are being developed in the clinic to predict which ovarian cancer patients may become resistance to chemotherapy[252,265]. Importantly, blood cell-free DNA methylation tests have strong diagnostic accuracy (e.g. over 80%) in ovarian cancer patients[266].

This would allow for the potential early diagnosis of ovarian cancer. Thus, targeting epigenetic alterations is a treatment strategy in ovarian cancer.

*Key characteristic #5- induces oxidative stress*

Oxidative stress initiates and promotes ovarian cancer progression[267,268]. The induction of genomic instability is a key driving force of oxidative stress[269]. Increased DNA damage (KC #2) and impaired DNA repair (KC #3) induce oxidate stress resulting in genetic changes in fallopian tubal epithelium that can cause ovarian cancer[269].

Oxidative stress and chronic inflammation (KC #6) act in concert with DNA damage to initiate and promote ovarian cancer[267]. Ovarian cancer patients exhibit increased total oxidative stress (TOS) and DNA damage related to causation of ovarian cancer associated with higher ovarian cancer biomarkers (e.g. CA125) and increased inflammation (as reflected by increased C-reactive protein) compared to control patients[267].

To quote, the "*oxidative stress marker in DNA, 8-OHdG, is a powerful prognostic factor in ovarian carcinoma…The strong association between 8-OHdG and poor patient survival, together with correlations between a higher stage and grade, imply the important role of oxidative stress in ovarian cancer carcinogenesis and tumor behavior*[270]".

Ovarian tumors trigger production of oxidative stress molecules such as ROS[271]. Oxidative stress induces the polarization of normal surface ovarian epithelial cells to ovarian cancer cells via the upregulation of AKT, DNA damage, cell-cell interactions between stromal and epithelial cells[272,273]. Oxidative stress and angiogenesis can predict overall survival, immune response, and progression free survival in ovarian cancer[274,275].

*Key characteristic #6- induces chronic inflammation*

Chronic inflammation is a critical mechanism of how carcinogens can initiate and stimulate ovarian cancer progression alone and in concert with other KCs such as genotoxicity, oxidative stress, immunosuppression, proliferations, apoptosis, and angiogenesis.

We and others have demonstrated that precancerous lesions can be stimulated by tumor dormancy escape by cytotoxic (cell-killing) stressors such tumor-promoting inflammation, angiogenesis (KC #10), and apoptosis (KC #10)[95,276-285]. Recent studies from Prof. Robert Weinberg's laboratory at MIT demonstrated that inflammation awakens dormant cancer cells by stimulating a pro-cancer process called epithelial-mesenchymal transition[286]. My laboratory and others have shown that growth factors and lipid mediators released by the tumor microenvironment via cytotoxic agents such as carcinogens, chemotherapy, surgery, and radiation, can stimulate the dormancy escape[95,278,279,286,287].

Chronic inflammation can  also reduce tumor latency[288]. Tumor latency is defined as the time period between a cancer causing exposure (e.g. exposure to the hair relaxer chemicals) and diagnosis of the cancer (e.g. ovarian or uterine cancer). Mechanistic studies have supported that ovarian cancer can originate in the epithelial cells in the fallopian tube[289].

In ovarian cancer patients, a high pre-diagnosis inflammation risk score results in decreased overall survival[290]. Increased inflammation-related exposure was associated with a statistically significant trend 31% increased risk of death between the highest quartile vs the lowest quartile[290]. Several epidemiology studies support the animal and mechanistic studies that chronic inflammation is a key driver of ovarian carcinogenesis. Results from the Ovarian Cancer Cohort Consortium showed a 67% increase in ovarian cancer risk in women with a higher C-reactive protein (CRP)[291-293]. To quote, "*roughly 23% of ovarian cancer cases are attributed to chronic inflammation as indicated by elevated CRP concentrations*[291]."

My laboratory has demonstrated that pro-inflammatory cytokines and lipid mediators can stimulate ovarian tumor growth in murine models[74]. In ovarian cancer, macrophages secrete potent pro-tumorigenic and pro-inflammatory molecules such as TNF-alpha that stimulate ovarian cancer metastasis via activation of the NF-kB pathway[294].

The loss of BRCA1 loss induces inflammation involving type I interferon (IFN) and stimulator of IFN genes (STING)[295]. The STNG can increase the potent pro-angiogenic factors VEGF, which stimulates angiogenesis (KC#10). BRCA1-mutated ($BRCA1^{mut}$) tumors are T cell inflamed at baseline[295].

*Key characteristic #7- induces immunosuppression*

Ovarian cancer is characterized by an intensive immunosuppressive tumor microenvironment including T regulatory cells, tumor-associated macrophages and T lymphocyte exhaustion[296-302]. T regulatory cells induce an immunosuppressive ovarian tumor microenvironment via FOXP3[303]. The highly diverse immunosuppressive environment leads to mutations (KC #2) and genomic instability (KC #3)[304]. T lymphocytes are normally protective from cancer but in ovarian cancer these T cells become "exhausted" and do not work as well resulting in ovarian cancer progression[296]. Tumor-associated macrophages in ovarian cancer promote T lymphocyte dysfunction to impair tumor immunity that normally protects the human body from cancer[305].

Myeloid derived suppressor cells (MDSCs) are critical mediators of immunosuppression in ovarian cancer[306]. During ovarian cancer progression, MDSCs increase and block host-protective T cells of the adaptive immune system[306]. TAMs generate TGFBI production which contributes to the immunosuppressive microenvironment[307]. These immunosuppressive M2 TAMs can be targeted to increase phagocytosis to suppress ovarian tumor growth[308]. Other cells in the tumor microenvironment are cancer-associated fibroblasts (CAFs), high grade serous ovarian cancer (HGSOC) patients with a high CAF score had worse outcomes[309]. CAFS also secrete a lipid mediator called prostacyclin which induces the immunosuppressive ovarian tumor microenvironment and spread of metastatic ovarian cancer[310]. Increasing amounts of ascites correlated significantly, with reduced survival and stronger immunosuppression resulting from IL10 and the pro-angiogenic factor VEGF[311].

*Key characteristic #8- receptor mediated effects*

Estrogen can fuel the growth of uterine and ovarian cancers. Therefore, chemicals that interact with receptors that control estrogen levels in the body, also known as endocrine-disruptors, can have effects on the initiation and growth of certain cancers such ovarian cancer and uterine cancer. Estrogen acts through the estrogen receptor, a protein on the surface of cells that binds estrogen in ovarian, breast and other cells in the body. At least 60 percent of ovarian cancers express the estrogen receptor.

Exposure to estrogens is considered as a strong risk factor, i.e., the more estrogen, the higher the overall risk of cancers[82]. Estrogen-dependent cancers, like ovarian cancer and uterine cancer rely on estrogen to grow and spread. Anti-cancer treatments can stop the body from making estrogen or prevent hormone receptors from binding to estrogen. Disruption in estrogen function are associated with various female functions such as ovarian, endometrial, breast or cervical cancer[312]. Any EDC having estrogenic effects can increase risk of these cancers[201]. EDCs target the uterine and ovarian tissues[201].

*Key characteristic #10- alters cell proliferation, cell death, or nutrient supply*

Inflammation in the ovarian microenvironment increases angiogenesis via the pro-angiogenic factor VEGF[295]. The growth of ovarian cancer is dependent on angiogenesis[313]. The ascites in patients with advanced ovarian cancer triggers angiogenesis and is enhanced by infiltrating leukocytes. VEGF and pro-angiogenic cytokine IL-8 concentration were significantly higher in ascites (supernatants) from peritoneal fluid in cancer cells (>45%)[313]. The importance of angiogenesis in ascites is to stimulate endothelial cell proliferation and migration. VEGF significantly increases blood vessel permeability, thus maintaining production of ascites.

Ovarian carcinoma cells also stimulate the production of potent pro-angiogenic factors IL-6, CXCR2, and vasohibin-2[314,315]. CXCR2 stimulates angiogenesis by increasing VEGF and decreasing thrombospondin-1 (TSP-1), which turns off angiogenesis[316]. High expression of CXCR2 in high-grade ovarian carcinomas predicts poor overall survival and early tumor relapse[316]. Inhibition of tumor angiogenesis by neutralizing these pro-angiogenic cytokines/growth factors can suppress ovarian tumor growth[315].

Estrogen stimulates the proliferation, migration, and invasion of ovarian cancer cells[317,318].

Treatment with an EDC mixture as well as individual EDCs significantly increased IGF1 secretion in models of granulosa cell tumor[319]. In a rabbit model, 17beta-estradiol promoted ovarian surface epithelial (OSE) cell proliferation dependent on estrogen receptor alpha expression in epithelial cells[320]. The protein CXXC5 stimulates ovarian cancer proliferation and inflammation (KC #6) via activation of the factors ZNF143 and EGR1[321]. CXXC5 is highly expressed in ovarian cancer and is associated with poor patient prognosis. CXXC5 regulates ovarian cancer cell proliferation, with knockdown decreasing and overexpression increasing cell proliferation[321]. These studies show a role of EDCs exhibiting estrogenic activities to initiate ovarian cancer. These results support previous rodent studies showing an increase in ovarian cancer growth following exposure to EDCs with estrogenic activities.

Apoptotic cell death has a key role in regulating the growth of ovarian cancer[322]. Other forms of non-apoptotic cell death such as necroptosis, immunogenic cell death, autophagy, ferroptosis, and pyroptosis, also modulate ovarian cancer[322]. DNA damage signaling, genomic instability, and apoptosis are activated early in preinvasive tubal lesions in ovarian carcinoma[323]. Serous tubal intraepithelial carcinoma (STIC) is a potential precursor of high grade serous carcinoma (HGSC)[323]. Apoptotic human SKOV3 ovarian cancer cells stimulate macrophages, as well as the proliferation and migration of ovarian cancer cells[324].

## XII. Biological Plausibility—Chemicals in hair relaxers could cause or contribute to uterine or ovarian cancers

In order to further assess the biological plausibility of the findings from the human epidemiological studies relating to hair relaxer use and uterine and ovarian cancers, I reviewed additional literature regarding chemicals present in chemical hair relaxers. This review revealed several biologically plausible mechanisms by which chemical hair relaxer use could cause uterine cancer and ovarian cancer.

Chemical hair relaxers have commonly contained Formaldehyde, primarily through "formaldehyde releasing" preservatives such as DMDM Hydantoin, Diazolidinyl Urea, and Imidazolidynyl Urea[325]; N-Nitrosodiethanolamine (NDELA) and N-Nitrosodimethylamine (NDMA), which is formed as a byproduct of ingredients used in chemical hair relaxers[326]; 1,4-Dioxane and Ethylene Oxide, which are present as contaminants in ethoxylated ingredients such as surfactants[327]; Acrylamide, which is present as a contaminant in polyacrylamides such as polyquaterniums[328]; Parabens, which have been used as preservatives[329]; Phthalates, which are components of fragrance ingredients[330]; Polycyclic Aromatic Hydrocarbons (PAHs), which are contaminants in oil-based ingredients such as mineral oil and petrolatum[331]; arsenic, which is a contaminant in several ingredients[332]; and benzophenones[333].

A further discussion of each of these is provided below, along with a discussion of dermal absorption, and the relevance of mixed exposures.

### A. Dermal Absorption, Generally

Dermal absorption—i.e. absorption of chemicals through the skin—is a well-accepted pathway of chemical exposure[334,335]. When this occurs, chemicals enter the body through the thin epidermis and then into the systemic circulation through blood and lymphatic vessels[334]. The scalp is one of the most absorptive areas in the body, meaning that chemicals that come into contact with the scalp are more likely to enter into the body than chemicals coming into contact with skin in other areas of the body[336].

Chemical scalp burns can lead to oxidative injuries[337]. Oxidative injuries harm the body by extremely reactive molecules called free radicals or reactive oxygen species (ROS)[338,339]. While the initial burn injury or wounding from tissue/cellular damage can act locally, the ROS can damage the body in nearby tissues (e.g. cell membranes, proteins, and DNA) and spread

throughout the body via the blood circulation[340]. The resulting oxidative stress (KC #5) can lead to cancer via chronic inflammation (KC #6) and cell death (KC #10)[63]. This is further exacerbated by the caustic nature of chemical hair relaxers. Chemical hair relaxers operate to straighten hair through their extremely high pH[341]. This high pH also compromises the skin's barrier function, which allows for further absorption of chemicals through the scalp[341]. This high pH can also lead to significant skin damage, irritation, and chemical burns on the scalp[342,343].

In summary, chemical hair relaxer products are used in a highly absorptive part of the body, and impair the body's natural protection against dermal chemical absorption. Therefore, it is highly likely that chemicals in chemical hair relaxer products will be absorbed by the body, enter into systemic circulation, and be transported to organ tissues such as the uterus and ovary.

## B. Formaldehyde

Formaldehyde is in many chemical hair relaxer products through the use of preservatives designed to release formaldehyde to kill microbial species. Formaldehyde is a human toxin and carcinogen. Chronic exposure of formaldehyde correlates with the onset of multiple cancers[344].

**Classifications by Scientific Agencies**

Several scientific agencies have concluded that formaldehyde is an established human carcinogen.

**All Major Public Health Agencies classify formaldehyde as a "human carcinogen"**

Three major public health agencies that study chemical cancer causation (International Agency for Research on Cancer (IARC)/World Health Organization, National Toxicology Program (NTP), and the United States Environmental Protection Agency (EPA)), all have classified formaldehyde as **"carcinogenic to humans"**.

**IARC:** Formaldehyde is classified as ***"carcinogenic to humans" (Group 1)*** based on "*based on sufficient evidence in humans and in experimental animals"*[345].

**NTP in 2021:** NTP classified formaldehyde as a substance "**known to be a human carcinogen**" in its 12th Report on Carcinogens[346]. The NTP's assessment is based on extensive review of human studies, especially those involving occupational exposure to formaldehyde.

**U.S. EPA:** Formaldehyde is classified as a "**carcinogen to humans**" and a "high priority chemical."

**Animal studies:** Multiple studies have demonstrated that formaldehyde induces nasal tumors in different strains of rats[347-352]. Formaldehyde increased the total malignant tumors with a significant increase in testicular interstitial adenomas, lymphomas, leukemias, and mammary tumors in rats. Exposure to formaldehyde increased the presence of rare tumors, such as stomach leiomyosarcomas, intestine leiomyomas, and leiomyosarcomas (tumor of smooth muscle cells that can occur in the uterus)[353].

## Formaldehyde and key characteristics of carcinogens

Formaldehyde exhibits 7 of 10 key characteristics of carcinogens. Formaldehyde is genotoxic, alters DNA repair or causes genomic instability, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply.

### *Key Characteristic #2: induces genotoxicity*

Formaldehyde induces DNA adducts, protein modifications, DNA-DNA crosslinks, and DNA-protein crosslinks, which provide a strong platform of its toxic activity and cancer-causing activity[354]. Formaldehyde generates a much higher frequency of genetic damage compared to other aldehydes.

Exposure to formaldehyde stimulated DNA damage on circulating peripheral blood lymphocytes and levels of chromosomal aberrations in a group of workers in anatomy pathology laboratories. This is an important finding because peripheral lymphocytes migrate from the bloodstream to the uterus and ovary. Formaldehyde significantly increased chromosomal aberrations and comet assay (% tail DNA) compared to controls. Exposure to formaldehyde by workers in hospital anatomy pathology laboratories significantly increased micronucleus in lymphocytes and buccal cells and sister chromatic exchanges (SCE) compared to controls. Healthy workers exposed to formaldehyde developed a statistically significant increase in cytogenetic changes in multiple chromosomes in circulating myeloid progenitor cells.

Im et al (2006) demonstrated genotoxicity based on a positive result in the comet assay in the lymphocytes of rats inhaling 5 or 10 ppm formaldehyde for two weeks, six hours/day, five days/week[355]. DNA strand-breaks were induced by formaldehyde *in vivo*, in mouse liver (maternal and fetal), and in lung cells in the rat. Formaldehyde induced DNA breakage. Experimental results in pregnant mice indicate that DNA breakage can be initiated at relatively low concentrations (0.2 mg/kg). DNA damage was attributable to DNA breakage. These are important findings demonstrating effects relevant to the relationship between hair relaxers and uterine and ovarian cancers at very low levels of exposure.

Formaldehyde is mutagenic in cultured human cells. Formaldehyde was strongly mutagenic in the *Salmonella* tester strain TA 104, and it was suggested that formaldehyde could make a significant contribution to the risk of human cancer. Formaldehyde showed mutagenic potential in several bacterial systems, both with and without S9 activation. Formaldehyde induced deletions, point mutations, insertions, and cell transformation in in-vitro assays with mammalian cells (IARC 2006). Formaldehyde-induced DNA strand-breaks (SSB) have been demonstrated in several mammalian cell systems, including hepatocytes, lymphosarcoma cells, and epithelial cells from the rat, leukemia L1210 cells from the mouse, and lung/bronchial epithelial cells, skin fibroblasts, keratinocytes, and peripheral blood lymphocytes from humans (IARC2006). These findings show that formaldehyde causes genotoxicity in many different types of cells, including those relevant to hair relaxer exposures and to uterine cancer and ovarian cancer.

Formaldehyde stimulated chromosomal aberrations, micronuclei and SCE *in vitro* in numerous rodent and human primary cells and cell lines (IARC 2006). Consistent with these

findings, more recent data show increased chromosomal aberrations in Syrian hamster embryo cells, and in Chinese hamster ovary and embryo cells[356-358]. Formaldehyde is genotoxic and mutagenic in proliferating mammalian cells *in vitro*. In studies with cells such as lymphocytes and epithelial cells, formaldehyde resulted in genotoxic activity as determined by micronuclei and sister chromatid exchanges (SCEs). In a study by Neuss & Speit (2008), SCEs were induced in A549 human lung cells and V79 Chinese hamster cells following incubation with 0.1 mM (3 µg/mL) or higher concentrations of formaldehyde[359]. One hour after the addition of the agent to the A549 cells, the culture medium still retained the capacity to produce SCE in non-exposed V79 cells, suggesting that genotoxicity persists despite the high reactivity of formaldehyde with macromolecules in the culture medium[359]. This provides evidence that even short-term exposures to relatively low levels of formaldehyde can cause effects that may lead to cancers of the uterus or ovary.

Formaldehyde-induces chromosomal aberrations (KC2) and apoptosis (KC10) in the peripheral blood lymphocytes of personnel working in pathology departments[360]. Kitaeva et al (1990) demonstrated clastogenic and cytogenetic effects in the bone marrow of rats inhaling formaldehyde during four hours/day for four months. DNA strand-breaks were induced by formaldehyde *in vivo*, in mouse liver (maternal and fetal), and in lung cells in the rat. Genotoxic effects were also induced in the gastro-intestinal epithelium of rats treated with formaldehyde.

Several human biomonitoring studies reported increased frequencies of SCE and MN in lymphocytes of subjects exposed to formaldehyde, demonstrating that it is genotoxic in human blood. Compared with matched controls, pathology/anatomy workers from five hospitals, who were exposed to mean formaldehyde, showed a statistically significant increase in MN formation. Short term exposure of formaldehyde (3 hours per day; 3 days per week, for 8 weeks) induced a significantly higher frequency of micronuclei in nasal and oral exfoliative cells.

Thus, there is extensive scientific evidence that formaldehyde is genotoxic in numerous types of cells and biological systems. This demonstrates that formaldehyde can induce effects relevant to the initiation of uterine and ovarian cancers, even at low levels or durations of exposure.

*Key Characteristic # 3: impair DNA repair or induce genomic instability*

Exposure to formaldehyde decreases the activity of DNA repair enzymes, MGMT and FANCD2[361]. Formaldehyde can exert its mutagenic and carcinogenic effects by inhibiting DNA repair[362]. Formaldehyde induces genomic instability[363,364]. Studies suggests that women with pre-existing risk factors for uterine or ovarian cancers, including those carrying BRCA mutations, may be especially vulnerable to formaldehyde exposures. Hayes et al (1997) evaluated *O*6-Alkyl-guanine-DNA–alkyltransferase (AGT) activity as a measure of DNA-repair capacity in blood lymphocytes of 23 science students in a mortuary, before and after a nine-week period of classroom exposure to approximately 1.5 ppm formaldehyde[365]. AGT was reduced in students exposed to formaldehyde after embalming[365], demonstrating formaldehyde's ability to impair DNA repair, even when exposures occur at low levels and for limited durations.

*Key Characteristic #4: induces epigenetic alterations*

DNA methylation is the most studied epigenetic endpoint as it relates to epigenetic alterations[366,367]. DNA methylation can contribute to formaldehyde-induced cancers[366]. Phillips et al 2022 utilized HumanMethylation450 BeadChips to study any potential differences in blood cell DNA methylation between 31 formaldehyde-exposed subjects and 40 controls[366]. In formaldehyde-exposed subjects, there were signs of decreased methylation and hypomethylation[368].

Exposure to formaldehyde induces systemic epigenetic alterations in histone methylation and acetylation. Formaldehyde induces epigenetic mechanisms via chromatin accessibility and DNA methylation. Formaldehyde exposure significantly disrupts miRNA expression profiles within the nasal epithelium of nonhuman primates, and these alterations influence apoptosis cell death (KC #10)[369]. Formaldehyde exposure has also been found to alter the miRNA expression profiles in human lung cells.[369]. Formaldehyde also induces histone modifications *in vitro*. Moreover, formaldehyde increases chromatin accessibility and alters the expression of hundreds of cancer-related genes. Inhibition of chromatin assembly represents a novel mechanism of cell transformation induced by formaldehyde (KC #9)[370].

Thus, formaldehyde induces epigenetic alterations that contribute to the development of cancers[366]. These types of epigenetic changes are important events in the development and progression of uterine cancers and ovarian cancers and are thus relevant to the overall analysis in this case.

*Key Characteristic #5: induces oxidative stress*

Several studies show that formaldehyde stimulates oxidative stress[361,371,372,373]. For example, exposure to formaldehyde induces higher oxidative stress biomarkers such as malondialdehyde and 15-F2t-isoprostane in nurses working in a hospital[374]. Importantly, formaldehyde is routinely used to induce oxidative stress to test anti-oxidant and anti-cancer agents such as curcumin, Vitamin E, and melatonin[375-377]. Formaldehyde can cause cancer via stimulating molecules that promote oxidative stress such as ROS[378]. Oxidative stress-related genotoxicity also occurring in nasal mucosal cells may play certain roles in formaldehyde-induced nasal cancers[347]. Acute formaldehyde exposure increased the oxidative stress marker malondialdehyde (MAD) in adults. Exposure to formaldehyde in mice induces bone marrow toxicity via oxidative stress[379]. Several studies show that formaldehyde-induced oxidative stress closely interacts with chronic inflammation (KC #6), apoptosis (KC #10), and DNA damage (KC #2) lead to various toxic effects in the body such as organs and the bone marrow in mice[379-383]. The bone marrow produces blood cells for the body that can develop into any type of blood cells. By being toxic to the bone marrow, formaldehye-induced oxidative stress can also lead to immunosuppression (KC# 7).

Thus, there is sufficient evidence that formaldehyde induces oxidative stress. Oxidative stress can promote the survival and proliferation of uterine cancer cells and ovarian cancer cells, and thereby allow mutations in these organs to escape immune response and progress to diagnosed uterine and ovarian cancers.

*Key Characteristic #6: induces chronic inflammation*

Formaldehyde stimulates macrophage polarization in tumor-bearing mice[384]. Macrophages are an important cell type that stimulates chronic inflammation, angiogenesis, and tumor growth[384]. Formaldehyde stimulates pro-inflammatory cytokines IL-1, IL-2, IL-8, GM-CSF, TNF-alpha and IFN-gamma, was induced by repeated exposures to formaldehyde fumes[361]. Via these pro-inflammatory cytokines, formaldehyde stimulates chronic inflammation[361].

Studies by Seow et al (2015) used a multiplexed bead-based assay to measure serum levels of 38 immune/inflammation markers in a cross-sectional study of 43 formaldehyde-exposed and 51 unexposed factory workers in Guangdong, China[385]. Lower circulating levels of two chemokines (CXCL11, thymus and activation regulated chemokine) were reported among factory workers exposed to formaldehyde compared with unexposed controls, suggesting immunosuppression (KC #7) among formaldehyde-exposed workers[385].

Thus, evidence shows that formaldehyde induces chronic inflammation, which provides a pro-tumorigenic environment that can accelerate the survival, growth and development of uterine cancers and ovarian cancers.

