# Exhibit 25

# Expert Opinion Report

**Silvina Pugliese , M.D.**

**In Re: Hair Relaxer Marketing Sales Practices and Products Liability Litigation (MDL 3060)**

**Prepared for:**

**Plaintiffs Steering Committee – MDL 3060**



Exhibit
2
03/11/2026

## Contents

**Introduction** ........ 3

**Mandate** ........ 3

**Chemical hair relaxers and the skin** ........ 4

**Layers of the skin** ........ 5

**Absorption into the skin: The transepidermal pathway** ........ 7

**Absorption into the skin: the transfollicular pathway** ........ 8

**How much of what is applied to the skin is absorbed internally?** ........ 9

**Chemical hair relaxers: Absorption into the skin** ........ 10

**Chemical hair relaxers in systemic circulation with a focus on carcinogenesis** ........ 11

**Conclusion** ........ 13

## Introduction

My name is Silvina Pugliese, and I am a board-certified dermatologist, medical educator, and practicing oncodermatologist. Oncodermatology is a field of dermatology specializing in cancer patients. Oncodermatologists treat cancer patients who experience cutaneous side effects related to chemotherapy, immunotherapy, and/or radiation therapy. Oncodermatologists also treat patients who have advanced forms of skin cancer, such as squamous cell cancer, basal cell cancer, and melanoma.

I received my undergraduate degree in Psychology from Dartmouth College in 2005. I attended Boston University School of Medicine, graduating with my medical degree in 2010. I completed my medical internship (PGY-1) at Stanford University in 2011 and my dermatology residency (PGY-2 to PGY-4) at Loma Linda University in 2014. I practiced at Stanford Dermatology from 2014-2025 and am currently a Clinical Associate Professor of Dermatology at NYU. I have been asked to formulate an opinion regarding the various routes of absorption under which chemical hair relaxers can enter systemic circulation and whether it is mechanistically feasible for chemical hair relaxers applied to the skin to enter systemic circulation and exert adverse effects, including carcinogenesis.

Based upon my expertise, education and experience, I am well-positioned to discuss the local effects of chemical hair relaxers, the mechanisms by which they can be absorbed through the skin, and the downstream effects of unintended absorption. In this report, I will review skin anatomy and the process by which topical agents traverse skin layers and appendageal structures (e.g. hair follicles, sebaceous glands) to enter the body. I will review the dermatologic side effects of chemical hair relaxer use on both the skin and hair. I will also opine on how these cutaneous side effects allow for the increased absorption of unwanted chemicals into systemic circulation, causing serious adverse side effects, including endometrial and ovarian cancer.

## Mandate

I have been retained to undertake a review of the published scientific literature to enable me to render an opinion to a reasonable degree of medical certainty, based upon my review of the literature and my background, training and experience, regarding whether it is biologically plausible that the use of chemical hair relaxer products can contribute to the development of uterine and ovarian cancers in product users.

My professional fee for my work in this matter is $900 per hour. I have not testified as an expert at deposition or trial in the last four years.

In reaching my opinions, I have used the same methods that I would use in my academic and professional work. I began by defining the scope of my mandate and

performing a comprehensive literature search. After reviewing the pertinent literature, I undertook a weight of evidence analysis, summarized my findings, and formulated my conclusions.

A current copy of my curriculum vitae (C.V.) is attached to this report.

## Chemical hair relaxers and the skin

Chemical hair relaxers are formulated to straighten hair and are primarily utilized by Black women. Chemical hair relaxers include active ingredients such as sodium hydroxide, potassium hydroxide, guanidine hydroxide, calcium hydroxide, and lithium hydroxide).[1] In addition to these active ingredients, several other chemicals are present in chemical hair relaxers. These include, but are not limited to, fragrances (linalool, limonene), phthalates (bis(2-ethylhexyl) phthalate, diethyl phthalate), parabens (methyl paraben), UV filters (octinoxate, benzophenone-1)[2], preservatives (formaldehyde, phenoxyethanol), and antioxidants (butylated hydroxytoluene, BHT)[3]. This ingredient list includes irritants, contact allergens, and known carcinogens.

Localized toxicity of chemical hair relaxers includes eczematous dermatitis (allergic contact dermatitis, irritant contact dermatitis), skin peeling, inflammation, and burns.[1] Allergic contact dermatitis occurs in patients who are primed by these ingredients and later develop a hypersensitivity reaction to the ingredient when it is placed on the skin.[4] What does it mean for the skin to be “primed”? Repeat exposure to a product or chemical can prepare, or sensitize, your immune system to react in a specific way. The exposures can cause your body to recognize the product or chemical as something foreign, and to react with an allergic response (in the case of this skin, this appears as rash and/or itch).

Frequent and long-term use of products sensitize patients to allergens. Okeke et al[5] examined the prevalence of contact allergens in popular hair relaxer products. The most common contact allergens were propylene glycol, cetyl steryl alcohol, fragrance, lanolin alcohol, D/L-a-tocopherol, tea tree oil, and cocamidopropyl betaine. The authors found that frequently used hair relaxers often included more than one core allergen (as defined by the American Contact Dermatitis Society), with one brand containing 21 potential allergens.

While allergic contact dermatitis is immune-mediated, irritant contact dermatitis is not and can occur in any patient.[6] Irritant contact dermatitis occurs in patients who develop significant skin breakdown due to the ingredients in hair relaxers.[1] Irritant contact dermatitis often causes burning and pain, as opposed to the itch seen in allergic contact dermatitis.[4,6] Both reactions compromise the skin barrier.

Chemical relaxers are very alkaline, with a pH of up to 13-14[7]. Tests of products on the South African market reported a median pH of 12.36.[8] Examination of 22 hair relaxers on the Kenyan market showed that all had pH greater than 13.[3] Of note, products with a pH of 11.5 are considered corrosive to the skin. This high alkalinity causes significant scalp irritation (redness, scale, rash) and burns.[1] In Chiwar et al's mouse study[9], mice exposed to a chemical formulation containing formaldehyde, sodium hydroxide, and parabens developed significant epidermal thinning, dermo-epidermal clefting, and necrosis, findings which mimic a chronic irritant dermatitis. This is significant because the subsequently compromised skin barrier promotes increased absorption of topicals applied to the skin, including chemicals contained in chemical hair relaxers. The skin barrier may remain compromised for a significant time after the relaxing process is completed, which can also cause increased absorption of chemicals contained in other personal care products during this period of compromise.

Chemical relaxers have been associated with the following forms of hair loss: acquired trichorrhexis nodosa[10], traction alopecia, and central centrifugal alopecia[11,12]. Trichorrhexis nodosa is a hair shaft defect that leads to hair breaking easily.[11] Traction alopecia is a form of scarring hair loss related to damage to the hair shaft.[11] While hairstyles like tight braids, ponytails, and cornrows can cause traction alopecia, patients who couple these hairstyles with chemical hair relaxers have an increased risk of developing traction alopecia[10]. Central centrifugal alopecia is another form of scarring hair loss that centers around the vertex scalp.[11]

Chemical hair relaxers confer deleterious local effects on the skin and hair, compromising the integrity of the skin barrier and allowing dangerous chemicals to absorb internally. I will discuss how this absorption occurs and, later, the unwanted side effects these chemicals may exert.

## Layers of the skin

One of the skin's most important functions is to serve as a barrier between the internal and external environments.[13]

The first (outermost) portion of the skin is called the epidermis. The thickness of the epidermis varies from 32 micrometers (µm, approximately half the diameter of one strand of human hair) to 596.6 µm (the size of a grain of sand).[14] It is made up of four main layers (listed from outermost to innermost): the stratum corneum, the stratum granulosum, the stratum spinosum, and the basal layer.




Bolognia, J. L., Schaffer, J. V., & Cerroni, L. (2024). Dermatology (5th ed.). Elsevier - OHCE. https://bookshelf.vitalsource.com/books/9780702084706

Beneath the relatively thin epidermis is the thicker dermis (the dermal thickness varies from 758.9 μm to 1969.2 μm).[15] The dermis is home to hair follicles, sweat glands, oil glands, nerve endings, and blood vessels. These appendageal structures play an important role in absorption of topically applied medications.




Dragicevic-Curic N, Maibach HI (2015). Percutaneous Penetration Enhancers Chemical Methods in Penetration Enhancement. Accessed online July 2025.

## Absorption into the skin: The transepidermal pathway

There are two main pathways for absorption of chemical hair relaxers into the skin. The first is through the epidermis (transepidermal). These products move through and/or around cells to penetrate the skin layers. The second pathway is through hair follicles (transfollicular/follicular) and sweat ducts.[16]




Krishnan V, Mitragotri S. Nanoparticles for topical drug delivery: Potential for skin cancer treatment. Advanced drug delivery reviews, 2020-01, Vol.153, p.87-108

When products are applied to the skin, they cross through the four layers of the epidermis before reaching the dermis. They can be absorbed into systemic circulation when they reach the blood vessels (superficial capillaries) located within the dermis.[13]

Skin absorption depends on several variables. Some variables are unique to the product itself. Smaller molecules move through the layers of skin faster than larger molecules. Lipid-soluble products move more quickly through the stratum corneum. Vehicles such as ointments allow for greater absorption into the skin when compared to creams or solutions.[13]

Partitioning is the term used for separation of an active ingredient from the vehicle into the stratum corneum. Enhancers such as propylene glycol (a common ingredient in chemical hair relaxers) and ethanol can be added to topical formulations to improve solubilization as well as alter the barrier structure to improve partitioning.[13,16] The presence of propylene glycol in chemical hair relaxer formulations should therefore contribute to increased absorption of its ingredients into the stratum corneum.

It is important to note that topical absorption largely depends on the location and condition of the skin.[13] The scalp is one area of the body that is susceptible to increased absorption. This is due to stratum corneum thickness, the presence of oil glands, the presence of hair follicles (discussed further below), and lipid components of the stratum corneum.[13,16] A study of percutaneous hydrocortisone (topical steroid) penetration noted that the scalp absorbed 3.5x the amount of hydrocortisone as the inner forearm.[17] In other words, products applied to the scalp will absorb more than products applied to other areas

of the body. This is true for medications as well as cosmetic products (e.g., moisturizer, sunscreen).

When we talk about skin condition, we are interested in knowing whether the skin barrier is intact. If the skin barrier is compromised (as can occur with frequent use of chemical hair relaxers), ingredients within that product will be absorbed to a greater degree due to loss of skin barrier integrity. When this occurs, topical medications intended to have a localized effect can result in systemic toxicity. For example, a patient who applied a topical anesthetic cream (lidocaine 2.5% and prilocaine 2.5%) to ulcerated skin of the penis/scrotum[18] (another area of the skin prone to increased absorption) developed a serious and life-threatening condition called methemoglobinemia. This demonstrates how a compromised skin barrier can result in undesirable systemic absorption with serious side effects. While this example highlights a topical medication, the same absorption risk is present for any product applied to the skin.

