# Exhibit 26

# Expert Opinion Report

# Dario Roque, M.D.

## In Re: Hair Relaxer Marketing Sales Practices and Products Liability Litigation (MDL 3060)

**Prepared for:**
**Plaintiffs Steering Committee – MDL 3060**

EXHIBIT
4

# Table of Contents

I. Introduction .......... 4

II. Background and Qualifications of Expert .......... 4

III. Methodological Approach of Expert .......... 5

IV. Brief Overview of Female Reproductive Tract .......... 6

V. Cancer Cell Biology and Oncogenesis .......... 11

VI. Ovarian and Uterine Cancer Genetics .......... 13

VII. Pathology of Uterine Cancer .......... 16

A. Uterine Cancer Staging .......... 20

B. Uterine Cancer Risk Factors .......... 22

C. Treatment for Endometrial Cancer .......... 25

VIII. Pathology of Ovarian Cancer .......... 26

A. Ovarian Cancer Staging .......... 32

B. Ovarian Cancer Risk Factors .......... 32

IX. Chemical Hair Straighteners Chemical Makeup and Use .......... 34

X. Evidence Reviewed and Analyzed .......... 37

A. Observational Studies – Original Research .......... 37

B. Original Research - Other Personal Care Products .......... 42

C. Exposure to Chemical Hair Relaxers & other Adverse Hormonal Health Outcomes .......... 43

D. Reviews and Review Articles .......... 47

E. Other Studies .......... 51

F. Opinions, Editorial Letters to the Editor .......... 52

XI. Mechanistic Data .......... 54

A. Regulatory Agencies .......... 55

XII. Causal Analysis ........ 57

XIII. Summary Opinion and Conclusions ........ 61

XIV. References ........ 63

## I. Introduction

I was asked to offer my opinion with a reasonable degree of medical certainty as to whether chemical hair relaxer use can cause uterine cancer and ovarian cancer in the women who use these products.

## II. Background and Qualifications of Expert

I am an Associate Professor and the Program Director for the Gynecologic Oncology Fellowship Program in the Department of Obstetrics & Gynecology at Northwestern University Feinberg School of Medicine in Chicago, Illinois. After graduating from The University of Florida College of Medicine in 2009, I completed four (4) years of residency training in OB/GYN at Women & Infants Hospital/Brown University in Providence, RI (2009-2013). Subsequently, I completed a three (3) year American Board of Obstetrics & Gynecology (ABOG) Accredited Fellowship in the subspecialty of Gynecologic Oncology at the University of North Carolina (UNC) in Chapel Hill, NC (2013-2016). During my tenure at UNC, in addition to my clinical responsibilities caring for patients with gynecologic cancers, I also worked in a basic science and animal laboratory studying the impact of obesity on endometrial cancer development and progression. Furthermore, I was involved in the study of novel therapeutic agents targeting known cell signaling pathways implicated in endometrial cancer development.

Upon completion of my Fellowship training, I returned to Women & Infants Hospital/Brown University as an Assistant Professor of Gynecologic Oncology. I served in this role through 2018 before transitioning to St. Elizabeth's Medical Center in Boston, MA where I was also appointed as an Assistant Professor of Gynecologic Oncology in the Department of OB/GYN at Tufts University. In 2020, I joined the faculty at the Division of Gynecologic Oncology Northwestern University Feinberg School of Medicine, where I currently practice. In my current role, I am also a member of the Robet H. Lurie Comprehensive Cancer Center of Northwestern University.

In my current role, I spend over 80% of my professional time delivering clinical care to patients with gynecologic cancers, including endometrial and ovarian cancer. Within my clinical practice, I manage patients throughout the spectrum of their disease course, including performing surgery, administering systemic therapy (i.e., chemotherapy, targeted therapy, immunotherapy, etc.), as well as providing follow-up and survivorship care for those patients who achieve cure or remission. In addition to my clinical duties, I am involved in medical student, resident and fellow teaching and training. I have also served as an institutional principal investigator for several clinical trials evaluating the role of novel therapies in the management of endometrial and ovarian cancers. Lastly, I have received grant funding to better understand the mechanisms through which heated intraperitoneal chemotherapy (HIPEC) improves survival in select patients with ovarian cancer.

Outside of my institution, I serve as one of the Deputy Editors for the Journal of Minimally Invasive Gynecology (JMIG). I have also served on Clinical Advisory Boards for

pharmaceutical companies seeking to understand treatment paradigms in endometrial and ovarian cancer. I have also given several lectures at the local and national levels on endometrial cancer.

Attached as Exhibit A is my current curriculum vitae outlining in more detail my qualifications and credentials to serve as an expert witness in this matter and a list of publications that I have authored or co-authored in the last ten (10) years.

## III. Methodological Approach of Expert

In order to form the opinions expressed in this report, I have followed the methodology that I routinely use in my clinical practice of treating patients with gynecological cancers and in my academic endeavors, including teaching, publishing journal articles, textbook chapters and presenting on topics as an invited lecturer or speaker at professional conferences and meetings. The successful practice of gynecologic oncology relies on the constant and repeated incorporation of basic scientific and biologically plausible mechanisms of disease, pertinent clinical information, and etiological risk factors, including potential causes of a disease process. In that regard, I regularly review, interpret, evaluate, and incorporate the same types of medical and scientific evidence that are referenced in this report that includes, among others, data from large population-based epidemiological studies, published meta-analyses, reviews and systematic reviews of differing design and quality. I not only maintain knowledge of the current, available information within the scientific literature, but also continually increase my proficiency in new data and techniques that can be applied towards improving my diagnostic acumen and to inform patient treatments.

Careful evaluation and consideration of epidemiological data and results obtained therefrom is of paramount importance within my practice, as medicine, and in particular the field of gynecologic oncology is not static but rather is constantly changing and advancing. Proper identification and distinction of these entities, therefore, requires careful consideration and correlation with clinical, epidemiological, pathological and biologically plausible pathways to arrive at the correct diagnosis so that the patient can be managed appropriately.

In order to fully evaluate whether chemical hair relaxers can cause uterine and ovarian cancer in women exposed to these products, I have methodically and systematically searched and reviewed the medical literature from many sources for pertinent studies that address many concepts as they relate to known endocrine disruptor chemicals (EDCs) within hair relaxers and carcinogenesis and, more specifically, as they relate to cancer development and estrogen-dependent neoplasia, including the initiation and promotion of endometrial and ovarian cancers. I also methodically and systematically searched and reviewed the medical and scientific literature related to additional carcinogens identified in the literature identified in hair relaxers. I have reviewed several non-peer reviewed publications generated by well-known scientific agencies that have evaluated and/or have generated consensus statements regarding endocrine disruptor chemicals and carcinogens, including those known to be present in chemical hair relaxers.

I have also considered alternate and/or opposing perspectives when assessing the entire body of scientific and medical literature in evaluating whether chemical hair relaxers can cause or contribute to the development of uterine and ovarian cancers in rendering my opinion here. Therefore, my opinions are based on the totality of the evidence, although as discussed more below, some studies reviewed by me carry more weight than others.

Finally, in order to form my opinions regarding the causal connection between chemical hair relaxers and uterine and ovarian cancers, I independently reviewed the literature on hair products, endocrine disrupting chemicals (EDCs), certain carcinogens as identified in the literature, and uterine and ovarian cancers. I then utilized the well-accepted framework for causality as enunciated by Sir Austin Bradford Hill[1] that include consideration of the strength of the evidence, consistency of the evidence, specificity, biologic plausibility, biologic gradient, temporality, analogy, coherence and experimental evidence, in order to allow me to provide an opinion in this report with a reasonable degree of medical and scientific certainty. In addition to the references listed at the end of my report, attached as Exhibit B is my Materials Considered List.

## IV. Brief Overview of Female Reproductive Tract

### ***The Uterus***

The uterus is a hollow, muscular, pear-shaped organ of the female reproductive system, positioned in the pelvic cavity between the urinary bladder anteriorly and the rectum posteriorly**.** It forms a central component of the upper genital tract, which also includes the cervix**,** fallopian tubes**,** and ovaries *(Figures 1,2)*[2–4].




*Figure 1. Basic anatomy of the gynecologic tract. (From https://www.britannica.com/science/uterus)*[3].




*Figure 2. Relationship of the uterus to other pelvic organs. (From Clinical Pelvic Anatomy by McGowan, B. in Clinical Obstetrics & Gynaecology by Layden, E et al (Editors); 5th Ed. 2-17, Elsevier, 2023)*[2].

Structurally, the uterus is divided into four main parts: the fundus, which is the dome-shaped upper portion above the openings of the fallopian tubes; the body (corpus), which makes up the central and largest portion of the uterus; the isthmus, a narrow segment that connects the body to the cervix; and the cervix, the cylindrical lower portion that links the uterine cavity to the vagina[2–4].

The uterine wall is composed of three distinct layers. The endometrium is the innermost lining and consists of columnar epithelial cells and glands embedded within a supportive stroma. It undergoes cyclical changes in response to estrogen and progesterone produced in the ovaries. The endometrium, the inner lining of the uterus, includes two layers: the functional layer, which is shed during menstruation, and the basal layer, which remains intact and regenerates the functional layer after each cycle. The endometrium changes significantly throughout the menstrual cycle in response to estrogen and progesterone levels. After menstruation, only the basal layer remains. Rising estrogen during the proliferative phase stimulates growth of the stroma and elongation of the glands, forming the proliferative endometrium, which thickens and reaches its peak around ovulation. After ovulation, progesterone becomes the dominant ovarian hormone, transforming the endometrium into its secretory phase. If pregnancy does not occur, the drop in progesterone triggers the breakdown and shedding of the functional layer, resulting in menstruation (*Figure 3)*[2,5].




*Figure 3. Schematic showing that the periodic shedding of human endometrial tissue with the change of estrogen and progesterone during the menstrual cycle. The menstrual cycle is divided into three main phases: menses, proliferative phase, and secretory phase. (From Chen K, Zheng S, Fang F. Endometrial Stem Cells and Their Applications in Intrauterine Adhesion. Cell Transplant. 2023;32.)*[5]

The myometrium, or middle layer, is the thickest part of the uterine wall. It is made up of smooth muscle fibers that contract in a coordinated manner, particularly during labor and childbirth. The serosa, or outer layer, is a thin covering of visceral peritoneum that envelops the fundus and body of the uterus[3,4].

The uterus serves several functions. During the menstrual cycle, it sheds the endometrial lining in response to ovarian estrogen and progesterone as outlined above and in *Figure 3*. In terms of fertility, the endometrium becomes receptive to a fertilized egg, allowing implantation and the establishment of pregnancy. During pregnancy, the uterus expands to support fetal development and eventually contracts to help deliver the baby[3].

***The Ovaries***

The ovaries are small, oval-shaped organs located on either side of the uterus, near the fallopian tubes within a region called the ovarian fossa. Each ovary is connected to the uterus through the utero-ovarian ligament. They are also attached to the pelvic wall by the suspensory ligament, which contains blood vessels and nerves that supply the ovary *(See Figure 1 above)*[2].

The ovary is made up of three main layers: the outer germinal epithelium, the fibrous tunica albuginea, and the cortex containing developing follicles. The innermost region, the

medulla, houses blood vessels and connective tissue *(Figure 4)*. Ovarian size and volume vary with age, increasing until early adulthood and declining after menopause[2,6].




*Figure 4. Ovarian anatomy. (From https://www.earthslab.com/anatomy/ovaries/)*[6].

The ovaries have two key functions: hormone production and oocyte (egg cell) maturation. In response to hormonal signals from the brain (i.e., follicle stimulating hormone (FSH) and luteinizing hormone (LH)) through the hypothalamic-pituitary-ovarian axis, the ovaries produce estrogen, and progesterone *(See Figure 5 below)*. Estrogen and progesterone regulate the menstrual cycle as outlined above and support the development of female secondary sex characteristics. The ovaries also contain immature oocytes that mature during the menstrual cycle. Each month, a dominant follicle releases an egg during ovulation. If fertilization occurs, the corpus luteum forms and produces progesterone to support early pregnancy. If fertilization does not happen, hormone levels drop, the corpus luteum regresses, and menstruation begins[7].




*Figure 5. The hypothalamic–pituitary–ovarian axis controls follicular maturation and ovulation. The hypothalamus acts on the pituitary gland by secreting gonadotrophin-releasing hormone (GnRH) in a pulsatile manner approximately every 90 minutes. GnRH travels through the small blood vessels of the pituitary portal system to the anterior pituitary, where it stimulates the synthesis and release of follicle-stimulating hormone (FSH) and luteinizing hormone (LH). FSH stimulates growth of follicles during the 'follicular phase' of the menstrual cycle. FSH also stimulates estrogen secretion by the ovaries. LH also stimulates sex hormone production by the ovaries (mainly testosterone, which is subsequently converted by the action of FSH into estradiol). LH plays an essential role in ovulation. Post-ovulatory production of progesterone by the corpus luteum is also under the influence of LH. (Adapted from Menstruation and Amenorrhea by Cameron, S. in Clinical Obstetrics & Gynaecology by Layden, E et al (Editors); 5th Ed. 48-60, Elsevier, 2023)*[7]

***The Fallopian Tubes***

The fallopian tubes are about 10 cm long and extend from the upper corners (cornua) of the uterus, running within the upper border of the broad ligament. Along with the ovaries, they make up the adnexa. Each tube is divided into four segments: the interstitial (intramural) part, which passes through the uterine wall; the isthmus, a narrow section just beyond the uterus; the ampulla, a wider, more tortuous portion where fertilization typically

occurs; and the infundibulum, a trumpet-shaped end with finger-like projections called fimbriae *(See Figure 1 above)*[2].

Structurally, the fallopian tube has two layers of smooth muscle—an outer longitudinal and an inner circular layer—responsible for gentle contractions that help move the egg into the ampulla, where fertilization typically occurs. The fertilized egg then travels to the uterus for implantation.

## V. **Cancer Cell Biology and Oncogenesis**

Oncogenesis is a highly complex, multi-stage process, far more intricate than simply acquiring a single mutation or inheriting a mutated gene. This complexity arises from the interplay of various risk factors, the body's protective mechanisms, and the distinction between tumor initiation and promotion. Tumor initiation involves the acquisition of a heritable alteration (e.g., an oncogenic driver mutation) in a cell. These initial mutations are often insufficient to cause cancer on their own. Meanwhile, tumor promotion involves non-mutagenic mechanisms by which cancer risk factors act on healthy or already initiated cells to promote tumor progression. Promoters can confer a selective advantage to cells already harboring cancer-causing mutations, allowing them to expand. These promotional effects can occur before or after the acquisition of the initial mutation and may not require continuous exposure (See *Figure 1 from Weeden et al. 2023 below)*[8].




**Figure 1. Multi-stage carcinogenesis within solid tumors as influenced by cancer risk factors**
In homeostasis, epithelial sheets are surrounded by both structural and cellular microenvironmental support.
(1) Tumor initiation occurs when a cell gains a heritable alteration, typically an oncogenic driver mutation, either from endogenous or exogenous sources of DNA damage, the latter including smoking, viral infections, alcohol, and UV radiation. Initiated cells are then subject to selection pressures of the environment and compete with surrounding cells for space and resources to either persist in the tissue or are removed (repair, apoptosis, or extrusion). This somatic evolution is a function of homeostasis, given that initiated cells accumulate over time and are found in healthy tissues with no evidence of disease. (2) Initiated cells can either be removed from the tissue via both cell and non-autonomous processes ("outcompetition"), persist with no functional outcomes, or gain a selective advantage and proliferate. Cancer risk factors can alter the fitness landscape of the tissue to allow for initiated cell expansion (inflammation, progeny generation). (3) Clonal expansions of oncogenic cells can undergo further unrestrained growth to form pre-invasive lesions that distort the confines of the normal tissue architecture and evade immune detection. Not all lesions progress to invasive cancers, they can remain indolent or regress, aided by the microenvironment and immune surveillance. (4) The "oncogenic switch" comprises pre-invasive lesions that break tissue constraints to form invasive cancers and constitutes an irreversible process. This switch can involve chromosomal instability (CIN), leading to an accumulation of copy-number alterations (CNAs), and microenvironmental remodeling. Cancer risk factors can alter cell intrinsic and extrinsic factors in steps (3–4) to enable initiated cells to progress. It should be noted that cancer risk factors may affect tissues before the acquisition of oncogenic alterations and their non-mutagenic tumor-promoting roles can be imprinted upon the tissue. Also depicted is the likelihood of occurrence of each stage; invasive cancers are exceedingly rare relative to the occurrence of mutant clonal expansions within normal tissue.

*Figure 1 from Weeden et al. 2023.*[8]

Oncogenesis is influenced by a combination of three main categories of risk factors:

1. Exogenous Risk Factors: These are largely modifiable and stem from the external environment. Examples include infections (e.g., HPV), lifestyle choices (e.g., tobacco smoking, alcohol intake, diet), and environmental exposures (e.g., air pollution, UV radiation, asbestos). These factors can either directly cause mutations (initiation) or promote the growth of already mutated cells[8].

2. Endogenous Risk Factors Extrinsic to the Initiating Cell: These relate to the individual characteristics of the host and may also be modifiable. They include immune responses, the microbiome, and endocrine regulation among others[8].

3. Endogenous Risk Factors Intrinsic to the Initiating Cell: These are inherent properties of the cell itself, such as DNA replication errors during cell division, DNA repair capabilities, and cell cycle checkpoint regulation among others[8].

Upwards of 90% of cancers are influenced by non-intrinsic (non-genetic inheritance), modifiable risk factors. Hereditary cancers, driven by inherited germline mutations, represent an intrinsic risk, establishing a baseline susceptibility rather than being solely

responsible for cancer development. This "germline susceptibility" acts as an endogenous risk (naturally originating or developing from within) factor, influencing a cell's inherent "oncogenic competence" and making it more prone to tumor formation. Consequently, hereditary factors synergize significantly with non-hereditary risk factors; an individual's genetic predisposition can amplify the impact of exogenous factors like tobacco smoking or environmental pollutants[8].

## VI. Ovarian and Uterine Cancer Genetics

The most common hereditary cancer syndromes related to gynecologic cancers include hereditary breast and ovarian cancer syndrome (HBOC), and Lynch syndrome. Other syndromes associated with gynecologic malignancies include Li–Fraumeni syndrome, Cowden syndrome, and Peutz–Jeghers syndrome, however, these are rare.[9–11]

In addition to inherited syndromes, a family history of endometrial or ovarian cancers in a first-degree relative is also associated with an increased risk of these cancers. A meta-analysis, including case-control and cohort studies, observed an increased risk of 1.82 (95% CI, 1.65–1.98) associated with a history of endometrial cancer in a first-degree relative[12]. Meanwhile, a retrospective cohort study of 559 epithelial ovarian cancer patients observed an incidence of 1.92 (95% CI 1.27–2.79) in the first-degree relatives[13].

Hereditary cancer syndromes are the result of a mutated gene being passed down from either parent to their offspring. The mutated gene is this case is called a germline mutation because it is present in a parent’s reproductive cells (egg or sperm).[14] “These mutations change the genetic material that the child receives from either parent (hereditary).”[14] “The resulting embryo and baby will have the variant in every cell of their body that contains a copy of the genome…[these] variants could therefore be passed on to their offspring, who in turn could pass the variants on to their offspring and so on. When considering inheritance of a genetic condition, it is those that are the result of a germline variant that have implications for the patient’s relatives.”[15]

As previously discussed, upwards of 90% of cancers are non-hereditary and are the result of somatic (not germline) mutations. “Somatic mutations are a change to a person’s DNA that occurs after conception to any cell that isn’t a germ cell (egg or sperm cell). Somatic mutations do not pass from parents to their children (not hereditary) and happen sporadically or randomly, without the mutation existing in a person’s family history.”[14] Since these mutations are not present in the germ cells, “[s]omatic variants are not present in every cell in the body and are not passed from parent to child. A somatic variant can be present in a large number of cells in the body or just a few, depending on when in a person’s lifetime the new variant occurs. If the change occurs early in embryo development, a large proportion of the individual’s cells may contain the new variant. If the change occurs later in development, then it may only be present in a particular tissue type.”[15]

***Lynch Syndrome***

Lynch syndrome results from germ-line mutations (where a gene change in the egg or sperm become incorporated in the DNA of the cell) in one of four DNA mismatch-repair genes—MLH1, MSH2, MSH6, or PMS2. These mutations are inherited in an autosomal-dominant fashion and occur in approximately 1 in 500 to 1 in 1,000 members of the general population. MLH1 and MSH2 mutations together account for roughly 90% of identified cases of Lynch Syndrome; MSH6 accounts for most of the remainder, whereas PMS2 defects are uncommon.[16]

Women who carry any of these pathogenic variants face an estimated 40-60% lifetime risk of developing endometrial carcinoma, which is approximately 20 times higher than that of the general female population.[13] On average, affected individuals present nearly a decade earlier, with a mean diagnostic age of 50 years. Nevertheless, the prevalence of Lynch syndrome only accounts for approximately 3% of all endometrial cancer cases[17]. Notably, rates of Lynch syndrome in patients with endometrial cancer have been shown to differ based on patient's ancestry. A study by Liu et al. showed that in patients with endometrial cancer, those of Black/African American ancestry had among the lowest rates of Lynch syndrome, at 1.8%. This was comparable to Hispanic (1.6%) and European (1.7%) ancestries. In contrast, Asian ancestry patients had the highest rates (4.8%), with South Asian ancestry specifically showing 8.6%.[18]

Women with Lynch syndrome also have an estimated 6–17% lifetime risk of developing epithelial ovarian cancer. However, patients with Lynch syndrome only account for approximately 2% of all ovarian cancer cases.[16,19,20]

***Hereditary Breast & Ovarian Cancer Syndrome***

Hereditary Breast and Ovarian Cancer (HBOC) syndrome is most frequently attributable to germline, autosomal-dominant pathogenic variants in the DNA-repair genes BRCA1 and BRCA2. Additional genes such as BRIP1, RAD51C, RAD51D confer a demonstrably elevated risk for ovarian carcinoma without a concomitant increase in breast-cancer susceptibility. Although the majority of ovarian cancers in the United States are sporadic (occurring without any known genetic predisposition), pathogenic BRCA1/BRCA2 variants are detected in up to 15% of all ovarian-cancer patients. The aggregate carrier frequency of HBOC-associated mutations is approximately 1 in 500 in the general population, rising sharply to 1 in 40 among individuals of Ashkenazi Jewish ancestry. [9–11] HBOC exhibits incomplete penetrance; therefore, not all mutation carriers will develop one of the associated malignancies. Nevertheless, women with hereditary breast and ovarian cancer syndrome have a 39–46% (*BRCA1*) or a 12–20% (*BRCA2*) lifetime risk of developing ovarian cancer[10,11].

There are thousands of ways in which these genes can be mutated depending on the location within the gene where the mutations occur. Each of these mutations is known as a variant. However, a variant does not imply pathogenicity as the majority of genetic variants are benign or likely benign. Some BRCA mutated variants are classified as variants of

undetermined or uncertain significance (VUS). These are variants for which there is insufficient data to conclude if they are benign or pathogenic. However, a study by Ha et al. 108 *BRCA1/2* variants that were initially classified as VUS. Thirty-six of these (33.3%) were reclassified over a 13-year period. Among these, only 5.6% (6/108) were reclassified as pathogenic or likely pathogenic variants. The remaining 30 VUS were reclassified as benign or likely benign[21] (Ha et al, 2020). This demonstrates that the overwhelming majority of VUS are unlikely to be or become pathogenic.

***Environmental Factors***

As previously described in Section V above, environmental exposures are considered exogenous factors that can lead to oncogenic changes at the cellular level that may increase the risk of endometrial or ovarian cancer. Environmental exposures may act as risk factors for the development of endometrial or ovarian cancer through different biological pathways. Epigenetic changes, which refer to changes in the activity or expression of genes that occur without altering the underlying DNA sequence, are often involved in carcinogenesis. These types of changes can silence tumor-suppressor genes (i.e., genes that regulate cell growth, repair DNA damage, and prevent tumors from forming) or inhibit DNA-repair pathways (key cellular mechanism that protect the genome by correcting damage), and lead to uncontrolled cellular growth, which is one of other key and fundamental mechanisms in cancer development.[22]

Environmental exposures may also raise cancer risk through non-epigenetic mechanisms by elevating circulating estrogen (estrogen carried through the bloodstream), generating oxidative DNA damage, or impairing immune surveillance. Each of these effects can independently cause uterine or ovarian carcinogenesis, even when the genome's sequence (the blueprint, of sorts, encoded in DNA) remains unchanged.

As previously discussed in Section V, hereditary factors can synergize, or act in tandem, with non-hereditary risk factors such as environmental exposures known to increase cancer risk. For women who already carry a high-risk mutation, such as a mismatch-repair defect in Lynch syndrome or a pathogenic BRCA1/2 variant, the exposures to known carcinogens may act synergistically and amplify the impact of the known genetic predisposition.[8] Epigenetic silencing (suppression of gene activity that occurs without a change in the underlying DNA sequence) of the remaining healthy allele, or additional oxidative hits that speed up its loss, can result in the development of cancer.[8]

A study by Tan et al. demonstrated that exposure of human cell lines to aldehydes like formaldehyde or acetaldehyde rendered the BRCA2 protein inactive. Based on their findings, the authors postulated that the risk of carcinogenesis among BRCA2 mutation carriers "may depend not only on the nature of their germline *BRCA2* mutation, and its susceptibility to aldehyde-induced haploinsufficiency but also upon other genetic and environmental factors that determine exposure to aldehydes."[23] Their findings strongly suggest that cancer evolution among carriers of *BRCA2* mutations may be driven by a gene-environment interaction, in which certain exposures trigger carcinogenesis[23].

Conversely, as described in Section V, in people without inherited mutations, the same environmental forces can act alone, progressively layering epigenetic and metabolic stress until a sporadic endometrial or ovarian cancer emerges.

## VII. <u>Pathology of Uterine Cancer</u>

Uterine cancer refers to cancers that originate in the body of the uterus. There are two types of uterine cancer - endometrial cancer and uterine sarcoma. Endometrial cancer, which develops in the lining of the uterus (endometrium), is the most common form, accounting for about 95% of uterine cancer cases. Uterine sarcoma is rare and originates in the muscle wall of the uterus. Given the rarity of uterine sarcomas, the term uterine cancer is often used to refer to endometrial cancers[24]. This section of the report primarily focuses on endometrial cancer unless otherwise specified.

Endometrial cancer is the fourth most common cancer affecting women and the most common gynecologic malignancy in the United States. In 2025, 69,120 women will be diagnosed with endometrial cancer in the US, and 13,860 women are expected to die from EC[25,26]. "The global incidence of EC has steadily risen in the past few decades, and by 2040, mortality from EC is predicted to increase by 33%."[26] Approximately 70–80% of endometrial cancers belong to the 'low-grade' group, which consists predominantly of endometrioid histotypes.[26] "Five-year survival in this group is favorable at 75–86%. The high-risk group comprises more aggressive histotypes, such as serous ECs with a five-year survival of 35%."[26] EC is often "diagnosed at an early stage, as many women will present early with abnormal vaginal bleeding. However, women diagnosed at an advanced stage and with high-risk histotypes have worse outcomes."[26]

Historically, Black women have had lower incidences of endometrial cancer than White women. However, that trend has reversed over the last decade. In addition, Black women have much higher, and increasing, mortality compared with white women. US data from the Surveillance, Epidemiology, and End Results (SEER) Program report a 10.2 per 100,000 EC mortality rate in black women, which is more than double the mortality in white women (5.0 per 100,000)[27]. Meaning, compared with white women, this is approximately a 21% lower five-year survival in black women[26,28]. "This disparity in EC mortality is perhaps one of the worst racial disparities seen amongst all cancers. Several decades of research, has shown that black women are more likely to be diagnosed with high-risk EC histotypes."[26] Importantly, even though the incidence of these more aggressive EC subtypes is higher for all women, the incidence in black women has become twice as high[26,29].

The normal tissue lining the uterus, known as the endometrium, is highly responsive to ovarian steroid hormones, namely estrogen and progesterone. Under certain conditions, this normal tissue can undergo hyperproliferation or rapid growth as well as other neoplastic changes that may eventually lead to the development of endometrial cancer[30].

The endometrium is the primary target organ for ovarian steroid hormones, including estrogens (estradiol), progesterone, and androgens. These hormones exert their effects mainly through cognate nuclear receptors (nuclear receptors are a family of transcription

factors that regulate the expression of a wide range of target genes in response to endogenous and exogenous ligands, including, among others, the thyroid hormone, estrogen and progesterone)[31]: estrogen receptors (ER), progesterone receptors (PR), and androgen receptors (AR)[30,32,33]. In premenopausal women, ovarian estrogen (estradiol) stimulates the growth of the functionalis layer of the endometrium, which then differentiates under the influence of progesterone produced by the corpus luteum (a temporary endocrine structure in the ovaries that is involved in the production of high levels of progesterone and levels of other hormones). At the end of an infertile cycle, a drop in progesterone and estrogen leads to the shedding of the functionalis layer during menstruation, followed by epithelialization and regrowth to begin the next endometrial cycle[30,34]. In postmenopausal women, the endometrium loses its functionalis layer and resembles the stratum basalis from pre-menopausal women. The hormonal milieu is characterized by the absence of ovarian progesterone and estradiol production, with persisting androgens from the adrenal glands and the presence of low levels of circulating estrone[30,35], which is the dominant estrogen in post-menopausal women. This low level of estrogenic signal supports the maintenance of hormone receptor expression observed in the post-menopausal endometrium, hence the hormone responsiveness[30,36] (Figure 6).




*Figure 6: Correlation of typical hormonal changes of pituitary/ovarian axis with the consequential endometrial morphology and steroid hormone expression in women. Pituitary (FSH & LH) and ovarian hormones (P=Progesterone, E2=Estradiol, and T=Testosterone) show typical cyclical variations during the premenopausal period and these change at menopause. The correspondent endometrial morphology and epithelial steroid receptors expression in normal [pre and postmenopausal (PM)], premalignant [endometrial hyperplasia (EH) with atypia] and malignant (low-grade endometrial cancer, LGEC and high-grade endometrial cancer,*

*HGEC) endometrium is shown in the panels. (Adapted from Kamal et al. Hormones and endometrial carcinogenesis. Horm Mol Biol Clin Invest 2016; 25(2): 129–148)*[30]

Endometrial cancer is strongly linked to hormonal aberrations, particularly unopposed estrogen (meaning a state where the proliferative effects of estrogen on the endometrium are not adequately counteracted by progesterone). Several conditions can lead to unopposed estrogen, and as such, are considered risk factors for endometrial cancer (Table 1). This prolonged exposure to estrogen, even at low levels, creates a pro-oncogenic environment that promotes endometrial cell growth, proliferation, and angiogenesis, while inhibiting apoptosis (Figure 7)[30,32]. These pro-oncogenic action of unopposed estrogen occurs through several mechanisms[30]:

1. **Genetic pathway:** An activated ER induces gene transcription (the process of duplicating a segment of DNA molecule that carries genetic instructions related to function, development, growth and reproduction) into RNA (molecule that transfers those instructions) to facilitate gene expression) "either directly by binding to estrogen response element (ERE), hence via 'classical estrogen response ERE dependent' route or indirectly 'non-classical, ERE independent' path via interacting with transcriptional factors such as SP-1, insulin-like growth factor (IGF-1) receptor, epidermal growth factor (EGF) receptor, PA-1, NF-κB. ER gene transcription can also be induced through downstream factors such as EGF or IGF-I via the 'ligand independent pathways'"[30,37–43].

2. **Non-genetic pathways:** Estrogen activation (when estrogen binds to its receptors) "of ERK1/2 signaling pathway or MEK/ERK, MAPK pathway has also been demonstrated via calcium influx and membrane located non-classical ER (GPR30), respectively, in the absence of nuclear ER expression"[30,44,45].

3. **Epigenetic:** Hypermethylation (process that alters gene activity that may "silence" a gene [by turning it off] or increase gene expression) "of ESR1 and PRB promoters has been reported in 90% of the EC. Furthermore, hypomethylation with subsequent activation of estrogen downstream PAX2 has been described in EC and associated with increased tumor growth in vivo"[30,46–48].

