# Exhibit 27

# Expert Opinion Report

## Sameer Sharma, M.D., M.B.A.

### In Re: Hair Relaxer Marketing Sales Practices and Products Liability Litigation (MDL 3060)

**Prepared for:**
**Plaintiffs Steering Committee – MDL 3060**

Exhibit
4
02/19/2026
Sameer Sharma, MD MBA

# TABLE OF CONTENTS


I. INTRODUCTION ..... 5

II. PROFESSIONAL BACKGROUND AND QUALIFICATIONS OF EXPERT ..... 5

III. METHODOLOGIC APPROACH ..... 6

IV. THE FEMALE REPRODUCTIVE SYSTEM ..... 7

V. CANCER GENETICS ..... 9

A. Endometrial Cancer: ..... 10

B. Ovarian Cancer: ..... 10

VI. Pathology of Endometrial Cancer (EC) ..... 10

A. Role of Estrogen ..... 11

B. Pathophysiology ..... 11

C. Endometrial Cancer Classification ..... 12

D. Endometrial cancer grading ..... 12

E. Endometrial Cancer Staging ..... 12

1. Stage Grouping: ..... 13

2. Histological Grade (G): ..... 13

3. Comprehensive Staging: ..... 13

4. Molecular Classification: ..... 13

5. Clinical Implications: ..... 13

F. Treatment ..... 14

G. Survival ..... 14

H. Risk Factors ..... 14

I. Protective Factors ..... 15

VII. Pathology of Ovarian Cancer ..... 16

A. Role of Estrogen ..... 16

B. Pathophysiology ........ 17

C. Epithelial Ovarian Tumor Classifications ........ 17

D. Endometrioid Ovarian Cancer Grading ........ 18

E. Ovarian Cancer Staging ........ 18

F. Treatment ........ 19

G. Survival ........ 19

H. Risk Factors: ........ 19

I. Protective Factors: ........ 20

VIII. Chemical Hair Relaxers ........ 20

A. Patterns of Use ........ 20

B. Composition ........ 21

C. Absorption ........ 23

IX. Review of Studies Examining Reproductive Tract Cancers with Exposure to Chemical Hair Relaxers ........ 25

A. The Sister Study, Sandler, et al. 2017 ........ 25

B. The Sister Study - Uterine Cancer ........ 25

1. Chang, CJ. et al. 2022 ........ 25

2. Bertrand. et al. 2023 ........ 27

C. The Sister Study - Ovarian Cancer ........ 30

White, AJ, et al. 2021 (Ovarian Cancer): ........ 30

X. Other Studies Examining Risk of Uterine Cancer and Ovarian Cancer with Exposure to Chemical Hair Relaxers ........ 32

A. Systematic Reviews/Review Articles ........ 32

1. Farooq, H, et al. 2024: ........ 32

2. Hernandez, A, et al. 2025: ........ 33

3. Okeke, CAV, et al. 2023 (Systematic Review Uterine Cancer): ........ 34

XI. Studies of Chemical hair relaxers and Other Adverse Hormone Related Outcomes in Women ..... 35

A. Leiomyomata (Uterine Fibroids) ..... 35

B. Breast Cancer ..... 36

C. Early Menarche ..... 39

XII. Causal Analysis and Opinion ..... 40

XIII. Conclusion ..... 43

Bibliographical References ..... 45

## I. INTRODUCTION

I am a double board-certified Gynecologic Oncologist with over two decades of experience, certified by the American Board of Obstetrics and Gynecology in both Obstetrics & Gynecology and Gynecologic Oncology. I have been asked to provide my opinion to a reasonable medical certainty as to whether exposure to chemicals contained in hair straightener/hair relaxer products can cause uterine cancer and ovarian cancer in females who use these products.

## II. PROFESSIONAL BACKGROUND AND QUALIFICATIONS OF EXPERT

After graduating from Rush Medical College in 1994, I completed my OB/GYN residency at the University of Wisconsin–Milwaukee (1998–2002) and was awarded rotating fellowships at Memorial Sloan Kettering and MD Anderson Cancer Center. I went on to complete a 3-year Gynecologic Oncology fellowship at Roswell Park Cancer Center in 2005, which included a dedicated year of basic science research in ovarian cancer. As noted above, I am boarded both in obstetrics and gynecology and gynecological oncology.

I began my career as an Attending Physician at John Stroger Hospital and Assistant Professor at Rush University, providing care to underserved populations and continuing ovarian cancer research using a chicken model. I received two research grants, authored multiple publications, and was a co-investigator in Rush's ovarian cancer lab (2005–2021). Starting in 2007, I also served at Mount Sinai Hospital, where I became Division Director.

From 2005–2020, I was actively involved in academics and education of medical students, residents, and fellows from Rush, Northwestern, and Sinai. I regularly contributed to academic programs through grand rounds, tumor boards, morbidity and mortality conferences, and invited lectures.

In 2008, I founded the first Gynecologic Oncology practice in Northwest Indiana and was among the first to perform robotic surgeries for gynecologic cancers in the region. I later merged with a leading medical oncology group, expanding access to clinical trials through NRG and industry partnerships. In 2021, I became Chairman of Gynecologic Oncology at Duly Health & Care. I am currently the highest-volume gynecologic oncology surgeon in the Chicagoland area, with a focus on robotic surgery for both malignant and complex benign gynecologic conditions. I continue to serve as Division Director at Sinai Hospital, mentoring future leaders.

I hold several leadership roles, including:

- Executive Medical Director of Surgical Services, Northwest Cancer Center
- Chairman of Gynecologic Oncology, Duly Health & Care
- System Director of Gynecologic Oncology, Powers Health
- Director of Robotic Surgery, Methodist Hospitals

I also serve on multiple institutional committees spanning cancer care, surgical outcomes, robotics, and quality assurance. I remain active in scholarly activities and professional societies, with 22 peer-reviewed publications, 29 invited lectures, and 34 national conference presentations. I am an engaged member of the Society of Gynecologic Oncology (SGO) and the American Society of

Clinical Oncology (ASCO), contributing to SGO's coding, clinical practice, and finance committees. I have also served on thesis committees for PhD candidates conducting research in gynecologic oncology at Rush University.

Further details pertaining to my qualifications and credentials to serve as an expert in this matter can be found on my *curriculum vitae* that is attached as Exhibit A to this report.

## III. METHODOLOGIC APPROACH

In order to provide my opinion on this subject matter, I sought to enhance my knowledge gathered from more than 20 years of clinical practice. I reviewed the literature regarding chemical hair relaxers and their association with uterine and ovarian cancer, focusing my attention on the epidemiological evidence comprised of large, population-based studies of humans that were rigorously conducted. This was accomplished through, among other things, comprehensive PubMed searches and additional Google searches that I performed. I then comprehensively reviewed animal and human experimental studies (in vitro and in vivo cell cultures and tissue) searching for potential outcomes from the chemical hair relaxers, including the role of endocrine disrupting chemicals (EDCs), and how the presence of these EDCs could explain mechanistically the development of uterine or ovarian cancers in women exposed or support mechanisms of harm from these products.

In addition to the peer-reviewed publications cited below, I reviewed what was available from other sources, including professional organizations and societies, governmental and quasi-governmental reports and publications. The available evidence was sufficient, in my opinion, to enable me to render my opinions set forth below.

Finally, I utilized the totality of the data to formulate a causation analysis in addition to the application of an established framework of causality referred to as the Bradford-Hill guidelines. I applied the same rigor and standards as I utilize in my academic and research work in reaching my opinions. In addition to my review of epidemiologic studies, I also considered and reviewed clinical, pathological, and biologic and mechanistic evidence regarding exposures to chemical hair relaxers and uterine and ovarian cancer development and weighed each of these pieces of evidence in terms of my overall analysis.

As part of my analysis, I also considered contrary evidence in the published literature as well as possible alternative explanations for the positive associations observed in the available published literature.

In addition to the foregoing, in formulating my opinions set forth below, I also rely on my background, education, clinical training and other professional endeavors as described in Section II above and as set forth on my *curriculum vitae* (Exhibit A).

In addition to the references cited at the end of my report, attached as Exhibit B is a comprehensive list of other additional materials that I reviewed in conjunction with my work on this case.

## IV. THE FEMALE REPRODUCTIVE SYSTEM

**Uterus:**

The uterus, a hollow, pear-shaped organ, lies posterior to the bladder and anterior to the rectum in the female pelvis. (Ameer and Peterson 2025). The anatomy of the uterus is described as four different sections. The top, rounded portion of the uterus, above the fallopian tubes, is the fundus. The main uterine body is the corpus. The lower, narrowed section is the isthmus, leading to the cervix, which continues downward into the vagina. (Ameer and Peterson 2025; Gasner and P A 2025; Dorland's Medical Dictionary Online 2025c)

The uterus is composed of three main layers of tissue. The first is the endometrium, the innermost layer which is a mucous membrane lining the uterine cavity. It undergoes changes during the menstrual cycle, thickening in preparation for a possible pregnancy and shedding its outer layer. The deeper basal layer (stratum basalis) remains and regenerates the functional layer each month. The endometrium contains cell types, including columnar epithelial cells, glandular cells, and stromal cells within the supporting connective tissue. The middle layer is the myometrium, which is the thick, muscular middle layer of the uterus. It is composed of smooth muscle cells interlacing in various directions. The myometrium is responsible for uterine contractions during labor and menstruation. The outermost layer is the serosa, which is a thin layer of epithelial cells that covers the outer surface of the uterus. It secretes fluid to reduce friction with adjacent organs. (Ameer and Peterson 2025; Gasner and P A 2025).

The primary function of the uterus is to provide nourishment and a safe space for a developing fetus until birth. The uterus also plays an important role in the menstrual cycle, preparing the uterine lining for potential implantation of a fertilized egg and shedding it if pregnancy does not occur. The fallopian tube is used as a pathway for the ovum to travel after fertilization to become implanted in the endometrium. The smooth muscle of the uterus expands to accommodate the growing embryo and fetus. (Ameer and Peterson 2025; Gasner and P A 2025).




("Uterus" - https://medlineplus.gov/ency/imagepages/19263.htm)

**Fallopian Tubes:**

The fallopian tubes are hollow seromuscular organs that connect the uterus and ovaries to each other, operating as a conduit for oocyte transportation and fertilization. They consist of four parts: (1) uterine (short segment nearest the uterine horn and includes the uterine ostium); (2) isthmus (adjacent to the uterine); (3) ampulla (most common site of fertilization); and (4) infundibulum (ends at an abdominal ostium, opening up into the peritoneal cavity and fimbriae, which catches the released oocyte during each menstrual cycle). (Han and Sadiq 2025).




*Tuba uterina (uterine, or fallopian, tube), divisible into the infundibulum and fimbriae, ampulla, isthmus, and pars uterina.*

(Dorland's Medical Dictionary Online 2025a)

**Ovaries:**

The ovary is the female gonad that is a "paired intraperitoneal endocrine organ found in the lower left and right quadrants of the abdomen, respectively." (Gibson and Mahdy 2025). The ovaries have two essential roles, amongst others - to facilitate reproduction and to participate in the production of hormones.

The ovary has two ligaments: (1) the suspensory ligament, which connects the ovary to the body and contains the ovarian artery and vein, and the sympathetic plexus (includes the blood vessels, sweat glands, and viscera) and parasympathetic plexus (responsible for the vasodilatory effects that are part of the menstrual cycle and pregnancy), and (2) the proper ligament, which is the remnant of the gubernaculum and does not contain any vessels. (Gibson and Mahdy 2025; Dorland's Medical Dictionary Online 2025b).

Originally the approximate size of a golf ball, the ovary's size and volume changes as females age. The ovary consists of different layers. The outer layer is called the germinal epithelium and is

made up of cuboidal cells. The second layer is called the tunica albuginea, which is a connective tissue made of collagen. The third layer is the cortex and contains the ovarian follicles, which are different sizes and maturity. The medulla, made of loose connective tissue and major blood vessels, is also called the hilus and is the most central layer of the ovary. (Gibson and Mahdy 2025; Dorland's Medical Dictionary Online 2025b).




Fig. 3.1 from Desai et al. 2013

The ovary's first primary function is hormone production. Hormone production changes at puberty because in response to rising levels of gonadotropin-releasing hormone (GnRH), the ovaries begin to secrete increasing levels of hormones, including estrogen and progesterone, creating the hypothalamus-pituitary-ovarian (HPO) axis. The GnRH is secreted by the hypothalamus, acting on cells in the anterior pituitary, and causing the anterior pituitary to produce follicle-stimulating hormone (FSH) and luteinizing hormone (LH). (Gibson and Mahdy 2025). While FSH has a propensity for granulosa cells (promote follicle growth and maturation), LH affects theca cells, the cells that produce androgens and precursors for estradiol. This estradiol becomes estrogen, causing to an increase of estrogen at puberty and leading to the development of secondary sex characteristics. (Gibson and Mahdy 2025).

The ovary's second primary function is to house egg cells, or oocytes (begin developing in utero and pause development until puberty). When ovulation occurs (LH secreted by the pituitary gland), the mature ova are released. (Gibson and Mahdy 2025).

## V. CANCER GENETICS

As stated by the National Cancer Institute (NCI), cancer is a genetic disease, but not all cancers are inherited. Cancer is caused by changes in the genes that control the ways cells grow and multiply and only "[u]p to 10% of all cancers may be caused by inherited genetic changes." ("The Genetics of Cancer - NCI" 2015). Aside from inherited genetic changes, there are other cancer-related genetic changes, including mistakes in our DNA as cells multiply and DNA altered by environmental carcinogens, such as chemicals.

Endocrine disrupting chemicals (EDCs) are defined by the Endocrine Society as “an exogenous chemical, or mixture of chemicals, that can interfere with any aspect of hormone action.” (Endocrine Society 2025a). The Endocrine Society has further stated that “[a]ccording to studies using cellular and animal models and newer human-based studies, many carcinogens may also be EDCs, and could influence the development and progression of cancer by acting like hormones” and “[i]n women, EDC exposure has been linked to uterine and ovarian cancer.” (Endocrine Society 2025b).

### A. Endometrial Cancer:

Uterine cancer is influenced by both hereditary and non-hereditary factors. While a family history of uterine cancer can indicate a higher risk, most uterine cancers arise from other causes and are not genetically pre-disposed.

Hereditary factors for uterine cancer include the following:

**Lynch Syndrome (Hereditary Non-Polyposis Colorectal Cancer - HNPCC):** This syndrome is the most common hereditary predisposition to uterine cancer. It is caused by mutations in DNA mismatch repair (MMR) genes like MLH1, MSH2, MSH6, and PMS2. (Dörk et al. 2020). Approximately 2% to 5% of endometrial cancers are due to Lynch Syndrome. (Meyer et al. 2009).

**BRCA 1 and BRCA 2:** Primarily known for breast and ovarian cancer, mutations in these genes are not definitively associated with increased the risk of endometrial cancer. (Kitson et al. 2020).

**PTEN hamartoma tumor syndrome (Cowden syndrome) and DICER1 syndrome:** These are less common syndromes that have been linked to an increased risk of uterine and other gynecological cancers.

### B. Ovarian Cancer:

Only about 20% of ovarian tumors have hereditary susceptibility and the vast majority are sporadic. (Toss et al. 2015). Regarding the ovarian cancers caused by genetic abnormalities, approximately 65–85% of those cases are related to germline mutations in BRCA genes. (Toss et al. 2015). Other suppressor genes and oncogenes associated with hereditary ovarian cancers, include the MMR genes in Lynch syndrome, the tumor suppressor gene TP53 in the Li-Fraumeni syndrome, and other genes involved in the double-strand breaks repair system (such as CHEK2, RAD51, BRIP1, and PALB2). (Toss et al. 2015).

## VI. PATHOLOGY OF ENDOMETRIAL CANCER (EC)

Endometrial cancer, the most common cancer of the female genital tract, is the fourth most common cancer overall in women in the United States. (Mahdy et al. 2025). The American Cancer Society (ACS) estimates for 2025 there will be approximately 69,120 newly diagnosed cases and 13,860 deaths reported. (American Cancer Society 2025c). Through the years, in the US, the average age of women diagnosed with type 1 endometrial cancer diagnosis has decreased from 64 to 61 years. (Mahdy et al. 2025). Other than endometrial cancer, there are non-endometrial cancers known as uterine sarcomas. Uterine sarcomas are rare cancers that originate from the uterine

muscles or tissues that support the uterus, whereas endometrial cancer forms in the tissue that lines the uterus. Carcinosarcoma is a subtype of endometrial cancer and is staged using endometrial cancer definitions. Uterine sarcomas include leiomyosarcomas, endometrial stromal sarcomas and adenosarcomas.

Significantly, endometrial cancer diagnoses are increasing in Black, Hispanic, Asian, and Pacific Islander women more than in non-Hispanic White women. (Mahdy et al. 2025; American Cancer Society 2025c). Black women have a higher incidence of advanced, high-grade cancers at the time of diagnosis, as well as poorer outcomes, compared to non-Hispanic White women. (Mahdy et al. 2025; Virnig et al. 2009).

### A. Role of Estrogen

Estrogen has a well-established role on the female endometrium. The endometrium is considered to have proliferative and secretory phases based on exposure to steroid hormones such as progesterone and estrogen. (Yu et al. 2022). Estrogen acts in the endometrium by interacting with estrogen receptors (ERs) to induce mucosal proliferation during the proliferative phase and progesterone receptor (PR) synthesis, which prepares the endometrium for the secretory phase. (Yu et al. 2022).

ER expression (including ERα, ERβ, and G-protein-coupled estrogen receptor [GPER]) in the endometrium is critical for normal menstrual cycles and subsequent pregnancy because incorrect expression of ERs can cause diseases that cause endometriosis, endometrial hyperplasia (EH), and endometrial cancer (EC). (Yu et al. 2022). "ERα promotes uterine cell proliferation and is strongly associated with an increased risk of EC." (Yu et al. 2022). It is the predominant ER in the uterus and mediates many of estrogen's effects, including endometrial proliferation and uterine growth. ERβ plays a role in uterine function. It can modulate the effects of ERα and may have protective effects against endometrial diseases. The GPER is also expressed in the uterus and may mediate some of estrogen's effects through non-genomic pathways and is highly expressed in abnormal EH. (Plante et al. 2012; Yu et al. 2022).

Abnormalities in ER expression and signaling contribute to endometrial hyperplasia and cancer. The vast majority of these signaling abnormalities are believed to be through environmental exposures.

### B. Pathophysiology

Low-grade endometrioid cancers are the most commonly occurring endometrial cancer type. Malignant endometrial transformation results from mitogenic (produces or stimulates mitosis, which is a process of cell duplication or reproduction) stimulation of endometrial intraepithelial neoplasia ("EIN") precursor lesions of the uterine lining secondary to estrogenic stimulation. (Mahdy et al. 2025). Aggressive endometrial serous carcinomas and clear cell carcinomas typically arise in an atrophic, resting, or weakly proliferative endometrium through genetic mutations involving p53. (Mahdy et al. 2025).

### C. Endometrial Cancer Classification

Historically, endometrial cancer was divided into two types based on histological characteristics until the Cancer Genome Atlas molecular classification as proposed in 2013. (Coada et al. 2021). Today, the ACS and WHO classify endometrial cancer by histologic type (how cells look under the microscope) as follows:

- Endometrioid carcinoma: These are the most common types of adenocarcinomas (and most endometrial cancers are adenocarcinomas). They start in gland cells and look like the endometrium (normal uterine lining).
- Serous carcinoma
- Clear cell carcinoma
- Undifferentiated carcinoma/Dedifferentiated carcinoma
- Mixed carcinoma
- Carcinosarcoma
- Rare/other endometrial carcinomas

(American Cancer Society 2025j).

**Type 1 endometrial cancers:** These are more common and are mostly endometrioid adenocarcinomas that depend on estrogen for growth. (American Cancer Society 2025j). More specifically, they are typically characterized by low-grade, well-differentiated endometrial proliferation secondary to unopposed estrogen exposure or derangement of the normal estrogenic stimulation in the female uterus, which often leads to a higher level of unopposed estrogen. (Mahdy et al. 2025).

**Type 2 endometrial cancers:** These comprise of poorly differentiated, aggressive serous, clear cell, or carcinosarcoma histological types and typically have a poorer prognosis. (Mahdy et al. 2025).

### D. Endometrial cancer grading

The percentage of solid non-glandular growth areas determines the grade of endometrioid endometrial cancers, with grades 1 and 2 categorized as low-grade cancers, and grade 3 tumors categorized as high-grade cancers (e.g., serous adenocarcinomas, clear cell adenocarcinomas, undifferentiated carcinomas, and carcinosarcomas). (Mahdy et al. 2025; American Cancer Society 2025j).

### E. Endometrial Cancer Staging

There are two systems for endometrial cancer staging: FIGO and TNM. The FIGO system, developed by the International Federation of Gynecology and Obstetrics, and the TNM system, developed by the American Joint Committee on Cancer, both determine the extent of the cancer and guide treatment decisions. The 2023 FIGO staging system incorporates histological type, tumor grade, myometrial invasion, lymphovascular invasion (LVSI), and molecular classification. Both systems assess:

- **Tumor (T):** Describes the size and extent of the primary tumor within the uterus.

- **Nodes (N):** Indicates if the cancer has spread to nearby lymph nodes (pelvic or para-aortic).
- **Metastasis (M):** Determines if the cancer has spread to distant organs or lymph nodes outside the pelvis and para-aortic area.

(American Cancer Society 2025b).

1. **Stage Grouping:**

The T, N, and M categories are combined to assign an overall stage, which can range from I (early stage) to IV (advanced stage).

2. **Histological Grade (G):**

The histological grade describes how closely the cancer cells resemble normal cells under a microscope, influencing the cancer's growth rate.

3. **Comprehensive Staging:**

Surgical staging, often involving a hysterectomy, lymph node removal, and other procedures, is crucial for accurate staging and determining the best treatment path.

- **Stage I:** Cancer is found in the uterus only.
- **Stage II:** Cancer has spread into connective tissue of the cervix but has not spread outside the uterus.
- **Stage III: C**ancer has spread beyond the uterus and cervix but has not spread beyond the pelvis. Based on how far the cancer has spread within the pelvis, this stage is divided into stages IIIA, IIIB, and IIIC.
- **Stage IV:** Cancer has spread beyond the pelvis. Based on how far the cancer has spread, this stage is divided into stages IVA and IVB.

(National Cancer Institute 2024).

4. **Molecular Classification:**

The 2023 FIGO staging system includes molecular markers, such as POLE mutations, MSI-high, copy-number low, and copy-number high, which can influence prognosis and treatment.

5. **Clinical Implications:**

Staging helps predict prognosis and guide adjuvant therapies, such as radiation or chemotherapy, after surgery. Accurate staging is essential for adjuvant treatment decisions and prognosis.

### F. Treatment

There are different types of treatment for patients with endometrial cancer including surgery, radiation therapy, chemotherapy, hormonal therapy and targeted therapy. The mainstay for most patients is surgical management, with other therapies usually for medically inoperable patients or adjuvant therapy.

### G. Survival

A five-year "relative survival rate compares women with the same type and stage of endometrial cancer to women in the overall population." (American Cancer Society 2025i). Using data from the Surveillance, Epidemiology, and End Results (SEER) database (maintained by the NCI), the ACS reports that the five-year relative uterine cancer survival rate for: localized cancer (no sign that the cancer spread outside the uterus) is 96%; regional cancer (cancer has spread from the uterus to nearby structures or lymph nodes) is 72%; and for distant cancer (cancer has spread to distant parts of the body, such as the lungs, liver, or bones) is 22%. (American Cancer Society 2025i). The survival is lower with higher stage disease.

