# Exhibit 28

# EXPERT REPORT

# R. THOMAS ZOELLER, Ph.D.

## In Re: Hair Relaxer Marketing Sales Practices and Products Liability Litigation (MDL 3060)

**Prepared for:**

**Plaintiffs Steering Committee – MDL 3060**



Zoeller
EXHIBIT 2
2/24, 2026
Danielle Grant

## Contents:


1.0 Summary
2.0 Qualifications
3.0 Methodology
4.0 Epidemiology of Hair Straighteners/Relaxers
- 4.1 Hair Relaxer Use and Uterine and Ovarian Cancer
- 4.2 Reviews of Epidemiological Studies
- 4.3 Interpretation of These Core Studies

5.0 Uterine and Ovarian Cancer Pathogenesis
- 5.1 The Normal Female Hormone Cycle
- 5.2. The Role of Estrogens in the Pathogenesis of Uterine and Ovarian Cancer
- 5.3 Most Uterine Cancers are ER+
- 5.4 Role of Estrogens in Uterine and Ovarian Cancer Pathogenesis

6.0 What is the Endocrine (Hormone) System
- 6.1 What are hormones and what do they do?
- 6.2 How do hormones work?
- 6.3 The Relationship Between Hormones and their Receptors
- 6.4 Shape of the Hormone-Response Curve

7.0 Endocrine Disrupting Chemicals (EDCs)
- 7.1 Brief History of the Concept and Evidence of Endocrine Disrupting Chemicals
- 7.2 World Health Organization Definition
- 7.3 Definitions by Other Agencies
- 7.4 Implications of these Definitions
- 7.5 Dose-Responses for EDCs
- 7.6 The Concept of Thresholds doesn't work for EDCs
- 7.7 EDC Mixtures Informs Thresholds

8.0 EDCs and Cancer
- 8.1 Hormone mimicry
- 8.2. Altered gene expression
- 8.3. Epigenetic Effects
- 8.4. Interactions (Mixture Effects)
  - 8.4.1 Estrogenic EDCs Exert a Combined Effect

9.0 The Biology of Risk, Contribution, and Cause
- 9.1 Is an increase in risk a "cause"?

10.0 Chemicals in Hair Relaxers
- 10.1 The Hallmarks of Cancer
- 10.2 UV Filters
- 10.3 Siloxanes
- 10.4 Phthalates
- 10.5 Parabens
- 10.6 Carcinogens in Hair Relaxers
  - 10.6.1 N-Nitrosamines
  - 10.6.2 Formaldehyde

10.6.3 Ethylene Oxide
10.6.4 1,4-Dioxane
10.7 Conclusions on EDCs and Carcinogens in Chemical hair relaxers/Relaxers
11.0 Chemical hair relaxers/Relaxers are a Chemical Mixture
12.0 Summary and Conclusion
12.1 Miscellaneous Disclosures
13.0 Appendices

## 1.0. Summary




**Estrogenic chemicals will produce an additive effect on the estrogen receptor alpha in uterine/ovarian cells, producing an additive effect on cell proliferation. It is the combinatorial effect of multiple estrogenic endocrine disruptors plus the presence of known carcinogens that is the cause of hair relaxer-associated uterine and ovarian cancer.**

I have been asked by the Plaintiff's Executive Committee for **In Re: Hair Relaxer, Sales Practices, and Products Liability Litigation, No. 1:2023cv00818 (N.D. Ill. 2025)**, to provide an opinion as to the following question: *Is it biologically plausible that chemical hair relaxers cause uterine or ovarian cancer? If so, what are the possible biological mechanisms by which chemical hair relaxers could cause uterine or ovarian cancer?*

There are several streams of evidence that I identified through an unbiased and transparent search that led to my conclusion that it is not only plausible but likely that chemical hair relaxer use is causally associated with uterine and ovarian cancer in the human population.

The first stream is epidemiological studies that evaluate whether use of chemical hair relaxers is associated with uterine and ovarian cancer. Several high -quality and reliable studies demonstrate an association between product use and uterine and ovarian cancer, as well as other cancers that share a mechanistic pathway. The second stream is mechanistic evidence that describes how uterine and ovarian cancer develop (i.e., the pathogenesis) and which factors increase risk in humans. This evidence demonstrates that estrogens – acting through the alpha form of the estrogen receptor (ER$\alpha$) – play a key role in the pathogenesis of uterine and ovarian cancer in humans. The third stream is chemical analyses of hair relaxers that identify chemical constituents. Chemical hair relaxers are complex mixtures that include a number of estrogenic endocrine disruptors (EDs) as well as

carcinogens. The fourth stream is mixture toxicology studies that show how mixtures of chemicals can produce biological effects at concentrations of individual components that, on their own, are not associated with observable effects. This information about mixtures extends to the interaction of EDs and carcinogens. These four streams of evidence converge to establish causation: epidemiological studies show the association exists (Stream 1); disease pathogenesis research identifies excess estrogen as the causal mechanism (Stream 2); chemical analysis shows hair relaxers contain estrogenic chemicals and carcinogens (Stream 3); and mixture science explains why these chemicals produce effects even at low individual concentrations (Stream 4). Taken as a whole, it is my opinion to a reasonable degree of scientific certainty that the weight of evidence supports the conclusion that hair relaxer use is causally associated with uterine and ovarian cancer in the human population.

## 2.0. Qualifications

I am Professor Emeritus of Biology at the University of Massachusetts Amherst.

I received my undergraduate degree in Biology from Indiana University, Bloomington in 1977, and an MA (1979) and Ph.D. (1983) in neuroendocrinology from Oregon State University. I then pursued postdoctoral training at the National Institutes of Health (NIH) in Bethesda, MD (1984-1988) in the Laboratory of Cell Biology (NIMH) and the Laboratory of Neurochemistry (NINDS), funded by an NRSA from the NIH and a research grant from the National Research Council. The period from 1983 to1988 saw an explosion of molecular techniques applied to the nervous system, and I took advantage of my location to explore the use of these techniques to answer fundamental questions about how the brain controls hormone systems and how, in turn, hormones control brain development.

My first academic position (1988-1994) was in the Department of Anatomy and Neurobiology at the University of Missouri School of Medicine where I began to study the role of thyroid hormone in brain development. After moving to the Biology Department at the University of Massachusetts Amherst, my work in this field began to come to fruition (Dowling et al. 2001; Dowling et al. 2000; Dowling and Zoeller 2000; Zoeller and Crofton 2000). It was at this time (1996-1998) that I was selected to participate on the US Environmental Protection Agency's (EPA) Endocrine Disruptor Screening and Testing Advisory Committee (EDSTAC). This committee was charged with developing methods to identify the hazard of endocrine disruption and to characterize the risk. This was my first experience with the concept that industrial chemicals could interfere with hormone systems causing adverse effects in the human population, and it led me to move my research in this direction (Myers et al. 2001; Zoeller and Crofton 2000; Zoeller et al. 2000; Zoeller et al. 2002).

This work also led to my selection to participate on the US EPA Science Advisory Board Review of EPA's Draft Risk Assessment of Potential Human Health Effects Associated with PFOA and Its Salts (2005). Subsequently, I was a member of the EPA's chartered Scientific Advisory Board (2010-2013), EPA's Exposure and Human Health Committee (chair, 2010-2013), and EPA's IRIS program's review of 5 individual Per- and polyfluoroalkyl substances (PFAS) (2022-2024). In addition, I have engaged with the Endocrine Society to apply the science of endocrinology to the research of endocrine disrupting chemicals ("EDCs") (Bellanger et al. 2015; Bourguignon et al. 2016; Diamanti-Kandarakis et al. 2009; Gore et al. 2015a; 2015b; Trasande et al. 2015; Vandenberg et al. 2013; Zoeller et al. 2015; Zoeller et al. 2012), and have participated as a writer and editor of the United Nations Environment Programme/World Health Organization analysis of the State of the Science of Endocrine Disruptors (Bergman et al. 2013a; 2013b). I have published over 220 peer-reviewed scientific papers, book chapters and technical documents on topics that span fundamental issues of neuroendocrinology and toxicology and substantive issues on risk assessments. In 2016, I was selected to participate on a monograph committee of the International Agency for

Research on Cancer (IARC, monograph 115, "Some Industrial Chemicals")[1]. My role was to contribute to subgroups of scientists evaluating the animal and mechanistic data informing us of the carcinogenicity of 1-bromopropane, 2-mercaptobenzothiazole, 3-chloro-2-methylpropene, *N*,*N*-dimethylformamide, *N*,*N*-dimethyl-*p*-toluidine, hydrazine, and tetrabromobisphenol A.

I have received several awards for my work, in addition to continuous extramural funding from federal sources throughout my career. These include the "Scientist of the Year-2002" from the Learning Disabilities Association. This was only the third time the LDA had made such a designation in its then-50-year history. Previous recipients included Dr. Herb Needleman and Professor Bernie Weiss. I was also awarded the "Samuel F. Conti Faculty Research Fellowship" from the University of Massachusetts Amherst. This fellowship is based on demonstrably outstanding accomplishments and potential for continued excellence in research or creative activity; the "UMass Chancellor's Medal" for research excellence; the "UMass Distinguished Community Engagement in Research" and the "Endocrine Society Laureate Award for Outstanding Public Service".

## 3.0. Methodology

To prepare this report and the opinions contained herein, I used the same general methods I apply in my academic and advisory work: scoping and problem formulation; literature search and screening; data extraction; evaluation of study quality and strength of evidence; integration of epidemiologic, mechanistic, and exposure data; and formulation of opinions.

PubMed, a database maintained by the National Library of Medicine that contains more than 39 million citations, was the primary database. Using the "advanced" search interface, I constructed sequential search strategies combining terms for: (1) uterine and ovarian cancer and carcinogenesis; (2) estrogens, estrogen receptor alpha (ERα), progesterone, and related hormonal pathways; (3) endocrine-disrupting chemicals (EDCs), including parabens, phthalates, benzophenones, cyclic siloxanes, and related classes; and (4) chemical hair straighteners/relaxers/perms and hair care products. When initial "All Fields" searches produced overly broad results (e.g., hundreds of thousands to millions), I restricted searches to Title/Abstract to identify studies directly relevant to the exposures, mechanisms, or outcomes at issue.

Titles and abstracts were screened for relevance to: (1) hair relaxer use and gynecologic outcomes; (2) pathogenesis of uterine or ovarian cancer, particularly estrogen-dependent mechanisms; (3) endocrine disruption of hormone systems; (4) the chemical composition and contaminants of hair relaxers; and (5) mixture effects involving ERα-active compounds and carcinogens. Both positive and null studies were considered. Full texts were obtained for studies meeting the relevance criteria. Where studies reached different conclusions, I

---

[1] IARC is an intergovernmental agency within the World Health Organization located in Lyon, France. It is the agency's primary mission to conduct and coordinate research on the causes of cancer and to develop strategies for cancer control. This Agency has a high degree of credibility because of the transparency of their research and intense evaluation of conflicts of interest in their invited (https://www.iarc.who.int/cards_page/iarc-cancer-research/).

evaluated the relevant strengths and limitations of each study's design, execution, and analysis to assess the weight of the evidence. Priority was given to peer-reviewed human epidemiologic studies; mechanistic and toxicologic studies with clear relevance to human hormone signaling or carcinogenesis; analytical chemistry studies of product constituents; and mixture toxicology studies using accepted approaches (e.g., dose addition). Non–peer-reviewed materials such as regulatory reports and consensus statements, were used to supplement the primary scientific literature.

For key publications identified in the initial searches, I systematically reviewed their reference lists to identify earlier relevant studies ("backward citation tracking") and used citation indexes (Web of Science) to identify subsequent studies that cited these key papers ("forward citation tracking"). This process was applied regardless of study outcome and was used to ensure comprehensive identification of pertinent epidemiologic, mechanistic, or exposure studies.

I also relied on my existing scientific library and expertise in endocrinology, endocrine disruption, and hormonal carcinogenesis to ensure inclusion of foundational and widely recognized studies that may not be captured fully by keyword searches. These materials were incorporated in a manner consistent with, and subject to, the same evidentiary principles applied to newly identified literature.

A. The body of evidence identified through this process informed the following topics of analysis developed in subsequent sections: Endocrinology of the Female Reproductive System.
B. Characteristics of Hormone Action.
C. Endocrine Disruptors.
D. Chemicals Identified in Hair Relaxers.
E. Estrogenicity of Parabens, Phthalates, Benzophenones, and Siloxanes.
F. Carcinogens in Hair Relaxers.
G. Interpretation of EDC Mixtures.

These topics then integrated to evaluate the consistency, coherence, and biological plausibility of an association between chemical hair straightener use and uterine and ovarian cancer.

## 4.0. Epidemiology of Hair Straighteners/Relaxers.

A number of human studies have been reported that were designed to explore potential associations between chemical hair straightener/relaxer use and cancer. Some of these focus specifically on the association between the use of these products and uterine or ovarian cancer (Bertrand et al. 2023; Chang et al. 2022; White et al. 2021b). Others focus on the relationship between the use of these products and other cancers including breast (Coogan et al. 2021; Eberle et al. 2020; White et al. 2021a), thyroid and pancreatic cancer (Bailey et al. 2025). Finally, there are three recent reviews of these data that require mentioning (Farooq et al. 2024; Hernandez et al. 2025; Okeke and Burgess 2023). Two of them purport to be "systematic reviews" and the other (Okeke & Burgess 2023), I consider to be more of an opinion paper. The goal of this section is to provide an overview of these

studies to provide a framework for the analysis of the mechanism(s) by which chemical hair straighteners/relaxers cause uterine and ovarian cancer.

### 4.1. *Hair Relaxer Use and Uterine and Ovarian Cancer*

Using a large prospective cohort called the Sister Study, Chang et al. (Chang et al. 2022) published in the Journal of the National Cancer Institute (JNCI), that women reporting ever or frequent use of hair straighteners exhibited a significant increased risk of uterine cancer. There are several elements of this study that are particularly strong. First, this is a large prospective cohort that includes 33,947 participants aged 35-74 years and who had a uterus at the time of enrollment (2003-2009). Although this was a questionnaire-based study, the researchers employed personal interviews, and they followed up with confirmation of diagnosis with medical records. They found in their sensitivity analysis that there was a 2.55-fold increase in the risk of uterine cancer in frequent users of hair relaxers compared to never users. Medically confirmed cases yielded a nearly 3-fold increase in risk of Type 1 endometrial cancer.

Limitations of the study include the potential for exposure misclassification with regard to the specific products used by study participants and capturing said usage during the prior 12 months prior to enrollment in the study. However, as noted by these authors in a later publication (Bailey et al. 2025), misclassification of exposure, if present, would likely have biased the results toward the null. Also, in a subsequent letter response published in the JNCI, the Chang study authors explained in response to another critique by Etminan (Etminan 2023), that the prior 12 months of use would be expected to serve as "proxy for longer-term exposure." (Chang et al. 2023 "Response to Etminan").

A year earlier, White et al. (White et al. 2021b), also using data from the Sister Study, reported that there was an approximate 2-fold increase in the risk of developing ovarian cancer with frequent use of hair relaxers. This estimate may be artificially low because in the questionnaire they were asked about use of hair relaxers that might have included non-chemical products. Thus, as in the case of the Sister Study on uterine cancer (Chang et al. 2022) the participants self-identifying as users of hair straightener/relaxers/pressing products may include those that did not use harsh chemical straightener/relaxers, thereby presenting a risk of exposure misclassification. Here again, such exposure misclassification would likely have resulted in a bias toward the null rather than demonstrating a greater or more significant effect. Again, these issues were addressed by the Chang study authors (Chang et al. 2023) in rebuttal to the critique by Etminan. (Etminan 2023).

Bertrand et al. (Bertrand et al. 2023) used data from the US-based Black Women's Health Study (BWHS) that includes 59,000 participants who self-identify as Black and were between 21 and 69 years old when they were enrolled in 1995. The total cohort studied consisted of 44,798 study participants. The authors report that the risk for uterine cancer associated with heavy use of chemical hair relaxers (≥15 years and at least 5 times/year) was 1.18 (95% CI: 0.81, 1.71) compared to women who reported never using these products. However, among postmenopausal women, compared to never/light use, the HR for moderate use was 1.60 (95% CI: 1.01, 2.53), the HR for heavy use was 1.64 (1.01, 2.64), and

the HR for ≥20 years of use regardless of frequency was 1.71 (1.08, 2.72). There was no observed association among premenopausal women.

The strength of this study includes the large sample size and the prospective design and inclusion of a much larger segment of the African American population than in the Sister Study. Limitations of the BWHS include a larger loss to follow up than in the Sister Study and the absence of a true "unexposed" comparator group. The authors reported that since only 5% of participants were "never users," in essence they collapsed the categories of "never use" with "light use" in order to create the referent group in this study; however, this most likely resulted in a bias towards the null. Also, the BWHS did not address other co-exposures such as hair dye or other hair products as had been done in the Sister Study (Chang et al. 2022).

### 4.2. Reviews of Epidemiological Studies

Following the release of the Sister Study publications (Chang et al. 2022; White et al. 2021a) and the BWHS (Bertrand et al. 2023), several review papers have been published that have commented on the methods and findings of these three large prospective cohort studies.

Hernandez et al. (Hernandez et al. 2025), from the Benchmark Risk Group, performed a systematic-like review of hair relaxer use and hormone-sensitive reproductive outcomes among black adult women in the U.S. Their literature review identified several studies of hair relaxers and breast cancer, uterine and ovarian cancer that is similar to the literature review in this report. A main criticism asserted by the authors of the underlying studies reviewed was the lack of quantitative measures of chemical constituents in the products used by participants in the study. Both the Black Women's Health Study and the Sister Study categorized exposures by a questionnaire asking about types of products. The single most important weakness in this criticism is that the products all contain a mixture of chemicals that produce the same biological effects. While the goal for the manufacturer was surely to manipulate characteristics of human hair, i.e., breaking of disulfide bonds to straighten curly or coiled hair, they had the unfortunate and predictable effect of creating an estrogenic insult in association with carcinogens. Thus, this criticism seems to miss the point of the studies they review.

Hernandez et al. also cherry pick reportedly negative associations and inappropriately removed significantly elevated hazard ratios that were reported in both White et al. 2021b and Chang et al. 2022. Overall, because this literature is relatively small, the "systematic" approach was actually unnecessary and does not render this review more reliable than the original research studies under review.

Likewise, Okeke and Burgess (Okeke and Burgess 2023) were critical of the same studies reviewed by Hernandez et al. 2025. A main criticism was that these studies failed to specify the type of straightening method used by participants and whether these studies had appropriately accounted for confounders beyond BMI and physical activity.

Finally, a review by Farooq et al. (Farooq et al. 2024) was similar to that of Hernandez et al. 2025. In short, the systematic approach identified the same studies with many of the same conclusions. However, Farooq et al. find that these hair relaxers have a number of

estrogenic EDCs although there is no discussion of how these can produce additive effects. Of further concern, Farooq et al. did not include in their analysis data from the BWHS, a study predominantly of African American women, raising a significant question about the methods used by these study authors. Overall, the analysis of this study suffers from the same weaknesses as Hernandez et al.

### 4.3. Interpretation of These Core Studies

These studies provide reliable evidence for a strong association between chemical hair straighteners/relaxers and uterine and ovarian cancer. The study design is a prospective cohort design which is the strongest design capable of revealing causative relationships.

The predominant medical view of the pathogenesis of uterine and ovarian cancer is that estrogens have a strong role in the development of these cancers. It is important that both uterine and ovarian cancer pathogenesis includes "excess estrogen" as a chronic proliferative signal. Thus, the relationship between chemical hair relaxers and breast cancer is an important observation (Coogan et al. 2021; Eberle et al. 2020; Joosten et al. 2023; Llanos et al. 2017; Stiel et al. 2016; White et al. 2021a) since estrogens play a role in breast cancer also. Interestingly, using data from the Sister Study, Bailey et al. (Bailey et al. 2025) found that there was a 70% increased risk of thyroid cancer associated with hair relaxer use. This is also relevant because estrogen plays a role in thyroid cancer risk (Chen et al. 2024).

There is a very clear mechanistic pathway by which chemical hair straighteners/relaxers can cause uterine and ovarian cancer. This pathway includes a chronic proliferative signal in the presence of carcinogenic signals that can act on dividing cells in the uterus and ovary to generate cancer cells.

**The fact is that chemical hair straighteners/relaxers are toxic combinations of estrogenic endocrine disrupting chemicals (EDCs) and carcinogens.**

There are several areas of research that are important in understanding how these products cause cancer. First is the current understanding of the pathogenesis of uterine and ovarian cancer. This understanding is necessary to appreciate how the chemical constituents of these products is setting up users for increased risk. Second is an understanding of hormones—what they are, how they work, and what they do. This topic is restricted to estrogens because of their role in reproductive cancers. Included in this topic is that of EDCs themselves. It is not possible to understand EDCs without an understanding of hormones including how EDCs can produce additive (and even synergistic) effects to produce adverse effects at very low doses. Finally, I will review the concept of risk and causal inference as well as the evidence that chemical constituents of these products are estrogenic and carcinogenic.

## 5.0. Uterine and Ovarian Cancer Pathogenesis

Research into the causal mechanisms of uterine and ovarian cancer indicates that a major and well-accepted element is what has been called "excess estrogen". This section will

focus on an explanation of what this means, beginning with a brief review of the normal female hormone cycle.

**5.1. The Normal Female Hormone Cycle.** During the normal female cycle, there are predictable changes in hormone levels that cause predictable changes in the ovary and in the uterus that are all required for a successful pregnancy. The cycle begins with GnRH[2] secretion from the hypothalamus[3] that stimulates the pituitary gland to secrete LH and FSH into the bloodstream (Figure 1). LH and FSH, in turn, cause the ovaries to secrete estradiol and for ovarian follicles to begin maturing. The combination of estrogen and progesterone combine to trigger a surge in LH, which causes ovulation. Immediately after, estradiol levels decline and progesterone levels rise.




Figure 1. Diagram of the menstrual cycle illustrating how blood levels of protein hormones (LH and FSH) and steroid hormones (estradiol and progesterone) change over the course of the cycle.

The dynamic expression pattern of steroid hormones and their receptors (see below) in the endometrium during the menstrual cycle is well established and is responsible for the growth, shedding, and regeneration of the endometrium. During the early phase of the menstrual cycle, estradiol induces growth of the endometrium, producing a measurable thickening of the mucosa (Yu et al. 2022). This action is mediated by the estrogen receptors (ERs). After ovulation, the remnant of the ovulated follicle continues to produce a large amount of estrogen in addition to progesterone. The presence of progesterone inhibits estrogen-induced endometrial growth and transforms the endometrium into a receptive state for blastocyst implantation (Groothuis et al. 2007). Physiologically, progesterone plays an important role in preventing endometrial hyperplasia (EH) (Persson 1996). In animal models, high levels of estrogen without progesterone interference can lead to endometrial hyperplasia or cancer, suggesting that the balance between estrogens and progestogens is often dominated by estrogens during cancer formation (Yu et al. 2022).

**5.2. The Role of Estrogens in the Pathogenesis of Uterine and Ovarian Cancer.** The endometrium is a hormone-responsive tissue whose growth is driven by estrogen and restrained by progesterone. Estrogen is a steroid hormone that acts through specific

---

[2] GnRH is "Gonadotropin Releasing Hormone". GnRH is a small peptide hormone released from the hypothalamus that stimulates the synthesis and release of gonadotropins from the pituitary gland. Gonadotropins are large protein hormones (luteinizing hormone, LH and follicle stimulating hormone, FSH) that are responsible for changes in the ovary leading to ovulation.

[3] The hypothalamus is an area of the brain (meaning "below the thalamus") that controls reproduction.

receptors in cells called estrogen receptors; the form most relevant here is estrogen receptor alpha (ERα). ERα is highly expressed in normal endometrium and in the major pathway in the production of uterine and ovarian cancer. The following sections describe the established stepwise pathway from normal endometrium to hyperplasia (cell proliferation), to precancerous lesions, and finally to carcinoma in an estrogen- and ERα-dependent manner and explain why this makes additional estrogenic stimulation from any source biologically important.

In this hyperplasia-carcinoma sequence, cancer develops stepwise from normal endometrium through a "non-atypical" hyperplasia and "atypical endometrial hyperplasia, to precancerous atypical hyperplasia, and then to cancer. "Non-atypical" hyperplasia is an overgrowth of otherwise normal cells and represents an early step in the sequence. "Atypical endometrial hyperplasia", also known as endometrial intraepithelial neoplasm, is an overgrowth of abnormal cells that is considered precancerous. The progression from normal to hyperplasia to cancer occurs in the face of high estrogen without progesterone (Rodriguez et al. 2019). Estrogens, acting through ERα, play a central role in this sequence because ERα increases cell proliferation (hyperplasia) (Ge et al. 2023). Lebeau et al. (Lebeau et al. 2008) reported that 100% of 43 cases of endometrial hyperplasia and about 90% of 368 cases of endometrial cancer expressed ERα. Thus, estrogens, acting through ERα play a central role in the development of the vast majority of uterine cancers. (Figure 2).




Figure 2. There are two types of endometrial cancer. The predominant form (Type I) progresses from normal endometrial glandular epithelium to a state of hyperplasia under the action of excess estrogens. PTEN, a tumor suppressor, often is suppressed which makes those cells more sensitive to the proliferative action of estrogens.

Within this estrogen-driven framework, research has examined the potential genetic (somatic mutations) underpinning of this transition from normal to cancer and has identified

few remarkable events aside from the loss of the phosphatase and tensin homologue (PTEN) gene. PTEN is a tumor suppressor gene, and its loss increases the risk of cancer (Nero et al. 2019). Importantly, PTEN is rarely lost by a germ-cell deletion (i.e., occurring before birth). Rather, according to the Catalogue of Somatic Mutations in Cancer (COSMIC)[4], 43% of endometrial cancers have PTEN alterations that are not reflected in normal cells (Nero et al. 2019). A recent genomic analysis of biopsy tissues taken from patients with non-atypical or atypical endometrial hyperplasia identified several genes with altered expression. But they concluded that although the alterations they identified are consistent with the concept that the NAEH-AEH transition is important in the transition from normal to cancer, only PTEN loss is strongly associated with endometrial cancer (Gotoh et al. 2024).

This is important in the context of hair relaxers because they contain chemicals that are known to cause genomic instability as well as estrogenic chemicals.

**5.3. *Most Uterine Cancers are ER+.*** About 90% of uterine cancers are endometrial. Most endometrial cancers (~85%) are considered to be low grade tumors that express ERα and progesterone receptor (PR) (Gregoricchio et al. 2025). These are classified as Type I endometrial cancers. The study of Chang et al. (Chang et al. 2022) reported that women who frequently used chemical hair relaxers (>4x per year) had a 2.55-fold (1.46 – 4.45) increased risk of uterine cancer compared with women who never used these products. Most of these cancers (80%) were type I (ERα+). This observation is consistent with the estrogen dependent, ERα–driven pathway of Type I endometrial cancer described above and with the very strong evidence that estrogens play a key role in the production of uterine cancer.

[4] COSMIC is the world's most comprehensive and respected knowledgebase for somatic mutations in human cancers. Data in this knowledgebase comes from over 29,000 peer-reviewed publications, enriched by major datasets including the Cancer Genome Atlas (TCGA) and the International Cancer Genome Consortium (ICGC). COSMIC integrates genome-wide screens and targeted analyses, enabling robust, reliable insights into cancer genomics.

***5.4. Role of Estrogens in Uterine and Ovarian Cancer Pathogenesis***. Under normal conditions, estrogens increase cell proliferation in the endometrium, driving tissue growth as part of pregnancy anticipation during the menstrual cycle. The balance between pro-growth estrogens and anti-growth progestogens is often dominated by estrogens during cancer formation. In animal models, high levels of estrogens unopposed by progesterone lead to endometrial hyperplasia or cancer, suggesting that the altered estrogen/progesterone balance contributes to the early stages of endometrial cancer formation (Rodriguez et al. 2019). In addition, Lebeau et al. (Lebeau et al. 2008) reported that ERα is amplified in endometrial cancer and in its precursor lesions. Because increased abundance of ERα will increase the sensitivity of the tissue to estrogen (and estrogenic chemicals), this observation supports the concept that estrogen plays a role in uterine carcinogenesis.




Figure 3. The effect of "excess estrogens" on the development of endometrial cancer. From (Rodriguez et al. 2019)

Estrogen also plays an important role in the development of ovarian cancer (Hou et al. 2016; Koziel and Piastowska-Ciesielska 2023). Not only does estrogen provide a chronic proliferative signal, it is also important in the epithelial to mesenchymal transformation (Koziel and Piastowska-Ciesielska 2023) (see Figure 1 of their paper to the left).




Figure 1. Main mechanisms of estrogen-induced change in the biology of ovarian cancer cells. E2—estradiol, ERs—estrogen receptors, EMT—epithelial to mesenchymal transition, GPER1—G-protein-coupled estrogen receptor 1, ERE—estrogen response element, CREB—cAMP-response-element-binding protein.

Therefore, excess estrogens (and increased estrogen sensitivity) represent an important risk factor for endometrial cancer (Figure 3 from (Rodriguez et al. 2019)). This includes obesity since adipose tissue produces estrogen, treatment with the drug tamoxifen which has estrogenic effects in the uterus, failure to ovulate which decreases progesterone production, and older forms of estrogen-only hormone replacement therapy.

## 6.0. What is the Endocrine (Hormone) System

Because my opinions focus on how chemicals can interfere with normal hormone signaling (the way hormones carry messages to and control target cells) in tissues relevant to uterine

and ovarian cancer, it is important to first describe, in general terms, how hormones work. In this section, I outline what hormones are and how they act through specific receptors, distinguish between the main classes of hormones (protein, steroid, and thyroid hormones), and illustrate how changes in estrogen and progesterone levels regulate the endometrium (the inner lining of the uterus) across the menstrual cycle. This background provides the framework for understanding how chemicals outside the body (exogenous chemicals) that mimic or disrupt these signals can alter cancer risk.




Figure 1. Overview of the Endocrine System in humans. From (Bergman et al. 2013a).

**6.1** ***What are hormones and what do they do?*** Hormones control many – perhaps all – physiological systems in the human body. Hormones control growth and development from the time of conception; they control male and female puberty, reproduction and pregnancy. Hormones control general health of the human adult (Figure 1 from (Bergman et al. 2013a)). Estrogen is a hormone that has very powerful effects on cell and tissue growth, including cell proliferation. This effect can be toxic when it is out of balance, including being a major cause of cancers especially of the reproductive system (Bartkowiak-Wieczorek et al. 2024).

The traditional definition of a hormone is a molecule produced by an endocrine gland that travels through the blood to produce effects on distant cells and tissues (Robertson and Robertson 2023). Endocrine glands are organs that release hormones directly into the bloodstream. These endocrine glands include the pituitary gland at the base of the brain, which directs other hormone glands and regulates the key functions of growth and various physiological functions; the thyroid gland in the neck, which controls growth in the fetus and neonate and metabolism in adults; the adrenal glands in the abdomen next to the kidneys, which controls stress hormone like cortisol and adrenaline; the gonads (male and female), which are the reproductive organs (testes in males and ovaries in females); and certain parts of the pancreas, which process insulin to control blood

sugar. In addition to these specialized endocrine glands, many other organs that are part of other body systems—such as the heart, body fat, muscle, liver, intestines, and kidneys—have secondary endocrine functions, meaning they also release hormones that act on other parts of the body.




Figure 2. Protein hormones like LH act on a receptor on the cell surface that triggers a response inside the cell that accounts for the effect of the hormone on that cell.




Figure 3. Steroid hormones like estrogen act on a receptor inside the cell. These hormones can pass through the cell membrane easily. Once bound to the hormone, the hormone: receptor complex goes into the nucleus to turn on or turn off specific genes.

**6.2 *How do hormones work?*** Hormones produce their effects by interacting with specific proteins called *receptors*. A receptor is a protein that has a "docking site" on or in a cell that recognizes a particular hormone and that a specific hormone fits into. Some key examples are highlighted below:

**Luteinizing Hormone (LH).** Luteinizing hormone is produced in specific cells of the pituitary gland. It is a large protein with two subunits (LHα and LHβ) that are products of separate genes. Because it is a large water-soluble protein, it cannot get through the fatty membrane of cells. Therefore, the LH receptor is a protein embedded in the cell membrane of reproductive tissues (e.g., in the ovary) so that LH can stimulate a cell without having to get inside. When LH "docks" into the receptor, it is the LHβ subunit that provides specificity for that particular receptor and the LHα subunit that causes a structural change in the LH receptor that triggers an increase in the production of cyclic AMP (cAMP) inside the cell. This cAMP is what causes ovarian cells to make and release estrogen and/or progesterone (the so-called "second messenger") (Figure 2).

**Estrogen**. The main estrogen in humans is 17β-estradiol (or E2). However, E1 (estrone) and E3

Estradiol




(estriol) are estrogenic metabolites of E2 that can also be important. There are two distinct receptors for estrogen: estrogen receptor alpha (ERα) and estrogen receptor beta (ERβ). These

receptors are found inside the cell and when an estrogen binds to them, they travel into the nucleus of the cell to "turn on" or "turn off" specific genes (Figure 3 on previous page).

**6.3.** ***The Relationship Between Hormones and their Receptors.*** It is important to recognize that receptor abundance (the number of receptors on or inside the cell) is an important component of hormone action. Figure 4, from Charlton (Charlton 2009), shows the results of an experiment in which the dose-response was performed on cells with different levels of the receptor for a specific hormone mimic (agonist, a chemical that activates a receptor). Reading vertically (e.g., at $10^{-7}$M), the maximum effect of the agonist increases as the receptor abundance increases – all at the same hormone concentration. Reading horizontally (e.g., at 0.5% of total receptors – 20% response), the concentration of agonist required to produce a 20% response is significantly reduced (by 5 orders of magnitude) as receptor abundance is increased. The importance of this observation is that when the estrogenic "potency" of a chemical is estimated, it is often mistakenly evaluated by a single endpoint (e.g., uterine weight in a "uterotrophic assay," a standard lab test in rodents that measures uterine growth," or receptor activation in a cell-based assay). In the case of uterine cancer, ERα becomes more abundant, making this tissue more sensitive to estrogens and estrogenic chemicals.




Figure 4. The dose-response of a hormone depends on receptor abundance in the cell. From Charlton (Charlton 2009).

**6.4. Shape of the Hormone-Response Curve.** Hormones can increase their own receptors at low concentrations (self-priming). Figure 5 shows the results of an experiment in which the hormone GnRH was given to rats at time 0 and 60 minutes later. GnRH causes the release of LH, but the peak of LH release was larger at 60 minutes, showing that a hormone can increase the sensitivity of a tissue to itself at a low dose.




Figure 5. This graph shows the effect of an injection of the hormone "gonadotropin-releasing hormone" (GnRH) on LH release at time 0 and 60 minutes. The larger peak at 60 minutes represents "self-priming" and is related to an increase in GnRH

Hormones can also down-regulate their own receptors at high concentrations. Figure 5 from Zor et al. (Zor et al. 1984) shows two critical aspects of hormone action that are generalizable to other hormone systems. The first is receptor downregulation and desensitization. Treatment of cells from the ovary with luteinizing hormone (LH) causes the

production of cyclic AMP (cAMP). After 3 hours of treatment, the number of LH receptors reduces as does the effect on cAMP. After 20 hours, this effect is even more pronounced. Notice especially that at 3 hours, LH has had a modest effect on the number of LH receptors, but has dramatically reduced the effect on cAMP production. This means that LH – and hormones in general – cause their receptors to be down-regulated but also that the "second messenger system linking receptor activation to intracellular effect is down-regulated independently of hormone receptor abundance. This is an important element as we think about the effect of EDCs on hormone systems (see below).




FIG. 3. Induction of receptor down-regulation and desensitization of cAMP response by DGLH and LH. Cells were cultured for 3 h (A) or 20 h (B) with LH (1.0 μg/ml) or DGLH (1.0 μg/ml) or in plain medium (control). The cells were washed and the bound hormones were removed by acid pH as described in *Materials and Methods*. The cells were challenged either with $^{125}$I-hCG for binding studies or with unlabeled LH (1.0 μg/ml) + IBMX for examination of cAMP formation. The cAMP levels depicted are derived from Figs. 2 and 4. *Bars*, Mean ± SEM.

Figure 6. This graph shows receptor down-regulation and desensitization. From (Zor et al. 1984).

The second aspect is that the hormone itself plays a role in this interaction. The authors compared LH with "deglycosylated LH". (LH is a protein that is normally glycosylated before being released). In this case, DGLH causes receptor downregulation, but does not cause desensitization to the same degree as the normal LH. This also implies that industrial chemicals that bind to hormone receptors can have different kinds of effects on events that are down-stream of receptor activation. In other words, EDCs are not so much "acting like" hormones as they are "hacking" hormone systems like a computer virus.

