# Exhibit 30

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br><br>Case No. 1:23-cv-00818<br><br>Honorable Mary M. Rowland<br><br>**This document relates to: All Cases** |

**<u>EXPERT REPORT OF LEWIS CHODOSH, M.D., PH.D.</u>**

EXHIBIT
PENGAD 800-631-6989
Chodosh-3
4/13/26 KL

**Opinions of Lewis A. Chodosh, M.D., Ph.D.**

**Background and Qualifications**

1. I am a physician and cancer researcher. I graduated summa cum laude, Phi Beta Kappa from Yale University in 1981 with Distinction in Molecular Biophysics and Biochemistry. In 1989, I simultaneously received my M.D. degree from Harvard Medical School, where I graduated magna cum laude, and my Ph.D. degree in Biochemistry from the Massachusetts Institute of Technology under the mentorship of Dr. Phillip Sharp. Dr. Sharp was awarded the 1993 Nobel Prize in Physiology or Medicine for his discovery that each of the genes in our genome is split into pieces, and for his work determining how these pieces are spliced together to generate a messenger RNA corresponding to a complete protein-coding gene.

2. After a residency in Internal Medicine at the Massachusetts General Hospital, I completed a clinical fellowship in Endocrinology at the Massachusetts General Hospital in 1992. I then performed a postdoctoral research fellowship in cancer genetics and developmental biology with the Chairman of the Department of Genetics at Harvard Medical School, Dr. Philip Leder. Dr. Leder is widely credited with deciphering the genetic code by which the DNA sequences that encode genes are translated into proteins via a messenger RNA intermediate. In addition, Dr. Leder received the 1987 Albert Lasker Basic Medical Research Award for his discovery of one of the first oncogenes recognized to cause human cancer, MYC, and his demonstration that the MYC oncogene is activated by a chromosomal rearrangement. Dr. Leder went on to create the very first genetically engineered mouse model for human cancer in order to prove that the MYC oncogene could cause cancer in a living organism.

3. During my training, I received a number of additional honors including the Emerson Tuttle Cup for Distinguished Academic Achievement from Yale University, the Leon Reznick Memorial Prize for Excellence in Research from Harvard Medical School, and appointment to the Medical Scientist Training Program at Harvard.

4. I began my independent scientific career as an assistant professor at the University of Pennsylvania in 1994. As a faculty member in the Perelman School of Medicine at the University of Pennsylvania, I have received a number of awards and honors, including the Charles E. Culpeper Foundation Scholarship in Medical Science (one of three such awards made nationally to young physician-scientist faculty), the AACR-Sidney Kimmel Cancer Symposium for Cancer Research Scholar Award, and selection as the inaugural recipient of the Perelman Professorship and Endowed Chair in Cancer Biology. In 2002, I was elected to the American Society for Clinical Investigation. Established in 1908, the ASCI is one of the nation's oldest and most respected medical honor societies and is comprised of physician-scientists elected "for their outstanding records of scholarly achievement in biomedical research". In 2008, I was elected to the Association of American Physicians. Founded in 1885, the AAP is an honorary society whose goals include "the pursuit of medical knowledge, and the advancement through experimentation and discovery of basic and clinical science and their application to clinical medicine". In 2017, I was elected to the National Academy of Medicine, which is a part of the National Academies of the United States that were established by an act of Congress and signed

into law in 1863 by Abraham Lincoln. Election to the NAM is considered one of the highest professional honors in medicine and medical research.

5. As a physician-scientist, the majority of my time is spent leading a research laboratory of approximately twenty-five graduate students, undergraduate students, research technicians, physicians and postdoctoral fellows in a comprehensive research program aimed at understanding the fundamental mechanisms that cause cancer, including understanding why cancers arise and progress in patients. As a principal investigator of a laboratory, and as a mentor, I teach graduate students and postdoctoral researchers in the laboratory to be rigorous, critical-thinking experimental scientists, including how to design appropriate laboratory experiments to answer important biological questions, how to interpret the resulting data, how to prepare results for peer-review and publication, and how to critically read the scientific literature.

6. In addition, as a professor at the University of Pennsylvania I teach medical students, graduate students and undergraduate students in the classroom about principles of cancer biology, cancer epidemiology, and cancer therapy. I also teach physicians about cancer biology.

7. As a principal investigator of a laboratory at the University of Pennsylvania, I have focused on understanding the causes of cancer and on using that information to devise better methods of cancer prevention and treatment for patients. I am especially interested in understanding the natural history by which human cancers arise and progress to more advanced stages, including their metastatic spread and development of therapeutic resistance.

8. My laboratory uses a broad array of in vivo and in vitro models to study genes, pathways and mechanisms involved in the development of cancers in the breast and other tissues, including those related to inherited and acquired mutations in tumor suppressor genes and oncogenes. The first several publications from my laboratory focused on the BRCA1 and BRCA2 tumor suppressor genes. These two genes are involved in the cellular response to DNA damage and play key roles in suppressing cancers of the breast, ovary, pancreas, and other tissues. Inherited mutations in BRCA1 and BRCA2 are responsible for the majority of cases of familial breast and ovarian cancer. Subsequent studies from my laboratory over nearly three decades have focused on the roles played by a variety of oncogenes, tumor suppressor genes, signaling pathways and genomic alterations in the development and progression of human cancers.

9. Model systems employed in my laboratory include in vitro studies of human and rodent cells in culture, studies of tissues from human patients, studies of genetically engineered mouse and rat models of human cancer, and studies of cell and tissue samples from cancer patients in the clinic. Particular areas of interest include: the function of oncogenes and tumor suppressor genes in cancer, metastasis, tumor dormancy (in cases where that occurs) and tumor recurrence; developmental windows of susceptibility to cancer development; the role of signal transduction pathways in cancer; the mechanisms by which cancers escape therapy; the role of inflammation, immunity, angiogenesis and the tumor microenvironment in cancer development and progression; the mechanisms controlling adipocyte (fat cell) differentiation; the roles of tumor initiating cells (*i.e.*, "cancer stem cells") in cancer; the mechanisms of metabolic regulation in cancer development and progression and in normal tissue physiology; the use of genomics and

computational approaches to understand genetic programs in organ development and carcinogenesis; the use of noninvasive imaging approaches to study tumor biology; the basis for pregnancy-induced protection against breast cancer; and the development of new diagnostic tests to address unmet needs in clinical oncology. In pursuit of these goals, my laboratory has developed several novel genetically engineered animal models for cancer, as well as a number of innovative approaches for analyzing large genomic data sets, imaging cancers, and identifying ultra-rare cancer cells that persist in some patients' bodies after they complete treatment. My laboratory is also integrally involved in the design and execution of clinical trials for cancer patients, including the analysis of clinical samples from patients enrolled in clinical trials investigating new treatments for cancer.

10. I am currently the Perelman Professor of Cancer Biology and I have served as Chairman of the Department of Cancer Biology at the Perelman School of Medicine at the University of Pennsylvania for the past 19 years. I am a Professor with Tenure in the Department of Cancer Biology and in the Department of Medicine in the Division of Endocrinology, Diabetes and Metabolism. I also serve as Associate Director for Basic Science in the Abramson Cancer Center at the University of Pennsylvania, one of 51 National Cancer Institute-designated Comprehensive Cancer Centers in the United States, a designation that fewer than 4% of cancer centers in the Unites States receive. I have served as Director of Cancer Genetics as well as Director of Tumor Biology in the Abramson Family Cancer Research Institute. I also co-founded and serve as co-Director of the 2-PREVENT Translational Center of Excellence at the Abramson Cancer Center, which is a multidisciplinary center aimed at preventing deaths from breast cancer recurrence in patients through novel clinical trials based upon scientific discoveries in the laboratory. Through these roles I contribute to, and help oversee the research programs of, more than 100 faculty members at the University of Pennsylvania who are focused on understanding the causes of human cancers, and the mechanisms that underlie their aggressive behavior and response to treatment.

11. In addition, I served as a member of the scientific advisory board for the Dana-Farber/Harvard Cancer Center at Harvard Medical School for 9 years, and as a member of the scientific advisory board for the Harvard Nurses' Health Studies I and II for more than 15 years. I have served as Principal Investigator for a Department of Defense Breast Cancer Center of Excellence, and for 10 years I served as Principal Investigator for one of the sites of the National Cancer Institute's Mouse Models for Human Cancers Consortium. I am Editor-in-Chief of the scientific journal *Breast Cancer Research*, and I have served as a Senior Editor of *Cancer Research* and on the editorial boards of *Cancer Biology and Treatment* and the *Journal of Mammary Biology and Neoplasia*. I also regularly serve as a peer reviewer for numerous journals, including *Nature, Science, Cell, Nature Medicine, Cancer Cell, Cancer Discovery, Science Translational Medicine* and many others.

12. In my capacity as Principal Investigator, I have been awarded more than $60 million in extramural grants to support research in my laboratory, primarily from the National Cancer Institute, as well as from the Department of Defense and a variety of charitable foundations focused on supporting cancer research. I am also a Staff Physician in good standing at the Hospital of the University of Pennsylvania and I am licensed to practice medicine in the states of

Pennsylvania and Massachusetts. A more complete statement of my education, background, publications, and other work in the fields of cancer, molecular biology and developmental biology is contained in my CV that accompanies this report.

13. I maintain an office and my laboratory at 614 Biomedical Research Building II/III, 421 Curie Boulevard, Philadelphia, Pennsylvania.

14. The following opinions are based on my education, training, research, experience, knowledge of the literature, and information available to me at this time, and are based on a reasonable degree of medical and scientific probability and/or medical and scientific certainty. These opinions are offered to address issues related to general causation in this litigation. I may amend or supplement these opinions should any additional information be provided to me or if I learn of additional scientific literature that is relevant to this case. I may also amend or supplement this report in order to offer opinions on specific causation, or to rebut or respond to claims made by Plaintiffs' experts. I may use medical records, graphics or other materials to illustrate my opinions.

15. Citations to specific reference materials are offered in this report in those instances in which I considered it necessary to cite a specific source. Otherwise, my opinions are derived from general medical and scientific knowledge, my own scientific and clinical experience, and/or a combination of reference sources. This report is not intended to be an exhaustive summary of all of my opinions, nor an exhaustive set of citations to the literature.

16. A copy of my CV is included as **Attachment 1** to this report.

17. In addition to the current litigation that is the focus of this report, I have participated in litigation as an expert witness in other matters, which are detailed in **Attachment 2** to this report. My current rate for consultation in this matter is $925 per hour for testimony and all other work.

**Overview**

This report will address:

A. Background on human cancer causation

B. Evaluation of the claim that hair relaxer products cause uterine cancer and ovarian epithelial cancer in human beings

C. Response to Plaintiffs' claims

**Summary of Opinions**

18. Cancer is a heterogenous disease in which abnormal cells bearing mutations in critical regulatory genes, which may be inherited or acquired after birth, divide in an uncontrolled manner and are able to invade other tissues in the body. Although there are well over 100 different types of cancer in humans, human cancers that arise in different tissues share several common properties once they have developed. These include the causal role played by acquired mutations in key driver genes and the common properties that they confer on cancer cells, such as self-sufficiency in growth signals, insensitivity to anti-growth signals, the ability to evade programmed cell death, the ability to induce the formation of new blood vessels, the ability to proliferate indefinitely, and the ability to invade tissues and metastasize. Despite common general properties shared by different types of cancer once they have developed, the etiology, pathogenesis, and risk factors for different types of cancer are different.

19. Cancer is a common and ancient disease that arises naturally in adults as a consequence of aging and does not require exposure to any man-made chemical. Indeed, human beings have been developing cancer for thousands of years before there were man-made chemicals. Cancer arises as a consequence of the normal daily metabolism of our cells, which involves the synthesis and conversion and thousands of naturally occurring chemical entities.

20. Medical science has established that virtually all human cancers are caused by mutations, specifically the accumulation of mutations in critical genes within the same cell. Moreover, it is generally understood that transformation of a normal cell to a cancer cell requires mutations in at least six different critical regulatory genes. These mutations typically occur as a consequence of the natural aging process, such that cancer-causing mutations occur even in the absence of exposure to any environmental or dietary mutagens. Thus, aging-associated mutations must be considered as a potential cause of virtually every cancer that occurs in an adult. Whereas any given human cancer may contain a relatively small number of 'driver' mutations responsible for the development of that cancer, human cancers commonly contain a far larger number of 'passenger' mutations that have little or no effect on protein coding regions or on the behavior of the tumor. The abundance of passenger mutations reflects the fact that DNA damage resulting in the accumulation of mutations is common within our cells when considered over a lifetime.

21. For many common forms of human cancers, it is often not possible to determine the cause of a particular person's cancer beyond the mutations contained within it and, in most cases, it is not possible to rule out endogenous processes as the cause of those mutations. In certain clinical contexts, it may be possible to infer a potential cause of at least some of the mutations that may have contributed to the development of a cancer; these may include situations in which a patient has inherited a deleterious germline mutation in a tumor suppressor gene known to cause human cancer (*e.g.*, *BRCA1* and ovarian cancer), been infected with a known cancer-causing tumor virus (*e.g.*, HPV 16 and cervical cancer), or been

exposed to a known human carcinogen at a cumulative dose and duration known to be sufficient to cause cancer in human beings (*e.g.*, cigarette smoking and lung cancer). Although some types of human cancer have also been linked to exposures to mutagenic agents in the environment (*i.e.*, "exogenous" sources of mutation), in medical practice it is generally difficult, and in most cases impossible, to distinguish which mutations in a particular patient's cancer were caused by endogenous versus exogenous processes, with the notable exceptions of mutations that are inherited and mutations caused by infection with tumor viruses. However, even in those cases, it is often not possible to rule out endogenous processes as the cause of the mutations that played a critical role in the development of that cancer.

22. The essence of cancer is that mutations in critical growth control genes within a cancer cell generate all of the signals that the cancer cell requires in order to form a tumor. Accordingly, the signals that are required for the survival, growth and proliferation of cancer cells principally originate inside the cancer cell as a consequence of mutations in critical regulatory genes. These mutations result in the constitutive activation or inactivation of regulatory genes, which in turn drive uncontrolled cellular proliferation and cell survival, and abrogate normal differentiation pathways.

23. For human cancers occurring in adults, the process by which the mutations required to transform a normal cell into a cancer cell accumulate is generally believed to take decades. This is the case for breast cancer, bladder cancer, colorectal cancer, endometrial cancer, esophageal cancer, stomach cancer, kidney cancer, liver cancer, lung cancer, ovarian epithelial cancer, pancreatic cancer and prostate cancer, among others. Consistent with the long period of time required for the development of human cancers, human cancers with a discernable cause are usually diagnosed years or decades after the inferred causal event. It is for this reason that cancers that occur in adults are generally considered to be a disease of aging. There is no reliable scientific method for determining precisely when the first cancer cell arose in an individual patient diagnosed with cancer.

24. Aging is generally believed to be principally responsible for the mutations that result in most adult cancers, including bladder cancer, breast cancer, colorectal cancer, endometrial cancer, esophageal cancer, stomach cancer, kidney cancer, liver cancer, lung cancer, ovarian epithelial cancer, pancreatic cancer and prostate cancer, since the normal daily operation of our cells involves the generation of DNA damage that can result in mutations. These normal cellular processes may be referred to as "endogenous" sources of mutation. Although some types of human cancer have been linked to exposures to mutagenic agents in the environment (*i.e.*, "exogenous" sources of mutation), in medical practice it is generally difficult, and in many cases impossible, to distinguish which mutations in a particular patient's cancer were caused by endogenous versus exogenous processes, with the notable exceptions of mutations that are inherited or caused by infection with a tumor virus.

25. Mutations commonly occur in the absence of any environmental exposure to a carcinogen, because our DNA is constantly being damaged as a consequence of the normal

functioning of our cells. For example, reactive oxygen species (ROS), formaldehyde (and other aldehydes), *N*-nitrosamines (e.g., NDMA), and ethylene oxide (EtO) are each normal byproducts of metabolism in our bodies and are each capable of causing DNA damage.

26. Of critical importance, however, DNA damage does not necessarily result in mutations, because mutations do not occur unless a cell replicates its damaged, unrepaired DNA. Fortunately, our cells have a wide array of DNA repair mechanisms that can remove DNA damage and restore its DNA sequence to an error-free state before the cell replicates its DNA. In particular, DNA repair enzymes exist in our cells that are able repair the precise type of DNA damage caused by NDMA. In addition, our cells have still other safeguard mechanisms that can delay or halt a damaged cell's progression through the cell cycle to allow time for DNA repair to occur prior to DNA replication, or that can initiate a self-destruct mechanism to eliminate an irretrievably DNA-damaged cell from the body. Together, these physiological mechanisms prevent mutations from occurring following DNA damage.

27. The presence of DNA repair and cell safeguard mechanisms are responsible for the existence of a threshold for low-level DNA damage below which mutations do not occur, because that level of DNA damage can be effectively repaired. This is particularly true for chemicals that are naturally produced with the cells in our body as a consequence of normal metabolism. For example, it is almost certainly the case that thresholds exist below which exogenous exposures to formaldehyde, ethylene oxide, and NDMA do not result in mutations. As a consequence, dose of exposure is especially critical in considering cancer causation. For example, while exposure to large amounts of x-rays, such as occurred at the atomic bomb blasts at Hiroshima or Nagasaki, is a known cause of cancer in human beings, exposure to small amounts of x-rays, such as through dental x-rays, is not a cause of cancer.

28. There is no such thing as a universal chemical carcinogen. That is, chemical carcinogens cause tumors in some, but not all, tissues of exposed laboratory animals, even when exposed at extremely high doses.

29. Epidemiological evidence regarding a potential association between use of chemical hair relaxer products (HRPs) and risk of uterine cancer or ovarian epithelial cancer is exceedingly sparse, consisting of only three publications – one for ovarian cancer and two for uterine cancer. Two of these three publications – one for ovarian cancer and one for uterine cancer – included exposures to hair products other than HRPs and therefore did not specifically assess the potential cancer risk of use of HRPs. There were numerous limitations to these studies that preclude reaching reliable conclusions. These include that the reported exposures: consisted of multiple different HRPs whose components differed and changed over time; were ascertained at one point in time; and included exposures to hair products other than HRPs. Moreover, these studies reported small effects and did not control for some known risk factors. As a result, chance, bias and confounding cannot be ruled out as explanation for the reported results. Consequently, there is no sufficient, reliable body of epidemiological evidence demonstrating an association between HRP use and cancers of the uterus or ovary in humans. Nor is there a reliable body of epidemiological evidence demonstrating an association between any of the components of HRPs

and either of the above cancers. In this regard, it bears noting that the most reliable body of epidemiological evidence to evaluate the impact of HRP use on cancer risk would come from studies of patients using HRPs – not from studies of exposures to components of HRPs.

30. Similar to the lack of reliable epidemiological evidence supporting an association between use of hair relaxer products (HRPs) and risk of uterine cancer or ovarian epithelial cancer, there is no body of experimental evidence in laboratory animals that exposure to HRPs can cause cancer, including uterine and ovarian epithelial cancers. Moreover, there is no body of experimental evidence in laboratory animals that exposure to the individual components of HRPs at the doses contained within these products can cause cancer, including uterine and ovarian epithelial cancers. Nor is there evidence that the individual components of HRPs can act synergistically to cause cancers of the ovary or uterus in laboratory animals at the dosages contained within these products. Importantly, the great majority of known human carcinogens also cause cancer in laboratory animals when adequately tested.

31. Parabens are generally used in cosmetics, foods and pharmaceuticals as preservatives to prevent microbial growth, and also as fragrance ingredients. It is estimated that parabens are used in thousands of cosmetic and personal care products, with methylparaben and propylparaben being the most common. The US FDA considers methylparaben and propylparaben to be GRAS (generally recognized as safe) when used as antimicrobial agents in food at a maximum level of 0.1 percent in food. Given the lack of genotoxicity or mutagenicity of parabens, the lack of carcinogenicity in laboratory animals, the lack of ovarian or uterine cancers in animal studies, the weak estrogen receptor (ER) binding affinities of parabens and weak estrogenic activities, the lack of an established mechanism of paraben-mediated endocrine disruption in humans, and the lack of any epidemiologic evidence that exposures to parabens are associated with uterine cancer or ovarian epithelial cancer (or any other cancer), there is no biologically plausible or reliable scientific basis to conclude that exposure to parabens in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings. This opinion is supported by opinions from multiple regulatory agencies regarding the safety of parabens.

32. Phthalates are widely used as plasticizers to soften plastics and are present in medical devices, tubing, food packaging, cosmetics, and other applications. In particular, Dibutyl Phthalate (DBP), Diethyl Phthalate (DEP), and Dimethyl Phthalate (DMP) are used in many types of cosmetic products. Di(2-ethylhexyl) phthalate (DEHP) is the most widely used phthalate and is a ubiquitous environmental contaminant to which nearly all populations are exposed and excrete measurable amounts of its metabolites in their urine. In December 2025, the EPA Office of Chemical Safety and Pollution Prevention published its Cancer Human Health Hazard Assessment for Di(2-ethylhexyl) Phthalate (DEHP), Dibutyl Phthalate (DBP), Butyl Benzyl Phthalate (BBP), Diisobutyl Phthalate (DIBP), and Dicyclohexyl Phthalate (CDHP), including conclusions on Diisononyl Phthalate (DINP) and Diisodecyl Phthalate (DIDP). This report is among the most comprehensive in summarizing pertinent data regarding the question of whether phthalates are likely to be carcinogenic in human beings. EPA concluded that the phthalates

DEHP, BBP, DBP, DIBP, DCHP, DINP, and DIDP are not direct acting genotoxicants or mutagens. EPA has also concluded that DEHP, BBP, DBP and DIDP are not likely to be carcinogenic to humans, that DINP is not likely to be carcinogenic to humans at doses below levels that do not result in PPARα activation, and that the mechanism by which DINP causes liver tumors in rodents is not relevant to humans. Further, EPA used elements of the ReCAAP weight of evidence framework to evaluate DIBP and DCHP and concluded that there were no significant remaining scientific uncertainties in their qualitative and quantitative risk characterization supporting their safety. EPA also concluded that there is no evidence for immune suppression in experimental animal studies of DIBP, DCHP, DEHP, BBP, DBP, DINP, and DIDP. In light of EPAs evaluation and the full body of scientific evidence, there is no reliable scientific basis to conclude that exposure to phthalates in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

33. Bisphenol A (BPA) is widely used in the manufacture of polycarbonate plastics and epoxy resins in consumer products, including foods and beverage storage containers and medical devices. Migration of BPA from packaging material into food and ingestion from food and beverages is estimated to account for >90% of human exposure to BPA. Given the lack of mutagenicity of BPA, the lack of carcinogenicity in laboratory animals, the lack of ovarian or uterine cancers in animal studies, the weak binding affinities of BPA for ER and weak estrogenic activity, the lack of an established mechanism by which BPA could induce cancer in humans, and the lack of any consistent body of epidemiologic evidence that exposures to BPA are associated with uterine cancer or ovarian epithelial cancer, there is no biologically plausible or reliable scientific basis to support the claim that exposure to BPA in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

34. Formaldehyde is ubiquitously present in our environment and is produced in our bodies every day at levels that are far higher than environmental exposures. Formaldehyde is a critical intermediate in cellular metabolism in most living organisms and endogenously formed formaldehyde is considered to be the major source of human exposure. Because formaldehyde is endogenously produced and essential for the normal function of our cells, our bodies have evolved efficient mechanisms to precisely repair the specific types of DNA damage that endogenously produced formaldehyde is capable of generating. The principal type of cancer in humans that has been demonstrated to result from exposure to formaldehyde is nasopharyngeal carcinoma in occupationally exposed workers. Formaldehyde has not been demonstrated to be a cause of cancers of the ovary or uterus in human beings. Indeed, exogenous formaldehyde exposure is not an accepted risk factor for either of these types of cancer. Similar to humans, laboratory animals exposed to inhaled formaldehyde develop cancers of the nasal passage. There is no evidence in laboratory animals that even exceedingly high levels of formaldehyde exposure can cause uterine cancer or ovarian epithelial cancer. To the extent that formaldehyde was present at any detectable level in one or more HRP products at one or more points in time, it is almost certainly the case that these levels of formaldehyde would be below the doses to which human beings are routinely exposed through air, far lower than endogenous exposures to

formaldehyde produced in our bodies, and far lower still than the lowest formaldehyde exposures that have been shown to cause cancer in laboratory animals, or that have been implicated in nasopharyngeal cancers in occupationally exposed individuals. For these reasons, and others, there is no reliable scientific basis to conclude that alleged levels of formaldehyde in HRPs could be a biologically plausible cause of uterine cancer or ovarian epithelial cancer in human beings.

35. NDMA is an *N*-nitrosamine compound that is ubiquitously present in the environment in food, air, drinking water, soil, tobacco, and as a byproduct of industrial processes. In addition, our bodies produce large quantities of nitrosamines every day, including NDMA. Endogenously formed nitrosamines are considered to be the major source of human nitrosamine exposure. Accordingly, our bodies have evolved efficient mechanisms to precisely repair the specific type of DNA damage that endogenously produced NDMA is capable of generating. Although NDMA is a known carcinogen in laboratory animals, it is not a known human carcinogen. No cancers in humans have been conclusively demonstrated to result from exposure to NDMA. Consistent with this, no regulatory agency has classified NDMA as a known human carcinogen. Moreover, NDMA has not been demonstrated to be a cause of cancers of the ovary or uterus in human beings. Indeed, exogenous NDMA exposure is not even an accepted risk factor for either of these types of cancer. Furthermore, there is no evidence in laboratory animals that even exceedingly high levels of NDMA cause uterine cancer or ovarian epithelial cancer. To the extent that NDMA was present at any detectable level in one or more HRP products at one or more points in time, it is almost certainly the case that these levels of NDMA would be far below the doses to which human beings are routinely exposed through food, air, water and pharmaceutical products, as well as many orders of magnitude lower than both endogenous exposures to NDMA and even the lowest exposures that has been shown to cause cancer in laboratory animals. For these reasons, and others, there is no reliable scientific basis to conclude that NDMA is a known human carcinogen, or that alleged levels of NDMA in HRPs could be a biologically plausible cause of uterine cancer or ovarian epithelial cancer in human beings.

36. Like NDMA, ethylene oxide (EtO) is ubiquitously present in the environment, particularly in air, automobile exhaust, and tobacco smoke, and is produced in our bodies every day at levels that are substantially higher than environmental exposures. As such, endogenously formed EtO is considered to be the major source of human exposure. Like NDMA, our bodies have evolved efficient mechanisms to precisely repair the specific type of DNA damage that endogenously produced EtO is capable of generating. As shown through laboratory studies of mammalian cells in vitro and in animal models in vivo, EtO is considered to be a weak genotoxic carcinogen. No cancers in humans have been conclusively demonstrated to result from exposure to EtO, although small elevations in the incidence of specific types of hematopoietic cancer, and potential breast cancer, have been reported from a large cohort study of sterilization workers who were occupationally exposed to extremely high levels of EtO. EtO has not been demonstrated to be a cause of cancers of the ovary or uterus in human beings. Indeed, exogenous EtO exposure is not an accepted risk factor for either of these types of cancer. Furthermore, there is no evidence in laboratory animals that even exceedingly high levels of EtO can cause ovarian epithelial cancer. To the extent that EtO was present at any detectable level

in one or more HRP products at one or more points in time, it is almost certainly the case that these levels of EtO would be below the doses to which human beings are routinely exposed through air and tobacco smoke, far lower than endogenous exposures to EtO produced in our bodies, and many orders of magnitude lower than the lowest EtO exposures that have been shown to cause cancer in laboratory animals, or that have been implicated in hematopoietic cancers in occupationally exposed individuals. For these reasons, and others, there is no reliable scientific basis to conclude that alleged levels of EtO in HRPs could be a biologically plausible cause of uterine cancer or ovarian epithelial cancer in human beings.

37. Benzophenones are used as ultraviolet (UV) light filtering agent to prevent UV damage to colors and scents in some personal care products, such as sunscreens, perfumes and soaps, and may be added to clear plastic packaging to block UV transmission. Benzophenones are present in drinking water, can occur naturally in foods, may be added to foods and beverages as a flavoring ingredient, and may migrate from food packaging into food. Total consumption in the U.S. has been estimated at approximately by 11 μg/day. Given the general lack of genotoxicity or mutagenicity of benzophenones, the absence of carcinogenicity in mice following high-level dermal exposures, the lack of ovarian or uterine cancers in animal studies following extremely high lifetime oral exposures, the weak binding affinities of benzophenone metabolites for ER, the extremely high levels of exposure required for uterotrophic effects, and the lack of any epidemiologic evidence that exposures to benzophenones are associated with uterine cancer or ovarian epithelial cancer (or any other cancer), there is no biologically plausible or reliable scientific basis to support the claim that exposure to benzophenones in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

38. Cyclic siloxanes are used in the production of silicone polymers. Primary exposures in humans are through inhalation and dermal contact. Cyclic siloxanes exhibit limited dermal absorption, no appreciable genotoxicity or mutagenicity following high-level exposures, and no significant estrogenic or androgenic activity. Effects of cyclic siloxane D4 on uterine endometrial d, and D5 on uterine endometrial adenocarcinoma, in rats exposed for two years to extremely high inhaled concentrations of D4 or D5 have been ascribed to rat-specific effects on the estrus cycle, which the authors of each study concluded have no relevance for human carcinogenicity or hazard assessment. No increase in ovarian epithelial cancer was observed in any study. In addition, there is no direct epidemiologic evidence that exposure to cyclic siloxanes is associated with uterine cancer or ovarian epithelial cancer (or any other cancer) in humans. Based on this, there is no biologically plausible or reliable scientific basis to support the claim that exposure to cyclic siloxanes in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

39. Diethanolamine is used in the production of soaps, laundry and dishwashing detergents, cosmetics, shampoos and hair conditioners, among other uses.[1] Diethanolamine are most commonly present in personal care products as condensation products with fatty acids to form alkanolamides. Given diethanolamine's low anticipated dermal absorption, lack of genotoxicity

or mutagenicity following high level exposures, the lack of ovarian or uterine cancers in animal studies, the lack of tumors of any kind in rats exposed at extremely high levels, the lack of a carcinogenic mechanism of known relevance to humans to explain hepatic tumor development in mice exposed to high levels of diethanolamine, and the lack of any epidemiologic evidence that exposure to diethanolamine is associated with uterine cancer or ovarian epithelial cancer (or any other cancer), I conclude that there is no biologically plausible or reliable scientific basis to support the claim that exposure to diethanolamine in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

40. There is no reliable body of evidence by which one could reasonably conclude that exposures to parabens, phthalates, phenols, formaldehyde, ethylene oxide, NDMA, benzophenones, cyclic siloxanes, or diethanolamine in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

41. Carcinogenic exposures may theoretically have an additive or, far less commonly, a synergistic effect. However, it is almost never the case that two agents, each of which has no demonstrable carcinogenic effect on its own, together exert a biologically meaningful synergistic effect. Nor can instances in which this is the case be accurately predicted. Consequently, it is not a scientifically valid or reliable approach to hypothesize that agents having no carcinogenic effect in isolation nevertheless exert a significant biological effect when present together. Rather, the scientific method demands that arriving at such a conclusion would require clear experimental evidence supporting a synergistic effect. There is no body of reliable scientific evidence to support the existence of synergistic carcinogenic effects between individual constituents of hair relaxer products.

42. To a reasonable degree of medical and scientific certainty, the scientific evidence does not support that the use of hair relaxer products causes uterine or ovarian cancer in human beings.

## A. Background: Human Cancer Causation

**Cancer is a genetic disease caused by the accumulation of mutations in critical regulatory genes within the same cell**

43. A tumor (or neoplasm) is a collection of abnormal cells that may be either benign or malignant. In benign tumors, abnormal cells remain clustered together and do not invade surrounding tissues. Malignant tumors, which are also referred to as cancers, do invade surrounding tissues and frequently metastasize to distant sites in the body.

44. Cancer is a disease in which abnormal cells bearing mutations (*i.e.*, errors in the DNA sequence of a gene) divide in an uncontrolled manner and are able to invade other tissues in the body. DNA mutations may be inherited or acquired after birth.

45. There are well over 100 different types of cancer in humans, with many of these being subclassified into multiple subtypes. Despite this diversity, human cancers that arise in different tissues share several common properties once they have developed. These include the causal role played by acquired mutations in key driver genes and the common properties that these mutations confer on cancer cells, such as self-sufficiency in growth signals, insensitivity to anti-growth signals, the ability to evade programmed cell death, the ability to induce the formation of new blood vessels, the ability to proliferate indefinitely, and the ability to invade tissues and metastasize.[2,3] Despite common general properties shared by different types of cancer once they have developed, the etiology, pathogenesis, and risk factors for different types of cancer are different. Thus, the word "cancer" refers to a collection of diseases that simultaneously share a set of common cardinal features, while exhibiting fundamental differences.

46. Cancers are sometimes referred to by clinicians as "solid" or "liquid". Solid tumors include carcinomas, sarcomas and cancers of the nervous system, whereas liquid tumors principally consist of leukemias and lymphomas. Carcinomas are solid cancers that arise from epithelial cells, which are cells that line the organs and surfaces of our bodies, such as the skin, lung, breast, ovary, uterus, fallopian tube, prostate, bladder, oral cavity, esophagus, stomach, liver, pancreas, small intestine, colon and rectum. Carcinomas account for approximately 85% of all human cancers and are far more common than other types of cancer, such as leukemias, lymphomas, sarcomas, mesotheliomas, or cancers of the nervous system.

47. Cancer is frequently referred to in the scientific and medical literature as being a genetic disease.[4] This refers to the fact that the process by which normal cells become cancerous entails the accumulation of genetic mutations in critical genes within the DNA of a single cell. Mutations can consist of point mutations (*i.e.*, single nucleotide changes), small insertions and deletions (*i.e.*, "INDELs"), copy number changes (*e.g.*, amplifications or deletions), gains or losses of all or parts of chromosomes, chromosomal translocations, or aneuploidy (abnormal numbers of chromosomes). Mutations may be either inherited (*e.g.*, BRCA1, BRCA2, TP53, RB, etc.), in which case they are present in every cell of the body, or acquired "somatically" after birth in individual cells as a consequence of normal cellular function and aging, or exposure to mutagenic agents.

48. Inherited mutations are often referred to as "germline" mutations, because they are present in either the sperm or egg (which are classified as "germ" cells) that together give rise to the fertilized egg. Since the fertilized egg represents the ancestral cell that gives rise to every cell of the resulting newborn child, any "germline" mutation will be present at birth in every one of a child's cells. Because a newborn child is composed of 1-2 trillion cells, a child with an inherited mutation begins its life with more than 1 trillion mutations.

49. Conceptually, the development of a cancer from a single normal cell of origin to a cancer that can be detected clinically can be thought of as occurring in two stages. First, mutations in a sufficient number of critical regulatory genes must accumulate within the same cell, and in an appropriate combination, to generate the first (or ancestral) cancer cell. For cancers in adults, this process is believed to involve at least six mutations, and is believed to take many years, in most cases several decades.[5-8] Second, this initial ancestral cancer cell must subsequently expand in number to reach a clinically detectable size, which occurs via an imbalance between

considering only a single cell in the body, they are nevertheless quite likely to occur in at least one cell in the body over the course of a lifetime.

**Cancer is caused by mutations in oncogenes and tumor suppressor genes**

55. The process by which a normal cell is transformed into a cancer cell is generally believed to require at least six different mutations in critical genes ("cause"). Each of these mutations generally confers a new property or "hallmark" of cancer on the once-normal cell, such as: (1) self-sufficiency in growth signals; (2) insensitivity to anti-growth signals; (3) the ability to evade apoptosis (or programmed cell death); (4) the ability to induce the formation of new blood vessels; (5) the ability to proliferate forever; and (6) the ability to invade tissues and spread to other parts of the body (*i.e.*, metastasis).[2,5]

56. The critical growth control genes that, when mutated, give rise to cancer fall into two general classes: oncogenes and tumor suppressor genes.

57. An oncogene is a gene that, when constitutively activated by mutation, acts to promote tumor development, typically by driving unregulated cell growth, proliferation and/or survival. Oncogenes are most commonly derived from their non-mutated cellular counterparts (proto-oncogenes) by mutations that occur in cells of the body (*i.e.*, somatic cells) during a patient's lifetime. Proto-oncogenes typically regulate cell growth, proliferation and survival. There are dozens of established oncogenes, including RAS, MYC, NOTCH1, PIK3CA, HER2, c-MET, EGFR, BRAF, FGFR1, AKT and BCR-ABL.

58. When functioning appropriately, the proteins encoded by tumor suppressor genes act to prevent tumor formation, typically by relaying growth-inhibitory signals, sensing and repairing DNA damage, or inducing programmed cell death in response to cellular stresses or warning signals. When mutations inactivate tumor suppressor genes, tumor development is promoted. There are dozens of known tumor suppressor genes, including BRCA1, BRCA2, TP53, RB, BAP1, p16, APC, PTEN, MLH1 and MLH2. Mutations in tumor suppressor genes may occur in somatic cells during a patient's lifetime, or they may be inherited from one or both parents. Inherited mutations in tumor suppressor genes are responsible for causing a variety of different inherited cancers and cancer susceptibility syndromes, whereby rates of certain cancers or groups of cancers occur within an extended family at higher rates than would be expected by chance. Counterintuitively, it is also often the case that patients inheriting cancer-predisposing mutations in tumor suppressor genes do not have an obvious family history of cancer.

59. The accumulation of mutations in oncogenes and tumor suppressor genes within a cancer cell enables, among other things, a cancer cell to proliferate and survive in an autonomous and unregulated manner. That is, the unregulated growth of cancers is a consequence of mutational events that occur inside the cancer cell, and the autonomous behavior of cancers is a direct consequence of these mutations.

60. Over the past decade, the genomes (*i.e.*, DNA genetic code) of many different types of human solid cancers – including those of the breast, ovary, endometrium, colon, lung, prostate, stomach, esophagus, pancreas, bladder, mesothelium and others – have been sequenced in

cell proliferation (also referred to as cell division) and cell death (also referred to as apoptosis or necrosis). This gradual expansion in cell number eventually results in the accumulation of enough cells to reach a size that can be clinically detected, whether by medical imaging or by palpation, which is typically greater than 1 billion cancer cells. This net expansion of cancer cells is believed to occur over a period of years, typically a decade or more.[5,9] Importantly, the imbalance in cell proliferation and cell death that is required for the net expansion of cancer cell number (also referred to as tumor growth) is typically driven by the same mutations that led to the development of the first cancer cell.

50. The behavior of normal cells in our bodies is tightly regulated, particularly with respect to whether (and when) a cell proliferates, whether (and when) a cell dies, and whether (and when) an undifferentiated cell such as a stem cell differentiates into a mature cell. In essence, the behavior of normal cells is controlled by signals emanating from the community of cells in the body, as well as the immediate environment of the cell, to ensure that all cells function in a coordinated manner in the organism as a whole.

51. In addition, normal cells have a wide variety of safeguard mechanisms that allow them to repair DNA damage that they inevitably sustain in the course of their everyday 'life', to ensure that this DNA damage does not result in mutations.[5] Additional safeguard mechanisms allow damaged cells to initiate a 'self-destruct' program (termed programmed cell death or apoptosis) to destroy themselves if for some reason they are unable to repair DNA damage they have sustained. These, along with many other systems operating in cells and in the body, including the immune system, function as safety mechanisms that help prevent the development of cancer.

52. The essence of cancer is that mutations in critical growth control genes within the cancer cell generate all of the signals that the cancer cell requires in order to form a tumor. That is, the signals that are required for the survival, growth and proliferation of normal cells in our bodies typically originate <u>outside</u> the cell (*i.e.*, from the cells that surround it and from the bloodstream in the form of growth factors, hormones, etc.), and these signals are tightly regulated. In contrast, the signals that are required for the survival, growth and proliferation of cancer cells principally originate <u>inside</u> the cancer cell as a consequence of mutations in critical regulatory genes. These mutations result in the constitutive activation or inactivation of regulatory genes, which in turn drive uncontrolled cellular proliferation and cell survival, and abrogate normal differentiation pathways.

53. Importantly, the human body contains trillions of cells, the cells in our bodies undergo approximately $10^{16}$ cell divisions in our lifetimes (that is, 10 quadrillion – or 10 million, billion cell divisions), and every gene in our genome is estimated to undergo mutation $10^{10}$ (10 billion) times in our lifetimes, simply as a consequence of the normal function of the cells that make up our bodies.[5,10] This alone indicates that a single mutation cannot be enough to cause cancer in humans.

54. When one considers the enormous number of cells in our bodies in combination with our long lifespan, it becomes apparent that even though the events that are required to cause cancer (*e.g.*, the accumulation of mutations in critical regulatory genes) may be quite rare when

order to identify mutations in oncogenes and tumor suppressor genes that occurred during cancer development.[11-15] These studies have revealed that overlapping, but distinct, sets of oncogenes and tumor suppressor genes are mutated within different types of human cancers. This indicates that alterations in similar molecular pathways underlie the development of human solid cancers arising in different organs. For example, mutations in the TP53 pathway are commonly found in many different types of human cancer. Despite this similarity, however, the specific sets of oncogenes and tumor suppressor genes that are recurrently (*i.e.*, commonly) mutated in different types of cancer tend to be distinct from each other.

61. Just as there are multiple oncogenes and tumor suppressor genes that are mutated within each cancer, the growth of any particular cancer is influenced by many different oncogenic pathways and is rarely, if ever, dependent upon a single pathway. This is one of the reasons why treating cancer is so challenging. In addition, since there are many oncogenes and many tumor suppressor genes, the number of potential combinations of mutations in oncogenes and tumor suppressor genes that can result in cancer is enormous, so much so that almost no two cancers contain precisely the same set of mutated oncogenes and tumor suppressor genes. When combined with the many genetic (and other) differences between individuals (no two people are identical), this heterogeneity underscores why no two cancers are identical. Nevertheless, cancers have many properties that are shared, including many shared molecular features, particularly within the same type of cancer.

62. Whereas any given human cancer may contain a relatively small number of 'driver' mutations responsible for the development of that cancer, human cancers commonly contain a far larger number of 'passenger' mutations that have little or no effect on protein coding regions or on the behavior of the tumor. The abundance of passenger mutations reflects the fact that DNA damage resulting in the accumulation of mutations is common within our cells when considered over a lifetime.

**Mutations, gene expression changes, and epigenetic alterations**

63. Substances and exposures that can cause cancer are referred to as carcinogens. As would be expected from the fact that all human cancers are caused by mutations, most known human carcinogens are agents that are capable of causing mutations, which are referred to as mutagens. In contrast, genotoxic agents are agents that are capable of causing DNA damage. Since DNA damage can be repaired (and typically is), it does not necessarily result in mutations. Moreover, even if unrepaired, only some types of unrepaired DNA damage are prone to give rise to mutations. Consequently, it is only certain types of DNA damage that – if unrepaired when a cell replicates its DNA and passed along to a daughter cell that survives cell division – have the potential to result in mutations. Many known human carcinogens, such as x-rays, ultraviolet light, viruses that insert their DNA into their host's genome (*e.g.*, tumor viruses), and certain chemicals in cigarette smoke, are known to cause DNA damage that can result in mutations. Such carcinogens are therefore referred to either as "genotoxic carcinogens" or "mutagens".

64. Since mutations resulting from DNA damage can take a wide variety of forms, including single nucleotide changes, small insertions/deletions, chromosomal amplifications and deletions,

translocations, and aneuploidy, a single type of test cannot detect all genotoxic agents. Consequently, prior to the development and implementation of the full battery of tests capable of sensitively detecting the many types of DNA damage that can lead to mutations, some agents that were known to cause cancer were not recognized as being mutagenic when tested using only a limited number of assays, such as the Ames test. As a result, some of these agents were referred to as "non-genotoxic carcinogens". However, with subsequent testing using a broader range of assays it became clear that many of these agents did, in fact, cause DNA damage. Accordingly, by using a battery of tests capable of detecting the different types of DNA damage and mutations that can occur in cells, it is clear that many so-called "non-genotoxic carcinogens" actually do induce mutations in genes and/or chromosomes and therefore are, in fact, genotoxic. Thus, referring to an agent as a "non-genotoxic carcinogen" in no way implies that that agent does not cause mutations.

65. Gene "expression" refers to the process by which the linear chain of deoxyribonucleotides (*i.e.*, DNA) encoding a gene is "transcribed" to yield a messenger RNA (mRNA), which is composed of a linear chain of ribonucleotides that mirrors that of the gene. This mRNA is then "translated" by ribosomes within the cell to yield a protein, which is composed of a linear chain of amino acids specified by the mRNA and, in turn, DNA nucleotide sequence of the gene. Proteins are the class of molecule that carry out most of the functions of the cell.

66. The expression of each of the ~20,000 genes within each of the ~30 trillion cells in our bodies is tightly regulated in response to a variety of conditions inside the cell as well as external factors in a cell's local environment. This results in the transient up-regulation and down-regulation of the expression of a wide variety of genes, and activity of signaling pathways that relay messages within and between cells. These transient, tightly regulated changes in gene expression and activity are essential for the proper function of our cells and for our bodies as a whole.

67. It would be a mistake to equate the transient regulation of genes and signaling pathways that are part and parcel of normal cellular physiology with the impact of mutations in cancer associated genes that constitutively turn "on" the activity of oncogenes or turn "off" the activity of tumor suppressor genes. Regulated changes in gene expression that occur during the normal cellular response to internal and external stimuli are transient, tightly regulated and required for our survival. In contrast, mutations that constitutively activate oncogenes or inactivate tumor suppressors result in the loss of regulation of those proteins and the pathways that they control. It is this lack of regulation that results in the uncontrolled survival, growth, and proliferation signals that are characteristic of cancer cells.

68. Gene expression in cells can also be regulated by changes in chromatin and in epigenetic regulators. Epigenetic changes in gene expression are heritable (from one cell generation to the next) and do not involve alterations in the DNA nucleotide sequence (*i.e.*, mutations) of the genome. Rather, epigenetic changes typically result either from one of a variety of post-translational modifications of histone proteins that package DNA into chromatin (*e.g.*, lysine/arginine methylation, lysine acetylation, serine/threonine phosphorylation, etc.), or from methylation of DNA at specific sites, principally at the 5' position of cytosine residues located in

CpG dinucleotide sites, to generate 5-methylcytosine.[16] Clusters of CpG sites, referred to as CpG "islands", occur throughout the genome, particularly in areas of the genome that encode genes or that regulate gene expression.

69. Importantly, although epigenetic regulation is often exerted through chromatin modification (*e.g.*, histone modifications), not all types of chromatin regulation can be considered to be epigenetic mechanisms of gene regulation. Specifically, there are many chromatin regulatory mechanisms that impact gene expression, but only a subset of these, such as PRC2-mediated H3 K27 methylation, are actually sustained through cell division, which is a defining feature of epigenetic regulation. For this reason, it would be incorrect to consider any change in gene expression resulting from chromatin alterations as being an epigenetic change.

70. As with transient changes in gene expression, the reversible regulation of gene expression by epigenetic mechanisms and by chromatin modification is a normal part of physiology that is essential for the proper function of our cells and tissues. It would be a mistake to equate the epigenetic or chromatin modification-based regulation of gene expression with the impact of mutations in cancer associated genes, such as oncogenes or tumor suppressor genes. However, like the normal counterparts of oncogenes or tumor suppressor genes, epigenetic regulators can also be mutated in human cancers and, in cases where this occurs, these mutant regulators can function as oncogenes or tumor suppressor genes.

71. It would also be a mistake to equate the type of DNA methylation that mediates some epigenetic changes in gene expression (*i.e.*, methylation at position 5 of cytosine to generate 5-methylcytosine) with the types of DNA damage that are induced by endogenous or exogenous methylating agents that may alkylate DNA at a variety of sites (*e.g.*, $O^6$-methylguanine). First, covalent DNA modifications other than 5-methylcytosine are not a product of the DNA epigenetic regulatory machinery, and they are not used by the epigenetic machinery of the cell to regulate gene expression. In contrast to the normal physiologic role played by 5-methylcytosine residues in CpG islands, methylated bases such as $O^6$-methylguanine constitute forms of DNA damage that must be repaired prior to DNA replication in order to prevent the occurrence of mutations. Indeed, organisms have evolved a broad array of molecular systems that are capable of repairing precisely these types of DNA damage. As such, the methylation of DNA nucleoside bases anywhere other than position 5 of cytosine cannot be viewed as examples of epigenetic regulation.

**Cancer is a disease of aging and develops over many years**

72. As articulated above, for human cancers that occur in adults, the process by which the mutations required to transform a normal cell into a cancer cell accumulate is generally believed to take decades.[5,7] It is for this reason that cancers that occur in adults are generally considered to be a disease of aging. Aging, in turn, is believed to be principally responsible for the mutations that result in most adult cancers, since the normal daily operation of our cells involves the generation of DNA damage that can result in mutations. These normal cellular processes may be referred to as "endogenous" sources of mutation.

73. For many common forms of human cancers, it is often not possible to determine the cause of a particular person's cancer beyond the mutations contained within it and, in most cases, it is not possible to rule out endogenous processes as the cause of those mutations. In certain clinical contexts, it may be possible to infer a potential cause of at least some of the mutations that may have contributed to the development of a cancer; these may include situations in which a patient has inherited a deleterious germline mutation in a tumor suppressor gene known to cause human cancer (*e.g.*, *BRCA1* and breast cancer), been infected with a known cancer-causing tumor virus (*e.g.*, HPV 16 and cervical cancer), or been exposed to a known human carcinogen at a cumulative dose and duration known to be sufficient to cause cancer in human beings (*e.g.*, cigarette smoking and lung cancer). Although some types of human cancer have also been linked to exposures to mutagenic agents in the environment (*i.e.*, "exogenous" sources of mutation), in medical practice it is generally difficult, and in most cases impossible, to distinguish which mutations in a particular patient's cancer were caused by endogenous versus exogenous processes, with the notable exceptions of mutations that are inherited and mutations caused by infection with tumor viruses. However, even in those cases, it is often not possible to rule out endogenous processes as the cause of mutations that played a critical role in the development of that cancer.

74. Consistent with the long period of time required for their development, human cancers with a discernable cause are usually diagnosed years or decades after the inferred causal event, as has been documented for many types of human cancer, including cigarette smoking and lung cancer, asbestos and pleural mesothelioma, ionizing radiation (*i.e.*, x-rays) and many forms of cancer, and ultraviolet light and melanoma. Given the extended periods of time required for sporadic human cancers to develop, there is no reliable scientific method to precisely determine when the first cancer cell arose in an individual patient. It is also generally not known when the first mutation occurred in the cell that ultimately developed into the first cancer cell. One exception to this occurs when a patient inherits a mutation in a critical cancer-related gene from one of their parents, since every one of the trillions of cells in that person's body then contains a cancer-causing mutation at birth. Another important caveat is that while it is not possible to precisely determine when the first cancer cell arose in an individual patient, it is possible to reasonably estimate the average and minimum periods of time that are required for several types of cancer to develop.

75. Perhaps the clearest manifestation of cancer in adults being a disease of aging is the observation that a patient's risk of being diagnosed with cancer increases exponentially with age.[7] Observed incidence rates for most adult cancers are relatively low for individuals in their 30s and 40s. Cancer rates begin to accelerate rapidly as patients age into their 50s, 60s and 70s. Furthermore, the magnitude of the exponential increase in cancer incidence as a function of age strongly suggests that multiple (*i.e.*, six or more) infrequent events (*i.e.*, mutations) must occur in specific, critical regulatory genes within the same cell in order to generate the first cancer cell. The requirement for multiple mutations to accumulate in critical regulatory genes within the same cell in order to create the first cancer cell is, in part, responsible for the long latency between exposure to an agent that causes cancer (like ionizing radiation) and clinical detection of the resulting cancer.

76. As above, most human cancers are not detected until they contain billions of cancer cells. Consequently, another reason why human cancers take decades to develop is the relatively slow net growth rate of cancer cells. That is, while a long period of time is required for a normal cell to accumulate the multiple mutations required to generate the first cancer cell, it also takes a long period of time – typically years or even more than a decade – for that initial cancer cell to proliferate enough times to accumulate a sufficient number of cancer cells to reach a clinically detectable size, especially since proliferation must also offset the elevated rates of cell death that are often seen in cancer cells.

77. For example, most breast cancers are believed to develop over a period of 30-50 years, as revealed by studies of women exposed to ionizing radiation (a known cause of breast cancer) during the atomic bomb blasts in Hiroshima and Nagasaki in 1945.[17-21] Remarkably, the great majority of the 'excess' breast cancers attributable to radiation exposure in survivors of the atomic bomb blasts occurred 30-50 years after exposure. This is in accordance with what we know about the natural history of breast cancer in human beings.

78. Similar to breast cancer, it has been estimated that the length of time required for the formation of a clinically detectable colon cancer is 30 – 50 years, and that each of the several rate-limiting events required for colon cancer formation may take, on average, 10 – 15 years or more.[5,7] Consistent with this, one of the key steps in colon cancer formation – the transition from polyp to invasive cancer – has been estimated by some to take as long as 17 years.[5] This represents the biological underpinning of the long-standing clinical guideline for performing screening colonoscopy in adults beginning at age 45-50 and, in the absence of positive findings (*e.g.*, polyps), repeating colonoscopy at 10-year intervals. Screening colonoscopy, coupled with the removal of pre-cancerous polyps, has repeatedly been proven to be an effective means to prevent the development of invasive colon cancers. Importantly, its efficacy is predicated on the fact that colon cancers, like other human cancers, have very long latencies that are on the order of decades. The observation that colonoscopy performed at 10-year intervals beginning at age 50 is able to prevent colon cancer provides concrete, empirical evidence that human cancers take several decades to develop. Simply put, if human cancers developed over short periods of time, screening colonoscopy would not be effective in preventing the formation of invasive cancers.

79. Similar to breast and colon cancer, the development of most common adult human cancers, including lung cancer, prostate cancer, ovarian cancer, pancreas cancer, esophageal cancer, stomach cancer, liver cancer, endometrial cancer, kidney cancer, pleural mesothelioma, and many others, has been estimated to occur over several decades.[5] This, in turn, is consistent with the exponential increase in the incidence of each of these cancers as a function of age, and with epidemiological data in those instances in which exposure to a known carcinogenic agent is involved.[7]

80. Although the time course for the development of a human cancer is typically on the order of several decades, in some instances it is possible to detect an increase in cancer incidence over a shorter period of time. Accordingly, cohort studies with decades of follow-up can detect risks associated with the development of solid cancers over periods of time that are shorter than the median latency of those cancers. Returning to the example of breast cancer in survivors of the

atomic bomb blasts at Hiroshima and Nagasaki, a discernable increase in breast cancer incidence attributable to ionizing radiation became evident in this population after approximately 12 years.[17-21] One model that would explain this observation is that these earliest appearing cancers could have resulted from x-ray-induced mutations in non-cancerous breast cells that had already accumulated mutations in multiple critical genes, such that the mutation induced by ionizing radiation was the 'final' mutation needed to create the first cancer cell. It is notable that, even in this scenario, these newly formed cancers did not reach a clinically detectable size for more than a decade. This is consistent with a variety of other observations indicating that it may take on the order of six months to a year for the net number of cancer cells in a human breast cancer to double in a typical patient.[9] Consequently, from the moment the first cancer cell arises, it still takes more than a decade to accumulate the 1 billion or more cancer cells that is required for that cancer to reach a clinically detectable size.

81. When considering the decades-long latency of most human cancers, a natural question that arises is why children develop cancer, and how they can do so in shorter periods of time than those alluded to above. A potential misconception would be to assume that the amount of time that is required for some types of solid cancers to develop in adults can be inferred from the amount of time that it takes for different types of solid cancers to develop in children. It cannot. The fact that children sometimes develop cancer indicates that those particular types of cancer can develop over a period of less than 10-15 years. However, there are several important differences between pediatric cancers and adult cancers that likely contribute to temporal differences in their incidence.

82. First, as would be expected based on the concept that cancer is a disease of aging, cancer is a very uncommon disease in children compared to adults.[22,23]

83. Second, most types of solid cancer that do occur in children, such as medulloblastoma, neuroblastoma, Wilms tumor, retinoblastoma, osteosarcoma, and rhabdomyosarcoma rarely, if ever, occur in adults. Conversely, it is extremely rare for children to be diagnosed with cancers of the lung, breast, prostate, colon, ovary, endometrium, pancreas or bladder, which together represent the most common types of solid cancers that occur in adults. And for those types of cancer that do occur in both adults and children, their relative frequencies are markedly different. For example, leukemias and lymphomas account for more than 40% of childhood cancers, whereas these same classes of cancer account for fewer than 10% of cancers in adults. Furthermore, the subtypes of leukemia and lymphoma that develop in children tend to be different from those that develop in adults. And even in those relatively rare instances in which a subtype of leukemia or lymphoma occurs in both adults and children (*i.e.*, it has the same 'name'), these subtypes still tend to be biologically distinct at the molecular level (*e.g.*, landscape of mutations, etc.). In aggregate, these facts preclude direct inferences regarding the amount of time that it takes for adult solid cancers to develop to be drawn from the amount of time that it takes for different types of solid cancers to develop in children.

84. Third, many childhood cancers are believed to result, at least in part, from inherited mutations in tumor suppressor genes, such as TP53 and RB, whose normal function is to prevent cancer.[22,23] Inherited mutational inactivation of these, or other, tumor suppressor genes in the

fertilized egg that gives rise to a newborn child therefore dramatically increases that child's probability of developing cancer. This increased probability of developing cancer can be understood from the fact that such children are born with a critical mutation in every cell in their body and, as such, have trillions of mutations in a key regulatory gene in their bodies at birth.

85. Fourth, pediatric cancers are generally believed to be less complex at the genetic level than solid cancers that occur in adults. That is, whereas solid cancers in adults are generally believed to require at least 6 mutations in critical genes within the same cell, pediatric cancers may appear to harbor mutations in only a small number of critical genes.[22,23] Since many fewer mutations are believed to be required to cause the formation of pediatric cancers compared to adult cancers, this process would be expected to take far less time in children. Taken together, these factors indicate that the pathogenesis of pediatric cancers follows rules that are very different from those governing adult cancers and preclude direct inferences regarding the amount of time that it takes for adult solid cancers to develop from being drawn based upon observations in children.

86. A related potential misconception would be to assume that the amount of time that it takes to develop a cancer in a human being can be inferred from the amount of time that it takes to develop a cancer in a laboratory animal, such as a mouse or a rat. It cannot. One way to envision this is that "time" is dramatically accelerated in mice and rats compared to human beings. To illustrate this fact, it is worth noting that mice live for only two to three years (rather than the typical 70 to 80-year life span of human beings), their gestational period is 18.5 days (rather than 280 days in humans), and they can reach sexual maturity in just 28 days (rather than the 13 years required in children). For these reasons and others, there is no scientifically reliable method for estimating the latency of a disease process in human beings based upon the latency for a potentially related disease process in laboratory animals.

**Mutations occur as a natural consequence of aging and are an inescapable consequence of the way our cells work**

87. During many years of investigation, scientists have identified the cause of some of the mutations that cause cancers. For some types of cancer, these include agents in the environment, such as ionizing radiation, chemical carcinogens, and certain viruses. For other types of cancer, however, environmental carcinogens do not appear to play a significant role.

88. Beyond these environmental exposures to carcinogens, however, it is clear that mutations frequently occur simply as a consequence of being alive. That is, our DNA is constantly being damaged and repaired as a consequence of the normal daily function of our cells.[5,24] For example, mitochondria – which can be thought of as tiny engines within our cells that use breakdown products of sugar (*i.e.*, glucose) as a fuel to generate energy – produce reactive oxygen species (ROS) as a byproduct of energy production. Although ROS play essential roles in normal cell physiology, ROS can also damage DNA within the cells in which they are produced, potentially leading to mutations. These potential causes of mutation are therefore considered to be unavoidable because they are "endogenous" (*i.e.*, due to factors within the body and/or within cells), rather than "exogenous" (*i.e.*, due to environmental factors outside of the body and/or outside of cells).

89. There are a number of other examples of chemical compounds that have been definitively shown to be produced within our bodies on a daily basis as a consequence of normal physiological metabolism that are capable of causing mutations in a variety of experimental systems. For example, formaldehyde is produced endogenously in our bodies during amino acid metabolism, methanol metabolism, lipid peroxidation and P450-dependent methylation), and is present in all of our tissues.[25] Similarly, a variety of other aldehydes are produced endogenously within our bodies during the metabolism of amino acids, carbohydrates, vitamins, steroids, biogenic amines, and lipids, particularly during the lipid peroxidation process.[26] Many of these aldehydes have been demonstrated to be mutagenic.

90. Indeed, formaldehyde has been classified by both the International Agency for Research on Cancer (IARC) and the National Toxicology Program Report on Carcinogens as a known human carcinogen. Notably, while environmental exposures to formaldehyde occur in humans through ingestion of foods containing formaldehyde or methanol, or food additives such as aspartame, these exposures are small compared to the high levels of endogenous formaldehyde turnover in humans.[25] Indeed, the concentration of formaldehyde within our cells has been estimated to be 400 µM (micromolar).[25] Remarkably, it has been calculated that the human body produces 878 – 1,310 milligram (mg) of formaldehyde per day per kilogram (kg) of body weight, which would correspond to 52,680 – 78,600 mg of formaldehyde per day for a 60 kg person.[25] This, in turn, would be equivalent to the endogenous production of 1.6 – 2.4 ounces of pure liquid formaldehyde per person each day. By comparison, it has been estimated that formaldehyde exposure from the diet is on the order of 100 mg per day, which represents approximately 0.2% of endogenous production.[25]

91. An instructive example is provided by guidelines for the artificial sweetener aspartame, which is partially converted to formaldehyde after ingestion. The USFDA Acceptable Daily Intake (ADI) of aspartame is 50 mg/kg body weight per day. With an estimated 10% conversion to formaldehyde, this would correspond to a formaldehyde exposure of 300 mg per day, which the FDA considers is safe for long-term human consumption. That this exposure would be safe makes sense, given that this represents only ~0.4% of our bodies endogenous daily production of formaldehyde.

92. Similar to formaldehyde, ethylene oxide (EtO) is also produced in large quantities within our bodies every day as a consequence of normal physiological metabolism, and is capable of causing DNA damage.[27] EtO is generated as a natural by-product through metabolism by gut microflora, lipid peroxidation, and oxidation of methionine and hemoglobin, which is present in high concentrations in each of our red blood cells that circulate throughout our bodies. EtO is also generated endogenously from ethylene, which is itself generated within our bodies as a consequence of normal physiological metabolism. Beyond its endogenous production, EtO is also ubiquitously present in the environment as a consequence of both natural and man-made processes, such that we are all continuously exposed to EtO simply through breathing the air around us. Importantly, endogenously produced EtO is estimated to be an order of magnitude higher than the level in air and is increasingly understood to be a major — if not the major — source of human EtO exposure.[28,29]

93. *N*-Nitrosodimethylamine (NDMA) is ubiquitously present in our environment in food, air, drinking water, soil, tobacco, and as a byproduct of industrial processes. Analogous to EtO, ROS, formaldehyde and other aldehydes, *N*-nitrosamines including NDMA are capable of causing DNA damage and are potentially mutagenic at high levels of exposure. Indeed, the U.S. Environmental Protection Agency (EPA) has classified NDMA as a "Group B2: Probable human carcinogen".[30-32] IARC has also classified NDMA as a Class 2A (*i.e.*, "probable") carcinogen based on sufficient evidence for carcinogenicity in experimental animals, similarities in its metabolism in human and rodent tissues, and inadequate evidence in humans.[33]

94. Like EtO and formaldehyde, NDMA is formed endogenously from precursor compounds contained in food, particularly secondary amines such as dimethylamine in meats and fish, and nitrate and nitrite in vegetables.[34-38] Endogenously formed nitrosamines are increasingly understood to be a major — if not the major — source of human nitrosamine exposure. For example, endogenous daily NDMA exposure is estimated to be approximately 1,875-times higher than the highest estimate of exogenous daily exposure to NDMA in food, water and air, and nearly 11,000-times higher than the FDA Acceptable Daily Intake (ADI) level of 0.096 µg/d for pharmaceuticals. However, these levels of endogenous exposure are many thousands of times lower than the lowest dose of NDMA shown to cause cancer in laboratory animals. Consistent with this, although NDMA is a known carcinogen in laboratory animals, it is not a known carcinogen in humans. Indeed, no cancers in humans have been conclusively demonstrated to result from exposure to NDMA.

95. As illustrated by the examples of ROS, formaldehyde, EtO, and NDMA, a variety of chemical compounds are produced endogenously within our bodies as a consequence of normal metabolism that are capable of causing DNA damage, which can potentially lead to mutations if not repaired. For these, and many other, reasons it is clear that developing cancer does not require exposure to an environmental carcinogen. Rather, the mutations that lead to cancer are frequently caused by endogenous 'exposures' that result from the normal functions of our cells.[39,40] As a simple example of the inescapable nature of endogenous mutations due to aging, a large percentage of laboratory animals housed under extremely clean conditions without any exposures to environmental carcinogens spontaneously develop cancers over the course of their lifetimes.

96. The fact that endogenous DNA damage occurs as a consequence of normal cell function likely explains – at least in part – why the incidence of most adult solid cancers increases exponentially with age.[5] Mutations that occur as a consequence of aging are almost certainly sufficient to cause human cancers, even in the absence of exposure to mutagenic agents in the environment. Indeed, current scientific evidence suggests that, for many cancers, the normal molecular processes that occur within cells make a far greater contribution to the number of mutations that occur in those cells than do mutagenic agents in the environment to which people may be exposed. In his textbook, the "*Biology of Cancer*", Dr. Robert Weinberg highlights the astonishingly large number of DNA damaging events that occur in our cells every day, simply as a consequence of being alive:[5]

> *"12.5 Cell genomes are under constant attack from endogenous biochemical processes"* [Title of chapter section, p. 523]
>
> *"In recent decades, however, analytical techniques of greatly improved sensitivity have allowed researchers to detect altered bases and nucleotides in the DNA of normal cells that have not been exposed to exogenous mutagens. The results of these analyses have caused a profound shift in thinking about the origins of most of the mutant genes present in the genomes of human cells, because they have shown that endogenous biochemical processes usually make far greater contributions to genome mutation than do exogenous mutagens. Since mutagenic events, independent of their origin, are potentially carcinogenic, this has forced a rethinking of how many human cancers arise."* (Pg. 523-524)
>
> *"By some estimates, as many as 10,000 purine bases are lost by depurination each day in a mammalian cell. (This amounts to more than $10^{17}$ chemically altered nucleotides generated each day in the human body!)"* (Pg. 524-525)
>
> *"Taken together, the continuing hail of damage from oxidation, depurination, deamination, and methylation, which together may alter as many as 100,000 bases per cell genome each day, greatly exceeds the amount of damage created by exogenous mutagenic agents in most tissues."* (Pg. 527)

**Certain types of cancer can be caused by oncogenic viruses**

97. One of the ways in which oncogenes were first discovered was through the identification of oncogenic viruses that were able to cause cancer after infecting certain species of animals. Virtually all of these viruses act by inserting their genetic material in the DNA genome of their host. During the 1950s-1980s, many different oncogenes were identified in tumor viruses that had been shown to be capable of causing cancer in infected animals. The great majority of oncogenes discovered in animal tumor viruses were subsequently discovered to be altered (*i.e.*, mutated) forms of proto-oncogenes that are normally present within the mammalian genome. Thus, many tumor viruses cause cancer by expressing oncogenes within the cells that they infect. Still other tumor viruses cause cancer by expressing viral proteins that can bind and inactivate critical tumor suppressor proteins, such as TP53 and pRB, in the infected cell. Consequently, many tumor viruses cause cancer by expressing the same oncogenes, or targeting the same tumor suppressor proteins, that are altered by mutations in human cancers.

98. Analogous to oncogenic viruses identified in animals, several viruses have been discovered that infect human beings and are capable of causing specific cancers. Although virus-induced cancers account for only a small number of the many different types of human cancer, at least some of the types of human cancer that can be caused by tumor viruses are quite common in one or more regions of the world.

99. One of the clearest examples of viral oncogenesis in human beings is the ability of specific serotypes of human papilloma virus (HPV) to cause cervical cancer. Indeed, the vast majority of cases of cervical cancer in the U.S. are attributable to HPV infection. Consistent with this,

vaccination against HPV prevents both HPV infection and cervical cancer. Notably, the molecular mechanism by which HPV infection causes cervical cancer is by introducing two new viral genes into the host genome, E6 and E7, whose gene products bind to and inactivate the TP53 and RB tumor suppressor proteins in infected cells. Thus, a cell that has been infected with an oncogenic serotype of HPV is akin to a cell that has suffered four cancer-causing mutations: two in TP53 and two in RB, to result in the loss of function of both of these critical tumor suppressor genes. Remarkably, even in this instance, cervical cancers typically take 10-30 years to develop, suggesting that additional molecular and cellular events are required for cellular transformation and outgrowth to yield a clinically detectable cancer.

100. Several other viruses have been implicated as causes, or potential causes, of specific types of human cancers. These include Hepatitis B virus (HBV), Hepatitis C virus (HCV) and hepatocellular carcinoma, Human T-lymphotropic virus 1 (HTLV-1) and Adult T-cell leukemia/lymphoma (ATLL), Kaposi's sarcoma-associated virus (KSHV or HHV8) and Kaposi's sarcoma, and Epstein-Barr virus (EBV) and endemic forms of Burkitt lymphoma and nasopharyngeal carcinoma.

101. Up to 80% of cases of hepatocellular carcinoma (HCC, liver cancer) are associated with chronic infection with HBV and/or HCV. Approximately 50% of people with chronic infections develop chronic liver disease, with 5–20% progressing to cirrhosis over the course of 5–20 years. Ultimately, 1–2% of these patients develop HCC per year.[41,42] In an analogous manner, HTLV-1 infection is required for the development of ATLL, although it has been estimated that only 3-5% of individuals infected with HTLV-1 eventually develop this cancer. Indeed, ATLL typically does not occur for decades after infection with HTLV-1.[43] Finally, EBV is associated with endemic forms of Burkitt lymphoma in regions of Africa and endemic forms of nasopharyngeal carcinoma in Southern China and Southeast Asia. However, in the U.S., where this same virus infects greater than 95% of people, EBV infection is best known as the cause of infectious mononucleosis. Puzzlingly, despite near universal infection with EBV in the U.S., Burkitt lymphoma is approximately 50-times less common in the U.S. than in endemic regions of Africa.[44,45]

102. In aggregate, despite the high relative risks for cancer development following infection with each of the above tumor viruses, the low percentage of infected individuals who develop cancer, long latency between infection and cancer development, and pronounced geographical variation in the clinical consequences of viral infection each suggest a requirement for additional molecular and/or cellular events, or additional environmental exposures, in order for infection with these oncogenic viruses to result in the development of cancer.

103. While the oncogenic viruses described above are generally considered to be causes of certain types of human cancer, some of which are quite common worldwide, it is important to note that the cancers caused by these viruses represent only a narrow spectrum of the types of cancer that arise in human beings. In particular, among the most common types of carcinomas that affect adults in the U.S. – including bladder cancer, breast cancer, colorectal cancer, endometrial cancer, esophageal cancer, ovarian epithelial cancer, stomach cancer, kidney

cancer, lung cancer, pancreatic cancer and prostate cancer – none are believed to be caused by tumor viruses.

**Although the vast majority of mutations that cause cancer result from endogenous sources of DNA damage, the cause of any specific cancer-causing mutation can rarely, if ever, be identified unless the mutation is inherited or associated with infection by a known tumor virus**

104. Although some of the factors that can potentially give rise to mutations have been identified by scientists, either in the environment or inside cells as a consequence of aging, despite intensive investigation we generally do not know the precise factors within a cell that determine whether a somatic mutation will occur in any given context. Consequently, unless it is an inherited mutation known to cause cancer, infection with a specific oncogenic virus known to cause the specific type of cancer that developed in a patient, or high levels of exposure to exogenous carcinogens in a patient diagnosed with a cancer associated with that exposure (i.e., tobacco and lung cancer), we seldom know the cause of the specific mutations that gave rise to a particular patient's cancer. However, in light of the enormous amount of DNA damage that occurs in cells each day due to endogenous processes, for most of the common types of human cancer – particularly carcinomas – it is most likely the case that the mutations that gave rise to a particular patient's cancer are simply a consequence of normal cell function and aging.

105. In this regard, even though it is known that human cancers are caused by the accumulation of mutations in multiple oncogenes and tumor suppressor genes, in the clinical setting physicians typically do not know the identity of the cancer-causing mutations in any given patient's cancer. Moreover, even if a somatic mutation in a particular oncogene or tumor suppressor gene is detected in a particular patient's cancer, what caused that mutation to occur is usually not known. For these reasons, and others, even though we can determine with reasonable medical certainty that a particular cancer was caused by the oncogenic mutations present within it, we typically do not know the cause of those mutations and, in this sense, we typically cannot determine the cause of an individual person's cancer.

106. As noted above, one exception to this occurs in the case of inherited mutations in genes, such as BRCA1, BRCA2, APC, TP53, BAP1, and others. These inherited mutations have been demonstrated experimentally to cause cancer, are associated with enormous increases in cancer risks that can exceed those associated with tobacco for lung cancer, and are present in the initial fertilized egg and, therefore, in every cell of the body. Since cancer is known to be caused by mutations in oncogenes and tumor suppressor genes, in those instances in which such mutations are identified in a patient's cancer, it is highly likely that those mutations contributed to the development of that cancer. This is particularly true in the case of inherited mutations in tumor suppressor genes, which may be associated with massive increases in risk of cancer that may be even greater than the magnitude of the increased risk of lung cancer associated with chronic cigarette smoking.

107. A second exception to this, albeit partial, occurs in cases in which a patient is infected with the specific oncogenic virus that is known to cause the specific type of cancer that developed in the patient. This may apply to cancers such as hepatocellular carcinoma, cervical carcinoma, Burkitt lymphoma, nasopharyngeal carcinoma, Acute T-cell leukemia/lymphoma,

and Kaposi's sarcoma. However, since only a small percentage of infected individuals ultimately develop cancer, and generally do so decades after infection, it is likely that additional mutations are required beyond viral infection in order for cancers to develop. More importantly, however, this caveat generally does not apply to the most common forms of human carcinomas, including lung cancer, breast cancer, prostate cancer, colorectal cancer, pancreas cancer, stomach cancer, esophageal cancer, bladder cancer, endometrial cancer, ovarian cancer, and kidney cancer, which are not caused by infection with tumor viruses.

108. A third potential exception to this may occur in patients with lung cancer who had extremely high levels of exposure cigarette smoke. For example, a person with a 100 pack-year smoking history might have a risk of developing lung cancer that is >20-times greater than that of a non-smoker. Thus, in such instances it may be reasonable to infer that lifetime exposure to extremely high levels of the multiple known human carcinogens in cigarette smoke was a cause of the mutations that resulted in lung cancer in that individual. Even in this case, however, it would be challenging to accurately identify which of the mutations in that patient's lung cancer were caused by cigarette smoke and which were caused by other factors, including exposures to endogenously formed carcinogens. Indeed, it has been estimated that one-third of the mutations in lung cancer are attributable to endogenous sources of mutation, rather than cigarette smoke.[39]

109. Since cancer is caused by the accumulation of mutations in oncogenes and tumor suppressor genes, and since these mutations are most often the result of normal endogenous processes, for any individual cancer it is impossible in most cases to rule out endogenous processes as the cause of that cancer. Put another way, the pathogenic mutations in oncogenes and tumor suppressor genes identified within each cancer can logically be assumed to have causally contributed to the formation of that cancer. This is particularly true in the case of patients who have inherited mutations in tumor suppressor genes that may be associated with massive increases in cancer risk.

110. As a corollary, agents (such as parabens, phthalates and phenols) that do not cause mutations, cannot logically be argued to have been essential for the development of a patient's cancer, since those cancers were caused by mutations.

111. For the above reasons, a cancer diagnosed in a patient can reasonably be inferred to have been caused by the mutations present within it. If a known oncogenic mutation is identified in that cancer, it can reasonably be inferred that that oncogenic mutation played a causal role in the development of that cancer. Conversely, it would be illogical and scientifically unfounded to argue that that cancer was not caused by those identified oncogenic mutations, but was instead caused by exposure to an agent that does not cause mutations.

112. In summary, there is no generally accepted scientific method for ruling out a substantial contribution of mutations in oncogenes and tumor suppressor genes, which accrue over time due to endogenous processes, to the development of a cancer, cellular proliferation within a cancer, or tumorigenic effects such as cell survival, invasion, angiogenesis or metastasis. Moreover, the mutations that are present in any given cancer are often not determined in the

clinical setting, and – even if they were – the causes of those mutations can only rarely be determined. For these reasons, and others, for most types of human cancer medical science usually cannot determine the cause of an individual person's cancer.

**Linear low-dose extrapolation dramatically overestimates cancer risks**

113. Given the federally mandated precautionary roles of regulatory agencies such as the U.S. Food and Drug Administration (FDA) and the U.S. Environmental Protection Agency (EPA), their estimation of cancer risk due to exposure to genotoxic carcinogens often uses a mathematical approach referred to as linear low-dose extrapolation, explained below. Critically, this analytical approach relies on an assumption that cannot be verified experimentally – namely, that the dose-response for genotoxin-induced carcinogenesis remains linear even at extremely low doses. That is, it assumes that no threshold exists below which exposure to a genotoxic carcinogen has no carcinogenic effect. Importantly, this assumption does not reflect a conclusion about the biology of these agents, but rather a conservative assumption made for regulatory purposes in order to err on the side of precaution. Indeed, contrary to this no-threshold assumption often made for regulatory purposes, there is an extensive body of biological evidence indicating that thresholds do in fact exist for many genotoxic carcinogens, including EtO, NDMA, and formaldehyde. As such, use of linear low-dose extrapolation intentionally overestimates cancer risk in human beings.

114. As an example of the application of linear low-dose extrapolation in the setting of carcinogenesis, the U.S. FDA has set an Acceptable Daily Intake (ADI) of 96 ng/d for NDMA in pharmaceutical products[46]. The FDA has stated that this level of NDMA exposure is "*reasonably safe for human ingestion based on lifetime exposure*".[46,47] Specifically, this ADI value is estimated by the FDA to result in <1 excess case of cancer per 100,000 people if taken every day for 70 years. The NDMA ADI value of 96 ng/d corresponds to exposures of 35 µg/year and 2.45 mg over a 70-year lifetime. The FDA has stated that a person taking a drug that contains NDMA at or below this ADI every day for 70 years would not be expected to have an increased risk of cancer. Importantly, the extremely low dose reflected by the NDMA ADI of 96 ng is approximately 25,000-times lower than the lowest dose at which it would be possible to observe or measure a potential carcinogenic effect of NDMA, even in experimental animal models. Accordingly, using linear low-dose extrapolation to define an ADI for NDMA and estimate cancer risk at these extremely low levels of exposure must, by necessity, rely upon the assumptions on which linear low-dose extrapolation is based. Consequently, an estimate of potential cancer risk attributable to the very low levels of NDMA associated with ingestion of NDMA in pharmaceutical products is not based upon direct evidence of cancer risk.

115. The ADI value of 96 ng was derived by linear extrapolation from the effects of high oral doses of NDMA in a lifetime exposure study of rats (Peto 1991)[48,49], to the far lower dose estimated to be associated with an increase of only 1 cancer in 100,000 people over a 70-year lifetime. In effect, linear low-dose extrapolation determines a linear response for very high exposures in the observable dose-response range, and then extrapolates that to very low doses at which effects cannot actually be observed above background. Specifically, in this approach, high levels of NDMA are used to identify a dose at which tumors are induced in 50% of rats.

Linear extrapolation is then used to calculate the far lower dose that would be predicted to be associated with an increase of only 1 cancer in 100,000 people (0.001% tumor incidence) exposed to that dose over a 70-year lifetime.

116. There are several important limitations to estimating cancer risk by linear low-dose extrapolation.[50-52] First, this estimation approach is derived based on extrapolation from animal studies, rather than human studies, since no reliable human studies exist that demonstrate a cause and effect relationship between NDMA exposure and the development of cancer.

117. Second, because tumor incidence cannot be measured at such low doses of NDMA, linear low-dose extrapolation necessarily relies on the assumption that the dose-response for NDMA-induced carcinogenesis observed at very high doses remains linear even at extremely low doses that are orders of magnitude lower than what can possibly be measured in experimental animal models. Consequently, there is no body of direct evidence to support the linear dose-response assumption for NDMA, even at the highest (of the extremely low) doses to which human beings are exposed. In fact, as discussed below, a wealth of direct experimental evidence suggests that the central assumption of linear low-dose extrapolation is unlikely to be true, or accurate, for NDMA, EtO, or formaldehyde. In part, this results from the fact that our cells possess specific DNA repair mechanisms that are capable of repairing the precise types of DNA damage caused by each of these endogenous chemicals.

118. Third, while it is understandable that the safety mandate of the FDA would lead it to err on the side of extremely conservative risk estimates, it nevertheless bears noting that a 1:100,000 threshold for cancer development is extraordinarily conservative, given that the lifetime risk of being diagnosed with cancer in the U.S. is nearly 1 in 2, which constitutes a risk that is 50,000 times higher than FDA estimates of cancer risks attributable to lifetime exposure to NDMA at 96 ng/d.

119. Fourth, the 96 ng/d ADI itself is extraordinarily conservative given that daily dietary intake of NDMA, even excluding tobacco and beer, may often exceed the FDA ADI. Indeed, estimates for NDMA intake in food range from 1.7 – 8.0-times higher than the FDA ADI.[53] Consistent with these reasons, the FDA has noted that "*consuming up to 0.096 micrograms of NDMA . . . per day is considered reasonably safe for human ingestion based on lifetime exposure.*"[46,54]

**Can there be a "safe" level of exposure to genotoxic carcinogens?**

120. Fundamentally, linear low-dose extrapolation in the context of NDMA and EtO is based on the assumption that there is no threshold dose below which exposure to NDMA does not result in an increased risk of cancer. Put another way, this risk estimation approach is predicated on the assumption that exposure to even one molecule of NDMA is sufficient to increase cancer risk. Indeed, Plaintiffs' experts have proposed that there can be no "safe" level of exposure to genotoxic agents that can induce DNA damage with the potential to give rise to mutations.

121. The proposition that there is no threshold for the carcinogenic effect of genotoxic agents, and therefore, no "safe" level, is scientifically incorrect and – as discussed throughout this report – is contradicted by basic tenets of biology, as well as abundant evidence published in the

scientific literature demonstrating thresholds for the carcinogenic and mutagenic effects of agents like NDMA, EtO and formaldehyde that result from the existence of error-free DNA repair systems.[55-61]

122. Until recently, EPA has adhered to a linear low-dose extrapolation approach for evaluating the safety of exposures to formaldehyde. However, in December 2025 EPA released a Revised Draft Human Health Hazard Assessment for Formaldehyde.[62] This draft states:

> "Consistent with the recommendations from the SACC [Science Advisory Committee on Chemicals] and noting consistency with the science relied upon by other international bodies, OCSPP [Office of Chemical Safety and Pollution Prevention] is proposing that the best available science supports using an acute inhalation POD of 0.3 ppm as protective of all durations and inhalation hazards, including cancer, for the revised draft risk evaluation. Consistent with this approach, and OCSPP's understanding of the MOA [Mechanism of Action] of formaldehyde in the human body, OCSPP is also no longer relying on the EPA IRIS [Integrated Risk Information System] RfC [Reference Concentration] or IUR [inhalation unit risk]."

Fundamentally, this indicates that EPA OCSPP guidance now affirms that the "best available science" does indeed provide evidence for a threshold below which exposure to formaldehyde is safe. Given that formaldehyde is an alkylating agent and a genotoxic carcinogen, this represents a clear shift away from a "no safe level" approach by EPA. EPA's evaluation of cancer risk of formaldehyde from dermal exposure remains the same: "OPP and OPPT have not made a determination regarding the carcinogenic potential of formaldehyde through dermal exposure. However, there is no direct evidence of the carcinogenicity of formaldehyde following dermal exposure. Based on available information, it is unlikely that cancer effects would be a more sensitive endpoint than non-cancer effects following dermal exposure."

123. Beyond the above scientific reasons rooted in cell biology, even straightforward calculations that use linear-low dose extrapolation to estimate cancer risk in response to a carcinogenic exposure clearly demonstrate that the proposition that even a single molecule of a carcinogen may cause cancer, and therefore cannot be considered safe, defies common sense.

124. Perhaps the starkest example of this follows from the determination by FDA that "*consuming up to 0.096 micrograms of NDMA . . . per day is considered reasonably safe for human ingestion based on lifetime exposure.*" With a molecular weight of 74.08 g/mole, 96 ng of NDMA corresponds to $7.80 \times 10^{14}$ (780 trillion) molecules of NDMA. This, in turn, corresponds to 20 million-trillion molecules of NMDA per 70-year lifetime. Given that daily exposure to 780 trillion molecules of NDMA per day, and 20 million-trillion molecules of NDMA over a 70-year lifetime, is considered to be safe by the FDA – even under the extraordinarily conservative guidelines used for their estimates – it cannot reasonably be argued that one molecule of NDMA is capable of increasing cancer risk. Moreover, if exposure to 20 million-trillion molecules of NDMA over 70 years corresponds to a 1-in-100,000 lifetime risk of cancer, as estimated by the FDA, one can calculate that administering a dose of one molecule per day of NDMA for 70 years (25,567 molecules) would correspond to a lifetime cancer risk that is 780 trillion times lower than 1-in-100,000, which is $1.28 \times 10^{-20}$. This corresponds to a lifetime cancer risk of approximately 1-in-

78 quintillion (78 million-trillion). If this dose of NDMA was given every day to every person on earth (7.75 billion people) for every person's entire lifetime, there would be less than a 1-in-10 billion chance that anyone on the entire planet would ever develop cancer as a result. In addition, since FDA's risk estimates are based upon linear low-dose extrapolation (*i.e.*, which assumes that there is no threshold effect for low-level NDMA exposures), even this is an overestimate of risk. For these reasons, and others, even the most straightforward risk calculations using linear low-dose extrapolation demonstrate that Plaintiffs' experts claim that there is no "safe" level of exposure to NDMA, and that even a single molecule of NDMA can cause cancer, defies both logic and common sense. This illustrates in the clearest of terms that, while different people might have different definitions of "safe", "under any realistic concept of practicality, there is indeed a safe level of exposure to cancer-causing chemicals".[63]

125. Indeed, even the above NDMA-related risk calculations are overly conservative estimates, since they are based on linear low-dose extrapolation. There are several reasons why linear low-dose extrapolation gives rise to overly conservative estimates for cancer risks. First, linear low-dose extrapolation ignores the existence of substantial endogenous (*i.e.*, "background") sources of DNA damage, described elsewhere in this report, that occur as a consequence of the normal physiology of cells. That is, exogenous exposures to very low levels of NDMA (or EtO or formaldehyde) that would be associated with levels of DNA damage far lower than those that occur endogenously due to normal physiological processes would not be anticipated to yield an observable increase in cancer risk. Moreover, even putting aside the numerous endogenous causes of DNA damage, the maximum hypothetical exogenous exposures to NDMA, EtO, or formaldehyde that could conceivably have occurred as a consequence of Plaintiffs using HRPs are still orders of magnitude lower than endogenous exposures to these agents.

126. Second, linear low-dose extrapolation ignores the existence of background exogenous exposures to many known mutagens in the environment, such as x-rays, asbestos, and the numerous other chemicals and natural products to which we are all exposed each day. For example, asbestos fibers are nearly ubiquitously present in air. Consequently, we are all exposed to asbestos every day. To estimate these lifetime exposures, the average person breathes in approximately 11,000 liters of air per day, which corresponds to 11 $m^3$. Using estimates for asbestos fiber content of 100 fibers/cubic meter (f/$m^3$) in urban settings, the average person would inhale approximately 1,100 asbestos fibers per day, which corresponds to approximately 400,000 asbestos fibers per year.[64] This means that over the course of a 70-year lifespan, the average person lacking any occupational exposure to asbestos would inhale somewhere on the order of 28 million asbestos fibers. In the occupational setting, OSHA regulations call for workplace air concentrations of asbestos to be less than 100,000 f/$m^3$, which for someone working an 8-hour day would correspond to inhalation of 1.8 million fibers per week, more than 90 million fibers per year, and 3.7 billion fibers of asbestos over the course of a 40-year career, solely due to asbestos exposure during working hours. Thus, inhalation of 28 million – 3.7 billion fibers of asbestos over the course of a lifetime is not associated with a detectable increase in the development of asbestos-related cancers in human beings. This underscores the fallacy of a model that postulates that exposure to a single molecule of a mutagen will increase the risk of cancer, as is implicit in the statement that there is no "safe" level of exposure to a genotoxic carcinogen.

127. Third, as discussed in this report, only a small fraction of NDMA, EtO or formaldehyde molecules that might contact skin are even likely to gain access to the uterus or ovary, much less cause DNA damage, and much less mutations.

128. Fourth, and especially important, linear low-dose extrapolation ignores the existence of endogenous error-free DNA repair systems, as well as other rate-limiting events required for the effects of NDMA, EtO and formaldehyde, that result in exposure thresholds for carcinogenic effects below which mutations and tumor formation will not occur. As a consequence, low levels of DNA damage caused by these agents that can be repaired prior to DNA replication will not result in mutations and therefore cannot result in carcinogenesis. It then follows, by definition, that these DNA repair systems will result in the existence of thresholds for both mutation and carcinogenicity for agents such as NDMA. Consistent with this, multiple studies support the existence of a threshold for a no-observed-effect-level for a number of mutagenic carcinogens, including alkylating agents such as NDMA, EtO and formaldehyde.[52,55-61,65] As such, it is very likely the case that exposure to extremely low levels of these agents, as alleged here, do not result in an increase either in mutation frequency or in carcinogenesis, because the extremely low levels of DNA damage that might be associated with these exposures can be adequately repaired by the endogenous DNA repair systems that are present in each of our cells.

129. These and other considerations indicate that the assumptions underlying linear low-dose extrapolation result in inappropriately low, overly conservative estimates for cancer risks at extremely low levels of exposure at which effects cannot be measured experimentally.

**Proliferation alone does not cause cancer**

130. As noted above, in any given patient the first cancer cell forms by means of the stepwise accumulation of multiple mutations in key growth control genes within the same cell. Once formed, that first cancer cell grows into a clinically detectable cancer through the net proliferation and accumulation of cancer cells.

131. Cell proliferation is a normal physiological process that is ongoing and required for the health and maintenance of our tissues. In fact, without daily cell proliferation, we would die. While it is true that there must be some proliferation in order for cancer cells to accumulate, it is not true that the mere presence of increased cell proliferation makes the development of cancer more likely. That is, current scientific evidence does not support the notion that the more rapid the rate of proliferation in a normal tissue, the greater the likelihood of that tissue developing cancer. For example, cellular proliferation rates in bone marrow are amongst the highest in the human body, but cancers of bone marrow cells are quite rare compared to cancers of tissues that have far lower proliferation rates, such as the lung and breast.

132. Processes that stimulate cell proliferation also often increase the rate of cell death. As such, since the growth of a subclinical cancer results from a net increase in the number of cancer cells, it is essential to account for changes in rates of cell death since an increase in the rate of cell death could result in a <u>decrease</u> in the number of cancer cells, even if proliferation continued – or even increased in rate – in that cancer.

133. Since the replication of DNA that accompanies cell proliferation formally has the potential to generate daughter cells harboring mutations in their DNA code, the body has developed numerous safeguard mechanisms to prevent this from happening. These leverage the fact that DNA damage cannot give rise to a mutation unless the cell in which the DNA damage occurred replicates (*i.e.*, copies) its DNA and divides before that damage has been repaired. Since preserving the integrity of the DNA code within our cells is essential for life, our cells have developed numerous mechanisms for repairing DNA damage before they can result in mutations. Such systems include base excision repair (BER), nucleotide excision repair (NER), homologous recombination (HR), mismatch repair (MMR), and others. Consequently, the same factors that stimulate cells to proliferate also often turn on the expression of DNA damage sensing and repair proteins, such as BRCA1 and BRCA2, to ensure the faithful replication of DNA. As such, the induction of DNA repair proteins in proliferating cells is a normal cellular response that protects against mutations.

134. Beyond these DNA repair systems, additional cellular safety mechanisms exist that ensure that a cell has adequate time to repair DNA damage prior to replicating its genome in preparation for cell division. One such safety mechanism is mediated by the p53 tumor suppressor protein in which detection of the presence of DNA damage within a cell triggers that cell to halt its progression through the cell cycle, thereby giving the cell time to repair its DNA damage before it replicates its DNA or divides. In doing so, p53 prevents the occurrence of a mutation. Importantly, if for some reason the DNA damage in a cell cannot be repaired, p53 also has the ability to trigger a "self-destruct" mechanism within that cell that forces it to undergo apoptosis (*i.e.*, programmed cell death), thereby leading to the elimination of that cell from the body. As a consequence, cells bearing DNA damage that cannot be repaired adequately prior to cell division can be eliminated. For this reason, a cell with DNA damage that is stimulated to proliferate may paradoxically be more likely to be eliminated through physiological safeguard mechanisms of this kind than a cell with DNA damage that is not stimulated to proliferate.

135. A potential misconception is that cellular proliferation is, in and of itself, carcinogenic for the reason that increased rates of proliferation are associated with increased rates of replication of cellular DNA, which in turn may increase the chances that cells will accumulate genetic errors, or mutations. This hypothesis lacks support in the body of scientific literature. At best, this supposition is speculative insofar as proliferation-induced mutation is a hypothetical consequence of proliferation, rather than a known consequence of proliferation in a given context. Accordingly, it is factually incorrect to assume that a higher rate of cellular proliferation within a tissue results in a greater mutation rate. While statements to this effect can be found in the scientific and medical literature, I am not aware of any published body of medical or scientific evidence demonstrating that a tissue that is proliferating at a higher rate accumulates mutations at a higher rate than that same tissue proliferating at a lower rate. For these, and other, reasons one cannot simplistically link proliferation, mutation rates and cancer risk.

136. Indeed, a variety of evidence exists indicating that proliferation is not intrinsically linked to cancer risk, including the observations that: (1) proliferation rates in normal tissues are generally poorly correlated – if at all – with the incidence of cancers arising in those tissues; (2) an enormous amount of cellular proliferation is required for the development of a newborn child

from a single fertilized egg, yet cancers in newborn children are exceptionally rare; (3) pregnancy has long been known to confer lifetime protection against the development of breast cancer, despite the fact that it is associated with extremely high rates of cellular proliferation (and high levels of circulating estrogen and progesterone); and (4) pregnancy protects against breast cancer even in women who already harbor breast cells with mutations, such as was the case for women exposed to ionizing radiation during the atomic bomb blasts at Hiroshima and Nagasaki.[17-21,66] For these and other reasons, proliferation per se cannot be equated with an increase in cancer risk.

**Inflammation is a natural process that occurs in many different forms with different properties**

137. Inflammation is a medical term that describes the body's response to injury, and is characterized by an influx of white blood cells from the immune system, changes in the vasculature, redness, heat, pain, swelling and alterations in a variety of cytokines and signaling pathways. Inflammation is ordinarily a protective response that is both beneficial to the organism and essential for life, since it is typically aimed at resolving cellular injury, repairing damaged tissues, and restoring normal tissue function.

138. The immune cells involved in inflammation may include cells of the innate immune system, such as macrophages, neutrophils and eosinophils, as well as cells of the adaptive immune system, such as T and B lymphocytes. As the many cell types and cell-cell interactions involved in the innate and adaptive immune response to inflammation are extraordinarily complex and context-dependent, the term "inflammation" encompasses a broad array of host responses to different types of injuries in different sites in the body that, in turn, may be initiated by a broad array of stimuli. As such, the effects of "inflammation" on any process in question must be studied in the specific context in which it occurs in order to evaluate the various, potentially conflicting effects that it may have.

139. The cells of the immune system constitute an important defense mechanism against the development and growth of human cancers. For example, activation of inflammatory cells by cytokines and cell-cell interactions constitutes an important element of the immune response to abnormal cells and cancer cells, in a process referred to as "immunosurveillance". At the same time, chronic inflammation has been implicated in a number of human cancers. Thus, inflammation is known to have both pro- and anti-tumorigenic effects. Accordingly, the observation that immune cells are present within a tumor does not provide information on the functional consequences of those immune cells on the existing tumor (if any), nor any reliable indication of whether immune cells played any role in the development of that tumor, positive or negative. Indeed, a substantial number of studies have revealed that the presence of immune cells within some human cancers is a positive prognostic sign associated with better patient outcome, and their presence has been interpreted as possibly reflecting an immune response against the tumor.

140. For the above reasons, "inflammation" can play both positive and negative roles in human disease. More specifically, the immune system plays both pro-tumorigenic and anti-tumorigenic roles. These interactions are complex and change over time. They are not monolithic.

141. Further highlighting the complex nature of the relationship between inflammation and cancer, chronic systemic inflammatory states are not consistently associated with increased risks of carcinomas. For example, rheumatoid arthritis (RA) is associated with increased systemic levels of pro-inflammatory cytokines such as Tumor Necrosis Factor (TNF), Interleukin 1 (IL-1) and Interleukin 6 (IL-6). Despite this systemic, chronic inflammatory state, RA is associated with a decreased risk of colorectal cancer and breast cancer, and an increased risk of lung cancer. In an analogous manner, Systemic Lupus Erythematosus (SLE) is a chronic inflammatory disease mediated by elevations in pro-inflammatory cytokines, such as TNF, IL-1 and interferons. SLE is associated with a decreased risk of breast, ovarian and endometrial cancer. In contrast, risks of hematologic malignancies, such as leukemias and lymphomas, may be elevated in chronic inflammatory states, such as RA and SLE. As such, the association of chronic inflammation and cancer may be positive, negative, or non-existent and is dependent on cancer type.

142. There is clear evidence that inflammation is caused <u>by</u> cancers. That is, the same mutations within tumor cells that cause cancer also induce changes in the tumor's microenvironment, and these changes may include inflammation.

143. In contrast, while inflammation and the immune system may influence the behavior of human cancers, cancer is fundamentally a genetic disease that is generated and driven by the particular mutations in oncogenes and tumor suppressor genes present within each tumor. I am not aware of any compelling body of scientific evidence that inflammation causes mutations, or is sufficient to cause cancer, in human beings. And even if we were to assume that inflammation did cause cancer, there are many types of inflammation, including obesity, chronic inflammatory conditions, acute inflammatory conditions, responses to physical injury, etc. whose effects could not logically be separated from the inflammation postulated to occur as a consequence of exposure to a particular agent or stimulus.

144. Irrespective of generalizations regarding the potential positive or negative effects of inflammation on the development of different types of cancer, it is essential to note that inflammation has not been demonstrated to cause cancer in humans. In this regard, while it is possible that inflammation and the immune system may play positive or negative roles at different stages of tumor development and progression, it is impossible to know what impact these factors may have had, if any, at any specific stage in a particular patient's cancer. Moreover, while inflammation and the immune system may influence the behavior of human cancers, cancer is fundamentally a genetic disease that is generated and driven by the particular mutations in oncogenes and tumor suppressor genes present within each tumor. As such, while it may be difficult, if not impossible, to ascertain what role, if any, inflammation or the immune system may have had on a particular patient's cancer, it clearly is possible to conclude that the mutations present in critical genes within each cell of that cancer are principally responsible for its development and behavior.

145. Nevertheless, to the extent that inflammation may play a role in the development or progression of some human cancers, there are numerous sources of inflammation in humans that impinge on all tissue types at risk for cancer development.

146. As an example of the multiple potential endogenous sources of inflammation in humans, it is now widely appreciated that obesity is associated with a chronic inflammatory state. In this regard, it is also clearly established that obesity is a risk factor for many types of human cancer, including breast cancer, ovarian epithelial cancer, and endometrial cancer. The mechanisms underlying the association between obesity and cancer risk have yet to be fully elucidated, but several hypotheses have been proposed. These include hyperinsulinemia and increased bioavailability of insulin-like growth factors, changes in adipokines such as leptin, adiponectin and hepatocyte growth factor (HGF), increased bioavailable estradiol levels, and increased levels of inflammatory cytokines such as IL-6 and TNF-alpha. The levels of several of the above hormones, growth factors and cytokines have been associated with alterations in cancer risk. Further, there are undoubtedly many other biological differences between obese and non-obese individuals that are relevant to cancer etiology and risk that have yet to be elucidated. As such, to the extent that chronic inflammation may play a role in the pathogenesis of human cancers, obesity could not be discounted as a cause of that inflammation.

147. One mechanism by which some Plaintiffs' experts have suggested that inflammation might contribute to carcinogenesis is through reactive oxygen species (ROS) generation by inflammatory cells, which might theoretically contribute to the generation of mutations in non-tumorigenic cells. Importantly, this mechanism is largely hypothetical, as ROS generated by inflammatory cells would have to cross the extracellular space, gain entrance into the cell of origin for cancers, cross the cytoplasm and gain entrance into the nucleus in order to be able to engender DNA damage. Moreover, this DNA damage would have to go unrepaired in a cell that subsequently divides in order to give rise to a mutation. Since ROS are generally believed to be very short-lived molecular species, this is highly unlikely to be a substantial source of mutations compared to the abundant ROS that are produced within each cell by mitochondria. As such, to the extent that ROS may contribute to DNA damage and the generation of mutations within human cells, the offending ROS are most likely generated within those cells by mitochondrial processes. Regardless, there is no reliable scientific method by which the relative contributions of ROS produced by mitochondria and ROS produced by inflammatory cells could be ascertained.

**Hormone production and action are tightly regulated and resistant to perturbation**

148. Hormones are chemical substances having regulatory effects on the activity of an organ or organs in the body. The human body produces dozens of hormones that have different effects on different organs. Examples of hormones include: catecholamines such as adrenaline (or epinephrine), dopamine, and norepinephrine; tryptophan derivatives such as melatonin and serotonin; peptide hormones such as adiponectin, ACTH, calcitonin, growth hormone, insulin, insulin-like growth factor (IGF), and prolactin; steroid hormones such as glucocorticoids, androgens (including testosterone, DHEA, and androstenedione), estrogens (including estradiol, estrone and estriol), progestagens (including progesterone), and Vitamin D derivatives; and lipid and phospholipid hormones such as prostaglandins, prostacyclin, and thromboxane. The study of the physiological regulation and function of hormones, and diseases related to their dysregulation, is referred to as endocrinology.

149. Because hormones regulate many facets of human physiology, their production and function are controlled by tightly regulated systems. These systems are designed to maintain hormone levels within a narrow range in a stable manner that is resistant to perturbation, referred to as "homeostasis". To accomplish this, most endocrine systems are composed of negative and positive feedback circuits that include a regulatory organ, such as the hypothalamus and/or pituitary, that senses the levels of a particular hormone and sends signals to the target organ producing that hormone to increase or decrease production in order to maintain the hormone at the proper level. For example, the hypothalamus and pituitary sense the body's level of thyroid hormone produced by the thyroid gland. If the levels of thyroid hormone are too low, the hypothalamus and pituitary send signals in the form of thyrotropin releasing hormone (TRH) and thyroid stimulating hormone (TSH) – which are themselves hormones – that instruct that thyroid to increase its production of thyroid hormone. As thyroid levels increase to the normal range, they inhibit the secretion of TRH and TSH by the hypothalamus and pituitary. If thyroid hormone levels become abnormally high, then TRH and TSH levels are suppressed even further, which in turn decreases thyroid hormone production by the thyroid. Additional feedback loops, both positive and negative, can influence the stability and activity of thyroid hormone to provide an even greater measure of regulation. These kinds of nested negative and positive feedback loops not only serve to maintain thyroid hormone levels in the normal range, but also make the body resistant to perturbations in thyroid hormone levels. For example, if a human being is given thyroid hormone in the form of a pill in an amount that is similar to that produced by the body, the above negative feedback loops decrease or shut off the production of thyroid hormone, such that the total amount of circulating thyroid hormone remains in the normal range. Thus, it is not the simply the case that "adding" thyroid hormone to the body results in an increase in thyroid hormone levels.

150. Similar to the feedback loops that regulate thyroid hormone, the hypothalamus and pituitary also control the production of estrogen and progesterone by the ovaries. This control is tightly orchestrated and is referred to as the Hypothalamic-Pituitary-Ovary axis. Estrogen and progesterone are two examples of hormones produced by the body and are vital to female development and human reproduction. They are produced in significant amounts in women throughout their reproductive years and, to a lesser degree, after menopause.

151. Estrogens are extremely important in human physiology. They regulate the onset of puberty in girls as well as ongoing sexual development, the menstrual cycle in which eggs are produced by the ovary each month and the endometrial lining undergoes cyclical physiological hyperplasia (a reversible increase in the number of cells) followed by shedding (i.e., menstruation), pregnancy, bone metabolism, and cardiovascular health, among many other functions. Not surprisingly, estrogen production and action are tightly regulated on many different levels, including by the hypothalamic-pituitary-ovary axis, the hypothalamic-pituitary-adrenal axis, production of the enzyme aromatase in different tissues of the body, sulfation (inactivation) and desulfation (reactivation) of estrogens, and other methods of regulation. As with other hormones, these multiple interconnected endocrine feedback loops help to precisely maintain estrogens at the proper level in different tissues within the body.

152. As above, the normal functions of estrogen and progesterone in healthy women include their effects on the proliferation and differentiation of breast tissue, the endometrial lining of the uterus, and the ovary. Notably, these effects are context-dependent in that exposure to the same levels of estrogen and progesterone can be associated with different cellular responses in different tissues and at different times. For example, the endometrium and the breast exhibit almost diametrically opposed responses to acute responses to ovarian hormones, whereby the addition of progesterone to estrogen increases epithelial proliferation in the breast, but halts epithelial proliferation in the endometrium. For these reasons, and others, the effects of a hormone in one tissue cannot be reliably inferred from the effects of that hormone in a different tissue.

153. In addition, in breast tissue, exposure to high levels of estrogen and progesterone during pregnancy is initially associated with high rates of cellular proliferation during the first half of pregnancy, but is then followed by the cessation of proliferation and terminal differentiation as the breast prepares to make milk, despite the continued presence of high levels of estrogen and progesterone. Similarly, rising levels of estrogen and progesterone levels at the onset of puberty trigger cellular proliferation in the breast to form the mammary ductal tree as part of the development of the adult mammary gland; however, despite the continued presence of estrogen and progesterone throughout a woman's reproductive years, the mammary ductal tree does not continue to proliferate or grow and instead ceases proliferation when it has completed its developmental program. That is, hormone effects are context-dependent in that exposure to the same levels of hormones can be associated with different cellular responses in tissues under different conditions and at different points in time. Thus, determining that estrogen can stimulate proliferation in one context does not imply that estrogen will stimulate proliferation in another context.

154. A woman's body produces three different types of estrogens: estrone, estradiol, and estriol. The most potent of these is estradiol, which is also the form of estrogen most commonly used in laboratory and animal experiments. Estrone and estriol are weaker forms of estrogen. Estrogens exert their functions by binding to the estrogen receptor, ER-alpha, often referred to simply as "ER". The strength with which each type of estrogen binds to the estrogen receptor is referred to as its binding affinity, which is often expressed as an $IC_{50}$, which represents the concentration of hormone that will bind 50% of the receptor: the lower the IC50, the higher the affinity with which the estrogen binds ER. For example, estradiol has an $IC_{50}$ for ER of ~$10^{-9}$ M (molar), whereas estriol and estrone have $IC_{50}$s of ~$10^{-8}$ M. This means that estradiol binds ER with approximately 10-times higher affinity than estrone or estriol, which means that it is a more potent estrogen – i.e., the same amount of estradiol will generally have a greater effect than an equivalent amount of estrone or estriol.

155. Estrogens are synthesized from cholesterol within the ovary, which predominantly produces estradiol along with smaller amounts of estrone and estriol prior to menopause, and estrone after menopause. The adrenal gland also produces estradiol, estrone and estriol, though in smaller amounts than the premenopausal ovary. In addition, the adrenal gland also produces androstenedione and dehydroepiandrosterone (DHEA), which are in the class of hormones referred to as androgens (i.e., "male" hormones) that include testosterone. Importantly,

androgens such as androstenedione and testosterone can be converted to estrone and estradiol in the body by the enzyme aromatase, which is present at high levels in fatty tissues such as the breast. Consequently, the levels of estrogens in tissues can be quite different than those in the circulation. For example, while circulating levels of estrogens decrease substantially in women following menopause, levels of estrogen in breast tissue – which contains a large percentage of adipose tissue (i.e., fat) – undergo far less pronounced changes. Moreover, in keeping with the "autonomous" functions of cancer cells that result from the driver mutations that they carry, many breast cancers turn on the enzyme aromatase such that they are able to produce their own supply of estrogen from circulating androgens, which are ubiquitous. To the extent that breast cancer cells in a particular patient may require estrogen for their growth, the production of estrogen by breast cancer cells themselves can render them independent of estrogens in the circulation. These examples highlight the complex, dynamic and layered manner in which estrogen production and estrogen levels are regulated in human beings.

156. Because estrogen is an important physiological hormone, there are many derivatives of estrogen that have been developed as pharmaceutical agents to either stimulate the estrogen receptor (i.e., act like estrogen = "estrogenic"), or to inhibit the actions of estrogen by binding to ER and preventing the binding of naturally occurring estrogens. In this context, "endogenous hormones" are those produced by the body itself, while "exogenous hormones" are those produced outside of the body. Two examples of exogenous hormones are birth control pills and menopausal hormone replacement. Ethinyl estradiol is a synthetic estrogenic pharmaceutical that is used in oral contraceptive pills. Premarin is used for menopausal hormone replacement and is comprised of ~1% estradiol and ~49% estrone, with the remainder made up of a blend of equine estrogens and estrogen sulfates.

157. In general, pharmaceutical agents designed to modulate estrogen function exhibit high binding affinities for the estrogen receptor, which makes them effective for either activating or inhibiting ER action. For example, ethinyl estradiol (EE) has a binding affinity for ER that is approximately twice as strong as estradiol itself.[67] Similarly, diethylstilbestrol (DES) – an estrogenic drug used several decades ago to prevent miscarriages during pregnancy – has a binding affinity for ER that is approximately four-times stronger than estradiol itself.[67] 4-hydroxytamoxifen, which is the active metabolite of the drug tamoxifen, binds to ER with approximately twice the affinity of estradiol.[67] Tamoxifen is a member of the class of drugs referred to as selective estrogen receptor modulators (SERMs). SERMs can act as both stimulators of ER (i.e., agonists) and as inhibitors of ER (i.e., antagonists) in different tissues. For example, 4-hydroxytamoxifen acts on breast tissue primarily as an estrogen antagonist (i.e., it inhibits the effects of estradiol by preventing estradiol from binding to ER), but at the same time acts on endometrial tissue and on bone as a partial estrogen agonist (i.e., it has some estrogen-like effects). Notably, the balance of inhibitory versus stimulatory actions of SERMs in a given tissue can be influenced by a woman's own levels of endogenous estrogens, including whether she is premenopausal or postmenopausal.

158. In contrast to estradiol, ethinyl estradiol, DES, 4-hydroxytamoxifen, estrone and estriol – all of which bind ER with high affinity – Bisphenol A (BPA) binds to ER with an $IC_{50}$ of approximately $10^{-5}$ M. This means that Bisphenol A binding to ER is approximately 10,000-times

weaker than the body's natural estrogen, estradiol.[67] Similarly, parabens bind to ER with $IC_{50}$ values in the range of $10^{-4} - 10^{-5}$ M, meaning that their affinities for ER are 10,000 – 100,000-times weaker than estradiol. Thus, parabens are considered to be extremely weak estrogens.[67] Phthalates are even weaker estrogens than parabens, with $IC_{50}$ values measured as being greater than $10^{-3}$ M, meaning that their affinities for ER are 100,000 – 1,000,000-times weaker than estradiol.[67] Thus, phthalates are exceptionally weak estrogens. Benzophenone metabolites have been reported to bind to ER with affinities of $10^{-5}$ M to weaker than $10^{-4}$ M, meaning that their affinities for ER are 10,000 – >100,000-times weaker than estradiol.[67] As a general principle, chemicals that have extremely low affinities for ER will generally have little or no effect when in the presence of potent estrogens, such as the estrogens naturally produced by the body.

159. In addition, important differences exist with respect to exposure to exogenous estrogens, and a woman's own endogenous estrogen with respect to dose, timing of exposure, and duration of exposure. In particular, women are exposed to their own estrogens at far higher effective doses (i.e., accounting for the high affinity of natural estrogens for the estrogen receptor), for longer periods of time, and during the stages of endometrial, ovarian, and breast cancer development that occur early in a woman's life, decades prior to the clinical detection of a cancer. These differences in exposure likely result in important differences in the effects of endogenous estrogens and even highly potent exogenous estrogens with respect to the decades-long process of carcinogenesis. This, too, illustrates why the effects of exogenous estrogens cannot be reliably extrapolated from known effects of endogenous estrogens. Furthermore, extremely weak estrogens, such as parabens, phthalates and phenols, are unlikely to have any biologically significant effects in this context.

**Endocrine disrupting chemicals**

160. A widely used definition of endocrine disrupting chemicals (EDC) is an exogenous substance that has the potential to interfere with one or more steps in hormone action, potentially leading to adverse health outcomes in humans.[68-71] These steps may include hormone synthesis, secretion, transport, receptor binding, metabolism, or elimination. Hundreds to thousands of chemicals have been listed as EDCs.

161. Importantly, the broad definition of EDCs is primarily predicated on evidence that a chemical has the *potential* to disrupt endocrine function under some set of conditions (e.g., dose), but does not require the demonstration that the EDC actually *does* disrupt endocrine function, that the EDC disrupts endocrine function in human beings, or that the disruption is harmful, much less the determination of what fraction of exposed individuals will experience endocrine disruption (if any), or whether the doses required to do so are generally experienced in human beings. As a result, it is the case that while many chemicals have been labeled as EDCs, many based primarily on animal and in vitro studies, there are very few that have been shown to actually disrupt endocrine function in human beings in a harmful manner, and even fewer for which strong evidence exists implicating them in cancer causation in human beings.[69,70] In addition, despite the inclusion of "disruptor" in their name, which implies a necessarily harmful effect, a number of EDCs are hypothesized to have beneficial effects.

162. Consequently, additional important criteria for identifying EDCs in human beings include the demonstration that an EDC causes a harmful effect that is endocrine-mediated, and that there is a demonstrable causal link between the EDC and that harmful effect in humans. However, even these additional criteria do not include the demonstration that the effect occurs at doses to which human beings are exposed. Indeed, a key challenge of identifying EDCs is determining whether typical human exposure levels are sufficient to give rise to the hypothesized harmful effects. A further challenge of identifying EDCs in human beings is that many of the studies are performed in animal models, and many of which employ extremely high doses of the agent that are unlikely to be encountered by human beings.[68-70] Importantly, the endocrine systems of animal models are often quite different from those of humans. This creates challenges in attempting to extrapolate conclusions from animal models to humans.

163. DES (diethylstilbestrol) binds with high affinity to ER and is also considered to be an EDC. Women exposed to DES in utero several decades ago were subsequently found to have a higher risk of developing clear cell carcinoma of the vagina and cervix, and possibly breast cancer.[72-74] Notably, neither the mothers who took DES, nor their daughters, have been reported to have an increased risk of developing either uterine cancer or ovarian epithelial cancer.[75] This emphasizes the unique effects that bona fide EDCs may have and the inability to predict effects in humans simply based on biochemical or pharmacological properties of the chemical.

164. Genistein is a phytoestrogen (i.e., a plant-derived estrogen) and is an isoflavone that is present in soy. Genistein is classified as both an EDC and as a SERM, since it exhibits estrogenic activity. Genistein has been reported to bind ER in MCF7 breast cancer cells with an affinity of approximately $5 \times 10^{-7}$ M, which means that it is slightly less potent as an estrogen than the natural estrogens estrone and estriol, but substantially more potent that Bisphenol A, and far more potent than either parabens or phthalates.[76] Due to its estrogenic activity, the relationship between genistein consumption and the risk of endometrial cancer and ovarian epithelial cancer has been studied. Some epidemiological studies indicate that a higher intake of isoflavones in general, and genistein in particular, may be associated with a reduced risk of endometrial cancer as well as ovarian epithelial cancer.[77,78]

165. Ultimately, in considering effects of any chemical that is hypothesized to be an endocrine disruptor, it is critical to evaluate the dose of exposure, the timing of exposure, the route of exposure, and the target tissue at issue for that specific compound. Given the complex effects of each chemical entity, the many receptors and other molecules and pathways with which they may interact, and the different affinities with which they may do so, it is unreliable to simply categorize compounds as part of a class (i.e., "estrogenic" or "anti-estrogenic") and attempt to extrapolate effects of one compound on one target tissue to a different compound in a different target tissue.

**The critical importance of dose and route of exposure**

166. Paracelsus' statement that "*the dose makes the poison*", advises that the amount of a substance a person is exposed to is as important as the nature of that substance. That is, exposure to a small amount of a substance that may have an adverse effect at very high doses of exposure will likely not have a significant biological effect. For example, high levels of exposure to asbestos are an accepted cause of mesothelioma. Yet, we are all exposed to asbestos every

day because asbestos fibers are nearly ubiquitously present in air. However, these exposures are so low – even when considered over a lifetime – that this exposure does not increase the risk of mesothelioma in the general population. Thus, in assessing causation, it is essential to consider the dose and duration of exposure in evaluating the biological plausibility of a hypothesized effect.

167. Equally important as dose of exposure is the consideration of route of exposure. An agent that has a clearly demonstrable effect by one route of exposure may have no effect whatsoever by another route of exposure. For example, IARC has classified ethanol (i.e., beverage alcohol) as a Class I carcinogenic agent in human beings when ingested at high levels for long periods of time. However, ethanol applied to the skin – as commonly occurs with the use of many hand sanitizers in which it is the primary active ingredient and present at high concentrations – is not carcinogenic. Similarly, while oral treatment with potent estrogens can increase the risk of blood clots, transdermal treatment (i.e., treatment by applying to the skin) with potent estrogens does not increase the risk of blood clots.[79] Thus, like considerations of dose, in assessing causation it is essential to consider the route of exposure in evaluating the biological plausibility of a hypothesized effect.

**Risk factors**

168. Risk factors for cancer are identified based on the consistent observation of a statistically significant association between a particular factor and the risk of being diagnosed with a particular type of cancer. That is, across large populations, persons possessing a specific risk factor for a particular type of cancer are generally more likely to be diagnosed with that cancer than those who do not possess that risk factor.

169. Multiple risk factors have been elucidated for different human cancers, although the magnitudes of many established risk factors are relatively small. Moreover, many patients who develop cancer have no apparent risk factors, other than increasing age and/or gender. This likely reflects the fact that the risk of developing cancer is, in many ways, an unavoidable consequence of aging that has a random (or stochastic) component.[39,80]

170. Most importantly, it is essential to emphasize the critical difference between a risk factor for a disease and a cause of that disease. A risk factor for cancer is merely a correlation between a factor and the probability of being diagnosed with cancer. The associations that risk factors represent cannot be equated with causality. For example, having gray hair is strongly associated with the risk of being diagnosed with cancer, however having gray hair is obviously not a cause of cancer.

171. Moreover, 'ruling out' risk factors cannot logically be equated with ruling out potential causes of a patient's cancer, both because risk factors are not causes, and because the mere absence of a particular risk factor for cancer (e.g., family history) does not reliably indicate the absence of a potential contributing causal factor (e.g., an inherited cancer predisposition).

172. Conversely, 'ruling in' risk factors cannot logically be equated with ruling in potential causes of a patient's cancer. For example, obesity is an established risk factor for

postmenopausal breast cancer, but no physician can reliably tell a patient that their breast cancer was caused by obesity. And even if risk factors were causes (they are not), they still could not explain causation for most patients, since many cancer patients lack identifiable risk factors.

173. As an example to further illustrate this point, risk factors for breast cancer include earlier age at menarche, later age at menopause, nulliparity, late age at first full-term pregnancy, lack of breastfeeding, postmenopausal obesity, mammographically dense breast tissue, family history of breast cancer, and others. However, each of these risk factors is associated with only a small increase in risk and, in aggregate, a woman's risk factor profile is a notoriously poor predictor of her likelihood of developing breast cancer in her lifetime. Consistent with this, most women who develop breast cancer do not have known risk factors other than being female and growing older.

174. For these reasons, a physician cannot ascertain the cause of a woman's breast cancer simply by ruling out known risk factors because risk factors are not causes and – even if they were – the list of potential causes for breast cancer does not explain why most women get breast cancer. If the list of potential "causes" for breast cancer included being female and growing older, these would most often be the "causes" of cancer that remained after "ruling out" other risk factors.

175. Furthermore, while cancer risk estimation may be reasonably accurate when applied to large populations, it is generally highly inaccurate when applied to individuals. For example, a particular constellation of risk factors for breast cancer may predict, with reasonable accuracy, that approximately 2% of individuals across a large population (*e.g.*, 100,000 people) will likely develop breast cancer within 5 years. However, the presence of that same constellation of risk factors in an individual cannot reliably or accurately predict that that individual will develop breast cancer. Thus, even if risk factors permitted the determination of cancer causality across large populations (they cannot), they still would be unable to do so in individuals.

176. Moreover, since most cancers likely arise from endogenous causes of mutations attributable to aging, aging itself is one of the most powerful risk factors for cancer and rarely, if ever, can be eliminated as a potential cause of adult human cancers.

177. In addition, for many types of human cancer, medical science has only determined some of the potential risk factors. Consequently, there is no reliable method to arrive at the "correct" risk factor simply by ruling out the incomplete set of risk factors that do not appear to be operative in that patient.

**Biological plausibility**

178. Biological plausibility refers to the existence of a potential mechanistic chain of events that could conceivably explain the association between two factors based on what is known. However, depending on the definitions of plausibility, even if a mechanistic link between two factors is deemed plausible, it does not mean that it is either true, or even likely. For example, a hypothesized mechanistic link between two factors could be considered to be plausible even in the absence of any evidence to support it. Simply put, even if a particular chain of events can be conceived of that might potentially link two factors, that chain of events might, in reality, not

occur and the association between those two factors could be explained by an entirely different chain of events. As such, biological plausibility can be thought of essentially as a hypothesis and, as such, may not reflect the actual biological mechanism that underlies the phenomenon being investigated. However, there are other, more rigorous, definitions of biological plausibility in which existing scientific and medical knowledge are used to evaluate the likelihood that a new hypothesis is true, particularly as it relates to evaluating whether a cause-and-effect relationship exists between a biological factor of interest and a particular disease. Consequently, for a proposed causal relationship to be biologically plausible, not only must a hypothesized mechanistic link between two factors be deemed to be conceivably true, there must also be coherent evidence that the proposed mechanism is true, as well as an absence of a significant body of evidence suggesting that it is not true. In my experience, this is the definition of biological plausibility that is most commonly used by physicians and scientists, and this is the definition of biological plausibility that I apply in this report.

## B. Evaluation of the Claim that Hair Relaxer Products Causes Uterine Cancer and Ovarian Epithelial Cancer in Human Beings

### Uterine cancer

179. Endometrial cancer is the most common type of uterine cancer. The endometrium is the epithelial lining of the uterus. During the normal menstrual cycle, the endometrium undergoes physiological hyperplasia (i.e., a reversible increase in the number of cells) during the first portion of the cycle, which is followed by the cessation of proliferation and terminal differentiation during the second portion of the cycle and – in the absence of an implanted fertilized embryo – the endometrial lining sheds during menses.

180. It is estimated that nearly 70,000 women will be diagnosed with cancers of the uterus in 2025, with nearly 14,000 deaths from this set of cancers. Endometrial cancer is the most common form of cancer of the uterus, with the other type being uterine sarcoma. The major histological types of endometrial carcinoma are endometrioid (representing 70-80% of cases), serous, clear cell, and carcinosarcoma. Older classifications referred to low-grade endometrioid carcinomas as Type I endometrial cancers, which are generally considered to be estrogen-dependent for their growth and are linked to obesity, and Type II endometrial cancers, which are generally considered to be estrogen-independent for their growth, consisting of high-grade endometrioid carcinomas, serous carcinomas, clear cell carcinomas, and carcinosarcomas. Endometrial cancer occurs most often in older women who are postmenopausal, with the average age at diagnosis being 60. Like other adult human cancers, endometrial cancer primarily occurs in older women and is caused by the accumulation of mutations in oncogenes and tumor suppressor genes.

181. Established risk factors for endometrial cancer include increasing age, obesity, early age at menarche, late age at menopause, inherited mutations in genes that cause Lynch syndrome, therapy with unopposed estrogens including tamoxifen, type 2 diabetes mellitus, endometrial hyperplasia, and sedentary behavior. Established factors associated with a decreased risk of endometrial cancer include the use of estrogen-progestin oral contraceptives, multiparity (i.e.,

having multiple children), and breast feeding. In addition, long-term follow-up of the Women's Health Initiative randomized trials revealed that menopausal use of conjugated equine estrogens (CEE) in combination with medroxyprogesterone acetate (MPA) was associated with a decrease in the risk of endometrial cancer.[81]

**Ovarian epithelial cancer**

182. Epithelial ovarian cancer is the most common type of ovarian cancer, and is the leading cause of death in women from gynecological cancers in the U.S. Ovarian epithelial cancers are subdivided into serous, endometrioid, clear cell, and mucinous tumors, with high-grade serous carcinomas being the most common. More than 20,000 women were estimated to develop cancer of the ovary in 2025. Like other adult human cancers, ovarian epithelial cancer primarily occurs in older women and is caused by the accumulation of mutations in key driver genes, and a variety of recurrent mutations have been identified in oncogenes and tumor suppressor genes in ovarian epithelial cancers.

183. Established risk factors for ovarian epithelial cancer include increasing age, a positive family history of ovarian cancer, inherited mutations in BRCA1 or BRCA2, early age at menarche, late age at menopause, endometriosis, and obesity. In addition, long-term follow-up of the Women's Health Initiative randomized trials revealed that menopausal use of conjugated equine estrogens (CEE) alone was associated with an increased risk of ovarian cancer, whereas use of CEE in combination with medroxyprogesterone acetate (MPA) was not.[81] Established factors associated with a decreased risk of ovarian epithelial cancer include the use of estrogen-progestin oral contraceptives, multiparity (i.e., having multiple children), breast feeding, tubal ligation and salpingectomy or salpingo-oophorectomy.

**Epidemiological studies of Hair Relaxer Products (HRPs)**

184. Inasmuch as I understand that another expert will be addressing the issues surrounding observational epidemiological studies in depth, this report will not discuss that subject at length.

185. While observational epidemiological studies can identify the presence of an apparent association between two factors, at a fundamental level such studies cannot demonstrate a cause-and-effect relationship. In particular, observational epidemiological studies are subject to a variety of errors related to chance, bias, and confounding, which may result in the spurious identification of associations that are not real. Thus, while epidemiological evidence is an essential part of evaluating cancer causation in human beings, observational epidemiological evidence alone cannot, in principle, demonstrate causality. This follows from the fact that the "output" of evidence derived from observational epidemiology studies comes in the form of associations, and associations, like risk factors, are not causes and cannot be equated with cause-and-effect. Thus, while observational epidemiology studies permit inferences to be drawn regarding causation based upon the identification of consistent, substantial and robust associations, they cannot demonstrate cause-and-effect directly.

**Human studies of HRPs**

186. Epidemiological evidence regarding a potential association between use of hair relaxer

products (HRPs) and risk of uterine cancer or ovarian epithelial cancer is exceedingly sparse, consisting of only three publications – one for ovarian cancer and two for uterine cancer. Two of these three publications – one for ovarian cancer and one for uterine cancer – included exposures to hair products other than HRPs and therefore did not specifically assess the potential cancer risk of use of HRPs.

187. Chang et al. investigated the association between hair product use and incident uterine cancer among 33,947 participants of the Sister Study.[82] In this prospective cohort study, participants 35-74 years of age with a uterus at the time of enrollment (2003-2009) self-reported their use of hair products in the 12 months prior to completing their baseline questionnaire. Hair products included hair dyes; straighteners, relaxers, or pressing products; and permanents or body waves. Over an average of 10.9 years of follow-up, ever vs. never use of straightening products in the previous 12 months was associated with higher incident uterine cancer rates (HR=1.80, 95% CI = 1.12-2.88), and was stronger when comparing frequent use (>4 times in the past 12 months) vs. never use. Use of other hair products, including dyes and permanents or body waves was not associated with incident uterine cancer. The authors concluded that "more research is warranted to replicate our findings in other settings and to identify specific chemicals driving this observed association."[82]. Uterine cancer cases were older with earlier age at menarche, higher BMI and lower physical activity. Participants who ever used straighteners were mostly African American/Black (59.9%), despite the fact that African American/Black participants represented only 7.4% of the eligible cohort, and tended to be younger with a higher BMI and lower physical activity than those who never used, each of which are factors associated with increased endometrial cancer risk. Stronger associations were observed with straightener use among women with low physical activity. A limitation of the study is that exposures were self-reported and confined to the 12-month period prior to baseline questionnaire, precluding any evaluation of changes over time in product use behaviors. Also, all participants in the Sisters Study had a family history of breast cancer and were therefore a high-risk cancer population, complicating extrapolation of findings to the general population. Major limitations of the study were that brands or ingredients of hair products were not collected. Consequently, the specific products or chemicals that might underlie the observed association with incident uterine cancer could not be identified. In particular, even given the heterogeneity in available hair relaxer products, HRPs were combined with other hair straightening and pressing products, such that effects of HRPs could not be distinguished from these other groups of products. Importantly, the participants who ever used straighteners tended to have a higher BMI and lower physical activity than those who never used. Since these factors are themselves associated with increased endometrial cancer risk, the possibility of residual confounding must be considered. In light of these limitations, I agree with the authors' conclusion that "More research is warranted to confirm our novel findings in different populations, particularly in African American and/or Black women because of the high prevalence of straightener use."

188. Bertrand et al. investigated the association between hair relaxer use and risk of uterine cancer in the Black Women's Health Study.[83]. 44,798 women with an intact uterus who self-identified as Black were followed from 1997, when chemical hair relaxer use was queried, until 2019. Neither moderate (HR = 1.23, 95% CI = 0.86 to 1.76) nor heavy hair relaxer use (HR = 1.18, 95% CI = 0.81 to 1.71), defined as ≥15 years and at least 5 times/year, was significantly associated

with increased uterine cancer risk compared to women who never used hair relaxers or used them infrequently (<4 years and ≤1-2 times/year), and non-significant results were also reported in subgroup analyses on duration, frequency, product type (lye-based vs. no-lye relaxers), and number of burns. However, after restricting the analysis to postmenopausal women, compared to never/light users, the HR for moderate use was 1.60 (95% CI = 1.01 to 2.53), 1.64 for heavy use (95% CI = 1.01 to 2.64), and HR for ≥20 years use was 1.71 (95% CI 1.08 to 2.72). Associations were similar for lye-based vs. no-lye relaxers. No association was observed for premenopausal women. Analogous to observations in Chang et al., moderate and heavy users in Bertrand et al. were more likely to have a BMI >30 $kg/m^2$ (32% vs. 26% for never/light users), more likely to have used oral contraceptives for at least 5 years, and more likely to live in the South and less likely to live in the West, compared to never/light users. Age at menarche was also slightly younger in moderate and heavy users. A major limitation of this study was the lack of detailed information regarding brands or formulations of hair products use, and the lack of updated information regarding potential changes in hair product use. In addition, the categorical definitions of frequency of use differed between Chang et al. and Bertrand et al. The authors concluded that "Our findings highlight the importance of continued research regarding potential adverse health effects of exposure to chemical hair relaxers and their constituents." [83]

189. Together, the studies of Chang et al. and Bertrand et al. represent the principal body of epidemiological evidence addressing uterine cancer risk as a function of hair product use. There were multiple limitations to these studies that preclude reliable conclusions. These include that the reported exposures: consisted of multiple different HRPs whose components differed and changed over time; were ascertained at one point in time; and included exposures to hair products other than HRPs. Moreover, these studies reported small effects and did not control for some known risk factors. Indeed, differences in established risk factors for endometrial cancer between the compared groups, including differences in BMI and physical activity, in the same direction as the cancer associations observed raise the possibility of residual confounding. Indeed, given that these are observational studies, chance, bias and confounding cannot be ruled out as explanations for the reported results. Specifically, it remains a possibility that the observed associations reflect differences in risk profiles among the study participants who use hair relaxer products, as opposed to effects of the hair relaxer products themselves. For these reasons, I conclude that there is currently no sufficient, reliable body of epidemiological evidence demonstrating an association between HRP use and uterine cancer in humans. Nor is there a reliable body of epidemiological evidence demonstrating an association between any specific HRP product(s) or chemical constituent(s) of HRPs and uterine cancers.

190. White et al. investigated the association of hair product use with ovarian cancer risk in the Sister Study.[84]. In this prospective cohort study, participants 35-74 years of age at enrollment (2003-2009) self-reported their use of hair products in the 12 months prior to completing their baseline questionnaire. Hair products included hair dyes; straighteners, relaxers, or pressing products; and permanents or body waves. Over an average of 10 years of follow-up, ever use of hair products as initially reported was not associated with ovarian cancer risk. However, frequent use, defined as >4 times per year, of straighteners/relaxers or pressing products in the past year was associated with an increased risk of ovarian cancer (HR = 2.19, 95% CI = 1.12 to 4.27; *p*-for-trend = 0.03). The positive association between frequent use of straighteners and ovarian cancer

appears to have been limited to non-serous ovarian cancers based on only four cases. Ever use of permanent hair dye was associated with non-serous tumors (HR = 1.94, 95% CI 1.12 to 3.37), but was inversely associated with serous tumors (HR = 0.65, 95% CI 0.43 to 0.99). Non-serous tumors included clear cell, endometrioid, and mucinous carcinomas. Women with ovarian cancer were more likely to be menopausal, to have used hormone therapy, and to have undergone a hysterectomy with retention of one or both ovaries compared to the full cohort. A limitation of the study is that exposures were self-reported and confined to the 12-month period prior to baseline questionnaire, precluding any evaluation of changes over time in product use behaviors. Also, all participants in the Sisters Study had a family history of breast cancer and were therefore a high-risk cancer population, complicating extrapolation of findings to the general population. Major limitations of the study were that brands or ingredients of hair products were not collected. Consequently, the specific products or chemicals that might underlie the observed association with incident uterine cancer could not be identified. In particular, even given the heterogeneity in available hair relaxer products, HRPs were combined with other hair straightening and pressing products, such that effects of HRPs could not be distinguished from these other groups of products. Presumably, as reported in Chang et al. for the Sister Study, the participants who used straighteners frequently may have had a different risk profile than those who did not, as suggested by differences reported by White et al. regarding in cases vs. the full cohort with respect to menopausal status, use of hormone therapy, hysterectomy status, and race compared to the full cohort. In light of these limitations, I agree with the authors' conclusion that The authors concluded that "Given the novelty of these findings, more research is needed to confirm our results and identify constituents of these products that may be driving risk."[84] Specifically, it remains a possibility that the observed associations reflect differences in risk profiles among the study participants who use hair straightening products, as opposed to effects of the hair straightening products themselves. Moreover, chance, bias and confounding cannot be ruled out as potential explanations for the observed associations. Ultimately, a single observational epidemiological study cannot possibly definitively establish an association between hair relaxer product use and ovarian cancer risk. For these reasons, I conclude that there is currently no sufficient, reliable body of epidemiological evidence demonstrating an association between HRP use and ovarian cancer in humans. Nor is there a reliable body of epidemiological evidence demonstrating an association between any specific hair relaxer product or chemical constituent of HRPs and ovarian cancers.

191. I conclude that the three studies described above, when taken together, do not provide a reliable body of epidemiological evidence demonstrating an association between HRP use and risk of either uterine cancer or ovarian epithelial cancer. Nor do they even address the potential association of use of any specific hair relaxer product or chemical constituent of HRPs with risk of either uterine cancer or ovarian epithelial cancer.

192. In addition, I note that attempting to infer an association between HRP use and uterine cancer or ovarian epithelial cancer by extrapolation from findings in epidemiologic studies of breast cancer and HRP use would be a unreliable and scientifically unfounded approach. One reason for this is because the biological responses of the uterus, ovary and breast to hormonally active compounds, or to carcinogens, are each unique and divergent. For example, the responses of the uterine endometrium to estrogen and progesterone are diametrically opposed to those of

the breast epithelium. A second reason is that the pathogenesis, etiologies, and risk factors for each of these cancer types is different. Put simply, when considering the uterus, ovary and breast, the tissues are different, the cancers that develop in the tissues are different, and the reasons that the cancers develop in the tissue is different. It is therefore unreliable to attempt to extrapolate findings from breast cancer to fill a gap in knowledge regarding endometrial cancer or ovarian cancer.

193. Furthermore, I note that would also be scientifically unfounded to infer an association between HRP use and uterine cancer or ovarian epithelial cancer by extrapolating from epidemiologic studies of non-cancer endpoints. Non-cancer endpoints are irrelevant in this context for assessing cancer risk. One obvious reason for this is due to the multifactorial and enormously complex biological underpinnings of endometrial cancer and ovarian epithelial cancer etiology. As a general matter, there is no reliable method for predicting the impact of a perturbation in a non-cancer endpoint – or whether there would be an impact at all – on a cancer outcome. Indeed, it is this complexity that necessitates the direct study of the cancer association in question. If the goal is to determine whether there is an association between HRP use and risk of uterine or ovarian cancer, it is essential to directly ask that question.

**Studies of HRP constituents, absorption and endocrine effects**

194. Helm et al.[85] used gas chromatography/mass spectrometry (GC/MS) to evaluate the presence of 66 chemicals across 10 classes of chemicals in 18 hair products representing six categories of products used by Black women.[85] Products were purchased in 2008. Chemical classes targeted for analysis included ultraviolet (UV) fiters, cyclosiloxanes, glycol ethers, fragrances, alkylphenols, ethanolamines, antimicrobials, bisphenol A, phthalates, and parabens. Hair product categories included hot oil treatment, anti-frizz/polish, leave-in conditioner, root stimulator, hair lotion, and hair relaxer. Three hair relaxer kits were selected for analysis based on a 2004-2005 survey of product use among adult women in New York City, 54% of whom were Black (non-Hispanic African-American or African-Caribbean). Each component of each kit was tested. Each kit contained a relaxer cream, activator, shampoo, and conditioner. Relaxer kit #1 also contained a protective gel, pre-relaxer treatment, and hair lotion. Relaxer kit #3 contained a second conditioning product. Hair relaxer kit shampoos and conditioners were combined for analysis, whereas other hair relaxer kit components were tested separately. For reporting results, Helm et al. summed the detected concentrations in all the component products, and reported the sum. Results were reported as "Not Detected", 1–100 µg/g, >100-1,000 µg/g, or >1,000 µg/g. Across all 18 hair products Helm et al. reported detection of 45 of 66 chemicals, with the highest levels being parabens, the fragrance marker diethyl phthalate (DEP), and cyclosiloxane. DEP was detected most frequently. Notably, 14 of the 66 chemicals analyzed were detected in blank samples. Across the combined results for each hair relaxer, 30, 12, and 16 of the 66 targeted chemicals were detected in kits #1, #2 and #3, respectively.[85]. Methylparaben, DEP, and three cyclosiloxanes were detected in all three hair relaxers, as were linalool and limonene. Otherwise, detected constituents varied across the three hair relaxer kits. Similarly, product categories differed in the presence of chemical classes and concentrations. Notably, the authors reported that the activator components of hair relaxer products, which are responsible for breaking the chemical bonds to relax hair, had very few of the chemicals targeted for

detection by this study.[85]. The authors also noted that methylparaben, which was the paraben detected at the highest concentration and frequency in this study, is the least hormonally active paraben of those tested. A major limitation of this study is that only three hair relaxer kits were analyzed, all chosen based on usage patterns among adult women in New York City. This small, geographically localized sample does not reflect the full range of hair relaxer formulations available on the market. Moreover, because hair product formulations are subject to change over time, even within the same brand, the results presented can only represent a single point in time and may not accurately reflect the chemical content of products sold in the past, present, or future. As such, the narrow scope of the study limits the broader applicability of its findings. An additional important constraint of this study, which was published in 2018, arises from the fact that the hair product samples were all purchased in 2008 and stored for a substantial period of time prior to testing. This prolonged period of storage raises the possibility that chemicals, particularly phthalates, could have leached from packaging materials into the products themselves, potentially altering the measured concentrations. In the absence of freshly sourced comparison samples assayed in a timely manner, it is difficult to rule out the potential influence of storage time, storage conditions, or packaging on the reported results.

195. Pierce et al.[86] modeled dermal absorption of parabens and phthalates associated with hair relaxer use based on chemical constituent information and product names and manufacturers reported by Helm et al.[85,86] Chemicals in those classes that were detected in the kits included methylparaben (MP), ethylparaben (EP), butylparaben (BP), diethyl phthalate (DEP), bis(2-thylhexyl phthalate (DEHP), and the phthalate substitute bis(2-ethylhexyl) adipate (DEHA). Daily absorbed doses standardized over a year of product use were modeled and reported as lower- and upper-bounds absorbed doses. The maximum upper bound dose across the three kits for each component were: 0.00116 mg/kg/d (MP), 3.07 x $10^{-6}$ mg/kg/d (EP), 4.33 x $10^{-6}$ mg/kg/d (BP), 0.00106 mg/kg/d (DEP), 1.19 x $10^{-4}$ mg/kg/d (DEHP), and 4.14 x $10^{-5}$ mg/kg/d (DEHA), assuming a 77.4 kg individual.[86] Pierce et al. concluded that the modeled absorbed doses for each chemical "were below the estimated internal daily doses associated with the most relevant health-based guidance values, indicating consumer exposure from product use is not expected to pose a health risk."[86] Importantly, systemic doses of parabens associated with the uses of cosmetics and personal care products are estimated to be several orders of magnitude higher than the daily systemic doses of parabens associated with the use of hair relaxer products evaluated in this study.[86]

196. Schildroth et al. investigated potential associations between hair product use and biomarker concentrations for EDCs among 425 females aged 23-34 in the Detroit metropolitan area who self-identified as Black/African American. Participants reported hair product us over the preceding 24 hr and the past 12 months. Hair products queried included relaxers/straighteners/perms, styling products, moisturizers, oils, and hair food. Urinary concentrations of 19 phthalate/phthalate alternative metabolites, 7 phenols, and 4 parabens were quantified using high performance liquid chromatography isotope dilution tandem mass spectrometry, and creatinine adjusted. The authors reported that, compared to non-use, hair product use in the previous 24 hr was associated with increased urinary mono-isobutyl phthalate (16.2%, 95% CI = 0.7% to 35.9%), methylparaben (35.0%, 95% CI = 2.6% to 77.6%), and ethylparaben (32.3%, 95% CI = 8.8% to 92.0%). Additionally, they reported that use of

relaxers/straighteners/perms, styling products, moisturizers, oils, and hair food in the past 12 months was also associated with higher concentrations of multiple phthalate, phenol, and paraben biomarkers, although they noted that these associations were less consistent, and that there was little evidence of a dose-response relationship.[87] The authors further performed an analysis that was restricted to permanent relaxers, which included hair relaxers with lye, low lye, thio or unsure of content. Low, moderate, and high users of permanent relaxers were compared to a reference group consisting of never users, users of temporary relaxers only, or non-users of any relaxer in the past 12-months. Strikingly, none of the 30 urinary analytes tested in low, moderate, or high users of permanent relaxers exhibited any statistically significant differences compared to never users, users of temporary relaxers only, or non-users of any relaxer in the past 12-months.[87] This suggests that the overarching conclusions of this study may not apply to hair relaxer use. The authors noted additional limitations of the study, including the lack of information on time since most recent product use in relation to urine collection. This limitation is particularly relevant given that the EDC markers evaluated in the study, including parabens, phthalates and phenols, have relatively short biological half-lives. This raises questions regarding the reliability of such measurements as a function of permanent relaxer use in the past 12 months.

197. Geczik et al.[88] investigated the relationship between use of hair relaxers and skin lighteners with serum estrogen and estrogen metabolite levels using postmenopausal population-based controls from the Ghana Health Study. Among the 585 participants included in their analysis, 80.2% reported hair relaxer use and 29.4% reported skin lightener use. The authors reported that ever relaxer use was positively associated with estriol (adjusted geometric mean 95.4 pmol/L vs. never 74.5 pmol/L, p = 0.02) and 16-epiestriol (20.4 pmol/L vs. 16.8 pmol/L, p = 0.05). Notably, these differences in estriol and 16-Epiestriol were the only differences observed across the 15 estrogens and estrogen metabolites tested. Importantly, levels of estradiol – which is ~10-times more potent than estriol – were not significantly different between groups. Similarly, levels of estrone – which has a similar potency as estriol, but has a concentration ~4-times higher than estriol – were also not different between groups. In light of this, and given that all three estrogens bind to the same receptor, it is unclear that the reported changes in estriol levels would have any meaningful biological effect in humans. Furthermore, the authors report that no differences in circulating estrogen levels were observed when comparing current versus never users, which raises additional questions regarding the biological meaning of the reported results. A major limitation of this study is the extremely high number of tests that were performed. Indeed, after adjusting for multiple testing and determining a false-discovery rate (FDR), neither of the reported associations (i.e., differences in estriol and differences in 16-Epiestriol) remained significant. This raises the important possibility that the reported associations may simply have been observed by chance, given the numerous tests performed. The authors also reported a positive association between scalp burns and unconjugated estrone (76.9 pmol/L for 5+ scalp burns vs. 64.0 pmol/L for no burns, $P = 0.03$) and unconjugated estradiol (30.44 vs. 22.59, $P = 0.04$). Again, there is no indication that these results remained significant after adjusting for the 25 tests that were performed in this table alone. Additional major limitations of this study include that a single blood sample was used to ascertain circulating estrogens, and that product use and frequency of scalp burns were based entirely on

self-report. Given this study design, it is not possible to determine the order in which events happened or cause-and-effect relationships. A further limitation of this study is that the questionnaire did not capture specific information regarding the types, brands, or manufacturers of products used. Nor did it address whether the products available to participants in Ghana were also sold in the United States. These limitations limit the inferences that can be made from the data presented.

198. Iwegbue et al.[89] investigated the concentrations of nine metals, including cadmium, lead, chromium, copper, cobalt, nickel, manganese, zinc, and iron, in 26 brands of hair products, including hair relaxers, conditioners and shampoos. They reported detection of these metals, which varied significantly between brands and also between different categories of hair products. The concentrations of metals were generally indicated as being below their permissible limits as impurities in cosmetics. The modeled systemic exposure dosage of the studied metals were noted as being below their respective provisional tolerable daily intakes/recommended daily intakes, and the Margin of Safety values were noted as being greater than 100. The authors concluded that "these products are safe to use." I note that low-dose human exposure to trace heavy metals is ubiquitous and occurs through ingestion, inhalation and dermal contact, with dietary intake and drinking water accounting for the majority of exposure. Moreover, several of these metals, including copper, manganese, zinc and iron are normal constituents of metalloenzymes in the human body and are essential for health. There is no body of evidence that I am aware of demonstrating that exposure to trace heavy metals in HRPs causes an elevation of their levels in the circulation or in tissues, nor any demonstration that such exposures are associated with an altered risk of uterine cancer or ovarian cancer.

**Studies of alleged EDC constituents of HRPs: Parabens, Phthalates, Phenols**

**Parabens**

199. Parabens are generally used in cosmetics, foods and pharmaceuticals as preservatives to prevent microbial growth, and also as fragrance ingredients. Methylparaben and propylparaben are most commonly used, although ethylparaben and butylparaben are also employed. It is estimated that parabens are used in thousands of cosmetic and personal care products. The US FDA considers methylparaben and propylparaben to be GRAS (generally recognized as safe) when used as antimicrobial agents in food at a maximum level of 0.1 percent in food.[90] Cutaneous cosmetic product application is a major source of human exposure to parabens, although exposures also occur through ingestion of foods and pharmaceuticals.[91] The highest reported maximum concentration of use occurs with methylparaben, with concentrations of up to 0.9% in shampoos and up to 1% in lipsticks.[90] Ethylparaben in eye shadows has the highest concentrations of use in products with "leave-on" dermal exposure, with maximum estimates of 0.65%."[90]

200. Parabens exhibit differential abilities to penetrate intact human skin that depend on their structure, particularly their side chain characteristics.[91] In general, penetration is inversely proportional to the lipophilicity of the parabens tested, where lipophilicity increases with the length of the alkyl side chain.[90] Accordingly, methylparaben exhibits the lowest lipophilicity and highest skin penetration, and is absorbed at a greater rate than other parabens.[90,91] Cutaneous

paraben absorption is also influenced by skin integrity and barrier function, with minimal penetrance reported through normal intact human skin."[92] [91]

201. Parabens applied to human skin are rapidly and efficiently metabolized by esterases in the skin and liver to p-hydroxybenzoic acid and are excreted in urine with a biological half-life of less than 24 hours.[90,91] Nevertheless, highly sensitive analytical methods can detect small amounts of unmetabolized parabens and paraben metabolites in blood and urine following dermal exposures.[90] Urinary excretion of parabens reaches a maximum within 7 hours of ingestion of paraben-containing medications in humans, with urinary excretion of paraben metabolites in rats peaking at 90 minutes.[90,91] Thus, parabens exhibit short half-lives in humans following skin absorption or oral exposures.

202. Concentrations of urinary metabolites of parabens are detectable in humans following exposures. Analysis of NHANES data indicates that individuals who reported daily use of mouthwash had 30-40% higher urinary concentrations of methylparaben and propylparaben compared to individuals who reported never using mouthwash.[90] Similarly, urinary concentrations of methylparaben, ethylparaben, and propylparaben were significantly higher in individuals who reported always using sunscreen (92%, 102%, and 151% higher, respectively) than in individuals reporting that they never used sunscreen.[90] Consistent with this, women reporting use of body and face lotions in the past 24 hours had significantly higher urinary paraben concentrations than women reporting no use.[90] 18 women who used lipstick containing methylparaben and propylparaben for five days exhibited a statistically significant increase in serum parabens was observed compared to controls.[90] Consistent with their presence in cosmetics, urinary concentrations of parabens in women have been reported to be twice those in men.[91,93] In this regard, a study of 100 adolescent Latina girls who underwent an intervention in which they used personal care products labeled as being free of parabens for three days reported lowered urinary parabens concentrations of methylparaben and propylparaben, along with increased urinary concentrations of ethylparaben and butylparaben.[94]

203. Results of in vitro and in vivo genotoxicity and mutagenicity testing of parabens in bacteria, in mammalian cells, and in animals, reveal no significant genotoxic or mutagenic potential [91,95] This conclusion has been reached by multiple regulatory agencies. For example, based on the weight of evidence from available in vitro and in vivo studies, the European Commission Scientific Committee on Consumer Safety has concluded that methylparaben, propylparaben, and butylparaben do not have genotoxic potential.[96-98] [97]

204. Consistent with the determination that parabens do not have genotoxic potential, and considering that the chemical structure of parabens is not indicative of carcinogenic potential – as is supported by experimental observations – the European Commission Scientific Committee on Consumer Safety has also concluded that methylparaben, propylparaben, and butylparaben do not have carcinogenic potential.[96-98] [97] The paraben structure, and experimental studies support these observations. Further, there are no in vivo human studies demonstrating a role for parabens applied to the skin in cancer development.[91] Indeed skin cells treated with methylparaben have been reported to undergo cell cycle arrest – that is, to negatively regulate cell proliferation[91,99]

205. Some reports have indicated that methylparaben, ethylparaben, propylparaben, butylparaben, and isobutylparaben can be detected in breast tissue samples collected from women with breast cancer[90,100], and others have reported the detection of higher levels of parabens in malignant compared to benign human ovary samples.[90,101] Importantly, these reports provide no evidence for any biological effects of these parabens, much less a role in the development of breast or ovarian cancer.

206. In 1998, parabens were reported to have estrogenic activity, although the authors estimated that the four most commonly used parabens in cosmetic products were 10,000-fold less potent (butylparaben) or lower (methylparaben, ethylparaben, propylparaben) when compared to estradiol. [91,102]. Consistent with this, when applied to yeast cells transfected with the human ER along with estrogen-responsive elements, methylparaben, ethylparaben, propylparaben, butylparaben, and benzylparaben were reported to exhibit estrogenic potencies relative to estradiol of 1/3,000,000, 1/200,000, 1/30,000, 1/8,000, and 1/4,000, respectively.[91,103] Indeed, parabens bind to ER with $IC_{50}$ values in the range of $10^{-4} – 10^{-5}$ M, meaning that their affinities for ER are 10,000 – 100,000-times weaker than estradiol.[67] Thus, parabens are considered to be extremely weak estrogens.[67] In addition, the primary metabolite of parabens, p-hydroxybenzoic acid, has even weaker estrogenic activity.[91]

207. The extremely weak estrogenic activity of parabens is supported by laboratory and animal study data, where little evidence exists supporting endocrine disruption in vivo at biologically relevant concentrations of parabens. [91,104,105] Thus, while parabens may be listed as potential endocrine disruptors, the scientific data in support of these claims is scant. In this regard, it is important to underscore that that there is a safety margin of 10 to 1000 times for parabens to approximate normal estradiol activity, given an estimated concentration of estradiol in normal human breast tissue of ~40 pg/g.[91,100,104,105] Parabens at micromolar concentrations have also been reported to inhibit both 17ß-hydroxysteroid dehydrogenase type 1 (which converts estrone to estradiol)and 17ß-hydroxysteroid dehydrogenase type 2 (which converts estradiol to estrone), which would largely offset one another.[91,106]

208. In aggregate, while parabens may exhibit some detectable estrogenic activity – particularly in vitro in the absence of competing estrogens and in vitro and in animals in vivo in the presence of extremely high concentrations of parabens – the potency of paraben-mediated estrogenic activity is substantially lower than that of estradiol, and almost certainly too low to have the potential to result in adverse effects mediated by an estrogenic mechanism.[91,105] Indeed, a bona fide mechanism of paraben-mediated endocrine disruption has not been established in humans.[91]

209. Thus, while some in vitro and in vivo animal evidence may exist suggesting the hypothetical possibility of paraben estrogenicity under artificial conditions, there is little if any evidence of actual impact on human health and no studies in humans confirming harmful estrogenic (or other) effects of paraben exposure[91] Similarly, no human studies have linked the ingestion or dermal absorption of parabens to any antiandrogenic physiologic or developmental effect. Thus, proposed roles for parabens in estrogen or androgen-mediated effects in human beings remains speculative.[91]

210. Sarink et al. investigated the potential association of prediagnostic urinary metabolites of BPA, triclosan, parabens and phthalate with risk of endometrial cancer in the prospective Multiethnic Cohort.[107] As anticipated based on established risk factors for endometrial cancer, BMI was higher in cases versus controls. Urine samples were collected a median of 6.6 yr prior to endometrial cancer diagnosis. No significant trends were observed across the three tertiles for any of the measured metabolites of: BPA, triclosan, methyl paraben, ethyl paraben, propyl paraben, butyl paraben, total parabens, MBzP, MECPP, MEHHP, MEHP, MEOHP, MEP, MiBP, MMP, MnBP, PA, DBP, DEHP, or total phthalates. Only MnBP and MnBP+MiBP differed between the 1st and 2nd tertiles, but not between the 1st and 3rd tertiles. This study failed to identify an association between prospectively collected prediagnostic EDC exposures estimated by urinary metabolites for BPA, Triclosan, parabens and phthalates and endometrial cancer risk.

211. Indeed, as stated by Golden et al.: "Based on these comparisons using worst-case assumptions pertaining to total daily exposures to parabens and dose/potency comparisons with both human and animal no observed-effect levels and lowest-observed-effect levels for estrogen or DES, it is biologically implausible that parabens could increase the risk of any estrogen-mediated endpoint, including effects on the male reproductive tract or breast cancer."[91,104]

212. Consistent with these conclusions, in 2020 the Expert Panel for Cosmetic Ingredient Safety assessed the safety of parabens used as preservatives in cosmetic products.[90] After reviewing the relevant data relating to the safety of these ingredients under the reported conditions of use in cosmetic formulations, the panel reported: "The Expert Panel for Cosmetic Ingredient Safety concluded that the following 20 parabens are safe in cosmetics in the present practices of use and concentration described in the safety assessment when the sum of the combined concentration of parabens in any given formulation does not exceed 0.8%: Methylparaben, Ethylparaben, Propylparaben, Isopropylparaben, Butylparaben, Isobutylparaben, Calcium Paraben, Sodium Paraben, Potassium Paraben, Sodium Methylparaben, Potassium Methylparaben, Sodium Ethylparaben, Potassium Ethylparaben, Sodium Propylparaben, Potassium Propylparaben, Sodium Isopropylparaben, Sodium Butylparaben, Potassium Butylparaben and Sodium Isobutylparaben, and 4-Hydroxybenzoic Acid.[90]

213. Similarly, the European Commission Scientific Committee on Consumer Safety has also concluded that:

> "On the basis of the safety assessment considering all available data and the concerns related to endocrine activity, the SCCS is of the opinion that the use of Methylparaben as a preservative in cosmetic products at concentrations of up to 0.4% (expressed as acid) is safe. It is also safe when used up to 0.4% in a mixture of esters for which the total concentration of all esters does not exceed 0.8% (as acid)."[97]

> "On the basis of the safety assessment of Propylparaben, and considering the concerns related to potential endocrine disrupting properties, the SCCS has concluded that propylparaben is safe when used as a preservative in cosmetic products up to a maximum concentration of 0.14 %."[96]

"The available data on Propylparaben provide some indications for potential endocrine effects. However, the current level of evidence is not sufficient to regard it as an endocrine disrupting substance, or to derive a toxicological point of departure based on endocrine disrupting properties."[96]

"On the basis of safety assessment considering all available data and the concerns related to endocrine activity, the SCCS is of the opinion that the use of Butylparaben as a preservative in cosmetic products at concentrations of up to 0.14% (expressed as acid) is safe."[98]

214. Helm et al. reported detection of parabens in some HRPs.[85] Plaintiffs' experts have alleged that parabens in HRPs are a cause of uterine cancer and ovarian epithelial cancer. Given the lack of genotoxicity or mutagenicity of parabens, the lack of carcinogenicity in laboratory animals, the lack of ovarian or uterine cancers in animal studies, the weak binding affinities of parabens for ER and weak estrogenic activities, the lack of an established mechanism of paraben-mediated endocrine disruption in humans, and the lack of any epidemiologic evidence that exposures to parabens are associated with uterine cancer or ovarian epithelial cancer (or any other cancer), I conclude that there is no biologically plausible basis to support the claim that exposure to parabens in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings. This opinion is supported by opinions from multiple regulatory agencies regarding the safety of parabens.

**Phthalates**

215. Phthalates are widely used as plasticizers to soften plastics, particularly those synthesized from polyvinyl chloride, and are used in medical devices, tubing, food packaging, cosmetics, and other applications.[1] In particular, Dibutyl Phthalate (DBP), Diethyl Phthalate (DEP), and Dimethyl Phthalate (DMP) are phthalate diesters that are used as plasticizers, solvents and fragrance ingredients in many types of cosmetic products.[108] Across all applications, Di(2-ethylhexyl) phthalate (DEHP) is the most widely used phthalate. Occupational exposure to DEHP generally occurs by inhalation during its manufacture.[1] Exposure of the general population to DEHP occurs from the use of medical devices, including blood bags and medical tubing, its presence as a contaminant of food and, to a lesser extent, its presence in the environment in air, water and soil.[1] Human exposure to DEHP can be estimated by measurement of DEHP phthalate and its total metabolites in blood and urine. As a consequence of the extensive manufacture of DEHP-containing plastics DEHP has become a ubiquitous environmental contaminant, with data indicating that nearly all populations are exposed to DEHP and excrete measurable amounts of its metabolites in their urine.[1]

216. The most common route of human exposure to DEHP is through food contamination, with an average daily exposure from food in the US estimated in 1992 at 0.3 mg/day per person with a maximum exposure of 2 mg/day.[1] DEHP has been found at generally low levels in a wide selection of foods, and can originate from PVC wrapping materials. High levels of DEHP have been measured in milk products, meat, fish and foods with high fat content. [1]

217. DBP, DEP, and DMP are each readily absorbed through the skin and the gastrointestinal tract.[108] Following absorption, short-chain phthalate diesters are hydrolyzed to the corresponding monoester and alcohol. Phthalates and their metabolites reportedly distribute to most tissues and cross the placenta, but do not accumulate in tissues as they are rapidly excreted in the urine, typically as their monoesters and glucuronide conjugates.[108] Studies of rodents and humans have demonstrated near complete excretion within 72 to 96 hours.[109] Humans metabolize longer-chain diester phthalates such as DEHP) into the glucuronide-conjugated monoester to a greater extent than do rats. Some phthalate is eliminated in the feces."[108]

218. The most sensitive and extensively studied toxicity associated with phthalates is male developmental toxicity in the offspring of pregnant rats exposed to certain phthalates. The rat "phthalate syndrome" consists of dose-dependent abnormalities of the developing male reproductive tract considered indicative of androgen deficiency, including malformations of the epididymis, vas deferens, seminal vesicles, prostate, external genitalia, undescended testes, and reduced anogenital distance. Effects are age-dependent, insofar as fetuses exhibit greater sensitivity to this effect of phthalates than neonates, which exhibit greater sensitive than pubertal and adult animals. The rat phthalate syndrome is generally limited to phthalates with three to seven or eight carbon atoms in the backbone of the alkyl side chain (i.e., butylbenzyl (BBP), dibutyl (DBP), diisobutyl (DIBP), dihexyl (DHEXP), di(2-ethylhexyl) (DEHP), dicyclohexyl (DCHP), di-n-pentyl (DPENP or diamyl phthalate), and diisononyl (DINP) phthalates. Most studies examining the effects of phthalates have been conducted in the rat. These effects generally require exposures of pregnant rats to doses of phthalates on the order of 100 mg/kg/day.[109]

219. In 2013 IARC evaluated the carcinogenicity of DEHP and concluded that: "Di(2 -ethylhexyl) phthalate and its metabolites have been extensively tested in bacterial mutagenicity assays in the presence or absence of metabolic activation. The results of these studies have been generally negative."[1] IARC also noted that no data were available on carcinogenic effects of DEHP in humans. IARC's overall evaluations was that DEHP is possibly carcinogenic to humans (Group 2B) based primarily on sufficient evidence for carcinogenicity in experimental animals.[1]

220. In December 2025, the EPA Office of Chemical Safety and Pollution Prevention published its Cancer Human Health Hazard Assessment for Di(2-ethylhexyl) Phthalate (DEHP), Dibutyl Phthalate (DBP), Butyl Benzyl Phthalate (BBP), Diisobutyl Phthalate (DIBP), and Dicyclohexyl Phthalate (CDHP).[109] The stated goal of this EPA report was to "identify and characterize the human health hazards and conduct dose-response assessments" by summarizing "the genotoxicity and cancer hazards associated with DEHP, BBP,DBP, DIBP, DCHP, DINP, and DIDP.[109] This report was among the most comprehensive in summarizing pertinent data regarding the question of whether phthalates are likely to be carcinogenic in human beings. EPA had previously summarized genotoxicity and cancer hazards of diisononyl phthalate (DINP) and diisodecyl phthalate (DIDP), and incorporated their summary conclusions into their recently published document. In summarizing available epidemiological studies for DEHP, BBP, DBP, DIBP, DCHP, DINP and DIDP, EPA concluded:

> "In conclusion, Health Canada and ATSDR, determined that the evidence was inadequate to support an association between phthalate exposure and cancer outcomes, whereas IARC

found no statistically significant associations between DEHP exposure and cancer outcomes."[109]

"Overall, there are a number of sources of uncertainty associated with the available human epidemiologic studies of phthalates and cancer outcomes, including uncertainty associated with exposure characterization of individual phthalates, source of phthalate exposure, timing of phthalate exposure (exposure is typically measured after the outcome is reported, meaning temporality cannot be established), as well as co-exposure to multiple phthalates, which can confound results. Another uncertainty is that many of the available epidemiologic studies evaluated phthalate exposure after cancer diagnosis and cancer treatment had been initiated, which can confound study results because cancer treatment can increase phthalate exposure from plastic medical equipment. Overall, EPA agrees with the conclusions of Health Canada and ATSDR. Given the limitations and uncertainties, the Agency concludes that the epidemiologic evidence is insufficient to identify an association between phthalate exposure and subsequent cancer outcomes."[109]

221. In summarizing laboratory animal carcinogenicity studies of these phthalates, EPA concluded:

". . . statistically significant increases in several tumor types have been observed in experimental animal models following chronic oral exposure to DEHP, BBP, DBP, DINP and DIDP. Observed tumor types include the following:

- hepatocellular adenomas and/or carcinomas following exposure to DEHP, DINP, and DIDP;
- pancreatic acinar cell tumors (PACTs) following exposure to DEHP, BBP, and DBP;
- testicular Leydig cell adenomas following exposure to DEHP;
- MNCL in F344 rats following exposure to DEHP, BBP, DINP and DIDP;
- renal tubular cell carcinomas following exposure to DINP; and
- uterine adenoma, adenocarcinoma, squamous cell carcinoma, or squamous cell papilloma following exposure to DEHP."[109]

222. In summarizing available evidence on mechanism of action for DEHP, BBP, DBP, DINP, and DIDP, EPA concluded:

"The weight of scientific evidence indicates that the tumor triad is related to PPARα activation in rats following chronic exposure to DEHP and hypolipidemic drugs."[109]

"Although there is uncertainty pertaining to the precise mechanisms underlying DEHP-induced PACTs and Leydig cell tumors, there is evidence to suggest that the tumor triad is a fingerprint of chronic PPARα activation in rats. For example, similar to DEHP, prototypical PPARα activators such as WY 14,643 (WY, also known as prinixic acid) and hypolipidemic drugs (e.g., clofibrate, fenofibrate, gemfibrozil) that are commonly prescribed to humans to

lower serum cholesterol and triglyceride levels have also been shown to induce the tumor triad in rats (Table 4-8), but not humans (discussed further below). Mechanistically, WY and these lipid-lowering agents operate through activation of PPARα. Notably, these drugs are commonly prescribed at doses several orders of magnitude higher than levels of exposure to DEHP for the general U.S. population based on NHANES urinary biomonitoring data (discussed further below)."[109]

"Collectively, studies of WY and hypolipidemic drugs, which are prototypical PPARα activators, provide evidence indicating that the tumor triad is a signature of PPARα activation and given that these hypolipidemic drugs have not been linked to cancer outcomes in humans, raise questions pertaining to the human relevancy of the tumor triad observed in rats following chronic exposure to DEHP."[109]

223. EPA provided the following cancer classifications and rationale for each phthalate:

224. *Cancer Classification for DEHP*

"EPA has revised its cancer classification for DEHP to not likely to be carcinogenic to humans."

"EPA's classification of not likely to be carcinogenic to humans is based on the following weight of scientific evidence considerations:"

"• Evidence indicates that DEHP is not a direct acting mutagen or genotoxicant (Section 3.1)."

"• The epidemiologic evidence is insufficient to identify an association between DEHP exposure and subsequent cancer outcomes in humans (Section 4.1.3)."

"• Inferences from hypolipidemic drugs and other prototypical PPARα activators (e.g., WY-14,643) provide evidence indicating that the tumor triad (i.e., hepatocellular tumors, PACTs, and Leydig cell tumors) is a fingerprint of chronic PPARα activation in rats."

"• Despite some remaining uncertainties, the weight of scientific evidence indicates that the tumor triad is related to PPARα activation in rats following chronic exposure to DEHP and hypolipidemic drugs."

"• Given the limitations and uncertainties regarding MNCL in F344 rats, EPA is not considering MNCL as a factor in the determination of the cancer classification for DEHP."

225. *4.3.2 Cancer Classification for Butyl Benzyl Phthalate (BBP)*

"EPA has revised its cancer classification for BBP to not likely to be carcinogenic to humans."

"Further weight of scientific evidence considerations supporting EPA's determination of not likely to be carcinogenic to humans are listed below.

• BBP is not likely to be genotoxic or mutagenic (Section 3.2).

• The epidemiologic evidence is insufficient to identify an association between BBP exposure and subsequent cancer outcomes in humans (Section 4.1.3)."

226. *4.3.3 Cancer Classification for Dibutyl Phthalate (DBP)*

"Further weight of scientific evidence considerations supporting EPA's determination of not Likely to be Carcinogenic to Humans are listed below.

- DBP is not likely to be genotoxic or mutagenic (Section 3.3).
- The epidemiologic evidence is insufficient to identify an association between BBP exposure and subsequent cancer outcomes in humans (Section 4.1.3)."

227. *4.3.4 Cancer Classification for Diisononyl Phthalate (DINP)*

"EPA reviewed the weight of evidence and determined that DINP is not likely to be carcinogenic to humans at doses below levels that do not result in PPARα activation.

"EPA acknowledges that during the July 2024 SACC peer review of DIDP and DINP, the committee provided significant feedback that liver tumors associated with PPARα activation are not human relevant (U.S. EPA, 2024d). Although EPA acknowledges this feedback from the SACC, this issue did not impact the Agency's overall approach to cancer risk assessment for DINP. As discussed above, the non-cancer POD for DINP is expected to adequately account for all chronic toxicity, including carcinogenicity, and no quantitative cancer risk assessment was conducted for DINP."

228. *4.3.5 Cancer Classification for Diisodecyl Phthalate (DIDP)*

"EPA reviewed the weight of evidence for the carcinogenicity of DIDP and concluded that DIDP is not likely to be carcinogenic to humans. This conclusion is based on the following:

"MNCL has a high rate of spontaneous occurrence in F344 rats."

"EPA is not further considering MNCL as a factor in the determination of the cancer classification for DIDP because this is likely a strain-specific effect."

"EPA's Guidelines for Carcinogen Risk Assessment state that "overt toxicity or qualitatively altered toxicokinetics due to excessively high doses may result in tumor effects that are secondary to the toxicity rather than directly attributable to the agent."

"No evidence of carcinogenic activity was observed in male or female CB6F1-rasH2 transgenic mice dosed with 150 or 495 mg/kg-day DIDP (Cho et al., 2011). Evidence of overt treatment related toxicity associated with exceedance of the limit dose was not apparent at these dose levels."

"EPA acknowledges that increased MNCL was observed in male and female F344 rats treated with DIDP for 2 years (Cho et al., 2010; Cho et al., 2008). However, MNCL was only observed at in the high-dose group and coincided with high mortality. No other preneoplastic or neoplastic findings were observed in any tissue for either sex at any dose."

"EPA's weight of scientific evidence conclusion is consistent with Health Canada (EC/HC, 2015c), U.S. CPSC (2014, 2010d), NICNAS (2015b), and ECHA (2013). None of these regulatory agencies have evaluated DIDP for carcinogenic risk to human health."

*229. Evaluating the Carcinogenicity of DIBP and DCHP Using ReCAAP Weight of Scientific Evidence Framework:*

"No chronic toxicity or cancer bioassays are available for DIBP or DCHP in the published literature. EPA therefore evaluated the relevance of read-across approaches to assess potential cancer hazards of DIBP and DCHP based on cancer bioassays and MOA information available for other phthalates being evaluated under TSCA (i.e., DEHP, BBP, DBP, DINP, and DIDP)."

"Overall, based on the available genotoxicity data for DIBP and DCHP, and on the genotoxicity data for DEHP, BBP, DBP, DINP, and DIDP, EPA does not consider DIBP or DCHP likely to be genotoxic or mutagenic. This conclusion is consistent with other assessments, which have also concluded that phthalate esters as a class are not genotoxic or mutagenic (ECHA, 2017a, b; NICNAS, 2016; U.S. CPSC, 2014)."

230. The summary conclusions of this EPA review of the carcinogenic potential of the indicated phthalates were:

"Available studies indicate that phthalates DEHP, BBP, DBP, DIBP, DCHP, DINP, and DIDP are not direct acting genotoxicants or mutagens."

"EPA has previously concluded that DIDP is not likely to be carcinogenic to humans."

"Herein, EPA has concluded that DEHP, BBP, and DBP are not likely to be carcinogenic to humans."

"For DINP (Section 4.3.4), treatment-related increases in hepatocellular adenomas and/or carcinomas have been consistently observed in rats and mice of both sexes. EPA has previously concluded that DINP causes liver tumors in rodents through a PPARα MOA (U.S. EPA, 2025a)."

"EPA has previously concluded that (1) DINP is not likely to be carcinogenic to humans at doses below levels that do not result in PPARα activation."

"No chronic toxicity or cancer bioassays are available for DIBP or DCHP. Herein, EPA used elements of the ReCAAP weight of evidence framework as an organizational tool to evaluate the extent to which the lack of carcinogenicity studies imparts significant uncertainty on the human health risk assessments for DIBP and DCHP (Section 5). Human health hazards and toxicokinetic properties of DIBP and DCHP were evaluated and compared to DEHP, DBP, BBP, DINP, and DIDP. Overall, based on the weight of scientific evidence, EPA concludes that the lack of chronic toxicity and carcinogenicity bioassays for DIBP and DCHP do not suggest that there are significant remaining scientific uncertainties in the qualitative and quantitative risk characterization for either of these phthalates."

231. In addition, EPA concluded that:

> "DIBP, DCHP, DEHP, BBP, DBP, and DINP—but not DIDP—are antiandrogenic and can disrupt fetal testicular testosterone biosynthesis in rats leading to a spectrum of effects on the developing male reproductive system consistent with phthalate syndrome (Section 5.4)."

> "There is no evidence for immune suppression in experimental animal studies of DIBP, DCHP, DEHP, BBP, DBP, DINP, and DIDP."

232. As above, Sarink et al. investigated the potential association of prediagnostic urinary metabolites of BPA, triclosan, parabens and phthalate with risk of endometrial cancer in the prospective Multiethnic Cohort.[107] As anticipated based on established risk factors for endometrial cancer, BMI was higher in cases versus controls. Urine samples were collected a median of 6.6 yr prior to endometrial cancer diagnosis. No significant trends were observed across the three tertiles for any of the measured metabolites of: BPA, triclosan, methyl paraben, ethyl paraben, propyl paraben, butyl paraben, total parabens, MBzP, MECPP, MEHHP, MEHP, MEOHP, MEP, MiBP, MMP, MnBP, PA, DBP, DEHP, or total phthalates. Only MnBP and MnBP+MiBP differed between the 1st and 2nd tertiles, but not between the 1st and 3rd tertiles. This study failed to identify an association between prospectively collected prediagnostic EDC exposures estimated by urinary metabolites for BPA, Triclosan, parabens and phthalates and endometrial cancer risk.

233. Morgan et al. queried blood and urine samples from female NHANES participants investigated the association of gynecological cancer risk with eight urinary metabolites of phthalates, the sum of DEHP metabolites, the sum of total phthalates, and urinary BPA.[110] No significant associations were identified between urinary phthalates and BPA and ovarian or uterine cancer.

234. Helm et al. reported detection of phthalates in some HRPs.[85] Plaintiffs' experts have alleged that phthalates in HRPs are a cause of uterine cancer and ovarian epithelial cancer. Extensive reviews of the literature indicate that phthalates are not mutagenic and are not carcinogenic in laboratory animals, the evidence for which is outlined in detail in the recently published EPA report summarized above. In addition, the consensus opinion regarding the mechanism underlying the tumor triad (i.e., hepatic, pancreatic acinar, and Leydig cell tumors) observed with some phthalates is that it is due to PPARα activation in rats, which is not a relevant mechanism in humans. Furthermore, there is no epidemiologic evidence that exposure to phthalates is associated with uterine cancer or ovarian epithelial cancer in humans. I conclude that there is no biologically plausible basis to support the claim that exposure to phthalates in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

**Phenols**

235. Bisphenol A (BPA) is widely used in the manufacture of polycarbonate plastics and epoxy resins in consumer products, including foods and beverage storage containers and medical

devices. Migration of BPA from packaging material into food is the predominant means of human exposure.[111] Ingestion from food and beverages is estimated to account for >90% of human exposure to BPA.[112]

236. In humans, following ingestion BPA is rapidly metabolized and excreted, with a half-life of less than 6 hr.[112] Moreover, the concentration of unconjugated BPA in the circulation following oral exposure represents <1% of total serum BPA concentrations.[112]

237. The National Toxicology Program (NTP) has previously evaluated the carcinogenic potential of BPA in 2-year dietary feed studies in male and female F344 rats and B6C3F1 mice at doses ≥50,000 ug/kg/day.[113] These levels are dramatically higher than potential dietary exposures in humans. NTP concluded from these studies that there was no convincing evidence of BPA-induced carcinogenesis in rats or mice.[113]

238. Camacho et al. performed a 2-year toxicology study as part of the Consortium Linking Academic and Regulatory Insights on Bisphenol A Toxicity (CLARITY-BPA).[111] BPA was administered daily by gavage to Sprague-Dawley rats at 2.5, 25, 250, 2,500, and 25,000 µg/kg/day from gestation day 6 through the start of parturition and then directly to pups from the day after birth until postnatal day 21 (stop-dose arm) or continuously until termination at one or two years. No BPA-related effects were evident in the in-life and non-histopathology data. Pathology analysis revealed that neoplastic and nonneoplastic lesions diagnosed in both females and males were common age-associated lesions that were variable across control and BPA-treated groups.[111]

239. Overall, high-quality studies in laboratory animal do not provide consistent evidence for BPA-induced cancers of any tissue, including the uterus and ovary.

240. There is a lack of consistent epidemiologic evidence for an association between BPA exposure and any type of cancer in humans. Some of these studies measured BPA levels in biological samples collected at the time of cancer diagnosis or treatment, and therefore do not allow for an analysis of whether BPA exposure preceded the occurrence of cancer.[112] However, Sarink et al. investigated the potential association of prediagnostic urinary metabolites of BPA, triclosan, parabens and phthalate with risk of endometrial cancer in the prospective Multiethnic Cohort.[107] Urine samples were collected a median of 6.6 yr prior to endometrial cancer diagnosis. No significant trends were observed across the three tertiles for any of the measured metabolites of BPA. Thus, this study failed to identify an association between prospectively collected prediagnostic EDC exposures estimated by urinary metabolites for BPA and endometrial cancer risk. Morgan et al. analyzed blood and urine samples from female NHANES participants to investigate the association of gynecological cancer risk with urinary BPA.[110] No significant associations were identified between urinary BPA and ovarian or uterine cancer.

241. Given the limitations of existing studies, it is apparent that the overall epidemiological evidence for a causal relationship between BPA and cancer in human beings is inadequate.

242. In addition, there is no consistent body of evidence supporting a mechanism by which BPA could theoretically induce cancers in humans. Consistent with its lack of carcinogenicity in

high-quality animal studies, the overall weight of evidence indicates that BPA is not mutagenic in standard in vitro and in vivo assays. Endocrine-disrupting activities have been proposed, however BPA possesses only weak estrogenic activity as it binds to ER with an $IC_{50}$ of approximately $10^{-5}$ M. This means that BPA binding to ER is approximately 10,000-times weaker than estradiol.[67] Although some reports indicate that BPA may cause DNA damage at high doses in in vitro, this has been proposed to result from the induction of oxidative stress by exposure to high concentrations of BPA that are unlikely to be relevant to in vivo carcinogenicity, as suggested by both the NTP and CLARITY-BPA studies. Indeed, evidence for proposed carcinogenic mechanisms comes primarily from in vitro studies. Since there is no clear indication that any of these are operative in vivo under likely conditions of exposure, these proposed carcinogenic mechanisms remain largely speculative.

243. Current safety assessments from most international regulatory agencies, including FDA, EFSA and Health Canada, conclude that BPA at current exposure levels (95th percentile of typical daily aggregate exposure <0.5 µg/kg/day) does not pose a risk to humans via dietary exposure.[111] I am not aware that BPA has been classified as a human carcinogen by any regulatory or scientific organization, including NTP, the US FDA, the European Food Safety Authority, the European Chemicals Agency, or the California Office of Environmental Health Hazard Assessment Carcinogen Identification Committee.[112]

244. Helm et al. reported detection of BPA in some HRPs.[85] Plaintiffs' experts have alleged that BPA in HRPs is a cause of uterine cancer and ovarian epithelial cancer. Given the lack of mutagenicity of BPA, the lack of carcinogenicity in laboratory animals, the lack of ovarian or uterine cancers in animal studies, the weak binding affinities of BPA for ER and weak estrogenic activity, the lack of an established mechanism by which BPA could induce cancer in humans, and the lack of any consistent body of epidemiologic evidence that exposures to BPA are associated with uterine cancer or ovarian epithelial cancer, I conclude that there is no biologically plausible basis to support the claim that exposure to BPA in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

**Studies of alleged genotoxic constituents of HRPs Formaldehyde, NDMA, Ethylene Oxide**

**Formaldehyde**

245. Formaldehyde is colorless gas with a boiling point of -19.1°C and a chemical formula of $CH_2O$ that is ubiquitous in the environment and is naturally produced within our bodies as a consequence of normal metabolism.[114] Formaldehyde is produced endogenously in our bodies during amino acid metabolism, methanol metabolism, lipid peroxidation and P450-dependent methylation), and is present in all of our tissues.[25] Formaldehyde is an essential source of one-carbon (i.e., methyl) units, which are required for the synthesis of methyl donors that are critical for the function of our cells.

246. As a consequence of its normal function, formaldehyde acts as an alkylating agent and can generate crosslinks with proteins and nucleic acids. Formaldehyde has been classified by both the International Agency for Research on Cancer (IARC) and the National Toxicology

Program Report on Carcinogens as a known human carcinogen.[114,115] In humans, inhaled formaldehyde has primarily been implicated in causing nasopharyngeal cancer among occupations that are exposed to high levels of formaldehyde, such as embalmers, funeral directors, and pathologists. Formaldehyde is rapidly absorbed following inhalation, but is poorly absorbed through dermal exposure.[115] Formaldehyde metabolism is similar across mammalian species and has an extremely short half-life of approximately 1-1.5 minutes. [115] In rats inhaled formaldehyde is almost entirely absorbed in the nasal passage, whereas some formaldehyde reaches the trachea and upper regions of the lung in primates.[115] This presumably explains the proclivity of high levels of inhaled formaldehyde to specifically cause nasopharyngeal cancers. Formaldehyde exposure has not been associated with uterine cancer or ovarian epithelial cancer – either through epidemiological studies or studies of exposed laboratory animals.

247. As an alkylating agent, formaldehyde acts as a genotoxic carcinogen when present at sufficient doses. As is true of other endogenously produced genotoxic agents, however, DNA repair systems exist within our cells that are capable of repairing the specific types of DNA damage that formaldehyde is capable of causing.

248. Notably, while environmental exposures to formaldehyde occur in humans through ingestion of foods containing formaldehyde or methanol, or food additives such as aspartame, these exposures are small compared to the high levels of endogenous formaldehyde turnover in humans.[25] Indeed, the concentration of formaldehyde within our cells has been estimated to be 400 μM (micromolar).[25] Remarkably, it has been calculated that the human body produces 878 – 1,310 milligram (mg) of formaldehyde per day per kilogram (kg) of body weight, which would correspond to 52,680 – 78,600 mg of formaldehyde per day for a 60 kg person.[25] This, in turn, would be equivalent to the endogenous production of 1.6 – 2.4 ounces of pure liquid formaldehyde per person each day. By comparison, it has been estimated that formaldehyde exposure from the diet is on the order of 100 mg per day, which represents approximately 0.2% of endogenous production.[25]

249. An instructive example is provided by guidelines for the artificial sweetener aspartame, which is partially converted to formaldehyde after ingestion. The USFDA Acceptable Daily Intake (ADI) of aspartame is 50 mg/kg body weight per day. With an estimated 10% conversion to formaldehyde, this would correspond to a formaldehyde exposure of 300 mg per day, which the FDA considers is safe for long-term human consumption. That this exposure would be safe makes sense, given that this represents only ~0.4% of our bodies endogenous daily production of formaldehyde.

250. For these reasons, endogenous exposures to formaldehyde are far greater than environmental exposures. These endogenous exposures have not been associated with either uterine cancer or ovarian epithelial cancer.

251. Plaintiffs' experts have alleged that formaldehyde released from HRPs are a cause of uterine cancer and ovarian epithelial cancer. Clearly, the hypothetical maximum levels of exposure to formaldehyde from HRPs would be far lower than endogenous levels of formaldehyde production. Similarly, the hypothetical maximum levels of formaldehyde exposure from HRPs would also clearly be orders of magnitude lower than the lowest levels of

formaldehyde observed to cause cancer in experimental animals. In addition, if formaldehyde was released in biologically significant quantities during the course of HRP use (there is no evidence that is), and if that exposure was sufficient to cause cancer in human beings, the clear expectation would be that the type of cancer formed would be nasopharyngeal carcinomas given the inhaled route of exposure and the fact that formaldehyde is poorly absorbed through the skin. In addition, given the uncommon nature of nasopharyngeal carcinoma, it is very likely the case that an increased incidence of nasopharyngeal cancer would have been observed in HRP users. That this has not been observed provides still more evidence that formaldehyde is not released in biologically significant quantities during the use of HRPs. Furthermore, there is no signature histological type of uterine cancer or ovarian epithelial cancer, or signature molecular lesion, that has been demonstrated to be associated with formaldehyde exposure. In light of this and other information presented above, there is no biologically plausible basis to support the claim that exposure to formaldehyde in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

***N*-Nitrosodimethylamine (NDMA)**

252. Plaintiffs' experts have alleged that HRPs contain *N*-Nitrosodimethylamine (NDMA) and that this contributes to mediating the alleged carcinogenic effects of HRPs. Although Plaintiffs' experts do not provide evidence that NDMA is present at biologically significant levels in HRPs, or in any particular HRP at any specific point in time, for the sake of completeness I summarize below information relevant to considering this claim.

253. *N*-Nitrosodimethylamine (NDMA, CAS 62-75-9) is a dialkylnitrosamine, and is a member of the *N*-nitroso class of compounds that contain both a nitroso (–N-N=O) functional group and an amine group (-$NR_2$, where R represents an alkyl group or H).[32,53,116] NDMA is by far the best studied member of the *N*-nitrosamine family.

254. NDMA is found in the environment in air, water and soil, where it is formed by a chemical reaction between nitrosating agents (*e.g.*, nitrite) and nitrosatable substrates (*e.g.*, secondary amines), which are ubiquitously present in the environment.[32,53,116] Human exposures to *N*-nitrosamines can be classified as either exogenous or endogenous. Exogenous exposures involve pre-formed NDMA, whereas endogenous exposures entail the synthesis of *N*-nitrosamines within the body. Significant sources of exogenous exposure to NDMA principally include tobacco, indoor air (*e.g.*, environmental tobacco smoke), beer and malt beverages, food, drinking water, consumer products, and occupational exposures in certain industries.

255. Among exogenous exposures, tobacco is generally associated with the highest levels of exposure to *N*-nitrosamines.[53,117] Environmental tobacco smoke (ETS) exposure (including mainstream smoke) to NDMA has been estimated at 0.04-0.13 μg/kg/d.[53] Sidestream tobacco smoke concentrations of NDMA are on the order of 10-100-fold higher than mainstream smoke.[118] The ETS emission factor of NDMA for cigarettes can be greater than 500 ng/cigarette, although lower levels have also been reported.[118] Accordingly, NDMA exposures due to tobacco are estimated to be 36-times higher than the FDA acceptable daily intake (ADI) for NDMA in

drugs, and tobacco smoke.[53,116,117,128,129] The average intake of volatile nitrosamines, including NDMA, is estimated at approximately 1 µg per day.[130]

**Endogenous exposures to NDMA are far greater than exogenous exposures**

261. Beyond exogenous exposures to NDMA from food, water, air, tobacco, beer, whiskey, and consumer products, endogenous exposures to NDMA are increasingly appreciated to be a major source – if not the major source – of exposure to NDMA and other nitrosamines.[122,131-134] Indeed, far from being synthetic molecules, NDMA and other nitrosamines are formed endogenously within the body, as a consequence of normal biological processes.[122,131-136] NDMA and other nitrosamines are formed endogenously from precursor compounds contained in food, particularly secondary amines such as dimethylamine in meats and fish, and nitrate and nitrite in vegetables. Reduction of nitrate by oral bacteria is considered to be the predominant source of nitrite exposure in humans.[53,137]

262. NDMA and other nitrosamines are formed endogenously due to the metabolism of red meat in the presence of bacteria in the gastrointestinal (GI) tract via a process dependent upon the presence of heme in red meat.[133,138-142] NDMA and other *N*-nitrosamines may also be formed by acid-catalyzed nitrosation, such as in the stomach, and by enzyme-catalyzed nitrosation.[34-38] Systemic nitrosation is driven by the family of enzymes known as nitric oxide (NO) synthases, which generate nitric oxide from the amino acid arginine.[143-145]

263. Importantly, endogenous production of NDMA can be estimated to result in exposures that are nearly 2,000-fold higher than the highest estimated levels of exogenous exposure due to pre-formed NDMA in food, drinking water and air.[53,122] For example, Hrudey (2013)[122] utilized three different types of data to estimate the level of daily endogenous NDMA production in humans. These estimates were: (a) 900 µg/d (12 µg/kg/d) based upon analysis of NDMA levels in blood samples considered in combination with blood clearance rates; (b) 1,360 µg/d (18 µg/kg/d) based upon levels of $O^6$-methylguanine in DNA from human blood, with estimates ranging as high as 17,000 µg/d; and (c) estimates of endogenous NDMA formation based upon urinary excretion of NDMA that varied widely, but encompassed NDMA production values estimated via the other two methods. An average daily exposure to endogenously produced NDMA of 15 µg/kg/d, which represents the mean between estimation methods (a) and (b) above, would correspond to 1,050 µg/d for a 70 kg person, and 26.8 grams of NDMA over a 70-year lifetime. This level is approximately 1,875-times higher than the highest estimate of daily exposure to exogenous NDMA in food, drinking water and air[53], and nearly 11,000-times higher than the FDA ADI of 0.096 µg/d.

264. Using methodology analogous to Hrudey, Tannenbaum (1980)[146] estimated similar levels of endogenous NDMA production (670 µg/d). Vermeer (1998)[134] estimated that 174 µg/d of NDMA was produced endogenously in adult humans, based on data from Spiegelhalder (1982)[147] that 0.5% of NDMA formed is excreted in the urine.

265. The evidence cited above indicates that endogenous exposures to NDMA are likely to be at least two, and more probably three, orders of magnitude higher than exposures to preformed NDMA in food, air and water combined. These data, and others, strongly suggest that the

pharmaceuticals, 21-times higher than daily dietary exposure to NDMA, and 6-times higher than daily NDMA exposures attributable to food, air and water combined.[53,116,117]

256. In the absence of primary or secondary tobacco exposure, food is considered to be the principal determinant of exogenous exposure via intake of preformed NDMA and other nitrosamines in humans, with beer and drinking water accounting for progressively smaller percentages.[53,116,119-121] Foods that tend to have the highest levels of NDMA and nitrosamines can be categorized into at least six groups. These include: (1) foods preserved by nitrite and/or nitrate, such as cured meats (especially bacon and sausage) and cheeses; (2) pickled and salt-preserved foods, especially pickled vegetables in which bacterial reduction of nitrate to nitrite may occur; (3) smoked meats and fish, due to nitrogen oxides in smoke; (4) malt beverages, including beer and whiskey, principally due to drying of malt by hot flue gases; (5) foods dried by combustion gases, such as dried milk products, malt, and spices, due to nitrogen oxides in drying gases; and (6) foods stored under humid conditions due to nitrosamine formation by contaminating bacteria.[53,116,117]

257. Evaluating dietary NDMA intake (excluding beer or tobacco) from seven studies[122-128] yields an estimate of average daily NDMA intake of 0.164 µg/d, which would correspond to 0.0023 µg/kg/d for a 70 kg person, and a cumulative exposure of 4.19 mg over a 70-year lifetime. Liteplo et al.[53] reported "reasonable worst-case estimates" for daily intake of NDMA from food (excluding tobacco or beer/whiskey) for people of ages 20-59 years, which ranged from 0.0043 – 0.011 µg/kg/d. This would correspond to 0.30 – 0.77 µg/d, 110 – 281 µg/year, and 7.7 – 19.7 mg over a 70-year lifetime for a 70 kg person.

258. Liteplo et al. also reported "reasonable worst-case estimates" for daily exposure to NDMA from food, water, and outdoor air (excluding tobacco or beer/whiskey) as being unlikely to exceed 0.008 µg/kg/d.[53] This would correspond to 0.56 µg/d, 204 µg/year, or 14.3 mg over the 70-year lifetime of a 70 kg person. The estimated daily intake of NDMA from food, air and water for ages 20-59 years ranged from 0.005 – 0.016 µg/kg/d.[53] This would correspond to 0.35 – 1.2 µg/d, 128 – 409 µg/year, and 8.95 – 28.6 mg over a 70-year lifetime for a 70 kg person. These estimates for NDMA intake in food, water and air range from 3.6 – 11.7-times greater than the FDA ADI. Exposures would be higher for persons drinking beer and/or whiskey, and might be an order of magnitude higher for those with tobacco exposures.[53]

259. NDMA is present in a number of consumer products, including personal care products and cosmetics such as shampoos, hair conditioners, bath and shower gels, and other products. Similarly, products containing rubber that contact the skin contain NDMA, including latex gloves, and baby bottle rubber nipples and pacifiers, ranging from 8.6 – 25 mg/kg NDMA.[53] Few data exist on the quantities of NDMA that might be absorbed via these routes of exposure.

260. Although NDMA has been more intensively studied than most other *N*-nitrosamines, NDMA is only one of the nitrosamines present in food and tobacco, or in industrial settings, to which humans are exposed. Other nitrosamines, including *N*-Nitrosodiethylamine (NDEA), *N*-Nitrosodi-n-propylamine (NDPA), *N*-Nitrosodi-n-butylamine (NDBA), *N*-Nitrosomethylethylamine (NMEA) and *N*-Nitrosopyrrolidine (NYPR), have been reported to be present in foods, beverages,

greatest human exposures to NDMA, by far, occur as a consequence of normal endogenous production, rather than dietary intake.

**NDMA: Biological effects in laboratory animals**

266. Ingested NDMA is absorbed rapidly through the GI tract. NDMA can also be absorbed through dermal contact and by inhalation, although quantitative information related to the extent and timing of absorption is less clear.[53,116] NDMA and other nitrosamines in the circulation are cleared rapidly by both hepatic and non-hepatic mechanisms.[32,53,116,117] In particular, first-pass clearance by the liver following ingestion is a major contributor to clearance.[116,148-150] NDMA and its metabolites can be excreted in urine or exhaled as carbon dioxide. It has been estimated that less than 0.5% of NDMA is excreted unchanged in urine.[53,147]

267. NDMA can be metabolized to formaldehyde and methylamine, and also to formaldehyde and monomethylnitrosamine, which can ultimately be converted to a methyldiazonium ion following activation by the cytochrome P450 system, particularly CYP2E1.[53,116,117,151] The methyldiazonium ion is an electrophile capable of reacting with macromolecules and can methylate proteins, RNA and DNA. The methyldiazonium ion has a very short half-life, such that the molecules with which it may interact are likely to be present in the same cell – and certainly within the same tissue – in which activation occurred.[53]

268. NDMA is a promutagen, which means that it is not capable of causing mutations until it has been metabolized (*i.e.*, chemically converted) into a mutagenic form. Thus, following metabolic conversion to a methyldiazonium ion, NDMA has been shown to be mutagenic in vitro and in vivo in animals by virtue of its ability to alkylate DNA, particularly at the $O^6$-position of guanine. NDMA-mediated methylation of DNA can result in the generation of $N^7$-methylguanine, $N^3$-methyladenine, $O^6$-methylguanine, and $O^4$-methylthymine DNA adducts.[55,151-155]

269. Methylated DNA adducts that can form as a result of NDMA exposure are repaired over time by means of several endogenous error-free DNA repair pathways.[156] $O^6$-methylguanine is repaired by $O^6$-methylguanine-DNA methyltransferase (MGMT), whereas $N^7$-methylguanine and $N^3$-methyladenine are repaired by N-alkyladenine-DNA glycosylase and the base excision repair (BER) pathway. The fact that these endogenous DNA repair systems exist – particularly MGMT – underscores the fact that DNA damage from alkylating agents such as NDMA is a normal physiological event.[157] Put another way, the enzyme MGMT, and the BER, NER and other DNA damage sensing and repair pathways, did not develop evolutionarily in order to repair DNA damage caused by man-made chemicals.

**The existence of DNA repair mechanisms, along with basic biochemical considerations, result in thresholds for NDMA exposures below which mutations do not occur**

270. Of critical importance, DNA adducts that are successfully repaired by endogenous DNA repair systems, or that lead to the death of cells containing those DNA adducts, do not result in mutations.[130] Only those DNA adducts that are still present at the time of DNA replication have the potential to give rise to mutations. This reflects the critical distinction between DNA damage and DNA mutation.

271. Given the ability of DNA repair systems to prevent mutations following exposure to DNA damaging agents (*e.g.*, genotoxic agents) such as NDMA, DNA repair is a critical determinant of dose-response effects for mutations induced by alkylating agents. That is, DNA adducts resulting from low-level exposures to agents like NDMA can be effectively and completely repaired, thereby preventing the generation of mutations. In contrast, DNA adducts resulting from high-level NDMA exposures may lead to cell death (in which case mutations are not generated), or to mutations in those cells that replicated DNA containing unrepaired $O^6$-methylguanine adducts. Consequently, thresholds are observed for mutagenicity related to nitrosamine exposures such as NDMA, whereby DNA repair results in a non-linear dose-response for both mutagenesis and carcinogenesis for NDMA[52,158] and other mutagenic agents.[55-61,159-162] Accordingly, DNA damage resulting from exposure to NDMA at levels that can be completely repaired will not result in the generation of mutations, thereby giving rise to a "threshold" below which NDMA exposure will not give rise to mutations. A second important consequence of DNA repair is that DNA damage resulting from levels of NDMA exposure above such a threshold will result in fewer mutations than would be predicted by linear low-dose extrapolation (see below).

272. There is abundant evidence in the scientific literature to support the existence of thresholds for genotoxic agents, below which mutations are not generated by exposure to a genotoxic agent. As Guerard et al. stated: "*For alkylating agents, DNA repair seems to be the pivotal mechanism in preventing genotoxicity at low doses, but other mechanisms are also involved such as MMR-mediated cell death to eliminate $O^6$MeG Harboring cells from the population.*"[57] Consistent with this, Gollapudi et al. quantified in vivo mutation rates in the livers of rats that had been administered increasing doses of NDMA.[65] They found that the number of mutations in rats was not significantly elevated by treatment with nine doses of NDMA at levels of 200 µg/kg/d or 600 µg/kg/d. Importantly, these levels of exogenous exposure are more than an order of magnitude higher than the levels of NDMA that are produced endogenously. Despite this, a significant increase in mutations was not observed until doses of 2,000 µg/kg/d NDMA were administered. These data provide additional evidence supporting the existence of a threshold for NDMA-induced mutation in vivo and indicate that this threshold may be more than an order of magnitude higher than endogenous levels of NDMA production. This, in turn, would suggest that endogenous DNA repair systems for NDMA are robust and are likely to be sufficient to effectively repair DNA damage resulting from substantially higher levels of exposure to NDMA than those associated with endogenous levels of NDMA production. Moreover, it is worth noting that the lowest daily dose of NDMA that was required to induce a detectable increase in mutations in rat liver, which is the most sensitive target tissue for NDMA-induced carcinogenesis, is thousands of times higher than the highest dose of NDMA that could conceivably be present in HRPs.

273. For the above reasons, it would be scientifically incorrect to assume that each molecule of NDMA that is absorbed following exposure results in a mutation in DNA. First, not all NDMA is converted to a methyldiazonium ion. Second, since there are an enormous number of molecules (*i.e.*, proteins, RNAs, DNA) in cells with which a methyldiazonium ion can interact, the probability that a given methyldiazonium ion will methylate DNA, as opposed to another molecule, is considerably less than 1. In addition, a consequence of the cytoplasmic location of CYP2E1 is that the methyldiazonium ion – when generated – would be formed in the cytoplasm

and not in the nucleus, where DNA resides, thus making interaction with DNA less likely. Third, even for those methyldiazonium ions that do methylate DNA, the probability of generating $O^6$-methylguanine, as opposed to a non-mutagenic DNA adduct such as $N^7$-methylguanine, is also substantially less than 1. Fourth, even if an $O^6$-methylguanine adduct is formed, it may be repaired prior to DNA replication, or the cell in which it is generated may undergo DNA damage-induced apoptosis, such that no cellular mutation would result. For these, and other, reasons, only a small fraction of ingested NDMA molecules are likely to result in mutations, and there is almost certainly a threshold below which NDMA exposure does not result in any detectable increase in mutations – a conclusion that is supported by direct experimental evidence.[65,163]

**Oral administration of high levels of NDMA to laboratory animals induces tumors in a limited number of tissues in a dose-dependent manner**

274. When administered orally at high doses, NDMA reproducibly causes liver cancer in multiple species of laboratory animals and the liver appears to be the most sensitive site for tumorigenesis.[33,53,116,130,164-167] Oral administration of NDMA is also associated with a limited number of additional types of tumors in laboratory animals, predominantly those of the lung and kidney, with some variation observed across the wide range of animal species that have been tested, and occasional Leydig cell tumors of the testis.[33,53,116,130,164,165] At sufficient doses, NDMA-induced cancers consistently occur across a range of species, including rats, mice and hamsters, and by a variety of routes of exposure, including oral administration, inhalation and injection.

275. Oral administration of NDMA to laboratory rats, even at extremely high doses, does not cause uterine cancer or ovarian cancer.[48,49]

276. In contrast to rodent species, long-term administration of NDMA to non-human primates did not cause tumors.[130,168] Thus, contrary to notion that NDMA reproducibly causes cancers in a broad spectrum of tissues in experimental animals, most chronic oral carcinogenicity studies of rats, mice, and other experimental animals demonstrate carcinogenicity principally in the liver, with other consistent associations restricted to lung and kidney.[33,53,116,117] Oral administration of NDMA has not been shown to reproducibly cause uterine cancer, ovarian epithelial cancer, bladder cancer, mammary cancer, stomach cancer, esophageal cancer, pancreas cancer, prostate cancer, colorectal cancer in laboratory animals.

277. The most extensive study for addressing carcinogenic effects of NDMA in laboratory animals is generally considered to be that conducted by Peto (1991).[48,49] In this lifetime exposure experiment, 15 groups of 60 male and 60 female Coloworth-Wistar rats were administered increasing concentrations of NDMA in drinking water ranging from 0.033-16.9 ppm, corresponding to daily intake estimates of approximately 0.001 – 0.697 mg/kg/d for males and 0.002-1.224 mg/kg/d for females. 120 males and 120 females served as controls. Groups of animals were sacrificed at 12 months and 18 months, with the remainder followed until death. Dose-related increases in tumor incidence were observed in the liver in both male and female rats, and included hepatocellular carcinoma and biliary cystadenoma. Substantial background rates of liver tumors in rats were observed in the absence of treatment.

278. The lowest dose of NDMA observed to induce a significant increase in tumorigenesis, defined as that dose at which a 5% increase in tumorigenesis was observed (summarized and analyzed in Liteplo, 2002), was for biliary cystadenomas in female rats, which occurred at 0.034 mg/kg/d for biliary cystadenoma, and 0.082 mg/kg/d, hepatic carcinoma.[48,49,53] The corresponding doses for tumorigenesis in male rats were 0.035 mg/kg/d for biliary cystadenoma and 0.078 mg/kg/d for hepatic carcinoma. Thus, the lowest doses of NDMA that was observed to cause a detectable increase in liver tumors in rats (0.034 mg/kg/d) was 34-times higher than the lowest dose of NDMA tested in this study (0.001 mg/kg/d).[48,49,53] Carcinogenic effects of NDMA below that dose were substantially lower than spontaneous rates of carcinogenesis due to endogenous processes in rats.[48,49]

279. Importantly, studies of the carcinogenic effects of ingested NDMA in laboratory animals consistently indicate that there are a limited number of tissues for which clear evidence exists for a dose-dependent tumorigenic effect, and these include the liver, lung, kidney and, potentially, Leydig cells of the testis.[31,33,48,49,53,116,167] Thus, oral ingestion of NDMA cannot reasonably be considered to be a universal carcinogen.

**NDMA: Biological effects in humans**

280. When exposures to NDMA in human beings do occur, they are typically to a complex mixture of nitrosamines.[31,53,116,117] Consequently, biological effects of exogenous exposures to individual nitrosamines in humans cannot easily be distinguished from each other. Another factor complicating the inference of biological effects of nitrosamine exposures in human beings is the inherent difficulty in distinguishing exogenous exposures from the substantial levels of endogenous production of nitrosamines in humans, which may be two to three orders of magnitude higher than exogenous exposures, as discussed above.

281. Although NDMA is a known carcinogen in laboratory animals, it is not a known human carcinogen. No cancers in humans have been conclusively demonstrated to result from exposure to NDMA. There are no dose-response data from which to infer levels of exposure to NDMA that might cause human cancers. Moreover, no regulatory agency has classified NDMA as a known human carcinogen.

282. Epidemiological studies of the effects of NDMA principally consist of dietary studies and occupational exposure studies.[169-171] Each of these types of studies is subject to a variety of important limitations that preclude reliable interpretations regarding the potential carcinogenic effects of NDMA in humans.[172] In particular, available dietary epidemiological studies focused on NDMA: (a) do not actually measure NDMA consumption in study participants; (b) do not measure the amounts of the thousands of other chemical constituents present in the food consumed by study participants; (c) cannot reliably distinguish potential effects of NDMA from the thousands of other constituents in food; (d) are unlikely to accurately measure food intake of study participants; (e) do not measure food intake during the periods of time in which the critical events in carcinogenesis actually occur; (f) cannot rule out potential confounders and biases as explanations for any observed associations; and (g) cannot demonstrate cause and effect. For these reasons, and others, there is no medical or scientific method by which existing dietary epidemiological studies of NDMA could reliably attribute any observed differences in

cancer incidence among study participants to differences in NDMA intake. These limitations notwithstanding, there is no reliable body of dietary epidemiological evidence that consistently demonstrates an association of NDMA intake in food with bladder cancer, breast cancer, liver cancer, stomach cancer, esophageal cancer, pancreas cancer, kidney cancer, lung cancer, prostate cancer, or colon cancer.[171]

283. Like dietary epidemiology studies, occupational studies related to the effects of NDMA exposure are also subject to important limitations that preclude reliable inferences regarding the effects of low-dose oral consumption of NDMA.[169,170] These include the different route of exposure (inhalation vs. oral ingestion), higher levels of exposure, simultaneous exposure to multiple different potentially carcinogenic substances (*e.g.*, rubber dust, rubber fumes, NDMA, and other nitrosamines in rubber and tire manufacturing workers), lack of reliable quantitative information for individual exposures, and lack of information on important confounders (*e.g.*, smoking).

**Assessments of NDMA carcinogenicity by regulatory agencies**

284. The U.S. Environmental Protection Agency (EPA) has classified NDMA as a "Group B2: Probable human carcinogen", which EPA defined under the 1986 guidelines as "agents for which there is "sufficient" evidence from animal studies and for which there is "inadequate evidence" or "no data" from epidemiological studies".[30-32]

285. IARC (1978) has classified NDMA as a Class 2A (*i.e.*, "probable") carcinogen based on sufficient evidence for carcinogenicity in experimental animals, similarities in its metabolism in human and rodent tissues, and inadequate evidence in humans.[33]

286. The European Medicines Agency (EMA) has classified NDMA as a "probable human carcinogen (a substance that could cause cancer) on the basis of animal studies".[173,174]

287. Health Canada (2018) has classified NDMA as a "probable human carcinogen" "based primarily on animal studies."[175]

288. Thus, assessments by each of the above agencies are based almost exclusively on evidence for carcinogenicity in experimental animals. In no case has an agency classified NDMA as a known human carcinogen, and no agency has cited human epidemiological evidence as supporting the designation of NDMA as a "probable" carcinogen.

**NDMA and HRPs**

289. Plaintiffs' experts have alleged that NDMA in HRPs are a cause of uterine cancer and ovarian epithelial cancer. Specifically, the hypothetical maximum levels of exposure to NDMA from HRPs would clearly be thousands of times lower than endogenous levels of NDMA production. Similarly, the hypothetical maximum levels of NDMA exposure from HRPs would also clearly be orders of magnitude lower than the lowest levels of NDMA observed to cause cancer in experimental animals – even in the most sensitive tissue (i.e., liver) of the most sensitive species (i.e., rat). Furthermore, there is no signature histological type of uterine cancer or ovarian epithelial cancer, or signature molecular lesion, that has been demonstrated to be associated

with NDMA exposure. In light of this and other information presented above, there is no biologically plausible basis to support the claim that exposure to NDMA in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

**Ethylene Oxide**

290. Plaintiffs' experts have alleged that HRPs contain ethylene oxide (EtO) and that this contributes to mediating the alleged carcinogenic effects of HRPs. Although Plaintiffs' experts do not provide evidence that EtO is present at biologically significant levels in HRPs, or in any particular HRP at any specific point in time, for the sake of completeness I summarize below information relevant to considering this claim.

291. Ethylene Oxide (EtO, CAS No. 75-21-8) has a formula of $C_2H_4O$, a molecular weight of 44.05, and a boiling point of 11$^{o}$C (52$^{o}$F). It is a colorless gas with a sweet odor that is highly water soluble. EtO is a major industrial chemical that is among the 25 highest-production-volume chemicals in the U.S., with production generally over 5 billion pounds per year. EtO is used as a chemical intermediate in the manufacture of ethylene glycol (antifreeze), polyester, detergents, polyurethane foam, and a variety of other products.[176] Considerably smaller amounts of EtO are used in its gaseous form as a fumigant and to sterilize medical devices and certain foods and cosmetics. Other sources of ethylene oxide emissions to air include its presence in tobacco smoke, production during the combustion of hydrocarbon fuels, including in automobile and diesel exhaust, its release from fumigated materials, and losses during sterilization of hospital equipment. Releases of EtO to the environment also occur during its storage and handling in industrial facilities.

**Exogenous exposures to EtO occur from air and tobacco**

292. Ethylene oxide is present ubiquitously in air and we are all continuously exposed to it through inhalation. The general population is exposed to EtO through smoking tobacco products, breathing secondhand cigarette smoke, or breathing ambient air containing EtO, including in urban areas with automobile and diesel exhaust. In addition, certain occupational groups may be exposed to EtO in the workplace, including workers who manufacture EtO, workers who use EtO to produce antifreeze, detergents, solvents, polyurethane foam, or textiles, workers who use EtO for sterilization, and workers who use EtO in fumigation.[27] The Occupational Safety and Health Administration (OSHA) estimated that, 80,000 U.S. health-care workers were directly exposed to EtO in 1983, and 144,000 workers were incidentally exposed in the medical device and related industries.

293. The U.S. Environmental Protection Agency (EPA) conducted air monitoring for EtO in various locations in the United States between October 1, 2018 and March 31, 2019 and determined that background levels of EtO in urban areas were in the range of 0.1-0.2 ppb. The national average was 0.297 ug/m3 (~0.16 ppb), and EtO levels in the Chicago area averaged 0.365 ug/m3 (~0.20 ppb).

**Physiological internal exposures to EtO are greater than exogenous exposures**

294. Importantly, EtO is produced as a natural byproduct of metabolism within our bodies due to lipid peroxidation of unsaturated fats, oxidation of methionine and hemoglobin, and oxidation of ethylene, which is generated by intestinal bacteria.[28]

295. EtO reacts with hemoglobin in red blood cells to generate hemoglobin N-(2-hydroxyethyl)-valine (HEV) adducts. As EtO is widely distributed in the body, the HEV levels in red blood cells are considered to be proportional to levels of HEV in other tissues. Thus, HEV adducts provide a quantitative biomarker of internal EtO exposure that have been used to compare internal EtO exposures to environmental EtO exposures.

296. A meta-analysis characterizing the levels of HEV adducts in EtO-unexposed populations and in smokers performed by Kirman and Hays (2017) revealed a linear relationship between EtO exposure and HEV adducts.[28] They reported HEV levels of 21.1 pmol/g in non-smokers (*i.e.*, background exposure), and 205 pmol/g HEV in smokers. These blood level are similar to average HEV levels reported by Jain (2020) for nonsmokers (31 pmol/g) and smokers (143 pmol/g) based on 2013-2016 NHANES data, and for background HEV levels in control rats (42-50 pmol/g) and mice (58-100 pmol/g).[177,178].

297. Based on these types of analyses, physiological EtO production within our bodies has been estimated to result in an exposure that is equivalent to continuously breathing air containing an average of 1.9 ppb EtO, and a range of 0.56-4.5 ppb corresponding to the 5th and 95th percentile of the endogenous distribution.[28] That is, the physiological production of EtO within our bodies is estimated to be substantially greater than exogenous exposures. Moreover, EtO exposures are several-fold higher in those exposed to tobacco smoke.

**Assessments of EtO carcinogenicity by regulatory agencies**

298. In 2012, an IARC Working Group found "some epidemiological evidence" for associations between occupational exposure to EtO and lymphatic and hematopoietic cancers, specifically lymphoid tumors (*i.e.*, non-Hodgkin lymphoma, multiple myeloma and chronic lymphocytic leukemia), and breast cancer although they considered that, in totality, there was "limited evidence in humans for a causal association."[179] As such, their Group 1 classification of EtO continued to rely heavily on "sufficient evidence" for carcinogenicity in animals, coupled with its genotoxic mode of action observed in exposed humans and rodents.[179]

299. The NTP *Fourteenth Report on Carcinogens* stated that "Ethylene oxide is known to be a human carcinogen based on sufficient evidence of carcinogenicity from studies in humans, including epidemiological studies and studies on mechanisms of carcinogenesis."[180] The epidemiological studies cited included an increased risk of cancer in "studies of workers using ethylene oxide as a sterilant for medical devices and spices and in chemical synthesis and production," and the types of cancer cited as "most frequently reported to be associated with occupational exposure to ethylene oxide were lymphoma and leukemia (IARC 1994)."

**EtO: Biological effects in laboratory animals**

300. EtO is a direct-acting alkylating agent that forms adducts with hemoglobin, DNA, and other cellular macromolecules. EtO causes dose-related increases in the frequency of hemoglobin adducts in exposed rodents and humans.

301. EtO is metabolized primarily by two pathways: (1) hydrolysis to ethylene glycol with subsequent conversion to oxalic acid, formic acid, and carbon dioxide, and (2) glutathione conjugation and formation of S-(2-hydroxyethyl)cysteine and N-acetylated derivatives.

302. As summarized by Hartwig, "the mutagenic potential of the ethylene oxide-induced DNA adducts in mammalian/human cells appears to be quite weak (Tompkins et al. 2009), which is in line with the observed low in vivo mutagenic potency in rodents (Recio et al. 2004; Tates et al. 1999)."[181-183] Similarly, Gollapudi concluded that EtO is "a relatively weak genotoxicant, both in the magnitude of the observed response and the doses and exposure durations needed to elicit a significant response (Recio et al., 2004; Donner et al., 2010)."[184]

303. Several chronic EtO inhalation exposure studies have been performed in rodents to evaluate the carcinogenic potential of EtO. These include:

a) NTP 1987[185]: B6C3F1 mice (50/group) were exposed to 0, 50, or 100 ppm EtO for 6 hr/d, 5 d/wk, for 2 years. Dose-dependent increases were observed in lung tumors (male and female mice) that were statistically significant at 100 ppm. In addition, dose-dependent increases in mammary tumors (significant at 50 ppm, but not 100 ppm), uterine cancers, and malignant lymphomas (significant at 100 ppm) were observed in female mice.

b) Adkins 1986[186]: Female A/J mice (30/group) were exposed to 0, 70, or 200 ppm EtO for 6 hr/d, 5d/wk for 6 months. The experiment was performed twice and revealed a reproducible significant increase in frequency and incidence of lung adenomas in EtO-treated mice (significant at both 70 and 200 ppm).

c) Lynch 1984[187]: Male F344 rats (80/group) were exposed to 0, 50, or 100 ppm EtO for 7 hr/d, 5 d/wk for 2 years. Dose-dependent increases were observed in splenic mononuclear cell leukemias (significant at 50 and 100 ppm), testicular peritoneal mesotheliomas (significant at 100 ppm), and brain mixed cell gliomas (significant at 100 ppm).

d) Snellings 1984[188]: Male and female F344 rats (120/group) were exposed to 0, 10, 33 or 100 ppm EtO for 6 hr/d, 5 d/wk, for two years. Dose-dependent increases were observed in splenic mononuclear cell leukemias (significant at 33 ppm and above in males; 10 ppm and above in females), and primary brain tumors (significant at 33 ppm and above in males, and 100 ppm in females). Male rats showed a dose-dependent increase in testicular peritoneal mesothelioma (significant at 100 ppm).

304. In summary, mouse and rat exposures to 10-100 ppm inhaled EtO for 6 month-2-years yielded significant increases in the incidence of:

a) Lung adenomas/tumors: Male and female mice, but not rats.

b) Mammary tumors, uterine tumors: Female mice, but not rats.

c) Lymphomas: Female mice, but not male mice, and not rats.

d) Splenic mononuclear cell leukemias: Male and female rats, but not mice.

e) Testicular peritoneal mesotheliomas: Male rats, but not mice.

f) Brain mixed cell gliomas: Male and female rats, but not mice.

305. Thus, lifetime exposure to EtO at levels 10-100 ppm was associated with tumors in multiple organ systems in rats and mice, supporting the determination that EtO exposures at high levels can be carcinogenic in laboratory animals. Notably, these levels of exposure are undoubtedly many thousands of times higher than the highest levels of EtO to which individuals could conceivably have been exposed as a consequence of using HRPs. Moreover, neither mice nor rats exposed to these extremely high levels of EtO exhibited an increased incidence of ovarian epithelial cancer, and rats did not exhibit an increased incidence of uterine tumors.

306. Published carcinogenicity data in laboratory animals are also notable for the fact that there are no shared sites of tumorigenesis observed between mice and rats. In particular, mammary tumors occurred in mice, but not in rats, and lymphomas occurred in female mice, but not in male mice, and not in male or female rats. Thus, EtO-induced mammary tumors in mice were not even predictive for rats, which did not develop mammary tumors even in response to these extremely high levels of chronic EtO exposure. Moreover, although lung cancers were significantly increased in male and female mice, epidemiological studies of EtO have revealed no increase in lung cancer mortality in EtO exposed occupational cohorts. Similarly, even though brain tumors were significantly increased in male and female rats, mortality from brain cancers was significantly *decreased* in the NIOSH cohort, which is generally recognized as the largest and most informative prospective cohort study of the effects of occupational exposure to EtO.

307. In aggregate, laboratory animal data indicate that even extremely high, lifelong levels of EtO exposure do not cause ovarian epithelial cancer, and the observed increased incidence of uterine tumors was observed in only one animal species tested. This is consistent with epidemiological studies, which also fail to find any association of occupational EtO exposure with uterine cancer or ovarian epithelial cancer.

308. EtO blood concentrations in mice, rats, and humans increase linearly with exposures between 50 and 200 ppm, and EtO levels in blood ETO increased disproportionately in mice only at exposures exceeding 200 ppm, which was attributed to depletion of glutathione, which constitutes one of the principal routes for metabolizing EtO.[27,189] Consistent with this, in testing the effects of low-dose EtO exposures ranging from 0.0001-0.1 mg/kg/day in laboratory rats using an extremely sensitive dual-isotope analytical approach that enabled discrimination of exogenous versus internal production of EtO, Marsden et al. reported that their findings "provided evidence supporting a linear dose-response relationship for the major EO DNA adduct after exposure to low occupationally relevant doses."[190]

309. Notably, Marsden et al. reported that DNA adduct formation in rats was not significantly increased at an exogenous EtO doses of 0.0001 mg/kg/day.[27,190] Moreover, Marsden et al. concluded: "More importantly, we have proven that the extent of damage arising through this

route [i.e., exogenous EtO exposure] is insignificant compared with the background level of *N*7-HEG naturally present"[190] Thus, "if the compound is produced endogenously, low doses of exogenous exposure may be overwhelmed by the background levels, leading to no detectable statistically significant increase in risk due to the external exposure."[190]

310. Additional evidence supporting the weak mutagenicity of EtO comes from the subchronic inhalation study of Manjanatha et al. (2017).[191] These authors investigated the exposure-response and temporality for EtO-induced mutations at the cII locus in the lung tissue of transgenic Big Blue male B6C3Fl mice, which develop tumors in response to chronic EtO inhalation, in response to EtO concentrations ranging from 10-200 ppm.[191] The study design was based on the inference that if EtO-induced mutations were responsible for its tumorigenicity, EtO should be able to induce mutations in the tumor target tissue at a dose equal to or lower than the tumorigenic dose.[191] Surprisingly, no statistically significant increase in mutant frequency or mutational spectrum were observed following 4 weeks of ETO exposure, and a significant increase was observed only following 8 or 12 weeks of exposure at a concentration of 200 ppm, which is higher than the highest tumorigenic dose tested in NTP studies.[191] Consequently, these authors concluded that the in vivo mutagenic activity was "relatively weak", with only a small increase in mutant frequency over background even at extremely high, tumorigenic concentrations.[191]

311. In aggregate, in vivo evidence indicates that EtO is a relatively weak mutagen and, despite many decades of investigation into the biological effects of EtO, the lowest level of chronic exposure to EtO that has been reproducibly associated with an increase in cancer in laboratory animals is still thousands of times higher than any chronic EtO exposure to which the Plaintiffs in this litigation could conceivably have been exposed as a consequence of HRP use. Put another way, chronic EtO exposure at even the highest level to which the Plaintiffs in this litigation could conceivably have been exposed as a consequence of HRP use has never been shown to cause either mutations or cancer in laboratory animals.

**EtO: Biological effects in humans**

312. No cancers in human beings have been conclusively demonstrated to result from exposure to EtO, and human cancer epidemiological data alone are insufficient to classify EtO as carcinogenic in humans. Indeed, evidence suggesting a link between EtO exposure and cancer has come almost exclusively from epidemiological studies of occupational exposures that are many orders of magnitude higher than the exposures to which the Plaintiffs could conceivably have been exposed as a consequence of HRP use. Even these studies of occupationally exposed workers have provided only limited evidence for a potential association of extremely high levels of EtO exposure with lymphohematopoietic cancers and, possibly, breast cancer. There is no body of epidemiological evidence that would support the claim that exposure to EtO is capable of increasing risk for uterine cancer or ovarian epithelial cancer. For these reasons, the weight of epidemiological evidence does not support the conclusion that EtO can cause or contribute to uterine cancer or ovarian epithelial cancer in humans.

313. Exposure to EtO is not a recognized cause of any type of cancer in human beings. Moreover, exposure to EtO is not an established risk factor for uterine cancer or ovarian

epithelial cancer. Furthermore, there is no signature histological type of uterine cancer or ovarian epithelial cancer, or signature molecular lesion, that has been demonstrated to be associated with EtO exposure.

**EtO and HRPs**

314. Plaintiffs' experts have alleged that EtO in HRPs are a cause of uterine cancer and ovarian epithelial cancer. Specifically, the hypothetical maximum levels of exposure to EtO from HRPs would undoubtedly be far lower than endogenous levels of EtO production. Similarly, the hypothetical maximum levels of EtO exposure from HRPs would also clearly be orders of magnitude lower than the lowest levels of EtO observed to cause cancer in experimental animals – and even these extremely high, lifetime levels of exposure do not cause ovarian epithelial cancer. In light of this and other information presented above, there is no biologically plausible basis to support the claim that exposure to EtO in HRPs (if that even occurs) – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

**Studies of additional alleged constituents of HRPs: Benzophenones, Cyclic siloxanes, and Diethanolamine**

**Benzophenones**

315. Benzophenones are aromatic ketones and are classified by US EPA as a high-volume chemical. Benzophenones are used as additives in plastics, coatings and adhesive formulations, in laundry and household cleaning products, and as fragrance enhancers, flavor ingredients in foods, and fixatives in perfumes.[1,192,193] Benzophenones are also used as ultraviolet (UV) light filtering agent to prevent UV damage to colors and scents in some personal care products, such as sunscreens, perfumes and soaps, and may be added to clear plastic packaging to block UV transmission.[1,192,193] Additional uses include the manufacture of agricultural chemicals, insecticides, antihistamines and other pharmaceuticals.[1,193]

316. Benzophenones can be absorbed through skin, inhalation or ingestion.[1,192,193] Benzophenones are present in drinking water, can occur naturally in foods, may be added to foods and beverages as a flavoring ingredient, and may migrate from food packaging into food. Levels in foods to which benzophenones are added for flavoring range from approximately 0.5-3.0 mg/kg. Total consumption in the U.S. has been estimated at approximately by 11 μg/day.[1] For a 70 kg person, this would correspond to approximately 0.16 μg/kg/day. Benzophenones are excreted in urine as metabolites.[1,194]

317. Benzophenones are not mutagenic in Ames testing, nor in in vivo tests for micronucleus formation in mice, when administered at doses of 200 – 4,200 mg/kg via diet or intraperitoneal injection.[1] These exposures are over a million-times higher than estimated daily human consumption. Some in vitro studies have reported chromosomal aberrations, micronucleus formation, or DNA damage in response to high-dose exposures to benzophenone, while noting the lack of relevant human evidence for genotoxicity.[193]

318. Dermal application of up to 50% benzophenone in Swiss mice daily for 120 weeks was not carcinogenic.[1] In an NTP study, 2-yr oral administration of benzophenone to B6C3F1 mice at 40, 80 or 160 mg/kg (females) or 35, 70 or 150 mg/kg (males) in feed resulted in a trending increase in histiocytic sarcoma.[1] 2-yr oral administration of benzophenone to F344 rats at 15, 30 or 65 mg/kg (females) or 15, 30 or 60 mg/kg (males) in feed resulted only in a trending increase in mononuclear-cell leukemias, which is a common, strain-specific cancer in this type of rat.[1] Oral administration of benzophenone to mice and rats at these levels did not induce uterine cancers or ovarian epithelial cancers. These exposures are hundreds of thousands to millions of times higher than estimated daily human consumption.

319. Benzophenones have been reported to exert both estrogenic and antiestrogenic, and androgenic and anti-androgenic, activities in vitro and in vivo[193]. The estrogenic potencies of benzophenones are thousands to hundreds of thousands of times lower than that of estradiol when measured in ER binding assays.[67,193] Benzophenones exert estrogenic activity in uterotrophic assays in rats when administered at extremely high doses (100-300 mg/kg) by oral gavage, diet, subcutaneous injection or intraperitoneal injection.[1,192] These exposures are over a million-times higher than estimated daily human consumption.

320. No human carcinogenicity data are available.[1]

321. IARC indicated that "mechanistic evidence for tumour induction by benzophenone is weak" and classified benzophenone as Group 2B, possibly carcinogenic to humans, based on an absence of data in humans, in combination with the above rodent carcinogenicity data, and mechanistic data.[1]

322. Helm et al. reported detection of benzophenones in some HRPs.[85] Plaintiffs' experts have alleged that benzophenones in HRPs are a cause of uterine cancer and ovarian epithelial cancer. Given the general lack of genotoxicity or mutagenicity of benzophenones, the absence of carcinogenicity in mice following high-level dermal exposures, the lack of ovarian or uterine cancers in animal studies following extremely high lifetime oral exposures, the weak binding affinities of benzophenone metabolites for ER, the extremely high levels of exposure required for uterotrophic effects, and the lack of any epidemiologic evidence that exposures to benzophenones are associated with uterine cancer or ovarian epithelial cancer (or any other cancer), I conclude that there is no biologically plausible basis to support the claim that exposure to benzophenones in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

**Cyclic Siloxanes**

323. Cyclic siloxanes are used in the production of silicone polymers. Primary exposures in humans are through inhalation and dermal contact.[195] Systemic absorption of octamethylcyclotetrasiloxane (D4) following dermal application is extremely limited due to rapid evaporation of D4, which is volatile and lipophilic.[195,196] In addition, D4 is reported to lack the potential for bioaccumulation due to rapid elimination in urine, feces and expired air.[195]

324. Multiple tests for genotoxicity and mutagenicity in bacteria and in mammalian cells in vitro have been negative, and a direct genotoxic mode of action has been considered unlikely.[195]

325. D4 is characterized as having very weak estrogenic and antiestrogenic activity, which is consistent with the fact that it binds ER with an affinity approximately 100,000 – 1,000,000-times lower than ethinyl estradiol.[195]

326. Chronic administration of up to 700 ppm D4 to F344 rats via inhalation for two years revealed dose-dependent increases in endometrial cystic hyperplasia, a non-significant increase in uterine adenomas at the highest dose of exposure, and increased liver weights attributed to a phenobarbital-like effect.[195] Chronic D4 exposure did not result in the development of uterine carcinoma or ovarian epithelial carcinoma. The authors' interpretation of their data was that the observed increases in endometrial hyperplasia were not attributable to D4 estrogenic action.[195] Rather, they proposed a mechanism involving disruption of the rat estrus cycle via dopamine-related effects on prolactin secretion, while noting that such a mechanism would not be relevant to humans given important differences between the rat estrus cycle and human menstrual cycle, particularly with respect to the role of prolactin.[195]

327. Dekant et al. concluded that the observed rat endometrial lesions in their study "has no relevance for human risk characterization" and, further, that D4 has no genotoxic effects and no "appreciable direct hormonal activity".[195]

328. Jean et al. reported a similar 2-year study of D4 inhalation exposure in F344 rats at doses of up to 700 ppm.[196] Four of 60 animals developed uterine endometrial adenomas at the 700 ppm dose, whereas none were detected after 2-year exposures at 10, 30, or 150 ppm.[196] No uterine carcinomas or ovarian epithelial carcinomas were observed. An increased incidence of uterine cystic endometrial hyperplasia was also noted that was accompanied by altered estrus cycling.[196] Similar to Dekant et al., Jean et al. concluded that their findings "are unlikely to represent a relevant hazard in assessing D4's potential human health risk."[196]

329. Jean et al. also tested effects of decamethylcyclopentasiloxane (D5) in F344 rats exposed via inhalation to 10, 40 or 160 ppm D5 for 2 years.[197] Like D4, D5 lacks significant estrogenic or androgenic activity, and has no demonstrable genotoxicity or mutatagenicity.[197] An increased incidence of uterine endometrial adenocarcinoma was observed after 24-months exposure to 160 ppm D5 in 5 of 60 animals. The authors ascribed these tumors to alterations in the estrus cycle, rather than estrogenic activity of D5, and noted that uterine tumors of this type are a common spontaneous tumor type in aged F344 rats.[197] No other neoplastic lesions were observed in the study, including no ovarian epithelial cancers.

330. The authors concluded that "direct effects on the endometrium by D5 or a genotoxic mechanism of endometrial carcinogenesis appear unlikely modes of action to explain the observed increase in endometrial adenocarcinoma."[197]

331. Helm et al. reported detection of cyclic siloxanes in some HRPs.[85] Plaintiffs' experts have alleged that cyclic siloxanes in HRPs are a cause of uterine cancer and ovarian epithelial cancer. Cyclic siloxanes exhibit limited dermal absorption, no appreciable genotoxicity or mutagenicity

following high level exposures, and no significant estrogenic or androgenic activity. Effects of cyclic siloxane D4 on uterine endometrial hyperplasia, and D5 on uterine endometrial adenocarcinoma, in rats exposed for two years to extremely high inhaled concentrations of D4 or D5 have been ascribed to rat-specific effects on the estrus cycle, which the authors of each study concluded have no relevance for human carcinogenicity or hazard assessment. No increase in ovarian epithelial cancer was observed in any study. In addition, there is no direct epidemiologic evidence that exposure to cyclic siloxanes is associated with uterine cancer or ovarian epithelial cancer (or any other cancer) in humans. I conclude that there is no biologically plausible basis to support the claim that exposure to cyclic siloxanes in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

**Diethanolamine**

332. Diethanolamine is used in the production of soaps, laundry and dishwashing detergents, cosmetics, shampoos and hair conditioners, among other uses.[1] Diethanolamine in generally present in personal care products as condensation products with fatty acids to form alkanolamides, such as cocamide diethanolamine as a condensation product of fatty acids from coconut oil with diethanolamine.[1] Shampoo products have been reported to contain concentrations of diethanolamine ranging from 140 – 15,200 ppm. Exposures through use of shampoo have been estimated at 0.2-2 ug/kg per day. Occupational exposures also occur through soluble metalworking fluids.[1] Absorption of diethanolamine as modeled through human skin samples is low and has been estimated at 1%, with higher levels accumulating in skin.[1]

333. In genotoxicity testing, diethanolamine was not mutagenic in Ames tests in bacteria or in mouse lymphoma cells in vitro, and diethanolamine did not increase the incidence of sister chromatid exchange or chromosomal aberrations in Chinese hamster ovary cells.[1] In mice dermally exposed to up to 1,250 mg/kg diethanolamine for 13 wks no enhanced micronucleus formation was observed.[1] Thus, diethanolamine does not exhibit genotoxic or mutagenic activity.

334. An NTP dose-response study of dermal exposure of F344 rats to pure diethanolamine 5 days/wk for 2 years at 8, 16 or 32 mg/kg (female) or 16, 32 or 64 mg/kg (male) revealed no increase in tumors at any site at any dose.[1,198] A similar study in B6C3F mice treated at up to 160 mg/kg 5 days/wk for 2 years increases in hepatocellular carcinoma and hepatoblastoma.[1,198] The mechanism of hepatic tumorigenesis was hypothesized to involve diethanolamine induction of choline deficiency in the liver, however whether this mechanism has any relevance to humans is unknown.[1] No increases in uterine cancer or ovarian epithelial cancer were reported in either study.[1,198]

335. There are no epidemiologic studies in humans with cancer risk endpoints specifically focused on diethanolamine exposure, or on diethanolamine exposures due to the use of personal care products.[1] Epidemiologic studies of occupational exposures to metalworking fluids (which may contain diethanolamine along with many other constituents) have been conducted. IARC has concluded that "these studies cannot distinguish the carcinogenic effect of diethanolamine alone from that of the complex mixture."[1]

336. IARC has classified diethanolamine as possibly carcinogenic to humans (Group 2B) based on inadequate evidence in humans, sufficient evidence in experimental animals, and "weak evidence that a genotoxic mechanism is involved" in the induction of liver tumors.[1]

337. Helm et al. reported detection of diethanolamine in some HRPs.[85] Plaintiffs' experts have alleged that diethanolamine in HRPs is a cause of uterine cancer and ovarian epithelial cancer. Given diethanolamine's low anticipated dermal absorption, lack of genotoxicity or mutagenicity following high level exposures, the lack of ovarian or uterine cancers in animal studies, the lack of tumors of any kind in rats exposed at extremely high levels, the lack of a carcinogenic mechanism of known relevance to humans to explain hepatic tumor development in mice exposed to high levels of diethanolamine, and the lack of any epidemiologic evidence that exposure to diethanolamine is associated with uterine cancer or ovarian epithelial cancer (or any other cancer), I conclude that there is no biologically plausible basis to support the claim that exposure to diethanolamine in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

**Lack of synergy among constituents of HRPs**

338. As articulated in detail above, there is no reliable body of evidence by which one could reasonably conclude that exposures to parabens, phthalates, phenols, formaldehyde, ethylene oxide, NDMA, benzophenones, cyclic siloxanes, or diethanolamine in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

339. As a general matter, carcinogenic exposures may theoretically have an additive effect (i.e., the effect of both agents together is approximately equal to the sum of the individual effects) if the different agents function through the same mechanism or if they affect the same cell type or tissue. Carcinogenic exposures may act synergistically, in theory, if they affect distinct required steps in cancer development.

340. As a first principle, additive interactions are considered to be far more common than synergistic interactions in pharmacology and toxicology as they relate to carcinogenesis. Beyond this principle, it is almost never the case that two agents, each of which has no demonstrable carcinogenic effect on its own, together exert a biologically meaningful synergistic effect. Nor can instances in which this is the case be accurately predicted. Consequently, it is not a scientifically valid or reliable approach to hypothesize that agents having no carcinogenic effect in isolation nevertheless exert a significant biological effect when present together. Rather, the scientific method demands that arriving at such a conclusion would require clear experimental evidence supporting a synergistic effect. In this regard, there is no body of reliable scientific evidence that I am aware of to support the existence of synergistic carcinogenic effects between individual constituents of hair relaxer products.

**Hair relaxer use does not fulfill Bradford Hill criteria.**

341. Sir Austin Bradford Hill outlined his criteria for the inference of causation from epidemiological studies in 1965[199] barely a decade after the structure of DNA was elucidated. It is therefore important to emphasize that our molecular understanding of what causes cancer has advanced exponentially over the past 57 years. Evaluating cancer causation in the present day therefore requires the comprehensive assessment of evidence both in human populations and in the laboratory to determine whether a consistent body of evidence exists that demonstrates causation. In addition, while epidemiological evidence is an essential part of evaluating cancer causation in human beings, it is important to note that evaluation of Bradford Hill criteria in isolation (*i.e.*, in the absence of laboratory data) cannot, in principle, demonstrate causality. This follows from the fact that the "output" of evidence derived from observational epidemiology studies comes in the form of associations,[199] and associations, like risk factors, are not causes and cannot be equated with a demonstration of cause-and-effect. Thus, while observational epidemiology studies permit inferences to be made regarding causation based upon the identification of consistent, substantial and robust associations, they cannot demonstrate cause-and-effect directly.

342. The criteria outlined by Dr. Hill for evaluating epidemiological association include strength, consistency, specificity, temporality, biological gradient, plausibility, coherence, experiment, and analogy. Importantly, before assessing these factors, one must first evaluate whether a valid association exists. As discussed above, epidemiological evidence for an association between hair relaxer use and uterine and ovarian cancers is exceedingly sparse, consisting of only three publications – one for ovarian cancer and two for uterine cancer. Two of these three publications – one for ovarian cancer and one for uterine cancer – included exposures to hair products other than HRPs and therefore did not specifically assess the potential cancer risk of use of HRPs. There is currently no sufficient, reliable body of epidemiological evidence demonstrating an association between HRP use and uterine cancer or ovarian cancer in humans. Accordingly, in the absence of a valid association, Bradford Hill criteria do not apply. However, for the sake of completeness, I have provided a discussion of these criteria below, as they relate to hair relaxer use. As is evident from this discussion, even if the Bradford Hill factors are considered, they do not support a conclusion that hair relaxer use is a cause of uterine cancer or ovarian cancer.

343. *Strength*: Dr. Hill's criterion of strength of association refers to the strength of association observed in epidemiological studies.[199] The examples of risk factors that Dr. Hill provided to illustrate 'strength' were on the order of 200-times (mortality from scrotal cancer in chimney sweeps), 20-30-times (mortality from lung cancer in heavy cigarette smokers), and 14-times (cholera in those drinking polluted water).[199] Moreover, Dr. Hill contrasted these "*strong*" epidemiological effects with the much weaker death rate from coronary thrombosis in smokers ("*no more than twice, possibly less, the death rate in non-smokers*").[199] In discussing coronary thrombosis in smokers, he stated: "*Though there is good evidence to support causation, it is surely much easier in this case to think of some features of life that may go hand-in-hand with smoking – features that might conceivably be the real underlying cause or, at the least, an important contributor.*"[199] That is, for associations that are weaker than 2-fold effects, the possibility that the association is a result of some type of bias or confounding, rather than a reflection of a cause-and-effect relationship, becomes considerably more likely. The body of

epidemiological literature fails to demonstrate a strong association between hair relaxer use and uterine cancer or ovarian cancers. For uterine cancer, Chang et al. reported a modest elevation in uterine cancer risk in users of straighteners, relaxers, or pressing products (HR=1.80, 95% CI = 1.12-2.88); Bertrand et al. found no association among moderate or heavy users. For ovarian cancer, White et al., reported no overall association between use of straighteners, relaxers, or pressing products and ovarian cancer; the positive association for frequent use appears to have been limited to non-serous ovarian cancers based on only four cases. Thus, I conclude this criterion is not met.

344. *Consistency*: Dr. Hill's criterion of consistency refers to the consistency of association observed across epidemiological studies.[199] As above, epidemiological evidence for an association between hair relaxer use and uterine and ovarian cancers is exceedingly sparse. The only study for ovarian cancer included exposures to hair products other than HRPs and therefore did not specifically assess the potential ovarian cancer risk of use of HRPs. One of the two studies for uterine cancer (Chang 2022) included exposures to hair products other than HRPs and therefore did not specifically assess the potential uterine cancer risk of use of HRPs. Chang 2022 reported results that were inconsistent with the only other study for uterine cancer (Bertrand 2023). Thus, I conclude this criterion is not met.

345. *Specificity*: This criterion refers to whether the association of an agent with cancer is limited to specific workers and/or to particular sites and type of disease.[199] This is clearly not the case for hair relaxer use, which has not been demonstrated to be associated with uterine cancer or ovarian cancer in humans. Thus, I conclude this criterion is not met.

346. *Temporality*: Plaintiffs contend that, to the extent that hair relaxer use occurred prior to cancer development, the criterion of temporality is met. However, since hair relaxer use has not been demonstrated to be associated with uterine cancer or ovarian cancer in humans, temporality cannot be met. Indeed, if it can be argued that the criterion of temporality is satisfied by the fact that some people develop cancer after using hair relaxers, the same can be said of virtually any event, behavior, or exposure during the same period of time – taking antacids, eating scrambled eggs, or experiencing an infection. When many years separate the alleged exposure and outcome, as is nearly always the case with adult human cancers, the resulting lack of specificity for proposed cause and effect renders this criterion nearly meaningless. An exception to this might occur in cases in which a carcinoma is alleged to have been caused by a recent exposure within months or a few years of diagnosis, as such a timeline would clearly violate what we know about the temporality of cause and effect for human cancers, and would clearly violate Dr. Hill's criteria of both biological plausibility and coherence.

347. *Biological gradient*: This criterion refers to the presence of a dose-response in epidemiological studies. As above, since hair relaxer use has not been demonstrated to be associated with uterine cancer or ovarian cancer in humans, a dose-response criterion cannot be met.

348. *Plausibility*: As Dr. Hill notes, "*what is biologically plausible depends upon the biological knowledge of the day.*"[199] In evaluating biological plausibility, existing scientific and medical knowledge are used to evaluate the likelihood that a new hypothesis is true, particularly as it

relates to evaluating whether a cause-and-effect relationship exists between a biological factor of interest and a particular disease. Consequently, for a proposed causal relationship to be biologically plausible, not only must a hypothesized mechanistic link between two factors be deemed to be conceivably true, there must also be coherent evidence that the proposed mechanism is true, as well as an absence of a significant body of evidence suggesting that it is not true. As above, there is no reliable body of evidence by which one could reasonably conclude that exposures to parabens, phthalates, phenols, formaldehyde, ethylene oxide, NDMA, benzophenones, cyclic siloxanes, or diethanolamine in HRPs – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings. There is also no body of reliable scientific evidence to support the existence of synergistic carcinogenic effects between individual constituents of hair relaxer products. Thus, based on the overwhelming weight of evidence, I conclude that this criterion is not met.

349. *Coherence*: Dr. Hill explains that this criterion is predicated on the axiom that "*the cause-and-effect interpretation of our data should not seriously conflict with the generally known facts of the natural history and biology of the disease.*"[199] The evidence cited above and throughout this report, particularly with respect to dose and biological plausibility, as well as epidemiological evidence, strongly argue against coherence. I conclude that this criterion is not met.

350. *Experiment*: This criterion asks whether a preventive action taken has a protective effect.[199] Given that hair relaxer use has not been demonstrated to be associated with uterine cancer or ovarian cancer in humans, there can be no such protective intervention. Thus, I conclude that this criterion is not met.

351. *Analogy*: As Dr. Hill notes, "*In some circumstances it would be fair to judge by analogy. With the effects of thalidomide and rubella before us we would surely be ready to accept slighter but similar evidence with another drug or another viral disease in pregnancy.*"[199] The chemicals alleged by Plaintiffs' experts as EDCs and/or potential carcinogens are ubiquitous and/or used in thousands of cosmetic and personal care products. None of these chemicals are recognized risk factors for uterine cancer or ovarian cancer. Personal care products are not a recognized risk factor for uterine cancer or ovarian cancer. Thus, I conclude that this criterion is not met.

352. Bradford Hill's summary of his criteria was that "*none of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a sine qua non. What they can do, with greater or less strength, is to help us to make up our minds on the fundamental question – is there any other way of explaining the set of facts before us, is there any other answer equally, or more, likely than cause and effect?*".[199] In my opinion, regarding this summary question of whether there is another way of explaining the set of facts, or another answer that is more likely, my answer is: "*Yes, there is a far more straightforward explanation for the set of facts in this litigation.*" The most straightforward explanation, by far, for the cause of the cancers diagnosed in Plaintiffs in this litigation is simply that they are common human cancers that arise as a consequence of the inevitable process of aging (*i.e.,*

decades of exposure to the ever-present, endogenous causes of DNA damage and mutation) and other factors unrelated to hair relaxer use. Thus, in aggregate, a wealth of evidence indicates that Bradford Hill criteria are not met for hair relaxer use.

**Summary**

353. There is no reliable body of evidence by which one could reasonably conclude that exposures to hair relaxer products, or parabens, phthalates, phenols, formaldehyde, ethylene oxide, NDMA, benzophenones, cyclic siloxanes, or diethanolamine contained within hair relaxer products – at the doses to which they might conceivably have been present in one or more hair relaxer products at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings. Nor is there reliable scientific evidence to support the existence of synergistic carcinogenic effects between two or more individual constituents of hair relaxer products. Therefore, to a reasonable degree of medical and scientific certainty, the scientific evidence does not support that the use of hair relaxer products causes uterine or ovarian cancer in human beings.

**C. Response to Plaintiffs' Experts**

354. Plaintiffs' experts allege that hair relaxer use can cause uterine cancer and ovarian cancer based on epidemiologic evidence demonstrating a casual association. Plaintiffs' experts further allege that this relationship is biologically plausible because hair relaxer products contain endocrine-disrupting chemicals (EDCs) and/or potential carcinogens. However, as explained in my report, there is currently no sufficient, reliable body of epidemiological evidence demonstrating an association between HRP use and uterine or ovarian cancer in humans. Nor is there a reliable body of epidemiological evidence demonstrating an association between any specific HRP product, HRP chemical constituent, or combination of HRP chemical constituents and uterine or ovarian cancer. Further, there is no biologically plausible basis to support the claim that exposure to chemicals alleged by Plaintiffs' experts to be EDCs and/or potential carcinogens – at the doses to which they might conceivably have been present in one or more HRPs at one or more points in time – could be a cause of uterine cancer or ovarian epithelial cancer in human beings.

355. Plaintiffs' experts allege that the individual chemical constituents of HRPs can be conclusively demonstrated to be human carcinogens based upon how many "key" characteristics these agents share with known carcinogens. Plaintiffs' experts further imply that that the potency of a carcinogen is proportional to the number of "key characteristics" that it may be deemed to possess. This is not a scientifically valid or generally accepted approach to evaluating carcinogenicity, or to evaluating the biological plausibility for carcinogenicity. IARC itself has stated that the 10 key characteristics of carcinogens were proposed as a means to "facilitate a systematic and uniform approach to organizing mechanistic data relevant to carcinogens," but "they are not mechanisms in and of themselves nor are they adverse outcome pathways." [201] Indeed, IARC's formalized process for assessing carcinogenicity only considers evidence from "key characteristics" when evaluating mechanistic data. In contrast, "key characteristics" do not play a role in evaluating human carcinogenicity data or animal carcinogenicity data. In

contravention to IARC's stated purpose for evaluating "key characteristics", plaintiffs' experts repeatedly focus on the alleged presence of "key characteristics" for a given chemical, while ignoring direct epidemiologic and experimental evidence indicating that the chemical of interest is not likely to be carcinogenic in humans or laboratory animals under reasonable conditions and doses of exposure.

356. Reliance upon counting the number of "key characteristics" that a chemical may possess in preference to the rigorous evaluation of direct evidence of carcinogenicity circumvents a basic truth: an agent can definitively be considered a carcinogen if, and only if, it causes cancer in living organisms. That is the definition of a carcinogen. If an agent cannot be shown to cause cancer, then it cannot be conclusively determined to be a carcinogen, no matter the number of "key characteristics" that it may share with known carcinogens. Moreover, the identification of an agent as an animal carcinogen does not mean that it is a meaningful human carcinogen. There are multiple carcinogens reported to cause tumors in rats and/or mice have not been implicated as likely causes of human cancer.

357. In this regard, the majority of "key characteristics" of carcinogens are shared by a far larger number of chemicals that are not carcinogenic in humans, including a host of endogenous molecules. For example, the vast majority of growth factors, cytokines, receptors, hormones, and signaling molecules produced in our bodies – of which there are thousands – possess "key characteristics of carcinogens". Similarly, thousands of the chemicals that are produced each day in our cells as part of intermediary metabolism also possess "key characteristics" of carcinogens. Yet, the mere presence of these endogenous molecules is not carcinogenic – indeed, they are essential for life. As such, simply identifying "key characteristics" lacks the specificity required to definitively identify a chemical as carcinogenic in humans. While it may be the case that there are few known human carcinogens that do not possess even a single "key characteristic", it is most certainly the case that there are thousands of molecules that possess one or more "key characteristics", but are non-carcinogenic.

358. Through their reliance on "key characteristics", Plaintiffs' experts substitute an individual adverse effect that a chemical may exhibit under some particular set of conditions, realistic or not, as being a proxy for carcinogenesis. In this manner, Plaintiffs' experts rely upon proxies for carcinogenesis in preference to evidence for actual carcinogenic effects. For example, instead of citing evidence that parabens cause cancer in laboratory animals (the overwhelming scientific consensus is that they do not), Dr. Panigrahy states that: "*Parabens cause endocrine disruption, which can promote uterine and ovarian cancers.*" In doing so, Dr. Panigrahy replaces the fact that parabens do not cause uterine or ovarian cancers in laboratory animals with the general conjecture (also incorrect) that parabens can cause something (i.e., endocrine disruption) that could hypothetically constitute one step in a chain of events that might conceivably lead to cancer (but which has not been shown to do so). In a parallel manner, Dr. Panigrahy states that "*Phthalates trigger mechanisms that can cause and contribute to the development of uterine and ovarian cancers*" and that "*NDMA triggers mechanisms that can cause and contribute to the development of uterine and ovarian cancers*". In doing so, he ignores the clear consensus of the scientific and medical literature that neither phthalates nor NDMA (at doses to which human beings are ever exposed) cause uterine or ovarian cancers – even in laboratory animals. Plaintiffs'

experts' substitution of proxies for carcinogenesis in preference to evidence for actual carcinogenic effects is not a reliable or scientifically accepted method for ascertaining causality.

359. In evaluating causation, Plaintiffs' experts repeatedly fail to consider dose of exposure to the constituents of HRPs in a biologically meaningful way. Paracelsus' statement that "*the dose makes the poison*", advises that the amount of a substance a person is exposed to is as important as the nature of that substance. That is, virtually any non-toxic substance can become toxic when administered at extraordinarily high doses. Plaintiffs' experts discuss carcinogenicity experiments in laboratory animals that tested effects of chemicals at doses that are thousands to millions of times higher than those to which Plaintiffs could have been exposed as a consequence of using HRPs. In this regard, it is essential to note that agents that may cause cancer in laboratory animals when administered at extremely high doses may never cause cancer in human beings, in part because the doses and durations to which human beings are ever exposed are thousands of times lower than the lowest dose capable of causing cancer in animals.

360. In an analogous manner, by ignoring dose considerations, Plaintiffs' experts cite examples supporting the proposition that a particular chemical exhibits a "key characteristic", in which the doses of exposure employed are so high as to non-specifically kill the cells or the animals being treated as a result of toxicity. Such experiments are uninformative for inferring the properties of chemicals under "real-world" conditions and cannot form the basis for a scientifically valid conclusion regarding carcinogenicity or "key characteristics". For example, some of the laboratory animal studies cited by Plaintiffs' experts to provide evidence for claimed "key characteristics" of NDMA that enable it to cause cancer (*i.e.*, inflammation, oxidative stress, immunosuppression), were performed at extremely high, toxic doses of NDMA that are far higher than those required to cause cancer in laboratory animals. If, as Plaintiffs' experts claim, inflammation, oxidative stress, or immunosuppression induced by a chemical causes cancer, then these effects must necessarily be present at the same (or lower) doses than those sufficient for the chemical to cause cancer. In contrast, Plaintiffs' experts provide examples for these effects on inflammation, oxidative stress, and immunosuppression that employed NDMA doses far higher than those required to cause cancer in laboratory animals. For the reasons above, such effects cannot be taken as evidence that these characteristics mediate the carcinogenic effects of NDMA in laboratory animals.

361. As but one example, Dr. Panigrahy writes: "*Chronic exposure to NDMA induces immunosuppression in a dose-dependent and time-dependent manner*[730]*. NDMA blocks human protective immune responses called humoral and cellular immune responses in mice*[730]*. This NDMA-induced long-standing immunosuppression leads to increase toxicity and risk of dying*[730]. In support of each of these statements, Dr. Panigrahy cites [730]: Desjardins et al., Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. J Toxicol Environ Health 37, 351-361, 1992. In fact, in that publication Desjardins et al. state: "*No visible changes in immunological parameters were noted at the 1 ppm NDMA dose.*"[200], even though this is a dose of NDMA that is more than sufficient to induce cancer in laboratory animals. Rather, Desjardins et al. only reported immunological suppression in mice at doses of 10-20 ppm NDMA in drinking water, which the authors noted also resulted in the development of

ascites, hepatotoxicity, and dose-related mortality as early as 45 days after initiating treatment. Indeed, Desjardins et al. concluded that NDMA "*suppressed humoral and cellular immunity*" at "*hepatotoxic (ascites-inducing) doses*".[200] Effects of a chemical that only occur at lethal or near-lethal doses, cannot be taken as reliable evidence that such an effect occurs under non-toxic conditions. Moreover, the fact that these effects can only be shown to occur at doses of NDMA that far exceed those required to induce tumors argues against the hypothesis that the "key characteristic" under study (i.e., immunosuppression) is, in fact, a non-genotoxic mechanism by which NDMA can cause cancer.

362. Through approaches such as these that ignore dose of exposure, Plaintiffs' experts repeatedly conflate whether a molecule *can* do something (i.e., under some artificial set of conditions) versus whether a molecule *does* do something under real-world conditions. For example, many in vitro tests for "estrogenic" effects evaluate the ability of a chemical (i.e., a hypothetical endocrine disrupting chemical) to bind to the estrogen receptor and exert some effect. However, these tests are intentionally performed under artificial conditions, including high concentrations of the test chemical and in the absence of any other (even weak) estrogenic agent that would normally be present in the medium and might conceivably "compete" with the test chemical. Accordingly, a chemical shown to have some measurable estrogenic activity under these artificial circumstances (i.e., can bind the estrogen receptor), might very well have no effect whatsoever in a woman, since (among other many reasons) women are bathed in a variety of circulating hormones that have far higher binding affinities for the estrogen receptor, and/or the concentration of the chemical would be far too low to have any effect. As such, demonstrating that a chemical possesses estrogenic activity under artificial in vitro conditions cannot be taken as evidence that this occurs in vivo, because the artificial conditions employed do not predict the activity of that molecule in vivo. In this regard, much of the evidence that Plaintiffs' experts point to in support of their theories of cancer causation are based on artificial in vitro and in vivo animal study that do not reflect the conditions or exposures of Plaintiffs who use HRPs. For these reasons, in evaluating biological effects of chemicals, it is essential to distinguish what a molecule *can* do under some set of artificial conditions, from what a molecule actually *does* do under physiological, real-world conditions.

Lewis A. Chodosh, MD, PhD
Perelman Professor, Chairman of the Department of Cancer Biology
Perelman School of Medicine, University of Pennsylvania

January 6, 2026

**References Cited**


1. IARC. Some chemicals present in industrial and consumer products, food and drinking-water. **101**(2013).
2. Hanahan D and Weinberg RA. The hallmarks of cancer. *Cell* **100**, 57–70 (2000).
3. Hanahan D and Weinberg RA. Hallmarks of cancer: the next generation. *Cell* **144**, 646–674 (2011).
4. Vogelstein B and Kinzler KW. Cancer genes and the pathways they control. *Nat Med* **10**, 789–799 (2004).
5. Weinberg RA. *The Biology of Cancer*, (Garland Science, 2014).
6. Nadler DL and Zurbenko IG. Estimating Cancer Latency Times Using a Weibull Model. *Advances in Epidemiology* **2014**, 1–8 (2014).
7. Vogelstein B and Kinzler KW. The multistep nature of cancer. *Trends Genet* **9**, 138–141 (1993).
8. Vogelstein B, Papadopoulos N, Velculescu VE, Zhou S, Diaz LA, Jr. and Kinzler KW. Cancer genome landscapes. *Science* **339**, 1546–1558 (2013).
9. Friberg S and Mattson S. On the growth rates of human malignant tumors: implications for medical decision making. *J Surg Oncol* **65**, 284–297 (1997).
10. Sender R, Fuchs S and Milo R. Revised Estimates for the Number of Human and Bacteria Cells in the Body. *PLoS Biol* **14**, e1002533 (2016).
11. Kandoth C, McLellan MD, Vandin F, Ye K, Niu B, Lu C, Xie M, Zhang Q, McMichael JF, Wyczalkowski MA, Leiserson MDM, Miller CA, Welch JS, Walter MJ, Wendl MC, Ley TJ, Wilson RK, Raphael BJ and Ding L. Mutational landscape and significance across 12 major cancer types. *Nature* **502**, 333–339 (2013).
12. Hmeljak J, Sanchez-Vega F, Hoadley KA, Shih J, Stewart C, Heiman D, Tarpey P, Danilova L, Drill E, Gibb EA, Bowlby R, Kanchi R, Osmanbeyoglu HU, Sekido Y, Takeshita J, Newton Y, Graim K, Gupta M, Gay CM, Diao L, Gibbs DL, Thorsson V, Iype L, Kantheti H*, et al.* Integrative Molecular Characterization of Malignant Pleural Mesothelioma. *Cancer Discov* **8**, 1548–1565 (2018).
13. Cancer Genome Atlas Research Network. The Molecular Taxonomy of Primary Prostate Cancer. *Cell* **163**, 1011–1025 (2015).
14. Cancer Genome Atlas Research Network. Electronic address aadhe and Cancer Genome Atlas Research N. Integrated Genomic Characterization of Pancreatic Ductal Adenocarcinoma. *Cancer Cell* **32**, 185–203 e113 (2017).
15. Liu J, Lichtenberg T, Hoadley KA, Poisson LM, Lazar AJ, Cherniack AD, Kovatich AJ, Benz CC, Levine DA, Lee AV, Omberg L, Wolf DM, Shriver CD, Thorsson V, Cancer Genome Atlas Research N and Hu H. An Integrated TCGA Pan-Cancer Clinical Data Resource to Drive High-Quality Survival Outcome Analytics. *Cell* **173**, 400–416 e411 (2018).
16. Kumar S, Chinnusamy V and Mohapatra T. Epigenetics of Modified DNA Bases: 5-Methylcytosine and Beyond. *Front Genet* **9**, 640 (2018).
17. Boice JD, Jr. Radiation and breast carcinogenesis. *Med Pediatr Oncol* **36**, 508–513 (2001).

18. Land CE. Studies of cancer and radiation dose among atomic bomb survivors. The example of breast cancer. *JAMA* **274**, 402–407. (1995).

19. Land CE, Tokunaga M, Koyama K, Soda M, Preston DL, Nishimori I and Tokuoka S. Incidence of female breast cancer among atomic bomb survivors, Hiroshima and Nagasaki, 1950-1990. *Radiat Res* **160**, 707–717 (2003).

20. Tokunaga M, Land C, Tkuoka S, Nishimori I, Soda M and Akiba S. Incidence of female breast cancer among atomic bomb survivors, 1950-1985. *Radiation Research* **138**, 209–223 (1994).

21. Tokunaga M, Land CE, Yamamoto T, Asano M, Tokuoka S, Ezaki H and Nishimori I. Incidence of female breast cancer among atomic bomb survivors, Hiroshima and Nagasaki, 1950-1980. *Radiat Res* **112**, 243–272 (1987).

22. Grobner SN, Worst BC, Weischenfeldt J, Buchhalter I, Kleinheinz K, Rudneva VA, Johann PD, Balasubramanian GP, Segura-Wang M, Brabetz S, Bender S, Hutter B, Sturm D, Pfaff E, Hubschmann D, Zipprich G, Heinold M, Eils J, Lawerenz C, Erkek S, Lambo S, Waszak S, Blattmann C, Borkhardt A*, et al.* The landscape of genomic alterations across childhood cancers. *Nature* **555**, 321–327 (2018).

23. Sweet-Cordero EA and Biegel JA. The genomic landscape of pediatric cancers: Implications for diagnosis and treatment. *Science* **363**, 1170–1175 (2019).

24. Lindahl T. Instability and decay of the primary structure of DNA. *Nature* **362**, 709–715 (1993).

25. EFSA. Endogenous formaldehyde turnover in humans compared with exogenous contribution from food sources. *EFSA J* **12**, 3350 (2014).

26. Garaycoechea JI, Crossan GP, Langevin F, Mulderrig L, Louzada S, Yang F, Guilbaud G, Park N, Roerink S, Nik-Zainal S, Stratton MR and Patel KJ. Alcohol and endogenous aldehydes damage chromosomes and mutate stem cells. *Nature* **553**, 171–177 (2018).

27. TCEQ. Ethylene oxide carcinogenic dose-response assessment. (ed. Quality, T.C.o.E.) (2020).

28. Kirman CR and Hays SM. Derivation of endogenous equivalent values to support risk assessment and risk management decisions for an endogenous carcinogen: Ethylene oxide. *Regul Toxicol Pharmacol* **91**, 165–172 (2017).

29. Kirman CR, Li AA, Sheehan PJ, Bus JS, Lewis RC and Hays SM. Ethylene oxide review: characterization of total exposure via endogenous and exogenous pathways and their implications to risk assessment and risk management. *J Toxicol Environ Health B Crit Rev* **24**, 1–29 (2021).

30. EPA. Guidelines for carcinogenic risk assessment. (ed. USEPA) (Washington, D.C., 1986).

31. EPA. N-Nitrosodimethylamine. (2000).

32. EPA. Technical Fact Sheet N-Nitroso-dimethylamine (NDMA). (2014).

33. IARC. Evaluation of the Carcinogenic risk of chemical to humans. **17**(1978).

34. Florian J, Matta MK, DePalma R, Gershuny V, Patel V, Hsiao CH, Zusterzeel R, Rouse R, Prentice K, Nalepinski CG, Kim I, Yi S, Zhao L, Yoon M, Selaya S, Keire D, Korvick J and

Strauss DG. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. *JAMA* **326**, 240–249 (2021).

35. Mirvish SS. Formation of N-nitroso compounds: chemistry, kinetics, and in vivo occurrence. *Toxicol Appl Pharmacol* **31**, 325–351 (1975).

36. Mirvish SS. Role of N-nitroso compounds (NOC) and N-nitrosation in etiology of gastric, esophageal, nasopharyngeal and bladder cancer and contribution to cancer of known exposures to NOC. *Cancer Lett* **93**, 17–48 (1995).

37. Siddiqi M, Tricker AR and Preussmann R. Formation of N-nitroso compounds under simulated gastric conditions from Kashmir foodstuffs. *Cancer Lett* **39**, 259–265 (1988).

38. Zeilmaker MJ, Bakker MI, Schothorst R and Slob W. Risk assessment of N-nitrosodimethylamine formed endogenously after fish-with-vegetable meals. *Toxicol Sci* **116**, 323–335 (2010).

39. Tomasetti C, Li L and Vogelstein B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. *Science* **355**, 1330–1334 (2017).

40. Tomasetti C and Vogelstein B. Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. *Science* **347**, 78–81 (2015).

41. Arzumanyan A, Reis HM and Feitelson MA. Pathogenic mechanisms in HBV- and HCV-associated hepatocellular carcinoma. *Nat Rev Cancer* **13**, 123–135 (2013).

42. D'Souza S, Lau KC, Coffin CS and Patel TR. Molecular mechanisms of viral hepatitis induced hepatocellular carcinoma. *World J Gastroenterol* **26**, 5759–5783 (2020).

43. Giam CZ. HTLV-1 Replication and Adult T Cell Leukemia Development. *Recent Results Cancer Res* **217**, 209–243 (2021).

44. Bornkamm GW. Epstein-Barr virus and its role in the pathogenesis of Burkitt's lymphoma: an unresolved issue. *Semin Cancer Biol* **19**, 351–365 (2009).

45. Hutcheson RL, Chakravorty A and Sugden B. Burkitt Lymphomas Evolve to Escape Dependencies on Epstein-Barr Virus. *Front Cell Infect Microbiol* **10**, 606412 (2020).

46. FDA. Laboratory analysis of valsartan products. (2020).

47. FDA. FDA statement on new testing results, including low levels of impurities in ranitidine drugs. (2019).

48. Peto R, Gray R, Brantom P and Grasso P. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. *Cancer Res* **51**, 6452–6469 (1991).

49. Peto R, Gray R, Brantom P and Grasso P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. *Cancer Res* **51**, 6415–6451 (1991).

50. Preussmann R. Dose-response studies and 'no-effect-levels' of N-nitroso compounds: some general aspects. *Oncology* **37**, 243–250 (1980).

51. Siegel JA, Pennington CW, Sacks B and Welsh JS. The Birth of the Illegitimate Linear No-Threshold Model: An Invalid Paradigm for Estimating Risk Following Low-dose Radiation Exposure. *Am J Clin Oncol* **41**, 173–177 (2018).

52. Johnson GE, Dobo K, Gollapudi B, Harvey J, Kenny J, Kenyon M, Lynch A, Minocherhomji S, Nicolette J, Thybaud V, Wheeldon R and Zeller A. Permitted daily exposure limits for noteworthy N-nitrosamines. *Environ Mol Mutagen* **62**, 293–305 (2021).

53. Liteplo RG and Meek ME. Concise International Chemical Assessment Document 38: N-NITROSODIMETHYLAMINE. (World Health Organization, 2002).

54. FDA. Control of Nitrosamine Impurities in Human Drugs. (2020).

55. Fahrer J, Frisch J, Nagel G, Kraus A, Dorsam B, Thomas AD, Reissig S, Waisman A and Kaina B. DNA repair by MGMT, but not AAG, causes a threshold in alkylation-induced colorectal carcinogenesis. *Carcinogenesis* **36**, 1235–1244 (2015).

56. Gocke E and Muller L. In vivo studies in the mouse to define a threshold for the genotoxicity of EMS and ENU. *Mutat Res* **678**, 101–107 (2009).

57. Guerard M, Baum M, Bitsch A, Eisenbrand G, Elhajouji A, Epe B, Habermeyer M, Kaina B, Martus HJ, Pfuhler S, Schmitz C, Sutter A, Thomas AD, Ziemann C and Froetschl R. Assessment of mechanisms driving non-linear dose-response relationships in genotoxicity testing. *Mutat Res Rev Mutat Res* **763**, 181–201 (2015).

58. Kirsch-Volders M, Aardema M and Elhajouji A. Concepts of threshold in mutagenesis and carcinogenesis. *Mutat Res* **464**, 3–11 (2000).

59. Kobets T and Williams GM. Review of the evidence for thresholds for DNA-Reactive and epigenetic experimental chemical carcinogens. *Chem Biol Interact* **301**, 88–111 (2019).

60. Nohmi T and Matsumoto K. Effects of DNA polymerase kappa and mismatch repair on dose-responses of chromosome aberrations induced by three oxidative genotoxins in human cells. *Environ Mol Mutagen* **61**, 193–199 (2020).

61. Thomas AD, Jenkins GJ, Kaina B, Bodger OG, Tomaszowski KH, Lewis PD, Doak SH and Johnson GE. Influence of DNA repair on nonlinear dose-responses for mutation. *Toxicol Sci* **132**, 87–95 (2013).

62. EPA Office of Chemical Safety and Pollution Control. Revised Draft Human Health Hazard Assessment for Formaldehyde. (2025).

63. Hrudey SE and Krewski D. Is there a safe level of exposure to a carcinogen? *Environ Sci Technol* **29**, 370A–375A (1995).

64. IARC. Arsenic, metals, fibres, and dusts. in *Monographs on the Evaluation of Carcinogenic Risks to Humans* 11–465 (2012).

65. Gollapudi BB, Jackson KM and Stott WT. Hepatic lacI and cII mutation in transgenic (lambdaLIZ) rats treated with dimethylnitrosamine. *Mutat Res* **419**, 131–135 (1998).

66. Preston DL, Mattsson A, Holmberg E, Shore R, Hildreth NG and Boice JD, Jr. Radiation effects on breast cancer risk: a pooled analysis of eight cohorts. *Radiat Res* **158**, 220–235 (2002).

67. Blair RM, Fang H, Branham WS, Hass BS, Dial SL, Moland CL, Tong W, Shi L, Perkins R and Sheehan DM. The estrogen receptor relative binding affinities of 188 natural and xenochemicals: structural diversity of ligands. *Toxicol Sci* **54**, 138–153 (2000).

68. Diamanti-Kandarakis E, Bourguignon JP, Giudice LC, Hauser R, Prins GS, Soto AM, Zoeller RT and Gore AC. Endocrine-disrupting chemicals: an Endocrine Society scientific statement. *Endocr Rev* **30**, 293–342 (2009).

69. Gore AC, Chappell VA, Fenton SE, Flaws JA, Nadal A, Prins GS, Toppari J and Zoeller RT. EDC-2: The Endocrine Society's Second Scientific Statement on Endocrine-Disrupting Chemicals. *Endocr Rev* **36**, E1–E150 (2015).

70. Kahn LG, Philippat C, Nakayama SF, Slama R and Trasande L. Endocrine-disrupting chemicals: implications for human health. *Lancet Diabetes Endocrinol* **8**, 703–718 (2020).

71. Guarnotta V, Amodei R, Frasca F, Aversa A and Giordano C. Impact of Chemical Endocrine Disruptors and Hormone Modulators on the Endocrine System. *Int J Mol Sci* **23**(2022).

72. Herbst AL, Ulfelder H and Poskanzer DC. Adenocarcinoma of the vagina. Association of maternal stilbestrol therapy with tumor appearance in young women. *N Engl J Med* **284**, 878–881 (1971).

73. Huo D, Anderson D, Palmer JR and Herbst AL. Incidence rates and risks of diethylstilbestrol-related clear-cell adenocarcinoma of the vagina and cervix: Update after 40-year follow-up. *Gynecol Oncol* **146**, 566–571 (2017).

74. Palmer JR, Wise LA, Hatch EE, Troisi R, Titus-Ernstoff L, Strohsnitter W, Kaufman R, Herbst AL, Noller KL, Hyer M and Hoover RN. Prenatal diethylstilbestrol exposure and risk of breast cancer. *Cancer Epidemiol Biomarkers Prev* **15**, 1509–1514 (2006).

75. Titus-Ernstoff L, Hatch EE, Hoover RN, Palmer J, Greenberg ER, Ricker W, Kaufman R, Noller K, Herbst AL, Colton T and Hartge P. Long-term cancer risk in women given diethylstilbestrol (DES) during pregnancy. *Br J Cancer* **84**, 126–133 (2001).

76. Wang TT, Sathyamoorthy N and Phang JM. Molecular effects of genistein on estrogen receptor mediated pathways. *Carcinogenesis* **17**, 271–275 (1996).

77. Ollberding NJ, Lim U, Wilkens LR, Setiawan VW, Shvetsov YB, Henderson BE, Kolonel LN and Goodman MT. Legume, soy, tofu, and isoflavone intake and endometrial cancer risk in postmenopausal women in the multiethnic cohort study. *J Natl Cancer Inst* **104**, 67–76 (2012).

78. Zhang M, Xie X, Lee AH and Binns CW. Soy and isoflavone intake are associated with reduced risk of ovarian cancer in southeast china. *Nutr Cancer* **49**, 125–130 (2004).

79. Vinogradova Y, Coupland C and Hippisley-Cox J. Use of hormone replacement therapy and risk of venous thromboembolism: nested case-control studies using the QResearch and CPRD databases. *BMJ* **364**, k4810 (2019).

80. Tomasetti C and Vogelstein B. Cancer risk: role of environment-response. *Science* **347**, 729–731 (2015).

81. Chlebowski RT, Aragaki AK, Pan K, Haque R, Rohan TE, Song M, Wactawski-Wende J, Lane DS, Harris HR, Strickler H, Kauntiz AM and Runowicz CD. Menopausal Hormone Therapy and Ovarian and Endometrial Cancers: Long-Term Follow-Up of the Women's Health Initiative Randomized Trials. *J Clin Oncol* **42**, 3537–3549 (2024).

82. Chang CJ, O'Brien KM, Keil AP, Gaston SA, Jackson CL, Sandler DP and White AJ. Use of Straighteners and Other Hair Products and Incident Uterine Cancer. *J Natl Cancer Inst* **114**, 1636–1645 (2022).

83. Bertrand KA, Delp L, Coogan PF, Cozier YC, Lenzy YM, Rosenberg L and Palmer JR. Hair relaxer use and risk of uterine cancer in the Black Women's Health Study. *Environ Res* **239**, 117228 (2023).

84. White AJ, Sandler DP, Gaston SA, Jackson CL and O'Brien KM. Use of hair products in relation to ovarian cancer risk. *Carcinogenesis* **42**, 1189–1195 (2021).

85. Helm JS, Nishioka M, Brody JG, Rudel RA and Dodson RE. Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by Black women. *Environ Res* **165**, 448–458 (2018).

86. Pierce JS, Cheatham D, Campbell DA, Lazcano RF, Busch CE, Miller EW and Beckett EM. Evaluation of dermal exposure to phthalates and parabens resulting from the use of hair relaxers. *Int J Environ Health Res* **35**, 1707–1726 (2025).

87. Schildroth S, Geller RJ, Wesselink AK, Lovett SM, Bethea TN, Claus Henn B, Harmon QE, Taylor KW, Calafat AM, Wegienka G, Gaston SA, Baird DD and Wise LA. Hair product use and urinary biomarker concentrations of non-persistent endocrine disrupting chemicals among reproductive-aged Black women. *Chemosphere* **361**, 142442 (2024).

88. Geczik AM, Falk RT, Xu X, Wiafe-Addai B, Yarney J, Awuah B, Biritwum R, Vanderpuye V, Dedey F, Adjei E, Aitpillah F, Osei-Bonsu E, Oppong J, Titiloye N, Edusei L, Nyarko K, Clegg-Lamptey JN, Wiafe S, Ansong D, Ahearn TU, Figueroa J, Garcia-Closas M, Brinton LA and Trabert B. Relation of circulating estrogens with hair relaxer and skin lightener use among postmenopausal women in Ghana. *J Expo Sci Environ Epidemiol* **33**, 301–310 (2023).

89. Iwegbue CMA, Emakunu OS, Obi G, Nwajei GE and Martincigh BS. Evaluation of human exposure to metals from some commonly used hair care products in Nigeria. *Toxicol Rep* **3**, 796–803 (2016).

90. Cherian P, Zhu J, Bergfeld WF, Belsito DV, Hill RA, Klaassen CD, Liebler DC, Marks JG, Jr., Shank RC, Slaga TJ, Snyder PW and Heldreth B. Amended Safety Assessment of Parabens as Used in Cosmetics. *Int J Toxicol* **39**, 5S–97S (2020).

91. Fransway AF, Fransway PJ, Belsito DV and Yiannias JA. Paraben Toxicology. *Dermatitis* **30**, 32–45 (2019).

92. Loretz LJ, Api AM, Barraj LM, Burdick J, Dressler WE, Gettings SD, Han Hsu H, Pan YH, Re TA, Renskers KJ, Rothenstein A, Scrafford CG and Sewall C. Exposure data for cosmetic products: lipstick, body lotion, and face cream. *Food Chem Toxicol* **43**, 279–291 (2005).

93. Ma WL, Wang L, Guo Y, Liu LY, Qi H, Zhu NZ, Gao CJ, Li YF and Kannan K. Urinary concentrations of parabens in Chinese young adults: implications for human exposure. *Arch Environ Contam Toxicol* **65**, 611–618 (2013).

94. Harley KG, Kogut K, Madrigal DS, Cardenas M, Vera IA, Meza-Alfaro G, She J, Gavin Q, Zahedi R, Bradman A, Eskenazi B and Parra KL. Reducing Phthalate, Paraben, and Phenol

Exposure from Personal Care Products in Adolescent Girls: Findings from the HERMOSA Intervention Study. *Environ Health Perspect* **124**, 1600–1607 (2016).

95. Soni MG, Carabin IG and Burdock GA. Safety assessment of esters of p-hydroxybenzoic acid (parabens). *Food Chem Toxicol* **43**, 985–1015 (2005).

96. European Commission Scientific Committee on Consumer Safety. Opinion on propylparaben. (2020).

97. European Commission Scientific Committee on Consumer Safety. Opinion on methylparaben. (2024).

98. European Commission Scientific Committee on Consumer Safety . Opinion on buylparaben. (2023).

99. Cha HJ, Bae S, Kim K, Kwon SB, An IS, Ahn KJ, Ryu J, Kim HS, Ye SK, Kim BH and An S. Overdosage of methylparaben induces cellular senescence in vitro and in vivo. *J Invest Dermatol* **135**, 609–612 (2015).

100. Barr L, Metaxas G, Harbach CA, Savoy LA and Darbre PD. Measurement of paraben concentrations in human breast tissue at serial locations across the breast from axilla to sternum. *J Appl Toxicol* **32**, 219–232 (2012).

101. Sajid M, Basheer C, Narasimhan K, Choolani M and Lee HK. Application of microwave-assisted micro-solid-phase extraction for determination of parabens in human ovarian cancer tissues. *J Chromatogr B Analyt Technol Biomed Life Sci* **1000**, 192–198 (2015).

102. Routledge EJ, Parker J, Odum J, Ashby J and Sumpter JP. Some alkyl hydroxy benzoate preservatives (parabens) are estrogenic. *Toxicol Appl Pharmacol* **153**, 12–19 (1998).

103. Miller D, Wheals BB, Beresford N and Sumpter JP. Estrogenic activity of phenolic additives determined by an in vitro yeast bioassay. *Environ Health Perspect* **109**, 133–138 (2001).

104. Golden R, Gandy J and Vollmer G. A review of the endocrine activity of parabens and implications for potential risks to human health. *Crit Rev Toxicol* **35**, 435–458 (2005).

105. Cosmetic Ingredient Review Expert Panel. Final amended report on the safety assessment of Methylparaben, Ethylparaben, Propylparaben, Isopropylparaben, Butylparaben, Isobutylparaben, and Benzylparaben as used in cosmetic products. *Int J Toxicol* **27 Suppl 4**, 1–82 (2008).

106. Engeli RT, Rohrer SR, Vuorinen A, Herdlinger S, Kaserer T, Leugger S, Schuster D and Odermatt A. Interference of Paraben Compounds with Estrogen Metabolism by Inhibition of 17beta-Hydroxysteroid Dehydrogenases. *Int J Mol Sci* **18**(2017).

107. Sarink D, Franke AA, White KK, Wu AH, Cheng I, Quon B, Le Marchand L, Wilkens LR, Yu H and Merritt MA. BPA, Parabens, and Phthalates in Relation to Endometrial Cancer Risk: A Case-Control Study Nested in the Multiethnic Cohort. *Environ Health Perspect* **129**, 57702 (2021).

108. Cosmetic Ingredient Review Expert Panel. Annual Review of Cosmetic Ingredient Safety Assessments--2002/2003. *Int J Toxicol* **24 Suppl 1**, 1–102 (2005).

109. EPA. Cancer Human Health Hazard Assessment for Di(2-ethylhexyl) Phthalate (DEHP), Dibutyl Phthalate (DBP), Butyl Benzyl Phthalate (BBP), DiisobutylPhthalate (DIBP), and Dicyclohexyl Phthalate (DCHP). *EPA-740-R-25-029* (2025).

110. Morgan M, Deoraj A, Felty Q, Yoo C and Roy D. Association between exposure to estrogenic estrogen disruptors - polychlorinated biphenyls, phthalates, and bisphenol A and gynecologic cancers - cervical, ovarian, uterine cancers. *J Carcinogen Mutagen* **7**(2016).

111. Camacho L, Lewis SM, Vanlandingham MM, Olson GR, Davis KJ, Patton RE, Twaddle NC, Doerge DR, Churchwell MI, Bryant MS, McLellen FM, Woodling KA, Felton RP, Maisha MP, Juliar BE, Gamboa da Costa G and Delclos KB. A two-year toxicology study of bisphenol A (BPA) in Sprague-Dawley rats: CLARITY-BPA core study results. *Food Chem Toxicol* **132**, 110728 (2019).

112. Prueitt RL, Hixon ML, Fan T, Olgun NS, Piatos P, Zhou J and Goodman JE. Systematic review of the potential carcinogenicity of bisphenol A in humans. *Regul Toxicol Pharmacol* **142**, 105414 (2023).

113. National Toxicology Program. Carcinogenesis Bioassay of Bisphenol A in F344 Rats and B6C3F1 Mice. (1982).

114. IARC. Formaldehyde, 2-Butoxyethanol and 1-tert-Butoxypropan-2-ol. in *Monographs on the Evaluation of Carcinogenic Risks to Humans*, Vol. 88 39–325 (2006).

115. National Toxicology Program. Report on carcinogens, 15th edition. (ed. DHSS, D.o.H.a.H.S.) (2021).

116. ATSDR. Toxicological profile for N-nitrosodimethylamine. (1989).

117. Health Canada. Guidelines for Canadian Drinking Water Quality: Guideline Technical Document N-Nitrosodimethylamine (NDMA). (Minister of Health, 2011).

118. Adams JD, O'Mara-Adams KJ and Hoffmann D. Toxic and carcinogenic agents in undiluted mainstream smoke and sidestream smoke of different types of cigarettes. *Carcinogenesis* **8**, 729–731 (1987).

119. Massey R, Dennis MJ, Pointer M and Key PE. An investigation of the levels of N-nitrosodimethylamine, apparent total N-nitroso compounds and nitrate in beer. *Food Addit Contam* **7**, 605–615 (1990).

120. Mahanama KRRD, Joan M. Volatile N -Nitrosamines in Environmental Tobacco Smoke: Sampling, Analysis, Emission Factors, and Indoor Air Exposures. *Environmental science & technology* **30**, 1477–1484 (1996).

121. Park JE, Seo JE, Lee JY and Kwon H. Distribution of Seven N-Nitrosamines in Food. *Toxicol Res* **31**, 279–288 (2015).

122. Hrudey SE, Bull RJ, Cotruvo JA, Paoli G and Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. *Risk Anal* **33**, 2179–2208 (2013).

123. Tricker AR, Pfundstein B, Theobald E, Preussmann R and Spiegelhalder B. Mean daily intake of volatile N-nitrosamines from foods and beverages in West Germany in 1989-1990. *Food Chem Toxicol* **29**, 729–732 (1991).

124. Biaudet H, Mavelle T and Debry G. Mean daily intake of N-nitrosodimethylamine from foods and beverages in France in 1987-1992. *Food Chem Toxicol* **32**, 417–421 (1994).

125. Dich J, Jarvinen R, Knekt P and Penttila PL. Dietary intakes of nitrate, nitrite and NDMA in the Finnish Mobile Clinic Health Examination Survey. *Food Addit Contam* **13**, 541–552 (1996).

126. Jaksyzn P, Ibanez R, Pera G, Agudo A, Carcia-Closas, R AP and CA G. Food Content of Potential Carcinogens. *Barcelona: Catalan Institute of Oncology*, (2004).

127. Schafer AI, Mitch W, Walewijk S, Munoz A, Teuten E and Reinhard M. Micropollutants in WaterRecycling: A Case Study of N-Nitrosodimethylamine(NDMA) Exposure from Water versus Food. in *Sustainability Science and Engineering*, Vol. 2 (2010).

128. Fristachi A and Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. *Journal of Water and Health* **5**, 341–355 (2007).

129. Stuff JE, Goh ET, Barrera SL, Bondy ML and Forman MR. Construction of an N-nitroso database for assessing dietary intake. *J Food Compost Anal* **22**, S42–S47 (2009).

130. Adamson RH and Chabner BA. The Finding of N-Nitrosodimethylamine in Common Medicines. *Oncologist* **25**, 460–462 (2020).

131. Tricker AR. N-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids. *Eur J Cancer Prev* **6**, 226–268 (1997).

132. Tricker AR, Mostafa MH, Spiegelhalder B and Preussmann R. Urinary excretion of nitrate, nitrite and N-nitroso compounds in Schistosomiasis and bilharzia bladder cancer patients. *Carcinogenesis* **10**, 547–552 (1989).

133. Jakszyn P, Bingham S, Pera G, Agudo A, Luben R, Welch A, Boeing H, Del Giudice G, Palli D, Saieva C, Krogh V, Sacerdote C, Tumino R, Panico S, Berglund G, Siman H, Hallmans G, Sanchez MJ, Larranaga N, Barricarte A, Chirlaque MD, Quiros JR, Key TJ, Allen N, *et al.* Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. *Carcinogenesis* **27**, 1497–1501 (2006).

134. Vermeer IT, Pachen DM, Dallinga JW, Kleinjans JC and van Maanen JM. Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet. *Environ Health Perspect* **106**, 459–463 (1998).

135. Holtrop G, Johnstone AM, Fyfe C and Gratz SW. Diet composition is associated with endogenous formation of N-nitroso compounds in obese men. *J Nutr* **142**, 1652–1658 (2012).

136. Hord NG, Tang Y and Bryan NS. Food sources of nitrates and nitrites: the physiologic context for potential health benefits. *Am J Clin Nutr* **90**, 1–10 (2009).

137. van Maanen JM, Pachen DM, Dallinga JW and Kleinjans JC. Formation of nitrosamines during consumption of nitrate- and amine-rich foods, and the influence of the use of mouthwashes. *Cancer Detect Prev* **22**, 204–212 (1998).

138. Hughes R, Cross AJ, Pollock JR and Bingham S. Dose-dependent effect of dietary meat on endogenous colonic N-nitrosation. *Carcinogenesis* **22**, 199–202 (2001).

139. Bingham SA, Hughes R and Cross AJ. Effect of white versus red meat on endogenous N-nitrosation in the human colon and further evidence of a dose response. *J Nutr* **132**, 3522S–3525S (2002).

140. Jakszyn P, Gonzalez CA, Lujan-Barroso L, Ros MM, Bueno-de-Mesquita HB, Roswall N, Tjonneland AM, Buchner FL, Egevad L, Overvad K, Raaschou-Nielsen O, Clavel-Chapelon F, Boutron-Ruault MC, Touillaud MS, Chang-Claude J, Allen NE, Kiemeney LA, Key TJ, Kaaks R, Boeing H, Weikert S, Trichopoulou A, Oikonomou E, Zylis D*, et al.* Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). *Cancer Epidemiol Biomarkers Prev* **20**, 555–559 (2011).

141. Lewin MH, Bailey N, Bandaletova T, Bowman R, Cross AJ, Pollock J, Shuker DE and Bingham SA. Red meat enhances the colonic formation of the DNA adduct O6-carboxymethyl guanine: implications for colorectal cancer risk. *Cancer Res* **66**, 1859–1865 (2006).

142. Cross AJ, Pollock JR and Bingham SA. Haem, not protein or inorganic iron, is responsible for endogenous intestinal N-nitrosation arising from red meat. *Cancer Res* **63**, 2358–2360 (2003).

143. Bryan NS, Rassaf T, Maloney RE, Rodriguez CM, Saijo F, Rodriguez JR and Feelisch M. Cellular targets and mechanisms of nitros(yl)ation: an insight into their nature and kinetics in vivo. *Proc Natl Acad Sci U S A* **101**, 4308–4313 (2004).

144. Ohshima H, Bandaletova TY, Brouet I, Bartsch H, Kirby G, Ogunbiyi F, Vatanasapt V and Pipitgool V. Increased nitrosamine and nitrate biosynthesis mediated by nitric oxide synthase induced in hamsters infected with liver fluke (Opisthorchis viverrini). *Carcinogenesis* **15**, 271–275 (1994).

145. Suksawat M, Techasen A, Namwat N, Yongvanit P, Khuntikeo N, Titapun A, Koonmee S and Loilome W. Upregulation of endothelial nitric oxide synthase (eNOS) and its upstream regulators in Opisthorchis viverrini associated cholangiocarcinoma and its clinical significance. *Parasitol Int* **66**, 486–493 (2017).

146. Tannenbaum SR. A model for estimation of human exposure to endogenous N-nitrosodimethylamine. *Oncology* **37**, 232–235 (1980).

147. Spiegelhalder B, Eisenbrand G and Preussmann R. Urinary excretion of N-nitrosamines in rats and humans. *IARC Sci Publ*, 443–449 (1982).

148. ATSDR. Tox/FAQ n-nitrosodimethylamine CAS #62-75-9. (1999).

149. Pegg AE. Metabolism of N-nitrosodimethylamine. *IARC Sci Publ*, 3–22 (1980).

150. ATSDR. Toxicological profile for N-nitrosodimethylamine. (2023).

151. Anderson LM, Souliotis VL, Chhabra SK, Moskal TJ, Harbaugh SD and Kyrtopoulos SA. N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. *Int J Cancer* **66**, 130–134 (1996).

152. Arimoto-Kobayashi S, Kaji K, Sweetman GM and Hayatsu H. Mutation and formation of methyl- and hydroxylguanine adducts in DNA caused by N-nitrosodimethylamine and N-nitrosodiethylamine with UVA irradiation. *Carcinogenesis* **18**, 2429–2433 (1997).

153. Fahrer J and Kaina B. O6-methylguanine-DNA methyltransferase in the defense against N-nitroso compounds and colorectal cancer. *Carcinogenesis* **34**, 2435–2442 (2013).

154. Povey AC, Badawi AF, Cooper DP, Hall CN, Harrison KL, Jackson PE, Lees NP, O'Connor PJ and Margison GP. DNA alkylation and repair in the large bowel: animal and human studies. *J Nutr* **132**, 3518S–3521S (2002).

155. Souliotis VL, van Delft JH, Steenwinkel MJ, Baan RA and Kyrtopoulos SA. DNA adducts, mutant frequencies and mutation spectra in lambda lacZ transgenic mice treated with N-nitrosodimethylamine. *Carcinogenesis* **19**, 731–739 (1998).

156. Souliotis VL, Chhabra S, Anderson LM and Kyrtopoulos SA. Dosimetry of O6-methylguanine in rat DNA after low-dose, chronic exposure to N-nitrosodimethylamine (NDMA). Implications for the mechanism of NDMA hepatocarcinogenesis. *Carcinogenesis* **16**, 2381–2387 (1995).

157. Pegg AE. Formation and subsequent repair of alkylation lesions in tissues of rodents treated with nitrosamines. *Arch Toxicol Suppl* **3**, 55–68 (1980).

158. Arai M, Aoki Y, Nakanishi K, Miyata Y, Mori T and Ito N. Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. *Gan* **70**, 549–558 (1979).

159. Verna L, Whysner J and Williams GM. N-nitrosodiethylamine mechanistic data and risk assessment: bioactivation, DNA-adduct formation, mutagenicity, and tumor initiation. *Pharmacol Ther* **71**, 57–81 (1996).

160. Waddell WJ. Comparisons of thresholds for carcinogenicity on linear and logarithmic dosage scales. *Hum Exp Toxicol* **24**, 325–332 (2005).

161. Waddell WJ, Fukushima S and Williams GM. Concordance of thresholds for carcinogenicity of N-nitrosodiethylamine. *Arch Toxicol* **80**, 305–309 (2006).

162. White PA, Long AS and Johnson GE. Quantitative Interpretation of Genetic Toxicity Dose-Response Data for Risk Assessment and Regulatory Decision-Making: Current Status and Emerging Priorities. *Environ Mol Mutagen* **61**, 66–83 (2020).

163. Gollapudi BB, Johnson GE, Hernandez LG, Pottenger LH, Dearfield KL, Jeffrey AM, Julien E, Kim JH, Lovell DP, Macgregor JT, Moore MM, van Benthem J, White PA, Zeiger E and Thybaud V. Quantitative approaches for assessing dose-response relationships in genetic toxicology studies. *Environ Mol Mutagen* **54**, 8–18 (2013).

164. Magee PN and Barnes JM. The production of malignant primary hepatic tumours in the rat by feeding dimethylnitrosamine. *Br J Cancer* **10**, 114–122 (1956).

165. Magee PN and Barnes JM. Induction of kidney tumours in the rat with dimethylnitrosamine (N-nitrosodimethylamine). *J Pathol Bacteriol* **84**, 19–31 (1962).

166. Aiub CA, Gadermaier G, Silva IO, Felzenszwalb I, Pinto LF, Ferreira F and Eckl P. N-nitrosodiethylamine genotoxicity evaluation: a cytochrome P450 induction study in rat hepatocytes. *Genet Mol Res* **10**, 2340–2348 (2011).

167. Arcos JC, Argus MF and Mathison JB. Hepatic carcinogenesis threshold and biphasic mitochondrial swelling response in the guinea-pig during diethylnitrosamine administration. *Experientia* **25**, 296–298 (1969).

168. Thorgeirsson UP, Dalgard DW, Reeves J and Adamson RH. Tumor incidence in a chemical carcinogenesis study of nonhuman primates. *Regul Toxicol Pharmacol* **19**, 130–151 (1994).

169. Hidajat M, McElvenny DM, Ritchie P, Darnton A, Mueller W, van Tongeren M, Agius RM, Cherrie JW and de Vocht F. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup Environ Med* **76**, 250–258 (2019).

170. Straif K, Weiland SK, Bungers M, Holthenrich D, Taeger D, Yi S and Keil U. Exposure to high concentrations of nitrosamines and cancer mortality among a cohort of rubber workers. *Occup Environ Med* **57**, 180–187 (2000).

171. Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN and Khaw KT. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am J Clin Nutr* **93**, 1053–1061 (2011).

172. Prentice RL. Dietary Assessment and Opportunities to Enhance Nutritional Epidemiology Evidence. *Ann Intern Med* **172**, 354–355 (2020).

173. European Medicines Agency. Nitrosamine impurities in human medicinal products. Article 5(3) of Regulation EC (No) 726/2004. . (ed. Agency, E.M.) (2004).

174. European Medicines Agency. Lessons Learnt from Presence of N-nitrosamine Impurities in Sartan Medicines. (2020).

175. Health Canada. Health Canada updates Canadians on estimates of health risks for recalled valsartan drugs containing NDMA. (2018).

176. EPA IRIS. Evaluation of the Inhalation Carcinogenicity of Ethylene Oxide. (2016).

177. Jain RB. Associations between observed concentrations of ethylene oxide in whole blood and smoking, exposure to environmental tobacco smoke, and cancers including breast cancer: data for US children, adolescents, and adults. *Environ Sci Pollut Res Int* **27**, 20912–20919 (2020).

178. Walker VE, Fennell TR, Upton PB, MacNeela JP and Swenberg JA. Molecular dosimetry of DNA and hemoglobin adducts in mice and rats exposed to ethylene oxide. *Environ Health Perspect* **99**, 11–17 (1993).

179. IARC. Chemical agents and related occupations: Ethylene Oxide. Vol. 100F (Lyon, France, 2012).

180. National Toxicology Program. 14th Report on Carcinogens. (ed. Services, D.o.H.a.H.) (2016).

181. Hartwig A, Arand M, Epe B, Guth S, Jahnke G, Lampen A, Martus HJ, Monien B, Rietjens I, Schmitz-Spanke S, Schriever-Schwemmer G, Steinberg P and Eisenbrand G. Mode of action-based risk assessment of genotoxic carcinogens. *Arch Toxicol* **94**, 1787–1877 (2020).

182. Tompkins EM, McLuckie KI, Jones DJ, Farmer PB and Brown K. Mutagenicity of DNA adducts derived from ethylene oxide exposure in the pSP189 shuttle vector replicated in human Ad293 cells. *Mutat Res* **678**, 129–137 (2009).

183. Recio L, Donner M, Abernethy D, Pluta L, Steen AM, Wong BA, James A and Preston RJ. In vivo mutagenicity and mutation spectrum in the bone marrow and testes of B6C3F1 lacI transgenic mice following inhalation exposure to ethylene oxide. *Mutagenesis* **19**, 215–222 (2004).

184. Gollapudi BB, Su S, Li AA, Johnson GE, Reiss R and Albertini RJ. Genotoxicity as a toxicologically relevant endpoint to inform risk assessment: A case study with ethylene oxide. *Environ Mol Mutagen* **61**, 852–871 (2020).

185. National Toxicology Program. Toxicology and Carcinogenesis studies of Ethylene Oxide. (ed. Department of Health and Human Services) (1987).

186. Adkins B, Jr., Van Stee EW, Simmons JE and Eustis SL. Oncogenic response of strain A/J mice to inhaled chemicals. *J Toxicol Environ Health* **17**, 311–322 (1986).

187. Lynch DW, Lewis TR, Moorman WJ, Burg JR, Groth DH, Khan A, Ackerman LJ and Cockrell BY. Carcinogenic and toxicologic effects of inhaled ethylene oxide and propylene oxide in F344 rats. *Toxicol Appl Pharmacol* **76**, 69–84 (1984).

188. Snellings WM, Weil CS and Maronpot RR. A two-year inhalation study of the carcinogenic potential of ethylene oxide in Fischer 344 rats. *Toxicol Appl Pharmacol* **75**, 105–117 (1984).

189. Fennell TR and Brown CD. A physiologically based pharmacokinetic model for ethylene oxide in mouse, rat, and human. *Toxicol Appl Pharmacol* **173**, 161–175 (2001).

190. Marsden DA, Jones DJ, Britton RG, Ognibene T, Ubick E, Johnson GE, Farmer PB and Brown K. Dose-response relationships for N7-(2-hydroxyethyl)guanine induced by low-dose [14C]ethylene oxide: evidence for a novel mechanism of endogenous adduct formation. *Cancer Res* **69**, 3052–3059 (2009).

191. Manjanatha MG, Shelton SD, Chen Y, Parsons BL, Myers MB, McKim KL, Gollapudi BB, Moore NP, Haber LT, Allen B and Moore MM. Dose and temporal evaluation of ethylene oxide-induced mutagenicity in the lungs of male big blue mice following inhalation exposure to carcinogenic concentrations. *Environ Mol Mutagen* **58**, 122–134 (2017).

192. Gomez JMR. Benzophenones: How ultraviolet filters can interfere with reproduction. *J Neuroendocrinol* **37**, e70088 (2025).

193. Yao YN, Wang Y, Zhang H, Gao Y, Zhang T and Kannan K. A review of sources, pathways, and toxic effects of human exposure to benzophenone ultraviolet light filters. *Eco Environ Health* **3**, 30–44 (2024).

194. Plesnik H, Rekar Z, Stevanovic S, Virant-Klun I, Imamovic Kumalic S, Sladic M, Mazej D, Tratnik JS, Horvat M and Kosjek T. Nontargeted Urinary Profiling Strategy for Endocrine-Disrupting Chemicals in Women with Ovarian Malignancies. *Environ Sci Technol* **59**, 8380–8390 (2025).

195. Dekant W, Scialli AR, Plotzke K and Klaunig JE. Biological relevance of effects following chronic administration of octamethylcyclotetrasiloxane (D4) in Fischer 344 rats. *Toxicol Lett* **279 Suppl 1**, 42–53 (2017).

196. Jean PA and Plotzke KP. Chronic toxicity and oncogenicity of octamethylcyclotetrasiloxane (D(4)) in the Fischer 344 rat. *Toxicol Lett* **279 Suppl 1**, 75–97 (2017).

197. Jean PA, Plotzke KP and Scialli AR. Chronic toxicity and oncogenicity of decamethylcyclopentasiloxane in the Fischer 344 Rat. *Regul Toxicol Pharmacol* **74 Suppl**, S57–66 (2016).

198. National Toxicology Program. Toxicology and carcinogenesis studies of diethanolamine (cas no. 111-42-2) in f344/n rats and b6c3f1 mice (dermal studies). *Natl Toxicol Program Tech Rep Ser* **478**, 1–212 (1999).

199. Hill AB. The Environment and Disease: Association or Causation? *Proc R Soc Med* **58**, 295–300 (1965).

200. Desjardins R, Fournier M, Denizeau F and Krzystyniak K. Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. *J Toxicol Environ Health* **37**, 351–361 (1992).

201. Smith, M.T., et al., Key Characteristics of Carcinogens as a Basis for Organizing Data on Mechanisms of Carcinogenesis. Environ Health Perspect, 2016. 124(6), 713-21.

# Attachment 1

UNIVERSITY OF PENNSYLVANIA – SCHOOL OF MEDICINE
Curriculum Vitae

Date: December 15, 2025

Lewis A. Chodosh, M.D., Ph.D.

Home Address: [redacted]

Office Address: 614 Biomedical Research Building II/III
421 Curie Boulevard
Philadelphia, PA 19104-6160

If you are not a U.S. citizen or holder of a permanent visa, please indicate the type of visa you have:
None (U.S. citizen)

Education:

| | | |
|---|---|---|
| 1977-81 | B.S. | Yale University (Molecular Biophysics and Biochemistry) |
| 1981-89 | M.D. | Harvard Medical School |
| 1983-88 | Ph.D. | Massachusetts Institute of Technology (Biochemistry)<br>Laboratory of Dr. Phillip Sharp |

Postgraduate Training and Fellowship Appointments:

| | |
|---|---|
| 1989-90 | Intern in Medicine, Massachusetts General Hospital, Boston, MA |
| 1990-91 | Resident in Medicine, Massachusetts General Hospital, Boston, MA |
| 1991-94 | Clinical Fellow in Endocrinology, Endocrine Division,<br>Massachusetts General Hospital, Boston, MA |
| 1991-94 | Clinical Fellow in Medicine, Harvard Medical School, Boston, MA |
| 1992-94 | Research Fellow in Endocrinology, Endocrine Division,<br>Massachusetts General Hospital, Boston, MA |
| 1992-94 | Research Fellow in Medicine,<br>Harvard Medical School, Boston, MA |
| 1992-94 | Postdoctoral Research Fellowship, Department of Genetics,<br>Harvard Medical School, Boston, MA<br>Laboratory of Dr. Philip Leder |

Military Service

[none]

Faculty Appointments:

| | |
|---|---|
| 1994-2000 | Assistant Professor of Molecular and Cellular Engineering<br>University of Pennsylvania School of Medicine |
| 1994-2000 | Assistant Professor of Medicine (secondary)<br>Division of Endocrinology, Diabetes and Metabolism<br>University of Pennsylvania School of Medicine |
| 2000-02 | Associate Professor with Tenure<br>Department of Molecular and Cellular Engineering<br>University of Pennsylvania School of Medicine |

| | |
|---|---|
| 2000-06 | Associate Professor with Tenure, Department of Medicine<br>Division of Endocrinology, Diabetes and Metabolism (secondary)<br>University of Pennsylvania School of Medicine |
| 2002-06 | Associate Professor with Tenure, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2002-06 | Associate Professor with Tenure<br>Department of Cell & Developmental Biology (secondary)<br>University of Pennsylvania School of Medicine |
| 2006- | Professor, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2006- | Professor, Department of Medicine (secondary)<br>Division of Endocrinology, Diabetes and Metabolism<br>University of Pennsylvania School of Medicine |
| 2006- | Professor, Department of Cell & Developmental Biology (secondary)<br>University of Pennsylvania School of Medicine |
| 2007-08 | Interim Chairman, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2008-12 | J. Samuel Staub, M.D. Endowed Professor<br>University of Pennsylvania School of Medicine |
| 2008- | Chairman, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2018- | Perelman Professor in Cancer Biology (Endowed Chair)<br>University of Pennsylvania |

Hospital and Administrative Appointments:

| | |
|---|---|
| 1994- | Member, Abramson Cancer Center,<br>University of Pennsylvania School of Medicine |
| 1995- | Staff Physician,<br>Hospital of the University of Pennsylvania |
| 2000- | Member, Center for Developmental Biology,<br>University of Pennsylvania School of Medicine |
| 2002- | Associate Investigator and Investigator, The Leonard and Madlyn<br>Abramson Family Cancer Research Institute at the<br>University of Pennsylvania Cancer Center |
| 2002-07 | Vice Chair, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2004-08 | Founding Co-Director, University of Pennsylvania Small Animal<br>Imaging Facility |
| 2004- | Director, NCI-UPENN Mouse Models for Human<br>Cancers Consortium |
| 2005-13 | Program co-Leader, Breast Cancer Program<br>Abramson Cancer Center |
| 2005-16 | Director, Cancer Genetics<br>Abramson Family Cancer Research Institute |
| 2016-25 | Director, Tumor Biology<br>Abramson Family Cancer Research Institute |
| 2005-10 | Director, UPENN DOD Breast Cancer Center of Excellence |
| 2005- | Executive Committee<br>Abramson Family Cancer Research Institute |

| | |
|---|---|
| 2005- | Executive Committee, Abramson Cancer Center |
| 2006- | Associate Director for Basic Science, Abramson Cancer Center |
| 2007-08 | Interim Chairman, Department of Cancer Biology |
| 2008- | Chairman, Department of Cancer Biology |
| 2012- | Co-Director, 2-PREVENT Translational Center of Excellence |

Medical Licensure: Massachusetts and Pennsylvania

Specialty Certification:

| | |
|---|---|
| 1992-2002 | Diplomate in Internal Medicine, American Board of Internal Medicine |
| 1997-2007 | Diplomate in Endocrinology and Metabolism, American Board of Internal Medicine |

Awards, Honors and Membership in Honorary Societies:

| | |
|---|---|
| 1977 | National Merit Scholar |
| 1977 | Cornell Ingenuity in Mathematics and Science Award |
| 1977 | Harvard Book Prize |
| 1977 | Bausch and Lomb Honorary Science Award |
| 1981 | *Summa cum laude*, Yale University |
| 1981 | Phi Beta Kappa, Yale University |
| 1981 | Distinction in Molecular Biophysics and Biochemistry Yale University |
| 1981 | Emerson Tuttle Cup for Distinguished Academic Achievement Yale University |
| 1983-89 | Medical Scientist Training Program, Harvard Medical School |
| 1985 | Leland Fikes Foundation fellow |
| 1989 | Leon Reznick Memorial Prize for Excellence in Research Harvard Medical School |
| 1989 | Soma Weiss Research Assembly Award, Harvard Medical School |
| 1989 | *Magna cum laude*, Harvard Medical School |
| 1992-94 | Merck Research Laboratories MD-PhD Fellowship |
| 1996-99 | Charles E. Culpeper Foundation Scholarship in the Medical Sciences |
| 1998-2002 | U.S. Army Breast Cancer Research Program Career Development Award |
| 2002 | AACR-Sidney Kimmel Symposium for Cancer Research Scholar Award |
| 2002 | American Society for Clinical Investigation |
| 2005-10 | Director, DOD-UPENN Breast Cancer Center of Excellence |
| 2008 | Member, Interurban Clinical Club |
| 2008 | Association of American Physicians |
| 2009-12 | J. Samuel Staub, M.D. Endowed Professor |
| 2013 | Dept of Cancer Biology Award for Excellence in Teaching |
| 2017 | National Academy of Medicine |
| 2018 | Perelman Professor in Cancer Biology |

Memberships in Professional and Scientific Societies:

National Societies:

American Society for Clinical Investigation
Association of American Physicians
National Academy of Medicine
American College of Physicians
American Association for Cancer Research
Endocrine Society
American Association for the Advancement of Science
Society for Developmental Biology
American Society for Microbiology
FASEB

Local Societies:

Massachusetts Medical Society

National Scientific Committees:

Electorate Nominating Committee, American Association for the Advancement of Science (2020 - )

Scientific Committees:

Nurses' Health Study I and II, Harvard Medical School, Boston, MA
External Advisory Committee (1998-2016)
Breast Cancer Program Project Grant, Baylor College of Medicine
External Advisory Committee (2002-2007)
CNGI Center Grant, University of Alabama, Birmingham
External Advisory Committee (2002-2004)
Georgetown Cancer Center, Breast Cancer Program Project Grant
External Advisory Committee (2003-2004)
Fox Chase Cancer Center, Breast Cancer and Environmental Research Center, External Advisory Committee (2003-2007)
Dana Farber/Harvard Cancer Center Scientific Advisory Board (2013-2022)

Editorial Positions:

| | |
|---|---|
| 1999-2000 | Editorial Board, *Breast Cancer Research* |
| 2001-2012 | Editorial Board, *Journal of Mammary Gland Biology and Neoplasia* |
| 2003-2014 | Associate Editor, *Cancer Biology & Therapy* |
| 2001-2004 | Deputy Editor, *Breast Cancer Research* |
| 2005-2008 | Senior Editor, *Breast Cancer Research* |
| 2008-present | Editor-in-Chief, *Breast Cancer Research* |
| 2010-2013 | Senior Editor, *Cancer Research* |
| | Ad Hoc Reviewer: *Nature, Cell, Science, New England Journal of Medicine, Cancer Discovery, Journal of Clinical Investigation, Nature Genetics, Nature Medicine, Cancer Cell, Science Translational Medicine, Molecular & Cellular Biology, Proceedings of the National Academy of Sciences USA, Lancet,* |

*Cancer Research, Development, Human Molecular Genetics*
*Developmental Biology, Molecular Endocrinology, Oncogene*

Peer Review Panels:

| | |
|---|---|
| 1995, 96, 98 | U.S. Army Breast Cancer Research Program - |
| 1997, 98, 2000 | Susan G. Komen Breast Cancer Foundation |
| 1998, 99 | Concert for the Cure |
| 2000 | Massachusetts Dept of Public Health Breast Cancer Research Program |
| 2001, 2004 | California Breast Cancer Research Program (Chair, 2004) |
| 2009-2012 | Cancer Prevention Research Institute of Texas (CPRIT) |
| 2015-2017 | AACR Breast Cancer Research Grants Scientific Review Committee |
| 2018 | Stand Up To Cancer Canada Metastatic Breast Cancer Peer Review Committee |
| 2019-2020 | AACR Outstanding Investigator Award Selection Committee |
| 2024 | Breast Cancer Now Dormancy and Late Recurrence Committee |

Academic Committees at the University of Pennsylvania and Affiliated Hospitals:

| | |
|---|---|
| 1994-1996 | Internal Advisory Committee, Institute for Human Gene Therapy |
| 1994-1998 | Hematology/Immunology Faculty Search Committee, Institute for Human Gene Therapy |
| 1995-1996 | Departmental Review Committee - Department of Pediatrics |
| 1995- | Admissions Committee, Combined Degree Program |
| 1997-1998 | Departmental Review Committee, Department of Pathology and Laboratory Medicine |
| 1999-2000 | Short Term Experience in Research Advisory Committee |
| 1999 | Internal Advisory Committee, Cancer Clinical Epidemiology Training Grant, Clinical Center for Epidemiology and Biostatistics |
| 1999-2000 | Review Committee, Graduate Group in Neuroscience |
| 2000 | LCME Basic Science Task Force |
| 2000-present | Mentoring Program, Combined Degree Program |
| 2002-03 | Chair, Cancer Center Working Group on Animal Imaging |
| 2003-2005 | Committee on Academic Freedom and Responsibility |
| 2004-2005 | Faculty Search Committee for Chair Department of Radiation Oncology |
| 2004-2006 | Faculty Search Committee for Chief, Division of Nuclear Medicine |
| 2007 | Faculty Search Committee for Chair, Department of Medicine |
| 2008 | Faculty Search Committee for Chief, Division of Hematology/Oncology |
| 2010 | Faculty Search Committee for Director, Abramson Cancer Center |
| 2010 | Faculty Search Committee for Chair, Department of Pathology and Laboratory Medicine |
| 2010-2011 | Chair, Review Committee Department of Radiation Oncology |
| 2011-2012 | Faculty Search Committee for Chair, |

| | |
|---|---|
| | Department of Radiology |
| 2011-2012 | Chair, Faculty Search Committee for Director, Penn Institute for Immunology |
| 2015-2016 | Faculty Search Committee for Chair, Department of Biophysics and Biochemistry |
| 2016-2017 | Chair, Faculty Search Committee for Chair, Department of Systems Pharmacology and Translational Therapeutics |
| 2016 | President's Consultative Review Committee on the Reappointment of the Dean of the Perelman School of Medicine |
| 2016- | APAC, University of Pennsylvania |
| 2019-2021 | Celgene, Joint Advisory Committee (Ben Garcia) |
| 2020-2021 | Patent Policy Advisory Working Group University of Pennsylvania |
| 2020-2024 | Undergraduate Medical Education Committee Perelman School of Medicine, University of Pennsylvania |
| 2025- | Chair, Faculty Search Committee for Chair, Department of Neuroscience |

Major Teaching and Clinical Responsibilities at the University of Pennsylvania :

1. Attending Physician, Hospital of the University of Pennsylvania (1992-present)
   Endocrine consult service - one month per year (1996-2005)
2. Supervision of graduate students performing thesis research
   Heather Perry Gardner (1996-00)
   Celina D'Cruz (1996-00)
   Stephen Master (Combined Degree Program) (1995-01)
   Gerald Wertheim (Combined Degree Program) (1998-03)
   Susan Moody (Combined Degree Program) (1999-03)
   Robert Boxer (Combined Degree Program) (1999-03)
   Christopher Sarkisian (1998–04)
   Douglas Stairs (1998–04)
   Thomas Yang (1999-05)
   Collin Blakely (Combined Degree Program) (2002-05)
   Joanne Jang (Combined Degree Program) (2002-06)
   Zhandong Liu (2005-10)
   Dania Daye (Combined Degree Program) (2010-12)
   Jason Jung (2008-13)
   Samantha Eberle (2007-13)
   Daniel Abravanel (Combined Degree Program) (2009-13)
   Ania Payne (2010-14)
   Jason Ruth (2010-14)
   Lauren Smith Pferdehirt (2010-15)
   Sam Getchell (2010-16)
   Matthew Paul (2015-20)
   Takashi Nakamura (2016-21)
   Saisai Chen (Combined Degree Program) (2019-22)
   Katherine Huang (2018-25)
   Brian Benz (2019-25)
   Emily Shea (Combined Degree Program) (2021-25)

Hamza Turkistani (2022- )
Ashvathi Raghavakaimal (2022- )
Morgan Kuczler (2023- )
Sarah Acolatse (2023- )

3. Supervision of postdoctoral trainees

Man Wang, Ph.D. (1995-96)
Edward Gunther, M.D. (1997-98; 1999-02)
L. Julie Huber, Ph.D. (1997-01)
Eunkyung A. Kauh, M.D., Ph.D. (1999-05)
Charles Bailey, M.D., Ph.D. (2002-07)
Min Wang, Ph.D. (2002-07)
Xiaoping Yang, Ph.D. (2003-07)
Suzanne Bakewell, Ph.D. (2005-09)
James Alvarez, Ph.D. (2005-09)
Chien-Chung Chen, Ph.D. (2004-09)
Elizabeth Yeh, Ph.D. (2006-13)
Yi Feng, Ph.D. (2006-14)
Ann Vernon-Grey, Ph.D. (2006-14)
Heather Martin, Ph.D. (2007-18)
Beth Chislock, Ph.D. (2014-19)
Brett Ecker, M.D. (2016-18)
Francesco Marino, Ph.D. (2017-20)
Matias Escobar, Ph.D. (2017-20)
Amulya Sreekumar, Ph.D. (2017- )
Adetutu Egunsola, Ph.D. (2018-20)
Matthew Lawrence-Paul (2021- )

4. Supervision of undergraduate trainees

Alexander Golant (2001-02)
Lilangi Ediwickirema (2002-06)
Srujan Peddapaidi (2005-09)
Kristi Chakrabarti (2006-10)
Sanjee Baksh (2012-14)
Gabriella Puig (2013-16)
Joseph Kim (2015-17)
Aaron Solomon (2016-17)
Alice Zhou (2018-20)
John Koga (2019-21)
Michelle Lu (2019-22)
Daphne Nie (2021-22)
Ray Lozano (2022-23)
Emily Chung (2024 - )
Uzair Bilal (2024 - )

5. Supervision of masters students

Alexander Stoddard (2000-01)
Congzhou Liu (2004-07)
Elise Giantomaso (2008-09)

6. Supervision of graduate students in laboratory rotations

1-2 students per semester

7. Supervision of undergraduate students in laboratory rotations

1-2 students per year

8. Thesis committee member:
   Dongsheng Duan (Ph.D., 1997)
   Hongbing Zhang (Ph.D., 1998)
   Matthew Waterman (Ph.D., 1998)
   Hongtao Zhang (Ph.D., 1999)
   Christopher Wong (Ph.D., 2001)
   Meredith Unger (Ph.D., 2002; Chair)
   Oana Tomescu (Ph.D., 2002)
   Joanna Sax (Ph.D., 2003)
   Michael Keeley (Ph.D., 2005)
   Andrew Gladden (Ph.D., 2005)
   Phillip Le (Ph.D., 2005)
   Rebekah O'Donnell (Ph.D., 2005)
   Jagruti Patel (Ph.D., 2006)
   Monica Buzzai (Chair; Ph.D., 2006)
   Dara Ditsworth (Chair, Ph.D., 2008)
   Karen Urtishak (Ph.D., 2009)
   David Schoppy (Ph.D., 2011)
   Derek Oldridge (Chair; Ph.D., 2016)
   William Rothwell (Chair; Ph.D., 2017)
   Emily Fernandez Garcia (Chair; )
   Nicholas Perkins (Ph.D., 2020)
   Chi-Yun Wu (Ph.D., 2022)
   Austin Pantel (M.S.T.R., 2020)
9. Preliminary examination committee member
   Holly Kurzawa (1995)
   Christopher Wong (1996)
   Praveen Raju (1996)
   Gregory Heuer (1998)
   Hongbing Zhang (1996)
   Michael Gee (1998)
   Elizabeth Higbee (2014)
   Heide Norton (2015)
   Jessica Hsu (2016)
   Sofya Osharovich (2017)
   Hannah Richter (2017)
   Alex Chan (2020)
   Hau Truong (2021)
10. Continuing Medical Education
   Sacred Heart Hospital, Allentown PA – 1995
   Women's Health Research Conference – 1996, 1997
   American College of Physicians, Philadelphia, PA

<u>Teaching Lectures:</u>

1995 Ethics in Biomedical Research (faculty facilitator)

1996 CAMB 605 Mammalian Differentiation and Development
Course co-director (12 classes)

1996 Mammary Development and Breast Cancer Risk
Wistar Institute Cancer Biology Training Course
1997 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1997 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1997 Tumor Suppressor Gene Strategies for Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1997 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1997 The Molecular Basis of Epidemiological Observations
Center for Clinical Epidemiology Training Course
1998 Ethics in Biomedical Research (faculty facilitator)
1998 Anatomy, Development and Physiology of the Breast
Module 1: Brain, Behavior, Endocrine/Reproduction
1998 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1998 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1998 Tumor Suppressor Gene strategies for Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1998 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Anatomy, Development and Physiology of the Breast
Module 1: Brain, Behavior, Endocrine/Reproduction
1999 The Molecular Basis of Epidemiological Observations
Center for Clinical Epidemiology Training Course
1999 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Tumor Suppressor Gene strategies for Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Development and Cancer Susceptibility
CAMB 620 Developmental Biology
2000 Anatomy, Development and Physiology of the Breast
Module 1: Brain, Behavior, Endocrine/Reproduction
2000 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2000 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2000 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2001 Breast Cancer Genetics and Genomics
CAMB 512 Cancer Genetics

2001 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2001 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2001 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2001 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2002 Mammary Development and Cancer: Part 1
CAMB 665 Cancer and Development
2002 Mammary Development and Cancer: Part 2
CAMB 665 Cancer and Development
2002 Mammary Development and Cancer: Part 3
CAMB 665 Cancer and Development
2002 Breast Cancer
CAMB 512 Cancer Genetics
2002 Cancer Genomics
CAMB 512 Cancer Genetics
2002 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2002 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2002 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2002 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2003 Mammary Development and Cancer: Part 1
CAMB 665 Cancer and Development
2003 Mammary Development and Cancer: Part 2
CAMB 665 Cancer and Development
2003 Mammary Development and Cancer: Part 3
CAMB 665 Cancer and Development
2004 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2004 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2004 Oncogene Addiction and Targeted Therapies
CAMB 542 Topics in Molecular Medicine
2005 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2005 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2005 CML, BCR-ABL, and the Philadelphia Chromosome
FRO 514 Frontiers in Cancer Research
2005 Kinase Inhibition: A Paradigm for Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research
2006 Breast Cancer Genetics and Genomics: Part 1
CAMB 512 Cancer Genetics
2006 Breast Cancer Genetics and Genomics: Part 2

CAMB 512 Cancer Genetics
2006 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2006 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2006 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2006 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2006 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2007 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2007 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2007 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2007 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2007 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2008 Personalized Medicine, Molecularly Targeted Therapies and Oncogene Addiction
Internal Medicine Core Clerkship
2008 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2008 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2008 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2009 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2009 Cancer: Part 1
BIO 015 Biology of Human Disease
2009 Cancer: Part 2
BIO 015 Biology of Human Disease
2009 Cancer: Part 3
BIO 015 Biology of Human Disease
2009 Cancer: Part 4
BIO 015 Biology of Human Disease
2009 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2009 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2009 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2010 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2010 Cancer: Part 1
BIO 015 Biology of Human Disease

2010 Cancer: Part 2
BIO 015 Biology of Human Disease
2010 Cancer: Part 3
BIO 015 Biology of Human Disease
2010 Cancer: Part 4
BIO 015 Biology of Human Disease
2010 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2010 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2010 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2010 Breast Cancer: Personalized Medicine and Targeted Therapies: Part 1
BIOM 502 Mechanisms of Disease and Clinical Applications
2010 Breast Cancer: Personalized Medicine and Targeted Therapies: Part 2
BIOM 502 Mechanisms of Disease and Clinical Applications
2011 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2011 Cancer: Part 1
BIO 015 Biology of Human Disease
2011 Cancer: Part 2
BIO 015 Biology of Human Disease
2011 Cancer: Part 3
BIO 015 Biology of Human Disease
2011 Cancer: Part 4
BIO 015 Biology of Human Disease
2011 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2011 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2011 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2011 Breast Cancer: Personalized Medicine and Targeted Therapies: Part 1
BIOM 502 Mechanisms of Disease and Clinical Applications
2011 Breast Cancer: Personalized Medicine and Targeted Therapies: Part 2
BIOM 502 Mechanisms of Disease and Clinical Applications
2012 Cancer Biology
BIO 121 Molecular Biology of Life
2012 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2012 Cancer: Part 1
BIO 015 Biology of Human Disease
2012 Cancer: Part 2
BIO 015 Biology of Human Disease
2012 Cancer: Part 3
BIO 015 Biology of Human Disease
2012 Cancer: Part 4
BIO 015 Biology of Human Disease
2012 Oncogene Addiction

FRO 514 Frontiers in Cancer Research (course director)
2012 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2012 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2013 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2013 Cancer: Part 1
BIO 015 Biology of Human Disease
2013 Cancer: Part 2
BIO 015 Biology of Human Disease
2013 Cancer: Part 3
BIO 015 Biology of Human Disease
2013 Cancer: Part 4
BIO 015 Biology of Human Disease
2013 Cancer: Part 5
BIO 015 Biology of Human Disease
2013 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2013 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2013 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2014 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2014 Cancer: Part 1
BIO 015 Biology of Human Disease
2014 Cancer: Part 2
BIO 015 Biology of Human Disease
2014 Cancer: Part 3
BIO 015 Biology of Human Disease
2014 Cancer: Part 4
BIO 015 Biology of Human Disease
2014 Cancer: Part 5
BIO 015 Biology of Human Disease
2014 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2014 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2014 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2015 Cancer Epidemiology
Mechanisms of Disease and Therapeutic Intervention
2015 Cancer: Part 1
BIO 015 Biology of Human Disease
2015 Cancer: Part 2
BIO 015 Biology of Human Disease
2015 Cancer: Part 3
BIO 015 Biology of Human Disease

2015 Cancer: Part 4
BIO 015 Biology of Human Disease
2015 Cancer: Part 5
BIO 015 Biology of Human Disease
2015 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2015 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2015 CAMB 512: Cancer Biology and Genetics
Metastasis
2016 Cancer: Part 1
BIO 015 Biology of Human Disease
2016 Cancer: Part 2
BIO 015 Biology of Human Disease
2016 Cancer: Part 3
BIO 015 Biology of Human Disease
2016 Cancer: Part 4
BIO 015 Biology of Human Disease
2016 Cancer: Part 5
BIO 015 Biology of Human Disease
2016 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2016 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2017 Cancer: Part 1
BIO 015 Biology of Human Disease
2017 Cancer: Part 2
BIO 015 Biology of Human Disease
2017 Cancer: Part 3
BIO 015 Biology of Human Disease
2017 Cancer: Part 4
BIO 015 Biology of Human Disease
2017 Cancer: Part 5
BIO 015 Biology of Human Disease
2017 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2017 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2018 CAMB 512: Cancer Biology and Genetics
Metastasis
2018 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2018 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2019 Tissue Growth and Renewal
Medical Student Core Curriculum – Module 1
2019 Cell Cycle Control
Medical Student Core Curriculum – Module 1
2019 Director, Cancer Biology Module

| | |
|---|---|
| | Medical Student Core Curriculum – Module 1 |
| 2019 | Cancer Epidemiology<br>Medical Student Core Curriculum – Module 1 |
| 2019 | Cancer Biology, Treatment and Natural History<br>Medical Student Core Curriculum – Module 1 |
| 2019 | Cancer Cell Hallmarks, Heterogeneity and Metastasis<br>Medical Student Core Curriculum – Module 1 |
| 2019 | Oncogenic Signaling Pathways: RAS and PI3K<br>Medical Student Core Curriculum – Module 1 |
| 2019 | Cancer Cell Metabolism<br>Medical Student Core Curriculum – Module 1 |
| 2019 | Molecular Basis of Targeted Therapies<br>Medical Student Core Curriculum – Module 1 |
| 2019 | Other Hallmarks of Cancer and Role of Stromal Cells<br>Medical Student Core Curriculum – Module 1 |
| 2019 | Cancer Biology, Treatment and Natural History<br>Medical Student Core Curriculum – Module 1 |
| 2020 | Tissue Growth and Renewal<br>Medical Student Core Curriculum – Module 1 |
| 2020 | Cell Cycle Control<br>Medical Student Core Curriculum – Module 1 |
| 2020 | Director, Cancer Biology Module<br>Medical Student Core Curriculum – Module 1 |
| 2020 | Cancer Epidemiology<br>Medical Student Core Curriculum – Module 1 |
| 2020 | Cancer Biology, Treatment and Natural History<br>Medical Student Core Curriculum – Module 1 |
| 2020 | Cancer Cell Hallmarks, Heterogeneity and Metastasis<br>Medical Student Core Curriculum – Module 1 |
| 2020 | Oncogenic Signaling Pathways: RAS and PI3K<br>Medical Student Core Curriculum – Module 1 |
| 2020 | Cancer Cell Metabolism<br>Medical Student Core Curriculum – Module 1 |
| 2020 | Molecular Basis of Targeted Therapies<br>Medical Student Core Curriculum – Module 1 |
| 2020 | Other Hallmarks of Cancer and Role of Stromal Cells<br>Medical Student Core Curriculum – Module 1 |
| 2021 | Cancer Therapeutics, American Cancer Society Summer Healthcare Experience |
| 2022 | Cancer Therapeutics, American Cancer Society Summer Healthcare Experience |
| 2023 | Cancer Therapeutics, American Cancer Society Summer Healthcare Experience |
| 2024 | Cancer Therapeutics, American Cancer Society Summer Healthcare Experience |
| 2024 | Introduction to Cancer, Teachers Institute of Philadelphia Fall Workshop |
| 2024 | Cancer Epidemiology<br>Medical Student Core Curriculum – Module 1 |
| 2024 | Cancer Biology, Treatment and Natural History<br>Medical Student Core Curriculum – Module 1 |
| 2025 | Cancer Epidemiology<br>Medical Student Core Curriculum – Module 1 |
| 2025 | Cancer Biology, Treatment and Natural History |

Medical Student Core Curriculum – Module 1

Lectures by Invitation (past 10 years):

| | |
|---|---|
| January, 2013 | "Pathways in Tumor Dormancy and Recurrence" AACR Tumor Invasion and Metastasis Special Conference, San Diego, CA |
| February, 2013 | "Mechanisms of Breast Cancer Recurrence" UMDNJ, Newark, NJ |
| March, 2013 | "Mechanisms of Breast Cancer Progression" Duke University, Durham, NC |
| March, 2013 | "Pathways in Tumor Dormancy and Recurrence" Medical University of South Carolina, Charleston, SC |
| April, 2013 | "Mechanisms of Tumor Dormancy and Recurrence" AACR Annual Meeting, Washington, DC |
| June, 2013 | "Breast Cancer Recurrence via Escape from Par-4-dependent Multinucleation and Arrest" Mammary Gland Biology Gordon Research Conference, Stowe, VT |
| September, 2013 | "Dormant Tumor Cell Survival and Recurrence" International Symposium on Minimal Residual Disease, Paris, France |
| October, 2013 | "Mechanisms of Breast Cancer Dormancy and Recurrence" AACR Advances in Breast Cancer Research, San Diego, CA |
| October, 2013 | "Minimal Residual Disease and Breast Cancer Recurrence" Breast Cancer Research Foundation, New York, NY |
| November, 2013 | "Mechanisms of Tumor Dormancy and Recurrence" Massachusetts General Hospital, Harvard Medical School, Boston, MA |
| December, 2013 | "Basic Science: The Year in Review" San Antonio Breast Cancer Symposium, San Antonio, CA |
| February, 2014 | "Tumor Initiating Cells and Minimal Residual Disease" Keystone Symposium on Stem Cells and Cancer, Banff, Alberta |
| June, 2014 | "Probing Tumor Dormancy and Recurrence" NCI Mouse Models for Human Cancers Consortium, Gaithersburg, MD |
| November, 2014 | "Tumor Dormancy and Recurrence: Novel Biology and Therapeutic Opportunities" GlaxoSmithKline Delaware Valley Biology Day, Collegeville, PA |
| November, 2014 | "Tumor Dormancy and Breast Cancer Recurrence" Vanderbilt-Ingram Cancer Center, Nashville, TN |
| January, 2015 | "Tumor Dormancy and Recurrence" Breast Cancer Symposium, George Town, Cayman Islands |
| April, 2015 | "Tumor Dormancy and Recurrence" AACR Annual Meeting, Philadelphia, PA |
| August, 2015 | Keynote speaker 11th Annual Breast Cancer Research and Education Program, Baylor College of Medicine, Montgomery, TX |
| October, 2015 | "Tumor Dormancy and Recurrence" Fourth International AACR Conference on Frontiers in Basic Cancer Research, Philadelphia, PA |
| March, 2016 | "Impact of Obesity, Exercise and Caloric Restriction on Breast Cancer Recurrence in Mice" Transdisciplinary Research on Energetics and Cancer, National Cancer Institute, Rockville, MD |
| April, 2016 | "Tumor Dormancy and Recurrence: Novel Biology and Therapeutic Opportunities" MD Anderson Cancer Center, Houston, TX |
| November, 2016 | "Breast Cancer Recurrence: When the Dragon Awakes" |

| | |
|---|---|
| | 2016 Jensen Symposium on Breast Cancer<br>University of Cincinnati, Cincinnati, OH |
| June, 2017 | "Tumor Dormancy as a Window to Prevent Metastatic Recurrence"<br>Gordon Research Conference on Mammary Gland Biology<br>Stowe, VT |
| October, 2017 | "Tumor Dormancy and Breast Cancer Recurrence"<br>University of Pittsburgh, Pittsburgh, PA |
| October, 2017 | "Tumor Dormancy and Breast Cancer Recurrence"<br>Symposium on Biology of Cancer: Microenvironment and Metastasis"<br>Cold Spring Harbor Laboratory, Cold Spring Harbor, NY |
| October, 2017 | "Breast Cancer Recurrence: Slaying the Sleeping Dragon"<br>Carol M. Baldwin Distinguished Lecture<br>SUNY Upstate Medical University, Syracuse, NY |
| October, 2017 | "Breast Cancer Recurrence: When the Dragon Awakes"<br>Symposium on Metastatic Breast Cancer<br>Jayne Koskinas Ted Giovanis Foundation for Health and Policy<br>Bethesda, MD |
| May, 2018 | "Targeting Tumor Dormancy to Prevent Breast Cancer Recurrence"<br>11th International Symposium on Minimal Residual Cancer<br>Montpelier, France |
| November, 2018 | "Tumor Dormancy and Metastatic Breast Cancer Recurrence"<br>5th Annual Metastatic Breast Cancer Conference<br>Johns Hopkins University, Baltimore, MD |
| December, 2018 | "Tumor Dormancy and Cancer Recurrence"<br>Salk Institute Cancer Symposium<br>Salk Institute, La Jolla, CA |
| December, 2018 | "Tumor Dormancy and Late Recurrence"<br>San Antonio Breast Cancer Symposium 2018<br>San Antonio, TX |
| April, 2019 | "Therapeutic Opportunities: Minimal Residual Disease, Tumor Dormancy and Cancer Recurrence" AACR Annual Meeting, Atlanta, GA |
| June, 2019 | "Minimal Residual Disease, Tumor Dormancy and Cancer Recurrence: Therapeutic Opportunities" Keynote Speaker, Annual Research Symposium, Karmanos Cancer Institute, Wayne State University, Detroit, MI |
| July, 2019 | "Tumor Dormancy and Metastatic Breast Cancer Recurrence" 34th Aspen Cancer Conference, Aspen, CO |
| October, 2019 | "Tumor Cell Dormancy and Breast Cancer Recurrence" British Association for Cancer Research, Newcastle Gateshead, UK |
| January, 2020 | "Tumor Cell Dormancy, Minimal Residual Disease and Breast Cancer Recurrence", Department of Medicine, Department Pediatrics, Division of Hematology/Oncology, Herman B. Wells Center for Pediatric Research, and Simon Cancer Center, Indiana University, Indianapolis, IN |
| January, 2020 | "When the Dragon Awakes: Preventing Breast Cancer Recurrence" Grand Rounds, Simon Cancer Center, Indiana University, Indianapolis, IN |
| March, 2020 | "Minimal Residual Disease and Breast Cancer Recurrence" Cold Spring Harbor Laboratory, Cold Spring Harbor, NY [cancelled due to COVID-19] |
| July, 2020 | "Detecting and Targeting Dormant Tumor Cells to Prevent Death from Recurrent Cancer" Emerson Collective Virtual Symposium |

| | |
|---|---|
| October, 2020 | "Changing the Paradigm to Prevent Breast Cancer Recurrence" Yale Alumni Health Network Virtual Symposium |
| December, 2020 | "Dormancy" San Antonio Breast Cancer Symposium Educational Session |
| March 2023 | "Breast Cancer Dormancy and Recurrence", Dana Farber Cancer Institute, Harvard Medical School, Boston, MA |
| November 2024 | "Targeting Tumor Dormancy to Prevent Breast Cancer Recurrence", Forbeck Forum on Cellular Quiescence and Tumor Dormancy, Inverness, CO |
| December 2025 | "In Vivo Mechanisms Regulating Cellular Dormancy and Tumor Recurrence", San Antonio Breast Cancer Symposium, San Antonio, TX |

Organizing Roles in Scientific Meetings:

| | |
|---|---|
| April, 2001 | Co-Chair, NCI Workshop on BRCA1 Function National Cancer Institute, Bethesda, MD |
| October, 2003 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research, Huntington Beach, CA |
| June, 2004 | Chair, Scientific Symposium: "Preclinical Models and Molecular Therapeutics in Cancer" - 2004 ASCO Annual Meeting, New Orleans, LA |
| April, 2005 | "Stem Cells, Metastasis, and Residual Disease: Integrating New Findings in Breast Cancer Research" - Symposium Co-Chair, AACR 96th Annual Meeting, Anaheim, CA |
| September, 2005 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research: Genetics, Biology, and Clinical Applications, La Jolla, CA |
| April, 2006 | Program Committee, Chair: Animal Models Subsection AACR 97th Annual Meeting, Washington, DC |
| October, 2007 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research: Genetics, Biology, and Clinical Applications, San Diego, CA |
| December, 2008 | SABCS Program Planning Committee, 2008 AACR-CRTC San Antonio Breast Cancer Meeting |
| October, 2009 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research: Genetics, Biology, and Clinical Applications, San Diego, CA |
| November, 2012 | NCI Breast Cancer Models Summit, University of Pennsylvania, Philadelphia, PA |

Bibliography:

Research Publications, peer reviewed (print or other media):

Smith BL, Anisowicz A, Chodosh LA and Sager R. DNA transfer of focus- and tumor-forming ability into non-tumorigenic CHEF cells. *Proceedings of the National Academy of Sciences, USA* 79:1964-1968, 1982.

Carthew RW, Chodosh LA and Sharp PA. An RNA polymerase II transcription factor binds to an upstream element in the adenovirus major late promoter. *Cell* 43:439-448, 1985.

Chodosh LA, Carthew RW and Sharp PA. A single polypeptide possesses the binding and transcription activities of the adenovirus major late transcription factor. *Molecular and Cellular Biology* 6:4723-4733, 1986.

Chodosh LA, Carthew RW, Morgan JG, Crabtree GR and Sharp PA. The adenovirus major late transcription factor activates the rat γ-fibrinogen promoter. *Science* 238:684-688, 1987.

Carthew RW, Chodosh LA and Sharp PA. The major late transcription factor binds to and activates the mouse metallothionein I promoter. *Genes and Development* 1:973-980, 1987.

Chodosh LA, Baldwin AS, Carthew RW and Sharp PA. Human CCAAT-binding proteins have heterologous subunits. *Cell* 53:11-24, 1988.

Chodosh LA, Olesen J, Hahn S, Baldwin AS, Guarente L and Sharp PA. A yeast and a human CCAAT-binding protein have heterologous subunits that are functionally interchangeable. *Cell* 53:25-35, 1988.

Morgan JG, Courtois G, Fourel G, Chodosh LA, Cambell L, Evans E and Crabtree GR. SP1, a CAAT-binding factor and the adenovirus major late transcription factor interact with functional regions of the γ-fibrinogen promoter. *Molecular and Cellular Biology* 8:2628-2637, 1988.

Chodosh LA, Buratowski S and Sharp PA. A yeast protein possesses the DNA-binding properties of the adenovirus major late transcription factor. *Molecular and Cellular Biology* 9:820-822, 1989.

Chodosh LA, Fire A, Samuels M and Sharp PA. DRB inhibits elongation of transcription by RNA polymerase II in vitro. *Journal of Biological Chemistry* 264:2250-2257, 1989.

Chodosh LA, Lifson LE and Tabin C. On catching a ball skillfully. *Science*, 268:1682-1683, 1995.

Marquis ST, Rajan JV, Wynshaw-Boris A, Xu J, Yin G, Abel KJ, Weber BL and Chodosh LA. The developmental pattern of *Brca1* expression implies a role in differentiation of the breast and other tissues. *Nature Genetics* 11:17-26, 1995.

Rajan JV. Wang M, Marquis ST and Chodosh LA. *Brca2* is coordinately regulated with *Brca1* during proliferation and differentiation in mammary epithelial cells. *Proceedings of the National Academy of Sciences, USA* 93:13078-13083, 1996.

Rajan JV, Marquis ST, Gardner HP and Chodosh LA. Developmental expression of *Brca2* colocalizes with *Brca1* and is associated with proliferation and differentiation in multiple tissues. *Developmental Biology* 184:385-401, 1997.

Deckard-Janatpour K, Muller WJ, Chodosh LA, Gardner HP, Marquis ST, Coffey R and Cardiff RD. Differential expression of the *neu* transgene in murine mammary tissues. *International Journal of Oncology* 11:235-241, 1997.

Radice GL, Ferreira-Cornwell C, Robinson SD, Rayburn H, Chodosh LA, Takeichi M and Hynes RO. Precocious mammary gland development in P-cadherin-deficient mice. *Journal of Cell Biology* 139:1025-1032, 1997.

Jensen DE, Proctor M, Marquis ST, Gardner HP, Ha SI, Chodosh LA, Ishov AM, Tommerup N, Vissing H, Sekido Y, Minna J, Borodovsky A, Schultz DC, Wilkinson KD, Maul GG, Barlev N, Berger SL, Prendergast G and Rauscher FJ III. BAP1: A novel ubiquitin hydrolase which binds to the BRCA1 RING finger and enhances BRCA1-mediated tumor suppression. *Oncogene* 16:1097-1112, 1998.

Stairs DB, Gardner HP, Ha SI, Copeland NG, Gilbert DJ, Jenkins NA and Chodosh LA. Cloning and characterization of *Krct*, a member of a novel subfamily of serine/threonine kinases. *Human Molecular Genetics* 7:2157-2166, 1998.

Chodosh LA, D'Cruz CM, Gardner HP, Ha SI, Marquis ST, Rajan JV, Stairs DB, Wang JY and Wang M. Mammary gland development, reproductive history and breast cancer risk. *Cancer Research* 59:1765s-1772s, 1999.

Gardner HP, Wertheim GB, Ha SI, Copeland NG, Gilbert DJ, Jenkins NA, Marquis ST and Chodosh LA. Cloning and characterization of *Hunk,* a novel mammalian SNF1-related protein kinase. *Genomics* 63:46-59, 2000.

Gardner HP, Rajan JV, Ha SI, Copeland NG, Gilbert DJ, Jenkins NA, Marquis ST and Chodosh LA. Cloning, characterization, and chromosomal localization of *Pnck*, a calcium/calmodulin-dependent protein kinase. *Genomics* 63:279-288, 2000.

Chodosh LA*, Gardner HP, Rajan JV, Stairs DB, Marquis ST and Leder P. Protein kinase expression during murine mammary gland development. *Developmental Biology*. 219:259-276, 2000. (* corresponding author)

Gardner HP, Belka GK, Wertheim GBW, Hartman JL, Ha SI, Gimotty PA, Marquis ST and Chodosh LA. Developmental role of the SNF1-related kinase Hunk in pregnancy-induced changes in the mammary gland. *Development* 127:4493-4509, 2000.

Gardner HP, Ha SI, Reynolds C and Chodosh LA. The CaM kinase, *Pnck*, is spatially and temporally regulated during murine mammary gland development and

may identify an epithelial cell subtype involved in breast cancer. *Cancer Research*, 60:5571-5577, 2000.

D'Cruz CM, Gunther EJ, Hartman J, Sintasath L, Moody SE, Boxer RB, Cox JD, Ha SI, Belka GK, Golant A, Cardiff RD and Chodosh LA. MYC induces mammary tumorigenesis by means of a preferred pathway involving spontaneous *Kras2* mutations. *Nature Medicine*, 7:235-239, 2001.

Huber LJ, Yang TW, Sarkisian CJ, Master SR, Deng CX and Chodosh LA. Impaired DNA damage response in cells expressing a naturally occurring murine Brca1 variant lacking exon 11. *Molecular & Cellular Biology*, 21:4005-4015, 2001.

Unger MA, Rishi M, Clemmer VB, Hartman JL, Keiper EA, Greshock JD, Chodosh LA, Liebman M and Weber BL. Characterization of adjacent breast tumors using oligonucleotide microarrays. *Breast Cancer Research*, 3:336-341, 2001.

Sarkisian CJ, Master SR, Huber LJ, Ha SI and Chodosh LA. Analysis of murine Brca2 reveals conservation of protein-protein interactions but differences in nuclear localization signals. *Journal of Biological Chemistry*, 276:37640-37648, 2001.

Gunther EJ, Belka GK, Wertheim GBW, Wang JY, Hartman JL, Boxer RB and Chodosh LA. A novel doxycycline-inducible system for the transgenic analysis of mammary gland biology. *FASEB Journal*, 16:283-292, 2002.

Chaudhry MA, Chodosh LA, McKenna WG and Muschel RJ. Gene expression profiling of HeLa cells in G1 or G2 phases. *Oncogene*, 21:1934-1942, 2002.

Master SR, Hartman JL, D'Cruz CM, Moody SE, Keiper EA, Ha SI, Belka GK and Chodosh LA. Functional microarray analysis of mammary development reveals a novel role in adaptive thermogenesis. *Molecular Endocrinology*, 16:1185-1203, 2002.

Mullen AC, Hutchins AS, High FA, Lee HW, Sykes KJ, Chodosh LA and Reiner SL. Hlx is induced by and genetically interacts with T-bet to promote heritable $T_H1$ gene induction. *Nature Immunology*, 3:652-658, 2002.

Li C, Fox CJ, Master SR, Bindokas VP, Chodosh LA and Thompson CB. Bcl-$X_L$ affects $Ca^{2+}$ homeostasis by altering expression of inositol 1,4,5-triphosphate receptors. *Proceeding of the National Academy of Sciences, USA*, 99:9380-9385, 2002.

D'Cruz CM, Moody SE, Master SR, Hartman JL, Keiper EA, Imielinski MB, Cox JD, Wang JY, Ha SI, Keister BA and Chodosh LA. Persistent parity-induced changes in growth factors, TGF-ß3, and differentiation in the rodent mammary gland. *Molecular Endocrinology*, 16:2034-2051, 2002.

Moody SE, Sarkisian CJ, Hahn KT, Gunther EJ, Pickup S, Dugan KD, Innocent N, Cardiff RD, Schnall MD and Chodosh LA. Conditional activation of Neu in the mammary epithelium of transgenic mice results in reversible pulmonary metastasis. *Cancer Cell*, 2:451-461, 2002.

Carmody RJ, Hilliard B, Maguschak K, Chodosh LA and Chen YH. Genomic scale profiling of autoimmune inflammation in the central nervous system: The nervous response to inflammation. *Journal of Neuroimmunology*, 133:95-107, 2002.

Gunther EJ, Moody SE, Belka GK, Hahn KT, Innocent N, Dugan KD, Cardiff RD and Chodosh LA. Impact of *p53* loss on reversal and recurrence of conditional Wnt-induced tumorigenesis. *Genes & Development*, 17:488-501, 2003.

Chaudhry MA, Chodosh LA, McKenna WG and Muschel RJ. Gene expression profile of human cells irradiated in G1 and G2 phases of the cell cycle. *Cancer Letters* 195:221-233, 2003.

Rylski M, Welch JJ, Chen YY, Letting DL, Diehl JA, Chodosh LA, Blobel GA and Weiss MJ. GATA-1-mediated proliferation arrest during erythroid maturation. *Molecular & Cellular Biology*, 23:5031-5042, 2003.

Sax JK, Stoddard A, Murphy ME, Chodosh LA and El-Deiry WS. Microarray expression profiling of p53-dependent transcriptional changes in an immortalized mouse embryo fibroblast cell line. *Cancer Biology & Therapy*. 2:416-430, 2003.

Fox CJ, Hammerman PS, Master SR, Chodosh LA and Thompson CB. The serine/threonine kinase PIM-2 is a transcriptionally-regulated apoptotic inhibitor. *Genes & Development*, 17:1841-1854, 2003.

Hu CJ, Wang LY, Chodosh LA, Keith B and Simon MC. Differential roles of HIF–1α and HIF–2α in hypoxic gene regulation. *Molecular & Cellular Biology*, 23:9361-9374, 2003.

Xu H, Lee SJ, Suzuki E, Dugan KD, Stoddard A, Li HS, Chodosh LA and Montell C. A lysosomal tetraspanin associated with retinal degeneration identified via a genome-wide screen. *EMBO J.*, 23:811-822, 2004.

Wang JW, Gamsby JJ, Highfill SL Mora LB, Bloom GC, Yeatman TJ, Pan TC, Ramne AL, Chodosh LA, Cress WD, Chen J and Kerr WG. Deregulated expression of LRBA facilitates cancer cell growth. *Oncogene,* 23:4089-97, 2004.

Welch JJ, Watts JA, Vakoc CR, Yao Y, Wang H, Hardison RC, Blobel GA, Chodosh LA and Weiss MJ. Global regulation of erythroid gene expression by transcription factor GATA-1. *Blood,* 104:3136-3147, 2004.

Kim SS, Cao L, Li C, Xu X, Huber LJ, Chodosh LA and Deng CX. Uterus hyperplasia and increased carcinogen induced tumorigenesis in mice carrying targeted mutation of Chk2 phosphorylation site in Brca1. *Molecular & Cellular Biology*, 24:9498-9507, 2004.

Sgagias MK, Wagner KU, Hamik B, Stoeger S, Spieker R, Huber LJ, Chodosh LA and Cowan KH. Brca1-deficient murine mammary epithelial cells have increased sensitivity to CDDP and MMS. *Cell Cycle*. 2004.

Boxer RB, Jang JW, Sintasath L and Chodosh LA. Lack of sustained regression of c–MYC-induced mammary adenocarcinomas following brief or prolonged MYC inactivation. *Cancer Cell*, 6:577-586, 2004.

Muraoka RS, Kurokawa H, Koh Y, Forbes JT, Roebuck LR, Barcellos-Hoff MH, Moody SE, Chodosh LA and Arteaga CL. Conditional overexpression of active transforming growth factor ß1 in vivo accelerates metastases of transgenic mammary tumors. *Cancer Research*, 64:9002-9011, 2004.

Frech MS, Halama ED, Tilli MT, Sing B, Gunther EJ, Chodosh LA, Flaws JA and Furth PA. Deregulated Estrogen Receptor alpha expression in mammary epithelial cells of transgenic mide results in the development of ductal carcinoma in situ. Cancer Research 65:681-685, 2005.

Master SR, Stoddard AJ, Bailey LC, Pan TC, Dugan KD and Chodosh LA. Genomic analysis of early murine mammary gland development using novel probe-level algorithms. *Genome Biology*, 6, 2005.

Blakely CM, Sintasath L, D'Cruz CM, Master SR, Hahn KT, Belka GK and Chodosh LA. Developmental stage determines the effects of c-MYC in the mammary epithelium. *Development*, 1132:1147-1160, 2005.

Huber LJ and Chodosh LA. Dynamics of DNA repair suggested by the subcellular localization of Brca1 and Brca2 proteins. *Journal of Cellular Biochemistry*, 96:47-55, 2005.

Moody SE, Perez D, Pan TC, Sarkisian CJ, Portocarrero C, Sterner CJ, Notorfrancesco K, Cardiff RD and Chodosh LA. The transcriptional repressor, Snail, promotes mammary tumor recurrence. *Cancer Cell* 8:197-209, 2005.

Stairs DB, Notarfrancesco KL and Chodosh LA. The serine/threonine kinase, Krct, affects endbud morphogenesis during murine mammary gland development. *Transgenic Research* 14:919-940, 2005.

Ponomareva ON, Ma H, Vock VM, Ellerton EL, Moody SE, Dakour R, Chodosh LA and Rimer M. Defective neuromuscular synaptogenesis in mice expressing constitutively active ErbB2 in skeletal muscle fibers. *Mol Cell Neurosci*, 31:334-345, 2005.

Hu CJ, Iyer S, Sataur A, Covello KL, Chodosh LA and Simon MC. Differential regulation of the transcriptional activities of Hypoxia-inducible Factor 1 Alpha (HIF-1$\alpha$) and HIF-2$\alpha$ in stem cells. *Molecular and Cellular Biology* 26:3514-3526, 2006.

Wang X, Bo J, Bridges T, Dugan KD, Pan TC, Chodosh LA and Montell DJ. Analysis of cell migration using whole-genome expression profiling of migratory cells in the Drosophila ovary. *Developmental Cell* 10:483-495, 2006.

Vargo-Gogola T, Heckman BM, Gunther EJ, Chodosh LA and Rosen JM. P190-B RhoGAP overexpression disrupts ductal morphogenesis and induces hyperplastic lesions in the developing mammary gland. *Molecular Endocrinology*, 20:1391-1405, 2006.

Blakely CM, Stoddard AJ, Belka GK, Dugan KD, Notarfrancesco KL, Moody SE, D'Cruz CM and Chodosh LA. Hormone-induced protection against mammary tumorigenesis is conserved in multiple rat strains and identifies a core gene expression signature induced by pregnancy. *Cancer Research*, 66:6421-6431, 2006.

Shen Q, Zhang Y, Uray IP, Hill JL, Kim HT, Lu C, Young MR, Gunther EJ, Hilsenbeck SG, Chodosh LA, Colburn NH and Brown PH. The AP-1 transcription factor regulates postnatal mammary gland development. *Developmental Biology*, 295:589-603, 2006.

Hayworth CR, Moody SE, Chodosh LA, Krieg P, Rimer M and Thompson WJ. Induction of neuregulin signaling in mouse Schwann cells in vivo mimics responses to denervation. *Journal of Neuorscience*, 26:6873-6884, 2006.

Wang M, Master SR and Chodosh LA. Computational expression deconvolution in a complex mammalian organ. *BMC Bioinformatics*, 7:328-341, 2006.

Jang JW, Boxer RB and Chodosh LA. Isoform-specific Ras Activation and Oncogene Dependence in MYC and Wnt-induced Mammary Tumorigenesis. *Molecular and Cellular Biology*, 26:8109-8121, 2006.

Sutherland KD, Vaillant F, Alexander WS, Wintermantel TM, Forrest NC, Holroyd SL, McManus EJ, Schutz G, Watson CJ, Chodosh LA, Lindeman GJ and Visvader JE. c-myc as a mediator of accelerated apoptosis and involution in mammary glands lacking Socs3. *EMBO J.*, 25:5805-5815, 2006.

Boxer RB, Stairs DB, Dugan KD, Notarfrancesco KL, Portacarrero CP, Keister BA, Belka GK, Cho H, Rathmell J, Thompson CB, Birnbaum MJ and Chodosh LA. Isoform-specific requirement for Akt1 in the developmental regulation of cellular metabolism during lactation. *Cell Metabolism*, 4:475-490, 2006.

Jones RA, Campbell CI, Gunther EJ, Chodosh LA, Petrik JJ, Khokha R and Moorehead RA. Transgenic overexpression of IGF-IR disrupts mammary ductal morphogenesis and induces tumor formation. *Oncogene,* 26:1636-1644, 2007.

Sarkisian CJ, Keister BA, Stairs DB, Boxer RB, Moody SE and Chodosh LA. Dose-dependent oncogene-induced senescence *in vivo* and its evasion during mammary tumorigenesis. *Nature Cell Biology*, 9:493-505, 2007.

Cowling WH, D'Cruz CM, Chodosh LA and Cole MD. c-Myc transforms mammary epithelial cells through repression of the Wnt inhibitors DKK1 and SFRP1. *Molecular and Cellular Biology*, 27:5135-5146, 2007.

Whiteaker JR, Zhand H, Zhao L, Wang P, Kelly-Spratt KS, Ivey R, Piening BD, Feng LC, Kasarda E, Gurley KE, Eng JK, Chodosh LA, Kemp CJ, McIntosh MW and Paulovich AG. Integrated pipeline for mass spectrometry-based discovery and confirmation of biomarkers demonstrated in a mouse model of breast cancer. *Journal of Proteome Research*, 6:3962-3975, 2007

Debies MT, Gestl SA, Mathers JL, Mikse O, Leonard TL, Moody SE, Chodosh LA, Cardiff RD and Gunther EJ. Tumor escape in a Wnt1-dependent mouse breast cancer model is enabled by p19Arf/p53 pathway lesions but not p16 Ink4a loss. *Journal of Clinical Investigation*, 118:51-63, 2008.

Orwig KE, Ryu BY, Master S, Phillips BT, Mack M, Avarbock MR, Chodosh LA and Brinster RL. Genes involved in post-transcriptional regulation are overrepresented in stem/progenitor spermatogonia of cryptorchid mouse testes. *Stem Cells*, 26:927-938, 2008.

Oakes SR, Naylor MJ, Asselin-Labat ML, Blazek DK, Gardiner-Garden M, Hilton HN, Kazlauskas M, Pritchard MA, Chodosh LA, Pfeffer PL, Lindeman GJ, Visvader JE and Ormandy CJ. The Ets transcription factor Elf5 specifies alveolar cell fate. *Genes & Development*, 22:581-586, 2008.

Liu Z, Wang M, Alvarez JV, Bonney ME, Chen CC, D'Cruz C, Pan TC, Tadesse MG and Chodosh LA. Singular value decomposition-based regression identifies activation of endogenous signaling pathways in vivo. *Genome Biology*, 9:R180, 2008.

Shen Q, Uray IP, Li Y, Zhang Y, Hill J, Xu XC, Young MR, Gunther EJ, Hilsenbeck SG, Colburn NH, Chodosh LA and Brown PH. Targeting the activator protein 1 transcription factor for the prevention of estrogen receptor-negative mammary tumors. *Cancer Prev Res* 1:45-55, 2008.

Fiore F, Estebe B, Gibier P, Orsoni JC, Courbard JR, Chodosh LA, Birnbaum D and Delapeyrière O. Abnormal Mammary Gland Development in MMTV-CBLC Transgenic Mouse. *In Vivo* 23:225-228, 2009.

Muraoka-Cook RS, Sandahl MA, Strunk KE, Miraglia LC, Husted C, Hunter DM, Elenius K, Chodosh LA and Earp HS 3rd. ErbB4 splice variants Cyt1 and Cyt2 differ by sixteen amino acids and exert opposing effects on the mammary epithelium in vivo. *Molecular & Cellular Biology*, 18:4935-4848, 2009.

McCoy EL, Iwanaga R, Jedlicka P, Abbey NS, Chodosh LA, Heichman KA, Welm AL and Ford HL. Six1 expands the mammary stem/progenitor cell pool and induces mammary tumors that undergo EMT. *Journal of Clinical Investigation*, 119:2663-2677, 2009.

Castilho RM, Squarize CH, Chodosh LA, Williams BO and Gutkind JS. mTOR mediates Wnt-induced epidermal stem cell exhaustion and aging. *Cell Stem Cell*, 5:279-289, 2009.

Wertheim GBW, Yang TW, Pan TC, Ramne A, Liu Z, Gardner HP, Dugan KD, Kristel P, Kreike B, Vijver MJ, Cardiff RD and Chodosh LA. The Snf1-related kinase, Hunk, is essential for mammary tumor metastasis. *Proceedings of the National Academy of Sciences USA*, 106:15855-60, 2009.

Hens J, Dann P, Hiremath M, Pan TC, Chodosh L and Wysolmerski J. Analysis of gene expression in PTHrP-/- mammary buds supports a role for BMP signaling and MMP2 in the initiation of ductal morphogenesis. *Developmental Dynamics*, 238:2713-2724, 2009.

Connelly L, Barham W, Pigg R, Saint-Jean L, Sherrill T, Cheng D-S, Chodosh LA, Blackwell TS and Yull FE. Activation of nuclear factor-kappa B in mammary epithelium promotes milk loss during mammary development and infection. *Journal of Cell Physiology*, 222:73-81, 2010.

Zeng X, Shaikh FY, Harrison MK, Adon AM, Trimboli AJ, Carroll KA, Sharma N, Timmers C, Chodosh LA, Leone G and Saavedra HI. The Ras oncogene signals centrosome amplification in mammary epithelial cells through cyclin D1/Cdk4 and Nek2. *Oncogene*, 29:5103-5112, 2010.

Mazumdar J, Hickey MM, Pant DK, Durham AC, Sweet-Cordero A, Vachani A, Jacks T, Chodosh LA, Kissil JL, Simon MC and Keith B. HIF-2{alpha} deletion promotes Kras-driven lung tumor development. *Proceedings of the National Academy of Sciences USA*, 107:14182-87, 2010.

Chen CC, Boxer RB, Stairs DB, Portocarrero CP, Horton RH, Alvarez JV, Birnbaum MJ and Chodosh LA. Akt is required for Stat5 activation and mammary differentiation. *Breast Cancer Research*, 12:R72, 2010.

McHenry PR, Sears JC, Herrick MP, Chang P, Heckman-Stoddard BM, Rybarczyk M, Chodosh LA, Gunther EJ, Hilsenbeck SG, Rosen JM and Vargo-Gogola T. P190B RhoGAP has pro-tumorigenic functions during MMTV-Neu mammary tumorigenesis and metastasis. *Breast Cancer Research*, 12:R73, 2010.

Connelly L, Barham W, Onishko HM, Sherrill T, Chodosh LA, Blackwell TS and Yull FE. Inhibition of NF-kappa B activity in mammary epithelium increases tumor latency and decreases tumor burden. *Oncogene*, 30:1402-1412, 2011.

Schoenherr R, Kelly-Spratt K, Lin C, Whiteaker J, Liu T, Holzman T, Coleman I, Feng LC, Lorentzen T, Krasnoselsky A, Wang P, Liu Y, Gurley K, Amon L, Schepmoes A, Moore R, Camp D, Chodosh L, Smith R, Nelson P, McIntosh M, Kemp C and Paulovich A. Proteome and transcriptome profiles of a Her2/Neu-driven mouse model of breast cancer. *Proteomics Clin Appl*, 5:179-188, 2011.

Brown RL, Reinke L, Damerow M, Perez D, Chodosh LA, Yang J and Cheng C. CD44 splice isoform switching is essential for epithelial-mesenchymal transition and breast cancer progression. *Journal of Clinical Investigation*, 121:1064-1074, 2011.

Yeh, ES, Yang TW, Jung JJ, Gardner HP, Cardiff RD and Chodosh LA. Hunk is required for HER2/neu-induced mammary tumorigenesis. *Journal of Clinical Investigation*, 121:866-879, 2011.

Pitteri SJ, Kelly-Spratt KS, Gurley KE, Kennedy J, Busald Buson T, Chin A, Wang H, Zhang Q, Wong CH, Chodosh LA, Nelson PS, Hanash SM and Kemp CJ. Tumor microenvironment-derived proteins dominate the plasma proteome response during breast cancer induction and progression. *Cancer Research*, 71:5090-5100, 2011.

Whiteaker JR, Lin C, Kennedy J, Hou L, Trute M, Sokal I, Yan P, Schoenherr RM, Zhao L, Voytovich UJ, Kelly-Spratt KS, Krasnoselsky A, Gafken PR, Hogan JM, Jones LA, Wang P, Amon L, Chodosh LA, Nelson PS, McIntosh MW, Kemp CJ and Paulovich AG. A targeted proteomics-based pipeline for verification of biomarkers in plasma. *Nature Biotechnology*, 29:625-34, 2011.

Yori JL, Seachrist DD, Johnson E, Lozada KL, Abdul-Karim FW, Chodosh LA, Schiemann WP and Keri RA. Krüppel-like Factor 4 Inhibits Tumorigenic Progression and Metastasis in a Mouse Model of Breast Cancer. *Neoplasia*, 13:601-10, 2011.

Markosyan N, Chen E, Ndong V, Yao Y, Sterner CJ, Chodosh LA, Lawson JA, Fitzgerald GA and Smyth EM. Deletion of cyclooxygenase 2 in mouse mammary epithelial cells delays breast cancer onset through augmentation of type 1 immune responses in tumors. *Carcinogenesis*, 32:1441-1449 2011.

Lieberman BP, Ploessl K, Wang L, Qu W, Zha Z, Wise DR, Seidel H, Belka G, Chodosh LA, Thompson CB and Kung HF. PET imaging of glutaminolysis in tumors by [18F]*(2S,4R)*4-fluoro-glutamine. *Journal of Nuclear Medicine*, 52:1947-1955, 2011.

Zhang XY, Pfeiffer HK, Mellert HS, Stanek TJ, Sussman RT, Kumari A, Yu D, Rigoutsos I, Thomas-Tikhonenko A, Seidel HE, Chodosh LA, Packham G, Baserga R and McMahon SB. Inhibition of the single downstream target BAG1 activates the latent apoptotic potential of MYC. *Molecular and Cellular Biology*, 31:5037-5045, 2011

Qu W, Oya S, Lieberman BP, Ploessl K, Wang L, Wise DR, Divgi CR, Chodosh L, Thompson CB and Kung HF. Preparation and characterization of L-[5-11C]-Glutamine for metabolic imaging of tumors. *Journal of Nuclear Medicine,* 53:98-105, 2012.

Magnitsky S, Belka GK, Sterner C, Pickup S, Chodosh LA and Glickson JD. Lactate detection in inducible and orthotopic Her2/neu mammary gland tumours in mouse models. *NMR in Biomedicine,* 26:35-42, 2012.

Chen CC, Stairs DB, Boxer RB, Belka GK, Horseman ND, Alvarez JV and Chodosh LA. Autocrine prolactin induced by the Pten-Akt pathway is required for lactation initiation and provides a direct link between the Akt and Stat5 pathways. *Genes & Development*, 26:2154-2168, 2012.

Chitnis NS, Pytel D, Bobrovnikova-Marjon E, Pant D, Zheng H, Maas NL, Frederick B, Kushner JA, Chodosh LA, Koumenis C, Fuchs SY and Diehl JA. miR-211 is a prosurvival microRNA that regulates chop expression in a PERK-dependent manner. *Molecular Cell,* 48:353-364, 2012.

Theil AT, Feng Z, Pant DK, Chodosh LA and Hua X. The trithorax protein partner menin acts in tandem with EZH2 to suppress C/EBPα and differentiation in MLL-AF9 leukemia. *Haematologica*, 98:918-27, 2013.

Li LZ, Kadlececk S, Xu HN, Daye D, Pullinger B, Profka H, Chodosh LA and Rizi R. Ratiometric analysis in hyperpolarized NMR (I): test of the two-site exchange model and the quantification of reaction rate constants. *NMR in Biomedicine,* 26:1308-1320, 2013.

Patterson RE, Colditz GA, Hu FB, Schmitz KH, Ahima RS, Brownson RC, Carson KR, Chavarro JE, Chodosh LA, Gehlert S, Gill J, Glanz K, Haire-Joshu D, Herbst KL, Hoehner CM, Hovmand PS, Irwin ML, Jacobs LA, James AS, Jones LW, Kerr J, Kibel AS, King IB, Ligibel JA, Meyerhardt JA, Natarajan L, Neuhouser ML, Olefsky JM, Proctor EK, Redline S, Rock CL, Rosner B, Sarwer DB, Schwartz JS, Sears DD, Sesso HD, Stampfer MJ, Subramanian SV, Taveras EM, Tchou J, Thompson B, Troxel AB, Wessling-Resnick M, Wolin KY, Thornquist MD. The 2011-2016 Transdisciplinary Research on Energetics and Cancer (TREC) initiative: rationale and design. *Cancer Causes Control*, 4:695-704, 2013.

Yeh ES, Belka GK, Vernon AE, Chen CC, Jung JJ and Chodosh LA. Hunk negatively regulates c-myc to promote Akt-mediated cell survival and mammary tumorigenesis induced by loss of Pten. *Proceedings of the*

*National Academy of Sciences USA,* 110:6103-6108, 2013.

Bean GR, Ganesan YT, Dong Y, Takeda S, Liu H, Chan PM, Huang Y, Chodosh LA, Zambetti GP, Hsieh JJ and Cheng EH. PUMA and BIM are required for oncogene inactivation-induced apoptosis. *Science Signaling,* 6:ra20, 2013.

Alvarez JV, Pan TC, Ruth J, Feng Y, Zhou AY, Pant D, Grimley JS, Wandless TJ, DeMichele A, I-SPY 1 Trial Investigators and Chodosh LA. Par-4 down-regulation promotes breast cancer recurrence by preventing multinucleation following targeted therapy. *Cancer Cell*, 24:30-44, 2013.

Rao T, Ranger JJ, Smith HW, Lam SH, Chodosh L and Muller WJ. Inducible and coupled expression of the polyomavirus middle T antigen and Cre recombinase in transgenic mice: an in vivo model for synthetic viability in mammary tumour progression. *Breast Cancer Research* 16:R11, 2014.

Searleman AC, Iliuk AB, Collier TS, Chodosh LA, Tao WA and Bose R. Tissue phosphoproteomics with PolyMAC identifies potential therapeutic targets in a transgenic mouse model of HER2 positive breast cancer. *Electrophoresis* 2014.

Lee JV, Carrer A, Shah S, Snyder NW, Wei S, Venneti S, Worth AJ, Yuan ZF, Lim HW, Liu S, Jackson E, Aiello NM, Haas NB, Rebbeck TR, Judkins A, Won KJ, Chodosh LA, Garcia BA, Stanger BZ, Feldman MD, Blair IA and Wellen KE. Akt-dependent metabolic reprogramming regulates tumor cell histone acetylation. *Cell Metabolism* 20:306-319, 2014.

Feng Y, Pan TC, Chakrabarti KR, Perez D, Pant D and Chodosh LA. SPSB1 promotes breast cancer recurrence by potentiating c-MET signaling. *Cancer Discovery* 4:790-803, 2014.

Payne AW, Pant DK, Pan TC and Chodosh LA. Ceramide kinase promotes tumor cell survival and mammary tumor recurrence. *Can Res* 74:6352-6363, 2014.

Alvarez JV, Belka GK, Pan TC, Chen CC, Blankemeyer E, Alavi A, Karp JS and Chodosh LA. Oncogene pathway activation in mammary tumors dictates FDG-PET uptake. *Cancer Research* 74:7583-98, 2014.

Abravanel DL, Belka GK, Pan TC, Pant DK, Collins MA, Sterner CJ and Chodosh LA. Notch promotes recurrence of dormant tumor cells following HER2/neu-targeted therapy. *Journal of Clinical Investigation* 125:2484-2496, 2015.

Boulay PL, Mitchell L, Turpin J, Huot-Marchand JÉ, Lavoie C, Sanguin-Gendreau V, Jones L, Mitra S, Livingstone JM, Campbell S, Hallett M, Mills GB, Park M, Chodosh L, Strathdee D, Norman JC and Muller WJ. Rab11-FIP1C Is a Critical Negative Regulator in ErbB2-Mediated Mammary Tumor Progression. *Cancer Research* 76:2662-2674, 2016.

Turpin J, Ling C, Crosby EJ, Hartman ZC, Simond AM, Chodosh LA, Rennhack JP, Andrechek ER, Ozcelik J, Hallett M, Mills GB, Cardiff RD, Gray JW, Griffith OL and Muller WJ. The ErbB2ΔEx16 splice variant is a major oncogenic driver in breast cancer that promotes a pro-metastatic tumor microenvironment. *Oncogene* 35:6053-6064, 2016.

Oran AR, Adams CM, Zhang XY, Gennaro VJ, Pfeiffer HK, Mellert HS, Seidel HE, Mascioli K, Kaplan J, Gaballa MR, Shen C, Rigoutsos I, King MP, Cotney JL, Arnold JJ, Sharma SD, Martinez-Outschoorn UE, Vakoc CR, Chodosh LA, Thompson JE, Bradner JE, Cameron CE, Shadel GS, Eischen CM, McMahon SB. Multi-focal control of mitochondrial gene expression by oncogenic MYC provides potential therapeutic targets in cancer. *Oncotarget* 7:72395-72414, 2016.

Yee SS, Lieberman DB, Blanchard T, Rader J, Zhao J, Troxel AB, DeSloover D, Fox AJ, Daber RD, Kakrecha B, Sukhadia S, Belka GK, DeMichele AM, Chodosh LA, Morrissette JJ, Carpenter EL. A novel approach for next-generation sequencing of circulating tumor cells. *Mol Genet Genomic Med* 4:395-406, 2016.

Maxwell KN, Soucier-Ernst D, Tahirovic E, Troxel AB, Clark C, Feldman M, Colameco C, Kakrecha B, Langer M, Lieberman D, Morrissette JJD, Paul MR, Pan TC, Yee S, Shih N, Carpenter E, Chodosh LA, DeMichele A. Comparative clinical utility of tumor genomic testing and cell-free DNA in metastatic breast cancer. *Breast Cancer Res Treat* 164:627-638, 2017.

Winkels RM, Sturgeon KM, Kallan MJ, Dean LT, Zhang Z, Evangelisti M, Brown JC, Sarwer DB, Troxel AB, Denlinger C, Laudermilk M, Fornash A, DeMichele A, Chodosh LA and Schmitz KH. The women in steady exercise research (WISER) survivor trial: The innovative transdisciplinary design of a randomized controlled trial of exercise and weight-loss interventions among breast cancer survivors with lymphedema. *Contemp Clin Trials* 61:63-72, 2017.

Sreekumar A, Toneff MJ, Toh E, Roarty K, Creighton CJ, Belka GK, Lee DK, Xu J, Chodosh LA, Richards JS and Rosen JM. Wnt-mediated regulation of FOXO1 constitutes a critical axis maintain pubertal mammary stem cell homeostasis. *Developmental Cell* 43:436-448, 2017.

Gattelli A, Gardia Sola ME, Roloff TC, Cardiff RD, Kordon EC, Chodosh LA and Hynes NE. Chronic expression of wild-type Ret receptor in the mammary gland induces luminal tumors that are sensitive to Ret inhibition. *Oncogene* 37:4046-4054, 2018. doi: 10.1038/s41388-018-0235-y

Ecker BL, Lee JY, Sterner CJ, Solomon AC, Pant DK, Shen F, Peraza J, Vaught L, Mahendra S, Belka GK, Pan TC, Schmitz KH, Chodosh LA. Impact of obesity on breast cancer recurrence and minimal residual disease. *Breast Cancer Research*, 21:41, 2019. PMCID: PMC6416940

Schmitz KH, Troxel AB, Dean LT, DeMichele A, Brown JC, Sturgeon K, Zhang Z, Evangelisti M, Spinelli B, Kallan MJ, Denlinger C, Cheville A, Winkels RM, Chodosh LA and Sawyer DB. Effect of home-based exercise and weight loss programs on breast cancer-related lymphedema outcomes among overweight breast cancer survivors: The WISER Survivor randomized clinical trial. *JAMA Oncol* 5:1605-1613, 2019. PMCID: 6696732

Tsao LC, Crosby EJ, Trotter TN, Agarwal P, Hwang BJ, Acharya C, Shuptrine CW, Wang T, Wei J, Yang X, Lei G, Liu CX, Rabiola CA, Chodosh LA, Muller WJ, Lyerly HK and Hartman ZC. CD47 blockade augmentation of Trastuzumab antitumor efficacy dependent upon antibody-dependent-cellular-phagocytosis. *JCI Insight* pii:131882, 2019. PMCID: PMC6975273

Paul MR, Pan TC, Pant DK, Shih NN, Chen Y, Harvey KL, Solomon A, Lieberman D, Morrissette JJD, Soucier-Ernst D, Goodman NG, Stavropoulos SW, Maxwell KN, Clark C, Belka GK, Feldman M, DeMichele A and Chodosh LA. Genomic landscape of metastatic breast cancer identifies preferentially dysregulated pathways and targets. *Journal of Clinical Investigation* 130(8):4252-4265, 2020. doi.org/10.1172/JCI129941. PMCID: PMC7410083

Crosby EJ, Acharya CR, Haddad AF, Rabiola CA, Lei G, Wei JP, Yang XY, Wang T, Liu CX, Wagner KU, Muller WJ, Chodosh LA, Broadwater G, Hyslop T, Shepherd JH, Hollern DP, He X, Perou CM, Chai S, Ashby BK, Vincent BG, Snyder JC, Force J, Morse MA, Lyerly HK and Hartman ZC. Stimulation of Oncogene-Specific Tumor-Infiltrating T Cells through Combined Vaccine and αPD-1 Enable Sustained Antitumor Responses against Established HER2 Breast Cancer. *Clin Cancer Res* 26:4670-4681, 2020. PMCID: PMC7483405

Ruth JR, Pant DK, Pan TC, Seidel HE, Baksh SC, Keister BA, Singh R, Sterner CJ, Bakewell SJ, Moody SE, Belka GK and Chodosh LA. Cellular dormancy in minimal residual disease following targeted therapy. *Breast Cancer Research* 23:63, 2021. doi: 10.1186/s13058-021-01416-9. PMCID PMC8178846

Vallone SA, Garcia-Sola M, Schere-Levy C, Meiss RP, Hermida GN, Chodosh LA, Kordon EC, Hunes NE and Gattelli A. Aberrant RET expression affects normal mammary gland post-lactation transition, enhancing cancer potential. *Dis Model Mech* 15:dmm049286, 2022. Doi: 10.1242/dmm.049286. PMCID: PMC8990024

Tsao LC, Crosby EJ, Trotter TN, Wei J, Wang T, Yang X, Summers AN, Lei G, Ragiola CA, Chodosh LA, Muller WJ, Lyerly HK and Hartman ZC. Trastuzumab/pertuzumab combination therapy stimulates antitumor responses through complement-dependent cytotoxicity and phagocytosis. *JCI Insight* 7:e155636, 2022. doi:10.1172/jci.insight.155636. PMCID: PMC8986081

Grinman DY, Boras-Granic K, Takyar FM, Dann P, Hens JR, Marmol ZC, Lee J, Choi J, Chodosh LA, Sola MEG and Wysolmerski JJ. PTHrP induces STAT5 activation, secretory differentiation and accelerates mammary tumor development. *Breast Cancer Research* 24:30, 2022. doi: 10.1186/s13058-022-01523-1. PMCID: PMC9020078

Roy R, Yang J, Shimura T, Merritt L, Alluin J, Man E, Daisy C, Aldakhlallah R, Dillon D, Pories S, Chodosh LA and Moses MA. Escape from breast tumor dormancy: the convergence of obesity and menopause. *Proc Natl Acad Sci USA* 119:e2204758119, 2022. doi: 10.1073/pnas.2204758119.

Magbanua MJM, van 't Veer L, Clark AS, Chien AJ, Boughey JC, Han HS, Wallace A, Beckwith H, Liu MC, Yau C, Wileyto EP, Ordonez A, Solanki TI, Hsiao F, Lee JC, Basu A, Brown Swigart L, Perlmutter J, Delson AL, Bayne L, Deluca S, Yee SS, Carpenter EL, Esserman LJ, Park JW, Chodosh LA, and DeMichele A. Outcomes and clinicopathologic characteristics associated with disseminated tumor cells in bone marrow after neoadjuvant chemotherapy in high-risk early stage breast cancer: the I-SPY SURMOUNT study. *Breast Cancer Research and Treatment* 198:383-390, 2023.

Chen S, Paul MR, Sterner CJ, Belka GK, Wang D, Xu P, Sreekumar A, Pan TC, Pant DK, Makhlin I, DeMichele A, Mesaros C and Chodosh LA. PAQR8 promotes breast cancer recurrence and confers resistance to multiple therapies. *Breast Cancer Research* 25:1, 2023. doi:10.1186/s13058-022-01559-3.

Sreekumar A, Lu M, Choudhury B, Pan TC, Pant DK, Lawrence-Paul MR, Sterner CJ, Belka GK, Toriumi T, Benz B, Escobar-Aguirre E, Marino FE, Esko JD and Chodosh LA. B3GALT6 promotes dormant breast cancer cell survival and recurrence by enabling heparan sulfate-mediated FGF signaling. *Cancer Cell* 42:52-69.e7, 2024. doi: 10.1016/j.ccell.2023.11.008.

Lawrence-Paul MR, Pan TC, Pant DK, Shih NC, Chen Y, Belka GK, Feldman M, DeMichele A, and Chodosh LA. Rare subclonal sequencing of breast cancers indicates putative metastatic driver mutations are predominately acquired after dissemination. *Genome Medicine* 16(1):26, 2024. doi: 10.1186/s13073-024-01293-9.

Dwyer S, Ruth J, Seidel HE, Raz AA, and Chodosh LA. Autophagy is required for mammary tumor recurrence by promoting dormant tumor cell survival following therapy. *Breast Cancer Research*, 26(1):143, 2024. doi: 10.1186/s13058-024-01878-7.

Gu Y, Taifour T, Bui T, Zuo D, Pacis A, Poirier A, Attalla S, Fortier AM, Sanguin-Gendreau V, Pan TC, Papavasiliou V, Lin NU, Hughes ME, Smith K, Park M, Tremblay ML, Chodosh LA, Jeselsohn R, and Muller WJ. Osteopontin is

a therapeutic target that drives breast cancer recurrence. *Nature Communications* 15(1):9174, 2024. doi: 10.1038/s41467-024-53023-9.

McDonald ES, Pan TC, Pant DK, Troester MA, Kossenkov AV, Mankoff DA, Mach RH, and Chodosh LA. Ternary complex components responsible for rapid LDL internalization as biomarkers for breast cancer associated with proliferation and early recurrence. *Cancer Research Communications*, 5:226-239, 2025. doi: 10.1158/2767-9764.

DeMichele A*, Clark AS, Shea E, Bayne LJ, Sterner CJ, Rohn K, Dwyer S, Pan TC, Nivar I, Chen Y, Wileyto P, Berry LR, Deluca S, Savage J, Makhlin I, Pant DK, Martin H, Egunsola A, Mears N, Goodspeed BL, Chislock EM, Graves J, Wang J, Shih N, Belka GK, Berry D, Nayak A, Feldman M and Chodosh LA*. Targeting dormant tumor cells to prevent recurrent breast cancer: a randomized phase 2 trial. *Nature Medicine* 2025 Sep 2. doi: 10.1038/s41591-025-03877-3. * Co-corresponding authors.

Sreekumar A, Blankemeyer E, Sterner CJ, Pan TC, Pant DK, Acolatse S, Turkistani H, Belka GK, Carlin SD, Assenmacher CA, Sellmyer MA, Mankoff DA and Chodosh LA. Residual breast cancer cells co-opt SOX5-driven endochondral ossification to maintain dormancy. *Cancer Discovery* 2025 Dec 11. doi: 10.1158/2159-8290.CD-25-0919. Online ahead of print.

Chislock EM, Pan TC, Pant D, Chen Y, Woodfield G, Graves J, Lawrence-Paul MR, Belka GK, Wang J, Bayne L, Blanchard T, Smith M, Ji X, Shih NNC, Soucier-Ernst D, Goodman N, Nivar I, Goodspeed B, DeLuca S, Ndicu J, Clark C, Langer M, William Stavropoulos S, DeMuth W, Morschauser A, Murphy W, Nayak A, Feldman M, Clark A, Yu L, Judge K, Bornheimer S, Pletcher CH Jr, Moore JS, DeMichele A, and Chodosh LA. DTC-Flow: a flow cytometry-based detection platform for characterizing bone marrow disseminated tumor cells in breast cancer. *NPJ Breast Cancer* 2025 Nov 24;11(1):139. doi: 10.1038/s41523-025-00853-5.

Research Publications, peer-reviewed reviews

Sharp PA, Carthew RW and Chodosh LA. Sequence-specific DNA-binding proteins and transcription in mammalian cells. In *RNA Polymerase and the Regulation of Transcription*. Reznikoff WS, ed. pp. 313-322, 1987.

Chodosh LA and Daniels GH. Addison's disease. *The Endocrinologist* 3:166-181, 1993.

Chodosh LA. *BRCA1* and *BRCA2* expression in normal and neoplastic cells. *Journal of Mammary Gland Biology and Neoplasia* 3:389-402, 1998.

Master SR and Chodosh LA. Large-scale transcriptional profiling of murine mammary development. *Breast Disease*, 19:47-57, 2004.

Dalla E, Sreekumar A, Aguirre-Ghiso J and Chodosh LA. Dormancy in breast cancer. *Cold Spring Harbor Perspectives in Medicine,* 2023. doi: 19,1101/cshperspect.a041331.

Agudo JA, Aguirre-Ghiso JA, Bhatia M, Chodosh LA, Correia AL, Klein CA. Viewpoint: Targeting cancer cell dormancy. *Nature Reviews Cancer* 24:97-104, 2024. doi: 10.1038/s41568-023-00642-x.

<u>Contribution to peer-reviewed clinical research publications, participation cited but not by authorship:</u>

[none]

<u>Research Publications, non-peer reviewed:</u>

[none]

<u>Abstracts:</u>

<u>Editorials, Reviews, Chapters, including participation in committee reports (print or other media):</u>

Chodosh LA. Science and the Secret of Life. *Prism* 2:13-18, 1984.

Chodosh LA. Mobility shift DNA-binding assay. In *Current Protocols in Molecular Biology*. Ausubel, F.M. et al., eds. pp. 12.2.1-12.2.10. John Wiley & Sons, 1988.

Chodosh LA. UV crosslinking of proteins to nucleic acids. In *Current Protocols in Molecular Biology*. Ausubel FM et al., eds. pp. 12.5.1-12.5.8. John Wiley & Sons, 1988.

Chodosh LA. Purification of DNA-binding proteins using biotin/streptavidin affinity systems. In *Current Protocols in Molecular Biology*. Ausubel, F.M. et al., eds. pp. 12.6.1-12.6.9. John Wiley & Sons, 1988.

Chodosh LA and Buratowski S. Purification of DNA-binding proteins using biotin/streptavidin affinity systems. In *Current Protocols in Protein Science*. Coligan JE. et al., eds. pp. 9.7.1-9.7.13. John Wiley & Sons, 1998.

Chodosh LA. My Life As a Dog: Chronicles of the M.D.-Ph.D. graduate. *Harvard Medical Alumni Bulletin* 71:38-45, 1998.

Chodosh LA. Breast cancer: Molecular genetics, pathogenesis, and therapeutics. *New England Journal of Medicine*. 341:1244, 1999.

Chodosh LA and Buratowski S. Mobility shift DNA-binding assay using gel electrophoresis. In *Current Protocols in Pharmacology*. Taylor G, ed. Unit 6.8. John Wiley & Sons, 2001.

Wysolmerski JJ and Chodosh LA. Endocrine influences on mammary development and breast cancer risk. *Journal of Mammary Gland Biology and Neoplasia*, 7:1-2, 2002.

Chodosh LA. The reciprocal dance between cancer and development. *New England Journal of Medicine* 347:134-136, 2002.

Master SR and Chodosh LA. Evolving views of involution. *Breast Cancer Research*, 6:89-92, 2004.

Chodosh LA. Modeling human cancers in mice. *Cancer Biology & Therapy,* 4:255-256, 2005.

Chodosh LA and Cardiff RD. In vivo imaging of the mammary gland: the shape of things to come. *Journal of Mammary Gland Biology and Neoplasia*, 11:101-102, 2006.

Alvarez JV, Perez D and Chodosh LA. mILC-ing the mouse mammary gland: a model for invasive lobular carcinoma. *Cancer Cell*, 10:347-349, 2006.

Vernon AE, Bakewell SJ and Chodosh LA. Deciphering the molecular basis of breast cancer metastasis with mouse models. *Reviews in Endocrine and Metabolic Disorders*, 8:199-213, 2007.

Alvarez JV, Yeh ES, Feng Y and Chodosh LA. Oncogene addiction: mouse models and clinical relevance for molecularly targeted therapies. In: *Genetically-engineered Mice for Cancer Research: design, analysis, pathways, validation and pre-clinical testing*, 2011.

Chodosh LA. Breast cancer: current state and future promise. *Breast Cancer Research*, 13:113, 2011.

Yeh ES, Vernon-Grey A, Martin H and Chodosh LA. Tetracyline-regulated mouse models of cancer. In: Mouse Models of Cancer: A Laboratory Manual. Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY. Abate-Shen C, Politi K, Chodosh LA and Olive KP, eds. 8:125-142, 2014.

DeMichele A and Chodosh LA. "Braking" the cycle of resistance in endocrine therapy for breast cancer. *Clinical Cancer Research* 21:4999-5001, 2015.

Books:

Mouse Models of Cancer: A Laboratory Manual. Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY. Abate-Shen C, Politi K, Chodosh LA and Olive KP, eds. 2014.

Alternative Media:

[none]

Patents:

Chodosh, LA: U.S. entitled: "Hormonally Up-Regulated, Neu-Tumor-Associated Kinase". Patent Nos.: 7,119,185 and 7,368,113.

Chodosh, LA: U.S. entitled: "Pregnancy, Up-Regulated Non-Ubiquitous CaM Kinase". Patent Nos.: 7,041,495 and 7,741,111.

Chodosh, LA and Chislock E. entitled: "Flow Cytometry-Based Platform for the Detection, Enumeration, and Isolation of Disseminated Tumor Cells in Bone Marrow Aspirates". Patent No.12111317.

# Attachment 2

Testimony List – Lewis A. Chodosh, M.D., Ph.D.
1/6/2022 – 1/6/2026

1. Valsartan Products Liability Litigation, Medical Monitoring Class Action Complaint (deposition) – 3/10/2022
2. Willowbrook Ethylene Oxide Litigation, (IL) (deposition) - 5/5/2022
3. Ranitidine Products Liability Litigation, MDL 2924 (deposition) – 5/12/2022
4. In re: Zantac (Ranitidine) Bayer, et al., v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., (IL) (deposition) – 6/24/2022
5. In re: Zantac (Ranitidine) Litigation (Superior Court of Delaware) (deposition) – 10/23/2023
6. McLendon v. Becton, Dickinson and Company (Gwinnett County, GA) (deposition) – 3/29/2024
7. Walker v. Becton, Dickinson and Company (Gwinnett County, GA) (deposition) – 12/6/2024
8. Sadler v. Banner Supply Co., et al. (Miami-Dade, FL) (deposition) – 12/30/2024
9. Walker v. Becton, Dickinson and Company (Gwinnett County, GA) (trial) – 4/28/2025
10. In re: Valsartan Products Liability Litigation, MDL 2875 (deposition) Roberts – 5/16/2025
11. Miller v. Becton, Dickinson and Company (Gwinnett County, GA) (deposition) – 8/18/2025

## Materials Considered List



| | |
|---|---|
| 1 | Adams JD, O'Mara-Adams KJ and Hoffmann D. Toxic and carcinogenic agents in undiluted mainstream smoke and sidestream smoke of different types of cigarettes. *Carcinogenesis* 8, 729–731 (1987). |
| 2 | Adamson RH and Chabner BA. The Finding of N-Nitrosodimethylamine in Common Medicines. *Oncologist* 25, 460–462 (2020). |
| 3 | Adkins B, Jr., Van Stee EW, Simmons JE and Eustis SL. Oncogenic response of strain A/J mice to inhaled chemicals. *J Toxicol Environ Health* 17, 311–322 (1986). |
| 4 | *Agency for Toxic Substances and Disease Registry* (ATSDR). (2022). ToxGuide for Di(2-ethylhexyl)phthalate (DEHP) (CAS #117-81-7). U.S. Department of Health and Human Services, Public Health Service. https://www.atsdr.cdc.gov |
| 5 | *Agency for Toxic Substances and Disease Registry.* (ATSDR). ToxGuide for N-Nitrosodimethylamine (NDMA). U.S. Department of Health and Human Services, Apr. 1999. CAS #62-75-9. https://www.atsdr.cdc.gov. |
| 6 | *Agency for Toxic Substances and Disease Registry.* (ATSDR). Toxicological Profile for Di(2-ethylhexyl)phthalate (DEHP). U.S. Department of Health and Human Services, Public Health Service, Jan. 2022. https://www.atsdr.cdc.gov |
| 7 | *Agency for Toxic Substances and Disease Registry.* (ATSDR). Toxicological Profile for Diethyl Phthalate. U.S. Department of Health and Human Services, Public Health Service, June 1995. https://www.atsdr.cdc.gov. |
| 8 | *Agency for Toxic Substances and Disease Registry.* (ATSDR). Toxicological Profile for N-Nitrosodimethylamine (NDMA). U.S. Department of Health and Human Services, Apr. 2023. https://www.atsdr.cdc.gov. |
| 9 | *Agency for Toxic Substances and Disease Registry.* (ATSDR).Toxicological Profile for N-Nitrosodimethylamine. (NDMA). U.S. Public Health Service, Dec. 1989. https://www.atsdr.cdc.gov. |
| 10 | Aglan, Mohamed A., and Ghada N. Mansour. "Hair straightening products and the risk of occupational formaldehyde exposure in hairstylists." Drug and chemical toxicology 43.5 (2020): 488-495. |
| 11 | Aiub CA, Gadermaier G, Silva IO, Felzenszwalb I, Pinto LF, Ferreira F and Eckl P. N-nitrosodiethylamine genotoxicity evaluation: a cytochrome P450 induction study in rat hepatocytes. *Genet Mol Res* 10, 2340–2348 (2011). |
| 12 | Alsohaimi IH, Khan MR, Ali HM, Azam M, Alammari AM. Solvent extraction and gas chromatography-mass spectrometric determination of probable carcinogen 1,4-dioxane in cosmetic products. Sci Rep. 2020 Mar 23;10(1):5214. doi: 10.1038/s41598-020-62149-x. PMID: 32251326; PMCID: PMC7090059. |
| 13 | Alva-Gallegos R, Carazo A, Mladěnka P. Toxicity overview of endocrine disrupting chemicals interacting in vitro with the oestrogen receptor. Environ Toxicol Pharmacol. 2023 Apr;99:104089. doi: 10.1016/j.etap.2023.104089. Epub 2023 Feb 24. PMID: 36841273. |
| 14 | Andersen, F. A. (2008). Final amended report on the safety assessment of methylparaben, ethylparaben, propylparaben, isopropylparaben, butylparaben, isobutylparaben, and benzylparaben as used in cosmetic products. International Journal of Toxicology, 27(Suppl 4), 1–82. (PMID: 19101832) |

| | |
|---|---|
| 15 | Anderson LM, Souliotis VL, Chhabra SK, Moskal TJ, Harbaugh SD and Kyrtopoulos SA. N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. *Int J Cancer* 66, 130–134 (1996). |
| 16 | Arai M, Aoki Y, Nakanishi K, Miyata Y, Mori T and Ito N. Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. *Gan* 70, 549–558 (1979). |
| 17 | Arcos JC, Argus MF and Mathison JB. Hepatic carcinogenesis threshold and biphasic mitochondrial swelling response in the guinea-pig during diethylnitrosamine administration. *Experientia* 25, 296–298 (1969). |
| 18 | Arimoto-Kobayashi S, Kaji K, Sweetman GM and Hayatsu H. Mutation and formation of methyl- and hydroxylguanine adducts in DNA caused by N-nitrosodimethylamine and N-nitrosodiethylamine with UVA irradiation. *Carcinogenesis* 18, 2429–2433 (1997). |
| 19 | Arzumanyan A, Reis HM and Feitelson MA. Pathogenic mechanisms in HBV- and HCV-associated hepatocellular carcinoma. *Nat Rev Cancer* 13, 123–135 (2013). |
| 20 | ATSDR. Tox/FAQ n-nitrosodimethylamine CAS #62-75-9. (1999). |
| 21 | Australia NICNAS, Existing chemical hazard Assessment report: Dimethyl Phthalate. June 2008. |
| 22 | Australia NICNAS, Priority existing chemical assessment report: Diethyl Phthalate. Nov 2011. |
| 23 | EFSA. Endogenous formaldehyde turnover in humans compared with exogenous contribution from food sources. *EFSA J* 12, 3350 (2014). |
| 24 | Bailey JT, Chang CJ, Gaston SA, Jackson CL, Sandler DP, O'Brien KM, White AJ. Use of hair straighteners and chemical relaxers and incidence of non-reproductive cancers. J Natl Cancer Inst. 2025 Sep 30:djaf280. |
| 25 | Barr L, Metaxas G, Harbach CA, Savoy LA and Darbre PD. Measurement of paraben concentrations in human breast tissue at serial locations across the breast from axilla to sternum. *J Appl Toxicol* 32, 219–232 (2012). |
| 26 | Belfiore A, Perks CM. Grand challenges in cancer endocrinology: endocrine related cancers, an expanding concept. Front Endocrinol (Lausanne). 2013 Oct 8;4:141. doi: 10.3389/fendo.2013.00141. PMID: 24115945; PMCID: PMC3792368. |
| 27 | Benedict B, Kristensen SM, Duxin JP. What are the DNA lesions underlying formaldehyde toxicity? DNA Repair (Amst). 2024 Jun;138:103667. doi: 10.1016/j.dnarep.2024.103667. Epub 2024 Mar 7. PMID: 38554505. |
| 28 | Bertrand KA, Delp L, Coogan PF, Cozier YC, Lenzy YM, Rosenberg L and Palmer JR. Hair relaxer use and risk of uterine cancer in the Black Women's Health Study. *Environ Res* 239, 117228 (2023). |
| 29 | Bethea TN, Palmer JR, Adams-Campbell LL, Rosenberg L. A prospective study of reproductive factors and exogenous hormone use in relation to ovarian cancer risk among Black women. Cancer Causes Control. 2017 May;28(5):385-391. doi: 10.1007/s10552-016-0840-4. Epub 2016 Dec 27. PMID: 28025764; PMCID: PMC5386825. |
| 30 | Biaudet H, Mavelle T and Debry G. Mean daily intake of N-nitrosodimethylamine from foods and beverages in France in 1987-1992. *Food Chem Toxicol* 32, 417–421 (1994). |

| | |
|---|---|
| 31 | Biesterbos JW, Dudzina T, Delmaar CJ, Bakker MI, Russel FG, von Goetz N, Scheepers PT, Roeleveld N. Usage patterns of personal care products: important factors for exposure assessment. Food Chem Toxicol. 2013 May;55:8-17. doi: 10.1016/j.fct.2012.11.014. Epub 2012 Nov 19. PMID: 23174517. |
| 32 | Biller VS, Leitzmann MF, Sedlmeier AM, Berger FF, Ortmann O, Jochem C. Sedentary behaviour in relation to ovarian cancer risk: a systematic review and meta-analysis. Eur J Epidemiol. 2021 Aug;36(8):769-780. doi: 10.1007/s10654-020-00712-6. Epub 2021 Jan 25. PMID: 33492550; PMCID: PMC8417015. |
| 33 | Bingham SA, Hughes R and Cross AJ. Effect of white versus red meat on endogenous N-nitrosation in the human colon and further evidence of a dose response. *J Nutr* 132, 3522S–3525S (2002). |
| 34 | Blair RM, Fang H, Branham WS, Hass BS, Dial SL, Moland CL, Tong W, Shi L, Perkins R and Sheehan DM. The estrogen receptor relative binding affinities of 188 natural and xenochemicals: structural diversity of ligands. *Toxicol Sci* 54, 138–153 (2000). |
| 35 | Boice JD, Jr. Radiation and breast carcinogenesis. *Med Pediatr Oncol* 36, 508–513 (2001). |
| 36 | Bokhman, J.V., Two pathogenetic types of endometrial carcinoma. Gynecol Oncol, 1983. 15(1): p. 10-7. |
| 37 | Boobis A, Budinsky R, Collie S, Crofton K, Embry M, Felter S, Hertzberg R, Kopp D, Mihlan G, Mumtaz M, Price P, Solomon K, Teuschler L, Yang R, Zaleski R. Critical analysis of literature on low-dose synergy for use in screening chemical mixtures for risk assessment. Crit Rev Toxicol. 2011 May;41(5):369-83. doi: 10.3109/10408444.2010.543655. Epub 2011 Feb 10. PMID: 21309635. |
| 38 | Bornkamm GW. Epstein-Barr virus and its role in the pathogenesis of Burkitt's lymphoma: an unresolved issue. *Semin Cancer Biol* 19, 351–365 (2009). |
| 39 | Braun JM, Just AC, Williams PL, Smith KW, Calafat AM, Hauser R. Personal care product use and urinary phthalate metabolite and paraben concentrations during pregnancy among women from a fertility clinic. J Expo Sci Environ Epidemiol. 2014 Sep-Oct;24(5):459-66. |
| 40 | Brinton, L. A. et al. Skin lighteners and hair relaxers as risk factors for breast cancer: results from the Ghana breast health study. Carcinogenesis 39, 571–579 (2018). |
| 41 | Bryan NS, Rassaf T, Maloney RE, Rodriguez CM, Saijo F, Rodriguez JR and Feelisch M. Cellular targets and mechanisms of nitros(yl)ation: an insight into their nature and kinetics in vivo. *Proc Natl Acad Sci U S A* 101, 4308–4313 (2004). |
| 42 | Byun D, Hong S, Ryu S, Nam Y, Jang H, Cho Y, Keum N, Oh H. Early-life body mass index and risks of breast, endometrial, and ovarian cancers: a dose-response meta-analysis of prospective studies. Br J Cancer. 2022 Mar;126(4):664-672. doi: 10.1038/s41416-021-01625-1. Epub 2021 Nov 12. PMID: 34773099; PMCID: PMC8854408. |
| 43 | California Environmental Protection Agency. Work Plan Implementation: Chemicals in Hair Straightening Products Background Document. May 24, 2021. |
| 44 | Camacho L, Lewis SM, Vanlandingham MM, Olson GR, Davis KJ, Patton RE, Twaddle NC, Doerge DR, Churchwell MI, Bryant MS, McLellen FM, Woodling KA, Felton RP, Maisha MP, Juliar BE, Gamboa da Costa G and Delclos KB. A two-year toxicology study of bisphenol A (BPA) in Sprague-Dawley rats: CLARITY-BPA core study results. *Food Chem Toxicol* 132, 110728 (2019). |

| | |
|---|---|
| 45 | Health Canada. Guidelines for Canadian Drinking Water Quality: Guideline Technical Document N-Nitrosodimethylamine (NDMA). (Minister of Health, 2011). |
| 46 | Health Canada. Health Canada updates Canadians on estimates of health risks for recalled valsartan drugs containing NDMA. (2018). |
| 47 | Cancer Genome Atlas Research Network. Electronic address aadhe and Cancer Genome Atlas Research N. Integrated Genomic Characterization of Pancreatic Ductal Adenocarcinoma. *Cancer Cell* 32, 185–203 e113 (2017). |
| 48 | Cancer Genome Atlas Research Network. The Molecular Taxonomy of Primary Prostate Cancer. *Cell* 163, 1011–1025 (2015). |
| 49 | Caserta, D., et al., Endocrine Disruptors and Endometrial Cancer: Molecular Mechanisms of Action and Clinical Implications, a Systematic Review. Int J Mol Sci, 2022. 23(6). |
| 50 | Cathey, A. L., Nguyen, V. K., Colacino, J. A., Woodruff, T. J., Reynolds, P., & Aung, M. T. (2023). Exploratory profiles of phenols, parabens, and per- and polyfluoroalkyl substances among NHANES study participants in association with previous cancer diagnoses. *Journal of Exposure Science & Environmental Epidemiology, 33*(4), 687–698. |
| 51 | CDC Personal Care and Consumer Product Chemicals and Metabolites. National Report on Human Exposure to Environmental Chemicals (2016). |
| 52 | CDC. Phthalate and Phthalate Alternative Metabolites. National Report on Human Exposure to Environmental Chemicals (2019). |
| 53 | Cha HJ, Bae S, Kim K, Kwon SB, An IS, Ahn KJ, Ryu J, Kim HS, Ye SK, Kim BH and An S. Overdosage of methylparaben induces cellular senescence in vitro and in vivo. *J Invest Dermatol* 135, 609–612 (2015). |
| 54 | Chang CJ, O'Brien KM, Keil AP, Gaston SA, Jackson CL, Sandler DP and White AJ. Use of Straighteners and Other Hair Products and Incident Uterine Cancer. *J Natl Cancer Inst* 114, 1636–1645 (2022). |
| 55 | Chang CJ, O'Brien KM, Kresovich JK, Nwanaji-Enwerem JC, Xu Z, Gaston SA, Jackson CL, Sandler DP, Taylor JA, White AJ. Associations between use of chemical hair products and epigenetic age: Findings from the Sister Study. Environ Epidemiol. 2024 May 17;8(3):e311. doi: 10.1097/EE9.0000000000000311. PMID: 38799263; PMCID: PMC11115975. |
| 56 | Chang, Che-Jung, et al. "Use of personal care product mixtures and incident hormone-sensitive cancers in the Sister Study: a US-wide prospective cohort." Environment international 183 (2024): 108298. |
| 57 | Cherian P, Zhu J, Bergfeld WF, Belsito DV, Hill RA, Klaassen CD, Liebler DC, Marks JG, Jr., Shank RC, Slaga TJ, Snyder PW and Heldreth B. Amended Safety Assessment of Parabens as Used in Cosmetics. *Int J Toxicol* 39, 5S–97S (2020). |
| 58 | Chlebowski RT, Aragaki AK, Pan K, Haque R, Rohan TE, Song M, Wactawski-Wende J, Lane DS, Harris HR, Strickler H, Kauntiz AM and Runowicz CD. Menopausal Hormone Therapy and Ovarian and Endometrial Cancers: Long-Term Follow-Up of the Women's Health Initiative Randomized Trials. *J Clin Oncol* 42, 3537–3549 (2024). |
| 59 | Chlebowski, R.T., et al., Menopausal Hormone Therapy and Ovarian and Endometrial Cancers: Long-Term Follow-Up of the Women's Health Initiative Randomized Trials. J Clin Oncol, 2024. 42(30): p. 3537-3549. |

| | |
|---|---|
| 60 | Choi NR, Kim YP, Ji WH, Hwang GS, Ahn YG. Identification and quantification of seven volatile n-nitrosamines in cosmetics using gas chromatography/chemical ionization-mass spectrometry coupled with head space-solid phase microextraction. Talanta. 2016;148:69-74. doi: 10.1016/j.talanta.2015.10.045. Epub 2015 Oct 23. PMID: 26653425. |
| 61 | Collaborative Group On Epidemiological Studies Of Ovarian Cancer; Beral V, Gaitskell K, Hermon C, Moser K, Reeves G, Peto R. Menopausal hormone use and ovarian cancer risk: individual participant meta-analysis of 52 epidemiological studies. Lancet. 2015 May 9;385(9980):1835-42. doi: 10.1016/S0140-6736(14)61687-1. Epub 2015 Feb 13. PMID: 25684585; PMCID: PMC4427760. |
| 62 | Coogan, P. F. et al. Hair product use and breast cancer incidence in the Black Women's Health Study. Carcinogenesis 42, 924–930 (2021). |
| 63 | Corbett GA, et al. (2022). Nutritional interventions to ameliorate the effect of endocrine disruptors on human reproductive health: A semi-structured review from FIGO. *Int J Gynecol Obstet*, 157:489–501. https://doi.org/10.1002/ijgo.14126 |
| 64 | Cosmetic Ingredient Review (CIR) Expert Panel. (1985). Final report on the safety assessment of dibutyl phthalate, dimethyl phthalate, and diethyl phthalate. Journal of the American College of Toxicology, 4(3), 267–303. https://cir-reports.cir-safety.org/view-attachment/?id=5800936e-8d74-ec11-8943-0022482f06a6 |
| 65 | Cosmetic Ingredient Review (CIR) Expert Panel. (2005). Annual review of cosmetic ingredient safety assessments 2002/2003. International Journal of Toxicology, 24(Suppl. 1), 1–102. https://doi.org/10.1080/10915810590953890 |
| 66 | Cosmetic Ingredient Review (CIR) Expert Panel. (2019, October 7). Amended safety assessment of parabens as used in cosmetics: Final report. Cosmetic Ingredient Review. https://www.cir-safety.org/ |
| 67 | Cosmetic Ingredient Review Expert Panel. Final amended report on the safety assessment of Methylparaben, Ethylparaben, Propylparaben, Isopropylparaben, Butylparaben, Isobutylparaben, and Benzylparaben as used in cosmetic products. *Int J Toxicol* 27 Suppl 4, 1–82 (2008). |
| 68 | Crosbie EJ, Kitson SJ, McAlpine JN, Mukhopadhyay A, Powell ME, Singh N. Endometrial cancer. Lancet. 2022 Apr 9;399(10333):1412-1428. doi: 10.1016/S0140-6736(22)00323-3. PMID: 35397864. |
| 69 | Cross AJ, Pollock JR and Bingham SA. Haem, not protein or inorganic iron, is responsible for endogenous intestinal N-nitrosation arising from red meat. *Cancer Res* 63, 2358–2360 (2003). |
| 70 | De Coster S, van Larebeke N. Endocrine-disrupting chemicals: associated disorders and mechanisms of action. J Environ Public Health. 2012;2012:713696. doi: 10.1155/2012/713696. Epub 2012 Sep 6. PMID: 22991565; PMCID: PMC3443608. |
| 71 | De Sá Dias, T. C., Baby, A. R., Kaneko, T. M. & Velasco, M. V. R. Relaxing/straightening of Afro-ethnic hair: historical overview. J. Cosmet. Dermatol. 6, 2–5 (2007). |
| 72 | Dekant W, Scialli AR, Plotzke K and Klaunig JE. Biological relevance of effects following chronic administration of octamethylcyclotetrasiloxane (D4) in Fischer 344 rats. *Toxicol Lett* 279 Suppl 1, 42–53 (2017). |
| 73 | Desjardins R, Fournier M, Denizeau F and Krzystyniak K. Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. J Toxicol Environ Health 37, 351–361 (1992). |

| | |
|---|---|
| 74 | Diamanti-Kandarakis E, Bourguignon JP, Giudice LC, Hauser R, Prins GS, Soto AM, Zoeller RT and Gore AC. Endocrine-disrupting chemicals: an Endocrine Society scientific statement. *Endocr Rev* 30, 293–342 (2009). |
| 75 | Dich J, Jarvinen R, Knekt P and Penttila PL. Dietary intakes of nitrate, nitrite and NDMA in the Finnish Mobile Clinic Health Examination Survey. *Food Addit Contam* 13, 541–552 (1996). |
| 76 | Dodson, R, et al. Formaldehyde and Formaldehyde Releasing preservatives in personal care products used by black women and Latinas. Environ. Sci. Technol. Lett. 2025, 12, 9, 1205–1210 |
| 77 | Dogan, S., et al., Traces of intact paraben molecules in endometrial carcinoma. Environ Sci Pollut Res Int, 2019. 26(30): p. 31158-31165. |
| 78 | D'Souza S, Lau KC, Coffin CS and Patel TR. Molecular mechanisms of viral hepatitis induced hepatocellular carcinoma. *World J Gastroenterol* 26, 5759–5783 (2020). |
| 79 | Eberle, C. E., Sandler, D. P., Taylor, K. W. & White, A. J. Hair dye and chemical straightener use and breast cancer risk in a large US population of black and white women. Int. J. Cancer 147, 383–391 (2020). |
| 80 | Ellwanger B, Schüler-Toprak S, Jochem C, Leitzmann MF, Baurecht H. Anthropometric factors and the risk of ovarian cancer: A systematic review and meta-analysis. Cancer Rep (Hoboken). 2022 Nov;5(11):e1618. doi: 10.1002/cnr2.1618. Epub 2022 Apr 5. PMID: 35384414; PMCID: PMC9675384. |
| 81 | EMA. Lessons Learnt from Presence of N-nitrosamine Impurities in Sartan Medicines. (2020). |
| 82 | EMA. Nitrosamine impurities in human medicinal products. Article 5(3) of Regulation EC (No) 726/2004 (2004). |
| 83 | Endocrine Society. Impact of EDCs on Hormone Sensitive Cancer. https://www.endocrine.org/topics/edc/what-edcs-are/common-edcs/cancer |
| 84 | Engeli RT, Rohrer SR, Vuorinen A, Herdlinger S, Kaserer T, Leugger S, Schuster D and Odermatt A. Interference of Paraben Compounds with Estrogen Metabolism by Inhibition of 17beta-Hydroxysteroid Dehydrogenases. *Int J Mol Sci* 18(2017). |
| 85 | Environmental Protection Agency (EPA). (2025). Cancer Human Health Hazard Assessment for Di(2-ethylhexyl) Phthalate (DEHP), Dibutyl Phthalate (DBP), Butyl Benzyl Phthalate (BBP), Diisobutyl Phthalate (DIBP), and Dicyclohexyl Phthalate (DCHP) (EPA Document # EPA-740-R-25-029). |
| 86 | EPA (2025). Revised Draft Human Health Hazard Assessment for Formaldehyde (CASRN 50-00-0). Available at https://www.epa.gov/system/files/documents/2025-12/8-formaldehyde-revised-draft-human-health-hazard-assessment-for-formaldehyde-public-release-december-2025.pdf |
| 87 | EPA 2025 - Environmental Protection Agency (EPA). (2025). Draft Cancer Human Health Hazard Assessment for Di(2-ethylhexyl) Phthalate (DEHP), Dibutyl Phthalate (DBP), Butyl Benzyl Phthalate (BBP), Diisobutyl Phthalate (DIBP), and Dicyclohexyl Phthalate (DCHP). |
| 88 | EPA IRIS. Evaluation of the Inhalation Carcinogenicity of Ethylene Oxide. (2016). |
| 89 | EPA. Guidelines for carcinogenic risk assessment. (ed. USEPA) (Washington, D.C., 1986). |

| | |
|---|---|
| 90 | EPA. Integrated risk information system chemical assessment summary Diethyl phthlate, 1988. Available from: https://iris.epa.gov/static/pdfs/0226_summary.pdf. |
| 91 | EPA. Integrated risk information system chemical assessment summary Dimethyl phthlate, 1988. Available from: https://iris.epa.gov/static/pdfs/0353_summary.pdf. |
| 92 | EPA. N-Nitrosodimethylamine. (2000). |
| 93 | EPA. Technical Fact Sheet N-Nitroso-dimethylamine (NDMA). (2014). |
| 94 | EU. SCCNFP. Opinion of the Scientific Committee on Cosmetic Products and Non-Food Products Intended for Consumers. Diethyl Phthalate. 2002. |
| 95 | European Commission Scientific Committee on Consumer Safety . Opinion on buylparaben. (2023). |
| 96 | European Commission Scientific Committee on Consumer Safety. Opinion on methylparaben. (2024). |
| 97 | European Commission Scientific Committee on Consumer Safety. Opinion on propylparaben. (2020). |
| 98 | European Medicines Agency. Lessons Learnt from Presence of N-nitrosamine Impurities in Sartan Medicines. (2020). |
| 99 | European Medicines Agency. Nitrosamine impurities in human medicinal products. Article 5(3) of Regulation EC (No) 726/2004. (2004). |
| 100 | Fahrer J and Kaina B. O6-methylguanine-DNA methyltransferase in the defense against N-nitroso compounds and colorectal cancer. *Carcinogenesis* 34, 2435–2442 (2013). |
| 101 | Fahrer J, Frisch J, Nagel G, Kraus A, Dorsam B, Thomas AD, Reissig S, Waisman A and Kaina B. DNA repair by MGMT, but not AAG, causes a threshold in alkylation-induced colorectal carcinogenesis. *Carcinogenesis* 36, 1235–1244 (2015). |
| 102 | Fan TY, Goff U, Song L, Fine DH, Arsenault GP, Biemann K. N-Nitrosodiethanolamine in cosmetics, lotions and shampoos. Food Cosmet Toxicol. 1977 Oct;15(5):423-30. doi: 10.1016/s0015-6264(77)80007-2. PMID: 598793. |
| 103 | Farooq, H., Mhatre, P., Aggarwal, R., Robinson, M. T., Joseph, E., Segars, J., & Singh, B. (2024). A systematic review of association between use of hair products and benign and malignant gynecological conditions. European Journal of Obstetrics & Gynecology and Reproductive Biology, 295, 160–171. (PMID: 38364603) |
| 104 | FDA. FDA statement on new testing results, including low levels of impurities in ranitidine drugs. (2019). |
| 105 | FDA. Laboratory analysis of valsartan products. (2020). |
| 106 | FDA. Control of Nitrosamine Impurities in Human Drugs. (2020). |
| 107 | Fennell TR and Brown CD. A physiologically based pharmacokinetic model for ethylene oxide in mouse, rat, and human. *Toxicol Appl Pharmacol* 173, 161–175 (2001). |
| 108 | Ferguson KK, Colacino JA, Lewis RC, Meeker JD. Personal care product use among adults in NHANES: associations between urinary phthalate metabolites and phenols and use of mouthwash and sunscreen. J Expo Sci Environ Epidemiol. 2017 May;27(3):326-332. doi: 10.1038/jes.2016.27. Epub 2016 May 11. PMID: 27168391; PMCID: PMC5376243. |

| | |
|---|---|
| 109 | Fiume, M., & Heldreth, B. (2017). 40th anniversary overview and rereview summaries from 2011 to 2015. International Journal of Toxicology, 36(Supplement 2), 14S–58S. https://doi.org/10.1177/1091581817726742 |
| 110 | Florian J, Matta MK, DePalma R, Gershuny V, Patel V, Hsiao CH, Zusterzeel R, Rouse R, Prentice K, Nalepinski CG, Kim I, Yi S, Zhao L, Yoon M, Selaya S, Keire D, Korvick J and Strauss DG. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. *JAMA* 326, 240–249 (2021). |
| 111 | Food and Drug Administration (FDA). (2025, August 1). 21 CFR § 184.1490 - Methylparaben. In Code of Federal Regulations Title 21: Food and Drugs. https://www.ecfr.gov/current/title-21/section-184.1490 |
| 112 | Food and Drug Administration (FDA). (2025, August 1). 21 CFR § 184.1670 - Propylparaben. In Code of Federal Regulations Title 21: Food and Drugs. https://www.ecfr.gov/current/title-21/section-184.1670 |
| 113 | Food and Drug Administration (FDA). Formaldehyde in Hair Smoothing Products: What You Should Know. 2021. https://www.fda.gov/consumers/consumer-updates/formaldehyde-hair-smoothing-products-what-you-should-know |
| 114 | Fransway AF, Fransway PJ, Belsito DV and Yiannias JA. Paraben Toxicology. *Dermatitis* 30, 32–45 (2019). |
| 115 | Friberg S and Mattson S. On the growth rates of human malignant tumors: implications for medical decision making. *J Surg Oncol* 65, 284–297 (1997). |
| 116 | Fristachi A and Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. *Journal of Water and Health* 5, 341–355 (2007). |
| 117 | Galli CL, Bettin F, Metra P, Fidente P, De Dominicis E, Marinovich M. Novel analytical method to measure formaldehyde release from heated hair straightening cosmetic products: Impact on risk assessment. Regul Toxicol Pharmacol. 2015 Aug;72(3):562-8. doi: 10.1016/j.yrtph.2015.05.010. Epub 2015 May 21. PMID: 26003512. |
| 118 | Garaycoechea JI, Crossan GP, Langevin F, Mulderrig L, Louzada S, Yang F, Guilbaud G, Park N, Roerink S, Nik-Zainal S, Stratton MR and Patel KJ. Alcohol and endogenous aldehydes damage chromosomes and mutate stem cells. *Nature* 553, 171–177 (2018). |
| 119 | Gaston, S. A., James-Todd, T., Harmon, Q., Taylor, K. W., Baird, D., & Jackson, C. L. (2020). Chemical/straightening and other hair product usage during childhood, adolescence, and adulthood among African-American women: Potential implications for health. *Journal of Exposure Science & Environmental Epidemiology, 30*(1), 86–96. https://doi.org/10.1038/s41370-019-0186-6 |
| 120 | Geczik AM, Falk RT, Xu X, Wiafe-Addai B, Yarney J, Awuah B, Biritwum R, Vanderpuye V, Dedey F, Adjei E, Aitpillah F, Osei-Bonsu E, Oppong J, Titiloye N, Edusei L, Nyarko K, Clegg-Lamptey JN, Wiafe S, Ansong D, Ahearn TU, Figueroa J, Garcia-Closas M, Brinton LA and Trabert B. Relation of circulating estrogens with hair relaxer and skin lightener use among postmenopausal women in Ghana. *J Expo Sci Environ Epidemiol* 33, 301–310 (2023). |
| 121 | Giam CZ. HTLV-1 Replication and Adult T Cell Leukemia Development. *Recent Results Cancer Res* 217, 209–243 (2021). |
| 122 | Gocke E and Muller L. In vivo studies in the mouse to define a threshold for the genotoxicity of EMS and ENU. *Mutat Res* 678, 101–107 (2009). |

| | |
|---|---|
| 123 | Goldberg, M. et al. Personal Care Product Use during Puberty and Incident Breast Cancer among Black, Hispanic/Latina, and White Women in a Prospective US-Wide Cohort. Environ. Heal. Perspect. 132, 27001 (2024). |
| 124 | Golden R, Gandy J and Vollmer G. A review of the endocrine activity of parabens and implications for potential risks to human health. *Crit Rev Toxicol* 35, 435–458 (2005). |
| 125 | Gollapudi BB, Jackson KM and Stott WT. Hepatic lacI and cII mutation in transgenic (lambdaLIZ) rats treated with dimethylnitrosamine. *Mutat Res* 419, 131–135 (1998). |
| 126 | Gollapudi BB, Johnson GE, Hernandez LG, Pottenger LH, Dearfield KL, Jeffrey AM, Julien E, Kim JH, Lovell DP, Macgregor JT, Moore MM, van Benthem J, White PA, Zeiger E and Thybaud V. Quantitative approaches for assessing dose-response relationships in genetic toxicology studies. *Environ Mol Mutagen* 54, 8–18 (2013). |
| 127 | Gollapudi BB, Su S, Li AA, Johnson GE, Reiss R and Albertini RJ. Genotoxicity as a toxicologically relevant endpoint to inform risk assessment: A case study with ethylene oxide. *Environ Mol Mutagen* 61, 852–871 (2020). |
| 128 | Gomez JMR. Benzophenones: How ultraviolet filters can interfere with reproduction. *J Neuroendocrinol* 37, e70088 (2025). |
| 129 | Gomez, E., Pillon, A., Fenet, H., Rosain, D., Duchesne, M. J., Nicolas, J. C., Balaguer, P., & Casellas, C. (2005). Estrogenic activity of cosmetic components in reporter cell lines: Parabens, UV screens, and musks. Journal of Toxicology and Environmental Health, Part A, 68(4), 239–251. https://doi.org/10.1080/15287390590895054 |
| 130 | Goodson, W. H., Lowe, L., Gilbertson, M. & Carpenter, D. O. Testing the low dose mixtures hypothesis from the Halifax project. Rev Environ Health 35, 333-357 (2020). |
| 131 | Gore AC, Chappell VA, Fenton SE, Flaws JA, Nadal A, Prins GS, Toppari J and Zoeller RT. EDC-2: The Endocrine Society's Second Scientific Statement on Endocrine-Disrupting Chemicals. *Endocr Rev* 36, E1–E150 (2015). |
| 132 | Gore AC, Chappell VA, Fenton SE, Flaws JA, Nadal A, Prins GS, Toppari J, Zoeller RT. EDC-2: The Endocrine Society's Second Scientific Statement on Endocrine-Disrupting Chemicals. Endocr Rev. 2015 Dec;36(6):E1-E150. doi: 10.1210/er.2015-1010. Epub 2015 Nov 6. PMID: 26544531; PMCID: PMC4702494. |
| 133 | Grafström RC, Hsu IC, Harris CC. Mutagenicity of formaldehyde in Chinese hamster lung fibroblasts: synergy with ionizing radiation and N-nitroso-N-methylurea. Chem Biol Interact. 1993 Jan;86(1):41-9. doi: 10.1016/0009-2797(93)90110-k. PMID: 8431964. |
| 134 | Grobner SN, Worst BC, Weischenfeldt J, Buchhalter I, Kleinheinz K, Rudneva VA, Johann PD, Balasubramanian GP, Segura-Wang M, Brabetz S, Bender S, Hutter B, Sturm D, Pfaff E, Hubschmann D, Zipprich G, Heinold M, Eils J, Lawerenz C, Erkek S, Lambo S, Waszak S, Blattmann C, Borkhardt A, *et al.* The landscape of genomic alterations across childhood cancers. *Nature* 555, 321–327 (2018). |
| 135 | Guarnotta V, Amodei R, Frasca F, Aversa A and Giordano C. Impact of Chemical Endocrine Disruptors and Hormone Modulators on the Endocrine System. *Int J Mol Sci* 23(2022). |

| | |
|---|---|
| 136 | Guerard M, Baum M, Bitsch A, Eisenbrand G, Elhajouji A, Epe B, Habermeyer M, Kaina B, Martus HJ, Pfuhler S, Schmitz C, Sutter A, Thomas AD, Ziemann C and Froetschl R. Assessment of mechanisms driving non-linear dose-response relationships in genotoxicity testing. *Mutat Res Rev Mutat Res* 763, 181–201 (2015). |
| 137 | Guo Y, Kannan K. A survey of phthalates and parabens in personal care products from the United States and its implications for human exposure. Environ Sci Technol. 2013 Dec 17;47(24):14442-9. |
| 138 | Hanahan D and Weinberg RA. Hallmarks of cancer: the next generation. *Cell* 144, 646–674 (2011). |
| 139 | Hanahan D and Weinberg RA. The hallmarks of cancer. *Cell* 100, 57–70 (2000). |
| 140 | Harley KG, Kogut K, Madrigal DS, Cardenas M, Vera IA, Meza-Alfaro G, She J, Gavin Q, Zahedi R, Bradman A, Eskenazi B and Parra KL. Reducing Phthalate, Paraben, and Phenol Exposure from Personal Care Products in Adolescent Girls: Findings from the HERMOSA Intervention Study. *Environ Health Perspect* 124, 1600–1607 (2016). |
| 141 | Harris, C., The Estrogenic Activity of Phthalate Esters In Vitro. Environ Health Perspect. 1997 Aug;105(8):802-11. |
| 142 | Hartwig A, Arand M, Epe B, Guth S, Jahnke G, Lampen A, Martus HJ, Monien B, Rietjens I, Schmitz-Spanke S, Schriever-Schwemmer G, Steinberg P and Eisenbrand G. Mode of action-based risk assessment of genotoxic carcinogens. *Arch Toxicol* 94, 1787–1877 (2020). |
| 143 | Hatsbach, J.N., Basílio, F.M.A., Mulinari-Brenner, F.A., 2022. Effects of chemical straighteners on the hair shaft and scalp. An. Bras. Dermatol. 97, 193–203. |
| 144 | Health Canada. Guidelines for Canadian Drinking Water Quality: Guideline Technical Document N-Nitrosodimethylamine (NDMA). (Minister of Health, 2011). |
| 145 | Health Canada. Health Canada updates Canadians on estimates of health risks for recalled valsartan drugs containing NDMA. (2018). |
| 146 | Helm JS, Nishioka M, Brody JG, Rudel RA and Dodson RE. Measurement of endocrine disrupting and asthma-associated chemicals in hair products used by Black women. *Environ Res* 165, 448–458 (2018). |
| 147 | Herbst AL, Ulfelder H and Poskanzer DC. Adenocarcinoma of the vagina. Association of maternal stilbestrol therapy with tumor appearance in young women. *N Engl J Med* 284, 878–881 (1971). |
| 148 | Hernandez, A. M., Smith, S. J., Vahora, M. S., Campbell, D., Krevanko, C. F., Lewis, R. C., & Pierce, J. S. (2025). Systematic review of the epidemiology of hair relaxer use and hormone-sensitive reproductive outcomes among Black adult women in the United States. Journal of Applied Toxicology, 0, 1–23. (PMID: 39828620) |
| 149 | Hidajat M, McElvenny DM, Ritchie P, Darnton A, Mueller W, van Tongeren M, Agius RM, Cherrie JW and de Vocht F. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup Environ Med* 76, 250–258 (2019). |
| 150 | Hill AB. The Environment and Disease: Association or Causation? *Proc R Soc Med* 58, 295–300 (1965). |

| | |
|---|---|
| 151 | Hiroi, H., Tsutsumi, O., Takeuchi, T., Momoeda, M., Ikezuki, Y., Okamura, A., Yokota, H., & Taketani, Y. (2004). Differences in serum bisphenol A concentrations in premenopausal normal women and women with endometrial hyperplasia. *Endocrine Journal, 51*(6), 595–600. https://doi.org/10.1507/endocrj.51.595 |
| 152 | Hmeljak J, Sanchez-Vega F, Hoadley KA, Shih J, Stewart C, Heiman D, Tarpey P, Danilova L, Drill E, Gibb EA, Bowlby R, Kanchi R, Osmanbeyoglu HU, Sekido Y, Takeshita J, Newton Y, Graim K, Gupta M, Gay CM, Diao L, Gibbs DL, Thorsson V, Iype L, Kantheti H, *et al.* Integrative Molecular Characterization of Malignant Pleural Mesothelioma. *Cancer Discov* 8, 1548–1565 (2018). |
| 153 | Holtrop G, Johnstone AM, Fyfe C and Gratz SW. Diet composition is associated with endogenous formation of N-nitroso compounds in obese men. *J Nutr* 142, 1652–1658 (2012). |
| 154 | Hord NG, Tang Y and Bryan NS. Food sources of nitrates and nitrites: the physiologic context for potential health benefits. *Am J Clin Nutr* 90, 1–10 (2009). |
| 155 | Hrudey SE and Krewski D. Is there a safe level of exposure to a carcinogen? *Environ Sci Technol* 29, 370A–375A (1995). |
| 156 | Hrudey SE, Bull RJ, Cotruvo JA, Paoli G and Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. *Risk Anal* 33, 2179–2208 (2013). |
| 157 | Hubinger, J. C. (2010). A survey of phthalate esters in consumer cosmetic products. Journal of Cosmetic Science, 61(6), 457–465. |
| 158 | Hughes R, Cross AJ, Pollock JR and Bingham S. Dose-dependent effect of dietary meat on endogenous colonic N-nitrosation. *Carcinogenesis* 22, 199–202 (2001). |
| 159 | Huo D, Anderson D, Palmer JR and Herbst AL. Incidence rates and risks of diethylstilbestrol-related clear-cell adenocarcinoma of the vagina and cervix: Update after 40-year follow-up. *Gynecol Oncol* 146, 566–571 (2017). |
| 160 | Hutcheson RL, Chakravorty A and Sugden B. Burkitt Lymphomas Evolve to Escape Dependencies on Epstein-Barr Virus. *Front Cell Infect Microbiol* 10, 606412 (2020). |
| 161 | Hutt S, Mihaies D, Karteris E, Michael A, Payne AM, Chatterjee J. Statistical Meta-Analysis of Risk Factors for Endometrial Cancer and Development of a Risk Prediction Model Using an Artificial Neural Network Algorithm. Cancers (Basel). 2021 Jul 22;13(15):3689. doi: 10.3390/cancers13153689. PMID: 34359595; PMCID: PMC8345114. |
| 162 | IARC (2000). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Some Industrial Chemicals, Vol 77. Lyon, France: IARC. |
| 163 | IARC. Arsenic, metals, fibres, and dusts. in *Monographs on the Evaluation of Carcinogenic Risks to Humans* 11–465 (2012). |
| 164 | IARC. Chemical agents and related occupations: Ethylene Oxide. Vol. 100F (Lyon, France, 2012). |
| 165 | IARC. Evaluation of the Carcinogenic risk of chemical to humans. Vol 17(1978). |
| 166 | IARC. Formaldehyde, 2-Butoxyethanol and 1-tert-Butoxypropan-2-ol. in *Monographs on the Evaluation of Carcinogenic Risks to Humans*, Vol. 88 39–325 (2006). |
| 167 | IARC. Some chemicals present in industrial and consumer products, food and drinking-water. Vol 101(2013). |

| | |
|---|---|
| 168 | Iodice S, Barile M, Rotmensz N, Feroce I, Bonanni B, Radice P, Bernard L, Maisonneuve P, Gandini S. Oral contraceptive use and breast or ovarian cancer risk in BRCA1/2 carriers: a meta-analysis. Eur J Cancer. 2010 Aug;46(12):2275-84. doi: 10.1016/j.ejca.2010.04.018. Epub 2010 May 27. PMID: 20537530. |
| 169 | IRIS E. Evaluation of the Inhalation Carcinogenicity of Ethylene Oxide. (2016). |
| 170 | Irungu, B.N., Llanos, A.A., Nyangi, M., Olisa, T., Matu, E., Rockson, A., Schaefer, A., Ashrafi, A., Terry, M.B., McDonald, J.A. and Nudelman, J., 2025. Chemicals of concern in select packaged hair relaxers available on the Kenyan market: an examination of ingredient labels and measurement of pH. Frontiers in Public Health, 13, p.1532113. |
| 171 | Iwegbue CMA, Emakunu OS, Obi G, Nwajei GE and Martincigh BS. Evaluation of human exposure to metals from some commonly used hair care products in Nigeria. *Toxicol Rep* 3, 796–803 (2016). |
| 172 | Jahanfar S, Mortazavi J, Lapidow A, Cu C, Al Abosy J, Morris K, Becerra-Mateus JC, Steinfeldt M, Maurer O, Bohang J, Andrenacci P, Badawy M, Ali M. Assessing the impact of contraceptive use on reproductive cancer risk among women of reproductive age-a systematic review. Front Glob Womens Health. 2024 Nov 13;5:1487820. doi: 10.3389/fgwh.2024.1487820. Erratum in: Front Glob Womens Health. 2024 Dec 09;5:1530251. doi: 10.3389/fgwh.2024.1530251. PMID: 39606555; PMCID: PMC115992 |
| 173 | Jain RB. Associations between observed concentrations of ethylene oxide in whole blood and smoking, exposure to environmental tobacco smoke, and cancers including breast cancer: data for US children, adolescents, and adults. *Environ Sci Pollut Res Int* 27, 20912–20919 (2020). |
| 174 | Jaksyzn P, Ibanez R, Pera G, Agudo A, Carcia-Closas, R AP and CA G. Food Content of Potential Carcinogens. *Barcelona: Catalan Institute of Oncology*, (2004). |
| 175 | Jakszyn P, Bingham S, Pera G, Agudo A, Luben R, Welch A, Boeing H, Del Giudice G, Palli D, Saieva C, Krogh V, Sacerdote C, Tumino R, Panico S, Berglund G, Siman H, Hallmans G, Sanchez MJ, Larranaga N, Barricarte A, Chirlaque MD, Quiros JR, Key TJ, Allen N, *et al.* Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. *Carcinogenesis* 27, 1497–1501 (2006). |
| 176 | Jakszyn P, Gonzalez CA, Lujan-Barroso L, Ros MM, Bueno-de-Mesquita HB, Roswall N, Tjonneland AM, Buchner FL, Egevad L, Overvad K, Raaschou-Nielsen O, Clavel-Chapelon F, Boutron-Ruault MC, Touillaud MS, Chang-Claude J, Allen NE, Kiemeney LA, Key TJ, Kaaks R, Boeing H, Weikert S, Trichopoulou A, Oikonomou E, Zylis D, *et al.* Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). *Cancer Epidemiol Biomarkers Prev* 20, 555–559 (2011). |
| 177 | James-Todd T, Connolly L, Preston EV, Quinn MR, Plotan M, Xie Y, Gandi B, Mahalingaiah S. Hormonal activity in commonly used Black hair care products: evaluating hormone disruption as a plausible contribution to health disparities. J Expo Sci Environ Epidemiol. 2021 May;31(3):476-486. doi: 10.1038/s41370-021-00335-3. Epub 2021 May 6. PMID: 33958708; PMCID: PMC8812815. |
| 178 | James-Todd T, Senie R, Terry MB. Racial/ethnic differences in hormonally-active hair product use: a plausible risk factor for health disparities. J Immigr Minor Health. 2012 Jun;14(3):506-11. doi: 10.1007/s10903-011-9482-5. PMID: 21626298. |

| | |
|---|---|
| 179 | James-Todd T, Terry MB, Rich-Edwards J, Deierlein A, Senie R. Childhood hair product use and earlier age at menarche in a racially diverse study population: a pilot study. Ann Epidemiol. 2011 Jun;21(6):461-5. |
| 180 | Jean PA and Plotzke KP. Chronic toxicity and oncogenicity of octamethylcyclotetrasiloxane (D(4)) in the Fischer 344 rat. *Toxicol Lett* 279 Suppl 1, 75–97 (2017). |
| 181 | Jean PA, Plotzke KP and Scialli AR. Chronic toxicity and oncogenicity of decamethylcyclopentasiloxane in the Fischer 344 Rat. *Regul Toxicol Pharmacol* 74 Suppl, S57–66 (2016). |
| 182 | Johnson GE, Dobo K, Gollapudi B, Harvey J, Kenny J, Kenyon M, Lynch A, Minocherhomji S, Nicolette J, Thybaud V, Wheeldon R and Zeller A. Permitted daily exposure limits for noteworthy N-nitrosamines. *Environ Mol Mutagen* 62, 293–305 (2021). |
| 183 | Johnson, P. I. et al. Chemicals of concern in personal care products used by women of color in three communities of California. J. Expo. Sci. Environ. Epidemiology 32, 864–876 (2022). |
| 184 | Kahn LG, Philippat C, Nakayama SF, Slama R and Trasande L. Endocrine-disrupting chemicals: implications for human health. *Lancet Diabetes Endocrinol* 8, 703–718 (2020). |
| 185 | Kandoth C, McLellan MD, Vandin F, Ye K, Niu B, Lu C, Xie M, Zhang Q, McMichael JF, Wyczalkowski MA, Leiserson MDM, Miller CA, Welch JS, Walter MJ, Wendl MC, Ley TJ, Wilson RK, Raphael BJ and Ding L. Mutational landscape and significance across 12 major cancer types. *Nature* 502, 333–339 (2013). |
| 186 | Katagiri R, Iwasaki M, Abe SK, Islam MR, Rahman MS, Saito E, Merritt MA, Choi JY, Shin A, Sawada N, Tamakoshi A, Koh WP, Sakata R, Tsuji I, Kim J, Nagata C, Park SK, Kweon SS, Shu XO, Gao YT, Tsugane S, Kimura T, Yuan JM, Kanemura S, Lu Y, Sugawara Y, Wada K, Shin MH, Ahsan H, Boffetta P, Chia KS, Matsuo K, Qiao YL, Rothman N, Zheng W, Inoue M, Kang D. Reproductive Factors and Endometrial Cancer Risk Among Women. JAMA Netw Open. 2023 Sep 5;6(9):e2332296. doi: 10.1001/jamanetworkopen.2023.32296. PMID: 37669051; PMCID: PMC10481237. |
| 187 | Kirman CR and Hays SM. Derivation of endogenous equivalent values to support risk assessment and risk management decisions for an endogenous carcinogen: Ethylene oxide. *Regul Toxicol Pharmacol* 91, 165–172 (2017). |
| 188 | Kirman CR, Li AA, Sheehan PJ, Bus JS, Lewis RC and Hays SM. Ethylene oxide review: characterization of total exposure via endogenous and exogenous pathways and their implications to risk assessment and risk management. *J Toxicol Environ Health B Crit Rev* 24, 1–29 (2021). |
| 189 | Kirsch-Volders M, Aardema M and Elhajouji A. Concepts of threshold in mutagenesis and carcinogenesis. *Mutat Res* 464, 3–11 (2000). |
| 190 | Kobets T and Williams GM. Review of the evidence for thresholds for DNA-Reactive and epigenetic experimental chemical carcinogens. *Chem Biol Interact* 301, 88–111 (2019). |
| 191 | Kumar S, Chinnusamy V and Mohapatra T. Epigenetics of Modified DNA Bases: 5-Methylcytosine and Beyond. *Front Genet* 9, 640 (2018). |
| 192 | Kurman, R. J., & Shih, I.-M. (2010). The origin and pathogenesis of epithelial ovarian cancer: a proposed unifying theory. The American Journal of Surgical Pathology, 34(3), 433–443. https://doi.org/10.1097/PAS.0b013e3181cf3d79 |

| | |
|---|---|
| 193 | La Merrill MA, Vandenberg LN, Smith MT, Goodson W, Browne P, Patisaul HB, Guyton KZ, Kortenkamp A, Cogliano VJ, Woodruff TJ, Rieswijk L, Sone H, Korach KS, Gore AC, Zeise L, Zoeller RT. Consensus on the key characteristics of endocrine-disrupting chemicals as a basis for hazard identification. Nat Rev Endocrinol. 2020 Jan;16(1):45-57. doi: 10.1038/s41574-019-0273-8. Epub 2019 Nov 12. PMID: 31719706; PMCID: PMC6902641. |
| 194 | Land CE, Tokunaga M, Koyama K, Soda M, Preston DL, Nishimori I and Tokuoka S. Incidence of female breast cancer among atomic bomb survivors, Hiroshima and Nagasaki, 1950-1990. *Radiat Res* 160, 707–717 (2003). |
| 195 | Land CE. Studies of cancer and radiation dose among atomic bomb survivors. The example of breast cancer. *JAMA* 274, 402–407. (1995). |
| 196 | Lee DH. Evidence of the Possible Harm of Endocrine-Disrupting Chemicals in Humans: Ongoing Debates and Key Issues. Endocrinol Metab (Seoul). 2018 Mar;33(1):44-52. doi: 10.3803/EnM.2018.33.1.44. PMID: 29589387; PMCID: PMC5874194. |
| 197 | Leung YK, Biesiada J, Govindarajah V, Ying J, Kendler A, Medvedovic M, Ho SM. Low-Dose Bisphenol A in a Rat Model of Endometrial Cancer: A CLARITY-BPA Study. Environ Health Perspect. 2020 Dec;128(12):127005. doi: 10.1289/EHP6875. Epub 2020 Dec 9. PMID: 33296240; PMCID: PMC7725436. |
| 198 | Lewin MH, Bailey N, Bandaletova T, Bowman R, Cross AJ, Pollock J, Shuker DE and Bingham SA. Red meat enhances the colonic formation of the DNA adduct O6-carboxymethyl guanine: implications for colorectal cancer risk. *Cancer Res* 66, 1859–1865 (2006). |
| 199 | Li Y, Hecht SS. Metabolic Activation and DNA Interactions of Carcinogenic N-Nitrosamines to Which Humans Are Commonly Exposed. Int J Mol Sci. 2022 Apr 20;23(9):4559. doi: 10.3390/ijms23094559. PMID: 35562949; PMCID: PMC9105260. |
| 200 | Liang J, Shang Y. Estrogen and cancer. Annu Rev Physiol. 2013;75:225-40. doi: 10.1146/annurev-physiol-030212-183708. Epub 2012 Oct 8. PMID: 23043248. |
| 201 | Liang Y, Jiao H, Qu L, Liu H. Association Between Hormone Replacement Therapy and Development of Endometrial Cancer: Results From a Prospective US Cohort Study. Front Med (Lausanne). 2022 Jan 17;8:802959. doi: 10.3389/fmed.2021.802959. PMID: 35111783; PMCID: PMC8801732. |
| 202 | Lim DS, Lim SK, Kim MK, Kwon YC, Roh TH, Choi SM, Yoon S, Kim HS, Lee BM. Formation and inhibition of N-nitrosodiethanolamine in cosmetics under pH, temperature, and fluorescent, ultraviolet, and visual light. J Toxicol Environ Health A. 2018;81(9):241-253. doi: 10.1080/15287394.2018.1440172. Epub 2018 Feb 23. PMID: 29473797. |
| 203 | Lim DS, Roh TH, Kim MK, Kwon YC, Choi SM, Kwack SJ, Kim KB, Yoon S, Kim HS, Lee BM. Risk assessment of N-nitrosodiethylamine (NDEA) and N-nitrosodiethanolamine (NDELA) in cosmetics. J Toxicol Environ Health A. 2018;81(12):465-480. doi: 10.1080/15287394.2018.1460782. Epub 2018 Apr 25. PMID: 29694274. |
| 204 | Lindahl T. Instability and decay of the primary structure of DNA. *Nature* 362, 709–715 (1993). |
| 205 | Liteplo RG and Meek ME. Concise International Chemical Assessment Document 38: N-NITROSODIMETHYLAMINE. (World Health Organization, 2002). |

| | |
|---|---|
| 206 | Liu J, Lichtenberg T, Hoadley KA, Poisson LM, Lazar AJ, Cherniack AD, Kovatich AJ, Benz CC, Levine DA, Lee AV, Omberg L, Wolf DM, Shriver CD, Thorsson V, Cancer Genome Atlas Research N and Hu H. An Integrated TCGA Pan-Cancer Clinical Data Resource to Drive High-Quality Survival Outcome Analytics. *Cell* 173, 400–416 e411 (2018). |
| 207 | Llanos, A. A. et al. Hair product use and breast cancer risk among African American and White women. Carcinogenesis 38, 883–892 (2017). |
| 208 | Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN and Khaw KT. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am J Clin Nutr* 93, 1053–1061 (2011). |
| 209 | Loretz LJ, Api AM, Barraj LM, Burdick J, Dressler WE, Gettings SD, Han Hsu H, Pan YH, Re TA, Renskers KJ, Rothenstein A, Scrafford CG and Sewall C. Exposure data for cosmetic products: lipstick, body lotion, and face cream. *Food Chem Toxicol* 43, 279–291 (2005). |
| 210 | Lu KH, Broaddus RR. Endometrial Cancer. N Engl J Med. 2020 Nov 19;383(21):2053-2064. doi: 10.1056/NEJMra1514010. PMID: 33207095. |
| 211 | Lynch DW, Lewis TR, Moorman WJ, Burg JR, Groth DH, Khan A, Ackerman LJ and Cockrell BY. Carcinogenic and toxicologic effects of inhaled ethylene oxide and propylene oxide in F344 rats. *Toxicol Appl Pharmacol* 76, 69–84 (1984). |
| 212 | Ma WL, Wang L, Guo Y, Liu LY, Qi H, Zhu NZ, Gao CJ, Li YF and Kannan K. Urinary concentrations of parabens in Chinese young adults: implications for human exposure. *Arch Environ Contam Toxicol* 65, 611–618 (2013). |
| 213 | Magee PN and Barnes JM. Induction of kidney tumours in the rat with dimethylnitrosamine (N-nitrosodimethylamine). *J Pathol Bacteriol* 84, 19–31 (1962). |
| 214 | Magee PN and Barnes JM. The production of malignant primary hepatic tumours in the rat by feeding dimethylnitrosamine. *Br J Cancer* 10, 114–122 (1956). |
| 215 | Mahanama KRRD, Joan M. Volatile N -Nitrosamines in Environmental Tobacco Smoke: Sampling, Analysis, Emission Factors, and Indoor Air Exposures. *Environmental science & technology* 30, 1477–1484 (1996). |
| 216 | Makker V, MacKay H, Ray-Coquard I, Levine DA, Westin SN, Aoki D, Oaknin A. Endometrial cancer. Nat Rev Dis Primers. 2021 Dec 9;7(1):88. doi: 10.1038/s41572-021-00324-8. PMID: 34887451; PMCID: PMC9421940. |
| 217 | Mallozzi M, Leone C, Manurita F, Bellati F, Caserta D. Endocrine Disrupting Chemicals and Endometrial Cancer: An Overview of Recent Laboratory Evidence and Epidemiological Studies. Int J Environ Res Public Health. 2017 Mar 22;14(3):334. doi: 10.3390/ijerph14030334. PMID: 28327540; PMCID: PMC5369169. |
| 218 | Manjanatha MG, Shelton SD, Chen Y, Parsons BL, Myers MB, McKim KL, Gollapudi BB, Moore NP, Haber LT, Allen B and Moore MM. Dose and temporal evaluation of ethylene oxide-induced mutagenicity in the lungs of male big blue mice following inhalation exposure to carcinogenic concentrations. *Environ Mol Mutagen* 58, 122–134 (2017). |
| 219 | Marsden DA, Jones DJ, Britton RG, Ognibene T, Ubick E, Johnson GE, Farmer PB and Brown K. Dose-response relationships for N7-(2-hydroxyethyl)guanine induced by low-dose [14C]ethylene oxide: evidence for a novel mechanism of endogenous adduct formation. *Cancer Res* 69, 3052–3059 (2009). |
| 220 | Martin OV, Scholze M, Ermler S, McPhie J, Bopp SK, Kienzler A, Parissis N, Kortenkamp A.2021. Ten years of research on synergisms and antagonisms in chemical mixtures: A systematic review and quantitative reappraisal of mixture studies. Environ Int. 146:106206. |

| | |
|---|---|
| 221 | Martin OV. 2023. Synergistic effects of chemical mixtures: How frequent is rare? Current Opinion in Toxicology. 36(100424). |
| 222 | Massey R, Dennis MJ, Pointer M and Key PE. An investigation of the levels of N-nitrosodimethylamine, apparent total N-nitroso compounds and nitrate in beer. *Food Addit Contam* 7, 605–615 (1990). |
| 223 | McDonald JA, Tehranifar P, Flom JD, Terry MB, James-Todd T. Hair product use, age at menarche and mammographic breast density in multiethnic urban women. Environ Health. 2018 Jan 4;17(1):1. |
| 224 | Miller D, Wheals BB, Beresford N and Sumpter JP. Estrogenic activity of phenolic additives determined by an in vitro yeast bioassay. *Environ Health Perspect* 109, 133–138 (2001). |
| 225 | Mirvish SS. Formation of N-nitroso compounds: chemistry, kinetics, and in vivo occurrence. *Toxicol Appl Pharmacol* 31, 325–351 (1975). |
| 226 | Mirvish SS. Role of N-nitroso compounds (NOC) and N-nitrosation in etiology of gastric, esophageal, nasopharyngeal and bladder cancer and contribution to cancer of known exposures to NOC. *Cancer Lett* 93, 17–48 (1995). |
| 227 | Morgan M, Deoraj A, Felty Q, Yoo C and Roy D. Association between exposure to estrogenic estrogen disruptors - polychlorinated biphenyls, phthalates, and bisphenol A and gynecologic cancers - cervical, ovarian, uterine cancers. *J Carcinogen Mutagen* 7(2016). |
| 228 | Murali R, Soslow RA, Weigelt B. Classification of endometrial carcinoma: more than two types. Lancet Oncol. 2014 Jun;15(7):e268-78. doi: 10.1016/S1470-2045(13)70591-6. PMID: 24872110. |
| 229 | Myers, S. L., Yang, C. Z., Bittner, G. D., Witt, K. L., Tice, R. R., & Baird, D. D. (2015). Estrogenic and anti-estrogenic activity of off-the-shelf hair and skin care products. Journal of Exposure Science & Environmental Epidemiology, 25(3), 271–277. (PMID: 24849798) |
| 230 | Nadler DL and Zurbenko IG. Estimating Cancer Latency Times Using a Weibull Model. *Advances in Epidemiology* 2014, 1–8 (2014). |
| 231 | National Toxicology Program (NTP), Carcinogenesis Bioassay of Bisphenol A (CAS No. 80-05-7) in F344 Rats and B6C3F1 Mice (Feed Study), 1982. |
| 232 | National Toxicology Program (NTP). (2021). NTP technical report on the toxicology and carcinogenesis studies of di(2-ethylhexyl) phthalate (CASRN 117-81-7) administered in feed to Sprague Dawley (Hsd:Sprague Dawley® SD®) rats [NTP]. (TR 601). |
| 233 | National Toxicology Program. 14th Report on Carcinogens. (2016). |
| 234 | National Toxicology Program. Carcinogenesis Bioassay of Bisphenol A in F344 Rats and B6C3F1 Mice. (1982). |
| 235 | National Toxicology Program. 15th Report on Carcinogens. (2021). |
| 236 | National Toxicology Program. Toxicology and carcinogenesis studies of diethanolamine (cas no. 111-42-2) in f344/n rats and b6c3f1 mice (dermal studies). *Natl Toxicol Program Tech Rep Ser* 478, 1–212 (1999). |
| 237 | National Toxicology Program. Toxicology and Carcinogenesis studies of Ethylene Oxide. (ed. Department of Health and Human Services) (1987). |
| 238 | Newbold, R.R., W.N. Jefferson, and E. Padilla-Banks, Long-term adverse effects of neonatal exposure to bisphenol A on the murine female reproductive tract. Reproductive Toxicology, 2007. 24(2): p. 253-258. |

| | |
|---|---|
| 239 | Newmeyer, M.N., Quirós-Alcalá, L., Kavi, L.K., Louis, L.M., Prasse, C., 2023. Implementing a suspect screening method to assess occupational chemical exposures among US-based hairdressers serving an ethnically diverse clientele: a pilot study. J. Expo. Sci. Environ. Epidemiology 33, 566–574. |
| 240 | Nohmi T and Matsumoto K. Effects of DNA polymerase kappa and mismatch repair on dose-responses of chromosome aberrations induced by three oxidative genotoxins in human cells. *Environ Mol Mutagen* 61, 193–199 (2020). |
| 241 | O'Brien KM, Wentzensen N, Ogunsina K, Weinberg CR, D'Aloisio AA, Edwards JK, Sandler DP. Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis. J Clin Oncol. 2024 Aug 1;42(22):2645-2659. doi: 10.1200/JCO.23.02037. Epub 2024 May 15. PMID: 38748950; PMCID: PMC11484790. |
| 242 | Ogunsina, K., O'Brien, K. M., White, A. J., Chang, C.-J., Gaston, S. A., Jackson, C. L., & Sandler, D. P. (2025). Hair straightener use in relation to prevalent and incident fibroids in the Sister Study with a focus on Black women. Environmental Health Perspectives, 133(1), 017004. https://doi.org/10.1289/EHP14493 |
| 243 | Ohshima H, Bandaletova TY, Brouet I, Bartsch H, Kirby G, Ogunbiyi F, Vatanasapt V and Pipitgool V. Increased nitrosamine and nitrate biosynthesis mediated by nitric oxide synthase induced in hamsters infected with liver fluke (Opisthorchis viverrini). *Carcinogenesis* 15, 271–275 (1994). |
| 244 | Okeke CAV, Burgess CM. Dispelling myths of chemical hair relaxers causing uterine cancer. J Am Acad Dermatol. 2023 Oct;89(4):875-876. |
| 245 | Ollberding NJ, Lim U, Wilkens LR, Setiawan VW, Shvetsov YB, Henderson BE, Kolonel LN and Goodman MT. Legume, soy, tofu, and isoflavone intake and endometrial cancer risk in postmenopausal women in the multiethnic cohort study. *J Natl Cancer Inst* 104, 67–76 (2012). |
| 246 | Palmer JR, Wise LA, Hatch EE, Troisi R, Titus-Ernstoff L, Strohsnitter W, Kaufman R, Herbst AL, Noller KL, Hyer M and Hoover RN. Prenatal diethylstilbestrol exposure and risk of breast cancer. *Cancer Epidemiol Biomarkers Prev* 15, 1509–1514 (2006). |
| 247 | Park JE, Seo JE, Lee JY and Kwon H. Distribution of Seven N-Nitrosamines in Food. *Toxicol Res* 31, 279–288 (2015). |
| 248 | Parlett LE, Calafat AM, Swan SH. Women's exposure to phthalates in relation to use of personal care products. J Expo Sci Environ Epidemiol. 2013 Mar;23(2):197-206. |
| 249 | Pegg AE. Formation and subsequent repair of alkylation lesions in tissues of rodents treated with nitrosamines. *Arch Toxicol Suppl* 3, 55–68 (1980). |
| 250 | Pegg AE. Metabolism of N-nitrosodimethylamine. *IARC Sci Publ*, 3–22 (1980). |
| 251 | Peto R, Gray R, Brantom P and Grasso P. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. *Cancer Res* 51, 6452–6469 (1991). |
| 252 | Peto R, Gray R, Brantom P and Grasso P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. Cancer Res 51, 6415–6451 (1991). |
| 253 | Peto R, Gray R, Brantom P and Grasso P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. *Cancer Res* 51, 6415–6451 (1991). |

| | |
|---|---|
| **254** | **Petrucelli N, Daly MB, Feldman GL. Hereditary breast and ovarian cancer due to mutations in BRCA1 and BRCA2. Genet Med. 2010 May;12(5):245-59. doi: 10.1097/GIM.0b013e3181d38f2f. PMID: 20216074.** |
| **255** | **Philippat C, Bennett D, Calafat AM, Picciotto IH. Exposure to select phthalates and phenols through use of personal care products among Californian adults and their children. Environ Res. 2015 Jul;140:369-76. doi: 10.1016/j.envres.2015.04.009. Epub 2015 May 2. PMID: 25929801; PMCID: PMC4724203.** |
| **256** | **Pierce JS, Cheatham D, Campbell DA, Lazcano RF, Busch CE, Miller EW and Beckett EM. Evaluation of dermal exposure to phthalates and parabens resulting from the use of hair relaxers. *Int J Environ Health Res* 35, 1707–1726 (2025).** |
| **257** | **Plesnik H, Rekar Z, Stevanovic S, Virant-Klun I, Imamovic Kumalic S, Sladic M, Mazej D, Tratnik JS, Horvat M and Kosjek T. Nontargeted Urinary Profiling Strategy for Endocrine-Disrupting Chemicals in Women with Ovarian Malignancies. *Environ Sci Technol* 59, 8380–8390 (2025).** |
| **258** | **Povey AC, Badawi AF, Cooper DP, Hall CN, Harrison KL, Jackson PE, Lees NP, O'Connor PJ and Margison GP. DNA alkylation and repair in the large bowel: animal and human studies. *J Nutr* 132, 3518S–3521S (2002).** |
| **259** | **Prentice RL. Dietary Assessment and Opportunities to Enhance Nutritional Epidemiology Evidence. *Ann Intern Med* 172, 354–355 (2020).** |
| **260** | **Preston DL, Mattsson A, Holmberg E, Shore R, Hildreth NG and Boice JD, Jr. Radiation effects on breast cancer risk: a pooled analysis of eight cohorts. *Radiat Res* 158, 220–235 (2002).** |
| **261** | **Preussmann R. Dose-response studies and 'no-effect-levels' of N-nitroso compounds: some general aspects. *Oncology* 37, 243–250 (1980).** |
| **262** | **Prueitt RL, Hixon ML, Fan T, Olgun NS, Piatos P, Zhou J and Goodman JE. Systematic review of the potential carcinogenicity of bisphenol A in humans. *Regul Toxicol Pharmacol* 142, 105414 (2023).** |
| **263** | **Rachoń D. Endocrine disrupting chemicals (EDCs) and female cancer: Informing the patients. Rev Endocr Metab Disord. 2015 Dec;16(4):359-64. doi: 10.1007/s11154-016-9332-9. PMID: 26831296; PMCID: PMC4801991.** |
| **264** | **Rao, R. et al. Associations of hair dye and relaxer use with breast tumor clinicopathologic features: Findings from the Women's circle of Health Study. Environ. Res. 203, 111863 (2022).** |
| **265** | **Recio L, Donner M, Abernethy D, Pluta L, Steen AM, Wong BA, James A and Preston RJ. In vivo mutagenicity and mutation spectrum in the bone marrow and testes of B6C3F1 lacI transgenic mice following inhalation exposure to ethylene oxide. *Mutagenesis* 19, 215–222 (2004).** |
| **266** | **Commission Delegated Regulation (EU) 2017/2100 of 4 September 2017 setting out scientific criteria for the determination of endocrine-disrupting properties pursuant to Regulation (EU) No 528/2012 of the European Parliament and Council.** |
| **267** | **Richardson, K.A., et al., Di (2-ethylhexyl) phthalate (DEHP) alters proliferation and uterine gland numbers in the uteri of adult exposed mice. Reprod Toxicol, 2018. 77: p. 70-79.** |
| **268** | **Richardson, V., Agidi, A.T., Eaddy, E.R., Davis, L.S., 2017. Ten pearls every dermatologist should know about the appropriate use of relaxers. J. Cosmet. Dermatol. 16, 9–11.** |

| | |
|---|---|
| 269 | Rivera-Núñez, Z., Ashrap, P., Barrett, E. S., Llanos, A. A. M., Watkins, D. J., Cathey, A. L., Vélez-Vega, C. M., Rosario, Z., Cordero, J. F., Alshawabkeh, A., & Meeker, J. D. (2022). Personal care products: Demographic characteristics and maternal hormones in pregnant women from Puerto Rico. *Environmental Research*, 206, 112376. |
| 270 | Rosenberg L, Wise LA, Palmer JR. Hair-relaxer use and risk of preterm birth among African-American women. Ethn Dis. 2005 Autumn;15(4):768-72. |
| 271 | Rosenberg, L., Boggs, D. A., Adams-Campbell, L. L. & Palmer, J. R. Hair Relaxers Not Associated with Breast Cancer Risk: Evidence from the Black Women's Health Study. Cancer Epidemiology, Biomark. Prev. 16, 1035–1037 (2007). |
| 272 | Routledge EJ, Parker J, Odum J, Ashby J and Sumpter JP. Some alkyl hydroxy benzoate preservatives (parabens) are estrogenic. *Toxicol Appl Pharmacol* 153, 12–19 (1998). |
| 273 | Sajid M, Basheer C, Narasimhan K, Choolani M and Lee HK. Application of microwave-assisted micro-solid-phase extraction for determination of parabens in human ovarian cancer tissues. *J Chromatogr B Analyt Technol Biomed Life Sci* 1000, 192–198 (2015). |
| 274 | Santucci C, Bosetti C, Peveri G, Liu X, Bagnardi V, Specchia C, Gallus S, Lugo A. Dose-risk relationships between cigarette smoking and ovarian cancer histotypes: a comprehensive meta-analysis. Cancer Causes Control. 2019 Sep;30(9):1023-1032. doi: 10.1007/s10552-019-01198-8. Epub 2019 Jun 24. PMID: 31236793. |
| 275 | Sarink D, Franke AA, White KK, Wu AH, Cheng I, Quon B, Le Marchand L, Wilkens LR, Yu H and Merritt MA. BPA, Parabens, and Phthalates in Relation to Endometrial Cancer Risk: A Case-Control Study Nested in the Multiethnic Cohort. *Environ Health Perspect* 129, 57702 (2021). |
| 276 | Schafer AI, Mitch W, Walewijk S, Munoz A, Teuten E and Reinhard M. Micropollutants in WaterRecycling: A Case Study of N-Nitrosodimethylamine(NDMA) Exposure from Water versus Food. in *Sustainability Science and Engineering*, Vol. 2 (2010). |
| 277 | Schildroth S, Geller RJ, Wesselink AK, Lovett SM, Bethea TN, Claus Henn B, Harmon QE, Taylor KW, Calafat AM, Wegienka G, Gaston SA, Baird DD and Wise LA. Hair product use and urinary biomarker concentrations of non-persistent endocrine disrupting chemicals among reproductive-aged Black women. *Chemosphere* 361, 142442 (2024). |
| 278 | Schildroth, S., Wise, L. A., Wesselink, A. K., Bethea, T. N., Fruh, V., Taylor, K. W., Calafat, A. M., Baird, D. D., & Claus Henn, B. (2022). Correlates of non-persistent endocrine disrupting chemical mixtures among reproductive-aged Black women in Detroit, Michigan. *Chemosphere, 299*, 134447. https://doi.org/10.1016/j.chemosphere.2022.134447 |
| 279 | Scientific Committee on Consumer Safety (SCCS). (2011, March 22). Opinion on parabens (SCCS/1348/10), COLIPA n° P82. European Commission. https://ec.europa.eu/health/scientific_committees/consumer_safety/docs/sccs_o_041.pdfYe 2006 |
| 280 | Scientific Committee on Consumer Safety (SCCS). (2013). Opinion on parabens: Updated request for a scientific opinion on propyl- and butylparaben (SCCS/1514/13). European Commission. https://ec.europa.eu/health/scientific_committees/consumer_safety/docs/sccs_o_074.pdf |
| 281 | Scientific Committee on Consumer Safety (SCCS). (2021). Opinion on Propylparaben. SCCS/1623/20, final version of 30-31 March 2021. |

| | |
|---|---|
| 282 | **Scientific Committee on Consumer Safety (SCCS). (2023). Opinion on Butylparaben (CAS No. 94-26-8, EC No. 202-318-7). SCCS/1651/23, final version of 26 October 2023. European Commission. https://health.ec.europa.eu/system/files/2023-10/sccs_o_1651.pdf** |
| 283 | **Scientific Committee on Consumer Safety (SCCS). (2023). Opinion on Methylparaben. SCCS/1652/23, final version of 14 December 2023.** |
| 284 | **Sender R, Fuchs S and Milo R. Revised Estimates for the Number of Human and Bacteria Cells in the Body. *PLoS Biol* 14, e1002533 (2016).** |
| 285 | **Shin KO, Lee YM. Simultaneous analysis of mono-, di-, and tri-ethanolamine in cosmetic products using liquid chromatography coupled tandem mass spectrometry. Arch Pharm Res. 2016 Jan;39(1):66-72. doi: 10.1007/s12272-015-0677-5. Epub 2015 Nov 14. PMID: 26578210.** |
| 286 | **Shukla R, Kannan A, Laws MJ, Johnson AW, Flaws JA, Bagchi MK, Bagchi IC. Long-term dietary exposure to a mixture of phthalates enhances estrogen and beta-catenin signaling pathways, leading to endometrial hyperplasia in mice. bioRxiv [Preprint]. 2024 Sep 20:2024.09.16.613339. doi: 10.1101/2024.09.16.613339. Update in: Toxicol Sci. 2025 Jul 1;206(1):58-67. doi: 10.1093/toxsci/kfaf062. PMID: 39345621; PMCID: PMC11429868.** |
| 287 | **Siddiqi M, Tricker AR and Preussmann R. Formation of N-nitroso compounds under simulated gastric conditions from Kashmir foodstuffs. *Cancer Lett* 39, 259–265 (1988).** |
| 288 | **Siegel JA, Pennington CW, Sacks B and Welsh JS. The Birth of the Illegitimate Linear No-Threshold Model: An Invalid Paradigm for Estimating Risk Following Low-dose Radiation Exposure. *Am J Clin Oncol* 41, 173–177 (2018).** |
| 289 | **Silva E, Rajapakse N, Kortenkamp A. 2002. Something from "nothing"--eight weak estrogenic chemicals combined at concentrations below NOECs produce significant mixture effects. Environ Sci Technol. 36(8):1751–1756.** |
| 290 | **Smith, M. T. et al. Key Characteristics of Carcinogens as a Basis for Organizing Data on Mechanisms of Carcinogenesis. Environ. Heal. Perspect. 124, 713–721 (2016).** |
| 291 | **Snellings WM, Weil CS and Maronpot RR. A two-year inhalation study of the carcinogenic potential of ethylene oxide in Fischer 344 rats. *Toxicol Appl Pharmacol* 75, 105–117 (1984).** |
| 292 | **Soni MG, Carabin IG and Burdock GA. Safety assessment of esters of p-hydroxybenzoic acid (parabens). *Food Chem Toxicol* 43, 985–1015 (2005).** |
| 293 | **Soni MG, Taylor SL, Greenberg NA, Burdock GA. Evaluation of the health aspects of methyl paraben: a review of the published literature. Food Chem Toxicol. 2002 Oct;40(10):1335-73. doi: 10.1016/s0278-6915(02)00107-2. PMID: 12387298.** |
| 294 | **Souliotis VL, Chhabra S, Anderson LM and Kyrtopoulos SA. Dosimetry of O6-methylguanine in rat DNA after low-dose, chronic exposure to N-nitrosodimethylamine (NDMA). Implications for the mechanism of NDMA hepatocarcinogenesis. *Carcinogenesis* 16, 2381–2387 (1995).** |
| 295 | **Souliotis VL, van Delft JH, Steenwinkel MJ, Baan RA and Kyrtopoulos SA. DNA adducts, mutant frequencies and mutation spectra in lambda lacZ transgenic mice treated with N-nitrosodimethylamine. *Carcinogenesis* 19, 731–739 (1998).** |
| 296 | **Spiegelhalder B, Eisenbrand G and Preussmann R. Urinary excretion of N-nitrosamines in rats and humans. *IARC Sci Publ*, 443–449 (1982).** |

| | |
|---|---|
| 297 | Sponholtz TR, Palmer JR, Rosenberg L, Hatch EE, Adams-Campbell LL, Wise LA. Body Size, Metabolic Factors, and Risk of Endometrial Cancer in Black Women. Am J Epidemiol. 2016 Feb 15;183(4):259-68. doi: 10.1093/aje/kwv186. Epub 2016 Jan 27. PMID: 26823438; PMCID: PMC4753280. |
| 298 | Sponholtz TR, Palmer JR, Rosenberg L, Hatch EE, Adams-Campbell LL, Wise LA. Reproductive factors and incidence of endometrial cancer in U.S. black women. Cancer Causes Control. 2017 Jun;28(6):579-588. doi: 10.1007/s10552-017-0880-4. Epub 2017 Mar 30. PMID: 28361447; PMCID: PMC5634741. |
| 299 | Sponholtz TR, Palmer JR, Rosenberg LA, Hatch EE, Adams-Campbell LL, Wise LA. Exogenous Hormone Use and Endometrial Cancer in U.S. Black Women. Cancer Epidemiol Biomarkers Prev. 2018 May;27(5):558-565. doi: 10.1158/1055-9965.EPI-17-0722. Epub 2018 Feb 23. PMID: 29475971; PMCID: PMC5991910. |
| 300 | Sponholtz, T.R., et al., Risk factors for endometrial cancer in Black women. Cancer Causes Control, 2023. 34(5): p. 421-430. |
| 301 | Stanfield Z, et al. (2024). Characterizing Chemical Exposure Trends from NHANES Urinary Biomonitoring Data. *Environmental Health Perspectives*, 132(1):017009. https://doi.org/10.1289/EHP12188 |
| 302 | Straif K, Weiland SK, Bungers M, Holthenrich D, Taeger D, Yi S and Keil U. Exposure to high concentrations of nitrosamines and cancer mortality among a cohort of rubber workers. *Occup Environ Med* 57, 180–187 (2000). |
| 303 | Stuff JE, Goh ET, Barrera SL, Bondy ML and Forman MR. Construction of an N-nitroso database for assessing dietary intake. *J Food Compost Anal* 22, S42–S47 (2009). |
| 304 | Suksawat M, Techasen A, Namwat N, Yongvanit P, Khuntikeo N, Titapun A, Koonmee S and Loilome W. Upregulation of endothelial nitric oxide synthase (eNOS) and its upstream regulators in Opisthorchis viverrini associated cholangiocarcinoma and its clinical significance. *Parasitol Int* 66, 486–493 (2017). |
| 305 | Sweet-Cordero EA and Biegel JA. The genomic landscape of pediatric cancers: Implications for diagnosis and treatment. *Science* 363, 1170–1175 (2019). |
| 306 | Tackey RN, Bryant H, Parks FM. Cytokine expression correlates with differential sensory perception between lye and no-lye relaxers. J Cosmet Sci. 2013 Mar-Apr;64(2):111-7. PMID: 23578834. |
| 307 | Tanha K, Mottaghi A, Nojomi M, Moradi M, Rajabzadeh R, Lotfi S, Janani L. Investigation on factors associated with ovarian cancer: an umbrella review of systematic review and meta-analyses. J Ovarian Res. 2021 Nov 11;14(1):153. doi: 10.1186/s13048-021-00911-z. PMID: 34758846; PMCID: PMC8582179. |
| 308 | Tannenbaum SR. A model for estimation of human exposure to endogenous N-nitrosodimethylamine. *Oncology* 37, 232–235 (1980). |
| 309 | Taylor, K. W. et al. Associations between Personal Care Product Use Patterns and Breast Cancer Risk among White and Black Women in the Sister Study. Environ Health Persp 126, 027011 (2018). |
| 310 | TCEQ. Ethylene oxide carcinogenic dose-response assessment. (ed. Quality, T.C.o.E.) (2020). |
| 311 | Thomas AD, Jenkins GJ, Kaina B, Bodger OG, Tomaszowski KH, Lewis PD, Doak SH and Johnson GE. Influence of DNA repair on nonlinear dose-responses for mutation. *Toxicol Sci* 132, 87–95 (2013). |

| | |
|---|---|
| 312 | Thorgeirsson UP, Dalgard DW, Reeves J and Adamson RH. Tumor incidence in a chemical carcinogenesis study of nonhuman primates. *Regul Toxicol Pharmacol* 19, 130–151 (1994). |
| 313 | Titus-Ernstoff L, Hatch EE, Hoover RN, Palmer J, Greenberg ER, Ricker W, Kaufman R, Noller K, Herbst AL, Colton T and Hartge P. Long-term cancer risk in women given diethylstilbestrol (DES) during pregnancy. *Br J Cancer* 84, 126–133 (2001). |
| 314 | Tokunaga M, Land C, Tkuoka S, Nishimori I, Soda M and Akiba S. Incidence of female breast cancer among atomic bomb survivors, 1950-1985. *Radiation Research* 138, 209–223 (1994). |
| 315 | Tokunaga M, Land CE, Yamamoto T, Asano M, Tokuoka S, Ezaki H and Nishimori I. Incidence of female breast cancer among atomic bomb survivors, Hiroshima and Nagasaki, 1950-1980. *Radiat Res* 112, 243–272 (1987). |
| 316 | Tomasetti C and Vogelstein B. Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. *Science* 347, 78–81 (2015). |
| 317 | Tomasetti C and Vogelstein B. Cancer risk: role of environment-response. *Science* 347, 729–731 (2015). |
| 318 | Tomasetti C, Li L and Vogelstein B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. *Science* 355, 1330–1334 (2017). |
| 319 | Tompkins EM, McLuckie KI, Jones DJ, Farmer PB and Brown K. Mutagenicity of DNA adducts derived from ethylene oxide exposure in the pSP189 shuttle vector replicated in human Ad293 cells. *Mutat Res* 678, 129–137 (2009). |
| 320 | Tong, J.H., et al., Chronic Exposure to Low Levels of Parabens Increases Mammary Cancer Growth and Metastasis in Mice. Endocrinology, 2023. 164(3). |
| 321 | Tricker AR, Mostafa MH, Spiegelhalder B and Preussmann R. Urinary excretion of nitrate, nitrite and N-nitroso compounds in Schistosomiasis and bilharzia bladder cancer patients. *Carcinogenesis* 10, 547–552 (1989). |
| 322 | Tricker AR, Pfundstein B, Theobald E, Preussmann R and Spiegelhalder B. Mean daily intake of volatile N-nitrosamines from foods and beverages in West Germany in 1989-1990. *Food Chem Toxicol* 29, 729–732 (1991). |
| 323 | Tricker AR. N-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids. *Eur J Cancer Prev* 6, 226–268 (1997). |
| 324 | van Maanen JM, Pachen DM, Dallinga JW and Kleinjans JC. Formation of nitrosamines during consumption of nitrate- and amine-rich foods, and the influence of the use of mouthwashes. *Cancer Detect Prev* 22, 204–212 (1998). |
| 325 | Vermeer IT, Pachen DM, Dallinga JW, Kleinjans JC and van Maanen JM. Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet. *Environ Health Perspect* 106, 459–463 (1998). |
| 326 | Verna L, Whysner J and Williams GM. N-nitrosodiethylamine mechanistic data and risk assessment: bioactivation, DNA-adduct formation, mutagenicity, and tumor initiation. *Pharmacol Ther* 71, 57–81 (1996). |
| 327 | Vinogradova Y, Coupland C and Hippisley-Cox J. Use of hormone replacement therapy and risk of venous thromboembolism: nested case-control studies using the QResearch and CPRD databases. *BMJ* 364, k4810 (2019). |

| | |
|---|---|
| 328 | Vogelstein B and Kinzler KW. Cancer genes and the pathways they control. *Nat Med* 10, 789–799 (2004). |
| 329 | Vogelstein B and Kinzler KW. The multistep nature of cancer. *Trends Genet* 9, 138–141 (1993). |
| 330 | Vogelstein B, Papadopoulos N, Velculescu VE, Zhou S, Diaz LA, Jr. and Kinzler KW. Cancer genome landscapes. *Science* 339, 1546–1558 (2013). |
| 331 | Waddell WJ, Fukushima S and Williams GM. Concordance of thresholds for carcinogenicity of N-nitrosodiethylamine. *Arch Toxicol* 80, 305–309 (2006). |
| 332 | Waddell WJ. Comparisons of thresholds for carcinogenicity on linear and logarithmic dosage scales. *Hum Exp Toxicol* 24, 325–332 (2005). |
| 333 | Walker VE, Fennell TR, Upton PB, MacNeela JP and Swenberg JA. Molecular dosimetry of DNA and hemoglobin adducts in mice and rats exposed to ethylene oxide. *Environ Health Perspect* 99, 11–17 (1993). |
| 334 | Wang TT, Sathyamoorthy N and Phang JM. Molecular effects of genistein on estrogen receptor mediated pathways. *Carcinogenesis* 17, 271–275 (1996). |
| 335 | Wang, Y., Zhu, H., & Kannan, K. (2019). A review of biomonitoring of phthalate exposures. Toxics, 7(2), 21. https://doi.org/10.3390/toxics7020021 |
| 336 | Weathersby C, McMichael A. Brazilian keratin hair treatment: a review. J Cosmet Dermatol. 2013 Jun;12(2):144-8. doi: 10.1111/jocd.12030. PMID: 23725308. |
| 337 | Weinberg RA. *The Biology of Cancer*, (Garland Science, 2014). |
| 338 | Whelan, E., Kalliala, I., Semertzidou, A., Raglan, O., Bowden, S., Kechagias, K., Markozannes, G., Cividini, S., McNeish, I., Marchesi, J., MacIntyre, D., Bennett, P., Tsilidis, K., & Kyrgiou, M. (2022). Risk factors for ovarian cancer: An umbrella review of the literature. Cancers, 14(11), 2708. https://doi.org/10.3390/cancers14112708 |
| 339 | White AJ, Sandler DP, Gaston SA, Jackson CL and O'Brien KM. Use of hair products in relation to ovarian cancer risk. *Carcinogenesis* 42, 1189–1195 (2021). |
| 340 | White PA, Long AS and Johnson GE. Quantitative Interpretation of Genetic Toxicity Dose-Response Data for Risk Assessment and Regulatory Decision-Making: Current Status and Emerging Priorities. *Environ Mol Mutagen* 61, 66–83 (2020). |
| 341 | White, A. J. et al. Adolescent use of hair dyes, straighteners and perms in relation to breast cancer risk. Int. J. Cancer 148, 2255–2263 (2021). |
| 342 | Wise LA, Palmer JR, Reich D, Cozier YC, Rosenberg L. Hair relaxer use and risk of uterine leiomyomata in African-American women. Am J Epidemiol. 2012 Mar 1;175(5):432-40. |
| 343 | Wise LA, Wang TR, Ncube CN, Lovett SM, Abrams J, Boynton-Jarrett R, Koenig MR, Geller RJ, Wesselink AK, Coleman CM, Hatch EE, James-Todd T. Use of Chemical Hair Straighteners and Fecundability in a North American Preconception Cohort. Am J Epidemiol. 2023 Jul 7;192(7):1066-1080. |
| 344 | World Health Organization. State of the Science of Endocrine Disrupting Chemicals. 2012. United Nations Environment Programme and the World Health Organization, 2013 |

| | |
|---|---|
| 345 | Wu S, Powers S, Zhu W, Hannun YA. Substantial contribution of extrinsic risk factors to cancer development. Nature. 2016 Jan 7;529(7584):43-7. doi: 10.1038/nature16166. Epub 2015 Dec 16. PMID: 26675728; PMCID: PMC4836858. |
| 346 | Xu, S. et al. Hair chemicals may increase breast cancer risk: A meta-analysis of 210319 subjects from 14 studies. PLoS ONE 16, e0243792 (2021). |
| 347 | Yao YN, Wang Y, Zhang H, Gao Y, Zhang T and Kannan K. A review of sources, pathways, and toxic effects of human exposure to benzophenone ultraviolet light filters. *Eco Environ Health* 3, 30–44 (2024). |
| 348 | Ye J, Peng H, Huang X, Qi X. The association between endometriosis and risk of endometrial cancer and breast cancer: a meta-analysis. BMC Womens Health. 2022 Nov 18;22(1):455. doi: 10.1186/s12905-022-02028-x. PMID: 36401252; PMCID: PMC9673303. |
| 349 | Zacharewski, T.R., Examination of the in Vitro and in Vivo Estrogenic Activities of Eight Commercial Phthalate Esters. Toxicol Sci. 1998 Dec;46(2):282-93. |
| 350 | Zeilmaker MJ, Bakker MI, Schothorst R and Slob W. Risk assessment of N-nitrosodimethylamine formed endogenously after fish-with-vegetable meals. *Toxicol Sci* 116, 323–335 (2010). |
| 351 | Zhang M, Xie X, Lee AH and Binns CW. Soy and isoflavone intake are associated with reduced risk of ovarian cancer in southeast china. *Nutr Cancer* 49, 125–130 (2004). |
| 352 | Zheng G, Yu H, Kanerva A, Försti A, Sundquist K, Hemminki K. Familial risks of ovarian cancer by age at diagnosis, proband type and hissmithtology. PLoS One. 2018 Oct 3;13(10):e0205000. doi: 10.1371/journal.pone.0205000. Erratum in: PLoS One. 2018 Oct 26;13(10):e0206721. doi: 10.1371/journal.pone.0206721. PMID: 30281663; PMCID: PMC6169923. |
| 353 | Zhou HT, Chen HC, Ding WH. Accurate analysis of parabens in human urine using isotope-dilution ultrahigh-performance liquid chromatography-high resolution mass spectrometry. J Pharm Biomed Anal. 2018 Feb 20;150:469-473. doi: 10.1016/j.jpba.2017.12.038. Epub 2017 Dec 24. PMID: 29291588. |
| 354 | Zhou W. The determination of 1,4-dioxane in cosmetic products by gas chromatography with tandem mass spectrometry. J Chromatogr A. 2019 Dec 6;1607:460400. doi: 10.1016/j.chroma.2019.460400. Epub 2019 Jul 26. PMID: 31405575. |