# EXHIBIT 31

# (Filed Under Seal)