**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

In RE: Hair Relaxer Marketing, Sales Practices, And
Products Liability Litigation, et al.

                                         Plaintiff,

v.
                                       Case No.:
                                       1:23−cv−00818
                                       Honorable Mary M.
                                       Rowland

L'Oreal USA, Inc., et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 6, 2026:

       MINUTE entry before the Honorable Mary M. Rowland: The Court is in receipt of the parties' joint stipulation regarding extension of time for Defendants' opposition to Named Plaintiffs' motion for class certification. [1826]. The Court modifies the class certification schedule as follows: Defendants' oppositions to Plaintiffs' motion for class certification and expert reports due by 6/2/26 and Plaintiffs replies in support of their motion and any rebuttal reports in support thereof due by 8/3/26. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.