## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>Case No. 23 C 818<br>Judge Mary M. Rowland<br><br>**This documents relates to:**<br>All Bellwether Trial Cases |

**CASE MANAGEMENT ORDER # 23**
**(Procedure to govern trial witnesses not previously deposed during fact discovery)**

The Court hereby issues the following Case Management Order ("CMO") to govern the depositions of potential trial witnesses not previously deposed during fact discovery in the Bellwether Trial Cases. *See* Case Management Order No. 15 [D.E. 1120] (defining "Bellwether Trial Cases"); D.E. 1781 (selecting 10 Bellwether Trial Cases).

If a party discloses a fact witness on a trial witness list who has not previously been deposed in this MDL, the opposing party shall be permitted to depose that witness prior to trial. Any party noticing a deposition pursuant to this provision must notify all parties of its intent to depose the previously non-deposed trial witness within fourteen days of receipt of the opposing party's trial witness list. Further, for depositions conducted pursuant to this provision, the parties will use good faith efforts to complete the depositions within an agreed-upon time period within the framework of the deadlines and trial schedule(s) that will be forthcoming. It is also presumptively understood that depositions under this provision will be conducted at a mutually agreed upon date and time, within 30 days of receipt of the request for the witness's deposition.

E N T E R:

Dated: May 7, 2026

MARY M. ROWLAND
United States District Judge