**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 23 C 818 <br><br> MDL No. 3060 <br><br> Judge Mary M. Rowland |

**ORDER REAPPOINTING PLAINTIFFS' CO-LEAD COUNSEL, EXECUTIVE COMMITTEE, STEERING COMMITTEE, AND LEADERSHIP DEVELOPMENT COMMITTEE**

**IT IS HEREBY ORDERED THAT:**

Subject to the duties and responsibilities set forth in this Court's March 2, 2023 Order Granting Petition of a Plaintiffs' Leadership Committee [ECF #28] and this Court's April 6, 2023 Order Appointing Plaintiffs' Leadership Development Committee [ECF #62], this Court hereby appoints the following as Plaintiffs' Leadership Counsel for a period of one year (April 2026 through April 2027).

**A. Plaintiffs' Co-Lead Counsel**

Benjamin L. Crump
Ben Crump Law Firm
122 South Calhoun Street
Tallahassee, FL 32301
Tel.: (850) 224-2020
Email: ben@bencrump.com

Fidelma Fitzpatrick
Motley Rice LLC
40 Westminster Street, Fifth Floor
Providence, RI 02903
Tel.: (401) 457-7728
Email: ffitzpatrick@motleyrice.com

Michael A. London
Douglas & London, P.C.
One State Street – 35th Fl
New York, NY 10004
Tel.: (212) 566-7500
Email: mlondon@douglasandlondon.com

Diandra "Fu" Debrosse
DiCello Levitt LLC
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
Email: fu@dicellolevitt.com

**B. Plaintiffs' Liaison Counsel**

Mark Miller
Wallace Miller
200 W. Madison Street, Suite 3400
Chicago, IL 60606
Tel.: (312) 589-6280
Email: mrm@wallacemiller.com

**C. Plaintiffs' Executive Committee ("PEC")**

Brian Barr
Levin Papantonio Rafferty
316 South Baylen St.
Pensacola, FL 32502
Tel.: (850) 435-7044
Email: bbarr@levinlaw.com

Jayne Conroy
Simmons Hanly Conroy
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 257-8482
Email: jconroy@simmonsfirm.com

Kelly M. Dermody
Lieff Cabraser Heimann & Bernstein
275 Battery Street, Suite 2900
San Francisco, CA 94111
Tel.: (415) 956-1000
Email: kdermody@lchb.com

Stacy Hauer
Johnson Becker
444 Cedar St., Suite 1800
St. Paul, MN 55101
Tel.: (612) 436-1804
Email: shauer@johnsonbecker.com

Jennifer Hoekstra
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main St.
Pensacola, FL 32502
Tel.: (850) 202-1010
Email: jhoekstra@awkolaw.com

Rene F. Rocha
Morgan & Morgan
400 Poydras St., Suite 1515
New Orleans, LA 70130
Tel.: (954) 318-0268
Email: rrocha@forthepeople.com

Larry Taylor
The Cochran Firm
1825 Market Center Blvd #500
Dallas, TX 75207
Tel.: (214) 466-7620
Email: ltaylor@cochrantexas.com

Navan Ward
Beasley Allen
2839 Paces Ferry Rd SE, Suite 400
Atlanta, GA 30339
Tel.: (404)751-1162
Email: navan.ward@beasleyallen.com

### D. Plaintiffs' Steering Committee ("PSC")

Mark Abramowitz
DiCello Levitt LLC
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
Email: mabramowitz@dicellolevitt.com

Emily Acosta
Wagstaff Law Firm
940 N. Lincoln St.
Denver, CO 80203
Tel.: (720) 208-9414
Email: eacosta@wagstafflawfirm.com

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel.: (816)701-1100
Email: tcartmell@wcllp.com

C. Andrew Childers
Childers, Schleuter & Smith
1932 North Druid Hills Road, Suite 100
Atlanta, GA 30319
Tel.: (404)419-9500
Email: achilders@cssfirm.com

Erin Copeland
Fibich Leebron Copeland Briggs
1150 Bissonnet
Houston, TX 77005
Tel.: (713) 751-0025
Email: ecopeland@fibichlaw.com

Maria Fleming
Napoli Shkolnik
360 Lexington Ave, Floor 11
New York, New York 10017
Tel.: (212) 397-1000
Email: mfleming@napolilaw.com

EricaRae Garcia
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Tel.: (212)558-5825
Email: egarcia@weitzlux.com

Jessia Glitz
Johnson Law Group
2925 Richmond Ave #1700
Houston, TX 77098
Tel.: (888)803-4309
Email: jglitz@johnsonlawgroup.com

Kendra Y. Goldhirsch
Chaffin Luhana LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Tel.: (888)480-1123
Email: goldhirsch@chaffinluhana.com

Chelsie Green
Levin Papantonio Rafferty
316 South Baylen St.
Pensacola, FL 32502
Tel.: (850) 435-7044
Email: cgreen@levinlaw.com

Vanessa Gross
Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel.: (816) 701-1163
Email: vgross@wcllp.com

Katherine Kiziah
Searcy Denney PA
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409-6601
Tel.: (561) 686-6300
kkiziah@searcylaw.com

