**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In RE: Hair Relaxer Marketing, Sales Practices, And Products Liability Litigation** | Case    No.    1:23-cv-00818<br><br>Judge: Mary M. Rowland |

## <u>ORDER</u>

The Court previously granted an unopposed extension to stay discovery deadlines as to Second Wave Defendants Advanced Beauty, Inc., Bronner Bros., Dudley Beauty Corp., LLC, John Paul Mitchell Systems, Murrays Worldwide, Inc., and Wella. [1735]. The parties request to extend the stay of discovery 45 additional days. [1907] at 2. The parties' request is granted. Discovery is stayed as to Second Wave Defendants Advanced Beauty, Inc., Bronner Bros., Dudley Beauty Corp., LLC, John Paul Mitchell Systems, Murrays Worldwide, Inc., and Wella until 7/23/26, at which time the Court will reassess deadlines. PSC and Second Wave Defendants are to file a status report on 7/23/26 updating the Court on whether resuming discovery would be a good use of resources.

Date:  June 9, 2026

_____
UNITED STATES DISTRICT JUDGE