**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>***This Document Relates to All Cases Listed on Exhibit A*** | MDL No. 3060<br>Case No. 1:23-cv-818<br>Hon. Mary M. Rowland |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.17, Patrick K. Lyons, Esq. of Ashcraft & Gerel, LLP notices his withdrawal of appearance in the cases listed on Exhibit A. All plaintiffs in these cases will continue to be represented by Ashcraft & Gerel, LLP, and R. Bryant McCulley, Esq. of Ashcraft & Gerel substitutes his appearance in these cases. Mr. McCulley filed an Attorney Appearance Form for these cases today (ECF No. 1949).

Counsel requests that the Clerk's office terminate CM/ECF notifications in these cases for Patrick K. Lyons, Esq. and serve all future CM/ECF notifications on R. Bryant McCulley, Esq. instead.

Dated: June 25, 2026

Respectfully submitted,

*/s/ Patrick K. Lyons*
Patrick K. Lyons
ASHCRAFT & GEREL, LLP
2020 K Street NW, Suite 505
Washington, DC 20006
[P]: (703) 824-4762
[E]: plyons@ashcraftlaw.com

*Withdrawing Counsel for Plaintiffs*

*/s/ R. Bryant McCulley*
R. Bryant McCulley (S.C. Bar No.: 103593)
ASHCRAFT & GEREL, LLP
701 East Bay Street, Suite 411
Charleston, SC 29403
[P]: (843) 400-1384
[E]: bmcculley@ashcraftlaw.com

*Substituting Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, June 24, 2026, a true and correct copy of the

foregoing was filed electronically with the Case Management/Electronic Filing System

(CM/ECF) for the U.S. District Court for the Northern District of Illinois. A notice of electronic

filing will be served on all parties by operation of the Court's CM/ECF system.

*/s/ R. Bryant McCulley*
R. Bryant McCulley

*Substituting Counsel for Plaintiffs*

2

# EXHIBIT A

| Case Number |
| --- |
| 1:23-cv-9079 |
| 1:23-cv-11299 |
| 1:23-cv-11585 |
| 1:23-cv-16193 |
| 1:23-cv-09698 |
| 1:23-cv-12017 |
| 1:23-cv-10860 |
| 1:23-cv-8504 |
| 1:23-cv-16247 |
| 1:23-cv-12137 |
| 1:23-cv-9600 |
| 1:23-cv-00818 |
| 1:23-cv-11221 |
| 1:23-cv-11556 |
| 1:23-cv-16742 |
| 1:23-cv-11753 |
| 1:23-cv-10115 |
| 1:23-cv-15707 |
| 1:23-cv-8841 |
| 1:23-cv-15693 |
| 1:23-cv-12113 |
| 1:23-cv-12196 |
| 1:23-cv-14215 |
| 1:23-cv-12552 |
| 1:23-cv-8965 |
| 1:23-cv-12236 |
| 1:23-cv-12537 |
| 1:23-cv-9178 |
| 1:23-cv-11835 |
| 1:23-cv-11903 |
| 1:23-cv-11081 |
| 1:23-cv-9911 |
| 1:23-cv-9983 |
| 1:23-cv-11413 |
| 1:23-cv-10116 |
| 1:23-cv-5241 |
| 1:23-cv-10292 |
| 1:23-cv-10275 |
| 1:23-cv-00818 |
| 1:23-cv-12553 |

| |
|---|
| 1:23-cv-8909 |
| 1:23-cv-11995 |
| 1:23-cv-01203 |
| 1:23-cv-11591 |
| 1:23-cv-11706 |
| 1:23-cv-14964 |
| 1:23-cv-9105 |
| 1:23-cv-16254 |
| 1:23-cv-15868 |
| 1:23-cv-9190 |
| 1:23-cv-10223 |
| 1:23-cv-9757 |
| 1:23-cv-16206 |
| 1:23-cv-10315 |
| 1:23-cv-10391 |
| 1:23-cv-5699 |
| 1:23-cv-12881 |
| 1:23-cv-11226 |
| 1:23-cv-11484 |
| 1:23-cv-12242 |
| 1:23-cv-10077 |
| 1:23-cv-11057 |
| 1:23-cv-12420 |
| 1:23-cv-9873 |
| 1:23-cv-12922 |
| 1:23-cv-12975 |
| 1:23-cv-08818 |
| 1:23-cv-11173 |
| 1:23-cv-12710 |
| 1:23-cv-12711 |
| 1:23-cv-10392 |
| 1:23-cv-12642 |
| 1:23-cv-09048 |
| 1:23-cv-11246 |
| 1:23-cv-09165 |
| 1:23-cv-16735 |
| 1:23-cv-09255 |
| 1:23-cv-09474 |
| 1:23-cv-12869 |
| 1:23-cv-09514 |
| 1:23-cv-12181 |

