**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>No. 23-cv-00818<br><br>Hon. Beth W. Jantz<br><br>This document relates to: All Cases |

# ORDER

The Court held a status hearing on August 20, 2026, to discuss the status of discovery and address the issues raised in the parties' August 13, 2026 Joint Status Report (JSR) (Dkt. 2002). This Order memorializes the salient aspects of that hearing and the Court's corresponding rulings.

The parties shall appear for a status hearing on October 1, 2026, at 10:00 a.m. (Central). The parties shall submit a JSR on the status of discovery by September 24, 2026.

The parties first discussed Plaintiffs' request that certain documents and deposition transcripts produced in parallel state-court proceedings also be produced in the MDL. Defendants generally object to the production of these documents or deposition transcripts in the MDL, referencing Judge Finnegan's 5/7/2024 Order setting the ending collection date to the "date the defendant was first sued in this litigation," Dkt. 644, and certain others of the Court's orders. The Court decided it would take briefing on this dispute. Accordingly, by September 2, 2026, Plaintiffs shall file a brief, not to exceed 10 pages, arguing their position and providing any authority for the MDL practice Plaintiffs cited on the record is standard. By September 16, 2026, Defendants shall file their response to Plaintiffs' brief and any supporting MDL authority, not to exceed 10 pages. The parties' briefs shall not address the production of deposition transcripts related to Defendant AFAM Concept, Inc., as AFAM and Plaintiffs are separately conferring on that issue.

Plaintiffs next raised an issue with Defendant Avlon Industries, Inc.'s supplemental discovery responses. Plaintiffs and Avlon shall meet and confer by September 3, 2026. If they cannot resolve their dispute, the parties are to reach out to Special Master Grossman for assistance by 9/10/26.

The parties provided an update on Defendant AFAM's production schedule. AFAM confirmed that it will complete its production of the identified 207 boxes by September 4, 2026. AFAM also confirmed that it has completed its production of WhatsApp communications for the three custodians it had previously identified. Further, AFAM will produce to Plaintiffs, by August 26, 2026, a list of additional employees who have used WhatsApp to communicate about business-related matters. Regarding AFAM's past-due privilege logs, AFAM will produce privilege logs for production volumes 1 through 10 by August 24, 2026. The Court continues to defer the Secondary Review dispute (*see* Dkt. 2002 at 11) to Professor Grossman. *See* Dkt. 1956.

The parties next addressed AFAM's list of finished products, which the parties represent AFAM and Plaintiffs have been working through collaboratively, as previously instructed by the Court. *See* Dkt. 1956. AFAM and Plaintiffs shall continue meeting and conferring by August 24, 2026. As for AFAM's 30(b)(6) depositions, Plaintiffs shall issue notices on a rolling basis by September 3, 2026. The parties also discussed a dispute concerning AFAM's initial disclosures of insurance information. The Court hereby permits Plaintiffs to exceed the interrogatory limit set by Judge Rowland (*see* Dkt. 1777) to the extent that Plaintiffs may issue **one** additional interrogatory to AFAM regarding its insurance coverage. Plaintiffs shall issue the aforementioned interrogatory by August 24, 2026. Finally, Plaintiffs are to issue third-party subpoenas related to AFAM by August 28, 2026.

The parties confirmed that, with respect to Defendant RNA Corporation, there were no further updates beyond what was discussed in the JSR—in particular, that RNA agreed to produce all correspondence and contracts for those Defendants responsive to the Plaintiffs' discovery requests generally, pursuant to RNA's objections and responses, by September 1, 2026. *See* Dkt. 2002 at 12.

SO ENTERED AND ORDERED.

DATED: August 27, 2026

HON. BETH W. JANTZ
United States Magistrate Judge