**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>**Case No. 23 C 818**<br>**Magistrate Beth Jantz**<br><br>**This document relates to:**<br>**All Cases** |

**CASE MANAGEMENT ORDER NO. 24**
**(Second Wave Defendant Discovery Schedule)**

Plaintiffs and Defendants Advanced Beauty, Inc., Bronner Brothers, Inc., Dudley Beauty Corp. LLC, John Paul Mitchell Systems, Murrays Worldwide, Inc., RNA Corporation, and Wella Operations USA LLC d/b/a the Wella Company ("Second Wave Defendants"), agree the general discovery deadlines as to discovery against the Second Wave Defendants shall run up to and including July 15, 2027. During this time, Plaintiffs shall complete all general discovery against the Second Wave Defendants. The parties further agree as follows:

- To the extent an ESI protocol has not been agreed to between Plaintiffs and a Second Wave Defendant, the parties shall meet and confer such that any disputes about an ESI protocol are submitted in the joint status report for the October 1, 2026 status conference before Judge Jantz.
- To the extent not completed prior to the Court's Order Staying Discovery (Dkt.1583), responses and objections for previously served Interrogatories and Requests for Production must be served by September 29, 2026.
- To the extent a Second Wave Defendant has not completed production of go-get documents in its possession, custody and control, production of those documents shall be completed no later than October 29, 2026. Production of all documents shall be completed on a rolling basis, and the parties shall update

the Court on the status of the rolling productions in the Joint Status Reports submitted to the Court as necessary.

- Written discovery to close on March 1, 2027.
- Oral fact discovery to close on July 15, 2027.

The parties agree to comply with CMO 4 [ECF 109].

Dated: August 27, 2026

Entered:

_________________________

Hon. Beth Jantz
United States District Court
Magistrate Judge