**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Date: 9/1/26

Case Number: 1:23-cv-00818

Case Title: In RE: Hair Relaxer Marketing, Sales Practices, And Products Liability Litig

Judge: Rowland

**DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW**

- [ ] Document entered in error.
- [x] Document withdrawn or removed per court order [2021] of Judge Rowland
- [ ] Incorrect Document linked.
- [ ] Other:
- [ ] Removed per IOP30(b).

Thomas G. Bruton, Clerk

By: /s/ J. Galindo
Deputy Clerk