**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 3060<br>Case No. 23-CV-818<br>Honorable Mary M. Rowland |

# DEFENDANTS' MOTION TO STRIKE DKT. NO. 2019-2 AND TO FILE CORRECTED EXHIBIT A TO MOTION TO STRIKE THE EXPERT REPORT OF DR. PAMELA SCHWINGL

Advanced Beauty, Inc., AFAM Concept, Inc., Avlon Industries, Inc., Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc., Dudley Beauty Corp, LLC, Godrej SON Holdings, House of Cheatham LLC, John Paul Mitchell Systems, Inc., L'Oréal USA, Inc., L'Oréal USA Products, Inc., Luster Products, Inc., McBride Research Laboratories, Inc., Murray's Worldwide, Inc., Namasté Laboratories, LLC, Revlon Consumer Products Corporation, Revlon Group Holdings LLC, Revlon, Inc., RNA Corporation, Sally Beauty Supply LLC, SoftSheen Carson LLC, Strength of Nature Global LLC, and Strength of Nature LLC (collectively, "Defendants"), respectfully move this Court for leave to file a corrected Exhibit A in support of their August 28, 2026 motion to strike the July 30, 2026 expert report of Dr. Pamela Schwingl.

Exhibit A of Defendants' August 28, 2026 filing [Dkt. No. 2019] is a copy of the report of Plaintiffs' expert Dr. Michele L. Cote. The copy filed with Defendants' motion to strike [Dkt. No. 2019-2] inadvertently included privileged notes from counsel which were not intended to be circulated outside of the Defense group. As a result, Defendants respectfully request this court strike that entry from the docket and allow Defendants to file a corrected version without privileged annotations.

WHEREFORE, for the reasons set forth above, Defendants respectfully request that the Court enter an order striking Dkt. No. 2019-2 from the docket and granting Defendants leave to file a corrected Exhibit A in support of their Motion to Strike Dr. Schwingl's expert report.

Dated: August 31, 2026

By: /s/ Lori B. Leskin
Lori B. Leskin
E. Dean Harris Porter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
250 West 55th Street
New York, NY 10019
T: (212) 836-8641
F: (212) 836-8689
Lori.leskin@arnoldporter.com
Dean.Porter@arnoldporter.com

Rhonda R. Trotter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199
Rhonda.trotter@arnoldporter.com

Nicholas Zebrowski (*pro hac vice forthcoming)*
**ARNOLD & PORTER KAYE SCHOLER, LLP**
300 North LaSalle Drive, Suite 3500
Chicago, IL 60654
T: (312) 583-2431
F: (312) 583-2360
Nicholas.zebrowski@arnoldporter.com

*Counsel for Defendants Strength of Nature LLC; Strength of Nature Global LLC; and Godrej SON Holdings*

Heidi Levine
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
T: (212) 839-5300
hlevine@sidley.com
*Defense Liaison Counsel and Counsel for Defendant Namasté Laboratories, LLC*

Daniel A. Spira

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
T: (312) 853-7274
dspira@sidley.com

Lisa M. Gilford
**SIDLEY AUSTIN LLP**
350 South Grand Avenue
Los Angeles, CA 90071
T: (213) 896-6044
lgilford@sidley.com

Amanda M. Blau
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
T: (212) 839-5441
ablau@sidley.com

Caitlin P. Strauss
**SAUL EWING LLP**
1735 Market Street
Suite 3400
Philadelphia, PA 19103-7504
T: (215) 972-7153
caitlin.strauss@saul.com

Michael A. Jacobson
**SAUL EWING LLP**
161 North Clark Street
Suite 4200
Chicago, IL 60601
T: (312) 876-7121
michael.jacobson@saul.com
*Counsel for Defendant Namasté Laboratories, LLC*

Dennis S. Ellis
Katherine F. Murray
Serli Polatoglu
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
T: (213) 892-5200
F: (213) 892-5454
dellis@mofo.com
kmurray@mofo.com
spolatoglu@mofo.com

Jonathan Blakley
**GORDON REES SCULLY MANSUKHANI LLP**
1 N. Franklin St., Suite 800
Chicago, IL 60606
T: (312) 565-1400
F: (312) 565-6511
jblakley@grsm.com

Peter Siachos
**GORDON REES SCULLY MANSUKHANI LLP**
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
T: (973) 549-2500
F: (973) 377-1911
psiachos@grsm.com
*Counsel for Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc. and SoftSheen-Carson LLC*

R. Trent Taylor
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T: (804) 775-1182
F: (804) 225-5409
rtaylor@mcguirewoods.com

Patrick P. Clyder
Royce B. DuBiner
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
T: (312) 849-8100
F: (312) 849-3690
pclyder@mcguirewoods.com
rdubiner@mcguirewoods.com
*Counsel for Defendant House of Cheatham LLC*

Kevin A. Titus (6217520)
Sherita Glover (6319197)
**LITCHFIELD CAVO, LLP**
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Telephone: (312) 781-6668
Facsimile: (312) 781-6630
Titus@litchfieldcavo.com

Glover@litchfieldcavo.com

Daniel P. Costello (6274746)
Michael P. Turiello (6238272)
Shipra S. Mehta (6321116)
**COSTELLO GINEX & WIDEIKIS, P.C.**
150 N. Wacker Drive, Suite 1400
Chicago, IL 60606
T: 312-850-2651
F: 312-893-7395
dcostello@cgw-legal.com
mturiello@cgw-legal.com
smehta@cgw-legal.com
*Counsel for Defendant Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc.*

