**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>Case No. 23 C 818<br>Judge Mary M. Rowland<br><br>**This document relates to:**<br>All Cases |

**JOINT STATUS REPORT FOR THE OCTOBER 1, 2026**
**DISCOVERY STATUS CONFERENCE**

Co-Lead Counsel for Plaintiffs and counsel for Defendants provide this Joint Status Report in advance of the discovery status conference scheduled for October 1, 2026 before the Honorable Magistrate Judge Beth W. Jantz.

## I. *Global Issues*

### a. Post-2022 Documents

**Joint Position:**

The post-2022 document briefing is complete and the parties are happy to address any questions with the Court.

## II. *Defendant Specific Discovery Status*

**AFAM:**

### a. Depositions

**Joint Position:**
Numerous AFAM depositions have taken place and are scheduled through the September 30th deadline. The parties are meeting and conferring to complete all depositions, and at this time, have not reached an agreement on the continuation of the 30b6 depositions on Product Formulations and on Ingredients and Fragrances.

Plaintiffs took both the Product Formulations and the Ingredients and Fragrances 30b6 depositions but held them open due to outstanding information from AFAM. Now that AFAM has produced the remaining information, Plaintiffs request to take limited 30b6 depositions, specifically related to the new information produced. If the parties are able to come to an agreement prior to the October 1 CMC, we will notify the Court accordingly.

**b. Supplemental Interrogatory and Request for Production Responses**

**Plaintiffs' Position:**

The parties participated in a meet and confer regarding deficiencies in Defendant's responses to the First and Second sets of Requests for Production and Interrogatories. Plaintiffs request that AFAM supplement their responses before September 30, 2026. Plaintiffs also request an officer or representative of AFAM to sign the interrogatory responses with counsel pursuant to Rule 33(b)(5). Plaintiffs further reserve their right to request an additional deposition, specifically limited to any new information or additional documents, that are provided in response to any interrogatory or request for production after the September 30 deadline.

**AFAM's Position:**

The parties agreed in late August to meet and confer regarding Plaintiffs' assertions that certain of AFAM's responses to interrogatories and requests for production are deficient, and the parties held that conference on September 13, 2026. Plaintiffs did not contend that the requested supplementation was necessary to proceed with the numerous depositions scheduled before the September 30 discovery deadline. Moreover, Plaintiffs have had and continue to have the opportunity to examine AFAM deponents on any topics they consider relevant to their claims and defenses. Given the extensive deposition schedule and other discovery obligations that have required substantial time and attention from AFAM witnesses and counsel, AFAM informed Plaintiffs that supplementation by September 30, 2026, is not feasible. AFAM proposed to supplement its responses by October 9, 2026, but Plaintiffs declined that proposal.

**c. Outstanding Subpoenas for Deposition to Former Employees**

**Plaintiffs' Position:**

1. Plaintiffs previously issued a subpoena on former employee, Erika Taylor, on August 21,2026, but have been unable to effect service. Plaintiffs are therefore requesting that they be allowed to continue their efforts to effect service and schedule her deposition following the September 30th deadline.

2. In addition, Plaintiffs are requesting that the Court allow them to issue a subpoena and conduct the deposition of former AFAM employee Nhuy Tran after the September 30th deadline. Plaintiffs previously issued a notice for the fact witness deposition of Ms. Tran, AFAM's most recent quality and regulatory manager. At the time of the request, Ms. Tran was employed by AFAM. At some point after the request, Ms. Tran left the company. AFAM counsel recently notified Plaintiffs on September 21, 2026, that they have been unable to reach Ms. Tran to schedule her deposition. Plaintiffs request that the Court allow them to issue a subpoena and obtain her testimony after the September 30th deadline.

3. Plaintiffs have repeatedly attempted to conduct a fact witness deposition regarding AFAM's regulatory affairs. Ms. Tran was originally identified prior to her departure from the company. Syed Haque, who is listed as the regulatory affairs manager on AFAM's organizational charts and in many documents, testified that he is a warehouse clerk who did not fulfill that role in practice. AFAM has not yet identified a replacement fact witness. Mr. Haque's testimony, taken yesterday (September 23), identified former AFAM personnel, Tariq Chaudhary and Vilayeth Hussain, who have knowledge of the AFAM regulatory department. Plaintiffs request the opportunity to subpoena these individuals and to take their depositions after the current deadline. The parties will not seek an extension of other court deadlines as a result of this request.

