**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3060<br>Case No. 23-cv-0818<br><br>Judge Mary M. Rowland |

# SEPTEMBER 2026 JOINT REPORT REGARDING PLAINTIFFS SEEKING CASE REINSTATEMENT OR WHO REFILED THEIR CASES PURSUANT TO CASE MANAGEMENT ORDER 16

In accordance with the procedures outlined in CMO 16 [ECF 1151], on September 15, 2026, Plaintiffs' PFS Liaison, Brown Greer, and Defendants exchanged lists of cases that have been refiled and that are seeking reinstatement in MDL 3060 since the Parties' August 2026 submission [ECF 2018]. The Parties met and conferred on the lists to ensure they agreed on the full case name, case number and Plaintiff ID number from MDL Centrality, as well as whether the cases meet the criteria for refiling or reinstatement pursuant to relevant Court Orders. Below is a list of those cases, separated into refiled and reinstated cases, as of September 15, 2026, with Defendants' positions noted. Defendants' positions address whether a Plaintiff's reinstatement or refiling is timely or otherwise appropriate under the applicable dismissal order and/or complies with the Court's November 13, 2024 Order Granting, in Part, Plaintiff's Motion to Dismiss Non-Ovarian, Uterine, or Endometrial Cancer Cases Without Prejudice [ECF 946] ("Non-Cancer Order"). As discussed at the August 19, 2026, Court Call Hearing, going forward, Defendants will also identify whether a plaintiff is known to have predeceased her originally filed case. Defendants

reserve all other rights and objections on legal grounds, including but not limited to the statutes of limitations and repose.

Plaintiffs whose cases are reinstated or refiled must submit a complete PFS and supporting materials, including authorizations, within ten (10) business days of refiling or reinstatement. Defendants will address whether Plaintiffs are in compliance with this obligation through the CMO 9 Court Call process.

The Parties note that two of the refiled cases identified below were refiled before August 15, 2026, but their status as refiled cases was only recently made apparent to Plaintiffs' PFS Liaison, Brown Greer, and Defendants.

**Cases Seeking Reinstatement between August 16, 2026 and September 15, 2026**

| Case # | MDLC PID # | Plaintiff First | Plaintiff Last | Date Motion Filed | Motion Status | Defendants' Position |
|---|---|---|---|---|---|---|
| 1:25-cv-11488 | 12556 | Jean | Nedd | 08/26/2026 | Pending | Defendants do not object to reinstatement under CMO 16. |

**Refiled between August 16, 2026 and September 15, 2026**

| Case # | MDLC PID # | Plaintiff First | Plaintiff Last | Date Complaint Refiled | Defendants' Position | Plaintiff Predeceased Original Case Filing |
|---|---|---|---|---|---|---|
| 1:26-cv-06722 | 20250 | Gina | Woods (obo Mattie Woods) | 06/05/2026 | Defendants do not object to refiling under CMO 16. | Yes |
| 1:26-cv-06995 | 20027 | Tony | Jackson (obo Diane Jackson) | 06/12/2026 | Defendants do not object to refiling under CMO 16. | Yes |
| 1:26-cv-09960 | 19971 | Earl | Perry (obo Joyce Hammond-Perry) | 08/18/2026 | Defendants do not object to refiling under CMO 16. | Yes |
| 1:26-cv-10429 | 20182 | Kipp | Knight (obo Mabel Knight) | 08/28/2026 | Defendants do not object to refiling under CMO 16. | Yes |

| Case # | MDLC PID # | Plaintiff First | Plaintiff Last | Date Complaint Refiled | Defendants' Position | Plaintiff Predeceased Original Case Filing |
|---|---|---|---|---|---|---|
| 1:26-cv-10994 | 20065 | Danzell | Lee (obo Leanetta Bell) | 09/10/2026 | Defendants do not object to refiling under CMO 16. | Unknown |

Dated: September 30, 2026

**FOR PLAINTIFFS:**

Respectfully Submitted,

/s/Mark R. Miller
Mark R. Miller
**WALLACE MILLER**
200 W. Madison Street, Suite 3400
Chicago, Illinois 60606
T: (312) 261-6193
Email: mrm@wallacemiller.com

