**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

In RE: Hair Relaxer Marketing, Sales Practices, And Products Liability Litigation, et al.

Plaintiff,

v.

Case No.: 1:23−cv−00818
Honorable Mary M. Rowland

L'Oreal USA, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 5, 2026:

MINUTE entry before the Honorable Mary M. Rowland: After consultation with the parties, the Court strikes the case management set for 11/19/26 at 1:00 PM. Next case management status set for 12/17/26 at 1:00 PM in person. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.