**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: HAIR RELAXER MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3060**<br>Case No. 23 C 818<br>Judge Mary M. Rowland<br><br>**This document relates to:**<br>All Cases |

**JOINT STATUS REPORT FOR THE NOVEMBER 19, 2026**
**DISCOVERY STATUS CONFERENCE**

Co-Lead Counsel for Plaintiffs and counsel for Defendants provide this Joint Status Report in advance of the discovery status conference scheduled for November 19, 2026 before the Honorable Magistrate Judge Beth W. Jantz.

## I. ***Defendant Specific Discovery Status***

**AFAM:**

**a. Interrogatory No. 10 Update**

**Joint Position:**

The parties have met and conferred and continue working to resolve the outstanding issues regarding Interrogatory No. 10 and INCI names. The parties have a hearing with Professor Grossman on November 16 regarding any unresolved issues.

**b. Status of Interrogatory & RFP Responses**

**Joint Position:**

The parties met and conferred on November 4, 2026, and AFAM advised it expected to serve supplemental responses the week of November 16, 2026. Plaintiffs reserve their right to dispute any remaining issues or concerns with AFAM's responses at the next CMC.

**c. Deposition Update**

**Joint Position:**

The parties agree that depositions have been completed. To the extent AFAM produces additional documents, Plaintiffs reserve the right to request additional deposition time.

**d. Privilege Log Challenges**

**Joint Position:**

Professor Grossman will hear arguments regarding Plaintiffs' challenges to AFAM's privilege log on November 17, 2026.

**RNA:**

**a. Deadlines re Interrogatory and RFP Supplementation**

**Plaintiffs' Position:**

Plaintiffs requested supplementation of RNA's Interrogatory and RFP responses in accordance with RNA's continuing document productions and discovery obligations. In response, however, RNA proposed January 8 and February 12, 2027 for supplementing its discovery, with no specific deadlines on when document productions would occur. Plaintiffs therefore request that the Court order RNA to supplement its discovery responses within 30 days of its document productions.

**RNA's Position:**

RNA explained in detail at the parties' October 27, 2026 meet and confer why, based on the nature of RNA's document review and the variability in both size and substance of its document productions (which are currently occurring on a rolling and approximately bi-weekly basis), a schedule that ties supplements to the service of a production volume is not going to be an effective or efficient way to provide Plaintiffs with substantive supplements and allow RNA to complete its written discovery obligations in advance of the March 1, 2027 deadline. RNA instead agreed at the meet and confer to provide Plaintiffs with a proposal of the specific dates by which it would make periodic supplements of its interrogatory responses in order to provide Plaintiffs with information on a rolling basis and facilitate the completion of RNA's written discovery by the March 1, 2027 close. RNA proposed the below schedule to Plaintiffs on October 30, 2026, which contemplates substantial discovery progress in between each supplementation that will make the supplemental responses productive for all parties. At the October 27, 2026 meet and confer, the parties also agreed that RNA would provide Plaintiffs with an update on the status of its various categories of document review by November 13—a deadline which has not yet elapsed. Plaintiffs are aware of the numerous variables under the EAIDA Protocol which prevent RNA from providing specific deadlines or predictions on size and timing of productions at this time. RNA's proposal is reasonably tailored to allow RNA to complete its substantial discovery work by the March 1, 2027 close and provide Plaintiffs with periodic updated interrogatory information.

- November 20, 2026
  - RNA has already agreed to serve supplemental responses by this date based on the documents it has produced to date.
- January 8, 2027
  - As a general matter, RNA expects to make substantial productions of its remaining paper documents and its ESI between now and the end of the

year. Given the Thanksgiving and Christmas holidays, January 8 is the earliest date by which RNA expects it would be able to serve a fulsome supplement that synthesizes the information in those productions in a way that can be verified by the company.

- February 12, 2027
    - RNA expects that its document productions will be substantially complete in advance of this date such that RNA can endeavor to serve substantially complete interrogatory responses prior to the close of written discovery to allow the parties to meet and confer over any remaining disputes.