*Key Characteristic #7: is immunosuppressive*

Formaldehyde induces immunosuppression via polarization of tumor-associated macrophages in the tumor microenvironment[386]. Formaldehyde demonstrated immunosuppressive activity by significantly decreasing CD3 (total T cells), CD4 (T helper-inducer cells), and CD8 (T cytotoxic-suppressor cells) immune cells.

Formaldehyde-exposed factory workers exhibited reduced levels of immune/inflammation markers compared with unexposed controls[385]. These results provide evidence for the association between formaldehyde and immunosuppression[387]. In studies by Madison et al (1991), an Alaskan community was subjected to acute formaldehyde exposure (estimated at 2–5 ppm) for a few days[388]. This study showed that even 3 years after exposure to low levels of formaldehyde can have long lasting impacts to induce immune activation with an increase in autoantibodies[388]. Thus, immune activation and autoantibodies occurred in humans with long-term inhalation exposure to formaldehyde[389].

Several studies have showed scientific evidence that exposure to formaldehyde induces immunotoxic activity to various immune cells as reflected by a reduction in various white blood cell counts and lymphocytes[390]. For example, in a study of 94 works in China, exposure to formaldehyde was toxic to the immune system including the formation of red blood cells[391]. In these studies, formaldehyde induced a significantly lowered total white blood cell count compared to controls. Formaldehyde also showed immunotoxicity by blocking bone marrow stem cell formation[391]. Similarly, another study in Taiwan demonstrated that exposure to formaldehyde in nurses was also associated with a reduction in white blood cells[392]. In another study of long-term exposure in workers, formaldehyde reduced the immune protective T lymphocytes in the blood[393].

Taken together, scientific evidence shows that formaldehyde is immunosuppressive, even at low levels and for short-term exposures. This creates a pro-cancerous environment which can promote the survival, growth and development of uterine cancers and ovarian cancers.

*Key Characteristic #10: alters cell proliferation, cell death, or nutrient supply*

Formaldehyde also induces apoptosis (cell death) of various cell types, such as bone marrow cells, cardiomyocytes, epithelia cells, and neuroblastoma cells[394-397]. In addition, formaldehyde exerts cytotoxicity by inducing oxidative stress (KC #5) and mitochondrial dysfunction[397]. Formaldehyde induces apoptosis and chromosomal aberrations, indicating an increased cancer risk among subjects occupationally exposed to formaldehyde[360]. Thus, formaldehyde can act as a tumor promoter via stimulating proliferation and cell death.

Formaldehyde is well established as a toxic agent. Following inhalation, cytotoxicity occurred in the nasal passages of rats and mice[398]. Specifically, at 15 ppm, necrosis and sloughing of respiratory epithelium was evident immediately after a single 6-h exposure and early hyperplasia was present 18 h after a single exposure. Severe ulcerative rhinitis, inflammation, epithelial hyperplasia, and increased cell proliferation was discovered at the injury site in rats[399]. Cell proliferation was stimulated at each of the time-points in a rat model at low doses (e.g. 6 ppm)[351]. This demonstrates that even low-level and short-term formaldehyde exposures can increase cell proliferation.

Thus, sufficient evidence shows that formaldehyde alters cell proliferation, cell death, and nutrient supply. These mechanisms can increase the likelihood that uterine cancer or ovarian cancer advance to clinical diagnoses.

**CONCLUSION**

Given the indisputable and compelling scientific evidence of carcinogenic activity in animals and in human cells and tissues, as well as the substantial evidence of genotoxicity, and considerable knowledge of the many biologically plausible mechanisms of carcinogenicity of formaldehyde, ***formaldehyde can clearly cause cancer in animals and humans.***

**Formaldehyde is a potent and very toxic carcinogen that exhibits 7 out of the 10 key characteristics of carcinogens. Formaldehyde appears in chemical hair relaxers as part of complex mixtures that include other chemicals with toxicities relevant to uterine cancer and ovarian cancer. In this context, formaldehyde can act as a tumor-initiator and tumor promoter of uterine cancer and ovarian cancer.**

## C. Ethylene oxide

Ethylene oxide (“EtO”) is a flammable, colorless gas used as an intermediate to make other chemicals like surfactants and other cosmetic ingredients. Residual amounts of EtO remain on ethoxylated cosmetic ingredients at the ppb or ppm level. EtO can be absorbed by the body via three routes: dermal, inhalation, and oral. EtO is subsequently distributed throughout the body via the bloodstream[400].

**All Major Regulatory Agencies classify ethylene oxide as a "human carcinogen"**

Major expert regulatory agencies that study cancer causation have classified ethylene oxide as ***"carcinogenic to humans"***.

**IARC:** EtO is classified as ***carcinogenic to humans (Group 1)*** (IARC 2012).

**U.S. EPA:** EtO is classified as a ***human carcinogen.*** (US EPA 2016).

According to the EPA, compelling evidence demonstrates that EtO is ***"carcinogenic to humans"*** such as: **(1)** strong evidence of cancer in humans associated with EtO exposure via inhalation, specifically, evidence of lymphatic and blood cancers and of female breast cancer in EtO-exposed workers; **(2)** there is abundant evidence of EtO-induced carcinogenicity in laboratory animals, including lymphohematopoietic cancers in rats/mice and breast carcinomas in mice; **(3)** EtO is genotoxic and mutagenic which has been well-established in a variety of experimental systems, and **(4)** that the mechanism of cancer causation of EtO occurs in humans, including signs of chromosomal damage, such as chromosomal aberrations, sister chromatid exchanges (SCEs), and micronuclei in EtO-exposed workers[401].

**NTP:** EtO is a ***multi-site carcinogen*** in rodents which causes cancer (e.g. lung, Harderian gland (HG) and uterus) and is classified as a ***human carcinogen*** by the National Toxicology Program (NTP, 1987, 1999 "9th Report on Carcinogens)[402].

**Epidemiology:** Evidence in humans supports that exposure to EtO increases the risk of blood and lymphatic cancers. These tumors affect the blood, bone marrow, lymph and lymphatic system and other parts of the human body (e.g. central nervous system and gastrointestinal tract), either by metastasis, direct tumor infiltration, or neoplastic transformation of lymphoid tissues.

The most common forms of cancer observed in epidemiological studies are lymphomas and leukemias. For example, in Bisanti et al 1993, exposure to EtO increased cancer mortality in a cohort of 1971 chemical workers, and increased cancers of the lymphatic and blood systems[403]. In Steenland et al 2003, EtO exposure is associated with increased incidence of breast cancer[404]. The standardized incidence ratio (SIR) for those in the top quintile of cumulative exposure with a 15 year lag = 1.27 (0.94 to 1.69). EtO exposure resulted in a positive trend of increasing SIR with increasing exposure[404]. Similarly, in Kelly-Rief et al 2025, cumulative exposure to EtO was associated with elevated relative risk of breast cancer mortality[405]. Workers who accrued 3,650ppm-days of exposure (equivalent to 10 y exposed at a rate of 1ppm) had over three times the rate of breast cancer death in comparison with unexposed workers (RR at 3,650 ppm-days=3.15; 95% CI: 1.78, 5.60)[405].

**Animal studies:** EtO causes uterine, ovarian, and other cancer types in animals.

In 1964, Reyniers et al study found uterine and ovarian cancers in mice exposed to bedding treated with EtO[406]. In these 1964 studies, over 90% of mice exposed to bedding sterilized with EtO developed tumors *while no tumors occurred in the mice not exposed to the EtO-sterilized bedding*[406].

There is extensive evidence of EtO-induced carcinogenicity in rats and mice. For example, EtO significant increases cancer in the lung, mammary gland, uterus, lymphoid cells, brain, tunica vaginalis, and testis in rats and mice. After inhaling EtO, animals presented with mammary tumors. The tumor incidence increased with exposure to higher doses of EtO[402,407]. EtO induced tumors in the **uterus (mesenchyma, leiomyoma, fibrosarcoma, malignant mesenchymoma, sarcoma, and squamous cell carcinoma), ovary (granulosa-theca cell tumor),** mammary gland (adenofibroma, fibroadenoma, fibroma, adenocarcinoma, and sarcoma), intestine (mesothelioma), pituitary (adenoma), subcutaneous tissue (mesenchymal tumor), lymphatic tissue (malignant lymphoma), and nervous system (maligant schwannoma)[408]. Tumors in the uterus were the cause of death in certain rats exposed to EtO[408]. In 2-year mouse studies, EtO induced uterine tumors, lung tumors, and other cancer types[409].

*EtO exhibits 4 of the 10 key characteristics of carcinogens*: Ethylene oxide is genotoxic, impairs DNA repair, induces oxidative stress, and induces chronic inflammation.

*Key characteristic #2- is genotoxic*

Ethylene oxide (EtO) is genotoxic, mutagenic, and induces chromosomal (DNA) damage[410-416]. EtO can bind to various types of molecules, which results in a variety of DNA, RNA and protein adducts, which can initiate cancer[413-415]. A dose-related increase in the frequency of EtO-derived hemoglobin adducts occurs in exposed humans as well as rodents, and a dose-related increase in EtO-derived DNA adducts has been demonstrated in exposed rodents. Ethylene oxide (EtO) induces chromosomal alterations in mouse bone marrow cells in experiments performed in mice[410]. The mutagenic and carcinogenic activity of ethylene oxide can result from multiple 2-hydroxyethyl (HE) DNA adducts such as 3-HEA and $O^6$-HEG[417]. EtO induces DNA single-strand breaks and chromosomal breakage. In addition, the ethylene oxide metabolite, glycolaldehyde, has been shown to form DNA– protein crosslinks and DNA single-strand breaks[418].

Importantly, exposure to EtO induces genotoxicity in normal cells[416], as well as stem cells. To quote, "*low levels of induced ethylene oxide DNA adducts in transplanted stem cells are simply unacceptable*[419]." EtO induced a statistically significant increase of DNA damage in lymphoblasts (51% increase of tail moment over the background), breast epithelial cells (26% increase) and peripheral lymphocytes (white blood cells) (71% increase)[416]. Ethylene oxide is widely distributed throughout the body by the blood including the blood lymphocytes (white blood cells)[400], which can be transported from the local scalp after administration and travel via the blood and lymphatic systems to the uterus and ovary.

Workers exposed to ethylene oxide with increased levels of chromosomal aberrations an micronuclei in blood lymphocytes (white blood cells) exhibit an increased risk for cancer[420,421]. Chromosomal aberration frequencies correlate with exposure concentrations of ethylene oxide and/or duration of the exposure[422,423]. As reported for sister-chromatid exchanges (SCE), the validity of these comparisons is supported by the observation that some investigators found significant increases in chromosomal aberrations in high-dose groups but not in low-dose groups exposed in the same or similar environments[423,424]. In one study, chromosomal aberrations were

increased were found in individuals exposed to concentrations of EtO of ~1 ppm and even lower[425]. This shows that even low levels of ethylene oxide exposures can cause genotoxic mutations.

In a study of hospital nurses exposed at work to low dose of ethylene oxide, ethylene oxide induces chromosome aberrations, SCEs, and DNA synthesis in peripheral blood lymphocytes. Ethylene oxide significantly increased the number of chromosome aberrations in the nurses compared to control patients[426]. In a study from 1991, the potential genotoxicity of ethylene oxide was studied in the blood cells of 34 workers compared to 23 controls working in the university library[411]. EtO workplace exposure was associated with significantly altered levels of carcinogen-adducts (EtO-Hb) and SCEs. Potential confounding variables such as smoking were taken into account[411]. In a study from 1987, the genotoxic ability of ethylene oxide was studied in sanitary workers exposed to ethylene oxide vs. controls[412]. Exposure to EtO significantly increased the frequency of sister chromatid exchanges (SCE) compared to the level of exposure to EtO[412].

The IARC monograph reports: "*Studies of workers exposed to ethylene oxide in hospital and factory sterilization units and in ethylene oxide manufacturing and processing plants consistently showed chromosomal damage in peripheral blood lymphocytes, including chromosomal aberrations in 11 of 14 studies, sister chromatid exchange in 20 of 23 studies, micronuclei in three of eight studies and gene mutation in one study (IARC 1994). The induction of increased frequencies of sister chromatid exchange (SCE) has been found to be a sensitive indicator of genotoxic exposure to ethylene oxide in humans*"[427]. Thus, EtO can cause cancers in animals and humans via genotoxic mechanisms.

Mutagenic refers to changing the genes/DNA in a cell. Ethylene oxide is mutagenic via direct actions on the DNA[413]. Exposure to ethylene oxide stimulated up to 20-time mutation rates compared to controls[413]. Low exposure to EtO was weakly mutagenic in experimental rats[415]. Importantly, EtO induces K-ras mutations in tumors from various organs[409]. **Highly relevant to this case, ethylene oxide induced K-*ras* mutations in five of six EtO-induced uterine carcinomas. All of the mutations were codon 13 C to T transitions[409].** All 6 uterine carcinomas from ethylene oxide-exposed B6C3F1 mice were examined for mutations in exon 1 of the K-*ras* gene. The predominant mutation was a GGC to GGT transition in codon 13 (5/6, 83%)[409]. EtO can also shift two types of mutation genes (p53 and H-Ras) in breast cancer in mice, which can contribute to the cancer causing ability of EtO in this breast cancer mouse model[402].

For direct-acting mutagens such as EtO, "*there is no recognized "no effect" dose in any US FDA or US EPA accepted carcinogen risk model (US EPA 2005). US FDA guidance is extremely restrictive in allowing clinical trials with drug candidates that exhibit even minimal genotoxic activity (US FDA, 2006). Simply put, the direct exposure of cord blood hematopoietic stem cells to any concentration of the DNA-reactive mutagen ethylene oxide would impose some risk of producing donor preleukemic or leukemic cells*.[419]"

Occupational exposure to ethylene oxide is associated with the induction of gene mutations.[427]. In-vivo mutation-induction studies with reporter genes such as *Hprt* or the *LacI*-transgene have shown that ethylene oxide can significantly increase the frequency of mutations in both mice and rats[428-430]. In a study with prolonged exposure (up to 48 weeks), significant

increases in *LacI* mutants were seen in the bone marrow and testes of the ethylene oxide-exposed transgenic mice[430].

An elevated frequency of mutations or a change in mutational spectra occurred in the tumors of ethylene oxide-treated mice[402,409]. K-*Ras* mutations were detected in 100% (23/23) of ethylene oxide-induced lung tumors compared with 25% (27/108) of spontaneous tumors[409]. In ethylene oxide-induced uterine cancers, there was a high risk of having K-*ras* mutations[409]. K-*ras* mutations were identified in all 23/23 of the EO-induced lung neoplasms and 27/108 of the spontaneous lung cancers. *N* 7-(2-hydroxyethyl) guanine (HEG) is the major EO-induced adduct formed in rodents and humans[427].

Glycolaldehyde (a metabolite of ethylene oxide) caused a dose-dependent increase in DNA strand single-strand breaks. This metabolite of EtO increased the number of single-strand breaks detectable after 15 min to 2 hrs of incubation[418].

Thus, there is extensive scientific evidence that ethylene oxide is genotoxic in numerous types of cells and biological systems. Ethylene oxide's genotoxicity has been demonstrated in humans. This genotoxicity occurs in blood cells, which are circulated systemically to the uterus and the ovary. Additionally, ethylene oxide's genotoxicity in the uterus and ovary has been demonstrated in animal models. Thus, ethylene oxide can induce effects relevant to the initiation of uterine and ovarian cancers, even at low levels or durations of exposure.

*Key characteristic #3- impairs DNA repair*

In a study from 1991, the role of ethylene oxide and DNA repair was examined in at a large university hospital vs. 23 controls working in the university library[411]. Exposure to ethylene oxide in worked at the hospital impaired the DNA repair ability compared to controls. The DNA repair capacity was quantified by the DNA repair index[411]. In a study from 1998, ethylene oxide induced premutagenic lesions that exhibited impaired DNA repair in germ cells of Drosophila[431].

This is particularly concerning and relevant in this case, given the potent genotoxicity of ethylene oxide and other chemicals that have been present in chemical hair relaxers.

*Key characteristic #5- induces oxidative stress*

Ethylene oxide alters various oxidative stress markers and lowered anti-oxidant levels in a rat model[400]. EtO-induced oxidative stress is so potent it is used as a gold-standard model to test anti-oxidative stress agents such as cranberries[400]. EtO induces lipid peroxidation, which leads to oxidative stress. The markers of oxidative stress include SOD, catalase, MDA and AOPP.

Exposure to EtO may increase the risk of osteoarthritis via oxidative stress[432]. This study showed that oxidative stress markers increased as EtO exposure levels. EtO can express the oxidative stress markers such as GGT[432].

Oxidative stress induced can exacerbate harms to the uterus and ovary caused by other toxic mechanisms, and further increase the proliferation and development of cancers.

*Key characteristic #6- induces chronic inflammation*

In addition to oxidative stress, ethylene oxide also increases inflammation[400]. Histopathologic analysis of EtO-treated lungs revealed increased chronic inflammatory cells, leading to the widening of the alveolar septa in the lungs. In EtO-treated lung tissues, both signs of inflammation and pulmonary fibrosis were evident[400]. In results from the National Health and Nutrition Examination Survey (NHANES) study from 2013-2016, blood ethylene oxide was associated with systemic inflammation in the general adult population[433]. Inflammatory biomarkers (hs-CRP, alkaline phosphatase, white blood cell count, neutrophil count, and lymphocyte count) was associate and increased with increasing Hemoglobin-EO (HbEO) levels[433]. Exposure to ethylene oxide can worsen depression via increased inflammation, as evidence by white blood cell and neutrophil counts[434]. Hemoglobin-EO (Hb-EO) adduct levels was positively correlated with white blood cells (WBC), neutrophil, and lymphocyte counts[434]. These are all markers in the blood of inflammation. There was a significant association between inflammation during EtO exposure as measured by WBCs and neutrophil counts (accounting for 13.6 and 11.9%, respectively) and depression[434]. In addition to cancer and depression, another disease driven by chronic unresolving inflammation is asthma. Ethylene oxide levels were also positively significantly associated in asthma with inflammation markers in the blood such as WBC, lymphocytes, and neutrophils[435]. Thus, inflammation may also drive EtO-induced asthma[435]. Another disease driven by chronic unresolving inflammation is periodontal disease. In this study of 1035 subjects, higher HbEO levels were associated with increased risk of periodontitis (OR = 1.49, 95% CI: 1.14, 1.95)[436]. The levels of hemoglobin-EtO (Hb-EO) adducts was significantly associated with four inflammatory mediators (white blood cell, neutrophil, lymphocyte, and monocytes)[436]. Thus, chronic inflammation induced by EtO can contribute to periodontal disease[436]. Postoperative inflammation is also associated with intraocular lenses sterilized with ethylene oxide[437].

Inflammation induced by ethylene oxide is circulated systemically through the blood to the uterus and ovary, and can thereby promote the initiation, proliferation and development of uterine and ovarian cancer.

## CONCLUSION

**Ethylene oxide is a potent and very toxic carcinogen which exhibits 4 out of the 10 key characteristics of carcinogens. EtO triggers mechanisms that can cause and contribute to the development of uterine and ovarian cancers.** There is compelling scientific evidence of cancer causing activity in animals, evidence in human cells and tissue, robust evidence of genotoxicity, and considerable studies explaining many biologically plausible mechanisms of carcinogenicity. **EtO appears in chemical hair relaxers as part of complex mixtures that include other chemicals with toxicities relevant to uterine cancer and ovarian cancer. In this context, EtO can act as a tumor initiator and tumor promoter of uterine cancer and ovarian cancer.**

Since EtO stimulates genotoxicity in peripheral lymphocytes, it is likely that EtO from hair relaxers can be absorbed through the scalp and circulated to uterine and ovarian tissues through white blood cells. Once in these tissues, EtO can stimulate ovarian/uterine cancers through various key characteristics that act in concert such as genotoxicity, oxidative stress, chronic inflammation,

and nutrient supply (angiogenesis) that are critical in the initiation and stimulation of ovarian and uterine cancers.

## D. 1,4-Dioxane

1,4-Dioxane is a synthetic industrial chemical used as a solvent and stabilizer, commonly found as a byproduct or contaminant in products like shampoos, detergents, and cosmetics[438]. Dermal exposure to 1,4-dioxane may occur with the use of cosmetics, detergents, and shampoos containing ethoxylated surfactants[438]. Like the closely related compound EtO, residual amounts of 1,4-dioxane remain in ethoxylated cosmetics ingredients at the ppm level.

**NTP Report on Carcinogens; 15th edition (2021):** 1,4-dioxane is reasonably anticipated to be a human carcinogen[346].

**IARC:** 1,4-dioxane is a possible human carcinogen (Group 2B)[439]. This classification is based on sufficient evidence of carcinogenicity in experimental animals (such as causing liver and nasal tumors), but inadequate evidence in humans[439].

**U.S. EPA:** 1,4-dioxane is likely to be carcinogenic to humans

**U.S. Department of Health and Human Services (HHS)** - 1,4-dioxane is reasonably anticipated to be a human carcinogen

**Animal studies:** 1,4-dioxane induced a dose-dependent and statistically significant increase in incidences of nasal squamous cell carcinomas, hepatocellular adenomas, and peritoneal mesotheliomas[440]. Significant exposure-related trends were observed for tumors of the mammary gland (fibroadenoma), kidney (renal-cell carcinoma), and Zymbal gland (adenoma)[440].

Oral exposure to 1,4-dioxane caused tumors in several species of experimental animals and at several different tissue sites[346]. 1,4-dioxane induced liver tumors, cancer of the nasal cavity in rats and gallbladder cancer (carcinoma) in male guinea pigs (IARC 1976, NCI 1978). In an initiation-promotion study, dermal exposure to 1,4-dioxane promoted the induction of skin tumors (squamous-cell carcinoma, sarcoma, and papilloma) by 7,12-dimethylbenzanthracene in mice of both sexes (IARC 1976).

*1,4-Dioxane exhibits 4 of the 10 key characteristics of carcinogens*: 1,4-Dioxane is genotoxic, induces oxidative stress, induces chronic inflammation, and alters cell proliferation, cell death, or nutrient supply.

*Key characteristic #2- induces genotoxicity*

1,4-Dioxane is a genotoxic and mutagenic carcinogen[441]. 1-4-dioxane induced a dose-dependent increase in DNA adducts in rats compared to control animals[441]. 1,4-dioxane also induced mutations in the liver of rats compared to control animals[441]. Several studies show that 1,4-dioxane induces genotoxicity via DNA damage[440-442]. 1,4-Dioxane induces DNA damage, DNA synthesis and DNA-double strand breaks in mice[443,444]. 1,4-dioxane is a genotoxic hepatocarcinogen and induces hepatocarcinogenesis through a mutagenic MOA in rats[445]. 1,4-

dioxane induces gene mutations in the liver in animal models. 1,4-dioxane induced positive mutagenic and carcinogenic activity in rats at various doses in the drinking water for 16 weeks[445]. A:T- to -T:A transversions were also significantly increased by administration of 1,4-dioxane[445]. 1,4-Dioxane induced genotoxicity in mice as shown by the mouse bone marrow assay micronucleus[446]. Other studies also showed that 1,4-Dioxane induces genotoxicity via micronuclei in the bone marrow and liver of CD-1 mice[447]. 1,4-dioxane induced a significant dose-related stimulation of micronuclei at all doses utilized[447]. Chromosomal breakage resulted in about 80-90% of the micronuclei in both the bone marrow and liver[447]. In contrast, in other studies 1,4-dioxane did not induce gentoxicity[448]. Consistent with 1,4-dioxane inducing chromosomal breakage, other studies showed that 1,4-dioxane stimulated the number of micronucleated liver cells as measured by the liver micronucleus test[449]. In these studies, the 1,4-dioxane was clastogenic in the liver but not genotoxic in the bone marrow of rats[449].

1,4-dioxane is genotoxic and can therefore induce effects relevant to the initiation of uterine and ovarian cancers.

*Key characteristic #3- impaired DNA repair*

1,4-Dioxane induces extensive genetic damage which exceeded the repair capacity of the cells in the liver leading to liver carcinogenesis[445].

*Key characteristic #5- induces oxidative stress*

1,4-dioxane induces oxidative stress as measured by 8-oxo-dG which can lead to increased genotoxicity and mutations in animal models compared to controls[441]. 1,4-Dioxane stimulates oxidative stress resulting genotoxicity and cytotoxicity (cell-killing)[450]. Studies by Burmistrov et al 2001, 1,4-dioxane stimulated oxidative stress in the rat **ovary** and brain[451]. Oxidative stress, genotoxicity, and cytotoxicity drives tumor growth via unrestrained proliferation (KC #10) and regenerative repair[450].1,4-Dioxane induces oxidative stress in mice[443]. The oxidative stress from genotoxicity can results from activation of the enzyme CYP2E1[452]. This enzyme CYP2E1 can generate oxygen that can react to generate reactive oxygen species molecules that stimulate oxidative stress and DNA damage[452]. 1,4-Dioxane also altered oxidative stress and antioxidant biomarkers activity in pregnant women exposed to oil and gas sites in Northeastern British Columbia[453].