## Absorption into the skin: the transfollicular pathway

Transfollicular absorption has been shown to be an important component of drug delivery. The hair piercing into the skin creates a U-shaped invagination (or pocket) with increased surface area for greater drug absorption.[19] In addition, the lower infundibulum has an interrupted skin barrier, allowing for greater absorption than the normal stratum corneum. The infundibulum also has several surrounding blood vessels, which are crucial to systemic circulation.[16] This route of absorption is a crucial entry point for products applied to the scalp, such as chemical hair relaxers, because improved absorption increases the risk of chemicals reaching systemic circulation.




Dragicevic-Curic N, Maibach HI (2015). Percutaneous Penetration Enhancers Chemical Methods in Penetration Enhancement. Accessed online July 2025.

Drugs can diffuse from the hair follicle into systemic circulation (as occurs with transfollicular penetration) or they can be stored in intrafollicular storage. The hair follicle is

considered a “long-term reservoir”. While particles may be gone from the skin after 1 day, they continue to be present in the hair follicle, including portions of the particles that are still detectable by day 10.[16] In other words, chemicals applied to the scalp can remain on the skin longer than chemicals applied to other areas of the body.

## How much of what is applied to the skin is absorbed internally?

How much of a product is absorbed into systemic circulation depends on all of the variables discussed above and therefore varies per product. In addition, even if a product is absorbed, whether it imparts any systemic effect varies depending on the product and its concentration within the body.

We know the rates of absorption for some medications. For example, in the case of tazarotene, a topical medication used for both acne and psoriasis, systemic absorption of both 0.05% and 0.1% gel formulation was calculated at 6% when coupled with occlusion.[20] Due to its teratogenic potential (it is pregnancy class X), pregnant patients and patients considering pregnancy are counseled not to utilize this topical medication due to the risk to the fetus. In the case of 5-fluorouracil, a topical chemotherapy utilized in dermatology for treatment of skin cancers such as superficial basal cell cancer as well as pre-cancerous lesions such as actinic keratosis, systemic absorption has been measured to be between 6-13%.[21,22] When patients receive this medication systemically (for other forms of cancer like colon cancer), they are tested for dihydropyrimidine dehydrogenase (DPD) deficiency. Patients with DPD deficiency are unable to break down the medication and can develop systemic toxicity, including death. Routine enzyme testing is not recommended for dermatologic use, but there have been reports of patients who developed systemic toxicity after 5-FU application[23]. Part of the reason for this relatively high absorption rate is that the skin treated with 5-FU cream is often broken down, if not at the start of treatment, then usually by the last few days of treatment (which can last 2-6 weeks). These examples highlight cases in which topical medications are absorbed into systemic circulation with dangerous side effects.

Absorption concern is not limited to only topical medications. An important study reported in the New England Journal of Medicine (NEJM) describes the case of a 26-year-old female who developed acute kidney injury on three separate occasions directly after hair-straightening treatments containing 10% glyoxylic acid. She reported a burning sensation during her treatments as well as the development of scalp ulcers. She presented with systemic symptoms (vomiting, diarrhea, fever, back pain) and had an elevated serum creatinine. The authors performed a mice study to reproduce these findings. Mice were treated with a straightening product or with a control (petroleum jelly). In patients treated with the straightening product, urinalysis showed the presence of calcium oxalate

monohydrate crystals and the mice's serum creatinine was significantly elevated. These results supported the hypothesis of calcium oxalate-induced nephropathy in the setting of glyoxylic acid containing straightening creams.[24] This paper provides an example of how a chemical hair relaxer applied to the scalp can absorb through the skin, enter systemic circulation, and contribute to organ injury. In the case report, the recurrent nature of symptoms directly after chemical hair relaxer treatment allowed for a temporal association to be established.

## Chemical hair relaxers: Absorption into the skin

Based on the information reviewed, the biologically plausible mechanism for absorption of chemical hair relaxers into the skin is:

1. Chemical hair relaxers confer local toxicity to the skin. When applied to the scalp, these highly alkaline agents cause a breakdown in the epidermal skin barrier.[1] To better understand the effects, we can compare these agents to bleach. Bleach, a commonly used cleaning agent, also has a pH ranging from 11-13. Any person who has utilized bleach to clean their home can tell you that they will suffer significant discomfort on their hands (skin breakdown, rash, burning, pain) with prolonged and unprotected use. For this reason, there are formulations of dilute bleach, and people are cautioned to wear gloves when handling bleach. Importantly, repeat exposure to bleach will worsen the hand dermatitis and those affected will report symptoms (worsening rash, burning, pain) even when utilizing non-bleach products on damaged skin.

2. A compromised epidermal skin barrier will result in higher permeability and absorption of products applied to the skin.[13] Patients who frequently utilize chemical hair relaxers can have chronically impaired skin barriers. With each application of a chemical hair relaxer, they are absorbing its ingredients.

   How quickly the skin returns to baseline after developing chemical relaxer-associated dermatitis varies depending on the severity of the reaction (for example, a mild irritant contact dermatitis can resolve in days, while a burn with subsequent ulceration could take months to heal). It is therefore possible that future applications of chemical hair relaxers (often occurring 8-12 weeks after the last application) take place on already impaired scalp skin, therefore leading to enhanced absorption.

3. The scalp already lends itself to enhanced absorption of potentially hazardous chemicals into the skin. This is due to the high density of hair follicles, increased

surface area (due to invagination of the hair follicle – folding inwards to create a pocket), a second absorption route (through the follicle), a larger reservoir capacity (10-fold longer than the stratum corneum), increased blood vessels, and a high proportion of sweat gland and sebaceous glands.[25]

## Chemical hair relaxers in systemic circulation with a focus on carcinogenesis

What happens to the chemicals within chemical hair relaxers once they enter systemic circulation? In recent years, several concerns have arisen regarding downstream systemic effects. These include kidney injury[24] (as mentioned above), asthma[26] (related to inhalation), premature puberty[27], reduced fertility[28], and carcinogenesis.

Some of the ingredients present in hair relaxers (e.g. parabens, phthalates) are referred to as endocrine-disrupting chemicals. They have the propensity to mimic estrogen (leading to the activation of estrogen receptors) and disrupt apoptosis, increasing the risk of cancers such as ovarian and uterine cancer.[29]

Helm et al[2] evaluated 18 products on the market for hair care. In addition to hair relaxers, they looked at hot oil treatment, anti-frizz/polish, leave-in conditioner, root stimulator, and hair lotion. 3 hair relaxers were tested and one of those hair relaxers contained more chemicals than any of the other products tested. Of the 66 chemicals tested, 45 were endocrine-disrupting or asthma-associated. Perhaps most concerning, 84% of the detected hair chemicals in these products were not listed on the ingredient label. 7 of these chemicals (benzophenone, BBP, BPA, DEHP, diethanolamine, nonylphenol, and o-phenylphenol) are regulated under California's Proposition 65 or prohibited based on the European Union (EU) Cosmetics Directive (inclusion criteria based on cancer, reproductive harm, and/or birth/developmental defects). Two of the tested hair relaxers (marketed for children) contained the highest levels of problematic endocrine-disrupting chemicals DEHP, nonylphenol, BPA, diethanolamine, and o-phenylphenol.

A study evaluating chemical hair relaxers in Kenya for chemicals of concern also found formaldehyde, a known carcinogen (classified by the International Agency for Research on Cancer[30]), and phenolphthalein, a possible carcinogen, in many of the products tested.[3]

To quote Drs. Gore and Cohn, and to further emphasize the challenge of producing causal evidence: "EDCs are not drugs that can be tested in controlled clinical studies. Proving cause and effect between EDCs and disease in humans would require the unethical act of intentionally exposing people to suspected toxicants to determine adverse

outcomes."[31] The safest option we have is to focus on animal studies and retrospective reviews in humans who willingly utilize or have utilized these products.

White et al[32] utilized data from the Sister Study (a cohort of 50,884 US women aged 35-74 years old without breast cancer who had at least one sister with breast cancer) to evaluate the association between use of hair products and incidence of ovarian cancer. Subjects completed a written questionnaire inquiring about hair product use in the previous 12 months. In an average 10-year follow-up, 241 women were diagnosed with ovarian cancer. Frequent (>4 times per year) use of straighteners was strongly associated with ovarian cancer. In a sub-analysis by cancer sub-type, the hazard ratio for frequent vs. never use elicited a more than four-fold elevation of risk.

Chang et al[33] utilized data from the Sister Study to evaluate the association between use of hair products and incidence of uterine cancer. Again, subjects completed a written questionnaire inquiring about hair product use in the previous 12 months. Over a mean 10.9-year follow-up, there were 262 cases of uterine cancer. There was an 80% higher adjusted hazard of uterine cancer for women who reported using straighteners in the past 12 months. Frequent (>4 times per year) use of straighteners was more strongly associated with higher rates of uterine cancer. These higher rates persisted when evaluating postmenopausal cases, medically confirmed endometrial cancer cases, and medically confirmed uterine cancer cases.

Bertrand et al[34] utilized the Black Women's Health Study (a cohort of 59,000 Black women aged 21-69 who responded to questionnaires pertaining to their personal medical history, family medical history, and behavioral factors that have an influence on health), to evaluate the association between hair relaxer/straightener use and uterine cancer. Out of 44,798 participants included in this evaluation, 347 uterine cancer cases were diagnosed. This study showed an increased risk of uterine cancer for postmenopausal women who self-reported hair relaxer use. The increased risk for postmenopausal women who reported use of chemical hair relaxers at least twice per year for greater than five years was 60%. It should be noted that because the study investigators were unable to create a truly "never" exposed group since too few women answered "no" to the question regarding chemical hair relaxer use, the net result of this would tend to bias the results toward the null, meaning it would tend to dilute the risk elevation that would ordinarily be seen with a truly unexposed group.

## Conclusion

In this discussion, I have reviewed the local toxicity conferred by chemical hair relaxers on the skin and hair. Through irritant contact dermatitis, allergic contact dermatitis, and direct injury/burns to the skin, chemical hair relaxers increase the risk of chemical absorption into the skin. Of most concern in this discussion is the presence of circulating endocrine-disrupting and other problematic chemicals and their downstream effects, including as they pertain to carcinogenesis. It is my opinion to a reasonable degree of medical certainty that it is biologically plausible for chemical hair relaxers to be absorbed into systemic circulation and cause cancers such as uterine and ovarian cancer.