4. **Mutagenetic:** "Several lines of evidence have shown that 4-hydroxylated estrogen (catechol-estrogens), catalyzed by cytochrome P450 1B1, is able to induce DNA damage. Accumulation of catechol estrogens is observed with prolonged unopposed estrogen exposure. Interestingly, catechol estrogens have been associated with DNA damage at a specific DNA region (codon 130/131) on PTEN gene which is frequently mutated in type 1 ECs"[30,49,50].

| Condition | Mechanism of Unopposed Estrogen |
|---|---|
| Polycystic Ovarian Syndrome (PCOS) | Characterized by chronic anovulation, hyperinsulinism, and hyperandrogenism. Hyperinsulinism and hyperandrogenism |

| | |
|---|---|
| | lead to increased bioavailability of unopposed estrogens through elevated androgen production and peripheral aromatization/conversion of androgens into estrogens. |
| Obesity | Excess adipose tissue, particularly visceral fat, increases the aromatization/conversion of adrenal androgens into estrogen, leading to higher circulating estrogen levels. |
| Estrogen-alone Hormone Replacement Therapy (HRT) | Exogenous estrogen is administered without a progestin to counteract its proliferative effects on the endometrium. |
| Hyperinsulinism (e.g., in Type 2 Diabetes) | Leads to increased insulin production and elevated circulating Insulin-like Growth Factor 1 (IGF-1) levels, which act as mitogenic stimuli via non-classical estrogen pathways, mimicking estrogenic effects. |

*Table 1. Conditions or exposures that lead to unopposed estrogen*[30].




*Figure 7. Different hormonal and metabolic pathways associated with disturbed steroid hormones homeostasis in favor of estrogen pro-oncogenic pathway. The figure illustrates how the aberrations associated with three major ovarian hormones, estrogen, progesterone and androgens are involved in endometrial carcinogenesis. AKR1C, aldoketoreductase1C; DHT, dihydrotestosterone; GPER, G protein coupled estrogen receptor; IGF-1, insulin-like growth factor 1; IGFBP, insulin-like growth factor binding protein; LH, luteinizing hormone; SHBG, sex hormone binding protein. (From Kamal et al.*

*Hormones and endometrial carcinogenesis. Horm Mol Biol Clin Invest 2016; 25(2): 129–148)*[30]

Progesterone counteracts the effects of estrogen on the endometrium. Therefore, a lack of endogenous progesterone, often due to anovulation, leads to "excessive and prolonged proliferation of endometrial cells and thickening or hyperplasia of the glandular epithelium."[30] Progesterone's antiproliferative action involves inhibiting ER expression, preventing stromal production of growth factors, and inducing apoptosis (programmed cell death) of endometrial epithelial cells (cells lining the uterus's inner cavity) through its action on stromal cells[30,51] (those cells being a major component of the tumor microenvironment [TME] interacting with cancer cells).

### A. Uterine Cancer Staging

Table 2 below shows the staging system of uterine cancer, using the pathologic stage. "It's determined by examining tissue removed during an operation. This is also known as surgical staging. Sometimes, if surgery isn't possible, cancer will be given a clinical stage instead. The clinical stage is based on the results of a physical exam, biopsy, and imaging tests done before surgery"[52].

| **FIGO Stage** | **Where the cancer is found** | **Key Sub-Stage Details** |
|---|---|---|
| I | Confined to uterus | IA: Limited to endometrium or <½ myometrium<br>IB: ≥½ myometrium |
| II | Extends to cervical stroma | Invades cervix but not beyond uterus |
| III | Outside uterus, within pelvis | IIIA: Serosa / ovary / tube<br>IIIB: Vagina / parametrium<br>IIIC1: Pelvic nodes<br>IIIC2: Para-aortic nodes |
| IV | Adjacent organs or distant sites | IVA: Bladder or rectal mucosa<br>IVB: Abdominal peritoneum or distant organs |

*Table 2. Simplified Endometrial Cancer Staging*

Endometrial cancer is also described by the tumor Grade, which is determined by how closely the tumor cells resemble normal endometrial cells under a microscope (Table 3). Tumors with cells that look like healthy endometrial tissue are termed well-differentiated or "low grade," whereas those that appear very abnormal are classified as poorly differentiated or "high grade." Lower-grade cancers usually grow and spread more slowly, so they carry a better prognosis than high-grade tumors[52]. Historically, endometrial cancers were split into two broad clinicopathologic groups. Type 1 tumors are estrogen-driven, usually endometrioid in histology, occur in perimenopausal or obese women, and generally

carry a favorable prognosis. Type 2 tumors, are estrogen-independent, classically serous or clear-cell, arise in an atrophic endometrium of older women, and behave aggressively.

| Tumor Grade | How the cancer cells look under the microscope |
|---|---|
| G1 (well-differentiated) | Cells closely resemble normal endometrium; >95 % form glands |
| G2 (moderately differentiated) | 50–94 % form glands; moderate atypia |
| G3 (poorly differentiated) | <50 % form glands; marked atypia, more aggressive behavior |

*Table 3. Description of uterine cancer Tumor Grade.*

There are four commonly encountered types of endometrial cancer based on the cell type or histological characteristics of the tumor. The majority of endometrial cancers are of the endometrioid type. Endometrioid endometrial cancers can be well-differentiated (Grade 1), moderately-differentiated (Grade 2), or poorly-differentiated (Grade 3). All the other three sub-types of endometrial cancer (serous, clear cell, and carcinosarcoma) are always classified as Grade 3 or poorly-differentiated (Figure 8)[53].




| | | | | |
|---|---|---|---|---|
| **Histological type** | Endometrioid | Endometrioid | Serous | Clear cell |
| **Histological grade** | Low | High | High | High |
| **Metastasis** | Uncommon | Lymph nodes<br>Distant organs | Lymph nodes<br>Peritoneal<br>Distant organs | Lymph nodes<br>Peritoneal −/+ |
| **Prognosis** | Favourable | Poor | Poor* | Poor*† |
| **Molecular markers**[18–21] | | | | |
| ER/PR expression | + | +/− | −/+ | − |
| PTEN expression | −/+ | −/+ | + | + |
| DNA MMR loss | −/+ | −/+ | − | −/+ |
| Aberrant P53 | − | −/+ | + | −/+ |
| Ki-67/MIB-1 | Low | High | High | Low or high |

*Figure 8. Histologic classification of endometrial cancer sub-types with associated prognosis and molecular markers (From Murali R, Soslow RA, Weigelt B. Classification of endometrial carcinoma: more than two types. Lancet Oncol. 2014;15(7):e268-e278. doi:10.1016/S1470-2045(13)70591-6)*[53].

While the Type 1 vs Type 2 dichotomous classification helped link hormonal risk factors to clinical behavior, it oversimplified the biology of endometrial cancer. Contemporary

classification uses integrated genomic profiling to define four molecular sub-types rather than the Type 1 vs Type 2 classification: (1) POLE-ultramutated, with favorable prognosis; (2) microsatellite-instability (MSI) hypermutated/MMR-deficient; (3) copy-number–low or "no specific molecular profile" (NSMP); and (4) copy-number–high, p53-abnormal serous-like cancers, which have the worst prognosis. These molecular categories transcend histology, and more accurately predict recurrence risk and treatment response *(Figure 9)*.




*Figure 9. Distribution of endometrial cancer molecular groups according to histotype. (Adapted from Santoro A, et al. New Pathological and Clinical Insights in Endometrial Cancer in View of the Updated ESGO/ESTRO/ESP Guidelines. Cancers (Basel). 2021;13(11).* [54]

### B. Uterine Cancer Risk Factors

Endometrial cancer occurs predominantly in postmenopausal women, with an average age at diagnosis of 60 years. "Estrogen, both endogenous and exogenous, is associated with endometrial proliferation, hyperplasia, and cancer. Thus, risk factors include endometrial hyperplasia, reproductive factors that increase lifetime estrogen exposure (i.e. nulliparity, early menarche and late menopause), polycystic ovary syndrome (PCOS), postmenopausal estrogen therapy, obesity, and tamoxifen use"[55] (Figure 10). Table 4 lists the magnitude of the increased risk associated with some of these risk factors. "Women with Lynch syndrome have an increased risk of endometrial cancer, as do women who have a first-degree relative with endometrial cancer."[55]

In addition, several studies have also identified positive associations between hair straightening products and increased risk of uterine cancer. Chang et al found that women

who reported using hair straighteners in the previous 12 months had an 80% higher adjusted hazard of uterine cancer compared to non-users (HR = 1.80; 95% CI = 1.12 to 2.88). The risk increased with frequency of use, demonstrating a clear dose-response relationship. Frequent users, defined as those using hair straighteners more than four times per year, had a significantly elevated risk with an HR of 2.55 (95% CI = 1.46 to 4.45), while infrequent use (≤4 times per year) showed a non-significant elevated risk (HR = 1.20; 95% CI = 0.63 to 2.29). The association was particularly pronounced for hormone-sensitive (Type I) endometrial tumors. Frequent hair straightener use was linked to nearly a three-fold increased risk of type I endometrial cancer (HR = 2.94; 95% CI = 1.42 to 6.08), a subtype known to be influenced by hormonal factors[56].

A separate study by Bertrand et al. found that long-term use of chemical hair relaxers was associated with an increased risk of uterine cancer among postmenopausal women. In the postmenopausal cohort, moderate use of hair relaxers was associated with a HR of 1.60 (95% CI: 1.01, 2.53), compared to never/light use. Meanwhile, heavy use was associated with a HR of 1.64 (95% CI: 1.01, 2.64). Furthermore, for postmenopausal women, 20 years or more of hair relaxer use (regardless of frequency) was associated with a HR of 1.71 (95% CI: 1.08, 2.72) [57]. Presently, the American Cancer Society (ACS) includes, among other risk factors, chemical exposure to hair relaxers[58].

| **Risk Factor** | **Magnitude of Effect** |
|---|---|
| Endometrial Hyperplasia | Women have a 40% risk of concurrent cancer if they have hyperplasia and atypia[55,59]. |
| Hormone therapy (HT) with estrogen: Unopposed estrogen | "The associated risk of endometrial cancer in women who use unopposed estrogen for 5 or more years is at least twofold higher than in women who do not use the hormone. The risk increases with prolonged use of unopposed estrogen"[55]. |
| Tamoxifen use | "Women taking tamoxifen for more than 2 years have a 2.3-fold to 7.5-fold relative risk (RR) of endometrial cancer, including an increased risk of uterine serous carcinoma and carcinosarcoma"[55,60]. |
| Obesity | "The risk of endometrial cancer increases 1.5-fold per 5 kg/m2 change in body mass" [55,61]. |
| Genetic/Familial Predisposition | "The risk of developing endometrial cancer increased by 1.82-fold (95% confidence interval [CI], 1.65–1.98) and was associated with a history of endometrial cancer in a first-degree relative"[55]. |
| Chemical Hair Relaxers | Chang, et al. 2022 observed an overall increase in risk (80%) compared to non- |

| | |
|---|---|
| | use (HR = 1.80; 95% CI = 1.12 to 2.88); "Frequent use", i.e., > 4x/year showed a 155% increase in risk compared to infrequent use; Frequent use in Type I endometrial cancers showed a 194% increase in risk (HR = 2.94; 95% CI = 1.42 to 6.08). Bertrand, et al. 2023 observed a 60% increase in risk (HR = 1.60 [CI 95%] 1.01, 2.53) frequent vs. never/light users; 64% increase in risk for heavy use and 71% increase in risk for > 20 years use. |

*Table 4. Endometrial cancer risk factors and magnitude of the effect.*




*Figure 10. Endogenous and exogenous factors that affect steroid hormone signaling and contribute to endometrial carcinogenesis in the human endometrium. COCP, combined oral contraceptive pills; DHEA, dehydroepiandrosterone; GnRHa, gonadotrophic-releasing hormone analogues; HRT, hormone replacement therapy; LNG-IUS, levonorgestrel-releasing intrauterine system; MPA, medroxyprogesterone acetate; PCOS, polycystic ovarian syndrome; POP, progestogen only pills; SREMs, selective oestrogen receptor modulators; SPRMS, selective progesterone receptor modulators. (Adapted from Kamal et al. Hormones and endometrial carcinogenesis. Horm Mol Biol Clin Invest 2016; 25(2): 129–148)*[30]

### C. Treatment for Endometrial Cancer

Treatment for endometrial cancer is highly individualized and often involves a combination of therapies. The primary treatment is surgery, which is almost always used to determine the cancer's stage and to remove the primary tumor. Additional therapies, such as radiation, chemotherapy, and hormone therapy, are then used to reduce the risk of, or treat recurrent disease.

| Stage | Primary Treatment | Post-Surgery/Adjuvant Therapy | Notes |
|---|---|---|---|
| Stage I | Surgical removal of the uterus, cervix, both fallopian tubes and ovaries and lymph node evaluation. | • Observation (no additional therapy): For low-risk cases, surgery may be the only treatment needed.<br>• Radiation therapy/Vaginal brachytherapy: May be recommended for higher-risk cases (e.g., higher tumor grade or deeper invasion) to prevent local recurrence.<br>• Adjuvant chemotherapy: May be added, for high-risk cell types. | • Young patients with early-stage, low-grade tumors who wish to preserve fertility may be candidates for hormone therapy instead of immediate surgery. This is a non-standard treatment that is only suitable for carefully selected patients. |
| Stage II | Radical hysterectomy: A more extensive surgery that removes the uterus, cervix, and surrounding tissues. Removal of ovaries, fallopian tubes, and lymph nodes. | • Adjuvant radiation: Typically includes external beam radiation therapy (EBRT) and/or vaginal brachytherapy.<br>• Adjuvant chemotherapy: May be added, especially for high-risk cell types. | |
| Stage III | Removal of the uterus, ovaries, fallopian tubes, & lymph nodes. Removal of any macroscopic disease in the abdomen & pelvis. | • Adjuvant treatment with chemotherapy (e.g., carboplatin and paclitaxel) +/- radiation therapy is common.<br>• Immunotherapy or Targeted Therapy: May be used for specific cancer subtypes. | • Patients with unresectable disease may begin with chemotherapy. |
| Stage IV | • Palliative surgery: Hysterectomy or debulking may be performed to manage symptoms like bleeding, but complete removal of the cancer is often not possible. | • Systemic therapy:<br>• Chemotherapy: The primary treatment, often using a combination of drugs. • Immunotherapy: May be an option for certain subtypes, such as those with high microsatellite instability (MSI-H).<br>• Targeted therapy: Drugs that attack specific genetic alterations in the cancer.<br>• Radiation therapy: Can be used to manage symptoms caused by cancer spread, such as pain or bleeding. | • Patients with unresectable disease may begin with chemotherapy. |

| | | | |
|---|---|---|---|
| Recurrent Cancer | • Surgery: May be used if the recurrence is localized to a small, surgically accessible area. | • Systemic therapy: For widespread recurrence, treatment is similar to Stage IV, including hormone therapy, chemotherapy, and immunotherapy.<br>• Radiation therapy: May be used for localized recurrences. | • The choice of treatment depends on the location and extent of the recurrence and the previous therapies received. |

*Table 5. Endometrial cancer treatment options by stage.*

## VIII. <u>Pathology of Ovarian Cancer</u>

"Ovarian cancer is categorized into three distinct types based on the cell of origin within the ovaries"[62] (Figure 11). "Understanding these types is crucial for determining appropriate treatment approaches and predicting outcomes."[62] The three main types of ovarian cancer are:

1. Epithelial Ovarian Cancer (EOC)
2. Germ Cell Ovarian Cancer
3. Sex Cord-Stromal Tumors




*Figure 11. Types of ovarian cancer.*
*(From <u>https://oncodaily.com/oncolibrary/cancer-types/ovarian-cancer</u>)*[62].

"[S]ex cord–stromal tumors are a rare subset of ovarian neoplasms, accounting for approximately 8% of all primary ovarian tumors"[62]. "They encompass various subtypes, including granulosa cell tumors, Sertoli-Leydig cell tumors, and thecomas. The most common subtype is the granulosa cell tumor, known for its potential to secrete" estrogen.[62]

"Germ cell ovarian tumors are a rare subset of ovarian cancers, predominantly affecting younger women, particularly those under 30 years of age. These tumors originate from the

primordial germ cells of the ovary and encompass various histological subtypes, including dysgerminomas, yolk sac tumors, and immature teratomas".[62]

"The prognosis for patients with germ cell ovarian tumors has improved significantly, especially with advancements in treatment modalities…the 5-year relative survival rate for these tumors is approximately 92% across all stages. Specifically, localized cases have a survival rate of 97%, regional cases 94%, and distant cases 71%".[62]

Epithelial ovarian cancer is the most common type of ovarian cancer, making up over 90% of ovarian cancer cases. Because of this, this report will primarily focus on epithelial ovarian cancer unless otherwise specified. In addition, the term 'ovarian' also includes cancers that arise in the fallopian tube as well as the histologically similar primary peritoneal cancers.

Epithelial ovarian cancer is a biologically and clinically heterogeneous class of tumors that includes five major subtypes: high-grade serous, low-grade serous, mucinous, endometrioid, and clear cell. Ovarian cancer carcinogenesis is best understood through a model that categorizes these tumors based on their distinct clinical, histopathologic, and molecular characteristics.[63,64]

Low-grade ovarian cancers are characterized by relative genetic stability and specific somatic mutations. These include frequent alterations in the PI3K/PTEN, KRAS/BRAF/ERBB2, and ARID1A pathways, as well as mismatch repair mechanisms, often originating from benign extraovarian lesions that undergo malignant transformation.[64,65]

In contrast, high-grade serous ovarian cancers are highly aggressive, and marked by significant chromosomal instability, with widespread DNA copy number aberrations. Their molecular profile is dominated by ubiquitous TP53 mutations and frequent abnormalities in homologous recombination repair pathways, including BRCA1/2, alongside activation of CCNE1, NOTCH3, and FOXM1 pathways. These aggressive tumors commonly arise from serous tubal intraepithelial carcinomas (STICs) in the fallopian tube, subsequently disseminating to the ovaries and other sites.[63–65]

Mechanisms involving estrogen exposure play a significant role in ovarian cancer carcinogenesis. Estrogen mediates its effects in ovarian cancer primarily through interactions with three distinct receptors: Estrogen Receptor alpha (ERα), Estrogen Receptor beta (ERβ), and the G protein-coupled receptor 30 (GPR30, also known as GPER1).

ERα is frequently detected in ovarian cancer. A study performed by Sieh et al examined samples from 2933 females diagnosed with ovarian cancer, showing: 87.5% of low-grade serous carcinomas, 80.7% of high grade serous carcinomas, 76.6% of endometrioid carcinomas, 20.8% of mucinous carcinomas, and 19.4% of clear cell carcinomas stained positive for ER[66,67]. Conversely, ERβ is more commonly expressed in normal ovarian tissue and benign tumors. Erβ functions as a negative regulator of carcinogenesis. It

interferes with ERα activities, inhibits ERα production, and suppresses cellular proliferation. The loss or suppression of ERβ appears to be a crucial event in malignant transformation[66].

"GPR30 is a membrane bound, G-protein coupled receptor, sensitive to estradiol"[66] (a potent estrogen hormone). "The GPR30 receptor mediates signaling through multiple mechanisms."[66] "In BG-1 ovarian cancer cells, GPR30 was shown to activate the c-fos gene independently of ERα activity, suggesting that GPR30 may have effects on carcinogenesis independent of the estrogen receptor"[66,68]. "In ovarian cysts, higher levels of GPR30 mRNA were found in malignant lesions compared to benign, correlating with increased tumor size, advanced stage, and increased metastatic ability"[66,69].

Estrogen receptors contain a ligand domain (a unit within a protein where a ligand [small molecule] binds to a receptor), a DNA binding domain (part of a protein that binds to specific DNA sequences to regulate gene expression), as well as domains for the binding and interaction with coactivators (proteins that enhance gene expression) and corepressors (molecules that inhibit gene expression). "When estrogen enters the cell, it binds these receptors, inducing a conformational change and allowing for binding to estrogen response elements (ERE) within DNA as well as transcriptions factors… ER activity can be divided into genomic and non-genomic, with interplay between the two groups"[66].

"Genomic signaling includes the activation of transcription factors and coactivators via estrogen receptors α and β, as well as the direct binding of the ER to ERE regions within DNA"[66] (Figure 12).




*Figure 12: Through mRNA splicing, three variants of estrogen receptor α (ERα) exist: ERα66, ERα46, and ERα36. ERα66 interacts intranuclearly with DNA bound transcription factors AP-1 and SP-1, leading to both the upregulation of c-myc, IGF-1, and fibulin-1 as well as the downregulation of IL-6, tumor necrosis factor α (TNFα), follicle stimulating hormone β (FSHβ), and choline acetyltransferase. Through a separate pathway, amplified in breast cancer-1 (AIB1) acts as a coactivator to ERα66, leading to the production of AP-4 (transcription factor), cathepsin, cyclin B1, caspase, cadherin 6, insulin-like growth factor binding protein 3 (IGFBP3), and matrix metalloproteinases 11 and 17 (MMP11/17). Via the activating factor 2 (AF2) binding site, ERα46 acts intranuclearly to increase transcription and cell proliferation. Binding at activating factor 1 (AF1) inhibits ERα46 from this process. Interactions with ERα66 inhibit ERα46 from entering the nucleus entirely. Three forms of estrogen receptor β (ERβ) are involved in ovarian tumorigenesis: ERβ1, ERβ2, and ERβ5. ERβ1 inhibits ERα activity, leading to a decrease in ERα production as well as inhibition of cell proliferation. ERβ2 negatively regulates ERα within the cytoplasm, and as it has no ligand/DNA binding abilities, it does not directly act intranuclearly. Similarly, ERβ5 acts as an ERα inhibitor, and has additional ERβ1 inhibitory effects. (From Review HMS. The Role of Estrogen in Ovarian Cancer and the Pathways by Which Estrogen Acts. HMSR. December 4, 2023. Accessed September 1, 2025. https://www.hmsreview.org/issue-8/ehmann-2023)*[66]

"Non genomic activities include those in which the estrogen receptor interacts with proteins other than transcription factors and do not immediately affect the genome.

Ultimately many of these pathways lead to genomic alterations in the form of upregulation/downregulation of various genes"[66] (Figure 13 and 14).




*Figure 13: Mutations of the PTEN, RAS, and BRAF proteins can be found in multiple subtypes of ovarian carcinoma. PTEN down regulation/mutation leads to increased signaling in the PI3K pathway while mutations in RAS/BRAF lead to upregulation of the MAPK pathway. P53 exhibits a complex relationship with the estrogen receptor, increasing transcription of ERα, while ERα increases transcription of p53 with altered transcription of many p53 related genes (From Review HMS. The Role of Estrogen in Ovarian Cancer and the Pathways by Which Estrogen Acts. HMSR. December 4, 2023. Accessed September 1, 2025. https://www.hmsreview.org/issue-8/ehmann-2023)*[66].




*Figure 14: Estrogen receptor α (ERα) is involved in ovarian tumorigenesis and cellular proliferation through multiple non-genomic signaling pathways. Intranuclear effects of ERα lead to the upregulation of p53 as well as downregulation of surviving, multi-drug resistance gene 1 (MDR-1), activating transcription factor 3 (ATF3), B-cell translocation gene 2 (BTG2), and tumor necrosis factor [TNF] receptor-associated factor 4 (TRAF4). This process is enhanced via human epidermal growth factor receptor 2 (Her2) activity at the cell membrane. ERα directly increases activity of Akt (protein kinase B) and steroid hormone co-receptor (Src) and exerts similar action indirectly through the insulin receptor substrate/insulin-like growth factor receptor (IRS-1/IGFR) pathway. Downstream, Akt upregulates α-actinin 4 and hypoxia inducible factor 1 (HIF1), and downregulates the tumor suppressor gene, nm23-H1, and E-cadherin. Src upregulates both c-myc and extracellular signal related kinases 1 and 2 (ERK1/2). Furthermore, the G protein coupled receptor 30 (GPR30)/ERα co-dependent mechanism leads to cell proliferation via upregulation of c-fos and cyclins (A, D1, and E) as well as the epidermal growth factor receptor/extracellular related kinase (EGFR/ERK) pathway. Lastly, intranuclear p53 acts on DNA upregulating the production of ERα. (From Review HMS. The Role of Estrogen in Ovarian Cancer and the Pathways by Which Estrogen Acts. HMSR. December 4, 2023. Accessed September 1, 2025. https://www.hmsreview.org/issue-8/ehmann-2023)*[66]

### A. Ovarian Cancer Staging

Table 6 shows the staging system used to classify ovarian cancer. The system used uses the pathologic stage, the same as the system used for endometrial cancer staging, as discussed above.

| **FIGO Stage** | **Where the cancer is found** | **Key Sub-Stage Details** |
|---|---|---|
| I | Confined to one or both ovaries or fallopian tubes. | **IA:** Cancer in one ovary/fallopian tube.<br>**IB:** Cancer in both ovaries/fallopian tubes.<br>**IC:** Cancer in one or both ovaries/fallopian tubes with surgical spill (IC1), capsule rupture before surgery/tumor on surface (IC2), or malignant cells in ascites/washings (IC3). |
| II | Cancer has spread within the pelvis (below the pelvic brim). | **IIA:** Extension to uterus/fallopian tubes<br>**IIB:** Extension to other pelvic tissues (e.g., bladder, rectum). |
| III | Spread to the peritoneum outside the pelvis and/or metastasis to the retroperitoneal lymph nodes. | **IIIA1:** Positive retroperitoneal lymph nodes only.<br>**IIIA2:** Microscopic extrapelvic peritoneal involvement.<br>**IIIB:** Macroscopic extrapelvic peritoneal metastasis ≤ 2 cm.<br>**IIIC:** Macroscopic extrapelvic peritoneal metastasis > 2 cm. |
| IV | Distant metastasis | **IVA:** Malignant pleural effusion.<br>**IVB:** Invasion into other organs and/or extra-abdominal metastases. |

*Table 6. Simplified Ovarian Cancer Staging*

### B. Ovarian Cancer Risk Factors

The average age of diagnosis for ovarian cancer varies by histotype, generally ranging from the mid-50s to mid-60s, with the most common high-grade serous type typically diagnosed around 64 years of age. There are several risk factors for ovarian cancer including genetic predispositions, reproductive factors, and certain medical and lifestyle choices. However, not all risk factors are linked to increased risks for all histological sub-types of epithelial ovarian cancer.

As previously mentioned, pathogenic germline variants in BRCA1 or BRCA2 genes significantly increase the lifetime risk for high-grade serous ovarian cancers. Mutations in other genes involved in DNA repair mechanisms such as homologous recombination, and mismatch repair also increase the risk. However, genetic syndromes only account for 15% of epithelial ovarian cancer cases. The remaining cases are sporadic and driven by risk factors that may increase the risk of all, or only certain ovarian cancer sub-types.

Many risks and protective factors for ovarian cancer are linked to hormonal and reproductive exposures. These associations are often strongest for endometrioid and clear cell cancers, which often originate in endometriosis.[65] Endometriosis is a benign condition where tissue that is similar to the lining of the uterus (the endometrium) grows in other places where it doesn't belong. Since endometriosis tissue is similar to endometrial tissue, it can undergo similar changes as those that occur in the endometrium (described in Section IV) in response to estrogen and progesterone produced in the ovaries. In some instances, endometriosis implants/lesions can undergo malignant transformation and evolve into ovarian cancer, most commonly either clear cell or endometrioid ovarian cancer.[70] Given the shared tissue of origin, endometrial cancer and non-serous ovarian cancers, particularly endometrioid and clear cell sub-types, share overlapping molecular and epidemiologic features that suggest a common pathogenic pathway. A shared hormonal etiology underlies these parallels. Prolonged exposure to unopposed estrogen, whether endogenous or exogenous, increases risk for both endometrial carcinoma and endometriosis-associated ovarian cancers. Estrogen promotes endometrial proliferation and may similarly drive the persistence and neoplastic transformation of endometriotic lesions.[30,71] The malignant transformation of endometriotic implants is thought to occur through a sequence of oxidative stress, chronic inflammation, and accumulation of somatic (de novo, non-inheritable) mutations, including ARID1A, PTEN, and PIK3CA alterations. These mutational profiles mirror those seen in endometrioid (Type I) endometrial cancers.[70,72–74]

Reproductive factors that extend a woman's ovulatory life, such as an earlier age at menarche and a later age at natural menopause, are associated with an increased risk, particularly for the endometrioid type of ovarian cancer. Hormone replacement therapy in menopausal women, especially estrogen-only therapy and prolonged use, is linked to an increased risk of ovarian cancer.[65]

Lifestyle and other medical conditions also play a role in ovarian cancer development. Obesity is not associated with an increased risk for high-grade serous ovarian cancer, the most common sub-type of epithelial ovarian cancer. However, obesity is associated with an elevated risk for endometrioid and mucinous ovarian cancers. Smoking is a risk factor for mucinous ovarian cancers, with the risk escalating with longer smoking duration.[65]

In addition, a study by White et al. in 2021, (discussed further below), found that frequent use of hair straighteners/relaxers or pressing products (defined as >4 times/year) was significantly associated with an increased risk of ovarian cancer (HR = 2.19, 95% CI: 1.12-4.27). This association was particularly strong for non-serous ovarian cancer, where frequent use was linked to a substantially higher risk (HR = 4.35, 95% CI: 1.10-17.2).[75]

## IX. Chemical Hair Straighteners Chemical Makeup and Use

Chemical hair relaxers are comprised of highly alkaline components, such as seen with "lye" relaxers (containing sodium hydroxide or potassium hydroxide)[76] and "no-lye" relaxers (containing calcium hydroxide and guanidine carbonate). Both "lye" and "no-lye" relaxers operate in the same manner and use a highly alkaline hydroxide in order to achieve the desired cosmetic effect.[77]

Chemical relaxers work in two stages: first by breaking the strong disulfide bonds in the hair proteins and then restructuring them by locking in the new hair fiber configuration, i.e., straightened hair shaft[76]. The efficacy of chemical relaxers, i.e., the permanent straightening of coiled or kinked hair, is achieved through a highly alkaline milieu with a pH between 11-14, depending upon the particular formulation used.[77]

Other chemicals reported to be present in hair straightening products include formaldehyde, cyclosiloxanes, parabens, sodium hydroxide, diethanolamine, phthalates, and benzophenone.[78] One research group using gas chromatography/mass spectrometry (GC/MS) tested 18 hair products frequently used by Black women, including three (3) hair relaxer kits. They "tested for 66 chemicals belonging to 10 chemical classes, i.e., ultraviolet (UV) filters, cyclosiloxanes, glycol ethers, fragrances, alkylphenols, ethanolamines, antimicrobials, bisphenol A, phthalates, and parabens."[78] This resulted in the detection of 45 different "endocrine-disrupting or asthma-associated chemicals" that included chemicals from every targeted chemical class, i.e., UV filters, cyclosiloxanes, glycol ethers, fragrances, alkylphenols, alkylphenols, ethanolamines, antimicrobials, bisphenol A, phthalates and parabens.[78] The authors also observed that targeted chemicals were generally not listed on the product's labeled ingredients list and that hair relaxers for children contained the highest levels of five such chemicals regulated by California's Proposition 65 or prohibited by EU cosmetics regulations.[78]

In another study estimating associations between hair product use and EDC biomarker concentrations, Schildroth, et al. 2024, leveraged data from the Study of Environment, Lifestyle, and Fibroids in a cohort of females aged 23-34 years who self-identified as Black/African American.[79] The authors of this study identified classes of chemicals that have been confirmed to be present in hair care products, including "hair relaxer/straighteners," based upon actual product testing or findings of "EDC biomarker concentrations" in exposed humans as per Table 1 from Schildroth 2024 below.