Additionally, statistics highlight disparities between White women and Black women. The 5-year survival rate in Black women is 63%, compared to the 84% survival rate for White women. (Saka et al. 2025). Along with lower survival rates, Black women are also more likely to be diagnosed with advanced stage cancer and are more likely to develop more aggressive and difficult to treat cancer types. (Saka et al. 2025).

### H. Risk Factors

The ACS lists several risk factors for development of uterine/endometrial cancer and are summarized briefly below:

- **Chemical Hair Relaxers:** Studies found that using chemical hair relaxers frequently and for many years do increase the risk of endometrial cancer.
- **Estrogen Alone Hormonal Therapy:** This is given to improve symptoms of menopause, and no progestin (another hormone) is given. This is called unopposed estrogen therapy.
- **Tamoxifen:** This is a drug that is used to help prevent and treat breast cancer. It acts as an anti-estrogen in breast tissue but acts like an estrogen in the uterus.
- **Number of menstrual periods in a lifetime:** Starting menstruation at a young age and going through menopause at a late age increases the exposure of the endometrium to estrogen and therefore increases the risk of endometrial cancer.
- **Nulliparity:** The risk of endometrial cancer is higher if someone has never been pregnant compared to having at least one pregnancy.
- **Certain medical conditions:** Having a medical condition such as polycystic ovary syndrome (PCOS) and estrogen-secreting ovarian tumors increases the risk of uterine cancer.
- **Obesity:** The ovaries produce the most estrogen before menopause, but fat tissue can change a hormone called androgen into estrogen. Having more fat tissue can increase

estrogen levels, especially after menopause, which increases the risk of endometrial cancer.

- **Metabolic syndrome:** This is a combination of medical conditions that typically include obesity, diabetes, and hypertension. These conditions are linked to an increased risk of endometrial cancer.
- **Diet:** A high-fat diet can increase the risk of many cancers, including endometrial cancer. Since fatty foods are also high-calorie foods, a high-fat diet can lead to obesity, a well-known endometrial cancer risk factor.
- **Endometrial hyperplasia:** This is an increased growth of the endometrium. If the hyperplasia is called atypical, it has a higher chance of becoming a cancer.
- **Age:** The risk of endometrial cancer increases with age and most commonly occurs after menopause.
- **Genetic conditions:** As discussed above, genetic conditions such as Lynch Syndrome and Cowden syndrome are genetic conditions that can increase the risk of endometrial cancer.
- **Race:** As discussed above, Black people have a higher chance of being diagnosed with advanced endometrial cancer. Black people and Hispanic people also have a higher risk of developing more aggressive tumors.
- **Radiation therapy:** Previous radiation therapy for another cancer in the pelvic area, which is the lower part of the abdomen between the hip bones, increases the risk of endometrial cancer.

(American Cancer Society 2025a).

### I. Protective Factors

The ACS not only lists risk factors for developing uterine/endometrial cancer, as discussed above. The ACS also discusses factors that lower the risk for uterine/endometrial cancer, as listed below:

- **Oral Contraceptive Pills:** These include both estrogen-progestin contraceptives, as well as progestin-only contraceptives. The risk is lowest when they are taken long-term, and this protection lasts for at least 10 years after the pills are stopped.
- **Intrauterine contraceptive devices (IUDs):** Both progesterone-containing IUDs and copper IUDs decrease the risk of endometrial cancer.
- **Hormone replacement therapy:** If hormone therapy is used after menopause, using a medication that contains both estrogen and progesterone will help reduce risk.
- **Pregnancy:** During pregnancy, the level of progesterone is high, which protects against endometrial cancer. Multiple pregnancies decrease the risk even more. Breastfeeding is also associated with a decrease in a mother's uterine cancer risk.
- **Exercise:** An increase in physical activity can help maintain a healthy weight and lower your risk of endometrial cancer.

(American Cancer Society 2025a).

## VII. PATHOLOGY OF OVARIAN CANCER

In the United States, about 20,890 new ovarian cancer cases are estimated for 2025, with approximately 12,730 deaths expected, making it a deadly cancer. (American Cancer Society 2025d). The cancer primarily affects older women and is often diagnosed at advanced stages.

### A. Role of Estrogen

Ovaries produce hormones including progesterone and estrogen. Types of estrogen include estrone (E1), 17β-estradiol (E2), and estriol (E3); E2 is the most dominant estrogen. (Smolarz et al. 2025). ERs (mediate estrogen cell signaling) are a family of transcription factors that control the biological function of estrogens by regulating gene transcription using estrogen response elements (EREs). (Smolarz et al. 2025). Additionally, "[t]he ratio between estrogen receptors (ERα and ERβ) plays a significant role in the development of ovarian cancer." (Smolarz et al. 2025). Both of these estrogen receptors can activate and inhibit the transcription process of many genes, as well as acting antagonistically to each other after binding the same ligand. (Smolarz et al. 2025). As it relates to the genes, transcription "is the process of making an RNA copy of a gene's DNA sequence" and this copy (mRNA) then "carries the gene's protein information encoded in DNA," "mov[ing] from the cell nucleus to the cell cytoplasm (watery interior), where it is used for synthesizing the encoded protein." (National Human Genome Research Institute 2025). Estrogen, as a steroid hormone, has the ability to enter the plasma membrane and interact with ERα and ERβ "to exert direct effects by binding to DNA sequences." (Fuentes and Silveyra 2019).

Estrogens may modulate the biology of cancer cells by affecting processes like cell proliferation, invasion, apoptosis, the cell cycle, and inflammation. (Smolarz et al. 2025). Figure 7 from Smolarz 2025 (inserted below) shows the main mechanisms of changes in the biology of estrogen-induced ovarian cancer cells.




Fig. 7 from Smolarz et al. 2025

A large proportion of high grade serous, low grade serous, endometrioid carcinomas, and granulosa cell tumors express ERα presence in their neoplasms. (Langdon et al. 2020). A recent publication reported that the ERα receptor was found in serous neoplasms with adenocarcinoma, endometrioid neoplasms, and mucinous neoplasms. (Smolarz et al. 2025). The same publication reported that there was: no expression of the ERα receptor in clear cell adenocarcinoma and the ERβ receptor was present in all the histopathological types of ovarian cancer (serous carcinoma, mucinous carcinoma, endometrioid carcinoma, and clear cell carcinoma). (Smolarz et al. 2025).

Furthermore, the different expressions of ERα and ERβ receptors have been demonstrated between normal ovarian epithelium, primary, and metastatic ovarian cancer tumors as follows: in normal epithelium, ERα and ERβ receptors were expressed; in primary tumors, the reduced expression of ERα receptors was observed; and in metastatic ovarian cancer tumors, the lack of the expression of the ERβ receptor was found. (Smolarz et al. 2025).

Additionally, low-grade serous ovarian carcinoma expressed estrogen receptors in 80.7% of cases and progestogen receptors in 54.4% of cases. (Voutsadakis 2021). For high-grade serous carcinoma, estrogen receptors were expressed in 61.5% of cases and expressed progestogen receptors in 30.7% of cases. (Voutsadakis 2021).

### B. Pathophysiology

The ovaries consist of different cell types (e.g., germ cells, specialized gonadal stromal cells, and epithelial cells) and "[o]varian cancer can arise from any of these cell types, but ovarian carcinomas (cancers with epithelial differentiation) make up the majority of ovarian cancers." (Committee on the State of the Science in Ovarian Cancer Research et al. 2016). All references in this report to ovarian cancer are to epithelial ovarian cancer, not stromal or germ cell. Many cancers involving the ovaries, despite being called ovarian cancer, do not originate in the ovaries and even cancers that originate in the ovaries may arise from cell types (such as, endometrial- or fallopian tube-type epithelium cells) that are not considered to belong naturally to the ovaries. (Committee on the State of the Science in Ovarian Cancer Research et al. 2016). Repetitive DNA damage and mutations (especially in the p53 gene) in fallopian tube cells can lead to proliferative capacity and progression to invasive carcinoma. Malignant cells are shed from the fimbriae (finger-like projections of the fallopian tube) and can rapidly spread to the surface of the peritoneum and ovary.

### C. Epithelial Ovarian Tumor Classifications

Historically, ovarian cancer classification was based on the morphology of the tumor type found in the epithelium; "[h]owever, new genetic findings resulted in a phenotypic-genotypic classification" of epithelial ovarian cancers. (Devouassoux-Shisheboran and Genestie 2015). Today, epithelial ovarian carcinomas make up approximately 85% to 90% of ovarian cancers. (American Cancer Society 2025e). Epithelial ovarian carcinomas are classified into five main types based on genetic analysis (what the tumor cells look like under a microscope):

- High-grade serous carcinoma: This is the most common type.
- Low-grade serous carcinoma

- Endometrioid carcinoma
- Clear cell carcinoma
- Mucinous carcinoma

(American Cancer Society 2025e).

The below table provides further information on these cancer types:

Table 1. Phenotypic-genotypic classification of ovarian carcinomas: 5 distinct diseases according to Prat[8]

| Classification | Incidence | Median age (years) | Risk factor(s) | Prognosis |
|---|---|---|---|---|
| High-grade serous | 70% | 64 | BRCA1/2 | Poor |
| Low-grade serous | <5% | 43 | NA | Intermediate |
| Mucinous | 3% | 45–50 | NA | Favorable |
| Endometrioid | 10% | 40–50 | Lynch syndrome | Favorable |
| Clear cell | 5%–10% | 55 | Lynch syndrome +/– | Intermediate |

NA, not available.

*Adapted* Table 1 from Devouassoux-Shisheboran and Genestie 2015

### D. Endometrioid Ovarian Cancer Grading

Grading of endometrioid ovarian cancer depends on how much the tumor cells look like normal tissue. (American Cancer Society 2025e). "Grade 1 epithelial ovarian carcinomas look more like normal tissue and tend to have a better prognosis (outlook). Grade 3 epithelial ovarian carcinomas look less like normal tissue and usually have a worse outlook." (American Cancer Society 2025e).

### E. Ovarian Cancer Staging

The same systems used to stage endometrial cancer (i.e., FIGO and TNM staging systems) are also used to stage ovarian cancer.

The general ovarian cancer stages are as follows:

- **Stage I:** Cancer confined to one or both ovaries or fallopian tubes.
- **Stage II:** Cancer involves one or both ovaries with extension into the pelvis or to other pelvic tissues.
- **Stage III:** Cancer has spread beyond the pelvis or involves retroperitoneal lymph nodes and/or has deposits on the peritoneum.
- **Stage IV:** Distant metastases outside the abdominal cavity.
- **Sub-stages (A, B, C):** Further detail within each stage indicates the location of the cancer and whether it has spread to other areas.

(American Cancer Society 2025g).

### F. Treatment

The primary treatment for ovarian cancer involves surgical removal of the tumor (cytoreductive surgery) to remove as much cancer as possible. The type of chemotherapy used is often a combination of platinum-based drugs (like carboplatin) and taxanes (like paclitaxel), either before or after surgery. There are specific, targeted therapies for treating ovarian cancer. These include Bevacizumab (an anti-angiogenic therapy that can be used to inhibit blood vessel formation in the tumor; often continued as maintenance therapy) and poly adenosine diphosphate (ADP)-ribose polymerase (PARP) inhibitors (used for maintenance therapy). (Arora et al. 2025).

### G. Survival

Using data from the SEER database, the ACS reports that the five-year relative invasive epithelial ovarian cancer survival rate for: localized cancer (no sign that the cancer spread outside the ovaries) is 92%; regional cancer (cancer has spread from the ovaries to nearby structures or lymph nodes) is 71%; and for distant cancer (cancer has spread to distant parts of the body, such as the liver or lungs) is 32%. (American Cancer Society 2025h).

The overall 5-year relative survival rate is significantly lower than the over rate for early-stage diagnoses. A major challenge is late-stage diagnosis, with most cases found after the cancer has spread. Ovarian cancer accounts for a small percentage of all female cancer diagnoses but is a leading cause of cancer death among women.

### H. Risk Factors:

The ACS lists several risk factors for ovarian cancer, some of which only apply to certain histologic types, including:

- **Hormonal Factors:** Increasing age at menarche and late menopause may increase risk by increasing ovulation cycles.
- **Reproductive History:** Infertility and nulliparity (having no births) are associated with higher risk.
- **Genetics:** A strong family history of ovarian, fallopian tube, or breast cancer increases the risk.
- **Older Age:** Since most ovarian cancer develops in postmenopausal women, it is rare for ovarian cancer to develop in women below the age of 40.
- **Endometriosis:** This is an abnormal growth of tissue that lines the inside of the uterus.
- **Radiation Exposure to the Pelvis**

(American Cancer Society 2025f).

Additionally, as discussed further below, White 2021 found that chemical hair relaxer use was associated with an increased risk of developing ovarian cancer. (White, Sandler, et al. 2021).

### I. Protective Factors:

The ACS also lists factors that can lower a women's risk of developing ovarian cancer, including:

- **Oral Contraceptives:** Long-term use of oral contraceptives significantly reduces the risk of ovarian cancer.
- **IUDs**
- **Surgery:** Surgeries such as bilateral salpingo-oophorectomy (BSO), hysterectomy, and tubal ligation have been found to potentially reduce the risk of developing certain types of ovarian cancer.
- **Multiparity:** Having had more than one child is associated with a reduced risk of ovarian cancer.
- **Pregnancy and Lactation:** Pregnancy and breastfeeding reduce the estrogenic exposure for each gestational period.
- **Physical Activity:** Regular physical activity lowers the risk of obesity and other metabolic factors that increase the risk of ovarian cancer.

(American Cancer Society 2025f).

## VIII. CHEMICAL HAIR RELAXERS

### A. Patterns of Use

Significant concerns have been expressed in the published literature, based on the evidence showing a positive connection between chemical hair relaxer use and various hormone-dependent cancers, that intervention is warranted as a means for cancer prevention. (Llanos et al. 2022; Masood et al. 2023). Published studies consistently show that Black women use chemical hair straighteners and relaxers more frequently and more intensively than women of other races. (James-Todd et al. 2012; Collins et al. 2023). As part of my investigation, I undertook a review to determine how Black females (i.e., women of African American and African Caribbean descent), utilize hair straightener or hair relaxer products. It is well-established that, Black women use chemical hair relaxers more frequently than women of other races. (Bailey et al. 2025). I considered data on patterns of use by black women compared to white females and publications addressing how Black females are more likely to be exposed to chemicals contained in hair straightener/relaxers when compared to White women. (James-Todd et al. 2012; Zota and Shamasunder 2017; Needle et al. 2024). This disparity in use by race is illustrated in the excerpted table below:

| Variables | African-American | African-Caribbean | Hispanic | White | (*P* value) |
|---|---|---|---|---|---|
| Perms/relaxer use (no lye) | | | | | |
| Ever | 68 (70.8) | 42 (61.8) | 10 (18.2) | 8 (9.8) | <0.0001 |
| Current | 62 (64.6) | 37 (54.4) | 8 (14.5) | 4 (4.9) | <0.0001 |
| Never | 28 (29.2) | 26 (38.2) | 45 (81.8) | 74 (90.2) | Ref |
| Perms/relaxer use (lye) | | | | | |
| Ever | 12 (12.5) | 9 (13.2) | 3 (5.4) | 0 (0) | 0.0008 |
| Current | 8 (8.3) | 7 (10.3) | 2 (3.6) | 0 (0) | 0.007 |
| Never | 84 (87.5) | 59 (86.8) | 52 (94.6) | 100 (0) | Ref |

Excerpt of Table 2 from James-Todd et al. 2012 – "Ever, current, and never hair product use by race/ethnicity."

It has also been reported that use of chemical hair relaxers begins in childhood. (James-Todd et al. 2011; Gaston et al. 2020). For example, in a survey conducted by Zota, et al. 2017, a total of 201 Black girls whose parents or guardians were queried, nearly half of them reported that their child's exposure to chemical hair relaxers occurred between ages 4 and 8 (Zota and Shamasunder 2017), resulting in longer duration of exposure to these products over the life course. Such prolonged use has been associated with approximately a two-fold or greater increased risk of cancer, e.g., Chang 2022 (uterine) and White 2021 (ovarian) with an approximate 70% increase in risk of uterine cancer in post-menopausal black women reporting exposure to chemical hair relaxer products for a period of 20 or more years. (Chang et al. 2022; White, Sandler, et al. 2021). It has been shown that African American and African-Caribbean women are exposed to greater numbers of hair products (including chemical hair relaxers) than white women and for longer durations the consequence of which "could increase the risk of conditions associated with EDC exposure," (James-Todd et al. 2012).

**B. Composition**

Formulations of chemical hair relaxers appear to achieve their efficacy through "lanthionization," a process that permanently straightens the hair through the application of chemical hair relaxers that contain a number of chemicals but which achieve efficacy primarily through the use of a highly alkaline agent. (de Sá Dias et al. 2007; Haskin et al. 2017). These highly alkaline (and potentially corrosive) agents include sodium hydroxide, lithium hydroxide, or guanidine hydroxide, which is needed in order to break the strong disulfide bonds in hair are reported variously to have a pH ranging from 9.0-14.0. (de Sá Dias et al. 2007; Haskin et al. 2017; Sishi et al. 2019; Needle et al. 2024; Irungu et al. 2025). Chemical hair relaxer kits typically consist of various components including the relaxer cream, liquid activator, shampoo (used to lower the high pH of the hair and scalp after application of the relaxer cream), and conditioner. (de Sá Dias et al. 2007; Helm et al. 2018; Haskin et al. 2017). They are referred to as either "lye" relaxers (containing Sodium Hydroxide) or "no-lye" relaxers; however, based upon my review of the literature, there is no appreciable difference between the two types of relaxers in terms of either the pH (highly alkaline for both) or the corrosive potential of this class of products. (Sishi et al. 2019).

In addition to the alkaline agents noted above, published studies have shown that chemical hair relaxers contain a variety of other chemical classes including parabens, phthalates, formaldehyde-releasing agents, fragrances, cyclosiloxanes, and ethanolamines, among others. (Helm et al. 2018; Needle et al. 2024; Schildroth et al. 2024; Irungu et al. 2025). Some of these constituents are classified as EDCs, carcinogens, or both. One group of researchers determined that chemical hair relaxers for children contained five chemicals regulated by California's Proposition 65 or prohibited by European cosmetics regulations. (Helm et al. 2018).

In a recent review article, Needle and colleagues determined that chemical hair relaxers contain EDCs that can be hormonally active and carcinogenic as shown in Table 1 below:

**Table I.** Effects of chemical hair straightening ingredients

| Ingredient | Relaxer type | Function | Local side effects | Systemic side effects | References |
|---|---|---|---|---|---|
| Calcium hydroxide | No-Lye | Break down disulfide bonds | ICD | - | Kaur et al[11] |
| Endocrine-disrupting chemicals (parabens, phthalates) | Both | Promote hair growth; preservatives | - | Breast cancer; early menarche and breast development; reduced fecundability; fibroids; altered reproductive hormone levels during pregnancy | Wise et al[5]; White et al[12]; Wise et al[13]; Kim et al[14]; Tiwary et al[15]; Hauser et al[16] |
| Formaldehyde and related ingredients (formalin, methylene glycol) | Both | Preservative | ACD | Asthma | Van Lerberghe et al[17]; de Groot et al[18]; Dahlgren et al[19] |
| Glycolic acid derivatives | Keratin-based straightening product | Cross-link cortex cells | - | Kidney injury (AIN, ATN) | Robert et al[20]; Bnaya et al[21]; Ahmed et al[22]; Mitler et al[23]; Abu-Amer et al[24]; Eberle et al[25] |
| Guanidine | No-Lye | Break down disulfide bonds | Structural damage of hair | - | Mamabolo et al[26] |
| Sodium Hydroxide | Lye | Break down disulfide bonds | Structural damage of hair; scalp burns; acute irritative symptoms with subsequent CCCA | - | Etemesi et al[3]; Khumalo et al[4]; Mamabolo et al[26] |

*ACD*, Allergic contact dermatitis; *AIN*, acute interstitial nephritis; *ATN*, acute tubular necrosis; *CCCA*, central centrifugal cicatricial alopecia; *ICD*, irritant contact dermatitis.

Table 1: from Needle et al. 2024.

Just this year, a group of authors examined chemical hair relaxers being sold on the Kenyan market, with the investigators purchasing 22 different chemical hair relaxer products (from different manufacturers). (Irungu et al. 2025). The results of this study showed that twenty-seven chemicals of concern (CoCs) were found in chemical hair relaxers, "with each relaxer listing more than one CoC." (Irungu et al. 2025). Table 3 provides a full list of CoCs identified in ingredients from the subject hair relaxers that were evaluated. Table 3 also provides details as to how those CoCs were related to health concerns including: cancer; endocrine disruption; reproductive developmental toxicity; or asthmagens, allergens, or irritants). Table 4 shows the frequency of each CoC listed on product labels of the 22 evaluated hair relaxer products and the typical use of the chemical. Tables 3 and 4 from Irungu et al 2025 are appended to my report as Appendix A. In summary, the investigators found that 13 out of 27 were fragrance chemicals; 14 chemical relaxers had undisclosed fragrance ingredients; six of the identified CoCs were considered to be "Tier 1" (do not use for everyone) per the Campaign for Safe Cosmetics (CSC) Red List, with four prohibited chemicals and 15 restricted substances per European regulations. (Irungu et al. 2025).

More recently, a group of researchers employed by the Benchmark Risk Group acknowledged that certain parabens (ethyl, methyl and butyl parabens) and phthalates (DEHP, DEP) are present in chemical hair relaxers, albeit they claim that the *amounts* that would be absorbed by women is insufficient to pose a danger to them. (Pierce et al. 2024). Importantly, these authors did not conduct original research on women exposed to the subject hair relaxers. Rather, leveraging data from Helm 2018, discussed above, they created a dermal absorption "modeling tool" to calculate estimated human exposure based on studies conducted in animals (mouse, rat, guinea pig) and claimed that there were insufficient absorption rates for chemical hair relaxers to be implicated in the injuries claimed, i.e., uterine and ovarian cancer. These same authors erroneously claimed that no evidence of harm from chemical hair relaxers existed, notwithstanding that the two Sister Study publication (White, Sandler, et al. 2021; Chang et al. 2022) and the Black Women's Health Study (BWHS), had been published before this paper was released. This omission calls into question the validity of the research methods employed by the authors of Pierce, et. al. 2024.

### C. Absorption

Biomonitoring studies of humans exposed to various personal and hair care products (including chemical hair relaxers) have been published that support substantial systemic absorption of EDCs through transdermal application. (Braun et al. 2014; Schildroth et al. 2024). For example, Schildroth et al. examined data from the Study of Environment, Lifestyle, and Fibroids (SELF), in which women aged 23-34 years old and self-identified as Black/African American completed self-administered questionnaires concerning their use of personal care products (PCPs), including chemical hair relaxers. (Schildroth et al. 2024). In addition to submitting to telephone interviews, participants in this study underwent transvaginal ultrasounds and urine collections at baseline and at specified intervals (20-month, 40-month, and 60-months) during follow-up visits. At each follow-up visit, participants reported recent hair product use, including chemical hair relaxers, in the past 24-hrs, with an additional question at the 40-month visit asking about the women's hair product use in the past 12 months. The investigators found that "ever use "of "lye" type of hair relaxer, straightener, or perm was highest (37.9%), and less for "low lye" relaxers (30.5%); and 29.9% were "unsure" of content. (Schildroth et al. 2024). The investigators determined that use of "hair relaxer/straighteners/perms," and other hair styling products in the past 12 months" was associated with "higher concentrations of multiple phthalate, phenol, and paraben biomarkers." (Schildroth et al. 2024).