The characteristics of self-priming and down-regulation/desensitization can account for complex nonlinear dose-response curves in the endocrine system. Although the examples above are of protein hormones, the same is true for steroid hormones like estrogen. Li et al. (Li et al. 2007) created a computer simulation to identify the dose-response characteristics of estrogen under a variety of conditions and found that a large number of non-monotonic curves can be generated just from adjusting different characteristics of the receptor: hormone interaction. But, this occurs *in vivo* as well. Several authors (Schug et al. 2016; Vandenberg 2014; Vandenberg et al. 2012) review the large literature describing how hormone systems respond in nonlinear ways and the mechanisms that can account for it.

These characteristics of hormone action on receptors is well accepted by all medical societies and regulatory bodies. A good example is the use of the drug Leuprolide (Lupron) to both stimulate ovulation in women and reduce testosterone production in men with prostate cancer. Lupron is a GnRH agonist that stimulates LH and FSH secretion from the pituitary in men and women. At very low and ultralow doses, Lupron is used to stimulate ovulation in women by increasing LH and FSH (Walker et al. 2023). In contrast, a high dose of Lupron is used to inhibit the pituitary-gonad axis in men with prostate cancer by shutting

off LH and FSH. It does this by receptor downregulation and desensitization (Saad et al. 2023).

## 7.0. Endocrine Disrupting Chemicals (EDCs)

The estrogen-driven pathogenic pathway described in Section 5 is not limited to the body's own hormones. A class of exogenous substances known as Endocrine Disrupting Chemicals (EDCs) can interfere with the body's hormone systems. Specifically, chemicals that can mimic or enhance the effects of estrogen can contribute to the same estrogen-driven pathway that leads to hyperplasia and cancer. This section defines EDCs and explains their unique toxicological properties, which are critical for understanding their potential role in uterine and ovarian cancer.

**7.1. Brief History of the Concept and Evidence of Endocrine Disrupting Chemicals.** Rachel Carson published her ground-breaking book, "Silent Spring" in 1962. Although she did not use the term "Endocrine Disruptor", she catalogued several environmental insults in various species that were clearly endocrine-related (e.g., eggshell thinning in Bald Eagles). Theo Colborn, working with the World Wildlife Fund, did her own research in the Great Lakes, documenting diseases in birds and fish also with clear implications for endocrine problems. As a result of her work, Dr. Colborn in collaboration with Dr. J. Peterson Myers, organized a workshop at the Wingspread Retreat and Executive Center in 1991 where the term "Endocrine Disruptor" was coined. Although this term can be confusing for the general public, it galvanized the research community because it became clear that chemicals, manufactured for commercial purposes, could interfere with hormone systems in ways not imagined before. The book "Our Stolen Future" (Colborn et al. 1996) articulated this concept in an accessible way.

Separate from this general public awareness, the first documentation that synthetic chemicals could produce estrogenic effects was a report by Dodd and Lawson in 1936 (Dodds and Lawson 1936). Among the chemicals they evaluated were those that were close structurally to Bisphenol-A (BPA). But it was the work of Ana Soto and others who demonstrated that chemicals leaching from plastic had estrogenic properties (Soto 2025; Soto et al. 1991). This history is more fully described by Darbre (Darbre 2019). Today the concept that manufactured chemicals can and do interact in very complex ways with hormone systems in humans and animals is fully accepted. Government agencies worldwide, including the US, EU, OECD, Japan and others, have formal procedures to identify and mitigate the risks of EDC exposures to humans and wildlife. But at the same time, human studies document the health consequences of exposures to EDCs (Bergman et al. 2013b; Damstra et al. 2002), and economic analyses document the cost to society (Ghassabian et al. 2022; Kassotis et al. 2020; Landrigan et al. 2025; Landrigan et al. 2023; Landrigan et al. 2020; Trasande et al. 2024; Trasande et al. 2022). These epidemiological studies demonstrate that testing programs and legislation have failed to protect the public.

One of the challenges that regulatory agencies have had to address is the operational definition of an EDC. EDCs are not limited to a specific kind of chemistry but is a functional

characteristic of the chemical itself. Thus, how are they defined, and what are the technical assays (tests) that can be performed to identify them are important to answer. A number of agencies and organizations have posed definitions (below), but the WHO definition is currently the one used.

**7.2 *World Health Organization Definition*.** The World Health Organization ("WHO") provides the official definition of an EDC, which is used by the European Union and the Organization of Economic Cooperation and Development (OECD):

*"An ED is an exogenous substance or mixture that alters function(s) of the endocrine system and consequently causes adverse effects in an intact organism, or its progeny, or (sub)populations." (Bergman et al. 2013a)*

**7.3 *Definitions by Other Agencies*.** The simplest and most intuitive definition of an EDC is an "exogenous chemical or mixture of chemicals that interferes with any aspect of hormone action" (Zoeller et al. 2012). This definition was put forth by the Endocrine Society, an organization of over 18,000 professionals worldwide, and focuses on the effect of a chemical to interfere with hormone action.

Table 1 shows the way other agencies have defined an EDC.

**Table 1. Definitions of Endocrine Disrupting Chemicals (EDCs) by Various Government Agencies and NGO Groups.**

| Date | Agency | Definition |
|---|---|---|
| 1996 | US EPA[1] | An exogenous agent that interferes with the production, release, transport, metabolism, binding, action, or elimination of natural hormones in the body responsible for the maintenance of homeostasis and the regulation of developmental processes |
| 1996 | EU[2] | An exogenous substance that causes adverse health effects in an intact organism, or its progeny, secondary to changes in endocrine function. A potential ED is a substance that possesses properties that might be expected to lead to endocrine disruption in an intact organism. |
| 1998 | The Environment Agency | An endocrine disruptor is an exogenous substance that causes adverse health effects in an organism, or its progeny, consequent to endocrine function. |
| 1999 | National Academy of Science | The term hormonally active agents (HAAs) is used to describe substances that possess hormone-like activity regardless of mechanism. Convincing evidence that an HAA can affect the endocrine system would be its ability to bind to classic hormone receptors and promote measureable responses such as the induction of hormone-responsive genes or gene products. However, chemicals can disrupt hormonal processes by a variety of other mechanisms. |
| 2000 | The Royal Society | EDCs are substances which may interfere with normal function of the endocrine (hormone) system of human and animals, since many of them mimic the structure of natural hormones produced in the body. |
| 2000 | German Consultative Study | Substances able to disrupt endocrine processes with the potential for impairing development and reproduction or increasing the risk of cancer. |
| 2002 | WHO/IPCS[3] | An exogenous substance or mixture that alters function(s) of the endocrine system and consequently causes adverse effects in an intact organism, or its progeny, or (sub)populations. A potential endocrine disruptor is an exogenous substance or mixture that possesses properties that might be expected to lead to endocrine disruption in an intact organism, or its progeny, or (sub)populations. |
| 2012 | Endocrine Society[4] | An exogenous chemical, or mixture of chemicals, that interferes with any aspect of hormone action. |

[1]United States Environmental Protection Agency
[2]European Union
[3]World Health Organization/International Programme on Chemical Safety

**7.4 *Implications of these Definitions*.** Because the WHO/IPCS definition is used for regulatory purposes, their definition means that to be officially considered an EDC, a chemical (or mixture) must interfere with some aspect of hormone systems, cause an adverse outcome, and there must be a plausible link between the two.

The European Chemicals Agency has identified a number of chemicals that fit the WHO definition of an endocrine disruptor. This includes phthalates, benzophenones, siloxanes, and parabens among others.

**7.5 Dose-Responses for EDCs.** The traditional view in toxicology is that the "dose makes the poison. This concept has been taken to mean a linear relationship between exposure and effect. But hormones don't work this way. One reason is that the abundance of the receptor plays a significant role in shaping the dose response and can be up- and down-regulated by the hormone as discussed earlier. Because hormones themselves can produce a nonmonotonic dose-response, it is reasonable to expect that EDCs also will exhibit such responses (Lagarde et al. 2015; Zoeller and Vandenberg 2015). There are a number of well-known and accepted mechanisms by which EDCs can produce NMDRs. These are reviewed by Vandenberg (Vandenberg 2014).

**7.6 *The Concept of Thresholds doesn't work for EDCs*.** The traditional concept of toxicity is that "the dose makes the poison". This concept derives from the writings of a Swiss physician, Paracelsus, who lived and worked in the area around Zurich around 500 years ago. This concept has been taken to mean that there is a linear relationship between toxicant exposure and an adverse effect, and that there is a threshold below which no adverse effect occurs (Zoeller and Vandenberg 2015). For some toxicants in the realm of general toxicity, this concept holds generally true. For example, the effect of phenobarbital is sigmoidal in shape but has a linear region where the higher the dose, the greater the effect, whether the effect is "sleeping" (anesthetic) or death (poison), though the doses are different (Figure 4).




Figure 4. Dose-response relationships with a general toxicant.

An additional issue is that EDCs are affecting hormone systems at work. Therefore, any change in the level of hormone action will "throw off" its balance affecting downstream events. Finally, it is not possible to discriminate between a "true" threshold and a threshold in what can be measured (Demeneix et al. 2020). Thus, we cannot assume that there is a threshold below which adverse effects will not occur, a conclusion similar to that of the European Commission's Joint Research Centre (JRC 2013).

**7.7. EDC Mixtures Informs Thresholds.** A key observation made in the early 2000s was that mixtures of different EDCs that activate the ERα can "summate" (Silva et al. 2002). In particular, this group combined a mixture of 8 estrogenic EDCs at a concentration where each had no effect on ERα activation, but showing that the mixture activated ERα in a predictable, concentration additive way (Figure 4 from (Silva et al. 2002). The take-home lesson here is that this mixture effect would not be observed if there was a threshold below which each EDC was inactive.




FIGURE 4. Effects of individual mixture components 1–8 at the concentrations present in 1.43 μM of the mixture. ES: *effect summation*, i.e., expected mixture effect obtained by calculating the arithmetic sum of individual effects of agents 1–8. CA: *concentration addition* prediction. MIX: observed mixture effect. Error bars are upper 95% confidence limits of the best estimate of mean responses. Concentrations of test agents in 1.43 μM of the mixture are depicted in Table 1.

Figure 4. This is figure 4 from Silva et al., (2002) showing the results of a mixture experiment.

But the presence/absence of a threshold cannot be proved with data because there is always a non-zero measurement threshold (Slob 1999). However, from a practical point of view, the number of molecules of estrogenic chemicals found in hair relaxers is high given that even a nanomole of a chemical ($10^{-9}$ mole) is over 600 billion molecules.

## 8.0. EDCs and Cancer

An important way in which EDCs can increase the risk of uterine and ovarian cancer is through their ability to interact with the estrogen receptor α (Rodriguez et al. 2019). What this means is that estrogenic EDCs present in hair relaxers can contribute to the "excess estrogens" environment that increases the risk of uterine and ovarian cancer. There are several ways they can do this.

**8.1. *Hormone mimicry.*** A wide variety of EDCs can interact with the estrogen receptor (ER) leading to abnormal cell growth and proliferation. The main reason for this is that the binding pocket of ERα is broad and flexible enough to allow different kinds of chemicals to fit into this pocket and activate the receptor (Alva-Gallegos et al. 2024; Baker and Lathe 2018). The types of chemicals known to be able to activate the estrogen receptor include but are not limited to bisphenols, parabens, organophosphate pesticides, and phthalates, polychlorinated biphenyls, heavy metals, organochlorine pesticides, and polyaromatic hydrocarbons (Alva-Gallegos et al. 2023). Thus, chemicals in hair relaxers with very different structures can mimic estrogen action in the human body by binding to and activating the estrogen receptor.

**8.2. *Altered Gene Expression.*** The ERα has a particularly open binding site such that different chemical structures (e.g., EDCs) can fit into it and activate gene expression (Baker and Lathe 2018). Because the estrogen receptor is a ligand-activated transcription factor regulating gene expression, the convergence of xenoestrogen effects on ERα-regulated gene

expression confirms that these chemicals can produce additive effects on the estrogen receptor (Ahn and Jeung 2023; Buterin et al. 2006; Mesnage et al. 2017). Moreover, the regulation of genes involved in cell proliferation, epithelium-to-mesenchymal transformation and metastasis demonstrates the pathway of estrogenic EDCs and uterine and ovarian cancer.

**8.3. *Epigenetic Changes.*** EDCs can regulation DNA methylation and histone modification, which is the way that specific genes can be "turned on" or "turned off" in the absence of a mutation (e.g., (Vilahur et al. 2014)). This, in turn, may activate genes that increase the likelihood of cancer (oncogenes) or may turn off genes that decrease the likelihood of cancer (tumor suppressor genes).

**8.4. *Interactions (Mixture Effects).*** Different estrogenic EDCs can interact among themselves as well as with other environmental factors including known carcinogens to increase cancer risk (Modica et al. 2023; Rachon 2015; Sharma et al. 2024). In the case of hair relaxers, there are both EDCs and carcinogens commonly present in these products. Considering the importance of ERα in uterine cancer pathogenesis, it is important to realize how many ingredients in these products have known estrogenic actions. These chemicals will have an additive effect on ERα, although synergistic effects are not rare (Martin 2023). The carcinogens present in hair relaxers (e.g., formaldehyde, nitrosamines, 1,4-dioxane, ethylene oxide, arsenic) present an additional "ambient" risk upon which estrogenic EDCs act that simultaneously increases the risk further.

**8.4.1. Estrogenic EDCs Exert a Combined Effect.** The issue of EDC mixtures was discussed above for the importance of those observations in understanding that EDCs do not have a threshold of effect. It is important to also develop this concept as it relates to the multiple chemicals in hair relaxer products that are known estrogenic chemicals.

Recently, Martin et al. (Martin et al. 2021) published a systematic review of 10 years of research into chemical mixtures with the goal of evaluating the frequency and reliability of reports of synergism or antagonism among mixture studies. They identified 1220 papers reporting experiments on mixtures, 78 of which reported synergistic interactions. The default assumption in these studies is that chemicals acting on the same biological pathway produce a dose-additive effect. Synergistic effects are represented by a greater than dose-additive effect (Martin et al. 2021; Martin 2023).

One way to visualize how EDCs can interact with carcinogens is to consider the key characteristics of carcinogens (Smith et al. 2020) and the key characteristics of EDCs (La Merrill et al. 2020) side-by-side (Table 2).

**Table 2. Comparison of the Key Characteristics of Carcinogens[1] and the Key Characteristics of Endocrine Disrupting Chemicals[2]**

| KCs of Carcinogens | KCs of EDCs |
|---|---|
| Is electrophilic or can be metabolically activated to electrophiles | Can interact with or activate hormone receptors |
| Is genotoxic | Can antagonize hormone receptors |

| | |
|---|---|
| Alters DNA repair and causes genomic instability | Can alter hormone receptor expression |
| Induces epigenetic alterations | Can alter signal transduction (including changes in protein or RNA expression, post-translational modifications and/or ion flux) in hormone-responsive cells |
| Induces oxidative stress | Can induce epigenetic modifications in hormone-producing or hormone-responsive cells |
| Induces chronic inflammation | Can alter hormone synthesis |
| Is immunosuppressive | Can alter hormone transport across cell membranes |
| Modulates receptor-mediated effects | Can alter hormone distribution or circulating hormone levels |
| Causes immortalization | Can alter hormone metabolism or clearance |
| Alters cell proliferation, cell death or nutrient supply | Can alter the fate of hormone-producing or hormone-responsive cells. |
| [1]Smith et al., 2020. Cancer Epidemiol Biomarkers Prev 2020; 29:1887–903<br>[2] La Merrill et al., 2020. Nat Rev Endocrinol 16, 45-57. | |

First, a note about how these KCs were derived and how they help us think about how carcinogens and EDCs can interact. The KCs of carcinogens were originally developed by a working group of the International Agency for Research on Cancer (IARC)[5] who evaluated the characteristics of 100 chemicals that IARC had previously identified as group 1 carcinogens (Smith et al. 2016). These characteristics provide a way of deciding whether a chemical is a carcinogenic hazard. In the case of KCs of EDCs, the approach was to identify the key steps that regulate the ability of hormones to act normally, recognizing that interfering with those steps would produce "disruption". The goal of that effort was to help inform regulatory agencies as to the key "molecular initiating events" that chemicals could target to cause adverse health effects.

In Table 2, the KCs of carcinogens are listed next to the KCs of EDCs. The predominant cause of cancer in the uterus and ovary is "excess estrogen" in the face of low progesterone (Faizan and Muppidi 2025). Risk factors for uterine cancer are largely conditions that increase estrogen levels (obesity and type II diabetes mellitus (Faizan and Muppidi 2025)). But carcinogenic chemicals provide an environment that supports carcinogenesis – inducing chronic inflammation, suppressing the immune system, inducing epigenetic changes, affecting cell proliferation, apoptosis and nutrient supply/angiogenesis, and more. The combination of the additive effect of estrogenic EDCs in hair relaxers (producing an effect

[5] IARC is an agency within the World Health Organization located in Lyon, France. It is an independent scientific agency that has strict and transparent standards for the recruitment of topical experts to analyze data as well as strict standards for classification of carcinogenic hazards. Their analyses are used globally by individual jurisdictions to inform policymakers.

that would not be seen with a single chemical) AND the additive effect of carcinogenic chemicals, greatly increases the risk of uterine and ovarian cancer.

## 9.0. The Biology of Risk, Contribution, and Cause.

There are several terms commonly used to describe tested associations between chemical exposures and health outcomes including cancer. For example, in the case of Chang et al. (Chang et al. 2022) who reported on their study of the association between the use of chemical hair relaxers and uterine cancer, they calculated the relative risk (risk ratio). From a statistical point of view, they measured the probability of incident uterine cancer in women with different levels of chemical hair relaxer use (e.g., never, <4 times, >4 times). They report that women who used chemical hair relaxer products more than 4 times in a year were 2.55 times more likely to be diagnosed with uterine cancer than women who did not use these products.

When thinking about causal inference (i.e., do chemical hair relaxer products *cause* uterine cancer or ovarian cancer), it is important to consider the human data, which can identify associations, but also the mechanistic data. In the case of uterine and ovarian cancer, estrogens, acting through the ER$\alpha$, play a significant role. This is why physiological conditions that increased endogenous estrogen also increase the risk. Thus, it follows from this that chemical hair relaxers that contain multiple estrogenic chemicals will also increase uterine and ovarian cancer risk.

**9.1. Is an increase in risk a "cause"?** The answer is "yes". To understand this it is important to consider the relationship between smoking cigarettes and lung cancer (a focus of study for Sir Bradford-Hill (Hill 1965)). In this case, only 10-15% of smokers will be diagnosed with lung cancer during their lifetime, but this represents almost 90% of lung cancers in men (Walser et al. 2008). Thus, the fact that 85%-90% of smokers DO NOT get lung cancer does not mean that cigarettes do not *cause* lung cancer. The population of smokers have a variety of pre-existing risk factors for lung cancer that are superimposed on smoking. These include genetic predisposition, other environmental exposures, immune system differences and other lifestyle issues such as diet, activity, etc. Thus, smoking "contributes" to the overall risk of lung cancer such that only some smokers get lung cancer.

Likewise with chemical hair relaxers and uterine and ovarian cancer risk. The chemicals in these products represent a mixture of EDCs and carcinogens that are superimposed on other risk factors such as obesity, age, family history, diabetes and others. These risk factors all add up in individuals. Thus, it is incorrect to think of risk factors as independent, with some proportion of uterine cancers being attributable to one risk factor, and others being attributable to another risk factors. Moreover, the major risk factors for uterine and ovarian cancer are obesity and diabetes mellitus, both of which increase estrogens[6] and others. In this way, the term "increased risk" is equivalent to "cause".

## 10.0. Chemicals in Hair Relaxers

[6] Adipose tissue express an enzyme – Aromatase – that can produce estrogen from adrenal androgens, thereby increasing estrogens in the body. Type II diabetes mellitus is also associated with elevated estrogens.

Straighteners and hair relaxers have been reported to have estrogenic activity as far back as the 1970s (IARC 1979). At that time, IARC concluded that "Studies in humans strongly suggest that the administration of oestrogens is causally related to increased incidence of endometrial carcinoma" (IARC 1979).

Several studies have evaluated the ingredients of chemical hair relaxers currently on the market (e.g., (Helm et al. 2018; Irungu et al. 2025; Pierce et al. 2024; Schildroth et al. 2024). These products commonly contain known estrogenic chemicals such as parabens, phthalates, UV filters, cyclosiloxanes, as well as carcinogens such as formaldehyde, heavy metals, diethanolamines and nitrosamines (Helm et al. 2018). Appendix 1 reproduces Table 1 of Helm et al. (Helm et al. 2018). Studies evaluating urinary metabolites of EDCs have found that women who used hair relaxers, straighteners or perms had greater concentrations of 2,5-dichlorophenol, monobenzyl phthalate and ethyl paraben compared to non-users (Schildroth 2024). In the same study, high use of permanent relaxers in the past 12 months was also associated with higher concentrations of monobenzyl phthalate and both metabolites of di-2-ethylhexyl terephthalate in that study (Schildroth 2024). Chemical hair relaxers have also contained additional carcinogens including titanium dioxide and contaminants such as 1,4-dioxane, ethylene oxide, and arsenic.

The following subsections will provide the specific toxicological evidence for key chemicals within these two groups, demonstrating how the product mixture fulfills the biological requirements for carcinogenesis.

**10.1. Hallmarks of Cancer.** For the mixture of chemicals in hair relaxers to increase the risk of uterine and ovarian cancer, the combination must contribute to some or all of the six biological capabilities that are acquired during the multistep process leading to cancer – known as the hallmarks of cancer (Hanahan and Weinberg 2011). These include a sustaining proliferative signal, the evasion of growth suppressors, resisting cell death, enabling replicative immortality, inducing angiogenesis, and activating invasion and metastasis.

The analysis below shows that hair relaxers have a large number of chemicals –endocrine disruptors – that have estrogenic activity. This activity provides the sustained proliferative signal because estrogen, acting through the alpha receptor, stimulates cell proliferation by controlling cell cycle regulators. It turns out that these chemicals, acting through the alpha estrogen receptor, control these cell cycle regulators but also induce the expression of genes important for the transformation of cells from normal epithelial cells to mesenchymal cells on the way to tumorigenesis. They have even been shown to control the expression of genes involved in metastasis.

But in addition to these endocrine disruptors, which lead to carcinogenesis, hair relaxers contain a number of additional chemicals that are known carcinogens. These chemicals are known to produce chronic inflammation, immune suppression, genomic instability, and other of the key characteristics (Table 2). The combination of biological activities of these chemicals creates an elevated risk for uterine and ovarian cancer and provides a highly plausible mechanism to account for the epidemiological studies identifying a strong association between hair relaxer use and these cancers.

The following sections provide information on the endocrine toxicity of several of these chemicals, with a specific focus on evidence of their estrogenicity.

**10.2.** ***UV filters***. Chemical UV filters absorb light in the UVA and UVB range, thereby protecting the product from light-induced breakdown (Gao et al. 2025). There are a variety of chemical UV filters, but benzophenones have been identified in hair relaxers (Helm et al. 2018) (Figure 6 on the following page). The following is a review of the data demonstrating the estrogenic effects of these chemicals and their association with uterine and ovarian cancer.




Figure 6. Structure of UV Filters (benzophenones).

An early study by Nakagawa et al. (Nakagawa et al. 2000) reported that benzophenone (BP) is metabolized by liver enzymes to a hydroxylated form (BP-1), which then could increase cell proliferation in human breast cancer cells (MCF-7 cells) and increase uterine weight in rats (Nakagawa and Tayama 2002). Although indirect, both of these measures (cell proliferation in MCF-7 cells and uterine weight increase in rats) are known to be estrogen dependent. In fact, the "uterotrophic assay" in rats and the MCF-7 test have been adopted by regulatory agencies worldwide as a way of identifying estrogenic chemicals (OECD 2022). This work was followed by a study in 2005 showing that BP-2 could bind to the estrogen receptor alpha (ERα), with an "IC50"[7] value that was about 0.09% of that of estradiol itself (Seidlova-Wuttke et al. 2005). Molina-Molina et al. (Molina-Molina et al. 2008) used whole-cell receptor binding assays [8] and reported that the lowest dose of BP-2 that could interfere with (displace) 17β-estradiol binding in the $10^{-7}$ M (nanomolar) range. [Note: it is important to distinguish between an "IC50" value and the lowest concentration of a chemical that can "displace" estrogen from its receptor. The IC50 value is the concentration of chemical required to

[7] The IC50 value is the concentration of BP-2 that displaces estradiol from ERa. This is a measure of the affinity of the receptor for BP-2. See Appendix 2.

[8] Many receptor-binding studies use isolated receptors in solution. These assays suffer from the receptor being in a non-biological environment. Molina-Molina used a cell line that had been engineered to express the human ERa so that they could do receptor binding in a whole cell environment.

displace 50% of "labeled" estradiol from its receptor. But "disruption" of estrogen action – and observable effects – will occur at levels of displacement far below this. Thus, the lowest dose of chemical that displaces estrogen from its receptor is a more important index of toxicity.] Kerdivel et al. (Kerdivel et al. 2013) reported that BP-2 could increase cell proliferation of human breast cancer cells (MCF-7) by increasing the number of cells in S-phase[9]. This observation shows that BP-2 is activating ERα in a way that increases the risk of cancer. In addition, BP-2 increases several ER-regulated genes in these cells, showing that BP-2 exerts an estrogenic effect.

Park et al. (Park et al. 2013) examined the effect of BP-1 in ovarian cancer cells (BG-1 cells[10]) and reported that BP-1 could increase cell proliferation at 24h that was equally effective to estradiol. The lowest dose of BP-1 that produced significant proliferation in these cells was $10^{-7}$M, and this produced an effect that was about 30% of the effect of $10^{-9}$M E2. In addition, BP-1 increased the expression of cyclin D1[11], a key cell cycle regulator. Continuing this work, Shin et al. (Shin et al. 2016) reported that $10^{-6}$M BP-1 could increase BG-1 cell migration (an index of epithelial-mesenchymal transition[12]).

Liu et al. (Liu et al. 2022) investigated the effect of BP-1 on the ERα-regulated epithelial-mesenchymal transition (EMT). They report that BP-1 can activate ERα with an EC50[13] of about 1.0 micromolar. They also show that BP-1-activated ERα can activate the Wnt/β-catenin system, which is a signaling system involved in EMT. This provides direct evidence that BP-1 (and other estrogenic chemicals) can activate ERα in human ovarian cancer cells which regulates the expression of genes and signaling pathways related to metastasis.

Carstensen et al. (Carstensen et al. 2023) used a yeast-based ERα binding assay and reported that BP-1 and BP-2 could both bind to the ERα with about 70% and 40%, respectively, of the potency of E2 itself. [Note: there are several reasons that different kinds of assays can produce different measures of the strength of the binding and activation of ERα by different chemicals. Foremost among these are the cell types or buffer (solution) conditions that are being used. For example, if there are proteins in the buffer that bind to the chemical (e.g., benzophenones), this will compete with ERα making it appear that the chemical has a lower binding affinity.]

These mechanistic studies strongly support the conclusion that benzophenones can contribute to the estrogenic "environment" and thereby contribute to uterine and ovarian cancer risk. This concept is supported by Plesnik et al. (Plesnik et al. 2025) who found that

---

[9] S-phase is the part of the "cell cycle" where DNA synthesis occurs.

[10] BG-1 cells are a human ovarian carcinoma cell line that has functional and clinically relevant estrogen receptors and progesterone receptors.

[11] Cyclin D1 is a protein that is critical to regulation the transition of the "G1" phase of the cell cycle to the S-phase. This observation indicates that BP-1 (and other BPs that act through the estrogen receptor) increases cell proliferation at least in part by increasing the expression of cyclin D1.

[12] Epithelial-mesenchymal transition (EMT) is a process where epithelial cells, which are typically characterized by strong cell-cell adhesion and polarity, lose these features and gain mesenchymal traits, leading to increased motility and invasiveness. This transition allows cells to migrate and contribute to tumor metastasis.

[13] EC50 is similar to IC50, but the "read-out" is ERa activation, not E2 displacement (see Appendix 2).

urine concentration of BP-1 is higher in women with ovarian malignancies. This group used a non-biased approach to measure chemicals in urine of 25 healthy women and 25 women with ovarian malignancies (10 were diagnosed with "borderline ovarian tumor" and 15 with "ovarian cancer"). In this unbiased approach, BP-1 was significantly higher in the urine of women with ovarian malignancies ($p = 0.0035$).

In conclusion, there is considerable evidence that benzophenones and their metabolites can bind to and activate the human estrogen receptor and induce cell proliferation in a variety of cell types and to induce the expression of genes in these cells that are known to be regulated by ERα and some that are related to metastasis (Gomez 2025; Yao et al. 2024).

**10.3. *Siloxanes.*** Octamethyltetracyclosiloxane (D4) has been shown to exhibit estrogenic properties in a variety of studies and using different methods (Figure 7). McKim et al. (McKim et al. 2001) first reported the estrogenic action of D4 in a uterotrophic assay using immature Sprague-Dawley rats. They compared the effect of D4 on uterine weight (and uterine epithelial cell height). D4 exhibited estrogenic activity at about 50 mg/kg-day in Sprague-Dawley rats, as opposed to 1 mg/kg-day of ethinylestradiol (EE, the form of estrogen used in birth control pills). However, McKim et al. also showed that D4 inhibited the uterotrophic effect of EE, indicating a weak anti-estrogenic effect.




D4 D5

Figure 7. Octamethyltetracyclosiloxane (D4) and decamethylcyclopentasiloxane (D5).

He et al. (He et al. 2003) followed this work with an experiment in mice showing that D4 (1000 mg/kg-day) could reduce blood levels of estradiol. This was accompanied by an increase in corticosterone (a stress hormone), but this did not explain the mechanism by which D4 reduces estrogen levels. They then performed an ERα receptor binding assay showing that D4 significantly displaced labeled E2 at a concentration of about $10^{-4}$ M (Figure 10). They concluded that D4 has estrogenic activity that is mediated by ERα.

Quinn et al. (Quinn et al. 2007a) later reported the effects of a very complex set of experiments in Sprague-Dawley rats. First, they showed that D4 (at 700 or 900 parts per million of air in inhalation chambers) increase plasma levels of estrone (E1) but had no effect on estradiol (E2) on the morning of proestrus. Plasma LH levels peaked normally in control animals but were significantly reduced in animals exposed to D4. Perhaps more importantly, D4-treated rats were more likely to not exhibit and LH surge and did not ovulate. Some control animals also did not ovulate, and they also showed no LH peak. Of 35 control animals, 9 did not ovulate. Of 31 animals treated with 700 ppm of D4, 19 did not ovulate. Of 33 animals treated with 900 ppm D4, 23 did not ovulate. Thus, D4 treatment had a very significant effect on ovulation. But for the animals in all 3 groups that ovulated, the LH peak was normal. In addition, among the animals that ovulated, D4 treatment significantly reduced the number of eggs found in the oviduct at necropsy.

These findings show that D4 significantly reduces the proportion of rats that ovulate and significantly reduces the number of eggs ovulated among those rats that do ovulate. The LH

peak did not occur in animals that did not ovulate but was normal in animals that did—regardless of D4 exposure.

Quinn et al. (Quinn et al. 2007b) followed this work with a unique ERα receptor binding assay in which they used the vapor from the inhalation chamber to deliver the D4. This material did displace $^{3}$H-Estradiol from the receptor (a small but significant reduction). They also showed that D4 (dissolved in ethanol) could activate ERα in MCF-7 cells. Their conclusion was that D4 exhibits weak estrogenic activity both *in vitro* and *in vivo*.

Lee et al. (Lee et al. 2015) found that D4 exerted an estrogenic action on rat pituitary cells in culture (GH3 cells). They reported that D4 at $10^{-5}$ M could increase the expression of two genes known to be regulated by E2: calbindin-D (see Figure 8) and the progesterone receptor. Both of these genes were significantly increased by D4, and this was blocked by the ERα antagonist ICI182780[14], demonstrating a dependence of this effect on the ER.




Figure 8 from (Lee et al. 2015)

Research on D5 indicates that it has little estrogenic activity.

There are a number of industry-funded reviews of the endocrine toxicity of D4. For example, Matthews (Matthews 2021) concludes that, "...all of the effects of D4 fall well short of any established criteria for D4 to be capable of producing any adverse effect via an endocrine mode of action." It is not clear what established criteria are being referred to. Also, the analysis is based largely on the analysis of unpublished data generated by Dow Corning and provided to the author through the auspices of the American Chemistry Council (ACC). Also, the analysis does not consider the contribution of D4 to a mixture of estrogenic chemicals in a single product. The data from Lee et al. (2015) and others show that D4 is estrogenic and that it acts through the estrogen receptor.

Andersen (Andersen 2022) concludes that, "Since the rodent-specific reproductive and the vaginal/uterine/ ovarian tissue responses are not relevant for risk assessments in human populations, D4 should neither be classified as a CMR (i.e., carcinogenic, mutagenic, or toxic for reproduction) substance nor be regarded as an endocrine disruptor." The author bases this conclusion largely on the work of Quinn (Quinn et al. 2007a) who studied the effect of D4 on ovulation in the rat (see above). There are 3 arguments that the author makes to discount this work. First is that humans don't have a mid-cycle GnRH surge that controls ovulation. The science supporting this contention is more than 40 years old and is a misstatement even of the older literature. Specifically, anovulatory women can be manipulated to ovulate with a low exposure to GnRH with rising estrogen (Scheiber and Liu 2011). In contrast, early researchers studying the neuroendocrine control of ovulation in

[14] ICI is a classic ERa inhibitor and is often used to test whether an experimental observation is dependent upon ERa. If ICI blocks the effect (e.g., of D4), then this is taken as evidence that the effect was mediated by ERa.

rodents manipulated pituitary responsiveness to GnRH (also called "LHRH") by clamping the exposure to estrogen (e.g., (Petersen and Barraclough 1989; Shander et al. 1979)). Thus, the conclusion that women do not have a mid-cycle surge in GnRH is not based on direct evidence, but is based on the way clinical medicine developed a strategy to assist women to become pregnant (Plant 2023). Second, the author proposes that D4 is a dopamine agonist to explain the effects of D4 on ovulation in the rat. This concept was based on a previous paper (Dekant et al. 2017) but is wrong on the face of it[15].

Borgert and Burgoon (Borgert and Burgoon 2025) conclude that, "The claim that D4 exhibits estrogenic endocrine disruptive properties based on a presumed link between the results of screening-level assays (RUA and ERTA) and adverse effects is not supported by the data and relies on deficient evaluative and interpretative methods. Instead, a plausible mechanistic explanation for the various adverse effects of D4 observed in rodent studies, including its effects in reproduction studies, is that these are secondary to high-dose-dependent, physico-chemical effects that perturb cell membrane function and produce rodent-specific sensory irritation." The argument here is that while it is true that D4 is estrogenic, it is "too weak" to have the observed effects on rodent reproduction. Therefore, the proposal is that D4 has non-specific effects on neuronal membranes that can account for the reported reproductive effects (Quinn et al. 2007a). First, if D4 has non-specific effects on neuronal membranes, it would have these effects in humans too. Second, the argument is that an evaluation of the "potency" of D4 on the estrogen receptor, considered in isolation of estrogen receptor abundance and as a single chemical, the potency is too low to account for the reproductive effects. This restricted interpretation is not informative.

Although industry-funded reviews refute the conclusion that D4 is estrogenic, my conclusion is that there is sufficient evident that D4 can interact with the estrogen receptor and contribute to both endogenous estrogen and estrogenic chemicals in hair relaxers to produce the "excess estrogen" environment that increases the risk of uterine and ovarian cancer.

**10.4. *Phthalates.*** Early work by Jobling et al. (Jobling et al. 1995) found that a number of phthalates were estrogenic. They identified several phthalates that could bind to the estrogen receptor, could stimulate breast cancer cell proliferation, and could activate the ER in MCF-7 cells. They found estrogenic activity in di-n-butyl phthalate (DBP), butylbenzyl phthalate (BBP), bis(2-ethylhexyl)phthalate (DEHP). Another study evaluated the effect of various phthalates on MCF-7 cell proliferation (Okubo et al. 2003). This group found that DCHP, DEHP, BBP could significantly increase proliferation in these cells, and that this was blocked by ICI 182,780 indicating that this is mediated by ERα.