Kristine Kraft
Schlichter Bogard & Denton
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Tel.: (314) 884-7706
Email: kkraft@uselaws.com

Buffy Martines
Laminack, Pirtle & Martines
5020 Montrose Blvd., 9th Floor
Houston, TX 770606
Tel.: (713)292-2750
Email: buffym@lpm-triallaw.com

Melanie H. Muhlstock
Parker Waichman LLP
6 Harbor Park Dr.
Port Washington, NY 11050
Tel.: (516)466-6500
Email: mmuhlstock@yourlawyer.com

Syreeta Poindexter
Babin Law
65 E. State St., Suite 1300
Columbus, OH 43215
Tel.: (614)412-0877
Email: syreeta.poindexter@babinlaws.com

Richard W. Schulte
Wright & Schulte LLC
865 S. Dixie Dr.
Vandalia, OH 45377
Tel.: (937) 435-7500
Email: rschulte@yourlegalhelp.com

Ashlie Case Sletvold
Peiffer Wolf Carr Kane Conway & Wise, LLP
6370 SOM Center Road, Suite 108
Cleveland, OH 44139
Tel.: (216) 260-0808
Email: asletvold@peifferwolf.com

Temitope Leyimu
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel.: (843) 216-9000
Email: tleyimu@motleyrice.com

Kevin McKie
Environmental Litigation Group
2160 Highland Ave.
Birmingham, AL 35205
Tel.: (205)328-9200
Email: Kmckie@elglaw.com

Michelle Parfitt
Ashcraft & Gerel, LLP
1825 K Street NW, Suite 700
Washington, DC 20006
Tel.: (703)824-4772
Email: mparfitt@ashcraftlaw.com

Justin Presnel
Harrison Davis Morrison Jones
5 N. Ritchie Road
Waco, TX 76712
Tel:  (254)761-3301
Emailjustin@thetriallawyers.com

Justin Sheldon
Breit Biniazan
2100 East Cary Street, Suite 310
Richmond, VA 23223
Tel.: (804)351-9040
Email: lee@bbtrial.com

L. Chris Stewart
Stewart Miller Simmons
55 Ivan Allen Jr. Blvd NW, Suite 700
Atlanta, GA 30308
Tel.: (404) 589-3476
Email: cstewart@smstrial.com

4

Mikal Watts
Watts Law Firm
811 Barton Springs Road #725
Austin, TX 78704
Tel.: (855) 96
Email: mikal@wattsllp.com

### E. Leadership Development Committee ("LDC")

#### Co-Leads

Melanie H. Muhlstock
Parker Waichman LLP
6 Harbor Park Dr.
Port Washington, NY 11050
Tel.: (516)466-6500
Email: mmuhlstock@yourlawyer.com

Carmen Scott
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel.: (843) 216-9000
Email: cscott@motleyrice.com

#### LDC Members

Katherine Cornell
Cornell Law
5020 Montrose, Suite 900
Houston TX 77006
Tel.: (346) 496-3992
Email: katherine@cornell-triallaw.com

Eli Hare
Dicello Levitt
505 20th Street North, 15th Floor
Birmingham, Alabama
Tel.: (205) 855-5700
Email: ehare@dicellolevitt.com

Armond Jackson
Jackson Law P.C.
2 Venture Parkway, Suite 240
Irvine, California 92618
Tel.: (949) 664-5886
Email: ajackson@jacksonapc.com

Natalie Jackson
Ben Crump Law
121 S Orange Ave., Suite 1500
Orlando, FL 32801
Tel.: (800) 691-7111
Email: Natalie@bencrumplaw.com

Aigner Kolom
Beasley Allen
218 Commerce St.
Montgomery, AL 36104
Tel.: (800) 898-2034
Email: aigner.kolom@beasleyallen.com

Patrick Lyons
Ashcraft & Gerel
1825 K Street NW, Suite 700
Washington, DC 20006
Tel.: (202) 783-6400
Email: plyons@ashcraftlaw.com

Molly Wells
Wallace Miller
200 W. Madison Street, Suite 33400
Chicago, IL 60606
Tel.: (312) 589-6283
Email: mcw@wallacemiller.com

**Leadership Development Sub-Committee**

Cameron Bell
Oliver Law Group
50 W Big Beaver Rd., Suite 200
Troy, MI 48084
Tel.: (248) 327-6556
Email: cbell@oliverlawgroup.com

Chandler Duncan
Kagan Legal Group
295 Palmas Inn Way, Suite 6
Palmanova Plaza
Humacao, Puerto Rico 00791
Tel.: (939) 220-2424
Email: chandler@kaganlegalgroup.com

Hailey Watts
Watts Law Firm
811 Barton Springs Rd., #725
Austin, TX 78704
Tel. : (866) 529-9100
Email: hwatts@wattsllp.com

Starr Culpepper
Culpepper Law
1027 23rd Street S
Birmingham, AL 35205
Tel.: (205)617-3261
Email: starr@culpepper.law

Megan Foggia
Parker Waichman
6 Harbor Park Dr.
Port Washington, NY 11050
Tel.: (516)723-4625
Email: mfoggia@yourlawyer.com

E N T E R:

Dated: May 21, 2026

_____
MARY M. ROWLAND
United States District Judge

6