2

| |
|---|
| 1:23-cv-12223 |
| 1:23-cv-12782 |
| 1:23-cv-12446 |
| 1:23-cv-09886 |
| 1:23-cv-12481 |
| 1:23-cv-11072 |
| 1:23-cv-12659 |
| 1:23-cv-11855 |
| 1:24-cv-12530 |
| 1:24-cv-11574 |
| 1:24-cv-12638 |
| 1:24-cv-7910 |
| 1:24-cv-2301 |
| 1:24-cv-7971 |
| 1:24-cv-10759 |
| 1:24-cv-12239 |
| 1:24-cv-981 |
| 1:24-cv-11716 |
| 1:24-cv-4552 |
| 1:24-cv-12535 |
| 1:24-cv-9082 |
| 1:24-cv-12365 |
| 1:24-cv-7551 |
| 1:24-cv-12511 |
| 1:24-cv-12798 |
| 1:24-cv-13017 |
| 1:24-cv-7937 |
| 1:24-cv-01961 |
| 1:24-cv-11681 |
| 1:24-cv-769 |
| 1:24-cv-13103 |
| 1:24-cv-9820 |
| 1:24-cv-12663 |
| 1:24-cv-12629 |
| 1:24-cv-12399 |
| 1:24-cv-10904 |
| 1:24-cv-12813 |
| 1:24-cv-12737 |
| 1:24-cv-7255 |
| 1:24-cv-13037 |
| 1:24-cv-13061 |

3

| |
|---|
| 1:24-cv-6060 |
| 1:24-cv-5573 |
| 1:24-cv-9721 |
| 1:24-cv-8071 |
| 1:24-cv-12266 |
| 1:24-cv-10762 |
| 1:24-cv-5539 |
| 1:24-cv-12962 |
| 1:24-cv-12678 |
| 1:24-cv-13028 |
| 1:24-cv-12367 |
| 1:24-cv-7996 |
| 1:24-cv-12129 |
| 1:24-cv-13011 |
| 1:24-cv-9733 |
| 1:24-cv-13036 |
| 1:24-cv-10903 |
| 1:24-cv-11648 |
| 1:24-cv-3682 |
| 1:24-cv-12732 |
| 1:24-cv-6783 |
| 1:24-cv-6079 |
| 1:24-cv-8584 |
| 1:24-cv-2345 |
| 1:24-cv-9866 |
| 1:24-cv-4551 |
| 1:24-cv-12374 |
| 1:24-cv-11699 |
| 1:24-cv-12356 |
| 1:24-cv-8033 |
| 1:24-cv-8387 |
| 1:24-cv-6066 |
| 1:24-cv-12348 |
| 1:24-cv-12754 |
| 1:24-cv-12982 |
| 1:24-cv-11698 |
| 1:24-cv-9932 |
| 1:24-cv-5576 |
| 1:24-cv-8189 |
| 1:24-cv-3248 |
| 1:24-cv-9744 |

| |
|---|
| 1:24-cv-12562 |
| 1:24-cv-13024 |
| 1:24-cv-8560 |
| 1:24-cv-8446 |
| 1:24-cv-1922 |
| 1:24-cv-12939 |
| 1:24-cv-11754 |
| 1:24-cv-12378 |
| 1:24-cv-11745 |
| 1:24-cv-12259 |
| 1:24-cv-4072 |
| 1:24-cv-7982 |
| 1:24-cv-8053 |
| 1:24-cv-10955 |
| 1:24-cv-8370 |
| 1:24-cv-9024 |
| 1:24-cv-8055 |
| 1:24-cv-9855 |
| 1:24-cv-11580 |
| 1:24-cv-8358 |
| 1:24-cv-12381 |
| 1:24-cv-2425 |
| 1:24-cv-3252 |
| 1:24-cv-7493 |
| 1:24-cv-3280 |
| 1:24-cv-7513 |
| 1:24-cv-6089 |
| 1:24-cv-10646 |
| 1:24-cv-3276 |
| 1:24-cv-10647 |
| 1:24-cv-2674 |
| 1:24-cv-1296 |
| 1:24-cv-3273 |
| 1:24-cv-11663 |
| 1:24-cv-9049 |
| 1:24-cv-12603 |
| 1:24-cv-11512 |
| 1:24-cv-11718 |
| 1:24-cv-12976 |
| 1:24-cv-12666 |
| 1:24-cv-12889 |