Richard J. Leamy, Jr.
Kristen A. Schank
Anna Morrison Ricordati
**WIEDNER & MCAULIFFE, LTD.**
1 N. Franklin St., Suite 1900
Chicago, Illinois 60606
T: (312) 855-1105
rjleamy@wmlaw.com
kaschank@wmlaw.com
amricordati@wmlaw.com
*Counsel for Defendant Avlon Industries, Inc.*

Melissa Fallah
Robert W. Petti
Alyssa P. Fleischman
**MARON MARVEL**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 579-2018
mfallah@maronmarvel.com
rpetti@maronmarvel.com
afleischman@maronmarvel.com
*Counsel for Defendant Luster Products, Inc.*

Robert A. Atkins
Daniel H. Levi
Shimeng (Simona) Xu
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019

T: (212) 373-3000
ratkins@paulweiss.com
dlevi@paulweiss.com
sxu@paulweiss.com

Randy S. Luskey
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
T: (628) 432-5112
rluskey@paulweiss.com

David E. Cole
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
T: (202) 223-7348
dcole@paulweiss.com

Edward P. Abbot
**ECKERT SEAMANS CHERIN & MELLOT, LLC**
275 Madison Avenue, 10th Floor
New York, NY 10016
T: (646) 513-2358
eabbot@eckertseamans.com
*Counsel for Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC*

Heidi Levine
**SIDLEY AUSTIN LLP**
787 7th Ave
New York, NY 10019
T: (212) 839-5300
hlevine@sidley.com

Lisa M. Gilford
**SIDLEY AUSTIN LLP**
555 W 5th St.
Los Angeles, CA 90013
T: (213) 896-6000
lgilford@sidley.com

Colleen M. Kenney
**SIDLEY AUSTIN LLP**

One South Dearborn
Chicago, IL 60603
T: (312) 853-2666
ckenney@sidley.com

Yvette Ostolaza
Amanda Crawford-Steger
**SIDLEY AUSTIN LLP**
2021 McKinney Ave., Ste. 2000
Dallas, TX 75201
T: (214)981-3496
yostolaza@sidley.com
asteger@sidley.com

Lauren E. Gumerove
**SIDLEY AUSTIN LLP**
830 Brickell Plaza, Suite 4300
Miami, FL 33131
T: (305) 391-5219
lgumerove@sidley.com
*Counsel for Defendant Sally Beauty Supply LLC*

Joseph J. Welter
Ryan M. Frierott
**GOLDBERG SEGALLIA**
665 Main Street
Buffalo, NY 14203
T: (716) 566-5457
jwelter@goldbergsegalla.com
rfrierott@goldbergsegalla.com
*Counsel for AFAM Concept, Inc.*

Seth V. Alhadeff
Ravika Rameshwar
Matthew C. Wasserman
**DINSMORE & SHOHL LLP**
Southeast Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131
T: (786) 957-1157
Seth.Alhadeff@dinsmore.com
Ravika.Rameshwar@dinsmore.com
Matthew.Wasserman@dinsmore.com

Matthew C. Wasserman
**DINSMORE & SHOHL LLP**
222 W. Adams Street, Suite 3400

Chicago, IL 60606
T: (312) 837-4316
Matthew.Wasserman@dinsmore.com

Adam Fox
**DINSMORE & SHOHL LLP**
801 Pennsylvania Avenue N.W., Suite 610 Washington, D.C. 20004 T: (202) 559-3615 F: (202) 372-9141
Adam.Fox@dinsmore.com

*Counsel for Defendant, McBride Research Laboratories, Inc.*

Ashley C. Webber
Emily D. Robinson
**MARSH ATKINSON & BRANTLEY, LLC**
271 17th Street NW, Suite 1600
Atlanta, GA 30363
T: (404) 282-5050
ashley.webber@mablawfirm.com
emily.robinson@mablawfirm.com
*Counsel for Defendant, Dudley Beauty Corp, LLC*

Daniel L. Stanner
Ashley Crettol Insalaco
Megan E. Ryan
**TABET DIVITO & ROTHSTEIN LLC**
209 S. LaSalle Street, 7th floor
Chicago, IL 60604
T: (312) 762-9450
dstanner@tdrlaw.com
ainsalaco@tdrlaw.com
mryan@tdrlaw.com
*Counsel for Defendant RNA Corporation*

Mark A. Fiore
**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ 08540-6241
T: (609) 919-6600
F: (877) 432-9652
mark.fiore@morganlewis.com
*Counsel for Defendant John Paul Mitchell Systems, Inc.*

Ann C. Barron
Sara Peal
**HEYL, ROYSTER, VOELKER & ALLEN, P.C.**

Suite 100, Mark Twain Plaza III
105 West Vandalia
Edwardsville, Illinois 62025
Telephone 618.656.4646
abarron@heylroyster.com
speal@heylroyster.com
*Counsel for Advanced Beauty, Inc.*

Leslie A. Federer, ARDC #6325614
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 767-1314
lfederer@maronmarvel.com

Robert E. Dille (*pro hac vice*)
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
201 St. Charles Ave., Suite 2411
New Orleans, Louisiana 70170
T: (504) 321-9331
rdille@maronmarvel.com
*Counsel for Defendant Murray's Worldwide, Inc.*

## CERTIFICATE OF SERVICE

I, Lori Leskin, one of the attorneys for Defendants Strength of Nature LLC, Strength of Nature Global LLC, and Godrej SON Holdings, hereby certify that on August 31, 2026, I caused the foregoing **DEFENDANTS' MOTION TO STRIKE DKT. NO. 2019-2 AND TO FILE CORRECTED EXHIBIT A TO MOTION TO STRIKE THE EXPERT REPORT OF DR. PAMELA SCHWINGL** to be filed through the CM/ECF system of the United States District Court for the Northern District of Illinois thereby serving all counsel of record electronically.

By: */s/Lori B. Leskin*
Lori B. Leskin