**AFAM's Position:**

On August 10, 2026, AFAM informed plaintiffs' counsel that Erika Taylor was no longer employed by AFAM. We also provided her last known address. AFAM objects to holding discovery opened beyond the September 30 date to which plaintiffs agreed at the outset, which deadline was negotiated between the parties and adopted by Judge Rowland. AFAM objects to leaving discovery open with respect to this witness.

On September 3, 2026, for the first time, plaintiffs issued a fact deposition notice for Nhuy Tran, which AFAM had already advised had left the company the prior week. However, we had been in contact with Ms. Tran who had agreed to appear. We informed plaintiff's counsel. We have been unable to contact Ms. Tran to confirm her appearance. We did not advise plaintiffs' counsel that she was out of the country. Under these limited circumstances, we do not object to plaintiffs issuing a subpoena and effecting service within one week but object to a general extension to conducting this deposition.

Less than an hour before this JSR was to be submitted, plaintiffs' counsel identified for the first time the names of two additional witnesses, Tariq Chaudhary and Vilayeth Hussain. We believe (subject to confirmation) that these are names that appear in AFAM's documents and emails produced months ago. These were simply witnesses plaintiffs chose not to pursue. Instead, plaintiffs chose to subpoena Syed Haque who appeared as a nonparty witness. Mr. Haque was not a witness AFAM chose but someone plaintiffs identified and subpoenaed. AFAM has no obligation to produce a "replacement" fact witness. AFAM objects to plaintiffs' attempt to pursue new discovery beyond the September 30 deadline.

## III. ***<u>Second-wave Defendant Specific Discovery Status</u>***

**<u>Advanced Beauty:</u>**

**a. Timeline for Supplemental Production & Status of ESI Protocol**

**Joint Position:**
The parties have communicated in writing regarding Advanced Beauty's discovery responses and the ESI protocol and will hold an oral meet and confer if necessary. The parties do not believe that the Court's involvement is necessary at this time.

**Bronner Bros:**

**a. Outstanding Requests for Production**

**Joint Position:**

Bronner Bros. counsel has indicated that Pursuant to CMO No. 24, Bronner Bros. will serve its responses and objections to all seven sets of RFPs by September 29, 2026, and will produce responsive, non-privileged documents on a rolling basis consistent with the Stipulated ESI Protocol (CMO No. 4, ECF 109). Bronner Bros. will produce all responsive, non-privileged documents within its own possession, custody, or control; will meet and confer with Plaintiffs in good faith regarding any third-party materials that Plaintiffs believe Bronner is obligated to obtain. The parties will update the Court as needed.

**b. Search Terms and DISCO Hit Report**

**Joint Position:**

Prior to the stay, the parties had been negotiating a hit report to run in Bronner's document review platform, DISCO, using the combined search terms Plaintiffs submitted on December 3, 2025. Searches have now been performed using Plaintiffs' proposed list of search terms. Bronner has provided Plaintiffs with line-by-line hit reports for the search terms, together with a summary of the search results, and Plaintiffs have advised that they are reviewing that information. This represents substantial progress and reflects the parties' continued cooperation. Bronner will continue to work cooperatively with Plaintiffs regarding any follow-up arising from their review so that document productions proceed within the schedule established by CMO No. 24. The parties will update the Court as needed.

**c. Go-Gets**

**Joint Position:**

Bronner has indicated that they will be producing go-get document requests by the October deadline outlined in CMO No.24.

**Dudley:**

**a. Timeline for production & Status of ESI Protocol**

**Joint Position:**

The parties participated in a meet and confer to discuss scheduling related to Dudley's supplemental responses as well as the ESI protocol and do not anticipate the need for Court intervention at this time. Pursuant to CMO No. 24, Dudley will produce responses to Interrogatory set 8 and Requests for Production set 7 by September 29, 2026, and will follow up with Plaintiffs regarding their anticipated deadline for supplementing responses to Requests for Production sets 1, 3, and 6.

**JPMS:**

**a. Search Terms and Hit Reports**

**Joint Position:**

Plaintiffs and Defendant conducted a meet and confer on September 23, 2026. Defendant agreed to formally respond to Plaintiffs' letter claiming deficient interrogatory and RFP responses by October 5, 2026. Additionally, Defendant assured Plaintiffs it will provide hit reports for custodial sources and additional information regarding non-custodial sources by September 30, 2026. The parties agree that Court intervention is not necessary or appropriate at this time.