*Plaintiffs' Liaison Counsel*

Diandra "Fu" Debrosse
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
T: (312) 214-7900
Email: fu@dicellolevitt.com

*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
T: (401) 457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
One State Street, 35th Floor

**FOR DEFENDANTS:**

Respectfully Submitted,

/s/ Heidi Levine
Heidi Levine
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
T: (212) 839-5300
hlevine@sidley.com

*Defense Liaison Counsel and Counsel for Defendant Namasté Laboratories, LLC*

Daniel A. Spira
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
T: (312) 853-7274
dspira@sidley.com

Lisa M. Gilford
**SIDLEY AUSTIN LLP**
350 South Grand Avenue
Los Angeles, CA 90071
T: (213) 896-6044
lgilford@sidley.com

Amanda M. Blau
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
T: (212) 839-5441
ablau@sidley.com

New York, New York 10004
T: (212) 566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
T: (850) 224-2020
Email: ben@bencrump.com

*Plaintiffs' Co-Lead Counsel*

Caitlin P. Strauss
**SAUL EWING LLP**
1735 Market Street
Suite 3400
Philadelphia, PA 19103-7504
T: (215) 972-7153
caitlin.strauss@saul.com

Michael A. Jacobson
**SAUL EWING LLP**
161 North Clark Street
Suite 4200
Chicago, IL 60601
T: (312) 876-7121
michael.jacobson@saul.com

*Counsel for Defendant Namasté Laboratories, LLC*

Dennis S. Ellis
Katherine F. Murray
Serli Polatoglu
**MORRISON FOERSTER**
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
T: (213) 892-5235
dellis@mofo.com
kmurray@mofo.com
spolatoglu@mofo.com

Jonathan Blakley
**GORDON REES SCULLY MANSUKHANI LLP**
1 N. Franklin St., Suite 800
Chicago, IL 60606
T: (312) 565-1400
F: (312) 565-6511
jblakley@grsm.com

Peter Siachos
**GORDON REES SCULLY MANSUKHANI LLP**
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
T: (973) 549-2500
F: (973) 377-1911

psiachos@grsm.com

*Counsel for Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc. and SoftSheen-Carson LLC*

Lori B. Leskin
E. Dean Harris Porter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
250 West 55th Street
New York, NY 10019
T: (212) 836-8641
F: (212) 836-8689
Lori.leskin@arnoldporter.com
Dean.Porter@arnoldporter.com

Rhonda R. Trotter
**ARNOLD & PORTER KAYE SCHOLER, LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199
Rhonda.trotter@arnoldporter.com

*Counsel for Defendants Strength of Nature LLC; Strength of Nature Global LLC; and Godrej SON Holdings*

R. Trent Taylor
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T: (804) 775-1182
F: (804) 225-5409
rtaylor@mcguirewoods.com

Patrick P. Clyder
Royce B. DuBiner
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
T: (312) 849-8100
F: (312) 849-3690
pclyder@mcguirewoods.com

rdubiner@mcguirewoods.com

*Counsel for Defendant House of Cheatham LLC*

Joseph P. Sullivan
Kevin A. Titus
Bryan E. Curry
**LITCHFIELD CAVO LLP**
303 W. Madison, Suite 300
Chicago, IL 60606
T: 312-781-6677
F: 312-781-6630
sullivanj@litchfieldcavo.com
titus@litchfieldcavo.com
curry@litchfieldcavo.com

*Counsel for Defendant Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc.*

Richard J. Leamy, Jr.
Kristen A. Schank
Anna Morrison Ricordati
**WIEDNER & MCAULIFFE, LTD.**
1 N. Franklin St., Suite 1900
Chicago, Illinois 60606
T: (312) 855-1105
rjleamy@wmlaw.com
kaschank@wmlaw.com
amricordati@wmlaw.com

*Counsel for Defendant Avlon Industries, Inc.*

Melissa Fallah
Robert W. Petti
Alyssa P. Fleischman
**MARON MARVEL**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 579-2018
mfallah@maronmarvel.com
rpetti@maronmarvel.com
afleischman@maronmarvel.com