**b. Agreed Deadline for Production of Custodial Overlay for RNA's Sept. 1, 2026 Bellwether Defendant Production**

**Joint Position:**

RNA produced more than 116,000 documents in its September 1, 2026 bellwether defendant production. Plaintiffs noted that the production metadata did not attribute any documents to approximately half of RNA's agreed custodians. RNA responded that an error caused the custodian field for certain documents to show "RNA Corporation" instead of the individual custodian. RNA will correct the custodian metadata through a custodial overlay. RNA is in the process of finalizing the custodial overlay with its vendor. The parties agree that RNA will produce the overlay for all affected documents by November 30, 2026.

## II. ***<u>Second-wave Defendant Specific Discovery Status</u>***

**<u>Bronner Bros:</u>**

**a. Metadata and Privilege Logs**

**Plaintiffs' Position:**

On October 30, 2026, Bronner Bros produced its go get production and indicated that this should be considered its initial document production. With this production however, Bronner Bros. failed to provide metadata or a privilege log. Bronner Bros. indicated that it will be providing metadata and any relevant privilege logs but did not provide a timeline as to when these would be produced. Plaintiffs request that the Court order Bronner Bros. to produce the outstanding meta data and privilege log from their initial document production by November 21, 2026.

**Bronner Bros. Position:**

On November 6, 2026, Bronner Bros. confirmed it will be providing metadata and privilege logs for its initial and subsequent document productions. Bronner will continue to work cooperatively with Plaintiffs regarding any follow-up arising from their review so that document productions proceed within the schedule established by CMO No. 24. The parties will update the Court as needed but Bronner Bros. sees no need for direct Court intervention at this juncture.

**b. Follow up/status update from prior JSR**

**Plaintiffs' Position:**

Bronner Bros. was to begin its rolling production of documents on November 2, 2026. Plaintiffs, however, have not yet received any such documents. Plaintiff followed up with Bronner Bros. on November 2 and 9, 2026, but did not receive a response as to when these rolling productions will begin. Plaintiffs are therefore requesting a date certain as to when this document production will begin.

**Bronner Bros. Position:**

Bronner Bros.' rolling production of documents will begin shortly. The parties will update the Court as needed but Bronner Bros. sees no need for direct Court intervention at this juncture.

**JPMS:**

**a. Document Production**

**Joint Position:**

JPMS will begin rolling productions on November 20, 2026 with subsequent productions occurring every three weeks until it completes its review of custodial and non-custodial materials. JPMS anticipates completing its productions by the current Court ordered discovery deadlines applicable to Second Wave Defendants.

**b. Search Terms & Hit Reports**

**Joint Position:**

JPMS maintains its objections to Plaintiffs' additional proposed search terms concerning associated products and provided Plaintiffs with an updated hit report on November 11, 2026. The parties agree to meet and confer regarding the disputed search terms by December 4, 2026, in an effort to resolve their differences. Plaintiffs reserve the right to seek Court intervention if the parties are unable to reach an agreement following the meet and confer.

**c. Custodial and Noncustodial Sources**

**Joint Position:**

JPMS will begin rolling productions of custodial and noncustodial materials on November 20, 2026, with subsequent productions occurring every three weeks until it completes its review. JPMS anticipates completing its productions by the current Court ordered discovery deadlines applicable to Second Wave Defendants.

**d. Written Discovery Responses & Initial Disclosures**

**Joint Position:**

JPMS has agreed to supplement or amend its written discovery responses and initial disclosures by January 8, 2027 and will continue to supplement those responses based on its ongoing review and production of documents by the current Court ordered discovery deadlines applicable to Second Wave Defendants. JPMS also responded to Plaintiffs' "global discovery issues" on November 13, 2026. Plaintiffs' review of these responses is ongoing and the parties have agreed to continue to meet and confer to the extent necessary by December 4, 2026. Plaintiffs reserve the right to seek Court intervention if the parties are unable to reach an agreement following the meet and confer.

**e. Foreign Regulatory Materials**

**Joint Position:**

JPMS has agreed to produce foreign regulatory materials, to the extent they exist, consistent with the Court's prior orders. JPMS will begin rolling productions of these materials on November 20, 2026, with subsequent productions occurring every three weeks until production is complete.

**Murray's:**

**a. Deficient Interrogatory & RFP Responses**

**Joint Position:**

The parties agree that Murray's will respond to Plaintiffs' deficiency letter and supplement certain written Interrogatory and RFP responses by November 18, 2026.