The fact that 1,4-dioxane induces oxidative stress is particularly relevant here, as oxidative stress can also lead to the proliferation and development of uterine and ovarian cancers.

*Key characteristic #6- Induces chronic inflammation*

1,4-Dioxane induced non-neoplastic changes in the liver via an increase in inflammation in mice[444]. 1,4-Dioxane has produced a range of histopathologic activity in liver including inflammation, necrosis, vacuolation, cloudy swelling, and spongiosis[452]. Oral exposure to 1,4-dioxane also induces hepatic inflammation as revealed by histopathological analysis in mice[454].

Chronic inflammation can also lead to the initiation, proliferation and development of uterine and ovarian cancers.

*Key characteristic #10- alters cell proliferation, cell death, or nutrient supply*

Several studies support that 1,4-Dioxane causes cancer via cytotoxicity-induced proliferation[440]. After 90 days of treatment with 1,4-Dioxane, mechanisms for cancer induction and progression included apoptosis (cell death) and an increase in cell proliferation[455]. 1,4-Dioxane increased precholangiocyte proliferation in the liver tissue of mice[443]. 1,4-Dioxane generates necrosis (cell death) (KC# 10) and inflammation (KC #6)[444,452]. 1,4-dioxane causes liver tumors in animals via cytotoxicity and proliferation followed by regenerative hyperplasia[444]. Genotoxicity and oxidative stress cause tumor growth via proliferation (KC #10) and tissue regenerative repair[450]

Thus, 1,4-Dioxane can act as a tumor promoter via stimulating cell proliferation and cell death. These same processes promote uterine cancer and ovarian cancer.

**CONCLUSION**

**1,4-dioxane is a toxic carcinogen which exhibits 4 out of the 10 key characteristics of carcinogens. 1,4-dioxane triggers mechanisms that can cause and contribute to the development of uterine and ovarian cancers. 1,4-Dioxane appears in chemical hair relaxers as part of complex mixtures that include other chemicals with toxicities relevant to uterine cancer and ovarian cancer. In this context, 1,4-dioxane can act as a tumor initiator and tumor promoter of uterine and ovarian cancers.**

## E. Acrylamide

Acrylamide is a probable human carcinogen. Acrylamide is also considered a potential EDC[456,457]. Acrylamide has been present in chemical hair relaxers as a contaminant of polyacrylamide ingredients such as polyquaterniums.

**IARC:** Acrylamide is classified as a Group 2A agent *(probable human carcinogen)*[458].

**NTP:** Acrylamide is classified as "*reasonably anticipated to be a human carcinogen*" (15th Report on Carcinogens-2021).

**U.S. EPA:** Acrylamide is classified as "*likely to be carcinogenic to humans*".

**Epidemiology:**

**Adani et al 2020:** Systematic review of the association between acrylamide in the diet via a dose–response meta-analysis and risk of hormone-responsive endometrial, ovarian, and breast cancers[456]. These studies included 16 cohort and two case–control studies. Acrylamide intake increased the risk of ovarian cancer, especially among non-smokers. For endometrial cancer, there was a positive, linear association especially among non-smokers, and the risk of acrylamide-

induced endometrial cancer was highest at intermediate levels of exposure[456].

**Wilson et al 2010:** These studies were a prospective dietary study of acrylamide and risk for endometrial and ovarian cancer. There was a positive association between acrylamide and endometrial and ovarian cancer. Women with the highest acrylamide exposure exhibited an increased risk for endometrial cancer after adjusting for confounding variables such as smoking, BMI, and caffeine. The adjusted relative risk for those in the highest versus lowest quintile was 1.41 (95% CI, 1.01-1.97; P trend = 0.03). The association was similar among non-smoking women (relative risk, 1.43; 95% CI, 0.90-2.28; P trend = 0.04). For ovarian cancer, the association was stronger for serous ovarian tumors, with an adjusted relative risk of 1.58 for serous (95% CI, 0.99-2.52; P trend = 0.04; 245 cases) and 1.67 for serous invasive tumors (95% CI, 0.99-2.81; P trend = 0.04; 207 cases)[459].

**Hogervorst et al 2007:** This prospective study evaluated dietary acrylamide and the risk of endometrial, ovarian, and breast cancer including 62,573 women, aged 55-69 years. A subcohort of 2,589 women was selected in 1986 using a case cohort analysis approach for analysis[460]. Increasing dietary acrylamide exposure resulted in an increased risks of postmenopausal endometrial and ovarian cancer especially among never-smokers[460]. Acrylamide increased hazard rate ratios (HR) for endometrial and ovarian in the highest quintile (mean intake, 40.2 mug/day) were 1.29 [95% confidence interval (95% CI) and 0.81-2.07; P(trend)=0.18], 1.78 (95% CI, 1.10-2.88; P(trend)=0.02), respectively. For non-smokers, the increased HRs were 1.99 (95% CI, 1.12-3.52; P(trend)=0.03) and 2.22 (95% CI, 1.20-4.08; P(trend)=0.01) for endometrial and ovarian cancer[460].

**Animal studies:** The metabolite of acrylamide (called glycidamide) induced uterine adenocarcinoma of the uterus and endometrial hyperplasia in female rats, and ovary cancer in mice[461,462].

In animal studies, acrylamide also increased the incidence of breast adenocarcinomas and fibroadenomas in female rats[463]. Studies from 1986 showed that oral ingestion of 2.0 mg/kg/day of acrylamide by Fischer 344 rats led to an increased incidence of tumors of the uterus, mammary gland, central nervous system (CNS), thyroid gland, oral tissue, and clitoral gland in females and scrotal mesothelial and thyroid tumors in males[461]. In these studies, acrylamide increased the cancer mortality (risk of dying) among female rats[461]. In long term carcinogenesis animal studies, Beland et al 2013 evaluated the potential cancer causing activity of acrylamide in male and female B6C3F(1) mice and F344/N rats administered acrylamide in the drinking water for 2 years. Acrylamide was metabolically activated to the carcinogen glycidamide. Female B6C3F(1) mice exhibited a significant dose-related increases in mammary gland, **ovary,** and skin tumors[462]. Female F344 rats demonstrated a significant increase. in clitoral gland, mammary gland, oral cavity, and skin tumors[462]. Male F344/N rats also had significant dose-related increases in testes, heart, and pancreas tumors. In male and female F344/N rats, there was also significant increase in thyroid tumors[462].

In follow-up long term carcinogenesis animal studies by Beland et al 2015, male and female B6C3F1 mice and F344/N rats were exposed to glycidamide in the drinking water for two years[464]. **Glycidamide significantly increased the incidence of tumors of the ovary** and the mammary gland in female B6C3F1 mice[464]. In a dose-dependent manner, glycidamide also

significantly increased tumors in male and female B6C3F1 mice[464]. Glycidamide significantly increased tumors of the mammary gland, clitoral gland, and forestomach in female F344/N rats[464]. In male and female F344/N rats, glycidamide significantly increased cancers of the thyroid gland and oral cavity neoplasms, and mononuclear cell leukemia[464]. Glycidamide induced significant dose-related increases in tumors of the epididymis/testes and heart in male F344/N rats[464].

The European Food Safety Authority (EFSA) stated in 2022 because *"tumours originating from tissues involved in the endocrine system, such as mammary gland, testis and thyroid, were significantly increased in rat bioassays…acrylamide may act as a carcinogen via adverse effects on endocrine regulation[457]."*

*Acrylamide exhibits 7 of the 10 key characteristics of carcinogens*: Acrylamide can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, induces oxidative stress, induces chronic inflammation, is immunosuppressive, can modulate receptor-mediated effects, and alters cell proliferation, cell death, or nutrient supply.

*Key characteristic #1- can act as an electrophile or be metabolically activated to an electrophile*
*Key characteristic #2- induces genotoxicity*

Both acrylamide and its metabolite, glycidamide, are genotoxic and induce DNA adducts, increase frequency of micronuclei, and formation of comets [465-472]. Glycidamide is even more toxic than acrylamide[473].The formation of glycidamide induced DNA adducts was dose-dependent[468]. Acrylamide is genotoxic and induces DNA damage in human blood cells called lymphocytes[467]. Acrylamide caused DNA strand breaks and increase in frequency of micronucleus in human hepatoma (HepG2 cells) in a dose-dependent manner[474]. Acrylamide exhibits a linear dose-response relationship in the mouse micronucleus assay[475].

In genotoxicity studies in human lymphoblastoid TK6 cells, acrylamide was clastogenic and glycidamide was mutagenic[471]. In mouse lymphoma cells, while both acrylamide and glycidamide were cytotoxic and mutagenic, glycidamide treatment resulted in DNA adduct formation while treatment did not in the mouse lymphoma cells[476]. Both acrylamide and glycidamide induced mutations, mainly chromosomal mutations in mouse lymphoma cells[476]. In the bone marrow and germ cells, acrylamide induces chromosomal breaks and chromatid damage in mice[463,466]. Acrylamide induced positive micronucleus tests in mice[477]. Oral exposure to acrylamide induced a dose-dependent micronucleus tests in the bone marrow or peripheral blood in three separate strains of mice (B6C3F1, Swiss albino, C57BL/6J)[457,458,478].

Acrylamide induces significant DNA fragmentation and damage in exposed hepatocytes, as evidenced by both the agarose gel electrophoresis and the comet assay[473]. The DNA fragmentation observed in the ACR group supports previous studies indicating that ACR and its metabolite glycidamide can induce significant DNA damage[473]. Moreover, the lack of genotoxicity detected at lower doses was consistent with non-genotoxic mechanisms contributing to acrylamide-induced carcinogenicity in rodents[478]. Glycidamide may alkylate DNA leading to point mutations and potential activation of oncogenes or tumor suppressor genes[456]. Acrylamide induced chain quadrivalents, ring quadrivalents, fragments and univalents in primary spermatocytes in the mice[466]. Acrylamide-treated mice also developed reciprocal translocations in stem cells in

spermatocytes [479]. Acrylamide and glycidamide both increased the frequency up to 25-fold of micronucleated reticulocytes (MN-RETs), lymphocyte Hprt mutant frequencies (MFs), and liver cII mutant frequency compared to control in both male and female mice[465].

Both acrylamide (AA) and glycidamide are mutagenic. Acrylamide induce mutations (e.g. G:C-->T:A transversions and -1/+1 frameshifts) in the liver cII gene in mice[465]. The mutagenic activity of acrylamide in human and mouse cells resulted from DNA adducts induced by its metabolite glycidamide[468]. Acrylamide is both mutagenic and genotoxic (recombinogenic) in the wing disc cells and induces sex-linked recessive lethals in Drosophila melanogaster[480].

DNA adducts of glycidamide induced by acrylamide exposure have also been observed in humans[457]. In a rat reproduction and lethal study with acrylamide in the drinking water induced axonal fragmentation and/or swelling[481].

Thus, acrylamide is genotoxic and can induce DNA mutations which lead to cancers. These types of mutations occur in numerous types of cells and biological systems and reach the uterus and ovary via systemic circulation in the blood. Uterine and ovarian cancers can be caused by genetic mutations caused by genotoxic chemicals like acrylamide.

*Key characteristic #3- impaired DNA repair*

Studies by Blasiak et al 2004 on the genotoxic activity of acrylamide in human lymphocytes demonstrated that acrylamide can impair DNA repair[467]. Hydrogen peroxide induces DNA damage in which the DNA repair was impaired by acrylamide[467].

This finding is particularly concerning given the genotoxic actions exerted by acrylamide and other chemicals that have been present in chemical hair relaxers. The impairment of DNA repair can exacerbate genetic mutations occurring in the uterus and ovary, and lead to the proliferation and development of uterine cancer and ovarian cancer.

*Key characteristic #4- induces epigenetic alterations*

Acrylamide can induce epigenetic alterations such as DNA methylation, histone acetylation, in the liver and lung of mice[482]. Acrylamide exposure reduced histone H4 lysine 20 trimethylation (H4K20me3), which is a common epigenetic characteristic of human cancer. In the livers, there was increased acetylation of the histones[482]. Acrylamide induced significant alterations in the DNA methylation[482]. These results showed that acrylamide induces epigenetic alterations that may also dictate which tissues or organs that are effected.

Similar mechanisms operate in the development of uterine and ovarian cancers.

*Key characteristic #5- induces oxidative stress*

Oxidative stress results when the amount of reactive oxygen species (ROS) is higher than antioxidant defenses, resulting in cellular damage. Acrylamide induces genotoxic effects in HepG2 cells, likely through oxidative stress such as oxidative DNA damage induced by ROS and low

levels of GSH[474]. The possible mechanism underlies the increased levels of ROS, depletion of GSH and increase of 8-OHdG formation in HepG2 cells treated with AA[474].

Many studies show that acrylamide induces oxidative stress[473,483]. To quote Essa et al, "*The primary mechanism underlying acrylamide's toxicity is oxidative stress*[473]." Increasing doses of acrylamide disrupts oxidative balance, resulting in higher amounts of oxidative stress, genotoxity, DNA fragmentation, organelle damage (e.g. liver damage), cellular metabolic disruption, and cell death[473]. Exposure to acrylamide impairs antioxidant defenses by promoting oxidative stress via lipid peroxidation, and cellular damage[473]. Oral administration of acrylamide significantly elevated serum liver enzymes (AST, ALT, γ-GT, ALP), total and direct bilirubin, MDA, and NO while decreasing antioxidant markers such as GSH, GPx, catalase, and SOD.

Acrylamide induces a concentration-dependent increase in ROS in human neuroblastoma cells and significantly reduced the GSH/GSSG ratio[483]. Acrylamide causes damage to SH-SY5Y cells by increasing oxidative stress levels, ROS and LPO, as well as disrupting the antioxidant function of the glutathione system[483]. Both oxidative stress and DNA strand breaks were blocked by agents that block oxidative stress which are called antioxidants. The demonstration of enhanced DNA breaks in the comet assay supported that DNA oxidation/oxidative stress is involed[457].

CYP2E1 which is involved in the oxidative metabolism of AA. CYP2E1 has been demonstrated to generate ROS and lipid peroxidation leading to DNA oxidation[457]. This may involve reaction uncoupling which releases ROS during substrate metabolism. The induction of CYP2E1 by acrylamide, and its metabolism via this route, may elevate ROS[457]. Vitamins C and E suppressed the DNA-damaging and oxidative stress activity of acrylamide[467].

Acrylamide can induce immunotoxicity (KC #7) by stimulating oxidative stress and inducing apoptosis (KC#10) and the protective effect of l-CAR to attenuate this toxicity[477]. Acrylamide increased oxidative stress markers including increased lipid peroxidation, protein carbonyl content, and depletion of glutathione level[477]. Acrylamide's immunosuppression was characterized by a reduction in immune blood cells, body/organ weights, and pathological changes in spleen[477]. In these studies, the antioxidant L -carnitine and resveratrol prevented acrylamide-induced DNA damage by inhibiting oxidative stress[477]. Cerium oxide nanoparticles protects against acrylamide-induced oxidative stress[484].

Oxidative stress plays a key role in the uterine cancer and ovarian cancer progression. Therefore, acrylamide-induced acrylamide can create a tumor-permissive environment that promotes the growth and spread of these cancers.

*Key characteristic #6- Induces chronic inflammation*

Acrylamide stimulates chronic inflammatory responses[473].Acrylamide-induced oxidative stress triggers proinflammatory pathways, resulting in elevated levels of potent inflammatory cytokines TNF-α and IL-6, likely due to NF-κB pathway activation—a process supported by prior studies on oxi-dative stress and inflammation[473]. Acrylamide-induced liver inflammation elevated TNF-α and IL-1β levels via NF-κB signaling. In cancer causation, these two cytokines (TNF-α and IL-6) and this transcription factor are two of the most powerful tumor promoting molecules and factors.

Oral administration of acrylamide stimulates potent inflammatory responses in the airways of mice via oxidative stress in the lungs of an asthma model[485]. Acrylamide significantly increased the levels of pro-inflammatory cytokines IL-4, IL-5, and IL-13 in the OVA-acrylamide- group (119± 8, 124 ± 13, and 156 ± 14 pg/ml, respectively), compared to the group that only received OVA (asthmatic groups)[485]. Exposure to acrylamide increased the risk of depression which mediated by pro-inflammation (e.g. increased white blood cell count), oxidative stress, and alkaline phosphatase in a nationally representative population-based study[486].

Chronic inflammation can cause uterine cancer and ovarian cancer to initiate, proliferate and spread. Therefore, acrylamide driven inflammation can contribute to an environment in which uterine cancers and ovarian cancers can arise and grow to a clinically diagnosed cancer.

*Key characteristic #7- Induces Immunosuppression*

Acrylamide induces immunotoxicity via cell death mechanisms such as apoptosis, autophagy, and pyoptosis[487]. Pyroptotic cells can secrete many pro-inflammatory cytokines and other mediators. Acrylamide induces macrophage cell death and cytotoxicity in a time and concentration-manner via oxidative stress[487]. Both cell proliferation and phagocytosis are inhibited by acrylamide[487]. Inhibition of phagocytosis impairs the resolution of inflammation. Acrylamide induced immunosuppression in rats[488]. Acrylamide induced a significant decrease in the weight of spleen, thymus, and mesenteric lymph nodes. A decrease in cellularity of spleen, thymus, bone marrow, and circulating blood lymphocyte population[488]. Acrylamide suppressed beneficial anti-tumor host immunity, hemagglutination titre, and the delayed type hypersensitivity response against sheep red blood cells[488].

Similar mechanisms can further the development and growth of uterine cancers and ovarian cancers.

*Key characteristic #8- can modulate receptor-mediated effects*

Acrylamide interacts with various receptors in the body, notably the **GABA receptor**, by blocking its transport and disturbing its distribution, and **dopamine receptors**, by increasing their number after exposure. It also impacts **nicotinic and muscarinic receptors** as part of its broader neurotoxic effects. Acrylamide can also act as endocrine-disrupting chemical[456]. Endocrine disruption has significant effects on the initiation and proliferation of uterine cancer and ovarian cancer.

*Key characteristic #10- alters cell proliferation, cell death, or nutrient supply*

The acrylamide metabolite glycidamide increases cell proliferation[489]. Glycidamide increased expression of cell cycle regulators and an increase in the migratory ability of prostate cancer cells[489]. Glycidamide increases the proliferation rate of certain cancer cells such as prostate via protein expression of the cell cycle regulator. Glycidamide promoted the migratory ability of prostate cancer cells via epithelial-to-mesenchymal transition (EMT)-associated protein expression[489].

Acrylamide also induces apoptosis in human lymphocytes[467]. Acrylamide can induce immunotoxicity by stimulating apoptosis and the protective effect of l-CAR to attenuate this toxicity[477]. Acrylamide-induces apoptosis (increased the gene expression levels of apoptotic markers *Caspase3* and *Bax*, while downregulating the antiapoptotic gene *Bcl2l2)* and oxidative stress in mouse ovarian tissue[490].

Thus, acrylamide can act as a tumor promoter via stimulating these 2 processes: cell proliferation and cell death. These processes are relevant to the proliferation of uterine cancer and ovarian cancer.

**CONCLUSION**

**Acrylamide is a potent and toxic carcinogen which exhibits 7 out of the 10 key characteristics of carcinogens. Acrylamide triggers mechanisms that can cause and contribute to the development of uterine and ovarian cancers. Acrylamide appears in chemical hair relaxers as part of complex mixtures that include other chemicals with toxicities relevant to uterine cancer and ovarian cancer. In this context, acrylamide can act as a tumor-initiator and tumor promoter of uterine and ovarian cancers.**

The scientific evidence demonstrates that acrylamide causes uterine and ovarian cancer in animals and humans. In the cancer biology field, when a chemical carcinogen causes a specific tumor type in both animals and humans, this is referred to "tumor concordance". This is very compelling support of cancer causation.

Thus, there is compelling scientific evidence of tumor concordance for uterine and ovarian cancer in both humans and animals, supported by substantial evidence of genotoxicity, and considerable knowledge on the many biologically plausible mechanisms of carcinogenicity of acrylamide.

## F. Parabens

Parabens are a group of p-hydroxybenzoic acid (PHBA) esters, including Methylparaben, Ethylparaben, Propylparaben, Isopropylparaben, Butylparaben, Isobutylparaben, and Benzylparaben, that are used in cosmetics as preservatives[491]. The parabens used most commonly in cosmetics are methylparaben, propylparaben, butylparaben, and ethylparaben. Parabens can enter the human body via various routes such as dermal exposure, exhalation, and ingestion.

In 2014 prior to the introduction of the key characteristics in 2016, **parabens were reported to possess 4 of the 6 classic hallmarks of cancer** including sustained proliferative signaling, evasion of growth suppressors (insensitivity to antigrowth signals), resisting cell death (evading apoptosis), and increased migration/invasion of tumor cells. Parabens can enable these 4 hallmarks of cancer in human epithelial cells[492]. Relevant to Hallmark 1, parabens stimulate unrestrained proliferation of human cancer cells (now key characteristic # 10). Parabens can be expressed in 99% of human breast tissue samples and induce estrogenic activity. Relevant to Hallmark 2, parabens bind to the estrogen-related receptor gamma (now key characteristic #8) may prevent its deactivation by growth inhibitors (now key characteristic #8). Relevant to Hallmark 3,

parabens induce a dose-dependent evasion of apoptosis in high-risk donor epithelial cells (now key characteristic #10). Relevant to Hallmark 4, long-term exposure to parabens leads to increased migratory and invasive activity in human cancer cells, properties that are linked to the metastatic process.

Parabens are expressed in various cancers such as breast cancer. Importantly, **paraben molecules are significantly more frequently detected in endometrial carcinoma tissue samples** than in the normal endometrium[493]. In studies from 2019, at least one type of paraben molecule was detected in 23% (9/39) of the patients in the group diagnosed with endometrial cancer, and in 2% (1/49) of the patients in the control group.

**Animal studies:** Long-term Exposure to low levels of parabens stimulates breast cancer growth and metastasis in mice[494]. Exposure to parabens increased breast cancer growth as measure by tumor volume compared with control mice. The mice exposed to parabens had up to 91% increase in the number of lung metastases per week compared with the control mice[494]. One strength of this study is that it used a biologically elegant cancer model that mimics human cancer, as it was an aggressive genetically engineered breast cancer model that resembles human breast cancer[494]. Many characteristics of the breast tumors in MMTV-PyMT mice resemble breast cancer in humans. Breast cancer is hormone-responsive. Because uterine and ovarian cancers are also hormone responsive, these studies on the pro-metastatic tumor-promoting activity of parabens in breast cancer are highly relevant to the cancer types in this case of hair relaxers.

*Parabens exhibit 7 of the 10 key characteristics of carcinogens*: parabens are genotoxic, induce epigenetic alterations, induce oxidative stress, induce chronic inflammation, are immunosuppressive, can modulate receptor-mediated effects and alter cell proliferation, cell death, or nutrient supply.

*Key characteristic #2- induces genotoxicity*

Many studies demonstrate that parabens are genotoxic, mutagenic, and carcinogenic[495]. In a study with cosmetic preservatives, two types of parabens: propylparaben and methylparaben induced the highest genotoxic activity from five different preservatives[496]. Ethylparaben and methylparaben increased chromosomal aberrations in a Chinese Hamster ovary cell assay[496]. Propylparaben induces DNA double-strand breaks and oxidative damage[497]. Parabens induce genotoxicity, DNA damage (e.g. tail DNA damage), and tissue damage in blood cells as measured in the comet assay[498]. In another study in cultured human lymphocytes (white blood cells), parabens induced cytotoxicity, chromosome aberrations (damage), and DNA migration (mean tail length) by the comet assay[499]. Butylparaben, propylparaben and isopropylparaben all exhibit genotoxic activity in the comet assay[495].

Exposure to ethyl-paraben significantly increased the frequency of micronucleaus and chromosomal aberrations in the lymphocytes. The genotoxic risk of ethyl-parabens may be related to telomere shortening[500]. Telemeres normally protect the human body including the genes and chromosomes from being damaged. Telomere disruption can induce genomic instability during human breast cancer progression. This study the genotoxic activity of ethyl paraben is associated with telomere shortening[500].