Dated: December 1, 2025

**Silvina Pugliese, M.D.**

## References


1. Needle CD, Kearney CA, Brinks AL, Kafpovbia E, Olayinka J, et al. Safety of chemical hair relaxers: A review article. JAAD Reviews, Volume 2, 50 – 56.
2. Helm JS, Nishioka M, Brody JG, Rudel RA, Dodson RE. Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by Black women. Environ Res. 2018 Aug;165:448-458.
3. Irungu BN, Llanos AAM, Nyangi M, Olisa T, Matu E, Rockson A, Schaefer A, Ashrafi A, Terry MB, McDonald JA, Nudelman J, Gillan LD, Chowdhary P, Wachira S, Kimani C. Chemicals of concern in select packaged hair relaxers available on the Kenyan market: an examination of ingredient labels and measurement of pH. Front Public Health. 2025 Apr 16;13:1532113.
4. Watsky KL, Nixon RL, Mowad CM, Marks Jr JG. “Allergic Contact Dermatitis.” *Dermatology (5th edition) – E-Book,* edited by Bolognia JL, Schaffer JV, Cerroni L. Elsevier, 2024. https://bookshelf.vitalsource.com/reader/books/9780702084706
5. Okeke CAV, Seltzer JA, De Guzman CB, Tran JH, Okoye GA, Byrd AS, Wu PA. Allergen content of popular chemical hair relaxers: A product analysis. Contact Dermatitis. 2024 Aug;91(2):139-145.
6. Milam EC, Cohen DE. “Irritant Contact Dermatitis.” *Dermatology (5th edition) – E-Book,* edited by Bolognia JL, Schaffer JV, Cerroni L. Elsevier, 2024. https://bookshelf.vitalsource.com/reader/books/9780702084706.
7. Richardson V, Agidi AT, Eaddy ER, Davis LS. Ten pearls every dermatologist should know about the appropriate use of relaxers. Journal of cosmetic dermatology, 2017-03, Vol.16 (1), p.9-11.
8. Sishi VNB, Van Wyk JC, Khumalo NP. The pH of lye and no-lye hair relaxers, including those advertised for children, is at levels that are corrosive to the skin. S Afr Med J. 2019 Nov 27;109(12):941-946.
9. Chiwar HS, Andebutop HJ, Ibrahim IK, Imam AB, Musa MMM, Maigari LK. Dose-dependent histopathological and structural impact of chemical hair-straighteners on scalp epithelium ad hair-fibres using albino wistar rats. Sahel Journal of Life Sciences FUDMA. 3(3): 159-168.
10. Grayson C, McMichael A. “Ethnic differences in hair.” *Procedures in Cosmetic Dermatology: Hair Restoration – E-Book*, edited by Alam M, Dover JS. Elsevier, 2024. https://ebookcentral.proquest.com/lib/nyulibrary-ebooks/detail.action?docID=7242481.
11. Alexis, Andrew F. “Hair Disorders: Aesthetic Approaches for Patients of African Ancestry.” *Procedures in Cosmetic Dermatology: Cosmetic Procedures in Skin of*

*Color - E-Book*. Elsevier, 2024. https://ebookcentral.proquest.com/lib/nyulibrary-ebooks/detail.action?docID=31698165.***

12. Tanus, Aline et al. "Black Women's Hair: The Main Scalp Dermatoses and Aesthetic Practices in Women of African Ethnicity." Anais brasileiros de dermatología 90.4 (2015): 450–465. Web.
13. Schmuth M, Meyer J, Menom GK, Feingold KR, Mauro TM, Elias PM. "Skin Barrier." *Dermatology (5th edition) – E-Book,* edited by Bolognia JL, Schaffer JV, Cerroni L. Elsevier, 2024. https://bookshelf.vitalsource.com/reader/books/9780702084706.
14. Lintzeri DA, Karimian N, Blume-Peytavi U, Kottner J. Epidermal thickness in healthy humans: a systematic review and meta-analysis. J Eur Acad Dermatol Venereol. 2022 Aug;36(8):1191-1200.
15. Chopra K, Calva D, Sosin M, Tadisina KK, Banda A, et al. A comprehensive examination of topographic thickness of skin in the human face. Aesthet Surg J. 2015 Nov;35(8):1007-13.
16. Dragicevic-Curic N, Maibach HI (2015). Percutaneous Penetration Enhancers Chemical Methods in Penetration Enhancement. Accessed online July 2025.
17. Feldmann RJ, Maibach HI. Regional variation in percutaneous penetration of 14C cortisol in man. J Invest Dermatol. 1967 Feb;48(2):181-3.
18. Mishlab S, Nevet MJ, Avitan-Hersh E. Methemoglobinemia Induced by Application of an Anesthetic Cream. Cutis. 2023 July;112(1):E33-E34.
19. Ogiso T, Toshiya S, Kazuto O, Tadatoshi T, Masahiro I, Tetsuyuki W. Transfollicular drug delivery: penetration of drugs through human scalp skin and comparison of penetration between scalp and abdominal skins in vitro. Journal of drug targeting. 2002, Vol.10 (5), p.369-378.
20. Tanghetti E, Lebwohl M, Gold LS. Tazarotene Revisited: Safety and Efficacy in Plaque Psoriasis and Its Emerging Role in Treatment Strategy. J Drugs Dermatol. 2018 Dec 1;17(12):1280-1287.
21. Dillaha C, Jansen T, Honeycutt MW. Further studies with topical 5 fluorouracil. Arch Dermatol, 92: 410-417, 1965.
22. Cohen JL, Stoughton RB. Penetration of 5 fluorouracil in excised skin. J Invest Dermatol, 62: 507-509, 1974.
23. Johnson MR, Hageboutrous A, Kangsheng W, High L, Smith JB, Diasio RB. Life-Threatening Toxicity in a Dihydropyrimidine Dehydrogenase-deficient Patient after Treatment with Topical 5-Fluorouracil. Clinical cancer research, 1999-08, Vol.5 (8), p.2006-2011.
24. Robert T, Tang E, Kervadec J, Zaworski J, Daudon M, Letavernier E. Kidney Injury and Hair-Straightening Products Containing Glyoxylic Acid. N Engl J Med. 2024 Mar 21;390(12):1147-1149.

25. Feschuk AM, et al. Regional variation in percutaneous absorption in in vitro human models: a systematic review. Journal of toxicology and environmental health. Part B, Critical reviews, 2022-04, Vol.25 (3), p.97-112.
26. Dahlgren JG, Talbott PJ. Asthma from hair straightening treatment containing formaldehyde: Two cases and a review of the literature. Toxicol Ind Health. 2018 Apr;34(4):262-269.
27. James-Todd T, Terry MB, Rich-Edwards J, Deierlein A, Senie R. Childhood hair product use and earlier age at menarche in a racially diverse study population: a pilot study. Ann Epidemiol. 2011 Jun;21(6):461-5.
28. Wise LA, Wang TR, Ncube CN, Lovett SM, Abrams J, Boynton-Jarrett R, Koenig MR, Geller RJ, Wesselink AK, Coleman CM, Hatch EE, James-Todd T. Use of Chemical Hair Straighteners and Fecundability in a North American Preconception Cohort. Am J Epidemiol. 2023 Jul 7;192(7):1066-1080.
29. Farooq H, Mhatre P, Aggarwal R, Robinson MT, Joseph E, Segars J, Singh B. A systematic review of association between use of hair products and benign and malignant gynecological conditions. Eur J Obstet Gynecol Reprod Biol. 2024 Apr;295:160-171.
30. Marques, M. Matilde, et al. “Advisory Group Recommendations on Priorities for the IARC Monographs.” The Lancet Oncology, vol. 20, no. 6, 2019, pp. 763–64, https://doi.org/10.1016/S1470-2045(19)30246-3.
31. Gore AC, Cohn B. Endocrine-Disrupting Chemicals in Cosmetics. JAMA Dermatol. 2020 May 1;156(5):603-604.
32. White AJ, Sandler DP, Gaston SA, Jackson CL, O'Brien KM. Use of hair products in relation to ovarian cancer risk. Carcinogenesis. 2021 Oct 5;42(9):1189-1195.
33. Chang CJ, O'Brien KM, Keil AP, Gaston SA, Jackson CL, Sandler DP, White AJ. Use of Straighteners and Other Hair Products and Incident Uterine Cancer. J Natl Cancer Inst. 2022 Dec 8;114(12):1636-1645
34. Bertrand KA, Delp L, Coogan PF, Cozier YC, Lenzy YM, Rosenberg L, Palmer JR. Hair relaxer use and risk of uterine cancer in the Black Women's Health Study. Environ Res. 2023 Dec 15;239(Pt 1):117228.

# Exhibit A

**Silvina Pugliese, MD, FAAD**
[redacted]
[redacted] · silvina.pugliese@nyulangone.org

## EDUCATION

8/2006 – 6/2010 *Boston, MA*
**Boston University School of Medicine**
MD, 2010
Peter E. Pochi Award for Excellence in Dermatology (2010)

9/2001 – 6/2005 *Hanover, NH*
**Dartmouth College**
B.A. Psychology
Thesis: "Parent and Teacher Report of Executive Function in Children 6-12 years old with Type 1 Diabetes Mellitus (T1DM)."

## POST-GRADUATE TRAINING

6/2011 – 6/2014
**Loma Linda Department of Dermatology**
Residency in Dermatology
Chief Resident 2013-2014

6/2010 – 6/2011
**Stanford University Hospital and Clinics**
Internship, Internal Medicine

6/2010 – 6/2011
**Stanford University Hospital and Clinics**
Dermatology Continuity Clinic
One half day clinic per week during intern year. Mentor: Joanna Badger, MD.

## LICENSURE AND BOARD CERTIFICATION

2025
**Medical License, New York**
335792

2014
**American Board of Dermatology**
Diplomate

2011
**Medical License, California**
A118309

## FACULTY APPOINTMENT

9/2025 – present
**Clinical Associate Professor**
Division of Dermatology, Department of Medicine
NYU Grossman Long Island School of Medicine
Subspecialties: Onco-Dermatology, Transplant Dermatology, Inpatient Dermatology, Graft Versus Host Disease, Cancer Survivorship

3/2023 – 7/2025
**Clinical Associate Professor**
Department of Dermatology

Stanford University School of Medicine
Subspecialties: Supportive Dermato-Oncology, Transplant Dermatology, High Risk Keratinocyte Carcinomas, Inpatient Dermatology, Graft Versus Host Disease, E-consults/Digital Health

8/2014 – 2/2022 **Clinical Assistant Professor**
Department of Dermatology
Stanford University School of Medicine

**LEADERSHIP ROLES**

2025 – present **Director, Inpatient Dermatology**
NYU Langone Hospital – Long Island

2024 – 2025 **Skin GVHD Clinic, Cancer Center Palo Alto**
Specialized clinic for complex cases of chronic skin GVHD. Close collaboration with bone marrow transplant colleagues.