**Table 1**

A summary of hair products, EDC exposures related to product usage, and associations of product use with risk of health outcomes in women.

| Hair product | Use(s) and examples of active ingredient(s) | Known EDC exposure(s)[a] | Associations of hair product use with health outcomes[b] |
|---|---|---|---|
| Hair relaxers/ straighteners | *Straightens curly hair* Sodium hydroxide (lye); potassium hydroxide, lithium hydroxide, guanidine carbonate (non-lye); ammonium thioglycolate (thio); keratin (temporary) (Brinton et al., 2018; de Sá Dias et al., 2007; Weathersby and McMichael, 2013) | Formaldehyde/formaldehyde releasing chemicals (Aglan and Mansour, 2020; Chang et al., 2022; Galli et al., 2015; Weathersby and McMichael, 2013), phthalates (Helm et al., 2018; Wise et al., 2012), metals (e.g., cadmium, lead) (Iwegbue et al., 2016), parabens (Helm et al., 2018; Zota and Shamasunder, 2017), ethanolamines (Helm et al., 2018), phenols (Helm et al., 2018), fragrances (e.g., linalool) (Helm et al., 2018), cyclosiloxanes (Helm et al., 2018), UV filters (e.g., octinoxate) (Helm et al., 2018) | Uterine cancer (Bertrand et al., 2023; Chang et al., 2022), breast cancer (Eberle et al., 2020; Rao et al., 2022; Stiel et al., 2016; White et al., 2021a), uterine fibroids (Wise et al., 2012), scalp inflammation and hair loss (Hatsbach de Paula et al., 2022), ovarian cancer (White et al., 2021b), fecundability (Wise et al., 2023) |
| Hair oils, lotions | *Provides lubrication for hair shaft, prevents breakage, hydrates hair* Natural oils (e.g., castor) (Mysore and Arghya, 2022) | Parabens, phthalates, phenols, cyclosiloxanes, fragrances (e.g., linalool), UV filters (e.g., octyl dimethyl PABA[c]) (Helm et al., 2018) | Breast cancer (Stiel et al., 2016), dermatitis (Rucker Wright et al., 2011), lower birthweight (Chan et al., 2023) |
| Conditioners, moisturizers, petroleum jelly, shea butter, hair food | *Hydrates hair* Silicone, cationic surfactants (e.g., cetyltrimethylammonium chloride), natural oils, emulsifiers (e.g., ethoxylated fatty oxides), petroleum (Dias, 2015; D'Souza and Rathi, 2015) | Formaldehyde/formaldehyde releasing chemicals (Malinauskiene et al., 2015), phthalates (Braun et al., 2014; Parlett et al., 2013), metals (e.g., cadmium, cobalt) (Iwegbue et al., 2016), parabens (Helm et al., 2018), cyclosiloxanes (Helm et al., 2018), phenols (Helm et al., 2018), fragrances (e.g., linalool) (Helm et al., 2018), ethanolamines (Helm et al., 2018) | Breast cancer (Llanos et al., 2017) |
| Styling products (e.g., gels, mousses, sprays, pomade, anti-frizz, polishes) | *Creates texture, prevents frizz, enhance hair texture* Surfactants, natural oils, vinyl acetate copolymers (Dias, 2015; He et al., 2022) | Phthalates (Helm et al., 2018; Hsieh et al., 2019; Parlett et al., 2013; Sakhi et al., 2017), parabens (Braun et al., 2014), cyclosiloxanes (Helm et al., 2018), fragrances (e.g., limonene) (Helm et al., 2018), UV filters (e.g., octinoxate) (Helm et al., 2018) | Lower birthweight (Chan et al., 2023) |
| Root stimulators | *Promotes root growth* Biotin | Parabens, phthalates, phenols fragrances (e.g., linalool), glycol ethers, cyclosiloxanes, UV filters (e.g., octinoxate) (Helm et al., 2018) | Breast cancer, mammographic density (Stiel et al., 2016) |
| Dyes | *Colors hair (permanently or temporarily)* Aromatic amines, lawsone (He et al., 2022; Rubio et al., 2022) | Metals (e.g., cobalt, lead) (Bocca et al., 2014; Kaličanin and Velimirović, 2016), aromatic amines (Heikkinen et al., 2015; Turesky et al., 2003), phthalates (He et al., 2022), phenols (He et al., 2022) | Breast cancer (Eberle et al., 2020; Gera et al., 2018; Heikkinen et al., 2015; Llanos et al., 2017; Rao et al., 2022; White et al., 2021a; Zhang et al., 2020), bladder cancer (Koutros et al., 2011), lymphoma (De Sanjosé et al., 2006; Zhang et al., 2020), ovarian cancer (Tzonou et al., 1993; White et al., 2021b; Zhang et al., 2020), skin cancer (Zhang et al., 2020), lower birthweight (Kazemi Shishavan et al., 2021) |

[a] Based on studies testing concentrations of EDCs in hair products or studies assessing associations between hair product use and EDC biomarker concentrations in human populations.
[b] Does not include studies examining associations between EDC biomarkers and health outcomes.
[c] PABA = 4-aminobenzoic acid.

*Table 1 From Schildroth, et al. 2024.*[79]

In this study, structured questionnaires were administered to participants (N = 425) who reported their past 24-hour and past 12-month use of hair products, including relaxers/straighteners/perms, styling products, moisturizers, oils, and hair food. Urinary concentrations of 19 phthalate/phthalate alternative metabolites, 7 phenols, and 4 parabens were quantified using high performance liquid chromatography isotope dilution tandem mass spectrometry.[79] Hair product use in this study was associated with greater concentrations of multiple EDC biomarkers.[79] Notably, past 12-month use of hair relaxers, straighteners or perms was associated with greater concentrations of 2,5-dichlorophenol, monobenzyl phthalate, and ethyl paraben.[79] High use of permanent relaxers in the past 12 months was associated with higher concentrations of monobenzyl phthalate and both metabolites of di-2-ethylhexyl terephthalate (DEHTP).[79]

Use of hair products in the previous 24 hours (compared with non-use) was associated with 16.2% (95% CI = 0.7%, 35.9%), 35.0% (95% CI = 2.6%, 77.6%), and 32.3% (95% CI = 8.8%, 92.0%) higher concentrations of mono-isobutyl phthalate, methyl paraben, and ethyl

paraben, respectively. "Use of hair relaxers/straighteners/perms, styling products, moisturizers, oils, and hair food in the past 12 months was also associated with higher concentrations of multiple phthalate, phenol, and paraben biomarkers."[79] Hence, hair product use was associated with higher biomarker concentrations of multiple phthalates, phenols, and parabens.[79] These findings support that hair products, including chemical hair relaxers, are important exposure sources for hormonally-active chemicals among Black women.

A recent review article, Needle, et al. 2024, notes that there are "increasing concerns about the safety of chemical hair relaxers with potential adverse effects including local hair/scalp reactions, kidney injury, respiratory disease, various cancers, and impacts on puberty and fertility" and emphasize the need for counseling by clinicians treating patients who use hair relaxers.[80] The researchers culled data that support the presence of parabens and phthalates (categorized as endocrine disruptor chemicals) in both "lye" and "no-lye" relaxer products (Table 1 from Needle 2024 below) with citations to multiple studies attributing hair relaxer use with numerous adverse hormonal outcomes, including breast, uterine and ovarian cancer.[80]

**Table I.** Effects of chemical hair straightening ingredients

| Ingredient | Relaxer type | Function | Local side effects | Systemic side effects | References |
|---|---|---|---|---|---|
| Calcium hydroxide | No-Lye | Break down disulfide bonds | ICD | - | Kaur et al[11] |
| Endocrine-disrupting chemicals (parabens, phthalates) | Both | Promote hair growth; preservatives | - | Breast cancer; early menarche and breast development; reduced fecundability; fibroids; altered reproductive hormone levels during pregnancy | Wise et al[5]; White et al[12]; Wise et al[13]; Kim et al[14]; Tiwary et al[15]; Hauser et al[16] |
| Formaldehyde and related ingredients (formalin, methylene glycol) | Both | Preservative | ACD | Asthma | Van Lerberghe et al[17]; de Groot et al[18]; Dahlgren et al[19] |
| Glycolic acid derivatives | Keratin-based straightening product | Cross-link cortex cells | - | Kidney injury (AIN, ATN) | Robert et al[20]; Bnaya et al[21]; Ahmed et al[22]; Mitler et al[23]; Abu-Amer et al[24]; Eberle et al[25] |
| Guanidine | No-Lye | Break down disulfide bonds | Structural damage of hair | - | Mamabolo et al[26] |
| Sodium Hydroxide | Lye | Break down disulfide bonds | Structural damage of hair; scalp burns; acute irritative symptoms with subsequent CCCA | - | Etemesi et al[3]; Khumalo et al[4]; Mamabolo et al[26] |

*ACD*, Allergic contact dermatitis; *AIN*, acute interstitial nephritis; *ATN*, acute tubular necrosis; *CCCA*, central centrifugal cicatricial alopecia; *ICD*, irritant contact dermatitis.

*Table 1 From Needle, et al. 2024.*[80]

Most recently, researchers performed a cross-sectional study examining select packaged hair relaxers available on the Kenyan market, specifically focusing on the presence of "chemicals of concern" ("COCs"), in addition to measuring the pH levels of said products.[81] A total of 746 women aged 15-50 years were enrolled in this study in which information was gathered with regard to the participants' sociodemographic characteristics, personal care product use in the last 7–14 days and ever use of hair dyes and chemical relaxers including the brand names of products used. (Irungu et al. 2025 Supp Tables 1 & 2).[81] The label of each product was reviewed, including relaxer strength, manufacturer and location, and a listing of ingredients recorded and cross-checked against

the Campaign for Safe Cosmetics' (CSC) Red List and European Union's prohibited and restricted substances (Annex II and III respectively), Regulation 1223/2009 on cosmetics.

The researchers found that 27 CoCs were documented across the products with each relaxer containing more than one CoC in the product listing. The breakdown demonstrated that 48.2% were fragrance chemicals with d-limonene/limonene and linalool, each being listed as an ingredient in 9 products. "Fourteen (63.6%) relaxers had undisclosed ingredients listed as 'fragrance' and/or 'parfum'. Six of the identified CoCs are classified as Tier 1 (Do not use for everyone) per CSC Red List while 14.8% (4) are prohibited and 55.6% (15) are restricted substances per EU regulations. The pH values of the relaxers were found to be within the range of 11-13".[81]

## X. Evidence Reviewed and Analyzed

In approaching the question of whether there is a causal nexus between hair relaxer chemicals and uterine and ovarian cancer, I reviewed several lines of evidence described below.

### A. Observational Studies – Original Research

***Sandler et al. The Sister Study***[82]

Before discussing the studies that address risk of uterine cancer and ovarian cancer in women exposed to chemical hair relaxers, an understanding of the data collection that the studies relied upon in assessing risk is in order. The NIH-sponsored study known as "The Sister Study" enrolled 50,884 women aged 35 to 74 years from the United States and Puerto Rico, all of whom had a sister diagnosed with breast cancer but had not themselves been diagnosed with the disease. The cohort is predominantly non-Hispanic white (83.7%), with 16.3% representing other racial and ethnic groups, including African American, Hispanic, and smaller proportions of Asian and Native American women. Most participants had relatively high educational attainment, with 84.7% having some college education and over half holding a bachelor's degree or higher. Economically, 26% reported household incomes below $50,000, reflecting inclusion of lower-income groups.

The inclusion of substantial numbers of women from racial/ethnic minorities, lower socioeconomic status, and varied geographic regions strengthened the study's generalizability and scientific value. This diversity allows for more nuanced analyses of gene-environmental interactions and lifestyle factors influencing breast cancer risk in populations often underrepresented in research. It also facilitates investigation of environmental and social determinants of health that may differ by subgroup, thereby improving understanding of disparities in cancer risk and outcomes.

At enrollment, the cohort exhibited a range of health and lifestyle characteristics relevant to cancer risk. The majority of the cohort (56.1%) were never smokers, 8.2% current smokers, and 35.7% former smokers. Alcohol consumption varied, with 19.1% nondrinkers, 54.4% light drinkers (up to 3 drinks per week), 15.5% moderate drinkers, and 11.1% heavy drinkers. Body mass index (BMI) categories showed 37.1% of participants

were normal weight, 31.8% overweight, and 30.1% obese across three obesity classes. Approximately 5% reported prior diagnoses of cancers other than breast cancer. Most participants were postmenopausal (66%) and parous, with a median of two births. Lastly, the majority of participants in the Sister Study cohort (85.2%) reported having ever used hormonal birth control. Additionally, 45.2% of the women reported hormone therapy use.

Beyond breast cancer, the Sister Study's extensive data and biospecimen repository provide a valuable resource for investigating risk factors for other cancers and health conditions. The prospective design and comprehensive exposure assessment through detailed questionnaires, biological samples, and environmental exposure measurements enable researchers to explore environmental, genetic, and lifestyle influences on a broad spectrum of diseases. This flexibility supports hypothesis generation and testing for non-breast cancers, cancer survivorship, and other chronic conditions, expanding the study's impact on public health research.

The scale and depth of the dataset have made it an invaluable public health resource. The robustness and reliability of the data are reflected in the hundreds of peer-reviewed studies that have drawn upon the Sister Study cohort.[83] These investigations span topics from endocrine-disrupting chemicals and hormonal exposures to psychosocial factors, reproductive health, and chronic disease risk. The breadth of findings underscores the study's enduring scientific contribution and its role in shaping policy, prevention strategies, and awareness around women's environmental health.

The Sister Study stands as one of the most comprehensive and methodologically rigorous cohort studies in women's health research. Its sustained productivity and the sheer number of studies derived from its data attest to both the scientific rigor of its design and the trustworthiness of its findings, which makes it a cornerstone of modern women's health research.

***Chang et al (2022)***[56]

This study investigated the potential association between the use of hair straightening products and the risk of developing uterine cancer. The study utilized the Sister Study cohort[82] to examine the relationship between various hair products, and incident uterine cancer. The study investigated several types of hair products, including permanent, semi-permanent, and temporary hair dyes; bleach; highlights; straighteners, relaxers, or pressing products; and hair permanents or body waves. The study aimed to clarify whether chemical exposures from these products contribute to uterine cancer risk.

The study found a statistically significant association between the use of hair straighteners and an increased risk of uterine cancer. Women who reported using hair straighteners in the previous 12 months had an 80% higher adjusted hazard of uterine cancer compared to non-users (hazard ratio [HR] = 1.80; 95% confidence interval [CI] = 1.12 to 2.88). Importantly, the risk increased with frequency of use, demonstrating a clear dose-response relationship. Frequent users, defined as those using hair straighteners more than four times per year, had a significantly elevated risk with an HR of 2.55 (95% CI = 1.46 to 4.45),

while infrequent use (≤4 times per year) showed a non-significant elevated risk (HR = 1.20; 95% CI = 0.63 to 2.29).

The association was particularly pronounced for hormone-sensitive (Type I) endometrial tumors. Frequent hair straightener use was linked to nearly a three-fold increased risk of type I endometrial cancer (HR = 2.94; 95% CI = 1.42 to 6.08), a subtype known to be influenced by hormonal factors. This finding underscores the biological plausibility of chemical exposures from hair straighteners affecting hormone-related carcinogenesis pathways.

Although hazard ratios did not significantly differ by race or ethnicity, the study highlighted that African American/Black women are disproportionately affected due to their higher prevalence and frequency of hair straightener use, earlier initiation age, and exposure to harsher chemical formulations in these products. Approximately 60% of straightener users in the cohort were African American/Black women, suggesting that the observed increased risk may contribute to existing racial disparities in uterine cancer incidence and outcomes.

The evidence from this study supports a statistically significant and dose-dependent association between hair straightener use and increased uterine cancer risk, particularly for hormone-sensitive tumor types. While the study acknowledges limitations such as a relatively small number of exposed cancer cases and potential confounding factors, the findings are consistent and biologically plausible.

***Bertrand et al (2023)***[57]

This study utilized data from the Black Women's Health Study (BWHS), a landmark prospective cohort study that has profoundly advanced understanding of health disparities and determinants of disease among Black women in the United States. The BWHS was established in 1995 and enrolled 59,000 Black women aged 21–69. The study has followed these women for decades, which makes the BWHS one of the largest and longest-running studies of its kind focused on the health of Black women.

One of the BWHS's greatest strengths is its prospective design and long-term follow-up, which allow for rigorous evaluation of how social, environmental, lifestyle, and biological factors contribute to health outcomes over time. The study collects detailed biennial questionnaire data on topics ranging from diet, reproductive history, and physical activity to stress, racism, and neighborhood environment. This information provides a uniquely comprehensive and culturally informed perspective on Black women's health. The inclusion of biological samples and linkage to cancer registries further strengthens its analytic power.

Similar to the Sister Study, the impact of the BWHS is evident in the hundreds of peer-reviewed publications that have utilized its data to uncover critical insights into breast cancer subtypes, hypertension, lupus, diabetes, fibroids, mental health, and the effects of systemic inequities on health.[84] These findings have directly informed both clinical

understanding and public health policy, particularly in addressing the underrepresentation of Black women in medical research and improving equity in prevention and treatment strategies. The Study's sustained productivity, methodological rigor, and commitment to illuminating the unique health experiences of Black women have made it an indispensable pillar of epidemiologic research.

For their analysis, Bertrand et al. queried the BWHS database and identified 44,798 women with an intact uterus who self-identified as Black and were followed from 1997 (when chemical hair relaxer use was first queried) until 2019. During the follow-up period, 347 incident cases of uterine cancer were diagnosed.[57]

Hair relaxer use was categorized based on reported frequency and duration as follows: Never/Light Use: never used hair relaxers or used them infrequently (<4 years and ≤2 times/year); Moderate Use: all other users not classified as never/light or heavy; and Heavy Use: used for ≥15 years and at least 5 times/year.

The study "used multivariable Cox proportional hazards regression models, adjusted for age and other potential confounders, to estimate hazard ratios (HRs) and 95% confidence intervals (CIs) for associations [between] hair relaxer use and uterine cancer risk."[57]

The study found that "long-term use of chemical hair relaxers was associated with an increased risk of uterine cancer among postmenopausal women, but not among premenopausal women."[57] For the overall cohort, compared to never/light users, heavy use of hair relaxers was associated with an HR of 1.18 (95% CI: 0.81, 1.71), which was not statistically significant. However, when the analysis was stratified by menopausal status, a statistically significant association was observed among postmenopausal women. In the postmenopausal cohort, moderate use of hair relaxers was associated with a HR of 1.60 (95% CI: 1.01, 2.53), compared to never/light use. Meanwhile, heavy use was associated with a HR of 1.64 (95% CI: 1.01, 2.64). Furthermore, for postmenopausal women, 20 years or more of hair relaxer use (regardless of frequency) was associated with a HR of 1.71 (95% CI: 1.08, 2.72). These findings, as noted by the confidence intervals, are statistically significant. The findings remained consistent when the outcome was restricted to endometrial cancer (excluding uterine sarcomas).

This study has certain limitations worth discussing. First, the researchers acknowledged not being able to account for changes in product formulations or usage patterns, making it uncertain whether their findings are generalizable to current chemical hair relaxers or contemporary usage behaviors. Second, there was an absence of specific product ingredient data since the study lacked information on particular brands or their chemical formulations. This prevented the researchers from identifying if any observed associations were driven by specific products or particular classes of chemicals within the relaxers. Finally, a limitation stemmed from the definition of the reference category. Due to the high prevalence of chemical hair relaxer use among participants in the BWHS, the researchers combined "never users" and "infrequent users" into a single reference group. This methodological choice, while intended to achieve stable effect estimates, could bias the results toward the null, thereby underestimating the true exposure effect. This bias occurs

because "never users" represent the true baseline risk (no exposure), while "infrequent users" have had some level of exposure and might carry a slightly elevated risk compared to those who have never used relaxers. By including these "infrequent users" in the unexposed reference group, the average risk within this combined baseline becomes artificially elevated. When the risks of "moderate" and "heavy" users are then compared against this inflated baseline, the calculated difference in risk appears smaller than it truly is. Consequently, the hazard ratios for exposed groups would be closer to 1.0 (the null value), potentially masking or underestimating a genuine increased risk associated with relaxer use.

***White et al (2021)***[75]

The White et al. (2021) study utilized data collected from the previously discussed Sister Study.[82] A total of 40,559 participants, aged 35-74 at enrollment (2003-2009), were followed through September 2018. During this period, 241 incident cases of ovarian cancer were identified, with medical record confirmation available for 77% (n=185) of these cases. Exposure to hair products, including relaxers, straighteners, and pressing products, was assessed based on use during adulthood, categorized as "never use," "non-frequent use" (< 4 times/year), "frequent use" (> 4 times/year), and "ever use" (encompassing both non-frequent and frequent use). The analysis adjusted for numerous covariates to minimize confounding.[75]

The study initially reported a non-statistically significant 29% increase in the risk of ovarian cancer for "ever use" of relaxers, straighteners, and pressing products (Hazard Ratio [HR] = 1.29, 95% Confidence Interval [CI]: 0.70, 2.38). However, this broad category, encompassing both infrequent and frequent users, may dilute the true effect of higher exposure levels. A more granular analysis revealed a statistically significant and substantial increase in ovarian cancer risk among women reporting "frequent use" (> 4 times/year) of these products in the prior 12 months. This group experienced a 119% increased risk, representing more than a two-fold elevation (HR = 2.19, 95% CI: 1.12, 4.27). This finding is a central point of the study, indicating that the frequency of exposure is a critical determinant of risk. This association was particularly strong for non-serous ovarian cancer, where frequent use was associated with a statistically significant 335% increase in risk (HR = 4.35, 95% CI: 1.10-17.2). This represents a greater than four-fold increased risk and suggests a dose-response relationship.

This study benefits from several strengths, including its prospective cohort design, large sample size, long follow-up period, and detailed exposure assessment. The medical confirmation of a high proportion of ovarian cancer cases enhances the validity of the outcome data. Furthermore, the observation of a dose-response relationship for non-serous subtypes with frequent relaxer use strengthens the biological plausibility of the association.

The increased risk seen in non-serous ovarian cancer sub-types is notable given the similarities between these ovarian cancer sub-types (endometrioid and clear cell) and endometrial cancers. As previously reviewed in Section VIII-B, endometrioid and clear cell ovarian cancers often originate in endometriosis. Because of this, endometrial cancer

and non-serous ovarian cancers, particularly endometrioid and clear cell sub-types, share overlapping molecular and epidemiologic features that suggest a common pathogenic pathway. A shared hormonal etiology underlies these parallels. Prolonged exposure to unopposed estrogen, whether endogenous or exogenous, increases risk for both endometrial carcinoma and endometriosis-associated ovarian cancers. The malignant transformation of endometriotic implants is thought to occur through a sequence of oxidative stress, chronic inflammation, and accumulation of somatic (de novo, non-inheritable) mutations, including ARID1A, PTEN, and PIK3CA alterations. These mutational profiles mirror those seen in endometrioid (Type I) endometrial cancers.[70,72–74] These parallels in pathogenesis and molecular profiles, and the findings from White et al. (2021)[75] and Chang et al. (2022)[56] linking chemical hair relaxers to increase risk of ovarian and uterine cancer, respectively, support a biologically coherent model in which EDCs and carcinogenic agents present in chemical hair straighteners/relaxers (e.g., phthalates, parabens) amplify estrogenic and oncogenic signaling in hormone-responsive gynecologic tissues.

The study has certain limitations that warrant consideration. Ovarian cancer is a relatively rare malignancy, and despite the large cohort, the total number of incident cases (n=241) remains modest, particularly when stratified by specific histotypes and exposure frequencies. Similar limitations as seen in the Chang et al. 2022 study utilizing the same Sister Study referenced above include reliance on self-reported hair product use, while standard in large epidemiological studies, introduces potential for misclassification and recall bias. However, limiting the exposure period to 12 months prior to enrollment would tend to diminish recall bias in a study.

In summary this study provides compelling epidemiological evidence demonstrating a statistically significant association between the frequent use of hair straighteners/relaxers, and an increased risk of ovarian cancer.

### B. Original Research - Other Personal Care Products

***Chang et al (2024)***[85]

While prior research has predominantly concentrated on individual personal care products (PCPs), this study delves into the combined effects of multiple, interconnected PCPs, categorized into beauty, hygiene, and skincare mixtures, on the incidence of ovarian and uterine cancers as well as breast cancer. The study drew its data from the Sister Study (see above). Participants provided self-reported information on their frequency of use for 41 personal care products (PCPs) during the year preceding enrollment, categorizing them into four distinct product groups (“beauty”, “haircare,” skin care” and “hygiene”) and five distinct frequency levels. These PCPs were subsequently organized into three primary mixture groups, including beauty, hygiene, and skincare products. Of note, “haircare” products, including chemical hair relaxers, dyes, bleach, and products not considered to be “everyday” use PCPs were excluded from the analysis.

Over an average follow-up period of 11.6 years, the study identified 277 and 403 incident cases of ovarian and uterine cancers, respectively. Medical records confirmed approximately 78% of both ovarian and uterine cancer cases. The statistical analysis was adjusted for a broad spectrum of covariates, including demographic characteristics such as age, race and ethnicity, educational attainment, and household income. Reproductive history factors, including age at menarche, age at first birth, breastfeeding duration, menopausal status at enrollment, oral contraceptive use duration, and hormone replacement therapy use, were also collected. Lifestyle factors like smoking status, alcohol consumption, and recreational physical activity were also incorporated into the adjustments.

A positive association was identified between the "hygiene" mixture and ovarian cancer, demonstrating a fully adjusted HR of 1.35 (95% Confidence Interval [CI]: 1.00, 1.83) for a one-frequency category increase in use, with douche being a particularly significant contributor, accounting for 57.6% of the mixture's effect. In contrast, only weak associations that did not reach statistical significance were observed between the hygiene, beauty and skincare mixtures and uterine cancer. As for uterine cancer and single product use, only modestly elevated hazards were found for cuticle cream with HR 1.15, 95% CI:1.03, 1.29) and petroleum jelly (HR 1.10, 95%CI: 1.01, 1.20).[85] According to the authors, "[n]o significant associations were observed for individual products after corrected for multiple comparison."[70]

In conclusion, with the notable exception of significantly elevated risks observed for ovarian cancer with hygiene mixture (with douche identified as a primary contributing factor), other associations in this study were weak, inconsistent and/or non-statistically significant. While not directly relevant to the issue of whether chemical hair relaxers can cause or contribute to the development of uterine and/or ovarian cancer, this study illuminates the difference in risk that chemical hair relaxers confer vs. other personal care products, i.e., skin care, beauty products and hygiene products.

### C. Exposure to Chemical Hair Relaxers & other Adverse Hormonal Health Outcomes

***Breast Cancer***

Several studies have been published reporting on the association between breast cancer risk and hair product use. The impetus to conduct these studies likely stems from the widely reported and recognized presence of multiple endocrine disrupting chemicals (EDCs), many of which can be found in chemical hair relaxers, including formaldehyde, phthalates, and parabens[78,86–89], which have been linked to endocrine disruption, cancer, and reproductive harm[89–94].

A study by White et al.[95] included participants from the Sister Study cohort[82]. The analysis included 47,522 participants who completed enrollment questionnaires regarding hair product use at ages 10-13 years, with categories including 'did not use,' 'sometimes,' and 'frequently' for straighteners and perms. Breast cancer outcomes were analyzed by menopausal status (premenopausal vs. postmenopausal) and race/ethnicity (non-Hispanic

white vs. Black). The study found that frequent use of straighteners during adolescence was linked to more than double the risk of premenopausal breast cancer (HR = 2.11, 95% CI: 1.26-3.55), while frequent perm use was also associated with a higher risk (HR = 1.55, 95% CI: 0.96-2.53) compared to never use. These associations were not observed for postmenopausal breast cancer. Although usage patterns varied significantly by race, with Black women more frequently using straighteners and non-Hispanic white women more frequently using perms, the observed breast cancer risk associations for these products did not differ appreciably by race.[95]

A study by Eberle et al.[96] also included participants from the Sister Study[82]. The primary aim of this prospective cohort study was to investigate the association between the use of hair dye and chemical straighteners and the risk of breast cancer. The study specifically evaluated how this association varied by ethnicity. During a mean follow-up period of 8.3 years, 2,794 incident breast cancer cases were identified. Overall, 55% of participants reported using permanent hair dye at enrollment. Any personal use of permanent hair dye was associated with a 9% higher risk of breast cancer (HR = 1.09, 95% CI: 1.01-1.17). This association varied significantly by ethnicity. In Black Women, permanent dye use in the 12 months prior to enrollment was associated with a 45% higher breast cancer risk (HR = 1.45, 95% CI: 1.10-1.90), whereas in White women, permanent dye use 12 months prior to enrollment was associated with a 7% higher breast cancer risk (HR = 1.07, 95% CI: 0.99-1.16). Meanwhile, personal use of hair straighteners was reported by 9.9% of the total sample, with 74.1% of black women reporting use compared to 3.0% of non-Hispanic white women. Overall, personal straightener use was associated with an 18% higher breast cancer risk (HR = 1.18, 95% CI: 0.99-1.41). Increased frequency of straightener use was associated with higher risk, with women using straighteners at least every 5-8 weeks having a 31% higher risk (HR = 1.31, 95% CI: 1.05-1.63). The risk associated with straightener use did not notably vary by ethnicity.

Another study conducted in Accra and Kumasi, Ghana, aimed to investigate whether the use of hair relaxers, was associated with breast cancer risk. The study enrolled 1131 invasive breast cancer cases and 2106 population controls. Detailed usage patterns of hair relaxer use were collected, and multivariate analyses estimated odds ratios (ORs) adjusted for breast cancer risk factors. The investigators found that hair relaxer use was associated with an increased breast cancer risk (OR 1.58, 95% CI 1.15-2.18), with higher risks observed among former users (OR 2.22) compared to current users (OR 1.39). The risk increased with longer duration of use, particularly among women who predominantly used non-lye hair relaxer products.[97]

Some studies looking at the association between hair relaxers and breast cancer have used the Black Women's Health Study (BWHS) dataset. One of these was a study by Rosenberg et al. (2007) investigating the association between hair relaxer use and breast cancer risk among African American women enrolled in the BWHS. The study included 48,167 women, with information on hair relaxer use collected in 1997, and participants subsequently followed through 2003. There were 574 incident breast cancer cases during the study period. In this study, the investigators did not find a statistically significant increased risk of breast cancer associated with hair relaxer use. The lack of association held

true regardless of factors such as the age at first use, duration, frequency, or type of relaxer (lye vs. no-lye). Furthermore, the study found no clear dose-response relationship between the duration or frequency of relaxer use and breast cancer risk. The study considered various aspects of relaxer use, including burns and specific product types, but did not identify consistent increased risks.[98]

A prospective cohort study by Coogan et al. (2021) also utilized the BWHS data collected from 1997 to 2017, to investigate the association between hair relaxer and conditioner use and breast cancer incidence among a large cohort of Black women. Utilizing detailed self-reported exposure data from 50,543 participants, the study identified 2,311 incident breast cancer cases over a mean follow-up of 17.8 years. The primary analysis revealed largely null associations for overall hair relaxer use and breast cancer risk. For instance, heavy use of any hair relaxer (≥15 years at ≥7 times/year) yielded a multivariable-adjusted hazard ratio (HR) of 1.13 (95% CI: 0.96–1.33) for overall breast cancer, which was not statistically significant. However, a more granular analysis suggested some nuanced findings for lye-containing relaxers and estrogen receptor-positive (ER+) breast cancer. Heavy use of lye-containing relaxers was associated with an HR of 1.32 (95% CI: 0.97, 1.80) for ER+ breast cancer, approaching statistical significance. Furthermore, a statistically significant increased risk for ER+ breast cancer was observed with frequent use (≥7 times/year) of lye relaxers, yielding an HR of 1.37 (95% CI: 1.04–1.82). No such associations were found for non-lye relaxers or for breast cancer overall, ER- breast cancer, or triple-negative subtypes. A significant limitation of this study is the potential for exposure misclassification, as hair relaxer use was not updated after 1997, and participants' self-reported product types (lye vs. non-lye) may have been imprecise or non-exclusive. This could have attenuated observed associations towards the null.[99]

With the exception of the Rosenberg et al.[98] study, which only included 574 incident breast cancer cases, these studies confirmed an association between hair relaxers and breast cancer, further highlighting the carcinogenic effects of the chemicals contained within these products. The increased risk of breast cancer observed in most of these studies, is a direct result of the well documented endocrine disrupting effects of these chemicals, resulting in abnormal biological function[100]. These same mechanisms of altered hormonal action explain the observed increased risk of uterine[56,57] and ovarian cancer[75]. Because of their ability to disrupt normal endocrine functions, these chemicals have also been linked to other gynecologic conditions including early menarche[101] and uterine fibroids.[102]

***Uterine leiomyomas (Fibroids)***

Uterine leiomyomas are benign, estrogen responsive tumors of the uterine myometrium, commonly referred to as fibroids. In an early study in the Black Women's Health Study, Wise et al. assessed hair relaxer use in relation to uterine leiomyomata incidence.[103] The investigators looked at data from 1997 to 2009 for 23,580 premenopausal women and study participants reported on their hair relaxer use, i.e., age at first use, frequency, duration, number of burns, and type of formulation. Of the total reported cases of uterine leiomyomata, 4,630 were confirmed by ultrasound and 2,516 were confirmed by surgery. The investigators found that the "incidence rate ratio comparing ever with never use of

relaxers was 1.17 (95% confidence interval (CI): 1.06, 1.30). Positive trends were observed for frequency of use (P(trend) < 0.001), duration of use (P(trend) = 0.015), and number of burns (P(trend) < 0.001). Among long-term users (≥10 years), the incidence rate ratios for frequency of use categories 3-4, 5-6, and >/=7 versus 1-2 times/year were 1.04 (95% CI: 0.92, 1.19), 1.12 (95% CI: 0.99, 1.27), and 1.15 (95% CI: 1.01, 1.31), respectively (P(trend) = 0.002). Risk was unrelated to age at first use or type of formulation."[103]

In a more recent study, Ogunsina, et al.[104] used data from 4,162 Black women enrolled in the Sister Study[82] to investigate the association between hair straightener use and uterine fibroids, particularly focusing on Black women. The study found a positive association between hair straightener use and the risk of uterine fibroids in both Black and non-Hispanic White (NHW) women. This association was observed for both prevalent young-onset fibroids (diagnosed before age 36) and incident fibroids (diagnosed between ages 36-60). Among Black women, any use of straighteners at ages 10-13 was associated with young-onset fibroids, with an adjusted odds ratio (OR) of 1.15 (95% CI: 0.96, 1.36). Frequent use showed a similar association, with an OR of 1.18 (95% CI: 0.99, 1.42). The association varied by birth cohort, being most pronounced among women born between 1928 and 1945 (OR = 1.78; 95% CI: 1.15, 2.74) and between 1965 and 1974 (OR = 1.64; 95% CI: 0.82, 3.29). For incident fibroids, straightener use at ages 10-13 was modestly associated with a hazard ratio (HR) of 1.14 (95% CI: 0.81, 1.63). Use in the 12 months prior to enrollment showed a higher association, with an HR of 1.32 (95% CI: 0.88, 2.00). The HR for use at both time points (ages 10-13 and 12 months prior to enrollment) was 1.07 (95% CI: 0.54, 2.14). Despite a much lower prevalence of straightener use in NHW women compared to Black women (<5% vs 70% between ages 10 and 13), NHW women also showed an association between straightener use at ages 10-13 and young-onset fibroids. The adjusted OR for any use was 1.23 (95% CI: 1.03, 1.47). Straightener use at ages 10-13 was also associated with a higher rate of incident fibroids (HR = 1.30; 95% CI: 1.06, 1.58). Use in the 12 months prior to enrollment was also positively associated, with an HR of 1.25 (95% CI: 0.99, 1.57). The HR for use at both time points was 1.43 (95% CI: 0.84, 2.43).[104]

**Summary Comment:**

Collectively, these findings of other adverse hormonal outcomes in women exposed to EDCs, including those present in chemical hair relaxers, provide good evidence that hair relaxer use increases uterine leiomyomata and breast cancer risk in Black women.