Another important point, which was not addressed by Pierce et al. (2024), is the route of absorption in humans—specifically, where on the body that these chemical hair relaxers are applied and how, if at all, that exposure route may differ from the experimental animal modeling that these researchers conducted. Dermatologic and toxicologic research has demonstrated that the skin of the scalp and forehead is highly absorptive compared with other parts of the body. (Feschuk et al. 2022). Investigators examining the effects of anatomical location on percutaneous penetration in humans found that areas of the body with more follicles, such as the scalp and forehead, show substantially higher absorption than other skin. (Bormann and Maibach 2020). Straightener use may cause scalp lesions and burns, which can further increase permeability and enhance absorption of toxic substances contained in chemical hair relaxer products. (Needle et al. 2024; Wise et al. 2023). As noted by one author, exposure to chemicals from hair relaxers "may be higher than from other types of personal care products because relaxers can cause burns, lesions, and inflammation

on the scalp, facilitating more direct entry of chemical ingredients into the body." (Wise et al. 2023). Not only are the chemicals used to break the disulfide bonds of very kinky or coiled hair extremely alkaline, and pose a risk for chemical skin burns, but when left on the hair too long. Not only does this pose a risk for chemical skin burns, but when left on the hair too long may begin to digest the hair itself . (Quinn et al. 2003). Heat used in conjunction with these products (e.g., flat irons, blow-driers) can release or thermally decompose chemicals from the products, leading to potential higher exposures to hazardous chemicals among the users. (Chang et al. 2022).

Chemical exposure from straighteners is therefore plausibly more concerning than exposure from many other personal care products. In the analysis by Chang et al. (2022), the other six categories of hair care products (bleach, dyes, permanents, body waves, etc.) showed no comparable increase in uterine cancer risk. (Chang et al. 2022). In 2024, these same authors published a study of 41 "everyday personal care products" (excluding chemical hair relaxers) and found no significant associations with ovarian cancer, with the exception of "hygiene" products, a category in which the elevated risk was driven primarily by the single product "douche" (HR 1.35 95% CI: 1.00, 1.83). *See excerpted Table 2 below.*[1] (Chang et al. 2024).

**Table 2**
Associations between one-frequency category increase in use of multiple personal care products and all, premenopausal, and postmenopausal breast, ovarian, and uterine cancer using quantile-based g-computation.

| | All | | | |
|---|---|---|---|---|
| Product mixture | Person-time | Non-case/ case n | Age-adjusted HR (95%CI)[a] | Fully adjusted HR (95%CI)[a,b] |
| **Ovarian cancer** | | | | |
| Beauty | 453436 | 38403/ 264 | 1.09 (0.86, 1.37) | 1.08 (0.85, 1.37) |
| Hygiene | 461152 | 39092/ 267 | 1.49 (1.12, 1.99) | 1.35 (1.00, 1.83) |
| Skincare | 457130 | 38727/ 267 | 0.86 (0.59, 1.26) | 0.84 (0.57, 1.25) |
| **Uterine cancer** | | | | |
| Beauty | 375632 | 32031/ 377 | 1.04 (0.85, 1.27) | 1.08 (0.88, 1.34) |
| Hygiene | 381491 | 32559/ 390 | 1.27 (0.96, 1.68) | 1.06 (0.79, 1.42) |
| Skincare | 378382 | 32275/ 384 | 0.88 (0.66, 1.17) | 1.09 (0.81, 1.46) |

Exposure to other classes of personal care products (beauty, skincare, and other hygiene products) in mixtures or as single products, were not associated with significant findings after appropriate adjustments for "multiple comparisons," or only very weak associations (cuticle cream, petroleum jelly), were found. (Chang et al. 2024). Viewed together, these results support the conclusion that chemical hair relaxers, when compared with other personal care products, present a distinct risk profile for uterine and ovarian cancer.

[1] Although there were slightly elevated HRs for "beauty" product mixtures, i.e., Ovarian Cancer (HR 1.08, 95% CI: 0.85, 137 and uterine cancer (HR 1.08, 95% CI: 0.88, 1.34), none of the associations were statistically significant.

## IX. REVIEW OF STUDIES EXAMINING REPRODUCTIVE TRACT CANCERS WITH EXPOSURE TO CHEMICAL HAIR RELAXERS

### A. The Sister Study, Sandler, et al. 2017

Prior to discussing the specific studies that have examined the association between uterine and ovarian cancer with exposure to chemical hair relaxers, a description of the underlying data source for two important studies is in order. The "Sister Study" was a prospective cohort study funded by the National Institutes of Health (NIH) that enrolled 50,884 women in 2003-2009. (Sandler et al. 2017). Participants were eligible if they were breast cancer–free women aged 35-74 years who had at least one sister diagnosed with breast cancer and lived in the US.

After participants were enrolled, they participated in telephone interviews and at-home visits, completed extensive self-administered questionnaires. These questionnaires encompassed questions pertaining to lifestyle habits, medical history, employment history, personal care product usage, and much more. In the personal care product section of the questionnaire, the participants were specifically asked about hair care products, including chemical hair relaxers.

Importantly, there were more well-educated, non-Hispanic white women enrolled in the Sister Study compared to other demographics. Additionally, most of the participants were postmenopausal, never smokers, had BMIs below 30, and had given birth with their first full-term pregnancy before they reached the age of 30. Few (5%) reported any cancer prior to enrollment.

There are a few ways that the Sister Study investigators maintain updated information for their participants. For example, the participants are contacted every year for either a short annual updated questionnaire (approximately 2 pages) or contacted every 2-3 years for completion of a detailed questionnaire (2-3 booklets, approximately 20-30 pages each). The self-reported injuries included ovarian cancer, endometrial cancer, uterine sarcoma, or other uterine cancer types. (White 2021; Chang 2022). Notably, a significant portion of the cases were medically confirmed through review of medical records or death certificates. In addition, losses to follow-up in the Sister Study have been minimal as participant response rates been 85-95% across study time points (including follow-up).

### B. The Sister Study - Uterine Cancer

### 1. Chang, CJ. et al. 2022

Leveraging data from the Sister Study, Investigators Chang, CJ, et al., from the National Institutes of Environmental Health (NIEH), a branch of NIH, evaluated the association between the use of chemical hair relaxers and other hair straightening products and uterine cancer incidence. (Chang et al. 2022). After applying exclusion criteria, a total of 33,947 participants consisting of 7.4% Black/African American, 4.4%Hispanic/Latina non-Black, 85.6% non-Hispanic White, and 2.5% all other race and ethnicity were followed for a total of 10.9 years. The authors adjusted for various confounders such as age, BMI, race, reproductive history, and lifestyle factors.

Participants reported their frequency of personal use of 7 hair products including permanent, semi-permanent, and temporary hair dyes; bleach; highlights; straighteners, relaxers, or pressing products; and hair permanents or body waves with the response options including "did not use," "1-2 times per year," "every 3-4 months," "every 5-8 weeks," "once per month," and "more than once per month." Based on exposure distribution, they collapsed frequency variables as no more than 2 and more than 2 times per year for hair permanents and as no more than 4 and more than 4 times per year for the other hair product use among ever use.

Through their analysis of the available data, Chang et al identified 378 cases of either endometrial cancer, uterine sarcoma, or other uterine cancer types. Looking specifically at the data for users of straighteners, relaxers, or pressing products, Chang et al found that use of these products in the previous 12 months was associated with a **HR 1.80 (95% CI: 1.12, 2.88),** showing an increased risk of uterine cancer compared to never users**.** *See excerpted Table 2 below.*

**Table 2.** Associations between ever use of hair product in the 12 months prior to enrollment and uterine cancer in the Sister Study

| Hair product use[a] | Person-years | Full cohort No. (%)[b] | Case No. (%)[b] | Age-adjusted HR (95% CI)[c] | Fully adjusted HR (95% CI)[c,d] |
|---|---|---|---|---|---|
| Straighteners, relaxers, or pressing products | | | | | |
| Never | 333535 | 30 329 (90.9) | 332 (89.7) | Referent | Referent |
| Ever | 29733 | 3036 (9.1) | 38 (10.3) | 1.63 (1.17 to 2.29) | 1.80 (1.12 to 2.88) |
| Never to others | 354618 | 32 465 (97.3) | 358 (97.0) | Referent | Referent |
| Ever to others | 8775 | 914 (2.7) | 11 (3.0) | 1.76 (0.96 to 3.22) | 1.42 (0.72 to 2.79) |

Additionally, when looking at the data for users of straighteners, relaxers, or pressing products with increasing frequency of use in the past 12 months, Chang et al found another increased risk of uterine cancer with use of these products > 4 times per year, yielding a **HR 2.55 (95% CI: 1.46, 4.45)**. *See Table 3 excerpt below.*

**Table 3.** Association of hair product use frequency, color of dyes, and duration of use with uterine cancer in the Sister Study

| Hair product use[a] | Person-years | Full cohort No. (%)[b] | Case No. (%)[b] | Age-adjusted HR (95% CI)[c] | Fully adjusted HR (95% CI)[c,d] |
|---|---|---|---|---|---|
| Straighteners, relaxers, or pressing products | | | | | |
| Frequency in the past 12 months prior to baseline | | | | | |
| Never | 333 535 | 30 329 (90.9) | 332 (89.7) | Referent | Referent |
| <4 times | 14 268 | 1464 (4.4) | 12 (3.2) | 1.06 (0.59 to 1.88) | 1.20 (0.63 to 2.29) |
| >4 times | 15 464 | 1572 (4.7) | 26 (7.0) | 2.19 (1.47 to 3.26) | 2.55 (1.46 to 4.45) |
| $P_{trend}$[e] | | | | <.001 | .002 |

Importantly, the findings of increased risk with use > 4 times per years are consistent with the results from the sensitivity analysis for post-menopausal women, which also showed an increased risk of uterine cancer, with a **HR 2.52 (95% CI: 1.39, 4.55)**. *See excerpted Table 4 below.*

Table 4. Association between hair product use in the 12 months prior to enrollment and uterine cancer by subtypes

| Hair product use[a] | Ever | | Frequent[b] | | |
|---|---|---|---|---|---|
| | Case No. (%)[c] | HR (95% CI)[d] | Case No. (%)[c] | HR (95% CI)[d] | $P_{trend}$[e] |
| Straighteners, relaxers, or pressing products | | | | | |
| Premenopausal cases[f] | 5 (20.8) | 1.56 (0.26 to 9.29) | 5 (2.08) | 1.56 (0.26 to 9.29) | —[j] |
| Postmenopausal cases[f] | 33 (9.5) | 1.90 (1.16 to 3.13) | 21 (6.1) | 2.52 (1.39 to 4.55) | .003 |
| Medically confirmed cases[g] | | | | | |
| All uterine cancer | 21 (8.2) | 1.94 (1.10 to 3.42) | 14 (5.4) | 2.78 (1.39 to 5.55) | .005 |
| Endometrial cancer[h] | 17 (7.0) | 1.89 (1.04 to 3.43) | 11 (4.5) | 2.68 (1.30 to 5.53) | .005 |
| Type I endometrial cancer[i] | 13 (6.7) | 1.89 (1.01 to 3.54) | 9 (4.6) | 2.94 (1.42 to 6.08) | .009 |
| Type II endometrial cancer[j] | 2 (5.1) | —[k] | 2 (5.1) | —[k] | —[k] |

Another important result to note is that a dose-response relationship was supported with a **HR 2.78 (95% CI: 1.39, 5.55)** for frequent users with confirmed uterine cancer compared to never users.

In this large, prospective US-based cohort, the authors found a higher incident uterine cancer rate for women who self-reported both ever and frequent hair straightener use in the past 12 months compared to those who did not. Overall, uterine cancer cases tended to be older women with an earlier age at menarche, a higher BMI, and lower physical activity. The authors also noted that only "negligible associations" for uterine cancer were observed for the other six categories of hair products included within this cohort study.

Acknowledged limitations of the study include inability to determine specific brands or types of products that were used, use of the prior 12 months as a proxy for lifetime use, albeit this latter limitation would in my opinion tend to minimize the concern of "recall bias" that can be present in observational studies. As the authors themselves noted, "product use behaviors and product formulations may vary over time" and that this might not be adequately captured in the study. In addition, there is the inclusion of pressing products, i.e., heated combs and/or flatirons, which do not contain the chemicals found in straighteners/relaxers. However, the authors also point out that the inclusion of non-chemical straightening products would tend to "underestimate the true relationship between the use of chemical straighteners and relaxers and uterine cancer." (Chang et al. 2022).

### 2. Bertrand. et al. 2023

The Black Women's Health Study (BWHS) is a prospective study that enrolled 59,000 women between 21 and 69 years and who self-identified as Black in 1995 and analyzed data from 44,798 participants from 1997-2019. (Bertrand et al. 2023). The primary purpose of the study was to evaluate the association between use of chemical relaxers and uterine cancer incidence. Notably, BWHS is the largest cohort study of Black and African American women to examine the association between relaxer use and uterine cancer risk.

Participants completed a self-administered questionnaire at baseline/enrollment that assessed personal and family medical history, behavioral and lifestyle factors, and other factors, including medication use, cigarette smoking, and dietary factors.

Participants were excluded if they did not complete the 1997 follow-up questionnaire, had a hysterectomy, a history of any cancer (except non-melanoma skin cancer), and did not respond to questions on chemical relaxer use.

Because most BWHS participants reported a history of using chemical relaxers (95%), the investigators were unable to create a true "never" use" exposure category. A breakdown of the categories for frequency and duration of use in this study is set forth below:

> **"Never/light use"** = women who reported never using chemical relaxers (5% of participants) or reported using these products for <4 years and ≤2 times per year.
>
> **"Heavy use"** = women who reported chemical relaxer use ≥15 years and ≥5 times per year.
>
> **"Moderate use"** = all others (i.e., those who were not never/light users or heavy users).

During the follow-up period between 1997 and 2019, 347 incident cases of uterine cancers were diagnosed. Bertrand et al found that for data related to chemical hair relaxers users, for moderate use compared to never/light use, there was a **HR 1.23 (95% CI: 0.86, 1.76)** and for heavy use compared to never/light use, there was a **HR 1.18 (95% CI: 0.81, 1.71**), which showed elevated, but statistically non-significant increased risks of uterine cancer in BWHS. Duration of use ≥20 years was associated with a statistically non-significant increased risk of uterine cancer **(HR 1.28, 95% CI: 0.89, 1.84)**. *See Table 2 excerpted below:*

**Table 2**
Hazard ratios (95% confidence intervals) for uterine cancer in relation to hair relaxer use, 1997–2019.

| | Person-years | N cases | Age-adjusted HR (95% CI) | Multivariable HR[a] (95% CI) |
|---|---|---|---|---|
| **Hair relaxer use** | | | | |
| Never/light | 86,446 | 38 | 1.00 (ref) | 1.00 (ref) |
| Moderate | 458,424 | 187 | 1.18 (0.83, 1.68) | 1.23 (0.86, 1.76) |
| Heavy | 317,637 | 122 | 1.02 (0.71, 1.48) | 1.18 (0.81, 1.71) |
| **Duration of use** | | | | |
| Never/light | 86,446 | 38 | 1.00 (ref) | 1.00 (ref) |
| 1–4 years | 34,687 | 15 | 1.03 (0.56, 1.87) | 1.00 (0.55, 1.83) |
| 5–9 years | 90,926 | 29 | 1.01 (0.62, 1.64) | 1.00 (0.61, 1.64) |
| 10–14 years | 186,663 | 58 | 1.24 (0.82, 1.88) | 1.35 (0.88, 2.06) |
| 15–19 years | 198,391 | 54 | 0.98 (0.64, 1.49) | 1.06 (0.69, 1.63) |
| ≥20 years | 265,394 | 153 | 1.16 (0.81, 1.65) | 1.28 (0.89, 1.84) |

When examining overall use of "Lye" vs. "No-lye" relaxer use, "No-lye" relaxers exhibited an elevated risk (**HR 1.49, CI: 0.87, 2.54),** but non-statistically significant. However, heavy use of lye-based **(HR 1.04, 95% CI: 0.58, 1.87),** and heavy use of no-lye relaxers **(HR 1.24, 95% CI: 0.83, 1.84**) compared to never/light users did not yield statistically significant associations either. *See Table 3 excerpted below:*

**Table 3**
Hazard ratios (95% confidence intervals) for uterine cancer in relation to lye vs. no-lye hair relaxer use,[b] 1997–2019.

| | Most commonly used lye relaxers | | | Most commonly used no-lye relaxers | | |
|---|---|---|---|---|---|---|
| | Person-years | N cases | Multivariable HR[a] (95% CI) | Person-years | N cases | Multivariable HR[a] (95% CI) |
| **Hair relaxer use** | | | | | | |
| Never/light | 86,446 | 38 | 1.00 (ref) | 86,446 | 38 | 1.00 (ref) |
| Moderate | 63,230 | 26 | 1.49 (0.87, 2.54) | 334,210 | 131 | 1.22 (0.84, 1.77) |
| Heavy | 64,744 | 19 | 1.04 (0.58, 1.87) | 217,833 | 86 | 1.24 (0.83, 1.84) |
| **Duration of use** | | | | | | |
| Never/light | 86,446 | 38 | 1.00 (ref) | 86,446 | 38 | 1.00 (ref) |
| 1–9 years | 15,237 | 3 | 0.55 (0.17, 1.80) | 88,397 | 32 | 1.12 (0.69, 1.82) |
| 10–19 years | 66,301 | 20 | 1.59 (0.88, 2.88) | 278,601 | 77 | 1.15 (0.76, 1.73) |
| ≥20 years | 46,436 | 22 | 1.28 (0.73, 2.25) | 185,045 | 108 | 1.31 (0.90, 1.93) |
| **Frequency of use**[b] | | | | | | |
| Never/light | 86,446 | 38 | 1.00 (ref) | 86,446 | 38 | 1.00 (ref) |
| 1-4 times/year | 33,165 | 16 | 1.40 (0.75, 2.58) | 207,112 | 101 | 1.26 (0.86, 1.86) |
| 5-6 times/year | 41,433 | 13 | 1.21 (0.62, 2.35) | 164,504 | 61 | 1.24 (0.82, 1.89) |
| ≥7 times/year | 52,543 | 15 | 1.15 (0.61, 2.18) | 176,802 | 53 | 1.13 (0.73, 1.74) |
| **Number of burns**[b,c] | | | | | | |
| Never burned | 13,020 | 6 | 1.00 (ref) | 88,478 | 40 | 1.00 (ref) |
| 1-9 times | 77,477 | 28 | 0.78 (0.31, 1.97) | 355,871 | 138 | 1.16 (0.8, 1.67) |
| ≥10 times | 37,032 | 9 | 0.50 (0.17, 1.48) | 105,914 | 36 | 1.12 (0.7, 1.79) |

Several important sensitivity analyses and stratifications in the BWHS showed positive effects. For example, in postmenopausal females, there is an increased risk (**HR 1.60, 95% CI: 1.01, 2.53)** for moderate vs. light/never use and for heavy vs. light/never use there is an increased risk **(HR 1.64, 95% CI: 1.01, 2.64)**. In examining durations of exposure for post-menopausal females, the authors found that relative to never/light use, ≥20 years of relaxer use was associated with a statistically significant increased risk of uterine cancer **(HR 1.71, 95% CI: 1.08, 2.72),** with similar associations observed for durations of use, i.e., 10–14 and 15–19 years. *See Table 4 excerpted below.*

**Table 4**
Hazard ratios (95% confidence intervals) for uterine cancer in relation to hair relaxer use by menopausal status, 1997–2019.

| | Premenopausal | | | Postmenopausal | | |
|---|---|---|---|---|---|---|
| | Person-years | N cases | Multivariable HR[a] (95% CI) | Person-years | N cases | Multivariable HR[a] (95% CI) |
| **Hair relaxer use** | | | | | | |
| Never/light | 36,285 | 12 | 1.00 (ref) | 42,725 | 23 | 1.00 (ref) |
| Moderate | 248,479 | 58 | 0.84 (0.45, 1.58) | 165,713 | 123 | 1.60 (1.01, 2.53) |
| Heavy | 159,662 | 31 | 0.63 (0.32, 1.24) | 127,702 | 85 | 1.64 (1.01, 2.64) |
| **Duration of use** | | | | | | |
| Never/light | 36,285 | 12 | 1.00 (ref) | 42,725 | 23 | 1.00 (ref) |
| 1–4 years | 15,904 | 8 | 1.36 (0.55, 3.38) | 16,058 | 7 | 0.87 (0.37, 2.05) |
| 5–9 years | 52,625 | 12 | 0.90 (0.40, 2.02) | 29,127 | 15 | 1.09 (0.57, 2.12) |
| 10–14 years | 122,517 | 18 | 0.66 (0.31, 1.41) | 43,011 | 39 | 2.21 (1.30, 3.75) |
| 15–19 years | 122,108 | 20 | 0.65 (0.31, 1.34) | 54,251 | 31 | 1.49 (0.85, 2.59) |
| ≥20 years | 94,988 | 31 | 0.74 (0.38, 1.47) | 150,970 | 116 | 1.71 (1.08, 2.72) |

An increased risk of postmenopausal uterine cancer was found during separate analyses for lye and no-lye relaxers at all levels of exposure. When looking at the data for moderate use of lye relaxers an increased risk of uterine cancer was observed with a **HR 2.59 (95% CI: 1.30, 5.13)**. When looking at the data for heavy use of no-lye relaxers, an increased risk of uterine cancer **(HR 1.85, 95% CI: 1.12, 3.05)** was observed.

Additionally, Bertrand et al observed that the relationship between lye and no-lye relaxer use and increased risk of postmenopausal uterine cancer was strongest with long duration (≥ 10 years) and frequent use. Lye relaxer use for 10-19 years was associated with a **HR 2.97 (95% CI: 1.35, 6.53)** and for ≥ 20 years, a **HR 2.10 (95% CI: 1.03, 4.26).** No-lye relaxer use for 10-19 years was associated with a **HR 1.77 (95% CI: 1.05, 2.98)** and for ≥20 years, a **HR 1.76 (95% CI: 1.09, 2.86).** *See Supplementary Table 2 below*

**Supplementary Table 2 Hazard ratios (95% confidence intervals) for uterine cancer in relation to lye vs. no-lye hair relaxer use among postmenopausal women, 1997-2019**

| | Most commonly used lye relaxers | | | Most commonly used no-lye relaxers | | |
|---|---|---|---|---|---|---|
| | Person-years | N cases | Multivariable HR* (95% CI) | Person-years | N cases | Multivariable HR* (95% CI) |
| **Hair relaxer use** | | | | | | |
| Never/light | 42,725 | 23 | 1.00 (ref) | 42,725 | 23 | 1.00 (ref) |
| Moderate | 19,283 | 18 | 2.59 (1.30, 5.13) | 115,890 | 81 | 1.56 (0.96, 2.53) |
| Heavy | 22,066 | 11 | 1.45 (0.67, 3.17) | 88,382 | 62 | 1.85 (1.12, 3.05) |
| **Duration of use** | | | | | | |
| Never/light | 42,725 | 23 | 1.00 (ref) | 42,725 | 23 | 1.00 (ref) |
| 1-9 years | 5,394 | 1 | NR | 14,376 | 15 | 1.17 (0.60, 2.27) |
| 10-19 years | 13,416 | 12 | 2.97 (1.35, 6.53) | 34,986 | 47 | 1.77 (1.05, 2.98) |
| ≥20 years | 22,538 | 16 | 2.10 (1.03, 4.26) | 53,521 | 81 | 1.76 (1.09, 2.86) |

In summary, findings from both of the studies discussed above provide strong, consistent evidence that relaxer use is associated with significantly increased risk of uterine cancer relative to non-use. The Sister Study, and the Black Women's Health Study demonstrate major strengths that include large sample sizes, prospective cohort study designs, assessments of exposures *before* disease occurrence and at periods across the life course. There was also in both studies a low loss to follow-up, and collection of important potential confounders that were accounted for in the study.