Takeuchi et al., (Takeuchi et al. 2005) reported that several phthalate esters can activate the estrogen receptor. Most of the tested substances produced effects in the $10^{-6}$ to $10^{-5}$M range. These tests were performed in Chinese Hamster Ovary cells, and this dose range may be different in different cells or in human endometrium. Overall, they found that 9 or 22

[15] The idea was that Prolactin is required for ovulation. It is known that dopamine inhibits prolactin release, so the idea was that D4 could inhibit prolactin which would inhibit ovulation. However, prolactin inhibits ovulation, which is why breastfeeding is a natural birth control.

different phthalates exhibited estrogenic activity on the ERα receptor. Fewer acted as an agonist on the ERβ receptor. Also, several also exhibited both agonist and antagonist activity on both ERα and ERβ.

Okubo et al. (Okubo et al. 2003) reported that 3 phthalates (DCHP, DEHP and BBP) could increase MCF-7 cell proliferation. This effect was blocked by ICI 182,780 indicating that it is mediated by ERα. Ghisari et al. (Ghisari and Bonefeld-Jorgensen 2009) used a ER transactivation assay in MCF-7 cells to test individual chemicals and the mixture for their ability to activate the estrogen receptor. They found that DBP and BBP could activate the ER at a dose of 5 x $10^{-6}$M. They also found that the mixture produced more than a 2-fold activation of the ER at a concentration of each individual chemical that did not elicit a response. Shen et al. (Shen et al. 2009) used CV-1 cells[16] They tested DEHP, DBP and MBP and reported that only DBP activated the estrogen receptor. In part, this work shows that the estrogenic effect of different phthalates are in part dependent upon the cellular context (e.g., MCF-7 vs CV-1 cells).

Hsieh et al. (Hsieh et al. 2012) evaluated the ability of phthalates to stimulate the transition between epithelial characteristics to mesenchymal (EMT) in a cell line which becomes tumorigenic in response to estrogen (R2d cells)[17]. They found that treatment with phthalates (BBP and DBP) at a concentration of 1 μM could induce the expression of markers of EMT and could change the shape and migration pattern of the cells. These characteristics are indicative of ER-dependent EMT. These findings are consistent with the observations that phthalates have estrogenic activity and that estrogen receptors can lead to tumorigenesis.

Lee et al. (Lee et al. 2012) evaluated the ability of three phthalates (DHP, DEP, DBP, BBP) to activate the ERα in a HeLa9903 cell line stably transfected with human ERα and to corelate this with their ability to bind to the ERα. They report that only DBP activated ERα in this cell line and only BBP was shown to bind to the receptor. Thus, there is a conflict in results comparing Shen et al. and Lee et al. In Shen, DBP was found to activate the ER where Lee did not observe ER activation by DBP. The explanation for these differences likely reflects different nuclear receptor cofactors in the different cell lines[18]. Further, it also strongly implies that different phthalates, when bound to the ER, constrain its structure such that the receptor can interact with some but not all coactivators. This observation and its implications likely explain how different phthalates can affect ERα signaling in different cell types *in vivo*.

---

[16] CV-1 cells CV-1 is a African green monkey cell line derived from the kidney in 1964. In this case, they engineered a Luciferase reporter that could be stimulated by the estrogen receptor (ERa) and they also inserted the ERa.

[17] R2d cells were originally isolated from a normal human breast epithelial cell type that has stem cell characteristics. It was then immortalized by the addition of a SV40 large T-antigen and X-irradiation. Under the right growth conditions, they respond to estrogen to promote growth, EMT and tumor development (Wang KH, Kao AP, Chang CC, Lee JN, Chai CY, Hou MF, Liu CM, Tsai EM. 2010. Modulation of tumorigenesis and oestrogen receptor-alpha expression by cell culture conditions in a stem cell-derived breast epithelial cell line. Biol Cell. 102(3):159–172.)

[18] MCF-7 cells express SRC-1, CBP/P300 and TRAP220; CV-1 cells express TIF2 and SRC-1; HeLa cells express CBP/P300, SRC-1, SRC-2, and GRIP1.

Park et al. (Park et al. 2012) showed that DBP increased proliferation of BG-1 cells (human ovarian cancer cells) at a concentration of $10^{-7}$M, a concentration that also stimulated the expression of cyclin D, a gene that regulates the cell cycle and that is downstream of ER$\alpha$ signaling. In MCF-7 cells, Chen et al. (Chen et al. 2016) reported that BBP, DBP and DEHP could both increase cell proliferation, but also produce an additive effect in combination with estradiol treatment. That is, each of these phthalates increased MCF-7 cell proliferation over that of the controls and to about the same level observed with estradiol treatment [note: the dose of estradiol and each phthalate was 10 nM ($10^{-8}$M)]. The binary combination (i.e., BBP+E2, DBP+E2 or DEHP+E2) of each produced an effect on cell proliferation that was greater than either treatment alone. This group also evaluated these chemicals and binary mixtures on the expression of genes related to cell proliferation and programmed cell death (apoptosis). Overall, this study showed that even at a low concentration, BBP, DBP and DEHP were able to increase proliferation of MCF-7 cells through an estrogen-regulated signaling system (PI32K/Akt) and activate a signaling pathway that blocks apoptosis in the presence of E2. While this work was performed in a breast cancer cell line, it is relevant to tissues such as uterus and ovary that are sensitive to estrogen.

Okazaki et al. (Okazaki et al. 2017) performed a complex experiment studying the estrogenic effects of a variety of phthalates[19]. Using MCF-7 cells transfected with an ERE-Luciferase reporter, this group showed that DEP, DPrP, and DPENP all increased ER activation in the absence of E2 treatment, but inhibited E2-stimulation ER activation (Figure 12). DBP and DCHP did not stimulate ER activation in the absence of E2 and blocked the effect of E2 on receptor activation. In contrast, DHP, DEHP and DOP all stimulated ER activation in the absence of E2 and produced an additive effect on E2-driven ER activation. BPBG stimulated ER activation but reduced E2-stimulated activation. In all cases, they used 1nM E2 and 25µM of the phthalate.

In a second experiment, they showed that DCHP or DPEND reduced ER activation in MCF-7 cells (with or without E2) in a dose-dependent manner; the lowest effective dose was 2.5 µM of DCHP or DPENP.

In MDA-MB-231 cells[20] transfected with an ERE-Luciferase reporter, DCHP had no effect on ER activation in the absence of E2, but inhibited E2-stimulated receptor activation with the lowest dose of 2.5 µM. In contrast, DPENP stimulated ER activation at the dose of 2.5 µM but produced a non-monotonic curve (inverted "U") over the doses of 2.5 – 25 µM. This was also observed in the presence of E2 (Figure 13).

---

[19] DEP (diethyl phthalate), DPrP (Di-n-propyl phthalate, DBP (Di-n-butyl phthalate, DPENP (Di-n-pentyl phthalate, DCHP (Dicyclohexyl phthalate), DHP (Di-n-hexyl phthalate, DEHP (Bis(2-ethylhexyl)phthalate), DOP (Di-n-octyl phthalate, BPBG (Butoxycarbonylmethyl butyl phthalate.

[20] The cell line was established in 1973 from the pleural effusion of a 51-year-old woman with inflammatory breast cancer. MDA-MB-231 is classified as a triple-negative breast cancer (TNBC) cell line, meaning it does not express estrogen receptors (ER), progesterone receptors (PR), and it has low levels of HER2/neu expression. This characteristic makes it particularly relevant for studying TNBC, which is often more aggressive and has fewer targeted treatment options.

This study shows that all the phthalates tested interacted with the ER – either as agonists, antagonists, or both. It also shows that the dose-response of some of these phthalates exhibits a non-monotonic dose-response. This kind of dose-response is typical for the endocrine system where high-dose inhibition is caused by a hormone-dependent down-regulation of receptor expression (Vandenberg 2014).

Chen et al. (Chen et al. 2023) BBP, DBP and DEHP on MCF-7 cells. They used 100 nM of each phthalate and showed that they could stimulate MCF-7 cell proliferation. This proliferation was accompanied by an upregulation of the PI3K pathway and a shift in the cell cycle from G0/G1 to S and G2/M, consistent with the effect of estrogen.

In summary, the scientific evidence strongly supports the conclusion that phthalates interact with the estrogen receptor signaling system. The overall evidence is complex in that some individual phthalates are agonists, some are antagonists and some have both properties. The evidence also indicates that phthalates can act on the estrogen signaling system as a mixture as well, producing additive effects. Thus, these data provide strong evidence that phthalates in hair relaxers can contribute to the "excess estrogen" signaling that is known to increase uterine and ovarian cancer risk.

**10.5. *Parabens*.** Parabens are a group of alkyl or benzyl esters of 4-hydroxybenzoic acid that are used in a variety of products including personal care products. Sasaki and Terasaki (Sasaki and Terasaki 2018) studied the ability of 9 different parabens that were non brominated, monobrominated or dibrominated to interact with ER[a] in a yeast-based system[21]. Seven of the 9 non-brominated parabens significantly activated the ER in this system. No brominated paraben activated the ER. The effective concentration that significantly activated the ER was in the 100 nM range.

Ziv-Gal et al. (Ziv-Gal et al. 2021) used a murine oviductal epithelial cell line (MOE)[22] to study cell proliferation induced by parabens and identify the intracellular pathways being regulated by these chemicals. They report that propylparaben (PB) and methylparaben (MB) could affect MOE cell proliferation. They report that both PB (at 10μg/mL) and MB (at 25 μg/mL) could significantly inhibit cell proliferation. This was accompanied by a decrease in the proportion of cells in the S-phase and an increase in the proportion of cells in the G2/M phase (only with PB at 100 μg/mL). Moreover, this was associated with a similar decrease in the expression of a number of cell cycle control genes (Cdk2, Cdkn1B and others). Finally, they show that these parabens can reduce the expression of the progesterone receptor. This is a potentially important observation in that uterine and ovarian cancer risk is associated with "excess estrogen" in the context of unopposed progesterone.

---

[21] The YES assay (yeast estrogen assay) takes advantage of the rapid proliferation of yeast cells to engineer in them the ability to respond to estrogenic chemicals with a production of color that can be measured OECD. 2016. Performance-based test guideline for stably transfected transactivation in vitro assays to detect estrogen receptor agonists and antagonists. Paris: OECD.

[22] Spontaneously immortalized murine oviductal epithelial (MOE) cells are a secretory cell line isolated from the oviducts of FVB mice and were generously donated by Dr. Barbara C. Vanderhyden at the Department of Cellular and Molecular Medicine, University of Ottawa

Lee et al. (Lee et al. 2022) studied the ability of a number of parabens (bisphenols and UV filters) to activate the estrogen receptor in HeLa9903 cells. These are human cells derived from a cervical cancer in the 1950s and express the ERα.

| Table 3. Results from Lee et al. 2022 | |
|---|---|
| **Chemical** | **Max Response*** |
| Ethyl paraben | 61.9 ± 109.3 |
| Propyl paraben | 226.7 ± 11.93 |
| Butyl paraben | 198.0 ± 90.3 |
| Isobutyl paraben | 271.4 ± 5.01 |
| *Max Response is the % of the response to 1 nM Estradiol on the same plate. | |

They found that these parabens could strongly activate the ER in HeLa cells[23]. The maximum response was between 60% to 270% of the response to 1nM estradiol with the lowest dose affecting ER activity in the $10^{-7}$ to $10^{-6}$M range (see Table 3). They also evaluate binary and ternary mixtures of parabens and BPA, finding that the effects were close to the predictions based on the assumption of additivity. This is an important observation that supports the contention that the estrogenic chemicals found in hair relaxers produce an additive effect on ERα in the uterus and ovary. Moreover, this additive effect contributes to endogenous estrogens as well as estrogenic chemicals from other sources.

Wei et al. (Wei et al. 2022) evaluated the relative potency of various parabens on ERα in MCF-7 cells and in MVLN cells[24] (Table X). All of the parabens tested were estrogenic in both cell lines with a potency relative to estradiol in the $10^{-6}$ to $10^{-7}$ range (see Table 4).

| Table 4. Results from Wei et al. 2022 | | |
|---|---|---|
| **Chemical** | **Rel Potency* MCF-7 Cells** | **Rel Potency* MVLN Cells** |
| Methyl paraben (MeP) | $1.6 \times 10^{-8}$ | $8.01 \times 10^{-8}$ |
| Ethyl paraben (EtP) | $1.75 \times 10^{-7}$ | $3.61 \times 10^{-7}$ |
| Propyl paraben (PrP) | $3.50 \times 10^{-7}$ | 5/33 x $10^{-7}$ |
| Butyl paraben (BuP) | $1.05 \times 10^{-6}$ | $8.14 \times 10^{-7}$ |
| Iso-propyl paraben (iPrP) | $6.62 \times 10^{-7}$ | $6.36 \times 10^{-7}$ |
| Iso-butylparaben (iBuP) | $1.40 \times 10^{-6}$ | $9.13 \times 10^{-7}$ |
| Benzyl-paraben (BzP) | $2.51 \times 10^{-6}$ | $1.32 \times 10^{-5}$ |
| *Relative potency to estradiol (comparing EC50s). | | |

Liang et al. (Liang et al. 2023) also studied several parabens in MCF-7 cells and in MVLN cells. They report that MeP, EtP, PrP and BuP all stimulate MCF-7 cell proliferation. The lowest dose producing a stimulatory effect was 50μM for MeP, 5μM for EtP, 1 μM for PrP and 0.5μM for BuP. MeP, EtP

[23] HeLa cells are a line of human cervical cancer cells that were derived from a patient named Henrietta Lacks in 1951 without her knowledge. These cells were the first immortalized human cell line, meaning they can divide indefinitely under suitable conditions, which has made them invaluable for medical research.
HeLa cells are used in a wide variety of scientific research areas, including cancer, genetics, and virology, and they played a crucial role in the development of the polio vaccine, cancer research, and many other medical advancements.

[24] MVLN cells are a modified MCF-7 line that have been engineered to express a luciferase reporter gene under the regulation of the estrogen response element (ERE). This means that MVLN cells can be used to study estrogen receptor activity and the effects of estrogen and estrogen-like compounds.

and BuP all stimulated estrogen secretion from H295R cells[25]. Test compounds were used in the 1-100 μM range. These parabens also stimulated the vitellogenin gene expression in zebrafish larvae[26] though they did not increase endogenous estrogen in the fish. This provides further support for the estrogenic nature of parabens.

**10.6. Carcinogens in Hair Relaxers.**

The concept advanced in this report is that hair relaxers represent a mixture of chemicals to which users are exposed that contain components that are clearly carcinogenic as a mixture. The role of estrogen receptor alpha (ERα) activation in the etiology of uterine and ovarian cancer has been described above. This section covers the known carcinogens in these products. The way in which this mixture presents a "perfect storm" of carcinogenesis is highlighted by a description of the "hallmarks of cancer" as articulated originally by Hanahan and Weinbert (Hanahan and Weinberg 2000) and updated recently by Hanahan (Hanahan 2022).

Table 5. Hallmarks of Cancer from (Hanahan 2022)

| | | |
|---|---|---|
| Sustain proliferative signal | evading growth suppressors | avoiding immune destruction |
| Enabling replicative immortality | tumor-promoting inflammation | Activating invasion & metastasis |
| Inducing or accessing vasculature | genomic instability & mutation | resisting cell death |
| Deregulating cellular metabolism | | |

As shown below (Figure 1 of Hanahan, 2022), there are a number of biological processes that are causally associated with cancer. These are shown in Table 5.

The first point to highlight is that chemicals do not have to be mutagenic to be carcinogenic. This is also highlighted in the preamble to the IARC hazard assessment strategy (IARC 2019) and the 10 key characteristics of carcinogens (Smith et al. 2020).

The chemicals reviewed below represent some of the known carcinogens found in hair relaxers but are by no means a comprehensive list. The goal here is to show how these chemicals contribute to uterine and ovarian carcinogenesis viewed from the Hallmarks of Cancer (Figure 9) and within the context of hair relaxer products.

[25] H295R cells are a human adrenocortical carcinoma cell line that is commonly used in studies related to steroidogenesis. They were derived from a patient with adrenal cancer and have retained many characteristics of normal adrenal cells.

[26] Vitellogenin is a protein produced in fish liver that is induced by estrogen and is traditionally used as a "read-out" of estrogenic chemicals in fish




**Figure 1.** In essence: the Hallmarks of Cancer, circa 2022. Left, the Hallmarks of Cancer currently embody eight hallmark capabilities and two enabling characteristics. In addition to the six acquired capabilities—Hallmarks of Cancer—proposed in 2000 (1), the two provisional "emerging hallmarks" introduced in 2011 (2)—cellular energetics (now described more broadly as "reprogramming cellular metabolism") and "avoiding immune destruction"—have been sufficiently validated to be considered part of the core set. Given the growing appreciation that tumors can become sufficiently vascularized either by switching on angiogenesis or by co-opting normal tissue vessels (128), this hallmark is also more broadly defined as the capability to induce or otherwise access, principally by invasion and metastasis, vasculature that supports tumor growth. The 2011 sequel further incorporated "tumor-promoting inflammation" as a second enabling characteristic, complementing overarching "genome instability and mutation," which together were fundamentally involved in activating the eight hallmark (functional) capabilities necessary for tumor growth and progression. Right, this review incorporates additional proposed emerging hallmarks and enabling characteristics involving "unlocking phenotypic plasticity," "nonmutational epigenetic reprogramming," "polymorphic microbiomes," and "senescent cells." The hallmarks of cancer graphic has been adapted from Hanahan and Weinberg (2).

Figure 9. The Hallmarks of Cancer

**10.6.1. N-Nitrosamines.** Nitrosamines generated as chlorination byproducts in drinking water have been associated with cancers of the esophagus, liver, gastric cancer, colorectal cancer and bladder cancer (Sun et al. 2024). Nitrosamines can be metabolized into unstable genotoxic compounds by CYP2E1 (Johnson et al. 2021). Nitrosamines could trigger tumor growth by a series of molecular events including gene mutation, abnormal m RNA expression associated with their active electrophilic intermediates (Sun et al. 2024). While nitrosamines represent a class of chemical carcinogens, their presence in hair relaxers represent a hazard in creating conditions that are among the hallmarks and key characteristics of cancer – an environment of evading immune detection and apoptosis, sustained replication, oxidative stress and genomic instability.

Kim et al. (Kim et al. 2018) tested the ability of nitrosamines contained in cigarette smoke to cause cancer-like changes in Ishikawa cells [27]. They report that nitrosamine increased the reactive oxygen species (ROS) in Ishikawa cells and that these upregulated factors are important in the epithelial-mesenchymal transition (EMT) required for cancer formation.

[27] Ishikawa cells are a type of human endometrial cell line used in scientific research, particularly in studies related to reproductive biology and endocrinology. They were derived from the normal endometrium of a woman and have been utilized to investigate the effects of hormones, factors related to pregnancy, and various reproductive pathologies.

**10.6.2. Formaldehyde.** Formaldehyde is classified as a human carcinogen by the International Agency for Research on Cancer (Cogliano et al. 2004). Formaldehyde is genotoxic, induces oxidative stress, affects the activities of various enzymes and heat-shock proteins, and induces apoptosis and epigenetic changes (Duong et al. 2011). These effects are not limited to nasal passages but can occur in various tissues and organs including female reproductive tissues. Oxidative stress is well-recognized to contributed to a carcinogenic environment (Jelic et al. 2021). Oxidative stress can produce damage to a variety of biological molecules and can affect immune responses conducive to carcinogenesis.

**10.6.3. Ethylene Oxide.** The US EPA concluded that ethylene oxide is carcinogenic in humans, based on their weight of evidence analysis (Jinot et al. 2018). Mechanistically, ethylene oxide is known to be genotoxic (mutagenic). In the 15th Report on Cancer, the National Toxicology Program states that, "Ethylene oxide caused genetic damage in all species studied, including prokaryotic, lower eukaryotic, and in vitro and in vivo mammalian systems. Ethylene oxide caused gene mutations and heritable translocations in germ cells of rodents exposed in vivo. In occupationally exposed workers, ethylene oxide caused dose-related increases in the frequencies of chromosomal aberrations, sister chromatid exchange, hprt mutations in peripheral lymphocytes, micronucleus formation in erythrocytes, and DNA single-strand breaks in peripheral mononuclear blood cells (Fuchs et al. 1994; IARC 1994; Major et al. 1996; Oesch et al. 1995; Schulte et al. 1995). Similar genotoxic effects were observed in rodents exposed to ethylene oxide. For direct-acting mutagenic chemicals, increases in chromosomal aberration frequency appear to be a good predictor of increased human cancer risk. Thus, all measurable genotoxic end points that are considered to be indicators of chemical carcinogenesis have been observed in both humans and experimental animals exposed to ethylene oxide." In addition, ethylene oxide causes inflammation and oxidative stress (Zhao et al. 2024). Thus, this product ingredient possesses three of the key characteristics of carcinogens—mutagenic, inflammatory, increasing oxidative stress.

**10.6.4. 1,4-Dioxane.** A variety of *in vivo* and *in vitro* studies demonstrate that this compound is genotoxic, produces oxidative stress and activates cellular pathways that allow a cell to transition between an epithelial phenotype to mesenchymal (Chen et al. 2022; Ginsberg et al. 2022; National Toxicology 2021; Wang et al. 2025). This is yet another example of an ingredient of hair relaxers that contribute to a carcinogenic environment.

**10.7. Conclusions on EDCs and Carcinogens in Chemical hair relaxers/Relaxers.** The chemicals covered in this review represent an important but incomplete analysis of the ingredients that make up these products. Importantly, these are chemicals that have been commonly contained in chemical hair relaxers. The estrogenic chemicals reviewed here are common constituents of hair relaxers and there is direct evidence for estrogenicity that necessarily comes from laboratory studies to characterize binding to the estrogen receptor (mainly, the alpha receptor) and to studies evaluating the ability of a chemical to stimulate estrogen receptor activation. This evidence represents an intrinsic hazardous property of the chemical. The question is whether they represent a risk.

Evaluation of risk requires an analysis of "potency". Tests of receptor binding and activation provide insight especially when a comparison is made with the natural ligand (i.e., estrogen). However, it may not reflect well what is happening in cells of various tissues like the uterus and ovary. As described above, receptor abundance is an important factor when evaluating a hazard for existing risk. Moreover, it is clear that the intracellular free concentration of a toxicant is important—not just the nominal concentration used. Kos et al. (Munic Kos et al. 2025) studied this issue and concluded that, "This means that the actual potency of these compounds at the target is much higher than what can be estimated in current assays relying on such nominal extracellular concentrations when expressing activity. Considering that the analyzed compounds were ... membrane permeable, the decrease of the available intracellular concentration was likely due to extensive binding to cellular components." Chemicals that cannot gain access to a cell passively must be transported actively and this can increase the intracellular concentration. The combination of these issues indicates that potency estimates—especially relative to estradiol—are estimates with unknown uncertainty around them. What this means is that experiments characterizing the "potency" of estrogenic chemicals using cell-free or cell-line assays do not tell us about the intracellular concentrations in uterus and ovary, which can be amplified both by intracellular binding sites for chemicals that can enter the cell passively[28], and by membrane transporters that can actively concentrate chemicals in the cell.

In addition, it is the combination of estrogenic chemicals in the product that must be taken into consideration when thinking about plausibility. This issue is developed below. These estrogenic chemicals will produce an additive effect on the estrogen receptor, providing a chronic proliferation stimulus. The carcinogens reviewed above are common constituents of hair relaxers and provide an overall environment (see below) that contributes to the carcinogenesis of the products.

## 11.0. Chemical hair relaxers/Relaxers are a Chemical Mixture.

In any analysis of this kind, it is important to articulate the areas of uncertainty. One area is that the chemicals reviewed are classes with many members and experimental data may not be available for all members of the class. For example, there are over 300 different types of phthalates, but the most commonly used ones include DEHP, DBP and BBP, which is why these are the ones most often studied. The method of "read-across" is accepted and widely used in the scientific community to address data gaps such as these. The principle of the read-across technique is that endpoint or test information for one chemical is used to predict the same endpoint or test for another chemical, which is considered to be similar by scientific justification. It is for this reason that I assume, in general, that the kinds of phthalates, parabens or other chemicals found in products are similar to the specific chemicals for which there is experimental evidence of estrogenicity.

[28] Chemicals that can pass through membranes passively should be at the same concentration both inside and outside the cell because passive movement will go in both directions. When these chemicals can bind to various constituents inside the cell, it creates a situation where there will be a net movement toward the cell's interior, which will concentrate the chemical inside the cell.

People are sequentially and simultaneously exposed to complex mixtures of chemicals present in water, air, and soil, in food, or in consumer products. By contrast, with few exceptions, chemical risk assessment typically considers the effects of single substances in isolation. This practice is based on the unrealistic scenario in which each single substance is released into its own pristine environment and its safety—and determination of harm—should be considered separate from its overall impact. In short, the traditional thinking is that a chemical is innocent of harm until proven guilty.

This approach can only be justified if exposures to mixtures did not pose a greater risk than that of individual chemicals. It would be the case, for example, if only one chemical of the mixture is toxic while the others are biologically inert, or if empirical evidence demonstrated that the joint action of chemicals does not exceed the effect of the most toxic compound. However, there is clear experimental evidence that chemicals that act on a common toxicological pathway (e.g., ERα) produce combination effects that are larger than the effects of each mixture component applied singly (Kortenkamp 2007; Silva et al. 2002). Moreover, epidemiological evidence demonstrates that mixtures have a greater adverse effect than predicted by the single chemical approach (e.g., (Bornehag et al. 2018; Caporale et al. 2022; Sprong et al. 2023)).

Therefore, it is clear that current approaches to chemical risk assessment systematically underestimate real risk (Committee 2019; Kortenkamp and Faust 2018). In addition, it is clear that this single chemical approach has affected the way we think about chemical risk and liability. Specifically, the science of mixture analysis tells us that we need to evaluate consumer products as a mixture, but also as it contributes to background levels of chemical exposures.

For example, Silva et al. (Silva et al. 2002) tested the estrogenicity of a combination of 8 estrogenic chemicals. The concentration of each individual chemical was used at a level that was below the lowest observed effect concentration (NOEC). What they found was that the mixture could produce a significant effect on ER activation *in vitro* (in a yeast-based colorimetric assay) at a level of each individual chemical that would not affect ER activation. In other words, "something from nothing" (Silva et al. 2002). They extended this observation to show that the effect of estradiol itself in activating the ER could be enhanced by such a mixture (Rajapakse et al. 2001). In other words, a group of estrogenic chemicals at a concentration that does not activate the ER can enhance the effect of estradiol when added in combination (an additive effect).

This work in mixtures in the laboratory appears to hold true in the real world. Using data from a biomonitoring program in the European Union, Sprong et al. (Sprong et al. 2023) sought to use a mixture risk assessment approach to determine if the dietary intake of lead, methylmercury, inorganic arsenic, fluoride, non-dioxin-like PCBs and polybrominated diphenyl ethers exceeded the daily tolerable intake based on their ability to lower IQ. In each individual case, the concentration in the diet was below the "safe level" in terms of affecting child IQ. The authors set the potency of each chemical in relation to lead so that they could estimate an additive effect and found that the entire population of 9 countries that contributed data exceeded the tolerable limit at the median level of exposure. In other

words, mixtures of chemicals that impact the same biological effect combine to affect a response even if their mechanism of action is different.

As documented in Section 8, hair relaxers contain multiple estrogenic EDCs (parabens, phthalates, benzophenones, and siloxanes) that, based on the principle of additivity, combine to create a significant estrogenic signal far greater than any single ingredient would suggest. This combined estrogenic load adds to the body's own estrogen, further amplifying the proliferative signal in the endometrium. Simultaneously, the carcinogens in the mixture (formaldehyde, nitrosamines, 1,4-dioxane, ethylene oxide) contribute through the mechanisms described in Section 7, such as inducing inflammation and genotoxicity. Therefore, it is the *entire mixture* (the combination of potent EDCs and other carcinogens) that creates the highly plausible biological basis for the increased risk of uterine and ovarian cancer observed in epidemiological studies of chemical hair relaxers

## 12.0. Summary and Conclusion

The use of hair relaxers have been shown in epidemiological studies to be associated with uterine and ovarian cancer (Bertrand et al. 2023; Chang et al. 2022; White et al. 2021) as well as other non-reproductive cancers (Bailey et al. 2025). The question is whether it is biologically plausible that chemical hair relaxers cause uterine or ovarian cancer, and if so, what are the possible biological mechanisms by which chemical hair relaxers could cause uterine or ovarian cancer?

It is important to note that as a scientist biological plausibility concerns biological insights which are informed by generally accepted scientific principles, and not the ability to absolutely and unequivocally establish the mechanism or mechanisms of action.

In answering this, a critical element to acknowledge is that the primary cause of uterine and ovarian cancer is excess estrogen in the setting of low, or no, progesterone. A major pathway in the production of uterine cancer is a hyperplasia-carcinoma sequence (Gotoh et al. 2024).

Estrogens, through the action of ER$\alpha$, play a central role in this sequence in that ER$\alpha$ increases cell proliferation (hyperplasia) (Ge et al. 2023). About 90% of uterine cancers are endometrial. Most endometrial cancers (~85%) express the estrogen receptor alpha (ER$\alpha$) (Gregoricchio et al. 2025) and 80% of the uterine cancers associated with hair relaxers were ER$\alpha$+ (Chang et al. 2022).

The effect of estrogen on uterine and ovarian cancer is to provide a chronic stimulation of cell proliferation. This increases the likelihood of somatic changes leading a cell to begin on the path of tumorigenesis. One of the most common somatic changes in uterine cancer is PTEN loss. PTEN is a tumor suppressor gene that greatly increases the risk of cancer. Estrogens, acting through ER$\alpha$, have a much greater proliferative effect on cells that lack PTEN (Eritja et al. 2013). Thus, estrogen stimulates proliferation generally and selectively enhances PTEN negative cells.

To visualize how the different ingredients of hair relaxers interact to increase the risk of uterine and ovarian cancer, consider Figure 9 above from Hannahan and Weinbergs Hallmarks of Cancer concept. Critical in this is the sustaining proliferative signaling. This is

coming from the estrogenic EDCs in these products. Some of the evidence reviewed here also demonstrates that these chemicals reduce apoptotic pathways in an ERα-dependent manner. In addition, the evidence also points to their ability to activate the expression of genes known to be involved in metastasis.

But do these chemicals have enough potency to increase the risk of cancer by 2.55-fold? The work of Andreas Kortenkamp, among others, describes two important observations that explain how this happens. The first is that estrogenic chemicals that act on the ERα receptor produce an additive effect. In fact, mixture of estrogenic chemicals where each of the components are at a concentration that has no effect, will produce an additive effect that can be quite robust (Silva et al. 2002). In addition, low concentrations of this mixture has a significant effect on estrogen action itself (Rajapakse et al. 2002).

Thus, the mixture of estrogenic chemicals in these relaxers contribute to the sustaining proliferative signal that is present from other risk factors including obesity and type II diabetes. And they contribute to suppressing apoptotic pathways and enhance invasion and metastasis pathways.

In addition to this sustained proliferative signaling, other chemicals in the relaxers—formaldehyde, nitrosamines, diethanolamine and others, account for several of the other hallmarks. These chemicals minimally create an environment of oxidative stress leading to genomic instability—an important key characteristic of carcinogens (Smith 2019; Smith et al. 2020).

The weight of evidence reviewed in this report supports my opinion to a reasonable degree of scientific certainty that multiple, biologically plausible mechanisms exist to explain the elevated risks of uterine and ovarian cancer with exposure to chemical hair relaxers as reported in three large, prospective studies that I have discussed above. (Chang et al. 2022, Bertrand et al. 2023 and White et al. 2021).

### 12.1 Miscellaneous Disclosures

My fee for expert services is as follows: $350 per hour.

I have not given deposition or trial testimony in the last four years.

November 30, 2025 By: [signature]

R. Thomas Zoeller, Ph.D.

Ahn C, Jeung EB. 2023. Endocrine-disrupting chemicals and disease endpoints. Int J Mol Sci. 24(6).
Alva-Gallegos R, Carazo A, Mladenka P. 2023. Toxicity overview of endocrine disrupting chemicals interacting in vitro with the oestrogen receptor. Environ Toxicol Pharmacol. 99:104089.
Alva-Gallegos R, Jirkovsky E, Mladenka P, Carazo A. 2024. Small phenolic compounds as potential endocrine disruptors interacting with estrogen receptor alpha. Front Endocrinol (Lausanne). 15:1440654.
Andersen ME. 2022. Assessing modes of action, measures of tissue dose and human relevance of rodent toxicity endpoints with octamethylcyclotetrasiloxane (d4). Toxicol Lett. 357:57–72.
Attardi B, Scott R, Pfaff D, Fink G. 2007. Facilitation or inhibition of the oestradiol-induced gonadotrophin surge in the immature female rat by progesterone: Effects on pituitary responsiveness to gonadotrophin-releasing hormone (gnrh), gnrh self-priming and pituitary mrnas for the progesterone receptor a and b isoforms. J Neuroendocrinol. 19(12):988–1000.
Bailey JT, Chang CJ, Gaston SA, Jackson CL, Sandler DP, O'Brien KM, White AJ. 2025. Use of hair straighteners and chemical relaxers and incidence of non-reproductive cancers. J Natl Cancer Inst.
Baker ME, Lathe R. 2018. The promiscuous estrogen receptor: Evolution of physiological estrogens and response to phytochemicals and endocrine disruptors. The Journal of steroid biochemistry and molecular biology. 184:29–37.
Bartkowiak-Wieczorek J, Jaros A, Gajdzinska A, Wojtyla-Buciora P, Szymanski I, Szymaniak J, Janusz W, Walczak I, Jonaszka G, Bienert A. 2024. The dual faces of oestrogen: The impact of exogenous oestrogen on the physiological and pathophysiological functions of tissues and organs. Int J Mol Sci. 25(15).
Bellanger M, Demeneix B, Grandjean P, Zoeller RT, Trasande L. 2015. Neurobehavioral deficits, diseases, and associated costs of exposure to endocrine-disrupting chemicals in the european union. J Clin Endocrinol Metab. 100(4):1256–1266.
Bergman A, Heindel JJ, Jobling S, Kidd KA, Zoeller RT. 2013a. State of the science of endocrine disrupting chemicals 2012. Geneva, Switzerland: World Health Organization. p. xxv, 260p.
Bergman A, Heindel JJ, Jobling S, Kidd KA, Zoeller RT. 2013b. State of the science of endocrine disrupting chemicals 2012. Summary for decision makers. United National Environment Programme and Worl Health Organization.
Bertrand KA, Delp L, Coogan PF, Cozier YC, Lenzy YM, Rosenberg L, Palmer JR. 2023. Hair relaxer use and risk of uterine cancer in the black women's health study. Environ Res. 239(Pt 1):117228.
Borgert CJ, Burgoon LD. 2025. Octamethylcyclotetrasiloxane (d4) lacks endocrine disruptive potential via estrogen pathways. Arch Toxicol. 99(4):1431–1443.
Bornehag CG, Lindh C, Reichenberg A, Wikstrom S, Unenge Hallerback M, Evans SF, Sathyanarayana S, Barrett ES, Nguyen RHN, Bush NR et al. 2018. Association of

prenatal phthalate exposure with language development in early childhood. JAMA Pediatr. 172(12):1169–1176.
Bourguignon JP, Slama R, Bergman A, Demeneix B, Ivell R, Kortenkamp A, Panzica G, Trasande L, Zoeller RT. 2016. Science-based regulation of endocrine disrupting chemicals in europe: Which approach? The lancet Diabetes & endocrinology.
Buterin T, Koch C, Naegeli H. 2006. Convergent transcriptional profiles induced by endogenous estrogen and distinct xenoestrogens in breast cancer cells. Carcinogenesis. 27(8):1567–1578.
Caporale N, Leemans M, Birgersson L, Germain PL, Cheroni C, Borbely G, Engdahl E, Lindh C, Bressan RB, Cavallo F et al. 2022. From cohorts to molecules: Adverse impacts of endocrine disrupting mixtures. Science. 375(6582):eabe8244.
Carstensen L, Zippel R, Fiskal R, Bornick H, Schmalz V, Schubert S, Schaffer M, Jungmann D, Stolte S. 2023. Trace analysis of benzophenone-type uv filters in water and their effects on human estrogen and androgen receptors. Journal of hazardous materials. 456:131617.
Chang CJ, O'Brien KM, Keil AP, Gaston SA, Jackson CL, Sandler DP, White AJ. 2022. Use of straighteners and other hair products and incident uterine cancer. J Natl Cancer Inst. 114(12):1636–1645.
Chang CJ, O'Brien KM, Keil AP, Gaston SA, Jackson CL, Sandler DP, White AJ. 2023. Response to etminan. J Natl Cancer Inst. 115(2):233–234.
Charlton SJ. 2009. Agonist efficacy and receptor desensitization: From partial truths to a fuller picture. British journal of pharmacology. 158(1):165–168.
Chen FP, Chien MH, Chern IY. 2016. Impact of low concentrations of phthalates on the effects of 17beta-estradiol in mcf-7 breast cancer cells. Taiwan J Obstet Gynecol. 55(6):826–834.
Chen FP, Chien MH, Lee CH. 2023. Regulation of the cell cycle and p13k/akt/mtor signaling pathway by phthalates in normal human breast cells. Taiwan J Obstet Gynecol. 62(3):434–439.
Chen LH, Xie T, Lei Q, Gu YR, Sun CZ. 2024. A review of complex hormone regulation in thyroid cancer: Novel insights beyond the hypothalamus-pituitary-thyroid axis. Front Endocrinol (Lausanne). 15:1419913.
Chen Y, Wang Y, Charkoftaki G, Orlicky DJ, Davidson E, Wan F, Ginsberg G, Thompson DC, Vasiliou V. 2022. Oxidative stress and genotoxicity in 1,4-dioxane liver toxicity as evidenced in a mouse model of glutathione deficiency. The Science of the total environment. 806(Pt 2):150703.
Cogliano V, Grosse Y, Baan R, Straif K, Secretan B, El Ghissassi F, Cancer WHOIAfRo. 2004. Advice on formaldehyde and glycol ethers. The Lancet Oncology. 5(9):528.
Colborn T, Dumanoski D, Myers JP. 1996. Our stolen future : Are we threatening our fertility, intelligence, and survival? : A scientific detective story. New York: Dutton.
Committe oCoeaacig. 2019. Future chemical risk management
accounting for combination effects and assessing
chemicals in groups. Stockholm: SOU.