| |
|---|
| 1:24-cv-10786 |
| 1:24-cv-4677 |
| 1:24-cv-8002 |
| 1:24-cv-12948 |
| 1:24-cv-11677 |
| 1:24-cv-09859 |
| 1:24-cv-1962 |
| 1:24-cv-12380 |
| 1:24-cv-10671 |
| 1:24-cv-13018 |
| 1:24-cv-8388 |
| 1:24-cv-11548 |
| 1:24-cv-2289 |
| 1:24-cv-11699 |
| 1:24-cv-6161 |
| 1:24-cv-9059 |
| 1:24-cv-9804 |
| 1:25-cv-5680 |
| 1:25-cv-5432 |
| 1:25-cv-359 |
| 1:25-cv-11668 |
| 1:25-cv-8088 |
| 1:25-cv-895 |
| 1:25-cv-7494 |
| 1:25-cv-7513 |
| 1:25-cv-5746 |
| 1:25-cv-5036 |
| 1:25-cv-874 |
| 1:25-cv-10791 |
| 1:25-cv-2428 |
| 1:25-cv-15744 |
| 1:25-cv-5022 |
| 1:25-cv-6378 |
| 1:25-cv-507 |
| 1:25-cv-11056 |
| 1:25-cv-15623 |
| 1:25-cv-9821 |
| 1:25-cv-15718 |
| 1:25-cv-15615 |
| 1:25-cv-14185 |
| 1:25-cv-11865 |

6

| |
|---|
| 1:25-cv-13880 |
| 1:25-cv-4108 |
| 1:25-cv-7583 |
| 1:25-cv-10584 |
| 1:25-cv-8473 |
| 1:25-cv-13598 |
| 1:25-cv-11157 |
| 1:25-cv-2639 |
| 1:25-cv-11925 |
| 1:25-cv-3045 |
| 1:25-cv-6745 |
| 1:25-cv-452 |
| 1:25-cv-11015 |
| 1:25-cv-14001 |
| 1:25-cv-2430 |
| 1:25-cv-14069 |
| 1:25-cv-382 |
| 1:25-cv-8057 |
| 1:25-cv-7979 |
| 1:25-cv-6733 |
| 1:25-cv-13858 |
| 1:25-cv-13688 |
| 1:25-cv-4660 |
| 1:25-cv-4771 |
| 1:25-cv-13661 |
| 1:25-cv-1077 |
| 1:25-cv-7891 |
| 1:25-cv-3957 |
| 1:25-cv-1897 |
| 1:25-cv-2824 |
| 1:25-cv-6138 |
| 1:25-cv-8111 |
| 1:25-cv-5919 |
| 1:25-cv-6081 |
| 1:25-cv-15231 |
| 1:25-cv-5849 |
| 1:25-cv-8291 |
| 1:25-cv-10098 |
| 1:25-cv-11764 |
| 1:25-cv-4222 |
| 1:25-cv-4606 |

| |
|---|
| 1:25-cv-5354 |
| 1:25-cv-13828 |
| 1:25-cv-1189 |
| 1:25-cv-13269 |
| 1:25-cv-15765 |
| 1:25-cv-7418 |
| 1:25-cv-3950 |
| 1:25-cv-5913 |
| 1:25-cv-4153 |
| 1:25-cv-985 |
| 1:25-cv-4740 |
| 1:25-cv-11969 |
| 1:25-cv-5775 |
| 1:25-cv-10967 |
| 1:25-cv-14084 |
| 1:25-cv-1984 |
| 1:25-cv-15199 |
| 1:25-cv-5341 |
| 1:25-cv-442 |
| 1:25-cv-5726 |
| 1:25-cv-6882 |
| 1:25-cv-5575 |
| 1:25-cv-8212 |
| 1:25-cv-11682 |
| 1:25-cv-11828 |
| 1:25-cv-14135 |
| 1:25-cv-4784 |
| 1:25-cv-14099 |
| 1:25-cv-15778 |
| 1:25-cv-14190 |
| 1:25-cv-9989 |
| 1:25-cv-7567 |
| 1:25-cv-14010 |
| 1:25-cv-10779 |
| 1:25-cv-4161 |
| 1:25-cv-6121 |
| 1:25-cv-6753 |
| 1:25-cv-8436 |
| 1:25-cv-9880 |
| 1:25-cv-11840 |
| 1:25-cv-9117 |