**Murray's Worldwide:**

**a. ESI Protocol**

**Joint Position:**

The Parties conducted a meet and confer on September 15, 2026. Defendant notified Plaintiffs that they intend to follow CMO 4 for ESI protocols and further requested a list of search terms for consideration. Defendant also agreed to formally respond to Plaintiffs' deficiency letter regarding interrogatory and RFP responses by September 29, 2026. Additionally, Defendant assured Plaintiffs the Go Get Document production deadline of October 29, 2026, would be complied with in Good Faith, and that Defendant would provide topics of documents to be disclosed by October 15, 2026.

**Wella:**

**a. Status Update**

**Joint Position:**

The parties met and conferred on September 15, 2026 to discuss outstanding discovery responses, upcoming deadlines under CMO 24, and the ESI Protocol. Wella anticipates meeting the deadlines set forth in CMO 24 and moving forward with search terms for the ESI Protocol. The parties will meet and confer regarding any deficiencies.

Dated: September 24, 2026.

**FOR PLAINTIFFS:**

Respectfully Submitted,

*/s/Mark R. Miller*

Mark R. Miller
**WALLACE MILLER**
200 W. Madison Street, Suite 3400
Chicago, Illinois 60606
T: (312) 261-6193
Email: mrm@wallacemiller.com

*Plaintiffs' Liaison Counsel*

Diandra "Fu" Debrosse
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
T: (312) 214-7900
Email: fu@dicellolevitt.com

*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
T: (401) 457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
One State Street, 35th Floor
New York, New York 10004
T: (212) 566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

Benjamin L. Crump

**FOR DEFENDANTS:**

Respectfully Submitted,

*/s/ Heidi Levine*

Heidi Levine
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
T: (212) 839-5300
hlevine@sidley.com

*Defense Liaison Counsel and Counsel for Defendant Namasté Laboratories, LLC*

Lisa M. Gilford
**SIDLEY AUSTIN LLP**
350 South Grand Avenue
Los Angeles, CA 90071
T: (213) 896-6044
lgilford@sidley.com

Amanda M. Blau
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
T: (212) 839-5441
ablau@sidley.com

Caitlin P. Strauss
**SAUL EWING LLP**
1735 Market Street
Suite 3400
Philadelphia, PA 19103-7504
T: (215) 972-7153
caitlin.strauss@saul.com

Michael A. Jacobson
**SAUL EWING LLP**
161 North Clark Street
Suite 4200
Chicago, IL 60601

**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
T: (850) 224-2020
Email: ben@bencrump.com
*Plaintiffs' Co-Lead Counsel*

T: (312) 876-7121
michael.jacobson@saul.com

*Counsel for Defendant Namasté Laboratories, LLC*

Dennis S. Ellis
Katherine F. Murray
Serli Polatoglu
**MORRISON FOERSTER**
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
T: (213) 892-5235
dellis@mofo.com
kmurray@mofo.com
spolatoglu@mofo.com

Jonathan Blakley
**GORDON REES SCULLY MANSUKHANI LLP**
1 N. Franklin St., Suite 800
Chicago, IL 60606
T: (312) 565-1400
F: (312) 565-6511
jblakley@grsm.com

Peter Siachos
**GORDON REES SCULLY MANSUKHANI LLP**
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
T: (973) 549-2500
F: (973) 377-1911
psiachos@grsm.com

*Counsel for Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc. and SoftSheen-Carson LLC*

Lori B. Leskin
E. Dean Harris Porter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
250 West 55th Street
New York, NY 10019
T: (212) 836-8641

F: (212) 836-8689
Lori.leskin@arnoldporter.com
Dean.Porter@arnoldporter.com

Rhonda R. Trotter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199
Rhonda.trotter@arnoldporter.com

*Counsel for Defendants Strength of Nature LLC; Strength of Nature Global LLC; and Godrej SON Holdings*

R. Trent Taylor
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T: (804) 775-1182
F: (804) 225-5409
rtaylor@mcguirewoods.com

Patrick P. Clyder
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
T: (312) 849-8100
F: (312) 849-3690
pclyder@mcguirewoods.com

*Counsel for Defendant House of Cheatham LLC*

Joseph P. Sullivan
Kevin A. Titus
Bryan E. Curry
**LITCHFIELD CAVO LLP**
303 W. Madison, Suite 300
Chicago, IL 60606
T: 312-781-6677
F: 312-781-6630
sullivanj@litchfieldcavo.com
titus@litchfieldcavo.com

curry@litchfieldcavo.com

*Counsel for Defendant Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc.*

Richard J. Leamy, Jr.
Kristen A. Schank
Anna Morrison Ricordati
**WIEDNER & MCAULIFFE, LTD.**
1 N. Franklin St., Suite 1900
Chicago, Illinois 60606
T: (312) 855-1105
rjleamy@wmlaw.com
kaschank@wmlaw.com
amricordati@wmlaw.com