*Counsel for Defendant Luster Products, Inc.*

Robert A. Atkins
Daniel H. Levi

Shimeng (Simona) Xu
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
T: (212) 373-3000
ratkins@paulweiss.com
dlevi@paulweiss.com
sxu@paulweiss.com

Randy S. Luskey
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
T: (628) 432-5112
rluskey@paulweiss.com

David E. Cole
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
T: (202) 223-7348
dcole@paulweiss.com

Edward P. Abbot
**ECKERT SEAMANS CHERIN & MELLOT, LLC**
275 Madison Avenue, 10th Floor
New York, NY 10016
T: (646) 513-2358
eabbot@eckertseamans.com

*Counsel for Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC*

Heidi Levine
**SIDLEY AUSTIN LLP**
787 7th Ave
New York, NY 10019
T: (212) 839-5300
hlevine@sidley.com

Lisa M. Gilford
**SIDLEY AUSTIN LLP**

555 W 5th St.
Los Angeles, CA 90013
T: (213) 896-6000
lgilford@sidley.com

Colleen M. Kenney
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
T: (312) 853-2666
ckenney@sidley.com

Yvette Ostolaza
Amanda Crawford-Steger
**SIDLEY AUSTIN LLP**
2323 Cedar Springs, Ste. 2600
Dallas, TX 75201
T: (214) 981-3496
yostolaza@sidley.com
asteger@sidley.com

*Counsel for Defendant Sally Beauty Supply LLC*

Joseph J. Welter
Ryan M. Frierott
**GOLDBERG SEGALLA**
665 Main Street
Buffalo, NY 14203
T: (716) 566-5457
jwelter@goldbergsegalla.com
rfrierott@goldbergsegalla.com

*Counsel for AFAM Concept, Inc.*

Seth V. Alhadeff
Ravika Rameshwar
**DINSMORE & SHOHL LLP**
Southeast Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131
T: (786) 957-1157
Seth.Alhadeff@dinsmore.com
Ravika.Rameshwar@dinsmore.com

Matthew C. Wasserman
**DINSMORE & SHOHL LLP**
222 W. Adams Street

Suite 3400
Chicago, IL 60606
T: (312) 837-4316
Matthew.Wasserman@dinsmore.com

Adam Fox
**DINSMORE & SHOHL LLP**
801 Pennsylvania Avenue N.W., Suite 610
Washington, D.C. 20004
T: (202) 559-3615
F: (202) 372-9141
Adam.Fox@dinsmore.com

*Counsel for Defendant, McBride Research Laboratories, Inc.*

Ashley C. Webber
Emily D. Robinson
**MARSH ATKINSON & BRANTLEY, LLC**
271 17th Street NW, Suite 1600
Atlanta, GA 30363
T: (404) 282-5050
ashley.webber@mablawfirm.com
emily.robinson@mablawfirm.com

*Counsel for Defendant, Dudley Beauty Corp, LLC*

Daniel L. Stanner
Ashley Crettol Insalaco
Megan E. Ryan
**TABET DIVITO & ROTHSTEIN LLC**
209 S. LaSalle Street, 7th floor
Chicago, IL 60604
T: (312) 762-9450
dstanner@tdrlaw.com
ainsalaco@tdrlaw.com
mryan@tdrlaw.com

*Counsel for Defendant RNA Corporation*

Brian J. Riordan
**CLAUSEN MILLER P.C.**
225 West Randolph Street
Suite 700
Chicago, IL 60606
T: (312) 855-1010

F: (312) 606-7777
briordan@clausen.com

*Counsel for Defendant John Paul Mitchell Systems, Inc.*

Leslie A. Federer, ARDC #6325614
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 767-1314
lfederer@maronmarvel.com

Robert E. Dille (pro hac vice)
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
201 St. Charles Ave., Suite 2411
New Orleans, Louisiana 70170
T: (504) 321-9331
rdille@maronmarvel.com

*Counsel for Defendant Murray's Worldwide, Inc.*