**b. Search Terms**

**Joint Position:**

Plaintiffs provided search terms to Defendants, and the parties will negotiate and reach agreement as to those terms by December 15, 2026.

**Wella:**

**a. Outstanding Discovery Responses**

**Plaintiffs' Position:**

Wella submitted its below position at 6:32pm on Friday, November 13, 2026. Four days after the parties' agreed upon date for initial exchange and a day after the JSR should have been filed with the Court. Despite Wella's position of agreement in last month's Joint Status Report, Wella continues to ignore the discovery deadlines in this MDL. In violation of the Order following the October 29, 2026 Discovery Conference, Wella has still not provided responses or objections to any of the outstanding written discovery requests, which were due on September 29, 2026 under CMO 24 and extended to November 5, 2026 at the October Discovery Conference. Wella has also,

in further violation of CMO 24, not produced any of the go-get documents in its possession, custody and control, which was required by October 29, 2026. Wella has also been unresponsive to Plaintiffs' attempts to follow up on this overdue discovery or offers to meet and confer. Wella's inability to comply with court ordered deadlines severely prejudices Plaintiffs. Plaintiffs therefore seek permission to file a Motion to Compel Wella to produce the overdue discovery immediately and requests the Court to Order Wella to participate in the JSR process in accordance with the parties' agreement

**Wella's Position:**

Wella acknowledges that its written discovery responses were not served by the November 5, 2026 deadline. Wella has conducted search terms, and draft responses are with Wella for final review. Wella will serve complete responses and objections, and its go-get document production under CMO 24, next week.

Wella remains available to meet and confer at Plaintiffs' convenience. Because Wella's responses will be served next week, a Motion to Compel is unnecessary, and Wella asks the Court to deny or defer Plaintiffs' request for leave.

Dated: November 13, 2026

**FOR PLAINTIFFS:**

Respectfully Submitted,

*/s/Mark R. Miller*

Mark R. Miller
**WALLACE MILLER**
200 W. Madison Street, Ste. 3400
Chicago, Illinois 60606
T: (312) 261-6193
Email: mrm@wallacemiller.com

*Plaintiffs' Liaison Counsel*

Diandra "Fu" Debrosse
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
T: (646) 933-1000
Email: fu@dicellolevitt.com

*Plaintiffs' Co-Lead Counsel*

Fidelma L. Fitzpatrick
**MOTLEY RICE LLC**
40 Westminster Street, Fifth Floor
Providence, Rhode Island 02903
T: (401) 457-7700
Email: ffitzpatrick@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Michael A. London
**DOUGLAS & LONDON, P.C.**
One State Street, 35th Floor
New York, New York 10004
T: (212) 566-7500
Email: mlondon@douglasandlondon.com

*Plaintiffs' Co-Lead Counsel*

**FOR DEFENDANTS:**

Respectfully Submitted,

/s/ Heidi Levine

Heidi Levine
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
T: (212) 839-5300
hlevine@sidley.com

*Defense Liaison Counsel and Counsel for Defendant Namasté Laboratories, LLC*

Daniel A. Spira
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
T: (312) 853-7274
dspira@sidley.com

Lisa M. Gilford
**SIDLEY AUSTIN LLP**
350 South Grand Avenue
Los Angeles, CA 90071
T: (213) 896-6044
lgilford@sidley.com

Amanda M. Blau
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
T: (212) 839-5441
ablau@sidley.com

Benjamin L. Crump
**BEN CRUMP LAW FIRM**
122 South Calhoun Street
Tallahassee, Florida 32301
T: (850) 224-2020
Email: ben@bencrump.com

*Plaintiffs' Co-Lead Counsel*

Caitlin P. Strauss
**SAUL EWING LLP**
1735 Market Street Suite 3400
Philadelphia, PA 19103-7504
T: (215) 972-7153
caitlin.strauss@saul.com

Michael A. Jacobson
**SAUL EWING LLP**
161 North Clark Street Suite 4200
Chicago, IL 60601
T: (312) 876-7121
michael.jacobson@saul.com

*Counsel for Defendant Namasté Laboratories, LLC*

Dennis S. Ellis
Katherine F. Murray
Serli Polatoglu
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
T: (213) 892-5200
F: (213) 892-5454
dellis@mofo.com
kmurray@mofo.com
spolatoglu@mofo.com