The genotoxic activity of parabens has been detected in several types of cells, and paraben induced DNA mutations can reach the uterus and ovary through systemic circulation via the blood. Uterine cancers and ovarian cancers can begin as DNA mutations caused by genotoxic chemicals.

*Key characteristic #4- induces epigenetic alterations*

Paraben exposure can perturb epigenetic regulation in human and rodent tissues[501]. Higher paraben levels have been associated with reduced methylation at DMR2 of *IGF2* in human placental tissue. In the rat, postnatal exposure to butylparaben was shown to alter DNA methylation in sperm from F0 males[501]. The identified DNA methylation markers (epigenetic alterations) for exposure to the most common EDCs such as parabens suggest that epigenetic alterations can disrupt metabolic health[502]. EDCs, including phthalates and parabens induce epigenetic alterations in rodents and humans[501]. Prenatal exposure to four major environmental phenols (BPA, Triclosan, BP3, and Parabens) and a phenol/phthalate mixture induced DNA methylation at birth[503].

DNA methylation and other epigenetic alterations can promote the growth of uterine cancers and ovarian cancers.

*Key characteristic #5- induces oxidative stress*

Parabens induce oxidative stress such as reactive oxygen species (ROS) in spermatozoa[504]. This paraben mixture promoted the generation of reactive oxygen species (ROS), blocking sperm motility and viability (the ability to grow) in a dose-dependent manner. The ability of each paraben to activate ROS and stimulate oxidative DNA damage was related to length pf the alkyl chains[504]. Exposure to ethylparaben for 21 days in fish induced oxidative stress by blocking anti-oxidant defense mechanisms including SOD, GSH, CAT, and POD[498]. Ethylparaben increased oxidative stress markers of reactive oxygen species (ROS) and TBARS on fish tissues, liver, kidney, and gills compared to controls[498]. Parabens increased the expression of pro-apoptosis genes (BAX, cytc, Caspase 3 and Caspase 9), while reduced the expression of the anti-apoptosis gene Bcl2[505]. Thus, exposure to butyl paraben induces oxidative stress via a pro-an inflammatory reaction (KC #6) and apoptosis (KC# 10)[505].

Butyl paraben also induces oxidative stress via reduced antioxidants such as decreased glutathione levels and elevated oxidized glutathione[506]. Other parabens such as methylparaben disrupt the balance between oxidative stress and antioxidant capacity. These parabens harm the body via significantly dysregulated lipids in the gut, blood, and liver[507]. The methylparaben induce liver liver[507]. Methylparaben also induce oxidative stress in rainbow trout via toxic activity on the blood, liver, and kidney[508].

The various key characteristics of parabens interact with each other to make the pro-cancer activity of parabens even more potent than a single key characteristic. Oxidative stress as measured by oxidative DNA damage contributes to the toxic activity of propylparaben in mammalian cells[497]. This oxidative stress-related activity contributed to the genotoxic (KC #2) and cytotoxic cell-killing activity that contributes to proliferation (KC #10).

Exposure to parabens and other EDCs is associated with dyslipidemia[509]. Dyslipidemia can lead to atherosclerosis, which is the buildup of plaque in the arteries. Parabens induce oxidative stress markers such as 8-OHdG which account for part of the overall effect of these EDCs on hypercholesterolemia and hyper-LDL-cholesterolemia (6 to 13%)[509]. Urinary paraben derivatives are also associated with increased oxidative stress of nucleic acids and lipids in pregnant women[510]. Paraben derivatives can be even more potent stimulators of oxidative stress as reflected by increased oxidative stress biomarkers (OSBs) compared with parabens[510].

Co-exposure to multiple endocrine-disrupting chemicals (EDCs) exhibit a dose response in causing oxidative stress[511]. These studies included 8 classes of EDCs including parabens, bisphenols, glycidyl ethers, antimicrobials, benzophenones, phthalates, tri and dichlorophenols. Many of these chemicals (e.g. parabens, benzophenones, and phthalates) are EDCs that have been present in hair relaxers. There was a positive relationship between the mixture of EDCs and the oxidative stress biomarker 8-OHdG via a U-shaped dose-response curve[511]. Another study of low-level mixtures including parabens and phthalates showed a dose-response relationship between DNA oxidative damage (KC #5 and KC #2) and 8-OHdG[512]. There was an association between the mixture of these chemicals and 8-OHdG, with methylparaben and mono-benzyl phthalate mediating much of this stimulation of oxidative stress[512]. Co-Exposure to a mixture of parabens, bisphenols, and antimicrobials was associated with coronary heart disease, with oxidative stress serving as a potential mediating Factor[513].

Studies from China studies showed a significant relationship between urinary concentrations of parabens and oxidative stress biomarkers[514],[515]. Exposure to select parabens during pregnancy also increased oxidative stress and inflammation. In these studies, paraben concentrations were consistently associated with higher levels of oxidative stress biomarkers[516]. Urinary methyl paraben (MP) or ethyl paraben (EP) levels were also associated with several oxidative stress related biomarkers such as urinary oxidative stress biomarkers 8-OHdG and malondialdehyde (MDA) after the adjustment of relevant factors such as maternal age, mode of delivery, pre-pregnancy body-mass index (BMI), gestational age and parity (the number of times a woman has given birth)[517]. Parabens also exhibit estrogenic activity that impacts oxidative stress, tumor marker expression, and cancer metastasis[518].

Thus, parabens can generate oxidative stress in the body through multiple pathways. This oxidative stress can create a favorable environment which leads to the proliferation, growth and development of uterine cancer and ovarian cancer.

*Key characteristic #6- Induces chronic inflammation*

During pregnancy, exposure to parabens stimulates chronic inflammation via pro-inflammatory markers such as C-reactive protein (systemic marker of inflammation) and inflammatory cytokines such as TNF-alpha, IL-6, and IL-10. These cytokines and biomarkers of inflammation was associated with levels of the parabens in the urine[519]. Thus, the level of urinary parabens during pregnancy demonstrated a pro-inflammatory relationship with immune biomarkers[519]. Immune cells in the body (such as macrophages) generate these pro-inflammatory molecules such as C-reactive protein (CRP), IL-6, IL-10, IL-1 or IL-1[520]. Exposure to parabens can stimulate inflammatory cytokines such as (CRP), IL-10, and TNF-α during depression, which

is an inflammatory disease[519]. Ethylparaben exposure also increases white blood cell counts via increased inflammation in fish[498].

Parabens may disrupt inflammatory processes relating to uterine remodeling and endothelial function, with important for pregnancy outcomes[517]. Significant positive associations were also detected between methyl-paraben and MMP1 (10.78 %, 95 % CI: 2.17, 20.11)[517]. Butyl paraben induces neuroinflammation and increased pro-inflammatory cytokine levels in the brain (tumor necrosis factor-alpha, interleukin-1-beta, and interleukin-6)[506]. There are consistent positive associations between human exposure to parabens and levels of pro-inflammatory biomarkers[520]. Both in vitro (e.g. studies done outside the body) and in vivo studies (studies in the body) have shown that parabens can regulate the inflammatory molecules such as cytokines, inducing a pro-inflammatory microenvironment[518].

Cytokines that have been generated by parabens are relevant to uterine cancer and ovarian cancer, as these cancers can be initiated and promoted by these same cytokines.

*Key characteristic #7- Induces Immunosuppression*

Parabens induce immunosuppression with reduced tumor surveillance[518]. Several paraben esters (butyl-, propyl-, isobutyl-, and isopropylparaben) induce genotoxic and cytotoxic effects on human peripheral lymphocytes, resulting in increased sister chromatid exchanges, chromosomal aberrations, and micronucleus formation[521]. Because lymphocytes (white blood cells) protect against cancer by killing tumor cells, this dysregulation in lymphocytes increases the risk of tumor immune evasion via immunosuppression which can allow spread of cancer throughout the human body[521].

Parabens reduce immune response, which can promote the growth, development and progression of uterine cancers and ovarian cancers.

*Key characteristic #8- can modulate receptor-mediated effects*

Parabens are classified as endocrine-disrupting chemicals (EDCs). Parabens increase estrogenic activity in animal models and yeast cells[522]. Estrogens act in target cells in the human body by binding to intracellular estrogen receptors (ER), which function in as ligand-activated transcription factors to regulate gene expression[492]. Paraben-induced proliferation (KC #10) can be mediated via estrogen receptor activity[522]. Parabens induced disturbances of estrogen hormone action. Estrogens trigger target gene expression principally through estrogen receptors alpha and beta. Paraben compounds disrupt estrogen metabolism by inhibition of 17-Hydroxysteroid dehydrogenases[523]. Compounds inhibiting 17β-HSD2 increase estrogen concentrations and the transcription of estrogenic target genes, thereby causing estrogenic effects[523].

Parabens increase estrogen activity on fish such as rainbow trout after exposure to food and water[524]. Parabens are toxic compounds that disrupt normal endocrine function by interfering with endocrine system and other functions of the body such as immune function[498,525].

Parabens cause endocrine disruption, which can promote uterine and ovarian cancers.

*Key characteristic #9- cell immortalization*

Parabens can induce cell immortalization by transforming normal human breast epithelial cells into cancer cells[526]. Dose-responses showed that concentrations as low as 10(-6) M methylparaben, 10(-7) M n-propylparaben and 10(-7) M n-butylparaben could increase colony numbers[526].

This limited study supports that parabens cause cancer via immortalization (key characteristic # 9).

*Key characteristic #10- alters cell proliferation, cell death, or nutrient supply*

Parabens can stimulate the proliferation of cancer cells such as in the breast[492,522]. Ethylparaben, Propylparaben, and Butylparaben in the diet result in cell proliferation in the forestomach of rats[491].

Parabens in cosmetic preservatives (polyparaben and methylparaben) induce high levels of cell death (apoptosis and necrosis) as determined by flow cytometry[496]. Parabens can stimulate via a dose-response evasion of apoptosis[492]. Exposure to parabens can alter gene expression several signaling pathways related to endometriosis such as apoptosis and cell differentiation in women with endometriosis[527]. Methyl paraben also induces apoptosis via caspase dependent pathway under UVB exposure in human skin cells[528]. Studies showed that cells called mitochondria mediate apoptosis via upregulation of pro-apoptosis factors such as Bax, Apaf-1, Cytochrome C and Caspase-3. Specific caspase inhibitor, Z-VAD-FMK showed involvement of caspase cascade pathway in apoptosis[528]. Butylparaben and propylparaben act as neuroactive compound capable of inducing anxiety-like behavior through a mechanism involving oxidative-stress-induced apoptosis in the head of zebrafish larvae[529]. These parabens induced a significant increase in intracellular reactive oxygen species (ROS) and reduced antioxidant enzymes: superoxide dismutases (SOD), catalases (CAT), Glutathione peroxidase (GPx), glutathione S-transferase (GST), and Glutathione (GSH) activity in the head region of the zebrafish larvae[529]. Butyl paraben also promotes apoptosis in human trophoblast cells (the outer cells of an embryo) through increased oxidative stress-induced endoplasmic reticulum stress[530]. In these studies, butyl parabens promoted the production of oxidative stress (KC #5) via intracellular reactive oxygen species[530]. Butylparaben exposure also activates the stress-mediated apoptosis of primary cortical neurons, which is closely linked with neurodegeneration in the brain[531]. Therefore, targeting ER stress may be considered a strategy for the treatment of butylparaben-induced neurodegeneration[531].

Parabens promote invasive properties of four human cells, an important pro-cancer property[532]. MP and PP up-regulated the expression levels and enzymatic activities of matrix metalloproteinase 2 and 9 (MMP2 and MMP9), as well as altered the expression of the tissue inhibitors of metalloproteinase 1 and 2 (TIMP1 and TIMP2) in four cell lines, suggesting MMPs/TIMPs as potential key events (KEs) for paraben-induced cell invasion[532].

Parabens and others EDCs such as benzophenone exposure were associated with angiogenesis (nutrient supply) as well as inflammation, hormone stimulation, cell adhesion, and

metastasis in women at risk for endometriosis, an estrogen-dependent disease[520]. These angiogenesis factors included urinary concentrations of ANG, ANGPT1, and sVEGFR-1 expression. These findings support that parabens stimulate the nutrient supply (angiogenesis) in endometriosis[520].

Thus, parabens can act as a tumor promoter via stimulating these 3 processes: cell proliferation, cell death, and vascular supply (angiogenesis). Uterine cancers and ovarian cancers can also be promoted via these processes.

**CONCLUSION**

**Parabens exhibit 7 out of the 10 key characteristics of carcinogens. Parabens trigger mechanisms that can cause and contribute to the development of uterine and ovarian cancers. Parabens appear in chemical hair relaxers as part of complex mixtures that include other chemicals with toxicities relevant to uterine cancer and ovarian cancer. In this context, parabens can act as a tumor-initiator and tumor promoter of uterine cancer and ovarian cancers.**

## G. Phthalates

Phthalates are a class of chemicals utilized to increase the flexibility of plastic and vinyl, and occur as ingredients in personal care products such as cosmetics, shampoos, and perfumes, plastic/vinyl toys, shower curtains, medical equipment/devices, and polyvinyl chloride plastics. Phthalates act as endocrine disrupting chemicals (EDCs). Hair products include phthalates such as Di-2-ethylhexylphthalate (DEHP).

The National Toxicology Program (NTP-2021) has classified DEHP as reasonably be anticipated to be a human carcinogen[533]. This determination is based on sufficient evidence of carcinogenicity found in studies involving experimental animals (mice and rats).

The International Agency for Research on Cancer has classified di-2-ethylhexyl phthalate (DEHP) as "possibly carcinogenic to humans" (Group 2B)[534].

The EPA (2007) classified DEHP in Group B2, *probable human carcinogen* based on inadequate data in humans and sufficient evidence in animal studies.

**Epidemiology:** Uterine cancer is associated with phthalate metabolites found in hair care products. In a case–control study, urinary dibutyl phthalate (DBP) metabolite excretion (sum of MiBP and MnBP excretion)] was positively associated with **endometrial cancer risk**[535]. Relevant to this case of hair relaxers, the concentrations of phthalates in urine samples from endometrial cancer patients are than those who are endometrial cancer-free[536]. The metabolite mono-benzyl phthalate (MBzP) was independently associated with endometrial cancer (OR 3.712, 95 % CI 1.464-9.414, p = 0.006)[536]. In fact, screening for urinary endocrine-disrupting compounds (EDCs) such as phthalates are a strategy to screen for ovarian cancer in women[537]. Importantly, exposure to phthalates such as **di(2-ethylhexyl) phthalates** is associated with **poorer overall survival in ovarian cancer patients**[538]. The highest tertiles of mono-2-ethyl-5-oxohexyl phthalates and

monoethyl phthalates were associated with poorer overall survival, with ORs (95% CIs) being 4.24 (1.46, 12.32) and 3.28 (1.16, 9.22), respectively. The highest tertiles of the sum of di(2-ethylhexyl) phthalate metabolites, the sum of phthalate metabolites, and the sum of 10 phthalate metabolites, were associated with worse overall survival, with ORs (95% CIs) were 18.4 (4.14, 81.87), 9.28 (2.87, 30.08), and 5.94 (2.00, 17.64), respectively[538].

Long-term co-exposures to source water estrogen-disrupting compounds (EDCs) such as phthalates may be important to the development of breast, ovarian, and uterus cancers in high incidence areas in China[539].

Higher exposure to DEHP may contribute to the occurrence of colorectal cancer[540]. Phthalate exposure is associated with adult hormone-related malignancies such as thyroid, prostate, and breast cancer[541-547]. Exposure to diethyl phthalate increases the risk of breast cancer. Analysis of 37 studies showed that human exposure to EDCs is associated with increased breast cancer risk[548]. Exposure to diethyl phthalate may be associated with increased risk of breast cancer, whereas exposure to the parent phthalates of MBzP and MCPP might be negatively associated[543]. For premenopausal women, this association became stronger – the odds ratio was even higher at 4.13[543]. There was a significantly association between uterine fibroids and DEHP metabolites [549].

Two studies did not show a significant association between phthalate and breast cancer[545,546]. In a prospective study of phthalates and postmenopausal breast cancer, phthalate biomarker concentrations did not show any increased risk of developing invasive breast cancer[546]. In a meta-analysis, phthalate metabolites MBzP and MiBP were associated with breast cancer, whereas no associations were found between BPA, MEP, MEHHP, MEHP, MEOHP, MCPP, and MBP and breast cancer[550]. Another study showed an inverse association between urinary concentrations of several phthalate metabolites and breast cancer and subsequent breast cancer mortality among a sample of predominantly white women[551].

DEHP, BBzP, and DiBP exposure were associated with prostate cancer occurrence in abdominally obese men[547]. There was a strong association between prostate cancer and mono-isononyl phthalate (MiNP)[552].

Childhood phthalate exposure had a tight association with incidence of osteosarcoma (hazard ratio [HR] 1⁄4 2.78, 95% confidence interval [CI] 1⁄4 1.63 to 4.75)[553]. Childhood phthalate exposure was exhibited a positive association with incidence of lymphoma (HR 1⁄4 2.07, 95% CI 1⁄4 1.36 to 3.14) (e.g. Hodgkin and non-Hodgkin lymphoma)[553]. These associations were robust to multivariable adjustment and increased to a 12-month exposure lag. Exposure to any phthalate during childhood was associated with an approximately 20% higher incidence hazard for any childhood cancer[553].

Exposure to certain phthalates may contribute to increased risks of thyroid cancer[542]. Two studies reported positive associations between urinary DEHP metabolites and thyroid cancer incidence[541,542]. Urine phthalate metabolites in the urine are associated with bladder cancer in chronic kidney disease patients[554]. EDC exposure may contribute to fibroid risk and progression[555].

Phthalates exposures may be associated with fibroid outcomes[556]. There is scientific evidence of the cancer risk of DEHP via inhalation[557].

**Animal studies:**

Animal studies have demonstrated that phthalates cause cancer[558]. Di(2-ethylhexyl) Phthalate induces tumor-initiating and tumor-promoting activities in vivo in animal models[559]. The NTP conducted two chronic carcinogenicity studies with DEHP in rats.

**Importantly, in female rats, increasing exposure to DEHP induced more uterine adenocarcinomas[533].** DEHP also induced a significant increase in the incidences of liver neoplasms and pancreatic adenomas.

DEHP **significantly increased the frequency of uterine adenocarcinoma and uterine adenoma,** adenocarcinoma, squamous cell carcinoma, or squamous cell papilloma compared to the control group[533].

n-Butyl Benzyl Phthalate stimulates breast cancer progression by inducing expression of lymphoid enhancer factor 1[560].

DEHP increases the susceptibility of prostate carcinogenesis in male offspring[561]. In the neoplastic lesions, there were a higher number of hepatocellular adenomas in the male rasH2 mice receiving 1% di-isodecyl phthalate (DIDP), compared with the findings in the liver of control rasH2 mice or wild-type mice[562]. Di(2-ethylhexyl) phthalate increased the liver tumors in rats and mice, while di(2-ethylhexyl) adipate caused liver tumors in mice[563].

Di-(2-ethylhexyl) phthalate stimulated skin tumor growth via a differential effect on M1- and M2-polarized macrophages in mouse model[564]. DEHP treatment increased polyp formation, and invasive colon adenocarcinoma in a mouse model[565]. MEHP facilitated the progression of colorectal cancer through AKT-β-catenin signaling[565]. Phthalate-induces metastasis (spread of cancer) via cancer stem cell (CSC)-like cells in liver cancer[566].

*Phthalates exhibit 7 of the 10 key characteristics of carcinogens*: phthalates are genotoxic, induced epigenetic alterations, induce oxidative stress, induce chronic inflammation, are immunosuppressive, can modulate receptor-mediated effects and alter cell proliferation, cell death, or nutrient supply.

*Key characteristic #2- is genotoxic*

Several studies show that phthalates are genotoxic[567]. Phthalate esters induced more DNA damage and chromosomal breakage (as measured by micronucleus) than controls[568]. Dibutyl phthalate (DBP) induced genotoxicity via DNA and chromosome damage[569]. Mono(2-ethylhexyl)phthalate (MEHP) also creates chromosomal damage[570]. The genotoxic activity of phthalates both in vitro and in vivo can be mediated by mechanism of oxidative stress (KC #5) via the reactive oxygen species (ROS)[569]. The genotoxic activity of phthalates is an important mechanism in the tumor initiating and tumor promoting activity of phthalates. Dibutyl phthalate

(DBP) induce a dose-dependent significant increase in genotoxicity (DNA damage), cytotoxicity, oxidative stress, and micronuclei formation was observed in white blood cells compared to the control group[571].

Dibutylphthalate (DBP) and diisobutylphthalate (DiBP) both induce genotoxicity in the mucosal cells of head and neck cancer patients and non-cancer patients[572]. Di-butyl-phthalate and di-iso-butyl-phthalate caused genotoxicity in human lymphocytes and mucosal cells[573]. Butyl cyclohexyl phthalate induced chromosome abnormalities in a dose-dependent manner[574]. Butyl cyclohexyl phthalate also induced mutagenic activity in the presence of S9 mix with the Salmonella strain TA100 in the Ames test[574].

Exposure to DEHP metabolite (MEHP) induced genotoxic, mutagenic, and carcinogenic activity in mammalian Chinese hamster ovary cells[575]. MEHP induced oxidative stress via generation of reactive oxygen species (ROS) and DNA strand breaks in a dose-dependent manner in the ovary cells[575]. MEHP induced mutations including by G:C to A:T and A:T to G:C transitions. Independent mutant cell clones demonstrated increased tumor growth in a subset of the clones. DBP and DEHP increases the risk of invasive breast cancer and these tumor tissues exhibited mutations in several phthalate-responsive genes[576].

Phthalates exhibit genotoxic effects in numerous cell types and biological systems. This is relevant, as uterine cancers and ovarian cancers can begin as genetic mutations caused by genotoxic chemicals.

*Key characteristic #4- induces epigenetic alterations*

Phthalate exposure induces DNA methylation in cord blood[577]. Exposure to di(2 ethylhexyl)phthalate (DEHP) is associated with DNA methylation changes[578]. Mono-2-ethyhexyl phthalate modulates DNA Methylation in human prostate carcinoma (LNCaP Cells) which is consistent with epigenetic alterations[579].

DNA methylation also contributes to the development of uterine and ovarian cancers.

*Key characteristic #5- induces oxidative stress*

Dibutyl phthalate (DBP) induce a dose-dependent significant increase in oxidative stress in white blood cells compared to the control group[571]. The di-(2-ethylhexyl) phthalate (DEHP) metabolite induces genotoxicity, mutagenesis, and carcinogenic activity in cells via oxidative stress (e.g. reactive oxygen species)[575]. Dibutyl phthalate (DBP) at low concentrations induced oxidative stress and genotoxicity in the brain of aquatic fish such as zebrafish[580]. DBP significantly stimulated oxidative stress (e.g. SOD and CAT) activities, increasing the oxidative stress biomarkers MDA and 8-OHdG contents[580]. Exposure in soil to Di-n-butyl phthalate (DnBP) induced DNA damage and cytoxicity via oxidative stress in earthworms[581]. Apoptosis (KC #10) of amoebocytes was increased with increasing DnBP concntration[581].

Subchronic exposure to diisopentyl phthalate (DiPeP) in catfish induced severe genotoxicity (KC #2) via increased oxidative stress (e.g. glutathione S-transferase activity and

reduced glutathione levels) and immunotoxicity (KC #7)[582]. Di-n-butyl and di-iso-pentyl phthalates and their mixture increases oxidative stress and malformations in zebrafish[583]. Importantly, the mixture was more toxic than either phthalates when tested in isolation, showing key interactions[583]. This has important implications for evaluating the synergistic and additive toxicities that may be occurring with exposures to chemical hair relaxers.

*Key characteristic #6- Induces chronic inflammation*

The phthalate DHEP increases the pro-inflammatory factors hypoxia inducible factor 1α (HIF-1α) and the pro-inflammatory eicosanoid enzyme cyclooxygenase-2 (COX-2) in human leiomyoma cells[584]. These potent inflammation promoting molecules stimulate chronic inflammation.

Mono-2-ethyhexyl phthalate (MEHP) stimulates the migration and invasion of Wilms tumor cells by activation of the potent pro-inflammatory pathway of NF-κB signaling[585]. di (2-ethylhexyl) phthalate (DEHP) stimulates the powerful pro-inflammatory cytokine IL-6 which is involved in migration and invasion of cancer cells including lung non-small cell cancer lung carcinoma (NSCLC) cells[586]. DHEP also induces a pro-inflammatory response in endometrial cancer model[587]. Di-(2-ethylhexyl) phthalate promotes melanoma tumor growth via chronic inflammation via M1-and M2-polarized macrophages in mouse model[564]. Phthalates can also stimulate depression via pro-inflammatory mechanisms[588].