2021 – 2025 **Medical Director, SKCIN (Stanford Keratinocyte Carcinoma Interdisciplinary Network), Redwood City**
Multidisciplinary care of keratinocyte carcinoma patients alongside dermatologic surgery, head & neck oncology, medical oncology, radiation oncology, solid organ and bone marrow transplant colleagues.

2020 – 2025 **Supportive Dermato-Oncology/Survivorship Clinic, Redwood City**
Utilized knowledge from six years practicing at Cancer Center Palo Alto and prior effort launching Cancer Center South Bay to expand patient care efforts to Redwood City. Concurrent focus on the unique needs of cancer survivors.

2018 – 2025 **Co-Director, Dermato-Oncology Consult Service**
Assisted in the formal split of our inpatient consult service into a second branch focusing specifically on oncodermatology patients.

2018 – 2020 **Associate Chief of Medical Dermatology**
Coordinated scribe implementation efforts across medical dermatology clinics, assisted in launching digital health/virtual visits (including compensation for responding to patient messages with associated photos) and using photo-triage for appointment scheduling, organized Lunch & Learn events for staff (RNs, MAs).

2017 – 2025 **Director, Science of Medicine 223: Skin Block**
Direct the pre-clerkship course for second year medical students. Merged with Rheumatology (to form the Skin & Autoimmune Mini Block) and have introduced and/or significantly expanded on oncodermatology, climate change, social determinants of health, skin of color and transgender dermatology within the curriculum.

2015 – 2016 **Director, Supportive Dermato-Oncology at Cancer Center South Bay (CCSB)**
In 2015, I expanded our Supportive Dermato-Oncology Clinic to its first satellite

site in San Jose. I was involved in every aspect of the opening, including ordering supplies and instruments, optimal set-up of exam rooms, hiring and training staff, networking with local oncologists, and collaborating with patient advocacy groups to create a holistic, patient-centered experience.

**AWARDS AND HONORS**

| | |
|---|---|
| 2023 | American Academy of Dermatology Academic Dermatology Leadership Program<br>Year-long program to promote academic leadership, with focus on a mentor Relationship<br>Mentored by Jennifer Choi, M.D. |
| 4/2018, 4/2023 | American Academy of Dermatology Leadership Forum<br>Itasca, IL |
| 11/2013 | Women's Dermatologic Society Membership Award<br>Mentored by Susan Swetter, M.D.<br>Stanford, CA |
| 7/2012 | Arnold W. Gurevitch Award (Best Resident Presentation Award at the 2012 Pacific Dermatology Association's Annual Meeting)<br>Huntington Beach, CA |
| 6/2010 | Peter E. Pochi Award for Excellence in Dermatology<br>Boston University School of Medicine<br>Boston, MA |

**PROFESSIONAL ACTIVITIES & LEADERSHIP**

| | |
|---|---|
| 2025 – present | Invited Reviewer, ASCO Educational Book |
| 2024 - present | CalDerm Board of Directors |
| 2024 - present | CalDerm Education Committee Chair |
| 2024 – 2025 | Stanford Dermatology Virtual Visit Task Force |
| 2023 - 2025 | CalDerm NorCal Planning Committee, co-chair for 2024 meeting |
| 2023 | Selection committee to choose new cohort of American Academy of Dermatology (AAD) Academic Dermatology Leadership Forum attendees for 2024, member |
| 2023 – present | Invited Reviewer, JAAD Case Reports |
| 2022 – 2025 | International Immunosuppression & Transplant Skin Cancer Collaborative, member |
| 2022 - present | California Society of Dermatology and Dermatologic Surgery (CalDerm), member |
| 2022 | Essentials of Clinical Research Course, W22-EPI-273-01 |
| 2021 – present | Oncodermatology Society, member |
| 2021 – 2025 | Member, National Medical Association Dermatology Section<br>• 2021 – 2023 NMA Mentorship Program, Mentor to Antara Afrin, BS<br>• 2021 – 2022 NMA Mentorship Program, Mentor to Kathie Velez, MD |
| 2021 | Physician Well-being Director Course, Stanford WellMD & WellPhD Center |
| 2020 – 2022 | CalDerm NorCal Planning Committee, member |
| 2020 – present | Invited Reviewer, Journal of the American Academy of Dermatology |

| | |
|---|---|
| 2020 – present | Invited Reviewer, British Journal of Dermatology |
| 2020 – present | Immune Related Toxicity Working Group, Stanford Cancer Institute, member |
| 2020 | School of Medicine (SOM) Course Director Interview Committee, member |
| 2019 – present | Stanford Dermatology Diversity Committee, member |
| 2019 – 2022 | Associate Editor for Dialogues in Dermatology, American Academy of Dermatology |
| 2019 | Stanford Dermatology Training Leaders Task Force, facilitator |
| 2019 | FY19 ICDP-Evaluation Science Unit Project in Dermatology. Completion of RITE (Realizing Improvement Through Team Empowerment) with a final presentation on "Expanding digital health and virtual care capability in dermatology medicine". |
| 2018 – present | American Academy of Dermatology, trained media expert |
| 2018 – present | American Medical Association, member |
| 2016 – 2018 | San Francisco Dermatological Society, board member |
| 2015 – present | Multinational Association of Supportive Care in Cancer, member |
| 2011 – present | Women's Dermatologic Society, member |
| 2011 – present | American Academy of Dermatology, member |

**<u>Peer-Reviewed Original Publications</u>**

Bang AS, Said JT, Hirner J, Rana J, **Pugliese S**, Wang JY, Zaba L, Zhao L, Doan L, Smith J, Kwong BY. Erythema dyschromicum perstans-like eruptions induced by epidermal growth factor receptor inhibitors in patients with lung cancer. Support Care Cancer. 2024 May 15;32(6):354. PMID: 38750379.

Behroozian T, Bonomo P, Patel P, Kanee L, Finkelstein S, van den Hurk C, Chow E, Wolf JR; Multinational Association of Supportive Care in Cancer (MASCC) Oncodermatology Study Group Radiation Dermatitis Guidelines Working Group. Multinational Association of Supportive Care in Cancer (MASCC) clinical practice guidelines for the prevention and management of acute radiation dermatitis: international Delphi consensus-based recommendations. Lancet Oncol. 2023 Apr;24(4):e172-e185. PMID: 36990615.

Wilson BN, Menzer C, Aleisa A, Sun MD, Kwong B, Kaffenberger BH, Seminario-Vidal L, Barker C, Stubblefield M, Romesser PB, Fabbrocini G, Alam M, Abdulla F, Dulmage B, Vincent S, Anadkat M, Mazer JM, Parikh D, McLellan B, Cartier H, **Pugliese S**, Wolkerstorfer A, Laubach HJ, LeBoeuf N, Leventhal J, Wan DC, Choi J, Tran TN, Dusza SW, Anderson RR, Markova A, Rossi A. Consensus on the Clinical Management of Chronic Radiation Dermatitis and Radiation Fibrosis: A Delphi Survey. British Journal of Dermatology. 2022 Sep 01. PMID: 36047980.

Trinh P, Yekrang K, Phung M, **Pugliese S**, Chang ALS, Bailey EE, Ko J, Sarin KY. Partnering with a senior living community to optimise teledermatology via full body skin screening during the COVID-19 pandemic: A pilot programme. Skin Health Dis. 2022; e141. PMID: 35941936.

Winge MC, Rieger KE, Kim J, Weng WK, Johnston LJ, Miklos DB, Strelo S, Zaba LC, **Pugliese SB**, Novoa RA, Kwong BY. Nutritional deficiency contributing to refractory erythroderma in hematopoietic cell transplant patients: Distinctive clinical and histopathological findings. J Am Acad Dermatol. Aug 24 2021. PMID: 34450206.

Rana J, Maloney NJ, Rieger K, **Pugliese S**, Strelo J, Zaba L, Liu A, Kwong BY. Drug-induced hypersensitivity syndrome with angioedema and hypotension associated with BRAF inhibitor use and

antecedent immune checkpoint therapy. JAAD Case Reports. 2021 May 13;13:147-151. PMID: 34195327.

Hirotsu K, Dang T, Li S, Neal J, **Pugliese S**, Subramanian A, Kwong B. Association of antibiotic resistance with antibiotic use for epidermal growth factor receptor inhibitor-related papulopustular eruption. JAMA Derm. 2019;155(7):848-850. PMID: 31017625.

Talpur R, Demierre MF, Geskin L, Baron E, **Pugliese S**, Eubank K, Zic JA, Miller DR, Tharp M, Bohjanen M, M Duvic. Multicenter Photopheresis Intervention Trial in Early Stage Mycosis Fungoides. Clin Lymphoma Myeloma Leuk. 2012;11(2):219. PMID: 21575927.

**Other Peer-Reviewed Publications**

So J, Suzuki N, Chen J, **Pugliese S**, Kwong BY, Meng L, Honari G. Systemic Contact Dermatitis Associated with Intraoperative Bacitracin Irrigation. JAMA Derm. Accepted for publication August 3rd, 2022. PMID: 36383358.

Ransohoff KJ, **Pugliese SB**, Zaba LC, Rieger KE, Kwong BY. Epidermal growth factor receptor inhibitor therapy-associated erythema dyschromicum perstans-like eruption: a case series. British Journal of Dermatology. 2020 Dec;183(6):1130-1132. PMID: 32652530.

Wang JY, Brown RA, **Pugliese S**, Kwong BY, Novoa RA. Disseminated tuberculosis presenting as medium-vessel vasculitis in an immunocompromised host. J Cutan Pathol. 2020 Aug;47(8):725-728. PMID: 32133689.

Wang JY, Tabata MM, **Pugliese S,** Phillips D, Kim J, Weng WK, Kwong BY. Pityriasis rubra pilaris-like graft-vs-host disease following allogeneic stem cell transplant in two patients. Clin Case Rep. 2019 Nov 14;7(12):2491-2494. PMID: 31893086.

Hirotsu K, Chiou AS, Chiang A, Kim J, Kwong BY, **Pugliese S**. Localized bullous pemphigoid in a melanoma patient with dual exposure to PD-1 checkpoint inhibition and radiation therapy. JAAD Case Rep. 2017;3(5):404-406. PMID: 28884139.

Mailhot J, **Pugliese S**, Wiss K. An infant with persistent bullous urticaria. J Am Acad Dermatol. 2012;66(2):e29. PMID: 27436822.

**Pugliese S**, Yaar R, Al-Dawsari N, Goldberg LJ, Garg A. Adverse reaction to cutaneous injection of contents from a vitamin E liquid containing capsule. *Archives of Dermatology*. 2010;146(4):454. PMID: 20404248.