***<u>Chemical Hair Relaxers and Other Cancers</u>***

A study by Bailey et al. aimed to investigate the potential association between the use of hair straighteners/relaxers and the incidence of non-reproductive cancers among women. This study also utilized data from the previously discussed Sister Study by Sandler et al.[82] The study population comprised 46,287 women who provided self-reported information on their use of hair straighteners or relaxers, including frequency of use. The investigators determine the incidence of various non-reproductive cancers including thyroid, pancreatic,

non-Hodgkin's lymphoma, melanoma, lung, lymphoid/hematopoietic, colorectal, urinary, and kidney cancers.[105]

The study yielded several significant findings regarding the prevalence of hair straightener use and its association with specific cancer types. Women who used hair straighteners in the past 12 months did not have a statistically significant increase in overall cancer risk when all cancer types were considered collectively. However, compared to not using hair straighteners in the past 12 months, use of hair straighteners in the year before enrollment was "associated with an elevated hazard ratio for pancreatic cancer (n=138; HR: 2.66, 95% CI: 1.25, 5.66), thyroid cancer (n=225; HR:1.71, 95% CI:1.01,2.89), and non-Hodgkin's lymphoma (n=313; HR:1.62, 95% CI:0.94, 2.80)".[105] "Frequent use (>4 times/year) compared to no use of hair straighteners/chemical relaxers was also associated with elevated incidence of pancreatic cancer (HR: 2.36, 95% CI: 0.82, 6.84, p-trend: 0.04), thyroid cancer (HR: 1.66, CI: 0.80, 3.46, p-trend: 0.07), and non-Hodgkin's lymphoma (HR:1.83, 95% CI: 0.89, 3.75, p-trend: 0.07)."[105] "There was little to no association between frequent use of these products and the remaining incident cancers considered in [the study]".[105]

The observed associations between hair straightener/relaxer use and certain non-reproductive cancers further highlights the well documented endocrine disrupting and carcinogenic effects of the chemicals contained within these products. The specific links to thyroid and pancreatic cancers, in particular, align with the known endocrine-disrupting properties of some of these chemicals, as both organs are sensitive to hormonal regulation. These same mechanisms of carcinogenic and altered hormonal actions explain the observed and previously discussed increased risk of uterine[56,57], ovarian[75], and breast[95–97] cancers.

### D. Reviews and Review Articles

***Farooq et al (2024)***[106]

This systematic review aimed to evaluate the link between various hair products and benign and malignant gynecological conditions, including uterine and ovarian cancers. For uterine cancer, the review found no observed association with permanent or semi-permanent hair dye use. In contrast, the study acknowledged the positive association with uterine cancer reported by the 2022 Chang et al paper previously reviewed in this report. Specifically, women who reported using hair straighteners in the previous 12 months had an 80% higher adjusted hazard of uterine cancer compared to non-users (HR = 1.80; 95% CI = 1.12 to 2.88). Importantly, the risk increased with frequency of use, demonstrating a clear dose-response relationship. Frequent users, defined as those using hair straighteners more than four times per year, had a significantly elevated risk with an HR of 2.55 (95% CI = 1.46 to 4.45), while infrequent use (≤4 times per year) showed a non-significant elevated risk (HR = 1.20; 95% CI = 0.63 to 2.29). The association was particularly pronounced for hormone-sensitive (Type I) endometrial tumors. Frequent hair straightener use was linked to nearly a three-fold increased risk of type I endometrial cancer (HR = 2.94; 95% CI = 1.42 to 6.08), a subtype known to be influenced by hormonal factors. This finding underscores the

biological plausibility of chemical exposures from hair straighteners affecting hormone-related carcinogenesis pathways[56].

Regarding ovarian cancer, this systematic review discusses the findings from the 2021 White et al. paper discussed above, which showed a positive association between hair relaxer use and ovarian cancer risk (HR 1.29, 95% CI = 0.70-2.38), with increased risk linked to higher frequency of use, defined as >4 times/year (HR 2.19, 95% CI = 1.12-4.27)[75].

The paper acknowledges that hair relaxers have been reported to contain a number of constituents that include endocrine-disrupting chemicals (and other chemicals), such as parabens, metals, phthalates, and formaldehyde.[103] These EDCs are implicated in the development of uterine and ovarian cancers through their ability to interfere with the body's endocrine system[100]. Specifically, EDCs can mimic estrogen and disrupt both estrogen-dependent and non-estrogen-dependent pathways, thereby promoting the growth of malignancies[56,57,75,94,107]. Although ovarian cancer is not solely estrogen-dependent, in vitro studies have shown that EDCs can stimulate the proliferation of ER-positive ovarian cancer cells[108].

Despite these findings, the paper concludes that the available evidence is "insufficient to determine whether a positive association exists". The authors' erroneous stance, in my opinion, is attributed to several limitations, including reliance on small sample sizes for significant findings related to benign gynecological conditions; potential result bias due to the limited number of publications on ovarian and uterine cancers compared to breast cancer; the absence of detailed information on specific chemical formulations of hair products; changes in product formulations over time; and an overall assessment that the evidence base is insufficient for a definitive conclusion[106].

***Hernandez et al. (2025)***[109]

The authors of this systematic review aimed to evaluate the existing epidemiological evidence regarding the use of hair relaxers and their potential association with hormone-sensitive cancers, with a particular focus on Black adult women in the United States. The authors review findings from the White et al. (2021)[75] and Chang et al. (2022)[56] papers, and discuss that neither study found a statistically significant increase in ovarian or uterine cancer, respectively, among Black women due to hair relaxer use.[109] Although this is accurate, the way this conclusion is presented, is very misleading. The aim of these studies was to evaluate whether hair products were associated with uterine and ovarian cancer incidence in women who use these products, regardless of race. To achieve this goal, these two studies used data from The Sister Study, which enrolled 50,884 women aged 35 to 74 years from the United States and Puerto Rico[82]. The cohort was predominantly non-Hispanic white (83.7%), with 16.3% representing other racial and ethnic groups, of which only 4,462 women (8.8% were Black). As such the Chang et al and White et al studies included small numbers of Black women. The study population was further diluted for the Chang et al study, which included only 2,523 Black women (7.4%), of which 29 were diagnosed with uterine cancer[56]. Similarly, in the White et al. study,

Black women only accounted for 3,418 participants (8%), of which 22 were included in the ovarian cancer cases[75]. Therefore, with such a small sample size in comparison to the overall study population, and a corresponding loss of statistical power to evaluate this subgroup only, it is not surprising that the overall study findings could not be corroborated within just the Black women cohort.

Nevertheless, among Black women, a trend towards increased risk for ovarian and uterine cancer in both "ever" and "frequent users" of hair straighteners/relaxers was found in the White (2021) and Chang (2022) studies. In the White et al. (2021) study, the hazard ratio for ovarian cancer among Black women who were ever users of hair straighteners/relaxers was HR = 1.28 (95% CI = 0.46, 3.52). For frequent users the hazard ratio was 1.82 (95% CI = 0.64, 5.18), compared to never users[75]. Similarly, in the Chang et al. (2022) study, the hazard ratio for uterine cancer among Black women who were "ever users" of hair straighteners/relaxers was HR = 1.66 (95% CI = 0.67, 4.09). For "frequent users" the hazard ratio was 2.12 (95% CI = 0.83, 5.39), compared to never users[56].

The authors of this systematic review also discuss the Bertrand et al. (2023) study, which found significant associations between hair relaxers and uterine cancer among post-menopausal women enrolled in the Black Women's Health Study (BWHS)[57]. However, the authors criticize these findings, noting that the observed dose-response relationships were often "non-monotonic" or inconsistent[109], meaning the risk did not increase consistently with increasing exposure. However, utilizing the inconsistencies in dose-response relationship to suggest that the data is inconclusive is very misleading. The main take away from this paper is that long-term use of chemical hair relaxers was associated with increased risk of uterine cancer among post-menopausal women[57], which is consistent with the finding from the Chang et al (2022)[56]. This was true for both "moderate" and "heavy use" of hair straighteners in the BWHS. Once these groups start to be sub-divided to evaluate how different exposure measurements impact the association, the sample size becomes further diluted, making it more difficult to make any meaningful conclusions. Nevertheless, the lack of a statistically significant finding in women who used hair straighteners for 15-19 years, does not cancel out the statistically significant association found in women with reported duration of 10-14 years, and those with ≥20 years of use. The majority of women (116 participants) reported ≥20 years of use, and in this group there was a strong association between hair relaxer use and uterine cancer (HR 1.71; 95% CI 1.08-2.72)[57]. This lack of statistical significance in the 15-19 years of use cohort may be explained by the small number (31) of participants. Notably, although the 95% confidence interval did not show statistically significant association in this group, the hazard ratio of 1.49, suggests an increase in risk of 49%, which is quite meaningful (*Bertrand 2023 Table 4 excerpted below)*.

| | Postmenopausal | | |
|---|---|---|---|
| | Person-years | N cases | Multivariable HR[a] (95% CI) |
| **Hair relaxer use** | | | |
| Never/light | 42,725 | 23 | 1.00 (ref) |
| Moderate | 165,713 | 123 | 1.60 (1.01, 2.53) |
| Heavy | 127,702 | 85 | 1.64 (1.01, 2.64) |
| **Duration of use** | | | |
| Never/light | 42,725 | 23 | 1.00 (ref) |
| 1–4 years | 16,058 | 7 | 0.87 (0.37, 2.05) |
| 5–9 years | 29,127 | 15 | 1.09 (0.57, 2.12) |
| 10–14 years | 43,011 | 39 | 2.21 (1.30, 3.75) |
| 15–19 years | 54,251 | 31 | 1.49 (0.85, 2.59) |
| ≥20 years | 150,970 | 116 | 1.71 (1.08, 2.72) |
| **Frequency of use**[b] | | | |
| Never/light | 42,725 | 23 | 1.00 (ref) |
| 1-2 times/year | 26,981 | 21 | 1.59 (0.87, 2.91) |
| 3-4 times/year | 97,619 | 72 | 1.56 (0.96, 2.53) |
| 5-6 times/year | 84,959 | 65 | 1.85 (1.13, 3.03) |
| ≥7 times/year | 81,498 | 48 | 1.47 (0.88, 2.46) |

*Excerpted Table 4 from Bertrand et al. 2023, showing hazard ratios (95% confidence intervals) for uterine cancer in relation to hair relaxer use by post-menopausal women.*[57]

Similarly, the analysis based on frequency of use, only showed a statistically significant association in the women who used straighteners 5-6 times/year (HR 1.85; 95% CI 1.13-3.03)[57]. All of these sub-groups also had small sample sizes. Nevertheless, there was a consistent positive trend in the risk of developing uterine cancer with hazard ratios ranging from 47%-59% increased risk in all participants who used hair straighteners on a frequency that was not 5-6 times/year (*Bertrand 2023 Table 4 excerpted above)*.

Furthermore, the authors of this systematic review suggest that the participants in the Sister Study were a "higher-risk cohort" because their sisters had been diagnosed with breast cancer, which would suggest "sibling susceptibility to other cancers as well"[109]. This statement is categorically inaccurate for any study participant without a known familial genetic syndrome. This statement would only apply to study participants who were carriers of a familial mutation such as BRCA1 or BRCA2, or that had Lynch syndrome. Women with a familial BRCA1 or 2 mutation are at increased risk of developing other cancers, with ovarian cancer being the second most frequent after breast cancer. However, patients with BRCA mutations are at increased risk of developing high-grade serous ovarian cancer, and not the other subtypes of epithelial ovarian cancer. In the White et al. study[75], the patients with high-grade serous ovarian cancer only made up approximately 62% of the confirmed ovarian cancer cases.[75] Only 15% of these cases would potentially account for a BRCA related hereditary ovarian cancer.[9] Therefore, this potential criticism would not apply to the majority of ovarian cancer cases in the White 2021 study. Some small studies have found a small association between BRCA1 mutations and serous endometrial

cancer.[110] Meanwhile, patients with Lynch syndrome are at increased of endometrial, colon cancer, and ovarian cancer, but not breast cancer.[9] Patients with Lynch syndrome account for approximately 3% of the total cases of endometrial cancer[17] and 2% of all ovarian cancer cases, which are predominantly non-serous ovarian cancer cases.[16] Therefore, the risk of developing other forms of cancers for study participants whose sister, or themselves were not a carrier of a known genetic syndrome, was not different than the risk in the general population. The data collected enables researchers to explore potential associations between environmental exposures, genetics, and lifestyle choices on other health conditions, including cancer. To suggest that the findings by Chang et al (2024) and White et al (2021) are flawed because of the study design including women whose sisters had previously been diagnosed with breast cancer is inaccurate and disingenuous.

### E. Other Studies

***Pierce et al. 2024***[111]

This study aimed to assess the dermal absorption and potential health risks of parabens and phthalates from hair relaxer products. To achieve this, the researchers gathered chemical property data from public databases and utilized existing concentration data from the study by Helm et al. 2018[78] that analyzed three relaxer kits. Using the IH SkinPerm model, they estimated dermal absorption and permeation coefficients, subsequently calculating estimated systemic doses per application. These modeled doses were then compared against established health guidance values from various regulatory bodies to determine potential risks. The investigators reported that the modeled absorbed doses of parabens and phthalates from typical hair relaxer use were below health guidance values, suggesting that consumer exposure is unlikely to pose significant health risks. Overall, the study concludes that, based on conservative modeling, the dermal doses from relaxer application pose minimal health risk.[111]

However, a significant limitation and, in my opinion, a fatal flaw of this study is its reliance on computational modeling and in vitro data rather than direct in vivo, real-life measurements of human exposure and absorption. In addition, the study did not measure actual exposures to people that use these products, nor did it consider cumulative exposures, mixture interactions, and the possibility of non-monotonic dose responses. Several epidemiologic studies that have relied on collection and measurement of biomarker concentrations from human urine specimens have demonstrated that personal care and hair products use (including chemical hair relaxer products) are associated with increased EDC concentrations.[79,112] Schildroth et al. determined that "[h]air product use was associated with greater concentrations of multiple EDC biomarkers."[79] The authors found that "use of hair products in the previous 24 hours (compared with non-use) was associated with 16.2% (95% CI =0.7%, 35.9%), 35.0% (95% CI =2.6%, 77.6%), and 32.3% (95% CI =8.8%, 92.0%) higher concentrations of mono-isobutyl phthalate, methyl paraben, and ethyl paraben, respectively".[79] The authors further found that "[u]se of hair relaxers/straighteners/perms, styling products, moisturizers, oils, and hair food in the past 12 months was also associated with higher concentrations of multiple phthalate, phenol, and paraben biomarkers".[79] Lastly, a study based on 1999–2000 data from the National

Health and Nutrition Examination Survey (NHANES) investigated phthalate metabolite levels in a representative U.S. population sample aged 6 and older, analyzing urine samples. Findings revealed that women and non-Hispanic Blacks exhibited notably higher levels of monoethyl phthalate (MEP) compared to other groups. MEP is associated with consumer products containing diethyl phthalate (DEP), which include products frequently and continuously used by non-Hispanic black populations such as hair relaxers.[78] Notably, the MEP levels where higher in non-Hispanic Blacks across all age groups. The authors "speculate that these differences may be due to increased, continuous, or prolonged use of beauty and hair care products, specifically marketed for this population, often beginning at a young age."[113] In my opinion, this is likely the case.

### F. Opinions, Editorial Letters to the Editor

***Etminan (2023) Editorial Letter***[114] ***and Response by Chang et al. (2023)***[115]**.**

In Letter to the Editor, Dr. Etminan identified several methodological limitations that he believed to be present in the study by Chang et al (2022) linking hair straightener use to uterine cancer.

Etminan initially critiqued the study for basing its adjusted hazard ratio for uterine cancer risk on a small number of cases, specifically 14. In response, Chang et al. acknowledged that the case number was indeed small. However, they accurately clarified that the analysis for "frequent use" was based on 26 cases, not 14, which included both confirmed and self-reported cases with an 85% positive predictive value for self-report. Furthermore, the risk estimates for "ever use" were based on a slightly larger number of 38 exposed cases.

Regarding the long latency period of uterine cancer, Etminan suggested that a time-lag analysis should have been implemented to exclude cancers occurring shortly after cohort entry, as these might not be due to straightener products.[114] Chang et al. addressed this by stating they included a sensitivity analysis that excluded the first year of follow-up, which yielded similar results (a frequent user hazard ratio of 2.65). They also noted that hair product use in the previous 12 months was considered a proxy for longer-term exposure, which is a key point.[115] It is very unlikely that the women who reported frequent use of hair straighteners in the past year had started using these products just prior to study enrollment. Therefore, the latency period argument is not valid even if the sensitivity analysis excluding the first year of follow up had not been done.

Etminan also raised concerns about residual confounding due to imbalances in factors like oral contraceptive use and hormone replacement therapy between exposed and unexposed groups, suggesting that statistical adjustment might be insufficient and more robust techniques like propensity score matching should have been used. Chang et al. agreed that residual confounding is always a concern and acknowledged the imbalances but stated that the "differences in estimates with or without adjusting for these variables were negligible"[115]. They also noted that while propensity score matching is an alternative, it might magnify existing biases or unnecessarily inflate variances, suggesting it "would be useful for triangulation of evidence but [] not necessarily improve the estimates"[115].

Finally, Etminan highlighted the lack of cardiovascular disease (CVD) data, arguing that differential CVD deaths could confound the study results. Chang et al. responded that they did not consider CVD a confounder, as it is unlikely to lead to changes in hair product use, and as such, it was not directly confounding the relationship they were studying. They explained that dying from heart disease is a "competing risk", meaning it would be equally possible for never and ever users to die from CVD *before* they could develop uterine cancer. In addition, they felt their approach was robust given the exposures and covariates included in their Cox models and cumulative risk estimates.

Chang et al.'s responses demonstrated that many of the methodological points raised by Etminan had either been addressed within the study's design or were based on a different, yet justified, epidemiological interpretation of the data and its limitations.

***Okeke & Burgess (2023)***[116]

In this article, the authors claim to have conducted a systematic review to evaluate the current body of scientific literature linking chemical hair relaxers to uterine cancer. In so doing, they reviewed articles linking uterine cancer, ovarian cancer, and breast cancer risk to chemical hair relaxer use from the timeframe of 2000-2022. The authors conclude that the existing research as of the date of this publication is largely limited and inconclusive.

A primary critique leveled against the existing scientific landscape is its pronounced focus on breast cancer. The authors claim that the specific mechanisms and risk factors for uterine cancer may differ significantly from breast cancer. The fact remains that breast cancer is a much more common malignancy than uterine cancer. Therefore, it is not surprising that it has been more extensively studied. It is also a disease that is largely associated with endocrine and hormonal risk factors. As such, it would be reasonable to extensively study whether exposure to EDCs known to be present in chemical hair relaxers increases the risk of developing breast cancer. However, the concern about the link between uterine cancer and hair relaxers is not a direct result of the association found in the breast cancer studies. Studies by Chang et al (2022)[56] and Bertrand et al (2023)[57] have identified an associated risk between uterine cancer and hair relaxers independent of the breast cancer risk. The number of breast cancer studies showing a similar association only strengthen the evidence of the association from a biological plausibility based on the shared hormonal and endocrine risk factors of both cancer types. Therefore, this criticism is totally misguided.

The second point is that chemical hair relaxers encompass a range of formulations and active ingredients, and a failure to differentiate between these distinct products means that potential associations with specific chemical exposures cannot be accurately identified or quantified. Although this is a valid point, several studies and regulatory agencies have shown that hair relaxers as a product category or class share similar ingredients, many of which are considered to be carcinogenic, including several EDCs.[78,79,117] It would be impossible and unethical to conduct studies to try and discern which of the individual ingredients in these products carry the greater cancer risk. Especially when several of these chemicals likely act in synergy to exert their carcinogenic effects.

Lastly, the authors criticize the Chang et al. (2022) study for failing to account for a myriad of confounding risk factors such as insulin resistance, family history or cardiovascular disease (CVD). In my opinion, the inclusion and control for BMI and physical activity in the Chang study is a very reasonable proxy for insulin resistance. As previously mentioned, the majority of endometrial cancers are not familial or hereditary. As previously mentioned, Lynch syndrome, which is the most common hereditary cancer syndrome associated with endometrial cancer, only accounts for approximately 3% of endometrial cancer cases[17]. Therefore, the potential effect of genetic or familial predisposition would have been negligible given the small number of participants who could have had a Lynch syndrome associated endometrial cancer in the study. The lack of inclusion of CVD in the study was also reasonable as previously discussed since it was considered a competing risk (CVD does not increase the risk of uterine cancer and it would be equally possible for never and ever users to die from CVD *before* they could develop uterine cancer).

My primary concern with this paper lies in the methodology the authors claim to have employed to reach their conclusions, specifically, their assertion that the results were derived from a "systematic review." A true systematic review is a rigorous and structured process designed to identify, evaluate, and synthesize all relevant studies addressing a specific research question, using transparent and reproducible methods. In my opinion, the authors failed to meet any of these fundamental standards. It is unclear whether they identified any relevant studies beyond Chang et al. (2022)[56], which appears to be the only study actually cited in the references. The remaining five references do not correspond to any of the nine studies the authors purportedly "identified" in their review. Moreover, there is no evidence of a critical appraisal or synthesis of the relevant literature, aside from broad and unsubstantiated criticism of the Chang et al. (2022) paper. Given these shortcomings and the overall lack of scientific rigor, I regard this article as an opinion piece, and therefore, it carried no weight in my analysis or ultimate expert opinion.

## XI. Mechanistic Data

Endocrine disruptors (EDCs) are a "mixtures of substances that alter the normal hormonal function of the endocrine system, causing adverse effects on the health of an organism"[118,119]. "The consequences can lead to tumors, (teratogenic) congenital disabilities, impaired reproductive capacities and other developmental disorders"[118]. Bodies of scientific work establish that EDCs may alter the homeostasis of the endocrine system by stimulating the hypothalamic-pituitary axis. This stimulation leads to an increased secretion of gonadotropins and ovarian steroids, which can result in hormonal disturbances leading to an increased risk of various benign gynecological diseases, including fibroids and early onset of menarche[100,106,120].

Hair relaxers/straightening products have been found to contain EDCs such as parabens, metals, phthalates, and formaldehyde[78,86–88,121]. These EDCs are implicated in the development of uterine and ovarian cancers through their ability to interfere with the body's endocrine system[100]. Specifically, EDCs are carcinogenic as they are documented to mimic estrogen and disrupt both estrogen-dependent and non-estrogen-dependent carcinogenic pathways, thereby promoting the growth of malignancies[56,57,75,94,107].

Concentrations of parabens in endometrium tissues and phthalates in urine samples were higher in participants with endometrial cancer than those who are endometrial cancer-free[56,122,123]. Moreover, cyclosiloxanes have been associated with neoplastic responses in the uterus of rats[124–126], and diethanolamine, metals, and formaldehyde have been considered carcinogenic[86,117,127–130].

Beyond hormonal disruption, the carcinogenic potential of EDCs is considered multifactorial. These chemicals have been implicated in various cellular processes that can contribute to cancer development, including epigenetic reprogramming, overexpression of cyclooxygenase-2, regulation of epithelial-mesenchymal transition, and immune dysfunction[93,127].

### A. Regulatory Agencies

***California Department of Toxic Substances Control – Chemical in Hair Straightening Products Background Document - 2021***[117]

The California Department of Toxic Substances Control (DTSC) administers the Safer Consumer Products (SCP) Program to reduce hazardous chemicals in consumer products. The program identifies "Chemicals of Concern" and evaluates products that may pose significant risks of exposure. When a product is designated a Priority Product, manufacturers must either: (1) assess and adopt safer alternatives, (2) remove or replace the chemical, or (3) withdraw the product from the California market.

Through this process, DTSC prevents toxic substances from reaching the public and environment, with a particular focus on protecting vulnerable and historically marginalized populations.

The "Chemicals in Hair Straightening Products Background Document" provided background information and preliminary findings on chemicals in hair straightening products. This information was intended to inform DTSC's decisions regarding which hair straightening products containing Chemicals of Concern should be designated as Priority Products, making them subject to the requirements of the Safer Consumer Products regulations.[117]

The report highlights the widespread use of, and exposure to hair straightening products, by consumers and salon professionals. The report raised concerns about the presence of EDCs within these formulations because of their ability to interfere with normal endocrine function as well as the concern for reproductive toxicity. In this report, DTSC identified several Candidate Chemicals in hair straightening products, including the following:

***Parabens:*** Man-made chemicals commonly used as preservatives. Methylparaben, ethylparaben, propylparaben, and butylparaben are prevalent. All commercially used parabens are regarded as EDCs[117,131–133].

***Phthalates (DEP, DEHP)***: Used as plasticizers, solvents, and fragrance carriers. DEP and DEHP are associated with developmental toxicity, reproductive toxicity, and endocrine toxicity[78,117]. Phthalates are increasingly linked to a range of metabolic disorders in both children and adults. In children, prenatal exposure to phthalates is associated with increased childhood obesity and adiposity, with some studies suggesting these effects may be more pronounced in girls.[134] Phthalates exposure has also been connected to weight gain and obesity, particularly in women. Furthermore, there is consistent evidence linking phthalates to impaired glucose tolerance and an increased risk of developing Type 2 Diabetes in the general adult population.[134]

These metabolic disorders associated with phthalates exposure are well-established risk factors for various adult-onset cancers, including endometrial cancer. Chronic inflammation, altered hormone levels (e.g., insulin, insulin-like growth factors, sex hormones), and oxidative stress, which are hallmarks of metabolic dysfunction, can promote cancer initiation and progression. As previously discussed, obesity and diabetes are linked to increased risks of endometrial cancer. The association between chemical hair relaxers and endometrial cancer can be explained by the carcinogenic effects of the EDCs present in these products. However, it is also highly likely that at least in the case of phthalates, the increased risk of endometrial cancer is also mediated by the metabolic dysregulation these chemicals induce.

The DTSC report states that exposure to these chemicals occurs primarily through dermal contact and inhalation. Hair salon workers are particularly vulnerable due to direct and frequent exposure. Women of African descent may experience more adverse effects due to higher frequency of hair relaxer use.[117] The DTSC highlights several mechanisms by which the identified EDCs could contribute to such risks:

***Endocrine Disruption:*** Many of the identified chemicals, such as parabens, phthalates, and benzophenone-3, are known or suspected EDCs. They can mimic or interfere with natural hormones, potentially disrupting normal cellular processes in hormone-sensitive tissues like the uterus and ovaries.

***Reproductive and Developmental Toxicity:*** Several EDCs, including cyclosiloxanes and phthalates, are associated with reproductive and developmental toxicity. Chronic exposure to these compounds can lead to adverse effects on the reproductive system, which may increase susceptibility to cancer.

***Carcinogenic Potential:*** Formaldehyde and formaldehyde-releasing agents, as well as DEA-related nitrosamines are classified as possible carcinogens. While their direct link to uterine and ovarian cancer from hair product exposure requires further study, their presence raises significant concern regarding long-term health impacts.

***Scalp Absorption:*** Chemicals are more readily absorbed through the scalp, and continuous application can cause scalp disorders, increasing the skin's permeability and thus the likelihood of chemical exposure.

This report highlights how the presence of multiple EDCs, and potentially carcinogenic chemicals in hair straightening products, coupled with widespread exposure pathways, can easily explain the long-term health impacts we are seeing in epidemiological studies, including those demonstrating an increased risk of hormone-related cancers, such as uterine and ovarian cancer, in moderate to heavy users of these products.

## XII. Causal Analysis

As noted in Section III above, describing my methodologic approach, I considered the nine guidelines as set forth in the 1965 publication by Sir Austin Bradford Hill[1] examining causal relationships between environmental exposures in the setting of disease states, specifically as those factors relate to the use of chemical hair relaxers and occurrence of uterine and ovarian cancers. All of the opinions that follow are stated with reasonable medical and scientific certainty. I describe each of the factors from Hill below, taking into consideration the more recent 2005 guidelines from the Environmental Protection Agency (EPA) embracing the Hill factors[135], and how, if at all, each of these informed my causality assessment in this case.

**(1) Strength of the observed association.** As noted by EPA, "the finding of large, precise risks increases confidence that the association is not likely due to chance, bias, or other factors. A modest risk, however, does not preclude a causal association and may reflect a lower level of exposure, an agent of lower potency, or a common disease with a high background level."[135] While statistical significance has been the accepted benchmark for judging strength, modern tools allow for larger datasets and complex analyses, and statistically significant results are not always biologically meaningful. Conversely, that statistical significance is lacking in a single study (or a sub-group analysis), does not obviate the presence of a meaningful exposure-response relationship, requiring examination of underlying methods and comparison to the weight of evidence.