Limitations specific to the BWHS include the absence of a truly unexposed (e.g. "never use" group). However, the likely importance of this would be to diminish or negate the true risk estimates for uterine cancer that were found in this study. Also, hair relaxer use was not updated over time such that changing patterns of relaxer use over time are not accounted for in either of these studies. As with Chang 2022, the BWHS study did not evaluate specific products, formulations or chemicals found in the marketed products.

Overall, the Bertrand 2023 study corroborates the Chang, et al. 2022 study, including the findings of statistically significant association between use of relaxers and uterine cancer among Black women – the group with the highest prevalence of exposure to these products and more aggressive forms of the disease. (Wright et al. 2025).

### C. The Sister Study - Ovarian Cancer

**White, AJ, et al. 2021 (Ovarian Cancer):**

In another analysis of data from the Sister Study, investigators examined the relationship of hair product use during adulthood with incidence of ovarian, fallopian tube or peritoneal cancer from 2003 –2018. (White, Sandler, et al. 2021). After application of the study authors' inclusion/exclusion criteria, a total of 40,559 Sister Study participants were followed up through September 2018, with adjustments for many of the same covariates as in the Chang 2022 study.

Exposure categories are very similar, though not identical to Chang 2022 study and include: "never use," "non-frequent use" (<4 x/year); "frequent use" (>4 x/hear). "Ever use" includes non-frequent or frequent use. The authors reported 90% follow-up with an average of 10 years of follow-up.

Through examination of the available data, White et al found 241 incident cases of ovarian cancer cases, 77% of which were confirmed with medical records. When looking at the data for ever user of relaxers, straighteners and pressing products, White et al observed a non-statistically significant increase in risk of ovarian cancer, more specifically the authors noted an **HR 1.29 (95% CI: 0.70, 2.38).** *See Table 2 excerpted below.*

**Table 2.** Associations between ever use of hair products in the 12 months prior to baseline and incident invasive ovarian cancer in the Sister Study

| | Person-time[a] | Non-cases; n = 39 648 N (%)[a] | Ovarian cancer cases; n = 238 N (%)[a] | Age-adjusted hazard ratio (95% CI) | Age and race/ethnicity-adjusted hazard ratio (95% CI) | Multivariable adjusted hazard ratio (95% CI)[b] |
|---|---|---|---|---|---|---|
| Straightener/relaxers | | | | | | |
| Never | 369 104 | 35 713 (90) | 213 (90) | 1.00 | 1.00 | 1.00 |
| Ever | 35 463 | 3769 (10) | 24 (10) | 1.37 (0.89, 2.10) | 1.26 (0.69, 2.30) | 1.29 (0.70, 2.38) |

When looking at the data for frequent users of relaxers, straighteners, and pressing products, White et al observed a statistically significant increase in risk of ovarian with a **HR 2.19 (95% CI: 1.12, 4.27).** (White, Sandler, et al. 2021). *See Table 3 excerpted below.*

**Table 3.** Associations between hair product use frequency, dye color or duration, and incident invasive ovarian cancer in the Sister Study

| | Person-time[a] | Non-cases; n = 39 648 N (%)[a] | Ovarian cancer cases; n = 238 N (%)[a] | Adjusted hazard ratio[b] (95% CI) |
|---|---|---|---|---|
| Straighteners/relaxers, frequency of use in 12 months prior to baseline | | | | |
| Never | 369 104 | 35 717 (90) | 213 (90) | 1.00 |
| ≤4 times/year | 16 532 | 1780 (5) | 4 (2) | 0.50 (0.17, 1.44) |
| >4 times per year | 18 931 | 1990 (5) | 20 (8) | 2.19 (1.12, 4.27) |
| p-for-trend | | | | 0.03 |

Differences were observed in the association between use of chemical relaxers, straighteners, and pressing products and risk of serous ovarian cancer types vs. non-serous ovarian cancer types, as shown in Table 4 below. Significantly, a dose-response was also observed in this study when broken down by frequency of exposure and histologic subtype for which an increase in risk of ovarian cancer was found **(HR 4.35, 95% CI: 1.10, 17.2) but** limited to *non-serous* sub-types. While a non-statistically significant elevation of risk for frequently exposed, *serous* subtypes was observed **(HR 1.33, 95% CI: 0.68, 2.62),** this is likely the result of having too few cases in the analysis, i.e., 6 exposed *serous* cases vs. 5 exposed *non-serous* cases. *See Table 4 excerpted below.*

**Table 4.** Associations between hair products used in the 12 months prior to baseline and incident invasive ovarian cancer by tumor type

| | Medically confirmed ovarian cancer cases[a] | N (%) cases who are ever users | Ever vs. never | N (%) cases who are frequent users | Frequent vs. never | |
|---|---|---|---|---|---|---|
| | | | HR (95% CI) | | HR (95% CI) | p-for-trend |
| Straighteners/relaxers | | | | | | |
| Serous ovarian | 95 | 6 (6) | 1.33 (0.68, 2.62) | 4 (4) | 1.13 (0.49, 2.57) | 0.89 |
| Non-serous ovarian | 58 | 5 (9) | 1.49 (0.42, 5.33) | 4 (7) | 4.35 (1.10, 17.2) | 0.12 |
| *p-heterogeneity* | | | 0.87 | | 0.25 | |

White et al and Chang et al used the same data, i.e., the Sister Study data, for their analyses, which included examining the same categories of hair care products. White et al, after examining this

data, found an increased risk of ovarian cancer among frequent users of chemical hair relaxers and straighteners. Importantly, the only other positive association noted was an increased risk of non-serous ovarian cancer among hair dye users.

In sum, the study authors found that frequent use of straighteners/relaxers (defined as > 4 times per year) or pressing products in the past year was associated with an increased risk of ovarian cancer **(HR = 2.19, 95% CI: 1.12-4.27**). Importantly, this evidence of dose-response as between never users and frequent users provides additional evidence to support causality for ovarian cancer and exposure to chemical hair relaxers.

The strengths and limitations noted in Chang 2022 were also noted in White 2021. However, due to the fact that ovarian cancer is less common, a smaller number of cases were observed, leading to greater imprecision in the data. It is to be expected that some loss of statistical significance will be found even in large studies with divisions and subdivisions of data and with missing data for the sub-classes of histologic subtypes.

## X. OTHER STUDIES EXAMINING RISK OF UTERINE CANCER AND OVARIAN CANCER WITH EXPOSURE TO CHEMICAL HAIR RELAXERS

Since the publication of the original research studies described above, several publications of varying type and quality have addressed the issue of uterine and ovarian cancer risk in relation to chemical hair relaxer exposure, several of which did not find an elevated risk of uterine or ovarian cancer in the final analysis. I considered these publications as well in my overall analysis.

### A. Systematic Reviews/Review Articles

#### 1. Farooq, H, et al. 2024:

The stated objective of this article was to assess "the association between different hair products and gynecological conditions, including breast cancer and ovarian cancer" (Farooq et al. 2024). The authors utilized three separate databases from which to identify subject studies, including PubMed, Embase, and Scopus. I do note that this study addresses *all* hair care products—not just chemical hair relaxers—in conjunction with *all* benign and malignant gynecologic conditions, not limited to uterine and ovarian cancers. The authors state that they utilized the Newcastle-Ottawa "risk of bias" scale from which a total of 17 English-language studies met their inclusion criteria. Notably, while claiming to be a systematic review, these authors do not include the results of the Black Women's Health study that reported statistically significant elevations of risk for uterine cancer in certain groups exposed to chemical hair relaxers.

The authors of this study correctly report results for Chang 2022 (uterine cancer) and White 2021 (ovarian cancer), including "hair product" use and uterine cancer, HR- 1.8 (95 % CI = 1.12–2.88) for overall use as well as acknowledging the higher risk elevations seen for "frequent use" HR = 2.55 (95 % CI: 1.46–4.45 at p(trend) = 0.002), and an even higher hazard ratio reported when groups were stratified by both type and frequency of use, i.e., Type 1 endometrial cancer with frequent use, (HR = 2.94, 95 % CI = 1.42 to 6.08). Nevertheless, and despite these reported

findings, Farooq claims that Chang 2022 observed "negligible associations" between hair relaxers and uterine cancer which is simply not true.

Similarly, these authors report results for ovarian cancer (White 2021), noting "a possible association" between frequent hair dye use > 4 times/year and ovarian cancer risk (HR = 1.33, 95 % CI ,0.82–1.45). They also note that risk of ovarian cancer risk was positively associated with the use of hair relaxer, HR =1.29 (95 % CI = 0.70–2.38), and with increased frequency of use (HR 2.19, 95 % CI = 1.12–4.27, p for trend = 0.03).

With little support for their position, Farooq and colleagues claim that the evidence to date is "insufficient to determine whether a positive association exists". Importantly, Farooq and colleagues did not include in their analysis the results from Bertrand 2023, a large study based on the cohort from the US-based Black Women's Health Study (BWHS), that followed women for 22 years in their analyses and, among other findings, found that postmenopausal women using chemical hair relaxers more than twice a year or for more than five years had a greater than 50% increased risk of uterine cancer. (Farooq et al. 2024; Bertrand et al. 2023). However, this data was omitted from their systematic review raising questions as to how inclusion of data from the BWHS would have further strengthened the statistical association found in the systematic review.

**2. Hernandez, A, et al. 2025:**

The authors claim to have conducted a systematic literature review using PubMed to identify original studies reporting measures of association between hair relaxer use and relevant adverse outcomes, focusing specifically on Black women in the United States. (Hernandez et al. 2025). A total of 1382 studies were initially identified, and after consideration of the exclusion and inclusion criteria, the final set of studies consisted of seven cohort studies and one case–control study, including Chang, CJ, et al. 2022, White, AM, et al. 2021 and Bertrand, KA, et al. 2023.

The systematic review states that "overall findings of our current review suggest that Black women likely do not experience increased risk of breast cancer, ovarian cancer, or uterine cancer due to hair relaxer use." However, it should be noted that multiple original research studies reviewed and discussed above continue to report, including several shown in Table 4 of this paper, multiple elevated risks for uterine and ovarian cancers; This is particularly the case for postmenopausal women who are frequent users of these products. *See Study Table 4.* However, in reviewing this paper, I noted that multiple elevated risks for both Uterine and Ovarian cancer were not included in Table 4. Most notably for the Sister Study evaluating uterine cancer in association with hair relaxer/hair straighteners, the statistically significant hazard ratio (HR 1.80, 95% CI: 1.12, 2.88) does not appear nor does the important category reflecting frequency of use, i.e. > 4x/year appear in this report despite the fact that there was a statistically significant elevation of risk (HR 2.55 95% CI: 1.46, 4.45) p=.003 for this level of usage.

Similarly, the authors note that in examining ovarian cancer risk in connection with the subject hair relaxer/hair straighteners, results from the Sister Study (White 2021) elicited a greater than two-fold increase in risk for "frequent" users, i.e. > 4 x/year. However, this is absent from Table 4 of this publication.

The rationale to exclude results from Chang 2022 and White 2021 raises questions about the authors' methodology and approach to their review and how the reported outcomes would have been affected had they included this data. I find no justification to segregate results from Black women in this systematic review. While the majority of participants in the Sister Study were Non-Hispanic White females, in sub-analyses stratified by race/ethnicity, the results were overall consistent with the full cohort studied in both White 2021 and Chang 2022.

**3. Okeke, CAV, et al. 2023 (Systematic Review Uterine Cancer):**

A systematic review was performed to identify studies published between 2000 and 2022 on the PubMed database (Fig 1). (Okeke and Burgess 2023).




Fig. 1 from Okeke and Burgess 2023.

The authors of this very short piece by Okeke, AV and Burgess, CM, which claims to be a "systematic review" is entitled "Dispelling myths of chemical hair relaxers causing uterine cancer." According to the authors, after conducting a search using the terms "cancer AND Hair Relaxer", a total of nine (9) "original studies exploring uterine cancer, ovarian, and breast cancer incidence were selected and analyzed. Seven of the nine studies examined the association between chemical straighteners and breast cancer, which is not an injury for which I am offering expert opinion. The fact that the study selection was skewed towards breast cancer is most likely attributable to the wealth of breast cancer studies available in the published literature as contrasted with either uterine or breast cancer. After excluding the one ovarian cancer study, the authors were left with a single study (Chang 2022) to analyze within this study.

The point is made by these authors that in the Chang 2022 study, a much smaller percentage of black women were represented as study participants. The authors are critical of the Chang study design for not assessing what they believe to be appropriate risk factors for uterine cancer, i.e.,

insulin resistance, economic status, family history of all cancer types, and cardiovascular disease. However, they ignore the many important covariates accounted for in the Sister Study on uterine cancer and adjustments made for the following: age, race, ethnicity, physical activity, smoking status, alcohol consumption, educational attainment and occupational history, reproductive history, menopausal status, oral contraceptive use, hormone replacement therapy use, and BMI. Okeke & Burgess also fail to satisfactorily explain how cardiovascular disease (CVD) would affect the outcome under study in Chang, 2022, i.e., uterine cancer.

I note too that in 2022, Etminan, a Pharm D, published a "Correspondence" in the same journal as Chang, et al. 2022, citing several criticisms of the Sister Study findings, including not accounting for CVD in their analysis. (Etminan 2022). I find little to no merit for this claim. Rather, I agree with the Sister Study authors' response ("Response to Etminan"), that "it is unlikely that CVD would lead to changes in hair product use" such that it would skew the study results in some way not otherwise accounted for by the Sister Study investigators. (Chang et al. 2023).

These authors are also critical of Chang 2022 insofar as they find that Black participants were underrepresented in the Sister Study population and referred specifically to the Black Women's Health Study. Significantly, since the publication of this piece, another large prospective study utilizing the BWHS has been published demonstrating an elevated risk of uterine cancer in certain groups of black females (e.g., post-menopausal, frequent users, long duration of use). (Bertrand et al. 2023).

## XI. STUDIES OF CHEMICAL HAIR RELAXERS AND OTHER ADVERSE HORMONE RELATED OUTCOMES IN WOMEN

In addition to the studies and publications discussed above that specifically examined uterine cancer and ovarian cancer risks in conjunction with exposure to chemical hair relaxers, I found a number of studies that examined adverse hormone related outcomes (other than uterine and ovarian cancer), in connection with use of personal care products, including chemical hair relaxers. I considered these other hormonally driven adverse outcomes as part of my overall analysis and synthesis of the evidence insofar as studies of uterine fibroids, breast cancer early menarche with exposure to hair relaxer chemicals further informed my opinions.

### A. Leiomyomata (Uterine Fibroids)

Uterine leiomyomas are benign growths that occur in the muscular portion of the uterus. They are sensitive to estrogen and progesterone hormonal levels. (Borahay et al. 2017). During a woman's reproductive years, these hormones can stimulate fibroid growth. Fibroids often have higher levels of estrogen and progesterone receptors compared to normal uterine muscle tissue, implicating that their growth is regulated by these hormones. (Reis et al. 2016; Borahay et al. 2017). Estrogen promotes the proliferation of smooth muscle cells in the uterus, which can lead to the formation of fibroids. Progesterone can also stimulate fibroid growth by enhancing the effects of estrogen. (Doherty et al. 2014). This growth and proliferation in a high estrogen environment is analogous to what is seen in endometrial cancers. Against this background, I considered the following studies to be informative for my analysis.

Drawing on data from the BWHS, Wise, et al. 2012, evaluated the association between chemical relaxer use using similar methods as described above (Bertrand, et al. 2023). (Wise et al. 2012). During the follow-up period between 1997 and 2009, 7,146 new cases of uterine leiomyomata (uterine fibroids) were identified among BWHS participants and confirmed through ultrasound or surgery. The investigators found that ever use of relaxers was associated with a 17% increased risk (incidence rate ratio [IRR] 1.17, 95% CI: 1.06, 1.30). Additionally, use of lye-based (IRR 1.18, 95% CI: 1.06, 1.31) and no-lye relaxers (IRR 1.21, 95% CI: 1.08, 1.36) were both associated with increased risk of fibroids. At the time of publication this was the only study to have found a positive association between chemical hair relaxers and fibroids. However, a more recent study has since been published with findings supportive of an elevated risk of fibroids in connection with exposure to chemical hair relaxers that I find to be relevant to my own analysis.

Drawing on the Sister Study data, Ogunsina et al. reported a higher prevalence of fibroids in women who had used these products between the ages of 10 and 13 years. (Ogunsina et al. 2025). Moreover, higher prevalence was found in women who had used these products in the prior 12 months before enrolment. The effects were greater among frequent users and among women born between 1928 and 1945 and among women born between 1965 and 1974.

## B. Breast Cancer

Breast cancer is frequently influenced by hormones, particularly estrogen and progesterone. They promote the growth of breast tissue. They bind to hormone receptors on breast cells, stimulating cell division and growth. Many breast cancers are classified as hormone receptor-positive (HR+), meaning they have receptors for estrogen (ER+) and/or progesterone (PR+). These cancers tend to grow in response to these hormones. Estrogen can influence the expression of genes involved in cell division and survival. This can lead to uncontrolled growth leading to cancer. Elevated levels of estrogen can also increase the proliferation of breast cells, increasing the risk of mutations that can lead to cancer.

Much of what is known about the role of estrogen signaling in the uterus stems from many years of breast cancer research from which the estrogen receptor has been identified as a key oncogene. (Rodriguez et al. 2019). While there are some inconsistent findings across several studies that have examined the association of breast cancer with exposure to chemical hair relaxers, several of them are informative in terms of my opinions about the causal nexus between hair relaxers and gynecological cancers in women. I describe some of these studies briefly below.

In an earlier study utilizing data from the BWHS to investigate the role of hair relaxers in Black women who develop breast cancer, Rosenberg, et al. 2007, included 48,167 participants who enrolled in the study in 1995, completed a follow-up questionnaire in 1997, and were followed forward in time through 2005. (Rosenberg et al. 2007). A total of 574 incident breast cancer cases occurred. No significant association was observed between ever use of chemical relaxers and breast cancer incidence (IRR 1.04, 95% CI: 0.78, 1.39). The investigators also evaluated the association between various chemical relaxer use metrics (duration of use, frequency of use, age at first use, and type of relaxer used). Across the board, the IRRs observed did not show any significant associations.

Utilizing data from the Sister Study, Eberle, CE. et al. (2020), assessed the association between current hair product use and incident breast cancer diagnoses (ductal carcinoma in situ and invasive tumors). (Eberle et al. 2020). This analysis included 46,709 Sister Study participants with an average of 8.3 years of follow-up. During the follow-up period 2,794 incident cases of breast cancer occurred. In the primary analysis, the investigators observed that use of chemical relaxers, straighteners, and pressing products in the 12 months before enrollment was associated with 18% higher breast cancer risk (HR 1.18, 95% CI: 0.99–1.41). More frequent use (use every 5-8 weeks: HR 1.31, 95% CI: 1.05, 1.63) was associated with a 31% increased risk of breast cancer with evidence of a potential dose-response relationship (P-trend = 0.02). In addition to personal use of these hair products, non-professional application of straighteners to others was associated with a 27% increased risk of breast cancer (HR 1.27, 95% CI: 0.99–1.62).

The Women's Circle of Health Study (WCHS), a breast cancer case-control study of women in New York City and ten counties in New Jersey, was utilized by investigators in analyzing the association between hair product use and breast cancer. (Llanos et al. 2017). A total of 2280 cases and 2005 controls diagnosed with breast cancer between 2001 and 2014 were included in the analytic cohort. Participants were queried on use of chemical relaxers/straighteners, hair dyes and deep conditioning creams. Data on relaxer type (lye and no-lye), and duration and frequency of use was also collected. Among Black women in the WCHS, compared to non-use, regular use of relaxers was not significantly associated with breast cancer risk (OR = 0.99, 95% CI: 0.79, 1.26). However, in terms of overall breast cancer risk (or risk of ER+ disease), the investigators suggested that use of lye relaxers may be associated with approximately 50% increased risk of ER- breast cancer among both Black women (ER-, OR 1.54, 95% CI: 0.93, 2.53) and White women (ER-, OR 1.54, 95% CI: 0.93, 2.53) and the TN breast cancer subtype among Black women (TN, OR 1.48, 95% CI: 0.94, 2.59).

In a follow-up analysis of data from WHCS, Rao, R., et al. 2022, investigated the association between hair product use and breast tumor features among breast cancer cases only (N = 2,998). (Rao et al. 2022). Key results included the finding that duration of relaxer use ( >10 years) was associated with 72% increased risk of larger tumor size (1.0–2.0 cm vs. 1.0 cm: OR 1.72, 95 % CI: 1.04–2.87) and use of relaxers before age 12 was associated with a 65% significantly increased risk of larger tumor size (1.0–2.0 cm vs. 1.0 cm: OR 1.65, 95 % CI: 1.02–2.68). Although the association observed for tumors >2.0 cm was statistically non-significant, in performing dose-response analyses, the investigators elicited statistically significant p-values prompting them to conclude that longer duration of use and earlier age at first use of chemical relaxers is associated with increasing risks of larger breast tumors.

In a population-based case-control study (Ghana Breast Health Study (GBHS), investigators analyzed the occurrence of breast cancer in women aged 18-74 years exposed to skin lighteners or hair relaxers at two separate study sites (Accra and Kumasi). (Brinton et al. 2018). For relaxers, participants were asked to report if they ever used these products, age first used, last use (if not current users) and duration of use. Participants were also asked to report whether they used lye or non-lye relaxers and how many times they experienced burns from the use of relaxers. Adjustments were made for age, education, family history of breast cancer, body size, and parity. Numerous analyses and sub-analyses were performed, not all of which are detailed here.

Associations between relaxer use and breast cancer were estimated according to tumor size at the time of biopsy (≤5 cm vs. >5 cm). In this study "ever use" of chemical relaxers was associated with a 58% increased risk of breast cancer (OR 1.58, 95% CI: 1.15, 2.18). This association was driven by the substantially higher risk observed among study participants in Accra, (OR 2.31, 95% CI: 1.40, 3.82) compared to Kumasi, a statistically non-significant increased risk was observed (OR 1.22, 95% CI: 0.80, 1.88). Overall, former use was associated with greater risk than current use in participants from both sites (former use: OR 2.22, 95% CI: 1.56, 3.16; current use: OR 1.39, 95% CI: 1.00, 1.93), and increasing duration of relaxer use was associated with increasing breast cancer risk in Accra, but not in Kumasi. Among women who were former relaxers users and who reported longer durations of use, breast cancer risk was substantially higher than among non-users (OR 2.73, 95% CI: 1.55, 4.49).