Coogan PF, Rosenberg L, Palmer JR, Cozier YC, Lenzy YM, Bertrand KA. 2021. Hair product use and breast cancer incidence in the black women's health study. Carcinogenesis. 42(7):924–930.

Damstra T, Barlow S, Bergman A, Kavlock RJ, van der Kraak G. 2002. Global assessment of the state-of-the-science of endocrine disruptors. Geneva, Switzerland: World Health Organization.

Darbre P. 2019. The history of endocrine-disrupting chemicals. Current Opinion in Endocrine and Metabolic Research. 2019(7):26–33.

Dekant W, Scialli AR, Plotzke K, Klaunig JE. 2017. Biological relevance of effects following chronic administration of octamethylcyclotetrasiloxane (d4) in fischer 344 rats. Toxicol Lett. 279 Suppl 1:42–53.

Demeneix B, Vandenberg LN, Ivell R, Zoeller RT. 2020. Thresholds and endocrine disruptors: An endocrine society policy perspective. J Endocr Soc. 4(10):bvaa085.

Diamanti-Kandarakis E, Bourguignon JP, Giudice LC, Hauser R, Prins GS, Soto AM, Zoeller RT, Gore AC. 2009. Endocrine-disrupting chemicals: An endocrine society scientific statement. Endocr Rev. 30(4):293–342.

Dodds EC, Lawson W. 1936. Synthetic oestrogenic agents without the phenanthrene nucleus. Nature. 137(3476):996.

Dowling AL, Iannacone EA, Zoeller RT. 2001. Maternal hypothyroidism selectively affects the expression of neuroendocrine-specific protein a messenger ribonucleic acid in the proliferative zone of the fetal rat brain cortex. Endocrinology. 142(1):390–399.

Dowling AL, Martz GU, Leonard JL, Zoeller RT. 2000. Acute changes in maternal thyroid hormone induce rapid and transient changes in gene expression in fetal rat brain. J Neurosci. 20(6):2255–2265.

Dowling AL, Zoeller RT. 2000. Thyroid hormone of maternal origin regulates the expression of rc3/neurogranin mrna in the fetal rat brain. Brain research Molecular brain research. 82(1-2):126–132.

Duong A, Steinmaus C, McHale CM, Vaughan CP, Zhang L. 2011. Reproductive and developmental toxicity of formaldehyde: A systematic review. Mutat Res. 728(3):118–138.

Eberle CE, Sandler DP, Taylor KW, White AJ. 2020. Hair dye and chemical straightener use and breast cancer risk in a large us population of black and white women. Int J Cancer. 147(2):383–391.

Etminan M. 2023. Re: Use of straighteners and other hair products and incident uterine cancer. J Natl Cancer Inst. 115(2):228.

Eritja N, Mirantes C, Llobet D, Yeramian A, Bergada L, Dosil MA, Domingo M, Matias-Guiu X, Dolcet X. 2013. Long-term estradiol exposure is a direct mitogen for insulin/egf-primed endometrial cells and drives pten loss-induced hyperplasic growth. Am J Pathol. 183(1):277–287.

Faizan U, Muppidi V. 2025. Uterine cancer (archived). Statpearls. Treasure Island (FL).

Farooq H, Mhatre P, Aggarwal R, Robinson MT, Joseph E, Segars J, Singh B. 2024. A systematic review of association between use of hair products and benign and malignant gynecological conditions. Eur J Obstet Gynecol Reprod Biol. 295:160–171.

Fuchs J, Wullenweber U, Hengstler JG, Bienfait HG, Hiltl G, Oesch F. 1994. Genotoxic risk for humans due to work place exposure to ethylene oxide: Remarkable individual differences in susceptibility. Arch Toxicol. 68(6):343–348.

Gao M, Liu Y, Gao L, Weng J, Ai Q, Yang Q, Liu Y, Xu M, Zhao B, Zheng M. 2025. Human exposure and health risks to ultraviolet filters in personal care products marketed in china. Environ Res. 279(Pt 2):121886.

Ge Y, Ni X, Li J, Ye M, Jin X. 2023. Roles of estrogen receptor alpha in endometrial carcinoma (review). Oncol Lett. 26(6):530.

Ghassabian A, Vandenberg L, Kannan K, Trasande L. 2022. Endocrine-disrupting chemicals and child health. Annual review of pharmacology and toxicology. 62:573–594.

Ghisari M, Bonefeld-Jorgensen EC. 2009. Effects of plasticizers and their mixtures on estrogen receptor and thyroid hormone functions. Toxicol Lett. 189(1):67–77.

Ginsberg G, Chen Y, Vasiliou V. 2022. Mechanistic considerations in 1,4-dioxane cancer risk assessment. Curr Opin Environ Sci Health. 30.

Gomez JMR. 2025. Benzophenones: How ultraviolet filters can interfere with reproduction. J Neuroendocrinol.e70088.

Gore AC, Chappell VA, Fenton SE, Flaws JA, Nadal A, Prins GS, Toppari J, Zoeller RT. 2015a. Edc-2: The endocrine society's second scientific statement on endocrine-disrupting chemicals. Endocr Rev. 36(6):E1–E150.

Gore AC, Chappell VA, Fenton SE, Flaws JA, Nadal A, Prins GS, Toppari J, Zoeller RT. 2015b. Executive summary to edc-2: The endocrine society's second scientific statement on endocrine-disrupting chemicals. Endocr Rev.er20151093.

Gotoh O, Sugiyama Y, Tonooka A, Kosugi M, Kitaura S, Minegishi R, Sano M, Amino S, Furuya R, Tanaka N et al. 2024. Genetic and epigenetic alterations in precursor lesions of endometrial endometrioid carcinoma. J Pathol. 263(3):275–287.

Gregoricchio S, Kojic A, Hoogstraat M, Schuurman K, Stelloo S, Severson TM, O'Mara TA, Droog M, Singh AA, Glubb DM et al. 2025. Endometrial tumorigenesis involves epigenetic plasticity demarcating non-coding somatic mutations and 3d-genome alterations. Genome Biol. 26(1):124.

Groothuis PG, Dassen HH, Romano A, Punyadeera C. 2007. Estrogen and the endometrium: Lessons learned from gene expression profiling in rodents and human. Hum Reprod Update. 13(4):405–417.

Hanahan D. 2022. Hallmarks of cancer: New dimensions. Cancer discovery. 12(1):31–46.

Hanahan D, Weinberg RA. 2000. The hallmarks of cancer. Cell. 100(1):57–70.

Hanahan D, Weinberg RA. 2011. Hallmarks of cancer: The next generation. Cell. 144(5):646–674.

He B, Rhodes-Brower S, Miller MR, Munson AE, Germolec DR, Walker VR, Korach KS, Meade BJ. 2003. Octamethylcyclotetrasiloxane exhibits estrogenic activity in mice via eralpha. Toxicol Appl Pharmacol. 192(3):254–261.

Helm JS, Nishioka M, Brody JG, Rudel RA, Dodson RE. 2018. Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by black women. Environ Res. 165:448–458.

Hernandez AM, Smith SJ, Vahora MS, Campbell D, Krevanko CF, Lewis RC, Pierce JS. 2025. Systematic review of the epidemiology of hair relaxer use and hormone-sensitive

reproductive outcomes among black adult women in the united states. J Appl Toxicol. 45(8):1394–1416.
Hill AB. 1965. The environment and disease: Association or causation? Proc R Soc Med. 58:295–300.
Hou YF, Gao SH, Wang P, Zhang HM, Liu LZ, Ye MX, Zhou GM, Zhang ZL, Li BY. 2016. 1alpha,25(oh)(2)d(3) suppresses the migration of ovarian cancer skov-3 cells through the inhibition of epithelial-mesenchymal transition. Int J Mol Sci. 17(8).
Hsieh TH, Tsai CF, Hsu CY, Kuo PL, Lee JN, Chai CY, Hou MF, Chang CC, Long CY, Ko YC et al. 2012. Phthalates stimulate the epithelial to mesenchymal transition through an hdac6-dependent mechanism in human breast epithelial stem cells. Toxicol Sci. 128(2):365–376.
IARC. 1994. Ethylene oxide. IARC Monogr Eval Carcinog Risks Hum. 60:73–159.
IARC. 2019. Preamble. In: IARC, editor. Lyon, France: IARC.
Irungu BN, Llanos AAM, Nyangi M, Olisa T, Matu E, Rockson A, Schaefer A, Ashrafi A, Terry MB, McDonald JA et al. 2025. Chemicals of concern in select packaged hair relaxers available on the kenyan market: An examination of ingredient labels and measurement of ph. Front Public Health. 13:1532113.
Jelic MD, Mandic AD, Maricic SM, Srdjenovic BU. 2021. Oxidative stress and its role in cancer. J Cancer Res Ther. 17(1):22–28.
Jinot J, Fritz JM, Vulimiri SV, Keshava N. 2018. Carcinogenicity of ethylene oxide: Key findings and scientific issues. Toxicol Mech Methods. 28(5):386–396.
Jobling S, Reynolds T, White R, Parker MG, Sumpter JP. 1995. A variety of environmentally persistent chemicals, including some phthalate plasticizers, are weakly estrogenic. Environ Health Perspect. 103(6):582–587.
Johnson GE, Dobo K, Gollapudi B, Harvey J, Kenny J, Kenyon M, Lynch A, Minocherhomji S, Nicolette J, Thybaud V et al. 2021. Permitted daily exposure limits for noteworthy n-nitrosamines. Environ Mol Mutagen. 62(5):293–305.
Joosten SE, Gregoricchio S, Stelloo S, Yapici E, Huang CF, Collier MD, Morova T, Altintas B, Kim Y, Canisius S et al. 2023. Breast cancer risk snps converge on estrogen receptor binding sites commonly shared between breast tumors to locally alter estrogen signalling output. bioRxiv.
JRC. 2013. Thresholds for endocrine disrupters and related uncertainties. Report of the endocrine disrupters expert advisory group. Luxembourg: European Commission, EUR 26068.
Kassotis CD, Vandenberg LN, Demeneix BA, Porta M, Slama R, Trasande L. 2020. Endocrine-disrupting chemicals: Economic, regulatory, and policy implications. The lancet Diabetes & endocrinology. 8(8):719–730.
Kerdivel G, Le Guevel R, Habauzit D, Brion F, Ait-Aissa S, Pakdel F. 2013. Estrogenic potency of benzophenone uv filters in breast cancer cells: Proliferative and transcriptional activity substantiated by docking analysis. PLoS One. 8(4):e60567.
Kim SM, Hwang KA, Choi DW, Choi KC. 2018. The cigarette smoke components induced the cell proliferation and epithelial to mesenchymal transition via production of reactive oxygen species in endometrial adenocarcinoma cells. Food Chem Toxicol. 121:657–665.

Kortenkamp A. 2007. Ten years of mixing cocktails: A review of combination effects of endocrine-disrupting chemicals. Environ Health Perspect. 115 Suppl 1(Suppl 1):98–105.

Kortenkamp A, Faust M. 2018. Regulate to reduce chemical mixture risk. Science. 361(6399):224–226.

Koziel MJ, Piastowska-Ciesielska AW. 2023. Estrogens, estrogen receptors and tumor microenvironment in ovarian cancer. Int J Mol Sci. 24(19).

La Merrill MA, Vandenberg LN, Smith MT, Goodson W, Browne P, Patisaul HB, Guyton KZ, Kortenkamp A, Cogliano VJ, Woodruff TJ et al. 2020. Consensus on the key characteristics of endocrine-disrupting chemicals as a basis for hazard identification. Nat Rev Endocrinol. 16(1):45–57.

Lagarde F, Beausoleil C, Belcher SM, Belzunces LP, Emond C, Guerbet M, Rousselle C. 2015. Non-monotonic dose-response relationships and endocrine disruptors: A qualitative method of assessment. Environ Health. 14:13.

Landrigan PJ, Dunlop S, Treskova M, Raps H, Symeonides C, Muncke J, Spring M, Stegeman J, Almroth BC, Chiles TC et al. 2025. The lancet countdown on health and plastics. Lancet.

Landrigan PJ, Raps H, Cropper M, Bald C, Brunner M, Canonizado EM, Charles D, Chiles TC, Donohue MJ, Enck J et al. 2023. The minderoo-monaco commission on plastics and human health. Ann Glob Health. 89(1):23.

Landrigan PJ, Stegeman JJ, Fleming LE, Allemand D, Anderson DM, Backer LC, Brucker-Davis F, Chevalier N, Corra L, Czerucka D et al. 2020. Human health and ocean pollution. Ann Glob Health. 86(1):151.

Lebeau A, Grob T, Holst F, Seyedi-Fazlollahi N, Moch H, Terracciano L, Turzynski A, Choschzick M, Sauter G, Simon R. 2008. Oestrogen receptor gene (esr1) amplification is frequent in endometrial carcinoma and its precursor lesions. J Pathol. 216(2):151–157.

Lee D, Ahn C, An BS, Jeung EB. 2015. Induction of the estrogenic marker calbindn-d(9)k by octamethylcyclotetrasiloxane. International journal of environmental research and public health. 12(11):14610–14625.

Lee H, Park J, Park K. 2022. Effects of consumer products chemicals ingredients and their mixtures on the estrogen receptor/androgen receptor transcriptional activation. Chemosphere. 302:134866.

Lee HK, Kim TS, Kim CY, Kang IH, Kim MG, Jung KK, Kim HS, Han SY, Yoon HJ, Rhee GS. 2012. Evaluation of in vitro screening system for estrogenicity: Comparison of stably transfected human estrogen receptor-alpha transcriptional activation (oecd tg455) assay and estrogen receptor (er) binding assay. The Journal of toxicological sciences. 37(2):431–437.

Li L, Andersen ME, Heber S, Zhang Q. 2007. Non-monotonic dose-response relationship in steroid hormone receptor-mediated gene expression. J Mol Endocrinol. 38(5):569–585.

Liang J, Liu QS, Ren Z, Min K, Yang X, Hao F, Zhang Q, Liu Q, Zhou Q, Jiang G. 2023. Studying paraben-induced estrogen receptor- and steroid hormone-related endocrine

disruption effects via multi-level approaches. The Science of the total environment. 869:161793.

Liu X, Zhan T, Gao Y, Cui S, Liu W, Zhang C, Zhuang S. 2022. Benzophenone-1 induced aberrant proliferation and metastasis of ovarian cancer cells via activated eralpha and wnt/beta-catenin signaling pathways. Environ Pollut. 292(Pt B):118370.

Llanos AAM, Rabkin A, Bandera EV, Zirpoli G, Gonzalez BD, Xing CY, Qin B, Lin Y, Hong CC, Demissie K et al. 2017. Hair product use and breast cancer risk among african american and white women. Carcinogenesis. 38(9):883–892.

Major J, Jakab MG, Tompa A. 1996. Genotoxicological investigation of hospital nurses occupationally exposed to ethylene-oxide: I. Chromosome aberrations, sister-chromatid exchanges, cell cycle kinetics, and uv-induced DNA synthesis in peripheral blood lymphocytes. Environ Mol Mutagen. 27(2):84–92.

Martin O, Scholze M, Ermler S, McPhie J, Bopp SK, Kienzler A, Parissis N, Kortenkamp A. 2021. Ten years of research on synergisms and antagonisms in chemical mixtures: A systematic review and quantitative reappraisal of mixture studies. Environ Int. 146:106206.

Martin OV. 2023. Synergistic effects of chemical mixtures: How frequent is rare? Current Opinion in Toxicology. 36(100424).

Matthews JC. 2021. A mechanistic evaluation of the potential for octamethylcyclotetrasiloxane to produce effects via endocrine modes of action. Crit Rev Toxicol. 51(7):571–590.

McKim JM, Jr., Wilga PC, Breslin WJ, Plotzke KP, Gallavan RH, Meeks RG. 2001. Potential estrogenic and antiestrogenic activity of the cyclic siloxane octamethylcyclotetrasiloxane (d4) and the linear siloxane hexamethyldisiloxane (hmds) in immature rats using the uterotrophic assay. Toxicol Sci. 63(1):37–46.

Mesnage R, Phedonos A, Arno M, Balu S, Corton JC, Antoniou MN. 2017. Editor's highlight: Transcriptome profiling reveals bisphenol a alternatives activate estrogen receptor alpha in human breast cancer cells. Toxicol Sci. 158(2):431–443.

Modica R, Benevento E, Colao A. 2023. Endocrine-disrupting chemicals (edcs) and cancer: New perspectives on an old relationship. J Endocrinol Invest. 46(4):667–677.

Molina-Molina JM, Escande A, Pillon A, Gomez E, Pakdel F, Cavailles V, Olea N, Ait-Aissa S, Balaguer P. 2008. Profiling of benzophenone derivatives using fish and human estrogen receptor-specific in vitro bioassays. Toxicol Appl Pharmacol. 232(3):384–395.

Munic Kos V, Arvidsson S, Islam B, Nikiforova V, Mickols E, Meyer A, Svensson R, Boztepe UG, Banti E, Lundquist P et al. 2025. The intracellular free concentration of endocrine disrupting chemicals enables translation between cell-free and cell-based estrogenic activity assays. Environ Toxicol Pharmacol. 117:104750.

Myers JP, Krimsky S, Zoeller RT. 2001. Endocrine disruptors--a controversy in science and policy: Session iii summary and research needs. Neurotoxicology. 22(5):557–558.

Nakagawa Y, Suzuki T, Tayama S. 2000. Metabolism and toxicity of benzophenone in isolated rat hepatocytes and estrogenic activity of its metabolites in mcf-7 cells. Toxicology. 156(1):27–36.

Nakagawa Y, Tayama K. 2002. Benzophenone-induced estrogenic potency in ovariectomized rats. Arch Toxicol. 76(12):727–731.

National Toxicology P. 2021. 15th report on carcinogens. Rep Carcinog. 15.

Nero C, Ciccarone F, Pietragalla A, Scambia G. 2019. Pten and gynecological cancers. Cancers. 11(10).

OECD. 2016. Performance-based test guideline for stably transfected transactivation in vitro assays to detect estrogen receptor agonists and antagonists. Paris: OECD.

OECD. 2022. Case study on the use of integrated approaches to testing and assessment for potential systemic toxicity and estrogen receptor activation of a group of bisphenols and select alternatives. Paris: OECD.

Oesch F, Hengstler JG, Arand M, Fuchs J. 1995. Detection of primary DNA damage: Applicability to biomonitoring of genotoxic occupational exposure and in clinical therapy. Pharmacogenetics. 5 Spec No:S118–122.

Okazaki H, Takeda S, Matsuo S, Matsumoto M, Furuta E, Kohro-Ikeda E, Aramaki H. 2017. Inhibitory modulation of human estrogen receptor alpha and beta activities by dicyclohexyl phthalate in human breast cancer cell lines. The Journal of toxicological sciences. 42(4):417–425.

Okeke CAV, Burgess CM. 2023. Dispelling myths of chemical hair relaxers causing uterine cancer. J Am Acad Dermatol. 89(4):875–876.

Okubo T, Suzuki T, Yokoyama Y, Kano K, Kano I. 2003. Estimation of estrogenic and anti-estrogenic activities of some phthalate diesters and monoesters by mcf-7 cell proliferation assay in vitro. Biological & pharmaceutical bulletin. 26(8):1219–1224.

Park MA, Hwang KA, Lee HR, Yi BR, Jeung EB, Choi KC. 2012. Cell growth of bg-1 ovarian cancer cells is promoted by di-n-butyl phthalate and hexabromocyclododecane via upregulation of the cyclin d and cyclin-dependent kinase-4 genes. Mol Med Rep. 5(3):761–766.

Park MA, Hwang KA, Lee HR, Yi BR, Jeung EB, Choi KC. 2013. Benzophenone-1 stimulated the growth of bg-1 ovarian cancer cells by cell cycle regulation via an estrogen receptor alpha-mediated signaling pathway in cellular and xenograft mouse models. Toxicology. 305:41–48.

Persson I. 1996. Cancer risk in women receiving estrogen-progestin replacement therapy. Maturitas. 23 Suppl:S37–45.

Petersen SL, Barraclough CA. 1989. Suppression of spontaneous lh surges in estrogen-treated ovariectomized rats by microimplants of antiestrogens into the preoptic brain. Brain Res. 484(1-2):279–289.

Pierce JS, Cheatham D, Campbell DA, Lazcano RF, Busch CE, Miller EW, Beckett EM. 2024. Evaluation of dermal exposure to phthalates and parabens resulting from the use of hair relaxers. International journal of environmental health research.1–20.

Plant TM. 2023. Recognition that sustained pituitary gonadotropin secretion requires pulsatile gnrh stimulation: A pittsburgh saga. F S Rep. 4(2 Suppl):3–7.

Plesnik H, Rekar Z, Stevanovic S, Virant-Klun I, Imamovic Kumalic S, Sladic M, Mazej D, Tratnik JS, Horvat M, Kosjek T. 2025. Nontargeted urinary profiling strategy for endocrine-disrupting chemicals in women with ovarian malignancies. Environ Sci Technol. 59(17):8380–8390.

Quinn AL, Dalu A, Meeker LS, Jean PA, Meeks RG, Crissman JW, Gallavan RH, Jr., Plotzke KP. 2007a. Effects of octamethylcyclotetrasiloxane (d4) on the luteinizing hormone (lh) surge and levels of various reproductive hormones in female sprague-dawley rats. Reprod Toxicol. 23(4):532–540.

Quinn AL, Regan JM, Tobin JM, Marinik BJ, McMahon JM, McNett DA, Sushynski CM, Crofoot SD, Jean PA, Plotzke KP. 2007b. In vitro and in vivo evaluation of the estrogenic, androgenic, and progestagenic potential of two cyclic siloxanes. Toxicol Sci. 96(1):145–153.

Rachon D. 2015. Endocrine disrupting chemicals (edcs) and female cancer: Informing the patients. Rev Endocr Metab Disord. 16(4):359–364.

Rajapakse N, Ong D, Kortenkamp A. 2001. Defining the impact of weakly estrogenic chemicals on the action of steroidal estrogens. Toxicol Sci. 60(2):296–304.

Rajapakse N, Silva E, Kortenkamp A. 2002. Combining xenoestrogens at levels below individual no-observed-effect concentrations dramatically enhances steroid hormone action. Environ Health Perspect. 110(9):917–921.

Robertson RP, Robertson RP. 2023. Degroot's endocrinology : Basic science and clinical practice. Philadelphia, PA: Elsevier.

Rodriguez AC, Blanchard Z, Maurer KA, Gertz J. 2019. Estrogen signaling in endometrial cancer: A key oncogenic pathway with several open questions. Hormones & cancer. 10(2-3):51–63.

Saad F, George DJ, Cookson MS, Saltzstein DR, Tutrone R, Bossi A, Brown B, Selby B, Lu S, Tombal B et al. 2023. Relugolix vs. Leuprolide effects on castration resistance-free survival from the phase 3 hero study in men with advanced prostate cancer. Cancers. 15(19).

Sasaki K, Terasaki M. 2018. Estrogen agonistic/antagonistic activity of brominated parabens. Environ Sci Pollut Res Int. 25(21):21257–21266.

Scheiber M, Liu J. 2011. The use of gonadotropin-releasing hormone to induce ovulation. Glob libr women's med.

Schildroth S, Geller RJ, Wesselink AK, Lovett SM, Bethea TN, Claus Henn B, Harmon QE, Taylor KW, Calafat AM, Wegienka G et al. 2024. Hair product use and urinary biomarker concentrations of non-persistent endocrine disrupting chemicals among reproductive-aged black women. Chemosphere. 361:142442.

Schug TT, Johnson AF, Birnbaum LS, Colborn T, Guillette LJ, Jr., Crews DP, Collins T, Soto AM, Vom Saal FS, McLachlan JA et al. 2016. Minireview: Endocrine disruptors: Past lessons and future directions. Mol Endocrinol. 30(8):833–847.

Schulte PA, Walker JT, Boeniger MF, Tsuchiya Y, Halperin WE. 1995. Molecular, cytogenetic, and hematologic effects of ethylene oxide on female hospital workers. Journal of occupational and environmental medicine / American College of Occupational and Environmental Medicine. 37(3):313–320.

Seidlova-Wuttke D, Jarry H, Christoffel J, Rimoldi G, Wuttke W. 2005. Effects of bisphenol-a (bpa), dibutylphtalate (dbp), benzophenone-2 (bp2), procymidone (proc), and linurone (lin) on fat tissue, a variety of hormones and metabolic parameters: A 3 months comparison with effects of estradiol (e2) in ovariectomized (ovx) rats. Toxicology.

Shander D, Anderson LD, Barraclough CA, Channing CP. 1979. Modulation of pituitary responsiveness to lhrh by porcine follicular fluid: Time and dose- dependent effects. Adv Exp Med Biol. 112:423–428.

Sharma N, Kumar V, S V, Umesh M, Sharma P, Thazeem B, Kaur K, Thomas J, Pasrija R, Utreja D. 2024. Hazard identification of endocrine-disrupting carcinogens (edcs) in relation to cancers in humans. Environ Toxicol Pharmacol. 109:104480.

Shen O, Du G, Sun H, Wu W, Jiang Y, Song L, Wang X. 2009. Comparison of in vitro hormone activities of selected phthalates using reporter gene assays. Toxicol Lett.

Shin S, Go RE, Kim CW, Hwang KA, Nam KH, Choi KC. 2016. Effect of benzophenone-1 and octylphenol on the regulation of epithelial-mesenchymal transition via an estrogen receptor-dependent pathway in estrogen receptor expressing ovarian cancer cells. Food Chem Toxicol. 93:58–65.

Silva E, Rajapakse N, Kortenkamp A. 2002. Something from "nothing"--eight weak estrogenic chemicals combined at concentrations below noecs produce significant mixture effects. Environ Sci Technol. 36(8):1751–1756.

Slob W. 1999. Thresholds in toxicology and risk assessment. Int J Toxicol. 18:259–268.

Smith MT. 2019. Key characteristics of carcinogens. In: Baan RA, Stewart BW, Straif K, editors. Tumour site concordance and mechanisms of carcinogenesis. Lyon (FR).

Smith MT, Guyton KZ, Gibbons CF, Fritz JM, Portier CJ, Rusyn I, DeMarini DM, Caldwell JC, Kavlock RJ, Lambert PF et al. 2016. Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. Environ Health Perspect. 124(6):713–721.

Smith MT, Guyton KZ, Kleinstreuer N, Borrel A, Cardenas A, Chiu WA, Felsher DW, Gibbons CF, Goodson WH, 3rd, Houck KA et al. 2020. The key characteristics of carcinogens: Relationship to the hallmarks of cancer, relevant biomarkers, and assays to measure them. Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology. 29(10):1887–1903.

Soto AM. 2025. From fundamental biology to toxicology by way of an accident. Annual review of pharmacology and toxicology.

Soto AM, Justicia H, Wray JW, Sonnenschein C. 1991. P-nonyl-phenol: An estrogenic xenobiotic released from "modified" polystyrene. Environ Health Perspect. 92:167–173.

Sprong C, Te Biesebeek JD, Chatterjee M, Wolterink G, van den Brand A, Blaznik U, Christodoulou D, Crepet A, Hamborg Jensen B, Sokolic D et al. 2023. A case study of neurodevelopmental risks from combined exposures to lead, methyl-mercury, inorganic arsenic, polychlorinated biphenyls, polybrominated diphenyl ethers and fluoride. Int J Hyg Environ Health. 251:114167.

Stiel L, Adkins-Jackson PB, Clark P, Mitchell E, Montgomery S. 2016. A review of hair product use on breast cancer risk in african american women. Cancer Med. 5(3):597–604.

Sun M, Shen W, Guo X, Liao Y, Huang Y, Hu M, Ye P, Liu R. 2024. A critical review of advances in tumor metabolism abnormalities induced by nitrosamine disinfection by-products in drinking water. Toxicol Sci. 199(1):12–28.

Takeuchi S, Iida M, Kobayashi S, Jin K, Matsuda T, Kojima H. 2005. Differential effects of phthalate esters on transcriptional activities via human estrogen receptors alpha and beta, and androgen receptor. Toxicology. 210(2-3):223–233.

Trasande L, Krithivasan R, Park K, Obsekov V, Belliveau M. 2024. Chemicals used in plastic materials: An estimate of the attributable disease burden and costs in the united states. J Endocr Soc. 8(2):bvad163.

Trasande L, Liu B, Bao W. 2022. Phthalates and attributable mortality: A population-based longitudinal cohort study and cost analysis. Environ Pollut. 292(Pt A):118021.

Trasande L, Zoeller RT, Hass U, Kortenkamp A, Grandjean P, Myers JP, DiGangi J, Bellanger M, Hauser R, Legler J et al. 2015. Estimating burden and disease costs of exposure to endocrine-disrupting chemicals in the european union. J Clin Endocrinol Metab. 100(4):1245–1255.

Vandenberg LN. 2014. Non-monotonic dose responses in studies of endocrine disrupting chemicals: Bisphenol a as a case study. Dose-response : a publication of International Hormesis Society. 12(2):259–276.

Vandenberg LN, Colborn T, Hayes TB, Heindel JJ, Jacobs DR, Jr., Lee DH, Myers JP, Shioda T, Soto AM, vom Saal FS et al. 2013. Regulatory decisions on endocrine disrupting chemicals should be based on the principles of endocrinology. Reprod Toxicol. 38:1–15.

Vandenberg LN, Colborn T, Hayes TB, Heindel JJ, Jacobs DR, Jr., Lee DH, Shioda T, Soto AM, Vom Saal FS, Welshons WV et al. 2012. Hormones and endocrine-disrupting chemicals: Low-dose effects and nonmonotonic dose responses. Endocr Rev. 33(3):378–455.

Vilahur N, Bustamante M, Byun HM, Fernandez MF, Santa Marina L, Basterrechea M, Ballester F, Murcia M, Tardon A, Fernandez-Somoano A et al. 2014. Prenatal exposure to mixtures of xenoestrogens and repetitive element DNA methylation changes in human placenta. Environ Int. 71:81–87.

Walker ZW, Lanes A, Srouji SS, Hornstein MD, Ginsburg ES. 2023. Ultra-low-dose and very-low-dose lupron downregulation protocols for poor responders based on poseidon group 3 and 4 classifications. J Assist Reprod Genet. 40(8):1881–1895.

Walser T, Cui X, Yanagawa J, Lee JM, Heinrich E, Lee G, Sharma S, Dubinett SM. 2008. Smoking and lung cancer: The role of inflammation. Proc Am Thorac Soc. 5(8):811–815.

Wang KH, Kao AP, Chang CC, Lee JN, Chai CY, Hou MF, Liu CM, Tsai EM. 2010. Modulation of tumorigenesis and oestrogen receptor-alpha expression by cell culture conditions in a stem cell-derived breast epithelial cell line. Biol Cell. 102(3):159–172.

Wang Z, Thakur C, Bi Z, Qiu Y, Zhang W, Ji H, Venkatesan AK, Cherukuri S, Liu KJ, Haley JD et al. 2025. 1,4-dioxane induces epithelial-mesenchymal transition and carcinogenesis in an nrf2-dependent manner. J Extracell Vesicles. 14(5):e70072.

Wei F, Cheng H, Sang N. 2022. Comprehensive assessment of estrogenic activities of parabens by in silico approach and in vitro assays. The Science of the total environment. 845:157194.

White AJ, Gregoire AM, Taylor KW, Eberle C, Gaston S, O'Brien KM, Jackson CL, Sandler DP. 2021a. Adolescent use of hair dyes, straighteners and perms in relation to breast cancer risk. Int J Cancer. 148(9):2255–2263.

White AJ, Sandler DP, Gaston SA, Jackson CL, O'Brien KM. 2021b. Use of hair products in relation to ovarian cancer risk. Carcinogenesis. 42(9):1189–1195.

Yao YN, Wang Y, Zhang H, Gao Y, Zhang T, Kannan K. 2024. A review of sources, pathways, and toxic effects of human exposure to benzophenone ultraviolet light filters. Eco Environ Health. 3(1):30–44.

Yu K, Huang ZY, Xu XL, Li J, Fu XW, Deng SL. 2022. Estrogen receptor function: Impact on the human endometrium. Front Endocrinol (Lausanne). 13:827724.

Zhao Y, Liu D, Pan X, Tan Y. 2024. Ethylene oxide exposure increases impaired glucose metabolism in the us general population: A national cross-sectional study. Environ Health Prev Med. 29:68.

Ziv-Gal A, Berg MD, Dean M. 2021. Paraben exposure alters cell cycle progression and survival of spontaneously immortalized secretory murine oviductal epithelial (moe) cells. Reprod Toxicol. 100:7–16.

Zoeller RT, Bergman A, Becher G, Bjerregaard P, Bornman R, Brandt I, Iguchi T, Jobling S, Kidd KA, Kortenkamp A et al. 2015. A path forward in the debate over health impacts of endocrine disrupting chemicals. Environ Health. 14(1):118.

Zoeller RT, Brown TR, Doan LL, Gore AC, Skakkebaek NE, Soto AM, Woodruff TJ, Vom Saal FS. 2012. Endocrine-disrupting chemicals and public health protection: A statement of principles from the endocrine society. Endocrinology. 153(9):4097–4110.

Zoeller RT, Crofton KM. 2000. Thyroid hormone action in fetal brain development and potential for disruption by environmental chemicals. Neurotoxicology. 21(6):935–945.

Zoeller RT, Dowling AL, Vas AA. 2000. Developmental exposure to polychlorinated biphenyls exerts thyroid hormone-like effects on the expression of rc3/neurogranin and myelin basic protein messenger ribonucleic acids in the developing rat brain. Endocrinology. 141(1):181–189.

Zoeller RT, Dowling ALS, Herzig CTA, Iannacone EA, Gauger KJ, Bansal R. 2002. Thyroid hormone, brain development, and the environment. Environ Health Perspect. 110 (Suppl 3):355–361.

Zoeller RT, Vandenberg LN. 2015. Assessing dose-response relationships for endocrine disrupting chemicals (edcs): A focus on non-monotonicity. Environ Health. 14:42.

Zor U, Shentzer P, Azrad A, Sairam MR, Amsterdam A. 1984. Deglycosylated luteinizing hormone (lh) prevents desensitization of cyclic adenosine monophosphate response by lh: Dissociation between receptor uncoupling and down-regulation. Endocrinology. 114(6):2143–2147.

# 13.0. Appendices

## Appendix 1. Chemicals in Hair Relaxers from Helm et al., 2018.

*J.S. Helm et al.* *Environmental Research 165 (2018) 448–458*




**Fig. 1.** Concentrations of 60 targeted chemicals (left) in commonly used hair products (bottom). Chemicals are grouped by chemical class, with natural and synthetic fragrances separated by a dashed horizontal line. Hair products are grouped by product category, with sometimes multiple products per category (e.g. product #1, product #2). Relaxer kits results show the sum of levels detected in kit components. Numbers at the top of the figure indicate the number of chemicals detected in each product; numbers on the right indicate the number of products containing each chemical. Detects below the method reporting limit (MRL) are not shown. The MRL is 1 µg/g (0.0001%) unless elevated due to blank detects.