8

| |
|---|
| 1:25-cv-11915 |
| 1:25-cv-13145 |
| 1:25-cv-5628 |
| 1:25-cv-5691 |
| 1:25-cv-7427 |
| 1:25-cv-5320 |
| 1:25-cv-9131 |
| 1:25-cv-7758 |
| 1:25-cv-6808 |
| 1:25-cv-11651 |
| 1:25-cv-7443 |
| 1:25-cv-11173 |
| 1:25-cv-11872 |
| 1:25-cv-912 |
| 1:25-cv-428 |
| 1:25-cv-15524 |
| 1:25-cv-11488 |
| 1:25-cv-8299 |
| 1:25-cv-6158 |
| 1:25-cv-5324 |
| 1:25-cv-408 |
| 1:25-cv-13805 |
| 1:25-cv-15571 |
| 1:25-cv-7466 |
| 1:25-cv-9567 |
| 1:25-cv-13797 |
| 1:25-cv-6189 |
| 1:25-cv-365 |
| 1:25-cv-4395 |
| 1:25-cv-5621 |
| 1:25-cv-4573 |
| 1:25-cv-14160 |
| 1:25-cv-11113 |
| 1:25-cv-13669 |
| 1:25-cv-13932 |
| 1:25-cv-6838 |
| 1:25-cv-11041 |
| 1:25-cv-6043 |
| 1:25-cv-5888 |
| 1:25-cv-15707 |
| 1:25-cv-10970 |

| |
|---|
| 1:25-cv-10803 |
| 1:25-cv-6304 |
| 1:25-cv-15592 |
| 1:25-cv-5759 |
| 1:25-cv-11499 |
| 1:25-cv-514 |
| 1:25-cv-8185 |
| 1:25-cv-5645 |
| 1:25-cv-6037 |
| 1:25-cv-15220 |
| 1:25-cv-13130 |
| 1:25-cv-11521 |
| 1:25-cv-11646 |
| 1:25-cv-11628 |
| 1:25-cv-14049 |
| 1:25-cv-3102 |
| 1:25-cv-11146 |
| 1:25-cv-13702 |
| 1:25-cv-499 |
| 1:25-cv-543 |
| 1:25-cv-7507 |
| 1:25-cv-1012 |
| 1:25-cv-10664 |
| 1:25-cv-10767 |
| 1:25-cv-10347 |
| 1:25-cv-435 |
| 1:25-cv-11031 |
| 1:25-cv-6826 |
| 1:25-cv-5982 |
| 1:25-cv-1997 |
| 1:25-cv-15104 |
| 1:25-cv-13923 |
| 1:25-cv-8235 |
| 1:25-cv-6176 |
| 1:25-cv-7826 |
| 1:25-cv-11369 |
| 1:25-cv-13946 |
| 1:25-cv-6795 |
| 1:25-cv-11474 |
| 1:25-cv-5707 |
| 1:25-cv-11132 |

10

| |
|---|
| 1:25-cv-6111 |
| 1:25-cv-10522 |
| 1:25-cv-926 |
| 1:25-cv-7884 |
| 1:25-cv-392 |
| 1:25-cv-5903 |
| 1:25-cv-7333 |
| 1:25-cv-9790 |
| 1:25-cv-15544 |
| 1:25-cv-8206 |
| 1:25-cv-2645 |
| 1:25-cv-4259 |
| 1:25-cv-4625 |
| 1:25-cv-13978 |
| 1:25-cv-6379 |
| 1:25-cv-13613 |
| 1:25-cv-538 |
| 1:25-cv-14323 |
| 1:25-cv-7340 |
| 1:25-cv-4077 |
| 1:25-cv-458 |
| 1:25-cv-10359 |
| 1:25-cv-4676 |
| 1:25-cv-9855 |
| 1:25-cv-3287 |
| 1:25-cv-5378 |
| 1:25-cv-6132 |
| 1:25-cv-4210 |
| 1:25-cv-15134 |
| 1:25-cv-984 |
| 1:25-cv-888 |
| 1:25-cv-13994 |
| 1:25-cv-11695 |
| 1:25-cv-9548 |
| 1:25-cv-1169 |
| 1:25-cv-11623 |
| 1:25-cv-9557 |
| 1:25-cv-11013 |
| 1:25-cv-8423 |
| 1:25-cv-379 |
| 1:25-cv-13914 |