*Counsel for Defendant Avlon Industries, Inc.*

Melissa Fallah
Robert W. Petti
Alyssa P. Fleischman
**MARON MARVEL**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 579-2018
mfallah@maronmarvel.com
rpetti@maronmarvel.com
afleischman@maronmarvel.com

*Counsel for Defendant Luster Products, Inc.*

Robert A. Atkins
Daniel H. Levi
Shimeng (Simona) Xu
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
T: (212) 373-3000
ratkins@paulweiss.com
dlevi@paulweiss.com
sxu@paulweiss.com

Randy S. Luskey
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

535 Mission Street, 24th Floor
San Francisco, CA 94105
T: (628) 432-5112
rluskey@paulweiss.com

David E. Cole
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
T: (202) 223-7348
dcole@paulweiss.com

Edward P. Abbot
**ECKERT SEAMANS CHERIN & MELLOT, LLC**
275 Madison Avenue, 10th Floor
New York, NY 10016
T: (646) 513-2358
eabbot@eckertseamans.com

*Counsel for Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC*

Yvette Ostolaza
Heidi Levine
Amanda Crawford-Steger
**SIDLEY AUSTIN LLP**
2323 Cedar Springs, Ste. 2600
Dallas, TX 75201
T: (214) 981-3496
yostolaza@sidley.com
hlevine@sidley.com
asteger@sidley.com

Lisa M. Gilford
**SIDLEY AUSTIN LLP**
555 W 5th St.
Los Angeles, CA 90013
T: (213) 896-6000
lgilford@sidley.com

Colleen M. Kenney
**SIDLEY AUSTIN LLP**
One South Dearborn

Chicago, IL 60603
T: (312) 853-2666
ckenney@sidley.com

*Counsel for Defendant Sally Beauty Supply LLC*

Joseph J. Welter
Ryan M. Frierott
**GOLDBERG SEGALLA**
665 Main Street
Buffalo, NY 14203
T: (716) 566-5457
jwelter@goldbergsegalla.com
rfrierott@goldbergsegalla.com

*Counsel for AFAM Concept, Inc.*

Seth V. Alhadeff
Ravika Rameshwar
**DINSMORE & SHOHL LLP**
Southeast Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131
T: (786) 957-1157
Seth.Alhadeff@dinsmore.com
Ravika.Rameshwar@dinsmore.com

Matthew C. Wasserman
**DINSMORE & SHOHL LLP**
222 W. Adams Street
Suite 3400
Chicago, IL 60606
T: (312) 837-4316
Matthew.Wasserman@dinsmore.com

Adam Fox
**DINSMORE & SHOHL LLP**
801 Pennsylvania Avenue N.W., Suite 610
Washington, D.C. 20004
T: (202) 559-3615
F: (202) 372-9141
Adam.Fox@dinsmore.com

*Counsel for Defendant, McBride Research Laboratories, Inc.*

Ashley C. Webber
Emily D. Robinson
**MARSH ATKINSON & BRANTLEY, LLC**
271 17th Street NW, Suite 1600
Atlanta, GA 30363
T: (404) 282-5050
ashley.webber@mablawfirm.com
emily.robinson@mablawfirm.com

*Counsel for Defendant, Dudley Beauty Corp, LLC*

Daniel L. Stanner
Ashley Crettol Insalaco
Megan E. Ryan
**TABET DIVITO & ROTHSTEIN LLC**
209 S. LaSalle Street, 7th floor
Chicago, IL 60604
T: (312) 762-9450
dstanner@tdrlaw.com
ainsalaco@tdrlaw.com
mryan@tdrlaw.com

*Counsel for Defendant RNA Corporation*

Brian J. Riordan
**CLAUSEN MILLER P.C.**
225 West Randolph Street
Suite 700
Chicago, IL 60606
T: (312) 855-1010
F: (312) 606-7777
briordan@clausen.com

*Counsel for Defendant John Paul Mitchell Systems, Inc.*

Leslie A. Federer
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 767-1314
lfederer@maronmarvel.com

Robert E. Dille (pro hac vice)

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
201 St. Charles Ave., Suite 2411
New Orleans, Louisiana 70170
T: (504) 321-9331
rdille@maronmarvel.com

*Counsel for Defendant Murray's Worldwide, Inc.*