Jonathan Blakley
**GORDON REES SCULLY MANSUKHANI LLP**
1 N. Franklin St., Suite 800
Chicago, IL 60606
T: (312) 565-1400
F: (312) 565-6511
jblakley@grsm.com

Peter Siachos
**GORDON REES SCULLY MANSUKHANI LLP**
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
T: (973) 549-2500
F: (973) 377-1911
psiachos@grsm.com

*Counsel for Defendants L'Oréal USA, Inc.,*
*L'Oréal USA Products, Inc.*
*and SoftSheen-Carson LLC*

Lori B. Leskin
E. Dean Harris Porter
**ARNOLD & PORTER**
**KAYE SCHOLER, LLP**
250 West 55th Street
New York, NY 10019
T: (212) 836-8641
F: (212) 836-8689
Lori.leskin@arnoldporter.com
Dean.Porter@arnoldporter.com

Rhonda R. Trotter
**ARNOLD & PORTER**
**KAYE SCHOLER, LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
T: (213) 243-4000
F: (213) 243-4199
Rhonda.trotter@arnoldporter.com

*Counsel for Defendants Strength of Nature LLC;*
*Strength of Nature Global LLC;*
*and Godrej SON Holdings*

Patrick P. Clyder
Royce B. DuBiner
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
T: (312) 849-8100
F: (312) 849-3690
pclyder@mcguirewoods.com
rdubiner@mcguirewoods.com

*Counsel for Defendant House of Cheatham LLC*

Kevin A. Titus (6217520)
Sherita S. Glover (6319197)
**LITCHFIELD CAVO LLP**
303 W. Madison, Suite 300
Chicago, IL 60606
T: 312-781-6559
titus@litchfieldcavo.com
glover@litchfieldcavo.com

Daniel P. Costello (6274746)
Michael P. Turiello (6238272)
Shipra S. Mehta (6321116)
**COSTELLO GINEX & WIDEIKIS, P.C.**
150 N. Wacker Drive, Suite 1400
Chicago, IL 60606
Tel: (312) 850-2651
dcostello@cgw-legal.com
mturiello@cgw-legal.com
smehta@cgw-legal.com

*Counsel for Defendant Beauty Bell Enterprises, LLC f/k/a House of Cheatham, Inc.*

Richard J. Leamy, Jr.
Kristen A. Schank
Anna Morrison Ricordati
**WIEDNER & MCAULIFFE, LTD.**
1 N. Franklin St., Suite 1900
Chicago, Illinois 60606
T: (312) 855-1105
rjleamy@wmlaw.com
kaschank@wmlaw.com
amricordati@wmlaw.com

*Counsel for Defendant Avlon Industries, Inc.*

Melissa Fallah
Robert W. Petti
Alyssa P. Fleischman
**MARON MARVEL**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 579-2018
mfallah@maronmarvel.com
rpetti@maronmarvel.com
afleischman@maronmarvel.com

*Counsel for Defendant Luster Products, Inc.*

Robert A. Atkins
Daniel H. Levi
Shimeng (Simona) Xu
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
T: (212) 373-3000
ratkins@paulweiss.com
dlevi@paulweiss.com
sxu@paulweiss.com

Randy S. Luskey
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
T: (628) 432-5112
rluskey@paulweiss.com

David E. Cole
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
T: (202) 223-7348
dcole@paulweiss.com

Edward P. Abbot
**ECKERT SEAMANS CHERIN & MELLOT, LLC**
275 Madison Avenue, 10th Floor
New York, NY 10016
T: (646) 513-2358
eabbot@eckertseamans.com

*Counsel for Defendants Revlon, Inc., Revlon Consumer Products Corporation, and Revlon Group Holdings LLC*

Yvette Ostolaza
Amanda Crawford-Steger
**SIDLEY AUSTIN LLP**
2323 Cedar Springs, Ste. 2600
Dallas, TX 75201
T: (214)981-3496
yostolaza@sidley.com
asteger@sidley.com

Heidi Levine
**SIDLEY AUSTIN LLP**
787 7th Ave
New York, NY 10019
T: (212) 839-5300
hlevine@sidley.com