Chronic inflammation can promote the initiation, proliferation, and growth of uterine and ovarian cancers.

*Key characteristic #8- can modulate receptor-mediated effects*

Phthalate monoesters can trans-activate the nuclear receptors PPARalpha and PPARgamma[589]. Low-dose mono(2-ethylhexyl) phthalate (MEHP) promotes ovarian cancer development through PPARalpha-dependent PI3K/Akt/NF-kB pathway[590]. This is a very powerful pathway in ovarian cancer to stimulate cancer growth via the nuclear receptor PPARalpha. MEHP stimulates ovarian cancer cell migration, invasion, and epithelial-mesenchymal transition (EMT), which are all important pro-tumor and pro-metastatic mechanisms[590]. MEHP stimulated a potent pro-inflammatory pathway (NF-kB). Importantly, exposure to MEHP significantly promoted the metastasis of ovarian cancer xenografts in mice, which could be blocked by the treatment of PPARα inhibitor GW6471[590]. Thus, the pro-cancer activity of MEHP in stimulating ovarian cancer in mice was mediated by the nuclear receptor PPARalpha[590]. Di(2-ethylhexyl)phthalate causes liver cancer through a Peroxisome Proliferator-activated Receptor alpha-independent Pathway[591].

Phthalates (DEP, DMP, DOP) may critically drive ovarian carcinogenesis via strong binding to SIRT1/PPARα, metabolic reprogramming (HIF-1α/glycolysis), and tumor microenvironment remodeling[592]. Phthalate targets show cell-type-specific expression patterns that may orchestrate tumor-stroma-immune crosstalk such as in tumor-associated macrophages could polarize them toward pro-tumorigenic phenotypes via estrogen receptor signaling and fostering hypoxic niches that drive metastasis[592].

Phthalates act as EDCs and increase estrogen activity. EDCs including Di-2-ethylhexylphthalate (DEHP, a phthalates), and its primary metabolite, mono-(2-ethylhexyl)phthalate (MEHP), and secondary metabolites, mono-(2-ethyl-5-hydroxyhexyl)phthalate (MEHHP) and mono-(2-ethyl-5-oxohexyl)phthlate (MEOHP) can cause cancer through endocrine mediated pathways.

These endocrine mediated pathways are implicated in uterine and ovarian cancers.

*Key characteristic #10- alters cell proliferation, cell death, or nutrient supply*

Phthalates can increase cell proliferation via epigenetic DNA methylation alterations (KC# 4) and DNA damage (KC #2)[593,594]. Phthalates at low concentrations stimulate the proliferation of breast cancer cells[595,596]. Phthalates induce the proliferation and invasiveness of estrogen receptor-negative breast cancer[597]. Phthalates also promote the proliferation of prostate cancer cells[598]. Di(2-ethylhexyl) phthalate (DEHP) increases the proliferation of epithelial breast cancer cells[84]. DEHP also promotes lung cancer progression by promoting cell proliferation, inflammation, and EMT via activation of Wnt/β-catenin signaling[599]. Phthalate ester stimulates breast cancer cell proliferation, migration, and invasion[600,601]. MEHP stimulates the proliferation of oral cancer cells[602].

Mono-(2-Ethylhexyl) phthalate (MEHP) accelerated the invasion and migration of human testicular embryonal carcinoma cells[603]. Phthalates stimulates the invasion of liver cancer cells[604]. Mono-2-ethyhexyl phthalate (MEHP) stimulate migration and invasion of human melanoma cells[605]. Endocrine disruptors promote invasion and spread of human neuroblastoma cells[606]. The tumor promoting activity of phthalates can result in resistance to chemotherapy[601]. Phthalate exposure enhances cancer cell metastasis and chemotherapeutic drug resistance by increasing cancer cell stem cells[607]. Epithelial to mesenchymal transition (EMT) is an important pro-metastatic mechanism to boost the spread of cancer cells throughout the body. Phthalates stimulate EMT in human breast epithelial stem cells[608].

Pathway analysis showed that phthalates were associated with several pro-tumor processes such as angiogenesis (nutrient supply), apoptosis, and proliferation when studying mRNA gene targets of phthalate-associated miRNAs[609]. di(2-ethylhexyl)phthalate exposure induces colon tumor promotion in rats via stimulation of pro-angiogenic factors (e.g. expression of β-catenin, COX-2, VEGF, and cyclin D1)[610]. Studies on various pathway analysis revealed gene targets on the mRNA level of phthalate-associated miRNAs were significantly associated with multiple fibroid-related processes including angiogenesis, apoptosis (cell death), and proliferation of connective tissues[609]. Benzyl butyl phthalate induces angiogenesis, migration, and invasion of hepatocellular carcinoma cells[611].

Thus, phthalates can act as a tumor promoter via stimulating these 3 processes: cell proliferation, cell death, and nutrient supply. Uterine cancer and ovarian cancer are also promoted through these processes.

## CONCLUSION

**Phthalates are toxic carcinogens which exhibit 7 out of the 10 key characteristics of carcinogens. Phthalates trigger mechanisms that can cause and contribute to the development of uterine and ovarian cancers. Phthalates appear in chemical hair relaxers as part of complex mixtures that include other chemicals with toxicities relevant to uterine cancer and ovarian cancer. In this context, phthalates can act as tumor-initiators and tumor promoters of uterine cancer and ovarian cancer.**

There is compelling scientific evidence of tumor concordance for uterine cancer in both humans and animals, supported by other carcinogenic activity in animals, evidence in human cell and tissue, substantial evidence of genotoxicity, and considerable knowledge on the many biologically plausible mechanisms of carcinogenicity in phthalates.

## H. N-Nitrosodiethanolamine (NDELA)

Nitrosamines are a very harmful and toxic class of chemical carcinogens that are genotoxic, mutagenic, clastogenic, teratogenic, and carcinogenic. Nitrosamines are so toxic and deadly that they are referred to as a "Cohort of Concern", with a high risk of causing DNA damage. Greater than 250 nitrosamines are carcinogens in various animal models[612]. NDELA is a nitrosamine found in several industrial and consumer products such as cutting fluids, cosmetics, and tobacco. NDELA is a potent carcinogen expressed in tobacco smoke[613].

**National Toxicology Program Report on Carcinogens; 15th edition (2021):** NDELA is reasonably anticipated to be a human carcinogen.

**IARC:** IARC classified NDELA as "possible human carcinogen" (category 2B)[614]. IARC stated "*There is sufficient evidence of a carcinogenic effect of N-nitrosodiethanolamine in two experimental animal species. Although no epidemiological data were available, N-nitrosodiethanolamine should be regarded for practical purposes as if it were carcinogenic to humans (IARC 1978.*"

**U.S. Environmental Protection Agency (EPA):** NDELA is a carcinogen that the US EPA has issued cautions on. The EPA warned that NDELA can form when certain amines, like diethanolamine (DEA), are mixed with nitrites. NDELA is a suspected carcinogen, and regulatory bodies have issued warnings and set limits for its presence in products.

**Epidemiology:** In a review of workers exposed to metalworking fluids, IARC reported increased cancer mortality or incidence among workers using fluids containing NDELA. Metal workers that were exposed to NDELA experienced an increase in DNA damage[615].

Relevant to this case, NDELA can penetrate the skin extremely quickly[616]. Cutaneous (skin) contact with NDELA likely contributes, at least in part, to the overall body uptake of NDELA in workers exposed to metalworking fluids[617].

**Animal studies:** Studies with NDELA in hamsters and rats showed that NDELA is a potent carcinogen[618]. NDELA can cause liver tumors in rats and nasal cavity/tracheal tumors in hamsters[619-624]. NDELA is a potent carcinogen and can cause cancer at low doses[622,623]. In some

studies, 20-45% of the NDELA-treated rats died of metastasis (spread of cancer) which is a sign of the powerful pro-tumorigenic activity[625]. In contrast, no tumors developed in untreated controls, almost all of which exhibited prolonged survival compared to the treated animals[625].

*N-Nitrosodiethanolamine (NDELA) exhibits 2 of the 10 key characteristics of carcinogens*: NDELA is genotoxic and induces oxidative stress.

*Key characteristic #2: is genotoxic*

Several studies demonstrate that NDELA is genotoxic[616,626-631]. NDELA is genotoxic via the induction of DNA single strand breaks in primary rat hepatocytes[626]. A single oral test dose of NDELA in rats caused single strand breaks in the liver[626]. NDELA induces DNA adducts[630]. In rats, NDELA induces dose-dependent DNA single strand breaks[629]. The highest dose of NDELA induced the most single strand breaks[629]. NDELA promotes DNA damage in nasal mucosa cells of humans and rat cells as measured by the comet assay[628].

NDELA is mutagenic and can cause gene mutations in mammalian cells[632]. NDELA was mutagenic in S. typhimurium TA 100 and TA 1535 in the presence of hamster-liver S-9 but not rat-liver S-9[633]. NDELA exhibits mutagenic activity in both vitro and in vivo assays[614,631]. NDELA can be activated to intermediates that are directly mutagenic in strains TA 98 and TA 100[626]. Alcohol dehydrogenase (ADH) is an enzyme that activates NDELA to a potent mutagen[634]. Measuring mutagenic activity can be challenging as it requires both alcohol dehydrogenase activity (ADH) and CYP-mediated metabolism. NDELA induces concentration-dependent gene mutations in cells engineered for expression of both human biotransformation enzymes CYP2E1 and SULT1A1[632].

The NDELA metabolite N-nitroso-2-hydroxymorpholine is a genotoxic and mutagenic carcinogen[618,626,635]. NDELA can also be activated to a genotoxic metabolite by sulfotransferase in a rat model[636]. NDELA is activated in the rat liver to single strand breaks in rat liver DNA by a two-step metabolic transformation sequence involving alcohol dehydrogenase and sulfotransferase[637]. NDELA also induces mutagenic activity and increases the frequency of sister chromatic exchanges (SCE) in human lymphocytes after activation by alcohol dehydrogenase[616]. NDELA at higher levels can also increase sister chromatic exchanges (SCE) without any activation system[618]. NDELA also has genetic and weak mutagenic activity in Drosophila[638]. In human white blood cells, NDELA induced a concentration-dependent increase in chromosome aberrations, micronuclei, and sister chromatid exchanges [618]. Metal workers exposed to NDELA in synthetic cutting fluids developed DNA damage as DNA single strand breaks in blood cells[627].

The genotoxicity of NDELA is relevant, as both uterine cancers and ovarian cancers can begin as DNA mutations caused by genotoxic chemicals.

*Key characteristic #5- induces oxidative stress*

N-Nitrosodiethanolamine (NDLEA) stimulates oxidative stress via lipid peroxidation in the liver of rats[639]. Oxidative stress can create a proliferative environment in which uterine cancers and ovarian cancers can grow and develop.

## CONCLUSION

**NDELA is a potent and very toxic carcinogen which exhibits 2 out of the 10 key characteristics of carcinogens. NDELA triggers mechanisms that can cause and contribute to the development of uterine and ovarian cancers. NDELA appears in chemical hair relaxers as part of complex mixtures that include other chemicals with toxicities relevant to uterine cancer and ovarian cancer. In this context, NDELA can act as a tumor-initiator and tumor promoter of uterine and ovarian cancers.**

## I. Benzophenones

Benzophenones (BPs; e.g. BP-1, BP-3, BO-4) act as endocrine-disrupting compounds and have carcinogenic activity[640].

**IARC:** The International Agency for Research on Cancer classified benzophenone as **Group 2B**, which means it is **"possibly carcinogenic to humans"**.

**Epidemiology:** No epidemiology studies related to benzophenone exposure in humans were found in the literature.

**Animal studies.** In the National Toxicology Program (NTP studies: 2006), benzophenone induced kidney cancer, liver tumors, leukemia, and histiocytic sarcomas[640].

*Benzophenones exhibit 6 of the 10 key characteristics of carcinogens*: benzophenones are genotoxic, induce oxidative stress, induce chronic inflammation, induces immunosuppression, modulate receptor-mediated effects, and alter cell proliferation, cell death, or nutrient supply.

*Key characteristic #2- is genotoxic*

Genotoxicity testing of the parent benzophenone compounds using the SOS/umuC assay showed that UV filters exhibit weak genotoxic activity in the presence of a metabolic activation system[641]. With the human cytochrome P450 system in SIS/umu assay, benzophenone and its two metabolites showed moderate genotoxic activation[642]. Benzophenone induced positive mutation effects on the TA102 strain at doses of 0.05 µg/plate and 0.5 µg/plate were detected in the Ames assay[643]. BP-3 in human lymphocytes induced the number of increased micronuclei and chromosomal aberrations at all tested concentrations[644].

Benzophenone-3 (BP-3) induced genotoxicity and mutagenic activity in freshwater fish[645]. In these studies, BP-3 at concentrations relevant to the environment induced DNA damage and increased the frequency of erythrocyte nuclear abnormalities compared to control[645]. BP-3 induces mutagenic and cytotoxic activity in the blood cells of zebrafish[646].

Uterine cancers and ovarian cancers can begin as DNA mutations caused by genotoxic chemicals, therefore the genotoxic activity of benzophenones is of concern.

*Key characteristic #5- induces oxidative stress*

Benzophenone-3 (BP-3) was studied at an environmentally relevant concentration on the gills, kidney, and antioxidant system of zebrafish. BP-3 at low concentrations impaired the natural anti-oxidative defense systems: in the gills, SOD activity was reduced while the oxidant systems stayed the same[647]. This increased oxidative stress in the gills. BP-3 also stimulated oxidative stress via significantly increased SOD activity with reduced CAT activity[647]. BP-3 also promoted oxidative stress in the liver and thyroid of zebrafish via a significant increase in SOD activity, while CAT showed no changes after 96 h of exposure to BP-3[648]. Exposure to BP-3 also induced significant histopathological changes in the liver *of zebrafish* and increasing inflammatory responses (KC #6)[648]. BP-3 induces oxidative stress (e.g. oxidation in cells) and cytogenoxicity (e.g. induction of micronuclei) in plants[649]. BP-3 causes oxidative stress in the brain and impairs memory in adult zebrafish[650]. In the zebrafish, BP-3 increased oxidative stress molecules (reactive oxygen species) and promoted pro-oxidase enzymes catalase and superoxide dismutase 2[650]. BP-3 induces oxidative stress that leads to cytotoxicity[651]. BP-3 and BP-4 can both induced oxidative stress via lipid peroxidation to result in apoptotic cell death via caspase activation and DNA fragmentation[652].

Oxidative stress is important to the development and proliferation of uterine cancer and ovarian cancer, and therefore benzophenone induced oxidative stress could play a role in the development of these cancers.

*Key characteristic #6- Induces chronic inflammation*

In the NTP studies from 2006, all exposed groups of male mice underwent significant increases in the incidences of multinucleated hepatocytes and chronic active inflammation[640]. Human exposure to benzophenone is characterized by a pro-inflammatory response[520]. Maternal benzophenone exposure impairs hippocampus development and cognitive function in the offspring of mice via chronic inflammation and apoptosis (KC #10)[653]. This occurred via the important powerful pro-inflammatory NF-kB signaling pathway[653].

Chronic inflammation is important to the initiation, development and proliferation of uterine cancer and ovarian cancer, and therefore benzophenone induced chronic inflammation could play a role in the development of these cancers.

*Key characteristic #7- Induces immunosuppression*

Endocrine disrupting chemicals (EDCs) are risk factors for immunosuppression[654]. Benzophenone-3 (BP-3) alone and in a mixture of EDCs induced immunosuppression via immune cells that are toxic to the human body[654]. BP-3 and the mixture of EDCs was toxic to the viability, proliferation, and differentiation of TH immune cells that normally protect the body[654]. Thus, BP-3 disrupts the immune cells. BP-4 also induces immunosuppressive activity have harmful activity on immune cells that normally protect the human body from cancer such as dendritic cells and T lymphocytes[655]. By disrupting the normal beneficial anti-tumor immunity from these immune cells, BP-4 induces immunosuppression which increases the risk of cancer[655].

Immunosuppression can promote uterine cancers and ovarian cancers, and therefore benzophenone's role in triggering this response is relevant.

*Key characteristic #8- can modulate receptor-mediated effects*

In a mixture of EDCs including BP-3 and BP-1, BP-3 displayed the highest toxicity[656]. The mixture toxicity showed concentration addition and the toxicity data showed good ability to predict pro-cancer activities for a mixture of EDCs including BP-3 and BP-1[656]. Studies on mixtures of EDCs (e.g. BP-3 and phthalates) typically underestimate the activity of a single compound which is based on only one chemical[657]. The challenge with concentration addition modelling assumes that are no synergistic interactions between the individual mixture[657]. Studies have determined the mixture of BP-4 and tyrosine exhibited higher genotoxicity than either chemical depending on the pH[658]. This occurs because many of the key characteristics exhibit synergistic pro-cancer activity together such as genotoxicity, chronic inflammation, and oxidative stress in promoting cancer growth more aggressively in a mixture than would be expected by just adding to the pro-cancer activities.

Benzophenone-1 (BP-1) stimulates the growth of ovarian cancer cells in a mouse model via an estrogen receptor alpha-mediated signaling pathway[659]. Benzophenone-1 stimulated the growth of ovarian cancer cells in a mouse model via an estrogen receptor alpha-mediated signaling pathway[659]. In the histopathological analysis, the tumor sections of E2 or BP-1 group revealed increased number of BrdUrd positive nuclei (increased proliferation) [659]. Benzophenone-1 triggered interaction between ERα and β-catenin in human SKOV3 ovarian cancer cells[660]. BP-1 causes spread of human SKOV3 ovarian cancer cells via epithelial-mesenchymal upregulating MMP9 and promoted proliferation, migration and invasion of SKOV3 ovarian cancer cells[660]. BP-3 induces DNA damage in a receptor-dependent manner with estrogen receptor-alpha[661]. Estrogens induced genotoxic activity via BP-3 by R-loops and double-strand breaks[661]. BP-3 induces apoptosis in mouse neuronal cell that is receptor-mediated[662]. This action of BP3 is regulated by stimulation of signaling and inhibiting of the receptors Erα/Pparγ[662].

Among the modes of action reported (estrogenic, anti-androgenic, thyroid, etc.), BP-3 and BP-1 showed estrogenic activity. In a comprehensive review of toxicological and human biomonitoring studies of Benzophenone-3 with a metanalysis of biomonitoring studies, the authors concluded: "*Benzophenones present endocrine disrupting properties, endorsing recent European regulatory efforts to limit human exposure*[663]*.*"

Endocrine disruption has important effects on uterine cancer and ovarian cancer, and therefore benzophenone's endocrine disrupting effects may be relevant to the development of these cancers.

*Key characteristic #10- alters cell proliferation, cell death, or nutrient supply*

Benzophenone-1 (BP-1) induces uncontrolled proliferation KC #10) and metastasis (cancer spread) of ovarian cancer cells via activated ERα and Wnt/β-catenin signaling pathways[660]. Exposure to benzophenone induced the expression of angiogenesis genes (vascular supply) during the progression to endometriosis[664]. BP-3 stimulate the proliferation of tumor cells, altered tumor

cell apoptosis, and promoted tumor nutrient supply (angiogenesis) in animal breast cancer studies with a low fat diet vs. high fat diet[665]. BP-3 alters angiogenesis (nutrient supply) genes and epithelial-mesenchymal transition (EMT) which both are potent pro-cancer and pro-metastatic mechanisms to make tumors grow faster[666]. Benzophenone-3 (BP-3) stimulated the metastasis potential in lung cancer cells via a tumor-promoting process called epithelial to mesenchymal transition (EMT)[667].

Benzophenone-3 (BP-3) also altered expression of apoptotic cell death via the anti-apoptotic Bcl-2 and Mcl-1proteins[667]. BP-3 induces apoptosis in the brain, leading to learning/memory deficits in zebrafish[668]. BPs disrupt endometrial decidualization via ERα/PR/FOXO1 pathway via apoptosis (cell death) and G2 phase cell arrest[669]. This leads to reproductive risk for EDCs such as BPs[669]. Exposure to hormonal activity from benzophenones was associated with apoptosis in gene expression studies[527]. BP-3 stimulated apoptosis in mitochondrial pathway in the rat brain[670]. BP-3 stimulates the apoptosis caspase-3 and caspase-9, which are enzymes important in cell death and inflammation. Thus, the overall effect of BP-3 was to alter the apoptosis levels in the brain. BP-3 exposure also induced apoptosis by impairing mitochondrial function in human chondrocytes[671].

Benzophenones (BPs) alters cell proliferation in the mammary gland and other hormone-responsive tissues[663]. BPs induced adverse female reproductive effects in rodents that are supported by limited human data[663]. These include in rodents included prolonged estrous cycle, altered uterine estrogen receptor gene expression, endometrial hyperplasia, while human data indicated increased risk of uterine fibroids and endometriosis[663].

Uterine cancers and ovarian cancers act through similar mechanisms.

**CONCLUSION**

**Benzophenones (including BP-1, BP-3, and BP-4) exhibit 6 out of the 10 key characteristics of carcinogens. Benzophenones trigger mechanisms that can cause and contribute to the development of uterine and ovarian cancers. Benzophenones appear in chemical hair relaxers as part of complex mixtures that include other chemicals with toxicities relevant to uterine cancer and ovarian cancer. In this context, benzophenones can act as a tumor-initiators and tumor promoters of uterine cancer and ovarian cancers.**

## J. *n*-Nitrosodimethylamine (NDMA)

*IARC:* IARC has classified *n*-Nitrosodimethylamine (NDMA) as "probable human carcinogen" (Group 2A).

*National Toxicology Program (NTP):* NTP has classified NDMA as reasonably anticipated to be human carcinogens[346]. The NTP published the *Report on Carcinogens*, "*which identifies and discusses substances that can pose a carcinogenic hazard to human health and in which a significant number of persons residing in the United States are exposed*"[2]. The NTP *Report on Carcinogens* lists agents "known to be a human carcinogen" or "reasonably anticipated to be a human carcinogen."

*Environmental Protection Agency (EPA):* NDMA is a probable human carcinogen.

**Mouse studies:**

NDMA causes cancer **including ovarian cancer** in studies of a wide variety of animal species via multiple types of administration. In 1956, Magee and Barnes demonstrated that NDMA induced malignant liver tumors in rats given NDMA in their diet[672]. NDMA given orally via the drinking water or the diet also causes ovarian tumors, liver tumors (e.g., hepatocellular carcinomas and hemangioendotheliomas), adrenal adenomas, pituitary adenomas, and interstitial cell tumors of the testis[673]. Low dose NDMA exhibited significant transplacental carcinogenic effects, including one schwannoma, in causing liver, lung, neurogenic, and connective tissue tumors[674].

*NDMA exhibits 9 of the 10 key characteristics of carcinogens*: can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, impaired DNA repair, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, cell immortalization, and alters cell proliferation, cell death, or nutrient supply.

*Key characteristic #1- can act as an electrophile or be metabolically activated to an electrophile*

There is compelling evidence that NDMA needs metabolic activation to exhibit its cancer causing activity[675]. NDMA is metabolically activated prior to generating DNA adducts (e.g. O6-methylguanine) to initiate cancer. The biological activity of NDMA in humans resembles that in experimental animals. For example, a study performed in humans reported a considerable amount of DNA methylation (O6-methylguanine and 7-methylguanine) in the victim's liver[676]. Accordingly, IARC has stated that NDMA is a probable human carcinogen. NDMA demethylase (NDMAd) contributed to the activation of NDMA to exhibit mutagenic activity[677]. The metabolic activation of NDMA by the liver is catalyzed in part, by cytochrome P450 2E1[678].

*Key characteristic #2- induces genotoxicity*

Many studies have demonstrated NDMA induces genotoxicity[679-694]. I only list a few of the studies here. NDMA is genotoxic in vivo in a rat model in various tissues such as lung and kidney[680]. The mutagenic activity of NDMA develops after metabolic activation[681]. After a 24-h treatment, NDMA induced DNA damage and a significant increases in micronucleus frequency in both 2D and 3D HepaRG cells and in 3 dimensional spheroid models[682]. HepaRG cells are an in vitro model for liver studies. NDMA also induces a dose-dependent increase in genotoxic activity in the micronucleated hepatocyte (MNHEP) assay[683]. NDMA is genotoxic via induction of DNA strand breaks with cytotoxic and clastogenic activity in a CYP2E1-dependent manner[684].