**Reviews**

DeGolian E, Kwong BY, **Pugliese SB**. Cutaneous Complications of Targeted Melanoma Therapy. Curr Treat Options Oncol. Curr Treat Options Oncol. 2016;17(11):57. PMID: 27645330.

**Pugliese SB**, Neal JW, Kwong BY. Management of dermatologic complications of lung cancer therapies. Curr Treat Options Oncol. 2015;16(10):50. PMID: 26338208.

Bowe W, **Pugliese S**. Cosmetic benefits of natural ingredients. J Drugs Dermatology. 2014;13(19):1021. PMID: 25226001.

**Book Chapters**

Pugliese S, Nino T, Torres A. Skin Biopsy Techniques. In Bennett R, ed. *Practical Dermatologic Surgery.* 2021.

Torres A, Leong T, Pugliese S. Legal Matters. In Siegel D, ed. *Next Steps in Derm Guide*. 2014.

Pugliese S. Contributed synopsis of: A randomized comparative study of tolerance and satisfaction in the treatment of actinic keratosis of the face and scalp between 5% imiquimod cream and photodynamic therapy with methyl aminolaevulinate. In Del Rosso J, ed. Yearbook of Dermatology and Dermatologic Surgery. 2012.

**Media**

Managing hair loss. CVS. July 2025. https://www.cvs.com/learn/health/skin-health-conditions/manage-hair-loss.

Scalp cooling reduces hair loss during chemotherapy. MDLinx. July 2024. https://www.mdlinx.com/article/scalp-cooling-reduces-hair-loss-during-chemotherapy/1WqAy2ypuLHa4WyFuU1TpV

Problem Solved: Adult Acne. Prevention Magazine. May 2021.

Problem Solved: Dry Skin. Prevention Magazine. January 2021.

Hair Loss. Breastcancer.org. https://www.breastcancer.org/treatment/side_effects/hair-loss. 2020. Contributed to online resource for cancer patients experiencing alopecia throughout and after their treatment course.

Sunscreen: a user's guide to everything you need to know about sun protection. The Mercury News. June 20, 2018.

Pugliese, SB. Jacob SE. Allergen Focus: A Review of Neomycin. The Dermatologist. July 2015.

Garg A, Pugliese S. Dermatitis Herpetiformis. http://www.unboundpublishing.com/. 2009 Nov. The 5-Minute Clinical Consult.

**Webinars & Virtual Symposia**

CancerCare Connect® Education Workshop, speaker
New Perspectives in the Treatment of Advanced Skin Cancer: Advanced Basal Cell and Squamous Cell Cancer
5/30/2025

Latino Medical Student Association (LMSA) Specialty Section Session: Dermatology, speaker
10/22/2024

BMT InfoNet 2024 Virtual Symposium, speaker
4/27/2024: How to Protect Your Skin After Transplant

5/2/2024: Graft Versus Host Disease: How it Affects Skin, Hair, and Nails

Early Detection of Skin Cancer: Empowering Yourself to Make a Difference.
Skin Cancer Education & Research Foundation
Recorded 4/2023

[ACT]IVATED: Non-melanoma Skin Cancers (NMSCs)
Patient Empowerment Network
Recorded 5/2023

**Podcasts**

Dialogues in Dermatology (official podcast of the American Academy of Dermatology), alumni interviewer for the following episode:

- Inpatient Dermatology from Horses to Zebras: Lessons Learned at an Academic Hospital, interviewing Dr. Sergey Rekhtman, recording date 3/8/2025

Dialogues in Dermatology (official podcast of the American Academy of Dermatology), selected committee member 2019-2022, selected as interviewer for the following episodes:

- Pyoderma Gangrenosum, interviewing Dr. Alex Ortega-Loayza, recording date 11/3/2022
- Common Rare Tumors in Dermatology: Sebaceous Carcinoma, DFSP, EMPD, interviewed Dr. Nour Kibbi, recorded and awaiting release
- Dermatologic Care for the Leukemia and Lymphoma Patient, interviewed Dr. Alina Markova, released 8/22/2022
- What You Should Know About Management of High-Risk Squamous Cell Carcinoma, interviewed Dr. Sumaira Aasi, released 4/11/2022
- December JAAD: Clinical mimickers of calciphylaxis, interviewed Dr. Allison Dobry, released 12/22/2021
- Severe Exacerbations/Inpatient Presentation of Common Dermatoses, interviewed Drs. Alex Ortega-Loayza and Benedict Wu, released 11/8/2021
- October JAAD: Is Melanoma Overdiagnosed? A Review of the Evidence, interviewed Dr. Jane Grant-Kels, released 10/6/2021
- Body Dysmorphic Disorder, interviewed Dr. Evan Rieder, released 9/6/2021
- Clinical Practice Guideline Overview: Management of Actinic Keratosis, interviewed Dr. Daniel Eisen, released 6/18/2021
- Creative Therapeutics for Recalcitrant Dermatoses, interviewed Dr. Matt Lewis, released 5/10/2021
- May JAAD: Clinical Size is a Poor Predictor of Invasion in Melanoma of the Lentigo Maligna Type, interviewed Dr. Anthony Rossi, released 4/30/2021
- Hair Loss in Women 2021 Update, interviewed Dr. Elise Olsen, released 4/30/2021
- Machine Learning in Dermatology, interviewed Dr. Roxana Daneshjou, released 3/8/2021
- Caring for the Cancer Patient: Updates in Cutaneous Oncology, released 5/4/2020

**RESEARCH EXPERIENCE**

| | |
|---|---|
| 2024 | L'Oreal-Stanford Oncodermatology Research Collaboration.<br>Lisa Zaba, M.D. (PI), Bernice Kwong, M.D., Jasmine Rana, M.D., Roxana Daneshjou, M.D., Paige Wolstencroft, M.D.<br>*Stanford University Department of Dermatology* |

2021 – 2025 Retrospective Review of Dermatologic Consults for Cancer Patients
Bernice Kwong, M.D., Lisa Zaba, M.D., Ph.D., Jasmine Rana, M.D.
*Stanford University Department of Dermatology*

2020 – 2025 Nutritional Dermatoses in the Hospitalized and Cancer Patient
Bernice Kwong, M.D., Rob Novoa, M.D.
*Stanford University Department of Dermatology*

2013 – 2014 An observational study of treatment patterns and effectiveness of safety outcomes in advanced basal cell carcinoma and basal cell nevus syndrome patients (RegiSONIC).
Abel Torres, M.D.
*Loma Linda University Department of Dermatology*

2011 – 2012 Placebo-controlled, double-blind study to assess efficacy and safety of oral vismodegib for treatment of basal cell carcinoma preceding excision by Mohs micrographic surgery.
Abel Torres, M.D.
*Loma Linda University Department of Dermatology*

2011 – 2012 A multi-center, open registry of patients with psoriasis who are candidates for systemic therapy. including biologics.
Nancy Anderson, M.D.
*Loma Linda University Department of Dermatology*

**PRESENTATIONS AT INTERNATIONAL SCIENTIFIC MEETINGS**

6/27/2025 Invited Speaker: "*Investigating Therapeutic Targets to Treat Dermatologic Effects of Immunotherapies.*"
**Pugliese S.**
Multinational Association of Supportive Care in Cancer (MASCC) Annual Meeting. Seattle, WA.

6/23/2022 Poster presentation: *"The role of nutritional deficiency in cancer-related alopecia."*
**Pugliese S,** Wang E, Kwong B.
Multinational Association of Supportive Care in Cancer (MASCC) Annual Meeting. Toronto, CA. (Virtual presentation due to COVID-19 pandemic.)

**PRESENTATIONS AND INVITED LECTURES AT NATIONAL SCIENTIFIC MEETINGS**

3/7/2025 Invited Speaker: *"Beyond Skin Deep: Practice Tips on Management of DRESS/DIHS"*
American Academy of Dermatology (AAD) Annual Meeting
Orlando, FL

3/8/2025 Session Director: "*Practical Approach to the Diagnosis and Management of Cutaneous Graft Versus Host Disease*"
American Academy of Dermatology (AAD) Annual Meeting
Orlando, FL

3/11/2024 Invited Speaker: *"Beyond Skin Deep; Practical Tips on Management of DRESS/DIHS"*
American Academy of Dermatology (AAD) Annual Meeting
New Orleans, LA

3/8/2024 Session Director: "*Practical Approach to the Diagnosis and Management of Cutaneous Graft Versus Host Disease"*
American Academy of Dermatology (AAD) Annual Meeting
New Orleans, LA

3/19/2023 Invited Speaker: *"Beyond Skin Deep; Practical Tips on Management of DRESS/DIHS"*
American Academy of Dermatology (AAD) Annual Meeting
New Orleans, LA

3/20/2023 Session Director: "*Practical Approach to the Diagnosis and Management of Cutaneous Graft Versus Host Disease"*
American Academy of Dermatology (AAD) Annual Meeting
New Orleans, LA

3/26/2022 Invited Speaker: "*Nutritional Dermatoses in the Hospitalized or Cancer Patient"*
American Academy of Dermatology (AAD) Annual Meeting
Boston, MA

3/25/2022 Session Director: "*Practical Approach to the Diagnosis and Management of Cutaneous Graft Versus Host Disease"*
American Academy of Dermatology (AAD) Annual Meeting
Boston, MA

7/26/2019 Session Director: *"An Approach to Graft-Versus-Host Disease for the Dermatology"*
American Academy of Dermatology (AAD) Summer Meeting
New York, NY

3/4/2019 Invited Speaker: *"Skin and Systemic Malignancy"*
American Academy of Dermatology (AAD) Annual Meeting
Washington D.C.

3/4/2019 Session Director: "*Practical Approach to the Diagnosis and Management of Cutaneous Graft Versus Host Disease"*
American Academy of Dermatology (AAD) Annual Meeting
Washington D.C.

3/3/2019 Invited Speaker: "*Nutritional Dermatoses in the Hospitalized or Cancer Patient"*
American Academy of Dermatology (AAD) Annual Meeting
Washington D.C.

7/28/2017 Invited Speaker: "*An Approach to Graft-versus-host Disease for the Dermatologist"*
American Academy of Dermatology (AAD) Summer Meeting
New York, NY

3/22/2014 Oral Presentation: *"Severe Corneal Involvement in Pemphigus Vulgaris."*
**Pugliese S**, Meadows L.

Gross and Microscopic Symposium. American Academy of Dermatology Annual Meeting.

## POSTER PRESENTATIONS

3/7/2025 *"Combined Botox and Pulsed Dye Laser in the Treatment of Facial Erythromelalgia"*
Steinberg CE, **Pugliese S**, Teng JMC.
American Academy of Dermatology (AAD) Annual Meeting. Orlando, FL.