Several well-designed epidemiological studies have demonstrated a positive and strong association between hair straightener use and increased risk of uterine and ovarian cancer. Chang et al. reported an 80% higher adjusted hazard ratio of uterine cancer (HR = 1.80; 95% CI = 1.12 to 2.88) in women who reported using hair straighteners in the previous 12 months compared to non-users. The risk increased with frequency of use, demonstrating a clear dose-response relationship; frequent users HR of 2.55 (95% CI = 1.46 to 4.45), while infrequent use (≤4 times per year) showed a non-significant, although elevated risk (HR = 1.20; 95% CI = 0.63 to 2.29). The association was particularly pronounced for hormone-sensitive (Type I) endometrial tumors. Frequent hair straightener use was linked to nearly a three-fold increased risk of type I endometrial cancer (HR = 2.94; 95% CI = 1.42 to 6.08), a subtype known to be influenced by hormonal factors. Meanwhile, Bertrand et al. identified a statistically significant association among postmenopausal women who reported moderate use of hair relaxers (HR of 1.60 (95% CI: 1.01, 2.53), compared to never/light use. While heavy use was associated with a HR of 1.64 (95% CI: 1.01, 2.64). Furthermore, for postmenopausal women, 20 years or more of hair relaxer use (regardless of frequency) was associated with a HR of 1.71 (95% CI: 1.08, 2.72). Lastly, White et al. found that frequent use of hair straighteners/relaxers or pressing products (defined as >4 times/year) was significantly associated with an increased risk of ovarian cancer (HR =

2.19, 95% CI: 1.12-4.27). This association was particularly strong for non-serous ovarian cancer, where frequent use was linked to a substantially higher risk (HR = 4.35, 95% CI: 1.10-17.2). I find the strength of evidence elicited from these above studies to be the most compelling and, therefore, I have weighed it more heavily in my analysis.

**(2) Consistency of the observed association**. "An inference of causality is strengthened when a pattern of elevated risks is observed across several independent studies. The reproducibility of findings constitutes one of the strongest, but not the only, arguments for causality. However, discordant results seen in investigations may be due to such things as differences in exposure, confounding factors, and/or the power of the study are considered."[135] With data integration, consistency has evolved to mean a "consistent story" across multiple disciplines, where "molecular experimentation can bolster epidemiologic findings by providing supportive evidence for mechanistic hypotheses."[136]

In this case, all three large epidemiological studies (Chang et al[56], Bertrand et al[57], and White et al[75]) consistently support causality between chemical hair relaxer use and hormone dependent endometrial (Type 1/endometrioid), and ovarian (non-serous) cancers. More specifically, there was a consistent association which rise to the level of causality between hair relaxer use and post-menopausal endometrial cancer in participants from both the Sisters Study and the Black Women's Health Study. In weighing the evidence, I find that consistency of the observed association is strong and that this particular guideline of the Hill framework is present.

**(3) Specificity of the observed association.** As noted by EPA, the Hill 1965 guidelines as originally intended refers to whether an exposure is associated with a single effect or disease. However, EPA acknowledges that current understanding recognizes that "many agents cause cancer at multiple sites, and many cancers have multiple causes, this is now considered one of the weaker guidelines for causality."[135] Thus, although the presence of specificity may support causality, its absence does not exclude it. Chemical Hair Relaxers are implicated in the development of uterine and ovarian cancers. While these are distinct disease endpoints, there are related features common to both. For example, interference with the body's endocrine system can disrupt normal cellular processes in hormone-sensitive tissues like the uterus and ovaries and breast. Endocrine disruption can mimic estrogen and disrupt known estrogen-dependent and non-estrogen-dependent carcinogenic pathways, thereby promoting the growth of endometrial and ovarian malignancies. While I do not weigh as heavily this particular factor in my causal analysis, as previously discussed in this report, hair relaxers have been found to contain EDCs such as parabens, phthalates, and other such chemicals that are implicated in the disease states described above.[78,79,81,86–88,121]

**(4) Temporal relationship of the observed association**. Common sense (and good science) supports that causation is strengthened when the exposure being investigated precedes the development of the disease. This is the only required element of the causal guiding framework established by Sir Bradford Hill and thus I assign heavy weight to it. In this case, the studies reviewed that observed elevated risks of uterine and ovarian cancers

were prospective in nature and designed to detect the diseases under consideration after exposure to the offending agent, chemical hair relaxers.

**(5) Biological gradient (exposure-response relationship).** As noted by EPA, a "clear exposure–response relationship," meaning that greater exposure is associated with stronger effects, provides strong evidence of a causal connection. This inference is further supported when similar patterns are seen with longer durations of exposure. However, there are several reasons why a particular study may fail to demonstrate such a relationship. For example, if exposure levels have decreased over time due to improved technology, combining earlier, higher exposures with later, lower exposures in a single analysis can obscure true patterns unless the data are segmented appropriately. Other potential explanations include a narrow range of exposures among study participants, an issue that was evident in certain subgroup analyses from the epidemiologic studies of uterine and ovarian cancers that I reviewed. Accordingly, "the absence of an exposure–response relationship does not exclude a causal relationship."[135] In other words, the lack of an observed dose, response trend in a given dataset should not be interpreted as evidence against causation.

Nonetheless, the presence of a dose response relationship also weighs heavily in favor of causation, and it was a strong consideration in reaching my opinion that a causal connection exists between chemical hair relaxers and uterine and ovarian cancers. In all reported epidemiological studies, increased frequency of hair relaxers use was associated with increased risks of hormone responsive endometrial and ovarian cancer. In the Chang et al study, frequent users, defined as those using hair straighteners more than four times per year, had a significantly elevated risk with an HR of 2.55 (95% CI = 1.46 to 4.45), while infrequent use (≤4 times per year) showed a non-significant elevated risk (HR = 1.20; 95% CI = 0.63 to 2.29). The association was particularly pronounced for hormone-sensitive (Type I) endometrial tumors. Frequent hair straightener use was linked to nearly a three-fold increased risk of type I endometrial cancer (HR = 2.94; 95% CI = 1.42 to 6.08), a subtype known to be influenced by hormonal factors.

Meanwhile, Bertrand et al. identified a statistically significant association among postmenopausal women who reported moderate use of hair relaxers (HR of 1.60 (95% CI: 1.01, 2.53), compared to never/light use. While heavy use was associated with a HR of 1.64 (95% CI: 1.01, 2.64). Furthermore, for postmenopausal women, 20 years or more of hair relaxer use (regardless of frequency) was associated with a HR of 1.71 (95% CI: 1.08, 2.72).

Lastly, White et al. found that frequent use of hair straighteners/relaxers or pressing products (defined as >4 times/year) was significantly associated with an increased risk of ovarian cancer (HR = 2.19, 95% CI: 1.12-4.27). The most significant hazard ratio observed for ovarian cancer (HR of 4.35 [95% CI: showed a more than four-fold increase in risk. While a dose-response was not elicited in every category, or sub-category, of risk that was elucidated in the studies, the fact that several important categories of use and/or frequency showed a dose-response relationship was weighted heavily in my analysis.

**(6) Biological plausibility.** Plausibility means the relationship should be "consistent with the current body of knowledge regarding the etiology and mechanism of disease. An inference of causality tends to be strengthened by consistency with data from experimental studies or other sources demonstrating plausible biological mechanisms."[136] On the other hand, causality should not be rejected outright based in the absence of such support. As discussed in this report, chemical hair relaxers have been reported to contain EDCs and have been associated with measured levels of EDC biomarkers. EDCs are a broad category of chemicals or mixtures of chemicals that alter the normal hormonal function of the endocrine system, causing adverse effects on the health of an organism[118,119]. The consequences can lead to tumors, (teratogenic) congenital disabilities, impaired reproductive capacities and other developmental disorders[118]. EDCs are implicated in the development of uterine and ovarian cancers through their ability to interfere with the body's endocrine system[100]. Specifically, EDCs can mimic estrogen and disrupt both estrogen-dependent and non-estrogen-dependent carcinogenic pathways, thereby promoting the growth of uterine and ovarian cancers. Beyond hormonal disruption, the carcinogenic potential of EDCs is considered multifactorial. These chemicals have been implicated in various cellular processes that can contribute to cancer development, including epigenetic reprogramming, overexpression of cyclooxygenase-2, regulation of epithelial-mesenchymal transition, and immune dysfunction[93,127]. In light of this, I attributed some weight to this particular factor, however, not as strong as the weight I attributed to other factors identified by Hill, e.g., strength and consistency.

Beyond hormonal disruption, the carcinogenic potential of EDCs is considered multifactorial. These chemicals have been implicated in various cellular processes that can contribute to cancer development, including epigenetic reprogramming, overexpression of cyclooxygenase-2, regulation of epithelial-mesenchymal transition, and immune dysfunction.[93,127] In addition, EDC exposure (specifically phthalates) has also been linked to metabolic disorders such as obesity, Type 2 Diabetes, and insulin resistance[134], which are well-established risk factors for various adult-onset cancers. Therefore, while EDCs themselves are linked to certain cancers, the increased risk of adult-onset cancers is also significantly mediated by the metabolic dysregulation they induce.

**(7) Coherence.** An inference of causality is strengthened when multiple lines of evidence support a cause-and-effect interpretation of an observed association. Relevant supporting data may come from animal studies, toxicokinetic analyses, or short-term experimental studies. However, "the absence of other lines of evidence is not a reason to reject causality."[135,137] In other words, while additional supporting evidence can reinforce a causal conclusion, its absence does not invalidate a causal interpretation when other indicators are sufficiently strong.

Hair relaxers/straightening products have been found to contain EDCs and other chemicals such as parabens, metals, phthalates, and formaldehyde.[106] These EDCs are implicated in the development of uterine and ovarian cancers through their ability to interfere with the body's endocrine system[100]. Specifically, EDCs are carcinogenic as they are documented to mimic estrogen and disrupt both estrogen-dependent and non-estrogen-dependent carcinogenic pathways, thereby promoting the growth of malignancies.[56,57,75,94,107] In

addition, EDCs may alter the homeostasis of the endocrine system by stimulating the hypothalamic-pituitary axis. This stimulation leads to an increased secretion of gonadotropins and ovarian steroids, which can result in hormonal disturbances leading to an increased risk of various gynecological diseases, including fibroids and early onset of menarche.[100,106,120]

**(8) Experimental evidence (from human populations).** Experimental evidence in human populations is rarely available and typically arises only when real-world circumstances create a "natural experiment" in which people experience different levels of exposure. When such situations occur, they can provide strong support for causation, particularly when a change in exposure is followed by a corresponding change in the frequency of disease.[135] However, it would not be feasible nor ethical to conduct such a study, i.e., a randomized clinical trial in order to elicit the presence or absence of harm due to chemical hair relaxer use respectively in exposed vs. unexposed women. Thus, I attributed no weight to this particular factor.

**(9) Analogy.** This factor suggests that if a strong causal relationship is established between one agent and a specific disease, researchers may be more inclined to accept weaker evidence for a similar agent causing a similar disease.[136] In the modern context, analogy is not about lowering evidence standards but about proposing and testing mechanistic hypotheses based on known relationships. As discussed in Section X-C above, several studies have identified an association between breast cancer risk and hair relaxer use. Similar to studies in the uterine and ovarian cancer space, the impetus to conduct these studies stemmed from the widely reported and recognized presence of multiple endocrine disrupting chemicals (EDCs), many of which can be found in chemical hair relaxers, including formaldehyde, phthalates, and parabens[78,86–89], which have been linked to endocrine disruption, cancer, and reproductive harm[89–94]. The association between hair relaxer use and increased risk of breast cancer is a direct result of the well documented endocrine disrupting effects of EDCs, resulting in abnormal biological function[100]. These same mechanisms of altered hormonal action explain the observed increased risk of uterine[56,57] and ovarian cancer[75].

In addition, hair straighteners have also been associated with an increased risk of pancreatic cancer (HR: 2.66, 95% CI: 1.25, 5.66), and thyroid cancer (HR:1.71, 95% CI:1.01,2.89).[105] This observed association between hair straightener/relaxer and non-reproductive cancers further highlights the well documented endocrine disrupting and carcinogenic effects of the chemicals contained within these products. The specific links to thyroid and pancreatic cancers, in particular, align with the known endocrine-disrupting properties of some of these chemicals, as both organs are sensitive to hormonal regulation. These same mechanisms of carcinogenic and altered hormonal actions explain the observed and previously discussed increased risk of uterine[56,57], and ovarian[75] cancers.

## XIII. Summary Opinion and Conclusions

Having completed my review and analysis of materials in keeping with the methodology as set forth above and having considered the Bradford Hill guidelines in interpreting the evidence before me, and having weighed the evidence as described above,

I find with reasonable medical and scientific certainty that chemical hair relaxers can cause uterine and ovarian cancer in women exposed to these products.

I reserve my right to supplement the opinions contained in this report in the event that further information becomes available to me and that I deem necessary for further discussion.

My fee for expert services is as follows: $500 per hour.

My deposition and trial testimony are contained in Exhibit C to my report.

November 30, 2025__ By: ____________________
Dated Dario Roque, M.D.

## XIV. References


1. Hill AB. The Environment and Disease: Association or Causation? *Proc R Soc Med*. 1965;58(5):295-300. doi:10.1177/003591576505800503

2. Brian McGowan. Clinical Pelvic Anatomy. In: *Clinical Obstetrics & Gynaecology*. 5th ed. Elsevier; 2023:2-17.

3. Uterus | Definition, Function, & Anatomy | Britannica. September 23, 2025. Accessed November 1, 2025. https://www.britannica.com/science/uterus

4. Uterus. Earth's Lab. August 8, 2018. Accessed November 1, 2025. https://www.earthslab.com/anatomy/uterus/

5. Chen K, Zheng S, Fang F. Endometrial Stem Cells and Their Applications in Intrauterine Adhesion. *Cell Transplant*. 2023;32:9636897231159561. doi:10.1177/09636897231159561

6. Ovaries. Earth's Lab. August 8, 2018. Accessed November 1, 2025. https://www.earthslab.com/anatomy/ovaries/

7. Sharon Cameron. Menstruation and Amenorrhea. In: *Clinical Obstetrics & Gynaecology*. 5th ed. Elsevier; 2023:48-60.

8. Weeden CE, Hill W, Lim EL, Grönroos E, Swanton C. Impact of risk factors on early cancer evolution. *Cell*. 2023;186(8):1541-1563. doi:10.1016/j.cell.2023.03.013

9. Holman LL, Lu KH. Genetic risk and gynecologic cancers. *Hematol Oncol Clin North Am*. 2012;26(1):13-29. doi:10.1016/j.hoc.2011.11.003

10. Hereditary Cancer Syndromes and Risk Assessment: ACOG COMMITTEE OPINION, Number 793. *Obstet Gynecol*. 2019;134(6):e143-e149. doi:10.1097/AOG.0000000000003562

11. Genetics of Breast and Gynecologic Cancers (PDQ®) - NCI. May 16, 2025. Accessed October 14, 2025. https://www.cancer.gov/types/breast/hp/breast-ovarian-genetics-pdq

12. Win AK, Reece JC, Ryan S. Family history and risk of endometrial cancer: a systematic review and meta-analysis. *Obstet Gynecol*. 2015;125(1):89-98. doi:10.1097/AOG.0000000000000563

13. Kotaniemi-Talonen L, Pukkala E, Aittomäki K, Auranen A. Long-term risk of cancer among the first-degree relatives of epithelial ovarian cancer patients: A cohort study with 48 years of follow up. *Acta Obstet Gynecol Scand*. 2023;102(3):240-245. doi:10.1111/aogs.14504

14. Somatic Mutation vs. Germline Mutation. Cleveland Clinic. Accessed November 23, 2025. https://my.clevelandclinic.org/health/body/23067-somatic--germline-mutations

15. Frost DA. Constitutional (germline) vs somatic (tumour) variants — Knowledge Hub. GeNotes. Accessed November 23, 2025. https://www.genomicseducation.hee.nhs.uk/genotes/knowledge-hub/constitutional-germline-vs-somatic-tumour-variants/

16. Nakamura K, Banno K, Yanokura M, et al. Features of ovarian cancer in Lynch syndrome (Review). *Mol Clin Oncol*. 2014;2(6):909-916. doi:10.3892/mco.2014.397

17. Ryan NAJ, Glaire MA, Blake D, Cabrera-Dandy M, Evans DG, Crosbie EJ. The proportion of endometrial cancers associated with Lynch syndrome: a systematic review of the literature and meta-analysis. *Genetics in Medicine*. 2019;21(10):2167-2180. doi:10.1038/s41436-019-0536-8

18. Liu YL, Gordhandas S, Arora K, et al. Pathogenic germline variants in patients with endometrial cancer of diverse ancestry. *Cancer*. 2024;130(4):576-587. doi:10.1002/cncr.35071

19. Rasmussen M, Lim K, Rambech E, et al. Lynch syndrome-associated epithelial ovarian cancer and its immunological profile. *Gynecologic Oncology*. 2021;162(3):686-693. doi:10.1016/j.ygyno.2021.07.001

20. Ryan NAJ, Evans DG, Green K, Crosbie EJ. Pathological features and clinical behavior of Lynch syndrome-associated ovarian cancer. *Gynecologic Oncology*. 2017;144(3):491-495. doi:10.1016/j.ygyno.2017.01.005

21. Ha HI, Ryu JS, Shim H, Kong SY, Lim MC. Reclassification of BRCA1 and BRCA2 variants found in ovarian epithelial, fallopian tube, and primary peritoneal cancers. *J Gynecol Oncol*. 2020;31(6):e83. doi:10.3802/jgo.2020.31.e83

22. Oncogenes, Tumor Suppressor Genes, and DNA Repair Genes. Accessed November 23, 2025. https://www.cancer.org/cancer/understanding-cancer/genes-and-cancer/oncogenes-tumor-suppressor-genes.html

23. Tan SLW, Chadha S, Liu Y, et al. A Class of Environmental and Endogenous Toxins Induces BRCA2 Haploinsufficiency and Genome Instability. *Cell*. 2017;169(6):1105-1118.e15. doi:10.1016/j.cell.2017.05.010

24. Uterine (Endometrial) Cancer: What Is It? Cleveland Clinic. Accessed November 11, 2025. https://my.clevelandclinic.org/health/diseases/16409-uterine-cancer

25. Cancer Statistics Center. American Cancer Society. Accessed September 1, 2025. https://cancerstatisticscenter.cancer.org/

26. Illah O, Adeeko D, Olaitan A, Gentry-Maharaj A. Racioethnic Disparities in Endometrial Cancer Outcomes. *Diagnostics*. 2024;14(4):417. doi:10.3390/diagnostics14040417

27. SEER*Explorer Application. Accessed September 1, 2025. https://seer.cancer.gov/statistics-network/explorer/application.html?site=58&data_type=2&graph_type=2&compareBy=race&chk_race_9=9&chk_race_8=8&hdn_sex=3&age_range=1&advopt_precision=1&advopt_show_ci=on&hdn_view=0&advopt_show_apc=on&advopt_display=2#resultsRegion0

28. Whetstone S, Burke W, Sheth SS, et al. Health Disparities in Uterine Cancer: Report From the Uterine Cancer Evidence Review Conference. *Obstet Gynecol*. 2022;139(4):645-659. doi:10.1097/AOG.0000000000004710

29. Clarke MA, Devesa SS, Harvey SV, Wentzensen N. Hysterectomy-Corrected Uterine Corpus Cancer Incidence Trends and Differences in Relative Survival Reveal Racial Disparities and Rising Rates of Nonendometrioid Cancers. *J Clin Oncol*. 2019;37(22):1895-1908. doi:10.1200/JCO.19.00151

30. Kamal A, Tempest N, Parkes C, et al. Hormones and endometrial carcinogenesis. *Hormone Molecular Biology and Clinical Investigation*. 2016;25(2):129-148. doi:10.1515/hmbci-2016-0005

31. Jin P, Duan X, Huang Z, et al. Nuclear receptors in health and disease: signaling pathways, biological functions and pharmaceutical interventions. *Signal Transduct Target Ther*. 2025;10(1):228. doi:10.1038/s41392-025-02270-3

32. Hapangama DK, Kamal AM, Bulmer JN. Estrogen receptor β: the guardian of the endometrium. *Hum Reprod Update*. 2015;21(2):174-193. doi:10.1093/humupd/dmu053

33. Slayden OD, Brenner RM. Hormonal regulation and localization of estrogen, progestin and androgen receptors in the endometrium of nonhuman primates: effects of progesterone receptor antagonists. *Arch Histol Cytol*. 2004;67(5):393-409. doi:10.1679/aohc.67.393

34. Hapangama DK, Bulmer JN. Pathophysiology of heavy menstrual bleeding. *Womens Health (Lond)*. 2016;12(1):3-13. doi:10.2217/whe.15.81

35. Labrie F. All sex steroids are made intracellularly in peripheral tissues by the mechanisms of intracrinology after menopause. *J Steroid Biochem Mol Biol*. 2015;145:133-138. doi:10.1016/j.jsbmb.2014.06.001

36. Kamal AM, Bulmer JN, DeCruze SB, Stringfellow HF, Martin-Hirsch P, Hapangama DK. Androgen receptors are acquired by healthy postmenopausal endometrial epithelium and their subsequent loss in endometrial cancer is associated with poor survival. *Br J Cancer*. 2016;114(6):688-696. doi:10.1038/bjc.2016.16

37. O'Lone R, Frith MC, Karlsson EK, Hansen U. Genomic targets of nuclear estrogen receptors. *Mol Endocrinol*. 2004;18(8):1859-1875. doi:10.1210/me.2003-0044

38. Umayahara Y, Kawamori R, Watada H, et al. Estrogen regulation of the insulin-like growth factor I gene transcription involves an AP-1 enhancer. *J Biol Chem*. 1994;269(23):16433-16442.

39. Pietras RJ, Márquez-Garbán DC. Membrane-associated estrogen receptor signaling pathways in human cancers. *Clin Cancer Res*. 2007;13(16):4672-4676. doi:10.1158/1078-0432.CCR-07-1373

40. Kushner PJ, Agard DA, Greene GL, et al. Estrogen receptor pathways to AP-1. *J Steroid Biochem Mol Biol*. 2000;74(5):311-317. doi:10.1016/s0960-0760(00)00108-4

41. Ray A, Prefontaine KE, Ray P. Down-modulation of interleukin-6 gene expression by 17 beta-estradiol in the absence of high affinity DNA binding by the estrogen receptor. *J Biol Chem*. 1994;269(17):12940-12946.

42. Kato S, Endoh H, Masuhiro Y, et al. Activation of the estrogen receptor through phosphorylation by mitogen-activated protein kinase. *Science*. 1995;270(5241):1491-1494. doi:10.1126/science.270.5241.1491

43. Hewitt SC, Harrell JC, Korach KS. Lessons in estrogen biology from knockout and transgenic animals. *Annu Rev Physiol*. 2005;67:285-308. doi:10.1146/annurev.physiol.67.040403.115914

44. Zhang L, Li X, Zhao L, et al. Nongenomic effect of estrogen on the MAPK signaling pathway and calcium influx in endometrial carcinoma cells. *J Cell Biochem*. 2009;106(4):553-562. doi:10.1002/jcb.22017

45. He YY, Cai B, Yang YX, Liu XL, Wan XP. Estrogenic G protein-coupled receptor 30 signaling is involved in regulation of endometrial carcinoma by promoting proliferation, invasion potential, and interleukin-6 secretion via the MEK/ERK mitogen-activated protein kinase pathway. *Cancer Sci*. 2009;100(6):1051-1061. doi:10.1111/j.1349-7006.2009.01148.x

46. Sasaki M, Dharia A, Oh BR, Tanaka Y, Fujimoto S, Dahiya R. Progesterone receptor B gene inactivation and CpG hypermethylation in human uterine endometrial cancer. *Cancer Res*. 2001;61(1):97-102.

47. Campan M, Weisenberger DJ, Laird PW. DNA methylation profiles of female steroid hormone-driven human malignancies. *Curr Top Microbiol Immunol*. 2006;310:141-178. doi:10.1007/3-540-31181-5_8

48. Sasaki M, Kotcherguina L, Dharia A, Fujimoto S, Dahiya R. Cytosine-phosphoguanine methylation of estrogen receptors in endometrial cancer. *Cancer Res*. 2001;61(8):3262-3266.

49. Hayes CL, Spink DC, Spink BC, Cao JQ, Walker NJ, Sutter TR. 17 beta-estradiol hydroxylation catalyzed by human cytochrome P450 1B1. *Proc Natl Acad Sci U S A*. 1996;93(18):9776-9781. doi:10.1073/pnas.93.18.9776

50. Ke H, Suzuki A, Miyamoto T, Kashima H, Shiozawa T. 4-hydroxy estrogen induces DNA damage on codon 130/131 of PTEN in endometrial carcinoma cells. *Mol Cell Endocrinol*. 2015;400:71-77. doi:10.1016/j.mce.2014.10.027

51. Li Q, Kannan A, DeMayo FJ, et al. The antiproliferative action of progesterone in uterine epithelium is mediated by Hand2. *Science*. 2011;331(6019):912-916. doi:10.1126/science.1197454

52. Endometrial Cancer Stages | Uterine Cancer Staging. Accessed September 1, 2025. https://www.cancer.org/cancer/types/endometrial-cancer/detection-diagnosis-staging/staging.html

53. Murali R, Soslow RA, Weigelt B. Classification of endometrial carcinoma: more than two types. *Lancet Oncol*. 2014;15(7):e268-278. doi:10.1016/S1470-2045(13)70591-6

54. Santoro A, Angelico G, Travaglino A, et al. New Pathological and Clinical Insights in Endometrial Cancer in View of the Updated ESGO/ESTRO/ESP Guidelines. *Cancers (Basel)*. 2021;13(11). doi:10.3390/cancers13112623

55. Endometrial Cancer Prevention (PDQ®) - NCI. April 11, 2025. Accessed September 1, 2025. https://www.cancer.gov/types/uterine/hp/endometrial-prevention-pdq

56. Chang CJ, O'Brien KM, Keil AP, et al. Use of Straighteners and Other Hair Products and Incident Uterine Cancer. *JNCI: Journal of the National Cancer Institute*. 2022;114(12):1636-1645. doi:10.1093/jnci/djac165

57. Bertrand KA, Delp L, Coogan PF, et al. Hair relaxer use and risk of uterine cancer in the Black Women's Health Study. *Environmental Research*. 2023;239:117228. doi:10.1016/j.envres.2023.117228

58. Endometrial Cancer Risk Factors. Accessed November 11, 2025. https://www.cancer.org/cancer/types/endometrial-cancer/causes-risks-prevention/risk-factors.html

59. Trimble CL, Kauderer J, Zaino R, et al. Concurrent endometrial carcinoma in women with a biopsy diagnosis of atypical endometrial hyperplasia: a Gynecologic Oncology Group study. *Cancer*. 2006;106(4):812-819. doi:10.1002/cncr.21650

60. Brinton LA, Felix AS, McMeekin DS, et al. Etiologic heterogeneity in endometrial cancer: evidence from a Gynecologic Oncology Group trial. *Gynecol Oncol*. 2013;129(2):277-284. doi:10.1016/j.ygyno.2013.02.023

61. Aune D, Navarro Rosenblatt DA, Chan DSM, et al. Anthropometric factors and endometrial cancer risk: a systematic review and dose-response meta-analysis of prospective studies. *Ann Oncol*. 2015;26(8):1635-1648. doi:10.1093/annonc/mdv142

62. Ovarian Cancer: Symptoms, Causes, Stages, Diagnosis and Treatment - OncoDaily. February 24, 2025. Accessed November 11, 2025. https://oncodaily.com/oncolibrary/cancer-types/ovarian-cancer

63. Ovarian, Fallopian Tube, & Primary Peritoneal Cancers Prevention (PDQ®) - NCI. April 11, 2025. Accessed September 1, 2025. https://www.cancer.gov/types/ovarian/hp/ovarian-prevention-pdq

64. Kurman RJ, Shih IM. The Dualistic Model of Ovarian Carcinogenesis. *The American Journal of Pathology*. 2016;186(4):733-747. doi:10.1016/j.ajpath.2015.11.011

65. Webb PM, Jordan SJ. Global epidemiology of epithelial ovarian cancer. *Nature Reviews Clinical Oncology*. 2024;21(5):389-400. doi:10.1038/s41571-024-00881-3

66. Review HMS. The Role of Estrogen in Ovarian Cancer and the Pathways by Which Estrogen Acts. HMSR. December 4, 2023. Accessed September 1, 2025. https://www.hmsreview.org/issue-8/ehmann-2023

67. Sieh W, Köbel M, Longacre TA, et al. Hormone-receptor expression and ovarian cancer survival: an Ovarian Tumor Tissue Analysis consortium study. *Lancet Oncol*. 2013;14(9):853-862. doi:10.1016/S1470-2045(13)70253-5

68. Albanito L, Madeo A, Lappano R, et al. G protein-coupled receptor 30 (GPR30) mediates gene expression changes and growth response to 17beta-estradiol and selective GPR30 ligand G-1 in ovarian cancer cells. *Cancer Res*. 2007;67(4):1859-1866. doi:10.1158/0008-5472.CAN-06-2909

69. Long L, Cao Y, Tang LD. Transmembrane estrogen receptor GPR30 is more frequently expressed in malignant than benign ovarian endometriotic cysts and correlates with MMP-9 expression. *Int J Gynecol Cancer*. 2012;22(4):539-545. doi:10.1097/IGC.0b013e318247323d

70. Barnard ME, Farland LV, Yan B, et al. Endometriosis Typology and Ovarian Cancer Risk. *JAMA*. 2024;332(6):482-489. doi:10.1001/jama.2024.9210

71. Bulun SE, Monsavais D, Pavone ME, et al. Role of estrogen receptor-β in endometriosis. *Semin Reprod Med*. 2012;30(1):39-45. doi:10.1055/s-0031-1299596

72. The Cancer Genome Atlas Research Network, Levine DA. Integrated genomic characterization of endometrial carcinoma. *Nature*. 2013;497(7447):67-73. doi:10.1038/nature12113

73. Wiegand KC, Shah SP, Al-Agha OM, et al. ARID1A mutations in endometriosis-associated ovarian carcinomas. *N Engl J Med*. 2010;363(16):1532-1543. doi:10.1056/NEJMoa1008433

74. Zhu C, Xu Z, Zhang T, et al. Updates of Pathogenesis, Diagnostic and Therapeutic Perspectives for Ovarian Clear Cell Carcinoma. *J Cancer*. 2021;12(8):2295-2316. doi:10.7150/jca.53395

75. White AJ, Sandler DP, Gaston SA, Jackson CL, O'Brien KM. Use of hair products in relation to ovarian cancer risk. *Carcinogenesis*. 2021;42(9):1189-1195. doi:10.1093/carcin/bgab056

76. Gray J. Hair care and hair care products. *Clin Dermatol*. 2001;19(2):227-236. doi:10.1016/s0738-081x(00)00133-4

77. Alessandra Haskin, Ginette A. Okoye, Crystal Aguh. Chemical Modifications of Ethnic Hair. In: *Fundamentals of Ethnic Hair*. Springer; 2017.