Another analysis of data from the Sister Study (White, Gregoire, et al. 2021), examined the relationship of adolescent use of hair products (i.e., use at ages 10 to 13 years) and incidence of breast cancer among 47,522 participants with an average of 10 years of follow-up. During the follow-up time 3,380 incident cases of breast cancer were observed. Like the 2020 publication (Eberle et al. 2020), The investigators also considered whether the associations of interest varied by menopausal status (premenopausal and postmenopausal) and by ER status (ER- and ER+) and generated stratified risk estimates based on these two variables. Frequent use of chemical relaxers and straighteners (HR 1.14, 95% CI: 0.90, 1.45) was marginally associated with 14% increased breast cancer risk overall, but differences in the association by menopausal status were observed. Sometime use (HR 1.37, 95% CI: 0.93, 2.01) and frequent use (HR 2.11, 95% CI: 1.26, 3.55) of chemical relaxers and straighteners were associated with 37% and 111% increased risk of premenopausal breast cancer, respectively, but not significantly associated with risk of postmenopausal breast cancer (sometime use: HR 0.90, 95% CI: 0.73, 1.10; frequent use: HR 0.99, 95% CI: 0.76, 1.30;

In an updated analysis of data from the BWHS that included longer follow-up time (through 2017) Coogan, PF et al. 2021 evaluated the associations between hair product use and breast cancer. (Coogan et al. 2021). In an analytic sample of 50,543 BWHS participants and after a mean follow-up of 17.8 years, 2,311 incident breast cancer cases occurred. While no significant associations were observed between ever use of relaxers with breast cancer overall, "heavy" relaxer use ( ≥15 with a frequency of ≥7 times/ year) was marginally associated with a 13% increased breast cancer risk overall (HR 1.13, 95% CI: 0.96, 1.33) and with a 15% increased risk of ER+ disease (HR 1.15, 95% CI: 0.93, 1.42). No clear patterns of associations were observed between duration of relaxer use, frequency of use, age at first use, or number of burns experienced while using relaxers. However, in analyses stratified by type of relaxers used, elevated risks were observed between heavy use of lye-based relaxers with risk of breast cancer overall (HR 1.22, 95% CI: 0.95, 1.56) and risk of ER+ disease (HR 1.32, 95% CI: 0.97, 1.80), but not with risk of ER- disease (HR 1.27, 95% CI: 0.79, 2.02). Observed risk estimates did not significantly increase with increasing duration of use, but among participants reported using relaxers for ≥7 times per year, there was a significant 37% increase in the risk of ER+ breast cancer.

While there are some variances in the specific risk estimates across the breast cancer studies discussed above, there is a strong pattern in these studies of adverse hormonal health outcomes that support the role of chemical hair relaxer use in women and reproductive cancer development.

### C. Early Menarche

In the Greater New York Hair Products Study, a cross-sectional study, James-Todd and colleagues evaluated the association between use of chemical relaxers during childhood and age at menarche onset. (James-Todd et al. 2011). In the study questionnaire, participants were asked if they ever used hair oils, hair lotions, leave-in conditioners, root stimulators, perms and relaxers, prescription hair products, and any other types of hair products during childhood. Participants were also asked to report how old they were when they started their period (age at menarche onset) and this variable was recorded in 0.5-year intervals. The primary analysis evaluated the association of ever use of hair products during childhood with risk of menarche occurring at ages <12 years relative to ≥12 years. Additionally, secondary analyses evaluated age at menarche at ages <11 years relative to ≥12 years and restricted the analysis to participants who reported using hair products at least 2 years before menarche onset. Multivariable binomial regression models were used to estimate risk ratios (RRs) and 95% CIs, adjusting for decades of birth and race and ethnicity.

Childhood use of hair oils (RR 1.40, 95% CI: 1.10, 1.90) and perms/relaxers (RR 1.40, 95% CI: 1.10, 1.80) were both associated with a 40% increased risk of earlier age at menarche (<12 years). Use of the other hair products examined (hair lotions, leave-in conditioners, and other types of hair products) was not associated with age at menarche. Only 1% of participants reported using perms/relaxers at least 2 years before menarche onset, so the investigators were unable to evaluate the association of interest in this group.

In another study evaluating hair product use in childhood and adulthood with the risk of early age at menarche and mammographic breast density, (McDonald et al. 2018), leveraged data from participants enrolled in the National Collaborative Perinatal Project (NY-NCPP) and the New York City Multiethnic Breast Cancer Project (NY-MBCP). Participants were asked whether they ever used a variety of hair products including hair relaxers), during childhood and adulthood. Hair product use was defined using three metrics: 1) ever use of hair products in any product category; 2) ever use of hair oils; and 3) ever use of any hair products aside from hair oils. The third category was collapsed to include ever use of hair lotions, leave-in conditioners, root stimulators, perms and relaxers, and hair dyes due to small samples of participants reporting use of these products independently. Multivariable relative risk regression models (using the binomial link) were used to estimate RRs and 95% CIs to determine the associations between childhood hair product use and age at menarche (comparing age at menarche <11 years to ≥11 years). Linear regression models were used to estimate the association between childhood hair product use and mammographic breast density, with and without adjustment for race and ethnicity.

Adjusting for age and cohort, childhood use of any hair products (RR 2.26, 95% CI: 1.05, 4.85) and use of hair oils (RR 2.47, 95% CI: 1.16, 5.25) were associated with >100% increased risk of menarche before age 11 years. Statistically non-significant 78% increased risk of menarche before age 11 years was observed among participants reporting childhood use of “other” hair products, which included relaxers and perms (RR 1.78, 95% CI: 0.80, 3.94). These relative risks were attenuated with further adjustment for race and ethnicity; however, they each remained greater than 1.00 (any hair product use during childhood: RR 1.79, 95% CI: 0.79, 4.07; use of hair oils during childhood: RR 2.32, 95% CI: 0.98, 5.48; and childhood use of other hair products: RR 1.45,

95% CI: 0.65, 3.22). Since early menarche raises the risk of endometrial and ovarian cancers, and hair-relaxer use is associated with earlier menarche, relaxer use may indirectly elevate the risk of these malignancies.

## XII. CAUSAL ANALYSIS AND OPINION

As I noted within the Methodology section of this report in forming my opinions in this case, I incorporated the nine factors (or guidelines) articulated by Sir Austin Bradford Hill (Hill 1965) in evaluating causal relationships between environmental exposures and disease states, more specifically in this case, uterine and ovarian cancers. In performing this analysis, I also attributed relative weights to the various factors insofar as they informed my opinions on causality.

1) **Strength of association:** The prospective cohort evaluated in the Sister Study, as reported by Chang et al, showed a statistically significant, nearly 2-fold increase in risk of endometrial cancer in women reporting ever use of hair relaxers in the previous 12 months compared to never users. (HR = 1.80). (Chang et al. 2022). The risk increased to nearly 3-fold (HR 2.94), when evaluating type I endometrial cancers, the tumors that are considered to be estrogen-dependent. The finding of a higher risk elevation with "medically confirmed" cases add to the reliability of the Chang 2022 study findings and hence its strength. In the case of the prospective cohort evaluated in the Sister Study that examined risk of ovarian cancer, White et al, 2021, reported a statistically significant, greater than 2-fold increase in risk of ovarian cancer in women who used hair straighteners frequently (>4 times/year) (HR = 2.19). (White, Sandler, et al. 2021). This risk increased to more than 4-fold (HR 4.35), again statistically significant, when evaluating non-serous ovarian cancers, which are generally comprised of endometrioid adenocarcinomas that are frequently ER-positive and estrogen-driven. Although White 2021 represents one study specifically evaluating the question of ovarian cancer risk associated with hair relaxer use, the large size of the cohort evaluated, the evidence of a dose-response, and the specificity with respect to a histologic subtype of ovarian cancer known to more likely be hormone-dependent adds significant strength to the evidence and my opinion that the association is causal.

   As part of my analysis of the strength of evidence, I also considered possible alternative explanations for the observed associations, in particular, confounding and bias. I determined that the studies that I rely upon for my opinions appropriately adjusted for multiple, important confounders (e.g., age at menarche, menopausal status, parity, BMI, physical activity, smoking status, oral contraceptive use, and postmenopausal hormone use). In short, I found the two NIH-sponsored studies and the BWHS to be rigorous and methodologically sound and attributed great weight to this factor in my overall analysis causal analysis.

2) **Consistency of the observed association:** All of the original research studies analyzed by me (White 2021, Chang 2022, Bertrand 2023), demonstrate consistency between hair relaxer use and uterine and ovarian cancers. This includes two studies that are derivatives of the Sister Study population and an additional study in predominantly Black females (BWHS) which serves to corroborate the results of the Chang 2022 study, specifically with respect to uterine cancer findings. We have two studies consisting of

original research examining completely different populations of women, covering a broader time period and different exposure windows. In the BWHS, postmenopausal women who had a history of moderate to heavy use of chemical hair relaxers showed a statistically significant increased risk of endometrial cancer compared to never/light users (HR = 1.60, HR = 1.64, respectively). (Bertrand et al. 2023). While the hazard ratios in the Bertrand 2023 study are somewhat less than those elicited in the Chang 2022, as noted in my discussion above, the absence of a truly "never exposed" group in the BWHS likely resulted in a diminution of the risk estimates than would otherwise have been seen had there been a "never" exposed group.

Although no other large, prospective studies evaluating hair relaxer use and risk of ovarian cancer have been published since the White 2021 paper, the findings from the Sister Study and from the Black Women's Health Study, both showed an increased risk of endometrial endometrioid adenocarcinomas, the histologic counterpart within the endometrium that shares several of the same risk factors as many of the non-serous ovarian carcinomas. This is indicative of a consistent observation regarding estrogen-driven cancers within the gynecologic tract. In my analysis, I accorded greater weight to the two large, prospective NIH-sponsored studies and the BWHS as compared to three separate systematic reviews (Okeke and Burgess 2023; Farooq et al. 2024; Hernandez et al. 2025) for the reasons noted in text above. None of these reviews offered new data analyses or convincing arguments as to why the conclusions of the original research papers should be dismissed. Given the consistency within the three prospective cohort studies that I find compelling, I accorded great weight to this particular factor in reaching my opinions.

3) **Specificity of the association:** The third factor described by Hill was specificity between the exposure and outcome, meaning that the exposure only caused one disease. According to Hill, if specificity is present, it would provide strong evidence in support of causality. However, as he also notes this element is rarely found especially in a disease state like cancer. However, hair relaxers are known to contain EDCs. These substances can interfere with multiple female reproductive systems and their function and specifically related to increased risk for uterine and ovarian cancers, in particular with ER-positive endometrial carcinomas, as being associated with exposure to EDCs in hair relaxers. Nevertheless, I accorded little weight to this particular factor.

4) **Temporal relationship of the association:** Simply put, the exposure must precede the development of the outcome in question. In the cohort studies reviewed, hair relaxer use was captured up to 10 years prior to the cancer diagnosis (Chang et al. 2022; White, Sandler, et al. 2021), and up to 20 years in the case of the BWHS. The association is consistent in time, with the exposure of hair relaxer use preceding the outcome of uterine cancer and thus this required element of causality is present.

5) **Biological gradient/dose-response:** Both the Sister Study and the Black Women's Health Study showed evidence of a dose-response with respect to the duration of chemical hair relaxer use and a subsequent endometrial cancer diagnosis. For example, Chang and colleagues noted that the association with endometrial cancer was stronger

when comparing frequent use (defined as >4 times in the past 12 months) vs. never use (HR = 2.55, 95% CI = 1.46-4.45). (Chang et al. 2022). Additionally, Bertrand et al noted that postmenopausal women who reported 20 years or more of use compared to never/light users had a higher risk of endometrial cancer (HR = 1.71), with similar findings reported in those postmenopausal women with a history of 10-14 years of use for the chemical hair relaxers (HR = 2.21) thus suggesting a dose-response relationship for duration of use. (Bertrand et al. 2023). With regard to ovarian cancer, the data from the Sister Study also showed evidence most consistent with a dose-response with frequency of chemical hair relaxer use. For example, White and colleagues noted that the association with ovarian cancer was stronger when comparing frequent use to never use (HR = 2.19, 95% CI = 1.12-4.27 vs. ever use to never use (HR = 1.29; 95% CI:0.70-2.38). (White, Sandler, et al. 2021). I attributed great weight to the finding of a dose-response relationship in certain sub-group analyses across three large, prospective cohort studies.

6) **Biologic Plausibility:** As discussed above, chemical hair relaxers contain formaldehyde-releasing agents and EDCs. Formaldehyde-releasing agents, by definition release formaldehyde. Formaldehyde is a known human carcinogen. EDCs have been shown to mimic the carcinogenic effects of estrogen, as well as act as receptor agonists to "inhibit or block effects of endogenous hormones." (La Merrill et al. 2020). Additionally, and as discussed above, EDCs display estrogenic activity and in so doing they interfere with normal estrogen signaling which is mediated by two estrogen receptors (ERs): ERα and ERβ. Through these mechanisms, EDCs have been shown to increase the risk of ovarian and uterine cancers. (Endocrine Society 2025b).

   The impacts of EDCs on ER signaling are complex and often occur through multiple direct and indirect mechanisms. Exposure to phthalates, parabens, and other EDCs in hair relaxers may occur via inhalation or dermal absorption. Indeed, the biological plausibility that endocrine disrupters can play a role in the development of gynecological cancers is widely accepted. (Mallozzi et al. 2017).

   Moreover, and as discussed above, burns, lesions, or repeated irritation of the scalp through the process of repeated application of chemical hair relaxers will diminish scalp skin integrity while increasing permeability, with the potential for enhanced absorption of these chemicals in comparison to other personal care products that are applied externally. possibly Also, potential for inflammation, which is known to contribute to carcinogenesis in many contexts.

   Based upon my review of the various lines of evidence discussed above, and in the text of this report, I find that biologically plausible mechanisms exist that would explain the findings of elevated risk of both uterine and ovarian cancer as reported in the epidemiologic literature and I have weighted this causal factor heavily in reaching my opinions in this case.

7) **Coherence:** It is known that epidemiological risk factors for the majority of uterine cancers, which predominantly consist of type 1 endometrial endometrioid

adenocarcinoma, are those conditions listed above that result in relative hyperestrogenism, and are similar to the risk factors known for other estrogen-dependent cancers, including tumors originating in the breast and ovary. For example, it is also known that epidemiological risk factors for many ovarian epithelial carcinomas, particularly endometroid (non-serous) ovarian carcinoma are those conditions listed above that result in relative hyperestrogenism. Therefore, the laboratory evidence that these estrogen-dependent tumors can be caused by EDCs, like the ones present in hair relaxing personal care products, which have been shown through a variety of experiments to exert their cellular effects via ER-responsive pathways, is a reasonable and coherent argument.

8) **Experiment:** Interventions or experiments (typically randomized clinical trials) that demonstrate a change in outcome after removal (or reduction) of a suspected agent or cause provide evidence for causality. However, in the context of the products at issue in this case, it would be unethical to intentionally expose women to the offending agent in an effort to see who develops (or does not) uterine or ovarian cancer. Nor is it feasible. Observational studies are less expensive, better able to capture a broad patient population and are the preferred study design to assess adverse effects of an exposure when clinical trials are neither feasible nor ethical, as in this case. Therefore, I did not consider, nor did I weigh this factor in my overall analysis of causality between chemical hair relaxers and uterine or ovarian cancer.

9) **Analogy:** The acknowledged mechanism of carcinogenesis with respect to use of chemical hair relaxers and the development of endometrial cancer appear to be that of hormonal-dependent cellular cascades activated by exposure to endocrine disrupting chemicals. Therefore, it is not surprising that these chemicals that are in question, which result in an increased risk of estrogen-dependent endometrial cancer (predominantly type 1), have also been associated with other hormone-sensitive adverse outcomes in females, including uterine fibroids, breast cancer and early menarche. While I considered this factor as part of my overall analysis, I did not attribute as much weight to it as I have for the other factors enunciated by Dr. Hill as discussed above.

## XIII. CONCLUSION

My independent review of the scientific evidence leads me to conclude with reasonable medical and scientific certainty that hair relaxer exposures, as discussed in the body of this report, can cause and/or contribute to uterine and ovarian carcinomas in women exposed to these products.

Please note that I reserve my right to supplement or amend the opinions contained in this report in the event that further information becomes available to me.

My fee for expert services is as follows:

$500/hour for records review, telephone communication, and reports
$750/hour; (testimony services) depositions charged in half day increments: either a half day at 5x testimony rate or a full day at 10x testimony rate.

Trial is charged at a full-day minimum.

I have not testified at deposition or trial in the past four years.

Dated: November 29, 2025

By: ______________________________
Sameer Sharma, M.D.

## BIBLIOGRAPHICAL REFERENCES

Ameer, Muhammad Atif, and Diana C. Peterson. 2025. "Anatomy, Abdomen and Pelvis: Uterus." In *StatPearls*. StatPearls Publishing. http://www.ncbi.nlm.nih.gov/books/NBK470297/.

American Cancer Society. 2025a. "Endometrial Cancer Risk Factors." February 28. https://www.cancer.org/cancer/types/endometrial-cancer/causes-risks-prevention/risk-factors.html.

American Cancer Society. 2025b. "Endometrial Cancer Stages | Uterine Cancer Staging." February 28. https://www.cancer.org/cancer/types/endometrial-cancer/detection-diagnosis-staging/staging.html.

American Cancer Society. 2025c. "Key Statistics for Endometrial Cancer | American Cancer Society." May 30. https://www.cancer.org/cancer/types/endometrial-cancer/about/key-statistics.html.

American Cancer Society. 2025d. "Key Statistics for Ovarian Cancer." August 8. https://www.cancer.org/cancer/types/ovarian-cancer/key-statistics.html.

American Cancer Society. 2025e. "Ovarian Cancer." August 8. https://www.cancer.org/cancer/types/ovarian-cancer.html.

American Cancer Society. 2025f. "Ovarian Cancer Risk Factors." August 25. https://www.cancer.org/cancer/types/ovarian-cancer/causes-risks-prevention/risk-factors.html.

American Cancer Society. 2025g. "Ovarian Cancer Stages | Staging for Ovarian Cancer." August 8. https://www.cancer.org/cancer/types/ovarian-cancer/detection-diagnosis-staging/staging.html.

American Cancer Society. 2025h. "Ovarian Cancer Survival Rates." August 8. https://www.cancer.org/cancer/types/ovarian-cancer/detection-diagnosis-staging/survival-rates.html.

American Cancer Society. 2025i. "Uterine Cancer Survival Rate | Survival Rates for Endometrial Cancer." July 1. https://www.cancer.org/cancer/types/endometrial-cancer/detection-diagnosis-staging/survival-rates.html.

American Cancer Society. 2025j. "What Is Endometrial Cancer? | American Cancer Society." February 28. https://www.cancer.org/cancer/types/endometrial-cancer/about/what-is-endometrial-cancer.html.

Arora, Taruna, Sanjana Mullangi, Elsa S. Vadakekut, and Manidhar Reddy Lekkala. 2025. "Epithelial Ovarian Cancer." In *StatPearls*. StatPearls Publishing. http://www.ncbi.nlm.nih.gov/books/NBK567760/.

Bailey, Jared T, Che-Jung Chang, Symielle A Gaston, et al. 2025. "Use of Hair Straighteners and Chemical Relaxers and Incidence of Non-Reproductive Cancers." *JNCI: Journal of the National Cancer Institute*, September 30, djaf280. https://doi.org/10.1093/jnci/djaf280.

Bertrand, Kimberly A., Lauren Delp, Patricia F. Coogan, et al. 2023. "Hair Relaxer Use and Risk of Uterine Cancer in the Black Women's Health Study." *Environmental Research* 239 (Pt 1): 117228. https://doi.org/10.1016/j.envres.2023.117228.

Borahay, Mostafa A., Mehmet R. Asoglu, Aymara Mas, Sarah Adam, Gokhan S. Kilic, and Ayman Al-Hendy. 2017. "Estrogen Receptors and Signaling in Fibroids: Role in Pathobiology and Therapeutic Implications." *Reproductive Sciences (Thousand Oaks, Calif.)* 24 (9): 1235–44. https://doi.org/10.1177/1933719116678686.

Bormann, Jordan L., and Howard I. Maibach. 2020. "Effects of Anatomical Location on in Vivo Percutaneous Penetration in Man." *Cutaneous and Ocular Toxicology* 39 (3): 213–22. https://doi.org/10.1080/15569527.2020.1787434.

Braun, Joe M., Allan C. Just, Paige L. Williams, Kristen W. Smith, Antonia M. Calafat, and Russ Hauser. 2014. "Personal Care Product Use and Urinary Phthalate Metabolite and Paraben Concentrations during Pregnancy among Women from a Fertility Clinic." *Journal of Exposure Science & Environmental Epidemiology* 24 (5): 459–66. https://doi.org/10.1038/jes.2013.69.

Brinton, Louise A, Jonine D Figueroa, Daniel Ansong, et al. 2018. "Skin Lighteners and Hair Relaxers as Risk Factors for Breast Cancer: Results from the Ghana Breast Health Study." *Carcinogenesis* 39 (4): 571–79. https://doi.org/10.1093/carcin/bgy002.

Chang, Che-Jung, Katie M. O'Brien, Alexander P. Keil, et al. 2022. "Use of Straighteners and Other Hair Products and Incident Uterine Cancer." *Journal of the National Cancer Institute* 114 (12): 1636–45. https://doi.org/10.1093/jnci/djac165.

Chang, Che-Jung, Katie M. O'Brien, Alexander P. Keil, et al. 2023. "Response to Etminan." *Journal of the National Cancer Institute* 115 (2): 233–34. https://doi.org/10.1093/jnci/djac236.

Chang, Che-Jung, Katie M. O'Brien, Alexander P. Keil, et al. 2024. "Use of Personal Care Product Mixtures and Incident Hormone-Sensitive Cancers in the Sister Study: A U.S.-Wide Prospective Cohort." *Environment International* 183 (January): 108298. https://doi.org/10.1016/j.envint.2023.108298.

Coada, Camelia Alexandra, Giulia Dondi, Gloria Ravegnini, et al. 2021. "Classification Systems of Endometrial Cancer: A Comparative Study about Old and New." *Diagnostics (Basel, Switzerland)* 12 (1): 33. https://doi.org/10.3390/diagnostics12010033.

Collins, Hannah N., Paula I. Johnson, Norma Morga Calderon, et al. 2023. "Differences in Personal Care Product Use by Race/Ethnicity among Women in California: Implications for Chemical Exposures." *Journal of Exposure Science & Environmental Epidemiology* 33 (2): 292–300. https://doi.org/10.1038/s41370-021-00404-7.

Committee on the State of the Science in Ovarian Cancer Research, Board on Health Care Services, Institute of Medicine, and Engineering National Academies of Sciences. 2016. "The Biology of Ovarian Cancers." In *Ovarian Cancers: Evolving Paradigms in Research and Care*. National Academies Press (US). https://www.ncbi.nlm.nih.gov/books/NBK367613/.

Coogan, Patricia F., Lynn Rosenberg, Julie R. Palmer, Yvette C. Cozier, Yolanda M. Lenzy, and Kimberly A. Bertrand. 2021. "Hair Product Use and Breast Cancer Incidence in the Black Women's Health Study." *Carcinogenesis* 42 (7): 924–30. https://doi.org/10.1093/carcin/bgab041.

Desai, Nina, Jennifer Ludgin, Rakesh Sharma, Raj Kumar Anirudh, and Ashok Agarwal. 2013. "Female and Male Gametogenesis." In *Clinical Reproductive Medicine and Surgery: A Practical Guide*, 2nd ed., edited by Tommaso Falcone and William W. Hurd. Springer. https://doi.org/10.1007/978-1-4614-6837-0_3.

Devouassoux-Shisheboran, Mojgan, and Catherine Genestie. 2015. "Pathobiology of Ovarian Carcinomas." *Chinese Journal of Cancer* 34 (1): 50–55. https://doi.org/10.5732/cjc.014.10273.

Doherty, Leo, Levent Mutlu, Donna Sinclair, and Hugh Taylor. 2014. "Uterine Fibroids: Clinical Manifestations and Contemporary Management." *Reproductive Sciences (Thousand Oaks, Calif.)* 21 (9): 1067–92. https://doi.org/10.1177/1933719114533728.

Dörk, Thilo, Peter Hillemanns, Clemens Tempfer, Julius Breu, and Markus C. Fleisch. 2020. "Genetic Susceptibility to Endometrial Cancer: Risk Factors and Clinical Management." *Cancers* 12 (9): 2407. https://doi.org/10.3390/cancers12092407.