## Appendix 2: IC50 vs EC50

IC50. This measure is often used to describe the comparative activity of different chemicals in a competitive binding curve. The figure below demonstrates how this assay is performed. First, a source of the receptor is prepared (in this case, the ERα). This could be a human recombinant ERα, a ERα isolated from tissue such as uterus, or whole cells that express the ERα. Next, a labeled ("tagged") ligand (in this case estrogen) is prepared. Originally, the label was a radioactive atom (such as tritium $^3H$), but non-radioactive labels are now available such as fluorescent labels. The receptor and tagged ligand (tracer) are incubated with different concentrations of test chemicals (e.g., benzophenones, etc.) and if they bind to the receptor, there will be less tracer bound to the receptor. This is thought of as "displacement", or "competition". The final step is to separate the "bound" from "free" tracer and measure it. A competition curve generated with human recombinant ERα is shown in Figure 3-2 (Molina-Molina et al. 2008). The IC50 value is the concentration of BP1, BP2 or THB that displaces 50% of tracer (dotted line).

Figure 3-1




Figure 3-2




EC50. In contrast, this measure is used to describe the "effectiveness" of a chemical in activating a hormone receptor (in this case, the estrogen receptor). A common form of this assay uses a construct engineered to have a gene coding for Luciferase (derived from fireflies) behind a DNA sequence that is regulated by the ER. Thus, if a chemical binds to and activates the ER, Luciferase will be expressed in direct proportion to ER activation which can then be measured by light emission. This is shown in Figure 3-3 and 3-4 (from (Molina-Molina et al. 2008)). The EC50 value (dotted line) is the concentration of ligand (BP1, BP2, BP3 or THB) that activates the receptor by 50% (below).

Figure 3-3




MELN
Figure 3-4
Luciferase activity (%)
100
80
60
40
20
0
BP1
BP2
BP3
THB
**
10-8
10-7
10-6
10-5
Concentration (M)

# Exhibit A

# *CURRICULUM VITAE*

***R. Thomas Zoeller, Professor Emeritus***
***Department of Biology***
***University of Massachusetts, Amherst, MA 01003***
***Tel.*** [redacted]
*Email: tzoeller@umass.edu*

*Research: To explore the molecular mechanisms of thyroid hormone action in the developing brain, and the consequences of endocrine disruption by environmental chemicals.*

## ***Education:***

| | | |
|---|---|---|
| *B.S.* | 1977 | Indiana University, Bloomington (Biology) |
| *M.A.* | 1979 | Oregon State University, Corvallis (Endocrinology) |
| *Ph.D.* | 1983 | Oregon State University, Corvallis (Neuroendocrinology) |
| *Postdoctoral* | 1984-7 | National Institute of Mental Health, NIH, Bethesda |
| | 1987-8 | National Institute of Neurological Disorders and Stroke, Bethesda Molecular Neuroendocrinology |

## ***Academic Appointments:***

| | |
|---|---|
| 1988 – 1994 | Assistant Professor, Department of Anatomy and Neurobiology, University of Missouri School of Medicine, Columbia, MO. |
| 1994 – 2001 | Associate Professor, Department of Biology, University of Massachusetts-Amherst |
| 2001 – 2019 | Professor, Department of Biology, University of Massachusetts-Amherst |
| 2004 – 2007 | Professor and Chair, Department of Biology, University of Massachusetts-Amherst. |
| 2008 - 2009 | Visiting Professor, Department of Anatomy, University of Otago School of Medicine, Dunedin New Zealand. |
| 2016 - 2017 | Visiting Scientist, Swetox, Karolinska Institute (Sweden) |
| 2018 - | Visiting Professor, University of Örebro, Örebro Sweden |
| 2020 - | Professor Emeritus, Biology Department, University of Massachusetts Amherst |

## ***Post-Retirement Activities***

I am currently engaged in several activities that I began before leaving the University and have continued.

1. The ATHENA Project (http://athenaedctestmethods.net). My sabbatical in the fall of 2016 was spent working with Professor Åke Bergman (then at Swetox, an institute within the Karolinska) in part to position the institute for funding through the European Commission on a project that I had worked on with a colleague at Brunel University, Andreas Kortenkamp. The project was ultimately funded, and we are now in the final year (2025).

2. The Endocrine Society. I continue to be deeply involved as co-chair of the EDC working group on the issue of endocrine disruptors.

3. TENDR (https://projecttendr.thearc.org). I work with a group of volunteers to provide insight into the issues of environmental chemicals and brain development.

4. Consulting. I am working with the European Food Safety Authority (EFSA) on the issue of chemicals in food that interfere with the thyroid hormone system. Most of this work is pro bono.

5. HEEDS (https://heeds.org). I am a member and advisory board member of this volunteer organization devoted to supporting academic research focused on the issue of endocrine disrupting chemicals.
6. Food Packaging Forum. I am on the Science Advisory Board of this non-profit group whose mission is to increase knowledge of chemicals used in food packaging that migrate into food.
7. UNEP/WHO State of the Science of EDCs. This is the 2nd update of the 2002 State of the Science analysis of Endocrine Disrupting Chemicals. I was a participant and editor of the 2013 document and have agreed to participate and lead a writing group on at least one of the chapters.

***Affiliations:***

Endocrine Society
International Brain Research Organization

***Honors/Awards:***

*Endocrine Society Laureate Award for Outsanding Public Service – 2016*
This award recognizes the individuals who best demonstrate dedication to public awareness or public service in support of the field of endocrinology and the patients who suffer from endocrine disorders. This year, the Society is honoring a group of scientists who have led the way in educating policymakers and the public about the effects that chemicals found in household, personal care, industrial and agricultural products can have on hormones and health.

*UMass Distinguished Community Engagement in Research Award – 2015.*
This award is given at the University level in recognition of outstanding contributions to community engagement in research.

*UMass Chancellor's Medal, 2012-2013.*
For more than 35 years, UMass Amherst has recognized outstanding faculty achievements by sponsoring the Distinguished Faculty Lecture Series. The series honors individual faculty members and their achievements and celebrates the value of academic excellence. Lecturers are presented with a Chancellor's Medal – the highest recognition bestowed to faculty on the campus - at the conclusion of each talk.

*Samuel F. Conti Faculty Research Fellowship, University of Massachusetts, 2007-2008.*
This fellowship is based on demonstrably outstanding accomplishments and potential for continued excellence in research or creative activity. Recommendations are made to the Chancellor by a faculty committee who reviews the dossier including outside references.

*Scientist of the Year: 2002-2003.* Learning Disabilities Association.
This was the third time the LDA had made such a designation in its then-50-year history. Previous recipients included Dr. Herb Needleman and Professor Bernie Weiss.

*Individual Resident Research Associateship* (1987-1988), NINDS. Awarded by the National Research Council of the National Academy of Sciences

*Individual National Research Service Award* (1984-1987), NINDS, NIH.

*Oregon State University Bayley Graduate Fellow*, '82-'83.

## ***Invited Talks and Workshops***

**2025**

*Aug* CERN Seminars, Erice, Sicily, Italy
*Sep* UNEP/WHO Workshop, Geneva, Switzerland.

**2024**

*May* Virtual Webinar on Risk Assessment. Half Moon Conferences
*Jun* ATHENA work at Minnesota State University Mankato
*Aug* CERN Seminars, Erice, Sicily, Italy
*Oct* Food Packaging Forum Board Meeting, Zurich, Switzerland

**2023**

*Feb* Invited Participant, EURION cluster annual meeting. Amsterdam, NL
*March* Invited Speaker, Society of Toxicology 2023 Annual Meeting, Nashville, TN
Invited Participant, ATHENA cluster annual meeting. Amsterdam, NL
*April* Invited Participant, State of the Environmental Health in Europe. Stockholm, SE
*May* OECD Workgroup in Paris
*Aug* CERN Seminar, Erice, Sicily, Italy
*Oct* Food Packaging Forum Science Advisory Board Meeting, Zurich, Switzerland
*Oct* Uppsala Health Summit, Uppsala, Sweden

**2022**

*Jan* Invited Speaker, PPTOX (virtual).
*Jun* Invited lecturer, MBL course on EDCs

**2021**

*Jan* Invited Speaker, Joint Meeting of the ATA and ETA (https://members.thyroid.org/Shared_Content/Events/Event_DisplayATA_ETA_Webinar.aspx)

**2020**

*Feb* ATHENA and EURION meetings, Paris France. See ATHENA (http://athenaedctestmethods.net/partners/) and EURION (https://eurion-cluster.eu)

*June* 2020 Gordon Research Conference, Sunday River Maine. Organizing Committee and Speaker (cancelled due to Coronavirus)

*Sep* Session Chair, European Endocrine Society (Virtual)

| | |
|---|---|
| *Oct* | Invited Speaker American Academy of Environmental Medicine, San Diego CA. (changed to virtual) |

**2019**

| | |
|---|---|
| *Jan* | Kick-off meeting of Project ATHENA, Egmond aan Zee, The Netherlands. The goal of this meeting was for principal investigators to organize the research effort over the next 5 years. |
| *Apr* | Invited Speaker, Environmental Health Symposium, Scottsdale AZ. |
| *Apr* | Invited Participant, Scientific Expert Group, European Commission, Brussels BG |
| *May* | Invited Speaker, Åke Bergman Symposium Örebro University, May 2019 |
| *June* | Invited Key Note Speaker, 23rd Annual Dutch Thyroid Day, Amsterdam, The Netherlands |
| *Nov* | Invited Speaker, Regulation of Thyroid Disruptors, Joint Research Council, European Commission, Ispra, Italy. |
| *Oct* | Invited Speaker/Participant, TENDR workshop, UC Berkeley |
| *Oct* | Invited Speaker, Food Packaging Forum, Zurich Switzerland |
| *Oct* | Invited Speaker, EDC Conference, Pretoria South Africa (declined) |

**2018**

| | |
|---|---|
| *Jan* | Research seminar, UConn School of Medicine, Division of Endocrinology, Farmington, CT |
| *Mar* | Invitation only workshop on "Key Characteristics of Endocrine Disruption". UC Berkeley |
| *Mar* | Invited symposium speaker, Endocrine Society Annual Meeting, Chicago IL |
| *Apr* | Research seminar, Colombian Endocrine Society, Cartegena, Colombia. |
| *May* | Research seminar, Prenatal Programming and Toxicity, Faroe Islands, DK |
| *Jun* | Gordon Research Conference, Les Diablarets, Switzerland |
| *Jun* | Research seminar, European Environment Agency, Copenhagen, DK |
| *Aug* | Invited speaker, The New Mahattan Project. International Seminars on Planetary Emergencies, Erice, Sicily, Italy. |
| *Oct* | Science Advisory Board Meeting, Food Packaging Forum, Zurich Switzerland. |
| *Oct* | TENDR workshop on Chemicals and Cognitive Function. Washington DC. |

**2017**

| | |
|---|---|
| *Feb* | Scientific Advisory Group member, DG Environment, EC Commission Brussels |
| *Mar* | Invited Symposium Speaker, Society of Toxicology, Baltimore |
| *Mar* | Invited KeyNote Workshop on Thyroid and Public Health, Paris |
| *Apr* | Invited research seminar, Section on Adult and Pediatric Endocrinology, Diabetes and Metabolism, Dept Medicine, University of Chicago |
| *May* | Invited research seminar, Center for Urban Responses to Environmental Stressors (CURES), Wayne State University, Detroit, MI |
| *May* | Keynote Address, Workshop on Thyroid Testing, Brussels, Belgium. |
| *Aug* | Invited Seminar, The New Manhattan Project. International Seminars on Planetary Emergencies, Erice, Sicily, Italy. |
| *Sep* | Invited participant – Workshop on Endocrine Disruption. Karolinska Institute, Stockholm, Sweden |

| | |
|---|---|
| *Oct* | Member Scientific Advisory Board, Food Packaging Forum, Zurich Switzerland. |
| *Nov* | Member Scientific Advisory Panel, US EPA Washington DC. |

**2016**

| | |
|---|---|
| *Jan* | Member expert panel, International Agency for Research on Cancer, Lyon France |
| *Feb* | Invited Research Seminar, Department of Developmental Biology, University of California, Irvine. |
| *Feb* | Invited participant, Targeting Environmental Neurodevelopment Risks (1). Monterey California. |
| *Mar* | Endocrine Grand Rounds, Boston University Sch Medicine. |
| *Mar* | Invited symposium speaker, Society of Toxicology, New Orleans, La |
| *Apr* | Organizer and invited participant, Consensus Meeting on Endocrine Disruptors, German Risk Assessment Agency, Berlin, Germany |
| *May* | Invited speaker, Pediatric Academic Societies, Baltimore, MD |
| *May* | Invited speaker, EDC Symposium, Stockholm, Sweden |
| *Sep* | Advisory Committee and Session Chair, *History of EDCs*, NIH Bethesda. |
| *Oct* | Advisory Committee and invited participant, *Revisiting Bradford-Hill Criteria for Establishing Causality,* Royal Academy of Medicine, London, UK |
| *Oct* | Invited speaker, Food Packaging Forum Workshop, Zurich, Switzerland. |
| *Nov* | Invited Research Speaker, University of Karlstad, Sweden. |
| *Nov* | Invited Research Speaker, University of Southern Denmark, Copenhagen |
| *Dec* | Invited Research Speaker, University Gothenburg, Sweden |
| *Dec* | Member Scientific Expert Group, DG Environment, EU Commission, Brussels |

**2015**

| | |
|---|---|
| *May* | Research seminar, UC Davis |
| | Public seminar at *Stowe Weekend of Hope* (a cancer patient weekend) |
| *Jun* | Invited talk, European Commission, Brussels, Bg |
| *Jun* | Invited key-note talk, Stockholm, Sweden |
| *Jun* | Invited speaker, TEDX (Webinar) |
| *Jun* | Invited discussant, TENDR project of LDA, Warrenton, VA |
| *Jul* | Meeting at EPA HQ for the Endocrine Society, Washington DC |
| *Jul* | Invited panel member, FIFRA SAP, Research Triangle Park, NC |
| *Sep* | Invited research seminar, University of Liége, Belgium |
| *Oct* | Invited speaker, 1st Chinese Open Workshop on Endocrine Disruptors – 2015 Shanghai, China |

**2014**

| | |
|---|---|
| *Jan* | Roundtable Discussion on EDCs, Brunel University, London, UK |
| *Mar* | Research Seminar, University of Missouri Columbia |
| *Mar* | Endocrine Society and the European Parliament, Brussels Bg |
| *Apr* | Endocrine Society Task Force on EDCs, Washington, DC |
| *Apr* | Workshop on the economic impact of EDCs in Europe, Paris Fr |
| *May* | *Organizing Committee/Session Chair,* 2014 GRC on EDCs, Il Chiocco, Italy |
| *May* | Workshop on Obesity, Parma, IT |
| *Jun* | Workshop on Weight of Evidence Analysis, London, UK |
| Oct | One of 5 member working group on Economic Impact of EDCs in Europe, Copenhagen, DK |
| Oct | Invited Presentation, 8th International Workshop on PCBs, Wood Hole, MA |

Nov Chair, Endocrine Society Workshop on EDCs, Open Parliament, Brussels, BG
Dec Invited Presentation, Mexican Society for Nutrition and Endocrinology, Merida, MX.
Dec Member, UNEP Advisory Group on EDCs, Geneva, Switzerland
Dec Chair, Endocrine Society delegation to the Open Ended Working Group, SAICM, Geneva Switzerland

**2013**

*Jan* *Research Seminar*, Tufts University School of Medicine, Boston MA
*Invited Lecture* on ToxCast for the 21st Century. Environmental Defense Fund and Pew Charitable Trusts, Washington, DC
*Invited Lecture, 5th Expert ED Meeting*, European Commission, Ispra Italy.
*Invited Workshop, European Union Parliamentarians*, Brussels, Italy
*Feb* *Chancellor's Distinguished Faculty Lecture,* University of Massachusetts.
*May* *Invited Presentation:* NIEHS Council, RTP, North Carolina.
*Aug* *Invited Workshop:* Pew Charitable Trusts, Washington DC.
*Invited Speaker:* UNEP/WHO workshop on EDCs, Mexico City, Mexico
*Sep* *Invited Speaker:* BayPath College, Springfield, MA
*Oct* *Invited Speaker:* Kaleidoscope Evening Speaker, BayPath College, Springfield MA

**2012**

*Jan* Invited Participant, Center for Progressive Reform, Washington DC
*Feb* Required Participation, CLARITY BPA Consortium, Little Rock AR
*Mar* Invited Participant, Navigation Guide Workshop, San Francisco, CA. This is a group funded by the National Toxicology Program and the US EPA to explore improvements in the methodology of weight-of-evidence evaluation of literature in the Environmental Health Sciences.
Required Participation, ViCTER Consortium, Bodega Bay, CA. This was a face-to-face meeting with the laboratories of Tracey Woodruff (UCSF) and Martin Privalsky, UC Davis. The three of us have a joint NIH grant.
Science Advisory Board, US EPA, Washington DC.
*Apr* Pew Charitable Trust, Washington DC. Invited Lecture on the Principles of Endocrinology applicable to Food Safety determination for FDA.
*May* Invited Speaker, Florida Atlantic University. Scripps-Howard Institute on Environmental Journalism.
*Chair, Exposure and Human Health Committee* of the Science Advisory Board of the US EPA. Review of ToxCast.
*June* Gordon Conference on Environmental Endocrine Disruptors
Invited Speaker, European Commission, Brussels, Belgium.
Invited Speaker, Swedish Chemical Agency, Stockholm, Sweden
Invited Speaker, Green Chemistry Conference, Washington DC
Invited Speaker, Endocrine Society Annual Meeting, Houston, TX
*Oct* Invited Participant, Green Chemistry Workshop, New York, New York

**2011**

*Jan* Invited Research Seminar, Boston Univ School of Public Health, Boston, MA
*Feb* Invited Participant and science advisor to Pew Charitable Trusts, Washington, DC
*ViCTER* Workshop, UCSF Sch Medicine
Research Seminar, Smith College, Northampton, MA

| | |
|---|---|
| *Mar* | Invited Speaker, Workshop on Green Chemistry, Cavalho Point, CA |
| *Apr* | Session Chair, Copenhagen Workshop on Endocrine Disruptors, Copenhagen, DK |
| *Apr* | Senate Briefing on Hormones and Chemicals, Washington, DC |
| *May* | Invited Speaker, Developmental Neurotoxicology-3, Varese, Italy |
| *May* | Invited Speaker, Providence High School, Clarksville, IN |
| *June* | Invited Speaker, American Chemical Society Annual Meeting, Washington, DC |
| *June* | Invited Participant, Green Chemistry Institute, Yale University, Washington, DC |
| *July* | Joint meeting of the Science Advisory Board and Board of Scientific Counselors, Research Triangle Park, NC |
| *Sep* | Invited Speaker, Conference on EDCs, Sicily, Italy<br>Science Advisory Board, Washington, DC |
| *Oct* | Invited Speaker and Co-Organizer, Neurotoxicology Conference on Environmental links to Autism, Research Triangle Park, NC |
| *Nov* | Invited Speaker, SAICM meeting in Belgrade, Bosnia<br>Invited Speaker and scientific advisor, Pew Charitable Trust, Washington DC |
| *Dec* | Face-to-face meeting with UNEP/WHO writing group (I am one of the lead editors) for a document, "State of the Science of Endocrine Disruptors, 2012", Geneva, Switzerland.<br>Research Seminar at the Environmental Institute, Brunel University, London, UK. By invitation of Susan Jobling and Andreas Kortenkamp |

**2010**

| | |
|---|---|
| *Feb:* | Congressional Briefing on Endocrine Disruptors, Washington DC |
| *April* | Invited Speaker, Colombian Endocrine Society, Bogatá, Colombia. |
| *May* | Gordon Research Conference Co-Chair, GRC on Environmental Endocrine Disruptors, Les Diablarets, Switzerland May, 2010 |
| *Sep* | Congressional Briefing on the Science of Endocrine Disruption, Washington, DC |
| *Oct* | Workshop on EPA's NexGen program, RTP, North Carolina |
| *Nov* | United National Environmental Program (Geneva) Committee member to develop a "Global Assessment of the State-of-the-Science of Endocrine Disruptors". First meeting in Stockholm, Sweden. |
| *Nov* | Invited Speaker, Fondation IPSEN, Paris France |
| *Nov* | Invited Speaker, Neuroscience Department, University of Liége, Belgium. |
| *Dec* | Invited participant, Center for Progressive Reform, Washington DC |

**2009**

| | |
|---|---|
| *Mar* | Invited Speaker, Bowling Green State University, Ohio, Brain Awareness Week. |
| *Apr* | Invited Speaker, American Thyroid Association. Washington DC |
| *Apr* | Invited Lecture, Department of Pathology, Brown University, Providence RI |
| *May* | Invited Lecture and Session Chair, Postgraduate Course and 5th Annual Copenhagen Workshop on Endocrine Disruptors, Copenhagen, Denmark. |
| *Jun* | Invited Lecture, Department of Veterinary Biosciences, University of California at Davis. |
| *Aug* | Invited Speaker, U.S. EPA BOSC Review. RTP, NC. |
| *Oct* | Invited Lecture, Hormones Symposium, Athens, Greece. |
| *Oct* | Invited Lecture, TSCA Reform, Pew Charitable Trust, Washington DC |
| *Nov* | Invite Participant, REACH Reform, EU Parliament, Berlin, Ger |
| *Nov* | Invited Lecture, Dept Ob/Gyn, UCSF, San Francisco. |

**2008**

*May* Invited Lecture, National Academy of Sciences Workshop on Human Health Risk Assessment.
*Jun* Invited Lecture, Neurobehavioral Teratology Society, Monterey California.
*Jun* Invited Course, Teratology Society, Monterey California.
*Oct* Invited lecture, Canadian Diabetes Association.
*Nov* Invited Lecture, Department of Biochemistry, University of Otago, Dunedin NZ.

**2007**
*Jan* Invited Lecture, UCSF-CHE Summit on Environmental Challenges to Reproductive Health and Fertility, Mission Bay, San Francisco CA.
*Feb* Invited Speaker, National Council for Science and the Environment, Annual Meeting, Washing, DC.
*Mar* Invited Symposium, Society for Toxicology Annual Meeting, Charlotte SC.
*May* Invited Lecture, Learning and Developmental Disabilities Initiative's National Conference, Atlanta, GA.
*May* Invited Lecture, OEHHA, California EPA Conference on Risk Assessment. Monterey, CA.
*Jul* Invited Lecture, Neuroscience lecture series, Neurowissenschaftliches Forschungszentrum der Charité, Berlin.
*Jul* Invited Lecture, Institute for Inland Fisheries, Mugelsee Lake, Berlin, Germany.
*Sep* Invited Key Note Speaker, University of Illinois, Toxicology Program Open House
*Oct* Invited Lecture, American Thyroid Association Annual Meeting, New York.
*Oct* Invited Lecture, Conference on Thyroid Resistance Syndrome, Sao Miguel, Azores.

**2006**
*May* Key-Note Address, American College of Veterinary Internal Medicine. Louisville, KY
*May* Oregon Health Sciences Center, Portland, OR
*May* California EPA (OEHHA Annual Meeting on Children's Health) Berkeley, CA.
*Jun* Invited Lecture, Teratology Society Annual Meeting, Tucson, Az.
*Jun* Invited Lecture, American Endocrine Society Annual Meeting, Boston, MA.
*Aug* State of the Art Lecture, 23rd Conference of European Comparative Endocrinologists, Manchester, UK.
*Oct* Grand Rounds, Baystate Medical Center, Springfield, MA.
*Oct* Thyroid Health and the Environment: Threats and Effect. CME Conference sponsored by the American Thyroid Association and the American Association of Clinical Endocrinologists (Program Co-Chair).

**2005**
*Jan* Society for Risk Analysis, Palm Beach, CA.
*Feb* White Matter Think Tank, Cure Autism Now Foundation – a working group invited to discuss effective research to make significant contributions to our understanding of autism. Malibu, CA
*Apr* Department of Environmental Medicine, University of Rochester, Rochester, NY.
*Apr* Pittsburgh Environmental Health Conference funded by the Heinz Philanthropies.
*May* League of Women Voters, Acton
*Aug* 3rd International Scientific Conference of the Collegium Ramazzini, Bologna, IT

*Aug* Department of Environmental Medicine, University of Rochester School of Medicine
*Aug* 9th District Federal Court, San Jose, CA.
*Sep* Mealey's Water Quality Conference, Sponsored by Lexus-Nexus, Los Angeles, CA
*Oct* Massachusetts Water Quality Conference, University of Massachusetts
*Dec* Press Briefing sponsored by the U.S. Endocrine Society, New York, New York.

**2004**

*Jan* The Impact of Maternal Thyroid Diseases on the Developing Fetus: Implications for Diagnosis, Treatment, and Screening. Organized by the CDC, Atlanta.
*Feb* Department of Ob/Gyn, CS Mott Center for Human Reproduction, Wayne State University
*Feb* Graduate Program in Neuroscience and Behavior, Wayne State University
*Feb* Department of Animal Science and Veterinary Medicine, UMass Feb, 2004).
*Apr* The Impact of Maternal Thyroid Status: Pregnancy, Fetal and Childhood Development, Alexandria, VA.
*Apr* *Keynote Address* - 1st International Conference on Molecular Research in Environmental Medicine, Düsseldorf, Germany
*May* Graduate Program in Neuroscience, Upstate Medical University School of Medicine, Syracuse, NY
*May* Learning and Developmental Disabilities Initiative Conference, National Institutes of Health, Bethesda, MD
*Jun* Gordon Research Conference on Endocrine Disruptors,
*Jun* Drug Information Association, Bethesda MD
*Sep* European Teratology Society, Thessaloniki Greece
*Oct* American Thyroid Association Vancouver BC
*Nov* Health Canada, Ottawa, CA
*Dec* Annual Meeting, Society for Risk Assessment, Palm Springs, California
*Dec* 7th International Conference on Endocrine Disrupters, Nagoya, Japan

**2003**

*Jan* Neuroscience Division, Johns Hopkins University
*Feb* University of Michigan Ann Arbor
*Feb* *Keynote Address* Genetic and Environmental Compromises to Essential Thyroid Receptors and Function During Fetal Development and the Outcome in Abnormal Human Development. *National Meeting, of the Learning Disabilities Association*, Chicago, IL
*Mar* Biology Department, Boston University
*Mar* Dept Medicine, University of Massachusetts-Worcester
*Apr* CERHR Workshop Thyroid Toxicants: Assessing Reproductive Health Effects, Alexandria, VA
*Jun* Annual meeting of the Teratology Society; Philadelphia
*Oct* *Keynote Address* - Annual meeting, Learning Disabilities Association of Michigan, East Lansing, MI.
*Nov* "Exploring Opportunities for Interdisciplinary Linkages between Neurodevelopment and Environmental Exposures. Boston, MA.
*Dec* World Health Organization Workshop on Endocrine Disrupters, Tokyo, Japan

| | |
|---|---|
| *Dec* | 6th Annual International Symposium on Endocrine Disrupters, Sendai, Japan |

**2002**

| | |
|---|---|
| *Jun* | Creating Standards for Cleanup: Perchlorate Case Study, ISIS annual meeting |
| *Sep* | PCB Effects on Thyroid Hormone Action in the Fetal Brain. *Thyroid Hormone and Brain Development: Translating Molecular Mechanisms to Population Risk.* |
| *Oct* | Thyroid Hormone and the Environment, "Meet the Professor" luncheon, American Thyroid Association |
| *Dec* | University of Toronto Sch Medicine |
| *Dec* | Hospital for Sick Children, Toronto, CA |

**2001**

| | |
|---|---|
| *Feb* | "Challenges Confronting a Screening and Testing Program for Thyroid Disruptors". Workshop: TestSmart – Endocrine Disruptors. Johns Hopkins School of Medicine and Public Health, Baltimore, MD |
| *Mar* | Molecular and Cellular Biology Program, Colorado State University, Ft. Collins, CO. |
| *Mar* | Department of Biochemistry and Molecular Biology, University of Louisville School of Medicine |
| *Apr* | Thyroid Hormone, Brain Development and Environmental Health. *Children's Environmental Health – Developing a Framework"* Office of Environmental Health Hazard Assessment, California EPA |
| *May* | Biology Department, Long Island University, Brooklyn, NY |
| *Jun* | "Thyroid Hormone-Nutrition Interaction on Brain Development" – Nutrients, Toxicants and Brain Development Rochester University School of Medicine |
| *Sep* | Thyroid Hormone, Brain Development and the Environment. World Conference on Endocrine Disruptors, Erice, Italy. |
| *Dec* | Thyroid Hormone, Brain Development and the Environment. Fourth International Conference on Endocrine Disrupters. Tsukuba, Japan. |

**2000**

| | |
|---|---|
| *Feb* | Workshop on Children's Health-2000. Mt. Sinai Univ. Sch. Med. |
| *Apr* | "Thyroid Hormone of Maternal Origin Regulates Fetal Brain Development" 2000 Steroid Hormone Workshop, Breckenridge, CO. |
| *Apr* | "Polychlorinated Biphenyls as Disruptors of Thyroid Hormone Action", PCB Workshop: Recent Advances in the Environmental Toxicology and Health Effects of PCBs. Lexington, KY. |
| *Jun* | PCBs and Thyroid Hormone Action in the Developing Brain. Gordon Conference on Endocrine Disruptors |
| *Sep* | Program in Environmental Toxicology, University of Illinois, Champaign-Urbana |
| *Sep* | Maternal Thyroid Hormone Affects Fetal Brain Development. 18th International Neurotoxicology Conference, Children's Health and the Environment 2000. Colorado Springs, CO |

**1999**

| | |
|---|---|
| *Jan* | University of Pittsburgh School of Medicine |
| *Sep* | "Effects of Developmental Exposure to PCBs on Thyroid Hormone Action in the Developing Brain are not Consistent with Effects on Circulating Thyroid Hormone" 17th International Neurotoxicology Conference, Little Rock, AR. |

| | |
|---|---|
| *Sep* | "Thyroid Hormone of Maternal Origin Directly Affects Fetal Brain Development", 17th International Neurotoxicology Conference, Little Rock, AR. |
| *Oct* | *Keynote Speaker* "Thyroid Hormone, PCBs, and Brain Development", 26th New England Endocrinology Conference, University of Rhode Island. |
| *Dec* | Workshop on Endocrine Disruptors, Congress Corporation, Kyoto, Japan |

**1998**

| | |
|---|---|
| *Mar* | EPA, Neurotoxicology branch, Research Triangle Park, NC. |
| *Dec* | "Prenatal Environmental Exposures", convened by the Centers for Disease Control, Atlanta, GA |
| *Dec* | NIEHS, Research Triangle Park, NC. |

**1996**

| | |
|---|---|
| *Mar* | Department of Environmental Sciences, University of Illinois, Urbana March 22, 1996 |
| *Apr* | The Shriver Center for Research and Harvard University, Boston, MA April 24, 1996 |
| *Apr* | BayState Hospital, Springfield, MA, April 11, 1996 |
| *Nov* | NIEHS, Research Triangle Park, NC. November 22, 1996 |

**1995**

| | |
|---|---|
| *Apr* | Department of Zoology, University of Rhode Island, Kingston, RI |
| *Apr* | Session on "Thyroid Hormones and Brain Function" Steroid Hormone Workshop, Breckenridge, CO |

**1994**

| | |
|---|---|
| *Apr* | Department of Pharmacology and Toxicology, Albany Medical College, New York |
| *May* | Instituto De Biotecnologia, Universite Nacional Autonoma Mexico, Cuernavaca, Mexico |

**1993**

| | |
|---|---|
| *Feb* | Department of Biology, University of Massachusetts Amherst |
| *Mar* | C.S. Mott Research Center, Wayne State University, Detroit, MI |
| *Apr* | Division of Biological Sciences, University of Missouri-Columbia |

**1992**

| | |
|---|---|
| *Apr* | Department of Biology, Georgia State University, Atlanta, GA |

**1991**

| | |
|---|---|
| *Jun* | Mo-Kan symposium on Reproductive Endocrinology, University of Missouri-Columbia |
| *Aug* | Neuroendocrine Section, National Institute of Environmental Health Science, Research Triangle Park, NC |
| *Oct* | Department of Anatomy, University Medical School Pécs, 7643 Pécs Szigeti u.12, Hungary |
| *Oct* | Ciba Foundation Symposium #168, "Functional Anatomy of the Neuroendocrine Hypothalamus", Budapest, Hungary. |

*Dec* Department of Biology, City University of New York at Brooklyn, New York
*Dec* Department of Anatomy, University of Nebraska School of Medicine

**1990**
*May* Yerkes Regional Primate Center, Emory University School of Medicine, and Georgia State University, Atlanta, GA
*Oct* Department of Pharmacology, University of Missouri School of Medicine
*Nov* Department of Physiology and Biophysics, University of Tennessee School of Medicine
*Dec* "Reproductive Neuroendocrinology, New Approaches to Old Questions", San Antonio, TX, 27

**1989**
*Feb* GRECC, Veterans Administration Medical Center, Tacoma, Washington
*Mar* Department of Pharmacology, St. Louis University School of Medicine
*Mar* Department of Microbiology, University of Missouri-Columbia School of Medicine
*May* Department of Zoology, University of Maryland, College Park, Maryland
*Sep* Department of Veterinary Biomedical Science, University of Missouri Sch Vet Med

**1987**
*Jul* Department of Anatomy and Cellular Biology, Tufts University Medical School, Boston, Massachusetts.
*Oct* Department of Anatomy, University of Maryland School of Medicine, Baltimore, Maryland
*Oct* Section on Comparative Studies of Brain and Behavior, Laboratory of Clinical Science National Institute of Mental Health, Poolsville, Maryland
*Dec* Department of Anatomy, University of Missouri School of Medicine, University of Missouri-Columbia, Columbia MO

**1986**
*May* Department of Zoology, University of New Hampshire, Durham, New Hampshire, May, 1986.
*Sep* Department of Gerontology, Veterans Administration Hospital, Seattle, Washington, September, 1986.
*Sep* Department of Obstetrics and Gynecology, University of Washington Medical School, Seattle, Washington, September 1986.
*Sep* Department of Zoology, Oregon State University, Corvallis, Oregon. September, 1986.

**1984**

*Jul* Invited Seminar. Department of Neurology, Massachusetts General Hospital and Harvard Medical School, Boston, MA.

**1981**

*Sep* Invited Seminar. Department of Zoology, University of Washington, Seattle, Washington.

***Military Service (U.S. Army)***

Drafted June 14, 1972, Honorable Discharge (Sp4) June 13, 1974.

***Service to Discipline:***

*Editorial (Review) Board:* Environmental Toxicology and Pharmacology (Jan 1, 2000-Present)
Endocrinology (Jan 1, 2004 – Dec 31, 2007).
Environmental Health Perspectives

*Professional Advisory Board:* Learning Disabilities Association of America (Jan 1, 2000 to Dec 31, 2003).

*Chair,* Exposure and Human Health Committee of the Science Advisory Board, U.S. EPA (2010-1013).

*Member,* Chartered Scientific Advisory Board, U.S., EPA (2010-2013).

*Standing Member, Integrative and Clinical Endocrinology and Reproduction NIH Study Section (ICER) 2006-2010*

*Standing Member* US EPA Endocrine Disruptor Screening and Testing Advisory Committee (EDSTAC) Screening and Testing Workgroup (1996-1998). (see: http://www.epa.gov/scipoly/oscpendo/history/finalrpt.htm).

*Member*, EPA's Scientific Advisory Board for PFOA (January 2005).

*Member*, U.S. EPA Public Health Assessment for Perchlorate peer review committee, 1999 (San Bernadino, CA).

*Member,* U.S. EPA Public Health Assessment for Perchlorate peer review committee, 2002 (Sacramento, CA).

*Member* Program Committee, American Thyroid Association

*Member* Scientific Advisory Board, Environmental Media Services Science Communication Network.

*Member* Scientific Advisory Board, The Organic Center, Washington DC

*Co-Chair* Endocrine Society EU EDC Task Force (2012 – present)

*Member* Endocrine Society Global EDC Task Force (2012 – present)

*Ad Hoc Reviewer for the following journals:*

*American Journal of Physiology*
*Molecular Brain Research,*
*Development*
*Molecular Endocrinology*
*General and Comparative Endocrinology*
*Histochemistry*
*Journal of Neuroscience*
*Neuroscience Journal*
*Molecular and Cellular Endocrinology*
*Science*
*Brain Research*
*Developmental Brain Research*
*Endocrinology*
*Endocrine*
*Journal of Neuroendocrinology*
*Journal of Experimental Zoology*
*Regulatory Peptides*
*Environmental Health Perspectives*
*Journal of Clinical Investigation*
*Nature*

*Ad hoc Reviewer for the following funding agencies*

National Science Foundation
Human Frontier Science Program
Italian Science Foundation
US Veteran's Administration
EPA RFP study section
US-Israel Science Foundation.
Strategic Environmental Research and Development Program
"Brain" program in Belgium

*Meetings Organized*

Thyroid Hormones and Brain Function, a session at the 1995 Workshop on Steroid Hormones and Brain Function, Breckenridge, CO.
23rd New England Endocrinology Conference, Amherst, MA (September, 1995).
Advisory Committee, 18th International Neurotoxicology Conference (September, 2000)
Co-Chair, NIEHS-sponsored Workshop: Thyroid Hormone and Brain Development: Translating Molecular Mechanisms to Population Risk. (see entire videocast at http://videocast.nih.gov/PastEvents.asp?c=1)
27th New England Endocrinology Conference, Amherst MA (September, 2002).
Co-Chair, ATA-sponsored CME Conference on Thyroid hormone and the Environment. March, 2006.
Chair, Endocrine Society Symposium on Endocrine Disruptors, June, 2009.
Co-Chair, 2010 Gordon Research Conference on Environmental Endocrine Disruptors. Les Diablerets Switzerland. May 30 – June 4, 2010.