11

| |
|---|
| 1:25-cv-10039 |
| 1:25-cv-418 |
| 1:25-cv-11669 |
| 1:25-cv-5932 |
| 1:25-cv-548 |
| 1:25-cv-13618 |
| 1:25-cv-6057 |
| 1:25-cv-4252 |
| 1:25-cv-9871 |
| 1:25-cv-694 |
| 1:25-cv-3298 |
| 1:25-cv-898 |
| 1:26-cv-1093 |
| 1:26-cv-1991 |
| 1:26-cv-3567 |
| 1:26-cv-5928 |
| 1:26-cv-7035 |
| 1:26-cv-6225 |
| 1:26-cv-4535 |
| 1:26-cv-6110 |
| 1:26-cv-7085 |
| 1:26-cv-4592 |
| 1:26-cv-882 |
| 1:26-cv-420 |
| 1:26-cv-4562 |
| 1:26-cv-1161 |
| 1:26-cv-6962 |
| 1:26-cv-1036 |
| 1:26-cv-1142 |
| 1:26-cv-5746 |
| 1:26-cv-1295 |
| 1:26-cv-6165 |
| 1:26-cv-982 |
| 1:26-cv-1568 |
| 1:26-cv-7053 |
| 1:26-cv-468 |
| 1:26-cv-6919 |
| 1:26-cv-5766 |
| 1:26-cv-5788 |
| 1:26-cv-5342 |
| 1:26-cv-6890 |

| |
|---|
| 1:26-cv-3199 |
| 1:26-cv-7031 |
| 1:26-cv-1901 |
| 1:26-cv-251 |
| 1:26-cv-308 |
| 1:26-cv-7058 |
| 1:26-cv-5823 |
| 1:26-cv-6948 |
| 1:26-cv-6121 |
| 1:26-cv-1332 |
| 1:26-cv-2793 |
| 1:26-cv-5793 |
| 1:26-cv-6748 |
| 1:26-cv-1563 |
| 1:26-cv-841 |
| 1:26-cv-6912 |
| 1:26-cv-6277 |
| 1:26-cv-6885 |
| 1:26-cv-3554 |
| 1:26-cv-1412 |
| 1:26-cv-5730 |
| 1:26-cv-07084 |
| 1:26-cv-4598 |
| 1:26-cv-611 |
| 1:26-cv-1863 |
| 1:26-cv-7128 |
| 1:26-cv-3565 |
| 1:26-cv-2063 |
| 1:26-cv-213 |
| 1:26-cv-6248 |
| 1:26-cv-1135 |
| 1:26-cv-7070 |
| 1:26-cv-5894 |
| 1:26-cv-5680 |
| 1:26-cv-5629 |
| 1:26-cv-263 |
| 1:26-cv-5982 |
| 1:26-cv-5072 |
| 1:26-cv-4620 |
| 1:26-cv-2834 |
| 1:26-cv-2095 |

13

| |
|---|
| 1:26-cv-5822 |
| 1:26-cv-6353 |
| 1:26-cv-1192 |
| 1:26-cv-6971 |
| 1:26-cv-5859 |
| 1:26-cv-5969 |
| 1:26-cv-6307 |
| 1:26-cv-5287 |
| 1:26-cv-509 |
| 1:26-cv-1916 |
| 1:26-cv-7198 |
| 1:26-cv-2078 |
| 1:26-cv-6069 |
| 1:26-cv-5659 |
| 1:26-cv-142 |
| 1:26-cv-800 |
| 1:26-cv-831 |
| 1:26-cv-5739 |
| 1:26-cv-2021 |
| 1:26-cv-325 |
| 1:26-cv-1206 |
| 1:26-cv-1100 |
| 1:26-cv-3326 |
| 1:26-cv-2005 |
| 1:26-cv-837 |
| 1:26-cv-46 |
| 1:26-cv-772 |
| 1:26-cv-2345 |
| 1:26-cv-5871 |
| 1:26-cv-6252 |
| 1:26-cv-7106 |
| 1:26-cv-6148 |
| 1:26-cv-1697 |
| 1:26-cv-7075 |
| 1:26-cv-5937 |
| 1:26-cv-195 |
| 1:26-cv-6160 |
| 1:26-cv-6938 |
| 1:26-cv-3318 |
| 1:26-cv-2344 |
| 1:26-cv-7167 |

14

1:26-cv-5890