Lisa M. Gilford
**SIDLEY AUSTIN LLP**
555 W 5th St.
Los Angeles, CA 90013
T: (213) 896-6000
lgilford@sidley.com

Lauren E. Gumerove
**SIDLEY AUSTIN LLP**
830 Brickell Plaza, Suite 4300
Miami, FL 33131
T: (305) 391-5219
lgumerove@sidley.com

*Counsel for Defendant Sally Beauty Supply LLC*

Joseph J. Welter
Ryan M. Frierott
**GOLDBERG SEGALLIA**
665 Main Street
Buffalo, NY 14203
T: (716) 566-5457
jwelter@goldbergsegalla.com
rfrierott@goldbergsegalla.com

*Counsel for AFAM Concept, Inc.*

Seth V. Alhadeff
Ravika Rameshwar
Matthew C. Wasserman
**DINSMORE & SHOHL LLP**
Southeast Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131
T: (786) 957-1157
Seth.Alhadeff@dinsmore.com
Ravika.Rameshwar@dinsmore.com
Matthew.Wasserman@dinsmore.com

Matthew C. Wasserman
**DINSMORE & SHOHL LLP**
222 W. Adams Street
Suite 3400
Chicago, IL 60606
T: (312) 837-4316
Matthew.Wasserman@dinsmore.com

Adam Fox
**DINSMORE & SHOHL LLP**
801 Pennsylvania Avenue N.W., Suite 610
Washington, D.C. 20004
T: (202) 559-3615
F: (202) 372-9141
Adam.Fox@dinsmore.com

*Counsel for Defendant, McBride Research Laboratories, Inc.*

Ann C. Barron
Sara Peal
**HEYL, ROYSTER, VOELKER & ALLEN, P.C.**
Suite 100, Mark Twain Plaza III
105 West Vandalia
Edwardsville, Illinois 62025
T: (618) 656-4646
abarron@heylroyster.com
speal@heylroyster.com

*Counsel for Advanced Beauty, Inc. Second Wave Defendant Liaison*

Ashley C. Webber
Emily D. Robinson
**MARSH ATKINSON & BRANTLEY, LLC**
271 17th Street NW, Suite 1600
Atlanta, GA 30363
T: (404) 282-5050
ashley.webber@mablawfirm.com
emily.robinson@mablawfirm.com

*Counsel for Defendant, Dudley Beauty Corp, LLC*

Daniel L. Stanner
Ashley Crettol Insalaco
Megan E. Ryan
**TABET DIVITO & ROTHSTEIN LLC**
209 S. LaSalle Street, 7th floor
Chicago, IL 60604
T: (312) 762-9450
dstanner@tdrlaw.com
ainsalaco@tdrlaw.com
mryan@tdrlaw.com

*Counsel for Defendant RNA Corporation*

Brian J. Riordan
Mitchel D. Torrence
**CLAUSEN MILLER P.C.**
225 W. Randolph St., Suite 700
Chicago, IL 60606
T: (312) 855-1010
briordan@clausen.com
mtorrence@clausen.com

*Counsel for Defendant John Paul Mitchell Systems, Inc.*

Leslie A. Federer, ARDC #6325614
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
191 N. Wacker Drive, Suite 2950
Chicago, Illinois 60606
T: (312) 767-1314
lfederer@maronmarvel.com

Robert E. Dille (pro hac vice)
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
201 St. Charles Ave., Suite 2411
New Orleans, Louisiana 70170
T: (504) 321-9331
rdille@maronmarvel.com

*Counsel for Defendant Murray's Worldwide, Inc.*

Larry D. Mason
Daniel R. Woods
**GOLDBERG SEGALLIA**
1 N. Franklin St., Suite 3400
Chicago, IL 60606
(312) 572-8444 (Mason)
(312) 572-8427 (Woods)
lmason@goldbergsegalla.com
dwoods@goldbergsegalla.com

*Counsel for Bronner Bros.*

Mitchell Morinec, ARDC #6290282
**SEGAL MCCAMBRIDGE SINGER & MAHONEY**
233 South Wacker Drive, Suite 5500
Tel: (312) 645-7800
mmorinec@smsm.com

*Counsel for Defendant Wella Operations US, LLC*