**NDMA is used as a gold-standard to induced genotoxic (DNA damage)** to evaluate potential anti-genotoxic agents that may be useful in blocking cancer growth such as Vitamin C[685]. Ascorbic acid also suppressed both tail intensity and tail moment in NDMA-induced genotoxicity in liver cells[686]. Recent studies show that NDMA also induces a dose-dependent increase in the

frequency of mutations detected by Duplex Sequencing which allows for greater precision and less inter-animal variation[687]. In a rank order of potency of genotoxicity and mutagenicity, NDMA was the most potent nitrosamine drinking water byproducts with Salmonella and mammalian cells[688]. NDMA is genotoxic in pregnant mice[689].Recently a study from 2025 utilized a hamster S9 liver extract-based protocol for in vitro optimized nitrosamine metabolization and analyzed the genotoxic potential of various NAs using ToxTracker[690]. In this study, NDMA-induced genotoxicity increased approximately 200-fold compared with the standard S9 protocol in ToxTracker[690]. NDMA induced highly positive, dose-dependent and reproducible genotoxic and hutagenic results in the hen's egg-micronucleus (HET-MN)[691].

Several studies have evaluated NDMA as part of a mixture of chemical carcinogens. A nitrosamine mixture including NDMA increased genotoxicity with more DNA double-strand breaks and micronucleus frequency in NIH3T3 fibroblast cells compared to a single exposure[692]. Another study also showed that a nitrosamine mixture exhibited greater genotoxic activity (e.g. increased DNA and chromosomal damage than that of the individual compounds via increased oxidative stress)[693]. Both of these studies have important implications to understanding potential effects in chemical hair relaxers, which contain numerous other chemicals of concern.

Uterine cancers and ovarian cancers can begin as DNA mutations caused by genotoxic chemicals, therefore the genotoxic activity of NDMA is of concern.

*Key characteristic #3- impaired DNA repair*

The DNA repair enzyme such as methylguanine DNA-methyltransferase can restore DNA integrity. Several studies show that NDMA impairs DNA repair, which can lead to increased DNA damage[695,696]. In these studies, the CometChip reveals DNA repair can be monitored over time in NDMA-exposed mice[695]. NDMA induces cytotoxicity, apoptotic cell death (KC #10), and DNA double strand breaks via the inability to complete DNA repair[697]. After the cytochrome P450 2E1-catalyzed metabolism of NDMA, NDMA exhibited impaired DNA repair[697].

Impaired DNA repair can fuel the progression of uterine cancer and ovarian cancer, therefore NDMA's ability to impair DNA repair may provide a pathway for the spread of these cancers.

*Key characteristic #4- induces epigenetic alterations*

Nitrosamines such as NDMA cause cancer via epigenetic alterations such as DNA methylation[698-702]. NDMA induces DNA methylation in rats and mice[703,704]. NDMA induced DNA methylation in liver DNA more efficiently than other nitrosamines[705]. Around 60% of the DNA methylation in rat hepatocyte is mediated by the enzyme cytochrome P450IIE1[706]. Early events prior to NDMA induced DNA methylation in cancer included chronic interferon signaling[707].

DNA methylation also plays a role in the development of uterine and ovarian cancers.

*Key characteristic #5- induces oxidative stress*

Several studies show that NDMA is a potent inducer of oxidative stress[639,708-716]. NDMA induces oxidative stress in a rat model[639]. In these studies, NDMA rapidly induced markers of oxidative stress such as lipid peroxidation in the liver as measured by four assays showing a peak only 20 min after NDMA dose[639,710]. NDMA significantly elevated malondialdehyde (MDA) in the liver and kidney relative to controls[712]. Malondialdehyde (MDA) is a reactive aldehyde and a key marker of oxidative stress which triggers pro-cancer molecules called free radicals which damages lipids in the body. Elevated MDA levels reflect an imbalance between free radical production (e.g. oxygen) and the body's anti-oxidative stress defense. NDMA-induced oxidative stress can induced tissue damage of various molecules in the body such as proteins and DNA. NDMA also significantly reduced the activities of anti-oxidative stress markers such as catalase (CAT), glutathione peroxidase (GPx), superoxide dismutase (SOD), glutathione-S-transferase (GST), and glutathione[710,712,713]. During the liver fluke infection in human cells and animal models, NDMA stimulated oxidative stress via reactive oxygen species leading to fibrosis[714]. This oxidative stress causes injury to cells that can initiate and promote tumor growth[717].

A mixed nitrosamine mixture in drinking water including NDMA stimulate oxidative stress via ROS, GSH, and MDA and decreased SOD activity[693]. Thus, it is clear that NDMA-induced oxidative stress plays a critical role in NDMA-induced genotoxicity[693]. Accordingly, anti-oxidant agents such as ascorbic acid, betulinic acid, epigallocatechin-3-gallate (EGCG), Vitamin C, dietary sulfur and FASB flowers inhibited NDMA-induced oxidative stress when rats were treated with NDMA[685,708,711-713,715]. Oxidative stress helps to lead to chronic inflammation which both are key processes in NDMA-induced cancer[716].

Oxidative stress is important to the development and proliferation of uterine cancer and ovarian cancer, and therefore NDMA induced oxidative stress could play a role in the development of these cancers.

*Key characteristic #6- Induces chronic inflammation*

In a rat model of NDMA-induced lung fibrosis, NDMA significantly increased pro-inflammatory cytokines TNF-α and IL-1β, and the pro-inflammatory transcription factor NFkB[713]. NDMA helps to induce chronic inflammation via DNA damage and mutagenic activity in a liver fluke-induced bile duct carcinoma model in hamsters[718-721]. NDMA stimulates inflammatory cells (e.g. eosinophils) and the pro-inflammatory molecules high mobility group box 1 (HMGB1), IL-8, IL-17, and 8-OxodG in bile duct carcinoma cancer tissues[721-723]. HMGB1 stimulates inflammation and pro-inflammatory cytokines when released from cells. 8-OxodG promotes inflammation by stimulating various pro-inflammatory molecules and genes. Increased NDMA activity is associated with inflammation in a rat model of hepatic steatosis[724]. NDMA helps to stimulate inflammatory lesions in tumors cause by NDMA in bacteria-infected experimental mice[725].

NDMA stimulate cancer growth via tumor promoting chronic inflammation via white blood cells called macrophages[726]. NDMA stimulates inflammation via reactive oxygen species

and reactive nitrogen species (KC #5) that can lead to DNA damage (KC #2)[727]. NDMA also stimulates the pro-inflammatory lipid enzymes called cyclooxygenase (COX)-2, which stimulates pro-inflammatory lipids such as prostaglandins, leukotrienes, and thromboxanes, as well as pro-inflammatory cytokines[727]. NDMA stimulates inflammation via the pro-inflammatory molecules called cytokines in a rat model of fibrosis[713]. NDMA stimulates these powerful cytokines TNF-α and IL-1β as well as the critical pro-inflammatory transcription factor NFkB[713]. NDMA activates the pro-inflammation pathway of transcription factors NF-κB via the pro-tumorigenic pathway of PI3K-Akt/PKB pathway in human immune cell cells called neutrophils[728]. Inflammation including pro-inflammatory cytokines stimulate various cancer types including ovarian and uterine cancers. Various anti-cancer agents such as curcumin can suppress inflammation and oxidative stress induced by NDMA[729].

Chronic inflammation is important to the initiation, development and proliferation of uterine cancer and ovarian cancer, and therefore NDMA induced chronic inflammation could play a role in the development of these cancers.

*Key characteristic #7- Induces immunosuppression*

NDMA can be toxic to immune cells[728]. Chronic exposure to NDMA induces immunosuppression in a dose-dependent and time-dependent manner[730]. NDMA blocks human protective immune responses called humoral and cellular immune responses in mice[730]. This NDMA-induced long-standing immunosuppression leads to increase toxicity and risk of dying[730]. In contrast, diallyl sulfide (DAS), a part of garlic, exerts protective activity on NDMA-induced immunosuppression[731]. DAS treatment for 14 consecutive days blocked the NDMA-induced suppression of the antibody response to a T-cell-dependent antigen, sheep red blood cells, and the beneficial proliferation response to the T-cell and the B-cell mitogens in dose-dependent manners[731]. NDMA can also induce immunosuppression via toxic immune cells such as FOXP3 cells in an inflammation-driven bile duct cancer model with human fluke infection in hamsters[723].

Immunosuppression can promote uterine cancers and ovarian cancers, and therefore NDMA's role in triggering this response is relevant.

*Key characteristic #9- induce cell immortalization*

NDMA and other nitrosamines can induce cellular damage in various tissues such as the intestine[732,733]. After long-term exposure to a mixture of nitrosamines including NDMA, this mixture induced a malignant transformation of normal NIH3T3 fibroblasts to cancer cells[692]. NIH3T3 cells are frequently used in cell transformation assays. In human cells called H69 cholangiocytes (bile duct cells), NDMA can induce the transformation of normal H69 cells to cancer-like cells via the overexpression of pro-tumorigenic molecules Cy19, Ki-67 (marker of proliferations) and pro-inflammatory lipid enzyme (COX-2). NDMA reacts with rapidly proliferating cells in the terminal end buds of cellular DNA forming DNA adducts, which transform normal terminal end buds to cancer[734]. Thus, NDMA can cause the transformation from normal cells to cancer cells[727]

*Key characteristic #10- alters cell proliferation, cell death, or nutrient supply*

*Cell proliferation:* Abated proliferation can help transform normal cells to cancer cells to keep dividing. NDMA stimulates various cancer types such as bile duct cancers via enhanced bile cell proliferation[727,729,735]. NDMA increases the growth of bile duct cancers with associated with a corresponding increase in proliferation[727,729,736]. NDMA initiated lung cancer tumors in which immunohistochemistry studies revealed an increase in proliferation.

*Cell death:* Apoptotic and necrotic cell death releases pro-inflammatory signals into the surrounding tissue microenvironment, which promote cancer metastasis. My laboratory and others have demonstrated that cell death generated by carcinogens as well as cancer therapy (e.g., chemotherapy and radiation) paradoxically stimulate the growth of surviving tumor cells via inflammation and angiogenesis[279]. NDMA stimulates apoptosis various types of human white blood cells including neutrophils via various pro-apoptotic proteins such as TRAIL/DR5 complex and Fas[737,738]. NDMA induces apoptosis in neutrophils via increased expression of the pro-apoptotic protein Bax and inhibiting the expression of anti-apoptotic protein Mcl-1[739]. NDMA induces apoptosis via apoptotic enzymes (e.g. caspases) and apoptotic proteins (e.g. BAX) in a fibrosis model in rats[713]. NDMA induces a significant, dose-dependent increase of apoptosis in neutrophils in the blood[740]. Low doses of NDMA induce the apoptosis of neutrophils in a rat model[741]. NDMA-induced apoptotic cell death mediates cytotoxic (cell-killing) activity[697].

*Angiogenesis:* Tumor growth is dependent on angiogenesis, the formation of new blood vessels[92]. The nutrient blood supply provides oxygen and nutrients to allow a tumor to grow. NDMA stimulate angiogenesis as measured by microvessel density in bile duct cancer model in hamsters[742].

Uterine cancers and ovarian cancers act through similar mechanisms.

## CONCLUSION

Taken together, NDMA **is a potent and toxic carcinogen which exhibits 9 out of the 10 key characteristics of carcinogens. NDMA trigger mechanisms that can cause and contribute to the development of uterine and ovarian cancers.** There is compelling scientific evidence of carcinogenic activity in animals, evidence in human cell and tissue, substantial evidence of genotoxicity, and considerable knowledge on the many biologically plausible mechanisms of carcinogenicity. **NDMA appears in chemical hair relaxers as part of complex mixtures that include other chemicals with toxicities relevant to uterine cancer and ovarian cancer. In this context, NDMA can act as a tumor-initiator and tumor promoter of uterine cancer and ovarian cancers.**

## K. Polyaromatic hydrocarbons (PAHs)

Polyaromatic hydrocarbons (PAHs) refers to a class of organic compounds are expressed in gasoline, crude oil, coal, and cigarette smoke[743]. PAHs can occur as mixture containing two or more of these compounds, such as soot[346]. Most of the studies with PAH on human cancer, animal carcinogenesis studies, and mechanisms of cancer causations are relevant to this class of compounds[346].

*IARC:* IARC has classified certain polyaromatic hydrocarbons (PAHs) as **human carcinogens (Group 1) such as benzopyrene**. This was determined based on because of many studies documenting the mechanism of cancer causing activity of benzopyrene in humans and experimental animals[744]. Other PAHS are evaluated as Group 2A (probably carcinogenic to humans) or Group 2B (possibly carcinogenic to humans) (IARC 2010)[744].

*National Toxicology Program (NTP):* NTP has classified PAHs as reasonably anticipated to be human carcinogens[346].

*Environmental Protection Agency (EPA)/Department of Health and Human Services:* PAHs may reasonably be expected to be carcinogens based on evidence that they cause tumors in animals.

**Mouse studies:** PAHs such as benz[a]anthracene caused tumors in mice at several different tissue sites and by several different routes of exposure. Benz[a]anthracene induces lung tumors, liver cancer (hepatocelluar carcinoma), skin tumors, and urinary-bladder carcinoma[346]. PAHs carcinogens are used routinely in experimental mouse studies to initiate tumor growth[745]. **7,12-dimethylbenz[a]anthracene (DMBA) is a potent PAH-based carcinogen used worldwide to cause breast cancer in rats that is similar to hormone-dependent breast cancer[746,747].** This PAH-driven carcinogen DMBA induces big tumor burden and histological alterations in mammary gland with a subsequent increase in estrogen receptors (e.g. Erα), angiogenesis (KC #10) (e.g. growth factors, EGFR), proliferation (KC #10) (e.g. Ki-67 and proliferating cell nuclear antigen (PCNA) and inflammation (KC #6) (e.g. cytokines and chemokine)[747].

*Polyaromatic hydrocarbons exhibits 7 of the 10 key characteristics of carcinogens*: Polyaromatic hydrocarbons (PAHs) can act as an electrophile or be metabolically activated to an electrophile, is genotoxic, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, and alters cell proliferation, cell death, or nutrient supply.

*Key characteristic #1- can act as an electrophile or be metabolically activated to an electrophile*

Polyaromatic hydrocarbons (PAHs) can act as electrophiles or be metabolically activated to an electrophile to form DNA adducts[748]. These DNA adducts can act to initiate cancer. Polyaromatic hydrocarbons (PAHs) require activation to electrophilic metabolites to induce their cancer causing activity and genotoxic/mutagenic activity[749]. PAHs activate electrophilic and oxidative (KC #5) pathways in various cell types such as lymphocytes and epithelial cells[750]. This occurs via various enzymes that biosynthesize cytochrome-P450-derived metabolites that are called epoxides[750]. These cancer causing PAHs are activated to the metabolites such as epoxides to generate DNA adducts[748,751].

*Key characteristic #2- induces genotoxicity*

PAHs such as penzo(a)pyrene [B(a)P] are genotoxic on various types of cells such as lymphocytes and human skin cells to induce mutations and cancer[746,752]. These PAHs induce genotoxic activity via micronuclei and sister chromatid exchanges[752]. PAHs chemicals such as

Benzo(a)pyrene [B(a)P] are so genotoxic that they are used as gold-standard by scientists to test the anti-genotoxic activities of anti-cancer agents such as Vitamins C and E in human blood cells called lymphocytes[753].

Studies performed genotoxic analysis by flow cytometry of four different PAHs and three metals (including arsenic (As)[754]. **Importantly, the mixture of B[a]P and metals induced a maximum of 4-fold increase in the formation of micronucleus compared to B[a]P alone[754].** This has important implication of the increased genotoxic activity of the mixture of hair relaxer carcinogens which includes several potent carcinogens that are each genotoxic on their own. After metabolic activation, benzo(a)pyrene [B(a)P] significantly increased genotoxic activity such as DNA damage, chromosomal damage, and cytoxicity in cells overexpressing human cytochrome P450 enzymes when compared with controls[755]. While PAHs require metabolic activation to electrophilic metabolites (KC #1) to exhibit their genotoxicity, the other KCs can also have additive and synergistic activity to contribute to PAH-induced cancer[756]. Patients with inflammation can exhibit over 4 times greater oxidative stress activity (KC #5) to benzo(a)pyrene than that in normal subjects[757]. This oxidation by PAHs can generate metabolites such as electrophiles with increased mutagenic activity[757].

Human patients with PAH-induced increased DNA adduct levels in liver cancer tissue developed significantly promoted cancer risk (OR: 36.7; 95% CI 7.2-187.2) compared to those with low DNA adduct levels[743]. The group with the highest tissue levels of PAH-DNA adducts exhibited a higher cancer risk than those with the lowest PAH-DNA adducts (OR = 3.9, 95% CI = 1.0-14.9)[743]. In tool and dye workers exposed to various carcinogens including PAHs exhibit significantly increased frequencies of chromosomal aberrations compared to control subjects[758]. In charcoal workers via occupational exposure to PAHs, there was an increase in biomarker of oxidative and genotoxic DNA damage (8-OHdG)[759]. Biliary PAH metabolites and hepatic DNA adducts were higher in fish collected near the aluminum works near the coast of Norway[760].

Uterine cancers and ovarian cancers can begin as DNA mutations caused by genotoxic chemicals, therefore the genotoxic activity of PAHs is of concern.

*Key characteristic #4- induces epigenetic alterations*

Several studies show that benzo(a)pyrene (BaP) influences DNA methylation and can cause hypermethylation or hypomethylation[761]. These changes can mediate the induction of lung cancer[761]. Exposure to a mixture of PAHs including BaP induces epigenetic alterations (e.g. methylation changes in DNA and RNA) and DNA-PAH adducts in an experimental rat model[762].

Several studies have shown that BaP-induced hypermethylation and hypomethylation and alterations in histone in breast cancer cells[763-765]. Exposure to BaP altered methylation patterns in breast carcinoma cell lines[763]. These PAH-induced epigenetic alterations occurred in areas affected by genotoxic activity such as chromosome breakage, rearrangement and gene amplification[763]. In another study, BaP disrupts DNA methylation as well as time- and concentration-dependent apoptosis (KC # 10) in breast cancer cells[764].

DNA methylation also plays a role in the development of uterine and ovarian cancers.

*Key characteristic #5- induces oxidative stress*

PAHs induce oxidative stress via reactive oxygen species[753,766]. Reactive oxygen species (ROS) are critical pro-cancer molecules in the initiation and stimulation of cancer[766]. In human studies in Saudi Arabia, occupational exposure to PAHs significantly increased blood biomarkers of oxidative stress such as malondialdehyde (MDA), glutathione S-transferase (GST), and lactatedehydrogenase (LDH) compared to unexposed controls[767].

Exposure to higher amount of PAHs in Afghanistan in aerosol samples compared to Sweden showed increased oxidative stress in an assay with lung epithelial cells[768]. Occupational exposure to PAHs in asphalt workers can increase oxidative stress as reflected by increased mitochondrial DNA copy numbers[769]. Exposure to subchronic exposure to PAHs (benzo[a]pyrene and benzo[e]pyrene) increased the expression of nucleated fish red blood cells as measured by the comet assay in blood as a biomarker of oxidative stress occurring systemically[770]. Exposure to PAHs can induce oxidative stress in D. magna, a freshwater organism[771]. PAH exposure increased the enzyme glutathione S-transferase (GST)[771]. When there is high oxidative stress, GST can act to prevent oxidative damage.

Oxidative stress is important to the development and proliferation of uterine cancer and ovarian cancer, and therefore PAH induced oxidative stress could play a role in the development of these cancers.

*Key characteristic #6- Induces chronic inflammation*

PAHs exposure in Afghanistan in aerosol samples compared to Sweden increased inflammation (KC #6) in an assay with lung epithelial cells[768]. The higher inflammation was measure by increase pro-inflammatory cytokines IL-6, Il-8, and GM-CSF[768].

Diesel exhaust particles which contain PAHs activate the potent pro-inflammatory transcription factor NF-kB in human lung epithelial cells compared to particles without PAH activity. PAHs also increased the expressions of pro-oncogene c-fos[772]. Particles with PAH activity induce a pro-inflammatory response in lung epithelial cells[773]. This PAH-induced response included an increase in the pro-inflammatory cytokine granulocyte macrophage-colony stimulating factor (GM-CSF) in the human lung epithelial cells[773]. Exposure to PAH containing particle stimulated inflammatory cells such as macrophages to stimulate reactive oxygen species (ROS)[774]. This amount of oxidative stress correlated with the mass of particles[774]. PAH containing particle pro-inflammatory response including a significant increases in IL-1α and CXCL8 in human liver-like and lung epithelial cells[775]. This chronic inflammation can contribute to the mutagenic and carcinogenic activity of the particles[775]. Other studies showed that exposure to PAH particles induced a concentration-dependent increase in pro-inflammatory cytokines (e.g. IL-6, IL-8, and GM-CSF), oxidative stress (reactive oxygen species- KC #5), and apoptosis (KC #10) in human airway epithelial cells[776-778].

Chronic inflammation is important to the initiation, development and proliferation of uterine cancer and ovarian cancer, and therefore PAH induced chronic inflammation could play a role in the development of these cancers.

*Key characteristic #7- Induces immunosuppression*

Polyaromatic hydrocarbons (PAHs) induce immunosuppression in mice and cells via induce a dose-related inhibition of antibody responses[779]. Benzo(a)pyrene (BaP) or benzo(e)pyrene (BeP) suppressed the immune system in a T-dependent antibody (TDAb)-producing spleen cell culture system[779]. The PAH-driven carcinogen DMBA promotes skin cancer via immunosuppression in mice[780]. DMBA induces a systemic immunosuppressive environment via immune cells myeloid-derived suppressor cells (MDSCs) and T-regulatory cells[781]. These immune cells promote cancer by blocking anti-tumor immunity[781]. The aryl hydrocarbon receptor (AhR) can mediate the immunotoxic effects of aquatic contaminant such as PAH in fish[782]. These immunotoxic effects include suppression of IgM production and reduced B cell proliferation[782].

Immunosuppression can promote uterine cancers and ovarian cancers, and therefore PAH's role in triggering this response is relevant.

*Key characteristic #8- can modulate receptor-mediated effects*

Polycyclic aromatic hydrocarbon (PAH) activates the aryl hydrocarbon receptor (AHR) pathway to which can modulate chronic inflammation (KC #6) in lung-gut axis[783]. The aryl hydrocarbon receptor has a key role in mediating the cell proliferation estrogen activity of polycyclic aromatic hydrocarbons[784].

The aryl hydrocarbon receptor can mediate ovarian cancer metastasis (spread)[785]. Overexpression of the aryl hydrocarbon receptor stimulates the proliferation of cancer cells and is responsive in human ovarian cancer cells[786,787].

*Key characteristic #10- alters cell proliferation, cell death, or nutrient supply*

Human endometrial cancer cells (called Ishikawa cells) can metabolize PAHs into estrogen metabolites[756]. These metabolites such as B[a]P-7,8-dione stimulate the proliferation of endometrial cancer cells[756]. The PAH benzo[a]pyrene (B[a]P) can activate estrogen receptors via the metabolism in human endometrial cancer cells into 3-OH-B[a]P and B[a]P-7,8- B[a]P-7,8-dione[756]. Polycyclic aromatic hydrocarbons (PAHs) induce cell proliferation to mediate estrogenic activity via the aryl hydrocarbon receptor[784]. The PAH-induced cell proliferation results from the activation of estrogen-receptor alpha[784].

## CONCLUSION

**PAHs can trigger 7 out of the 10 key characteristics of carcinogens. PAHs trigger mechanisms that can cause and contribute to the development of uterine and ovarian cancers. PAHs appear in chemical hair relaxers as part of complex mixtures that include other chemicals with toxicities relevant to uterine cancer and ovarian cancer. In this context, PAHs can act as a tumor-initiators and tumor promoters of uterine cancer and ovarian cancers.**

## L. Arsenic

Arsenic is a byproduct of metals, occurs in the environment, and can be found at US Superfund sites[788]. Arsenic has called the *"king of poisons"* because of its toxicity[789]. It can appear in chemical hair relaxers as a contaminant.

*IARC:* IARC has classified arsenic as a *human carcinogen (Group 1)*[790].

*National Toxicology Program (NTP):* NTP has classified arsenic as *"known to be human carcinogen."*[346].

*Environmental Protection Agency (EPA):* has classified inorganic arsenic as a *"human carcinogen"*.