4/2024 *"Lichen Planopilaris after allo-HSCT"*
Agdhasi C, **Pugliese S.**
CalDerm NorCal Conference. Napa, CA.

9/27/2013 *"A Unique Interview Requirement."*
Leong T, **Pugliese S,** Torres A.
Dermatology Teachers Exchange Group (DTEG) Meeting. Chicago, IL.

2/2011 *"DermHub: A comprehensive dermatology-focused patient education resource and social community."*
Hagele T, Cheng C, Kvedar J, Konda S, **Pugliese S.**
American Academy of Dermatology (AAD) Annual Meeting. New Orleans, LA.

## PRESENTATIONS, INVITED LECTURES AND COMMITTEES AT REGIONAL SCIENTIFIC MEETINGS

5/15/2025 Invited Speaker: *"Rash Decisions: Managing Dermatological Toxicities Associated with EGFR Inhibitor Treatment to Improve Patient Outcomes"*
Dermatology Week

4/25/2025 Invited Panelist: *"Navigating Career Pathways in Dermatology"*
CalDerm NorCal Conference
Santa Rosa, CA

10/26/2023 Invited Speaker: *"Cutaneous Adverse Effects of Antimelanoma Therapy"*
26th Annual Melanoma and Skin Cancer Symposium
Providence St. Joseph Hospital
Yorba Linda, CA

4/30/2022 Invited Speaker: *"Basics of Finance/ Financial Management / Contract Negotiation"*
Young Dermatologist Forum
2022 CalDerm NorCal Conference
Napa, CA

4/29/2022 Invited Speaker: *"Nutritional Dermatoses"*
2022 CalDerm NorCal Conference
Napa, CA

9/21/2013 Oral Presentation: *"Necrolytic Acral Erythema."*
Residents Forum.
2013 CalDerm Meeting

Santa Barbara, CA

8/26/2012 Oral Presentation: *"Pre-B Cell Lymphoblastic Lymphoma Misdiagnosed as a Hemangioma."*
Resident Case Symposium. Annual Pacific Dermatology Association Meeting.
Huntington Beach, CA.

**INVITED SPEAKER, REGIONAL AND NATIONAL**

8/6/2025 Invited Speaker: *A Practical Approach to Cutaneous Graft Versus Host Disease (GVHD)*
Wayne State University Dermatology Grand Rounds (Virtual)

8/6/2025 Invited Speaker: *Kodachromes*
Wayne State University Dermatology Resident Lecture (Virtual)

5/1/2025 Invited Speaker: *Graft Versus Host Disease: Skin, Nails, Hair*
Memorial Sloan Kettering BMT/CTS Education Committee

5/2/2024 Invited Speaker: *"Graft-versus-Host Disease: How it Affects Skin, Nails and Hair"*
2024 Celebrating a Second Chance at Life Survivorship Symposium (Virtual)
BMTinfonet.org

4/27/2024 Invited Speaker: *"How to Protect Your Skin After Transplant"*
2024 Celebrating a Second Chance at Life Survivorship Symposium (Virtual)
BMTinfonet.org

12/14/2023 Invited Speaker: *"Graft Versus Host Disease: A Primer for Dermatologists"*
Brown Dermatology Clinical Case Conference
Providence, RI

12/14/2023 Invited Speaker: *"Oncodermatology and Inpatient Kodachromes"*
Brown Dermatology Resident Lecture
Providence, RI

10/25/2023 Invited Speaker: *"Cutaneous Adverse Effects of Antimelanoma Therapy"*
Loma Linda Department of Dermatology Grand Rounds
Loma Linda, CA

11/23/2022 Invited Speaker: *"GVHD and Transplant Dermatology"*
University of California, Irvine Dowling Visiting Professorship
Irvine, California

2/9/2022 Invited Speaker: *"Oncodermatology"*
Resident Lecture, Northwell Health Dermatology
New Hyde Park, NY (Virtual due to COVID-19 pandemic)

2/3/2021 Invited Speaker: *"Cases from Supportive Dermato-Oncology Clinic"*
Loma Linda Department of Dermatology Grand Rounds
Loma Linda, CA (Virtual due to COVID-19 pandemic)

10/21/2015 Invited Speaker: *"Highlights of Cancer Care at the South Bay Cancer Center."*
San Jose Earthquakes Referring Physician Panel Discussion
San Jose, CA

6/10/2015 Invited Speaker: *"Cases from Supportive. Dermato-Oncology Clinic"*
Loma Linda Department of Dermatology Grand Rounds
Loma Linda, CA

## INVITED LECTURES AND TEACHING SERVICE AT STANFORD

### Invited Lectures at Stanford Hospital & Clinics

3/31/2020 Stanford Internal Medicine Morbidity & Mortality Conference
Invited consultant to discuss case of pyoderma gangrenosum. Virtual.

2/27/2018 Stanford University Master of Science in Physician Assistant Studies
Invited lecturer: *"Acne and Psoriasis"*. Stanford, CA.

2/23/2018 Stanford Cancer Institute Cancer Education Seminar Series
Invited speaker: *"Cutaneous Manifestations of Cancer Therapies."* Palo Alto, CA.

12/14/2017 Stanford University Infectious Disease Grand Rounds
Invited consultant to discuss leprosy. Stanford, CA.

12/14/2017 Stanford Internal Medicine Outpatient Report
Invited lecturer: *"Dermatologist for the Internist."* Stanford, CA.

4/6/2017 Stanford Internal Medicine Outpatient Report
Invited lecturer. *"Common Outpatient Rashes."* Stanford, CA.

2/2/2016 Stanford Cancer Institute Cancer Education Seminar Series
Invited lecturer: "*Cutaneous Toxicities of New Drugs for Melanoma Treatment."* Palo Alto, CA.

11/18/2015 Stanford Cancer Institute GI Oncology Nurse Coordinators and Advanced Practice Providers In-service.
Invited speaker: *"Supportive Dermato-Oncology: Management of Cutaneous Complications of Cancer Therapy in Gastrointestinal Malignancies."* Stanford, CA.

7/8/2015 South Bay Cancer Center UHA Oncologist In-service
*"Supportive Dermato-Oncology: Dermatologic Care of the Cancer Patient at Cancer Center South Bay."* San Jose, CA.

6/16/2015 Stanford Cancer Institute Cancer Center Physician Outreach
Invited lecturer. *"The Supportive Dermato-Oncology Service."* Palo Alto, CA.

5/12/2015 Stanford Cancer Institute Nurse Coordinator In-service
*"Supportive Dermato-Oncology: Dermatologic care at the Stanford Cancer Institute."* Palo Alto, CA.

**Stanford Dermatology Lectures and Resident Teaching**

For the sake of brevity, I have omitted dates for moderating Stanford Dermatology Grand Rounds, ~1-2 times per academic year.

4/8/2025 Invited Lecturer: *"GVHD"*
Stanford Dermatology Residency Program

11/15/2024 Invited Lecturer: *"Lunch & Learn: Oncodermatology"*
Stanford Dermatology Staff

10/1/2024 Invited Lecturer: "*Kodachromes"*
Stanford Dermatology Residency Program

6/4/2024 Invited Lecturer: *"GVHD"*
Stanford Dermatology Residency Program

5/30/2023 Invited Lecturer: *"GVHD"*
Stanford Dermatology Residency Program

4/5/2022 Invited Lecturer: *"Supportive Dermato-Oncology & High Risk Skin Cancer Kodachromes"*.
Stanford Dermatology Residency Program

3/31/2022 Presenter: *"Nutritional Dermatoses in the Hospitalized and Cancer Patient"*
Stanford Dermatology Grand Rounds

4/6/2021 Invited Lecturer. **"***Kodachromes"*.
Stanford Dermatology Residency Program

2/11/2021 Presenter. Joint conference with palliative care: cultural considerations in end-of-life care.
Stanford Dermatology Morbidity & Mortality Conference.

9/12/2019 Journal Club Host
Stanford Dermatology Residency Program

4/25/2019 Presenter. *"Calciphylaxis"*.
Stanford Dermatology Morbidity & Mortality Conference

4/24/2018 Journal Club Host
Stanford Dermatology Residency Program

3/20/2018 Invited lecturer: *"Kodachromes", "Finance 101 for Residents."*
Stanford Dermatology Residency Program

5/4/2017 Invited panelist. Academic Career Forum.
Stanford Dermatology Residency Program

4/18/2017 Invited lecturer. *"Kodachromes."*

Stanford Dermatology Residency Program

10/6/2015 Invited lecturer. *"Kodachromes: Dermatologic Emergencies."*
Stanford Dermatology Residency Program

10/7/2014 Invited lecturer. *"Kodachromes: Dermatologic Emergencies."*
Stanford Dermatology Residency Program

**Medical Student Teaching**

3/2025 Stanford Medicine Pre-clerkship Curriculum, INDE 223 Skin & Autoimmune Block, Co-director
Facilitator: *Skin-AI Lab*
Lecturer: *"Eczematous & Papulosquamous Disorders", "Acne, Rosacea, Alopecia"*

2/2025 Stanford Medicine Pre-clerkship Curriculum, Pharmacology course
Invited Lecturer: *"Treatment of Dermatologic Disorders"*.

3/2024 Stanford Medicine Pre-clerkship Curriculum, INDE 223 Skin & Autoimmune Block, Co-director
Facilitator: *Skin-AI Lab*
Lecturer: *"Skin-ternal medicine"*

3/2023 Stanford Medicine Pre-clerkship Curriculum, INDE 223 Skin & Autoimmune Block, Co-director
Facilitator: *Skin-AI Lab*
Lecturer: *"Skin-ternal medicine"*

3/10/2023 Stanford Medicine Pre-clerkship Curriculum, Pharmacology course
Invited Lecturer: *"Treatment of Dermatologic Disorders"*.

3/2022 Stanford Medicine Pre-clerkship Curriculum, INDE 223 Skin & Autoimmune Block. Co-director
Facilitator: *Skin-AI Tutorial, Skin-AI Lab*
Lecturer: *"Skin Signs of Systemic Disease"*
Guest Lecturer: *"SLE", "Scleroderma"*

3/11/2022 Stanford Medicine Pre-clerkship Curriculum, Pharmacology course
Invited Lecturer: *"Treatment of Dermatologic Disorders"*.

11/1/2021 Stanford Medicine Microbiology & Infectious Diseases
Co-director and facilitator: *"Skin Infections & Infestations"*.

4/9/2021 Stanford University School of Medicine
Facilitator. Pre-clerkship Practice of Medicine (Dermatology). Virtual.