78. Helm JS, Nishioka M, Brody JG, Rudel RA, Dodson RE. Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by Black women. *Environ Res*. 2018;165:448-458. doi:10.1016/j.envres.2018.03.030

79. Schildroth S, Geller RJ, Wesselink AK, et al. Hair product use and urinary biomarker concentrations of non-persistent endocrine disrupting chemicals among reproductive-aged Black women. *Chemosphere*. 2024;361:142442. doi:10.1016/j.chemosphere.2024.142442

80. Needle CD, Kearney CA, Brinks AL, et al. Safety of chemical hair relaxers: A review article. *JAAD Reviews*. 2024;2:50-56. doi:10.1016/j.jdrv.2024.09.001

81. Irungu BN, Llanos AAM, Nyangi M, et al. Chemicals of concern in select packaged hair relaxers available on the Kenyan market: an examination of ingredient labels and measurement of pH. *Front Public Health*. 2025;13:1532113. doi:10.3389/fpubh.2025.1532113

82. Sandler DP, Hodgson ME, Deming-Halverson SL, et al. The Sister Study Cohort: Baseline Methods and Participant Characteristics. *Environ Health Perspect*. 2017;125(12):127003. doi:10.1289/EHP1923

83. The Sister Study: Home. Accessed November 23, 2025. https://sisterstudy.niehs.nih.gov/English/index1.htm

84. Black Women's Health Study. Accessed November 23, 2025. https://www.bu.edu/bwhs/

85. Chang CJ, O'Brien KM, Keil AP, et al. Use of personal care product mixtures and incident hormone-sensitive cancers in the Sister Study: A U.S.-wide prospective

cohort. *Environment International*. 2024;183:108298. doi:10.1016/j.envint.2023.108298

86. Aglan MA, Mansour GN. Hair straightening products and the risk of occupational formaldehyde exposure in hairstylists. *Drug Chem Toxicol*. 2020;43(5):488-495. doi:10.1080/01480545.2018.1508215

87. Galli CL, Bettin F, Metra P, Fidente P, De Dominicis E, Marinovich M. Novel analytical method to measure formaldehyde release from heated hair straightening cosmetic products: Impact on risk assessment. *Regul Toxicol Pharmacol*. 2015;72(3):562-568. doi:10.1016/j.yrtph.2015.05.010

88. Weathersby C, McMichael A. Brazilian keratin hair treatment: a review. *J Cosmet Dermatol*. 2013;12(2):144-148. doi:10.1111/jocd.12030

89. Zota AR, Shamasunder B. The environmental injustice of beauty: framing chemical exposures from beauty products as a health disparities concern. *Am J Obstet Gynecol*. 2017;217(4):418.e1-418.e6. doi:10.1016/j.ajog.2017.07.020

90. Chow ET, Mahalingaiah S. Cosmetics use and age at menopause: is there a connection? *Fertil Steril*. 2016;106(4):978-990. doi:10.1016/j.fertnstert.2016.08.020

91. Dodson RE, Nishioka M, Standley LJ, Perovich LJ, Brody JG, Rudel RA. Endocrine disruptors and asthma-associated chemicals in consumer products. *Environ Health Perspect*. 2012;120(7):935-943. doi:10.1289/ehp.1104052

92. Pierce JS, Abelmann A, Spicer LJ, et al. Characterization of formaldehyde exposure resulting from the use of four professional hair straightening products. *J Occup Environ Hyg*. 2011;8(11):686-699. doi:10.1080/15459624.2011.626259

93. Diamanti-Kandarakis E, Bourguignon JP, Giudice LC, et al. Endocrine-disrupting chemicals: an Endocrine Society scientific statement. *Endocr Rev*. 2009;30(4):293-342. doi:10.1210/er.2009-0002

94. Gore AC, Chappell VA, Fenton SE, et al. EDC-2: The Endocrine Society's Second Scientific Statement on Endocrine-Disrupting Chemicals. *Endocrine Reviews*. 2015;36(6):E1-E150. doi:10.1210/er.2015-1010

95. White AJ, Gregoire AM, Taylor KW, et al. Adolescent use of hair dyes, straighteners and perms in relation to breast cancer risk. *Int J Cancer*. 2021;148(9):2255-2263. doi:10.1002/ijc.33413

96. Eberle CE, Sandler DP, Taylor KW, White AJ. Hair dye and chemical straightener use and breast cancer risk in a large US population of black and white women. *Intl Journal of Cancer*. 2020;147(2):383-391. doi:10.1002/ijc.32738

97. Brinton LA, Figueroa JD, Ansong D, et al. Skin lighteners and hair relaxers as risk factors for breast cancer: results from the Ghana breast health study. *Carcinogenesis*. 2018;39(4):571-579. doi:10.1093/carcin/bgy002

98. Rosenberg L, Boggs DA, Adams-Campbell LL, Palmer JR. Hair Relaxers Not Associated with Breast Cancer Risk: Evidence from the Black Women's Health Study. *Cancer Epidemiology, Biomarkers & Prevention*. 2007;16(5):1035-1037. doi:10.1158/1055-9965.EPI-06-0946

99. Coogan PF, Rosenberg L, Palmer JR, Cozier YC, Lenzy YM, Bertrand KA. Hair product use and breast cancer incidence in the Black Women's Health Study. *Carcinogenesis*. 2021;42(7):924-930. doi:10.1093/carcin/bgab041

100. De Coster S, van Larebeke N. Endocrine-disrupting chemicals: associated disorders and mechanisms of action. *J Environ Public Health*. 2012;2012:713696. doi:10.1155/2012/713696

101. James-Todd T, Terry MB, Rich-Edwards J, Deierlein A, Senie R. Childhood hair product use and earlier age at menarche in a racially diverse study population: a pilot study. *Ann Epidemiol*. 2011;21(6):461-465. doi:10.1016/j.annepidem.2011.01.009

102. Wise LA, Palmer JR, Reich D, Cozier YC, Rosenberg L. Hair relaxer use and risk of uterine leiomyomata in African-American women. *Am J Epidemiol*. 2012;175(5):432-440. doi:10.1093/aje/kwr351

103. Wise LA, Palmer JR, Reich D, Cozier YC, Rosenberg L. Hair Relaxer Use and Risk of Uterine Leiomyomata in African-American Women. *American Journal of Epidemiology*. 2012;175(5):432-440. doi:10.1093/aje/kwr351

104. Ogunsina K, O'Brien KM, White AJ, et al. Hair Straightener Use in Relation to Prevalent and Incident Fibroids in the Sister Study with a Focus on Black Women. *Environ Health Perspect*. 2025;133(1):017004. doi:10.1289/EHP14493

105. Bailey JT, Chang CJ, Gaston SA, et al. Use of hair straighteners and chemical relaxers and incidence of non-reproductive cancers. *J Natl Cancer Inst*. Published online September 30, 2025. doi:10.1093/jnci/djaf280

106. Farooq H, Mhatre P, Aggarwal R, et al. A systematic review of association between use of hair products and benign and malignant gynecological conditions. *European Journal of Obstetrics & Gynecology and Reproductive Biology*. 2024;295:160-171. doi:10.1016/j.ejogrb.2024.02.012

107. Gao H, Yang BJ, Li N, et al. Bisphenol A and hormone-associated cancers: current progress and perspectives. *Medicine (Baltimore)*. 2015;94(1):e211. doi:10.1097/MD.0000000000000211

108. Park SH, Kim KY, An BS, et al. Cell growth of ovarian cancer cells is stimulated by xenoestrogens through an estrogen-dependent pathway, but their stimulation of cell

growth appears not to be involved in the activation of the mitogen-activated protein kinases ERK-1 and p38. *J Reprod Dev*. 2009;55(1):23-29. doi:10.1262/jrd.20094

109. Hernandez AM, Smith SJ, Vahora MS, et al. Systematic Review of the Epidemiology of Hair Relaxer Use and Hormone-Sensitive Reproductive Outcomes Among Black Adult Women in the United States. *J of Applied Toxicology*. 2025;45(8):1394-1416. doi:10.1002/jat.4744

110. Shu CA, Pike MC, Jotwani AR, et al. Uterine Cancer After Risk-Reducing Salpingo-oophorectomy Without Hysterectomy in Women With BRCA Mutations. *JAMA Oncology*. 2016;2(11):1434-1440. doi:10.1001/jamaoncol.2016.1820

111. Pierce JS, Cheatham D, Campbell DA, et al. Evaluation of dermal exposure to phthalates and parabens resulting from the use of hair relaxers. *International Journal of Environmental Health Research*. 2025;35(7):1707-1726. doi:10.1080/09603123.2024.2402836

112. Braun JM, Just AC, Williams PL, Smith KW, Calafat AM, Hauser R. Personal care product use and urinary phthalate metabolite and paraben concentrations during pregnancy among women from a fertility clinic. *Journal of Exposure Science & Environmental Epidemiology*. 2014;24(5):459-466. doi:10.1038/jes.2013.69

113. Silva MJ, Barr DB, Reidy JA, et al. Urinary levels of seven phthalate metabolites in the U.S. population from the National Health and Nutrition Examination Survey (NHANES) 1999-2000. *Environ Health Perspect*. 2004;112(3):331-338. doi:10.1289/ehp.6723

114. Etminan M. RE: Use of straighteners and other hair products and incident uterine cancer. *JNCI: Journal of the National Cancer Institute*. 2023;115(2):228-228. doi:10.1093/jnci/djac234

115. Chang CJ, O'Brien KM, Keil AP, et al. Response to Etminan. *JNCI: Journal of the National Cancer Institute*. 2023;115(2):233-234. doi:10.1093/jnci/djac236

116. Okeke CAV, Burgess CM. Dispelling myths of chemical hair relaxers causing uterine cancer. *Journal of the American Academy of Dermatology*. 2023;89(4):875-876. doi:10.1016/j.jaad.2023.06.031

117. Department of Toxic Substances Control, Safer Consumer Products Program. Chemicals in Hair Straightening Products Background Document. May 24, 2021. Accessed August 24, 2025. https://dtsc.ca.gov/wp-content/uploads/sites/31/2021/05/Chemicals-in-Hair-Straightening-Products-Background-Document.pdf

118. Caserta D, De Marco MP, Besharat AR, Costanzi F. Endocrine Disruptors and Endometrial Cancer: Molecular Mechanisms of Action and Clinical Implications, a Systematic Review. *IJMS*. 2022;23(6):2956. doi:10.3390/ijms23062956

119. Kabir ER, Rahman MS, Rahman I. A review on endocrine disruptors and their possible impacts on human health. *Environ Toxicol Pharmacol*. 2015;40(1):241-258. doi:10.1016/j.etap.2015.06.009

120. Rasier G, Parent AS, Gérard A, Lebrethon MC, Bourguignon JP. Early maturation of gonadotropin-releasing hormone secretion and sexual precocity after exposure of infant female rats to estradiol or dichlorodiphenyltrichloroethane. *Biol Reprod*. 2007;77(4):734-742. doi:10.1095/biolreprod.106.059303

121. Iwegbue CMA, Emakunu OS, Obi G, Nwajei GE, Martincigh BS. Evaluation of human exposure to metals from some commonly used hair care products in Nigeria. *Toxicol Rep*. 2016;3:796-803. doi:10.1016/j.toxrep.2016.10.001

122. Dogan S, Tongur T, Erkaymaz T, et al. Traces of intact paraben molecules in endometrial carcinoma. *Environ Sci Pollut Res Int*. 2019;26(30):31158-31165. doi:10.1007/s11356-019-06228-1

123. Sarink D, Franke AA, White KK, et al. BPA, Parabens, and Phthalates in Relation to Endometrial Cancer Risk: A Case-Control Study Nested in the Multiethnic Cohort. *Environ Health Perspect*. 2021;129(5):57702. doi:10.1289/EHP8998

124. Dekant W, Scialli AR, Plotzke K, Klaunig JE. Biological relevance of effects following chronic administration of octamethylcyclotetrasiloxane (D4) in Fischer 344 rats. *Toxicol Lett*. 2017;279 Suppl 1:42-53. doi:10.1016/j.toxlet.2017.01.010

125. Jean PA, Plotzke KP, Scialli AR. Chronic toxicity and oncogenicity of decamethylcyclopentasiloxane in the Fischer 344 Rat. *Regul Toxicol Pharmacol*. 2016;74 Suppl:S57-66. doi:10.1016/j.yrtph.2015.06.014

126. Jean PA, Plotzke KP. Chronic toxicity and oncogenicity of octamethylcyclotetrasiloxane (D(4)) in the Fischer 344 rat. *Toxicol Lett*. 2017;279 Suppl 1:75-97. doi:10.1016/j.toxlet.2017.06.003

127. Mallozzi M, Leone C, Manurita F, Bellati F, Caserta D. Endocrine Disrupting Chemicals and Endometrial Cancer: An Overview of Recent Laboratory Evidence and Epidemiological Studies. *Int J Environ Res Public Health*. 2017;14(3). doi:10.3390/ijerph14030334

128. Centre international de recherche sur le cancer, ed. *A Review of Human Carcinogens*. International agency for research on cancer; 2012.

129. Centre international de recherche sur le cancer, ed. *Some Chemicals Present in Industrial and Consumer Products, Food and Drinking-Water*. International agency for research on cancer; 2013.

130. Centre international de recherche sur le cancer, ed. *A Review of Human Carcinogens*. International agency for research on cancer; 2012.

131. Fransway AF, Fransway PJ, Belsito DV, Yiannias JA. Paraben Toxicology. *Dermatitis*. 2019;30(1):32-45. doi:10.1097/DER.0000000000000428

132. Boberg J, Taxvig C, Christiansen S, Hass U. Possible endocrine disrupting effects of parabens and their metabolites. *Reprod Toxicol*. 2010;30(2):301-312. doi:10.1016/j.reprotox.2010.03.011

133. Crinnion WJ. Toxic effects of the easily avoidable phthalates and parabens. *Altern Med Rev*. 2010;15(3):190-196.

134. Kahn LG, Philippat C, Nakayama SF, Slama R, Trasande L. Endocrine-disrupting chemicals: implications for human health. *The Lancet Diabetes & Endocrinology*. 2020;8(8):703-718. doi:10.1016/S2213-8587(20)30129-7

135. US EPA O. Guidelines for Carcinogen Risk Assessment. September 9, 2013. Accessed November 29, 2025. https://www.epa.gov/risk/guidelines-carcinogen-risk-assessment

136. Fedak KM, Bernal A, Capshaw ZA, Gross S. Applying the Bradford Hill criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology. *Emerg Themes Epidemiol*. 2015;12:14. doi:10.1186/s12982-015-0037-4

137. Modica R, Benevento E, Colao A. Endocrine-disrupting chemicals (EDCs) and cancer: new perspectives on an old relationship. *Journal of Endocrinological Investigation*. 2023;46(4):667-677. doi:10.1007/s40618-022-01983-4

# Exhibit A

# CURRICULUM VITAE
# DARIO RAFAEL ROQUE, M.D.

**CONTACT INFORMATION**
NMH – Prentice Women's Hospital
Department of Obstetrics & Gynecology
250 E. Superior Street, Suite 05-2168
Chicago, IL 60611-2914
E-mail: dario.roque@nm.org

## EDUCATION

Undergraduate:

| | | |
|---|---|---|
| *2005* | *Bachelor of Science, Chemistry* | *Davidson College, Davidson, NC* |

Medical School:

| | | |
|---|---|---|
| *2009* | *Doctor of Medicine* | *University of Florida College of Medicine, Gainesville, FL* |

## POST-GRADUATE TRAINING

Residency:

| | | |
|---|---|---|
| *7/2009 - 6/2013* | *Obstetrics & Gynecology* | *The Warren Alpert Medical School of Brown University, Women & Infants Hospital Providence, RI* |

Fellowship:

| | | |
|---|---|---|
| *7/2013 - 6/2016* | *Gynecologic Oncology* | *University of North Carolina, Chapel Hill, NC* |

## CERTIFICATIONS

| | | |
|---|---|---|
| *11/2014* | *Obstetrics & Gynecology* | *American Board of Obstetrics & Gynecology* |
| *4/2018* | *Gynecologic Oncology* | *American Board of Obstetrics & Gynecology* |

## PROFESSIONAL LICENSES

| | | |
|---|---|---|
| *1/2016 – 1/2021* | *Medical License* | *Massachusetts, License # 266285* |
| *1/2016 – 6/2022* | *Medical License* | *Rhode Island, License # MD15302* |
| *1/2016 – 1/2023* | *Medical License* | *Connecticut, License # 55196* |
| *2/2020 - Present* | *Medical License* | *Illinois, License # 036-151768* |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| *9/2023 – Present* | *Associate Professor, Department of Obstetrics & Gynecology Northwestern University – The Feinberg School of Medicine, Chicago, IL* |
| *6/2020 – 8/2023* | *Assistant Professor, Department of Obstetrics & Gynecology Northwestern University – The Feinberg School of Medicine, Chicago, IL* |
| *7/2018 – 5/2020* | *Assistant Professor, Department of Obstetrics & Gynecology Tufts University School of Medicine, Boston, MA* |
| *8/2016 – 2/2018* | *Assistant Professor, Department of Obstetrics & Gynecology The Warren Alpert Medical School of Brown University, Providence, RI* |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| *7/2021 – Present* | *Staff Physician, Central DuPage Hospital*<br>*25 N Winfield Rd, Winfield, IL 60190* |
| *7/2021 – Present* | *Staff Physician, Lake Forest Hospital*<br>*1000 N Westmoreland Rd, Lake Forest, IL 60045* |
| *6/2020 – Present* | *Gynecologic Oncologist, Department of Obstetrics & Gynecology, Division of Gynecologic Oncology*<br>*250 E. Superior Street, Suite 05-2168, Chicago, IL 60611* |
| *6/2020 – Present* | *Staff Physician, Northwestern Memorial Hospital*<br>*251 E. Huron Street, Chicago, IL 60611* |
| *6/2020 – Present* | *Staff Physician, Northwestern Medical Group*<br>*675 N. St. Clair Street – Galter 21st floor, Chicago, IL 60611* |
| *6/2020 – Present* | *Member, Robert H. Lurie Comprehensive Cancer Center*<br>*675 N Saint Clair St, Unit 100, FL 21, Chicago, IL 60611* |
| *9/2019 – 5/2020* | *Interim Division Chief, Gynecologic Oncology*<br>*Department of Obstetrics & Gynecology*<br>*St. Elizabeth's Medical Center, Boston, MA* |
| *3/2018 – 5/2020* | *Gynecologic Oncologist*<br>*Steward Medical Group, Boston, MA* |
| *8/2016 – 2/2018* | *Gynecologic Oncologist, Program in Women's Oncology,*<br>*Department of Obstetrics & Gynecology*<br>*Women & Infants Hospital, Providence RI* |

## HONORS AND AWARDS

| | |
|---|---|
| *6/2013* | *David H. Nichols Excellence in Pelvic Surgery Award,*<br>*Women & Infants Hospital* |
| *6/2013* | *Administrative Chief Resident Award,*<br>*Women & Infants Hospital* |
| *6/2012* | *Society of Laparoendoscopic Surgeons Minimally Invasive Surgery Award* |
| *6/2010, 6/2011* | *Excellence in Teaching Medical Student Award,*<br>*The Warren Alpert Medical School of Brown University* |
| *6/2017* | *Graduate Medical Education Excellence in Teaching Award,*<br>*Women & Infants Hospital* |
| *6/2021, 6/2024, 6/2025* | *Graduate Medical Education Excellence in Teaching Award,*<br>*Northwestern University Feinberg School of Medicine* |

## INTERNAL INSTITUTIONAL SERVICE

### NORTHWESTERN UNIVERSITY FEINBERG SCHOOL OF MEDICINE

| | |
|---|---|
| *1/2024 – Present* | *Community Engagement Liaison, Translational Research in Solid Tumors (TRIST) Program and Gynecologic Oncology Disease Team, Robert H. Lurie Comprehensive Cancer Center of Northwestern University* |
| *7/2022 - Present* | *Program Director, Gynecologic Oncology Fellowship* |
| *5/2021 – Present* | *Director, Gynecologic Oncology 4th Year Sub-Internship Rotation* |
| *2021 - 2024* | *Phase 1B: Reproduction/GU Module Lecturer: "Diseases of the Uterus"* |
| *2021* | *Phase 1B: Reproduction/GU Module PBL Small Group Leader* |
| *4/2021 – 7/2022* | *Associate Program Director, Gynecologic Oncology Fellowship* |

*6/2020 – Present* *Member, Gynecologic Oncology Fellowship Clinical Competency Committee*
*6/2020 – Present* *Member, Gynecologic Oncology Fellowship Performance Evaluation Committee*
*6/2020 – 8/2023* *Assistant Professor, Department of Obstetrics & Gynecology*
*6/2020 – Present* *Gynecologic Oncology Fellows' Didactic Lecture Series*
*7/24/2020* *"Principles of Pelvic Surgery"*
*10/9/2020* *"First Line Chemotherapy in Ovarian Cancer"*
*4/23/2021* *"Treatment of Early Stage Vulvar & Vaginal Cancer"*
*8/13/2021* *"Principles of Pelvic Anatomy"*
*9/10/2021* *"Treatment of Advanced & Recurrent Endometrial Cancer"*
*7/15/2022* *"Principles of Pelvic Anatomy"*
*10/14/2022* *"Treatment of Advanced & Recurrent Cervical Cancer"*
*8/4/2023* *"Principles of Pelvic Anatomy"*
*1/12/2024* *"Management of Early Stage Cervical Cancer*
*6/2020 – Present* *OB/GYN Residents Didactic Lecture Series*
*4/22/2022* *"Management of the Pelvic Mass: who is it safe for me to operate on and who should I refer."*
*3/26/2021* *"Principles of Pelvic Surgery: Robotic Technique & Surgical Complications"*
*2/12/2021* *"Peripartum Hysterectomy: Surgical Primer for OB/GYN Residents"*

<u>TUFTS UNIVERSITY SCHOOL OF MEDICINE</u>
*3/2018 – 5/2020* *Assistant Professor, Department of Obstetrics & Gynecology*

<u>THE WARREN ALPERT MEDICAL SCHOOL OF BROWN UNIVERSITY</u>
*8/2016 – 2/2018* *Assistant Professor of Obstetrics & Gynecology*
*9/2016 – 2/2018* *OB/GYN Core Clerkship Medical Student Preceptor*
*2016, 2017* *Human Reproduction (BIOL 3674) Small Group Leader*
*7/2017 – 2/2018* *Obstetrics & Gynecology Clinical Competency Committee*
*6/2017 – 2/2018* *Gynecologic Oncology Fellowship Clinical Competency Committee*
*1/2017 – 2/2018* *OB/GYN Residency Program Evaluation Committee*
*8/2016 – 2/2018* *Gynecologic Oncology Education Committee*
*8/2016 – 2/2018* *OB/GYN Residents Didactic Lecture Series*
*12/9/2016* *"Cervical Cancer"*
*2/24/2017* *"Germ Cell Tumors of the Ovary"*
*7/21/2017* *"Gestational Trophoblastic Disease"*
*2/2/2018* *"Basics of Gynecologic Robotic Surgery"*

<u>NORTHWESTERN MEMORIAL HOSPITAL/PRENTICE WOMEN'S HOSPITAL</u>
*4/2023 – Present* *Scientific Review Committee, Robert H. Lurie Comprehensive Cancer Center*
*1/2022 – Present* *Gynecology Peer Review Committee*
*7/2020 – Present* *Robotic Surgery Sub-Committee*

<u>WOMEN & INFANTS HOSPITAL OF RHODE ISLAND</u>
*7/2017 – 2/2018* *Obstetrics & Gynecology Executive Committee*

| | |
|---|---|
| *9/2016 – 2/2018* | *Committee for Diversity & Inclusion* |
| *9/2016 – 2/2018* | *Institutional Review Board* |
| *9/2016 – 2/2018* | *Gynecology Peer Review Committee* |
| *7/2012 - 6/2013* | *Administrative Chief Resident* |
| *7/2011 – 6/2012* | *Resident Representative, Minimally Invasive & Robotic Surgery Program* |
| *7/2011 – 6/2012* | *Resident Representative, Simulation Training Program* |
| *7/2010 – 6/2013* | *Resident Representative, Surgical Services Surgeon's Council* |

SURGICAL SKILL LABS & SIMULATIONS

| | |
|---|---|
| *2022, 2023* | *Instructor, Cadaver Lab for OB/GYN Residents & Fellows, Northwestern University Feinberg School of Medicine* |
| *5/2022 - Present* | *Co-Instructor, "Managing Placenta Accreta Spectrum Disorders in the Peripartum Period"; Simulation for OB/GYN Sub-Is Northwestern University Feinberg School of Medicine* |
| *5/2022 - Present* | *Co-Instructor, "Repairing 4th Degree Perineal Lacerations and Bladder Injuries"; Surgical Skills Lab for OB/GYN Sub-Is Northwestern University Feinberg School of Medicine* |
| *3/22/2017* | *Instructor, Cadaver Lab for OB/GYN Residents & Fellows, Women & Infants Hospital of Rhode Island/Brown University* |

MENTEES

***Gynecologic Oncology Fellows***

| | |
|---|---|
| 8/2016 – 2/2018 | Evelyn Cantillo, MD, MPH<br>Currently Faculty at Weill Cornell Medical College, Cornell University |
| 8/2016 – 2/2018 | Matthew Oliver, MD<br>Currently Faculty at The Warren Alpert Medical School of Brown University |
| 8/2016 – 2/2018 | Lindsey Beffa, MD<br>Currently Faculty at The Cleveland Clinic |
| 8/2017 – 2/2018 | Jenna Emerson, MD<br>Currently Faculty at Oregon Health & Science University |
| 6/2020 – 6/2021 | Matt Cowan, DO<br>Currently Faculty at Albert Einstein College of Medicine |
| 6/2020 – 6/2021 | Adam Pyrzak, MD |
| 6/2020 – 6/2022 | Allison Saiz, MD |
| 6/2020 – 6/2023 | Allison Grubbs, MD<br>Currently Faculty at Rush University Medical Center |
| 6/2021 – 6/2024 | Mary Towner, MD<br>Currently Faculty at Stroger Cook County Medical Center |
| 6/2022 – 6/2025 | Olivia Foley, MD<br>Currently Faculty at Northwestern University Feinberg School of Medicine |

## COMMUNITY SERVICE

***International***

| | |
|---|---|
| 7/2006 | Prodein Clinic, Cuzco, Peru |
| 3/2007, 3/2008 | DR HELP, Medical Outreach Program, Jarabacoa, Dominican Republic |
| 2/2009 | Primary Care in Matagalpa, Nicaragua |

***National***

6/2022 Mentor, International Development & Education Award (IDEA) Program
American Society of Clinical Oncology (ASCO)
Mentee: Dr. Anju Shrestha, Nepal

7/2022 Mentor, Robert A. Winn Clinical Investigator Pipeline Program
Mentee: Adjoa Cofie

## PROFESSIONAL SOCIETY MEMBERSHIP

*6/2019 – Present New England Association of Gynecologic Oncologists (NEAGO)*
*7/2012 - Present Society of Gynecologic Oncology (SGO)*
*7/2012 - Present American Society of Clinical Oncology (ASCO)*
*7/2011 - Present American Association of Gynecologic Laparoscopists (AAGL)*
*7/2007 - Present American Congress of Obstetricians and Gynecologists (ACOG)*

## EXTERNAL PROFESSIONAL LEADERSHIP AND SERVICE

*2024 – Present Specialty Certification Examiner, American Board of Obstetrics & Gynecology*
*2024 – Present Speaker's Bureau, Merck*
*2018 – Present Speaker's Bureau, GSK*
*2020 – Present Robotic Surgery Proctor, Intuitive*
*1/2025 – 1/2026 Chair, Gynecologic Oncology Special Interest Group (SIG)*
*American Association of Gynecologic Laparoscopists (AAGL)*
*1/2024 – 1/2025 Vice-Chair, Gynecologic Oncology Special Interest Group (SIG)*
*American Association of Gynecologic Laparoscopists (AAGL)*
*1/2022 – 1/2024 Co-Chair, Gynecology Oncology Clinical Trial Working Group*
*Big Ten Cancer Research Consortium*
*1/2022 – 1/2024 Board Member, Gynecologic Oncology Special Interest Group (SIG)*
*American Association of Gynecologic Laparoscopists (AAGL)*
*5/2022 – 9/2022 Planning Committee Member, 3rd Annual Chicago Gynecologic Cancer Researcher Survivor Summit, Chicago, IL, September 17, 2022.*
*5/2023 – 9/2023 Planning Committee Member, 4th Annual Chicago Gynecologic Cancer Researcher Survivor Summit, Chicago, IL, September 30, 2023.*

## SCIENTIFIC AND MEDICAL ADVISORY BOARDS

*2021 – 2023 Myriad Genetics*
*6/2023 GSK – Post-ASCO 2023 Advisory Board*
*5/2024 Merck – Post-SGO 2024 Advisory Board*

## EDITORIAL BOARDS SERVICE

Section Editor – Gynecologic Oncology
*2024 – Present Advances in Oncology, Vol. 5*
Executive Deputy Editor (Gyn Sub-Specialties)
*2023 – Present Journal of Minimally Invasive Gynecology (JMIG)*
Editorial Board
*2017 – 2023 Journal of Minimally Invasive Gynecology (JMIG)*
Ad Hoc Reviewer
*2021 – Present Gynecologic Oncology*
*2022 – Present American Journal of Obstetrics & Gynecology (AJOG)*

## GRANT PROPOSALS SUBMITTED

***Dixon Translational Research Grants Initiative: Innovation Award***

Project Title: The Effects of Cisplatin Based Heated Intra-Peritoneal Chemotherapy (HIPEC) on Ovarian Cancer DNA Damage & Repair: Exploring new markers to predict platinum free interval.

Objective: To understand how DNA damage caused by cisplatin based HIPEC on ovarian cancer cells prolongs and helps predict post-treatment platinum free interval. The project also aims to identify if cisplatin based HIPEC causes differential expression of genes in DNA damage response pathways that could be correlated with prolonged platinum free interval.

Status: Not Funded

***Gateway Foundation for Cancer Research***

Project Title: A Phase II Trial of Pembrolizumab and Lenvatinib in Combination with Radiation Therapy for the Treatment of Stage I-III Clear Cell Endometrial Cancer.

Objective: This project aims to evaluate the efficacy of pembrolizumab and lenvatinib in the treatment of the clear cell variant of endometrial cancer. Based on data from a clinical trial that demonstrated a response rate of up to 67% in women with clear cell endometrial cancer, we hypothesize the combination of pembrolizumab & lenvatinib would be a better regimen than chemotherapy in the primary adjuvant setting.

Status: Not Funded

***Foundation for Women's Cancer Diversity and Inclusion Health Equity Research Grant***

Project Title: Creating a Centralized Clinical Trial Database and Patient Navigation System to Increase Access, Enrollment and Retention of Minority Women in Gynecologic Oncology Clinical Trials.

Objective: To develop a multi-institutional, centralized database and patient navigation system to help minority women with gynecologic malignancies better understand, access, and enroll in clinical trials. This program would aim to increase representation of women of color in gynecologic oncology clinical trials as a way to narrow the racial equity gap that exists in gynecologic cancer care delivery.

Status: Not Funded

## GRANTS AND SPONSORED AWARDS

Grant Title: NCI P20 CA233304-01A1 (Simon PI); The Northwestern University Cancer Health Equity Research SPORE (NU-CHERS)

Dates: April 2021 – August 2023

Role: Clinical Co-Leader Research Project 1: Understanding Racial Disparity in Endometrial Cancer through Tumor Genomics

Objective: The major role of this project is to understand molecular based disparities in gynecologic cancers to provide an improved prevention, early detection, and treatment for such cancers.

Grant Title: Enhancing Access to Cancer Trials for Minority Women across Chicago (EMPACT Chicago)
Dates: January 2022 – January 2025
Funding Source: Bears Care
Amount (First Funding Round): $70,000.00
Amount (Second Funding Round): $92,000.00
Role: Grant Recipient/Principal Investigator
Objective: To develop a multi-institutional, centralized database and patient navigation system to help minority women with gynecologic malignancies better understand, access, and enroll in clinical trials. This program would aim to increase representation of women of color in gynecologic oncology clinical trials as a way to narrow the racial equity gap that exists in gynecologic cancer care delivery.

Grant Title: The Effects of Cisplatin Based Heated Intra-Peritoneal Chemotherapy (HIPEC) on Ovarian Cancer DNA Damage & Repair: Exploring new markers to predict platinum free interval.
Dates: September 2022 – September 2024
Funding Source: Friends of Prentice Grants Initiative
Amount: $79,900.00
Role: Grant Recipient/Principal Investigator
Objective: To understand how DNA damage caused by cisplatin based heated intraperitoneal chemotherapy (HIPEC) on ovarian cancer cells prolongs and helps predict post-treatment platinum free interval. The project also aims to identify if cisplatin based HIPEC causes differential expression of genes in DNA damage response pathways that could be correlated with prolonged platinum free interval.

Grant Title: Partnership to Enhance Minority Participation in Clinical Trials (EMPACT Chicago)
Dates: January 2023 – January 2024
Funding Source: The Alliance for Research in Chicagoland Communities Partnership Development Seed Grant
Amount: $7,500.00
Role: Grant Recipient/Academic Lead
Objective: This grant will foster a partnership between myself and Ms. Kimberly Richardson, who is a patient advocate. Cancer survivor and president of The Black Cancer Collaborative, a community organization. Through this partnership, we will utilize a Clinical Trial Matching tool (EMPACT Chicago) to help patient advocates better understand the process of clinical trial searching and matching. Through this partnership, we will identify 10 patient advocates (5 Blacks, 5 Latinas) and train them to use the EMPACT tool as a way to search and match patients to gynecologic cancer trials across Chicago.