Dorland's Medical Dictionary Online. 2025a. "Fallopian Tube - Dorland's Definition." https://www.dorlandsonline.com/dorland/definition?id=115259.

Dorland's Medical Dictionary Online. 2025b. "Ovarium - Dorland's Dictionary." https://www.dorlandsonline.com/dorland/definition?id=36028.

Dorland's Medical Dictionary Online. 2025c. "Uterus - Dorland's Dictionary." https://www.dorlandsonline.com/dorland/definition?id=52332&searchterm=uterus.

Eberle, Carolyn E., Dale P. Sandler, Kyla W. Taylor, and Alexandra J. White. 2020. "Hair Dye and Chemical Straightener Use and Breast Cancer Risk in a Large US Population of Black and White Women." *International Journal of Cancer* 147 (2): 383–91. https://doi.org/10.1002/ijc.32738.

Endocrine Society. 2025a. "Endocrine-Disrupting Chemicals: An Endocrine Society Position Statement." April 22. https://www.endocrine.org/advocacy/position-statements/endocrine-disrupting-chemicals.

Endocrine Society. 2025b. "Impact of EDCs on Hormone-Sensitive Cancer." https://www.endocrine.org/topics/edc/what-edcs-are/common-edcs/cancer.

Etminan, Mahyar. 2022. "RE: Use of Straighteners and Other Hair Products and Incident Uterine Cancer." *JNCI Journal of the National Cancer Institute* 115 (2): 228. https://doi.org/10.1093/jnci/djac234.

Farooq, Hajra, Pauras Mhatre, Riya Aggarwal, et al. 2024. "A Systematic Review of Association between Use of Hair Products and Benign and Malignant Gynecological Conditions." *European Journal of Obstetrics, Gynecology, and Reproductive Biology* 295 (April): 160–71. https://doi.org/10.1016/j.ejogrb.2024.02.012.

Feschuk, Aileen M., Nadia Kashetsky, Chavy Chiang, Anuk Burli, Halie Burdick, and Howard I. Maibach. 2022. "Regional Variation in Percutaneous Absorption in in Vitro Human Models: A Systematic Review." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 25 (3): 97–112. https://doi.org/10.1080/10937404.2022.2032517.

Fuentes, Nathalie, and Patricia Silveyra. 2019. "Estrogen Receptor Signaling Mechanisms." *Advances in Protein Chemistry and Structural Biology* 116: 135–70. https://doi.org/10.1016/bs.apcsb.2019.01.001.

Gasner, Adi, and Aatsha P A. 2025. "Physiology, Uterus." In *StatPearls*. StatPearls Publishing. http://www.ncbi.nlm.nih.gov/books/NBK557575/.

Gaston, Symielle A., Tamarra James-Todd, Quaker Harmon, Kyla W. Taylor, Donna Baird, and Chandra L. Jackson. 2020. "Chemical/Straightening and Other Hair Product Usage during Childhood, Adolescence, and Adulthood among African-American Women: Potential Implications for Health." *Journal of Exposure Science & Environmental Epidemiology* 30 (1): 86–96. https://doi.org/10.1038/s41370-019-0186-6.

Gibson, Emily, and Heba Mahdy. 2025. "Anatomy, Abdomen and Pelvis, Ovary." In *StatPearls*. StatPearls Publishing. http://www.ncbi.nlm.nih.gov/books/NBK545187/.

Han, Joan, and Nazia M. Sadiq. 2025. "Anatomy, Abdomen and Pelvis: Fallopian Tube." In *StatPearls*. StatPearls Publishing. http://www.ncbi.nlm.nih.gov/books/NBK547660/.

Haskin, Alessandra, Ginette Okoye, and Crystal Aguh. 2017. "Ch.2 - Chemical Modifications of Ethnic Hair." In *Fundamentals of Ethnic Hair*, edited by Crystal Aguh and Ginette Okoye. Springer International Publishing.

Helm, Jessica S., Marcia Nishioka, Julia Green Brody, Ruthann A. Rudel, and Robin E. Dodson. 2018. "Measurement of Endocrine Disrupting and Asthma-Associated Chemicals in Hair Products Used by Black Women." *Environmental Research* 165 (August): 448–58. https://doi.org/10.1016/j.envres.2018.03.030.

Hernandez, Ashley M., Sierra J. Smith, Moin S. Vahora, et al. 2025. "Systematic Review of the Epidemiology of Hair Relaxer Use and Hormone-Sensitive Reproductive Outcomes Among Black Adult Women in the United States." *Journal of Applied Toxicology: JAT* 45 (8): 1394–416. https://doi.org/10.1002/jat.4744.

Hill, Austin Bradford. 1965. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58 (5): 295–300. https://doi.org/10.1177/003591576505800503.

Irungu, Beatrice N., Adana A. M. Llanos, Mary Nyangi, et al. 2025. "Chemicals of Concern in Select Packaged Hair Relaxers Available on the Kenyan Market: An Examination of Ingredient Labels and Measurement of pH." *Frontiers in Public Health* 13 (April). https://doi.org/10.3389/fpubh.2025.1532113.

James-Todd, Tamarra, Ruby Senie, and Mary Beth Terry. 2012. "Racial/Ethnic Differences in Hormonally-Active Hair Product Use: A Plausible Risk Factor for Health Disparities." *Journal of Immigrant and Minority Health* 14 (3): 506–11. https://doi.org/10.1007/s10903-011-9482-5.

James-Todd, Tamarra, Mary Beth Terry, Janet Rich-Edwards, Andrea Deierlein, and Ruby Senie. 2011. "Childhood Hair Product Use and Earlier Age at Menarche in a Racially Diverse Study Population: A Pilot Study." *Annals of Epidemiology* 21 (6): 461–65. https://doi.org/10.1016/j.annepidem.2011.01.009.

Kitson, Sarah J., Cemsel Bafligil, Neil A.J. Ryan, et al. 2020. "BRCA1 and BRCA2 Pathogenic Variant Carriers and Endometrial Cancer Risk: A Cohort Study." *European Journal of Cancer* 136 (September): 169–75. https://doi.org/10.1016/j.ejca.2020.05.030.

La Merrill, Michele A., Laura N. Vandenberg, Martyn T. Smith, et al. 2020. "Consensus on the Key Characteristics of Endocrine-Disrupting Chemicals as a Basis for Hazard Identification." *Nature Reviews. Endocrinology* 16 (1): 45–57. https://doi.org/10.1038/s41574-019-0273-8.

Langdon, Simon P., C. Simon Herrington, Robert L. Hollis, and Charlie Gourley. 2020. "Estrogen Signaling and Its Potential as a Target for Therapy in Ovarian Cancer." *Cancers* 12 (6): 1647. https://doi.org/10.3390/cancers12061647.

Llanos, Adana AM, Anna Rabkin, Elisa V Bandera, et al. 2017. "Hair Product Use and Breast Cancer Risk among African American and White Women." *Carcinogenesis* 38 (9): 883–92. https://doi.org/10.1093/carcin/bgx060.

Llanos, Adana, Jasmine McDonald, Dede Teteh, and Traci Bethea. 2022. "Chemical Relaxers and Hair-Straightening Products: Potential Targets for Hormone-Related Cancer Prevention and Control." *Health Sciences and Kinesiology Faculty Articles*, ahead of print, October 17. https://doi.org/10.1093/jnci/djac169.

Mahdy, Heba, Elsa S. Vadakekut, and David Crotzer. 2025. "Endometrial Cancer." In *StatPearls*. StatPearls Publishing. http://www.ncbi.nlm.nih.gov/books/NBK525981/.

Mallozzi, Maddalena, Chiara Leone, Francesca Manurita, Filippo Bellati, and Donatella Caserta. 2017. "Endocrine Disrupting Chemicals and Endometrial Cancer: An Overview of Recent Laboratory Evidence and Epidemiological Studies." *International Journal of*

*Environmental Research and Public Health* 14 (3): 334. https://doi.org/10.3390/ijerph14030334.

Masood, Fareeha, Sawera Haider, and Hadiya Afzal. 2023. "Use of Hair Straightening Chemicals and Uterine Cancer." *Pakistan Journal of Medicine and Dentistry* 12 (4). https://doi.org/10.36283/PJMD12-4/019.

McDonald, Jasmine A., Parisa Tehranifar, Julie D. Flom, Mary Beth Terry, and Tamarra James-Todd. 2018. "Hair Product Use, Age at Menarche and Mammographic Breast Density in Multiethnic Urban Women." *Environmental Health* 17 (1): 1. https://doi.org/10.1186/s12940-017-0345-y.

Meyer, Larissa A., Russell R. Broaddus, and Karen H. Lu. 2009. "Endometrial Cancer and Lynch Syndrome: Clinical and Pathologic Considerations." *Cancer Control : Journal of the Moffitt Cancer Center* 16 (1): 14–22. https://doi.org/10.1177/107327480901600103.

National Cancer Institute. 2024. "Endometrial Cancer Treatment - NCI." pdqCancerInfoSummary. December 6. nciglobal,ncienterprise. https://www.cancer.gov/types/uterine/patient/endometrial-treatment-pdq.

National Human Genome Research Institute. 2025. "Transcription." November 22. https://www.genome.gov/genetics-glossary/Transcription.

Needle, Carli D., Caitlin A. Kearney, Anna L. Brinks, et al. 2024. "Safety of Chemical Hair Relaxers: A Review Article." *JAAD Reviews* 2 (December): 50–56. https://doi.org/10.1016/j.jdrv.2024.09.001.

Ogunsina, Kemi, Katie M. O'Brien, Alexandra J. White, et al. 2025. "Hair Straightener Use in Relation to Prevalent and Incident Fibroids in the Sister Study with a Focus on Black Women." *Environmental Health Perspectives* 133 (1): 17004. https://doi.org/10.1289/EHP14493.

Okeke, Chidubem A. V., and Cheryl M. Burgess. 2023. "Dispelling Myths of Chemical Hair Relaxers Causing Uterine Cancer." *Journal of the American Academy of Dermatology* 89 (4): 875–76. https://doi.org/10.1016/j.jaad.2023.06.031.

Pierce, Jennifer S., Drew Cheatham, Devan A. Campbell, et al. 2024. "Evaluation of Dermal Exposure to Phthalates and Parabens Resulting from the Use of Hair Relaxers." *International Journal of Environmental Health Research* 35 (7): 1707–26. https://doi.org/10.1080/09603123.2024.2402836.

Plante, Beth J., Bruce A. Lessey, Robert N. Taylor, et al. 2012. "G Protein-Coupled Estrogen Receptor (GPER) Expression in Normal and Abnormal Endometrium." *Reproductive Sciences* 19 (7): 684–93. https://doi.org/10.1177/1933719111431000.

Quinn, Chemene R., Timothy M. Quinn, and A. Paul Kelly. 2003. "Hair Care Practices in African American Women." *Cutis* 72 (4): 280–82, 285–89.

Rao, Rohan, Jasmine A. McDonald, Emily S. Barrett, et al. 2022. "Associations of Hair Dye and Relaxer Use with Breast Tumor Clinicopathologic Features: Findings from the Women's Circle of Health Study." *Environmental Research* 203 (January): 111863. https://doi.org/10.1016/j.envres.2021.111863.

Reis, Fernando M., Enrrico Bloise, and Tânia M. Ortiga-Carvalho. 2016. "Hormones and Pathogenesis of Uterine Fibroids." *Best Practice & Research. Clinical Obstetrics & Gynaecology* 34 (July): 13–24. https://doi.org/10.1016/j.bpobgyn.2015.11.015.

Rodriguez, Adriana C., Zannel Blanchard, Kathryn A. Maurer, and Jason Gertz. 2019. "Estrogen Signaling in Endometrial Cancer: A Key Oncogenic Pathway with Several Open Questions." *Hormones & Cancer* 10 (2–3): 51–63. https://doi.org/10.1007/s12672-019-0358-9.

Rosenberg, Lynn, Deborah A. Boggs, Lucile L. Adams-Campbell, and Julie R. Palmer. 2007. "Hair Relaxers Not Associated with Breast Cancer Risk: Evidence from the Black Women's Health Study." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 16 (5): 1035–37. https://doi.org/10.1158/1055-9965.EPI-06-0946.

Sá Dias, Tania Cristina de, André Rolim Baby, Telma Mary Kaneko, and Maria Valéria Robles Velasco. 2007. "Relaxing/Straightening of Afro-Ethnic Hair: Historical Overview." *Journal of Cosmetic Dermatology* 6 (1): 2–5. https://doi.org/10.1111/j.1473-2165.2007.00294.x.

Saka, Anatu H., Angela N. Giaquinto, Lauren E. McCullough, et al. 2025. "Cancer Statistics for African American and Black People, 2025." *CA: A Cancer Journal for Clinicians* 75 (2): 111–40. https://doi.org/10.3322/caac.21874.

Sandler, Dale P., M. Elizabeth Hodgson, Sandra L. Deming-Halverson, et al. 2017. "The Sister Study Cohort: Baseline Methods and Participant Characteristics." *Environmental Health Perspectives* 125 (12): 127003. https://doi.org/10.1289/EHP1923.

Schildroth, Samantha, Ruth J. Geller, Amelia K. Wesselink, et al. 2024. "Hair Product Use and Urinary Biomarker Concentrations of Non-Persistent Endocrine Disrupting Chemicals among Reproductive-Aged Black Women." *Chemosphere* 361 (August): 142442. https://doi.org/10.1016/j.chemosphere.2024.142442.

Sishi, V. N. B., J. C. Van Wyk, and N. P. Khumalo. 2019. "The pH of Lye and No-Lye Hair Relaxers, Including Those Advertised for Children, Is at Levels That Are Corrosive to the Skin." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 109 (12): 941–46. https://doi.org/10.7196/SAMJ.2019.v109i12.14010.

Smolarz, Beata, Karolina Biernacka, Honorata Łukasiewicz, et al. 2025. "Ovarian Cancer-Epidemiology, Classification, Pathogenesis, Treatment, and Estrogen Receptors' Molecular Backgrounds." *International Journal of Molecular Sciences* 26 (10): 4611. https://doi.org/10.3390/ijms26104611.

"The Genetics of Cancer - NCI." 2015. cgvArticle. April 22. nciglobal,ncienterprise. https://www.cancer.gov/about-cancer/causes-prevention/genetics.

Toss, Angela, Chiara Tomasello, Elisabetta Razzaboni, et al. 2015. "Hereditary Ovarian Cancer: Not Only BRCA 1 and 2 Genes." *BioMed Research International* 2015: 341723. https://doi.org/10.1155/2015/341723.

"Uterus: MedlinePlus Medical Encyclopedia." 2025. https://medlineplus.gov/ency/imagepages/19263.htm.

Virnig, Beth A., Nancy N. Baxter, Elizabeth Habermann, Roger D. Feldman, and Cathy J. Bradley. 2009. "A Matter Of Race: Early- Versus Late-Stage Cancer Diagnosis." *Health Affairs (Project Hope)* 28 (1): 160–68. https://doi.org/10.1377/hlthaff.28.1.160.

Voutsadakis, Ioannis A. 2021. "A Systematic Review and Meta-Analysis of Hormone Receptor Expression in Low-Grade Serous Ovarian Carcinoma." *European Journal of Obstetrics, Gynecology, and Reproductive Biology* 256 (January): 172–78. https://doi.org/10.1016/j.ejogrb.2020.11.021.

White, Alexandra J., Allyson M. Gregoire, Kyla W. Taylor, et al. 2021. "Adolescent Use of Hair Dyes, Straighteners and Perms in Relation to Breast Cancer Risk." *International Journal of Cancer* 148 (9): 2255–63. https://doi.org/10.1002/ijc.33413.

White, Alexandra J., Dale P. Sandler, Symielle A. Gaston, Chandra L. Jackson, and Katie M. O'Brien. 2021. "Use of Hair Products in Relation to Ovarian Cancer Risk." *Carcinogenesis* 42 (9): 1189–95. https://doi.org/10.1093/carcin/bgab056.

Wise, Lauren A., Julie R. Palmer, David Reich, Yvette C. Cozier, and Lynn Rosenberg. 2012. "Hair Relaxer Use and Risk of Uterine Leiomyomata in African-American Women." *American Journal of Epidemiology* 175 (5): 432–40. https://doi.org/10.1093/aje/kwr351.

Wise, Lauren A., Tanran R. Wang, Collette N. Ncube, et al. 2023. "Use of Chemical Hair Straighteners and Fecundability in a North American Preconception Cohort." *American Journal of Epidemiology* 192 (7): 1066–80. https://doi.org/10.1093/aje/kwad079.

Wright, Jason D., Matthew T. Prest, Jennifer S. Ferris, et al. 2025. "Projected Trends in the Incidence and Mortality of Uterine Cancer in the United States." *Cancer Epidemiology, Biomarkers & Prevention* 34 (7): 1156–66. https://doi.org/10.1158/1055-9965.EPI-24-1422.

Yu, Kun, Zheng-Yuan Huang, Xue-Ling Xu, Jun Li, Xiang-Wei Fu, and Shou-Long Deng. 2022. "Estrogen Receptor Function: Impact on the Human Endometrium." *Frontiers in Endocrinology* 13 (February): 827724. https://doi.org/10.3389/fendo.2022.827724.

Zota, Ami R., and Bhavna Shamasunder. 2017. "The Environmental Injustice of Beauty: Framing Chemical Exposures from Beauty Products as a Health Disparities Concern." *American Journal of Obstetrics and Gynecology* 217 (4): 418.e1-418.e6. https://doi.org/10.1016/j.ajog.2017.07.020.

# Appendix A

TABLE 3 Chemicals of concern identified on ingredients lists of evaluated hair relaxer products.

| Ingredient name | CAS number | CoC evidence list | | | Health concerns | | | |
|---|---|---|---|---|---|---|---|---|
| | | Campaign for safe cosmetics red list (USA) | Annex II (EU)[a] | Annex III (EU)[b] | Cancer | Endocrine disruption | Reproductive developmental toxicity | Asthmagens, allergens, and irritants |
| Acrylic acid; carbomer | 79–10-7 | Tier 2 and 3 | | | | | | 2a, 3a |
| *Aloe barbadensis* (leaf extract/ *aloe vera*) | 85,507–69-3 | Tier 2and 3 | | | 1a | | | 2a |
| Benzyl alcohol | 100–51-6 | Tier 3 | | ☐ | | | | 2a,5 |
| Benzyl benzoate | 120–51-4 | Tier 2 and 3 | | ☐ | | | | 5 |
| Benzyl salicylate | 118–58-1 | Tier 1 | | ☐ | | 6 | | 2a, 5 |
| Butylated hydroxytoluene (BHT) | 128–37-0 | Tier 1 | | | 2b | 4 | 2c | 2a |
| Calcium hydroxide | 1,305-62-0 | Tier 2 and 3 | | ☐ | | | | 2a |
| Cinnamyl alcohol | 104–54-1 | Tier 3 | | ☐ | | | | 2a, 5 |
| Citral | 5,392-40-5 | Tier 2 and 3 | | ☐ | | | | 2a, 5 |
| Citronellol | 106–22-9 | Tier 2 and 3 | | ☐ | | | | 2a, 5 |
| CoCamide diethanolamine (CoCamide DEA) | 68,603–42-9 | Tier 1 | | | 1a | | | |
| Coumarin | 91–64-5 | Tier 2 and 3 | | ☐ | | | | 2a, 5 |
| D-limonene/limonene | 5,989-27-5; 138–86-3 | Tier 2 and 3 | | ☐ | | | | 2a, 5 |
| Formaldehyde | 50–00-0 | Tier 1 | ☐ | | 1b | | | 2a, 3b |
| Geraniol | 106–24-1 | Tier 3 | | ☐ | | | | 2a, 5 |
| Hexyl cinnamal | 101–86-0 | Tier 3 | | ☐ | | | | 2a, 5 |
| Hydroxycitronellal | 107–75-5 | Tier 2 and 3 | | ☐ | | | | 2a, 5 |
| Isoeugenol | 97–54-1 | Tier 1 | | ☐ | 2b | | | 2a, 5 |
| Lilial | 80–54-6 | Tier 1 | ☐ | | | | 2d | 2a, 5 |
| Linalool | 78–70-6 | Tier 3 | | ☐ | | | | 2a, 5 |
| Mineral oils | 8,012-95-1, 8,042-47-5, and others related to petroleum | Tier 3 | | | | | | 2a |
| Petrolatum | 8,009-03-8 | Tier 2 | ☐ | | | | 2e | |
| Phenolphthalein | 77–09-8 | - | ☐ | | 7 | | | |
| Phenolsulfonphthalein (Phenol red) | 143–74-8 | Tier 2 | | | | 6 | | |
| Phenoxyethanol | 122–99-6 | Tier 3 | | | | | | 2a |
| Sodium hydroxide | 1,310–73-2 | Tier 2 and 3 | | ☐ | | | | 2a |
| Tocopherol/Vitamin E | 1,406-18-4 | Tier 2 | | | | 6 | | 2a |

[a]Prohibited Substances: Annex II, Regulation 1223/2009/EC on Cosmetic Products, as amended by Regulation (EU) 2023/1490, OJ L 183, 20 July 2023. This list contains substances which are banned from use in any cosmetic products marketed for sale or use in the European Union.
[b]Restricted Substances: Annex III, Regulation 1223/2009/EC on Cosmetic Products, as amended by Regulation (EU) 2023/1545, OJ L 188, 27 July 2023.
This list contains substances whose use in cosmetic products in the European Union is banned, except under certain conditions as indicated in Annex III. The list specifies the field of application or use, maximum allowable concentration limits in finished products, and any additional limitations. 1. International Agency for Research on Cancer (IARC) Monographs. a. Possible human carcinogen. b. Known Human Carcinogen. 2. Global harmonized system (GHS) codes and pictograms. a Asthmagens, allergens, and irritants (GHS 314, 315, 318, 319). b Suspected of causing cancer (GHS315). c Suspected of damaging fertility or unborn child. d Suspected of damaging fertility. e Suspected of damaging unborn child. 3. Association of Occupational and Environmental Clinics (AOEC). a Suspected Asthmagen. b Generally Accepted Asthmagen. 4. ChemSec Substitute It Now! (SIN) List (https://pharosproject.net/hazard-lists/307 accessed on 28/02/20240). 5. EU Fragrance Allergen: Established Contact Allergen in Humans. 6. Association supported by peer-reviewed literature according to Campaign for safe cosmetics list. 7. European Chemicals Agency Doc ED/77/2011: Inclusion of substances of very high concern in the candidate list (carcinogenic).

Irungu, Beatrice N., Adana A. M. Llanos, Mary Nyangi, et al. 2025. “Chemicals of Concern in Select Packaged Hair Relaxers Available on the Kenyan Market: An Examination of Ingredient Labels and Measurement of pH.” Frontiers in Public Health 13 (April). https://doi.org/10.3389/fpubh.2025.1532113.