## ***Research Support History:***

*Oregon State University*

Bayley Graduate Fellow (Oregon State Univ., 1983-1984). Fellowship awarded to two graduate students, University-wide, within a single academic year.

*National Institutes of Health*

Individual National Research Service Award (MH09104; 1984-1987)
Individual Fellow of the National Research Council (1987-1992). "Molecular Analysis of Neuroendocrine Peptide Gene Expression"

*University of Missouri School of Medicine*

Graduate Research Council, "Molecular Analysis of Neuroendocrine Peptide Gene Expression" (University of Missouri, 1988-1989, $25,000)
Medical Research Council, "Neuroendocrine Peptide Gene Expression in Rat Brain" (University of Missouri, 1989-1990, $25,000)
American Heart Association, "Cardiovascular Elements within the CNS: The Role of TRH Neurons" (T. Zoeller, PI, 1990-1991, $25,000)
Graduate Research Council, *UMC* "Central Regulation of Cardiovascular Function" (1990-1991, $5,000)
NIH, "Molecular Basis for Ethanol Induced Hypothyroidism" (T. Zoeller, PI; RO1 AA 08887; 1991-1995, $450,000 direct)

NIH, "IP3 metabolism and Ca++ homeostasis in cerebral ischemia (GY Sun, PI; T.Zoeller, RO1 NS30178; 1992-1995, $850,000 direct)

NIH, "Ethanol and Hypothalamic-Pituitary-Thyroid Axis" (1993-1996) NRSA to Dr. Heather Scott; Sponsored by RT Zoeller

*University of Massachusetts-Amherst*

Graduate Research Council, Univ. Massachusetts, "Identification of Thyroid Hormone-Regulation Genes in CNS Development" (1994-1995, $5,000)

NIH, "Molecular Mechanisms Underlying Fetal Alcohol Syndrome" (T.Zoeller, PI, RO1 AA10418; 1996-1999, $300,000 direct)

NSF, "Functional Organization of Hypophysiotropic TRH Neurons" (T.Zoeller, PI; IBN-9514835; 1996-1999, $105,000 direct)

NIH, "PCBs and Thyroid Hormone Action in Developing Cochlea" (T. Zoeller, PI; ES083330; 1996-1999, $300,000 direct)

Faculty Research Grant-Umass Amherst, "Hormone-Responsive Genes in Blood" (1999-2000, $5,000)

STAR Graduate Fellowship to Carolyn Herzig (2002-2003).

NIH, "PCB Disruption of Thyroid Hormone Action in Development" (T. Zoeller, PI, 2000-2005, $900,000 direct; 2008-2013, $1.2M direct).

NIH PO1 with Michele Marcus (Emory University). (T. Zoeller and S. Petersen, Co-PIs). Effects of Polybrominated biphenyls on Endocrine Mechanisms of Development. Submitted June 1, 2004 with a total cost of $11,280,430. (The Umass project has a requested budget of $956,080 direct cost and received a priority score of 126). The overall project received a priority score of 124; not funded.

EPA STAR predoctoral fellowship to David Sharlin, "Effects of Maternal Exposure to Polychlorinated Biphenyls on Thyroid Hormone Action in the Fetal Brain" 2004.

EPA STAR, "Low Dose Effects of Thyroid Toxicants on Neurodevelopment" (T. Zoeller, PI, 20%) 12/1/04 – 11/31/07, $740,000 total.

NIH R21 Gene Targets of Thyroid Hormone in the Developing Brain.

NIH R01 PCB Disruption of Thyroid Hormone Action in Development (2000 – 2016). ViCTER supplement (2010-2016). This grant is funding a collaboration between my lab, and the labs of Drs. Tracey Woodruff (UCSF) and Martin Privalsky (UC Davis) ($500,000 per year direct).

Passport Foundation – Biomarkers of Thyroid Hormone Action in Human Placenta.

NIH U01ES020908 Bisphenol-A and Thyroid Hormone Signaling During the Life Cycle (2011-2016). $122,800 direct per year

NIH 1R21ES026228 Molecular Biomarkers of Thyroid Disruption in Human Placenta (2016-2019). $440,000 total.

European Commission "Horizon 2020", Andreas Kortenkamp (Brunel, London) PI. This is a multi-investigator grant (12 institutions, 7 countries, 10 projects). I am lead investigator on project #6, centered in Stockholm, Sweden. €7.6 M.

NIH R01ES024381 Endocrine Disrupting Chemicals, Thyroid Hormones, and Child Neurobehavior. Joseph Braun PI (Brown University). External Advisory Panel.

NIH R01 ES028277. Developmental Neurotoxicity of organophosphate and novel brominated flame retardants in children. Aimin Chen, PI (University of Cincinnati). External Advisory Panel.

NIH R01 ES021777. Prenatal toxicant exposure and risk of attention-deficit hyperactivity disorder. Stephanie Engel PI (Univ North Carolina Chapel Hill). External Advisory Panel.

# Research

## Students and Postdoctoral Research Associates

### Postdoctoral Research Associates

Heather C. Scott, Ph.D. (1991-1994), Currently, Professor, University of Seattle.

Agnes Simonyi, Ph.D. (1992-1994), Currently, Associate Professor, University of Missouri School of Medicine.

Olimpia Butnariu, M.D. (1992-1994) Currently Attending Physician, University of Virginia School of Medicine.

Anna Hrabovszky, M.D. (1999-2000) Currently, Attending Physician, Budapest General Hospital, Hungary.

Olga Sidileva, Ph.D. (2008-2009) Currently Research Associate Professor, University of Vermont.

Jintao Wang, Ph.D. (2009-2010) Currently Associate Professor, Sichuan University, Cheng-du, China.

Ambika Sharma Ph.D. (2009-2012) Postdoctoral Associate.

Judy Brewer, Ph.D. (2010 – 2013) Postoctoral Associate

### Doctoral Students

Amy L.S. Dowling, Ph.D. (1995-2000). University of Massachusetts-Amherst. Molecular and Cellular Biology Program in May, 2000. Dissertation Title: "The Role of Thyroid Hormone in Fetal Brain Development" (Byron Prize for best dissertation). *Presently a Research Associate Professor at the University of Kentucky.*

Jun Yang (1996-2001). University of Massachusetts-Amherst. Molecular and Cellular Biology Program in May, 2000. Dissertation Title: "Molecular Basis of Fetal Alcohol Syndrome in a Rat Model". *Currently Associate Professor, University of Utah School of Medicine.*

Eric Iannacone (1998-2005). University of Massachusetts-Amherst. Molecular and Cellular Biology Program in 2002. Dissertation title: "Effects of Polychlorinated Biphenyls on Thyroxine Actions in the Developing Brain". *Currently an Associate Professor at Raritan Valley Community College.*

Kelly Gauger (2001- 2005) University of Massachusetts-Amherst. Molecular and Cellular Biology Program. Dissertation title: "Actions of Polychlorinated biphenyls on Thyroid Hormone Receptors". (Byron Prize for best dissertation) *Currently Research Assistant Professor, Pioneer Valley Life Science Institute, Springfield, MA.*

David Sharlin (2002-2007). Dissertation Title: "Polychlorinated Biphenyls as Disruptors of Thyroid Hormone on White Matter Development". (Byron Prize for best dissertation) *Currently Professor of Biology at the University of Minnesota after a Postdoctoral fellowship at the NIDDK, National Institutes of Health.*

SeoHee You (2002-2007). Dissertation Title: "Discovery of Direct Gene Targets of Maternal Thyroid Hormone in The Fetal Cortex; Genome-wide approach". *Currently Life Sciences and Research Tools Licensing Analyst, University of Michigan.*

Stefanie Giera (2008 - 2012). Dissertation Title: "Individual PCB Congeners Interact to Disrupt Thyroid Hormone Action in Development". *Currently Senior Scientist at Sanofi Pharmaceuticals, Boston MA.*

***Master's Students***

Xiaohui Zhang, M.D., M.S. (1992-1994). University of Missouri School of Medicine. Thesis Title, "Cerebral Ischemia and IP3 Receptor".

Alisa Croci, B.S., M.S. (1999-2000). University of Massachusetts-Amherst. Thesis Title: "Development of the Hypothalamic-Pituitary-Thyroid Axis".

Carolyn Herzig, B.S., M.S. (2001-2002) University of Massachusetts-Amherst. Thesis Title: "PCB Effects on Thyroid Hormone Signaling in Fetal Brain".

Dan Tighe, B.S., M.S. (2006-2007) University of Massachusetts-Amherst. Thesis Title: "Effects of Polybrominated Diphenyl Ethers on Mammalian Brain Development".

Katherine Geromini., MS (2010-2011) University of Massachusetts-Amherst. Thesis Title: Expression of CYP1A1 mRNA and Measures of Thyroid Receptor Activation in Human Term Placenta.

***Graduate Student Committees***

| **Student Name** | **Program** | **Committee Type** | **Role on Committee** | **Eff Date** |
|---|---|---|---|---|
| **Giera,Stefanie** | MCB | Ph.D. | Chair | 7/18/12 |
| Geromini,K | MCB | MS | Master's Committee Chair | 12/12/11 |
| Shen,Erica Yibei | NSB | Ph.D. | Outside Member | 6/9/10 |
| Shinday,Nina M. | NSB | Ph.D. | Outside Member | 2/8/10 |
| Cadena,Juan G. | MCB | Ph.D. | Member of Committee | 4/27/09 |
| Iwanowicz,Luke R | Fisheries | Ph.D. | Outside Member | 11/6/08 |
| Aggison,Leah Kay | MCB | Ph.D. | Member of Committee | 10/6/08 |
| Cao,Jinyan | MCB | Ph.D. | Member of Committee | 9/24/08 |
| Krishnan,Sudha | MCB | Ph.D. | Member of Committee | 5/23/08 |
| Lopez,Veronica | NSB | Ph.D. | Outside Member | 11/13/07 |
| Monette,Michelle Y. | OEB | Ph.D. | Member of Committee | 11/5/07 |
| **You,Seohee** | MCB | Ph.D. | Chair | 10/29/07 |
| Hudgens,Edward D | NSB | MS | Master's Member | 9/26/07 |
| **Sharlin,David Scott** | MCB | Ph.D. | Chair | 9/1/07 |
| Vella,Kristen R | MCB | Ph.D. | Member of Committee | 5/16/07 |
| Nieves-Puigdoller, Katherine | OEB | Ph.D. | Outside Member | 5/9/07 |
| Ditzian,Lauren Rebecca | NSB | MS | Master's Member | 3/22/07 |
| Lerner,Darren T. | OEB | Ph.D. | Outside Member | 3/16/07 |
| **Gauger,Kelly J** | MCB | Ph.D. | Chair | 3/27/06 |
| Molenda,Heather A | NSB | Ph.D. | Outside Member | 3/27/06 |
| **Iannacone,Eric A** | MCB | Ph.D. | Chair | 9/1/05 |
| Symington Jr,Steven B | MCB | Ph.D. | Member of Committee | 4/1/05 |
| Yilmaz,Eser | MCB | MS | Master's Member | 10/13/04 |
| Laws,Amy M | MCB | Ph.D. | Outside Member | 5/22/04 |
| Brissette,Christina H | ANS | MS | Master's Member | 2/9/04 |
| Cheng,Lihong | MCB | Ph.D. | Member of Committee | 6/26/03 |
| Monette,Michelle Y. | OEB | MS | Master's Member | 4/21/03 |

| | | | | |
|---|---|---|---|---|
| Lu,Shaolei | MCB | Ph.D. | Outside Member | 2/2/03 |
| Mcreynolds,Alison M | NSB | Ph.D. | Outside Member | 5/25/02 |
| Han,Tina M | NSB | Ph.D. | Member of Committee | 2/1/02 |
| **Yang,Jun** | MCB | Ph.D. | Chair | 9/1/01 |
| Curran,Meredith A | NSB | Ph.D. | Member of Committee | 5/26/01 |
| Hu,Yanhui | MCB | Ph.D. | Member of Committee | 2/1/01 |
| Pelis,Ryan M | OEB | MS | Master's Member | 2/1/01 |
| **Dowling,Amy L.S.** | MCB | Ph.D. | Chair | 5/20/00 |
| Ma,Yue | NSB | Ph.D. | Member of Committee | 5/20/00 |
| Luszcz,Jason M | Biology | MS | Master's Member | 2/1/00 |
| Auger,Catherine J | NSB | Ph.D. | Outside Member | 5/22/99 |
| Collins,Lucille M. | NSB | Ph.D. | Outside Member | 5/22/99 |
| Blain,Robyn B. | Public Health | Ph.D. | Outside Member | 2/1/99 |
| Ma,Yue | NSB | MS | Master's Member | 5/23/98 |
| Wang,Xiwei | MCB | Ph.D. | Outside Member | 9/1/97 |
| Mcmeekan,John M | MCB | MS | Master's Member | 5/24/97 |
| Sun,Danhui | MCB | Ph.D. | Member of Committee | 5/25/96 |
| Shearman,Lauren P | NSB | Ph.D. | Outside Member | 2/1/96 |
| Chiluvuri,Venkata | Comp Sci | Ph.D. | Member of Committee | 5/27/95 |
| Hudgens,Edward D | Pol Sci | MS | Master's Member | 4/3/92 |

***Undergraduate Honors Students***

Justin Harder, B.S. (1996). Honors thesis submitted to the Neuroscience Program, Amherst College. Thesis Title: "Regulation of Glucocorticoid Receptor Gene Expression in the Rat Brain".

Karen Terry, B.S. (2000). Honors thesis submitted to the Honors College, University of Massachusetts, entitled "Thyroid Hormone-Responsive Genes in Rat White Blood Cells".

Arthur Yan, B.S. (2000). Honors thesis submitted to the Neuroscience Program, Amherst College, entitled "Role of Thyroid Hormone in Development of Cortical Lamina in the Rat".

Carolyn Herzig, B.S. (2001). Honors thesis submitted to the Honors College, University of Massachusetts-Amherst entitled, "Effects of Polychlorinated Biphenyls on Thyroid Hormone Action in the Developing Rat Brain".

Erica Gross, B.S. Biology and Legal Studies, submitted to the Honors College, University of Massachusetts-Amherst entitled, "PCBs and Phantom Risk".

Tina Ling, B.S. (2002). Department of Biochemistry. Honors thesis to be submitted to the Honors College, University of Massachusetts-Amherst entitled, "Thyroid Hormone Receptor Expression in Monocytes".

Carolyn O'Donnell (2003). Department of Biochemistry. Honors thesis to be submitted to the Honors College, University of Massachusetts-Amherst.

Rebecca Burch (2003). Department of Biology. Honors thesis to be submitted to the Honors College, University of Massachusetts-Amherst.

Michele Schroeder (2003). Department of Biology. Honors thesis submitted to the Honors College June, 2003.

Terese Frazier (2004) Department of Biology. Honors thesis submitted to the Commonwealth College, University of Massachusetts-Amherst.

John Stenglein (2004) Department of Biology, 21st Century Leader Awardee. Honors thesis submitted to the Commonwealth College, University of Massachusetts-Amherst.
Bo-Ryang You (2005) Department of Biology, University of Massachusetts-Amherst Commonwealth College.
Alyse Mousette (2005) Department of Biology, University of Massachusetts-Amherst Commonwealth College.
Tish Toomey (2006) Department of Biology, University of Massachusetts-Amherst Commonwealth College.
Lisa Pinatti (2016) Department of Biology, University of Massachusetts-Amherst Commonwealth College.
Abigail Bose (2017) Department of Biochemistry and Molecular Biology, University of Massachusetts-Amherst Commonwealth College.

***Undergraduate Researchers***

René Wolff, B.S. Clark University (1983-1984). Admitted to M.D. Program, George Washington University. Presently a practicing surgeon in Portland, ME.
Margarett Warden, B.S., George Washington University (1984-1985). Admitted to M.D. Program, George Washington University.
Dan Dolan, B.S., University of Missouri (1992). Admitted to M.D./Ph.D. Program Washington University St. Louis, presently attending physician, Salem Hospital, Massachusetts.
Don Fletcher, B.S., University of Missouri (1993-1994).
Nisreen Kabeer, B.S., University of Missouri (1992-1994). MPH from St. Louis University.
Bradley Broyles, B.S., University of Missouri (1992-1993). M.D., University of Missouri School of Medicine.
John Earley, B.S., University of Missouri (1992-1993).
Deborah Lardner, B.S., University of Massachusetts (1995-1996). D.O., Bidiford College of Osteopathic Medicine.
Joyce Correia, B.S., University of Massachusetts (1995-1996).
Jennifer Moodie, B.S., University of Massachusetts (1995-1996). M.D. Program at Rutgers University.
Rebecca Lee, B.S., University of Massachusetts (1995-1998).
Michael DiGregorio, Univerisity of Massachusetts (1996-1997)
Johanna Heard, B.S., University of Massachusetts (1995-1996)
Heather Lebel, B.S., University of Massachusetts (1997-1998)
Leah LaRiccia, B.S., University of Massachusetts (1997-1998) Ph.D. Program Harvard University.
Betsy Ross, B.S., University of Massachusetts (1997-1998).
Andrea Bullock, B.S., Duke University (1998). M.D. Program Washington University School of Medicine.
Zachary Solkin, B.S. University of Massachusetts (2002)
Michele Schaefer, B.S., University of Massachusetts (2003).
Jessica Kapitanos, B.S. University of Massachusetts (2000-2001).
Rebecca Hemenway, B.S. University of Massachusetts (2003-2004).
Dan Tighe, B.S., University of Massachusetts (2005-2006).
Nina Saini, B.S., University of Massachusetts (2006-2007)

***Scholarship:***

Zoeller, R. T. (2024). "The Price We Pay for the Convenience of Plastics." J Endocr Soc **8**(4): bvae022. PMC10887449

Vom Saal, F. S., M. Antoniou, S. M. Belcher, A. Bergman, R. K. Bhandari, L. S. Birnbaum, A. Cohen, T. J. Collins, B. Demeneix, A. M. Fine, J. A. Flaws, V. Gayrard, W. H. Goodson, 3rd, A. C. Gore, J. J. Heindel, P. A. Hunt, T. Iguchi, C. D. Kassotis, A. Kortenkamp, R. Mesnage, J. Muncke, J. P. Myers, A. Nadal, R. R. Newbold, V. Padmanabhan, P. Palanza, Z. Palma, S. Parmigiani, L. Patrick, G. S. Prins, C. S. Rosenfeld, N. E. Skakkebaek, C. Sonnenschein, A. M. Soto, S. H. Swan, J. A. Taylor, P. L. Toutain, F. A. von Hippel, W. V. Welshons, D. Zalko and R. T. Zoeller (2024). "The Conflict between Regulatory Agencies over the 20,000-Fold Lowering of the Tolerable Daily Intake (TDI) for Bisphenol A (BPA) by the European Food Safety Authority (EFSA)." Environ Health Perspect **132**(4): 45001. PMC11003459

Hall, M., B. Lanphear, J. Chevrier, R. Hornung, R. Green, C. Goodman, P. Ayotte, E. A. Martinez-Mier, R. T. Zoeller and C. Till (2024). "Letter to the editor regarding Hall et al. (2023): Fluoride exposure and hypothyroidism in a Canadian pregnancy cohort." Sci Total Environ **933**: 173121.

Zoeller, R. T., L. Birnbaum, T. Collins, J. Heindel, P. A. Hunt, T. Iguchi, A. Kortenkamp, J. P. Myers, F. S. vom Saal, C. Sonnenschein and A. Soto (2023). "European Medicines Agency Conflicts With the European Food Safety Authority (EFSA) on Bisphenol A Regulation." Journal of the Endocrine Society **7**(9): 1-4.

Young, A. S., N. Herkert, H. M. Stapleton, B. A. Coull, R. Hauser, T. Zoeller, P. A. Behnisch, E. Felzel, A. Brouwer and J. G. Allen (2023). "Hormone receptor activities of complex mixtures of known and suspect chemicals in personal silicone wristband samplers worn in office buildings." Chemosphere **315**: 137705. PMC9937064

Vandenberg, L. N., R. T. Zoeller, G. S. Prins and L. Trasande (2023). "Evaluating adverse effects of environmental agents in food: a brief critique of the US FDA's criteria." Environ Health **22**(1): 38. PMC10120250

Hall, M., B. Lanphear, J. Chevrier, R. Hornung, R. Green, C. Goodman, P. Ayotte, E. A. Martinez-Mier, R. T. Zoeller and C. Till (2023). "Fluoride exposure and hypothyroidism in a Canadian pregnancy cohort." Sci Total Environ **869**: 161149. PMC9992168

Engel, S. M., G. D. Villanger, A. Herring, R. C. Nethery, S. S. M. Drover, R. T. Zoeller, H. M. Meltzer, P. Zeiner, G. P. Knudsen, T. Reichborn-Kjennerud, M. P. Longnecker and H. Aase (2023). "Gestational thyroid hormone concentrations and risk of attention-deficit hyperactivity disorder in the Norwegian Mother, Father and Child Cohort Study." Paediatr Perinat Epidemiol **37**(3): 218-228. PMC10038840

Volk, H. E., J. L. Ames, A. Chen, M. D. Fallin, I. Hertz-Picciotto, A. Halladay, D. Hirtz, A. Lavin, B. Ritz, T. Zoeller and M. Swanson (2022). "Considering Toxic Chemicals in the Etiology of Autism." Pediatrics **149**(1).

Engel, S. M., G. D. Villanger, A. Herring, R. C. Nethery, S. S. M. Drover, R. T. Zoeller, H. M. Meltzer, P. Zeiner, G. P. Knudsen, T. Reichborn-Kjennerud, M. P. Longnecker and H. Aase (2022). "Gestational thyroid hormone concentrations and risk of attention-deficit hyperactivity disorder in the Norwegian Mother, Father and Child Cohort Study." Paediatr Perinat Epidemiol.

Zoeller, R. T. (2021). "Endocrine disrupting chemicals and thyroid hormone action." Adv Pharmacol **92**: 401-417.

Young, A. S., T. Zoeller, R. Hauser, T. James-Todd, B. A. Coull, P. A. Behnisch, A. Brouwer, H. Zhu, K. Kannan and J. G. Allen (2021). "Assessing Indoor Dust Interference with Human Nuclear Hormone Receptors in Cell-Based Luciferase Reporter Assays." Environ Health Perspect **129**(4): 47010. PMC8045486

Reeves, K. W., G. Vieyra, N. P. Grimes, J. Meliker, R. D. Jackson, J. Wactawski-Wende, R. Wallace, R. T. Zoeller, C. Bigelow, S. E. Hankinson, J. E. Manson, J. A. Cauley and A. M. Calafat (2021). "Urinary Phthalate Biomarkers and Bone Mineral Density in Postmenopausal Women." J Clin Endocrinol Metab.

Zoeller, R. T. (2020). From coronavirus to chemicals - when the government ignores science, Americans die. Environmental Health News.

Vandenberg, L. N., G. S. Prins, H. B. Patisaul and R. T. Zoeller (2020). "The Use and Misuse of Historical Controls in Regulatory Toxicology: Lessons from the CLARITY-BPA Study." Endocrinology **161**(5). PMC7182062

Muncke, J., A. M. Andersson, T. Backhaus, J. M. Boucher, B. Carney Almroth, A. Castillo Castillo, J. Chevrier, B. A. Demeneix, J. A. Emmanuel, J. B. Fini, D. Gee, B. Geueke, K. Groh, J. J. Heindel, J. Houlihan, C. D. Kassotis, C. F. Kwiatkowski, L. Y. Lefferts, M. V. Maffini, O. V. Martin, J. P. Myers, A. Nadal, C. Nerin, K. E. Pelch, S. R. Fernandez, R. M. Sargis, A. M. Soto, L. Trasande, L. N. Vandenberg, M. Wagner, C. Wu, R. T. Zoeller and M. Scheringer (2020). "Impacts of food contact chemicals on human health: a consensus statement." Environ Health **19**(1): 25. PMC7053054

Lebeaux, R. M., B. T. Doherty, L. G. Gallagher, R. T. Zoeller, A. N. Hoofnagle, A. M. Calafat, M. R. Karagas, K. Yolton, A. Chen, B. P. Lanphear, J. M. Braun and M. E. Romano (2020). "Maternal serum perfluoroalkyl substance mixtures and thyroid hormone concentrations in maternal and cord sera: The HOME Study." Environ Res **185**: 109395.

La Merrill, M. A., L. N. Vandenberg, M. T. Smith, W. Goodson, P. Browne, H. B. Patisaul, K. Z. Guyton, A. Kortenkamp, V. J. Cogliano, T. J. Woodruff, L. Rieswijk, H. Sone, K. S. Korach, A. C. Gore, L. Zeise and R. T. Zoeller (2020). "Consensus on the key characteristics of endocrine-disrupting chemicals as a basis for hazard identification." Nat Rev Endocrinol **16**(1): 45-57. PMC6902641

Kortenkamp, A., M. Axelstad, A. H. Baig, A. Bergman, C. G. Bornehag, P. Cenijn, S. Christiansen, B. Demeneix, A. Derakhshan, J. B. Fini, C. Fradrich, T. Hamers, L. Hellwig, J. Kohrle, T. I. M. Korevaar, J. Lindberg, O. Martin, M. E. Meima, P. Mergenthaler, N. Nikolov, D. Du Pasquier, R. P. Peeters, B. Platzack, L. Ramhoj, S. Remaud, K. Renko, M. Scholze, H. Stachelscheid, T. Svingen, F. Wagenaars, E. B. Wedebye and R. T. Zoeller (2020). "Removing Critical Gaps in Chemical Test Methods by Developing New Assays for the Identification of Thyroid Hormone System-Disrupting Chemicals-The ATHENA Project." Int J Mol Sci **21**(9). PMC7247692

Heindel, J. J., S. Belcher, J. A. Flaws, G. S. Prins, S. M. Ho, J. Mao, H. B. Patisaul, W. Ricke, C. S. Rosenfeld, A. M. Soto, F. S. Vom Saal and R. T. Zoeller (2020). "Data integration, analysis, and interpretation of eight academic CLARITY-BPA studies." Reprod Toxicol. PMC7365109

Doherty, B. T., N. Kosarek, A. N. Hoofnagle, Y. Xu, R. T. Zoeller, K. Yolton, A. Chen, B. P. Lanphear, J. M. Braun and M. E. Romano (2020). "Maternal, cord, and three-year-old child serum thyroid hormone concentrations in the Health Outcomes and Measures of the Environment study." Clin Endocrinol (Oxf).

Demeneix, B., L. N. Vandenberg, R. Ivell and R. T. Zoeller (2020). "Thresholds and Endocrine Disruptors: An Endocrine Society Policy Perspective." J Endocr Soc **4**(10): bvaa085. PMC8010901

Zoeller, R. T., L. Doan, B. Demeneix, A. C. Gore, A. Nadal and S. Tan (2019). "Update on Activities in Endocrine Disruptor Research and Policy." Endocrinology **160**(7): 1681-1683.

Vandenberg, L. N. and R. T. Zoeller (2019). Thinking through the EPA's commitment to eliminate the use of mammals in toxicity testing. Environmental Health News.

Sethi, S., R. K. Morgan, W. Feng, Y. Lin, X. Li, C. Luna, M. Koch, R. Bansal, M. W. Duffel, B. Puschner, R. T. Zoeller, H. J. Lehmler, I. N. Pessah and P. J. Lein (2019). "Comparative Analyses of the 12 Most Abundant PCB Congeners Detected in Human Maternal Serum for Activity at the Thyroid Hormone Receptor and Ryanodine Receptor." Environ Sci Technol **53**(7): 3948-3958. PMC6457253

Reeves, K. W., M. D. Santana, J. E. Manson, S. E. Hankinson, R. T. Zoeller, C. Bigelow, S. R. Sturgeon, D. Spiegelman, L. Tinker, J. Luo, B. Chen, J. Meliker, M. R. Bonner, M. L. Cote, T. D. Cheng and A. M. Calafat (2019). "Urinary Phthalate Biomarker Concentrations and Postmenopausal Breast Cancer Risk." J Natl Cancer Inst.

Reeves, K. W., M. D. Santana, J. E. Manson, S. E. Hankinson, R. T. Zoeller, C. Bigelow, L. Hou, J. Wactawski-Wende, S. Liu, L. Tinker and A. M. Calafat (2019). "Predictors of urinary phthalate biomarker concentrations in postmenopausal women." Environ Res **169**: 122-130. PMC6347530

Nassan, F. L., T. I. M. Korevaar, B. A. Coull, N. E. Skakkebaek, S. A. Krawetz, M. Estill, E. J. Hait, J. R. Korzenik, J. B. Ford, R. A. De Poortere, M. A. Broeren, A. C. Moss, T. R. Zoeller and R. Hauser (2019). "Dibutyl-phthalate exposure from mesalamine medications and serum thyroid hormones in men." Int J Hyg Environ Health **222**(1): 101-110. PMC6221978

La Merrill, M. A., L. N. Vandenberg, M. T. Smith, W. Goodson, P. Browne, H. B. Patisaul, K. Z. Guyton, A. Kortenkamp, V. J. Cogliano, T. J. Woodruff, L. Rieswijk, H. Sone, K. S. Korach, A. C. Gore, L. Zeise and R. T. Zoeller (2019). "Consensus on the key characteristics of endocrine-disrupting chemicals as a basis for hazard identification." Nat Rev Endocrinol.

Khan, K. M., F. Parvez, R. T. Zoeller, B. A. Hocevar, L. M. Kamendulis, D. Rohlman, M. Eunus and J. Graziano (2019). "Thyroid hormones and neurobehavioral functions among adolescents chronically exposed to groundwater with geogenic arsenic in Bangladesh." Sci Total Environ **678**: 278-287.

Drover, S. S. M., G. D. Villanger, H. Aase, T. S. Skogheim, M. P. Longnecker, R. T. Zoeller, T. Reichborn-Kjennerud, G. P. Knudsen, P. Zeiner and S. M. Engel (2019). "Maternal Thyroid Function During Pregnancy or Neonatal Thyroid Function and Attention Deficit Hyperactivity Disorder: A Systematic Review." Epidemiology **30**(1): 130-144. PMC6359926

Diaz Santana, M. V., S. E. Hankinson, C. Bigelow, S. R. Sturgeon, R. T. Zoeller, L. Tinker, J. A. E. Manson, A. M. Calafat, J. R. Meliker and K. W. Reeves (2019). "Urinary concentrations of phthalate biomarkers and weight change among postmenopausal women: a prospective cohort study." Environ Health **18**(1): 20. PMC6417117

Bansal, R. and R. T. Zoeller (2019). "CLARITY-BPA: Bisphenol A or Propylthiouracil on Thyroid Function and Effects in the Developing Male and Female Rat Brain." Endocrinology **160**(8): 1771-1785. PMC6937519

Zota, A. R., S. D. Mitro, J. F. Robinson, E. G. Hamilton, J. S. Park, E. Parry, R. T. Zoeller and T. J. Woodruff (2018). "Polybrominated diphenyl ethers (PBDEs) and hydroxylated PBDE metabolites (OH-PBDEs) in maternal and fetal tissues, and associations with fetal cytochrome P450 gene expression." Environ Int **112**: 269-278.

Zoeller, R. T. (2018). The consequences of status quo chemical policy are becoming increasingly clear. Environmental Health News.

Vuong, A. M., J. M. Braun, G. M. Webster, R. Thomas Zoeller, A. N. Hoofnagle, A. Sjodin, K. Yolton, B. P. Lanphear and A. Chen (2018). "Polybrominated diphenyl ether (PBDE) exposures and thyroid hormones in children at age 3years." Environ Int **117**: 339-347. PMC5997562

Romano, M. E., M. N. Eliot, R. T. Zoeller, A. N. Hoofnagle, A. M. Calafat, M. R. Karagas, K. Yolton, A. Chen, B. P. Lanphear and J. M. Braun (2018). "Maternal urinary phthalate metabolites during pregnancy and thyroid hormone concentrations in maternal and cord sera: The HOME Study." Int J Hyg Environ Health **221**(4): 623-631. PMC5972051

Reeves, K. W., M. D. Santana, J. E. Manson, S. E. Hankinson, R. T. Zoeller, C. Bigelow, L. Hou, J. Wactawski-Wende, S. Liu, L. Tinker and A. M. Calafat (2018). "Predictors of urinary phthalate biomarker concentrations in postmenopausal women." Environ Res **169**: 122-130.

Nassan, F. L., T. I. M. Korevaar, B. A. Coull, N. E. Skakkebaek, S. A. Krawetz, M. Estill, E. J. Hait, J. R. Korzenik, J. B. Ford, R. A. De Poortere, M. A. Broeren, A. C. Moss, T. R. Zoeller and R. Hauser (2018). "Dibutyl-phthalate exposure from mesalamine medications and serum thyroid hormones in men." Int J Hyg Environ Health.

Zoeller, R. T. and J. J. Heindel (2017). "Do Environmental Chemicals Make Us Fat?" Endocrinology **158**(10): 3086-3087.

Villanger, G. D., E. Learner, M. P. Longnecker, H. Ask, H. Aase, R. T. Zoeller, G. P. Knudsen, T. Reichborn-Kjennerud, P. Zeiner and S. M. Engel (2017). "Effects of Sample Handling and Analytical Procedures on Thyroid Hormone Concentrations in Pregnant Women's Plasma." Epidemiology **28**(3): 365-369. PMC5378640

Solecki, R., A. Kortenkamp, A. Bergman, I. Chahoud, G. H. Degen, D. Dietrich, H. Greim, H. Hakansson, U. Hass, T. Husoy, M. Jacobs, S. Jobling, A. Mantovani, P. Marx-Stoelting, A. Piersma, V. Ritz, R. Slama, R. Stahlmann, M. van den Berg, R. T. Zoeller and A. R. Boobis (2017). "Scientific principles for the identification of endocrine-disrupting chemicals: a consensus statement." Arch Toxicol **91**(2): 1001-1006. PMC5306068

Halden, R. U., A. E. Lindeman, A. E. Aiello, D. Andrews, W. A. Arnold, P. Fair, R. E. Fuoco, L. A. Geer, P. I. Johnson, R. Lohmann, K. McNeill, V. P. Sacks, T. Schettler, R. Weber, R. T. Zoeller and A. Blum (2017). "The Florence Statement on Triclosan and Triclocarban." Environ Health Perspect **125**(6): 064501.

Zoeller, R. T., A. Bergman, G. Becher, P. Bjerregaard, R. Bornman, I. Brandt, T. Iguchi, S. Jobling, K. A. Kidd, A. Kortenkamp, N. Skakkebaek, J. Toppari and L. Vandenberg (2016). "The Path Forward on Endocrine Disruptors Requires Focus on the Basics." Toxicol Sci **149**(2): 272.

Villanger, G. D., E. Learner, M. P. Longnecker, H. Ask, H. Aase, R. T. Zoeller, G. P. Knudsen, T. Reichborn-Kjennerud, P. Zeiner and S. M. Engel (2016). "Effects of sample handling and analytical procedures on thyroid hormone concentrations in pregnant women's plasma." Epidemiology.

Trasande, L., R. T. Zoeller, U. Hass, A. Kortenkamp, P. Grandjean, J. P. Myers, J. DiGangi, P. M. Hunt, R. Rudel, S. Sathyanarayana, M. Bellanger, R. Hauser, J. Legler, N. E. Skakkebaek and J. J. Heindel (2016). "Burden of disease and costs of exposure to endocrine disrupting chemicals in the European Union: an updated analysis." Andrology **4**(4): 565-572.

Trasande, L., L. N. Vandenberg, J. P. Bourguignon, J. P. Myers, R. Slama, F. Vom Saal and R. T. Zoeller (2016). "Peer-reviewed and unbiased research, rather than 'sound science', should be used to evaluate endocrine-disrupting chemicals." J Epidemiol Community Health.

Solecki, R., A. Kortenkamp, A. Bergman, I. Chahoud, G. H. Degen, D. Dietrich, H. Greim, H. Hakansson, U. Hass, T. Husoy, M. Jacobs, S. Jobling, A. Mantovani, P. Marx-Stoelting, A. Piersma, V. Ritz, R. Slama, R. Stahlmann, M. van den Berg, R. T. Zoeller and A. R. Boobis (2016). "Scientific principles for the identification of endocrine-disrupting chemicals: a consensus statement." Arch Toxicol.