**Animal studies:**

To quote Tokar et al 2011, "*Many sites in the female mouse reproductive tract (ovary, uterus, oviduct, etc.) can be impacted oncogenically by in utero "arsenic exposure*[791]." **Arsenic induced ovarian cancer in a dose-dependent manner (including carcinomas) at all doses starting with the lowest dose in female mice[791]. Arsenic induced a dose-response in both uterine adenocarcinoma and total uterine incidence in female mice[791]. Uterine HPL (incidence of hyperplasia, adenoma, and carcinoma) was tightly associated with arsenic dose[791]. Uterine hyperplasia also showed a dose-response relationship to whole-life arsenic exposure level[791].** Arsenic plus diethylstilbestrol (DES) increased ovarian, uterine, and vaginal tumors.

In a study by Waalkes et al 2003, pregnant mice were given arsenic in the drinking water. In the female offspring, arsenic caused a **dose-related increases occurred in ovarian tumor incidence (control, 8%; 42.5 ppm, 26%; 85 ppm, 38%)** and other tumor types such as lung carcinoma[792]. Exposure to arsenic **also increased the incidence of proliferative lesions of the uterus** (key characteristic # 10)[792]. Arsenic also increased the incidence of proliferative lesions in the oviduct of female mice[793]. The mouse oviduct is the fallopian tube in the female human reproductive system humans that connects the ovary to the uterus. In these studies, arsenic increased hyperplasia in mouse oviduct by 36% compared to control mice (5%)[793].

Arsenic also induced dose-related increases in uterine carcinomas, lung cancer, liver cancer, adrenal tumors, and tumors of the gallbladder[791]. Arsenic stimulated the pro-inflammatory lipid enzyme cyclooxygenase (COX)-2 and estrogen receptor-α in the tumors[791]. Arsenic upregulated ER-α in uterine adenocarcinoma in mice[791]. Uterine and bladder carcinoma induced by arsenic plus diethylstilbestrol greatly overexpressed estrogen receptor-alpha (ER-alpha) and pS2, an estrogen-regulated gene[794]. Thus, arsenic acts with estrogens to enhance production of female mouse urogenital cancers[794]. Exposure to arsenic in utero can lead to cancer induction via altered estrogen signaling[795]. Arsenic exposure acts synergistically with estrogen to enhance the genotoxic estrogen pathway in epithelial cells[796].

Arsenic metabolites induce an early increase in tumor growth as a tumor initiator and tumor promoter[797,798]. Arsenic can interact with other carcinogens/agents to enhance cancer progression[799].

*Arsenic exhibits 8 of the 10 key characteristics of carcinogens*: is genotoxic, impairs DNA repair, induces epigenetic alterations, induces oxidative stress, induces chronic inflammation, is immunosuppressive, induces cell immortalization, and alters cell proliferation, cell death, or nutrient supply.

*Key characteristic #2- induces genotoxicity*

The genotoxic activity of arsenic is referred to as a "***global poison***[800]." A series of extensive studies support that arsenic can induce genotoxicity such as chromosomal aberrations, sister chromatid exchanges, and formation of micronuclei in human systems[800-808]. Arsenic is genotoxic in human cells such as lymphocytes, skin cells, epithelial cells, and cancer cells[800,805-811]. People living in arsenic-contaminated areas including the United States, Argentina, or China or certain workers (e.g. glass workers) are at risk for DNA damage (genotoxicity) in multiple cell types including epithelial cells, buccal (cheek), and sputum[812-817]. Micronucleus (MN) can be utilized as an effective biomarker for monitoring arsenic-exposed populations. A meta-analysis of human populations showed that the micronucleus assays with lymphocytes, buccal cells (from the mouth), and bladder cells act as a valid biomarker for human biomonitoring of arsenic-induced genetic damage[818]. Arsenic at low concentrations can significantly increase the incidence of chromosome abnormalities in bone marrow cells compared to control[801]. Accordingly, arsenic-induced bone marrow toxicity can also induce immunosuppression (KC #7).

Arsenic and its metabolites induce a genotoxic response such as chromosomal mutations in the mouse lymphoma assay[802]. Arsenic can induce DNA damage and genotoxicity via various KCs such as oxidative stress (KC #5), chronic inflammation (KC #6), DNA methylation (KC #4), inhibition of DNA repair (KC #3), and cell proliferation/apoptosis (KC #10)[819]. These other KCs can induce "indirect genotoxic" activity[819]. In genotoxic studies on arsenic exposure in humans, several studies show that arsenic induces chromosomal aberrations, double strand breakage (DSB) fragmentation, and increased frequency of micronuclei in various cell types[820]. In a study of humans exposed to arsenic in drinking water in Bolivian Andes, there was a weak association with arsenic and genotoxicity[821]. Arsenic in the drinking water induced genotoxicity and mutagenicity in a gold mining region in Columbia[822]. In these studies the DNA damage was related to the amount of arsenic in the blood[822]. In a study of arsenic-contaminated drinking water from Argentina, arsenic significant increased oxidative DNA damage and lipid peroxidation (KC #5)[823]. The amount of micronucleus in buccal cells were an early biomarker of arsenic-induced genotoxicity[823]. Buccal cells are cells that line the inside of the mouth and can be collected non-invasively for DNA analysis. Chronic arsenic exposure in a transgenerational rat model induced caused genotoxicity and alterations in DNA methylation (KC #4)[824].Arsenic compounds can also induce gene mutations via a dose-response in the mouse lymphoma assay[825]. Arsenic acts as a cocarcinogen with a second (genotoxic) agent with ultraviolet radiation by inhibiting DNA repair and/or enhancing positive growth signaling[826]. Co-exposures to 2 carcinogens arsenic and polycyclic aromatic hydrocarbons such as benzo[a]pyrene (BaP) as a mixture can exhibit additive pro-cancer activity in the environmental exposure[827]. Studies on the genotoxicity of BaP-arsenic

mixtures shows that exposure to low concentrations of arsenite increases BaP-DNA adduct levels by 18-fold in liver (Hepa-1) cells[827]. At low concentrations of arsenite and BaP that had no measurable mutagenic effect alone, increased mutation frequency at the Hprt locus by eight-fold when given in combination, demonstrating a comutagenic response between BaP and arsenite[827]. Another study demonstrated that concentrations of arsenic and BaP in the environment exhibit "interactive genotoxicity" resulting increased DNA damage mediated, in part, from decreased DNA repair (KC #3)[828]. The studies are relevant to the pro-cancer mechanisms in the mixture of carcinogens in the hair relaxers which potentially includes both arsenic and PAHs[827]. Co-exposure of arsenic with a mixture of five metals in zebrafish induced increased cell stress and genotoxicity via the apoptosis pathway (KC #10)[829]. Co-exposure to arsenic enhance the toxicity such as genotoxicity of atrazine in zebrafish embryos[830]. People exposed to arsenic in the drinking water may be more susceptible to smoking-induced DNA damage[831]. Arsenic and chromium have additive genotoxic activity in the red blood cells and liver of zebrafish[832]. Taken together, these studies demonstrate that the combination of more than one genotoxic carcinogen can have additive or synergistic pro-cancer activity.

Uterine cancer and ovarian cancer can begin as a DNA mutation caused by genotoxic agents, thus arsenic's demonstrated genotoxicity is relevant to this matter.

*Key characteristic #3- impaired DNA repair*

Several studies to support arsenic exhibiting impaired DNA repair. In a skin cancer model in mice, arsenic impairs the DNA repair enzymes such as XRCC I, DNA Ligase I, PARP I, ERCC1, ERCC2, XPA, DNA Ligase IV, DNA PKc and Ku-70[833]. These studies were performed to evaluate the chemopreventative role of black tea extract in a mouse model[833]. In human studies on arsenic exposure in West Bengal, India, arsenic was associated with deficiency in DNA repair capacity[820]. Arsenic-induced chromosomal damage may also be mediated, in part, by impaired DNA repair[834]. The cancer initiation and promotion activity of arsenic has been mediated, in part, via disruption of DNA repair mechanisms[835]. Scientific evidence show that exposure to arsenic disrupts DNA repair both in vitro (out side the body) and in people drinking water contaminated with arsenic[836]. Thus, arsenic can induce increased DNA damage via impaired DNA repair[837].

To quote Andrew et al, "***These data provide further evidence to support the ability of As (arsenic) to inhibit the DNA repair machinery, which is likely to enhance the genotoxicity and mutagenicity of other directly genotoxic compounds, as part of a cocarcinogenic mechanism of action[836]***." This has important implications to chemical hair relaxers which contain multiple genotoxic carcinogens.

*Key characteristic #4- induces epigenetic alterations*

Arsenic can cause cancer via epigenetic alterations including hypermethylation and hypomethylation[838-843]. There is a tight association between the ability of arsenic to induce cancerous transformation and DNA methylation as a sign of epigenetic changes[840]. Arsenic exposure causes changes in histone acetylation and methylation patterns during arsenic-induced cancer development[844]. Arsenic induces DNA hypomethylation that was dose and duration-dependent[841]. Studies have demonstrated that chronic low-doses exposure to arsenic can result in

hypomethylation in human liver cells[845]. The arsenic-induced dose-dependent hypomethylation exhibited a highly significant correlation with the arsenic-induced transformation from normal to cancer cells (cell immortalization; KC #9)[841]. Arsenic-induced changes in chromatin via the epigenetic mechanism[846]. Arsenic induced epigenetic changes in mice as measured by DNA methylation in liver tumor compared to normal liver tissue[847]. These arsenic-induced DNA methylation changes conincided with gene changes in oncogenes such as Fosb[847]. The Fosb gene generates the FosB protein, which is important in cell proliferation.

The co-exposure of arsenic and the PAH (BaP) induced synergy in stimulating lung tumor frequemcy and tumor burden via epigenetic dysregulation[848]. This exposure to both carcinogens may lead to their synergistic lung tumorigenic effect via stem cell transformation and cancer stem cell properties[848,849].

DNA methylation also plays a role in the development of uterine and ovarian cancers.

*Key characteristic #5- induces oxidative stress*

Arsenic is such a powerful inducer of oxidative stress it is used as a gold-standard to evaluate anti-oxidant treatments designed to block or prevent oxidative stress[850,851]. For example, exposure to arsenic can induce a significant stimulation of biomarkers of oxidative stress such as lipid peroxidation (LPO) along with a decrease in anti-oxidative stress markers such as catalase, superoxide dismutase (SOD), glutathione peroxidase (GPX), and glutathione reductase) and non-enzymatic (glutathione) antioxidant markers[850]. In these studies, a plant-derived compound called protocatechuic acid (PCA) was tested for its antioxidant properties. Arsenic exposure during gestation also increased cellular senescence while reducing the expression of anti-oxidative stress enzymes such as Sod1 and Cat in the F1 offspring[852]. Senescence can also promote cancer growth via inflammation and creating a tumor-promoting microenvironment through its associated secretory phenotype (SASP). Arsenic exposure also increased the expression of senescent markers and SASP factors via oxidative stress[852].

Oxidative stress is important to the development and proliferation of uterine cancer and ovarian cancer, and therefore arsenic induced oxidative stress could play a role in the development of these cancers.

*Key characteristic #6- Induces chronic inflammation*

Arsenic stimulates chronic inflammation vis pro-inflammatory cytokines and apoptosis (KC #10)[853]. Exposure to arsenic stimulates the powerful pro-inflammatory cytokines IL-6, IL-8 and TNFα as well as enhanced phosphorylation of AKT and STAT3 in arsenic-transformed (ATF3) knockout KO-AsT cells[854]. Arsenic increases the blood concentration of pro-inflammatory cytokines tumor necrosis factor α (TNF-α), IL-1β and IL-6 in arsenic-treated mice compared to the control[855]. In a mouse skin cancer model, arsenic stimulates chronic inflammation via powerful pro-inflammatory cytokines such as TNFα and reduces anti-inflamatory cytokines such as IL-10[833]. In these studies, "*a prolonged inflammatory condition is maintained due to iAs (arsenic) exposure, as evident from the expression and activity of the pro-inflammatory cytokines. On the contrary, the activity and expression of anti-inflammatory cytokine IL10 was seen to be gradually*

*reduced with exposure time in the iAs (arsenic) group; at 330 days reduction was highly significant (p<0.0001)*[833]." In these studies, exposure to arsenic also stimulate the pro-inflammatory factor nFkB, which a potent master regulator to stimulate chronic inflammation[833,856]. Arsenic induces a chronic inflammation that can help to initiate and stimulate tumor growth[833]. The chronic inflammation can also be triggered by the oxidative stress molecules of reactive oxygen species. These oxygen free radicals act to stimulate the chronic inflammation and induce DNA damage to initiate and stimulate tumor growth[833].

Arsenic stimulates chronic inflammation in various animal models[850,851]. Exposure to arsenic increased the potent proinflammatory cytokines (tumor necrosis factor-α (TNF-α), interleukin-1β (IL-1β) and IL-6 levels[850,857,858]. Arsenic can promote chronic inflammation via activation of the pro-inflammatory DAMPs-TLR4/NF-κB signaling pathway[857]. Various treatments such as thymoquinone have been evaluated to block arsenic-induced inflammation such as increased pro-inflammatory cytokines such as TNF-α[859].

Chronic inflammation is important to the initiation, development and proliferation of uterine cancer and ovarian cancer, and therefore arsenic induced chronic inflammation could play a role in the development of these cancers.

*Key characteristic #7- Induces immunosuppression*

Immune cells such as CD8 cytotoxic T lymphocytes and natural killer cells are important cells in immune defense of cancer and other inflammation-riven dieases such as infections[860,861]. Arsenic exhibits immunotoxicity to the immune system by increasing the pro-tumorigenic T-regulatory cells[855,857,862,863]. Arsenic induces immunosuppression via up-regulation of the pro-cancer pathway (programmed cell death 1 ligand (PD-L1), an increase in pro-tumor T-regulatory cells, and a reduction in anti-tumor cytotoxic T cell lymphocytes[860,864]. Arsenic reduces the CD4 T+ lymphocyte protective population and CD4/CD8 in the spleen[855]. Arsenic disrupts immune cell function such as macrophages against tumor cells[865]. Arsenic induces a reduction in the hemoglobin concentration, red blood cell, lymphocyte and counts that leads to immunosuppression[866,867]. This arsenic-induced immunosuppression can be counter-regulated by ginger[866]. Arsenic also suppressed the protective cytotoxic activity of natural killer cells[861]. Arsenic impairs the activity of dendritic cells, which also can result in immunotoxic activity[868]. In these studies, arsenic increases the pro-inflammatory factors STAT3 (KC #6) and pro-angiogenic factor VEGF (KC #10- angiogenesis/nutrient supply) in skin cells[868].

Importantly, exposure to arsenic and PAHs induces **low-dose synergistic immunotoxic** activity on T-cell antibody responses which normally protect from cancer[869]. Coexposure of immune cells to PAHs and arsenic, both at individual low-effect concentrations, induces an intense suppression of the T-cell antibody response much greater than the immunotoxic response to either PAH chemical or arsenic alone[869]. Dietary supplementation with Chlorella powder can protect from arsenic-induced immunosuppression and arsenic-induced oxidative stress (KC #5)[870].

Immunosuppression can promote uterine cancers and ovarian cancers, and therefore arsenic's role in triggering this response is relevant.

*Key characteristic #9- induce cell immortalization*

Arsenic can induce malignant transformation of skin cells via oxidative stress (KC #5)[871]. Unlike parental HaCaT cells, As-HaCaT cells were tumorigenic in athymic nude mice[872]. Arsenic can stimulate the stem cells in arsenic-transformed skin cells to become more aggressive and invasive[872]. Arsenic-induces the transformation of normal cells to cancer cells[873]. Low-dose arsenic could stimulate malignant transformation of HaCaT cells, including increase of cellular proliferation (KC #10) and an the pro-metastatic process epithelial-to-mesenchymal transition (EMT) which is important in the spread of cancer[874]. Low level arsenic can also induce cell immortalization in a non-tumorigenic human prostate epithelia cell line (RWPE-1) to malignant transformation to cancer cells. These arsenic-induced cancer cells exhibit increased proliferation (KC #10)[875]. Arsenic can also stimulate cell immortalization via a pro-angiogenic pathway (KC #10) with increased amount of a growth factor called placental growth factor (PGF)[876]. Arsenic-induced placental growth factor stimulates another pro-tumorigenic pathway called endothelial growth factor (VEGF)/mitogen-activated protein kinase/ERK kinase (MEK)/extracellular signal-regulated kinase (ERK) activities[876]. By increasing the activity of this pro-cancer pathway (PlGF/VEGFR1/MEK/ERK), arsenic stimulates more aggressive cancer growth called anchorage-independent growth[876]. Anchorage-independent growth is the ability of cells to proliferate and divide without being attached to a solid surface, which is a hallmark of cancer cells. Arsenic induces the transformation of normal cells to cancer cells so that these cells can proliferate or divide endlessly without having to be attached to a solid surface[876].

Arsenic induces cell immortalization and transformation from epithelial cells to cancer cells[877,878]. Exposure to arsenic induces cell transformation including reflected by increased proliferation (KC #10), increased colony formation with anchorage-independent growth, increased migration, and increased invasion of the transformed cancer cells[878]. Unlike the normal epithelial cells which do not cause cancer, the arsenic-induced transformed cancer cells cause tumors in the mice[878]. Gene analysis of the arsenic-induced cancer cells showed signs of oxidative stress (KC #5) with reactive oxygen species, DNA damage (KC #2), chronic inflammation with increased pro-inflammatory cytokines and pro-inflammatory transcription factor NFkβ activation (KC #6), altered DNA repair (KC #3), apoptosis alterations (KC #10) and epigenetic alterations (KC# 4) compared to controls[878].

Chronic exposure to arsenic induces transformation of non-stem cells into cancer stem cells that can initiate tumor growth in mice[879]. These cancer stem cells that are negative for the stem cell marker CD61, which is a requirement for tumor initiation in vivo[879]. Thus, these arsenic-transformed cells can initiate tumor growth and induce metastasis (cancer spread)[879]. This low expression of CD61 correlates with the poor survival of ovarian cancer patients[879].

*Key characteristic #10- alters cell proliferation, cell death, or nutrient supply*

*Cell proliferation:* Arsenic promotes skin tumors in mice via abnormal cell proliferation as measured by increased expression level of the proliferation marker called proliferating cell nuclear antigen (PCNA)[880]. Arsenic-induced cell proliferation in the epithelium correlated with activation of the pro-cancer pathway called MAP kinase[881]. Arsenic also induces the cell death of pancreatic β-cells with a dose-response between the dose of arsenic and number of apoptotic cells[882].

*Cell death:* Arsenic stimulates apoptotic cell death as measured by apoptosis biomarkers (caspase-3 and Bax expression), and reduced markers of anti-apoptosis (Bcl-2) expression in a mouse model[850,858].

*Angiogenesis:* Arsenic stimulates angiogenesis and tumorigenesis[883]. Arsenite induced a dose-dependent increase in blood vessel density (angiogenesis) in two different angiogenesis assays (chicken chorioallantoic-membrane (CAM) assay and matrigel assay)[883]. Arsenic significantly stimulated tumor growth and lung metastasis in all animals[883]. Chronic arsenic exposure induces angiogenesis in human lung epithelial cells via the pro-angiogenic lipid enzyme cyclooxygenase (COX)-2[884].

Arsenic also activates a pro-cancer pathway called Hedgehog signaling pathway is tissue culture cells and in the body (in vivo)[885]. The Hedgehog pathway is target and key pathway in the ovarian cancer and endometrial cancer[886-889]. For example, inhibition of the Hedgehog pathway can inhibit ovarian tumor growth in a preclinical mouse model[890].

Uterine cancer and ovarian cancer can act through similar mechanisms.

**CONCLUSION**

Arsenic **is an extremely potent and toxic carcinogens which exhibits 7 out of the 10 key characteristics of carcinogens. Arsenic trigger mechanisms that can cause and contribute to the development of uterine and ovarian cancers.** There is compelling scientific evidence of carcinogenic activity in animals, evidence in human cell and tissue, substantial evidence of genotoxicity, and considerable knowledge on the many biologically plausible mechanisms of carcinogenicity. **Arsenic appears in chemical hair relaxers as part of complex mixtures that include other chemicals with toxicities relevant to uterine cancer and ovarian cancer. In this context, arsenic can act as a tumor-initiators and tumor promoters of uterine cancer and ovarian cancers.**

## XIII. Chemical Mixtures Can Exhibit Synergistic Pro-Cancer Activity

International panels from the U.S. EPA, WHO, and European community, have studied the synergistic effects of chemical mixtures. The potential pro-cancer activity resulting from a chemical mixture can be greater than, equal, or less than the sum of the individual chemicals in the mixture which interact with each other[891]. The definition of "interaction" is that one chemical or agent influences the biological activity of another chemical or agent. Many toxicology and epidemiology studies have identified clear interactions between chemical carcinogens, including synergistic effects[892].

To quote Berebaum et al 1985, ***"There is abundant evidence that environmental carcinogens interact synergistically in causing cancer in humans[893-899]."*** Synergy occurs when the interaction between two or more factors makes the total effect greater than the sum of the individual effects, while additivity describes a situation in which the overall effect caused by a combination of compounds is the sum of the effects of each individual agent[900]. Chemical

carcinogens can exhibit synergistic pro-cancer activity[901]. There are many studies that show that in a mixture of carcinogens there is additive or synergistic activity between the carcinogens on cancer initiation and cancer promotion.

Synergistic pro-cancer activity in a chemical mixture can be significant[902]. Sequential exposure to two chemicals can trigger effects that are not observed with exposure to either chemical alone[892]. The Binary Combination Interaction Database contains information on hundreds of interactions between chemical carcinogens, the majority of which are synergistic[892]. Chemical interactions, cytotoxicity, and metabolism can affect the potential of a mixture to cause cancer[903]. The carcinogenic risk increases with the number of carcinogens present[893]. The added risk from an individual carcinogen can be greater at lower doses than higher doses in a mixture[893]. To quote Berenbaum et al 1984, "***this excess risk at low doses is shown to increase as the general level of environmental carcinogens rise and, independently of this effect, it may also increase with the number of carcinogens present***.[893]"

The linear, no-threshold model of genotoxic carcinogens does not take into account the potential synergistic interactions between carcinogens and chemicals[893]. The simultaneous exposures to several chemical carcinogens in a mixture can initiate and promote cancer progression[904-906]. To understand how chemicals in the mixture can cause cancer via synergistic actions requires the analysis of both the *key characteristics of carcinogens* and the *hallmarks of cancer*[10,16,19,20,22,904].

Importantly, chemicals that are non-carcinogenic can affect the carcinogenesis of the mixture[907]. For example, in studies by Warshawsky ey al 1993, non-carcinogenic PAHs or solvents can affect the cancer causing activity of mixtures[907]. To quote Burke et al 2009, "***These chemical pollutants exist at levels below the toxic or tumorigenic levels. However, the combined impact of two subcarcinogenic factors may contribute to the increased tumorigenicity***.[908-911]"

**There is no safe threshold for mixtures including genotoxic carcinogens.**

Bartsch et al 1998 stated, "***For mixtures containing substances with a genotoxic and carcinogenic potential, the commission considered it scientifically inappropriate to establish a safe threshold****…Carcinogenic mixtures are categorized according to either the carcinogenicity of the mixture or the classification of the carcinogenic substances included…For components of the same target organ and mode of action or interfering metabolism, synergistic effects must be expected and the OELS (occupational exposure level) must be lowered*[912]."

This is highly relevant to this litigation, as chemical hair relaxers contain several chemicals that cause harms relevant to uterine and ovarian cancers. These carcinogens have similar and complimentary modes of action, e.g. genotoxicity (KC #2), inhibition of DNA repair (KC #3), oxidative stress (KC#5), chronic inflammation (KC #6), immunosuppression (KC #7), and proliferation (KC #10).

**Specific examples of carcinogenic mixtures**

Many examples of interactions among multiple chemical exposures have been studied on co-exposures and resulting biological responses. Complex mixtures have potential to cause

cancer[892]. The predicted synergism resulted from simultaneous exposure to chemicals (e.g. pesticides and heavy metal) especially at low levels increases with the complexity of the mixture of chemicals[913]. Mixtures of common chemicals can exhibit synergistic pro-cancer activity[97]. For example, a mixture of bisphenol A, methylparaben, and perfluorooctanoic acid (PFOA) exerts more pro-cancer activity than the same chemicals do individually[97]. This mixture had a pro-cancer effect on 2 key characteristics (alter cell proliferation and cell death, modulate receptor-mediated effects) on normal cells that was not observed with the individual chemicals[97].