3/2021 Stanford Medicine Pre-clerkship Curriculum, INDE 223 Skin & Autoimmune Block. Co-director.
Facilitator: *Skin-Autoimmune Lab.* Virtual.
Lecturer: *"Skin Signs of Systemic Disease"*. Virtual.

| | |
|---|---|
| 3/19/2021 | Stanford Medicine Pre-clerkship Curriculum, Pharmacology course<br>*"Treatment of Dermatologic Disorders"*. Virtual. |
| 3/2020 | Stanford Medicine Pre-clerkship Curriculum, INDE 223 Skin & Autoimmune Block. Co-director.<br>Facilitator: *Skin-Autoimmune Lab*. Virtual.<br>Lecturer: *"The Skin Examination"*. |
| 3/6/2020 | Stanford Medicine Pre-clerkship Curriculum, Pharmacology course<br>*"Treatment of Dermatologic Disorders"*. Stanford, CA. |
| 11/18/2019 | Stanford Medicine Microbiology & Infectious Diseases<br>Co-director and facilitator: *Skin Infections & Infestations"*. |
| 4/19/2019 | Stanford University School of Medicine<br>Facilitator. Pre-clerkship Practice of Medicine (Dermatology). |
| 3/15/2019 | Stanford Medicine Pre-clerkship Curriculum, Pharmacology course<br>*"Treatment of Dermatologic Disorders"*. Stanford, CA. |
| 3/15/2019 | Stanford Medicine Pre-clerkship Curriculum, INDE 223 Skin & Autoimmune Block.<br>Director and Facilitator: *Skin-Autoimmune Lab.* |
| 4/13/2018 | Stanford University School of Medicine<br>Facilitator, Pre-clerkship Practice of Medicine (Dermatology). |
| 11/2/2017 | Stanford Medicine Microbiology & Infectious Diseases<br>Invited facilitator: "*Skin Infections & Infestations."*. |
| 4/17/2017 | Stanford University School of Medicine<br>Facilitator. Pre-clerkship Practice of Medicine (Dermatology). |
| 10/13/2015 | Stanford Medicine Microbiology & Infectious Diseases<br>Invited facilitator. *"Skin Infections & Infestations."* |
| 10/28/2014 | Stanford Medicine M.D. Program<br>Facilitator. Pre-clerkship Practice of Medicine (Dermatology). |
| 10/17/2014 | Stanford Medicine Microbiology & Infectious Diseases<br>Facilitator. *"Skin Infections & Infestations."* |

**MENTORSHIP**

Latino Medical Student Association. Dermatology Specialty Section Faculty Mentor. *2024-2025.*

Stanford Faculty Spring Mentorship Dinner. Invited panelist to discuss Financial Planning. *March 23, 2024.*

Stanford Clinical Opportunity for Residency Experience Program (SCORE) mentor to Dr. Laurel Barrios, visiting medical student from UC Davis. *2023.*

NMA Mentorship:
Kathie Velez 2021-2022. Medical student at Kirk Kerkorian School of Medicine at UNLV, Class of 2022. Matched into Dermatology residency at University of Michigan.
Antara Afrin 2021-2023. Medical student at Michigan State University College of Human Medicine, Class of 2023. Matched into Dermatology residency at Yale.

Resident continuity clinic mentor to Carmel Aghdasi, M.D., of the 2026 Stanford Dermatology Class. Weekly supportive dermato-oncology/survivorship clinic. *2024-2025.*

Resident continuity clinic mentor to Sierra Centkowski, M.D., of the 2022 Stanford Dermatology Class. Weekly survivorship/restorative onco-dermatology clinic, in partnership with Dr. Zakia Rahman (Cosmetic Dermatology). Joined Stanford Dermatology faculty 10/2022. *2021-2022.*

Core Mentor to Caely Hambro, M.D., of the 2021 Stanford Dermatology Class. Joined Stanford Dermatology faculty 11/2021. *2019-2021.*

Leadership in Health Disparities Program mentor for Omar Garcia, of the 2024 Stanford University School of Medicine Class. *2019.*

Oncodermatology continuity clinic mentor to Timothy Dang, M.D., of the 2019 Stanford University School of Medicine Class. Matched into dermatology residency at Harvard University. *2018-2019.*

Dermatology continuity clinic mentor to Ludan (Dani) Zhao, M.D., of the 2019 Stanford University School of Medicine Class. Matched into dermatology residency at UC Irvine. *2018-2019.*

Stanford Clinical Opportunity for Residency Experience Program (SCORE) mentor to Dr. Diego Dasilva, visiting medical student from UPenn. Currently a PGY-2 at UPenn. *2017.*

Core Mentor to Amanda Shaub, M.D. of the 2018 Stanford Dermatology Class. Currently practicing at Nellis Air Force Base in Nevada. *2015-2018.*

**VOLUNTEER ACTIVITIES**

Woodland School Board of Trustees (2022 – 2025)
Stanford Annual Skin Cancer Screenings (2014, 2015, 2018)
Skin Cancer in Runners, presentation to Loma Linda Lopers (2012, 2013)

**LANGUAGES**

Spanish (fluent, native language)
Italian (proficient)

# Exhibit B

| **Materials Considered by Expert Silvina Pugliese, M.D.** |
|---|
| **All materials referenced and/or discussed within general opinion report are incorporated herein by reference** |
| |
| Alam, M., & Dover, J. S. (2022). *Procedures in Cosmetic Dermatology: Hair Restoration-E-Book* . Elsevier Health Sciences. |
| Alchorne, M. M. D. A., Conceição, K. D. C., Barraza, L. L., & Milanez Morgado de Abreu, M. A. (2024). Dermatologia na pele negra. *Anais Brasileiros de Dermatologia (Portuguese)* , *99* (3), 327-341. |
| AVLON_00004886 |
| Balabanič, D., & Klemenčič, A. K. (2018). Endocrine-disrupting chemicals and male reproductive health: a review. |
| Berrington de Gonzalez. (2024). Advisory Group recommendations on priorities for the IARC Monographs. https://www.thelancet.com/journals/lanonc/article/PIIS1470-2045(24)00208-0/fulltext |
| Borgeest, C., Greenfeld, C., Tomic, D., & Flaws, J. A. (2002). The effects of endocrine disrupting chemicals on the ovary. *Front Biosci* , *7* (1-3), d1941-d1948 |
| Caserta, D., De Marco, M. P., Besharat, A. R., & Costanzi, F. (2022). Endocrine disruptors and endometrial cancer: molecular mechanisms of action and clinical implications, a systematic review. *International Journal of Molecular Sciences* , *23* (6), 2956. |
| Caserta, D., Maranghi, L., Mantovani, A., Marci, R., Maranghi, F., & Moscarini, M. (2008). Impact of endocrine disruptor chemicals in gynaecology. *Human reproduction update* , *14* (1), 59-72. |
| Craig, Z. R., Wang, W., & Flaws, J. A. (2011). Endocrine-disrupting chemicals in ovarian function: effects on steroidogenesis, metabolism and nuclear receptor signaling. *Reproduction* , *142* (5), 633-646. |
| Fujita, T., Kobayashi, Y., Wada, O., Tateishi, Y., Kitada, L., Yamamoto, Y., ... & Yanagisawa, J. (2003). Full activation of estrogen receptor α activation function-1 induces proliferation of breast cancer cells. *Journal of Biological Chemistry* , *278* (29), 26704-26714. |
| Ge, X., Weis, K., & Raetzman, L. (2024). Impact of developmental exposures to endocrine-disrupting chemicals on pituitary gland reproductive function. *Reproduction (Cambridge, England)* , *168* (6). |
| Goodson III, W. H., Lowe, L., Carpenter, D. O., Gilbertson, M., Manaf Ali, A., Lopez de Cerain Salsamendi, A., ... & Pavanello, S. (2015). Assessing the carcinogenic potential of low-dose exposures to chemical mixtures in the environment: the challenge ahead. *Carcinogenesis* , *36* (Suppl_1), S254-S296. |
| Gray, J. (2001). Hair care and hair care products. *Clinics in dermatology* , *19* (2), 227-236. |
| Grimes, P., Edison, B. L., Green, B. A., & Wildnauer, R. H. (2004). Evaluation of inherent differences between African American and white skin surface properties using subjective and objective measures. *Cutis* , *73* (6), 392-396. |

| |
|---|
| Hall, J. M., & Korach, K. S. (2013). Endocrine disrupting chemicals promote the growth of ovarian cancer cells via the ER-CXCL12-CXCR4 signaling axis. *Molecular carcinogenesis* , *52* (9), 715-725. |
| Hernandez, A. M., Smith, S. J., Vahora, M. S., Campbell, D., Krevanko, C. F., Lewis, R. C., & Pierce, J. S. (2025). Systematic Review of the Epidemiology of Hair Relaxer Use and Hormone-Sensitive Reproductive Outcomes Among Black Adult Women in the United States. *Journal of Applied Toxicology* , *45* (8), 1394-1416. |
| Hill, A. B. (1965). The environment and disease: association or causation?. |
| Irungu, B. N., Llanos, A. A., Nyangi, M., Olisa, T., Matu, E., Rockson, A., ... & Kimani, C. (2025). Chemicals of concern in select packaged hair relaxers available on the Kenyan market: an examination of ingredient labels and measurement of pH. *Frontiers in Public Health* , *13* , 1532113. |
| Jain, T., & Sivaramakrishnan, C. N. (2023). Evaluation of cosmetic ingredients impacting human health. *Pharmaceutical Sciences* , *3* (2). |
| Jamerson, T. A., Osei-Tutu, A., & Aguh, C. (2025). Hair disorders: Aesthetic approaches for patients of African ancestry. In *Cosmetic Procedures in Skin of Color* (pp. 216-227). Elsevier. |
| Jung, E. M., Yoo, Y. M., Lee, J. H., & Jeung, E. B. (2022). Cytotoxicity evaluation and mechanism of endocrine-disrupting chemicals by the embryoid body test. *Toxicological Research* , *38* (4), 469-478. |
| Key, T. J. A., & Pike, M. C. (1988). The dose-effect relationship between'unopposed'oestrogens and endometrial mitotic rate: its central role in explaining and predicting endometrial cancer risk. *British journal of cancer* , *57* (2), 205-212. |
| Kim, H. R., Kim, Y. S., Yoon, J. A., Lyu, S. W., Shin, H., Lim, H. J., ... & Song, H. (2014). Egr1 is rapidly and transiently induced by estrogen and bisphenol A via activation of nuclear estrogen receptor-dependent ERK1/2 pathway in the uterus. *Reproductive Toxicology* , *50* , 60-67. |
| Krewski, D., Bird, M., Al-Zoughool, M., Birkett, N., Billard, M., Milton, B., ... & Zielinski, J. M. (2019). Key characteristics of 86 agents known to cause cancer in humans. *Journal of Toxicology and Environmental Health, Part B* , *22* (7-8), 244-263. |
| Lee, H. R., Jeung, E. B., Cho, M. H., Kim, T. H., Leung, P. C., & Choi, K. C. (2013). Molecular mechanism (s) of endocrine-disrupting chemicals and their potent oestrogenicity in diverse cells and tissues that express oestrogen receptors. *Journal of cellular and molecular medicine* , *17* (1), 1-11. |
| Lee, H., Park, J., & Park, K. (2022). Effects of consumer products chemicals ingredients and their mixtures on the estrogen receptor/androgen receptor transcriptional activation. *Chemosphere* , *302* , 134866. |
| Lewallen, R., Francis, S., Fisher, B., Richards, J., Li, J., Dawson, T., ... & McMichael, A. (2015). Hair care practices and structural evaluation of scalp and hair shaft parameters in African American and Caucasian women. *Journal of cosmetic dermatology* , *14* (3), 216-223. |
| Li, Y., Luh, C. J., Burns, K. A., Arao, Y., Jiang, Z., Teng, C. T., ... & Korach, K. S. (2013). Endocrine-disrupting chemicals (EDCs): in vitro mechanism of estrogenic activation and differential effects on ER target genes. *Environmental health perspectives* , *121* (4), 459-466. |