SPONSORED AWARDS
Award Title: Robert A. Winn Clinical Trials Award Program
Dates: October 2021 – October 2023
Funding Source: The Bristol Myers Squibb Foundation
Amount: $240,000.00
Role: Award Recipient
Objective: The award will provide training and mentorship to strengthen partnerships between clinical investigators and communities, increase the diversity of patients enrolled in clinical trials, and enhance the development of therapeutics for all populations.

Award Title: GOG Foundation New Investigators Award
Dates: July 2022 – January 2025
Funding Source: GOG Foundation and Society of Gynecologic Oncology
Amount: $9600.00
Role: Award Recipient
Objective: Award given to new investigators with an interest in clinical trials in gynecologic cancers who wish to become more engaged with the GOG Foundation and NRG Oncology. The award provides a stipend to support registration, travel and hotel expenses for each semiannual NRG meeting.

## CLINICAL TRIALS

***Institutional Principal Investigator (PI)***

1. *5/2022 – Present*
   Phase I/II Study of REGN5668 (MUC16 X CD28, a Co-Stimulatory Bispecific) Administered in Combination with Cemiplimab or REG4018 (MUC16 x CD3) in Patients with progressive, recurrent, or refractory ovarian cancer, fallopian tube cancer, or primary peritoneal cancer.
2. *12/2022 – 1/2024*
   A Randomized, Phase 2 Study of Pembrolizumab And Chemotherapy With or Without MK-4830 as Neoadjuvant Treatment for High-Grade Serous Ovarian Cancer.
3. *3/2023 – 4/2024*
   Multicenter, open-label, phase 2 study of carboplatin plus mirvetuximab soravtansine followed by mirvetuximab soravtansine continuation in folate receptor-alpha positive, recurrent platinum-sensitive, high-grade epithelial ovarian, primary peritoneal, or fallopian tube cancers following 1 prior line of platinum-based chemotherapy.
4. *3/2024 – 3/2025*
   A Phase 1, First-in-Human, Dose Escalation and Expansion, Multicenter Study of XMT-1660 in Participants with Solid Tumors
5. *4/2024 – Present*
   A Phase II Study of Androgen Receptor (AR) Inhibition by Darolutamide in Combination with Leuprolide Acetate and Exemestane in Recurrent Adult-Type Ovarian Granulosa Cell Tumor
6. *11/2024 – Present*
   A Phase II Study Of Tailored Adjuvant Therapy In Pole-Mutated & P53-Wildtype/NSMP Early-Stage Endometrial Cancer (Rainbo Blue & Taper)

**INVITED TALKS**

***National***

1. "Prevention of Ovarian and Tubal Cancers: Current Recommendations" Bronx Lebanon Health Center Obstetrics & Gynecology Grand Rounds, Bronx, NY. [Virtual Event], November 19, 2021.

2. Scientific Plenary VI: Tumor Board – SGO Feud: Midwest vs. The Rest! Society of Gynecologic Oncology Annual Meeting on Women's Cancer. Phoenix, AZ, March 18-21, 2022.

3. "Management of the Pelvic Mass: who is it safe for me to operate on and who should I refer." Bronx Lebanon Health Center Obstetrics & Gynecology Grand Rounds, Bronx, NY. [Virtual Event], May 19, 2023.

4. "New Horizons in the Treatment and Management of Endometrial Cancer: Leveraging Immunotherapy for Improved Clinical and Economic Outcomes." National Association of Managed Care Physicians 2023 Fall Managed Care Forum, Las Vegas, NV, October 19, 2023.

5. *Moderator* - Video Session 05 – Oncology/Pelvic Pain. 52nd AAGL Global Congress on Minimally Invasive Gynecology, Nashville, TN, November 7, 2023.

6. "Patient-Focused Treatment Decisions in the Management of Endometrial Cancer: Managed Care Insights on the Evolving Role of Immunotherapy". National Association of Managed Care Physicians 2024 Fall Managed Care Forum, Las Vegas, NV, November 7, 2024.

7. "Endometrial Cancer" UCLA West Valley Medical Center CME, West Hills, CA. [Virtual Event], November 6, 2024.

8. "Prevention of Ovarian & Tubal Cancers: Current Recommendations." Bronx Lebanon Health Center Obstetrics & Gynecology Grand Rounds, Bronx, NY. [Virtual Event], April 25, 2025.

9. *Speaker/Panelist* - "Bridging the Gap: Ensuring a Broad Representation of Patients in Cancer Clinical Trials." American Association for Cancer Research Annual Meeting. Chicago, IL, April 26, 2015.

***Regional***

1. Gynecologic Oncology Tumor Board Panelist. 39th Annual Meeting of the New England Association of Gynecologic Oncologists. Bretton Woods, NH, June 7-9, 2019.

2. "Management of Obese Patients Undergoing Minimally Invasive Gynecologic Surgery." Department of Obstetrics & Gynecology Grand Rounds, University of Vermont College of Medicine, Burlington, VT, October 1, 2019.

3. "Management of the Pelvic Mass: who is it safe for me to operate on and who should I refer." Grand Rounds, AMITA Health Saints Mary and Elizabeth Medical Center. Chicago, IL. [Virtual Event], March 9, 2021.

***Local***

1. "Obesity, Diabetes and Endometrial Cancer: The Road from Translational Research to Clinical Practice." Department of Obstetrics & Gynecology Grand Rounds, University of North Carolina, Chapel Hill, NC, June 2015.

2. "Genetics and Cancer." 10th Annual Latino Cancer Control Task Force Dinner Conference, Women & Infants Hospital, Providence, RI, October 2016.

3. "Updates in the Management of Endometrial Cancer." Department of Obstetrics & Gynecology Grand Rounds, Women & Infants Hospital, Providence, RI, October 2017.

4. "Gestational Trophoblastic Disease." Department of Obstetrics & Gynecology Grand Rounds, St. Elizabeth's Medical Center, Boston, MA, May 31, 2018.

5. "Gynecologic Cancer Update." Robert H. Lurie Comprehensive Cancer Center of Northwestern University 2020 ASCO Oncology Update. [Virtual Event], July 17, 2020.

6. Panelist, Endometrial Cancer Breakout Session. "Gynecologic Survivorship Mini-Symposium: Navigating Cancer in the Time of COVID." Robert H. Lurie Comprehensive Cancer Center of Northwestern University. [Virtual Event], October 8, 2020.

7. "Updates in the Surgical & Medical Management of Endometrial Cancer." Northwestern University Lurie Cancer Center & Hematology/Oncology Grand Rounds. Chicago, IL. [Virtual Event], April 2, 2021.

8. "Gynecologic Cancer Update." Robert H. Lurie Comprehensive Cancer Center of Northwestern University 2021 ASCO Oncology Update. [Virtual Event], July 16, 2021.

9. "La Genética y los Cánceres Ginecológicos." Survive & Thrive: Gynecologic Cancer Patient and Caregiver Program. Robert H. Lurie Comprehensive Cancer Center of Northwestern University. [Virtual Event], October 16, 2021.

10. Panelist, Discussions on Cervical, Vaginal and Vulvar Cancer. Survive & Thrive: Gynecologic Cancer Patient and Caregiver Program. Robert H. Lurie Comprehensive Cancer Center of Northwestern University. [Virtual Event], October 16, 2021.

11. "Managing Advanced Endometrial Cancer in the Era of Targeted Therapy." Department of Obstetrics & Gynecology, Gynecologic Oncology Division Updates, Northwestern University Feinberg School of Medicine. [Virtual Event], January 7, 2022.

12. "Comprehensive Cancer Professional Education Webinar Series: Diagnosis, Treatment, and Survivorship." The University of Chicago Center for Continuing Medical Education. [Virtual Event], June 28, 2022.

13. "Gynecologic Cancer Update." Robert H. Lurie Comprehensive Cancer Center of Northwestern University 2022 ASCO Oncology Update. Chicago, IL, July 15, 2022.

14. “Endometrial Cancer Updates.” Survive & Thrive: Gynecologic Cancer Patient and Caregiver Program. Robert H. Lurie Comprehensive Cancer Center of Northwestern University. Chicago, IL, October 7, 2022.

15. “The Financial Toxicity of Gynecological Cancers.” Center for Health Equity Transformation (CHET) Chat Spotlight Series. [Virtual Event], September 30, 2022.

16. “Cánceres Ginecológicos.” Presentation to Asociación Latina de Asistencia y Prevención del Cáncer de Mama (ALAS). [Virtual Event], May 24, 2023.

17. “Gynecologic Cancer Update.” Robert H. Lurie Comprehensive Cancer Center of Northwestern University 2023 ASCO Oncology Update. Chicago, IL, July 21, 2023.

18. “Healthcare Disparities in Gynecologic Oncology.” Survive & Thrive: Gynecologic Cancer Patient and Caregiver Program. Robert H. Lurie Comprehensive Cancer Center of Northwestern University. Chicago, IL, September 29, 2023.

19. “Enhancing Clinical Trial Enrollment & Retention.” 4th Annual Chicago Gynecologic Cancer Researcher Survivor Summit, Chicago, IL, September 30, 2023.

20. *Panelist* - “Increasing Gynecologic Cancers Awareness.” His & Her Health Education Event with Run from Prostate Cancer, Chicago, IL, October 21, 2023.

21. “Gynecologic Oncology Lab Social.” Community Engagement Event Sponsored by The Robert H. Lurie Comprehensive Cancer Center of Northwestern University, Chicago, IL, April 5, 2024.

22. “Enhancing Diversity in Clinical Trials.” Survive & Thrive: Gynecologic Cancer Patient and Caregiver Program. Robert H. Lurie Comprehensive Cancer Center of Northwestern University. Chicago, IL, September 20, 2024.

23. *Panelist* – National Clinical Trials Day: Clinical Trial Equity. Robert H. Lurie Comprehensive Cancer Center of Northwestern University. [Virtual Event], May 27, 2025.

24. “Asociación entre la Genética y los Cánceres Ginecológicos.” Gynecologic Cancer Awareness Community Event. Casa Guanajuato. Chicago, IL, September 24, 2025.

## PUBLICATIONS AND SCHOLARLY WORKS

JOURNAL ARTICLES *(h-index 13)*

***Peer-Reviewed Original Investigations***

1. **Roque DR**, Neill JL, Antoon JW, Stevens EP. Synthesis of 1,2,3-Triazoles by Cycloadditions of Azides with Enol Ethers. Synthesis 2005; 15: 2497–2502. DOI: 10.1055/s-2005-872116

2. **Roque DR,** Cronin B, Robison K, Lopes V, Rizack T, Dizon DS. The effects of age on treatment and outcomes in women with stages IB1-IIB cervical cancer. J Geriatr Oncol. 2013; 4: 374-81. DOI: 10.1016/j.jgo.2013.07.002

3. Robison K, **Roque D**, McCourt C, Stuckey A, Disilvestro PA, Sung CJ, Steinhoff M, Granai CO, Moore RG. Long-term follow-up of vulvar cancer patients evaluated with sentinel lymph node biopsy alone. Gynecol Oncol. 2014; 133: 416-20. DOI: 10.1016/j.ygyno.2014.03.010

4. **Roque DR,** Robison K, Raker, CA, Wharton GG, Frishman GN. The accuracy of surgeons' provided estimates for the duration of hysterectomies: A pilot study. J Minim Invasive Gynecol. 2015; 22: 57-65. DOI: 10.1016/j.jmig.2014.07.004

5. Wysham WZ, Kim KH, Roberts JM, Sullivan SA, Campbell SB, **Roque DR**, Moore DT, Gehrig PA, Boggess JF, Soper JT, Huh WK. Obesity and perioperative pulmonary complications in robotic gynecologic surgery. Am J Obstet Gynecol. 2015; 213: 33.e1-33.e7. DOI: 10.1016/j.ajog.2015.01.033

6. Yuan L, Sheng X, Willson AK, **Roque DR**, Stine JE, Guo H, Jones HM, Zhou C, Bae-Jump VL. Glutamine promotes ovarian cancer cell proliferation through the mTOR/S6 pathway. Endoc Relat Cancer. 2015; 22: 577-91. DOI: 10.1530/ERC-15-0192

7. Zhang C, **Roque D**, Ehrisman JA, DiSanto N, Broadwater G, Doll KM, Gehrig PG, Alvarez-Secord A, Havrilesky LJ. Lumbee Native American ancestry and the incidence of aggressive histologic sub-types of endometrial cancer. Gynecologic Oncology Reports. 2015; 3: 49-52. DOI: 10.1016/j.gore.2015.06.004

8. Han J, Zhang L, Guo H, Wysham WZ, **Roque DR**, Willson AK, Sheng X, Zhou C, Bae-Jump VL. Glucose promotes cell proliferation, glucose uptake and invasion in endometrial cancer cells via AMPK/mTOR/S6 and MAPK signaling. Gynecol Oncol. 2015; 138: 668-75. DOI: 10.1016/j.ygyno.2015.06.036

9. Kong W, Lv N, Wysham WZ, **Roque DR**, Zhang T, Jiao S, Song D, Chen J, Bae-Jump VL, Zhou C. Knockdown of hTERT and treatment with BIBR1532 inhibit cell proliferation and invasion in endometrial cancer cells. Journal of Cancer. 2015; 6: 1337-45. DOI: 10.7150/jca.13054

10. **Roque DR**, Taylor K, Palisoul M, Wysham WZ, Milam B, Robison K, Gehrig PA, Raker C, Kim KH. Gemcitabine and docetaxel compared to observation, radiation or other chemotherapy regimens as adjuvant treatment for Stage I-IV uterine leiomyosarcoma. Int J Gynecol Cancer. 2015; 26: 505-11. DOI: 10.1097/IGC.0000000000000634

11. **Roque DR,** Makowski L, Chen TH, Rashid N, Hayes DN, Bae-Jump VL. Association between differential gene expression and body mass index among endometrial cancers from The Cancer Genome Atlas Project. Gynecol Oncol. 2016; 142: 317-22. DOI: 10.1016/j.ygyno.2016.06.006

12. Wysham WZ, **Roque DR,** Han J, Zhang L, Guo H, Gehrig PA, Zhou C, Vae-Jump VL. Effects of Fatty Acid Synthase Inhibition by Orlistat on Proliferation of Endometrial Cancer Cell Lines. Target Oncol. 2016; 11: 763-69. DOI: 10.1007/s11523-016-0442-9

13. Wysham WZ, Schaffer EM, Coles T, **Roque DR,** Wheeler SB, Kim KH. Adding bevacizumab to single agent chemotherapy for the treatment of platinum-resistant recurrent ovarian cancer: A cost effectiveness analysis of the AURELIA trial. Gynecol Oncol. 2017; 145: 340-45. DOI:10.1016/j.ygyno.2017.02.039

14. **Roque DR,** Zhang L, Wysham WZ, Han J, Sun W, Yin Y, Livingston JN, Batchelor KW, Zhou C, Bae-Jump VL. The Effects of NT-1044, a Novel AMPK Activator, on Endometrial Cancer Cell Proliferation, Apoptosis, Cell Stress and In Vivo Tumor Growth. Front. Oncol. 2021; 11: 3064. DOI: 10.3389/fonc.2021.690435

15. Barber EL, Garg R, Strohl A, **Roque D,** Tanner E. Feasibility and Prediction of Adverse Events in a Postoperative Monitoring Program of Patient-Reported Outcomes and a Wearable Device among Gynecologic Oncology Patients. JCO Clinical Cancer Informatics. 2022; Mar; 6:e2100167. DOI: 10.1200/CCI.21.00167.

16. Steinberg JR, Turner BE, DiTosto JD, Weeks BT, Young AMP, Lu CF, Wolgemuth T, Holder K, Laasiri N, Squires N, Zhang N, Richardson MT, Magnani CJ, Anderson JN, **Roque DR**, Yee LM. Race and Ethnicity Reporting and Representation in Obstetrics and Gynecology Clinical Trials and Publications From 2007-2020. JAMA Surg. 2022; 158: 181-190. DOI: 10.1001/jamasurg.2022.6600

17. Asif H, Foley G, Simon M, **Roque D**, Kim JJ. Analysis of endometrial carcinoma TCGA reveals differences in DNA methylation in tumors from Black and White women. Gynecol Oncol. 2022; 170: 1-10. DOI: 10.1016/j.ygyno.2022.12.011

18. Xu G, Zhao Z, Wysham WZ, **Roque DR**, Fang Z, Sun W, Yin Y, Deng B, Shen X, Zhou C, Bae-Jump V. Orlistat exerts anti-obesity and anti-tumorigenic effects in a transgenic mouse model of endometrial cancer. Front. Oncol. 2023; 13: 1219923. DOI: 10.3389/fonc.2023.1219923

19. Foley OW, Vega B, **Roque D**, Hinchcliff E, Marcus J, Tanner EJ, Barber EL. Characterization of pre-operative anemia in patients undergoing surgery by a gynecologic oncologist and association with post-operative complications. Int J Gynecol Cancer. 2023. DOI: 10.1136/ijgc-2023-004539

20. Steinberg JR, DiTosto JD, Turner BE, Roque DR, Yee LM. Obstetric Clinical Trial Diversity: Analysis of Trial Focus and Representation From 2007 to 2020 (Research Letter). Obstet Gynecol. 2023; 142(4): 840-43. DOI: 10.1097/AOG.0000000000005330

21. Richardson MT, Barry D, Steinberg JR, Thirunavu V, Strom DE, Holder K, Zhang N, Turner BE, Magnani CJ, Weeks BT, Young AMP, Lu CF, Wolgemuth TR, Laasiri N, Squires NA, Anderson JN, Karlan BY, Chan JK, Kapp DS, **Roque DR**, Salani R. Underrepresentation of racial and ethnic minority groups in gynecologic oncology: An analysis of over 250 trials. Gynecol Oncol. 2024; 181: 1-7. DOI: 10.1016/j.ygyno.2023.12.001

22. Gaba F, Ash K, Blyuss O, Bizzarri N, Kamfwa P, Saiz A, Cibula D, **Go Soar Collaborators**. International variations in surgical morbidity and mortality post gynaecological oncology surgery: A global gynaecological oncology surgical outcomes collaborate led study (GO SOAR1). *Cancers* 2023;15(20):5001.

23. Steinberg JR, Ditosto JD, Turner BE, Pacheco-Young AM, Zhang N, Strom D, Andebrhan S, Perry MF, Barry D, Holder K, Squires NA, Anderson JN, Richardson MT, **Roque DR**, Yee LM. Principal investigator gender and clinical trial success: analysis of over 3000 obstetrics and gynecology trials. AJOG Global Reports. 2025; 5(1). doi.org/10.1016/j.xagr.2024.100427.

***Invited Reviews and Commentaries***

1. **Roque DR**, Dizon DS. New advances in the treatment of endometrial cancer. Clin. Invest. 2011; 1: 413-22. DOI: 10.4155/cli.11.7

2. **Roque DR**, Wysham WZ, Soper JT. The surgical management of cervical cancer: An overview and literature review. Obstet Gynecol Survey. 2014; 69: 426-41. DOI: 10.1097/OGX.0000000000000089

3. Wysham WZ, **Roque DR**, Soper JT. Uses of topical hemostatic agents in gynecologic surgery. Obstet Gynecol Surv. 2014; 69: 557-63. DOI: 10.1097/OGX.0000000000000106

4. **Roque DR,** Hinchcliff E, Alter R, Barber EL, Marcus J, Tanner E. Surgical training in gynecologic oncology: A sea change. J Gynecol Surg. 2022; 38(6): 393-96. DOI: 10.1089/gyn.2022.0025393

5. Towner M, Kim J, Simon MA, Matei D, **Roque D.** Disparities in gynecologic cancer incidence, treatment, and survival: a narrative review of outcomes among Black and White women in the United States. Int J Gynecol Cancer. 2022; 32: 931-938. DOI: 10.1136/ijgc-2022-003476.

6. Barry D, Steinberg JR, Towner M, Barber EL, Simon M, **Roque DR**. Enrollment of racial and ethnic minoritized groups in gynecologic oncology clinical trials: a review of the scope of the problem, contributing factors, and strategies to improve inclusion. Clin Obst Gynecol. 2023; 66(1): 22-35. DOI: 10.1097/GRF.0000000000000765

7. Petrozza J, Fitz V, Bhagavath B, Carugno J, Kwal J, Mikhail E, Nash M, Barakzai SK, **Roque DR**, Bregar AJ, Findley J, Neblett M, Flyckt R, Khan Z, Lindheim SR. Surgical approach to four different reproductive pathologies by three different gynecologic subspecialties: More similarities or differences? Fertility and Sterility. 2022; 119(3): 377-389. DOI: 10.1016/j.fertnstert.2022.12.032

***Case Reports, Letters and Editorials***

1. **Roque DR,** MacLaughlan S, Tejada-Bergés T. Necrotizing infection of the breast after core needle biopsy. Breast J. 2013; 19: 201-2. DOI: 10.1111/tbj.12088

2. **Roque DR**, Clarke-Pearson D. Gynecologic Oncology Consult: Ovarian cancer screening has more "harms" than "benefit." OBGYN News. Jan 13, 2014. Available at: http://www.obgynnews.com/single-view/ovarian-cancer-screening-has-more-harms-than-benefit/e8a111ec13f7fc91cdb61d253a9d4160.html

3. Clarke-Pearson D, **Roque DR**. Gynecologic Oncology Consult: Ruling out malignancy in setting of an adnexal mass. OBGYN News. March 13, 2014. Available at: http://www.obgynnews.com/specialty-focus/gynecology/single-article-page/gynecologic-oncology-consult-ruling-out-malignancy-in-setting-of-an-adnexal-mass/89a9e853c225fc81613eee687b486fe2.html

4. **Roque DR**, Clarke-Pearson D. Gynecologic Oncology Consult: Pre-op risk assessment, prophylaxis for VTE. OBGYN News. November 12, 2014. Available at: http://www.obgynnews.com/topics/gynecologic-oncology/single-article-page/gynecologic-oncology-consult-preop-risk-assessment-prophylaxis-for-vte.html

5. Wysham WZ, **Roque DR**, Soper JT. Gynecologic Oncology Consult: Use of topical hemostatic agents in gynecologic surgery. OBGYN News. December 16, 2014. Available at: http://www.obgynnews.com/views/gynecologic-oncology-consult/blog/use-of-topical-hemostatic-agents-in-gynecologic-surgery/5d98fb0df4a6cef2fc1d85fc0e2bd931.html

6. **Roque DR**, Clarke-Pearson, D. Treating VTE in patients with gynecologic malignancies. OncologyPractice.com. February 6, 2015. Available at: http://www.oncologypractice.com/home/article/treating-vte-in-patients-with-gynecologic-malignancies/59c0cc379792e6ad6434f99b3f6d326f.html

7. **Roque DR.** Use of historical case duration data for estimating the duration of future cases: Reply to Letter to the Editor. J Minim Invasive Gynecol. 2015; 22: 917-918. DOI: 10.1016/j.jmig.2015.04.002

8. **Roque DR,** Matei DM. Paclitaxel and Carboplatin for Uterine Carcinosarcoma: A Path to Inclusion. J Clin Oncol. 2022; 40: 924-926. DOI: 10.1200/JCO.21.02667

9. Domenech-Gonzalez I, Wang C, Bharadwa S, **Roque DR.** Meigs' Syndrome: A Minimally Invasive Approach for a Large Ovarian Mass. JMIG. 2025; 32(1): 3-4. DOI: 10.1016/j.jmig.2024.07.017

10. Wang CC, Krivenko O, **Roque DR**. The Role of Video-Based Coaching in Gynecologic Surgery: A Tool for Continuous Improvement. JMIG. 2025; 32(3): 201-202. DOI: 10.1016/j.jmig.2025.02.001.

BOOK CHAPTERS

1. **Roque DR**, Boggess J. "Robotic surgery for endometrial cancer in obese women." *Chirurgie robotisée des cancers gynécologiques.* Eds. Fabrice Narducci & Eric Lambaudie. Elsevier Masson, 2015.

2. **Roque DR,** Dizon DS. "Prophylactic Oophorectomy for Patients with Germline BRCA Mutations." *Managing BRCA Mutation Carriers.* Ed. Anees Chagpar. Springer, 2017.

3. **Roque DR,** Urh A, Kalife ET. "Gestational Trophoblastic Disease." *DeckerMed E-Learning: OB/GYN* Ed. Errol Norwitz, MD, PhD. https://www.deckerip.com/products/obsterics-and-gyneclogy/, 2017.

4. **Roque DR,** Wang V. "Malignant Vaginal Neoplasms." *DeckerMed E-Learning: OB/GYN* Ed. Errol Norwitz, MD, PhD. https://www.deckerip.com/products/obsterics-and-gyneclogy/, 2019.

5. Hicks-Courrant, K**, Roque DR**. "Vulvar Cancer." *DeckerMed E-Learning: OB/GYN* Ed. Errol Norwitz, MD, PhD. https://www.deckerip.com/products/obsterics-and-gyneclogy/, 2019.

6. Grubbs, A, Barber E, **Roque DR.** "HealthCare Disparities in Gynecologic Oncology." *Advances in Oncology, Vol. 2.* Ed. Leonidas C. Platanias. Elsevier, 2022; 1: 119-128. DOI: 10.1016/j.yao.2022.02.003.

ORAL ABSTRACTS

1. **Roque DR***, MacLaughlan S, Tejada-Bergés T. Necrotizing Infection of the Breast in a Patient with Invasive Ductal Carcinoma. 30th Annual Meeting of the New England Association of Gynecologic Oncologists. Booth Bay Harbor, ME, June 11-13, 2010.

2. **Roque DR***, Robison K, Stuckey A, McCourt C, Tejada-Bergés T, DiSilvestro P, Granai CO, Steinhoff M, Moore RG. Sentinel lymph node biopsy alone with conservative management in women diagnosed with a vulvar cancer. 32nd Annual Meeting of the New England Association of Gynecologic Oncologists. Bar Harbor, ME, June 8-10, 2012.

3. **Roque DR*,** Cronin B, Robison K, Rizack T, Lopes V, Frishman G, Dizon DS. The effects of age on treatment and outcomes in women with stage IB-IIB cervical cancer. 32nd Annual Meeting of the New England Association of Gynecologic Oncologists. Bar Harbor, ME, June 8-10, 2012.

4. **Roque DR*,** Robison K, Raker C, Wharton G, Frishman G. Surgeons' Prediction of Hysterectomy Operative Times Compared to a Computer Generated Estimate. 42nd AAGL Global Congress of Minimally Invasive Gynecology. Washington, DC, November 10-14, 2013.

5. Moore RG*, **Roque DR**, McCourt CM, Stuckey AR, DiSilvestro PA, Sung J, Steinhoff M, Granai CO, Robison K. "Isolated Sentinel Lymph Node Biopsy with Conservative Management in Women Diagnosed with Vulvar Cancer." Society of Gynecologic Oncology Annual Meeting on Women's Cancer. Tampa, FL, March 22-25, 2014.

6. Taylor K, Palisoul M, **Roque DR***, Kim KH, Wysham WZ, Gehrig PA, Raker C, Robison K. "Gemcitabine and docetaxel compared to alternative chemotherapy regimens as adjuvant treatment for uterine leiomyosarcoma." 34th Annual Meeting of the New England Association of Gynecologic Oncologists. Newport, RI, June 6-8, 2014.

7. Milam B*, **Roque DR,** Taylor K, Palisoul M, Wysham WZ, Robison K, Gehrig PA, Raker C, Kim KH. Gemcitabine and docetaxel compared to radiation or other chemotherapy regimens as adjuvant treatment for Stage I-IV uterine leiomyosarcoma. 29th Annual Meeting of the Mid-Atlantic Gynecological Oncology Society. Chapel Hill, NC, October 23-25, 2014.

8. Zhang C*, **Roque DR,** Ehrisman JA, DiSanto N, Broadwater G, Doll KM, Gehrig PA, Alvarez-Secord A, Havrilesky LJ. Relationship between Lumbee ancestry and incidence of aggressive histologic sub-types of endometrial cancer. 29th Annual Meeting of the Mid-Atlantic Gynecological Oncology Society. Chapel Hill, NC, October 23-25, 2014.

9. **Roque DR*,** Dizon AM, Rambally B, O'Connor S, Gehrig PA, Denslow SA, Bae-Jump VL. Expression of the estrogen receptor, progesterone receptor and PTEN in endometrial cancers from women with Type II diabetes mellitus. 29th Annual Meeting of the Mid-Atlantic Gynecological Oncology Society. Chapel Hill, NC, October 23-25, 2014.

10. **Roque DR*,** Schuler KM, Rambally BS, Sampey B, Everett R, Thakker D, Gherig PA, O'Connor S, Makowski L, Bae-Jump VL. Molecular and metabolic differences of treatment responders versus non-responders in a phase 0 clinical trial of metformin in endometrial cancer. 35th Annual Meeting of the New England Association of Gynecologic Oncologists. Kennebunkport, ME, June 12-14, 2015.

11. **Roque DR*,** Wysham WZ, Zhou C, Batchelor KW, Bae-Jump VL. The effects of NT-1044, a novel AMPK activator, on endometrial cancer cell proliferation, apoptosis and cell stress. 35th Annual Meeting of the New England Association of Gynecologic Oncologists. Kennebunkport, ME, June 12-14, 2015.

12. Staley SA, **Roque DR***, Schuler KM, Rambally BS, Sampey B, Everett R, Thakker D, Gehrig PA, O'Connor S, Makowski L, Bae-Jump VL. Molecular and metabolic differences of treatment responders versus non-responders in a phase 0 clinical trial of metformin in endometrial cancer. Society of Gynecologic Oncology Annual Meeting on Women's Cancer. San Diego, CA, March 19-22, 2016.

13. Cohen M*, Mathews C, Kalife E, **Roque DR**. Non-Squamous Malignant Transformation of Mature Cystic Teratoma: A Case Series and Literature Review. 37th Annual Meeting of the New England Association of Gynecologic Oncologists. Mystic, CT, June 2-4, 2017.

14. Jorgensen K*, Boruta D, **Roque DR.** Response to Pembrolizumab in Clear Cell Endometrial Cancer with MSI-H. 39th Annual Meeting of the New England Association of Gynecologic Oncologists. Bretton Woods, NH, June 7-9, 2019.

15. Richardson MT, Barry D, Steinberg JR, Thirunavu V, Strom DE, Turner BE, Magnani CJ, Weeks BT, Pacheco-Young AM, Lu CF, Wolgemuth TR, Laasiri N, Squires NA, Anderson JN, Zhang N, Yee LM, **Roque DR**, Salani R. Racial/ethnic Minority Under-Enrollment in Gynecologic Oncology: An analysis of over 350 Clinical Trials. Society of Gynecologic Oncology Annual Meeting on Women's Cancer. Tampa, FL, March 25-28, 2023.

16. Foley OW, Vega B, Tasker N, Jayaram L, **Roque D,** Hinchcliff E, Marcus J, Tanner E, Barber EL. Evaluation of a quality improvement initiative to screen for and treat nutritional causes of anemia in patients with gynecologic malignancies on systemic treatment. OncLive Fellow's Forum. Austin, TX, April 18-20, 2024.

POSTER ABSTRACTS

1. **Roque DR***, Stevens EP. Synthesis of 1,2,3-Triazoles by Azide-Enol Ether Cycloadditions. P 56th Regional Meeting of the American Chemical Society. Research Triangle Park, NC, November 10-13, 2004.

2. **Roque DR*,** Cronin B, Robison K, Lopes V, Frishman G, Rizack T, Dizon DS. The effects of age on treatment and outcomes in women with stage IB-IIB cervical cancer. ASCO 2012 Annual Meeting. Chicago, IL, June 1-5, 2012.

3. Casey J*, Jackson A**,** Stine J, Moore D, Snavely A, **Roque DR**, Wysham W, Van Le L, Gehrig P, Kim K. "The influence of obesity upon the survival of cervical cancer patients undergoing non-surgical therapy." Society of Gynecologic Oncology Annual Meeting. Tampa, FL, March 22-25, 2014.