TABLE 4 **Frequency of each chemical of concern listed on product labels of the 22 evaluated hair relaxer products and the typical use of the chemical.**

| Chemical name | Products listing the ingredient on the package label n (%) | Typical use of the chemical |
|---|---|---|
| *Aloe barbadensis* (leaf extract/*aloe vera*) | 4 (18.2) | Antioxidant |
| Benzyl alcohol | 3 (13.6) | Fragrance |
| Benzyl benzoate | 3 (13.6) | Fragrance/antimicrobial/solvent |
| Benzyl salicylate | 4 (18.2) | Fragrance |
| BHT (Butylated hydroxytoluene) | 2 (9.1) | Antioxidant |
| Calcium hydroxide | 7 (31.8) | Buffering |
| Carbomer | 2 (9.1) | Emulsion stabilizing /gel forming |
| Cinnamyl alcohol | 1 (4.6) | Fragrance |
| Citral | 4 (18.2) | Fragrance |
| Citronellol | 3 (13.6) | Fragrance |
| CoCamide diethanolamine (CoCamide DEA) | 2 (9.1) | Surfactant/emulsifier |
| Coumarin | 4 (18.2) | Fragrance |
| D-limonene/limonene | 9 (40.9) | Fragrance |
| Formaldehyde | 2 (9.1) | Preservative |
| Geraniol | 2 (9.1) | Fragrance |
| Hexyl cinnamal | 5 (22.7) | Fragrance |
| Hydroxycitronellal | 3 (13.6) | Fragrance |
| Isoeugenol | 2 (9.1) | Fragrance |
| Lilial | 1 (4.6) | Fragrance |
| Linalool | 9 (40.9) | Fragrance |
| Paraffinum liquidum (mineral oil) | 20 (90.9) | Antistatic/emollient/solvent |
| Petrolatum | 21 (95.5) | Antistatic/emollient |
| Phenolphthalein | 2 (9.1) | pH level indicator |
| Phenolsulfonphthalein (Phenol red) | 7 (31.8) | pH indicator |
| Phenoxyethanol | 7 (31.8) | Preservative |
| Sodium hydroxide | 16 (72.7) | Denaturant/buffering |
| Tocopherol/Vitamin E | 5 (22.7) | Antioxidant |

Irungu, Beatrice N., Adana A. M. Llanos, Mary Nyangi, et al. 2025. "Chemicals of Concern in Select Packaged Hair Relaxers Available on the Kenyan Market: An Examination of Ingredient Labels and Measurement of pH." Frontiers in Public Health 13 (April). https://doi.org/10.3389/fpubh.2025.1532113.

# Exhibit A

# CURRICULUM VITAE

# SAMEER SHARMA, MD, MBA

## PERSONAL DATA

**HOME ADDRESS:** [redacted]

**CONTACT PHONE:** [redacted]

**EMAIL:** [redacted]

## CURRENT POSITIONS

**Executive Medical Director** — **2008-Present**
Dyer Gynecologic Oncology
**Northwest Cancer Center, Dyer, IN**

**Chairman** — **2021-Present**
Division of Gynecologic Oncology
**Duly Health & Care, Westmont, IL**

**Division Director** — **2007-Present**
Division of Gynecologic Oncology
Department of Obstetrics and Gynecology
**Mount Sinai Hospital, Chicago, IL**

**System Director of Gynecologic Oncology** — **2021-Present**
**Powers Healthcare System, Munster, IN**

**Director of Robotics Surgery** — **2021-Present**
**Methodist Hospitals, Merrillville, IN**

## PREVIOUS POSITIONS

**Associate Director** — **2005-2020**
**Attending Physician**
Division of Gynecologic Oncology
Department of Obstetrics and Gynecology
**John H. Stroger, Jr. Hospital of Cook County, Chicago, IL**

**Attending Physician** — **2009-2014**
Division of Gynecologic Oncology
Department of Obstetrics and Gynecology
**Rush University Medical Center, Chicago, IL**

## EDUCATION

| | | |
|---|---|---|
| | **INDIANA UNIVERSITY** | Indianapolis, IN |
| 2017-2019 | **Kelley School of Business** | |
| | **Master of Business Administration,** *Business of Medicine Program* | |
| | **RUSH MEDICAL COLLEGE** | Chicago, IL |
| 1994-1998 | **Doctor of Medicine -** June 1998 | |
| | **UNIVERSITY OF ILLINOIS** | Chicago, IL |
| 1986-1990 | **Bachelor of Science** – *Biomedical Engineering* | |

## PROFESSIONAL TRAINING

| | | |
|---|---|---|
| | **ROSWELL PARK CANCER INSTITUTE** | Buffalo, NY |
| 2002- 2005 | **Fellow**, Gynecologic Oncology *(Graduation June 2005)* | |
| | **UNIVERSITY OF WISCONSIN/ AURORA HEALTHCARE** | Milwaukee, WI |
| 2001-2002 | **Administrative Chief Resident** | |
| 1998- 2002 | **Resident**, Obstetrics and Gynecology | |
| | **MD ANDERSON CANCER CENTER** | Houston, TX |
| March 2001 | **Felix Rutledge Fellow** | |
| | **MEMORIAL SLOAN-KETTERING CANCER CENTER** | New York, NY |
| February 2001 | **Galloway Fellow** | |

## LICENSURE AND CERTIFICATION

| | | |
|---|---|---|
| 2007-2023 | Board Certified- Gynecologic Oncology<br>American Board of Obstetrics and Gynecology | Diplomate |
| 2006-2023 | Board Certified- General Obstetrics & Gynecology<br>American Board of Obstetrics and Gynecology | Diplomate |
| 2008-2024 | State of Indiana | |
| 2005-2024 | State of Illinois | |

| | |
|---|---|
| 2002-2005 | State of New York |
| 2000-2003 | State of Wisconsin |
| 2008-Present | Drug Enforcement Agency License |
| 1996-2000 | United States Medical Licensing Exam Steps I, II, III |

## FACULTY APPOINTMENTS

2021-Present **Assistant Professor**, Rosalind Franklin University
Department of Obstetrics and Gynecology

2018-2021 **Clinical Associate Professor**, Feinberg School of Medicine
Northwestern University
Department of Obstetrics and Gynecology

2005-2021 **Assistant Professor**, Rush Medical College, Rush University
Department of Obstetrics and Gynecology
Department of Pharmacology

2002-2005 **Instructor**, State University of New York, Buffalo, NY
Department of Obstetrics and Gynecology

## BASIC SCIENCE RESEARCH EXPERIENCE

2005-2023 Ovarian Cancer Research: Early detection, Targeted Therapy, Animal Model, Dietary Supplementation, Prevention. Proteomics Laboratory, Cohn Research Center
**Co-Principal Investigator: Animesh Barua, PhD**, *Rush University Medical Center*

2003- 2004 Antigen Discovery and Immunotherapy for Ovarian Cancer
**Research Fellow,** *Roswell Park Cancer Institute.* Preceptor: Kunle Odunsi, MD, PhD

1991-1994 Development of Home Prothrombin Time Meter
***Associate Scientist and Co-Principal Investigator**, Avocet Medical, Inc. San Jose, CA*
Designed, implemented and clinically tested a fluoroscopic coagulation cascade reagent system. Lab research and clinical trials led to a patented and FDA approved product.

## GRANTS

2006-2008 Translational Elongation Factor 1 Alpha 2 as an Oncoprotein in Ovarian Cancer, Rush University Committee on Research, $20,000.

2006-2007 Crosstalk of tumor and immune cells in the microenvironment of ovarian cancer, Rush-Stroger Collaborative Research Grant, $10,000.

## AWARDS

June 2018 **Outstanding Faculty Teaching Award**
Feinberg School of Medicine, Northwestern University
Department of Obstetrics and Gynecology

June 2017 **Outstanding Faculty Teaching Award**
Feinberg School of Medicine, Northwestern University
Department of Obstetrics and Gynecology

June 2014 **Outstanding Faculty Teaching Award**
Mount Sinai Medical Center, Department of Obstetrics and Gynecology

October 2003 **Cancer Education Consortium (Travel Grant) – Clinical Pharmacology Workshop**
Leesburg, VA.

August 2003 **Cancer Education Consortium (Travel Grant) - Epidemiology Workshop**
Brewster, MA.

June 2002 **Outstanding Graduating Resident Award, Obstetrics and Gynecology**
University of Wisconsin, Milwaukee Clinical Campus

June 2002 **Undergraduate Education Award for Outstanding Teaching to Medical Students**
University of Wisconsin, Milwaukee Clinical Campus

June 2002 **Award for Outstanding Resident Collaboration with Nurse Midwife Services**
University of Wisconsin, Milwaukee Clinical Campus

June 2002 **Outstanding Research Presentation – Scientific Day**
University of Wisconsin, Milwaukee Clinical Campus

June 2001 **Outstanding Senior Resident Award, Obstetrics and Gynecology**
University of Wisconsin, Milwaukee Clinical Campus

March 2001 **APGO/Parke-Davis Foundation Scholars Award**
Annual Meeting, Orlando, FL

June 2000 **Teaching Resident of the Year Award**
Berlex Laboratories

June 2000 **Samuel G. Perlson Education Award, Outstanding Teaching of Medical Students**
University of Wisconsin, Milwaukee Clinical Campus

March 2000 **Outstanding Resident Award, University of Wisconsin (all specialties)**
University of Wisconsin Medical School

June 1999 **Samuel G. Perlson Education Award, Outstanding Teaching of Medical Students**
University of Wisconsin, Milwaukee Clinical Campus

## PUBLICATIONS

1. Hyun Ju Lee, Janice M. Bahr, Pincas Bitterman, Basu S, **Sharma S**, Abramowicz, Barua A. "Polycystic Ovarian Condition May Be a Risk Factor for Ovarian Tumor Development in the Laying Hen Model of Spontaneous Ovarian Cancer," Journal of Immunology Research, vol. 2018, Article ID 2590910

2. Gibbs J, McLean V, Chitgar S, Misra S, Srinivasan S, **Sharma S**, Pilliteri M, Krovi VN, Singhal P. *Vaginal cuff dehiscence after Robot-Assisted Gynecologic Surgery*. BAOJ Gynaec 2017, 2:12; 014

3. Barua A, Edassery S, McNeal S, Bahr J, Bitterman P, Basu S, **Sharma S**, Abramowicz JS. *Enhancement of Ovarian Tumor Detection by DR6-Targeted Ultrasound Imaging Agents in Laying Hen Model of Spontaneous Ovarian Cancer.* Int J. Gynecol Cancer 2016 Oct 26(8):1375-1385

4. Barua A, Edassery SL, McNeal S, Bahr JM, Bitterman P, Basu S, **Sharma S**, Abramowicz JS. *Interleukin 16- (IL-16) Targeted Ultrasound Imaging Agent Improves Detection of Ovarian Tumors in Laying Hens, a preclinical model Spontaneous Ovarian Cancer.* Biomed Res Int. 2015;2015:567459. doi: 10.1155/2015/567459. Epub 2015 Jun 16.

5. Barua A, Yellapa A, Bahr JM, Machado SA, Bitterman P, Basu S, **Sharma S**, Abramowicz JS. *VEGFR2-Targeted Ultrasound Imaging Agent Enhances the Detection of Ovarian Tumors at Early Stage in Laying Hens, a Preclinical Model of Spontaneous Ovarian Cancer.* Ultrasonic imaging. 2015; 37(3):224-37.

6. Yellapa A, Bitterman P, **Sharma S**, Guirguis A, Bahr JM, Basu S, Abramowicz JS, Barua A. *Interleukin 16 (IL-16) expression changes in association with ovarian malignant transformation.* American Journal of Obstetrics and Gynecology. March 2014. Volume 210, Issue 3, Pages A1-A20.

7. Barua A, Yellapa A, Bahr JM, Machado SA, Bitterman P, Basu S, **Sharma S**, Abramowicz JS. *Enhancement of Ovarian Detection With* $\alpha_V\beta3$ *Integrin-Targeted Ultrasound Molecular Imaging Agent in Laying Hens.* International Journal of Gynecological Cancer & Volume 24, Number 1, January 2014.

8. Barua A, Bradaric MJ, Bitterman P, Abramowicz JS, **Sharma S**, Basu S, Lopez H, Bahr JM. *Dietary Supplementation of Ashwagandha (Withania somnifera, Dunal) Enhances NK Cell Function in Ovarian Tumors in the Laying Hen Model of Spontaneous Ovarian Cancer*. American Journal of Reproductive Immunology 2013 Dec 70(6): 538-550.

9. Chitgar, S., Ghomi, A., Danakas, G., Erk, M., Narayanan, M.S., Krovi, V., **Sharma, S.,** and Singhal, P**.**, *"Safety and Efficacy of Robot-Assisted Gynecologic Surgery for High Risk and Advanced Stage Endometrial Cancer,"* **Journal of Minimally Invasive Gynecology ,** Vol. 20 , No. 6 , S82, Nov. 2013. doi:10.1016/j.jmig.2013.08.264.

10. Chitgar, S., Jain, N., Ghomi, A., Danakas, G., Erk, M., Narayanan, M.S., Krovi, V., **Sharma, S.**, and Singhal, P., *"Vaginal Cuff Dehiscence after Robot-assisted Gynecologic Surgery,"* **Gynecologic Oncology,** Vol. 131, No. 1, pp. 275, Oct. 2013. doi:10.1016/j.ygyno.2013.07.074.

11. Malapati R, Brandis O, **Sharma S,** Nguyen TM. *Late Midtrimester Pregnancy, Advanced Bulky Cervical Cancer, Radiation Therapy, and Physician's Moral Distress: A Management Dilemma.* Gynecol Obstetric 2012, 2:1

12. Bradaric MJ, Barua A, Penumatsa K, Yi Y, Edassery SL, **Sharma S**, Abramowicz JS, Bahr JM, Luborsky JL. *Sphingosine-1 phosphate Receptor (S1P1), a Critical Receptor Controlling Human Lymphocyte Trafficking, is Expressed in Hen and Human Ovaries and Ovarian Tumors.* J Ovarian Res 2011 Feb 28 4(1):4 .

13. **Sharma, S.**, Tammela, J., Hilal, A., Keitz, B., Wang, W., Driscoll, D., Kazeem, L., Lele. S., Odusni, K. C*haracterization of a putative ovarian oncogene, Elongation Factor 1 Alpha, isolated by panning a synthetic phage-display sinle-chain variable fragment library with cultured human ovarian cancer cells.* Clinical Cancer Research, 2007 Oct 1; 13 (19):5889-96.

14. **Sharma, S.**, Rezai, K., Driscoll. D., Odunsi, K., Lele, S. *Characterization of Neutropenic Fever in patients receiving first-line adjuvant chemotherapy for Epithelial Ovarian Cancer.* Gynecologic Oncology, 2006 Oct;103(1):181-5.

15. Tammela, J. Uenaka, A. , Ono, T., Noguchi, Y., Jungbluth, A., Qian, F., Schneider, S., **Sharma, S.**, Driscoll, D., Lele, S., Old, L., Nakayama, E., Odunsi, K. *OY-TES-1 Expression and Serum Immunoreactivity in Epithelial Ovarian Cancer*, International Journal of Oncology, 2006 Oct;29(4):903-10.

16. **Sharma, S.**, Driscoll. D., Odunsi, K., Venkatadri, A., Lele, S. *Safety and Efficacy of Cytoreductive Surgery for Epithelial Ovarian Cancer in Elderly and High-risk Surgical Patients*, American Journal of Obstetrics and Gynecology, 193(6):2077-2082, December 2005.

17. **Sharma, S.**, Odunsi, K. *Targeted therapy for epithelial ovarian cancer*. Expert Opinion on Therapeutic Targets, 2005 Jun; 9(3):501-13.

18. Cheewakriangkrai, C., **Sharma, S.**, Deeb, G., Lele, S. A Rare Female Genital Tract Tumor: Benign Granular Cell Tumor of Vulva: Case Report and Review of the Literature. Gynecologic Oncology, 97 (2005) 656-658.

19. **Sharma, S.**, Qian, F., Driscoll, D., Keitz, B., Lele, S., Odunsi, K. *Anchor-Kinase Protein-3 mRNA expression correlates with poor prognosis in epithelial ovarian cancer.* Gynecologic Oncology 2005 Oct; 99(1):183-8.

20. **Sharma, S.**, Odunsi, K., Driscoll, D., Lele, S. *Pelvic Extenterations for Gynecologic Malignancies: 20 year experience at a single cancer institute*. International Journal of Gynecological Cancer. 15(3):475-482, May/June 2005.

21. **Sharma, S.**, Spiegel, G., Odunsi, K, Lele, S. *Adenocarcinoma of the Vulva : Case Report.* International Journal of Pathology

22. Zweig, S.E., **Sharma S.**, Meyer, B.G. *Membrane-Based, Dry Reagent, Prothrombin Time Tests.* Biomedical Instrumentation & Technology 1996;30:245-256.

## PATENTS

1. Applied and awarded US Patent # 5,418,141 " *Test articles for performing dry reagent prothrombin time assays*."

## INVITED LECTURES

1. Update on Gynecologic Malignancies Symposium, Munster, IN, October 2024
2. SGO Coding Conference: Complex Surgical Coding for Gynecologic Oncology. Annual Meeting, San Diego, March 2024.
3. SGO Coding Conference: Complex Surgical Coding for Gynecologic Oncology. Annual Meeting, Tampa, March 2023.
4. SGO Coding Conference: Complex Surgical Coding for Gynecologic Oncology. Webinar, July 2021.
5. Robotic Surgery for Gynecologic Malignancies, Methodist Hospitals, Grand Rounds, Merrillville, IN, March 2021.
6. Advances in Minimally Invasive Surgery for Gynecologic Malignancies, Cancer Resource Consortium, Fall Conference, Munster, IN, October 2017.
7. Ovarian cancer – role of BRCA and PARP inhibitors, Breast and Ovarian Cancer Symposium, Munster, IN, August 2017
8. Chemotherapy for Gynecologic Malignancies, Grand Rounds, John H. Stroger Hospital, Chicago, IL, June 2015.
9. Robotics in Gynecologic Surgery, Advances in Medicine, Cancer Resource Consortium, Spring Conference, Munster, IN, March 2013.
10. Minimally Invasive Surgery in Gynecologic Malignancies, Cancer Resource Consortium, Fall Conference, Munster, IN, October 2012.
11. Management of Gynecologic Malignancies, Sinai Cancer Center Annual Conference, October 2011.
12. Robotic Surgery for Endometrial Cancer, Western NY Robotic Conference, June 2011.
13. Advances in Surgery for Gynecologic Malignancies, Cancer Resource Consortium, Munster, IN, March 2011.
14. Robotics in Gynecologic Cancer Surgery, Robotics Symposium, St Margaret Mercy Hospital, April 2010.
15. Vulvar cancer, Grand Rounds, Community Hospital, March 2010.
16. HPV and Vaginal Dysplasia, Grand Rounds, Community Hospital, September 2009.
17. Tamoxifen and Uterine Sarcomas, Grand Rounds, Obstetrics and Gynecology, John Stroger Hospital of Cook County, May 2008.
18. Targeted Therapies in Ovarian Cancer, Grand Rounds, Medical Oncology, Rush University Medical Center, September 2007.

19. Approach to Adnexal Mass in Postmenopausal Patients, Grand Rounds, Obstetrics and Gynecology, John Stroger Hospital of Cook County, September 2007.
20. HPV and Cervical Cancer, Women and Children Conference, Edwards Hospital, September 2007.
21. Management of Advanced Cervical Cancer, Grand Rounds, Medical Oncology, John Stroger Hospital of Cook County, November 2006.
22. Update in Ovarian Cancer Therapy, Grand Rounds, Obstetrics and Gynecology, Rush University Medical Center, May 2006.
23. Intraperitoneal Chemotherapy in Ovarian Cancer, Grand Rounds, Medical Oncology, John Stroger Hospital of Cook County, April 2006.
24. Advances in Ovarian Cancer, Grand Rounds, Obstetrics and Gynecology, John Stroger Hospital of Cook County, February 2006.
25. Immunotherapy in Ovarian Cancer, Grand Rounds, Pharmacology and Immunology, Rush University Medical Center, December 2005.
26. Antibiotic use in Gynecologic Care: An Evidence Based Review – Grand Rounds, Obstetrics and Gynecology, University at Buffalo, May 2005.
27. Acute Renal Failure in the Gynecologic Patient –Grand Rounds, Obstetrics and Gynecology, University at Buffalo, January 2004.
28. Tamoxifen and Endometrial Cancer – Grand Rounds, Obstetrics and Gynecology, University at Buffalo, September 2002.
29. Cervical Cancer in Pregnancy –Grand Rounds, Obstetrics and Gynecology, University of Wisconsin, April 2002.

## PRESENTATIONS/ABSTRACTS AT NATIONAL MEETINGS

1. Metformin treatment enhances anti-tumor immunity in patients with ovarian cancer, Plenary session, ASRI Annual Meeting, Chicago, IL, September 2017
2. Effect of death receptor 6 (DR6) targeted molecular ultrasound imaging on detection of ovarian tumors at early stage. Annual meeting ASCO, Chicago, June 2016. Abstract e17063.
3. Ovarian tumor-induced immunosuppression of NK cells and its prevention by dietary supplementation of herbal Withaferin A (Ashwagandha). AACR Ovarian Cancer Symposium, Orlando, October 2015.
4. Association of leukocyte inhibitory immunoglobulin-like transcript 3 (ILT3) with ovarian cancer and prevention of its expression by dietary supplementation of Ashwagandha (Withania somnifera). AACR Inaugural International Cancer Immunotherapy Conference: Translating Science into Survival; New York, September 2015.
5. High Levels of FSH associated with chronic inflammation and malignant transformation of the ovary. Illinois Symposium on Reproductive Sciences, Chicago, October 2014.
6. Contrast enhanced interleukin 16 targeted imaging detects ovarian tumor at an early stage. AACR Ovarian Cancer Symposium, Seattle, September 2014.

7. Peroxisome proliferator-activated receptor-gamma (PPAR-γ) prevents ovarian cancer progression. AACR Ovarian Cancer Symposium, Seattle, September 2014.
8. Inhibition of ovarian tumor-associated DJ-1 expression and tumor progression. Annual meeting ASCO, June 2014, Chicago. Abstract e16527.
9. Interleukin 16 (IL-16) expression changes in association with ovarian malignant transformation. Central Association of Obstetrics & Gynecology, Napa, October 2013.
10. Association of interleukin 16 with early metastasis of ovarian tumors. AACR, Advances in Ovarian Cancer Research, Miami, September 2013.
11. Expression of GRP78 and it's microRNA-181 during the development and progression of ovarian cancer. Annual meeting ASCO, June 2013, Chicago. Abstract # 117951.
12. Evaluating the accuracy of frozen section in borderline ovarian tumors. Annual meeting ASCO, June 2013, Chicago. Abstract # 117793.
13. Dietary supplementation of Ashwagandha enhances NK cell function against ovarian tumors in laying hen model of spontaneous ovarian cancer. Annual meeting of American Society of Reproductive Immunology, May 2013, Boston.
14. Anti-NMP autoantibodies together with serum levels of DR6 detect ovarian cancers at early stage. AACR, April 2013, Washington DC. Abstract # 3471.
15. IL-16 in association with VEGF-2 detects early tumor associated changes in the ovary. AACR, April 2013, Washington DC. Abstract # 4641.
16. GRP78 in association with VEGFR-2 detects early stage ovarian cancer. AACR, April 2013, Washington DC. Abstract # 4642.
17. Use of contrast-enhanced ultrasound imaging with microbubbles targeted to $\alpha_V\beta 3$ Integrins to enhance detection of early-stage ovarian tumors. Annual meeting ASCO, June 2011, Chicago. Abstract # 5076.
18. Differences in Outcomes for Early Stage Cervical Cancer, Surgery vs. Chemoradiation, John Stroger Hospital of Cook County, Research Day, Chicago, May 2011.
19. Translational Elongation Factor 1 Alpha-2 as an Oncogene in Epithelial Ovarian Cancer, Rush University Committee on Research, Chicago, April 2007.
20. Correlation of preoperative albumin levels in predicting postoperative outcome among patients undergoing cytoreductive surgery for ovarian cancer. Society of Gynecologic Oncology, San Diego, March 2007.
21. Is there a postoperative CA-125 value which predicts a negative second-look laparotomy? American Society of Clinical Oncology, Atlanta, June 2006.
22. Use of gemcitabine based multi-agent chemotherapy in Uterine Sarcomas. American Society of Clinical Oncology, Atlanta, June 2006.
23. Eukaryotic Elongation Factor 1A2 (eEF1A2) Expression in Ovarian Cancer, Rush Research Forum, Chicago, April 2006.
24. Can preoperative endometrial biopsy/D&C predict final pathology results in patients with Endometrial Cancer? Society of Gynecologic Oncology, Palm Springs, March 2006.
25. The Oncogene Elongation Factor 1 Alpha-2 mRNA expression in Epithelial Ovarian Cancer, American Society of Clinical Oncology, Orlando, May 2005.