Slama, R., J. P. Bourguignon, B. Demeneix, R. Ivell, G. Panzica, A. Kortenkamp and R. T. Zoeller (2016). "Scientific Issues Relevant to Setting Regulatory Criteria to Identify Endocrine-Disrupting Substances in the European Union." Environ Health Perspect **124**(10): 1497-1503. PMC5047779 interests.

Leung, A. M., T. Korevaar, R. Peeters, R. T. Zoeller, J. Koehrle, L. H. Duntas, G. A. Brent and B. A. Demeneix (2016). "Exposure to Thyroid-Disrupting Chemicals: A Transatlantic Call for Action." Thyroid.

Kortenkamp, A., J. P. Bourguignon, R. Slama, A. Bergman, B. Demeneix, R. Ivell, G. Panzica, L. Trasande and R. T. Zoeller (2016). "EU regulation of endocrine disruptors: a missed opportunity." Lancet Diabetes Endocrinol **4**(8): 649-650.

Kassotis, C. D., J. J. Bromfield, K. C. Klemp, C. X. Meng, A. Wolfe, R. T. Zoeller, V. D. Balise, C. J. Isiguzo, D. E. Tillitt and S. C. Nagel (2016). "Adverse Reproductive and Developmental Health Outcomes Following Prenatal Exposure to a Hydraulic Fracturing Chemical Mixture in Female C57Bl/6 Mice." Endocrinology **157**(9): 3469-3481.

Heindel, J. and R. T. Zoeller (2016). Endocrine-Disrupting Chemicals and Human Disease. Endocrinology: Adult and Pediatric. L. J. DeGroot and J. L. Jameson, Elsevier Saunders. **2**.

Bourguignon, J. P., R. Slama, A. Bergman, B. Demeneix, R. Ivell, A. Kortenkamp, G. Panzica, L. Trasande and R. T. Zoeller (2016). "Science-based regulation of endocrine disrupting chemicals in Europe: which approach?" Lancet Diabetes Endocrinol.

Bennett, D., D. C. Bellinger, L. S. Birnbaum, A. Bradman, A. Chen, D. A. Cory-Slechta, S. M. Engel, M. D. Fallin, A. Halladay, R. Hauser, I. Hertz-Picciotto, C. F. Kwiatkowski, B. P. Lanphear, E. Marquez, M. Marty, J. McPartland, C. J. Newschaffer, D. Payne-Sturges, H. B. Patisaul, F. P. Perera, B. Ritz, J. Sass, S. L. Schantz, T. F. Webster, R. M. Whyatt, T. J. Woodruff, R. T. Zoeller, L. Anderko, C. Campbell, J. A. Conry, N. DeNicola, R. M. Gould, D. Hirtz, K. Huffling, P. J. Landrigan, A. Lavin, M. Miller, M. A. Mitchell, L. Rubin, T. Schettler, H. L. Tran, A. Acosta, C. Brody, E. Miller, P. Miller, M. Swanson, N. O. Witherspoon, O. American College of, Gynecologists, S. Child Neurology, S. Endocrine, A. International Neurotoxicology, H. International Society for Children's, E. the, E. International Society for Environmental, P. National Council of Asian Pacific Islander, A. National Hispanic Medical and A. National Medical (2016). "Project TENDR: Targeting Environmental Neuro-Developmental Risks The TENDR Consensus Statement." Environ Health Perspect **124**(7): A118-122. PMC4937840

Attina, T. M., R. Hauser, S. Sathyanarayana, P. A. Hunt, J. P. Bourguignon, J. P. Myers, J. DiGangi, R. T. Zoeller and L. Trasande (2016). "Exposure to endocrine-disrupting chemicals in the USA: a population-based disease burden and cost analysis." Lancet Diabetes Endocrinol **4**(12): 996-1003.

Allen, J. G., S. Gale, R. T. Zoeller, J. D. Spengler, L. Birnbaum and E. McNeely (2016). "PBDE flame retardants, thyroid disease, and menopausal status in U.S. women." Environ Health **15**(1): 60. PMC4877989

Zoeller, R. T. and L. N. Vandenberg (2015). "Assessing dose-response relationships for endocrine disrupting chemicals (EDCs): a focus on non-monotonicity." Environ Health **14**: 42. PMC4440251

Zoeller, R. T., A. Bergman, G. Becher, P. Bjerregaard, R. Bornman, I. Brandt, T. Iguchi, S. Jobling, K. A. Kidd, A. Kortenkamp, N. E. Skakkebaek, J. Toppari and L. N. Vandenberg (2015). "A path forward in the debate over health impacts of endocrine disrupting chemicals." Environ Health **14**(1): 118. 4298083

Vuong, A. M., G. M. Webster, M. E. Romano, J. M. Braun, R. T. Zoeller, A. N. Hoofnagle, A. Sjodin, K. Yolton, B. P. Lanphear and A. Chen (2015). "Maternal Polybrominated Diphenyl Ether (PBDE) Exposure and Thyroid Hormones in Maternal and Cord Sera: The HOME Study, Cincinnati, USA." Environ Health Perspect **123**(10): 1079-1085. PMC4590759

Trasande, L., R. T. Zoeller, U. Hass, A. Kortenkamp, P. Grandjean, J. P. Myers, J. DiGangi, M. Bellanger, R. Hauser, J. Legler, N. E. Skakkebaek and J. J. Heindel (2015). "Estimating burden and disease costs of exposure to endocrine-disrupting chemicals in the European union." J Clin Endocrinol Metab **100**(4): 1245-1255. 4399291

Romano, M. E., G. M. Webster, A. M. Vuong, R. Thomas Zoeller, A. Chen, A. N. Hoofnagle, A. M. Calafat, M. R. Karagas, K. Yolton, B. P. Lanphear and J. M. Braun (2015). "Gestational urinary bisphenol A and maternal and newborn thyroid hormone concentrations: the HOME Study." Environ Res **138**: 453-460. PMC4403004

Kassotis, C. D., K. C. Klemp, D. C. Vu, C. H. Lin, C. X. Meng, C. L. Besch-Williford, L. Pinatti, R. T. Zoeller, E. Z. Drobnis, V. D. Balise, C. J. Isiguzo, M. A. Williams, D. E. Tillitt and S. C. Nagel (2015). "Endocrine-Disrupting Activity of Hydraulic Fracturing Chemicals and Adverse Health Outcomes After Prenatal Exposure in Male Mice." Endocrinology: en20151375.

Heindel, J. J. and R. T. Zoeller (2015). Endocrine-Disrupting Chemicals and Human Disease. Jameson and DeGroot's Endocrinology: Pediatric and Adult. J. L. Jameson and L. J. DeGroot, Elsevier.

Heindel, J. J., F. S. Vom Saal, B. Blumberg, P. Bovolin, G. Calamandrei, G. Ceresini, B. A. Cohn, E. Fabbri, L. Gioiosa, C. Kassotis, J. Legler, M. La Merrill, L. Rizzir, R. Machtinger, A. Mantovani, M. A. Mendez, L. Montanini, L. Molteni, S. C. Nagel, S. Parmigiani, G. Panzica, S. Paterlini, V. Pomatto, J. Ruzzin, G. Sartor, T. T. Schug, M. E. Street, A. Suvorov, R. Volpi, R. T. Zoeller and P. Palanza (2015). "Parma consensus statement on metabolic disruptors." Environ Health **14**(1): 54. 4473834

Heindel, J. J., R. R. Newbold, J. R. Bucher, L. Camacho, K. B. Delclos, S. M. Lewis, M. Vanlandingham, M. I. Churchwell, N. C. Twaddle, M. McLellen, M. Chidambaram, M. Bryant, K. Woodling, G. G. Costa, S. A. Ferguson, J. Flaws, P. C. Howard, N. J. Walker, R. T. Zoeller, J. Fostel, C. Favaro and T. T. Schug (2015). "NIEHS/FDA CLARITY-BPA Research Program Update." Reprod Toxicol.

Gore, A. C., V. A. Chappell, S. E. Fenton, J. A. Flaws, A. Nadal, G. S. Prins, J. Toppari and R. T. Zoeller (2015). "EDC-2: The Endocrine Society's Second Scientific Statement on Endocrine-Disrupting Chemicals." Endocr Rev **36**(6): E1-E150. PMC4702494

Gore, A. C., V. A. Chappell, S. E. Fenton, J. A. Flaws, A. Nadal, G. S. Prins, J. Toppari and R. T. Zoeller (2015). "Executive Summary to EDC-2: The Endocrine Society's Second Scientific Statement on Endocrine-Disrupting Chemicals." Endocr Rev: er20151093.

Dong, H., S. H. You, A. Williams, M. G. Wade, C. L. Yauk and R. T. Zoeller (2015). "Transient Maternal Hypothyroxinemia Potentiates the Transcriptional Response to Exogenous Thyroid Hormone in the Fetal Cerebral Cortex Before the Onset of Fetal Thyroid Function: A Messenger and MicroRNA Profiling Study." Cerebral Cortex **25**: 1735-1745.

Bergman, A., G. Becher, B. Blumberg, P. Bjerregaard, R. Bornman, I. Brandt, S. C. Casey, H. Frouin, L. C. Giudice, J. J. Heindel, T. Iguchi, S. Jobling, K. A. Kidd, A. Kortenkamp, P. M. Lind, D. Muir, R. Ochieng, E. Ropstad, P. S. Ross, N. E. Skakkebaek, J. Toppari, L. N. Vandenberg, T. J. Woodruff and R. T. Zoeller (2015). "Manufacturing doubt about endocrine disrupter science - A rebuttal of industry-sponsored critical comments on the UNEP/WHO report "State of the Science of Endocrine Disrupting Chemicals 2012"." Regul Toxicol Pharmacol.

Bellanger, M., B. Demeneix, P. Grandjean, R. T. Zoeller and L. Trasande (2015). "Response to the Letter by Middlebeek and Veuger." J Clin Endocrinol Metab **100**(6): L54-55.

Bellanger, M., B. Demeneix, P. Grandjean, R. T. Zoeller and L. Trasande (2015). "Neurobehavioral deficits, diseases, and associated costs of exposure to endocrine-disrupting chemicals in the European union." J Clin Endocrinol Metab **100**(4): 1256-1266.

Zoeller, R. T. (2014). "Regulation of endocrine-disrupting chemicals insufficient to safeguard public health." J Clin Endocrinol Metab **99**(6): 1993-1994.

Wadzinski, T. L., K. Geromini, J. McKinley Brewer, R. Bansal, N. Abdelouahab, M. F. Langlois, L. Takser and R. T. Zoeller (2014). "Endocrine disruption in human placenta: expression of the dioxin-inducible enzyme, CYP1A1, is correlated with that of thyroid hormone-regulated genes." J Clin Endocrinol Metab **99**(12): E2735-2743. PMC4255108

Naveau, E., A. Pinson, A. Gerard, L. Nguyen, C. Charlier, J. P. Thome, R. T. Zoeller, J. P. Bourguignon and A. S. Parent (2014). "Alteration of rat fetal cerebral cortex development after prenatal exposure to polychlorinated biphenyls." PLoS One **9**(3): e91903. 3958407

Dong, H., S.-H. You, A. Williams, M. G. Wade, C. L. Yauk and R. Thomas Zoeller (2014). "Transient Maternal Hypothyroxinemia Potentiates the Transcriptional Response to Exogenous Thyroid Hormone in the Fetal Cerebral Cortex Before the Onset of Fetal Thyroid Function: A Messenger and MicroRNA Profiling Study." Cerebral Cortex.

Bansal, R., D. Tighe, A. Danai, D. F. Rawn, D. W. Gaertner, D. L. Arnold, M. E. Gilbert and R. T. Zoeller (2014). "Polybrominated Diphenyl Ether (DE-71) Interferes With Thyroid Hormone Action Independent of Effects on Circulating Levels of Thyroid Hormone in Male Rats." Endocrinology **155**(10): 4104-4112. 4164921

Zota, A. R., L. Linderholm, J. S. Park, M. Petreas, T. Guo, M. L. Privalsky, R. T. Zoeller and T. J. Woodruff (2013). "Temporal comparison of PBDEs, OH-PBDEs, PCBs, and OH-PCBs in the serum of second trimester pregnant women recruited from San Francisco General Hospital, California." Environmental science & technology **47**(20): 11776-11784.

Vandenberg, L. N., T. Colborn, T. B. Hayes, J. J. Heindel, D. R. Jacobs, Jr., D. H. Lee, J. P. Myers, T. Shioda, A. M. Soto, F. S. vom Saal, W. V. Welshons and R. T. Zoeller (2013). "Regulatory decisions on endocrine disrupting chemicals should be based on the principles of endocrinology." Reprod Toxicol **38**: 1-15. 3902067

Schug, T. T., J. J. Heindel, L. Camacho, K. B. Delclos, P. Howard, A. F. Johnson, J. Aungst, D. Keefe, R. Newbold, N. J. Walker, R. Thomas Zoeller and J. R. Bucher (2013). "A new approach to synergize academic and guideline-compliant research: the CLARITY-BPA research program." Reproductive toxicology **40**: 35-40.

Schug, T. T., R. Abagyan, B. Blumberg, T. J. Collins, D. Crews, P. L. DeFur, S. M. Dickerson, T. M. Edwards, A. C. Gore, L. J. Guillette, T. Hayes, J. J. Heindel, A. Moores, H. B. Patisaul, T. L. Tal, K. A. Thayer, L. N. Vandenberg, J. C. Warner, C. S. Watson, F. S. vom Saal, R. T. Zoeller, K. P. O'Brien and J. P. Myers (2013). "Designing endocrine disruption out of the next generation of chemicals." Green Chemistry **15**(1): 181-198.

Gilbert, M. E., J. M. Hedge, L. Valentin-Blasini, B. C. Blount, K. Kannan, J. Tietge, R. T. Zoeller, K. M. Crofton, J. M. Jarrett and J. W. Fisher (2013). "An animal model of marginal iodine deficiency during development: the thyroid axis and neurodevelopmental outcome." Toxicol Sci **132**(1): 177-195.

Giera, S. and R. T. Zoeller (2013). Effects and Predicted Consequences of Persistent and Bioactive Organic Pollutants on Thyroid Function. Effects of Persistent and Bioactive Organic Pollutants on Human Health**:** 203-236.

Fisher, J. W., S. Li, K. Crofton, R. T. Zoeller, E. D. McLanahan, A. Lumen and M. E. Gilbert (2013). "Evaluation of iodide deficiency in the lactating rat and pup using a biologically based dose-response model." Toxicological sciences : an official journal of the Society of Toxicology **132**(1): 75-86.

Bergman, A., J. J. Heindel, T. Kasten, K. A. Kidd, S. Jobling, M. Neira, R. T. Zoeller, G. Becher, P. Bjerregaard, R. Bornman, I. Brandt, A. Kortenkamp, D. Muir, M. N. Drisse, R. Ochieng, N. E. Skakkebaek, A. S. Bylehn, T. Iguchi, J. Toppari and T. J. Woodruff (2013). "The impact of endocrine disruption: a consensus statement on the state of the science." Environ Health Perspect **121**(4): A104-106. PMC3620733

Bergman, A., J. J. Heindel, S. Jobling, K. A. Kidd and R. T. Zoeller, Eds. (2013). State of the Science of Endocrine Disrupting Chemicals 2012. Geneva, Switzerland, World Health Organization. 9789241505031 (WHO)

9789280732740 (UNEP)

Bergman, A., J. J. Heindel, S. Jobling, K. A. Kidd and R. T. Zoeller (2013). State of the Science of Endocrine Disrupting Chemicals 2012. Summary for Decision Makers, United National Environment Programme and Worl Health Organization.

Bergman, A., A. M. Andersson, G. Becher, M. van den Berg, B. Blumberg, P. Bjerregaard, C. G. Bornehag, R. Bornman, I. Brandt, J. V. Brian, S. C. Casey, P. A. Fowler, H. Frouin, L. C. Giudice, T. Iguchi, U. Hass, S. Jobling, A. Juul, K. A. Kidd, A. Kortenkamp, M. Lind, O. V. Martin, D. Muir, R. Ochieng, N. Olea, L. Norrgren, E. Ropstad, P. S. Ross, C. Ruden, M. Scheringer, N. E. Skakkebaek, O. Soder, C. Sonnenschein, A. Soto, S. Swan, J. Toppari, C. R. Tyler, L. N. Vandenberg, A. M. Vinggaard, K. Wiberg and R. T. Zoeller (2013). "Science and policy on endocrine disrupters must not be mixed: a reply to a "common sense" intervention by toxicology journal editors." Environmental health : a global access science source **12**(1): 69.

Zoeller, R. T., T. R. Brown, L. L. Doan, A. C. Gore, N. E. Skakkebaek, A. M. Soto, T. J. Woodruff and F. S. Vom Saal (2012). "Endocrine-disrupting chemicals and public health protection: a statement of principles from The Endocrine Society." Endocrinology **153**(9): 4097-4110. PMC3423612

Zoeller, R. T. (2012). Neuroendocrine Regulation of Development, Growth and Metabolism - Thyroid. Handbook of Neuroendocrinology. G. Fink, D. W. Pfaff and J. E. Levine. London, Waltham, San Diego, Academic Press, Elsevier.

Wise, A., F. Parham, D. A. Axelrad, K. Z. Guyton, C. Portier, L. Zeise, R. T. Zoeller and T. J. Woodruff (2012). "Upstream adverse effects in risk assessment: A model of polychlorinated biphenyls, thyroid hormone disruption and neurological outcomes in humans." Environmental research **117**: 90-99.

Vandenberg, L. N., T. Colborn, T. B. Hayes, J. J. Heindel, D. R. Jacobs, Jr., D. H. Lee, T. Shioda, A. M. Soto, F. S. Vom Saal, W. V. Welshons, R. T. Zoeller and J. P. Myers (2012). "Hormones and endocrine-disrupting chemicals: low-dose effects and nonmonotonic dose responses." Endocrine reviews **33**(3): 378-455. 3365860

Paul, K. B., J. M. Hedge, R. Bansal, R. T. Zoeller, R. Peter, M. J. Devito and K. M. Crofton (2012). "Developmental triclosan exposure decreases maternal, fetal, and early neonatal thyroxine: A dynamic and kinetic evaluation of a putative mode-of-action." Toxicology **300**(1-2): 31-45. 3400151

Parham, F., A. Wise, D. A. Axelrad, K. Z. Guyton, C. Portier, L. Zeise, R. Thomas Zoeller and T. J. Woodruff (2012). "Adverse effects in risk assessment: modeling polychlorinated biphenyls and thyroid hormone disruption outcomes in animals and humans." Environ Res **116**: 74-84. PMC4955584

Jahagirdar, V., T. R. Zoeller, D. P. Tighe and C. K. Wagner (2012). "Maternal hypothyroidism decreases progesterone receptor expression in the cortical subplate of foetal rat brain." Journal of neuroendocrinology **24**(8): 1126-1134.

Zota, A. R., J. S. Park, Y. Wang, M. Petreas, R. T. Zoeller and T. J. Woodruff (2011). "Polybrominated diphenyl ethers, hydroxylated polybrominated diphenyl ethers, and measures of thyroid function in

second trimester pregnant women in california." Environmental science & technology **45**(18): 7896-7905. 3191110

Giera, S., R. Bansal, T. M. Ortiz-Toro, D. G. Taub and R. T. Zoeller (2011). "Individual Polychlorinated Biphenyl (PCB) Congeners Produce Tissue- and Gene-Specific Effects on Thyroid Hormone Signaling during Development." Endocrinology **152**(7): 2909-2919. 3115602

Zoeller, R. T. (2010). "New insights into thyroid hormone action in the developing brain: the importance of T3 degradation." Endocrinology **151**(11): 5089-5091.

Zoeller, R. T. (2010). "Environmental chemicals targeting thyroid." Hormones (Athens) **9**(1): 28-40.

vom Saal, F. S., B. T. Akingbemi, S. M. Belcher, D. A. Crain, D. Crews, L. C. Guidice, P. A. Hunt, C. Leranth, J. P. Myers, A. Nadal, N. Olea, V. Padmanabhan, C. S. Rosenfeld, A. Schneyer, G. Schoenfelder, C. Sonnenschein, A. M. Soto, R. W. Stahlhut, S. H. Swan, L. N. Vandenberg, H. S. Wang, C. S. Watson, W. V. Welshons and R. T. Zoeller (2010). "Flawed experimental design reveals the need for guidelines requiring appropriate positive controls in endocrine disruption research." Toxicol Sci **115**(2): 612-613; author reply 614-620.

Sharlin, D. S., M. E. Gilbert, M. A. Taylor, D. C. Ferguson and R. T. Zoeller (2010). "The nature of the compensatory response to low thyroid hormone in the developing brain." J Neuroendocrinol **22**(3): 153-165.

Dong, H., M. Paquette, A. Williams, R. T. Zoeller, M. Wade and C. Yauk (2010). "Thyroid hormone may regulate mRNA abundance in liver by acting on microRNAs." PLoS ONE **5**(8): e12136.

Myers, J. P., R. T. Zoeller and F. S. vom Saal (2009). "A clash of old and new scientific concepts in toxicity, with important implications for public health." Environ Health Perspect **117**(11): 1652-1655. 2801170

Myers, J. P., F. S. vom Saal, B. T. Akingbemi, K. Arizono, S. Belcher, T. Colborn, I. Chahoud, D. A. Crain, F. Farabollini, L. J. Guillette, Jr., T. Hassold, S. M. Ho, P. A. Hunt, T. Iguchi, S. Jobling, J. Kanno, H. Laufer, M. Marcus, J. A. McLachlan, A. Nadal, J. Oehlmann, N. Olea, P. Palanza, S. Parmigiani, B. S. Rubin, G. Schoenfelder, C. Sonnenschein, A. M. Soto, C. E. Talsness, J. A. Taylor, L. N. Vandenberg, J. G. Vandenbergh, S. Vogel, C. S. Watson, W. V. Welshons and R. T. Zoeller (2009). "Why public health agencies cannot depend on good laboratory practices as a criterion for selecting data: the case of bisphenol A." Environ Health Perspect **117**(3): 309-315. 2661896

Miller, M. D., K. M. Crofton, D. C. Rice and R. T. Zoeller (2009). "Thyroid-disrupting chemicals: interpreting upstream biomarkers of adverse outcomes." Environ Health Perspect **117**(7): 1033-1041. 2717126

Dong, H., C. L. Yauk, A. Rowan-Carroll, S. H. You, R. T. Zoeller, I. Lambert and M. G. Wade (2009). "Identification of thyroid hormone receptor binding sites and target genes using ChIP-on-chip in developing mouse cerebellum." PLoS ONE **4**(2): e4610.

Diamanti-Kandarakis, E., J. P. Bourguignon, L. C. Giudice, R. Hauser, G. S. Prins, A. M. Soto, R. T. Zoeller and A. C. Gore (2009). "Endocrine-disrupting chemicals: an Endocrine Society scientific statement." Endocr Rev **30**(4): 293-342.

Zoeller, R. T. (2008). "Environmental neuroendocrine and thyroid disruption: relevance for reproductive medicine?" Fertil Steril **89**(2 Suppl): e99-e100.

Woodruff, T. J., L. Zeise, D. A. Axelrad, K. Z. Guyton, S. Janssen, M. Miller, G. G. Miller, J. M. Schwartz, G. Alexeeff, H. Anderson, L. Birnbaum, F. Bois, V. J. Cogliano, K. Crofton, S. Y. Euling, P. M. Foster, D. R. Germolec, E. Gray, D. B. Hattis, A. D. Kyle, R. W. Luebke, M. I. Luster, C. Portier, D. C. Rice, G. Solomon, J. Vandenberg and R. T. Zoeller (2008). "Meeting report: moving upstream-evaluating adverse upstream end points for improved risk assessment and decision-making." Environ Health Perspect **116**(11): 1568-1575.

Sharlin, D. S., D. Tighe, M. E. Gilbert and R. T. Zoeller (2008). "The Balance between Oligodendrocyte and Astrocyte Production in Major White Matter Tracts Is Linearly Related to Serum Total Thyroxine." Endocrinology **149**(5): 2527-2536.

Degon, M., S. R. Chipkin, C. V. Hollot, R. T. Zoeller and Y. Chait (2008). "A computational model of the human thyroid." Math Biosci **212**(1): 22-53.

Bansal, R. and R. T. Zoeller (2008). "Polychlorinated biphenyls (Aroclor 1254) do not uniformly produce agonist actions on thyroid hormone responses in the developing rat brain." Endocrinology **149**(8): 4001-4008. PMC2488245

Zoeller, R. T., R. W. Tyl and S. W. Tan (2007). "Current and potential rodent screens and tests for thyroid toxicants." Crit Rev Toxicol **37**(1-2): 55-95.

Zoeller, R. T., S. W. Tan and R. W. Tyl (2007). "General background on the hypothalamic-pituitary-thyroid (HPT) axis." Crit Rev Toxicol **37**(1-2): 11-53.

Zoeller, R. T. and S. W. Tan (2007). "Implications of research on assays to characterize thyroid toxicants." Crit Rev Toxicol **37**(1): 195-210.

Zoeller, R. T. (2007). "Environmental chemicals impacting the thyroid: targets and consequences." Thyroid **17**(9): 811-817.

Wetherill, Y. B., B. T. Akingbemi, J. Kanno, J. A. McLachlan, A. Nadal, C. Sonnenschein, C. S. Watson, R. T. Zoeller and S. M. Belcher (2007). "In vitro molecular mechanisms of bisphenol A action." Reprod Toxicol **24**(2): 178-198.

vom Saal, F. S., B. T. Akingbemi, S. M. Belcher, L. S. Birnbaum, D. A. Crain, M. Eriksen, F. Farabollini, L. J. Guillette, Jr., R. Hauser, J. J. Heindel, S. M. Ho, P. A. Hunt, T. Iguchi, S. Jobling, J. Kanno, R. A. Keri, K. E. Knudsen, H. Laufer, G. A. LeBlanc, M. Marcus, J. A. McLachlan, J. P. Myers, A. Nadal, R. R. Newbold, N. Olea, G. S. Prins, C. A. Richter, B. S. Rubin, C. Sonnenschein, A. M. Soto, C. E. Talsness, J. G. Vandenbergh, L. N. Vandenberg, D. R. Walser-Kuntz, C. S. Watson, W. V. Welshons, Y. Wetherill and R. T. Zoeller (2007). "Chapel Hill bisphenol A expert panel consensus statement: integration of mechanisms, effects in animals and potential to impact human health at current levels of exposure." Reprod Toxicol **24**(2): 131-138.

Tan, S. W. and R. T. Zoeller (2007). "Integrating basic research on thyroid hormone action into screening and testing programs for thyroid disruptors." Crit Rev Toxicol **37**(1): 5-10.

Rice, D. C., E. A. Reeve, A. Herlihy, R. Thomas Zoeller, W. Douglas Thompson and V. P. Markowski (2007). "Developmental delays and locomotor activity in the C57BL6/J mouse following neonatal exposure to the fully-brominated PBDE, decabromodiphenyl ether." Neurotoxicol Teratol **29**(4): 511-520.

Jagalur, M., C. Pal, E. Learned-Miller, R. T. Zoeller and D. Kulp (2007). "Analyzing in situ gene expression in the mouse brain with image registration, feature extraction and block clustering." BMC Bioinformatics **8 Suppl 10**: S5.

Handa, R. J., R. T. Zoeller and R. F. McGivern (2007). "Changes in vasoactive intestinal peptide and arginine vasopressin expression in the suprachiasmatic nucleus of the rat brain following footshock stress." Neurosci Lett **425**(2): 99-104.

Ginsberg, G. L., D. B. Hattis, R. T. Zoeller and D. C. Rice (2007). "Evaluation of the U.S. EPA/OSWER preliminary remediation goal for perchlorate in groundwater: focus on exposure to nursing infants." Environ Health Perspect **115**(3): 361-369.

Gauger, K. J., D. S. Sharlin and R. T. Zoeller, Eds. (2007). Polychlorinated biphenyls as disruptors of thyroid hormone action. Champagne-Urbana, University of Illinois Press.

Gauger, K. J., S. Giera, D. S. Sharlin, R. Bansal, E. Iannacone and R. T. Zoeller (2007). "Polychlorinated biphenyls 105 and 118 form thyroid hormone receptor agonists after cytochrome P4501A1 activation in rat pituitary GH3 cells." Environ Health Perspect **115**(11): 1623-1630. PMC2072832

Brent, G. A., L. E. Braverman and R. T. Zoeller (2007). "Thyroid health and the environment." Thyroid **17**(9): 807-809.

Zoeller, R. T. (2006). "Endocrine disruptors: do family lines carry an epigenetic record of previous generations' exposures?" Endocrinology **147**(12): 5513-5514.

Zoeller, R. T. (2006). "Collision of basic and applied approaches to risk assessment of thyroid toxicants." Ann N Y Acad Sci **1076**: 168-190.

You, S. H., K. J. Gauger, R. Bansal and R. T. Zoeller (2006). "4-Hydroxy-PCB106 acts as a direct thyroid hormone receptor agonist in rat GH3 cells." Mol Cell Endocrinol **257-258**: 26-34.

Sharlin, D. S., R. Bansal and R. T. Zoeller (2006). "Polychlorinated biphenyls exert selective effects on cellular composition of white matter in a manner inconsistent with thyroid hormone insufficiency." Endocrinology **147**(2): 846-858.

Gore, A. C., J. J. Heindel and R. T. Zoeller (2006). "Endocrine disruption for endocrinologists (and others)." Endocrinology **147**(6 Suppl): S1-3.

Zoeller, R. T. and K. M. Crofton (2005). "Mode of action: developmental thyroid hormone insufficiency--neurological abnormalities resulting from exposure to propylthiouracil." Crit Rev Toxicol **35**(8-9): 771-781.

Zoeller, R. T., R. Bansal and C. Parris (2005). "Bisphenol-A, an environmental contaminant that acts as a thyroid hormone receptor antagonist in vitro, increases serum thyroxine, and alters RC3/neurogranin expression in the developing rat brain." Endocrinology **146**(2): 607-612.

Zoeller, R. T. (2005). "Environmental chemicals as thyroid hormone analogues: New studies indicate that thyroid hormone receptors are targets of industrial chemicals?" Mol Cell Endocrinol **242**(1-2): 10-15.

Zoeller, R. T. (2005). "Thyroid hormone and brain development: environmental influences." Current Opinion in Endocrinology and Diabetes **12**(1): 31-35.

Seed, J., E. W. Carney, R. A. Corley, K. M. Crofton, J. M. DeSesso, P. M. Foster, R. Kavlock, G. Kimmel, J. Klaunig, M. E. Meek, R. J. Preston, W. Slikker, Jr., S. Tabacova, G. M. Williams, J. Wiltse, R. T. Zoeller, P. Fenner-Crisp and D. E. Patton (2005). "Overview: Using mode of action and life stage information to evaluate the human relevance of animal toxicity data." Crit Rev Toxicol **35**(8-9): 664-672.

Crofton, K. M. and R. T. Zoeller (2005). "Mode of Action: Neurotoxicity Induced by Thyroid Hormone Disruption During Development—Hearing Loss Resulting From Exposure to PHAHs." Critical Reviews in Toxicology **35**(8-9): 757-769.

Crofton, K. M. and R. T. Zoeller (2005). "Mode of action: neurotoxicity induced by thyroid hormone disruption during development--hearing loss resulting from exposure to PHAHs." Crit Rev Toxicol **35**(8-9): 757-769.

Bansal, R., S. H. You, C. T. Herzig and R. T. Zoeller (2005). "Maternal thyroid hormone increases HES expression in the fetal rat brain: An effect mimicked by exposure to a mixture of polychlorinated biphenyls (PCBs)." Brain Res Dev Brain Res **156**(1): 13-22.

Zoeller, R. T. and J. Rovet (2004). "Timing of thyroid hormone action in the developing brain: clinical observations and experimental findings." J Neuroendocrinol **16**(10): 809-818.

Zoeller, R. T. and D. C. Rice (2004). "Critical effect of perchlorate on neonates is iodide uptake inhibition." Regul Toxicol Pharmacol **40**(3): 376-377; author reply 378-379.

Zoeller, R. T., C. Bigelow and J. Rovet (2004). "Lack of a relation between human neonatal thyroxine and pediatric neurobehavioral disorders: neonatal total thyroxine is not a good proxy measure of maternal thyroid hormone insufficiency." Thyroid **14**(3): 239-241; author reply 241-233.

Zoeller, R. T. (2004). "Hypothyroxinemia: Zoeller's response." Environmental Health Perspectives **112**(5): A269-A269.

Zoeller, R. T. (2004). "Editorial: Local control of the timing of thyroid hormone action in the developing human brain." J Clin Endocrinol Metab **89**(7): 3114-3116.

Zoeller, R. T. (2004). "Interspecies differences in susceptibility to perturbation of thyroid hormone homeostasis requires a definition of "sensitivity" that is informative for risk analysis." Regul Toxicol Pharmacol **40**(3): 380; author reply 381-382.

Gauger, K. J., Y. Kato, K. Haraguchi, H. J. Lehmler, L. W. Robertson, R. Bansal and R. T. Zoeller (2004). "Polychlorinated Biphenyls (PCBs) Exert Thyroid Hormone-like Effects in the Fetal Rat Brain but Do Not Bind to Thyroid Hormone Receptors." Environ Health Perspect **112**(5): 516-523.

Zoeller, R. T. (2003). "Challenges confronting risk analysis of potential thyroid toxicants." Risk Anal **23**(1): 143-162.

Zoeller, R. T. (2003). "Thyroid toxicology and brain development: should we think differently?" Environ Health Perspect **111**(12): A628. 1241663

Heindel, J. J. and R. T. Zoeller (2003). "Thyroid hormone and brain development: translating molecular mechanisms to population risk." Thyroid **13**(11): 1001-1004.

Zoeller, R. T., A. L. S. Dowling, C. T. A. Herzig, E. A. Iannacone, K. J. Gauger and R. Bansal (2002). "Thyroid hormone, brain development, and the environment." Environmental Health Perspectives **110 (Suppl 3)**: 355-361.

Yang, J. and R. T. Zoeller (2002). "Differential display identifies neuroendocrine-specific protein-A (NSP-A) and interferon-inducible protein 10 (IP-10) as ethanol-responsive genes in the fetal rat brain." Brain Res Dev Brain Res **138**(2): 117-133.

Iannacone, E. A., A. W. Yan, K. J. Gauger, A. L. Dowling and R. T. Zoeller (2002). "Thyroid hormone exerts site-specific effects on SRC-1 and NCoR expression selectively in the neonatal rat brain." Mol Cell Endocrinol **186**(1): 49-59.

Zoeller, R. T. (2001). Polychlorinated biphenyls as disruptors of thyroid hormone action. PCBs: Recent Advances in the Environmental Toxicology and Health Effects of PCBs. L. J. Fisher and L. Hansen. Lexington, University of Kentucky Press: 265-272.

Yen, G., A. Croci, A. Dowling, S. Zhang, R. T. Zoeller and D. S. Darling (2001). "Developmental and functional evidence of a role for Zfhep in neural cell development." Brain Res Mol Brain Res **96**(1-2): 59-67.

Yang, J. and R. T. Zoeller (2001). "Chronic prenatal exposure to alcohol induces cell death in rat cerebral cortex on gestational day 16." Submitted.

Sanchez, E., R. M. Uribe, G. Corkidi, R. T. Zoeller, M. Cisneros, M. Zacarias, C. Morales-Chapa, J. L. Charli and P. Joseph-Bravo (2001). "Differential responses of thyrotropin-releasing hormone (TRH) neurons to cold exposure or suckling indicate functional heterogeneity of the TRH system in the paraventricular nucleus of the rat hypothalamus." Neuroendocrinology **74**(6): 407-422.

Myers, J. P., S. Krimsky and R. T. Zoeller (2001). "Endocrine disruptors--a controversy in science and policy: session III summary and research needs." Neurotoxicology **22**(5): 557-558.

Dowling, A. L., E. A. Iannacone and R. T. Zoeller (2001). "Maternal hypothyroidism selectively affects the expression of neuroendocrine-specific protein A messenger ribonucleic acid in the proliferative zone of the fetal rat brain cortex." Endocrinology **142**(1): 390-399.

Zoeller, R. T., A. L. Dowling and A. A. Vas (2000). "Developmental exposure to polychlorinated biphenyls exerts thyroid hormone-like effects on the expression of RC3/neurogranin and myelin basic protein messenger ribonucleic acids in the developing rat brain." Endocrinology **141**(1): 181-189.

Zoeller, R. T. and K. M. Crofton (2000). "Thyroid hormone action in fetal brain development and potential for disruption by environmental chemicals." Neurotoxicology **21**(6): 935-945.