Formaldehyde, which has been present in chemical hair relaxers, has been studied in several chemical mixtures. For example, formaldehyde exhibits synergistic mutagenic activity with ionizing radiation and a nitrosamine called N-nitroso-N-methylurea[914]. Exposure of cells to the combination of ionizing radiation or N-nitroso-N-methylurea followed by submutagenic concentrations of formaldehyde potentiated both cytotoxicity (cell killing) and mutagenicity as compared with the activity of each agent alone[914]. The effects of formaldehyde on DNA repair occur at the same time as its mutagenic activity[915]. Therefore, formaldehyde could exert its mutagenic and carcinogenic effects by both inducing DNA damage and inhibiting DNA repair in mixture of chemicals[362]. Formaldehyde also augments the genetic damaging effects of ionizing radiation in Drosphila melanogaster[916]. Mixtures of formaldehyde and hydrogen chloride or beechwood dust also causes more pathology in the nasal cavity of rats than exposure to each chemical alone[917].In summary, to quote Grafstrom et al 1993, "***formaldehyde, besides its direct cytotoxic and genotoxic effects, can increase the adverse effects of other toxic, mutagenic and carcinogenic agents at submutagenic concentrations, indicating that formaldehyde is an agent with both mutagenic and cocarcinogenic properties***[914]."

Human exposure to environmental agents commonly involves complex mixtures of a wide range of different chemicals[28]. A mutagenic study showed no effect with either arsenite or BaP alone. However, the combination of both arsenite and BaP increased the mutagenic activity by 8-fold. Arsenic trioxide co-exposure also potentiates BaP genotoxicity by stimulating oxidative stress in human lung adenocarcinoma cells[918]. Arsenic trioxide (As2O3) synergistically enhanced the cytotoxicity, genotoxicity, and level of oxidative stress induced by BaP at various tested concentrations[918]. Thus, As2O3 may exert its synergistic cytotoxic and genotoxic effects with BaP mainly via elevated intracellular reactive oxygen species and reduced glutathione (GSH) contents and superoxide dismutase activities, thus promoting high level of oxidative stress[918].

PAHs act as co-carcinogens with increased DNA adducts in the presence of benzopyrene, a known carcinogen[919]. There were more DNA adducts in the combination of carcinogens compared to each carcinogen alone[919]. The combination of PAHs and benzopyrene increase the production of a pro-inflammatory enzyme called cyclooxygenase 2 (Cox-2), which stimulates production of pro-inflammatory molecules called prostaglandins[919]. The combination of these carcinogens increases the carcinogenic potential via genotoxicity and chronic inflammation mechanism[919]. The molecular endpoints are reflective of both tumor initiating events (e.g. DNA adducts) and tumor promoting events (e.g. COX-2)[919]. These results by Bauer et al 2018 showed that the co-carcinogenic effects of PAH mixtures are the sum of the effects caused by the respective individual compounds[919]. The dose, duration of exposure and chemical composition (type of molecules) of the PAH mixture with other carcinogens can exhibit a strong pro-cancer influence on PAH metabolism that goes beyond a simple additive effect[920]. Similarly, a mixture of

benzo(a)pyrene and metals induced a 4-fold increase in micronucleus formation compared to benzo(a)pyrene alone[754]. Flow cytometry-based micronucleus test was used to determine the genotoxicity of mixtures of PAHs, arsenic, cadmium, and lead in liver cancer cells. The observed interaction effect between these chemicals was dependent on the concentrations and number of and which chemicals were present in the mixtures[754].

**Chemical mixtures in animals**

Synergistic carcinogenic effects have been reported in animal studies of mixtures even at low doses[891]. Combined exposure to a single inhalation of plutonium dioxide and chronic exposure to cigarette smoke acted synergistically to shorten survival in malignant lung tumors[921]. This synergy between these two exposures of plutonium dioxide and smoke in causing lung tumors is consistent with the scientific evidence from uranium miners and nuclear weapons production workers at the Russian Mayak nuclear facility[921,922].

Co-exposure to inhaled aldehydes or carbon dioxide enhances the cancer-causing activity of tobacco-specific nitrosamine NKK in the mouse lung[923]. Mice receiving both NNK and acetaldehyde or formaldehyde exhibited more adenomas with dysplasia or progression than those receiving only NNK, suggesting that aldehydes may increase the severity of NNK-induced lung adenomas[923]. Studies by Peterson et al 2018 showed that formaldehyde and acetaldehyde increased the tumor progression at early time points[923].

Preston et al via a related 10 year research program studied the effects of irritation (cytotoxicity followed by regenerative hyperplasia) on mouse skin cancer[924]. Irritation can lead to a pro-cancer process via cytotoxicity (cell killing) followed by a process called regenerative hyperplasia (key characteristic # 10) that can results in cell proliferation. Chemicals such as petroleum-derived hydrocarbons that stimulate irritation promote tumor growth. In these studies when irritation was avoided, the PAHs did not induce tumor growth[924]. As early as 1952, irritation was shown to stimulate the growth of latent tumor cells in the skin of mice after application of hydrocarbons[925]. In these studies, regeneration of damaged area in the liver supports the growth of latent hepatic tumor cells[925]. The combination of persistent organic pollutants (POPs) and the carcinogen azoxymethane (AOM) synergistically increased the number of malignant colon tumors[926]. To quote Hansen et al 2019, "***The results emphasize the importance of anticipating synergies when assessing the carcinogenic potential of compound mixtures***[926]."

**The Halifax Project on Low-Dose Exposures to Chemical Mixtures**

In the Halifax Project, cancer biologists and toxicologists studied the effects of combined exposures in cancer with interactions between environmental chemicals and the hallmarks of cancer[927]. 60 scientists representing 26 countries met in Halifax, Nova Scotia, to determine whether it was plausible for a mixture of non-carcinogenic chemicals to act as a *virtual carcinogen* based on the published research[928]. They concluded that **"*a chemical mixture could induce all the Hallmarks and could function as a virtual carcinogen*"**[928]. The scientists here found that chemicals in the environment at lower levels than considered harmful could act on hallmark targets and contribute to risk of cancer progression[927]. Individual chemicals can induce some but not all of the hallmarks of cancer while combinations at low doses may act via additive or synergistic pro-

cancer mechanisms to cause cancer[929]. Importantly, a chemical might be supporting carcinogenesis even though it is not in and of itself a complete carcinogen. One chemical might support one or two hallmarks, another chemical a third hallmark, and so forth until the sum of results is the same as though there had been an exposure to a single complete carcinogen[929].

The Halifax Project demonstrated that carcinogen risk assessment of a single chemical may underestimate the cumulative effect of exposures to chemical mixtures[929]. Thus, low dose chemical exposure may affect cancer hallmark mechanisms that enable cancer causation[929]. These studies of the Halifax Project showed that chemicals that are not considered carcinogens individually can exhibit synergistic actions on key cancer hallmarks at low doses[930]. The Halifax Project stated that "***low-dose exposures to [mixtures of] disruptive chemicals that are not individually carcinogenic may be capable of instigating and/or enabling carcinogenesis***[928]." Similarly, studies by Ryder et al 2021 suggested that specific combinations of chemicals with the critical key characteristics relevant to cancer progression induced tumors even if the chemicals individually were unable to do[22].

**Using the Key Characteristics of Carcinogens for Chemical Mixtures**

Chemical hair relaxers are chemical mixtures. As set forth and described in detail above, hair relaxers have contained a number of toxic chemicals. To understand the activity of chemical mixtures on cancer development, it is imperative to employ the key characteristics of carcinogens and the hallmarks of cancer[22]. Chemicals can be studied via these various molecular mechanisms for potential joint action[22]. The main cancer pathways can follow a sequence via the cancer hallmarks: resisting cell death, insensitivity to antigrowth signals, sustained proliferation, deregulated energetics, replicative immortality and activation of invasion and metastasis[931]. The U.S. EPA predicted the cancer causing potential of chemicals in rodents with the hallmarks[932]. Studying 232 chemicals from 672 in vitro measurements, evidence of cancer hallmarks (e.g. angiogenesis, sustained proliferation) could predict chemical carcinogenesis[932].

Exposure to a mixture of carcinogens can cause cancer to grow more aggressively than exposure to a single carcinogen. For example, formaldehyde can disrupt DNA repair. Thus, DNA damage caused by exposure to the other genotoxic carcinogens in hair relaxers can initiate and promote cancers in an additive or synergistic manner. Similarly, a chemical that exhibits immunosuppressive activity may not be carcinogenic as a single agent, but it may promote carcinogenesis in the presence of other chemicals[927]. For example, formaldehyde can induce immunosuppression, which can help initiate or cause cancer via the other genotoxic and non-genotoxic carcinogens in the hair relaxers.

Increasing scientific evidence suggest that mixture effects can cause chemical risks to be underestimated if potential additive or synergistic interactions are not taken into account. International bodies such as IARC/World Health Organization now stress the urgent need for considering mixtures in chemical risk assessment and regulation[933,934]. Importantly, synergistic interactions can occur at low, environmentally relevant exposure levels from a mixture of chemicals[935].

## XIV. **Conclusions Regarding Biological Plausibility**

Chemical hair relaxers are complex mixtures of chemicals that include several carcinogens and endocrine disrupting chemicals that trigger numerous mechanisms that can initiate and stimulate both uterine and ovarian cancers. Additionally, the caustic nature of chemical hair relaxers themselves triggers mechanisms that can lead to the initiation and proliferation of uterine and ovarian cancers. There are multiple mechanisms by which chemical hair relaxer could cause uterine and ovarian cancer, and it is therefore biologically plausible that use of chemical hair relaxer can cause these cancers. It is also biologically plausible and likely that there are synergistic effects of chemicals within these complex mixtures, such that assessments based on single chemical toxicities would underestimate cancer risks.

Numerous chemicals present in chemical hair relaxers can cause DNA mutations in human cells. These DNA mutations can become clinically diagnosed uterine cancers or ovarian cancers if they escape the body's DNA repair mechanisms and overwhelm the body's immune response. The multiple exposures to genotoxic carcinogens increases the amounts of DNA mutations that occur, thereby increasing the odds that these mutations indeed do overwhelm the body's immune response and DNA repair mechanisms. At the same time, several of these chemicals are ***simultaneously*** suppressing the body's immune response and DNA repair mechanisms, which makes it even more likely that the mutated cancer cells overwhelm the body's defenses. To make matters worse, several chemicals are also stimulating oxidative stress and chronic inflammation and other mechanisms which both fuel the fire of cancer growth and spread against weakened biological defenses. These toxicities are complimentary and reinforcing, and likely to exacerbate the harms of the others.

This multitude of effects is what leads to a clinical diagnosis of uterine cancer or ovarian cancer, and chemicals that have been present in chemical hair relaxers can trigger each one. Therefore, it is biologically plausible that chemical hair relaxers can cause uterine cancer and ovarian cancer in humans.

Chemical hair relaxers can induce a chronic inflammatory response with white blood cells (e.g. neutrophils and macrophages). Hair relaxer-induced chronic inflammation (KC #6) is harmful to the body by damaging healthy tissues, cells, and organs. This chronic inflammation is harmful to the body via internal scarring, tissue death, oxidative stress, and damage to the DNA in previously healthy cells in the human body. Chronic inflammation triggers physical harm and/or damage to the human body.

Chemicals that have been present in chemical hair relaxer chemicals induce DNA damage which transforms living normal cells into cancer cells. This damages the DNA of normal epithelial cells (KC#2). Hair relaxers can cause cellular and tissue damage via molecules called free radicals (KC#5). Indirect effects following the interaction of hair relaxer chemical with inflammatory cells can generate harmful molecules such as cytokines and various reactive oxygen species (ROS) leading to oxidative stress (KC #5). Hair relaxer chemicals are toxic and harmful to various immune cells in the body such as macrophages, lymphocytes, and natural killer cells leading to immunosuppression (KC #7). Hair relaxer-induced cell proliferation (KC #10) can lead to an exponential increase in cell number and subsequent tissue growth which can harm the body.

Another way chemical hair relaxers can cause cancer is via mutations such as KRAS alterations, which play an important and underappreciated role in ovarian and uterine cancer patients. KRAS mutations are present in 25% of cancers, one of the most common gene mutations. Hair relaxer chemicals can have direct toxic effects on normal cells, releasing pro-inflammatory cytokines and the potent pro-angiogenic factor called vascular endothelial growth factor (VEGF). VEGF can stimulate more inflammatory cells leading to chronic inflammation. Importantly, the chronic inflammation induced by the hair relaxer chemicals does not completely resolve leading to chronic persistent inflammation.

Thus, hair relaxers can induce all the key characteristics (KCs) of carcinogens relevant to uterine cancer and ovarian cancer. These mechanisms can overcome the human body's natural defense mechanisms like antioxidants, antiinflammation, and tumor immunity defense mechanisms that help to prevent cancer in health people.




**Figure 2. Hair relaxers trigger key characteristics of carcinogens and molecules that can initiate and stimulate ovarian and uterine cancer via the blood circulation and lymphatics[936].**

## XV. Assessment of the Evidence and Conclusions

Based on the totality of the evidence, it is more likely than not that the use of chemical hair relaxers causes uterine cancer and ovarian cancer in humans.

Epidemiological evidence indicates that frequent users of chemical hair relaxers have significantly increased risks of uterine and ovarian cancer, with most studies reporting these risks are more than doubled. These associations are both strong and consistent across studies, thereby meeting several guidelines of a Bradford Hill Causal Analysis (**#1 Strength of Association**; **#2 Consistency Across Studies**). These effects were also observed after exposure to chemical hair relaxers, fulfilling another Bradford Hill guideline (**#4 Temporality**). Compellingly, statistically significant dose-response effects were observed in several studies. These are relatively rare and

important findings in environmental exposure studies, and fulfill another Bradford Hill guideline (**#5 Biological Gradient**). As discussed at length above, there are also multiple mechanisms by which chemical hair relaxer use could cause uterine cancer and ovarian cancer, which meets another Bradford Hill guideline (**#6 Biologically Plausibility**). The natural history and biology of cancer tells us that the initiation and promotion of uterine and ovarian cancer result from exposure to chemicals that trigger certain mechanisms (e.g., the 10 Key Characteristics of Carcinogens). Therefore, these results are coherent with existing scientific knowledge and meet another Bradford Hill guideline (**#7 Coherence**). Relevant effects have been demonstrated in both laboratory settings, such as with animal and certain mechanistic studies, and natural experiments in the epidemiological literature. Therefore, causation is supported by multiple different experimentations, and another Bradford Hill guideline is met (**#8 Experiment**). Numerous analogies also support causation, including links between exposures to chemical mixtures, including those with similar chemicals to those contained in chemical hair relaxers, and both cancerous and reproductive effects, fulfilling another Bradford Hill guideline (**#9 Analogy)**.

One of the Bradford Hill guidelines (**#3 Specificity of Effect**) is not met in the present analysis. However, I give this factor little weight in this matter, because it is well established that carcinogens and endocrine disrupting chemicals, including those contained in chemical hair relaxers, exhibit their toxic effects in numerous organ systems.

The causal association between hair relaxer exposure and malignant diseases of the ovary and uterus is well supported by epidemiologic, animal, and mechanistic toxicology studies including the key characteristics of carcinogens. Chemical hair relaxers can initiate the cancer process cause ovarian and uterine cancer via the **key characteristics of carcinogens** including genotoxicity (KC #2), impaired DNA repair (KC #3), induced epigenetic alterations (KC #4), oxidative stress (KC #5), chronic inflammation (KC #6), immunosuppression (KC #7), and angiogenesis and apoptosis (KC #10).

Although the intended use of the hair relaxers is topical, hair relaxer chemicals can gain systemic access from the skin to the ovary and uterus through blood and lymphatic circulation. Hair relaxer chemicals induce chronic inflammation via pro-inflammatory cytokines, chemokines, growth factors, damage-associated molecular proteins (DAMPs), and the production of reactive oxygen species (ROS). The pro-inflammatory molecules triggered by hair relaxers that can cause bodily injury include interleukins such as IL-1β, cytokines such as TNF-α, chemokines, lipid autacoid mediators such as $PGE_2$, upregulation of transcription factors (e.g. NF-kB), production of ROS and reactive nitrogen species (RNS), and activation of various pro-cancer pathways. Chemical hair relaxers may also promote uterine and ovarian cancer through continuous bodily injury via tissue damaging and mutagenic molecules such as ROS and cytokines released by inflammatory cells. Pro-inflammatory factors $PGE_2$ and TNF-α can trigger a chronic inflammatory response that can cause normal cells to transform to cancer cells.

In conclusion, there is strong, consistent, coherent, and biologically plausible evidence that chemical hair relaxers cause uterine cancer and ovarian cancer in humans that is supported by observed biological gradients and robust experimentation. It is therefore, in my expert opinion, more likely than not that chemical hair relaxers cause uterine cancer and ovarian cancer in humans.

| Abbreviation | Definition |
|---|---|
| AA | Acrylamide |
| ADH | Alcohol dehydrogenase |
| ADME | Absorption, Distribution, Metabolism, and Excretion |
| AGT | O6-Alkyl-guanine-DNA–alkyltransferase |
| AhR | Aryl hydrocarbon receptor |
| AML | Acute myelogenous leukemia |
| AOM | Azoxymethane |
| As2O3 | Arsenic trioxide |
| ASIP | American Society of Investigative Pathology |
| ATF3 | AKT and STAT3 in arsenic-transformed KO |
| BaP | Benzo(a)pyrene |
| Bcl-2 | B-cell lymphoma-2, marker of anti-apoptosis |
| BeP | Benzo(e)pyrene |
| BER | Base-excision repair |
| BMI | Body mass index |
| BP-1 | Benzophenone |
| BP-3 | Benzophenone |
| BPs | Benzophenones |
| BRCA1mut | BRCA1-mutated |
| CA | Chromosomal aberration |
| CAFs | Cancer-associated fibroblast |
| CAT | Catalase |
| CDC | Centers for Disease Control and Prevention |
| CDI | Chromosomal index |
| CIN | Chromosomal instability |
| CNS | Central nervous system |
| COX | Cyclooxygenase |
| COX-2 | Cyclooxygenase |
| CRP | C-reactive protein |
| CSC | Cancer stem cell |
| DAMPs | Damage-associated molecular proteins |
| DAS | Diallyl sulfide |
| DBP | Dibutylphthalate |
| DDR | DNA damage response |
| DEA | Diethanolamine |
| DEHP | Di-2-ethylhexyl phthalate |
| DES | Diethylstilbestrol |
| DiBP | Diisobutylphthalate |
| DIDP | Di-isodecyl phthalate |
| DiPeP | Diisopentyl phthalate |
| DMBA | 7,12-dimethylbenz[a]anthracene |

| | |
|---|---|
| dMMR | Mismatch repair deficient |
| dMMR/MSI-H | Loss of DNA mismatch repair proteins/high-level microsatellite instability |
| DnBP | Di-n-butyl phthalate |
| DNMTs | DNA methyltransferases |
| DPC | DNA-protein cross-links |
| DSB | Double strand breakage |
| EDCs | Estrogenic compounds |
| EETs | Epoxyeicosatrienoic acids |
| EFSA | European Food Safety Authority |
| EGCG | Epigallocatechin-3-gallate |
| EMT | Epithelial-mesencyhmal transition |
| eNOS | Endothelial nitric oxide synthase |
| ENU | N-ethyl-N-nitrosourea |
| EP | Ethyl paraben |
| EPA | Environmental Protection Agency |
| ER | Estrogen receptors |
| ER-alpha | Estrogen receptor alpha |
| ERK | Extracellular signal-regulated kinase |
| ESCH | European Study Group on Cytogenetic Biomarkers and Health |
| EtO | Ethylene oxide |
| FABP4 | Fatty acid binding protein |
| FDA | Food and Drug Administration |
| FGF-2 | Fibroblast growth factor |
| flt-1/KDR | VEGF receptor |
| GM-CSF | Granulocyte macrophage-colony stimulating factor |
| GPx | Glutathione peroxidase |
| GSH | Glutathione |
| GST | Glutathione S-transferase |
| H4K20me3 | Histone H4 lysine 20 trimethylation |
| Hb-EO | Hemoglobin-EO |
| HDACs | Histone deacetylases |
| HE | 2-hydroxyethyl |
| HEG | Guanine |
| HepG2 | Hepatoma G |
| HET-MN | Hen's egg-micronucleus |
| HG | Harderian gland |
| HGSC | High grade serous carcinoma |
| HGSOC | High grade serous ovarian cancer |
| HHS | Department of Health and Human Services |
| HMGB1 | High mobility group box 1 |
| IARC | International Agency for Research on Cancer |
| ICLs | Interstrand cross-links |
| IFN | Interferon |

| | |
|---|---|
| IL | Interleukin |
| IL-ra | IL-1 receptor antagonist |
| KC | Key characteristics |
| KEs | Key events |
| LDH | Lactate dehydrogenase |
| LPO | Lipid peroxidation |
| MAPK | Mitogen-activated protein kinase |
| MBzP | Metabolite mono-benzyl phthalate |
| MDA | Malondialdehyde |
| MDSC | Myeloid-derived suppressor cells |
| MEHHP | Mono-(2-ethyl-5-hydroxyhexyl)phthalate |
| MEHP | Mono-2-ethyhexyl phthalate |
| MEK | Mitogen-activated protein kinase |
| MEOHP | Mono-(2-ethyl-5-oxohexyl)phthlate |
| MFs | Mutant frequencies |
| MiDAS | Mitotic DNA synthesis |
| MiNP | Mono-isononyl phthalate |
| MN | Micronucleus |
| MN-RETs | Micro nucleated reticulocytes |
| MNHEP | Micro nucleated hepatocyte |
| MP | Methyl paraben |
| MSI | Microsatellite instability |
| mtTFA | Mitochondrial transcription factor A |
| NCI | National Cancer Institute |
| NDELA | N-nitrosodiethanolamine |
| NDLEA | N-Nitrosodiethanolamine |
| NDMA | N-nitrosodimethylamine |
| NDMAd | NDMA demethylase |
| NER | Nucleotide-excision repair |
| NF-kB | Nuclear factor kappa-light-chain-enhancer of activated B cells |
| NHANES | National Health and Nutrition Examination Survey |
| NIH | National Institutes of Health |
| NSCLC | Non-small cell cancer lung carcinoma |
| NTP | National Toxicology Program |
| OSBs | Oxidative stress biomarkers |
| OSE | Ovarian surface epithelial |
| PAEs | Phthalates esters |
| PAH | Polycyclic aromatic hydrocarbon |
| PAHs | Polyaromatic hydrocarbons |
| PCA | Protocatechuic acid |
| PCNA | Proliferating cell nuclear antigen |
| PD-L1 | Programmed cell death 1 ligand |
| PFOA | Perfluorooctanoic acid |

| | |
|---|---|
| PGE2 | Prostaglandin E2 |
| PGF | Placental growth factor |
| PHBA | p-hydroxybenzoic acid |
| PITX2 | Paired homeodomain transcription factor |
| PMN | Polymorphonuclear leukocytes |
| POPs | Persistent organic pollutants |
| PPARs | Peroxisome proliferator-activated receptors |
| Pro-EGCG | Epigallocatechin-3-gallate |
| RAS | Rat sarconoma virus |
| RNS | Reactive nitrogen species |
| RoC | Report on Carcinogens |
| RONs | Reactive oxygen and nitrogen species |
| ROS | Reactive oxygen species |
| RR | Relative risk |
| RWPE-1 | A non-tumorigenic human prostate epithelia cell line |
| SASP | Senescence-associated secretory phenotype |
| SCE | Sister-chromatid exchanges |
| SCEs | Sister chromatid exchanges |
| SCGE | Single cell gel electrophoresis |
| SIR | Standardized incidence ratio |
| SOD | Superoxide dismutase |
| SSB | Single strand-breaks |
| STIC | Serous tubal intraepithelial carcinoma |
| STING | Stimulator of IFN genes |
| TAC | Total antioxidant capacity |
| TDAb | T-dependent antibody |
| TICs | Tumor-initiating cells |
| TILs | Tumor-infiltrating lymphocytes |
| TNF | Tumor necrosis factor |
| TOS | Total oxidative stress |
| TRPC3 | Transient receptor potential channel C |
| TSP-1 | Thrombospondin-1 |
| UMDNJ-RWJ | University of Medicine and Dentistry of New Jersey-Robert Wood Johnson Medical School |
| VEGF | Vascular endothelial growth factor |
| WBC | White blood cells |
| WHO | World Health Organization |