| |
|---|
| LOUSA-0490087 |
| LOUSA-0490089 |
| LOUSA-0490091 |
| LOUSA-0490092 |
| LOUSA-0490093 |
| LOUSA-0490096 |
| Mallozzi, M., Leone, C., Manurita, F., Bellati, F., & Caserta, D. (2017). Endocrine disrupting chemicals and endometrial cancer: an overview of recent laboratory evidence and epidemiological studies. *International journal of environmental research and public health* , *14* (3), 334. |
| MCBRIDE09763 |
| MCBRIDE09892 |
| McMichael, A. J. (2003). Hair and scalp disorders in ethnic populations. *Dermatologic clinics* , *21* (4), 629-644. |
| Miranda-Vilela, A. L., Botelho, A. J., & Muehlmann, L. A. (2014). An overview of chemical straightening of human hair: technical aspects, potential risks to hair fibre and health and legal issues. *International journal of cosmetic science* , *36* (1), 2-11. |
| Morgan, M., Deoraj, A., Felty, Q., Yoo, C., & Roy, D. (2016). Association between exposure to estrogenic endocrine disruptors-polychlorinated biphenyls, phthalates, and bisphenol A and gynecologic cancers-cervical, ovarian, uterine cancers. |
| NAMASTE_01198971 |
| NAMASTE_01198972 |
| NAMASTE_01198973 |
| Okeke, C. A., & Burgess, C. M. (2023). Dispelling myths of chemical hair relaxers causing uterine cancer. *Journal of the American Academy of Dermatology* , *89* (4), 875-876. |

| |
|---|
| Oral, D., Erkekoglu, P., Kocer-Gumusel, B., & Chao, M. W. (2016). Epithelial-mesenchymal transition: a special focus on phthalates and bisphenol A. *Journal of Environmental Pathology, Toxicology and Oncology* , *35* (1). |
| Pagoni, A., Arvaniti, O. S., & Kalantzi, O. I. (2022). Exposure to phthalates from personal care products: Urinary levels and predictors of exposure. *Environmental Research* , *212* , 113194. |
| Park, C., Lee, J., Kong, B., Park, J., Song, H., Choi, K., ... & Lee, Y. (2019). The effects of bisphenol A, benzyl butyl phthalate, and di (2-ethylhexyl) phthalate on estrogen receptor alpha in estrogen receptor-positive cells under hypoxia. *Environmental Pollution* , *248* , 774-781. |
| Park, S. H., Kim, K. Y., An, B. S., Choi, J. H., Jeung, E. B., Leung, P. C., & Choi, K. C. (2009). Cell growth of ovarian cancer cells is stimulated by xenoestrogens through an estrogen-dependent pathway, but their stimulation of cell growth appears not to be involved in the activation of the mitogen-activated protein kinases ERK-1 and p38. *Journal of Reproduction and Development* , *55* (1), 23-29. |
| Petry, T., Bury, D., Fautz, R., Hauser, M., Huber, B., Markowetz, A., ... & Teichert, T. (2017). Review of data on the dermal penetration of mineral oils and waxes used in cosmetic applications. *Toxicology letters* , *280* , 70-78. |
| Pugazhendhi, D., Pope, G. S., & Darbre, P. D. (2005). Oestrogenic activity of p-hydroxybenzoic acid (common metabolite of paraben esters) and methylparaben in human breast cancer cell lines. *Journal of Applied Toxicology: An International Journal* , *25* (4), 301-309. |
| Quinn CR, Quinn TM, Kelly AP. Hair care practices in African American women. Cutis. 2003 Oct;72(4):280-2, 285-9. PMID: 14604079. |
| Raffi, J., Suresh, R., & Agbai, O. (2019). Clinical recognition and management of alopecia in women of color. *International Journal of Women's Dermatology* , *5* (5), 314-319 |
| Rawlings, A. V. (2006). Ethnic skin types: are there differences in skin structure and function? 1. *International journal of cosmetic science* , *28* (2), 79-93. |
| Richards, G. M., Oresajo, C. O., & Halder, R. M. (2003). Structure and function of ethnic skin and hair. *Dermatologic clinics* , *21* (4), 595-600. |
| Salminen, A. T., Manga, P., & Camacho, L. (2023). Race, pigmentation, and the human skin barrier—considerations for dermal absorption studies. *Frontiers in Toxicology* , *5* , 1271833. |
| Sarink, D., Franke, A. A., White, K. K., Wu, A. H., Cheng, I., Quon, B., ... & Merritt, M. A. (2021). BPA, parabens, and phthalates in relation to endometrial cancer risk: a case–control study nested in the multiethnic cohort. *Environmental Health Perspectives* , *129* (5), 057702. |
| Schildroth, S., Geller, R. J., Wesselink, A. K., Lovett, S. M., Bethea, T. N., Henn, B. C., ... & Wise, L. A. (2024). Hair product use and urinary biomarker concentrations of non-persistent endocrine disrupting chemicals among reproductive-aged Black women. *Chemosphere* , *361* , 142442. |
| Scsukova, S., Rollerova, E., & Mlynarcikova, A. B. (2016). Impact of endocrine disrupting chemicals on onset and development of female reproductive disorders and hormone-related cancer. *Reproductive biology* , *16* (4), 243-254. |

| |
|---|
| Segovia-Mendoza, M., Palacios-Arreola, M. I., Monroy-Escamilla, L. M., Soto-Piña, A. E., Nava-Castro, K. E., Becerril-Alarcón, Y., ... & Morales-Montor, J. (2022). Association of serum levels of plasticizers compounds, phthalates and bisphenols, in patients and survivors of breast cancer: a real connection?. *International Journal of Environmental Research and Public Health* , *19* (13), 8040. |
| Shanle, E. K., & Xu, W. (2011). Endocrine disrupting chemicals targeting estrogen receptor signaling: identification and mechanisms of action. *Chemical research in toxicology* , *24* (1), 6-19. |
| Sheng, Z., Wang, C., Ren, F., Liu, Y., & Zhu, B. (2019). Molecular mechanism of endocrine-disruptive effects induced by Bisphenol A: The role of transmembrane G-protein estrogen receptor 1 and integrin αvβ3. *Journal of Environmental Sciences* , *75* , 1-13. |
| Smith, M. T., Guyton, K. Z., Gibbons, C. F., Fritz, J. M., Portier, C. J., Rusyn, I., ... & Straif, K. (2016). Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. *Environmental health perspectives* , *124* (6), 713-721. |
| Smith, M. T., Guyton, K. Z., Kleinstreuer, N., Borrel, A., Cardenas, A., Chiu, W. A., ... & Fielden, M. (2020). The key characteristics of carcinogens: relationship to the hallmarks of cancer, relevant biomarkers, and assays to measure them. *Cancer Epidemiology, Biomarkers & Prevention* , *29* (10), 1887-1903. |
| Spagnoletti, A., Paulesu, L., Mannelli, C., Ermini, L., Romagnoli, R., Cintorino, M., & Ietta, F. (2015). Low concentrations of Bisphenol A and para-Nonylphenol affect extravillous pathway of human trophoblast cells. *Molecular and cellular endocrinology* , *412* , 56-64. |
| Tanus, A., Oliveira, C. C. C., Villarreal, D. J. V., Sanchez, F. A. V., & Dias, M. F. R. G. (2015). Black women's hair: the main scalp dermatoses and aesthetic practices in women of African ethnicity. *Anais brasileiros de dermatologia* , *90* (4), 450-465. |
| Thouennon, E., Delfosse, V., Bailly, R., Blanc, P., Boulahtouf, A., Grimaldi, M., ... & Balaguer, P. (2019). Insights into the activation mechanism of human estrogen-related receptor γ by environmental endocrine disruptors. *Cellular and molecular life sciences* , *76* (23), 4769-4781. |
| Watson, C. S., Jeng, Y. J., & Guptarak, J. (2011). Endocrine disruption via estrogen receptors that participate in nongenomic signaling pathways. *The Journal of steroid biochemistry and molecular biology* , *127* (1-2), 44-50. |
| Weathersby, C., & McMichael, A. (2013). Brazilian keratin hair treatment: a review. *Journal of cosmetic dermatology* , *12* (2), 144-148 |
| Wen, H. J., Chang, T. C., Ding, W. H., Tsai, S. F., Hsiung, C. A., & Wang, S. L. (2020). Exposure to endocrine disruptor alkylphenols and the occurrence of endometrial cancer. *Environmental Pollution* , *267* , 115475. |
| Wesley, N. O., & Maibach, H. I. (2003). Racial (ethnic) differences in skin properties: the objective data. *American journal of clinical dermatology* , *4* (12), 843-860. |
| Xu, F., Wang, X., Wu, N., He, S., Yi, W., Xiang, S., ... & Ying, C. (2017). Bisphenol A induces proliferative effects on both breast cancer cells and vascular endothelial cells through a shared GPER-dependent pathway in hypoxia. *Environmental pollution* , *231* , 1609-1620. |
| Yager, J. D., & Davidson, N. E. (2006). Estrogen carcinogenesis in breast cancer. *New England Journal of Medicine* , *354* (3), 270-282 |

Yang, O., Kim, H. L., Weon, J. I., & Seo, Y. R. (2015). Endocrine-disrupting chemicals: review of toxicological mechanisms using molecular pathway analysis. *Journal of cancer prevention* , *20* (1), 12.