4. Jackson A*, Orrey D, Casey J, White B, Moore D, Snavely A, **Roque DR**, Wysham W, Stine J, Kim K. "The influence of obesity upon the survival of cervical cancer patients." Society of Gynecologic Oncology Annual Meeting on Women's Cancer. Tampa, FL, March 22-25, 2014.

5. Wysham WZ*, Kim KH, Roberts J, Sullivan S, Bhullar S, **Roque DR**, Moore DT, Gehrig PA, Boggess J, Huh WK. Obesity and robotic surgery: Associated ventilator indices and perioperative pulmonary complications. ASCO 2014 Annual Meeting. Chicago, IL, May 30-June 3, 2014.

6. **Roque DR*,** Yuan L, Wysham WZ, Zhou C, Bae-Jump VL. Glutamine supports ovarian cancer cell proliferation through modulation of the mTOR/S6 pathway. Society of Gynecologic Oncology 20th Annual Winter Meeting. Salt Lake City, UT, February 19-21, 2015.
7. **Roque DR*,** Milam B, Taylor K, Palisoul M, Wysham WZ, Robison K, Gehrig PA, Raker C, Kim KH. Gemcitabine and docetaxel compared to radiation or other chemotherapy regimens as adjuvant treatment for Stage I-IV uterine leiomyosarcoma. Society of Gynecologic Oncology Annual Meeting on Women's Cancer. Chicago, IL, March 28-31, 2015.

8. **Roque DR*,** Yuan L, Wysham WZ, Zhou C, Bae-Jump VL. The interaction between glutamine and the mTOR pathway in ovarian cancer cell proliferation and metabolism. Society of Gynecologic Oncology Annual Meeting on Women's Cancer. Chicago, IL, March 28-31, 2015.

9. **Roque DR***, Wysham WZ, Zhou C, Batchelor K, Brewster WR, Bae-Jump VL. The effects of NT-1044, a novel AMPK activator, on endometrial cancer cell proliferation and apoptosis. American Association for Cancer Research Annual Meeting. Philadelphia, PA, April 18-22, 2015.

10. **Roque DR*,** Dizon AM, Rambally BS, O'Connor S, Gehrig PA, Denslow SA, Bae-Jump VL. Expression of the estrogen receptor, progesterone receptor and PTEN in endometrial cancers from women with Type II diabetes mellitus. American Association for Cancer Research Annual Meeting. Philadelphia, PA, April 18-22, 2015.

11. **Roque DR*,** Dizon AM, Rambally BS, O'Connor S, Gehrig PA, Denslow SA, Bae-Jump VL. Does metformin use affect transporter, hormone receptor and mTOR pathway target expression in endometrial cancers of women with Type II diabetes mellitus? ASCO 2015 Annual Meeting. Chicago, IL, May 29-June 2, 2015.

12. Schaffer EM*, Coles TM, Wysham WZ, **Roque DR**, Kim KH, Wheeler SB. Adding bevacizumab to single-agent chemotherapy for the treatment of platinum-resistant recurrent ovarian cancer: A cost-effectiveness analysis of the AURELIA trial. ISPOR 18th Annual European Congress. Milan, Italy, November 7-11, 2015.

13. Wysham WZ*, Schaffer EM, Coles TM, **Roque DR**, Wheeler SB, Kim KH. Adding bevacizumab to single-agent chemotherapy for the treatment of platinum-resistant recurrent ovarian cancer: A cost-effectiveness analysis of the AURELIA trial. Society of Gynecologic Oncology 47th Annual Meeting on Women's Cancer. San Diego, CA, March 19-22, 2016.

14. **Roque DR*,** Wysham WZ, Gehrig PA, Wheeler, SB, Kim KH. Cost-effectiveness of peri-operative thromboprophylaxis in women undergoing laparoscopic surgery for a gynecologic malignancy. Society of Gynecologic Oncology 47th Annual Meeting on Women's Cancer. San Diego, CA, March 19-22, 2016.

15. Wysham WZ*, **Roque DR,** Han J, Guo H, Zhang L, Gehrig PA, Van Le L, Zhou C, Bae-Jump VL. Orlistat decreases endometrial cancer cell proliferation: implications for a novel treatment strategy. American Association for Cancer Research Annual Meeting. New Orleans, LA, April 16-20, 2016.

16. **Roque DR***, Wysham WZ, Zhou C, Batchelor K, Brewster WR, Bae-Jump VL. The effects of NT-1044, a novel AMPK activator, on endometrial cancer cell proliferation, apoptosis, cell stress and tumor growth. American Association for Cancer Research Annual Meeting. New Orleans, LA, April 16-20, 2016.

17. **Roque DR*,** Jeck W, Hayes DN, Dizon AM, Clark LH, Pierce S, Wysham WZ, Castellano T, Gehrig PA, Bae-Jump VL. Multiple PI3K pathway mutations predominate in low stage endometrial carcinomas. American Association for Cancer Research Annual Meeting. New Orleans, LA, April 16-20, 2016.

18. **Roque DR*,** Castellano T, Hayes DN, Dizon AM, Clark LH, Pierce S, Wysham WZ, Gehrig PA, Bae-Jump VL. Genetic variations in endometrial cancer by histology, stage and BMI. ASCO 2016 Annual Meeting. Chicago, IL, June 3-7, 2016.

19. Sullivan SA*, Sripad AA, Desravines N, **Roque DR,** Hayes DN, Bae-Jump VL, Rossi EC. Genomic profiling of lymph node metastases in endometrial cancer and association with volume of metastasis. Society of Gynecologic Oncology 23rd Annual Winter Meeting. Snowmass, CO, February 8-10, 2018.

20. Kleiner JE*, Cohen M, Aluthge DP, Sinha I, **Roque DR.** Predicting thromboembolism after total abdominal hysterectomy in gynecologic oncology patients using machine learning: A national database study. Society of Gynecologic Oncology 49th Annual Meeting on Women's Cancer. New Orleans, LA, March 24-27, 2018.

21. Sullivan SA*, Sripad AA, Desravines N, **Roque DR,** Hayes DN, Bae-Jump VL, Rossi EC. Genomic profiling of lymph node metastases in endometrial cancer and association with volume of metastasis. ASCO 2018 Annual Meeting. Chicago, IL, June 1-5, 2018.

22. Steinberg JR*, Turner BE, DiTosto JD, Pacheco-Young AM*, Zhang N, Lu CF, Wolgemuth TR, Laasiri N, Holder KN, Weeks BT, Richardson MT, Anderson JN, Squires NA, **Roque DR,** Yee LM. Race in US Gynecologic Oncology Clinical Trials: An Analysis of reporting & Representation from 2007-2020. Society of Gynecologic Oncology Annual Meeting on Women's Cancer. Phoenix, AZ, March 18-21, 2022.

23. Foley OW*, Vega B, **Roque D**, Hinchcliff E, Marcus J, Tanner, E, Barber E. Nutritional causes of anemia among patients with gynecologic malignancies receiving systemic cancer directed therapy. Society of Gynecologic Oncology 2023 Winter Meeting. Whistler, BC, February 2-4, 2023.

24. Strom DE*, Steinberg JR, DiTosto JD, Barry D, Turner BE, Zhang N, Pacheco-Young AM, Andebrhan S, Perry M, Holder K, Laasiri N, Squires NA, Anderson JN, Weeks BT, Richardson MT, Yee LM, **Roque DR.** A 'Partial Response' to the Treatment of Gender Inequity: A Multivariable Analysis of Principle Investigator Sex in Gynecology Oncology Clinical Trials. Society of Gynecologic Oncology Annual Meeting on Women's Cancer. Tampa, FL, March 25-28, 2023.

25. Barry D*, Richardson MT, Steinberg JR, Thirunavu V, Strom D, Turner B, Weeks B, Laasiri N, Squires N, Anderson J, Young AM, Andebrhan S, Perry M, Zhang N, Holder K, **Roque D**, Salani R. Principal investigator gender and trial success in gynecologic oncology clinical trials. Society of Gynecologic Oncology Annual Meeting on Women's Cancer. Tampa, FL, March 25-28, 2023.

26. E, Barber E, Foley OW*, Vega B, **Roque DR**, Hinchcliff E, Marcus J, Tanner. Characterization of preoperative anemia in patients undergoing surgery by a gynecologic oncologist and association with postoperative complications. Society of Gynecologic Oncology Annual Meeting on Women's Cancer. Tampa, FL, March 25-28, 2023.

27. Hinchcliff E*, Bazzi L, Saiz A, **Roque D**, Tanner E, Shafer A, Kim K. Time to SLOE down: Analyzing the adoption of a standard letter of evaluation (SLOE) in gynecologic oncology. Society of Gynecologic Oncology Annual Meeting on Women's Cancer. Tampa, FL, March 25-28, 2023.

28. Poyser L*, Jasper J, Tratner J, Cogan E, Alvarez R, Brufsky A, Chan J, Coleman R, Dietrich M, Ellison M, Eskander R, Gillman J, Hodeib M, Lewin S, McHugh T, Monk B, Nye L, Reid R, Rodriguez P, **Roque D**, Schwartzberg L, Tillmanns T, Cummings S, Slavin T. Development and user insights of a novel real-world treatment registry that combines germline hereditary cancer, tumor mutational landscape, and homologous recombination deficiency data with patient clinical characteristics. Society of Gynecologic Oncology Annual Meeting on Women's Cancer. Tampa, FL, March 25-28, 2023.

29. Winer IS, O'Cearbhaill RE, Bouberhan S, Hays JL, Wenham RM, Roque DR, Yeku OO, Liu JF, Wang B, Yoo SY, Govindraj S, Zhu M, Brouwer-Visser J, Peterman MJ, Barnes B, Lowy I, Knorr D, Uldrick TS, Miller EA. REGN5668 (MUC16xCD28 bispecific antibody) with cemiplimab (anti-PD-1 antibody) in recurrent ovarian cancer: Phase I dose-escalation study. ESMO Immuno-Oncology Congress 2023. Geneva, Switzerland, December 6-8, 2023.

30. Foley OW, Vega B, Tasker N, Jayaram L, **Roque D,** Hinchcliff E, Marcus J, Tanner E, Barber EL. Evaluation of a quality improvement initiative to screen for and treat nutritional causes of anemia in patients with gynecologic malignancies on systemic treatment. Society of Gynecologic Oncology Annual Meeting. March 16-18, 2024. San Diego, CA

PUBLICATION ONLY ABSTRACTS

1. **Roque DR**, Pierce SR, Doll KM, Davidson B, Jackson AL, Ko EM, Moore DT, Gehrig PA, Alvarez Secord A, Havrilesky LJ and Bae-Jump VL. "Endometrial cancer outcomes in hypertensive women treated with beta-blockers." ASCO 2014 Annual Meeting. Chicago, IL, May 30-June 3, 2014.

2. **Roque DR,** Schuler KM, Rambally BS, Sampey B, Everett R, Thakker D, Gehrig PA, O'Connor S, Makowski L, Bae-Jump VL. Molecular and metabolic differences of treatment responders versus non-responders in a phase 0 clinical trial of metformin in endometrial cancer. ASCO 2015 Annual Meeting. Chicago, IL, May 29-June 2, 2015.

3. Jeck W, **Roque DR,** Hayes DN, Dizon AM, Clark LH, Pierce S, Wysham WZ, Gehrig PA, Bae-Jump VL. Frequency of multiple PIK3CA and PK3R1 concurrent mutations in endometrial cancers. ASCO 2015 Annual Meeting. Chicago, IL, May 29-June 2, 2015.

4. Castellano T, **Roque DR**, Clark LH, Naim R, Bae-Jump VL, Wysham WZ, Hayes DN. Impact of BMI on genetic variation in ovarian cancer. ASCO 2016 Annual Meeting. Chicago, IL, June 3-7, 2016.

CONTINUING MEDICAL EDUCATION (CME) COURSES

***Course Faculty***

1. "A Treasury of Pelvic Anatomy: Sacred Knowledge for Surgical Expertise." 46th AAGL Global Congress on Minimally Invasive Gynecology, National Harbor, MD, November 12, 2017.

2. "Navigating the Retroperitoneum: The Road to Performing Complex Laparoscopic Gynecologic Surgery." 46th AAGL Global Congress on Minimally Invasive Gynecology, National Harbor, MD, November 12, 2017.

3. "Anatomic Landmarks and Tips for Non-Oncologists." AAGL Oncology SIG Webinar. September 19, 2023

4. "Surgical Strategies and Considerations in Obese Patients Undergoing MIGS." 52nd AAGL Global Congress on Minimally Invasive Gynecology, Nashville, TN, November 5, 2023.

***Course Co-Chair***

1. "Oncology Controversies for the Practicing Gynecologist." 51st AAGL Global Congress on Minimally Invasive Gynecology, Aurora, CO, December 1-4, 2017.

## MEDIA COVERAGE AND APPEARANCES

1. WGN9, Daytime Chicago: Ovarian Cancer Awareness Month: Facts & Prevention Tips. https://wgntv.com/daytime-chicago/ovarian-cancer-awareness-month-facts-prevention-tips/

# Exhibit B

| Materials Considered by Expert Dr. Dario Roque |
| --- |
| **All materials referenced and/or discussed within general opinion report are incorporated herein by reference** |
| |
| Ahern, Thomas P., et al. "Phthalate exposure and breast cancer incidence: a Danish nationwide cohort study." *Journal of Clinical Oncology* 37.21 (2019): 1800-1809. |
| American Cancer Society - Endometrial Cancer Risk Factors. https://www.cancer.org/cancer/types/endometrial-cancer/causes-risks-prevention/risk-factors.html |
| American Cancer Society. 2025. “What Is Endometrial Cancer? \| American Cancer Society.” https://www.cancer.org/cancer/types/endometrial-cancer/about/what-is-endometrial-cancer.html. |
| American Cancer Society. 2025d. “Ovarian Cancer.” August 8. https://www.cancer.org/cancer/types/ovarian-cancer.html. |
| American Cancer Society. 2025e. “Ovarian Cancer Risk Factors.” August 25. https://www.cancer.org/cancer/types/ovarian-cancer/causes-risks-prevention/risk-factors.html |
| American Chemistry Council. "Comments on California Background Document on Chemicals in Hair Straightening Products" (July 23, 2021) |
| Amin, Mohammad Mehdi, et al. "Paraben content in adjacent normal-malignant breast tissues from women with breast cancer." *Biomedical and Environmental Sciences* 32.12 (2019): 893-904. |
| Bailey, Jared T., et al. "Use of hair straighteners and chemical relaxers and incidence of non-reproductive cancers." *JNCI: Journal of the National Cancer Institute* (2025): djaf280. |
| Bergman, Åke, et al. "The impact of endocrine disruption: a consensus statement on the state of the science." *Environmental health perspectives* 121.4 (2013): a104-a106. |
| Bergman, et al. "State of the Science of Endocrine Disrupting Chemicals-2012." An assessment of the state of the science of endocrine disruptors prepared by a group of experts for the United Nations Environment Programme and World Health Organization (2013). |
| Bertrand, Kimberly A., et al. "Hair relaxer use and risk of uterine cancer in the Black Women's Health Study." *Environmental Research 239* (2023): 117228. [including supplemental materials] |
| Black Women’s Health Study Biennial Questionnaires - https://www.bu.edu/bwhs/for-researchers/sample-bwhs-questionnaires/ |
| Black Women’s Health Study Publications - https://www.bu.edu/bwhs/research/publications/ |
| Bormann, Jordan L., and Howard I. Maibach. "Effects of anatomical location on in vivo percutaneous penetration in man." *Cutaneous and Ocular Toxicology* 39.3 (2020): 213-222. |

| |
|---|
| Boyle, Meleah D., et al. "Occupational exposures to phthalates among black and Latina US hairdressers serving an ethnically diverse clientele: a pilot study." *Environmental Science & Technolog* y 55.12 (2021): 8128-8138. |
| Braun, Joe M., et al. "Personal care product use and urinary phthalate metabolite and paraben concentrations during pregnancy among women from a fertility clinic." *Journal of exposure science & environmental epidemiology* 24.5 (2014): 459-466. [including supplemental materials] |
| Brinton, Louise A., et al. "Skin lighteners and hair relaxers as risk factors for breast cancer: results from the Ghana breast health study." *Carcinogenesis* 39.4 (2018): 571-579. |
| Caserta, Donatella, et al. "Endocrine disruptors and endometrial cancer: molecular mechanisms of action and clinical implications, a systematic review." *International Journal of Molecular Sciences* 23.6 (2022): 2956. |
| Caserta, Donatella, et al. "Impact of endocrine disruptor chemicals in gynaecology." *Human reproduction update* 14.1 (2008): 59-72. |
| Chang, Che-Jung, et al. "Response to Etminan." *JNCI: Journal of the National Cancer Institute* 115.2 (2023): 233-234. |
| Chang, Che-Jung, et al. "Use of personal care product mixtures and incident hormone-sensitive cancers in the Sister Study: a US-wide prospective cohort." *Environment international* 183 (2024): 108298. [including supplemental materials] |
| Chang, Che-Jung, et al. "Use of straighteners and other hair products and incident uterine cancer." *JNCI: Journal of the National Cancer Institute* 114.12 (2022): 1636-1645. [including supplemental materials] |
| Cho, Yoon Hee, et al. "Exposure to Phthalates and Alternative Plasticizers Is Associated with Methylation Changes of ESR1 and PGR in Uterine Leiomyoma: The ELENA Study." *Applied Sciences* 11.9 (2021): 4234. |
| Clarke, Megan A., et al. "Hysterectomy-corrected uterine corpus cancer incidence trends and differences in relative survival reveal racial disparities and rising rates of nonendometrioid cancers." *Journal of Clinical Oncology* 37.22 (2019): 1895-1908. |
| Coogan, Patricia F., et al. "Hair product use and breast cancer incidence in the Black Women’s Health Study." *Carcinogenesis* 42.7 (2021): 924-930. |
| Czarnywojtek, A., et al. "The effect of endocrine disruptors on the reproductive system-current knowledge." *European Review for Medical & Pharmacological Sciences* 25.15 (2021). |
| D’Oria, Ottavia, Aris Raad Besharat, and Donatella Caserta. "Endocrine Disruptor Chemicals in Gynecologic Oncology: A Focus on Endometrial Cancer." *Clinical and Experimental Obstetrics & Gynecology* 51.8 (2024): 182. |
| Department of Toxic Substances Control Safer Consumer Products Program. California Environmental Protection Agency. "Chemicals in Hair Straightening Products Background Document." (May 24, 2021) |
| Diamanti-Kandarakis, Evanthia, et al. "Endocrine-disrupting chemicals: an Endocrine Society scientific statement." *Endocrine reviews* 30.4 (2009): 293-342. |
| Dogan, Selen, et al. "Traces of intact paraben molecules in endometrial carcinoma." *Environmental Science and Pollution Research* 26.30 (2019): 31158-31165. |

| |
|---|
| Eberle, Carolyn E., et al. "Hair dye and chemical straightener use and breast cancer risk in a large US population of black and white women." *International journal of cancer* 147.2 (2020): 383-391. |
| Etminan, Mahyar. "RE: Use of straighteners and other hair products and incident uterine cancer." *JNCI: Journal of the National Cancer Institute* 115.2 (2023): 228-228. |
| Farooq, Hajra, et al. "A systematic review of association between use of hair products and benign and malignant gynecological conditions." *European Journal of Obstetrics & Gynecology and Reproductive Biology* 295 (2024): 160-171. |
| Feschuk, Aileen M., et al. "Regional variation in percutaneous absorption in in vitro human models: a systematic review." *Journal of Toxicology and Environmental Health* , Part B 25.3 (2022): 97-112. |
| Fragrance Creators Association. "Comments of the Fragrance Creators Association on Chemicals in Hair Straightening Products Background Document, dated May 24, 2021" (July 23, 2021) |
| Geczik, Ashley M., et al. "Relation of circulating estrogens with hair relaxer and skin lightener use among postmenopausal women in Ghana." *Journal of exposure science & environmental epidemiology* 33.2 (2023): 301-310. |
| Gibson, Douglas A., and Philippa TK Saunders. "Endocrine disruption of oestrogen action and female reproductive tract cancers." *Endocrine-related cancer* 21.2 (2014): T13-T31. |
| Giulivo, Monica, et al. "Human exposure to endocrine disrupting compounds: Their role in reproductive systems, metabolic syndrome and breast cancer. A review." *Environmental research* 151 (2016): 251-264. |
| Gore, Andrea C., et al. "EDC-2: the endocrine society's second scientific statement on endocrine-disrupting chemicals." *Endocrine reviews* 36.6 (2015): E1-E150. |
| Gray, John. "Hair care and hair care products." Clinics in dermatology 19.2 (2001): 227-236. |
| Hedin, Tosha, and Mahvish Haider. "Chemical hair relaxer use and its potential effect on incidence of endometrial cancer in Black women." (2024): e17591-e17591. |
| Helm, Jessica S., et al. "Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by Black women." *Environmental research* 165 (2018): 448-458. [including supplemental materials] |
| Hernandez, Ashley M., et al. "Systematic Review of the Epidemiology of Hair Relaxer Use and Hormone-Sensitive Reproductive Outcomes Among Black Adult Women in the United States." *Journal of Applied Toxicology* 45.8 (2025): 1394-1416. |
| Holmes, Adrianne K., et al. "Case–control study of breast cancer and exposure to synthetic environmental chemicals among Alaska Native women." *International journal of circumpolar health* 73.1 (2014): 25760. |
| Iizuka, Takashi, et al. "Mono-(2-ethyl-5-hydroxyhexyl) phthalate promotes uterine leiomyoma cell survival through tryptophan-kynurenine-AHR pathway activation." *Proceedings of the National Academy of Sciences* 119.47 (2022): e2208886119. |
| Irungu, Beatrice N., et al. "Chemicals of concern in select packaged hair relaxers available on the Kenyan market: an examination of ingredient labels and measurement of pH." *Frontiers in Public Health* 13 (2025): 1532113. [including supplemental materials] |

| |
|---|
| James-Todd, Tamarra, et al. "Childhood hair product use and earlier age at menarche in a racially diverse study population: a pilot study." *Annals of epidemiology* 21.6 (2011): 461-465. |
| James-Todd, Tamarra, et al. "Hormonal activity in commonly used Black hair care products: evaluating hormone disruption as a plausible contribution to health disparities." *Journal of exposure science & environmental epidemiology* 31.3 (2021): 476-486. |
| James-Todd, Tamarra, Ruby Senie, and Mary Beth Terry. "Racial/ethnic differences in hormonally-active hair product use: a plausible risk factor for health disparities." *Journal of immigrant and minority health* 14.3 (2012): 506-511. |
| Kim, Jin Hee, et al. "In vitro effects of phthalate esters in human myometrial and leiomyoma cells and increased urinary level of phthalate metabolite in women with uterine leiomyoma." *Fertility and sterility* 107.4 (2017): 1061-1069. |
| Kim, Young Ah, et al. "Increased urinary phthalate levels in women with uterine leiomyoma: a case-control study." *International Journal of Environmental Research and Public Health* 13.12 (2016): 1247. |
| Kirtana, Arikath, and Barathi Seetharaman. "Comprehending the role of endocrine disruptors in inducing epigenetic toxicity." *Endocrine, Metabolic & Immune Disorders-Drug Targets (Formerly Current Drug Targets-Immune, Endocrine & Metabolic Disorders)* 22.11 (2022): 1059-1072. |
| Kortenkamp, Andreas, and Michael Faust. "Regulate to reduce chemical mixture risk." *Science* 361.6399 (2018): 224-226. |
| La Merrill, Michele A., et al. "Consensus on the key characteristics of endocrine-disrupting chemicals as a basis for hazard identification." *Nature Reviews Endocrinology* 16.1 (2020): 45-57. |
| Llanos, Adana AM, et al. "Chemical relaxers and hair-straightening products: potential targets for hormone-related cancer prevention and control." *JNCI: Journal of the National Cancer Institute* 114.12 (2022): 1567-1569. |
| Llanos, Adana AM, et al. "Hair product use and breast cancer risk among African American and White women." *Carcinogenesis* 38.9 (2017): 883-892. |
| Lunn, Ruth M., et al. "Cancer hazard evaluations for contemporary needs: highlights from new national toxicology program evaluations and methodological advancements." *JNCI: Journal of the National Cancer Institute* 114.11 (2022): 1441-1448. |
| Mallozzi, Maddalena, et al. "Endocrine disrupting chemicals and endometrial cancer: an overview of recent laboratory evidence and epidemiological studies." *International journal of environmental research and public health* 14.3 (2017): 334. |
| Masood, Fareeha, Sawera Haider, and Hadiya Afzal. "Use of Hair Straightening Chemicals and Uterine Cancer." *Pakistan Journal of Medicine and Dentistry* 12.4 (2023). |
| McDonald, Jasmine A., et al. "Hair product use, age at menarche and mammographic breast density in multiethnic urban women." *Environmental health* 17.1 (2018): 1. |
| McDonald, Jasmine A., et al. "The environmental injustice of beauty products: toward clean and equitable beauty." *American journal of public health* 112.1 (2022): 50-53. |
| Meadows, Michelle. 2001. “Heading Off Hair-Care Disasters: Use Caution With Relaxers and Dyes.” U.S. Food and Drug Administration; FDA Consumer Magazine. https://permanent.access.gpo.gov/lps1609/www.fda.gov/fdac/features/2001/101_hair.html. |

| |
|---|
| Meng, Meng, et al. "Association between urinary phthalates and phthalate metabolites and cancer risk: A systematic review and meta-analysis." *Heliyon* 10.8 (2024). [including supplemental materials] |
| Morgan, Marisa, et al. "Association between exposure to estrogenic endocrine disruptors-polychlorinated biphenyls, phthalates, and bisphenol A and gynecologic cancers-cervical, ovarian, uterine cancers." *Journal of Carcinogenesis & Mutagenesis* (2016). |
| Needle, Carli D., et al. "Safety of chemical hair relaxers: A review article." *JAAD Reviews 2* (2024): 50-56. |
| Nguyen, Vy Kim, et al. "A comprehensive analysis of racial disparities in chemical biomarker concentrations in United States women, 1999–2014." *Environment international* 137 (2020): 105496. |
| NIEHS. NIH. "Endocrine Disruptors" https://www.niehs.nih.gov/health/topics/agents/endocrine |
| Ogunsina, Kemi, et al. "Hair straightener use in relation to prevalent and incident fibroids in the Sister Study with a focus on Black women." *Environmental Health Perspectives* 133.1 (2025): 017004. [including supplemental materials] |
| Okeke, Chidubem AV, and Cheryl M. Burgess. "Dispelling myths of chemical hair relaxers causing uterine cancer." *Journal of the American Academy of Dermatology* 89.4 (2023): 875-876. |
| Okeke, Chidubem AV, et al. "Allergen content of popular chemical hair relaxers: a product analysis." *Contact Dermatitis* 91.2 (2024): 139-145. |
| Pierce, Jennifer S., et al. "Evaluation of dermal exposure to phthalates and parabens resulting from the use of hair relaxers." *International Journal of Environmental Health Research* 35.7 (2024): 1707-1726. [including supplemental materials] |
| Polemi, Katelyn M., et al. "Identifying the link between chemical exposures and breast cancer in African American women via integrated in vitro and exposure biomarker data." *Toxicology* 463 (2021): 152964. |
| Rosenberg, Lynn, et al. "Hair relaxers not associated with breast cancer risk: evidence from the black women's health study." *Cancer Epidemiology Biomarkers & Prevention* 16.5 (2007): 1035-1037. |
| Sandler, Dale P., et al. "The Sister Study cohort: baseline methods and participant characteristics." *Environmental health perspectives* 125.12 (2017): 127003. |
| Sarink, Danja, et al. "BPA, parabens, and phthalates in relation to endometrial cancer risk: a case–control study nested in the multiethnic cohort." *Environmental Health Perspectives* 129.5 (2021): 057702. |
| Schildroth, Samantha, et al. "Hair product use and urinary biomarker concentrations of non-persistent endocrine disrupting chemicals among reproductive-aged Black women." *Chemosphere* 361 (2024): 142442. |
| SEER Cancer Stat Facts: Uterine Cancer. National Cancer Institute. Bethesda, MD, https://seer.cancer.gov/statfacts/html/corp.html (https://seer.cancer.govhttps://seer.cancer.gov/statfacts/html/corp.html) |
| Silent Spring Institute. "Candidate Chemicals in Hair Straightening Products" (July 9, 2021) |

| |
|---|
| Sishi, V. N. B., J. C. Van Wyk, and N. P. Khumalo. "The pH of lye and no-lye hair relaxers, including those advertised for children, is at levels that are corrosive to the skin." *South African Medical Journal* 109.12 (2019): 941-946. |
| Sister Study Baseline Data Collection - https://sisterstudy.niehs.nih.gov/english/enroll-data.htm |
| Sister Study Follow-Up Data Collection - https://sisterstudy.niehs.nih.gov/english/fu-data.htm |
| Sister Study Research Articles - https://sisterstudy.niehs.nih.gov/english/articles.htm |
| Smith, Martyn T., et al. "Key Characteristics of Carcinogens as a Basis for Organizing Data on Mechanisms of Carcinogens." *Environmental Health Perspectives* 124.6 (2016): 713-721. |
| Tapia, Jazma L., et al. "Parabens Promote Protumorigenic Effects in Luminal Breast Cancer Cell Lines With Diverse Genetic Ancestry." *Journal of the Endocrine Society* 7.8 (2023): bvad080. |
| US DHHS - National Toxicological Program. "15th Report on Carcinogens" (2021) |
| Wen, Hui-Ju, et al. "Exposure to endocrine disruptor alkylphenols and the occurrence of endometrial cancer." *Environmental Pollution* 267 (2020): 115475. |
| Whetstone, Sara, et al. "Health disparities in uterine cancer: report from the uterine cancer evidence review conference." *Obstetrics & Gynecology* 139.4 (2022): 645-659. |
| White, Alexandra J., et al. "Adolescent use of hair dyes, straighteners and perms in relation to breast cancer risk." *International journal of cancer* 148.9 (2021): 2255-2263. |
| White, Alexandra J., et al. "Use of hair products in relation to ovarian cancer risk." *Carcinogenesis* 42.9 (2021): 1189-1195. [including supplemental materials] |
| Wise, Lauren A., et al. "Hair relaxer use and risk of uterine leiomyomata in African-American women." *American journal of epidemiology* 175.5 (2012): 432-440. |
| World Trade Center Health Program. "Scientific Considerations for the Addition of Uterine Cancer to the List of Covered Conditions by the World Trade Center Health Program (Final)" (December 13, 2022) |
| Wright, Jason D., et al. "Projected Trends in the Incidence and Mortality of Uterine Cancer in the United States." *Cancer Epidemiology, Biomarkers & Prevention* 34.7 (2025): 1156-1166. |
| Wu, Anna H., et al. "Risk of breast cancer and prediagnostic urinary excretion of bisphenol A, triclosan and parabens: The Multiethnic Cohort Study." *International journal of cancer* 149.7 (2021): 1426-1434. |
| Wu, Anna H., et al. "Urinary phthalate exposures and risk of breast cancer: the Multiethnic Cohort study." *Breast Cancer Research* 23.1 (2021): 44. |

| |
|---|
| Zota, Ami R., and Bhavna Shamasunder. "The environmental injustice of beauty: framing chemical exposures from beauty products as a health disparities concern." *American journal of obstetrics and gynecology* 217.4 (2017): 418-e1. |
| Zota, Ami R., et al. "Phthalates exposure and uterine fibroid burden among women undergoing surgical treatment for fibroids: a preliminary study." *Fertility and sterility* 111.1 (2019): 112-121. |

# Exhibit C

## Dario Roque, M.D. – Prior Testimony

*Gareth Colletti, as Personal Representative of the Estate of Diane Colletti, and as Surviving Spouse v. Jupiter Medical Center, Inc. et al*; Case No. 50-2023-CA-012897-XXXX-MB; Division: AO; Circuit Court of the 15th Judicial Circuit, In and For Palm Beach County, FLA

*Luis Daniel Corujo González, et als v. Dr. Carlos Olivares Almanzar, et als*; Civil Núm: SJ2024CV08407; Sala: 804; Estado Libre Asociado de Puerto Rico Tribunal de Primera Instancia Sala Superior de San Juan

Laura Orlandi v. Catherine Clinton, M.D., et al; No. 23-L-3393; Illinois State