26. Safety and efficacy of cytoreductive surgery for Epithelial Ovarian Cancer in elderly and high-risk surgical patients, Society of Gynecologic Surgeons, April 2005.
27. Characterization of Neutropenic Fever in patients receiving first-line adjuvant chemotherapy for Epithelial Ovarian Cancer, Society of Gynecologic Oncology, Miami, March 2005.
28. Safety and efficacy of cytoreductive surgery for Epithelial Ovarian Cancer in elderly and high-risk surgical patients, Society of Gynecologic Oncology, Miami, March 2005.
29. Pelvic Extenterations for Gynecologic Malignancies: 20 year experience at single cancer institute – 10th Biennial meeting of the International Gynecologic Cancer Society, October 2004.
30. Pelvic Extenterations for Gynecologic Malignancies: 20 year experience at single cancer institute – American Society of Clinical Oncology, New Orleans, June 2004.
31. Anchor-Kinase Protein-3 mRNA expression correlates with poor prognosis in epithelial ovarian cancer – Gynecologic Oncology Fellows Forum, San Diego, March 2004.
32. Anchor-Kinase Protein-3 mRNA expression correlates with poor prognosis in epithelial ovarian cancer – Society of Gynecologic Oncology, San Diego, February 2004.
33. Prevalence of Gestational Diabetes in an Inner-city Multiethnic Population – ACOG Armed Forces District Annual Meeting, October 2000.
34. Vaginal Misoprostol for Cervical Ripening: An Observational Study - ACOG Armed Forces District Annual Meeting, October 2000.

## REVIEWING ACTIVITIES

1. Ad Hoc Reviewer for Gynecologic Oncology
2. Ad Hoc Reviewer for International Journal of Gynecological Cancer

## PROFESIONAL MEMBERSHIPS

| | |
|---|---|
| 2007-Present | Full SGO Member |
| 2005-2007 | Candidate SGO Member |
| 2002- Present | Associate/Full ASCO Member |
| 2002- 2005 | Junior SGO Member - Fellow |
| 1998- 2005 | Junior ACOG Fellow |
| 1994- 2006 | AMA Member |

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| April 2023 | Committee Member, Ph.D Thesis Committee, Dept. of Pharmacology, Rush |
| 2021-Present | Member, Duly Health & Care Cancer Committee |
| 2020-2023 | Committee Member, SGO Coding Committee |
| 2018-2020 | Committee Member, SGO Finance Committee |
| 2008-Present | ABOG Gynecologic Oncology Board Examination Author - Questions |

| | |
|---|---|
| 2013-Present | Director, Gynecologic Tumor Board, Community Hospital, Munster, IN |
| June 2011 | Committee Member, Ph.D Thesis Committee, Dept. of Pharmacology, Rush |
| 2011-2013 | Committee Member, SGO Clinical Practice Committee |
| 2010-Present | Co-Principal Investigator, Gynecologic Oncology Group, Munster, IN |
| 2010-Present | Member, Quality Assurance Committee, Community Hospital, Munster, IN |
| May 2009 | Judge, Rush Research Day, Department of Obstetrics & Gynecology, Chicago |
| 2008-2020 | Clinical Preceptor, Dept. of Obstetrics & Gynecology, Rush Medical College |
| 2008-Present | Director, Gynecologic Tumor Board, St Margaret Mercy Hospital, Dyer, IN |
| 2007-Present | Director, Gynecologic Tumor Board, Mt. Sinai Cancer Center, Chicago |
| 2005-2020 | Director, Gynecologic Tumor Board, John Stroger Hospital, Chicago |
| 2005-2020 | Member, John Stroger Hospital Cancer Committee |
| 2005-2020 | Member, Quality Assurance Committee, John Stroger Hospital, Chicago |
| 2005-2020 | Member, Academic Affairs Committee, John Stroger Hospital, Chicago |
| 2001-2002 | Member, Faculty Search Committee, University of Wisconsin, Milwaukee |
| 2000- 2002 | Member, Gynecologic Services Committee, University of Wisconsin, Milwaukee |
| 1999- 2002 | Member, Resident Clinic Advisory Committee, University of Wisconsin |
| 1999- 2002 | Member, Resident Recruitment Committee, University of Wisconsin, Milwaukee |
| 1998- 2002 | Member, Undergraduate Education Committee, University of Wisconsin |

# Exhibit B

| **Materials Considered by Expert Dr. Sameer Sharma** |
|---|
| **All materials referenced and/or discussed within general opinion report are incorporated herein by reference** |
| |
| Aguh, Crystal, and Ginette A. Okoye. "Fundamentals of ethnic hair." Cham, Switzerland: Springer International Publishing (2017). |
| Ahern, Thomas P., et al. "Phthalate exposure and breast cancer incidence: a Danish nationwide cohort study." *Journal of Clinical Oncology* 37.21 (2019): 1800-1809. |
| American Cancer Society - Endometrial Cancer Risk Factors. https://www.cancer.org/cancer/types/endometrial-cancer/causes-risks-prevention/risk-factors.html |
| American Cancer Society. 2025. "What Is Endometrial Cancer? \| American Cancer Society." https://www.cancer.org/cancer/types/endometrial-cancer/about/what-is-endometrial-cancer.html. |
| American Cancer Society. 2025d. "Ovarian Cancer." August 8. https://www.cancer.org/cancer/types/ovarian-cancer.html. |
| American Cancer Society. 2025e. "Ovarian Cancer Risk Factors." August 25. https://www.cancer.org/cancer/types/ovarian-cancer/causes-risks-prevention/risk-factors.html |
| American Chemistry Council. "Comments on California Background Document on Chemicals in Hair Straightening Products" (July 23, 2021) |
| Amin, Mohammad Mehdi, et al. "Paraben content in adjacent normal-malignant breast tissues from women with breast cancer." *Biomedical and Environmental Sciences* 32.12 (2019): 893-904. |
| Bergman, Åke, et al. "The impact of endocrine disruption: a consensus statement on the state of the science." *Environmental health perspectives* 121.4 (2013): a104-a106. |
| Bergman, et al. "State of the Science of Endocrine Disrupting Chemicals-2012." An assessment of the state of the science of endocrine disruptors prepared by a group of experts for the United Nations Environment Programme and World Health Organization (2013). |
| Bertrand, Kimberly A., et al. "Hair relaxer use and risk of uterine cancer in the Black Women's Health Study." *Environmental Research* 239 (2023): 117228. [including supplemental materials] |
| Black Women's Health Study Biennial Questionnaires - https://www.bu.edu/bwhs/for-researchers/sample-bwhs-questionnaires/ |
| Black Women's Health Study Publications - https://www.bu.edu/bwhs/research/publications/ |
| Bormann, Jordan L., and Howard I. Maibach. "Effects of anatomical location on in vivo percutaneous penetration in man." *Cutaneous and Ocular Toxicology* 39.3 (2020): 213-222. |

| |
|---|
| Boyle, Meleah D., et al. "Occupational exposures to phthalates among black and Latina US hairdressers serving an ethnically diverse clientele: a pilot study." *Environmental Science & Technology* 55.12 (2021): 8128-8138. |
| Braun, Joe M., et al. "Personal care product use and urinary phthalate metabolite and paraben concentrations during pregnancy among women from a fertility clinic." *Journal of exposure science & environmental epidemiology* 24.5 (2014): 459-466. [including supplemental materials] |
| Brinton, Louise A., et al. "Skin lighteners and hair relaxers as risk factors for breast cancer: results from the Ghana breast health study." *Carcinogenesis* 39.4 (2018): 571-579. |
| Caserta, Donatella, et al. "Endocrine disruptors and endometrial cancer: molecular mechanisms of action and clinical implications, a systematic review." *International Journal of Molecular Sciences* 23.6 (2022): 2956. |
| Caserta, Donatella, et al. "Impact of endocrine disruptor chemicals in gynaecology." *Human reproduction update* 14.1 (2008): 59-72. |
| Chang, Che-Jung, et al. "Associations between use of chemical hair products and epigenetic age: Findings from the Sister Study." *Environmental Epidemiology* 8.3 (2024): e311. |
| Chang, Che-Jung, et al. "Response to Etminan." *JNCI: Journal of the National Cancer Institute* 115.2 (2023): 233-234. |
| Chang, Che-Jung, et al. "Use of personal care product mixtures and incident hormone-sensitive cancers in the Sister Study: a US-wide prospective cohort." *Environment international* 183 (2024): 108298. [including supplemental materials] |
| Chang, Che-Jung, et al. "Use of straighteners and other hair products and incident uterine cancer." *JNCI: Journal of the National Cancer Institute* 114.12 (2022): 1636-1645. [including supplemental materials] |
| Cho, Yoon Hee, et al. "Exposure to Phthalates and Alternative Plasticizers Is Associated with Methylation Changes of ESR1 and PGR in Uterine Leiomyoma: The ELENA Study." *Applied Sciences* 11.9 (2021): 4234. |
| Clarke, Megan A., et al. "Hysterectomy-corrected uterine corpus cancer incidence trends and differences in relative survival reveal racial disparities and rising rates of nonendometrioid cancers." *Journal of Clinical Oncology* 37.22 (2019): 1895-1908. |
| Coogan, Patricia F., et al. "Hair product use and breast cancer incidence in the Black Women’s Health Study." *Carcinogenesis* 42.7 (2021): 924-930. |
| Czarnywojtek, A., et al. "The effect of endocrine disruptors on the reproductive system-current knowledge." *European Review for Medical & Pharmacological Sciences* 25.15 (2021). |
| D’Oria, Ottavia, Aris Raad Besharat, and Donatella Caserta. "Endocrine Disruptor Chemicals in Gynecologic Oncology: A Focus on Endometrial Cancer." *Clinical and Experimental Obstetrics & Gynecology* 51.8 (2024): 182. |
| de Paula, Joane Nathache Hatsbach, Flávia Machado Alves Basílio, and Fabiane Andrade Mulinari-Brenner. "Effects of chemical straighteners on the hair shaft and scalp." *Anais brasileiros de dermatologia* 97.2 (2022): 193-203. |
| Department of Toxic Substances Control Safer Consumer Products Program. California Environmental Protection Agency. "Chemicals in Hair Straightening Products Background Document." (May 24, 2021) |

| |
|---|
| Diamanti-Kandarakis, Evanthia, et al. "Endocrine-disrupting chemicals: an Endocrine Society scientific statement." *Endocrine reviews* 30.4 (2009): 293-342. |
| Dogan, Selen, et al. "Traces of intact paraben molecules in endometrial carcinoma." *Environmental Science and Pollution Research* 26.30 (2019): 31158-31165. |
| Eberle, Carolyn E., et al. "Hair dye and chemical straightener use and breast cancer risk in a large US population of black and white women." *International journal of cancer* 147.2 (2020): 383-391. |
| Etminan, Mahyar. "RE: Use of straighteners and other hair products and incident uterine cancer." *JNCI: Journal of the National Cancer Institute* 115.2 (2023): 228-228. |
| Farooq, Hajra, et al. "A systematic review of association between use of hair products and benign and malignant gynecological conditions." *European Journal of Obstetrics & Gynecology and Reproductive Biology* 295 (2024): 160-171. |
| Felix, Ashley S., and Louise A. Brinton. "Cancer progress and priorities: uterine cancer." *Cancer Epidemiology, Biomarkers & Prevention* 27.9 (2018): 985-994. |
| Feschuk, Aileen M., et al. "Regional variation in percutaneous absorption in in vitro human models: a systematic review." *Journal of Toxicology and Environmental Health* , Part B 25.3 (2022): 97-112. |
| Fragrance Creators Association. "Comments of the Fragrance Creators Association on Chemicals in Hair Straightening Products Background Document, dated May 24, 2021" (July 23, 2021) |
| Geczik, Ashley M., et al. "Relation of circulating estrogens with hair relaxer and skin lightener use among postmenopausal women in Ghana." *Journal of exposure science & environmental epidemiology* 33.2 (2023): 301-310. |
| Gibson, Douglas A., and Philippa TK Saunders. "Endocrine disruption of oestrogen action and female reproductive tract cancers." *Endocrine-related cancer* 21.2 (2014): T13-T31. |
| Giulivo, Monica, et al. "Human exposure to endocrine disrupting compounds: Their role in reproductive systems, metabolic syndrome and breast cancer. A review." *Environmental research* 151 (2016): 251-264. |
| Gore, Andrea C., et al. "EDC-2: the endocrine society's second scientific statement on endocrine-disrupting chemicals." *Endocrine reviews* 36.6 (2015): E1-E150. |
| Hedin, Tosha, and Mahvish Haider. "Chemical hair relaxer use and its potential effect on incidence of endometrial cancer in Black women." (2024): e17591-e17591. |
| Helm, Jessica S., et al. "Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by Black women." *Environmental research* 165 (2018): 448-458. [including supplemental materials] |
| Hernandez, Ashley M., et al. "Systematic Review of the Epidemiology of Hair Relaxer Use and Hormone-Sensitive Reproductive Outcomes Among Black Adult Women in the United States." *Journal of Applied Toxicology* 45.8 (2025): 1394-1416. |
| Iizuka, Takashi, et al. "Mono-(2-ethyl-5-hydroxyhexyl) phthalate promotes uterine leiomyoma cell survival through tryptophan-kynurenine-AHR pathway activation." *Proceedings of the National Academy of Sciences* 119.47 (2022): e2208886119. |

| |
|---|
| Irungu, Beatrice N., et al. "Chemicals of concern in select packaged hair relaxers available on the Kenyan market: an examination of ingredient labels and measurement of pH." *Frontiers in Public Health* 13 (2025): 1532113. [including supplemental materials] |
| James-Todd, Tamarra, et al. "Childhood hair product use and earlier age at menarche in a racially diverse study population: a pilot study." *Annals of epidemiology* 21.6 (2011): 461-465. |
| James-Todd, Tamarra, et al. "Hormonal activity in commonly used Black hair care products: evaluating hormone disruption as a plausible contribution to health disparities." *Journal of exposure science & environmental epidemiology* 31.3 (2021): 476-486. |
| James-Todd, Tamarra, Ruby Senie, and Mary Beth Terry. "Racial/ethnic differences in hormonally-active hair product use: a plausible risk factor for health disparities." *Journal of immigrant and minority health* 14.3 (2012): 506-511. |
| Kim, Jin Hee, et al. "In vitro effects of phthalate esters in human myometrial and leiomyoma cells and increased urinary level of phthalate metabolite in women with uterine leiomyoma." *Fertility and sterility* 107.4 (2017): 1061-1069. |
| Kim, Young Ah, et al. "Increased urinary phthalate levels in women with uterine leiomyoma: a case-control study." *International Journal of Environmental Research and Public Health* 13.12 (2016): 1247. |
| Kirtana, Arikath, and Barathi Seetharaman. "Comprehending the role of endocrine disruptors in inducing epigenetic toxicity." *Endocrine, Metabolic & Immune Disorders-Drug Targets (Formerly Current Drug Targets-Immune, Endocrine & Metabolic Disorders)* 22.11 (2022): 1059-1072. |
| Kortenkamp, Andreas, and Michael Faust. "Regulate to reduce chemical mixture risk." *Science* 361.6399 (2018): 224-226. |
| La Merrill, Michele A., et al. "Consensus on the key characteristics of endocrine-disrupting chemicals as a basis for hazard identification." *Nature Reviews Endocrinology* 16.1 (2020): 45-57. |
| Llanos, Adana AM, et al. "Chemical relaxers and hair-straightening products: potential targets for hormone-related cancer prevention and control." *JNCI: Journal of the National Cancer Institute* 114.12 (2022): 1567-1569. |
| Llanos, Adana AM, et al. "Hair product use and breast cancer risk among African American and White women." *Carcinogenesis* 38.9 (2017): 883-892. |
| Lunn, Ruth M., et al. "Cancer hazard evaluations for contemporary needs: highlights from new national toxicology program evaluations and methodological advancements." *JNCI: Journal of the National Cancer Institute* 114.11 (2022): 1441-1448. |
| Mallozzi, Maddalena, et al. "Endocrine disrupting chemicals and endometrial cancer: an overview of recent laboratory evidence and epidemiological studies." *International journal of environmental research and public health* 14.3 (2017): 334. |
| Masood, Fareeha, Sawera Haider, and Hadiya Afzal. "Use of Hair Straightening Chemicals and Uterine Cancer." *Pakistan Journal of Medicine and Dentistry* 12.4 (2023). |
| McDonald, Jasmine A., et al. "Hair product use, age at menarche and mammographic breast density in multiethnic urban women." *Environmental health* 17.1 (2018): 1. |
| McDonald, Jasmine A., et al. "The environmental injustice of beauty products: toward clean and equitable beauty." *American journal of public health* 112.1 (2022): 50-53. |

| |
|---|
| Meng, Meng, et al. "Association between urinary phthalates and phthalate metabolites and cancer risk: A systematic review and meta-analysis." *Heliyon* 10.8 (2024). [including supplemental materials] |
| Morgan, Marisa, et al. "Association between exposure to estrogenic endocrine disruptors-polychlorinated biphenyls, phthalates, and bisphenol A and gynecologic cancers-cervical, ovarian, uterine cancers." *Journal of Carcinogenesis & Mutagenesis* (2016). |
| Needle, Carli D., et al. "Safety of chemical hair relaxers: A review article." *JAAD Reviews* 2 (2024): 50-56. |
| Nguyen, Vy Kim, et al. "A comprehensive analysis of racial disparities in chemical biomarker concentrations in United States women, 1999–2014." *Environment international* 137 (2020): 105496. |
| NIEHS. NIH. "Endocrine Disruptors" https://www.niehs.nih.gov/health/topics/agents/endocrine |
| Ogunsina, Kemi, et al. "Hair straightener use in relation to prevalent and incident fibroids in the Sister Study with a focus on Black women." *Environmental Health Perspectives* 133.1 (2025): 017004. [including supplemental materials] |
| Okeke, Chidubem AV, and Cheryl M. Burgess. "Dispelling myths of chemical hair relaxers causing uterine cancer." *Journal of the American Academy of Dermatology* 89.4 (2023): 875-876. |
| Okeke, Chidubem AV, et al. "Allergen content of popular chemical hair relaxers: a product analysis." *Contact Dermatitis* 91.2 (2024): 139-145. |
| Pierce, Jennifer S., et al. "Evaluation of dermal exposure to phthalates and parabens resulting from the use of hair relaxers." *International Journal of Environmental Health Research* 35.7 (2024): 1707-1726. [including supplemental materials] |
| Polemi, Katelyn M., et al. "Identifying the link between chemical exposures and breast cancer in African American women via integrated in vitro and exposure biomarker data." *Toxicology* 463 (2021): 152964. |
| Rosenberg, Lynn, et al. "Hair relaxers not associated with breast cancer risk: evidence from the black women's health study." *Cancer Epidemiology Biomarkers & Prevention* 16.5 (2007): 1035-1037. |
| Sandler, Dale P., et al. "The Sister Study cohort: baseline methods and participant characteristics." *Environmental health perspectives* 125.12 (2017): 127003. |
| Sarink, Danja, et al. "BPA, parabens, and phthalates in relation to endometrial cancer risk: a case–control study nested in the multiethnic cohort." *Environmental Health Perspectives* 129.5 (2021): 057702. |
| Schildroth, Samantha, et al. "Hair product use and urinary biomarker concentrations of non-persistent endocrine disrupting chemicals among reproductive-aged Black women." *Chemosphere* 361 (2024): 142442. |
| SEER Cancer Stat Facts: Uterine Cancer. National Cancer Institute. Bethesda, MD, https://seer.cancer.gov/statfacts/html/corp.html (https://seer.cancer.govhttps://seer.cancer.gov/statfacts/html/corp.html) |
| Silent Spring Institute. "Candidate Chemicals in Hair Straightening Products" (July 9, 2021) |

| |
|---|
| Sishi, V. N. B., J. C. Van Wyk, and N. P. Khumalo. "The pH of lye and no-lye hair relaxers, including those advertised for children, is at levels that are corrosive to the skin." *South African Medical Journal* 109.12 (2019): 941-946. |
| Sister Study Baseline Data Collection - https://sisterstudy.niehs.nih.gov/english/enroll-data.htm |
| Sister Study Follow-Up Data Collection - https://sisterstudy.niehs.nih.gov/english/fu-data.htm |
| Sister Study Research Articles - https://sisterstudy.niehs.nih.gov/english/articles.htm |
| Smith, Martyn T., et al. "Key Characteristics of Carcinogens as a Basis for Organizing Data on Mechanisms of Carcinogens." *Environmental Health Perspectives* 124.6 (2016): 713-721. |
| Tapia, Jazma L., et al. "Parabens Promote Protumorigenic Effects in Luminal Breast Cancer Cell Lines With Diverse Genetic Ancestry." *Journal of the Endocrine Society* 7.8 (2023): bvad080. |
| US DHHS - National Toxicological Program. "15th Report on Carcinogens" (2021) |
| Wen, Hui-Ju, et al. "Exposure to endocrine disruptor alkylphenols and the occurrence of endometrial cancer." *Environmental Pollution* 267 (2020): 115475. |
| Whetstone, Sara, et al. "Health disparities in uterine cancer: report from the uterine cancer evidence review conference." *Obstetrics & Gynecology* 139.4 (2022): 645-659. |
| White, Alexandra J., et al. "Adolescent use of hair dyes, straighteners and perms in relation to breast cancer risk." *International journal of cancer* 148.9 (2021): 2255-2263. |
| White, Alexandra J., et al. "Use of hair products in relation to ovarian cancer risk." *Carcinogenesis* 42.9 (2021): 1189-1195. [including supplemental materials] |
| Wise, Lauren A., et al. "Hair relaxer use and risk of uterine leiomyomata in African-American women." *American journal of epidemiology* 175.5 (2012): 432-440. |
| Wise, Lauren A., et al. "Use of chemical hair straighteners and fecundability in a North American preconception cohort." *American Journal of Epidemiology* 192.7 (2023): 1066-1080. |
| World Trade Center Health Program. "Scientific Considerations for the Addition of Uterine Cancer to the List of Covered Conditions by the World Trade Center Health Program (Final)" (December 13, 2022) |
| Wright, Jason D., et al. "Projected Trends in the Incidence and Mortality of Uterine Cancer in the United States." *Cancer Epidemiology, Biomarkers & Prevention* 34.7 (2025): 1156-1166. |
| Wu, Anna H., et al. "Risk of breast cancer and prediagnostic urinary excretion of bisphenol A, triclosan and parabens: The Multiethnic Cohort Study." *International journal of cancer* 149.7 (2021): 1426-1434. |

| |
|---|
| Wu, Anna H., et al. "Urinary phthalate exposures and risk of breast cancer: the Multiethnic Cohort study." *Breast Cancer Research* 23.1 (2021): 44. |
| Zota, Ami R., and Bhavna Shamasunder. "The environmental injustice of beauty: framing chemical exposures from beauty products as a health disparities concern." *American journal of obstetrics and gynecology* 217.4 (2017): 418-e1. |
| Zota, Ami R., et al. "Phthalates exposure and uterine fibroid burden among women undergoing surgical treatment for fibroids: a preliminary study." *Fertility and sterility* 111.1 (2019): 112-121. |