Terry, K. A. and R. T. Zoeller (2000). "Identification of thyroid hormone-responsive genes in rat white blood cells." Annu Meeting Endocrine Soc **2000**: Abstract # X.

Dowling, A. L. and R. T. Zoeller (2000). "Thyroid hormone of maternal origin regulates the expression of RC3/neurogranin mRNA in the fetal rat brain." Brain Res Mol Brain Res **82**(1-2): 126-132.

Dowling, A. L., G. U. Martz, J. L. Leonard and R. T. Zoeller (2000). "Acute changes in maternal thyroid hormone induce rapid and transient changes in gene expression in fetal rat brain." The Journal of neuroscience : the official journal of the Society for Neuroscience **20**(6): 2255-2265.

Bigsby, R., R. E. Chapin, G. P. Daston, B. J. Davis, J. Gorski, L. E. Gray, K. L. Howdeshell, R. T. Zoeller and F. S. vom Saal (1999). "Evaluating the effects of endocrine disruptors on endocrine function during development." Environ Health Perspect **107 Suppl 4**: 613-618. 1567510

Zoeller, R., D. Fletcher, G. Martz, A. Dowling, J. Yang, S. Christie and K. Crofton (1998). "Perinatal exposure to polychlorinated biphenyls increases circulating levels of T4, and TSH, and affects the expression of multiple genes in the brain of 200 day-old rats." Thyroid **8 (Suppl 1)**: 65.

Yang, J., A. L. S. Dowling, D. L. Fletcher and R. T. Zoeller (1998). "Identification of genes expressed in fetal cortex during cortical development that are affected by maternal ethanol consumption." Alcoholism: Clin Exp Res **22**: 55A.

Scott, H. C., G. Y. Sun and R. T. Zoeller (1998). "Prenatal ethanol exposure selectively reduces the mRNA encoding alpha-1 thyroid hormone receptor in fetal rat brain." Alcohol Clin Exp Res **22**(9): 2111-2117.

Joseph-Bravo, P., R. M. Uribe, M. A. Vargas, L. Perez-Martinez, T. Zoeller and J. L. Charli (1998). "Multifactorial modulation of TRH metabolism." Cell Mol Neurobiol **18**(2): 231-247.

Dowling, A. L. S., G. U. Martz, D. S. Darling and R. T. Zoeller (1998). "Thyroid hormone affects the expression of multiple genes in the fetal and adult brain." Thyroid **8 (Suppl 1)**: 64.

Zoeller, R. T., D. L. Fletcher, O. Butnariu, C. Lowry and F. L. Moore (1997). "N-ethylmaleimide (NEM) can significantly improve in situ hybridization results using 35S-labeled oligodeoxynucleotide or complementary RNA probes." J Histochem Cytochem **45**: 1035-1041.

Sun, D., J. C. Swaffield, S. A. Johnston, C. E. Milligan, R. T. Zoeller and L. M. Schwartz (1997). "Identification of a phylogenetically conserved Sug1 CAD family member that is differentially expressed in the mouse nervous system." J Neurobiol **33**(7): 877-890.

Lowry, C. A., C. F. Richardson, T. R. Zoeller, L. J. Miller, L. E. Muske and F. L. Moore (1997). "Neuroanatomical distribution of vasotocin in a urodele amphibian (Taricha granulosa) revealed by immunohistochemical and in situ hybridization techniques." The Journal of comparative neurology **385**(1): 43-70.

Dowling, A. L. S., J. Yang, J. Leonard and R. T. Zoeller (1997). "Identification of thyroid hormone regulated genes in the developing brain." Thyroid **7 (Suppl 1)**: S-114.

Zoeller, R. T., D. L. Fletcher, A. Simonyl and P. K. Rudeen (1996). "Chronic ethanol treatment reduces the responsiveness of the hypothalamic-pituitary-thyroid axis to central stimulation." Alcohol Clin Exp Res **20**(5): 954-960.

Dowling, A. L. S., J. Leonard and R. T. Zoeller (1996). "Thyroid hormone regulated genes in the developing rat brain." Annual Meeting of the Society for Neuroscience **Abstract #486.12**: 1220.

Zoeller, R. T., A. Simonyi, O. Butnariu, D. L. Fletcher, P. K. Rudeen, S. McCrone and S. L. Petersen (1995). "Effects of acute ethanol administration and cold exposure on the hypothalamic-pituitary-thyroid axis." Endocrine **3**(1): 39-47.

Zhang, S. X., J.-P. Zhang, D. L. Fletcher, R. T. Zoeller and G. Y. Sun (1995). "In situ hybridization of mRNA expression for IP3 receptor and IP3-3 kinase in rat brain after transient focal cerebral ischemia." Molecular Brain Research **32**: 252-260.

Scott, H. C., R. T. Zoeller and P. K. Rudeen (1995). "Acute prenatal ethanol exposure and luteinizing hormone-releasing hormone messenger RNA expression in the fetal mouse brain." Alcohol Clin Exp Res **19**(1): 153-159.

Scott, H. C., G. Y. Sun and R. T. Zoeller (1995). "Chronic prenatal ethanol exposure and thyroid hormone receptor mRNA expression." Alcohol: Clin Exp Res **19 Suppl**: 19A, Abstr #93.

Zoeller, R. T. and D. L. Fletcher (1994). "A single administration of ethanol simultaneously increases c-fos mRNA and reduces c-jun mRNA in the hypothalamus and hippocampus." Molec Brain Res **24**: 185-191.

Zoeller, R. T., O. V. Butnariu, D. L. Fletcher and E. P. Riley (1994). "Limited postnatal ethanol exposure permanently alters the expression of mRNAS encoding myelin basic protein and myelin-associated glycoprotein in cerebellum." Alcohol Clin Exp Res **18**(4): 909-916.

Peters, R. V., R. T. Zoeller, A. C. Hennessey, E. G. Stopa, G. Anderson and H. E. Albers (1994). "The control of circadian rhythms and the levels of vasoactive intestinal peptide mRNA in the suprachiasmatic nucleus are altered in spontaneously hypertensive rats." Brain Res **639**: 217-227.

Zoeller, R. T., N. Kabeer and H. E. Albers (1993). "Molecular mechanisms of signal integration in hypothalamic neurons." Amer. Zool. **33**(2): 244-254.

Zoeller, R. T., O. Butnariu, A. Simonyi, D. L. Fletcher, I. Stafford-Segert, S. McCrone and S. L. Petersen (1993). "Ethanol disrupts stimulus-induced synthesis-secretion coupling in TRH neurons of the PVN." Annual Meeting of the Society for Neuroscience **(*In Press*)**.

Butnariu, O. and R. T. Zoeller (1993). "Efficiency of producing transcription templates by PCR." Alcohol Clin Exp Res **17**: Abs 49, p 450.

Zoeller, R. T. and P. K. Rudeen (1992). "Ethanol blocks the cold-induced increase in thyrotropin-releasing hormone mRNA in paraventricular nuclei but not the cold-induced increase in thyrotropin." Brain Res Mol Brain Res **13**(4): 321-330.

Zoeller, R. T., B. Broyles, J. Earley, E. R. Anderson and H. E. Alberst (1992). "Cellular levels of messenger ribonucleic acids encoding vasoactive intestinal Peptide and gastrin-releasing Peptide in neurons of the suprachiasmatic nucleus exhibit distinct 24-hour rhythms." J Neuroendocrinol **4**(1): 119-124.

Zoeller, R. T., B. Broyles, J. Earley, E. R. Anderson and H. E. Albers (1992). "Cellular levels of messenger ribonucleic acids encoding vasoactive intestinal peptide and gastrin-releasing peptide in neurons of the suprachiasmatic nucleus exhibit distinct 24-hour rhythms." J Neuroendocrinol **4**: 119-124.

Dolan, D. H., M. F. Nichols, D. Fletcher, J. C. Schadt and R. T. Zoeller (1992). "Cold- and ethanol-induced hypothermia reduces cellular levels of mRNA-encoding Thyrotropin-Releasing Hormone (TRH) in neurons of the preoptic area." Molecular and cellular neurosciences **3**(5): 425-432.

Butnariu, O., F. L. Fletcher and R. T. Zoeller (1992). "Selective effects of ethanol on expression of myelin protein mRNA isoforms in development." Alcohol Clin Exp Res **16**: 355 (Abs#354).

Albers, H. E., S. Y. Liou, E. G. Stopa and R. T. Zoeller (1992). "Neurotransmitter colocalization and circadian rhythms." Prog Brain Res **92**: 289-307.

Selmanoff, M., C. Shu, S. L. Petersen, C. A. Barraclough and R. T. Zoeller (1991). "Single cell levels of hypothalamic messenger ribonucleic acid encoding luteinizing hormone-releasing hormone in intact, castrated, and hyperprolactinemic male rats." Endocrinology **128**(1): 459-466.

Erickson, J. D., J. M. Masserano, R. T. Zoeller, R. L. Eskay and N. Weiner (1991). "Differential responsiveness of the pituitary-thyroid axis to thyrotropin-releasing hormone in mouse lines selected to differ in central nervous system sensitivity to ethanol." Endocrinology **128**(6): 3013-3020.

Albers, H. E., S. Y. Liou, E. G. Stopa and R. T. Zoeller (1991). "Interaction of colocalized neuropeptides: functional significance in the circadian timing system." J Neurosci **11**(3): 846-851. PMC6575345

Albers, H. E., S. Y. Liou, E. G. Stopa and R. T. Zoeller (1991). "Interaction of co-localized neuropeptides: functional significance in the circadian timing system." J. Neurosci. **11**(3): 846-851.

Albers, H. E., S. Y. Liou, C. F. Ferris, E. G. Stopa and R. T. Zoeller (1991). Neurochemistry of circadian timing. The suprachiasmatic nucleus: the Mind's cloch. D. C. Klein, R. Y. Moore and S. M. Reppert. New York, Oxford University Press.

Zoeller, R. T., N. Kabeer and H. E. Albers (1990). "Cold exposure elevates cellular levels of messenger ribonucleic acid encoding thyrotropin-releasing hormone in paraventricular nucleus despite elevated levels of thyroid hormones." Endocrinology **127**(6): 2955-2962.

Albers, H. E., E. G. Stopa, R. T. Zoeller, J. S. Kauer, J. C. King, J. S. Fink, H. Mobtaker and H. Wolfe (1990). "Day-night variation in prepro vasoactive intestinal peptide/peptide histidine isoleucine mRNA within the rat suprachiasmatic nucleus." Brain Res Mol Brain Res **7**(1): 85-89.

Zoeller, R. T., A. M. Lebacq-Verheyden and J. F. Battey (1989). "Distribution of two distinct messenger ribonucleic acids encoding gastrin-releasing peptide in rat brain." Peptides **10**(2): 415-422.

Zoeller, R. T. and K. M. Conway (1989). "Neurons expressing thyrotropin-releasing hormone-like messenger ribonucleic acid are widely distributed in Xenopus laevis brain." Gen Comp Endocrinol **76**(1): 139-146.

Wray, S., R. T. Zoeller and H. Gainer (1989). "Differential effects of estrogen on luteinizing hormone-releasing hormone gene expression in slice explant cultures prepared from specific rat forebrain regions." Mol Endocrinol **3**(8): 1197-1206.

Wray, S., R. T. Zoeller and H. Gainer (1989). "Differential effects of estrogen on LHRH gene expression in slice-explant cultures prepared from specific rat forebrain regions." Mol Endocrinol **3**: 1197-1206.

Albers, H. E., E. G. Stopa, R. T. Zoeller, J. S. Dauer, J. C. King, J. S. Fink, H. Mobtaker and H. Wolfe (1989). "Day-night variation in prepro vasoactive intestinal peptide/peptide histidine isoleucine mRNA within the rat suprachiasmatic nucleus." Mol Brain Res **7**: 85-89.

Zoeller, R. T. and W. S. Young, 3rd (1988). "Changes in cellular levels of messenger ribonucleic acid encoding gonadotropin-releasing hormone in the anterior hypothalamus of female rats during the estrous cycle." Endocrinology **123**(3): 1688-1689.

Zoeller, R. T., R. S. Wolff and K. J. Koller (1988). "Thyroid hormone regulation of messenger ribonucleic acid encoding thyrotropin (TSH)-releasing hormone is independent of the pituitary gland and TSH." Mol Endocrinol **2**(3): 248-252.

Zoeller, R. T., P. H. Seeburg and W. S. Young, 3rd (1988). "In situ hybridization histochemistry for messenger ribonucleic acid (mRNA) encoding gonadotropin-releasing hormone (GnRH): effect of estrogen on cellular levels of GnRH mRNA in female rat brain." Endocrinology **122**(6): 2570-2577.

Zoeller, R. T. and F. L. Moore (1988). "Brain arginine vasotocin concentrations related to sexual behaviors and hydromineral balance in an amphibian." Horm Behav **22**(1): 66-75.

Miller, M. A., R. T. Zoeller and D. M. Dorsa (1988). "Detection of vasopressin messenger RNA in cells within the bed nucleus of the stria terminalis by in situ hybridization histochemistry." Neurosci Lett **94**(3): 264-268.

Young, W. S. I. and R. T. Zoeller (1987). "Neuroendocrine gene expression in the hypothalamus: in situ hybridization studies." Cell Mol Neurobiol. **7**: 353-366.

Koller, K. J., R. S. Wolff, M. K. Warden and R. T. Zoeller (1987). "Thyroid hormones regulate levels of thyrotropin-releasing-hormone mRNA in the paraventricular nucleus." Proc Natl Acad Sci U S A **84**(20): 7329-7333. PMC299286

Zoeller, R. T. and F. L. Moore (1986). "Arginine vasotocin immunoreactivity in hypothalamic and extrahypothalamic areas of an amphibian brain." Neuroendocrinology **42**(2): 120-123.

Zoeller, R. T. and F. L. Moore (1986). "Correlation between immunoreactive vasotocin in optic tectum and seasonal changes in reproductive behaviors of male rough-skinned newts." Horm Behav **20**(2): 148-154.

Sherwood, N. M., R. T. Zoeller and F. L. Moore (1986). "Multiple forms of gonadotropin-releasing hormone in amphibian brains." Gen Comp Endocrinol **61**(2): 313-322.

Mason, A. J., J. S. Hayflick, R. T. Zoeller, W. S. Young, H. S. Phillips, K. Nikolics and P. H. Seeburg (1986). "A DELETION TRUNCATING THE GONADOTROPIN-RELEASING-HORMONE GENE IS RESPONSIBLE FOR HYPOGONADISM IN THE HPG MOUSE." Science **234**(4782): 1366-1371.

Zoeller, R. T. and F. L. Moore (1985). "Seasonal changes in luteinizing hormone-releasing hormone concentrations in microdissected brain regions of male rough-skinned newts (Taricha granulosa)." Gen Comp Endocrinol **58**(2): 222-230.

Moore, F. L. and R. T. Zoeller (1985). "Stress-induced inhibition of reproduction: evidence of suppressed secretion of LH-RH in an amphibian." Gen Comp Endocrinol **60**(2): 252-258.

Zoeller, R. T., L. T. Lais and F. L. Moore (1983). "Contractions of amphibian Wolffian duct in response to acetylcholine, norepinephrine, and arginine vasotocin." J Exp Zool **226**(1): 53-57.

Moore, F. L., S. P. Spielvogel, R. T. Zoeller and J. Wingfield (1983). "Testosterone-binding protein in a seasonally breeding amphibian." Gen Comp Endocrinol **49**(1): 15-21.

Zoeller, R. T. and F. L. Moore (1982). "Duration of androgen treatment modifies behavioral response to arginine vasotocin in Taricha granulosa." Horm Behav **16**(1): 23-30.

Moore, F. L. and R. T. Zoeller (1979). "Endocrine control of amphibian sexual behavior: evidence for a neurohormone-androgen interaction." Horm Behav **13**(3): 207-213.

***GenBank Entries***

1. M14872
2. AF133275
3. AF133274
4. AF133273

***Published Abstracts***

Contributed Paper (March, 1979): Modulation of sexual behavior in male newts by neurohormones. Northwest Regional conference on Comparative Endocrinology, Eugene Oregon.

Contributed Paper (March, 1980): Evidence for androgen-neurohormone interaction in endocrine regulation of sexual behavior in male *Taricha granulosa*. Western Regional Conference on Comparative Endocrinology, Moscow Idaho.

Zoeller, R.T. and Moore, F.L. 1980. Effects of androgen and arginine vasotocin (AVT) on courtship in male rough-skinned newts. American Zoologist 20(4), #547.

Moore, F.L., Zoeller, R.T. and Spielvogel, S.P. 1980. Localization of the sex-behavior response to arginine vasotocin (AVT) in an amphibian. American Zoologist

Contributed Paper (March, 1982): Characterization of contractile responses of *Taricha* vas deferens to acetylcholine, norepinephrine and various neuropeptides. Western Regional Conference on Comparative Endocrinology, Seattle Washington.

Zoeller, R.T. 1982. Changes in LHRH content of infundibulum, preoptic and septal areas following castration of male newts. American Zoologist 22(4), #579.

Zoeller, R.T. and Moore, F.L. 1982. Characterization of contractile responses of amphibian Wolffian duct to acetylcholine, norepinephrine, and neurohypophysial peptides *in vitro*. Physiologist 25(4), #14.4.

Contributed Paper (March, 1983): Feedback relationship between brain LHRH and testis in the rough-skinned newt, *Taricha granulosa*. Western Regional Conference on Comparative Endocrinology, Berkeley California.

Moore, F.L. and Zoeller, R.T. 1983. Increase in LHRH concentration in microdissected hypothalamic areas of male newts following stress or corticosterone injection. European Comparative Endocrinology Conference. Sheffield, England. General and Comparative Endocrinology 53, #460.

Zoeller, R.T. and Moore, F.L. 1983. Seasonal changes in radioimmunoassayable LHRH in microdissected brain areas of the rough-skinned newt (*Taricha granulosa*). American Zoologist 23(4), #21.

Moore, F.L. and Zoeller, R.T. 1984. Seasonal effects of corticosterone injection of stressful stimuli on LHRH concentration in microdissected hypothalamic areas of male newts. VIIth International Congress of Endocrinology. Quebec City, Quebec.

Zoeller, R.T. and Moore, F.L. 1984. Evidence that different components of the vasotinergic system regulates sexual behavior independent of water balance in an amphibian. American Zoologist 244 (4), #300.

Moore, F.L. and Zoeller, R.T. 1985. Hormonal control of sexual behaviors in amphibians: androgens and arginine vasotocin. Xth International Symposium on Comparative Endocrinology.

Meyers, B.A., Zoeller R.T., and Loh, Y.P. 1986. An in situ hybridization study of POMC mRNA levels in the amphibian intermediate lobe during background adaptation. Satellite Conference on the Melanotropic Peptides.

Zoeller, R.T., Mason, A.J., Seeburg, P.H., and Young, III W.S. 1986. Steroid regulation of mRNA levels encoding precursor for gonadotropin-releasing hormone (GnRH) and GnRH-associated peptide (GAP). Annual Meeting of the Society for Neuroscience #14.10.

Zoeller, R.T., Seeburg, P.H. and Young, III W.S. 1986. Cellular levels of messenger RNA encoding gonadotropin-releasing hormone are decreased by estrogen treatment. 68th Annual Meeting of the Endocrine Society, Anaheim, CA #32.

Koller, K.J., Wolff, R.S., and Zoeller, R.T. 1987. Thyroid hormone regulation of messenger RNA encoding thyrotropin-releasing hormone (TRH) in the paraventricular Nucleus. 69th Annual Meeting of the Endocrine Society, Indianapolis, Indiana #813.

Koller, K.J., Wolff, R.S., and Zoeller, R.T. 1987. Thyroid hormone regulation of thyrotropin-releasing hormone mRNA in the paraventricular nucleus is independent of thyrotropin. Annual Meeting of the Society for Neuroscience #378.17, p. 1372.

Wray, S., Zoeller, R.T., and Gainer, H. 1987. Quantitative hybridization histochemistry for LHRH mRNA in organotypic cultures. Annual Meeting of the Society for Neuroscience #301.3, p. 1081.

Zoeller, R.T., and Young, III W.S. 1987. Cellular levels of messenger RNA encoding gonadotropin-releasing hormone (GnRH) are elevated after the LH surge on the day of proestrus. Annual Meeting of the Society for Neuroscience #10.7, p. 19.

Shu, C. Petersen, S.L., Zoeller, R.T., Barraclough, C.A., and Selmanoff, M. 1988. Cellular levels of mRNA encoding gonadotropin releasing hormone (GnRH) in intact, castrated and hyperprolactinemic male rats. 70th Annual Meeting of the Endocrine Society, New Orleans, LA #1191.

Taylor, T. and Zoeller R.T. 1988. Thyrotropin-releasing hormone (TRH) and thyroid-stimulating hormone (TSH) mRNA levels in response to acute and chronic hypothyroidism differ for young and old rats. Annual Meeting of the American Federation of Clinical Research.

Conway, K.M. and Zoeller, R.T. 1988. Developmental implications of three-dimensional distributions of peptidergic perikarya in the brain of frogs. Annual Meeting of the Society for Neuroscience #359.10, p. 893.

Hayes, W.P., Zoeller, R.T., and Loh. Y.P. 1988. Spatial and temporal expression of neuropeptide mRNAs encoding met-enk, POMC, and TRH: Mapping in *Xenopus laevis* using in situ hybridization. Annual Meeting of the Society for Neuroscience #407.6, p. 1019

Selmanoff, M., Shu, C., Petersen, S.L., Barraclough, C.A., and Zoeller, R.T. 1988. Cellular levels of mRNA encoding gonadotropin releasing hormone (GnRH) in intact, castrated and hyperprolactinemic male rats. Annual Meeting of the Society for Neuroscience.

Zoeller, R.T., Lebacq-Verheyden, A.-M., and Battey J.F. 1988. Distribution of Gastrin-releasing Peptide (GRP) mRNA-containing cells in rat brain as shown by in situ hybridization. Annual Meeting of the Society for Neuroscience #395.4, p. 983.

Albers, H.E., Stopa, E.G., Zoeller, R.T. and King, J.C. 1989. Day-night variation in vasoactive intestinal peptide (VIP)/peptide histidine isoleucine (PHI) mRNA within the rat suprachiasmatic nucleus (SCN). 71st Annual Meeting of the Endocrine Society #1486, p. SP85.

Banks, P., Brodie, A., Petersen, S., Zoeller, T. and Barraclough, C. 1989. Localization of aromatase mRNA in human term placenta by in situ hybridization histochemistry. 71st Annual Meeting of the Endocrine Society #76, p. SP5.

Strong R, Hale C, Moore MA, Wessels-Reiker M, Zoeller RT. 1989 Modulation of tyrosine hydroxylase gene expression in subregions of the locus ceruleus. Annual Meeting of the Society of Neuroscience #393.8.

Albers HE, Liou SY, Zoeller RT. 1990 Peptide co-localization: functional significance within the circadian timing system. Annual Meeting of Society for Neuroscience #293.13.

Zoeller RT, Licklider NR, Anderson ER, and Albers HE 1990 Cellular levels of messenger RNAs encoding VIP/PHI and gastrin releasing peptide (GRP, Bombesin) exhibit different 24 hr rhythms in the rat SCN. Annual Meeting of the Endocrine Society #1247.

Albers HE, Stopa EG, Zoeller RT 1990 Vasoactive intestinal peptide (VIP), peptide histidine isoleucine (PHI) and gastrin releasing peptide (GRP) interact within the suprachiasmatic nucleus (SCN) in a dose-dependent manner to mimic the phase delaying effects of light. Ann Meeting Soc. Neurosci. Abs # 317.15.

Zoeller RT, Albers HE 1990 Cold increases thyrotropin-releasing hormone mRNA levels in rat paraventricular nucleus despite elevated $T_3$. Annual Meeting of the Society for Neuroscience Abs # 277.8

Rudeen PK, Zoeller RT 1991 Effects of ethanol on paraventricular TRH mRNA and thyroid hormones during hypothermia. Ann Meeting Research Society on Alcoholism.

Zoeller RT, Dolan D, Nichols MF, Schadt JC 1991 Cold exerts opposite effects on TRH mRNA levels in neurons of the paraventricular nucleus (PVN) and preoptic area (POA), independent of changes in baroreceptor activity. Annual Meeting of the Society for Neuroscience Abs # 472.8.

Scott HC, Zoeller RT, Rudeen PK. 1991 LHRH gene expression in C57BL/6J mice exposed to ethanol in utero. Annual Meeting of the Society for Neuroscience Abs#601.22.

Lin T-A, Wixom P, Zhang Z-P, Lin T-N, He YY, Hsu CY, Zoeller RT, Sun GY 1992 Effects of focal cerebral ischemia on Ins(1,4,5)P3-kinase. Annual Meeting of Society for Neurochemistry

Rudeen PK, Zoeller RT 1992 Ethanol effects on TRH-stimulated TSH secretion in rats: *in vivo* and *in vitro* studies. Annual Meeting Research Society for Alcoholism, San Diego, CA.

Zoeller RT, Dolan D, Fletcher DL, Nichols MF 1992 Ethanol produces opposite effects on TRH mRNA levels in neurons of the preoptic area (POA) and paraventricular nucleus (PVN) independent of blood pressure changes. Annual Meeting Research Society for Alcoholism, San Diego, CA.

Butnariu O, Fletcher FL, Zoeller RT. 1992. Selective effects of ethanol on expression of myelin protein mRNA isoforms in development. Annual Meeting Research Society for Alcoholism, San Diego, CA.

Scott HC, Zoeller RT, Rudeen PK 1992 Expression of LHRH mRNA in the C57BL/6J mouse following acute *in utero* ethanol exposure. Annual Meeting of the Society for Neuroscience Abs#470.7.

Sun GY, Wixom P, Lin TA, Lin TN, Zoeller RT, Hsu CY 1992 Decrease in INS(1,4,5)P3 3-Kinase mRNA expression in focal cerebral ischemia. Annual Meeting of the Society for Neuroscience Abs#665.2.

Rudeen PK, Zoeller RT, Scott HC 1993 Reduction of TRH mRNA expression in the olfactory bulb of C57BL/6J mice following fetal ethanol exposure. Annual Meeting Research Society for Alcoholism, San Antonio, TX.

Butnariu O, Zoeller RT 1993 Efficiency of producing transcription templates by PCR. Annual Meeting Research Society for Alcoholism, San Antonio, TX.

Zoeller RT, Fletcher DL, Rudeen PK 1993 Acute alcohol produces specific changes in responsiveness of the thyroid axis. Annual Meeting Research Society for Alcoholism, San Antonio, TX.

Fletcher DL, Butnariu O, Rudeen PK, Zoeller RT 1993 Effect of acute ethanol administration and cold exposure on c-*fos* mRNA levels in paraventricular nuclei (PVN). Annual Meeting Research Society for Alcoholism, San Antonio, TX.

Hrabovszky E, Zoeller RT, Liposits Zs 1993 Immunoreactive galanin, SP, TRH and PNMT are present in synaptic afferents of the tuberoinfundibular dopamiknergic (TIDA) system. Annual Meeting of the Endocrine Society, Las Vegas NV.

Zoeller RT, Butnariu O, Simonyi A, Fletcher A, Stafford-Segert I, McCrone S, Petersen SL 1993 Ethanol disrupts stimulus-induced synthesis-secretion coupling in TRH neurons of the PVN. Annual Meeting of the Society for Neuroscience, Washington, DC.

Boyd SK, Zoeller RT (1993) Distribution of vasotocin mRNA in the bullfrog brain. Annual Meeting of the Society for Neuroscience, Washington, DC.

Hennessey AC, Wilson ME, Zoeller RT, Albers HE (1993) Estradiol reduces somatostatin mRNA within the periventricular nucleus of immature female rats. Annual Meeting of the Society for Neuroscience, Washington, DC.

Zhang SX, Zhang J-P, Zoeller RT, Sun GY 1994 Effects of focal cerebral ischemia on the poly-PI signaling pathway. Annual Meeting of the Neurochemistry Society.

Scott HC, Sun GY, Zoeller RT 1995 Chronic prenatal ethanol exposure and thyroid hormone receptor mRNA expression. Annual Meeting Research Society for Alcoholism, Steamboat Springs, CO

Osborn JA, Kim CK, Yu WK, Herbert L, Zoeller RT, Weinberg JA 1995 Fetal ethanol effects on hypothalamic CRF mRNA levels following stress in dexamethasone (DEX) treated animals. Annual Meeting of the Society for Neuroscience.

Zoeller RT, Lee R, Curran M, Fletcher DL and Blazis EJ 1996 Functional organization of hypophysiotropic TRH neurons. Annual meeting of the Society for Neuroscience, Washington DC.

Dowling ALS, Leonard J, Zoeller RT 1996 Thyroid hormone regulated genes in the developing rat brain. Annual Meeting of the Society for Neuroscience #486.12, pg 1220.

Dowling ALS, Yang J, Leonard J, Zoeller RT 1997 Identification of thyroid hormone regulated genes in the developing brain. *Thyroid* 7(Suppl 1): S-114

E. Sanchez, C. Morales, R.M. Uribe, T. Zoeller, J.L. Charli and P. Joseph-Bravo. 1997 Characterization Of TRH Responsive Cells To Neural Stimuli In The Hypothalamic Paraventricular Nucleus. Annual Meeting of the Society for Neuroscience, New Orleans, La. (Oct 25 - Oct 30).

Yang J, Dowling ALS, Fletcher DL, Zoeller RT. 1998. Identification of genes expressed in fetal cortex during cortical development that are affected by maternal ethanol consumption. Annual meeting of the Research Society on Alcoholism, Hilton Head NC. June, 1998.

Zoeller R, Fletcher D, Martz G, Dowling A, Yang J, Christie S, and Crofton K. (1998) Perinatal Exposure To Polychlorinated Biphenyls Increases Circulating Levels Of T4, And Tsh, And Affects The Expression Of Multiple Genes In The Brain Of 200-Day Old Rats. *Thyroid* 8(Suppl 1): 65

Dowling ALS, Martz GU, Darling DS, and Zoeller RT (1998) Thyroid hormone affects the expression of multiple genes in the fetal and adult brain. *Thyroid* 8(Suppl 1): 64

Specker, Jennifer L., R. Thomas Zoeller and Leroy C. Folmar. 1998. Thyroid Status and Function in Aquatic Vertebrates: Assessment and Disruption (Abstract). Prepared for the 8th ASTM Symposium on Environmental Toxicology and Risk Assessment: Standardization of Biomarkers for Endocrine Disruption and Environmental Assessment, 20-22 April 1998, Atlanta, GA. 1 p.

Zoeller RT and K.M. Crofton 1998 Perinatal Exposure to polychlorinated biphenyls exerts both thyroid hormone-like and anti-thyroid effects in rats. NIEHS/USEPA Endocrine Disruptor Investigators Meeting, Research Triangle Park, NC, Oct 1998.

Vas AA, Joseph-Bravo P, and Zoeller RT. 1999. Expression of adrenergic receptor subtypes within hypophysiotropic Thyrotropin-Releasing Hormone (TRH) neurons. Annual Meeting of the Society for Neuroscience.

Dowling ALS and Zoeller RT. 1999. Thyroid Hormone Affects the mRNA Expression of Neuroendocrine-Specific Protein in the Adult Cortex, Hippocampus, and Cerebellum. *Thyroid* 9 (Suppl 1). Abstract # 166.

Terry KA and Zoeller RT 2000 Identification Of Thyroid Hormone-Responsive Genes in Rat White Blood Cells. Annual Meeting of the Endocrine Society, Toronto, CA

Sanchez E, Zacarias M, Cisneros M, Corkidi G, Uribe RM, Zoeller RT, Charli JL and Joseph-Bravo P. 2000 TRH mRNA expression diffes in the paraventricular nucleus of lactating rats exposed to cold or suckling. Annual Meeting of the Endocrine Society, Toronto, CA

Curran MA, Sears CA, Terry K, Zoeller RT, and Petersen SL 2000 The effect of thyroid status on lueteinizing hormone-releasing hormone (LHRH) mRNA levels in the male rat. Annual Meeting of the Society for Neuroscience. New Orleans, LA.

Yang J, and Zoeller RT (2000) Limited changes in patterns of gene expression in alcohol-treated rat fetal brain revealed by differential display and cDNA array. Annual Meeting of the Society for Neuroscience. New Orleans, LA.

Darling DS, Yen G, Zoeller RT, and Stearman RP (2001) Zfhep transcription factor may influence neural cell differentiation. Annual Meeting of the Society for Developmental Biology, Seattle, WA. Developmental Biology 235: 218, Abstract # 220.

Herzig C, Bansal R, Iannacone E, Zoeller R. (2002) Maternal exposure to a mixture of polychlorinated biphenyls (Arocolor 1254) exerts thyroid hormone-like effects on notch signaling in the fetal cortex. Annual Meeting of the Society of Toxicology, Nashville, TN.

Iannacone E, Zoeller R. (2002). Do polychlorinated biphenyls interfere with non-genomic actions of thyroid hormones? Annual Meeting of the Society of Toxicology, Nashville, TN.

Zoeller R. (2002). Interpreting thyroid toxicity for risk assessment. Annual Meeting of the Society of Toxicology, Nashville, TN.

Gauger K, Herzig C, Zoeller R. (2002) Exposure to polychlorinated biphenyls exerts thyroid hormone-like effects on the expression of thyroid hormone-responsive genes in the fetal cortex. Annual Meeting of the Society of Toxicology, Nashville, TN.

Bansal R, Herzig C, Iannacone E, Zoeller R. (2002). Maternal thyroid hormone increases the expression of genes that affect glial determination in the early cortex. Annual Meeting of the Society of Toxicology, Nashville, TN.

Gauger KJ, Kato Y, Haraguchi K, Lehmler HJ, Robertson LW, Zoeller RT (2003) Paradoxical effects of PCBs on thyroid hormone action. Annual Meeting of the Society for Neuroscience, New Orleans, LA.

Sharlin D, Bansal R, Herzig C, Zoeller R. (2004) Maternal Polychlorinated Biphenyl Exposure Alters Oligodendrocyte Development in Rat Brain. Gordon Research Conference on Environmental Endocrine Distruptors, Colby-Sawyer College, New London, NH.

Bansal R, Parris C, Zoeller RT (2005) Bisphenol-A, an Environmental Contaminant that Acts as a Thyroid Hormone Receptor Antagonist *in Vitro*, Increases Serum Thyroxine, and Alters RC3/Neurogranin Expression in the Developing Rat Brain. Annual Meeting of the Society of Toxicology, New Orelans, LA.

Sharlin D, Bansal R, Zoeller R. (2005) PCB induced hypothyroxinemia alters oligodendrocyte numbers in two white matter tracts of the developing rat brain. Annual Meeting of the Society of Toxicology, New Orelans, LA.

## ***Teaching***

*University of Missouri*

| | |
|---|---|
| M205: | "Medical Histology" |
| AN491: | "Reproductive Neuroendocrinology" Special Topics |
| DBS490 | "Neurobiology Seminar" (for graduate students). |

*University of Massachusetts*

Biol 325 "Introduction to Human Physiology"
Biol 564/5 "Human Physiology " ("Experimental Animal Physiology I" in 1995).
Biol 797B "Gene Expression in the Nervous System"
Biol 568/9 "Endocrinology".
Biol 297A "Human Physiology".
Biol 105 "Biology of Social Issues"
Biol 795A "Environmental Endocrine Disruptors"
*See teaching statement*

## Administrative

*University of Missouri*

**Graduate Faculty Senate** from Anatomy/Neurobiology ('89-'94). Secretary of GFS ('93-'94)
**Director of Graduate Studies**, Department of Anatomy/Neurobiology ('90-'94)
**Vice President**, Mid-Missouri Chapter of the Society for Neuroscience ('90-'91)
**President**, Mid-Missouri Chapter of the Society for Neuroscience ('93-'94)
**Member of Medical School Task Force on Assessment**, ('92-'94)
**Member of Curriculum Committee on Endocrinology**, ('93)

*University of Massachusetts*

**Biology Personnel Committee** (Elected '95-'98, '99-'02, '08-'10, '15-'18; **chair** '96-'01)
**Biology Department Executive Committee** '98-'01, '01-'04, '09-Present
**Departmental Space Committee** (Elected '95-00)
**Dean's advisory committee** on CNSM organization, March, '94.
**NSB steering committee** (Elected '95-'98)
**MCB admissions committee** ('96, '98, '99; chair '99, '00)
**Chair**, Animal Care Office Review, 1999-2000
**College of Natural Science and Mathematics Personnel committee**. ('02-'05)
**Provost Search Committee** '04.
**Biology Department Chair (2004-2007)**
**Search committee for the Dean of the School of Public Health (2010)**
**Selection Committee for the Conti Faculty Research Award**